```
Court Name: United States District Court
Division: 1
Receipt Number: 14683006061
Cashier ID: lrobey
Transaction Date: 05/19/2009
Payer Name: GOODWIN PROCTOR
----------------------------------------
CIVIL FILING FEE
 For: GOODWIN PROCTOR
 Amount:         $350.00
----------------------------------------
CHECK
 Remitter: GOODWIN PROCTOR
 Check/Money Order Num: 1242792
 Amt Tendered:   $350.00
----------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

CIVIL CASE FILING FEE
209CV232
```