AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
Norfolk Division

| | |
|---|---|
| ePLUS, INC., ) | |
| Plaintiff ) | |
| v. ) | Civil Action No. 2:09cv232 |
| PERFECT COMMERCE, INC., SCIQUEST, INC., LAWSON SOFTWARE, INC. & VERIAN ) | |
| Defendant ) | |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Perfect Commerce, Inc.
Serve: Capitol Services, Inc., Registered Agent
615 South Dupont Highway
Dover, DE 19901

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David M. Young, Esq.
Goodwin Procter LLP
Counsel for Plaintiff ePlus, Inc.      dyoung@goodwinprocter.com
901 New York Avenue, NW            Telephone: (202) 346-4257
Washington, DC 20001                Facsimile: (202) 346-4444

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo**
Name of clerk of court

Date:  5/22/09

**L. Woodcock**   Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____
    _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
    who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other *(specify)* _____
    _____
    _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

Date: _____

    _____
    Server's signature

    _____
    Printed name and title

    _____
    Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Norfolk Division

| ePLUS, INC., | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 2:09cv232 |
| PERFECT COMMERCE, INC., SCIQUEST, INC., LAWSON SOFTWARE, INC.& VERIAN | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

SciQuest, Inc.
Serve: Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David M. Young, Esq.
Goodwin Procter LLP
Counsel for Plaintiff ePlus, Inc.       dyoung@goodwinprocter.com
901 New York Avenue, NW                 Telephone: (202) 346-4257
Washington, DC 20001                    Facsimile: (202) 346-4444

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo**
Name of clerk of court

Date: 5/22/09

**L. Woodcock** Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
Norfolk Division

| | |
|---|---|
| ePLUS, INC., | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:09cv232 |
| PERFECT COMMERCE, INC., SCIQUEST, INC., LAWSON SOFTWARE, INC. & VERIAN | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Lawson Software, Inc.
Serve: The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David M. Young, Esq.
Goodwin Procter LLP
Counsel for Plaintiff ePlus, Inc.      dyoung@goodwinprocter.com
901 New York Avenue, NW                Telephone: (202) 346-4257
Washington, DC 20001                   Facsimile: (202) 346-4444

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
Name of clerk of court

Date: 5/22/09

L. Woodcock
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____, by:

    (1) personally delivering a copy of each to the individual at this place, _____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

                                                                                              Server's signature

                                                                                              Printed name and title

                                                                                                 Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
## Norfolk Division

| | | |
|---|---|---|
| ePLUS, INC., | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. 2:09cv232 |
| PERFECT COMMERCE, INC., SCIQUEST, INC., LAWSON SOFTWARE, INC.& VERIAN | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Verian Technologies, Inc.
Serve: Merrill M. Mason
3110 Edwards Mill Road, Suite 100
Raleigh, North Caroliina 27612


A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David M. Young, Esq.
Goodwin Procter LLP
Counsel for Plaintiff ePlus, Inc.        dyoung@goodwinprocter.com
901 New York Avenue, NW            Telephone: (202) 346-4257
Washington, DC 20001                 Facsimile: (202) 346-4444

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo**
Name of clerk of court

Date:  5/22/09 

**L. Woodcock**   Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____ , by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
_____
_____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____ .

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address