## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### Norfolk Division

|  |  |
|---|---|
| **EPLUS, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **PERFECT COMMERCE, INC.,** | )   **Civil Action No. 2:09cv232** |
| **SCIQUEST, INC., LAWSON SOFTWARE,** | ) |
| **INC. and VERIAN TECHNOLOGIES, INC.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |
| | ) |
| | ) |

### NOTICE OF APPEARANCE

Brent L. VanNorman, of Hunton & Williams LLP hereby provides Notice of Appearance as counsel for Plaintiff, ePlus, Inc.

Respectfully submitted,

**ePlus, Inc.**

_____/s/_____
Brent L. VanNorman (VSB #45956)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
bvannorman@hunton.com

Dated: June 8, 2009

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of June, 2009, I will electronically file the foregoing

Notice of Appearance with the Clerk of Court using the CM/ECF system, which will then send a

notification of such filing to the following counsel of record:

David M. Young, (Virginia Bar No. 35997)
dyoung@goodwinproctor.com
Christopher C. Campbell (Virginia Bar No. 36244)
ccampbell@goodwinproctor.com
Goodwin Proctor LLP
902 New York Avenue, N.W.
Washington, DC  20001
Telephone: (202) 346-4000
Facsimile:  (202) 346-4444
Counsel for Plaintiff

I certify that I will email the foregoing to the following non-filing user:

Scott L. Robinson
srobinson@goodwinproctor.com
Jennifer A. Albert
jalbert@goodwinproctor.com
Goodwin Proctor LLP
902 New York Avenue, N.W.
Washington, DC  20001
Telephone: (202) 346-4000
Facsimile:  (202) 346-4444
Counsel for Plaintiff


_____/s/_____
Brent L. VanNorman