

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Norfolk Division

| | |
|---|---|
| ePLUS, INC., | ) |
| Plaintiff | ) |
| v. | ) Civil Action No.: 2:09cv232 |
| PERFECT COMMERCE, INC., SCIQUEST, INC., LAWSON SOFTWARE, INC. & VERIAN | ) |
| Defendant | ) |

**FILED JUN -5 2009 CLERK, U.S. DISTRICT COURT NORFOLK, VA**

## Summons in a Civil Action

To: *(Defendant's name and address)*

Perfect Commerce, Inc.
Serve: Capitol Services, Inc., Registered Agent
615 South Dupont Highway
Dover, DE 19901

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David M. Young, Esq.
Goodwin Procter LLP
Counsel for Plaintiff ePlus, Inc.    dyoung@goodwinprocter.com
901 New York Avenue, NW              Telephone: (202) 346-4257
Washington, DC 20001                 Facsimile: (202) 346-4444

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
Name of clerk of court

Date: 5/22/09

L. Woodcock    Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

    (1) personally delivering a copy of each to the individual at this place, _____
_____; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
_____; or

    (4) returning the summons unexecuted to the court clerk on _____; or

    (5) other (specify) _____
_____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____.

Date: _____

    _____
    Server's signature

    _____
    Printed name and title

    _____
    Server's address

*See Attached*

# McClenny Services, LLC

1456 Shenandoah Parkway
Chesapeake, Virginia 23320-8137

Digital Pager: (757) 629-5673

Office: (757) 436-9925
Fax Line: (757) 436-9926

Name of Court: United States District Court, Eastern District of Virginia, Norfolk Div.
Style of Case: ePLUS, INC.
VS: Perfect Commerce, Inc., Sciquest, Inc., Lawson Software, Inc., Verian
Case #: 2:09cv232

Serve: John M. Paris, Jr., Esq., R/A, Cormine, LLC
222-1700 Central Park Ave.
Virginia Beach, Virginia

Type of Service

Summons, Complaint

\_\_\_\_\_ Personal Service

__X__ Delivered to the person found to be in charge of usual place of business or employment and given information of its purpose.
Person in Charge: Sheila Page Moore, 1:34PM 6/03/09, SEE LETTER

\_\_\_\_\_ Delivered to a family member, age 16 or older, at usual place of abode of party named above and given information of its purpose.

\_\_\_\_\_ Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found).

\_\_\_\_\_ Not Found. After due diligence search, careful inquiry and diligent attempts at the address listed above, I am unable to effect service upon person or entity listed above.

Certificate of Service:

The undersigned, being duly sworn states: I am 18 years of age or older and not a party to or otherwise have an interest in the above entitled action. I declare under penalty of perjury that this return is true and correct.

6-3-09
Date of Service

Private Process Server: Mary McClenny
McClenny Service, LLC
1456 Shenandoah Pkwy., Chesapeake, VA

Subscribed and sworn to before me, a Notary Public this __3rd__ day of __June__ 2009, in the city of Chesapeake, Virginia.

My Commission expires: __5-31-12__, Notary Public

DESIGNATION BY REGISTERED AGENT

I, JOHN M. PARIS, JR., authorize each or any of the following individuals in my office to accept service of process, notice or demand for or with respect to any corporation, limited liability company and limited partnership for which I serve as registered agent ("Service) provided that such Service is made at 222 Central Park Avenue, Suite 1700, Virginia Beach, Virginia:

Scheron Jones
Theresa L. Bedard
Wendy M. Chappell
Stacy F. Munroe
Erin B. Wicks
~~Sheila Page Moore~~   *1:34PM 6-3-09*
Elizabeth M. Whitaker

JOHN M. PARIS, JR.

COMMONWEALTH OF VIRGINIA
AT LARGE

Subscribed and sworn to before me, by JOHN M. PARIS, JR., in the City of Virginia Beach, this 24th day of September, 2007. John M. Paris, Jr. is personally known to me.

Notary Public

My Commission Expires: 03-31-09

363784v2

TAMBREY M. ZANG
NOTARY PUBLIC
REGISTRATION NUMBER
368139
COMMONWEALTH OF VIRGINIA