

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia
Norfolk Division

| | |
|---|---|
| ePLUS, INC., | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. 2:09cv232 |
| PERFECT COMMERCE, INC., SCIQUEST, INC., LAWSON SOFTWARE, INC. & VERIAN | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Lawson Software, Inc.
Serve: The Corporation Trust Company, Registered Agent
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David M. Young, Esq.
Goodwin Procter LLP
Counsel for Plaintiff ePlus, Inc.     dyoung@goodwinprocter.com
901 New York Avenue, NW               Telephone: (202) 346-4257
Washington, DC 20001                  Facsimile: (202) 346-4444

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
Name of clerk of court

Date: 5/22/09

L. Woodcock    Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **LAWSON SOFTWARE, INC** by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **Scott LaScala** ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **5/28/09**

Server's signature

**John Ritter — Process Server**
Printed name and title

**230 N Market St, Wilm DE 19801**
Server's address

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

Norfolk Division

| ePLUS, INC., | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 2:09cv232 |
| PERFECT COMMERCE, INC., SCIQUEST, INC., LAWSON SOFTWARE, INC.& VERIAN | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

SciQuest, Inc.
Serve: Corporation Service Company, Registered Agent
2711 Centerville Road, Suite 400
Wilmington, DE 19808

A lawsuit has been filed against you.

Within **20** days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David M. Young, Esq.
Goodwin Procter LLP
Counsel for Plaintiff ePlus, Inc.
901 New York Avenue, NW
Washington, DC 20001

dyoung@goodwinprocter.com
Telephone: (202) 346-4257
Facsimile: (202) 346-4444

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
Name of clerk of court

Date: 5/22/09

L. Woodcock   Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **SciQuest Inc.** by:

(1) personally delivering a copy of each to the individual at this place, _____ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is **MARY DRUMMOND** ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

Date: **5/28/09**

*Thomas Williams*
Server's signature

**THOMAS WILLIAMS - Process Server**
Printed name and title

**230 N MARKET ST, WILM DE 19801**
Server's address