IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ePLUS, INC.,

        Plaintiff,

v.

                                                    Civil Action No. 2:09cv232/HCM-TEM

PERFECT COMMERCE, INC.,
SCIQUEST, INC., LAWSON
SOFTWARE, INC. and VERIAN
TECHNOLOGIES, INC.,

        Defendants.

## MOTION FOR EXTENSION OF TIME
## TO FILE RESPONSIVE PLEADINGS TO THE COMPLAINT

        The Defendant, Perfect Commerce, Inc. ("Perfect Commerce"), by counsel appearing specially, without waiving any challenges to jurisdiction or venue, moves this Court to extend the time through July 8, 2009, for it to answer, plead, or otherwise respond to the Complaint filed by the Plaintiff, ePLUS, Inc. ("ePLUS"), and in support thereof, state as follows:

        1.      ePLUS served its Complaint for patent infringement upon Perfect Commerce on June 3, 2009.  The time for Perfect Commerce to answer, plead, or otherwise respond has not passed and more time is needed to form such responses in this matter.  Under Local Rule 7(F)(2) of the Local Rules of Practice for this Court, no separate brief in support of this motion is required.

        2.      Perfect Commerce has requested from ePLUS's counsel an extension of time in which to answer, plead, or otherwise respond through July 8, 2009.  ePLUS's counsel has agreed.

3. Attached as **Exhibit A** is a proposed agreed order granting Perfect Commerce the relief sought. The agreed order is being circulated for endorsement and will be delivered to the Court once signed.

WHEREFORE, Perfect Commerce, by counsel, requests that this Court enter an Order granting it an extension of time to answer, plead, or otherwise respond to the Complaint through and including July 8, 2009.

Dated: June 10, 2009

        Respectfully submitted,

        /s/ Stephen E. Noona
Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3000
Facsimile:   (757) 624-3169
senoona@kaufcan.com

*Counsel for Perfect Commerce, Inc., SciQuest, Inc. and Lawson Software, Inc.*

Kenneth W. Brothers
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC  20006-5403
(202) 420-4128
(202) 420-2201
brothersk@dicksteinshapiro.com

*Counsel for Defendant Perfect Commerce, Inc., appearing specially*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2009, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Gregory N. Stillman
    Brent Lee VanNorman
    Hunton & Williams
    500 East Main Street, Suite 1000
    Norfolk, VA 23510
    Telephone: (757) 640-5300
    Fax: (757) 625-7720
    gstillman@hunton.com
    bvannorman@hunton.com

    David M. Young
    VSB No. 35997
    GOODWIN PROCTER, LLP
    901 New York Avenue, N.W.
    Washington, DC 20001
    Telephone:  (202) 346-4000
    Facsimile:  (202) 346-4444
    dyoung@goodwinprocter.com


    OF COUNSEL:

    Scott L. Robertson
    Jennifer A. Albert
    Christopher c. Campbell (VSB No. 36244)
    GOODWIN PROCTER, LLP
    901 New York Avenue, N.W.
    Washington, DC 20001
    Telephone:  (202) 346-4000
    Facsimile:  (202) 346-4444
    SRobertson@goodwinprocter.com

    *Attorneys for Plaintiff*

    Daniel Johnson, Jr.
    Morgan, Lewis & Bockius LLP
    One Market, Spear Street Tower
    San Francisco, CA 94105-1596

Telephone: (415) 442-1392
Facsimile: (415) 442-1001
djohnson@morganlewis.com

Robert W. Busby, Jr. (VSB No. 41312)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541
Telephone: (202) 739-5970
Facsimile: (202) 739-3001
*rbusby@morganlewis.com*

*Counsel for Defendants SciQuest, Inc. and
Lawson Software, Inc., appearing specially*

   /s/ Stephen E. Noona
Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3000
Facsimile:   (757) 624-3169

*Counsel for Defendants*

1487029\1