**ORIGINAL**

AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia
**Norfolk Division**

| | |
|---|---|
| ePLUS, INC., | ) |
| Plaintiff | ) |
| v. | )  Civil Action No. **2:09cv232** |
| PERFECT COMMERCE, INC., SCIQUEST, INC., LAWSON SOFTWARE, INC.& VERIAN | ) |
| Defendant | ) |

## Summons in a Civil Action

To: *(Defendant's name and address)*

Verian Technologies, Inc.
Serve: Merrill M. Mason
3110 Edwards Mill Road, Suite 100
Raleigh, North Caroliina 27612


A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

David M. Young, Esq.
Goodwin Procter LLP
Counsel for Plaintiff ePlus, Inc       dyoung@goodwinprocter.com
901 New York Avenue, NW            Telephone: (202) 346-4257
Washington, DC 20001               Facsimile: (202) 346-4444

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Fernando Galindo
Name of clerk of court

Date: 5/22/09

L. Woodcock   Deputy clerk's signature


*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Verian Technologies, INC.</u> by:

    (1) personally delivering a copy of each to the individual at this place. _____
  _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
  who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
  <u>Tanner Crabtree, Office Coordinator located at 5410 Trinity Road, Suite 400, Raleigh, NC 27607</u> on 05-29-09.

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* _____
  _____
  _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u>.

Date: <u>6/01/2009</u>

_Janice Bonavita_ (Server's signature)

Janice Bonavita
Printed name and title

**Capitol Process Services, Inc.**
1827 18th Street, NW
Washington, DC 20009

Server's address