

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ePLUS, INC.,

        Plaintiff,

v.

                                       Civil Action No. 2:09cv232/HCM-TEM

PERFECT COMMERCE, INC.,
SCIQUEST, INC., LAWSON
SOFTWARE, INC. and VERIAN
TECHNOLOGIES, INC.,

        Defendants.

## AGREED ORDER GRANTING EXTENSION OF TIME TO RESPOND

On this day came the parties, by counsel, upon the Motion for an Extension of Time to

File Responsive Pleadings to the Complaint ("Motion for Extension of Time") filed by the

Defendant Perfect Commerce, Inc. ("Perfect Commerce") and, upon consideration of the

arguments set forth in the Motion for Extension of Time and for good cause shown, it is

ORDERED that the Motion for Extension of Time filed by Perfect Commerce is granted

and Defendant shall have through and including July 8, 2009 in which to answer, plead or

otherwise respond to the Complaint.

Enter: _6 / 16 / 09_

/s/

Henry Coke Morgan, Jr.
Judge: ~~Senior United States District Judge~~
United States District Court
Eastern District of Virginia

WE ASK FOR THIS:

Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com
*Counsel for Perfect Commerce, Inc.,*
*SciQuest, Inc. and Lawson Software, Inc.,*
*appearing specially*

Kenneth W. Brothers
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-4128
(202) 420-2201
brothersk@dicksteinshapiro.com
*Counsel for Defendant Perfect Commerce, Inc.,*
*appearing specially*

AGREED:

Gregory N. Stillman
Brent Lee VanNorman
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Fax: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

David M. Young (VSB No. 35997)
GOODWIN PROCTER, LLP

901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com


OF COUNSEL:

Scott L. Robertson
Jennifer A. Albert
Christopher C. Campbell (VSB No. 36244)
GOODWIN PROCTER, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
SRobertson@goodwinprocter.com

*Attorneys for Plaintiff*

1487031\1