IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ePLUS, INC.,

        Plaintiff,

v.                                      Civil Action No.:  2:09cv232/HCM-TEM

PERFECT COMMERCE, INC.
SCIQUEST, INC.,
LAWSON SOFTWARE, INC. and
VERIAN TECHNOLOGIES, INC.,

        Defendants.
_____/

**MOTION FOR EXTENSION OF TIME TO FILE**
**RESPONSIVE PLEADINGS TO THE COMPLAINT**

        Defendant, Verian Technologies, Inc. ("Verian"), by counsel appearing specially, without waiving any challenges to jurisdiction or venue, moves this Court to extend the time through July 8, 2009 for it to answer, plead, or otherwise respond to the Complaint filed by the Plaintiff, ePLUS, Inc. ("ePLUS"), and in support thereof, states as follows:

        1.      ePLUS served its Complaint for patent infringement upon Verian on June 1, 2009. The time for Verian to answer, plead, or otherwise respond has not passed and more time is needed to form such responses in this matter.  Under Local Rule 7(F)(2) of the Local Rules of Practice for this Court, no separate brief in support of this motion is required.

        2.      ePLUS's counsel offered Verian's counsel an extension of time in which to answer, plead, or otherwise respond through July 8, 2009.  Verian's counsel has accepted and agreed.

8413035.1

3. Attached as **Exhibit A** is a proposed agreed order granting Verian the relief sought. The agreed order is being circulated for endorsement and will be delivered to the Court once signed.

WHEREFORE, Verian, by counsel, requests that this Court enter an Order granting them an extension of time to answer, plead, or otherwise respond to the Complaint through and including July 8, 2009.

Dated: June 18 2009.                                      Respectfully submitted,


                                                          ___/s/ James J. Briody_____
                                                          James J. Briody   (VSB No. 32128)
                                                          SUTHERLAND ASBILL & BRENNAN LLP
                                                          1275 Pennsylvania Avenue, NW
                                                          Washington, DC 20004-2415
                                                          Tel.:  202.383.0100
                                                          Fax: 202.637.3593
                                                          E-mail:  jim.briody@sablaw.com

                                                          *Counsel for Verian Technologies, Inc.*

8413035.1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2009, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

*Attorneys for Plaintiff*

Gregory N. Stillman
Brent Lee VanNorman
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA  23510
Tel.:  757-640-5300
Fax.:  757-625-7720
gstillman@hunton.com
bvannorman@hunton.com

*Of Counsel:*

Scott L. Robertson
Jennifer A. Albert
Christopher C. Campbell (VSB No. 36244)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC  20001
Tel.:  202 346-4000
Fax.:  202-346-4444
srobertson@goodwinprocter.com

David M. Young
VSB No. 35997
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC  20001
Tel.:  202-346-4000
Fax.:  202-346-4444
dyoung@goodwinprocter.com

***Attorneys for Defendant Perfect Commerce, Inc***.
Kenneth W. Brothers
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC  20006-5403
Tel.:  202 420-4128
Fax.:  202-420-2201
brothersk@dicksteinshapiro.com

8413035.1

*Attorneys for Defendants SciQuest, Inc. and Lawson Software, Inc*.
Stephen E. Noona
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Tel.:  757-624-3000
Fax.:  757-624-3169
senoona@kaufcan.com


　　　/s/ *James J. Briody*　　　　
James J. Briody (VSB No. 32128)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Tel.:  202.383.0100
Fax: 202.637.3593
E-mail:  jim.briody@sablaw.com

*Counsel for Verian Technologies, Inc.*

8413035.1