**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ePLUS, INC.,

      Plaintiff,

v.                                      Civil Action No.:  2:09cv232/HCM-TEM

PERFECT COMMERCE, INC.
SCIQUEST, INC.,
LAWSON SOFTWARE, INC. and
VERIAN TECHNOLOGIES, INC.,

      Defendants.
_____/

**AGREED ORDER GRANTING EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

On this day came the parties, by counsel, upon the Motion for an Extension of Time to File Responsive Pleadings to the Complaint ("Motion for Extension of Time") filed by the Defendant Verian Technologies, Inc. ("Verian") and, upon consideration of the arguments set forth in the Motion for Extension of Time and for good cause shown, it is

**ORDERED** that the Motion for Extension of Time filed by Verian is granted and shall have through and including July 8, 2009 in which to answer, plead or otherwise respond to the Complaint.

                                  Enter:  _____/____/____


                                  Judge: _____
                                  United States District Court
                                  Eastern District of Virginia

8413035.1

WE ASK FOR THIS:

    /s/ *James J. Briody*_____
James J. Briody (VSB No. 32128)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Tel.:  202.383.0100
Fax: 202.637.3593
E-mail:  jim.briody@sablaw.com

*Counsel for Verian Technologies, Inc.*

AGREED:

\_\_\_/s/ *Scott L. Robertson*_____

| *Attorneys for Plaintiff* | *Of Counsel:* |
|---|---|
| Gregory N. Stillman | Scott L. Robertson |
| Brent Lee VanNorman | Jennifer A. Albert |
| Hunton & Williams | Christopher C. Campbell (VSB No. 36244) |
| 500 East Main Street, Suite 1000 | Goodwin Procter, LLP |
| Norfolk, VA  23510 | 901 New York Avenue, N.W. |
| Tel.:  757-640-5300 | Washington, DC  20001 |
| Fax.:  757-625-7720 | Tel.:  202 346-4000 |
| gstillman@hunton.com | Fax.:  202-346-4444 |
| bvannorman@hunton.com | srobertson@goodwinprocter.com |

David M. Young
VSB No. 35997
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC  20001
Tel.:  202-346-4000
Fax.:  202-346-4444
dyoung@goodwinprocter.com

8413035.1