UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
<u>   NORFOLK   </u> DIVISION

ePLUS, Inc.
_____

        vs.                                    Civil/Criminal Action No. <u>2:09cv232/HCM-TEM</u>
Perfect Commerce, Inc. SciQuest, Inc.,
Lawson Software, Inc. and Verian Technologies, Inc.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:

_____

_____

Or

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____

in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____

_____

Or

      Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for <u>SciQuest, Inc.</u> in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

<u>6/23/2009</u>                                      _____
Date                                                    Signature of Attorney or Litigant
                                                             Counsel for <u>SciQuest, Inc.</u>

Rev. 7/14/04

*Note: Under L.R. 7.1 (A)(1), this form is to be filed <u>in duplicate</u> with the Clerk of Court.*

Rev. 7/14/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ePLUS, INC.,

       Plaintiff,

v.

                                       Civil Action No. 2:09cv232/HCM-TEM

PERFECT COMMERCE, INC.,
SCIQUEST, INC., LAWSON
SOFTWARE, INC. and VERIAN
TECHNOLOGIES, INC.,

       Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2009, I will electronically file the foregoing Financial Interest Disclosure Statement for Defendant SciQuest, Inc. with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Gregory N. Stillman
Brent Lee VanNorman
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Fax: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

David M. Young
VSB No. 35997
GOODWIN PROCTER, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com

OF COUNSEL:

Scott L. Robertson
Jennifer A. Albert
Christopher C. Campbell (VSB No. 36244)
GOODWIN PROCTER, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
SRobertson@goodwinprocter.com

*Attorneys for Plaintiff*

Kenneth W. Brothers
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-4128
(202) 420-2201
brothersk@dicksteinshapiro.com

*Counsel for Defendant Perfect Commerce, Inc.,
appearing specially*

                                                 /s/ Stephen E. Noona
                                                 Stephen E. Noona (VSB No. 25367)
                                                 KAUFMAN & CANOLES, P.C.
                                                 150 West Main Street, Suite 2100
                                                 Norfolk, VA 23510
                                                 Telephone: (757) 624-3000
                                                 Facsimile: (757) 624-3169

                                                 *Counsel for Defendants*

1490199\1