UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
_____NORFOLK_____ DIVISION

ePLUS, Inc.
_____

                    vs.                    Civil/Criminal Action No. 2:09cv232/HCM-TEM
Perfect Commerce, Inc., SciQuest, Inc.
Lawson Software, Inc. and Verian Technologies, Inc.

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and
Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates
of said party that have issued shares or debt securities to the public or own more than ten percent of the
stock of the following:
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and
Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for
  Perfect Commerce, LLC, inadvertently denoted as Perfect Commerce, Inc. in complaint
in the above captioned action, certifies that the following are parties in the partnerships, general or
limited, or owners or members of non-publicly traded entities such as LLCs or other closely held
entities:
Cormine, LLC
_____

Or

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and
Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for
_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of
said party that have issued shares or debt securities to the public.

6/23/2009
_____          Signature of Attorney or Litigant
Date                               Counsel for Perfect Commerce, LLC

Rev. 7/14/04

*Note: Under L.R. 7.1 (A)(1), this form is to be filed <u>in duplicate</u> with the Clerk of Court.*

Rev. 7/14/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ePLUS, INC.,

       Plaintiff,

v.

                                        Civil Action No. 2:09cv232/HCM-TEM

PERFECT COMMERCE, INC.,
SCIQUEST, INC., LAWSON
SOFTWARE, INC. and VERIAN
TECHNOLOGIES, INC.,

       Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2009, I will electronically file the foregoing Financial

Interest Disclosure Statement for Defendant Perfect Commerce, LLC, inadvertently denoted as

Perfect Commerce, Inc. in Complaint, with the Clerk of Court using the CM/ECF system, which

will send a notification of such filing (NEF) to the following:

Gregory N. Stillman
Brent Lee VanNorman
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Fax: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

David M. Young
VSB No. 35997
GOODWIN PROCTER, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
dyoung@goodwinprocter.com

OF COUNSEL:

Scott L. Robertson
Jennifer A. Albert
Christopher c. Campbell (VSB No. 36244)
GOODWIN PROCTER, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
SRobertson@goodwinprocter.com

*Attorneys for Plaintiff*

Daniel Johnson, Jr.
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1392
Facsimile: (415) 442-1001
djohnson@morganlewis.com

Robert W. Busby, Jr. (VSB No. 41312)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541
Telephone: (202) 739-5970
Facsimile: (202) 739-3001
*rbusby@morganlewis.com*

*Counsel for Defendants SciQuest, Inc. and
Lawson Software, Inc., appearing specially*


          /s/ Stephen E. Noona
Stephen E. Noona
VSB No. 25367
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

*Counsel for Defendants*

1490195\1