UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
<u>NORFOLK</u> DIVISION

<u>ePLUS, Inc.</u>

vs. Civil/Criminal Action No. <u>2:09cv232/HCM-TEM</u>
<u>Perfect Commerce, Inc., SciQuest, Inc.</u>
<u>Lawson Software, Inc. and Verian Technologies, Inc.</u>

**FINANCIAL INTEREST DISCLOSURE STATEMENT**

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for <u>Lawson Software, Inc.</u>
in the above captioned action, certifies that the following are parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public or own more than ten percent of the stock of the following:
<u>Lawson Software, Inc. (Nasdaq: LWSN) has issued shares to the public. Lawson Software, Inc. is the ultimate parent, and no underlying subsidiaries of Lawson Software, Inc. have issued shares or debt securities to the public.</u>

Or

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for

_____
in the above captioned action, certifies that the following are parties in the partnerships, general or limited, or owners or members of non-publicly traded entities such as LLCs or other closely held entities:

_____
_____

Or

    Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for

_____
in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

<u>6|23|2009</u>
Date

Signature of Attorney or Litigant
Counsel for <u>Lawson Software, Inc.</u>

Rev. 7/14/04

*Note: Under L.R. 7.1 (A)(1), this form is to be filed <u>in duplicate</u> with the Clerk of Court.*

Rev. 7/14/04

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

ePLUS, INC.,

        Plaintiff,

v.                                        Civil Action No. 2:09cv232/HCM-TEM

PERFECT COMMERCE, INC.,
SCIQUEST, INC., LAWSON
SOFTWARE, INC. and VERIAN
TECHNOLOGIES, INC.,

        Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2009, I will electronically file the foregoing Financial Interest Disclosure Statement for Defendant Lawson Software, Inc. with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Gregory N. Stillman
    Brent Lee VanNorman
    Hunton & Williams
    500 East Main Street, Suite 1000
    Norfolk, VA 23510
    Telephone: (757) 640-5300
    Fax: (757) 625-7720
    gstillman@hunton.com
    bvannorman@hunton.com

    David M. Young
    VSB No. 35997
    GOODWIN PROCTER, LLP
    901 New York Avenue, N.W.
    Washington, DC 20001
    Telephone: (202) 346-4000
    Facsimile: (202) 346-4444
    dyoung@goodwinprocter.com

OF COUNSEL:

Scott L. Robertson
Jennifer A. Albert
Christopher C. Campbell (VSB No. 36244)
GOODWIN PROCTER, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
SRobertson@goodwinprocter.com

*Attorneys for Plaintiff*

Kenneth W. Brothers
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403
(202) 420-4128
(202) 420-2201
brothersk@dicksteinshapiro.com

*Counsel for Defendant Perfect Commerce, Inc., appearing specially*

    /s/ Stephen E. Noona
Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

*Counsel for Defendants*

1490198\1