```
Court Name: United States District Court
Division: 2
Receipt Number: 24683003548
Cashier ID: tlevinso
Transaction Date: 07/01/2009
Payer Name: MORGAN LEWIS BOCKIUS LLP
------------------------------------
PRO HOC VICE
 For: MORGAN LEWIS BOCKIUS LLP
 Case/Party: D-VAE-2-09-CR-PROHAC-001
 Amount:         $50.00
------------------------------------
CHECK
 Check/Money Order Num: 2684
 Amt Tendered: $50.00
------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

MORGAN LEWIS & BOCKIUS LLP

ROBERT W BUSBY JR
2:09cv232
```