```
Court Name: United States District Court
Division: 2
Receipt Number: 24683003583
Cashier ID: tlevinso
Transaction Date: 07/06/2009
Payer Name: HUNTON AND WILLIAMS
----------------------------------------
PRO HAC VICE
 For: HUNTON AND WILLIAMS
 Case/Party: D-VAE-2-09-CR-PROHAC-001
 Amount:       $100.00
----------------------------------------
CHECK
 Check/Money Order Num: 613831
 Amt Tendered: $100.00
----------------------------------------
Total Due:       $100.00
Total Tendered: $100.00
Change Amt:      $0.00

HUNTON & WILLIAMS

SCOTT ROBERTSON

JENNIFER ALBERT
2:09cv232
```