IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| ePLUS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| PERFECT COMMERCE, INC., ) | Civil Action No. 2:09cv232-HCM/TEM |
| SCIQUEST, INC., LAWSON ) | |
| SOFTWARE, INC. and VERIAN ) | |
| TECHNOLOGIES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## DEFENDANT VERIAN TECHNOLOGIES, INC.'S
## LOCAL RULE 7.1 FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1 of the rules of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Verian Technologies, Inc. in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Respectfully submitted,

VERIAN TECHNOLOGIES, INC.
By Counsel

DATED: July 8, 2009

~ Doc# 55402.1 ~

NELSON MULLINS RILEY & SCARBOROUGH LLP

_/s/_____
George E. Kostel, Esq., VSB No. 34757
101 Constitution Avenue, NW, Suite 900
Washington, D.C. 20001
Email: george.kostel@nelsonmullins.com
Telephone: (202) 712-2800
Facsimile: (202) 712-2860

*Counsel for Defendant Verian Technologies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2009 a copy of Defendants Verian Technologies, Inc.'s Local Rule 7.1 Financial Interest Disclosure Statement was served by hand-delivery and electronically filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following, who is a filing user:

> David M. Young, Esquire
> Goodwin Procter LLP
> 901 New York Avenue, NW
> Washington, DC 20001
> (202) 346-4000
>
> *Counsel for Plaintiff*

_/s/_____
George E. Kostel, Esq., VSB No. 34757
101 Constitution Avenue, NW, Suite 900
Washington, D.C. 20001
Email: george.kostel@nelsonmullins.com
Telephone: (202) 712-2800
Facsimile: (202) 712-2860

*Counsel for Defendant Verian Technologies, Inc.*