**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| EPLUS, INC.,<br><br>              Plaintiff,<br><br>  v.<br><br>PERFECT COMMERCE, INC., SCIQUEST, INC., LAWSON SOFTWARE, INC., and VERIAN TECHNOLOGIES, INC.,<br><br>              Defendants. | Civil Action No. 2:09-CV-232-HCM-TEH<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DEFENDANTS PERFECT COMMERCE, LLC, SCIQUEST, INC., AND LAWSON SOFTWARE, INC. TO STAY PROCEEDINGS IN LIGHT OF PENDING REEXAMINATIONS OF PATENTS-IN-SUIT** |

    Defendants Perfect Commerce, LLC, SciQuest, Inc. and Lawson Software, Inc. (collectively, the "Moving Defendants"), by and through their counsel of record, having moved for an order staying this action pending resolution of the reexamination proceedings of two of the three patents-in-suit, and the Court having considered the Moving Defendants' submissions and any opposition received thereto, and for good cause shown,

    IT IS on this _____ day of _____, 2009

    ORDERED that the Moving Defendants' motion is GRANTED, it is further

    ORDERED that this entire action is STAYED pending resolution of the reexamination proceedings of United States Patent Nos. 6,023,683 and 6,505,172 currently taking place.

                                                                                                                           _____
                                                                   The Honorable Henry Coke Morgan, Jr.
                                                                   SENIOR UNITED STATES DISTRICT JUDGE

WE ASK FOR THIS:

      /s/Stephen E. Noona
Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:   (757) 624-3000
Facsimile:   (757) 624-3169
senoona@kaufcan.com

*Counsel for Defendants Perfect Commerce, LLC, SciQuest, Inc. and Lawson Software, Inc.*

Daniel Johnson, Jr. (*pro hac vice* pending)
Rita E. Tautkus (*pro hac vice* pending)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:   (415) 442-1000
Facsimile:   (415) 442-1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com

Robert W. Busby, Jr. (VSB No. 41312)
Bradford A. Cangro (*pro hac vice* pending)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541
Telephone:   (202) 739-3000
Facsimile:   (202) 739-3001
rbusby@morganlewis.com
bcangro@morganlewis.com

*Counsel for Defendants SciQuest, Inc. and Lawson Software, Inc.*

Kenneth W. Brothers (*pro hac vice* pending)
Dickstein Shapiro LLP
1835 Eye Street NW
Washington, DC 20006
Telephone:   (202) 420-4128
Facsimile:   (202) 420-2201
brothersk@dicksteinshapiro.com

*Counsel for Defendant Perfect Commerce, LLC*

1496183\1

2