# EXHIBIT A



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - March 31, 2009

1. Total requests filed since start of *ex parte* reexam on 07/01/81 .................................... 9893[1]

    a. By patent owner                        3603    36%
    b. By other member of public              6125    62%
    c. By order of Commissioner                165     2%

2. Number of filings by discipline

    a. Chemical Operation                     2873    29%
    b. Electrical Operation                   3404    34%
    c. Mechanical Operation                   3456    35%
    d. Design Patents                          160     2%

3. Annual Ex Parte Reexam Filings

    | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
    |---|---|---|---|---|---|---|---|
    | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
    | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
    | 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
    | 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
    | 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 308 YTD |
    | 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
    | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
    | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation............................................2992............30%

5. Decisions on requests ............................................................................ 9525

    a. No. granted................................................................8754.............92%

        (1) By examiner                     8641
        (2) By Director (on petition)        113

    b. No. denied .............................................................................771...............8%

        (1) By examiner                      736
        (2) Reexam vacated                    35

---

[1] Of the requests received in FY 2009, 26 requests have not yet been accorded a filing date, and preprocessing of 12 requests was terminated for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6. Total examiner denials (includes denials reserved by Director)..................................849

    a. Patent owner requester                                                     444           52%
    b. Third party requester                                                       405           48%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency                                                       24.8 (mos.)
    b. Median pendency                                                        19.3 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 22% | 27% | 12% | 25% |
| b. All claims cancelled | 8% | 13% | 21% | 11% |
| c. Claims changes | 70% | 60% | 67% | 64% |

9. Total ex parte reexamination certificates issued (1981 – present) ..........................6743

    a. Certificates with all claims confirmed                          1681          25%
    b. Certificates with all claims canceled                            756          11%
    c. Certificates with claims changes                                      4306         64%

10. Reexam claim analysis – requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates – PATENT OWNER REQUESTER ……………………………..2790

        (1) All claims confirmed                                     619         22%
        (2) All claims canceled                                       228          8%
        (3) Claim changes                                               1943       70%

    b. Certificates – 3rd PARTY REQUESTER ………………………………………..3806

        (1) All claims confirmed                                   1044       27%
        (2) All claims canceled                                       497        13%
        (3) Claim changes                                               2265       60%

    c. Certificates – COMM'R INITIATED REEXAM ……………………………......147

        (1) All claims confirmed                                     18        12%
        (2) All claims canceled                                       31        21%
        (3) Claim changes                                               98        67%