```
Court Name: United States District Court
Division: 2
Receipt Number: 24683003691
Cashier ID: tlevinso
Transaction Date: 07/14/2009
Payer Name: HUNTON AND WILLIAMS
----------------------------------------
PRO HOC VICE
 For: HUNTON AND WILLIAMS
 Case/Party: D-VAE-2-09-CR-PROHAC-001
 Amount:      $100.00
----------------------------------------
CHECK
 Check/Money Order Num: 614442
 Amt Tendered:  $100.00
----------------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00

HUNTON & WILLIAMS

SHIRLEY PALEY

JAMES CLEMENTS
2:09cv232
```