```
Court Name: United States District Court
Division: 2
Receipt Number: 24683003696
Cashier ID: tlevinso
Transaction Date: 07/14/2009
Payer Name: KAUFMAN AND CANOLES
```

PRO HOC VICE
 For: KAUFMAN AND CANOLES
 Case/Party: D-VAE-2-09-CR-PROHAC-001
 Amount: $50.00

CHECK
 Check/Money Order Num: 298318
 Amt Tendered: $50.00

Total Due: $50.00
Total Tendered: $50.00
Change Amt: $0.00

KAUFMAN & CANOLES

KENNETH BROTHERS
2:09cv232