```
Court Name: United States District Court
Division: 2
Receipt Number: 24683003697
Cashier ID: tlevinso
Transaction Date: 07/14/2009
Payer Name: KAUFMAN AND CANOLES
```

PRO HOC VICE
 For: KAUFMAN AND CANOLES
 Case/Party: D-VAE-2-09-CR-PROHAC-001
 Amount:      $50.00

CHECK
 Check/Money Order Num: 298317
 Amt Tendered: $50.00

Total Due:      $50.00
Total Tendered: $50.00
Change Amt:      $0.00

KAUFMAN & CANOLES

MATTHEW RICCIARDI
2:09cv232