# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



FILED
JUL 16 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

ePLUS, INC.,

          Plaintiff,

v.

Civil Action No.: 2:09cv232/HCM-TEM

PERFECT COMMERCE, INC.
SCIQUEST, INC.,
LAWSON SOFTWARE, INC. and
VERIAN TECHNOLOGIES, INC.,

          Defendants.

## AGREED ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT

On this day came the parties, by counsel, upon the Motion for an Extension of Time to File Responsive Pleadings to the Complaint ("Motion for Extension of Time") filed by the Defendant Verian Technologies, Inc. ("Verian") and, upon consideration of the arguments set forth in the Motion for Extension of Time and for good cause shown, it is

**ORDERED** that the Motion for Extension of Time filed by Verian is granted and shall have through and including July 8, 2009 in which to answer, plead or otherwise respond to the Complaint.

Enter: 7/13/09

               /s/
Judge:   Henry Coke Morgan, Jr.
        Senior United States District Judge
        United States District Court
        Eastern District of Virginia

8413035.1

WE ASK FOR THIS:

/s/ *James J. Briody*
James J. Briody (VSB No. 32128)
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004-2415
Tel.: 202.383.0100
Fax: 202.637.3593
E-mail: jim.briody@sablaw.com

*Counsel for Verian Technologies, Inc.*

AGREED:

/s/ *Scott L. Robertson*

*Attorneys for Plaintiff*

Gregory N. Stillman
Brent Lee VanNorman
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510
Tel.: 757-640-5300
Fax.: 757-625-7720
gstillman@hunton.com
bvannorman@hunton.com

David M. Young
VSB No. 35997
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: 202-346-4000
Fax.: 202-346-4444
dyoung@goodwinprocter.com

*Of Counsel:*

Scott L. Robertson
Jennifer A. Albert
Christopher C. Campbell (VSB No. 36244)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: 202 346-4000
Fax.: 202-346-4444
srobertson@goodwinprocter.com

8413035.1