IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __2:09cv232__, Case Name __ePlus, Inc. v. Perfect Commerce, et al__
Party Represented by Applicant: __Defendants SciQuest, Inc. and Lawson Software__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

**PERSONAL STATEMENT**

FULL NAME (no initials, please) __Rita Emily Tautkus__
Bar Identification Number __162090__ State __California__
Firm Name __Morgan, Lewis & Bockius LLP__
Firm Phone # __415.442.1000__ Direct Dial # __415.442.1357__ FAX # __415.442.1001__
E-Mail Address __rtautkus@morganlewis.com__
Office Mailing Address __One Market, Spear Street Tower, San Francisco, CA 94111__

Name(s) of federal court(s) in which I have been admitted __District Courts of California__

FILED JUL - 1 2009 CLERK, U.S. DISTRICT COURT NORFOLK, VA

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_(Applicant's Signature)_

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_(Signature)_   7/01/2009 (Date)
Stephen E. Noona
(Typed or Printed Name)

FILED JUL 16 CLERK, U.S. DISTRICT COURT NORFOLK, VA

Court Use Only:

Clerk's Fee Paid __X__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____
/s/
Henry Coke Morgan, Jr.
Senior United States District Judge
(Judge's Signature)   7/13/09 (Date)