IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 2:09cv232, Case Name ePlus, Inc. v. Perfect Commerce, et al
Party Represented by Applicant: Defendants SciQuest, Inc. and Lawson Software

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

FILED
JUL - 1 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

PERSONAL STATEMENT

FULL NAME (no initials, please) Bradford Anthony Cangro
Bar Identification Number DC 495996, PA 200511, NJ17162005
Firm Name Morgan, Lewis & Bockius LLP
Firm Phone # 202.739.3000    Direct Dial # 202.739.5088    FAX # 202.739.3001
E-Mail Address bcangro@morganlewis.com
Office Mailing Address 1111 Pennsylvania Avenue, N.W., Washington, D.C. 20004

Name(s) of federal court(s) in which I have been admitted District of Columbia

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Stephen E. Noona
(Typed or Printed Name)
7/01/2009
(Date)

Court Use Only:

Clerk's Fee Paid _X_ or Exemption Granted ___

The motion for admission is GRANTED _✓_ or DENIED ___

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge
(Judge's Signature)

7/13/09
(Date)

FILED
JUL 16 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA