IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:09cv232-HCM-TEM |
| | ) |
| v. | ) |
| | ) |
| PERFECT COMMERCE, INC., SCIQUEST, INC., LAWSON SOFTWARE, INC., and VERIAN TECHNOLOGIES, INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF PLAINTIFF ePLUS, INC.'S APPENDIX OF UNREPORTED CASES CITED IN ITS BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS

Please notice attached hereto are the unreported cases cited in ePlus, Inc.'s Brief in Opposition to Defendant's Motion to Stay Proceedings previously filed with the Court. Below is an index provided to assist in locating each case.

*Ariba, Inc. v. Emptoris, Inc.*,
  2007 U.S. Dist. LEXIS 78857 (E.D. Tex. Oct. 23, 2007) .............................................. TAB 1

*Cequent Trailer Prods., Inc. v. Diversi-Tech Corp.*,
  2008 WL 819750 (N.D.N.Y. Mar. 25, 2008) .................................................................. TAB 2

*Construction Equip. Co. v. Powerscreen Int'l Distribution, Ltd.*,
  2009 WL 437703 (D. Or. Feb. 19, 2009) ......................................................................... TAB 3

*Cooper Technologies Co. v. Thomas & Betts Corp.*,
  2008 WL 906315 (E.D. Tex. Mar. 31, 2008) .................................................................. TAB 4

*E.I. DuPont de Nemours & Co. v. Cetus Corp.*,
  1990 WL 305551 (N.D. Cal. Dec. 3, 1990) ..................................................................... TAB 5

*ESN, LLC v. Cisco Sys., Inc.*,
  2008 U.S. Dist. LEXIS 108327 (E.D. Tex. Nov. 20, 2008) ........................................... TAB 6

*Fresenius Med. Care Holdings*,
  2007 WL 1655625 (N.D. Cal. 2007) ................................................................................ TAB 7

*Fujitsu Ltd. v. Nanya Tech. Corp.*,
    2007 U.S. Dist. LEXIS 83581 (N.D. Cal. Nov. 6, 2007) .................................................. TAB 8

*In re Bingo Card Minder Corp.*,
    1998 WL 130514 (Fed. Cir. Feb. 25, 1998) ...................................................................... TAB 9

*In re Phoenix Licensing LLC*,
    2009 U.S. Dist. LEXIS 17525 (D. Ariz. Feb. 24, 2009) .................................................. TAB 10

*Mars, Inc. v. JCM Am. Corp.*,
    2006 WL 3373284 (D. N.J. Nov. 21, 2006) .................................................................... TAB 11

*Network Appliance Inc. v. Sun Microsystems Inc.*,
    2008 WL 2168917 (N.D. Cal. May 23, 2008) ................................................................ TAB 12

*NTP, Inc. v. Palm, Inc.*,
    2007 U.S. Dist. LEXIS 97141 (E.D. Va. Mar. 22, 2007) ................................................ TAB 13

*NTP, Inc. v. T-Mobile USA, Inc.*,
    2007 U.S. Dist. LEXIS 82063 (E.D. Va. Nov. 2, 2007) .................................................. TAB 14

*Roy-G-Biv Corp. v. Fanuc Ltd.*,
    2009 WL 1080854 (E.D. Tex. Apr. 14, 2009) ................................................................. TAB 15

*Softview Computer Prods. v. Haworth, Inc.*,
    2000 WL 1134471 (S.D.N.Y. Aug. 10, 2000) ................................................................ TAB 16

*Sorensen v. Ampro Tools Corp.*,
    2009 U.S. Dist. LEXIS 21627 (N.D. Cal. Mar. 9, 2009) ................................................ TAB 17

*Stormedia Texas, LLC v. CompUSA, Inc.*,
    2008 U.S. Dist. LEXIS 55690 (E.D. Tex. July 23, 2008) ............................................... TAB 18

*Texas MP3 Technologies v. Samsung Elec.*,
    2007 WL 3219372 (E.D. Tex. 2007) ............................................................................... TAB 19

Respectfully submitted,

Date: July 30, 2009

/s/
Gregory N. Stillman (VSB #14308)
Brent VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

Scott L. Robertson (*admitted pro hac vice*)
Jennifer A. Albert (*admitted pro hac vice*)
David M. Young (VSB #35997)
Robert D. Spendlove (VSB #75468)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
rspendlove@goodwinprocter.com

*Attorneys for Plaintiff ePlus, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2009, I will electronically file the foregoing **Notice of Plaintiff ePlus, Inc.'s Appendix of Unreported Cases Cited for Brief in Opposition to Defendants' Motion to Stay Proceedings,** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Stephen E. Noona (VSB #25367) *(via hand delivery)*
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3289
Facsimile: (757) 624-3169
senoona@kaufcan.com
***Counsel for Defendant Perfect Commerce, LLC,
SciQuest, Inc. and Lawson Software, Inc.***

James J. Briody (VSB #32128)
Sutherland Asbill & Brennan LLP
1275 Pennsylvania Ave., NW
Washington, DC 20004-2415
Telephone: (202) 383-0100
Facsimile: (202) 637-3593
jim.briody@sablaw.com
***Counsel for Verian Technologies, Inc.***

George E. Kostel (VSB #34757)
Nelson Mullins Riley & Scarborough, LLP
101 Constitution Avenue, NW Suite 900
Washington, DC 20001
Telephone: (202) 712-2800
Facsimile: (202) 712:2862
george.kostel@nelsonmullins.com
***Counsel for Verian Technologies, Inc.***

Daniel Johnson, Jr. *(admitted pro hac vice)*
Rita E. Tautkus *(admitted pro hac vice)*
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1392
Facsimile: (415) 442-1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com
***Counsel for Defendants SciQuest, Inc. and
Lawson Software, Inc.***

4

Robert W. Busby, Jr. (VSB #41312) *(admitted pro hac vice)*
Bradford A. Cangro *(admitted pro hac vice)*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC  20004-2541
Telephone:  (202) 739-5970
Facsimile:  (202) 739-30001
rbusby@morganlewis.com
bcangro@morganlewis.com
**Counsel for Defendants SciQuest, Inc. and
Lawson Software, Inc.**

I certify that I will email the foregoing to the following non-filing users:

Kenneth W. Brothers *(pro hac vice application pending)*
Matthew J. Ricciardi *(pro hac vice application pending)*
Dickstein, Shapiro LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Telephone:  (202) 420-4128
Facsimile:  (202) 420-2201
brothersk@dicksteinshapiro.com
ricciardim@dicksteinshapiro.com
**Counsel for Defendant Perfect Commerce, LLC**

Craig N. Killen
Frank B.B. Knowlton
Jeremy C. Whitley
Nelson, Mullins, Riley & Scarborough LLP
1320 Main Street, 17th Floor
Columbia, SC  29201
Telephone:  (803) 799-2000
Facsimile:  (803) 256-7500
craig.killen@nelsonmullins.com
frank.knowlton@nelsonmullins.com
jeremy.whitley@nelsonmullins.com
**Counsel for Verian Technologies, Inc.**

/s/
Gregory N. Stillman (VSB #14308)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone:  (757) 640-5300
Facsimile:  (757) 625-7720
gstillman@hunton.com
Counsel for Plaintiff, ePlus, Inc.