**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| EPLUS, INC., | Civil Action No. 2:09-CV-232-HCM-TEM |
| Plaintiff, | |
| v. | |
| PERFECT COMMERCE, INC., SCIQUEST, INC., LAWSON SOFTWARE, INC., and VERIAN TECHNOLOGIES, INC., | |
| Defendants. | |

**MOTION OF DEFENDANTS PERFECT COMMERCE, LLC, SCIQUEST, INC., AND LAWSON SOFTWARE, INC. TO TRANSFER PROCEEDINGS OR IN THE ALTERNATIVE TO ADOPT PRIOR MARKMAN RULING**

Defendants Perfect Commerce, LLC, SciQuest, Inc. and Lawson Software, Inc. (collectively, the "Moving Defendants"), by and through their counsel of record, hereby move this Court to transfer these litigation proceedings brought by Plaintiff, ePlus, Inc., to the Honorable James R. Spencer in the Richmond Division of this Court, or in the alternative, to adopt Judge Spencer's prior *Markman* rulings on the patents-in-suit.

This Motion is based upon the accompanying papers that the Moving Defendants filed and lodged in support of the Motion and upon such additional evidence and arguments as may be presented prior to or at any hearing on the Motion.  This Motion is accompanied by a Memorandum of Points and Authorities and the Declaration of Rita E. Tautkus.

Dated:  July 31, 2009

Respectfully submitted,

/s/ Stephen E. Noona
Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:     (757) 624-3000
Facsimile:      (757) 624-3169
senoona@kaufcan.com

*Counsel for Defendants Perfect Commerce, Inc.,*
*SciQuest, Inc. and Lawson Software, Inc.*

Daniel Johnson, Jr. (*pro hac vice* pending)
Rita E. Tautkus (*pro hac vice* pending)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:     (415) 442-1000
Facsimile:      (415) 442-1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com

Robert W. Busby, Jr. (VSB No. 41312)
Bradford A. Cangro (*pro hac vice* pending)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541
Telephone:     (202) 739-3000
Facsimile:      (202) 739-3001
rbusby@morganlewis.com
bcangro@morganlewis.com

*Counsel for Defendants SciQuest, Inc. and Lawson*
*Software, Inc.*

Kenneth W. Brothers (*pro hac vice* pending)
Dickstein Shapiro LLP
1835 Eye Street NW
Washington, DC 20006
Telephone:     (202) 420-4128
Facsimile:      (202) 420-2201
brothersk@dicksteinshapiro.com

*Counsel for Defendant Perfect Commerce, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2009, I will file electronically the foregoing Motion of

Defendants Perfect Commerce, LLC, SciQuest, Inc., and Lawson Software, Inc. to Transfer

Proceedings or in the Alternative to Adopt Prior *Markman* Ruling with the Clerk of the Court

using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Brent Lee VanNorman
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510
Tel.: 757-640-5300
Fax.: 757-625-7720
gstillman@hunton.com
bvannorman@hunton.com

David M. Young
VSB No. 35997
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: 202 346-4000
Fax.: 202-346-4444
dyoung@goodwinprocter.com

OF COUNSEL:

Scott L. Robertson
Jennifer A. Albert
Christopher C. Campbell (VSB No. 36244)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: 202 346-4000
Fax.: 202-346-4444
srobertson@goodwinprocter.com

Shirley Sperling Paley
James D. Clements
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109-2881
Tel.: 617-570-1000
Fax.:  617-523-1231
spaley@goodwinprocter.com
jclements@goodwinprocter.com

*Attorneys for Plaintiff*

James John Briody
Sutherland, Asbill & Brennan
1275 Penn Avenue, NW
Suite 800
Washington, DC 20004-2404
(202) 383-0100
jim.briody@sutherland.com

George E. Kostel (VSB No. 34757)
Nelson Mullins Riley & Scarborough, LLP
101 Constitution Avenue, NW Suite 900
Washington, DC  20001
Tel.: 202-712-2800
Fax.: 202-712-2862
george.kostel@nelsonmullins.com

*Attorneys for Defendant Verian Technologies, Inc.*

On this date, I am also hand-delivering a copy of the foregoing on:

Brent Lee VanNorman
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510
Tel.: 757-640-5300
Fax.: 757-625-7720
gstillman@hunton.com
bvannorman@hunton.com

                              /s/ Stephen E. Noona
                              Stephen E. Noona
                              (VSB No. 25367)
                              KAUFMAN & CANOLES, P.C.
                              150 West Main Street, Suite 2100
                              Norfolk, VA 23510
                              Telephone:     (757) 624-3000
                              Facsimile:     (757) 624-3169

                              *Counsel for Defendants Perfect Commerce LLC,*
                              *incorrectly identified as Perfect Commerce, Inc,*
                              *SciQuest, Inc. and Lawson Software, Inc.*

1511153\1