# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION



F I L E D
JAN 19 2007
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| | |
|---|---|
| ePLUS, INC., | |
| Plaintiff, | |
| v. | Civil Action Number 3:05CV281 |
| SAP AMERICA, INC. and SAP AG, | |
| Defendants. | |

### ORDER

THIS MATTER comes before the Court on Plaintiff ePlus, Inc.'s ("ePlus") Unopposed Motion to Vacate certain orders of this Court pursuant to Fed. R. Civ. P. 54(b) and Fed. R. Civ. P. 60(b)(6).

Upon due consideration by the Court, and for the reasons set forth in ePlus's Memorandum in support of its Motion, ePlus's Motion is hereby GRANTED. Pursuant to Rules 54(b) and 60(b)(6), the Court vacates the following Orders:

(1) Order on Claim Constructions pursuant to November 17, 2005 Markman Hearing (Dkt No. 112); and

(2) the portion of Order dated March 20, 2006 (Dkt No. 233) as modified by Order dated March 23, 2006 (Dkt No. 288) which granted Summary Judgment that Defendants do not infringe the means-plus-function claims of U.S. Patent Nos. 6,023,683 (the "'683 Patent"), 6,055,516 (the "'516 Patent"), and 6,505,172 (the "'172 Patent"),

specifically, claims 1-25 of the '683 Patent, claims 16-20 of the '516 Patent, and claims 1-5 of the '172 Patent.

Let the Clerk send a copy of this Order to all parties of record.

It is SO ORDERED.

/s/ James R. Spencer
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED this 17th day of January 2007

2