IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| EPLUS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PERFECT COMMERCE, INC.,<br>SCIQUEST, INC., LAWSON<br>SOFTWARE, INC., and VERIAN<br>TECHNOLOGIES, INC.,<br><br>    Defendants. | Civil Action No. 2:09-CV-232-HCM-TEM |

**NOTICE OF DEFENDANTS' APPENDIX OF CASES FOR MEMORANDUM IN
SUPPORT OF MOTION OF DEFENDANTS PERFECT COMMERCE, LLC,
SCIQUEST, INC., AND LAWSON SOFTWARE, INC. TO TRANSFER PROCEEDINGS
OR IN THE ALTERNATIVE TO ADOPT PRIOR MARKMAN RULING**

Dated:  July 31, 2009

Respectfully submitted,

/s/ Stephen E. Noona
Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:    (757) 624-3000
Facsimile:    (757) 624-3169
senoona@kaufcan.com

*Counsel for Defendants Perfect Commerce, LLC,*
*SciQuest, Inc. and Lawson Software, Inc.*

Daniel Johnson, Jr. (*admitted pro hac vice*)
Rita E. Tautkus (*admitted pro hac vice*)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:    (415) 442-1000
Facsimile:    (415) 442-1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com

Robert W. Busby, Jr. (VSB No. 41312)
Bradford A. Cangro (*admitted pro hac vice*)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541
Telephone:    (202) 739-3000
Facsimile:    (202) 739-3001
rbusby@morganlewis.com
bcangro@morganlewis.com

*Counsel for Defendants SciQuest, Inc. and Lawson*
*Software, Inc.*
Kenneth W. Brothers (*pro hac vice* pending)
Matthew J. Ricciardi (*pro hac vice* pending)
Dickstein Shapiro LLP
1835 Eye Street NW
Washington, DC 20006
Telephone:    (202) 420-4128
Facsimile:    (202) 420-2201
brothersk@dicksteinshapiro.com

*Counsel for Defendant Perfect Commerce, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2009, I will file electronically the foregoing Notice of

Defendants' Appendix of Cases for Memorandum in Support of Motion of Defendants Perfect

Commerce, LLC, SciQuest, Inc., and Lawson Software, Inc. to Transfer Proceedings or in the

Alternative to Adopt Prior *Markman* Ruling with the Clerk of the Court using the CM/ECF

system, which will send a notification of such filing (NEF) to the following:

Brent Lee VanNorman
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510
Tel.: 757-640-5300
Fax.: 757-625-7720
gstillman@hunton.com
bvannorman@hunton.com

David M. Young
VSB No. 35997
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: 202 346-4000
Fax.: 202-346-4444
dyoung@goodwinprocter.com

OF COUNSEL:

Scott L. Robertson
Jennifer A. Albert
Christopher C. Campbell (VSB No. 36244)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: 202 346-4000
Fax.: 202-346-4444
srobertson@goodwinprocter.com

Shirley Sperling Paley
James D. Clements
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA  02109-2881
Tel.: 617-570-1000
Fax.:  617-523-1231
spaley@goodwinprocter.com
jclements@goodwinprocter.com

*Attorneys for Plaintiff*

James John Briody
Sutherland, Asbill & Brennan
1275 Penn Avenue, NW
Suite 800
Washington, DC 20004-2404
(202) 383-0100
jim.briody@sutherland.com

George E. Kostel (VSB No. 34757)
Nelson Mullins Riley & Scarborough, LLP
101 Constitution Avenue, NW Suite 900
Washington, DC  20001
Tel.: 202-712-2800
Fax.: 202-712-2862
george.kostel@nelsonmullins.com

*Attorneys for Defendant Verian Technologies, Inc.*


On this date, I am also hand-delivering a copy of the foregoing on:

Brent Lee VanNorman
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510
Tel.: 757-640-5300
Fax.: 757-625-7720
gstillman@hunton.com
bvannorman@hunton.com


                                        /s/ Stephen E. Noona
                                        Stephen E. Noona
                                        (VSB No. 25367)
                                        KAUFMAN & CANOLES, P.C.
                                        150 West Main Street, Suite 2100
                                        Norfolk, VA 23510
                                        Telephone:    (757) 624-3000
                                        Facsimile:    (757) 624-3169

                                        *Counsel for Defendants Perfect Commerce LLC,*
                                        *incorrectly identified as Perfect Commerce, Inc,*
                                        *SciQuest, Inc. and Lawson Software, Inc.*

1511153\1