IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

|  |  |
|---|---|
| ePLUS, INC.,  )  | |
|  ) | |
| Plaintiff,  ) | |
|  ) | Civil Action No. 2:09cv232-HCM/TEM |
| v.  ) | |
|  ) | |
| PERFECT COMMERCE, INC., SCIQUEST, INC., LAWSON SOFTWARE, INC., and VERIAN TECHNOLOGIES, INC.,  ) ) ) ) | |
|  ) | |
| Defendants.  ) | |

FILED
[stamp: Clerk, U.S. District Court, Norfolk, VA]

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF ePLUS, INC. AND DEFENDANT VERIAN TECHNOLOGIES, INC.

Plaintiff ePlus, Inc. and Defendant Verian Technologies, Inc., by and through their undersigned counsel and pursuant to a settlement agreement reached between them, do hereby stipulate and agree to a dismissal of the claims of this action as between them (and their claims, counterclaims, third-party claims and/or any cross claims) with prejudice and on the merits, and with each side to bear its own costs except as the settlement agreement between them otherwise provides. This dismissal pertains only to such claims between Plaintiff ePlus, Inc. and Defendant Verian Technologies, Inc., and not as to any other defendant in this action.

Dated: July 15, 2009                                                                Respectfully submitted,

By: _____                              By: _____
Gregory N. Stillman                                                              George E. Kostel
VSB No. 14308                                                                    VSB No. 34757
*Attorney for Plaintiff ePlus, Inc.*                                             *Attorney for Defendant Verian*
Hunton & Williams LLP                                                            *Technologies, Inc.*
500 East Main Street, Ste. 1000                                                  Nelson Mullins Riley &
Norfolk, VA 23510                                                                Scarborough LLP
P: (757) 640-5300                                                                101 Constitution Avenue, N.W.
F: (757) 625-7720                                                                Suite 900
gstillman@hunton.com                                                             Washington, DC 20001
                                                                                 P: (202) 712-2800
                                                                                 F: (202) 712-2862
                                                                                 george.kostel@nelsonmullins.com

By: _____
Stephen E. Noona
VSB No. 25367
*Counsel for Defendants Perfect Commerce, LLC,*
*SciQuest, Inc., and Lawson Software, Inc.*
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com


SO ORDERED.  7/29/09
              /s/
Henry Coke Morgan, Jr.
Senior United States District Judge