IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

FILED
JUL 14 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL RULE 83.1(D)

In Case Number  2:09cv232-HCM-TEM,  Case Name  ePLUS, Inc. v. Perfect Commerce, Inc., et al.
Party Represented by Applicant:  Perfect Commerce, LLC (incorrectly identified in Complaint as Perfect Commerce, Inc.)

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please)  Matthew Joseph Ricciardi
Bar Identification Number  501365         State  DC
Firm Name  Dickstein Shapiro LLP
Firm Phone #  (202) 420-2200     Direct Dial #  (202) 420-3395     FAX #  (202) 420-2201
E-Mail Address  RicciardiM@dicksteinshapiro.com
Office Mailing Address  1825 Eye Street, NW, Washington, DC 20006

Name(s) of federal court(s) in which I have been admitted  See Attachment A attached

I certify that the rules of the federal court(s) in which I have been admitted and have my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ☐ am not ☒ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)                                                          7/14/2009
                                                                     (Date)
Stephen E. Noona
(Typed or Printed Name)

FILED
JUL 31 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

Court Use Only:

Clerk's Fee Paid  ✓   or Exemption Granted _____

The motion for admission is GRANTED  ✓   or DENIED _____
        /s/
Henry Coke Morgan, Jr.
(Judge's Signature) United States District Judge          7/29/09
                                                          (Date)

::1494425\1

Attachment A to Petition for *Pro Hac Vice* Admission
of
Matthew Joseph Ricciardi

**Name(s) of federal court(s) in which I have been admitted:**

United States Court of Appeals for the Federal Circuit
United States District Court for the District of Columbia