IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 2:09cv232. Case Name ePlus, Inc. v. Perfect Commerce, Inc., et al
Party Represented by Applicant: ePlus, Inc., Plaintiff

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Shirley Sperling Paley
Bar Identification Number 650573     State Massachusetts
Firm Name Goodwin Procter LLP
Firm Phone # 617-570-1000     Direct Dial # 617-570-8358     FAX # 617-523-1231
E-Mail Address spaley@goodwinprocter.com
Office Mailing Address Exchange Place, 53 State Street, Boston, MA 02109

Name(s) of federal court(s) in which I have been admitted District of Massachusetts (10/29/03); Eastern District of Texas (01/29/07); U.S. Court of Appeals, 1st Circuit (06/11/02); U.S. Court of Appeals, Federal Circuit (12/17/04)

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ___  am not  X  a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Gregory N. Stillman
(Typed or Printed Name)

July 13, 09
(Date)

Court Use Only:

Clerk's Fee Paid ✓  or Exemption Granted

The motion for admission is GRANTED ✓ or DENIED

/s/
Henry Coke Morgan, Jr.
Senior United States District Judge
(Judge's Signature)

7/29/09
(Date)


