**FILED**

JUL 1 4 2009

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  2:09cv232 _____ , Case Name ePlus, Inc. v. Perfect Commerce, Inc., et al
Party Represented by Applicant: ePlus, Inc., Plaintiff _____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) James David Clements _____
Bar Identification Number  669190 _____ State  Massachusetts ___
Firm Name  Goodwin Procter LLP _____
Firm Phone #  617-570-1000 _____ Direct Dial #  617-570-1899 _____ FAX #  617-523-1231 ____
E-Mail Address  jclements@goodwinprocter.com _____
Office Mailing Address  Exchange Place, 53 State Street, Boston, MA   02109 _____

Name(s) of federal court(s) in which I have been admitted   District of Massachusetts (06/17/08) _____

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
Gregory N. Stillman (VSB #14308)
(Typed or Printed Name)

(Date) July 13, 09

---

Court Use Only:

Clerk's Fee Paid ___✓___ or Exemption Granted _____

The motion for admission is GRANTED ___✓___ or DENIED _____

_____/s/_____
Henry Coke Morgan, Jr.
Senior United States District Judge
(Judge's Signature)

**FILED**

JUL 3 1 2009

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

(Date) 7/29/09

