IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:09cv232-HCM-TEM |
| | ) |
| v. | ) |
| | ) |
| PERFECT COMMERCE, INC., | ) |
| SCIQUEST, INC., and | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendants. | ) |

<u>NOTICE OF PLAINTIFF ePLUS, INC.'S
APPENDIX OF EXHIBITS E, F, AND G TO ITS
BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER
PROCEEDINGS OR IN THE ALTERNATIVE TO ADOPT PRIOR VACATED RULING</u>

Please notice attached hereto are the Exhibits E, F and G to Plaintiff ePlus, Inc.'s Brief in Opposition to Defendants' Motion to Stay Transfer Proceedings or in the Alternative to Adopt Prior Vacated Ruling previously filed with the Court.

Respectfully submitted,

Date: August 11, 2009

/s/
Gregory N. Stillman (VSB #14308)
Brent l. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
Robert D. Spendlove (VSB #75468)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
rspendlove@goodwinprocter.com

James D. Clements *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
jclements@goodwinprocter.com

Attorneys for Plaintiff *e*Plus, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2009, I will electronically file the foregoing NOTICE OF PLAINTIFF ePLUS, INC.'S APPENDIX OF EXHIBITS E, F, AND G TO ITS BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER PROCEEDINGS OR IN THE ALTERNATIVE TO ADOPT PRIOR VACATED RULING, with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Stephen E. Noona (VSB #25367) *(By Hand Delivery)*
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3289
Facsimile: (757) 624-3169
senoona@kaufcan.com
*Counsel for Defendant Perfect Commerce, LLC,*
*SciQuest, Inc. and Lawson Software, Inc.*

Daniel Johnson, Jr. *(admitted pro hac vice)*
Rita E. Tautkus *(admitted pro hac vice)*
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1392
Facsimile: (415) 442-1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com
*Counsel for Defendants SciQuest, Inc. and*
*Lawson Software, Inc.*

Robert W. Busby, Jr. (VSB #41312) *(admitted pro hac vice)*
Bradford A. Cangro *(admitted pro hac vice)*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541
Telephone: (202) 739-5970
Facsimile: (202) 739-30001
rbusby@morganlewis.com
bcangro@morganlewis.com
*Counsel for Defendants SciQuest, Inc. and*
*Lawson Software, Inc.*

Kenneth W. Brothers *(admitted pro hac vice)*
Matthew J. Ricciardi *(admitted pro hac vice)*
Dickstein, Shapiro LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Telephone:  (202) 420-4128
Facsimile:  (202) 420-2201
brothersk@docksteinshapiro.com
ricciardim@dicksteinshapiro.com
***Counsel for Defendant Perfect Commerce, LLC***

_____/s/_____
Brent L. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone:  (757) 640-5300
Facsimile:  (757) 625-7720
bvannorman@hunton.com
Counsel for Plaintiff, *e*Plus, Inc.