IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

ePLUS, INC.,                                      )
                                                  )
                    Plaintiff,                    ) Civil Action No. 2:09cv232-HCM-TEM
                                                  )
v.                                                )
                                                  )
PERFECT COMMERCE, INC.,                           )
SCIQUEST, INC., and                               )
LAWSON SOFTWARE, INC.,                            )
                                                  )
                    Defendants.                   )

**NOTICE OF PLAINTIFF ePLUS, INC.'S
APPENDIX OF UNREPORTED CASES CITED IN ITS
BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER
PROCEEDINGS OR IN THE ALTERNATIVE TO ADOPT PRIOR VACATED RULING**

Please notice attached hereto are the unreported cases cited in ePlus, Inc.'s Brief in Opposition to Defendant's Motion to Transfer Proceedings or in the Alternative to Adopt Prior Vacated Ruling previously filed with the Court. Below is an index provided to assist in locating each case.

*Alabakis v. Iridium Holdings, LLC,*
    2007 WL 3245060 (D. Md. Nov. 1, 2007) ................................................................ TAB 1

*Clever Devices, Ltd. v. Digital Recorders, Inc.,*
    2004 U.S. Dist. LEXIS 10494 (N.D. Tex. June 3, 2004) .............................................. TAB 2

*Intelligent Peripheral Devices, Inc. v. Smartpad, Inc.,*
    1998 WL 754606 (N.D. Cal. Oct. 26, 1998)................................................................. TAB 3

*Lectrolarm Custom Servs., Inc. v. Vicon Indus., Inc.,*
    2005 WL 2177000 (W.D. Tenn. 2005)........................................................................ TAB 4

*Logan v. Hormel Foods Corp.,*
    2004 U.S. Dist. LEXIS 30327 (E.D. Tex. Aug. 25, 2004) ............................................ TAB 5

*NTP, Inc. v. Palm, Inc.,*
    2007 U.S. Dist. LEXIS 97141 (E.D. Va. Mar. 22, 2007)............................................. TAB 6

*PalTalk Holdings, Inc. v. Microsoft Corp.,*
    2008 U.S. Dist. LEXIS 94462 (E.D. Tex. July 29, 2008)................................................ TAB 7

*Zinus, Inc. v. Simmons Bedding Co.,*
    2008 U.S. Dist. LEXIS 33359 (N.D. Cal. Apr. 23, 2008) ............................................... TAB 8

Respectfully submitted,


Date:  August 11, 2009                                        _____/s/_____
                                                             Gregory N. Stillman (VSB #14308)
                                                             Brent l. VanNorman (VSB #45956)
                                                             **HUNTON & WILLIAMS LLP**
                                                             500 East Main Street, Suite 1000
                                                             Norfolk, VA 23510
                                                             Tel:  (757) 640-5300; Fax:   (757) 625-7720
                                                             gstillman@hunton.com
                                                             bvannorman@hunton.com


                                                             Scott L. Robertson *(admitted pro hac vice)*
                                                             Jennifer A. Albert *(admitted pro hac vice)*
                                                             David M. Young (VSB #35997)
                                                             Robert D. Spendlove (VSB #75468)
                                                             **GOODWIN PROCTER LLP**
                                                             901 New York Avenue, N.W.
                                                             Washington, DC 20001
                                                             Tel:  (202) 346-4000; Fax:   (202) 346-4444
                                                             srobertson@goodwinprocter.com
                                                             jalbert@goodwinprocter.com
                                                             dyoung@goodwinprocter.com
                                                             rspendlove@goodwinprocter.com


                                                             James D. Clements *(admitted pro hac vice)*
                                                             **GOODWIN PROCTER LLP**
                                                             Exchange Place
                                                             53 State Street
                                                             Boston, MA 02109-2881
                                                             Tel:  (617) 570-1000; Fax:   (617) 523-1231
                                                             jclements@goodwinprocter.com


                                                             Attorneys for Plaintiff *e*Plus, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2009, I will electronically file the foregoing NOTICE OF PLAINTIFF ePLUS, INC.'S  APPENDIX OF UNREPORTED CASES TO BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO TRANSFER PROCEEDINGS OR IN THE ALTERNATIVE TO ADOPT PRIOR VACATED RULING, with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Stephen E. Noona (VSB #25367) *(By Hand Delivery)*
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA   23510
Telephone:  (757) 624-3289
Facsimile:  (757) 624-3169
senoona@kaufcan.com
***Counsel for Defendant Perfect Commerce, LLC,***
***SciQuest, Inc. and Lawson Software, Inc.***

Daniel Johnson, Jr. *(admitted pro hac vice)*
Rita E. Tautkus *(admitted pro hac vice)*
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA   94105-1596
Telephone:  (415) 442-1392
Facsimile: (415) 442-1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com
***Counsel for Defendants SciQuest, Inc. and***
***Lawson Software, Inc.***

Robert W. Busby, Jr. (VSB #41312) *(admitted pro hac vice)*
Bradford A. Cangro *(admitted pro hac vice)*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC   20004-2541
Telephone:  (202) 739-5970
Facsimile: (202) 739-30001
rbusby@morganlewis.com
bcangro@morganlewis.com
***Counsel for Defendants SciQuest, Inc. and***
***Lawson Software, Inc.***

Kenneth W. Brothers *(admitted pro hac vice)*
Matthew J. Ricciardi *(admitted pro hac vice)*
Dickstein, Shapiro LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Telephone:   (202) 420-4128
Facsimile:   (202) 420-2201
brothersk@dicksteinshapiro.com
ricciardim@dicksteinshapiro.com
***Counsel for Defendant Perfect Commerce, LLC***


_____/s/_____
Brent L. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone:   (757) 640-5300
Facsimile:   (757) 625-7720
bvannorman@hunton.com
Counsel for Plaintiff, *e*Plus, Inc.