IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| EPLUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PERFECT COMMERCE, LLC, SCIQUEST, INC., and LAWSON SOFTWARE, INC. <br><br> Defendants. | Civil Action No. 2:09-CV-232-HCM-TEM |

**NOTICE OF FILING OF ADDITIONAL EXHIBIT IN SUPPORT OF REPLY IN FURTHER SUPPORT OF MOTION OF DEFENDANTS PERFECT COMMERCE, LLC, SCIQUEST, INC., AND LAWSON SOFTWARE, INC. TO TRANSFER PROCEEDINGS OR IN THE ALTERNATIVE TO ADOPT PRIOR MARKMAN RULING**

Defendants Perfect Commerce, LLC, SciQuest, Inc. and Lawson Software, Inc. give notice of the filing of an additional exhibit, **Exhibit 6,** filed as part of its Reply in Further Support of Motion of Defendants Perfect Commerce, LLC, SciQuest, Inc. and Lawson Software, Inc. to Transfer Proceedings or in the Alternative to Adopt Prior Markman Ruling ("Reply Brief"). Exhibit 6 is referenced in the Reply Brief but was inadvertently omitted from the exhibits filed in support of the Defendants' Reply Brief.

Dated:  August 14, 2009	Respectfully submitted,

   /s/ *Stephen E. Noona*

Stephen E. Noona
(VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:	(757) 624-3000
Facsimile:	(757) 624-3169
senoona@kaufcan.com

*Counsel for Defendants Perfect Commerce, LLC, SciQuest, Inc. and Lawson Software, Inc.*

Daniel Johnson, Jr. (admitted *pro hac vice*)
Rita E. Tautkus (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:	(415) 442-1000
Facsimile:	(415) 442-1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com

Robert W. Busby, Jr.
(VSB No. 41312)
Bradford A. Cangro (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541
Telephone:	(202) 739-3000
Facsimile:	(202) 739-3001
rbusby@morganlewis.com
bcangro@morganlewis.com

*Counsel for Defendants SciQuest, Inc. and Lawson Software, Inc.*

3

Kenneth W. Brothers (admitted *pro hac vice*)
Matthew J. Ricciardi (admitted *pro hac vice*)
Dickstein Shapiro LLP
1835 Eye Street NW
Washington, DC 20006
Telephone: (202) 420-4128
Facsimile: (202) 420-2201
brothersk@dicksteinshapiro.com

*Counsel for Defendant Perfect Commerce, LLC*

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 14, 2009, I will electronically file the foregoing Notice of Filing of Additional Exhibit in Further Support of Reply in Further Support of Motion of Defendants Perfect Commerce, LLC, SciQuest, Inc., and Lawson Software, Inc. to Transfer Proceedings or in the Alternative to Adopt Prior Markman Ruling with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Gregory N. Stillman
Brent Lee VanNorman
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510
Tel.: 757-640-5300
Fax.: 757-625-7720
gstillman@hunton.com
bvannorman@hunton.com

David M. Young (VSB No. 35997)
Scott L. Robertson
Jennifer A. Albert
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: 202-346-4000
Fax.: 202-346-4444
dyoung@goodwinprocter.com
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com

James David Clements
Shirley Sperling Paley
Goodwin Procter LLP
Exchange Place
53 State St
Boston, MA 02109
Tel.: 617-570-1000
Fax: 617-523-1231
jclements@goodwinprocter.com
spaley@goodwinprocter.com

*Attorneys for Plaintiff*

4

/s/ *Stephen E. Noona*
Stephen E. Noona
(VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

*Counsel for Defendants Perfect Commerce, LLC, SciQuest, Inc. and Lawson Software, Inc.*

1518338\1