```
Court Name: United States District Court
Division: 2
Receipt Number: 24603004039
Cashier ID: tlevinso
Transaction Date: 08/17/2009
Payer Name: GOODWIN PROCTER
------------------------------------
PRO HAC VICE
 For: GOODWIN PROCTER
 Case/Party: D-VAE-2-09-CR-PROHAC-001
 Amount:       $150.00
------------------------------------
CHECK
 Check/Money Order Num: 1248365
 Amt Tendered: $150.00
------------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:      $0.00

GOODWIN PROCTER

ANDREW STEIN

LANA SHIFERMAN

NATASHA ALJALIAN
2:09cv232
```