IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __2:09cv232__, Case Name __ePlus Inc. v. Perfect Commerce Inc., SciQuest, Inc., Lawson Software, Inc. and Verian Technologies, Inc.__

Party Represented by Applicant: __ePlus Inc.__

FILED
AUG 17 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Andrew Neal Stein__
Bar Identification Number __4500799__   State __New York__
Firm Name __Goodwin Procter LLP__
Firm Phone # __212.813.8800__   Direct Dial # __212.459.7032__   FAX # __212.355.3333__
E-Mail Address __AStein@goodwinprocter.com__
Office Mailing Address __The New York Times Bldg., 620 Eighth Ave., New York, NY 10018-1405__

Name(s) of federal court(s) in which I have been admitted __U.S. Court of Appeals for Federal Cir. (6/3/2009); U.S. Fed. Court for S.D. NY (7/10/07); U.S. Fed. Court for N.D. NY (7/20/07); D. Colorado, CO (5/5/2009)__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am [ ]   am not [✓]   a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
__Gregory N. Stillman__
(Typed or Printed Name)

Aug. 17, 2009
(Date)

Court Use Only:

Clerk's Fee Paid __✓__ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____          _____
(Judge's Signature)                              (Date)