IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| ePLUS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 2:09cv232 |
| v. | ) | |
| | ) | |
| PERFECT COMMERCE, INC., | ) | |
| LAWSON SOFTWARE, INC., and | ) | |
| SCIQUEST, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF ePLUS, INC. AND DEFENDANT SCIQUEST, INC.

Plaintiff ePlus, Inc. and Defendant SciQuest, Inc., by counsel under Fed. R. Civ. P. 41(a)(1) and pursuant to a settlement agreement reached between them, do hereby stipulate and agree to a dismissal of the claims of this action as between them (and their claims, counterclaims, third-party claims and/or any cross claims) with prejudice and on the merits, and with each side to bear its own costs except as the settlement agreement between them otherwise provides. This dismissal pertains only to such claims and counterclaims as between Plaintiff ePlus, Inc. and Defendant SciQuest, Inc. and not as to any other defendant in this action. Defendants Perfect Commerce, Inc. and Lawson Software, Inc. consent to this stipulation of dismissal.

Dated: August 19, 2009

Respectfully submitted,

By: /s/ Brent L. VanNorman

Gregory N. Stillman (VSB No. 14308)
Brent L. VanNorman (VSB No. 45956)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, Virginia 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
email: gstillman@hunton.com
email: bvannorman@hunton.com

Scott L. Robertson
Jennifer A. Albert
GOODWIN PROCTOR LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

*Counsel for Plaintiff ePlus, Inc.*

By: /s/

Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
email: senoona@kaufcan.com

*Counsel for Defendant SciQuest, Inc.*

By: /s/

Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
email: senoona@kaufcan.com

*Counsel for Defendants Perfect Commerce, Inc. and Lawson Software, Inc.*

2