IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:09cv232-HCM-TEM |
| | ) |
| v. | ) |
| | ) |
| PERFECT COMMERCE, INC., | ) |
| SCIQUEST, INC., and | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendants. | ) |

### UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT TO AMEND THE COURT'S RULE 16(B) SCHEDULING ORDER

Plaintiff ePlus, Inc. ("ePlus"), by counsel, respectfully moves the Court to amend its Rule 16(b) Scheduling Order entered on August 14, 2009, to permit a single discovery completion date of December 21, 2009 (except for expert witnesses) for all parties for the reasons stated in the accompanying Memorandum in Support. Defendants do not oppose this motion.

### MEMORANDUM IN SUPPORT

On August 14, 2009, this Honorable Court entered its Rule 16(b) Scheduling Order for this case. *See* Docket No. 66. In its Order, the Court set the Plaintiff's discovery completion date at November 23, 2009 and the Defendants' discovery completion date at December 21, 2009. A separate date for discovery completion exists for expert witnesses and remains unaffected by the amendment requested herein. The Defendants in this case have filed counterclaims against ePlus, thus making Defendants also Counter-Plaintiffs and ePlus a Counter-Defendant. In order to avoid confusion whether discovery is addressed to an affirmative claim or a counterclaim, the parties have agreed to a single discovery completion date of December 21, 2009.

Attached hereto is an Agreed Order, which is currently being circulated for endorsement and will be forwarded to the Court for consideration once fully endorsed and which ePlus respectfully asks the Court to enter. No other deadlines are affected by this proposed change and it will not adversely impact the trial date.

Respectfully submitted,

Date: August 25, 2009

/s/
Gregory N. Stillman (VSB #14308)
Brent l. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Tel: (757) 640-5300; Fax: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
Robert D. Spendlove (VSB #75468)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Tel: (202) 346-4000; Fax: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
rspendlove@goodwinprocter.com

James D. Clements *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Tel: (617) 570-1000; Fax: (617) 523-1231
jclements@goodwinprocter.com

Attorneys for Plaintiff *e*Plus, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2009, I will electronically file the foregoing UNOPPOSED MOTION AND MEMORANDUM IN SUPPORT TO AMEND THE COURT'S RULE 16(B) SCHEDULING ORDER, with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Stephen E. Noona (VSB #25367) *(By Hand Delivery)*
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3289
Facsimile: (757) 624-3169
senoona@kaufcan.com
*Counsel for Defendants Perfect Commerce, LLC
and Lawson Software, Inc.*

Daniel Johnson, Jr. *(admitted pro hac vice)*
Rita E. Tautkus *(admitted pro hac vice)*
Morgan, Lewis & Bockius, LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone: (415) 442-1392
Facsimile: (415) 442-1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com
*Counsel for Defendant Lawson Software, Inc.*

Robert W. Busby, Jr. (VSB #41312) *(admitted pro hac vice)*
Bradford A. Cangro *(admitted pro hac vice)*
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541
Telephone: (202) 739-5970
Facsimile: (202) 739-30001
rbusby@morganlewis.com
bcangro@morganlewis.com
*Counsel for Defendant Lawson Software, Inc.*

Kenneth W. Brothers *(admitted pro hac vice)*
Matthew J. Ricciardi *(admitted pro hac vice)*
Dickstein, Shapiro LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone: (202) 420-4128
Facsimile: (202) 420-2201
brothersk@dicksteinshapiro.com
ricciardim@dicksteinshapiro.com
***Counsel for Defendant Perfect Commerce, LLC***

/s/
Brent L. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
bvannorman@hunton.com
Counsel for Plaintiff, *e*Plus, Inc.

4