**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NORFOLK DIVISION**

**ePLUS, INC.,**

**Plaintiff,**

**v.**

**PERFECT COMMERCE, INC., LAWSON SOFTWARE, INC., and SCIQUEST, INC.,**

**Defendants.**

**Civil Action No. 2:09cv232**

## AGREED ORDER

On August 14, 2009, the Court entered its Rule 16(b) Scheduling Order establishing that plaintiff's discovery must be completed by November 23, 2009 and that defendants' discovery must be completed by December 21, 2009 (except as to expert witnesses). As there are both affirmative claims and counterclaims in this action, the parties have agreed to a single discovery deadline of December 21, 2009 for all parties.

It is so **ORDERED** that, except for expert discovery, all parties must complete discovery by December 21, 2009. The Clerk is **DIRECTED** to send a copy of this order to all counsel of record.

Entered this ____ day of August, 2009.

______________________________
United States Magistrate Judge

WE ASK FOR THIS:

________________________________

Gregory N. Stillman (VSB No. 14308)
Brent L. VanNorman (VSB No. 45956)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, Virginia 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
email: gstillman@hunton.com
email: bvannorman@hunton.com

Scott L. Robertson
Jennifer A. Albert
GOODWIN PROCTOR LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

*Counsel for Plaintiff ePlus, Inc.*

________________________________

Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
email: senoona@kaufcan.com

*Counsel for Defendants Perfect Commerce, Inc. and Lawson Software, Inc.*[1]

---

1 A Stipulation of Dismissal With Prejudice was entered by the clerk on August 20, 2009, dismissing Defendant SciQuest, Inc. from this case.