IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| EPLUS, INC., <br><br> Plaintiff, <br><br> v. <br><br> PERFECT COMMERCE, INC., SCIQUEST, INC., LAWSON SOFTWARE, INC., and VERIAN TECHNOLOGIES, INC., <br><br> Defendants. | Civil Action No. 2:09-CV-232-HCM-TEM |

**MOTION AND MEMORANDUM IN SUPPORT OF MOTION
FOR ENTRY OF PROTECTIVE ORDER**

The defendants Lawson Software, Inc. and Perfect Commerce, LLC (collectively "the Defendants"), by counsel, pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, move this Court to enter a Protective Order and in support thereof state as follows:

1. This is a patent infringement case that will involve the discovery of information, some of which the parties consider confidential, trade-sensitive, and proprietary (collectively, "Confidential Information").

2. The parties have agreed that the exchange of discovery would be facilitated by the entry of a protective order protecting this Confidential Information. Consequently, the parties have agreed to and are circulating the Agreed Protective Order attached to this Motion as **Exhibit A.** The Agreed Protective Order will be forwarded to the Court for consideration and entry as soon as it is fully endorsed.

3. All parties agree that the entry of the Protective Order will simplify the exchange of sensitive information while preserving its confidential, proprietary nature. Without the entry of such an order, there is a strong likelihood that irreparable harm would be caused to all parties to this action.

WHEREFORE, the Defendants, Lawson Software, Inc. and Perfect Commerce, LLC, by counsel, request that this Court enter the Agreed Protective Order attached to this Motion as **Exhibit A**.

Dated:  August 25, 2009

   /s/ *Stephen E. Noona*
Stephen E. Noona
(VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:    (757) 624-3000
Facsimile:    (757) 624-3169
senoona@kaufcan.com

*Counsel for Defendants Perfect Commerce, LLC and Lawson Software, Inc.*

Daniel Johnson, Jr. (admitted *pro hac vice*)
Rita E. Tautkus (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:    (415) 442-1000
Facsimile:    (415) 442-1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com

                    Robert W. Busby, Jr.
(VSB No. 41312)
Bradford A. Cangro (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541
Telephone:	(202) 739-3000
Facsimile:	(202) 739-3001
rbusby@morganlewis.com
bcangro@morganlewis.com

*Counsel for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2009, a true and correct copy of the foregoing document was served by electronic mail upon counsel for the plaintiff:

Gregory N. Stillman
Brent Lee VanNorman
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510
Tel.: 757-640-5300
Fax.: 757-625-7720
gstillman@hunton.com
bvannorman@hunton.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Robert D. Spendlove (VSB No. 75468)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: 202-346-4000
Fax.: 202-346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
rspendlove@goodwinprocter.com

Shirley Sperling Paley
James D. Clements
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
Tel.: 617-570-1000
Fax.: 617-523-1231
spaley@goodwinprocter.com
jclements@goodwinprocter.com

*Attorneys for Plaintiff*

      /s/ *Stephen E. Noona*
Stephen E. Noona
(VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

*Counsel for Defendants Perfect Commerce, LLC and Lawson Software, Inc.*

1521523\1

5