IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

```
ePLUS, INC.,                        )
                                    )
            Plaintiff,              )
                                    )  Civil Action No. 2:09cv232
v.                                  )
                                    )
PERFECT COMMERCE, INC.,             )
LAWSON SOFTWARE, INC., and          )
SCIQUEST, INC.,                     )
                                    )
            Defendants.             )
```

FILED
AUG 26 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## AGREED ORDER

On August 14, 2009, the Court entered its Rule 16(b) Scheduling Order establishing that plaintiff's discovery must be completed by November 23, 2009 and that defendants' discovery must be completed by December 21, 2009 (except as to expert witnesses). As there are both affirmative claims and counterclaims in this action, the parties have agreed to a single discovery deadline of December 21, 2009 for all parties.

It is so **ORDERED** that all parties must complete the discovery referenced in paragraph 3 of the Rule 16(b) Scheduling Order [Dkt. No. 66] by December 21, 2009. The Clerk is **DIRECTED** to send a copy of this order to all counsel of record.

Entered this 26 day of August, 2009.

_____
United States Magistrate Judge

WE ASK FOR THIS:

*[signature]*

Gregory N. Stillman (VSB No. 14308)
Brent L. VanNorman (VSB No. 45956)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, Virginia 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
email: gstillman@hunton.com
email: bvannorman@hunton.com

Scott L. Robertson
Jennifer A. Albert
GOODWIN PROCTOR LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

*Counsel for Plaintiff ePlus, Inc.*

*[signature]*

Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
email: senoona@kaufcan.com

*Counsel for Defendants Perfect Commerce, Inc. and Lawson Software, Inc.*[1]

---

[1] A Stipulation of Dismissal With Prejudice was entered by the clerk on August 26, 2009, dismissing Defendant SciQuest, Inc. from this case.

2