IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

**FILED**
AUG -1

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __2:09cv232__, Case Name __ePlus Inc. v. Perfect Commerce Inc., et al.__
Party Represented by Applicant: __ePlus Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) __Lana Shiferman__
Bar Identification Number __70302__      State __Massachusetts__
Firm Name __Goodwin Procter LLP__
Firm Phone # __617.570.1000__      Direct Dial # __617.523.1450__      FAX # __617.523.1231__
E-Mail Address __LShiferman@goodwinprocter.com__
Office Mailing Address __53 State Street, Boston, MA  02109-2800__

Name(s) of federal court(s) in which I have been admitted __U.S. Court of Appeals for Federal Circuit (6/14/05); U.S. Court of Appeals for 1st Cir. (1/1/000); U.S. Court of Appeals for 2nd Cir. (07/21/05); U.S. District Court for District of MA (9/22/00)__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not [X] a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_Lana Shiferman_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)
GREGORY N. SHIFFMAN
(Typed or Printed Name)

Aug 16, 2009
(Date)

**FILED**
SEP - 1 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

---

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __✓__ or DENIED _____

/s/
Henry Coke Morgan, Jr.
**Senior United States District Judge**
(Judge's Signature)

8/25/09
(Date)