UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

EPLUS, INC.,

        Plaintiff,

v.

PERFECT COMMERCE, INC.,
SCIQUEST, INC., LAWSON
SOFTWARE, INC., and VERIAN
TECHNOLOGIES, INC.,

        Defendants.

Civil Action No. 2:09-CV-232-HCM-TEM

## MOTION AND MEMORANDUM IN SUPPORT OF MOTION
## FOR WITHDRAWAL AND SUBSTITUTION OF
## <u>DEFENDANT LAWSON SOFTWARE, INC.'S COUNSEL</u>

Defendant, Lawson Software, Inc. ("Lawson Software"), by counsel, moves the Court for entry of an Order withdrawing the appearances of Daniel J. Johnson, Jr., Esquire, Rita E. Tautkus, Esquire, Robert W. Busby, Esquire, Bradford A. Cangro, Esquire and the law firm of Morgan, Lewis & Bockius LLP, One Market, Spear Street Tower, San Francisco, CA 94105-1596, as Lawson Software's counsel of record in this action. Lawson Software has retained Daniel W. McDonald, Esquire and the law firm of Merchant & Gould P.C., 3200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402-2215, email address <u>dmcdonald@merchantgould.com</u>, to be added as its counsel of record, in addition to Stephen E. Noona, Esquire and the law firm of Kaufman & Canoles, P.C., 150 West Main Street, Suite 2100, Norfolk, VA 23510, who is already counsel of record for defendant. Plaintiff, ePLUS, Inc. does not object to the joint motion and requested withdrawal and substitution of counsel and the motion will not change the trial date set in this matter.

A proposed consent Order is attached as **Exhibit A** and will be filed with the Court once endorsed by counsel.

Dated: September 1, 2009                    LAWSON SOFTWARE, INC.

By:     /s/ Stephen E. Noona
Stephen E. Noona
(VSB No.25367)
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:(757) 624-3000
Facsimile:   (757) 624-3169
senoona@kaufcan.com

*Counsel for Defendant Lawson Software, Inc. and Perfect Commerce, LLC*

Daniel Johnson, Jr. (admitted *pro hac vice*)
Rita E. Tautkus (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1596
Telephone:     (415) 442-1000
Facsimile:     (415) 442-1001
djjohnson@morganlewis.com
rtautkus@morganlewis.com

Robert W. Busby, Jr.
(VSB No. 41312)
Bradford A. Cangro (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541
Telephone:     (202) 739-3000
Facsimile:     (202) 739-3001
rbusby@morganlewis.com
bcangro@morganlewis.com

*Counsel for Defendant Lawson Software, Inc*

        Kenneth W. Brothers (admitted *pro hac vice*)
        Matthew J. Ricciardi (admitted *pro hac vice*)
        Dickstein Shapiro LLP
        1835 Eye Street NW
        Washington, DC 20006
        Telephone:   (202) 420-4128
        Facsimile:    (202) 420-2201
        brothersk@dicksteinshapiro.com
        ricciardim@kicksteinshapiro.com

*Counsel for Defendant Perfect Commerce, LLC*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of September, 2009, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Gregory N. Stillman
Brent Lee VanNorman
Hunton & Williams
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: 757-640-5300
Facsimile.: 757-625-7720
gstillman@hunton.com
bvannorman@hunton.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Robert D. Spendlove (VSB No. 75468)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: 202-346-4000
Facsimile.: 202-346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
rspendlove@goodwinprocter.com

Shirley Sperling Paley
James D. Clements
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: 617-570-1000
Facsimile.: 617-523-1231
spaley@goodwinprocter.com
jclements@goodwinprocter.com

*Attorneys for Plaintiff*

                                                                                      */s/ Stephen E. Noona*
                                                                                      Stephen E. Noona
                                                                                      (VSB No. 25367)
                                                                                      Kaufman & Canoles, P.C.

                                              150 West Main Street, Suite 2100
                                              Norfolk, VA 23510
                                              Telephone: (757) 624-3000
                                              Facsimile: (757) 624-3169
                                              senoona@kaufcan.com

                                              *Counsel for Defendant Lawson Software, Inc.*

1522816\1