IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

FILED

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| ePLUS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:09cv232 |
| v. ) | |
| ) | |
| PERFECT COMMERCE, INC., ) | |
| SCIQUEST, INC., LAWSON SOFTWARE, ) | |
| INC., and SCIQUEST, INC., ) | |
| ) | |
| Defendants. ) | |

### STIPULATION OF DISMISSAL
### BETWEEN PLAINTIFF ePLUS INC. AND
### DEFENDANT PERFECT COMMERCE, LLC

Plaintiff ePlus Inc. and Defendant Perfect Commerce, LLC (inadvertently named Perfect Commerce, Inc.), by and through their undersigned counsel under Fed. R. Civ. P. 41(a)(1) and pursuant to a settlement agreement reached between them, do hereby stipulate and agree to a dismissal of the claims of this action as between them (and their claims, counterclaims, third-party claims and/or any cross claims) without prejudice, and with each side to bear its own costs except as the settlement agreement between them otherwise provides. This dismissal pertains only to such claims between Plaintiff ePlus Inc. and Defendant Perfect Commerce, LLC and not as to any other defendant in this action. Defendant Lawson Software, Inc. consents to this Stipulation of Dismissal.[1]

---

[1] Defendants SciQuest, Inc. and Verian Technologies, Inc. were previously dismissed from the case.

Dated: August 31, 2009

Respectfully submitted,

By: *[signature]*

Gregory N. Stillman (VSB No. 14308)
Brent L. VanNorman (VSB No. 45956)
HUNTON & WILLIAMS LLP
500 East Main Street, Suite 1000
Norfolk, Virginia 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
email: gstillman@hunton.com
email: bvannorman@hunton.com

Scott L. Robertson
Jennifer A. Albert
GOODWIN PROCTOR LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

*Counsel for Plaintiff ePlus, Inc.*

By: *[signature]*

Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
email: senoona@kaufcan.com

*Counsel for Defendant Perfect Commerce, LLC*

By: *[signature]*

Stephen E. Noona (VSB No. 25367)
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, Virginia 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
email: senoona@kaufcan.com

*Counsel for Defendant Lawson Software, Inc.*

2