```
Court Name: United States District Court
Division: 2
Receipt Number: 24683004257
Cashier ID: aweath
Transaction Date: 09/03/2009
Payer Name: KAUFMAN AND CANOLES
---------------------------------------
PRO HOC VICE
 For: KAUFMAN AND CANOLES
 Case/Party: D-VAE-2-09-CR-PROHAC-001
 Amount:         $250.00
---------------------------------------
CHECK
 Check/Money Order Num: 300594
 Amt Tendered: $250.00
---------------------------------------
Total Due:      $250.00
Total Tendered: $250.00
Change Amt:       $0.00
```

KAUFMAN & CANOLES

FOR: JOSHUA PAUL GRAHAM

RACHEL CLARK HUGHEY

ANDREW JOHN LAGATTA

DANIEL WILLIAM MCDONALD

WILLIAM DANIEL SCHULTZ

PROHAC
2:09CV232