IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number _2:09cv232_, Case Name _ePlus, Inc. v. Lawson Software, Inc._
Party Represented by Applicant: _Lawson Software, Inc._

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) _William Daniel Schultz_
Bar Identification Number _323482_     State _MN_
Firm Name _Merchant & Gould P.C._
Firm Phone # _612-332-5300_   Direct Dial # _612-336-4677_   FAX # _612-332-9081_
E-Mail Address _wschultz@merchantgould.com_
Office Mailing Address _3200 IDS Center, 80 S. Eighth St., Minneapolis, MN 55402_

Name(s) of federal court(s) in which I have been admitted _Dist. of MN, West. D. of WI, US Crt. of Appeals 7th & 8th Circ._

FILED
SEP - 3 2009
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____ 9/3/2009
(Signature)                (Date)
_Stephen E. Noona_
(Typed or Printed Name)

Court Use Only:

Clerk's Fee Paid _X_ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____   _____
(Judge's Signature)       (Date)