## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 2:09cv232-HCM-TEM |
| | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF ePLUS, INC.'S MOTION TO COMPEL DISCOVERY FROM
DEFENDANT LAWSON SOFTWARE, INC.**

Pursuant to Fed. R. Civ. P. 37 and Local Rule 37, Plaintiff *e*Plus, Inc. ("*e*Plus") respectfully moves for an Order of the Court compelling Defendant Lawson Software, Inc. ("Lawson") to provide discovery in this patent infringement action. Notwithstanding several "meet and confer" discussions and correspondence between the parties, and commitments by Lawson to address deficiencies in its discovery, to date Lawson has not provided complete substantive answers to several interrogatories pertaining to some of the most fundamental issues in the case. Likewise, to date Lawson has not produced documents pertaining to several significant topics of discovery. These discovery deficiencies include, among others:

- Lawson has not provided a sufficient answer to an important interrogatory asking that it identify all of the various products that it has sold that perform certain specified functions that are recited in the claims of the patents-in-suit.

- For most of the alleged "prior art" that Lawson has asserted in this case in support of its invalidity defense, Lawson has not provided claim charts or any explanation how these references allegedly apply to invalidate any of the claims of the patents-in-suit.

- Lawson has not provided any substantive response to several additional interrogatories relating to, *inter alia,* its defense of patent invalidity under Section 112 of the patent laws, and other theories of invalidity.

- Lawson has not produced documents pertaining to its own patent applications relating to the technology at issue in this case, some of which likely contain descriptions of Lawson's accused products.

- Lawson's document production is markedly deficient with respect to financial information relating to its accused products, which information is critical to damages issues. Moreover, Lawson's answer to an interrogatory relating to the revenues for its accused products simply identifies, pursuant to Rule 33(d), a handful of outdated license agreements that are woefully inadequate to respond to the interrogatory.

- Lawson has not produced a significant amount of e-mail correspondence with its document production to date.

- Lawson has not produced documents pertaining to its competition with *e*Plus for electronic sourcing and procurement contracts, including responses to requests for proposals from prospective customers of the two parties.

*e*Plus has conferred with Lawson with respect to the deficiencies set forth in this motion. Counsel for *e*Plus hereby certifies, pursuant to Local Rule 37(E), that it has made a good faith effort to resolve the discovery matters at issue with counsel for Lawson.

*e*Plus respectfully requests that the Court compel Lawson to provide the requested discovery immediately.  If appropriate, and depending on when the Court rules on this motion and orders that Lawson provide the discovery at issue, *e*Plus also asks that it be given leave to supplement its infringement and damages expert reports pursuant to Rule 26(e) in order to address any late-provided discovery.  *e*Plus further requests that it be permitted to resume any relevant depositions, at Lawson's expense, in order to question the witnesses about the late-provided discovery.  A [Proposed] Order is attached for the Court's consideration.

Respectfully submitted,

Date:  September 24, 2009

/s/
Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA  23510
Telephone:  (757) 640-5300
Facsimile:   (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

2

<div style="margin-left: 40%;">

Lana Shiferman *(admitted pro hac vice)*
Natasha N. Aljalian *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place, 53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
lshiferman@goodwinprocter.com
naljalian@goodwinprocter.com

Andrew N. Satein *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
The New York Times Bldg.
620 Eighth Avenue
New York, NY  10018-1405
Telephone:   (212) 459-7032
Facsimile:  (212) 355-3333
astein@goodwinprocter.com

Attorneys for Plaintiff  *e*Plus, Inc.

</div>

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of September, 2009, I will electronically file Plaintiff *e*Plus, Inc.'s Motion to Compel Discovery from Defendant Lawson Software, Inc., with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Stephen E. Noona (VSB #25367)
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3289
Facsimile:  (757) 624-3169
senoona@kaufcan.com
*Counsel for Defendant Lawson Software, Inc.*

Daniel W. McDonald, Esq. *(admitted pro hac vice)*
William D. Schultz *(admitted pro hac vice)*
Rachel Clark Hughey *(admitted pro hac vice)*
Andrew J. Lagatta *(admitted pro hac vice)*
Joshua P. Graham *(admitted pro hac vice)*
Merchant & Gould, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN  55402-2215
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081
dmcdonald@merchantgould.com
*Counsel for Defendant Lawson Software, Inc.*

_____/s/_____
Brent L. VanNorman  (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone:  (757) 640-5300
Facsimile:  (757) 625-7720
bvannorman@hunton.com
Counsel for Plaintiff, *e*Plus, Inc.