# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
|        Plaintiff, | ) Civil Action No. 2:09cv232-HCM-TEM |
| | ) |
| v. | ) |
| | ) |
| PERFECT COMMERCE, INC., | ) |
| SCIQUEST, INC., and | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
|        Defendants. | ) |

## NOTICE OF PLAINTIFF ePLUS, INC.'S
## APPENDIX OF EXHIBITS F, G, H, I and J TO ITS
## BRIEF IN SUPPORT OF MOTION TO COMPEL DISCOVERY FROM DEFENDANT
## LAWSON SOFTWARE, INC.

Please notice attached hereto are the Exhibits F, G, H, I and J to Plaintiff ePlus, Inc.'s Brief in Support of Motion to Compel Discovery from Defendant Lawson Software, Inc. previously filed with the Court.

                                              Respectfully submitted,

Date:  September 24, 2009                  /s/

                                              Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA  23510
Telephone:  (757) 640-5300
Facsimile:   (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Lana Shiferman *(admitted pro hac vice)*
Natasha N. Aljalian *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place, 53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
lshiferman@goodwinprocter.com
naljalian@goodwinprocter.com

Andrew N. Satein *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
The New York Times Bldg.
620 Eighth Avenue
New York, NY  10018-1405
Telephone:   (212) 459-7032
Facsimile: (212) 355-3333
astein@goodwinprocter.com

Attorneys for Plaintiff  *e*Plus, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of September, 2009, I will electronically file the foregoing Notice of Plaintiff ePlus, Inc.'s Appendix of Exhibits F, G, H, I and J to its Brief in Support of Motion to Compel Discovery From Defendant Lawson Software, Inc., with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Stephen E. Noona (VSB #25367)
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3289
Facsimile:  (757) 624-3169
senoona@kaufcan.com
*Counsel for Defendant Lawson Software, Inc.*

Daniel W. McDonald, Esq. *(admitted pro hac vice)*
William D. Schultz *(admitted pro hac vice)*
Rachel Clark Hughey *(admitted pro hac vice)*
Andrew J. Lagatta *(admitted pro hac vice)*
Joshua P. Graham *(admitted pro hac vice)*
Merchant & Gould, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN  55402-2215
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081
dmcdonald@merchantgould.com
*Counsel for Defendant Lawson Software, Inc.*

_____/s/_____
Brent L. VanNorman  (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone:  (757) 640-5300
Facsimile:  (757) 625-7720
bvannorman@hunton.com
Counsel for Plaintiff, *e*Plus, Inc.

3