IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
|        Plaintiff, | ) Civil Action No. 2:09cv232-HCM-TEM |
| | ) |
| v. | ) |
| | ) |
| PERFECT COMMERCE, INC., | ) |
| SCIQUEST, INC., and | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
|        Defendants. | ) |

### NOTICE OF PLAINTIFF ePLUS, INC.'S APPENDIX OF UNREPORTED CASES CITED IN ITS BRIEF IN SUPPORT OF MOTION TO COMPEL DISCOVERY FROM DEFENDANT LAWSON SOFTWARE, INC.

Please notice attached hereto are the unreported cases cited in ePlus, Inc.'s Brief in Support of Motion to Compel Discovery from Defendant Lawson Software, Inc., previously filed with the Court. Below is an index provided to assist in locating each case.

*Avery Dennison Corp. v. UCB SA*,
   1996 WL 633986 (N.D. Ill. Oct. 29, 1996).......................................................................... Tab 1

*Cappetta v. G.C. Servs. Ltd.*,
   2008 WL 5377934 (E.D. Va. Dec. 24, 2008) ...................................................................... Tab 2

*CSAV, Inc. v. Peerless Indus., Inc.*
   2007 U.S. Dist. LEXIS 7841 (D. Minn. Feb. 2, 2007) ........................................................ Tab 3

*Garrett v. Sprint PCS*,
   2002 WL 181364 (D. Kan. Jan. 31, 2002).......................................................................... Tab 4

*Mushroom Assocs. v. Monterey Mushrooms, Inc.*,
   25 U.S.P.Q.2d 1364, 1992 WL 442898 (N.D. Cal. 1992) ................................................. Tab 5

*Paper-Converting Machine Co. v. Magna Graphics Corp.*,
   207 U.S.P.Q. 1136, 1980 WL 30340 (E.D. Wis. 1980)...................................................... Tab 6

*PCR Golf Ball Co. v. Chemold Corp.*,
   176 U.S.P.Q. 178, 1972 WL 17672 (E.D.N.Y. 1972) ........................................................ Tab 7

*Perfect Web Techs., Inc. v. InfoUSA, Inc.,*
    2008 U.S. Dist. LEXIS 20761 (S.D. Fla. Mar. 17, 2008) .................................................. Tab 8

*Ring Indus. Grp., LP v. E Z Set Tank Co.,*
    2008 U.S. Dist. LEXIS 48668 (W.D.N.C. June 11, 2008) ............................................... Tab 9

               Respectfully submitted,

Date:  September 24, 2009       /s/
               Gregory N. Stillman (VSB #14308)
               Brent L. VanNorman (VSB #45956)
               **HUNTON & WILLIAMS LLP**
               500 East Main Street, Suite 1000
               Norfolk, VA  23510
               Telephone:  (757) 640-5300
               Facsimile:   (757) 625-7720
               gstillman@hunton.com
               bvannorman@hunton.com

               Scott L. Robertson *(admitted pro hac vice)*
               Jennifer A. Albert *(admitted pro hac vice)*
               David M. Young (VSB #35997)
               **GOODWIN PROCTER LLP**
               901 New York Avenue, N.W.
               Washington, DC 20001
               Telephone:  (202) 346-4000
               Facsimile:   (202) 346-4444
               srobertson@goodwinprocter.com
               jalbert@goodwinprocter.com
               dyoung@goodwinprocter.com

               Lana Shiferman *(admitted pro hac vice)*
               Natasha N. Aljalian *(admitted pro hac vice)*
               **GOODWIN PROCTER LLP**
               Exchange Place, 53 State Street
               Boston, MA 02109-2881
               Telephone:  (617) 570-1000
               Facsimile:   (617) 523-1231
               lshiferman@goodwinprocter.com
               naljalian@goodwinprocter.com

Andrew N. Satein *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
The New York Times Bldg.
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 459-7032
Facsimile: (212) 355-3333
astein@goodwinprocter.com

Attorneys for Plaintiff *e*Plus, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2009, I will electronically file the foregoing Notice of Plaintiff ePlus, Inc.'s Appendix of Unreported Cases Cited in its Brief in Support of Motion to Compel Discovery From Defendant Lawson Software, Inc., with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

Stephen E. Noona (VSB #25367)
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3289
Facsimile: (757) 624-3169
senoona@kaufcan.com
*Counsel for Defendant Lawson Software, Inc.*

Daniel W. McDonald, Esq. *(admitted pro hac vice)*
William D. Schultz *(admitted pro hac vice)*
Rachel Clark Hughey *(admitted pro hac vice)*
Andrew J. Lagatta *(admitted pro hac vice)*
Joshua P. Graham *(admitted pro hac vice)*
Merchant & Gould, P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
dmcdonald@merchantgould.com
*Counsel for Defendant Lawson Software, Inc.*

_____/s/_____
Brent L. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street, Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
bvannorman@hunton.com
Counsel for Plaintiff, *e*Plus, Inc.

4