**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| ePLUS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:09cv620 |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following enters his appearance as counsel of record for Defendant Lawson Software, Inc. in the above-captioned matter:

> Dabney J. Carr, IV, VSB #28679
> dabney.carr@troutmansanders.com
> TROUTMAN SANDERS LLP
> P.O. Box 1122
> Richmond, Virginia 23218-1122
> (804) 697-1238
> (804) 698-5119 (Fax)

> LAWSON SOFTWARE, INC.
>
> By: _____/s/_____
>     Of Counsel

Dabney J. Carr, IV, VSB #28679
(dabney.carr@troutmansanders.com)
Robert A. Angle, VSB #37691
(robert.angle@troutmansanders.com)
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1200
(804) 697-1339 (Fax)

Stephen E. Noona, VSB #25367
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3000
Facsimile:  (757) 624-3169
senoona@kaufcan.com

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

***Counsel for Lawson Software, Inc.***

**CERTIFICATE OF SERVICE**

I certify that on this 13th day of October, 2009, a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Gregory N. Stillman
>Brent Lee Van Norman
>Hunton & Williams
>500 East Main Street, Suite 1000
>Norfolk, VA  23510
>Telephone:  757-640-5300
>Facsimile:  757-625-7720
>gstillman@hunton.com
>bvannorman@hunton.com
>
>Scott L. Robertson
>Jennifer A. Albert
>David M. Young (VSB No. 35997)
>Robert D. Spendlove (VSB No. 75468)
>Goodwin Procter LLP
>901 New York Avenue, N.W.
>Washington, D.C.  20001
>Telephone:  202-346-4000
>Facsimile:  202-346-4444
>srobertson@goodwinprocter.com
>jalbert@goodwinprocter.com
>dyoung@goodwinprocter.com
>rspendlove@goodwinprocter.com
>
>Shirley Sperling Paley
>James D. Clements
>Goodwin Procter, LLP
>Exchange Place
>53 State Street
>Boston, MA  02109-2881
>Telephone:  617-570-1000
>Facsimile:  617-523-1231
>spaley@goodwinprocter.com
>jclements@goodwinprocter.com
>
>*Counsel for ePlus, Inc.*

                                                               /s/
Dabney J. Carr, IV, VSB #28679
(dabney.carr@troutmansanders.com)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, Virginia  23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339
Counsel for Defendant Lawson Software, Inc.

#1874048