# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

| | |
|---|---|
| *e*PLUS, INC., | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) Civil Action No. 3:09cv620(JRS) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| **Defendant.** | ) |

**MOTION AND MEMORANDUM IN SUPPORT OF MOTION
FOR WITHDRAWAL AND SUBSTITUTION OF
PLAINTIFF *e*PLUS, INC.'S COUNSEL**

Plaintiff *e*Plus, inc. ("*e*Plus"), by counsel, moves the Court for entry of an order withdrawing the appearances of Gregory N. Stillman, Esq., and Brent L. VanNorman, Esq., and the law firm of Hunton & Williams LLP, 500 East Main Street, Suite 1000, Norfolk, VA 23510, as *e*Plus, inc.'s counsel of record in this action. *e*Plus, inc. has retained Craig T. Merritt, Esq., Henry I. Willett, III, Esq., and the law firm of Christian & Barton, LLP, 909 East Main Street, Suite 1200, Richmond, Virginia 23219-3095, to be added as its counsel of record, in addition to the law firm of Goodwin Procter, LLP, 901 New York Avenue, NW, Washington, DC 20001, which is already counsel of record for Plaintiff *e*Plus. Defendant, Lawson Software, Inc., does

LIBW/1720470.1

not object to the joint motion and requested withdrawal and substitution of counsel, and the motion will not necessitate changes to any of the dates set in the scheduling order for this matter.

A proposed consent Order is attached as **Exhibit A** and will be filed with the Court once endorsed by counsel.

Respectfully submitted,

October 23, 2009                                     /s/
                                                     David M. Young
                                                     Virginia Bar No. 35997
                                                     Attorney for Plaintiff *e*Plus, inc.
                                                     **GOODWIN PROCTER LLP**
                                                     901 New York Avenue, N.W.
                                                     Washington, DC 20001
                                                     Telephone: (202) 346-4000
                                                     Facsimile: (202) 346-4444
                                                     dyoung@goodwinprocter.com

                                                     Scott L. Robertson (admitted *pro hac vice*)
                                                     Jennifer A. Albert (admitted *pro hac vice*)
                                                     Robert D. Spendlove (VSB #75468)
                                                     **GOODWIN PROCTER LLP**
                                                     901 New York Avenue, N.W.
                                                     Washington, DC 20001
                                                     Telephone: (202) 346-4000
                                                     Facsimile: (202) 346-4444
                                                     srobertson@goodwinprocter.com
                                                     jalbert@goodwinprocter.com
                                                     rspendlove@goodwinprocter.com

                                                     Gregory N. Stillman (VSB #14308)
                                                     Brent L. VanNorman (VSB# 45956)
                                                     **HUNTON & WILLIAMS LLP**
                                                     500 East Main Street
                                                     Suite 1000
                                                     Norfolk, VA 23510
                                                     Telephone: (757) 640-5300
                                                     Facsimile: (757) 625-7720
                                                     gstillman@hunton.com
                                                     bvannorman@hunton.com

        Lana S. Shiferman (admitted *pro hac vice*)
        James D. Clements (admitted *pro hac vice*)
        **GOODWIN PROCTER LLP**
        Exchange Place
        53 State Street
        Boston, MA 02109-2881
        Telephone: (617) 570-1000
        Facsimile: (617) 523-1231
        lshiferman@goodwinprocter.com
        jclements@goodwinprocter.com

        Attorneys for Plaintiff
        *e*Plus inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2009, a true copy of the foregoing will be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

>Stephen E. Noona (VSB #25367)
>Kaufman & Canoles, P.C.
>150 West Main Street, Suite 2100
>Norfolk, VA  23510
>Telephone:  (757) 624-3289
>Facsmile:  (757) 624-3169
>senoona@kaufcan.com
>
>*Counsel for Defendant Lawson Software, Inc.*
>
>Daniel W. McDonald
>Merchant & Gould P.C.
>3200 IDS Center
>80 South 8th Street
>Minneapolis, MN 55402-2215
>
>*Counsel for Defendant Lawson Software, Inc.*
>
>Robert A. Angle, VSB#37691
>Dabney J. Carr, IV, VSB #28679
>TROUTMAN SANDERS LLP
>P.O. Box 1122
>Richmond, Virginia 23218-1122
>(804) 697-1238
>(804) 698-5119 (Fax)
>robert.angle@troutmansanders.com
>dabney.carr@troutmansanders.com
>
>*Counsel for Defendant Lawson Software, Inc.*

>/s/
>David M. Young
>Virginia Bar No. 35997
>Attorney for Plaintiff *e*Plus, inc.
>**GOODWIN PROCTER LLP**
>901 New York Avenue, N.W.
>Washington, DC 20001
>Telephone:  (202) 346-4000

        Facsimile: (202) 346-4444
        dyoung@goodwinprocter.com