# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| *e*PLUS, INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09cv620(JRS) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING OF ORDER OF WITHDRAWAL AND SUBSTITUTION OF PLAINTIFF *e*PLUS, INC.'S COUNSEL

Plaintiff *e*Plus, inc. ("*e*Plus"), by counsel, provides notice that attached hereto is the executed Order withdrawing the appearances of Gregory N. Stillman, Esq., and Brent L. VanNorman, Esq., and the law firm of Hunton & Williams LLP, 500 East Main Street, Suite 1000, Norfolk, VA 23510, as *e*Plus, inc.'s counsel of record in this action, and substituting Craig T. Merritt, Esq., Henry I. Willett, III, Esq., and the law firm of Christian & Barton, LLP, 909 East Main Street, Suite 1200, Richmond, Virginia 23219-3095, to be added as its counsel of record, in addition to the law firm of Goodwin Procter, LLP, 901 New York Avenue, NW, Washington, DC 20001, which is already counsel of record for Plaintiff *e*Plus.

The executed consent Order is attached as **Exhibit A**.

LIBW/1722185.1

Respectfully submitted,

October 27, 2009                                  /s/
**David M. Young**
Virginia Bar No. 35997
Attorney for Plaintiff *e*Plus, inc.
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
Robert D. Spendlove (VSB #75468)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
rspendlove@goodwinprocter.com

Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB# 45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street
Suite 1000
Norfolk, VA 23510
Telephone:  (757) 640-5300
Facsimile:  (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

        Lana S. Shiferman (admitted *pro hac vice*)
        James D. Clements (admitted *pro hac vice*)
        **GOODWIN PROCTER LLP**
        Exchange Place
        53 State Street
        Boston, MA 02109-2881
        Telephone: (617) 570-1000
        Facsimile: (617) 523-1231
        lshiferman@goodwinprocter.com
        jclements@goodwinprocter.com

        Attorneys for Plaintiff
        *e*Plus inc.

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 27th day of October, 2009, a true copy of the foregoing will be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

    Stephen E. Noona (VSB #25367)
    Kaufman & Canoles, P.C.
    150 West Main Street, Suite 2100
    Norfolk, VA  23510
    Telephone:  (757) 624-3289
    Facsmile:  (757) 624-3169
    senoona@kaufcan.com

    *Counsel for Defendant Lawson Software, Inc.*

    Daniel W. McDonald
    Merchant & Gould P.C.
    3200 IDS Center
    80 South 8th Street
    Minneapolis, MN 55402-2215

    *Counsel for Defendant Lawson Software, Inc.*

    Robert A. Angle, VSB#37691
    Dabney J. Carr, IV, VSB #28679
    TROUTMAN SANDERS LLP
    P.O. Box 1122
    Richmond, Virginia 23218-1122
    (804) 697-1238
    (804) 698-5119 (Fax)
    robert.angle@troutmansanders.com
    dabney.carr@troutmansanders.com

    *Counsel for Defendant Lawson Software, Inc.*

       /s/
    David M. Young
    Virginia Bar No. 35997
    Attorney for Plaintiff *e*Plus, inc.
    **GOODWIN PROCTER LLP**
    901 New York Avenue, N.W.
    Washington, DC 20001
    Telephone:  (202) 346-4000
    Facsimile:   (202) 346-4444
    dyoung@goodwinprocter.com