# Exhibit A

LIBW/1722185.1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09cv620(JRS) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

**AGREED ORDER GRANTING
MOTION FOR WITHDRAWAL AND SUBSTITUTION OF
PLAINTIFF ePLUS, INC.'S COUNSEL**

This matter came before the Court upon the Motion for Withdrawal and Substitution of Counsel filed by Plaintiff ePlus, inc. ("ePlus"), seeking to substitute the appearance of Craig T. Merritt, Esq., Henry I. Willett, III, Esq., and the law firm of Christian & Barton, LLP, 909 East Main Street, Suite 1200, Richmond, Virginia 23219-3095, as ePlus's counsel of record in this action in place of Gregory N. Stillman, Esq., and Brent L. VanNorman, Esq., and the law firm of Hunton & Williams LLP, 500 East Main Street, Suite 1000, Norfolk, VA 23510.

IT APPEARING THAT such withdrawal and substitution are proper and for good cause, and therefore, plaintiff's motion is hereby GRANTED.

IT IS HEREBY ORDERED that Gregory N. Stillman, Esq., and Brent L. VanNorman, Esq., and the law firm of Hunton & Williams LLP are granted leave to and are hereby WITHDRAWN as counsel of record for Plaintiff *e*Plus, inc., and further that Craig T. Merritt, Esq., Henry I. Willett, III, Esq., and the law firm of Christian & Barton, LLP, 909 East Main Street, Suite 1200, Richmond, Virginia 23219-3095 be and hereby are SUBSTITUTED as counsel of record for *e*Plus, inc. All other counsel of record shall remain in place.

Let the Clerk send an attested copy of this Order to counsel of record and to the law firm of Hunton & Williams LLP and to all counsel of record in this matter.

Dated: _____

_____
United States District Court Judge

WE ASK FOR THIS:

_____/s/_____
David M. Young
Virginia Bar No. 35997
Attorney for Plaintiff *e*Plus, inc.
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
dyoung@goodwinprocter.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
Robert D. Spendlove (VSB #75468)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
rspendlove@goodwinprocter.com

Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB# 45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street
Suite 1000
Norfolk, VA 23510
Telephone:  (757) 640-5300
Facsimile:   (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

Lana S. Shiferman (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
lshiferman@goodwinprocter.com
jclements@goodwinprocter.com

*Counsel for Plaintiff, ePlus in*c.


AGREED:

　　　　　　　　 /s/
Stephen E. Noona
Virginia State Bar No. 25367
Counsel for Defendant Lawson Software, Inc.
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3289
Facsmile:  (757) 624-3169
senoona@kaufcan.com

Daniel W. McDonald
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215

*Counsel for Defendant Lawson Software, Inc*.