IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| *e*PLUS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:09cv620(JRS) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF PRESENTATION OF SEALING ORDER

Notice is hereby given that on or after November 3, 2009, at the Federal District Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Richmond, Virginia 23219, the parties, ePlus, Inc. and Lawson Software, Inc., will present a Motion for Entry of an Amended Protective Order for consideration by the Court. Notice is also hereby given that the proposed protective order provides for the filing in certain circumstances of materials under seal. The Clerk is requested to docket this matter in a manner that discloses its nature as a motion for a sealing order.

Dated: November 3, 2009

                                                     Respectfully submitted,

                                                   ePLUS, INC. and

                                                   LAWSON SOFTWARE, INC.

                                                   By Counsel

      /s/ Henry I. Willett, III
Henry I. Willett, III (VSB # 44655)
Craig T. Merritt (VSB # 20281)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444

Lana S. Shiferman (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231

Attorneys for Plaintiff
*e*Plus, Inc.


      /s/  Dabney J. Carr, IV
Dabney J. Carr, IV (VSB # 28679)
Robert A. Angle (VSB # 37691)
**TROUTMAN SANDERS LLP**
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
   (804) 698-5119 (Fax)


Daniel W. McDonald (admitted *pro hac vice*)

**MERCHANT & GOULD P.C.**
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215

Stephen E. Noona (VSB # 25367)
**KAUFMAN & CANOLES, P.C.**
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone:  (757) 624-3000
Facsimile:   (757) 624-3169

Counsel for Defendant Lawson Software, Inc.