UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ePLUS, INC.,

                    Plaintiff,

v.

LAWSON SOFTWARE, INC.,          Civ. No. 3:09–CV–620

                    Defendant.

ORDER

This Matter is before the Court on a Joint Motion for Withdrawal and Substitution of Plaintiff ePlus, Inc.'s Counsel. Plaintiff seeks the substitution of Craig T. Merrit, Esq., Henry I. Witten, III, Esq., and the law firm of Christian & Barton, LLP, 909 East Main Street, Suite 1200 Richmond, Virginia 23219-3095, as ePlus's counsel of record in this action for Gregory N. Stillman, Esq., Brent L. VanNorman, Esq., and the law firm of Hunton & Williams LLP, 500 East Main street, Suite 1000, Norfolk, VA 23510.

Upon due consideration, it is the conclusion of the Court that such withdrawal is proper and for good cause and the Court therefore ORDERS the Motion GRANTED. The Clerk is ORDERED to record the change on the Court's Docket.

Let the Clerk send a copy of this Order to all counsel of record

It is so ORDERED.

                                                /s/
                                  James R. Spencer
                                  Chief United States District Judge

ENTERED this  4th  day of November 2009