UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ePLUS, INC., | |
|                      Plaintiff, | |
| v. | Action No. 3:09–CV–620 |
| LAWSON SOFTWARE, INC., | |
|                      Defendant. | |

ORDER

The parties have filed a Joint Motion for Entry of an Amended Protective Order. (Doc. No. (Doc. No. 108.) Said amendment would authorize the parties to file documents under seal by marking them "Confidential" or "Confidential - Source Code". They have also provided a Notice of Presentation of a Sealing Order. (Doc. No. 110.) The Clerk of Court is directed to file said notice without restriction. This filing will notify the public that the court is considering sealing documents from public view. If any member of the public has an objection, they must file said objection(s) by close of business on November 12, 2009.

     Let the Clerk send a copy of this Order to all counsel of record.

     It is SO ORDERED.

                                                    /s/
                               James R. Spencer
                               Chief United States District Judge

ENTERED this   5th   day of November 2009