IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

ePLUS, INC.,

                        Plaintiff,

            v.                      Civil Action Number 3:09CV620

LAWSON SOFTWARE, INC.,

                        Defendant.

## **ORDER**

This MATTER is hereby REASSIGNED to the Honorable Judge Robert E. Payne for all proceedings.

Let the Clerk send a copy of this Order to all counsel of record and Judge Payne.

It is SO ORDERED.

                                            /s/
                              James R. Spencer
                              Chief United States District Judge

ENTERED this __6th__ day of November 2009.