IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                            Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

For the reasons set forth during the November 13, 2009 conference call, it is hereby ORDERED that the jury trial in this case is set for June 14, 2010.

It is furthered ORDERED that the parties shall file a revised scheduling order on November 16, 2009. The Defendant shall file a supplemental brief to its Motion to Stay Proceeding (Docket No. 32) by November 19, 2009. The Plaintiff shall respond by November 24, 2009.

It is so ORDERED.

                                /s/         REP
                      Senior United States District Judge

Richmond, Virginia
Date: November 13, 2009