IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

## ORDER

Because all but one of the Defendants are no longer in the case, it is hereby ORDERED that henceforth the style of the case will bear the title *ePlus, Inc. v. Lawson Software Inc.* The Clerk is directed to change the style of the case and all pleadings filed henceforth will be so styled. The docket number will remain the same.

It is so ORDERED.

                                    /s/          REP
                        Senior United States District Judge

Richmond, Virginia
Date: November 17, 2009