

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

     Plaintiff,

v.                                          Civil Action No. 3:09cv620

PERFECT COMMERCE, INC.,
<u>et</u> <u>al.</u>,

     Defendants.

## ORDER

It is hereby ORDERED that the settlement conference and proceedings required by paragraph 3 of the Scheduling Order are referred to United States Magistrate Judge Dennis W. Dohnal. Counsel shall be responsible for contacting the Chambers of Magistrate Judge Dohnal within five (5) days of the date of this Order to schedule the conference to occur at such time as Magistrate Judge Dohnal shall approve.

The Clerk is directed to send a copy of this Order to Magistrate Judge Dohnal.

It is so ORDERED.

                              _____/s/_____  *REP*
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: November 17, 2009