UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

        Plaintiff,

v.

LAWSON SOFTWARE, INC.,

        Defendant.

Civil Action No. 3:09-cv-620 (JRS)

## UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION

Defendant, Lawson Software, Inc. ("Lawson"), by counsel, hereby moves the Court for entry of an Order withdrawing the appearance of Stephen Edward Noona, Esquire and the law firm of Kaufman & Canoles, PC, 150 West Main Street, Suite 2100, Norfolk, Virginia, 23510, as Lawson's counsel of record in this action.  This matter has been transferred from the Norfolk Division to the Richmond Division.  As a result, Lawson has retained Dabney J. Carr, IV, Esquire and Robert A. Angle, Esquire and the law firm of Troutman Sanders LLP, P.O. Box 1122, Richmond, VA 23218-1122 to be added as its counsel of record in addition to Daniel W. McDonald, Esquire and the law firm of Merchant & Gould P.C., 3200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402-2215, who is already counsel of record.  Plaintiff, ePLUS, Inc. does not object to the joint motion and requested withdrawal and the motion will not change the trial date set in this matter.

A proposed Agreed Order is attached as **Exhibit A** and will be filed with the Court once endorsed by counsel.

Dated:  November 18, 2009                                  LAWSON SOFTWARE, INC.

2

      */s/ Stephen E. Noona*
Stephen E. Noona
(VSB No.25367)
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Dabney J. Carr, IV
(VSB No. 28679)
Robert A. Angle
(VSB No. 37691)
Troutman Sanders LLP
P. O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1238
Facsimile: (804) 693-5119

*Counsel for Defendant Lawson Software, Inc.*

## **CERTIFICATE OF SERVICE**

  I certify that on November 18, 2009, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig T. Merritt (VSB No. 20281)
Henry I. Willet, III (VSB No. 44655)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804_ 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Robert D. Spendlove (VSB No. 75468)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: 202-346-4000
Facsimile.: 202-346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
rspendlove@goodwinprocter.com

Shirley Sperling Paley
James D. Clements
Lana S. Shiferman
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
Tel.: 617-570-1000
Fax.: 617-523-1231
spaley@goodwinprocter.com
jclements@goodwinprocter.com
lshiferman@goodwinprocter.com

*Attorneys for Plaintiff*

                   /s/ *Stephen E. Noona*
                 Stephen E. Noona

(VSB No. 25367)
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3000
Facsimile:   (757) 624-3169
senoona@kaufcan.com

*Counsel for Defendant Lawson Software, Inc.*

1554978\1