UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EPLUS, INC.,

Plaintiff,

v.

LAWSON SOFTWARE, INC,

Defendant.

Civil Action No. 3:09-cv-620 (REP)

### DECLARATION OF JOSHUA P. GRAHAM IN SUPPORT OF SUPPLEMENTAL MEMORANDUM IN FURTHER SUPPORT OF DEFENDANT LAWSON SOFTWARE, INC.'S MOTION TO STAY PROCEEDINGS IN LIGHT OF REEXAMINATIONS OF PATENTS-IN-SUIT

I, Joshua P. Graham, declare as follows:

1.  I am an attorney with Merchant & Gould, P.C., counsel for Defendant Lawson Software, Inc. in the above-captioned matter. I make this declaration on my own information, knowledge and belief.

2.  Attached hereto as Exhibit A is a true and correct copy of excerpts from the Order Granting Request for *Inter Partes* Reexaminations of U.S. Patent No. 6,505,172.

3.  Attached hereto as Exhibit B is a true and correct copy of excerpts from the Office Action in *Inter Partes* Reexamination of U.S. Patent No. 6,505,172.

4.  Attached hereto as Exhibit C is a true and correct copy of excerpts from the Office Action in *Ex Partes* Reexamination of U.S. Patent No. 6,023,683.

5.  Attached hereto as Exhibit D is a true and correct copy of excerpts from the Request for *Ex Parte* Reexamination of U.S. Patent No. 6,055,516.

I declare under the penalty of perjury the foregoing is true and correct to the best of my knowledge.

Date: November 19, 2009

_____
Joshua P. Graham