UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

Plaintiff,

v.

LAWSON SOFTWARE, INC.,

Defendant.

Civil Action No. 3:09-cv-620 REP

## AGREED ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL AND SUBSTITUTION

This matter came before the Court upon the Unopposed Motion for Withdrawal and Substitution filed by Defendant Lawson Software, Inc. ("Lawson"), seeking to withdraw the appearance of Stephen Edward Noona, Esquire and the law firm of Kaufman & Canoles, PC, 150 West Main Street, Suite 2100, Norfolk, Virginia, 23510, as Lawson's counsel of record in this action and substitute Dabney J. Carr, IV, Esquire and Robert A. Angle, Esquire and the law firm of Troutman Sanders LLP, P.O. Box 1122, Richmond, VA 23218-1122 as counsel of record in addition to Daniel W. McDonald, Esquire and the law firm of Merchant & Gould P.C., 3200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402-2215.

IT APPEARING THAT such withdrawal is proper and for good cause, and therefore, defendant's motion is hereby GRANTED.

IT IS HEREBY ORDERED that the appearance of Stephen Edward Noona, Esquire and the law firm of Kaufman & Canoles, PC, 150 West Main Street, Suite 2100, Norfolk, Virginia, 23510, on behalf of Lawson, are hereby WITHDRAWN and the substitution of Dabney J. Carr, IV, Esquire and Robert A. Angle, Esquire and the law firm of Troutman Sanders LLP, P.O. Box

1122, Richmond, VA 23218-1122, in addition to Daniel W. McDonald, Esquire and the law firm of Merchant & Gould P.C., 3200 IDS Center, 80 South 8th Street, Minneapolis, MN 55402-2215, is GRANTED.

Dated: November 23, 2009

ENTER: 11/23/09

/s/ REP
United States District Court Judge
Robert E. Payne

WE ASK FOR THIS:

Stephen E. Noona
(VSB No. 25367)
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169
senoona@kaufcan.com

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Dabney J. Carr, IV
(VSB No. 28679)
Robert A. Angle
(VSB No. 37691)
Troutman Sanders LLP
P. O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1238
Facsimile: (804) 693-5119

*Counsel for Defendant Lawson Software, Inc.*

2

AGREED:

*[signature]*

Craig T. Merritt (VSB No. 20281)
Henry I. Willet, III (VSB No. 44655)
Christian & Barton, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Telephone: (804) 697-4100
Facsimile: (804_ 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
Tel.: 202-346-4000
Fax.: 202-346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
rspendlove@goodwinprocter.com

Shirley Sperling Paley
James D. Clements
Lana S. Shiferman
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
Tel.: 617-570-1000
Fax.: 617-523-1231
spaley@goodwinprocter.com
jclements@goodwinprocter.com
lshiferman@goodwinprocter.com

*Attorneys for Plaintiff*

1554982\2