IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS, INC., | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S IDENTIFICATION OF ASSERTED TWENTY CLAIMS**

Pursuant to Paragraph 1, Section V. J. of the Pretrial Schedule A of the Scheduling Order in this matter (Doc. No. 121), *e*Plus inc., by counsel, hereby identifies twenty patent claims from among the three patents-in-suit which it accuses Defendant of infringing.

**U.S. Patent No. 6,023,683**

Claim 1
Claim 3
Claim 6
Claim 26
Claim 28
Claim 29
Claim 30
Claim 31

**U.S. Patent No. 6,055,516**

Claim 1
Claim 2
Claim 5
Claim 6
Claim 9
Claim 10
Claim 17
Claim 21
Claim 22
Claim 29

**U.S. Patent No. 6,505,172**

Claim 1
Claim 5

Dated: November 24, 2009

        **Respectfully submitted,**

        *e***Plus inc.**

        **By counsel**

        /s/ Henry I. Willett, III
        Henry I. Willett, III (VSB #44655)
        Craig T. Merritt (VSB #20281)
        **CHRISTIAN & BARTON, L.L.P.**
        909 East Main Street, Suite 1200
        Richmond, VA 23219
        Telephone: (804) 697-4100
        Facsimile: (804) 697-4112
        hwillett@cblaw.com
        cmerritt@cblaw.com

        Jennifer A. Albert (*admitted pro hac vice*)
        Scott L. Robertson (*admitted pro hac vice*)
        David M. Young (VSB #35997)
        Robert D. Spendlove (VSB #75468)
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone: (202) 346-4000
        Facsimile: (202) 346-4444
        jalbert@goodwinprocter.com
        srobertson@goodwinprocter.com
        dyoung@goodwinprocter.com
        rspendlove@goodwinprocter.com

Lana Shiferman (*admitted pro hac vice*)
James D. Clements (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
lshiferman@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2009, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following. Copies of the foregoing were also transmitted *via electronic mail* to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
dmcdonald@merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1238
Facsimile: (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

/s/ Henry I. Willett, III
Henry I. Willett, III (VSB #44655)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Tel: 804-697-4100
Fax: 804-697-4112
hwillett@cblaw.com

Counsel for Plaintiff, *e*Plus inc.