UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| *e*PLUS, INC., | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (JRS) |
| v. | ) |
| LAWSON SOFTWARE, INC., | ) |
| Defendant. | ) |

### *e*PLUS, INC.'S MOTION TO WITHDRAW
### SHIRLEY SPERLING PALEY AS COUNSEL FOR PLAINTIFF

*e*PLUS, Inc., (hereinafter "Plaintiff") by its undersigned attorneys, hereby move, pursuant to E.D. Virginia Local Rule 83.1(G), for an Order granting the withdrawal of the appearance of Shirley Sperling Paley in this matter and in support thereof state as follows:

1. Goodwin Procter LLP represents the Plaintiff in this case.

2. Shirley Sperling Paley, currently an attorney with Goodwin Procter LLP, was granted leave to appear *pro hac vice* on behalf of Plaintiff on July 31, 2009.

3. Shirley Sperling Paley will no longer be an attorney with Goodwin Procter LLP after November 25, 2009.

4. Goodwin Procter LLP, continues to represent Plaintiff through Goodwin Procter LLP's attorneys Scott L. Robertson, Jennifer A. Albert, David M. Young and Lana S. Shiferman.

5. Local Counsel, Craig Thomas Merritt and Henry Irving Willett, III of Christian & Barton LLP will continue to represent Plaintiff.

6. Permitting Shirley Sperling Paley to withdraw as counsel for Plaintiff will not jeopardize Plaintiff's case or otherwise negatively impact their legal representation in this case, nor will it result in any delay or other circumstances causing prejudice to any other party.

LIBA/2047429.1

7. Shirley Sperling Paley seeks to withdraw as attorney of record representing *e*Plus, Inc., in this matter.

8. A proposed Order is attached hereto.

Dated: November 25th, 2009

        Craig T. Merritt (VSB #20281)
        Henry I. Willett, III (VSB #44655)
        **CHRISTIAN & BARTON, L.L.P.**
        909 East Main Street, Suite 1200
        Richmond, VA 23219
        Telephone: (804) 697-4100
        Facsimile: (804) 697-4112
        cmerritt@cblaw.com
        hwillett@cblaw.com

        /s/ David M. Young
        Jennifer A. Albert (*admitted pro hac vice*)
        Scott L. Robertson (*admitted pro hac vice*)
        David M. Young (VSB #35997)
        Robert D. Spendlove (VSB #75468)
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone: (202) 346-4000
        Facsimile: (202) 346-4444
        jalbert@goodwinprocter.com
        srobertson@goodwinprocter.com
        dyoung@goodwinprocter.com
        rspendlove@goodwinprocter.com

        Shiferman (*admitted pro hac vice*)
        James D. Clements (*admitted pro hac vice*)
        **GOODWIN PROCTER LLP**
        Exchange Place
        53 State Street
        Boston, MA 02109-2881
        Telephone: (617) 570-1000
        Facsimile: (617) 523-1231
        lshiferman@goodwinprocter.com
        jclements@goodwinprocter.com

        *Attorneys for Plaintiff, ePlus Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of November, 2009, I will serve *e*PLUS, Inc.'s Motion to Withdraw Shirley Sperling Paley as Counsel for Plaintiff, on the following counsel of record as indicated:

*via electronic mail:*

Daniel W. McDonald
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
dmcdonald@merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

/s/ David M. Young