UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| ePLUS, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3:09-CV-620 (JRS) |
| v. | ) ) ) | |
| LAWSON SOFTWARE, INC., | ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING *e*PLUS, INC.'S MOTION TO WITHDRAW
SHIRLEY SPERLING PALEY AS COUNSEL FOR PLAINTIFF**

Upon review of *e*PLUS, Inc.'s Motion to Withdraw Shirley Sperling Paley as Counsel for Plaintiff, this Court finds that said motion should be and is hereby GRANTED.

It is so ORDERED.

_____
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date:  November \_\_\_ , 2009

LIBA/2047429.1