# PLAINTIFF'S INFRINGEMENT CLAIM CHARTS

# EXHIBIT 1

# FILED UNDER SEAL