# PLAINTIFF'S INFRINGEMENT CLAIM CHARTS

# EXHIBIT 2

# FILED UNDER SEAL