# PLAINTIFF'S INFRINGEMENT CLAIM CHARTS

# EXHIBIT 3

# FILED UNDER SEAL