IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

     Plaintiff,

v.

                                         Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

     Defendant.

## ORDER

Having reviewed ePLUS, INC.'S MOTION TO WITHDRAW SHIRLEY SPERLING PALEY AS COUNSEL FOR PLAINTIFF (Docket No. 130), it is hereby ORDERED that the motion is granted.

It is so ORDERED.

_____/s/_____ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: December 9, 2009