# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| *e*PLUS, INC., | ) |
| | ) |
| Plaintiff, | )  Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S INFRINGEMENT CLAIM CHARTS

Plaintiff, *e*Plus inc., by Counsel, and in accordance with Section V(J)(4) of Pretrial Schedule A to the Scheduling Order submitted as Exhibit A to the Agreed Discovery Plan filed with the Court on November 18, 2009 (Docket No. 121-2), hereby submits its infringement claim charts, which are attached hereto as Exhibit 1 (United Sates Patent No. 6,055,516) (FILED UNDER SEAL), Exhibit 2 (United States Patent No. 6,023,683) (FILED UNDER SEAL), and Exhibit 3 (United States Patent No. 6,505,172) (FILED UNDER SEAL).  Also attached are Appendices A-C which are Plaintiff's preliminary analyses of the functions and structures in the patent specifications corresponding to the means-plus-function elements of the asserted claims of U.S. Patent No. 6,023,683; 6,055,516 and 6,505,172, respectively.

Date:  December 22, 2009

        Respectfully submitted,

        *e*Plus inc.

        By counsel

        /s/ Henry I. Willett, III
        Henry I. Willett, III (VSB #44655)
        Craig T. Merritt (VSB #20281)
        **CHRISTIAN & BARTON, L.L.P.**
        909 East Main Street, Suite 1200
        Richmond, VA 23219
        Telephone:  (804) 697-4100
        Facsimile:  (804) 697-4112
        hwillett@cblaw.com
        cmerritt@cblaw.com

        Jennifer A. Albert (*admitted pro hac vice*)
        Scott L. Robertson (*admitted pro hac vice*)
        David M. Young (VSB #35997)
        **GOODWIN PROCTER LLP**
        901 New York Avenue, N.W.
        Washington, DC 20001
        Telephone:  (202) 346-4000
        Facsimile:   (202) 346-4444
        jalbert@goodwinprocter.com
        srobertson@goodwinprocter.com
        dyoung@goodwinprocter.com

        Lana S. Shiferman (*admitted pro hac vice*)
        James D. Clements  (*admitted pro hac vice*)
        **GOODWIN PROCTER LLP**
        Exchange Place
        53 State Street
        Boston, MA 02109-2881
        Telephone:  (617) 570-1000
        Facsimile:   (617) 523-1231
        lshiferman@goodwinprocter.com
        jclements@goodwinprocter.com

        Counsel for Plaintiff, *e*Plus inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of December, 2009, the foregoing was electronically filed with the Clerk of the Court using the CM/EFC system, which will then send a notification of such filing (NEF) to the following.  Copies of the foregoing, and those documents filed under seal, were also transmitted *via electronic mail* to the following:

Daniel W. McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
lawsonservice@merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

/s/ Henry I. Willett, III
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, L.L.P.**
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112
hwillett@cblaw.com

*Counsel for Plaintiff, ePlus inc.*

3