# PLAINTIFF'S INFRINGEMENT CLAIM CHARTS

# APPENDIX A

Appendix A – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,023,683

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| 1. An electronic sourcing system comprising: | N/A |
| at least two product catalogs containing data relating to items associated with the respective sources; | N/A |
| means for selecting the product catalogs to search; | **Function:** selecting the product catalogs to search.<br><br>**Exemplary corresponding structure, material and acts:** a computer which is programmed with special-purpose software modules to execute an algorithm which includes the steps of: (1) receiving inputted information relating to a user's selection of product catalogs to search from among the at least two product catalogs available; and (2) communicating the input selection to a search engine module; or (1) selecting catalogs to be searched from among the at least two product catalogs available based on preferences or history; and (2) communicating the catalog selection to a search engine program; and structural equivalents thereof. *See, e.g.,* '683 Patent, Col. 5, l. 66 to Col. 6, l. 3; Col. 6, ll. 11-13; Col. 7, ll. 38-43; Col. 7, l. 61 to Col. 8, l. 2; Col. 8, ll. 8-26; Col. 8, ll. 33-58; Col. 9, ll. 19-34; Col. 9:52-Col. 10:20; Col. 16, ll. 40-54; Col. 17, ll. 14-15; Col. 17, ll. 34-38; Col. 17, ll. 56-61; Col. 18, ll. 32-39; Col. 18, ll. 42-47; Col. 18, ll. 52-67; Appendix VII; Figs. 1A, 1B, 1C, 2. |
| means for searching for matching items among the | **Function:** searching for matching items among the selected product catalogs.<br><br>**Exemplary corresponding structure, material and acts:** a computer which is |

Appendix A – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,023,683

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| selected product catalogs; | programmed with special-purpose software modules including a search engine module to execute an algorithm which includes the steps of: (1) receiving search criteria (*e.g.*, catalog number, part number, partial textual description) relating to item(s) to be searched; (2) communicating the search criteria to a search engine module; (3) querying certain fields of the item data to locate item records in the selected product catalogs matching the search criteria; and (4) outputting items matching the search criteria; and structural equivalents thereof. *See, e.g.*, '683 Patent, Col. 4, ll. 4-9; Col. 4, ll. 25-30; Col. 5, ll. 18-39; Col. 5, l. 61-Col. 6, l. 22; Col. 7, l. 61-Col. 8, l. 32; Col. 8, l. 40-Col. 10, l. 20; Col. 10, l. 65-Col. 11, l. 29; Col. 12, ll. 4-29; Col. 16, ll. 8-32; Col. 18, ll. 6-13; Figs. 1A, 1B, 1C, 2; Appendices I, II, III, IV, V, VI, VIII. |
| means for building a requisition using data relating to selected matching items and their associated source(s); | **Function:** building a requisition using data relating to selected matching items and their associated source(s).<br><br>**Exemplary corresponding structure, material and acts:** a computer which is programmed with special-purpose software modules including a requisition module to execute an algorithm which includes the steps of: (1) selecting one or more items from hit lists of catalog items matching search criteria that were returned from searching selected product catalogs; (2) transferring the selected matching item data to a requisition module; and (3) building a requisition using data from the selected matching items to populate certain fields on the requisition form; and structural equivalents thereof. *See, e.g.*, '683 Patent, Col. 1, ll. 11-35; Col 3, ll. 16-19; Col. 4, ll. 1-3; Col. 4, ll. 10-22; Col. 5, ll. 18-38; Col. 6, l. 39-Col. 8, l. 2; Col. 10, ll. 21-43; Col. 11, ll. 30-67; Col. 12, l. 30-Col. 14, l. 4; Col. 16, ll. 40-54; Col. 17, ll. 10-28; Col. 18, ll. 47-52; Figs. 1-3; App. I, II, VI, VIII, IX. |

