# PLAINTIFF'S INFRINGEMENT CLAIM CHARTS

# APPENDIX B

**Appendix B – Preliminary Analysis of Means-Plus Function Function Elements in U.S. Patent No. 6,055,516**

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| 1. An electronic sourcing system comprising: a collection of catalogs of items stored in an electronic format; | N/A |
| a first set of pre-determined criteria associated with said collection of catalogs; | N/A |
| a second set of pre-determined criteria associated with items from each of said catalogs; | N/A |
| a catalog selection protocol, said catalog selection protocol relying on said first set of pre-determined criteria to select less than said entire collection of catalogs, and including matching a vendor identification code with a subset of said collection of catalogs, | N/A |
| wherein said subset of catalogs includes both a vendor catalog from a predetermined vendor and a second catalog from a predetermined third party that is one of a manufacturer and a competing vendor | N/A |
| said predetermined third party selling items corresponding to items ins aid vendor catalog; and | N/A |
| a search program, said search program relying on said second set of criteria to select specific items from said catalogs | N/A |

**Appendix B – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,055,516**

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| determined from said catalog selection protocol. | |
| 2. An electronic sourcing system as recited in claim 1, wherein catalogs comprising said collection of catalogs are stored in separate databases. | N/A |
| 5. An electronic sourcing system as recited in claim 1, further including a cross reference table linking a vendor item catalog number from said vendor catalog with an item catalog number from said predetermined third party. | N/A |
| 6. An electronic sourcing system as recited in claim 1, wherein said second set of predetermined criteria includes at least one of a catalog number and item textual information. | N/A |
| 9. An electronic sourcing system comprising: | N/A |
| a collection of catalogs of items stored in an electronic format; | N/A |
| a first identification code associated with a first item in a first catalog; | |
| a second identification code associated with a second item in a second catalog, | N/A |
| said first item and said second item being | N/A |

2

LIBW/1725643.1

Appendix B – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,055,516

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| generally equivalent, and wherein a selection of one identification code from one of said first and second catalogs provides the other identification code from the other of said catalogs. | N/A |
| 10. An electronic sourcing system as recited in claim 9, wherein said first identification code is identical to said second identification code. | N/A |
| 16. An electronic sourcing system comprising: at least two product catalogs containing data relating to items such that an item in a first catalog is generally equivalent with an item in a second catalog; and converting means for converting data relating to said item from said first catalog to data relating to said item from said second catalog. | N/A<br><br>**Function** converting data relating to an item from a first catalog to data relating to an item from a second catalog.<br><br>**Exemplary corresponding structure, material and acts:** a computer which is programmed to execute an algorithm which includes the steps of: (1) maintaining a cross-reference table or file identifying cross-referenced items, identical items or generally equivalent items; (2) for an item in a first catalog, accessing the cross-reference table or file to identify a generally equivalent item from a second catalog that is cross-referenced to the item from the first catalog; and (3) replacing the item from the first catalog with the item from the second catalog; and structural equivalents thereof. *See, e.g.*, '516 Patent, Col. 4, l. 66- Col. 5, l. 13; Col. 10, ll. 40-49; Col. 14, ll. 39-49; Col. 16, ll. 59-67; Col. 17, ll. 34-53; Appendices VII-X. |
| 17. An electronic sourcing system as | N/A |

3

Appendix B – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,055,516

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| recited in claim 16, wherein at least one catalog database contains said data from each of said catalogs, | |
| and said converting means include a non-catalog database containing a cross-reference table such that use of a reference code corresponding to an entry in said cross-reference table links said item from said first catalog to data relating to said item from said second catalog. | N/A |
| 21. An electronic sourcing system comprising: | N/A |
| a requisition module including data fields, user-generated criteria entered into at least one of said data fields to generate at least partial criteria corresponding to a desired item; | N/A |
| a catalog collection searching module, said searching module including a collection of catalogs of items stored in an electronic format, | N/A |
| a catalog selection criteria used to select less than said entire collection, | N/A |
| said searching module being used to generate additional search-module criteria for said data fields of said | N/A |

4

LIBW/1725643.1

Appendix B – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,055,516

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| requisition module; | |
| a multiple purchase order generation module, said purchase order generation module creating multiple purchase orders from a single requisition created with aid user-generated criteria and said search-module criteria; | N/A |
| wherein each of at lest two catalogs include a generally equivalent item from a different source, said requisition module working in combination with said catalog searching module to determine multiple sources for said item; | N/A |
| wherein said multiple sources is limited by said catalog searching module providing a match according to said user-generated criteria, said search-module criteria and a determination system that located items are generally equivalent; and | N/A |
| wherein said determination system includes a cross reference table matching an identification code from a first located item with a second identification code from a second located item. | N/A |
| 22. An electronic sourcing system as recited in claim 21, wherein said determination system includes an | N/A |

Case 3:09-cv-00620-REP   Document 137-5   Filed 12/22/09   Page 7 of 8 PageID# 2680

Appendix B – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,055,516

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| identical code for each of said located items. | |
| 29. An electronic sourcing system comprising: a collection of catalogs of items stored in an electronic format; | N/A |
| a first set of pre-determined criteria associated with said collection of catalogs; | N/A |
| a second set of pre-determined criteria associated with items from each of said catalogs; | N/A |
| a catalog selection protocol, said catalog selection protocol relying on said first set of pre-determined criteria to select less than said entire collection of catalogs, | N/A |
| and including matching a vendor identification code with a subset of said collection of catalogs, | N/A |
| wherein said subset of catalogs includes both a vendor catalog from a predetermined vendor and a second catalog from a predetermined third party; | N/A |
| a search program, said search program relying on said second set of criteria to select specific items from said catalogs determined from said catalog selection protocol; and | N/A |

6

LIBW/1725643.1

Appendix B – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,055,516

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| a cross-reference table linking a vendor item catalog number from said vendor catalog with an item catalog number from said predetermined third party. | N/A |

7

LIBW/1725643.1