# PLAINTIFF'S INFRINGEMENT CLAIM CHARTS

# APPENDIX C

Appendix C – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,505,172

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| 1. An electronic sourcing system comprising: | N/A |
| a database containing data relating to items associated with at least two vendors maintained so that selected portions of the database may be searched separately; | N/A |
| means for entering product information that at least partially describes at least one desired item; | **Function:** entering product information that at least partially describes at least one desired item.<br><br>**Exemplary corresponding structure, material and acts:** a computer which is programmed with special-purpose software modules to execute an algorithm which includes the step of receiving certain fields of entered information, (*e.g.*, catalog number, part number, partial text, etc.) to at least partially describe at least one desired item; and structural equivalents thereof. *See, e.g.*, '172 Patent, Col. 5, l. 24-Col. 6, l. 27; Col. 7, l. 66- Col. 8, l. 37; Col. 8, ll. 45-62; Col. 12, ll. 6-28; Figs. 1-2; App. VII. |
| means for searching for matching items that match the entered product information in the selected portions of the database; | **Function:** searching for matching items that match the entered product information in the selected portions of the database.<br><br>**Exemplary corresponding structure, material and acts:** a computer which is programmed with special-purpose software modules including a search engine module to execute an algorithm which includes the steps of: (1) receiving the |

LIBW/1725644.1

Appendix C – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,505,172

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
|  | entered product information relating to item(s) to be searched; (2) communicating the entered product information to a search engine module; (3) querying certain fields of the item data to locate item records in the selected portions of the database matching the entered product information; and (4) outputting a hit list of items matching the entered product information; and structural equivalents thereof. *See, e.g.,* '172 Patent, Col. 4, ll. 10-14; Col. 6, ll. 4-27; Col. 7, l. 66- Col. 8, l. 37; Col. 8, l. 45-Col. 10, l. 21; Col. 12, ll. 6-41; Figs. 1A, 1B, 1C, 2; Appendix III; Appendix VII. |
| means for generating an order list that includes at least one matching item selected by said means for searching: | **Function:** generating an order list that includes at least one matching item selected by a search engine program.<br><br>**Exemplary corresponding structure, material and acts:** a computer which is programmed with special-purpose software modules to execute an algorithm which includes the steps of: (1) displaying a hit list of results of a search corresponding to items matching the entered product information; (2) selecting one or more items from the hit list for inclusion in an order list; and (3) generating an order list containing data related to the selected matching items; and structural equivalents thereof. *See, e.g.,* '172 Patent, Col. 9, l.51- Col. 10, l. 44; Col. 10, l. 66-Col. 12, l. 2; Col. 12, ll. 42-57; Col. 17, l. 55-Col. 18, l. 10; Col. 18, ll. 43-50; Appendix III; Appendix VI; Figs 1A, 1B, 1C. |
| means for building a requisition that uses data obtained from said database relating to selected | **Function:** building a requisition that uses data obtained from a database relating to selected matching items on an order list.<br><br>**Exemplary corresponding structure, material and acts:** a computer which is |

2

Appendix C – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,505,172

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| matching items on said order list; | programmed with special-purpose software modules including an algorithm which includes the steps of: (1) transferring data relating to selected matching items included on an order list to a requisition program; and (2) building a requisition using data from the selected matching items on the order list to populate certain fields on the requisition form; and structural equivalents thereof. *See, e.g.*, '172 Patent, Col. 1, ll. 15-40; Col. 10, ll. 22-44; Col. 12, l. 52- Col. 14, l. 14; Figs. 1-3; App. I, II, VI, VIII, IX. |
| means for processing said requisition to generate purchase orders for said selected matching items. | **Function:** processing a requisition to generate purchase orders for selected matching items.<br><br>**Exemplary corresponding structure, material and acts:** a computer which is programmed with special-purpose software modules including a purchasing module to execute an algorithm which includes the steps of: (1) accepting the requisition; and (2) generating purchase orders based on the data included in the requisition related to the selected matching items on the order list and based on predetermined rules relating to the user's preference (*e.g.*, one purchase order to each distinct supplier referenced in the requisition); and structural equivalents thereof. *See, e.g.*, '172 Patent Col. 1, ll. 15-40; Col. 10, ll. 53-65; Col. 15, l. 39- Col. 16, l. 4; Col. 18, ll. 6-16; Col. 18, ll. 54-67; Figs. 1-3. |
| 5. The electronic sourcing system according to claim 1, further comprising means for determining whether a selected matching item is available in | **Function:** determining whether a selected matching item is available in inventory<br><br>**Exemplary corresponding structure, material and acts:** a computer which is programmed with special-purpose software modules to execute an algorithm which includes the steps of: (1) searching a database with data relating to the availability of items in a supplier's/vendor's inventory to determine the availability |

3

**Appendix C – Preliminary Analysis of Means-Plus Function Elements in U.S. Patent No. 6,505,172**

| Claim | Identification of Function and Exemplary Corresponding Structure, Material and/or Acts |
|---|---|
| inventory | of a selected matching item in the supplier's/vendor's inventory; and (2) receiving data communicated back from the database search relating to the availability of a selected matching item in the supplier's/vendor's inventory; and structural equivalents thereof. *See, e.g.*, '172 Patent, Col. 4, ll. 15-30; Col. 5, ll. 4-13; Col. 14, ll. 14-52; Col. 14, l. 61-Col. 15, l. 27; Col. 16, ll. 15-44; Col. 17, ll. 56-62; Col. 18, ll. 32-42; Col. 18, ll. 49-55; Figs. 1A, 1B, 3; Appendices I, II, VIII, IX, X. |

4

LIBW/1725644.1