# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| ePLUS iNC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 3:09-CV-620 (REP) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL
## BETWEEN PLAINTIFF ePLUS iNC. AND
## DEFENDANT PERFECT COMMERCE, LLC

Plaintiff ePlus inc. and Defendant Perfect Commerce, LLC (inadvertently named Perfect Commerce, Inc.), by and through their undersigned counsel under Fed. R. Civ. P.41(a)(1) and pursuant to a settlement agreement reached between them, do hereby stipulate and agree to a dismissal of the claims of this action as between them (and their claims, counterclaims, third-party claims and/or any cross claims) with prejudice, and with each side to bear its own costs except as the settlement agreement between them otherwise provides.  This dismissal pertains only to such claims between Plaintiff ePlus inc. and Defendant Perfect Commerce, LLC and not as to any other defendant in this action.  Defendant Lawson Software, Inc. consents to this Stipulation of Dismissal.[1]

---

[1] Defendants SciQuest, Inc. and Verian Technologies, Inc. were previously dismissed from the case.

Dated:  January 6, 2010

By: /s/ Henry I. Willett, III
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, L.L.P.**
909 East Main Street, Suite 1200
Richmond, VA  23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112
Email:  cmerritt@cblaw.com
Email:  hwillett@cblaw.com


Jennifer A. Albert (*admitted pro hac vice*)
Scott L. Robertson (*admitted pro hac vice*)
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC  20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
Email:  jalbert@goodwinprocter.com
Email:  srobertson@goodwinprocter.com
Email:  dyoung@goodwinprocter.com

*Counsel for Plaintiff ePlus inc.*

Respectfully submitted,

By: /s/ Stephen E. Noona
Stephen E. Noona (VSB #25367)
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3000
Facsimile  (757) 624-3169
Email:  senoona@kaufcan.com

*Counsel for Defendant Perfect Commerce, LLC*


By: /s/ Dabney J. Carr, IV
Robert A. Angle (VSB #37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
Email:  robert.angle@troutmansanders.com
Email:  dabney.carr@troutmansanders.com

Daniel W. McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN  55402-2215
Email:  Lawsonservice@merchantgould.com

*Counsel for Defendant Lawson Software, Inc.*

2

LIBW/1727178.1