# EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| *e*PLUS, INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 3:09-CV-620 (REP)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LAWSON SOFTWARE, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S IDENTIFICATION OF CLAIM TERMS
REQUIRING CONSTRUCTION**

Pursuant to Section H, paragraph 1 of the Pretrial Schedule A of the Scheduling Order in this matter, *e*Plus identifies the following terms from the asserted claims which it contends require construction by the Court.

1.     **Electronic sourcing system** (Claims 1, 3 and 6 of the '683 Patent; Claims 1, 2, 5, 6, 9, 10, 17, 21, 22 and 29 of the '516 Patent; Claims 1 and 5 of the '172 Patent).

2.     **Means for selecting the product catalogs to search** (Claims 1 and 3 of the '683 Patent).

3.     **Means for searching for matching items among the selected product catalogs** (Claims 1 and 3 of the '683 Patent).

4.     **Means for building a requisition using data relating to selected matching items and their associated source(s)** (Claims 1, 3, and 6 of the '683 Patent).

5.     **Means for processing the requisition to generate one or more purchase orders for the selected matching items** (Claims 1, 3 and 6 of the '683 Patent).

6.      **Means for determining whether a selected matching item is available in inventory** (Claim 1 of the '683 Patent; Claim 5 of the '172 Patent).

7.      **Means for converting data relating to a selected matching item and an associated source to data relating to an item and a different source** (Claims 3 and 6 of the '683 Patent).

8.      **Means for searching for matching items in the database** (Claim 6 of the '683 Patent).

9.      **Means for entering product information that at least partially describes at least one desired item** (Claim 1 of the '172 Patent).

10.     **Means for searching for matching items that match the entered product information in the selected portions of the database** (Claim 1 of the '172 Patent).

11.     **Means for generating an order list that includes at least one matching item selected by said means for searching** (Claim 1 of the '172 Patent).

12.     **Means for building a requisition that uses data obtained from said database relating to selected matching items on said order list** (Claim 1 of the '172 Patent).

13.     **Means for processing said requisition to generate purchase orders for said selected matching items** (Claim 1 of the '172 Patent).

2

Respectfully submitted,

Date:  December  15, 2009

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, L.L.P.**
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Jennifer A. Albert (*admitted pro hac vice*)
Scott L. Robertson (*admitted pro hac vice*)
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
jalbert@goodwinprocter.com
srobertson@goodwinprocter.com
dyoung@goodwinprocter.com

Lana S. Shiferman (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231
lshiferman@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of December, 2009, I will serve Plaintiff's Identification of Claim Terms Requiring Construction on the following counsel of record as indicated:

*via electronic mail:*

Daniel W. McDonald
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
dmcdonald@merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

Jennifer Albert

LIBW/1726009.1