# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| | ) Civil Action No. 3:09cv620 |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

## LAWSON SOFTWARE, INC.'S IDENTIFICATION OF CLAIM TERMS REQUIRING CONSTRUCTION

Pursuant to Section V, Subsection H, Paragraph 1 of the Pretrial Schedule A of the Scheduling Order in this matter (Doc. No. 121) entered on November 18, 2009, Lawson Software, Inc., by counsel, hereby identifies terms from among the twenty claims identified by ePlus, Inc. on November 24, 2009, that require construction by the Court:

Previously Construed Terms (from ePlus, Inc. v. SAP America, Inc.)
   1. Catalog / Product Catalog
   2. Matching Items

Terms Not Previously Construed
   1. Inventory
   2. Converting data relating to a selected matching item. . . to an item and a different source.
   3. Subset
   4. Selected Matching Items

5. Searching for matching items among the [selected product catalogs / data relating to the items]
6. Order List
7. Protocol
8. Cross-Reference Table

In addition to the above terms, the following phrases require construction under 35 U.S.C. § 112, ¶ 6:

Previously Construed Terms (from ePlus, Inc. v. SAP America, Inc.)

1. means for searching for matching items among the selected product catalogs
2. means for searching for matching items among the data relating to the items
3. means for searching for matching items that match the entered product information in the selected portions of the database

Terms Not Previously Construed
1. a multiple purchase order generation module, said purchase order generation module creating multiple purchase orders from a single requisition created with said user-generated criteria and said search-module criteria

Additionally, Lawson Software can agree to the constructions of terms as provided in ePlus, Inc. v. SAP America, Inc. (Civil Action No. 3:05CV281-JRS), including those constructions under 35 U.S.C. § 112 ¶ 6, for those terms not listed above but construed in that Court's Order of January 20, 2006. To the extent that ePlus, Inc. elects to construe any of these other terms differently from the construction by the Court in ePlus Inc. v. SAP America, Inc., Lawson reserves the right to propose a different construction for those terms than set forth in that January 20, 2006 Order.

Dated: December 15, 2009

LAWSON SOFTWARE, INC.

By: _____
Of Counsel

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
**Troutman Sanders LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| | ) Civil Action No. 3:09-cv-620 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2009, I caused the following documents:

1. Lawson Software, Inc.'s Identification of Claim Terms Requiring Construction; and

2. Certificate of Service

to be served on the following individuals via electronic mail:

Goodwin Proctor ePlus team at ePlusGoodwinService@goodwinprocter.com
Craig Merritt at cmerritt@cblaw.com
Henry Willett at hwillett@cblaw.com
Kimberly Perkins at kperkins@cblaw.com
Leslie Blacka at lblacka@cblaw.com
Perry Coburn at pcoburn@cblaw.com
Stephanie VanBuren at svanburen@cblaw.com

Dated: December 15, 2009

Carol Nystrom