# EXHIBIT 11



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ePLUS, INC., | |
| Plaintiff, | |
| v. | Civil Action Number 3:05CV281-JRS |
| SAP AMERICA, INC., et al., | |
| Defendants. | |

## CLAIM CONSTRUCTIONS PURSUANT TO NOVEMBER 17, 2005 *MARKMAN* HEARING

THIS MATTER is before the Court for the Court's determination of the proper construction of claims pursuant to the parties' arguments presented at the Markman hearing held on November 17, 2005. Plaintiff ePlus, Inc. has sued Defendant SAP America, Inc. and SAP AG for infringement of three patents: 1) U.S. Patent No. 6,023,683; 2) U.S. Patent No. 6,055,516; and 3) U.S. Patent No. 6,505,172. The Court, having considered the evidence and arguments submitted by the parties, hereby interprets these patents as provided below.

## I.   KEY TERMS

1)   <u>Items</u>: Products or services.

2)   <u>Matching items</u>: Items in search results that have been selected for inclusion in a requisition.

3)   <u>Database</u>: A collection of related information organized in a useful manner that provides a base or foundation for procedures, such as retrieving information.

4)   <u>Electronic sourcing system</u>: An electronic system for use by a prospective buyer to locate and find items to purchase from sources, suppliers, or vendors.

5)   <u>Generally equivalent</u>: Substantially similar.



6)    <u>Product catalog</u>: An organized collection of items and associated information which can include, for example, a part number, price, catalog number, vendor name, vendor ID, a textual description of an item, and images of or relating to the item.

7)    <u>Purchase order</u>: A commission or instruction to buy something.

8)    <u>Requisition</u>: A formal list of needed and/or required items.

9)    <u>Vendor</u>: A seller of a product or service.

10)    <u>Source</u>: A supplier, vendor or distributor of products or services.

## II.   MEANS-PLUS-FUNCTION CLAIM TERMS

<u>U.S. Patent No. 6,023,683</u>:

1)    **Means for selecting the product catalogs to search**:
        <u>Function</u>: Selecting more than one product catalog to search.
        <u>Means</u>: Two means for selecting product catalogs are disclosed:
        1.    A software means initiated from catalog search program (50 or 250) running on local computer (20 or 220) that consists of the following steps:
            a.    selecting more than one product catalog from a list of available catalogs ('683 Col. 9:52-67)[1]; and
            b.    concatenating (i.e., joining together) the selected product catalogs to be searched (9:67-10:4).
        2.    A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:
            a.    entering vendor identification into requisition/purchasing system (10:8-11);
            b.    communicating vendor identification from requisition/purchasing system to catalog search program running on same local computer via the DDE protocol of interface (60) (10:8-20); and
            c.    concatenating (i.e., joining together) the selected product catalogs to be searched by the catalog search program based upon the received vendor identification (9:67-10:4).

2)    **Means for searching for matching items among the selected product catalogs**:
        <u>Function</u>: Searching for matching items among the selected product catalogs.
        <u>Means</u>: Two means for searching for matching items are disclosed:
        1.    A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:
            a.    entering certain search criteria (e.g., catalog number, part number, or

---

[1]All citations that follow refer to U.S. Patent No. 6,023,683.

partial text) relating to item(s) to be searched into requisition/purchasing system (7:48-55; 7:61-8:2; 8:22-26);

    b.    communicating the search criteria from requisition/purchasing system (40 or 240) to catalog search program (50 or 250) running on same local computer via the DDE protocol of interface (60) (8:37-9:8);

    c.    searching catalog database (36 or 236) via catalog search program (50 or 250) based on the search criteria received from requisition/purchasing system (9:34-37);

    d.    if more than one search criterion is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword, and (c) page number, stopping at highest priority search criteria resulting in a match (6:14-22); and

    e.    displaying via catalog search program a hit list of search results (9:39-45).

2.    A software means initiated from shell program (52 or 252) running on local computer (20 or 220), that consists of the following steps:

    a.    displaying a search screen on the monitor of local computer (12:4-12; Appendix VII);

    b.    entering search criteria (e.g., catalog page number, keyword, part number) for item to be searched (9:12-14; 12:12-24);

    c.    searching catalog database (36 or 236) via catalog search program (50 or 250) running on local computer based on data received from shell program (52) (9:34-37);

    d.    if more than one search criterion is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword, and (c) page number, stopping at highest priority search criteria resulting in a match (6:14-22); and

    e.    displaying via catalog search program a hit list (47) of search results (9:39-45; 12:27-29, Appendix III).

