# EXHIBIT 15

Microsoft®

Microsoft®

# Computer Dictionary

Fifth Edition



PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 2002 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Computer Dictionary.--5th ed.
p. ; cm.
ISBN 0-7356-1495-4
1. Computers--Dictionaries. 2. Microcomputers--Dictionaries.

AQ76.5. M52267 2002
004'.03--dc21 200219714

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9 QWT 7 6 5 4 3 2

Distributed in Canada by Penguin Books Canada Limited.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office or contact Microsoft Press International directly at fax (425) 936-7329. Visit our Web site at www.microsoft.com/mspress. Send comments to *mspinput@microsoft.com.*

Active Desktop, Active Directory, ActiveMovie, ActiveStore, ActiveSync, ActiveX, Authenticode, BackOffice, BizTalk, ClearType, Direct3D, DirectAnimation, DirectDraw, DirectInput, DirectMusic, DirectPlay, DirectShow, DirectSound, DirectX, Entourage, FoxPro, FrontPage, Hotmail, IntelliEye, IntelliMouse, IntelliSense, JScript, MapPoint, Microsoft, Microsoft Press, Mobile Explorer, MS-DOS, MSN, Music Central, NetMeeting, Outlook, PhotoDraw, PowerPoint, SharePoint, UltimateTV, Visio, Visual Basic, Visual C++, Visual FoxPro, Visual InterDev, Visual J++, Visual SourceSafe, Visual Studio, Win32, Win32s, Windows, Windows Media, Windows NT, Xbox are either registered trademarks or trademarks of Microsoft Corporation in the United States and/or other countries. Other product and company names mentioned herein may be the trademarks of their respective owners.

The example companies, organizations, products, domain names, e-mail addresses, logos, people, places, and events depicted herein are fictitious. No association with any real company, organization, product, domain name, e-mail address, logo, person, place, or event is intended or should be inferred.

**Acquisitions Editor:** Alex Blanton
**Project Editor:** Sandra Haynes

Body Part No. X08-41929

Co
Pe
Ba
Ja
Je
Du
Ar
Ro
Ar
La
Th
Cl
Ila
R
Th
W
I
T
D
A

**alarm** *n.* A visual or auditory signal from a computer alerting the user to an error or a hazardous situation.

**ALB** *n. See* load balancing.

**alert** *n.* **1.** In many operating systems with GUIs (graphical user interfaces), an audible or visual alarm that signals an error or represents a warning of some sort. *See also* alert box. **2.** In programming, an asynchronous notification sent by one thread to another. The alert interrupts the recipient thread at defined points in its execution and causes it to execute an asynchronous procedure call. *See also* asynchronous procedure call, thread (definition 1).

**alert box** *n.* An on-screen box in a GUI (graphical user interface) that is used to deliver a message or warning. *Compare* dialog box.

**Alerter service** *n.* A service used by the server and other services to notify selected users and computers of administrative alerts that occur on a computer. The Alerter service requires the Messenger service. *See also* administrative alerts, Messenger service, service.

**ALGOL** *n.* Acronym for **Algo**rithmic **L**anguage. The first structured procedural programming language, developed in the late 1950s and once widely used in Europe.

**algorithm** *n.* A finite sequence of steps for solving a logical or mathematical problem or performing a task.

**algorithmic language** *n.* A programming language, such as Ada, Basic, C, or Pascal, that uses algorithms for problem solving.

**Algorithmic Language** *n. See* ALGOL.

**alias** *n.* **1.** An alternative label for some object, such as a file or data collection. **2.** A name used to direct e-mail messages to a person or group of people on a network. **3.** A false signal that results from the digitization of an analog audio sample.

**aliasing** *n.* In computer graphics, the jagged appearance of curves or diagonal lines on a display screen, which is caused by low screen resolution. See the illustration.



**Aliasing.** *The lower resolution of the image on the right reveals the aliasing effect.*

**aliasing bug** *n.* A class of subtle programming errors that can arise in code that performs dynamic allocation. If several pointers address the same chunk of storage, the program may free the storage using one of the pointers but then attempt to use another one (an alias), which would no longer be pointing to the desired data. This bug is avoidable by the use of allocation strategies that never use more than one copy of a pointer to allocated core memory, or by the use of higher-level languages, such as LISP, which employ a garbage collection feature. *Also called:* stale pointer bug. *See also* alias, dynamic allocation, garbage collection.

**align** *vb.* **1.** In an application such as a word processor, to position lines of type relative to some point, such as the page margin. The most common types of alignment are left- and right-aligned and centered. See the illustration. **2.** To adjust some device to position it within specified tolerances, such as the read/write head relative to a track on a disk. **3.** In data handling, to store multiple-byte data units so that the respective bytes fall in corresponding locations of memory.




