# EXHIBIT 17

SECOND COLLEGE EDITION

# WEBSTER'S NEW WORLD DICTIONARY

OF THE AMERICAN LANGUAGE

DAVID B. GURALNIK, *Editor in Chief*

PRENTICE HALL PRESS

Case 3:09-cv-00620-REP Document 143-17 Filed 01/06/10 Page 3 of 6 PageID# 3034

Copyright © 1986 and 1970, 1972, 1974, 1976, 1978, 1979, 1980, 1982, 1984 by Simon & Schuster, Inc.
All rights reserved
including the right of reproduction
in whole or in part in any form
Published by Prentice Hall Press
A Division of Simon & Schuster, Inc.
Gulf + Western Building
One Gulf + Western Plaza
New York, New York 10023
PRENTICE HALL PRESS, TREE OF KNOWLEDGE, WEBSTER'S NEW WORLD, and colophons are registered trademarks of Simon & Schuster, Inc.

Dictionary Editorial Offices: New World Dictionaries,
850 Euclid Avenue, Cleveland, Ohio 44114.

Manufactured in the United States of America
25 24 23 22 21 20 19

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's New World dictionary of the American
language.

1. English language—Dictionaries. 2. Americanisms.
I. Guralnik, David Bernard, 1920-
PE1628.W5633 1986 423 85-26216
ISBN 0-671-41809-2 (indexed)
ISBN 0-671-41807-6 (plain edge)
ISBN 0-671-41811-4 (pbk.)
ISBN 0-671-47035-3 (LeatherKraft)

to make the sign
:hat one is telling
ıddenly or briefly
make a cross on
ıg a fortuneteller
**oss one's path** to
de*f* 2. to deceive,
come a crusader
was put to death
ent of Jesus 3.
*a)* the Northern
ıle *adj.* —**cross'ly**

cross (in various

:ipe placed cross-
ts —*vt.* **-barred'**,
ırs
.cross another or
n
ring laminations
stratified rock
of finches having

f two thighbones
that of a skull,

nsisting of a bow

:ROSSBOW

(-bred', -bred'),
HYBRID (sense 1)
› check or verify
*Jockey* to foul (an
/ with one's stick
e —*n.* the act of

oss open country
/ [a *cross-country*
ng event; specif.,

ıt flowing at an
r opposing opin-

ɔr cutting across
n] 2. cut across
: cuts across 3.
, *vi.* **-cut'**, **-cut'-**

e long-handled,

**ined, -in·ing** 1.
. witness already
to determine the
**l·na'tion** (-ə nā'

ion in which the
rgent strabismus

ıs-fertilization or

', **-liz'ing** 1. to
ınother plant or
2. *a)* to fertilize
te) from another
sperm between
) to fuse a male
ent varieties or
zā'shən) *n.*
ıs a candidate in
ies
tive from two or
. 2. any complex

an irregular or
erous; contrary;

obweb, mounted
surveyor's level,
ıg of the instru-

awing) with two

ıcting rod with a

ı reference book,
es
: act of passing
ı intersection, as

of lines, streets, etc. 3. a place where a street, river, etc. may be crossed

**cross·ing-o·ver** (-ō'vər) *n.* an exchange of equivalent genetic material between homologous chromatids during meiosis

**cross-leg·ged** (-leg'id, -legd') *adj., adv.* 1. with the ankles crossed and the knees spread apart 2. with one leg crossed over the other

**cross·let** (-lit) *n.* [ME. *crosselet* < Anglo-Fr. *croiselete*, dim. of OFr. *crois*: see CROSS] *Heraldry* a small cross

**cross-link** (-liŋk') *n.* a crosswise connecting part; specif., an atom or group connecting parallel chains in a complex molecule —*vt.* to join crosswise

**cros·sop·te·ryg·i·an** (krə säp'tə rij'ē ən) *n.* [< ModL. *Crossopterygii*, name of the group (< Gr. *krossoi*, fringe + *pteryx*, fin) + -AN] any of a group of primitive bony fishes with rounded fins, extinct except for one species and regarded as precursors of amphibians

**cross·o·ver** (-ō'vər) *n.* 1. the act, means, or place of crossing over from one part, side, etc. to another ☆2. a track by which a railroad train can be switched from one line to another ☆3. the act of voting for a candidate of a political party other than the party one usually supports ☆4. a modification of musical style to appeal to a larger audience [a jazz-to-disco *crossover*] 5. *Biol.* *a)* *same as* CROSSING-OVER *b)* a character resulting from crossing-over

**cross·patch** (-pach') *n.* [CROSS- + dial. *patch*, fool, childish person] [Colloq.] a cross, bad-tempered person

**cross·piece** (-pēs') *n.* a piece lying across another

**cross-pol·li·nate** (krôs'päl'ə nāt') *vt., vi.* **-nat'ed, -nat'ing** to subject or be subjected to cross-pollination

**cross-pol·li·na·tion** (-päl'ə nā'shən) *n.* the transfer of pollen from the anther of one flower to the stigma of another, as by the action of the wind or insects

**cross-pur·pose** (krôs'pur'pəs) *n.* a contrary or conflicting purpose —**at cross-purposes** having, or acting under, a misunderstanding as to each other's purposes

**cross-ques·tion** (-kwes'chən) *vt.* to cross-examine —*n.* a question asked in cross-examination

**cross-re·fer** (-ri fur') *vt.* **-ferred', -fer'ring** to refer from one part to another —*vi.* to make a cross-reference

