# EXHIBIT 18

# Webster's New World™

# Computer Dictionary

## Ninth Edition

*by Bryan Pfaffenberger, Ph.D.*

Webster's New World™ Computer Dictionary, Ninth Edition

Copyright © 2001 by Hungry Minds, Inc.

Hungry Minds, Inc.
909 Third Ave.
New York, NY 10022
www.hungryminds.com

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the Publisher.

For general information on Hungry Minds' products and services please contact our Customer Care department; within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002. For sales inquiries and reseller information, including discounts, bulk sales, customized editions, and premium sales, please contact our Customer Care department at 800-434-3422.

A Webster's New World™ Book

WEBSTER'S NEW WORLD DICTIONARY is a registered trademark of Hungry Minds, Inc.

Library of Congress Control Number: 2001091950

ISBN 0-7645-6325-4

Cataloging-in-publication information available upon request.

Manufactured in the United States of America

5  4  3  2  1

Case 3:09-cv-00620-REP   Document 143-18   Filed 01/06/10   Page 4 of 4 PageID# 3041

modules. Although Modula-2 is increasingly popular as a teaching language at colleges and universities, C++ dominates professional software development. See *modular programming, structured programming.*

**modular accounting package**  A collection of accounting programs—one for each chief accounting function (general ledger, accounts payable, accounts receivable, payroll, and inventory, for example)—designed to work together, even though they are not integrated into one program. Modular packages require one to follow special procedures to make sure that all the modules work together. These programs have not found a large market in personal computing for two reasons: They rarely mimic the way small-businesses operators keep their books, and they are often hard to use.

**modular jack**  Synonymous with RJ-11 jack, the standard receptacle for the connectors on telephone cable, found both in wall sockets and on modems. Wall sockets built before 1970 may have an incompatible, four-prong connector that can be connected to a RJ-11 plug with an RJA1X adapter.

**modular programming**  A programming style that breaks down program functions into modules, each of which accomplishes one function and contains all the source code and variables needed to accomplish that function. Modular programming is a solution to the problem of very large programs that are difficult to debug and maintain. By segmenting the program into modules that perform clearly defined functions, one can determine the source of program errors more easily. Object-oriented programming languages, such as SmallTalk and HyperTalk, incorporate modular programming principles.

**modulation**  The conversion of a digital signal to its analog equivalent, especially for the purposes of transmitting signals using telephone lines and modems. See *demodulation.*

**modulation protocol**  In modems, the standards used to govern the speed at which a modem sends and receives information over the telephone lines. See *Bell 103A, Bell 212A, CCITT.*

**module**  In a program, a unit or section that can function on its own. In an integrated program, for instance, one can use the word processing module as though it were a separate, standalone program.

**moiré effect**  An optical illusion, perceived as flickering, that sometimes occurs when one places high-contrast line patterns (such as cross-hatching in pie graphs) too close to one another.

**monitor**  The complete device that produces an onscreen image, including the display and all necessary internal support circuitry. A monitor also is called a video display unit (VDU). See *analog monitor, digital monitor, Enhanced Graphics Display, monochrome monitor, multiscanning monitor.*

**monitor program**  A program that keeps track of and records the behavior of other programs, often for purposes of tracking bugs. Also, an obsolete synonym for kernel.

**monochrome monitor**  A monitor that displays one color against a black or white background. Examples include the IBM monochrome monitor that displays green text against a black background, and paper-white Video Graphics Array (VGA) monitors that display black text on a white background. See *paper-white monitor.*

**monochrome printer**  A printer that can generate output in black, white, and shades of gray, but not color.