# EXHIBIT J

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

- - - - - - - - - - - - - - - -+

ePLUS, INC.,                    : Civil Action

    Plaintiff,              : No. 3:09cv620

v.                              :

LAWSON SOFTWARE, INC.           :

    Defendant.              :

- - - - - - - - - - - - - - - -+

Videotaped Deposition of ROBERT P. KINROSS

Washington, DC

Wednesday, December 2, 2009

11:03 a.m.

Job No.: 22-169719

Pages 1 - 212

Reported by: Katy M. Zamora, RPR

Robert P. Kinross   December 2, 2009

Page 200

1    A.   Yes.
2    Q.   Who provided IBM with specifications in order
3  that those IBM programmers could write the Shell
4  program?
5    A.   I did, as well as other members of the Fisher
6  team.
7    Q.   Did any members of the IBM personnel
8  contribute to the specifications for the Shell program?
9    A.   No.
10   Q.   Who ultimately owned the rights to the Shell
11 program?
12   A.   Fisher did.
13   Q.   Do you recall Mr. McDonald asking you some
14 questions with reference to your 683 patent concerning
15 your understanding of the meaning of the term
16 "catalog"?
17   A.   Yes.
18   Q.   Can you turn in that patent, to column 4.
19   A.   Okay.
20   Q.   And with reference to lines 36 through 42,
21 those lines read, "The catalogs enhanced catalog
22 database 36 preferably include such information as part
23 number, price catalog number, vendor name or ID and
24 vendor catalog number, as well as textual information
25 and images of or relating to the catalog products," do

Robert P. Kinross   December 2, 2009

Page 201

1   you see that?
2       A.   Yes.
3       Q.   Do you consider that you set forth in this
4   section of the patent a description of what would be
5   included in a product catalog in accordance with your
6   invention?
7       A.   Yes.
8           MS. ALBERT:  I think that's all that I have.
9   REEXAMINATION BY COUNSEL FOR DEFENDANT
10  BY MR. McDONALD:
11      Q.   A few more questions, Mr. Kinross.
12           With respect to that description of catalogs
13  in column 4 of your 683 patent, that's consistent with
14  what you testified about when I was asking you about
15  what you think a catalog is, right?
16      A    I believe it is, yes.
17      Q.   Is it also consistent with what you thought
18  you were conveying to one of ordinary skill in this
19  patent as to what a catalog is?
20      A.   Yes.
21      Q.   Is there documentation regarding Fisher's
22  ownership of the Shell program?
23      A.   I think there is.
24      Q.   What does that look like?
25      A.   I think it's the statement of work and the