# EXHIBIT L

Case 3:09-cv-00620-REP   Document 144-13   Filed 01/06/10   Page 2 of 4 PageID# 3357

# Webster's Ninth New Collegiate Dictionary

*A Merriam-Webster*

Case 3:09-cv-00620-REP   Document 144-13   Filed 01/06/10   Page 3 of 4 PageID# 3358



## A GENUINE MERRIAM-WEBSTER

The name *Webster* alone is no guarantee of excellence. It is used by a number of publishers and may serve mainly to mislead an unwary buyer.

A *Merriam-Webster*® is the registered trademark you should look for when you consider the purchase of dictionaries or other fine reference books. It carries the reputation of a company that has been publishing since 1831 and is your assurance of quality and authority.

Copyright © 1987 by Merriam-Webster Inc.

Philippines Copyright 1987 by Merriam-Webster Inc.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's ninth new collegiate dictionary.

  Based on Webster's third new international
dictionary.
  Includes index.
  1. English language—Dictionaries.   I. Merriam-
Webster Inc.
PE1628.W5638      1987      423      86-23801
ISBN 0-87779-508-8
ISBN 0-87779-509-6 (indexed)
ISBN 0-87779-510-X (deluxe)

Webster's Ninth New Collegiate Dictionary principal copyright 1983

COLLEGIATE trademark Reg. U.S. Pat. Off.

All rights reserved. No part of this book covered by the copyrights hereon may be reproduced or copied in any form or by any means—graphic, electronic, or mechanical, including photocopying, taping, or information storage and retrieval systems—without written permission of the publisher.

Made in the United States of America

2526RMcN87

protestation • proud    947

**pro·tes·ta·tion** \ˌprät-əs-'tā-shən, ˌprō-ˌtes-, ˌprōt-əs-, ˌprät-ˌes-\ n (14c) : the act of protesting : a solemn declaration or avowal

**pro·te·us** \'prōt-ē-əs\ n, pl **-tei** \-ē-ˌī\ [NL, fr. L, Proteus] (1896) : any of a genus (Proteus) of aerobic gram-negative usu. motile bacteria that include saprophytes in decaying organic matter and forms associated with gastrointestinal disorders

**Pro·teus** \'prō-ˌt(y)üs, 'prōt-ē-əs\ n [L, fr. Gk Prōteus] : a Greek sea god capable of assuming different forms

**pro·tha·la·mi·on** \ˌprō-thə-'lā-mē-ən, -ˌän\ or **pro·tha·la·mi·um** \-mē-əm\ n, pl **-mia** \-mē-ə\ [NL, fr. Gk pro- + -thalamion (as in epithalamion)] (ca. 1597) : a song in celebration of a marriage

**pro·thal·li·um** \prō-'thal-ē-əm\ n, pl **-thal·lia** \-ē-ə\ [NL, fr. pro- + thallus] (1858)  1 : the gametophyte of a pteridophyte (as a fern) that is typically a small flat green thallus attached to the soil by rhizoids  2 : a greatly reduced structure of a seed plant corresponding to the pteridophyte prothallium

**pro·thal·lus** \(ˈ)prō-'thal-əs\ n [NL] (1854) : PROTHALLIUM

**proth·e·sis** \'präth-ə-səs\ n, pl **-e·ses** \-ˌsēz\ [LL, alter. of prosthesis, fr. Gk, lit., addition — more at PROSTHESIS] (ca. 1550) : the addition of a sound to the beginning of a word (as in Old French estat — whence English estate — from Latin status) — **pro·thet·ic** \prə-'thet-ik\ adj

**pro·tho·no·ta·ry** \prō-'thän-ə-ˌter-ē, ˌprō-thə-'nōt-ə-rē\ or **pro·to·no·ta·ry** \prō-'tän-ə-ˌter-ē, ˌprōt-ə-'nōt-ə-rē\ n, pl **-ries** [ME prothonotarie, fr. LL protonotarius, fr. prot- + L notarius notary] (15c) : a chief clerk of any of various courts of law — **pro·tho·no·tar·i·al** \prō-ˌthän-ə-'ter-ē-əl, ˌprō-thə-nō-'ter-ē-əl\ adj

**pro·tho·rac·ic** \ˌprō-thə-'ras-ik\ adj (1826) : of or relating to the prothorax

**prothoracic gland** n (1887) : one of a pair of thoracic endocrine organs in some insects that control molting

**pro·tho·rax** \(ˈ)prō-'thō(ə)r-ˌaks, -'thȯ(ə)r-\ n [NL prothorac-, prothorax, fr. ¹pro- + thorax] (1826) : the anterior segment of the thorax of an insect — see INSECT illustration

