IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09cv620(REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF ePLUS INC.'S MOTION FOR LEAVE TO FILE BRIEF IN OPPOSITION TO DEFENDANT'S "SECOND SUPPLEMENTAL" BRIEF IN SUPPORT OF MOTION TO STAY PROCEEDINGS AND MEMORANDUM IN SUPPORT**

Pursuant to Rule 7(F)(1) of the Local Rules of this Court, Plaintiff *e*Plus inc. ("*e*Plus") respectfully requests that the Court grant leave for it to file the Brief in Opposition to Defendant's "Second Supplemental" Brief in Support of Motion to Stay Proceedings attached hereto as Exhibit 1.

This motion and *e*Plus's accompanying brief is warranted because, on January 4, 2010, Defendant Lawson Software, Inc. ("Lawson") filed, without requesting or obtaining leave of Court, a "second supplemental" brief in support of its previously-filed motion to stay this action. *See* Dkt. No. 140. Lawson's submission is its fourth brief in total in support of this motion.

*e*Plus believes that Lawson's second supplemental brief is both unwarranted and improper. *See* Local Rule 7(F)(1) ("[n]o further briefs or written communications may be filed without first obtaining leave of Court."). However, in the event the Court permits Lawson's filing, *e*Plus should be permitted to respond to Lawson's arguments.

ePlus therefore respectfully requests that the Court permit it to file the accompanying Brief in Opposition to Defendant's "Second Supplemental" Brief in Support of Motion to Stay Proceedings.

Respectfully submitted,

January 7, 2009

/s/
Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff ePlus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Lana S. Shiferman *(admitted pro hac vice)*
James D. Clements  *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
lshiferman@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff, ePlus inc.

2

## CERTIFICATE OF SERVICE

    I hereby certify that on the 7[h] day of January, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com
***Counsel for Defendant Lawson Software, Inc.***


Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

***Counsel for Defendant Lawson Software, Inc.***

/s/
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com