2

Appendix A – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,023,683

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| means for processing the requisition to generate one or more purchase orders for the selected matching items; and | **Function:** processing the requisition to generate one or more purchase orders for the selected matching items.<br><br>**Exemplary corresponding structure, material and acts:** a computer which is programmed with special-purpose software modules including a purchasing module to execute an algorithm which includes the steps of: (1) accepting the requisition; and (2) generating one or more purchase orders based on the data included in the requisition relating to the matching items selected from the items returned from searching selected product catalogs and based on predetermined rules relating to the user's preference (*e.g.*, one purchase order to each distinct supplier referenced in the requisition); and structural equivalents thereof. *See, e.g.*, '683 Patent, Col. 1, ll. 10-35; Col. 10, ll. 52-64; Col. 15, ll. 20-54; Col. 17, ll. 44-48; Col. 18, ll. 18-29; Figs. 1-3. |
| means for determining whether a selected matching item is available in inventory. | **Function:** determining whether a selected matching item is available in inventory<br><br>**Exemplary corresponding structure, material and acts:** a computer which is programmed with special-purpose software modules to execute an algorithm which includes the steps of: (1) searching a database with data relating to the availability of items in a supplier's/vendor's inventory to determine the availability of a selected matching item in the supplier's/vendor's inventory; and (2) receiving data communicated back from the database search relating to the availability of a selected matching item in the supplier's/vendor's inventory; and structural equivalents thereof. *See, e.g.*, '683 Patent, Col. 4, ll. 10-24; Col. 4, l. 63 to Col. 5, l. 8; Col. 14, ll. 4-38; Col 14, l. 46 to Col. 15, l. 9; Col. 15, l. 60 to Col. 16, l. 18; Col. 17, ll. 23-29; Col. 17, l. 64-Col. 18, l. 6; Col. 18, ll. 13-18; Figs. 1A, 1B, 3; |

3

Appendix A – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,023,683

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| 3. An electronic sourcing system comprising: | Appendices I, II, VIII, IX, X. |
| at least two product catalogs containing data relating to items associated with the respective sources; | N/A |
|  | N/A |
| means for selecting the product catalogs to search; | *See* claim 1, element 2. |
| means for searching for matching items among the selected product catalogs; | *See* claim 1, element 3. |
| means for building a requisition using data relating to selected matching items and their associated source(s); | *See* claim 1, element 4. |
| means for processing the requisition to generate one or more purchase orders for the selected matching items; and | *See* claim 1, element 5. |
| means for converting data relating to a selected matching | **Function:** converting data relating to a selected matching item and an associated source to data relating to an item and a different source. |

4

Appendix A – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,023,683

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| item and an associated source to data relating to an item and a different source. | **Exemplary corresponding structure, material and acts:** a computer which is programmed with special-purpose software modules to execute an algorithm which includes the steps of: (1) maintaining a cross-reference table or file identifying cross-referenced items, identical items or generally equivalent items and one or more codes corresponding to cross-referenced items, identical items or generally equivalent items; (2) for a selected matching item, accessing the cross-reference table or file to identify an identical item or generally equivalent item cross-referenced to the selected matching item and associated with a different source; and (3) replacing the selected matching item and its associated source with the identical item or generally equivalent item and its different source in a requisition; and structural equivalents thereof. *See, e.g.*, '683 Patent, Col. 4, l. 60 - Col. 5, l. 8; Col. 10, ll. 43-52; Col. 14, ll. 35-45; Col. 16, ll. 8-32; Col. 16, ll. 54-62; Col. 17, ll. 29-48; Appendices VII-X. |
| 6. An electronic sourcing system comprising: | N/A |
| a database containing data relating to items associated with at least two sources; | N/A |
| means for searching for matching items in the database; | **Function:** searching for matching items in the database.<br><br>**Exemplary corresponding structure, material and acts:** a computer which is programmed with special-purpose software modules to execute an algorithm which includes the steps of: (1) receiving search criteria (*e.g.*, catalog number, part number, partial textual description) relating to items(s) to be searched; (2) |