3)    **Means for building a requisition using data relating to selected matching items and their associated source(s):**

Function: Building a requisition using data related to selected matching items and their associated source(s).

Means: One means for building a requisition is disclosed:

1.    A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

    a.    entering certain data (e.g., account number, requisition number) in requisition/purchasing system (40 or 240) to create requisition tables stored in requisition database (42A) (6:44-65; 7:20-28);

    b.    initiating search for matching item(s) in catalog database (36 or 236) from either requisition/purchasing system (40 or 240) or catalog search program (50 or 250) running on local computer (20 or 220) via two search means described above (8:15-32);

    c.    displaying via catalog search program a hit list (47) of search results

(9:39-45; 12:27-29; Appendix III);

    d.     selecting one or more items to be requisitioned (10:21-24; 11:30-38);

    e.     generating an order list (48) in shell (52 or 252) and catalog search program (50 or 250) containing data relating to selected items (e.g., vendor name, product description, list price) (11:20-38; 11:62-66);

    f.     displaying data relating to selected items in order list (48) (11:38-43; 12:38-40; Appendix VI);

    g.     transmitting data from order list (48) to requisition/purchasing system running on same local computer (20 or 220) via the DDE protocol of interface (60) (11:50-54; 12:48-53; 13:1-21); and

    h.     updating requisition tables in requisition database (42A) with data received from order list (48) via interface (60) (12:60-67).

**4)**    **Means for processing the requisition to generate one or more purchase orders for the selected matching items**:

    <u>Function</u>: Processing the requisition to generate one or more purchase orders for the selected matching items.

    <u>Means</u>: One means for processing the requisition to generate one or more purchase orders is disclosed:

    1.    A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

        a.    accepting/approving the requisition (15:20-26); and

        b.    generating a separate purchase order for each inventory location from which a selected matching item has been sourced (15:26-49).

**5)**    **Means for determining whether a selected matching item is available in inventory**:

    <u>Function</u>: Determining whether a selected matching item is available in inventory.

    <u>Means</u>: Two means for determining the availability of selected matching items in inventory are disclosed:

    1.    A software means for local inventory initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

        a.    maintaining a local inventory database (42B) on local computer (20 or 220) (14:16-20);

        b.    initiating via requisition/purchasing system (40 or 240) searches of local inventory database to determine availability of selected matching items in local inventory (14:12-16); and

        c.    displaying via requisition/purchasing system (40 or 240) the availability and quantity of inventory for the selected matching items in local inventory (14:26-32).

    2.    A software means for remote inventory initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

        a.    maintaining a remote inventory database (11) on host computer (10) (14:21-25);

      b.     initiating via requisition/purchasing system (40 or 240) searches of remote inventory database to determine availability of selected matching items in remote inventory (14:12-16); and

      c.     displaying via requisition/purchasing system (40 or 240) the availability and quantity of inventory for the selected matching items in local inventory (14:26-32).

6) **Means for converting data relating to a selected matching item and an associated source to data relating to an item and a different source**:

    <u>Function</u>: Converting data relating to a selected matching item and an associated source to data relating to an item and a different source.

    <u>Means</u>: One means for performing this function is disclosed:

    1.    A software means which is automatically initiated by host pricing and inventory databases (11) running on host computer (10) in response to sourcing request from requisition/purchasing system (40 or 240), including the steps of:

      a.     maintaining host pricing and inventory databases (11) with cross-references from distributor's catalog number to corresponding catalog numbers of other vendors for the same product (4:63-5:8);

      b.     transmitting data for selected matching items in requisition from requisition/purchasing system (40) running on local computer (20) to host pricing and inventory databases (11) running on host computer (10) (14:12-25);

      c.     automatically recognizing that catalog number for selected matching item in requisition corresponds to same or similar item in another catalog (4:66-5:8; 10:43-48); and

      d.     substituting and transmitting back to requisition/purchasing system (40) the name, contract price, and availability for corresponding cross-referenced item (10:48-52).