Center
centered
around
a
midpoint

Right
aligned
to the
right
edge

Decimal
.999
10.99
100.999
10.999

**Align.**

**alignment** *n.* The arrangement of objects in fixed or predetermined positions, rows, or columns. For example, the Macintosh Finder can do automatic alignment of icons in a folder or on the desktop.

**Allegro** *n.* Ported to a number of operating systems, Allegro is a freeware library of functions for use in programming computer games and graphics programs. It is written for the DJGPP compiler in a mixture of C and assembly language. The most recent release version is 4.0.0. *See also* assembly language, DJGPP.

**allocate** *vb.* To reserve a resource, such as sufficient memory, for use by a program. *Compare* deallocate.

**allocation** *n.* In operating systems, the process of reserving memory for use by a program.

**modulation** *n.* **1.** The process of changing or regulating the characteristics of a carrier wave vibrating at a certain amplitude (height) and frequency (timing) so that the variations represent meaningful information. **2.** In computer communications, the means by which a modem converts digital information sent by a computer to the audio form that it sends over a telephone line.

**modulation standards** *n.* Protocols that determine how modems convert digital data into analog signals that can be transmitted over telephone lines. Initially, Bell created modulation standards used in the United States, and the CCITT created international recommendations. The ITU-T (formerly called the CCITT) now makes recommendations generally adopted by modem manufacturers both internationally and in the United States. The ITU-TV series recommendations (such as V.34 and V.90) define data communication over the telephone network. The suffixes -bis and -ter (for example, V.32bis) indicate later versions. *See also* V.34, V.90.

**module** *n.* **1.** In programming, a collection of routines and data structures that performs a particular task or implements a particular abstract data type. Modules usually consist of two parts: an interface, which lists the constants, data types, variables, and routines that can be accessed by other modules or routines; and an implementation, which is private (accessible only to the module) and which contains the source code that actually implements the routines in the module. *See also* abstract data type, information hiding, Modula-2, modular programming. **2.** In hardware, a self-contained component that can provide a complete function to a system and can be interchanged with other modules that provide similar functions. *See also* memory card, SIMM.

**modulo** *n.* An arithmetic operation whose result is the remainder of a division operation. For example, 17 *modulo* 3 = 2 because 17 divided by 3 yields a remainder of 2. Modulo operations are used in programming.

**moiré** *n.* A visible wavy distortion or flickering in an image that is displayed or printed with an inappropriate resolution. Several parameters affect moiré patterns, including the size and resolution of the image, resolution of the output device, and halftone screen angle.

**molecular beam epitaxy** *n.* A process used in the fabrication of semiconductor devices, such as integrated circuits. A device employing molecular beam epitaxy creates thin layers of semiconducting material by vaporizing the material and then directing a beam of molecules at the substrate on which the layer is to be formed. This technique allows very precise and very thin layers to be created.

**MOM** *n.* Acronym for **m**essaging-**o**riented **m**iddleware. A class of programs that translates data and messages between applications that use one format and communications services (such as NetBIOS and TCP/IP) that expect a different format.

**monadic** *adj. See* unary.

**Money** *n.* Microsoft's Windows-based financial-management software for individuals, families, and small businesses. Money includes tools for managing bank accounts and investments, budgeting, tax estimating and financial planning, and paying bills.

**monitor** *n.* The device on which images generated by the computer's video adapter are displayed. The term *monitor* usually refers to a video display and its housing. The monitor is attached to the video adapter by a cable. *See also* CRT.

**monitoring software** *n.* A program or set of programs used to oversee computer-based systems and networks for the purpose of tracking usage or identifying, reporting on, and solving problems at the earliest possible stage. Monitoring software is used in a variety of areas ranging from hardware platforms and their components to operating systems, databases, Internet/intranet access, and business applications. Typically, different tools are used to monitor individual system components, though the individual monitors might feed information to a higher-level monitor in order to encompass an entire computing environment.

**monitor port** *n. See* display port.

**monochrome** *adj.* Of, pertaining to, or being a monitor that displays images in only one color—black on white (as on early monochrome Macintosh screens) or amber or green on black (as on early IBM and other monochrome monitors). The term is also applied to a monitor that displays only variable levels of a single color, such as a gray-scale monitor.

**monochrome adapter** *n.* A video adapter capable of generating a video signal for one foreground color or sometimes for a range of intensities in a single color, as for a gray-scale monitor.