**cross-ref·er·ence** (-ref'ər əns, -ref'rəns) *n.* a reference from one part of a book, catalog, index, etc. to another part, for additional information —*vt.* **-enced, -enc·ing** 1. to provide (an index, reference book, etc.) with systematic cross-references 2. *same as* CROSS-REFER

**cross relation** *Music* the appearance of a tone in one voice of a chord followed by a chromatic alteration of that tone in a different voice of the succeeding chord

**cross·road** (krôs'rōd') *n.* 1. a road that crosses another road 2. a road that connects two or more main roads 3. [*usually pl.*] *a)* the place where two or more roads intersect, often the site of a rural settlement *b)* any center of congregation, activity, etc. for a widespread area —**at the crossroads** at the point where one must choose between different courses of action

**cross·ruff** (-ruf') *n.* [CROSS- + RUFF²] *Card Games* a sequence of plays in which a card is led from the hand of each of two partners in turn, which the other can trump

**cross section** 1. *a)* a cutting through something, esp. at right angles to its axis *b)* a piece so cut off *c)* a drawing or photograph of a plane surface exposed by such a cutting 2. a sample that has enough of each kind in it to show what the whole is like 3. *Nuclear Physics* a measure of the probability that a nuclear reaction will take place, under specified conditions, between two particles or a particle and another target: usually expressed in terms of the effective area a single target presents to the incoming particle: see BARN 4. *Surveying* a vertical section of the ground surface taken at right angles to a survey line —**cross'-sec'tion** *vt.* —**cross'-sec'tion·al** *adj.*

**cross-stitch** (-stich') *n.* 1. a stitch made by crossing two stitches in the form of an X 2. needlework made with this stitch —*vt., vi.* to sew or embroider with this stitch

**cross talk** *Radio, Telephony* interference in one channel from another or others

**cross·tie** (-tī') *n.* a beam, post, rod, etc. placed crosswise to give support; ☆specif., any of the transverse timbers supporting the rails of a railroad track

☆**cross-town** (-toun') *adj.* going across the main avenues or transportation lines of a city [a *cross-town* bus]

**cross·trees** (-trēz') *n.pl.* two short bars across a ship's masthead, to spread the rigging that supports the mast

☆**cross·walk** (-wôk') *n.* a lane marked off for pedestrians to use in crossing a street

**cross·way** (-wā') *n.* *same as* CROSSROAD (esp. sense 3)

**cross·wind** (-wind') *n.* a wind blowing at right angles to the line of flight of an aircraft, the course of a ship, or any given course or direction

**cross·wise** (-wīz') *adv.* 1. [Archaic] in the form of a cross 2. so as to cross; across Also **cross'ways'** (-wāz')

☆**cross·word puzzle** (-wurd') an arrangement of numbered squares to be filled in with words, a letter to each square, so that a letter appearing in a word placed horizontally is usually also part of a word placed vertically: numbered synonyms, definitions, etc. are given as clues for the words

**crotch** (kräch) *n.* [ME. *croche*, var. of *crucche*, CRUTCH] 1. a pole forked on top 2. a forked place, as where a tree trunk divides into two branches 3. the place where the legs fork from the human body 4. the seam or place where the legs of a pair of pants, etc. meet —**crotched** *adj.*

**crotch·et** (kräch'it) *n.* [ME. & OFr. *crochet*, dim. < *croc*, hook: see CROSIER¹ 1. [Archaic] *a)* a small hook *b)* a hook-like part or device 2. [< sense "hooked, twisted"] a peculiar whim or stubborn notion 3. *Music* [Brit.] a quarter note (♩) —*SYN.* see CAPRICE

**crotch·et·y** (-ē) *adj.* 1. full of peculiar whims or stubborn notions; cantankerous; eccentric 2. having the nature of a crotchet —**crotch'et·i·ness** *n.*

**cro·ton** (krōt''n) *n.* [ModL. < Gr. *krotōn*, a tick, castor-oil tree or (in pl.) its ticklike seeds] 1. any of a large, mostly tropical genus (*Croton*) of shrubs, trees, and rarely herbs of the spurge family: two species yield croton oil and cascarilla, formerly used in medicine, and other species are poisonous range weeds in the SW U.S. 2. any of a genus (*Codiaeum*) of shrubs of the spurge family, grown for their ornamental, leathery leaves

☆**Croton bug** [< *Croton* Aqueduct (of the water-supply system of New York City): so named from becoming numerous in the city after the opening of the aqueduct] a small, winged cockroach (*Blatella germanica*)

**cro·ton·ic acid** (krō tän'ik) [CROTON + -IC] a colorless crystalline compound, $CH_3CH{:}CHCOOH$, existing in two isomeric forms: used in organic synthesis, the manufacture of resins, etc.

**croton oil** a thick, bitter oil obtained from croton seeds: it is used externally as a counterirritant and was formerly used internally as a strong cathartic

**crouch** (krouch) *vi.* [ME. *crouchen* < OFr. *crochir*, to be bent < *croc*, a hook: see CROSIER] 1. to stoop or bend low with the limbs drawn close to the body, as an animal ready to spring or cowering in fear 2. to cringe or bow in a servile manner —*vt.* [Archaic] to bow or bend low —*n.* the act or position of crouching

**croup¹** (kro͞op) *n.* [< obs. or dial. *croup*, to speak hoarsely, of echoic origin] an inflammation of the respiratory passages, with labored breathing, hoarse coughing, and laryngeal spasm —**croup'y** *adj.*

**croup²** (kro͞op) *n.* [ME. & OFr. *croupe* < Frank. **kruppa*: see CROP] the rump of a horse, etc.

**crou·pi·er** (kro͞o'pē ā', -ər; *Fr.* kro͞o pyā') *n.* [Fr., orig., one who rides on the croup, hence an inferior assistant: see prec.] a person in charge of a gambling table, who rakes in and pays out the money

**crouse** (kro͞os) *adj.* [ME. *crous*, fierce, grim, prob. < or akin to MLowG. *krus* (G. *kraus*), curly, tangled] [Scot. & Brit. Dial.] lively; pert; brisk

**crou·ton** (kro͞o'tän, kro͞o tän') *n.* [Fr. *croûton* < *croûte*, a crust < L. *crusta*: see CRUST] any of the small, crisp pieces of toasted or fried bread often served in soup, salads, etc.