**pro·throm·bin** \(ˈ)prō-'thräm-bən\ n [ISV] (1898) : a plasma protein produced in the liver in the presence of vitamin K and converted into thrombin in the clotting of blood

**pro·tist** \'prōt-əst, 'prō-ˌtist\ n [deriv. of Gk prōtistos very first, primal, fr. superl. of prōtos first — more at PROT-] (1889) : any of a kingdom or other group (Protista) of unicellular or acellular organisms comprising bacteria, protozoans, various algae and fungi, and sometimes viruses — **pro·tis·tan** \prō-'tis-tən\ adj or n

**pro·ti·um** \'prōt-ē-əm, 'prō-shē-\ n [NL, fr. Gk prōtos first] (1933) : the ordinary light hydrogen isotope of atomic mass 1

**proto-** — see PROT-

**pro·to·col** \'prōt-ə-ˌkȯl, -ˌkōl, -ˌkäl, -kəl\ n [MF prothocole, fr. ML protocollum, fr. LGk prōtokollon first sheet of a papyrus roll bearing data of manufacture, fr. Gk prōt- prot- + kollan to glue together, fr. kolla glue; akin to MD helen to glue] (1541)  1 : an original draft, minute, or record of a document or transaction  2 a : a preliminary memorandum often formulated and signed by diplomatic negotiators as a basis for a final convention or treaty  b : the records or minutes of a diplomatic conference or congress that show officially the agreements arrived at by the negotiators  3 a : a code prescribing strict adherence to correct etiquette and precedence (as in diplomatic exchange and in the military services)  b : a set of conventions governing the treatment and esp. the formatting of data in an electronic communications system  4 : the plan of a scientific experiment or treatment

**pro·to·derm** \'prōt-ə-ˌdərm\ n [ISV] (ca. 1932) : DERMATOGEN

**pro·to·gal·axy** \ˌprōt-ō-'gal-ək-sē\ n (1950) : a hypothetical cloud of gas believed to have condensed into stars and formed a galaxy

**pro·to·his·to·ry** \-'his-t(ə-)rē\ n [ISV] (1903) : the study of human beings in the times that immediately antedate recorded history — **pro·to·his·to·ri·an** \-(h)is-'tȯr-ē-ən, -'tär-\ n — **pro·to·his·tor·ic** \-tȯr-ik, -'tär-\ adj

**pro·to·hu·man** \-'hyü-mən, -'yü-\ adj (ca. 1909) : of, relating to, or resembling an early primitive man or a manlike primate — **protohuman** n

**pro·to·lan·guage** \'prōt-ō-ˌlaŋ-gwij\ n (1948) : an assumed or recorded ancestral language

**pro·to·lith·ic** \ˌprōt-ə-'lith-ik\ adj (1897) : of or relating to the earliest period of the Stone Age : EOLITHIC

**pro·to·mar·tyr** \'prōt-ō-ˌmärt-ər\ n [ME prothomartir, fr. MF, fr. LL protomartyr, fr. LGk prōtomartyr-, prōtomartys, fr. Gk prōt- + martyr-, martys martyr] (15c) : the first martyr in a cause or region

**pro·ton** \'prō-ˌtän\ n [Gk prōton, neut. of prōtos first — more at PROT-] (1920) : an elementary particle that is identical with the nucleus of the hydrogen atom, that along with neutrons is a constituent of all other atomic nuclei, that carries a positive charge numerically equal to the charge of an electron, and that has a mass of $1.673 \times 10^{-24}$ gram — **pro·ton·ic** \prō-'tän-ik\ adj

**pro·to·nate** \'prōt-ə-ˌnāt\ vb **-at·ed; -at·ing** vt (1945) : to add a proton to ~ vi : to acquire an additional proton — **pro·ton·ation** \ˌprōt-ə-'nā-shən\ n

**pro·to·ne·ma** \ˌprōt-ə-'nē-mə\ n, pl **-ne·ma·ta** \-'nē-mət-ə, -'nem-ət-\ [NL protonemat-, protonema, fr. prot- + Gk nēma thread — more at NEMAT-] (ca. 1857) : the primary usu. filamentous thalloid stage of the gametophyte in mosses and in some liverworts comparable to the prothallium in ferns — **pro·to·ne·mal** \-'nē-məl\ adj — **pro·to·ne·ma·tal** \-'nē-mət-ᵊl, -'nem-ət-\ adj

**protonotary apostolic** or **prothonotary apostolic** n, pl **protonotaries apostolic** or **prothonotaries apostolic** (1682) : a priest of the chief college of the papal curia who keeps records of consistories and canonizations and signs papal bulls; also : an honorary member of this college