5

Appendix A – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,023,683

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| | communicating the search criteria to a search engine program; (3) querying certain fields of the item data to locate item records in the database matching the search criteria; and (4) outputting items matching the search criteria; and structural equivalents thereof. *See, e.g.,* '683 Patent, Col. 4, ll. 4-9; Col. 4, ll. 25-30; Col. 5, ll. 18-39; Col. 5, ll. 61-Col. 6, l. 22; Col. 7, l. 61-Col. 8, l. 32; Col. 8, l. 40- Col. 10, l. 20; Col. 10, l. 65- Col. 11, l. 29; Col. 12, ll. 4-29; Col. 16, ll. 8-32; Col. 18, ll. 6-13; Figs. 1A, 1B, 1C, 2; Appendices I, II, III, IV, V, VI, VII. |
| means for building a requisition using data relating to selected matching items and their associated source(s); | **Function:** building a requisition using data relating to selected matching items and their associated source(s).<br><br>**Exemplary corresponding structure, material and acts:** a computer which is programmed with special-purpose software modules including a requisition module to execute an algorithm which includes the steps of: (1) selecting one or more items from hit lists of items matching search criteria that were returned from searching the database; (2) transferring the selected matching item data to a requisition module; and (3) building a requisition using data from the selected matching items to populate certain fields on the requisition form; and structural equivalents thereof. *See, e.g.,* '683 Patent, Col. 1, ll. 11-35; Col. 3, ll. 16-19; Col. 4, ll. 1-3; Col. 4, ll. 10-22; Col. 5, ll. 18-38; Col. 6, l.39- Col. 8, l. 2; Col. 10, ll. 21-43; Col. 11, ll. 30-67; Col. 12, l. 30-Col. 14, l. 4; Col. 16, ll. 40-54; Col. 17, ll. 10-28; Col. 18, ll. 47-52; Figs. 1-3; App. I, II, VI, VIII, IX. |
| means for processing the requisition to generate one or more purchase orders for the | *See* claim 1, element 5. |

Appendix A – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,023,683

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| selected matching items; and | |
| means for converting data relating to a selected matching item and an associated source to data relating to an item and a different source. | *See* claim 3, element 6. |
| 26. A method comprising the steps of: maintaining at least two product catalogs on a database containing data relating to items associated with the respective sources; | N/A |
| selecting the product catalogs to search; | N/A |
| searching for matching items among the selected product catalogs; | N/A |
| building a requisition using data relating to selected matching items and their associated source(s); | N/A |
| selecting the product catalogs to | N/A |

Appendix A – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,023,683

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| search; | |
| searching for matching items among the selected product catalogs; | N/A |
| building a requisition using data relating to selected matching items and their associated source(s); | N/A |
| processing the requisition to generate one or more purchase orders for the selected matching items; and | N/A |
| converting data relating to a selected matching item and an associated source to data relating to an item and a different source. | N/A |
| 28. A method comprising the steps of: | N/A |
| maintaining at least two product catalogs on a database containing data relating to items associated with the respective | N/A |

Appendix A – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,023,683

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| sources; | |
| selecting the product catalogs to search; | N/A |
| searching for matching items among the selected product catalogs; | N/A |
| building a requisition using data relating to selected matching items and their associated source(s); | N/A |
| processing the requisition to generate one or more purchase orders for the selected matching items; and | N/A |
| converting data relating to a selected matching item and an associated source to data relating to an item and a different source. | N/A |
| 29. The method of claim 28 further comprising the step of determining whether a selected matching item is available in | N/A |

9

LIBW/1725642.1

Appendix A – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,023,683

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| inventory. | |
| 30. The method of claim 28 further comprising the step of determining the applicable price of a selected matching item. | N/A |
| 31. A method comprising the steps of: maintaining a database containing data relating to items associated with at least two sources; | N/A |
| searching for matching items among the data relating to the items; | NA |
| building a requisition using data relating to selected matching items and their associated sources; | N/A |
| converting data relating to a selected matching item and an associated source to data relating to an item and a different source. | N/A |