7) **Means for determining the applicable price of a selected matching item**:

    <u>Function</u>: Determining the applicable price of a selected matching item.

    <u>Means</u>: Two means for determining the applicable price of a selected matching item are disclosed:

    1.    A software means for local price determination initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) and utilizing local inventory databases (42B and 42C), that consists of the following steps:

      a.     maintaining local databases with price information (42B and 42C) on local computer (15:7-9);

      b.     initiating via requisition/purchasing system (40) request to local databases to determine price (14:66-15:9); and

      c.     displaying via requisition/purchasing system (40) the price for the selected matching item in local databases (14:66-15:9).

    2.    A software means for remote price determination initiated from

requisition/purchasing system (40 or 240) running on local computer (20 or 220) and utilizing host pricing databases (11) on host computer (10), that consists of the following steps:

    a.    maintaining host pricing databases (11) on host computer (10) (15:1-5);

    b.    initiating via requisition/purchasing system (40) request to host inventory database to determine price (14:66-15:9); and

    c.    displaying via requisition/purchasing system (40) the price for the selected matching item in host databases (14:66-15:9).

8)    **Means for searching for matching items in the database**:

    Function: Searching for matching items among items in the database.

    Means: Two means for searching for matching items are disclosed:

1.    A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

    a.    entering search criteria (e.g., catalog number, part number, or partial text) relating to item(s) to be searched into requisition/purchasing system (40 or 240) (7:48-55; 7:61-8:2; 8:22-26);

    b.    searching local RIMS databases (42) based on search criteria, and if found, search is complete (6:6-8; 7:36-38; 4:20-23);

    c.    if items not found in RIMS databases (42), communicating search criteria from requisition/purchasing system (40 or 240) to catalog search program (50 or 250) running on same local computer via the DDE protocol of interface (60) (8:37-9:8);

    d.    searching catalog database (36 or 236) via catalog search program based on search criteria received from requisition/purchasing system (40 or 240) (9:34-37);

    e.    if more than one search criterion is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword, and (c) page number, stopping at highest priority search criteria resulting in a match (6:14-22); and

    f.    displaying via catalog search program a hit list of search results (9:39-45).

2.    A software means initiated from shell program (52 or 252) running on local computer (20 or 220), that consists of the following steps:

    a.    displaying a search screen on the monitor of local computer (12:4-12; Appendix VII);

    b.    entering search criteria (e.g., catalog page number, keyword, part number) for item to be searched (9:12-14; 12:12-24);

    c.    searching catalog database (36 or 236) via catalog search program (50 or 250) running on local computer based on data received from shell program (52) (9:34-37);

    d.    if more than one search criterion is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword, and (c) page number, stopping at highest priority search criteria

        resulting in a match (6:14-22); and

e.    displaying via catalog search program a hit list (47) of search results (9:39-45; 12:27-29; Appendix III).

9)    **Means for building a requisition that includes a first matching item and a second matching item, each associated with a different source**:

Function: Building a requisition using data relating to selected matching items and their associated source(s).

Means: One means for building a requisition is disclosed:

1.    A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

a.    entering certain data (e.g., account number, requisition number) in requisition/purchasing system (40 or 240) to create requisition tables stored in requisition database (42A) (6:44-65; 7:20-28);

b.    initiating search for matching item(s) in catalog database (36 or 236) from either requisition/purchasing system (40 or 240) or catalog search program (50 or 250) running on local computer (20 or 220) via two search means described above (8:15-32);

c.    displaying via catalog search program a hit list (47) of search results (9:39-45; 12:27-29; Appendix III);

d.    selecting one or more items to be requisitioned (10:21-24; 11:30-38);

e.    generating an order list (48) in shell (52 or 252) and catalog search program (50 or 250) containing data relating to selected items (e.g., vendor name, product description, list price) (11:20-38; 11:62-66);

f.    displaying data relating to selected items in order list (48) (11:38-43; 12:38-40; Appendix VI);

g.    transmitting data from order list (48) to requisition/purchasing system running on same local computer (20 or 220) via the DDE protocol of interface (60) 11:50-54; 12:48-53; 13:1-21); and

h.    updating requisition tables in requisition database (42A) with data received from order list (48) via interface (60) (12:60-67).