**Crow** (krō) *n.* [transl., via Fr. *gens de corbeaux*, of their native name, *Absaroke*, crow people] 1. *pl.* **Crows, Crow** a member of a tribe of Siouan Indians living in the upper basins of the Yellowstone and Bighorn rivers 2. their Siouan language

**crow¹** (krō) *n.* [ME. *croue* < OE. *crawa*, akin to G. *krähe* (& ff.) < IE. base **ger-*, echoic of hoarse cry, whence CRAKE, CRANE] 1. any of several large, nonmigrating birds (esp. genus *Corvus*) with glossy black plumage and a typical harsh call: the raven, rook, and jackdaw are all crows 2. [Rare] a crowbar —[C-] the S constellation Corvus —**as the crow flies** in a straight, direct line —☆**eat crow** [Colloq.] to undergo the humiliation of having to retract a statement, admit an error, etc.

**crow²** (krō) *vi.* **crowed** or, for 1, chiefly Brit., **crew** (kro͞o), **crowed, crow'ing** [ME. *crouen* < OE. *crawan*: for IE. base see prec.] 1. to make the shrill cry of a rooster 2. to boast in triumph; exult [to *crow* over a victory] 3. to make a sound expressive of well-being or pleasure, as a baby does —*n.* a crowing sound —*SYN.* see BOAST¹

**crow·bar** (krō'bär') *n.* [from the end's resembling a crow's beak] a long metal bar, usually with a chisellike point at one end, used as a lever for prying, etc.

**crow·ber·ry** (-ber'ē) *adj.* [apparently transl. of G. *krähenbeere*] designating a family (Empetraceae) of shrubby evergreens —*n., pl.* **-ries** 1. any of several hardy, low, evergreen shrubs (genus *Empetrum*) of the crowberry family, found in northern regions 2. the black, edible berry of any of these shrubs

☆**crow blackbird** any of various N. American grackles

**crowd¹** (kroud) *vi.* [ME. *crouden* < OE. *crudan*, to press, drive, akin to MHG. *kroten*, to oppress < IE. base **greut-*, to compel, press, whence Ir. *gruth*, curdled milk, CURD] 1. to press, push, or squeeze 2. to push one's way (*forward*, *into*, *through*, etc.) 3. to come together in a large group; throng —*vt.* 1. to press, push, or shove 2. to press or force closely together; cram 3. to fill too full; occupy to excess, as by pressing or thronging 4. to be or press very near to; specif., ☆*Baseball* to stand very close to (the plate) in batting 5. [Colloq.] to put (a person) under pressure or

rothrombin

| for the time (being); | to pro tem
*orm meaning* protein
ro'te-
*adj.* [< PROTEO- + elated to, or initiating

ModL.: see PROTEIN wn of proteins, as by inces —pro'te·o·lyt'ic

) + -OSE¹] any of a ned in the hydrolysis n to peptones
rät'-) *adj.* [< Gr. cambrian, esp. Late

*vt.* [ME. *protesten* < o-, forth + *testari*, to FY] 1. to state posi- o make objection to; a written declaration ange or a promissory mation 2. to express 1. an objection; re- bjecting to something a notary on behalf of that it has not been n declaration by the act that damages or lable natural causes, ficers and crew *c)* a that he does not con- paying —*SYN.* see sing one's objections;
*n.*
*adj. 2, also* prə tes' orp. of *protestari:* see rinces and free cities of Spires (1529) its iet of Worms against any of the Christian on; esp., a Lutheran, ian not belonging to tern Church 3. [p-] a estants or Protestant g —Prot'es·tant·ism

Protestant church in ces and principles of

ig [see -IZE] to intro- etc. in
tes-) *n.* [ME. *protes- testatio*] 1. a strong t of protesting 3. a

E. *Protheus* < L. a god who attended form or appearance anges his appearance

-än') *n.*, *pl.* -mi·a r EPITHALAMION) < l chamber] a song la'mi·um (-əm), *pl.*

-li·a (-ə) [ModL. < IE. base *dhal-, to *Bot.* a minute, flat, ns on its lower side, like roots and form- f ferns and similar (-ī), -lus·es —pro- dj.
*prothesis*, a placing o-, before + *tithenai*, a letter, syllable, or 2. *Orthodox Eastern* ary oblation of the le on which, or the ic (prä thet'ik) *adj.* ō'thə nōt'ər ē) *n.*, *pl.* < LL.(Ec.) *protono-* hief clerk in any of the seven members ostolic, who record netimes held as an

n warbler (*Protono-* parts and head and

es, -ra·ces' (-ə sēz') that division of an earing the first pair dj.
¹ + THROMBIN] a nes with calcium to it is a precursor of

protist 1143 proud flesh

thrombin and is synthesized by the liver in the presence of vitamin K

**pro·tist** (prōt'ist) *n.* [< Gr. *prōtistos*, first < *prōtos*, first: see PROTO-] *Biol.* any of a large group (Protista) of one-celled organisms having characters found in both plants and animals and including the algae, yeasts, bacteria, protozoans, etc. —**pro·tis·tan** (prō tis'tən) *adj.*, *n.*