**pro·ton–syn·chro·tron** \ˌprō-ˌtän-'siŋ-k(r)ə-ˌträn, -'siŋ-\ n (1947) : a synchrotron in which protons are accelerated by means of frequency modulation of the radio-frequency accelerating voltage so that they have energies of billions of electron volts

**pro·to·path·ic** \ˌprōt-ə-'path-ik\ adj [ISV, fr. MGk prōtopathēs affected first, fr. Gk prōt- prot- + pathos experience, suffering — more at PATHOS] (ca. 1905) : of, relating to, or being cutaneous sensory reception responsive only to rather gross stimuli

**pro·to·phlo·em** \-'flō-ˌem\ n (1884) : the first-formed phloem that develops from procambium, consists of narrow thin-walled cells capable of a limited amount of stretching, and is usu. associated with a region of rapid growth

**pro·to·plan·et** \'prōt-ō-ˌplan-ət\ n (1949) : a hypothetical whirling gaseous mass within a giant cloud of gas and dust that rotates around a sun and is believed to give rise to a planet

**pro·to·plasm** \'prōt-ə-ˌplaz-əm\ n [G protoplasma, fr. prot- + NL plasma] (1848)  1 : the organized colloidal complex of organic and inorganic substances (as proteins and water) that constitutes the living nucleus, cytoplasm, plastids, and mitochondria of the cell and is regarded as the only form of matter in which the vital phenomena are manifested  2 : CYTOPLASM — **pro·to·plas·mic** \ˌprōt-ə-'plaz-mik\ adj

**pro·to·plast** \'prōt-ə-ˌplast\ n [MF protoplaste, fr. LL protoplastus first man, fr. Gk prōtoplastos first formed, fr. prōt- prot- + plastos formed, fr. plassein to mold — more at PLASTER] (1532)  1 : one that is formed first : PROTOTYPE  2 : the nucleus, cytoplasm, and plasma membrane of a cell as distinguished from inert walls and inclusions

**pro·to·por·phy·rin** \ˌprōt-ō-'pȯr-f(ə-)rən\ n [ISV] (1925) : a purple porphyrin acid $C_{34}H_{34}N_4O_4$ obtained from hemin or heme by removal of bound iron

**pro·to·star** \'prōt-ō-ˌstär\ n (1947) : a hypothetical cloud of gas and dust in space believed to develop into a star

**pro·to·stele** \'prōt-ə-ˌstēl, ˌprōt-ə-'stē-lē\ n (ca. 1909) : a stele forming a solid rod with the phloem surrounding the xylem — **pro·to·ste·lic** \ˌprōt-ə-'stē-lik\ adj

**pro·to·troph** \'prōt-ə-ˌtrōf, -ˌträf\ n [back-formation fr. prototrophic] (1947) : a prototrophic individual

**pro·to·tro·phic** \ˌprōt-ə-'trō-fik\ adj [ISV] (1900) : having the nutritional requirements of the normal or wild type — **pro·to·tro·phy** \prō-'tä-trə-fē\ n

**pro·to·typ·al** \ˌprōt-ə-'tī-pəl\ adj (1693) : PROTOTYPICAL

**pro·to·type** \'prōt-ə-ˌtīp\ n [F, fr. Gk prōtotypon, fr. neut. of prōtotypos archetypal, fr. prōt- + typos type] (1552)  1 : an original model on which something is patterned : ARCHETYPE  2 : an individual that exhibits the essential features of a later type  3 : a standard or typical example  4 : a first full-scale and usu. functional form of a new type or design of a construction (as an airplane)

**pro·to·typ·i·cal** \ˌprōt-ə-'tip-i-kəl\ also **pro·to·typ·ic** \-ik\ adj (1650) : of, relating to, or being a prototype — **pro·to·typ·i·cal·ly** \-i-k(ə-)lē\ adv

**pro·to·xy·lem** \ˌprōt-ə-'zī-ləm, -ˌlem\ n (1887) : the first-formed xylem developing from procambium and consisting of narrow cells with annular, spiral, or scalariform wall thickenings

**pro·to·zo·al** \ˌprōt-ə-'zō-əl\ adj (1890) : of or relating to protozoans

**pro·to·zo·an** \-'zō-ən\ n [NL Protozoa, fr. prot- + -zoa] (ca. 1864) : any of a phylum or subkingdom (Protozoa) of minute protoplasmic acellular or unicellular animals which have varied morphology and physiology and often complex life cycles which are represented in almost every kind of habitat, and some of which are serious parasites of man and domestic animals — **protozoan** adj