10)    **Means for processing the requisition to generate purchase orders for the first and the second matching items**:

Function: Processing the requisition to generate purchase orders for the first and the second matching items.

Means: One means for processing the requisition to generate one or more purchase orders is disclosed:

1.    A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

a.    accepting/approving the requisition (15:20-26); and

b.    generating a separate purchase order for each inventory location from which a selected matching item has been sourced (15:26-49).

11) **Means for searching for matching items among the product catalogs**:

Function: Searching for matching items among the selected product catalogs.

Means: Two means for searching for matching items are disclosed:

1. A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

    a. entering certain search criteria (e.g., catalog number, part number, or partial text) relating to item(s) to be searched into requisition/purchasing system (7:48-55; 7:61-8:2; 8:22-26);

    b. communicating the search criteria from requisition/purchasing system (40 or 240) to catalog search program (50 or 250) running on same local computer via the DDE protocol of interface (60) (8:37-9:8);

    c. searching catalog database (36 or 236) via catalog search program (50 or 250) based on the search criteria received from requisition/purchasing system (9:34-37);

    d. if more than one search criterion is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword, and (c) page number, stopping at highest priority search criteria resulting in a match (6:14-22); and

    e. displaying via catalog search program a hit list of search results (9:39-45).

2. A software means initiated from shell program (52 or 252) running on local computer (20 or 220), that consists of the following steps:

    a. displaying a search screen on the monitor of local computer (12:4-12; Appendix VII);

    b. entering search criteria (e.g., catalog page number, keyword, part number) for item to be searched (9:12-14; 12:12-24);

    c. searching catalog database (36 or 236) via catalog search program (50 or 250) running on local computer based on data received from shell program (52) (9:34-37);

    d. if more than one search criterion is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword, and (c) page number, stopping at highest priority search criteria resulting in a match (6:14-22); and

    e. displaying via catalog search program a hit list (47) of search results (9:39-45; 12:27-29, Appendix III).

12) **Means for searching for matching items among the selected data**:

Function: Searching for matching items among the selected data.

Means: Two means for searching for matching items are disclosed:

1. A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

    a. entering search criteria (e.g., catalog number, part number, or partial text) relating to item(s) to be searched into requisition/purchasing system (40 or 240) (7:48-55; 7:61-8:2; 8:22-26);

    b. searching local RIMS databases (42) based on search criteria, and if

8

found, search is complete (6:6-8; 7:36-38; 4:20-23);

    c.    if items not found in RIMS databases (42), communicating search criteria from requisition/purchasing system (40 or 240) to catalog search program (50 or 250) running on same local computer via the DDE protocol of interface (60) (8:37-9:8);

    d.    searching catalog database (36 or 236) via catalog search program based on search criteria received from requisition/purchasing system (40 or 240) (9:34-37);

    e.    if more than one search criterion is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword, and (c) page number, stopping at highest priority search criteria resulting in a match (6:14-22); and

    f.    displaying via catalog search program a hit list of search results (9:39-45).

  2.    A software means initiated from shell program (52 or 252) running on local computer (20 or 220), that consists of the following steps:

    a.    displaying a search screen on the monitor of local computer (12:4-12; Appendix VII);

    b.    entering search criteria (e.g., catalog page number, keyword, part number) for item to be searched (9:12-14; 12:12-24);

    c.    searching catalog database (36 or 236) via catalog search program (50 or 250) running on local computer based on data received from shell program (52) (9:34-37);

    d.    if more than one search criterion is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword, and (c) page number, stopping at highest priority search criteria resulting in a match (6:14-22); and

    e.    displaying via catalog search program a hit list (47) of search results (9:39-45; 12:27-29; Appendix III).

**13)**  **Means for processing the requisition to generate purchase orders using data relating to the selected matching items and their associated source(s):**

    <u>Function</u>: Processing the requisition to generate one or more purchase orders for the selected matching items.

    <u>Means</u>: One means for processing the requisition to generate one or more purchase orders is disclosed:

  1.    A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

    a.    accepting/approving the requisition (15:20-26); and

    b.    generating a separate purchase order for each inventory location from which a selected matching item has been sourced (15:26-49).