**pro·ti·um** (prōt'ē əm, prō'shē-) *n.* [ModL.: see ff. & -IUM] the most common isotope of hydrogen, H¹, having a mass number of 1

**pro·to-** (prōt'ə, -ō) [Gr. *prōto-* < *prōtos*, first < IE. **proto-* < base **pro-*, early, ahead, whence L. *pro-*, Gr. *pro-*] *a combining form meaning:* 1. first in time, original, primitive [*protoplast*] 2. first in importance, principal, chief [*protagonist*] 3. [P-] primitive, original: said of people, their language, etc. [*Proto-*Germanic] 4. *Chem. a)* being that member of a series of compounds having the lowest proportion of the (specified) element or radical [*protoxide*] *b)* being the parent form of a (specified) substance [*protoporphyrin*] Also, before a vowel, **prot-**

**pro·to·ac·tin·i·um** (prōt'ō ak tin'ē əm) *n. earlier name for* PROTACTINIUM

**pro·to·col** (prōt'ə kôl', -käl', -kōl') *n.* [Early ModE. *prothocoll* < MFr. *prothocole* < ML. *protocollum* < LGr. *prōtokollon*, first leaf glued to a manuscript (describing the contents) < Gr. *prōto-*, PROTO- + *kolla*, glue] 1. an original draft or record of a document, negotiation, etc. 2. [Fr. *protocole*] *a)* a signed document containing a record of the points on which agreement has been reached by negotiating parties preliminary to a final treaty or compact *b)* the code of ceremonial forms and courtesies, of precedence, etc. accepted as proper and correct in official dealings, as between heads of states or diplomatic officials 3. a set of rules governing the communication and the transfer of data between machines, as in a computer system —*vt.* **-colled'** or **-coled'**, **-col'ling** or **-col'ing** to issue in a protocol —*vi.* to draw up a protocol

**pro·to·his·to·ry** (prōt'ō his'tə rē) *n.* the archaeological history of man in the period immediately preceding recorded history

**pro·to·hu·man** (-hyōō'mən, -yōō'-) *adj.* of or relating to any of the early manlike primates

**pro·to·lith·ic** (prōt'ə lith'ik) *adj.* [PROTO- + -LITHIC] of or relating to the earliest Stone Age; eolithic

**pro·to·mar·tyr** (prōt'ō mär'tər) *n.* [ME. *prothomartir* < MFr. < ML.(Ec.) *protomartyr* < LGr.(Ec.) *prōtomartyr:* see PROTO- & MARTYR] the first martyr (in some cause)

**pro·ton** (prō'tän) *n.* [ModL. < Gr. *prōton*, neut. of *prōtos*, first: see PROTO-] an elementary particle found in the nucleus of all atoms and comprising the atomic nucleus of the protium isotope of hydrogen: it carries a unit positive charge equal to the negative charge of an electron and has a mass of 1.672 x $10^{-24}$ gram, approximately 1836 times that of an electron: the atomic number of an atom is equal to the number of protons in its nucleus: see also NEUTRON

**pro·to·ne·ma** (prōt'ə nē'mə) *n.*, *pl.* **-ma·ta** (-mə tə) [ModL. < Gr. *prōto-*, PROTO- + *nēma* (gen. *nēmatos*), a thread] *Bot.* a threadlike growth in mosses, arising from a spore and developing small buds that grow into leafy moss plants —**pro'to·ne'mal** *adj.*

**pro·to·ne·phrid·i·um** (prōt'ō ne frid'ē əm) *n.* [PROTO- + NEPHRIDIUM] *Zool.* a pipelike excretory structure in certain worms and larvae, usually ending internally in flame cells and having an external pore

**pro·ton·o·tar·y** (prō tän'ə ter'ē, prōt'ə nōt'ər ē) *n.*, *pl.* **-tar'ies** *same as* PROTHONOTARY

☆**proton synchrotron** a synchrotron for accelerating protons and other heavy particles to very high energies

**pro·to·nymph** (prōt'ə nimf') *n.* [PROTO- + NYMPH] the newly hatched form of various mites —**pro'to·nymph'al** *adj.*

**pro·to·path·ic** (prōt'ə path'ik) *adj.* [PROTO- + -PATHIC] *Physiol.* designating or of primary, or primitive, sensibility, which can perceive and localize only strong, gross stimuli, as pain

**pro·to·plasm** (prōt'ə plaz'm) *n.* [G. *protoplasma:* see PROTO- & PLASMA] a semifluid, viscous, translucent colloid, the essential living matter of all animal and plant cells: it consists largely of water, proteins, lipoids, carbohydrates, and inorganic salts and is differentiated into nucleoplasm and cytoplasm —**pro'to·plas'mic** (-plaz'mik) *adj.*

**pro·to·plast** (prōt'ə plast') *n.* [Fr. *protoplaste* < LL. *protoplastus* < Gr. *prōtoplastos*, formed first < *prōtos*, first (see PROTO-) + *plastos*, formed < *plassein*, to form: see PLASTIC] 1. a thing or being that is the first of its kind 2. *Biol. same as* ENERGID 3. *Bot.* a unit of protoplasm, such as makes up a single cell exclusive of the cell wall —**pro'to·plas'tic** *adj.*

**pro·to·ste·le** (prōt'ə stēl', -stē'lē) *n.* [PROTO- + STELE] a simple, primitive arrangement of conducting tissues in stems and roots of certain lower plants, consisting of a solid cylinder of xylem surrounded by a layer of phloem —**pro'to·ste'lic** *adj.*