**pro·to·zo·ol·o·gy** \-ˌzō-'äl-ə-jē, -zə-'wäl-\ n [NL Protozoa + ISV -logy] (1904) : a branch of zoology dealing with protozoans — **pro·to·zo·ol·o·gist** \-zō-'äl-ə-jəst, -zə-'wäl-\ n

**pro·to·zo·on** \-'zō-ˌän\ n, pl **-zoa** \-'zō-ə\ [NL, fr. sing. of Protozoa] (1834) : PROTOZOAN

**pro·tract** \prō-'trakt, p(r)ə-\ vt [L protractus, pp. of protrahere, lit., to draw forward, fr. pro- forward + trahere to draw — more at PRO-, DRAW] (15c)  1 archaic : DELAY, DEFER  2 : to prolong in time or space : CONTINUE  3 : to lay down the lines and angles of with scale and protractor : PLOT  4 : to extend forward or outward — compare RETRACT 1  syn see EXTEND — **pro·trac·tive** \-'trak-tiv\ adj

**protracted meeting** n (1832) : a revival meeting extending over a period of time

**pro·trac·tile** \-'trak-tᵊl, -ˌtīl\ adj [L protractus] (1828) : capable of being thrust out 〈~ jaws〉

**pro·trac·tion** \-'trak-shən\ n [LL protraction-, protractio act of drawing out, fr. protractus] (1535)  1 : the act of protracting : the state of being protracted  2 : the drawing to scale of an area of land

**pro·trac·tor** \-'trak-tər\ n (ca. 1611)  1 a : one that protracts  b : a muscle that extends a part  2 : an instrument for laying down and measuring angles in drawing and plotting

**pro·trep·tic** \prō-'trep-tik\ n [LL protrepticus hortatory, encouraging, fr. Gk protreptikos, fr. protrepein to turn forward, urge on, fr. pro- + trepein to turn — more at TROPE] (ca. 1656) : an utterance (as a speech) designed to instruct and persuade — **protreptic** adj

**pro·trude** \prō-'trüd\ vb **pro·trud·ed; pro·trud·ing** [L protrudere, fr. pro- + trudere to thrust — more at THREAT] vt (1620)  1 archaic : to thrust forward  2 : to cause to project ~ vi : to jut out from the surrounding surface or context 〈a handkerchief protruding from his breast pocket〉 — **pro·tru·si·ble** \-'trü-sə-bəl, -zə-\ adj

**pro·tru·sion** \prō-'trü-zhən\ n [L protrusus, pp. of protrudere] (1646)  1 : the act of protruding : the state of being protruded  2 : something (as a part or excrescence) that protrudes  syn see PROJECTION

**pro·tru·sive** \-'trü-siv, -ziv\ adj (1676)  1 archaic : thrusting forward  2 : PROMINENT, PROTUBERANT 〈a ~ jaw〉  3 : OBTRUSIVE, PUSHING 〈a coarse ~ manner〉 — **pro·tru·sive·ly** adv — **pro·tru·sive·ness** n

**pro·tu·ber·ance** \prō-'t(y)ü-b(ə-)rən(t)s\ n (1646)  1 : something that is protuberant  2 : the quality or state of being protuberant  syn see PROJECTION

**pro·tu·ber·ant** \-b(ə-)rənt\ adj [LL protuberant-, protuberans, prp. of protuberare to bulge out, fr. L pro- forward + tuber hump, swelling — more at THUMB] (1646)  1 : thrusting out from a surrounding or adjacent surface often as a rounded mass : PROMINENT  2 : forcing itself into consciousness : OBTRUSIVE — **pro·tu·ber·ant·ly** adv

**proud** \'praüd\ adj [ME, fr. OE prūd, prob. fr. OF prod, prud, prou capable, good, valiant, fr. LL prode advantage, advantageous, back-formation fr. L prodesse to be advantageous, fr. pro-, prod- for, in favor + esse to be — more at PRO-, IS] (bef. 12c)  1 : feeling or showing pride: as  a : having or displaying excessive self-esteem  b : much pleased : EXULTANT  c : having proper self-respect  2 a : marked by stateliness : MAGNIFICENT  b : giving reason for pride : GLORIOUS 〈the





---

\ə\ abut  \ᵊ\ kitten, F table  \ər\ further  \a\ ash  \ā\ ace  \ä\ cot, cart
\aú\ out  \ch\ chin  \e\ bet  \ē\ easy  \g\ go  \i\ hit  \ī\ ice  \j\ job
\ŋ\ sing  \ō\ go  \ȯ\ law  \ȯi\ boy  \th\ thin  \th\ the  \ü\ loot  \ú\ foot
\y\ yet  \zh\ vision  \ä, k̟, ⁿ, œ, œ̄, ᵫ, ᵫ̄, ʸ\ see Guide to Pronunciation