**14)**  **Means for searching for matching items in the selected portions of the database:**

    <u>Function</u>: Searching for matching items in the selected portions of the database.

    <u>Means</u>: Two means for searching for matching items are disclosed:

1.   A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

   a.   entering search criteria (e.g., catalog number, part number, or partial text) relating to item(s) to be searched into requisition/purchasing system (40 or 240) (7:48-55; 7:61-8:2; 8:22-26);

   b.   searching local RIMS databases (42) based on search criteria, and if found, search is complete (6:6-8; 7:36-38; 4:20-23);

   c.   if items not found in RIMS databases (42), communicating search criteria from requisition/purchasing system (40 or 240) to catalog search program (50 or 250) running on same local computer via the DDE protocol of interface (60) (8:37-9:8);

   d.   searching catalog database (36 or 236) via catalog search program based on search criteria received from requisition/purchasing system (40 or 240) (9:34-37);

   e.   if more than one search criteria is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword, and (c) page number, stopping at highest priority search criteria resulting in a match (6:14-22); and

   f.   displaying via catalog search program a hit list of search results (9:39-45).

2.   A software means initiated from shell program (52 or 252) running on local computer (20 or 220), that consists of the following steps:

   a.   displaying a search screen on the monitor of local computer (12:4-12; Appendix VII);

   b.   entering search criteria (e.g., catalog page number, keyword, part number) for item to be searched (9:12-14; 12:12-24);

   c.   searching catalog database (36 or 236) via catalog search program (50 or 250) running on local computer based on data received from shell program (52) (9:34-37);

   d.   if more than one search criteria is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword, and (c) page number, stopping at highest priority search criteria resulting in a match (6:14-22); and

   e.   displaying via catalog search program a hit list (47) of search results (9:39-45; 12:27-29; Appendix III).

15)   **Means for building a requisition that includes data relating to selected matching items**:
     <u>Function</u>: Building a requisition using data relating to selected matching items and their associated source(s).
     <u>Means</u>: One means for building a requisition is disclosed:

1.   A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

   a.   entering certain data (e.g., account number, requisition number) in requisition/purchasing system (40 or 240) to create requisition tables

stored in requisition database (42A) (6:44-65; 7:20-28);

b.    initiating search for matching item(s) in catalog database (36 or 236) from either requisition/purchasing system (40 or 240) or catalog search program (50 or 250) running on local computer (20 or 220) via two search means described above (8:15-32);

c.    displaying via catalog search program a hit list (47) of search results (9:39-45; 12:27-29; Appendix III);

d.    selecting one or more items to be requisitioned (10:21-24; 11:30-38);

e.    generating an order list (48) in shell (52 or 252) and catalog search program (50 or 250) containing data relating to selected items (e.g., vendor name, product description, list price) (11:20-38; 11:62-66);

f.    displaying data relating to selected items in order list (48) (11:38-43; 12:38-40; Appendix VI);

g.    transmitting data from order list (48) to requisition/purchasing system running on same local computer (20 or 220) via the DDE protocol of interface (60) 11:50-54; 12:48-53; 13:1-21); and

h.    updating requisition tables in requisition database (42A) with data received from order list (48) via interface (60) (12:60-67).

U.S. Patent No. 6,055,516:

16)    **Converting means for converting data relating to said item from said first catalog to data relating to said item from said second catalog:**

Function: Converting data relating to said item from said first catalog to data relating to said item from said second catalog.

Means: One means for converting data is disclosed:

1.    A software means which is automatically initiated by host pricing and inventory databases (11) running on host computer (10) in response to sourcing requests, including the steps of:

a.    maintaining host pricing and inventory databases (11) with cross-references from distributor's catalog number to corresponding catalog numbers of other vendors for the same product ('683 Col. 4:63-5;8);

b.    transmitting data for selected matching items in requisition from requisition/purchasing system (40 or 240) running on local computer (20 or 220) to host pricing and inventory databases (11) running on host computer (10) ('683 Col. 14:12-25);

c.    automatically recognizing that catalog number for selected matching item in requisition corresponds to same or similar item in another catalog ('683 Col. 4:66-5:8; 10:43-48); and

d.    substituting and transmitting back to requisition/purchasing system (40 or 240) the name, contract price, and availability for corresponding cross-referenced item ('683 Col. 10:48-52).