**pro·to·troph·ic** (prōt'ə träf'ik) *adj.* [PROTO- + TROPHIC] not requiring organic food, as the nitrogen-fixing bacteria

**pro·to·type** (prōt'ə tīp') *n.* [Fr. < Gr. *prōtotypon* < *prōtotypos*, original: see PROTO- & TYPE] 1. the first thing or being of its kind; model; archetype 2. a person or thing that serves as a model for one of a later period 3. a perfect example of a particular type —**pro'to·typ'al** (-tī'p'l), **pro'to·typ'ic** (-tip'ik), **pro'to·typ'i·cal** *adj.*

**pro·tox·ide** (prō täk'sīd) *n.* that one of any series of oxides that contains the lowest proportion of oxygen

**pro·to·xy·lem** (prō'tə zī'ləm, -lem) *n.* *Bot.* the first formed xylem of a root or stem, produced by the differentiation of the procambium

**pro·to·zo·an** (prōt'ə zō'ən) *n.* [ModL. *Protozoa*, name of the phylum (see PROTO- & -ZOA) + -AN] any of a subkingdom and phylum (Protozoa) of mostly microscopic animals made up of a single cell or a group of more or less identical cells and living chiefly in water, but including many parasitic forms: also **pro'to·zo'on** (-än), *pl.* **-zo'a** (-ə) —*adj.* of the protozoans: also **pro'to·zo'ic** (-ik)

**pro·to·zo·ol·o·gy** (prōt'ə zō äl'ə jē) *n.* that branch of zoology devoted to the study of the protozoans

**pro·tract** (prō trakt') *vt.* [< L. *protractus*, pp. of *protrahere* < *pro-*, forward + *trahere*, to DRAW] 1. to draw out; lengthen in duration; prolong 2. to draw to scale, using a protractor and scale 3. *Zool.* to thrust out; extend: opposed to RETRACT —*SYN.* see EXTEND —**pro·tract'ed·ly** *adv.* —**pro·tract'ed·ness** *n.* —**pro·tract'i·ble** *adj.* —**pro·trac'tion** *n.* —**pro·trac'tive** *adj.*

**pro·trac·tile** (prō trak't'l) *adj.* capable of being protracted or thrust out; extensible

**pro·trac·tor** (prō trak'tər) *n.* [ML.] 1. a person or thing that protracts 2. an instrument in the form of a graduated semicircle, used for plotting and measuring angles 3. *Anat.* a muscle that protracts, or extends, a limb

D
C
A
50°
PROTRACTOR
(DAC, angle measured)

**pro·trude** (prō trōōd') *vt.*, *vi.* **-trud'ed**, **-trud'ing** [L. *protrudere* < *pro-*, forth + *trudere*, to THRUST] to thrust or jut out; project —**pro·trud'ent** *adj.*

**pro·tru·sile** (prō trōō's'l) *adj.* [< L. *protrusus*, pp. of *protrudere* (see PROTRUDE) + -ILE] that can be protruded, or thrust out, as a tentacle, an elephant's trunk, etc.: also **pro·tru'si·ble** (-sə b'l)

**pro·tru·sion** (-zhən) *n.* [< L. *protrusus* (see prec.) + -ION] 1. a protruding or being protruded 2. a protruding part or thing —*SYN.* see PROJECTION

**pro·tru·sive** (-siv) *adj.* [< L. *protrusus*, pp. of *protrudere* (see PROTRUDE) + -IVE] 1. protruding; jutting out 2. *same as* OBTRUSIVE —**pro·tru'sive·ly** *adv.* —**pro·tru'sive·ness** *n.*

**pro·tu·ber·ance** (prō tōō'bər əns, -tyōō'-) *n.* 1. the condition or fact of being protuberant 2. a part or thing that protrudes; projection; bulge; swelling Also **pro·tu'ber·an·cy** (-ən sē), *pl.* **-cies** —*SYN.* see PROJECTION

**pro·tu·ber·ant** (-ənt) *adj.* [LL. *protuberans*, prp. of *protuberare*, to bulge out < L. *pro-*, forth + *tuber*, a bump, bulge: see TUBER] bulging or swelling out; protruding; prominent —**pro·tu'ber·ant·ly** *adv.*

**pro·tu·ber·ate** (-āt') *vi.* **-at'ed**, **-at'ing** [< LL. *protuberatus*, pp. of *protuberare*: see prec.] to bulge or swell out

**pro·tyle** (prō'tīl) *n.* [< PROT(O)- + Gr. *hylē*, substance, stuff] in old chemistry, the hypothetical primordial substance thought to be the source of all elements

**proud** (proud) *adj.* [ME. < OE. *prud* < OFr. < LL. *prode*, beneficial, back-formation < L. *prodesse*, to be useful < *prod-*, var. of *pro-*, PRO-² + *esse*, to be: for IE. base see IS] 1. having or showing a proper pride in oneself, one's position, one's family, etc. 2. having or showing an overweening opinion of oneself, one's position, etc.; arrogant; haughty 3. feeling or showing great pride or joy, as from being honored 4. that is an occasion or cause of pride; highly gratifying 5. arising from or caused by pride; presumptuous 6. stately; splendid [a *proud* fleet] 7. spirited; of high mettle [a *proud* stallion] 8. [Obs.] valiant —**do oneself proud** [Colloq.] to do extremely well —**proud of** highly pleased with or exulting in —**proud'ly** *adv.*