<u>U.S. Patent No. 6,505,172</u>:

17)     **Means for entering product information that at least partially describes at least one desired item**:
        <u>Function</u>: Entering product information that at least partially describes at least one desired item.
        <u>Means</u>: Two means for performing this function are disclosed:
        1.     A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following step:
               a.     entering in requisition/purchasing system (40 or 240) certain fields of information (e.g., catalog number, part number, or partial text) that partially describe an item ('683 Cols. 7:48-55, 7:61-8:2; 8:22-26).[2]
        2.     A software means initiated from shell program (52 or 252) running on local computer (20 or 220) that consists of the following steps:
               a.     displaying a search screen on the monitor of local computer (12:4-12; Appendix VII); and
               b.     entering search criteria (e.g., catalog page number, keyword, part number) for item to be searched (9:12-14; 12:12-24).

18)     **Means for searching for matching items that match the entered product information in the selected portions of the database**:
        <u>Function</u>: Searching for matching items that match the entered product information only in selected portions of the database.
        <u>Means</u>: Two means for searching only in selected portions of the database are disclosed:
        1.     A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:
               a.     entering search criteria (e.g., catalog number, part number, or partial text) relating to item(s) to be searched into requisition/purchasing system (40 or 240) (7:48-55; 7:61-8:2; 8:22-26);
               b.     searching local RIMS databases (42) based on search criteria, and if found, search is complete (4:20-23; 6:6-8; 7:36-38);
               c.     if items are not found in RIMS databases (42), communicating search criteria from requisition/purchasing system (40 or 240) to catalog search program (50 or 250) running on same local computer via the DDE protocol of interface (60) (8:37-9:8);
               d.     searching catalog database (36 or 236) via catalog search program based on search criteria from requisition/purchasing system (40 or 240) (9:34-37);
               e.     if more than one search criteria is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword,

_____

[2]All citations that follow refer to U.S. Patent No. 6,023,683.

12

and (c) page number, stopping at highest priority search criteria resulting in a match (6:14-22); and

 f.  displaying via catalog search program a hit list of search results (9:39-45).

19) **Means for generating an order list that includes at least one matching item selected by said means for searching**:

  Function: Generating an order list that includes at least one matching item selected by said means for searching.

  Means: One means for generating an order list is disclosed:

1. A software means that utilizes catalog search program (50 or 250) and shell program (52 or 252) and consists of the following steps:

 a.  displaying via catalog search program (50 or 250) a hit list (47) of search results (9:39-45; 12:27-29; Appendix III);

 b.  selecting one or more items to be requisitioned (10:21-24, 11:30-38); and

 c.  generating an order list (48) in shell (52 or 252) and catalog search program (50 or 250) containing data relating to selected items (e.g., vendor name, product description, list price) (11:20-38; 11:62-66).

20) **Means for building a requisition that uses data obtained from said database relating to selected matching items on said order list**:

  Function: Building a requisition that uses data obtained from said database relating to selected matching items on said order list.

  Means: One means for building a requisition is disclosed:

1. A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

 a.  entering certain data (e.g., account number, requisition number) in requisition/purchasing system (40 or 240) to create requisition tables stored in requisition database (42A) (6:44-65; 7:20-28);

 b.  initiating search for matching item(s) in catalog database (36 or 236) from either requisition/purchasing system (40 or 240) or catalog search program (50 or 250) running on local computer (20 or 220) via two search means described above (8:15-32);

 c.  displaying via catalog search program a hit list (47) of search results (9:39-45; 12:27-29; Appendix III)

 d.  Selecting one or more items to be requisitioned (10:21-24; 11:30-38);

 e.  generating an order list (48) in shell (52 or 252) and catalog search program (50 or 250) containing data relating to selected items (e.g., vendor name, product description, list price) (11:20-38; 11:62-66);

 f.  Displaying data relating to selected items in order list (48) (11:38-43; 12:38-40; Appendix VI);

 g.  transmitting data from order list (48) to requisition/purchasing system

13

     running on same local computer (20 or 220) via DDE protocol of interface (60) (11:50-54; 12:48-53; 13:1-21); and

  h. updating requisition tables in requisition database (42A) with data received from order list (48) via interface (60) (12:60-67).