*SYN.*—**proud** is the broadest term in this comparison, ranging in implication from proper self-esteem or pride to an overweening opinion of one's importance [too *proud* to beg, *proud* as a peacock]; **arrogant** implies an aggressive, unwarranted assertion of superior importance or privileges [the *arrogant* colonel]; **haughty** implies such consciousness of high station, rank, etc. as is displayed in scorn of those one considers beneath one [a *haughty* dowager]; **insolent**, in this connection, implies both haughtiness and great contempt, esp. as manifested in behavior or speech that insults or affronts others [she has an *insolent* disregard for her servant's feelings]; **overbearing** implies extreme, domineering insolence [an *overbearing* supervisor]; **supercilious** stresses an aloof, scornful manner toward others [a *supercilious* intellectual snob]; **disdainful** implies even stronger and more overt feelings of scorn for that which is regarded as beneath one —*ANT.* **humble**

**proud flesh** [so called from the notion of swelling up] an abnormal growth of flesh around a healing wound, caused by excessive granulation

fat, āpe, cär; ten, ēven; is, bīte; gō, hôrn, tōōl, look; oil, out; up, fur; get; joy; yet; chin; she; thin, *then*; zh, leisure; ŋ, ring; ə for *a* in *ago*, *e* in *agent*, *i* in *sanity*, *o* in *comply*, *u* in *focus*; ' as in *able* (ā'b'l); Fr. bàl; ë, Fr. coeur; ö, Fr. feu; Fr. mon; ô, Fr. coq; ü, Fr. duc; r, Fr. cri; H, G. ich; kh, G. doch. See inside front cover. ☆ Americanism; ‡foreign; *hypothetical; < derived from



submit

imis < sub-, up to + limen, ntel): see LIMEN] 1. noble; awe or admiration through Colloq.] outstandingly or *blime* taste] 4. [Archaic] fty; haughty c) upraised; [ME. *sublimen* < MFr. L., to lift high < the adj.] ify (a solid) by heating di- condensing the vapor back rough this process —*SYN.* —sub·lime′ness n. ij. [see SUB- & LIMEN & -AL] iousness or apprehension; muli that become effective -sub·lim′i·nal·ly adv. L. *sublimitas*] 1. the state majestic, noble, etc. 2. pl.

ij. [ML. *sublingualis*: see r the tongue sub loon′ər ē) adj. [ML. *luna*, the moon] 1. situated 2. earthly; mundane Also

shēn′) a portable, auto- n with a short barrel and a or hip l) adj. 1. below minimum *bmarginal* housing] 2. not unproductive [*submarginal* of an organ or part —sub-

n. & v., *usually* sub′mə rēn′) living, used, or carried on er, esp. of the sea —n. 1. a kind of warship, armed with c., that can operate under to attack, esp. to torpedo,

fast naval patrol vessel iarines , sub′mə rēn′ər) n. a mem-

*is* HERO SANDWICH n., pl. -lae (-ē), -las [ModL. jaw or jawbone ′ē) adj. designating, of, or signating or of either of two ide, below the inside edge of

n. [SUB- + MEDIANT] the one just above the dominant dominant nerged′, -merg′ing [L. *sub-* *gere*, to plunge: see MERGE] th water or the like; plunge o cover over; suppress; hide of life [*the submerged* people plunge beneath the surface nce (-mur′jəns) n. —sub-

′, -mers′ing [< L. *submersus*, SUBMERGE —sub·mer′sion

merged; specif., *Bot.* growing

ə′l) adj. that can be sub- ue functioning —n. any of e under water and are used

rə skäp′ik) adj. too small to

ə chər) adj. designating or of nic component, etc., smaller ture" ., vi. -ized′, -iz′ing to con- miniature scale —sub·min′-

haic] submissive; humble ME. < OFr. < L. *submissio* e] 1. the act of submitting, the quality or condition of n; obedience; meekness 3. ing to another for decision, a agreement whereby parties ter to arbitration and agree

< L. *submissus*, pp. of *sub-* ng or showing a tendency to cile; yielding —sub·mis′sive-

, -mit′ting [ME. *submitten* er, down + *mittere*, to send: r refer to others for decision, ield to the action, control, ers; also, to subject or allow ent, analysis, etc. of some 3. to offer as an opinion;

submittable 1419 subsist

suggest; propose —vi. 1. a) to yield to the power, control, etc. of another or others; give in b) to allow oneself to be subjected (*to* treatment, analysis, etc.) 2. to defer to another's judgment or decision 3. to be submissive, obedient, humble, etc. —*SYN.* see SURRENDER —**sub·mit′ta·ble** adj. —**sub·mit′tal** n. —**sub·mit′ter** n.

**sub·mon·tane** (sub′män′tān) adj. [< SUB- + L. *montanus*: see MOUNTAIN] 1. located at the foot of a mountain or mountain range 2. of or characteristic of foothills

**sub·mul·ti·ple** (sub mul′ti p′l) n. [SUB- + MULTIPLE] a number that will divide another with no remainder; exact divisor (of a specified number) [*3 is a submultiple of 12*]

**sub·nor·mal** (-nôr′m′l) adj. below the normal; less than normal, esp. in intelligence —n. a subnormal person —**sub′nor·mal′i·ty** (-mal′ə tē) n. —**sub·nor′mal·ly** adv.

**sub·nu·cle·ar** (-no͞o′klē ər, -nyo͞o′-) adj. designating or of any of the particles within the nuclei of atoms

**sub·o·ce·an·ic** (sub′ō shē an′ik) adj. situated or occurring on or beneath the ocean floor

**sub·or·bit·al** (sub ôr′bit ′l) adj. 1. designating or of a spaceflight in which the spacecraft follows a steep, short-range trajectory instead of going into orbit 2. beneath the orbit of the eye

**sub·or·der** (sub′ôr′dər) n. any natural subdivision of an order of plants or animals —**sub·or′di·nal** (-di n′l) adj.