21) **Means for processing said requisition to generate purchase orders for said selected matching items**:

  Function: Processing the requisition to generate purchase orders for said selected matching items.

  Means: One means for generating a purchase order is disclosed:

  1. A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

    a. accepting/approving the requisition (15:20-26); and

    b. generating a separate purchase order for each inventory location from which a selected matching item has been sourced (15:26-49).

22) **Means for searching the database for segments of data relating to items associated with a vendor that contain vendor items that match the product information for said at least one desired item**:

  Function: Searching only selected portions of the database for segments of data relating to items associated with a particular vendor that contain items associated with that vendor that match the product information for at least one desired item.

  Means: Two means of performing this function are disclosed:

  1. A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

    a. entering search criteria (e.g., catalog number, part number, or partial text) relating to item(s) to be searched into requisition/purchasing system (40 or 240) (7:48-55; 7:61-8:2; 8:22-26);

    b. searching local RIMS databases (42) based on search criteria, and if found, search is complete (4:20-23; 6:6-8; 7:36-38);

    c. if items not found in RIMS databases (42), communicating search criteria from requisition/purchasing system (40 or 240) to catalog search program (50 or 250) running on same local computer via the DDE protocol of interface (60) (8:37-9:8);

    d. searching catalog database (36 or 236) via catalog search program based on search criteria from requisition/purchasing system (40 or 240) (9:34-37);

    e. if more than one search criteria is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword, and (c) page number, stopping at highest priority search criteria resulting in a match (6:14-22); and

    f. displaying via catalog search program a hit list of search results (9:39-45).

2.    A software means initiated from shell program (52 or 252) running on local computer (20 or 220), that consists of the following steps:

    a.    displaying a search screen on the monitor of local computer (12:4-12; Appendix VII);

    b.    entering search criteria (e.g., catalog page number, keyword, part number) for item to be searched (9:12-14; 12:12-24);

    c.    searching catalog database (36 or 236) via catalog search program (50 or 250) running on local computer based on data received from shell program (52) (9:34-37);

    d.    if more than one search criterion is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword, and (c) page number, stopping at highest priority search criteria resulting in a match (6:14-22); and

    e.    displaying via catalog search program a hit list (47) of search results (9:39-45; 12:27-29; Appendix III).

23)    **Means for generating a hit list of such vendor segments**:

    Function: Generating a list comprised of segments of data relating to items associated with a particular vendor.

    Means: A single means for performing this function is disclosed:

    1.    A software means initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following step:

    a.    searching and displaying via catalog search program (50 or 250) a hit list screen (47) representing limited data about all matching items that were located in Catalog database (36 or 236) (9:39-48; 12:27-29).

24)    **Means for selectively viewing the vendor segments identified for said hit list**:

    Function: Selecting and viewing segments of data relating to items associated with a particular vendor that are compiled in a hit list.

    Means: One means for performing this function is disclosed:

    1.    A software means initiated from requisition/purchasing program (40 or 240) running on local computer (20 or 220) that consists of the following steps:

    a.    displaying via catalog search program (50 or 250) a hit list screen (47) representing limited data about all matching items located in catalog database (36 or 236) (Appendix III); (9:39-45); and

    b.    selecting via hit list (47) one or more items to be requisitioned (10:21-24, 11:30-38).

25)    **Means for selecting desired items from a vendor segment identified by said hit list**:

    Function: Selecting desired items from a vendor segment identified by said hit list.

    Means: One means for performing this function is disclosed:

    1.    A software means that utilizes catalog search program (50 or 250) and shell program (52 or 252) and consists of the following steps:

    a.      displaying via catalog search program (50 or 250) a hit list (47) of search results (9:39-45; 12:27-29; Appendix III);

    b.      selecting one or more items to be requisitioned (10:21-24); 11:30-38); and

    c.      generating an order list (48) in a shell (52 or 252) and catalog search program (50 or 250) containing data relating to selected items (e.g., vendor name, product description, list price) (11:20-38; 11:62-66).

Let the Clerk send a copy of this Order to all parties of record.

It is SO ORDERED.


ENTERED this 20th day of January, 2006

_James R. Spencer_____
UNITED STATES DISTRICT JUDGE

16