**sub·or·di·nate** (sə bôr′də nit; *for v.* -nāt′) adj. [ME. < ML. *subordinatus*, pp. of *subordinare* < L. *sub-*, under + *ordinare*, to order: see ORDAIN] 1. inferior to or placed below another in rank, power, importance, etc.; secondary 2. under the power or authority of another 3. subservient or submissive 4. *Gram.* functioning as a noun, adjective, or adverb within a sentence [*a subordinate phrase*]: cf. SUBORDINATE CLAUSE —n. a subordinate person or thing —vt. **-nat′ed, -nat′ing** 1. to place in a subordinate position; treat as less important or inferior (*to*) 2. to make obedient or subservient (*to*); control; subdue —**sub·or′di·nate·ly** adv. —**sub·or′di·na′tive** (-nāt′iv) adj.

**subordinate clause** in a complex sentence, a clause that cannot function syntactically as a complete sentence by itself; dependent clause: distinguished from MAIN CLAUSE (Ex.: She will visit us *if she can*)

**subordinating conjunction** a conjunction that connects subordinate words, phrases, or clauses to some other sentence element (Ex.: *if, as, so, unless, although, when*): also **subordinate conjunction**

**sub·or·di·na·tion** (sə bôr′də nā′shən) n. 1. a subordinating or being subordinated 2. [Now Rare] subjection or submission to rank, power, or authority; obedience

**sub·orn** (sə bôrn′) vt. [MFr. *suborner* < L. *subornare*, to furnish or supply, instigate, incite secretly < *sub-*, under + *ornare*, to furnish, adorn: see ORNAMENT] 1. to get or bring about through bribery or other illegal methods 2. to induce or instigate (another) to do something illegal, esp. to commit perjury —**sub·orn′er** n.

**sub·or·na·tion** (sub′ôr nā′shən) n. [MFr.] a suborning or being suborned; esp., the crime of inducing another to commit perjury (**subornation of perjury**)

**sub·ox·ide** (sub äk′sīd) n. an oxide containing a relatively small proportion of oxygen

**sub·phy·lum** (sub′fī′ləm) n., pl. **-la** (-lə) any main natural subdivision of a phylum

**sub·plot** (-plät′) n. a secondary plot in a play, novel, etc.

**sub·poe·na** (sə pē′nə) n. [ME. *suppena* < ML. < L. *sub poena*, lit., under penalty: see SUB- & PAIN] a written legal order directing a person to appear in court to give testimony, show specified records, etc. —vt. **-naed, -na·ing** 1. to summon with such an order ☆2. to order that (specified records, documents, etc.) be brought to a court Also sp. **sub·pe′na**

**sub·pop·u·la·tion** (sub′päp yə lā′shən) n. a subdivision of a population, with common, distinguishing characteristics

**sub·prin·ci·pal** (sub prin′sə p′l) n. 1. an assistant principal in a school, etc. 2. a secondary brace or rafter 3. *Music* an open diapason subbass in an organ

**sub·pro·fes·sion·al** (sub′prə fesh′ən ′l) n. *same as* PARAPROFESSIONAL

**sub·re·gion** (sub′rē′jən) n. any of the divisions of a region, esp. with reference to plant and animal distribution

**sub·rep·tion** (səb rep′shən) n. [L. *subreptio* < *subreptus*, pp. of *subripere, surripere*, to take away secretly: see SURREPTITIOUS] 1. the fraudulent concealment or misrepresentation of facts so as to gain a favor, esp. an ecclesiastical dispensation 2. a false inference drawn from such deception —**sub·rep·ti·tious** (sub′rep tish′əs) adj.

**sub·ro·gate** (sub′rə gāt′) vt. **-gat′ed, -gat′ing** [< L. *subrogatus, surrogatus*: see SURROGATE] to substitute (one person) for another

**sub·ro·ga·tion** (sub′rə gā′shən) n. [ME. *subrogacioun* < ML. *subrogatio* < L. *subrogatus*] a subrogating; esp., the substitution of one creditor for another, along with a transference of the claims and rights of the old creditor

**sub ro·sa** (sub rō′zə) [L., lit., under the rose, an ancient symbol of secrecy] secretly; privately; confidentially

**sub·rou·tine** (sub′ro͞o tēn′) n. 1. a short set of instructions, often used repeatedly, that directs a digital computer in the solution of part of a problem 2. the set of instructions needed to direct a digital computer in completing a strictly defined mathematical or logical operation

**sub·sam·ple** (sub′sam′p′l, -säm′-) n. a selected sample of a total sampling —vt. **-sam′pled, -sam′pling** to take a subsample of

**sub·scribe** (səb skrīb′) vt. **-scribed′, -scrib′ing** [ME. *subscriben* < L. *subscribere*: see SUB- & SCRIBE] 1. to sign (one's name) at the end of a document, etc. 2. to write one's signature on (a document, etc.) as an indication of consent, approval, attestation, etc. 3. to support; consent to; favor; sanction 4. to promise to contribute (a sum of money), esp. by signing a pledge —vi. 1. to sign one's name at the end of a document, etc. 2. to give support, sanction, or approval; consent or agree (*to*) [*to subscribe to certain measures*] 3. to promise to contribute, or to give, a sum of money 4. to agree to receive and pay for a periodical, service, theater tickets, etc. for a specified period of time (*with to*) —**sub·scrib′er** n.

**sub·script** (sub′skript) adj. [L. *subscriptus*, pp. of *subscribere*, to SUBSCRIBE] written below; esp., *same as* INFERIOR (adj. 8) —n. a figure, letter, or symbol written below and to the side of another [*in* $Y_3$ *and* $X_a$, *3 and a are subscripts*]

**sub·scrip·tion** (səb skrip′shən) n. [L. *subscriptio*] 1. the act of subscribing 2. something subscribed; specif., a) a written signature b) a signed document, etc. c) consent or sanction, esp. in writing d) an amount of money subscribed e) a formal agreement to receive and pay for a periodical, books, theater tickets, etc. for a specified period of time f) the right to receive a periodical, etc., as by payment of a fixed sum 3. that part of a doctor's prescription giving directions to the pharmacist: cf. SIGNATURE (n. 4) 4. *Eccles.* assent to certain doctrines for promoting uniformity; specif., in the Anglican Church, acceptance of the Thirty-nine Articles of Faith

**sub·sec·tion** (sub′sek′shən) n. a subdivision of any of the sections into which a group, document, etc. is divided

**sub·se·quence** (sub′si kwens′, -kwəns) n. 1. the fact or condition of being subsequent 2. a subsequent happening 3. *Math.* a sequence within a sequence

**sub·se·quent** (-kwənt, -kwent′) adj. [ME. < L. *subsequens*, prp. of *subsequi*, to follow close after: see SUB- & SEQUENT] coming after; following in time, place, or order —**subsequent to** after; following —**sub′se·quent·ly** adv.

**sub·sere** (sub′sir′) n. [SUB- + SERE[1]] *Ecol.* a secondary succession occurring after all or part of the vegetation in an area has been destroyed, as by man, fire, etc.

**sub·serve** (səb surv′) vt. **-served′, serv′ing** [L. *subservire* < *sub-*, under + *servire*, to SERVE] to be useful or helpful to (a purpose, cause, etc.); serve; promote; aid

**sub·ser·vi·ence** (-sur′vē əns) n. 1. the state or quality of being subservient 2. subservient behavior or manner; obsequiousness; servility Also **sub·ser′vi·en·cy**

**sub·ser·vi·ent** (-ənt) adj. [L. *subserviens*, prp. of *subservire*, to SUBSERVE] 1. that is useful, helpful, or of service, esp. in an inferior or subordinate capacity 2. submissive; obsequious *SYN.* see SERVILE —**sub·ser′vi·ent·ly** adv.

**sub·set** (sub′set′) n. a mathematical set containing some or all of the elements of a given set

**sub·shrub** (-shrub′) n. a partly shrubby plant that has woody stems growing new shoots annually at the tips

**sub·side** (səb sīd′) vi. **-sid′ed, -sid′ing** [L. *subsidere* < *sub-*, under + *sidere*, to settle < *sedere*, to SIT] 1. to sink or fall to the bottom; settle, as sediment 2. to sink to a lower level 3. to become less active, intense, etc.; abate —*SYN.* see WANE —**sub·sid′ence** (-sīd′'ns, sub′si dəns) n.

**sub·sid·i·ar·y** (səb sid′ē er′ē) adj. [L. *subsidiarius* < *subsidium*: see SUBSIDY] 1. giving aid, support, service, etc.; serving to supplement; auxiliary 2. being in a secondary or subordinate relationship 3. of, constituting, or maintained by a subsidy or subsidies —n., pl. **-ar′ies** a person or thing that is subsidiary; specif., a) a company controlled by another company which owns all or a majority of its shares: in full **subsidiary company** b) *Music* a subordinate theme —**sub·sid′i·ar′i·ly** adv.

**sub·si·dize** (sub′sə dīz′) vt. **-dized′, -diz′ing** [SUBSID(Y) + -IZE] 1. to support with a subsidy 2. to buy the aid or support of with a subsidy, often as a kind of bribe —**sub′si·di·za′tion** n. —**sub′si·diz′er** n.

**sub·si·dy** (sub′sə dē) n., pl. **-dies** [ME. < Anglo-Fr. *subsidie* < L. *subsidium*, auxiliary forces, reserve troops, aid, support < *subsidere*, to sit down, remain: see SUBSIDE] a grant of money; specif., a) a grant of money from one government to another, as for military aid b) a government grant to a private enterprise considered of benefit to the public c) in England, formerly, money granted by Parliament to the king

**sub·sist** (səb sist′) vi. [L. *subsistere*, to stand still, stay, abide < *sub-*, under + *sistere*, to place, stand, redupl. of base of *stare*, to STAND] 1. a) to continue to be or exist; have existence as a reality, entity, etc. b) to continue to be in use, force, etc. 2. to continue to live; remain alive (*on* sustenance, *by* specific means, etc.); be sustained 3. to consist or inhere (*in*) 4. *Philos.* to be logically con-

fat, āpe, cär; ten, ēven; is, bīte; gō, hôrn, to͞ol, look; oil, out; up, fur; get; joy; yet; chin; she; thin, *then*; zh, leisure; ŋ, ring; ə for *a* in *ago*, *e* in *agent*, *i* in *sanity*, *o* in *comply*, *u* in *focus*; ′ as in *able* (ā′b'l); Fr. bål; ë, Fr. coeur; ö, Fr. feu; Fr. mon; ô, Fr. coq; ü, Fr. duc; r, Fr. cri; H, G. ich; kh, G. doch. See inside front cover. ☆Americanism; ‡foreign; *hypothetical; < derived from