DABNEY J. CARR IV
804.697.1238 telephone
804.698.5119 facsimile
dabney.carr@troutmansanders.com

# TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122 (23218-1122)
Richmond, Virginia 23219
804.697.1200 telephone
troutmansanders.com

January 12, 2010

**BY HAND**

The Honorable Robert E. Payne
Judge, United States District Court for the
Eastern District of Virginia
701 East Broad Street, Suite 6312
Richmond, Virginia 23219

    Re:    ePlus, Inc. v. Lawson Software, Inc.
             Civil Action No. 3:09cv620

Dear Judge Payne:

    On behalf of Lawson Software, this letter is to advise the Court of the electronic equipment my case team is planning to bring and utilize in your Court on Friday, January 22, 2010, at 1:30 p.m. for the *Markman* hearing. The equipment is as follows:

    1 Lap Top
    Power Cords
    Thumb Drive
    Audio Jack
    Wireless Mouse
    Wireless Remote Control
    Discs

    If you have any questions, please do not hesitate to contact me.

*[Handwritten: Approved / Lonnie T. / Deputy Clerk / 1-13-2010]*

Sincerely yours,

*[Signature]*
Dabney Carr

1896320v1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



IN RE: STANDING ORDER IN PROCEEDINGS ASSIGNED TO HONORABLE ROBERT E. PAYNE

### ORDER

It is hereby ORDERED that the authority of the undersigned to approve the use of computers in legal proceedings (whether in court or in chambers) in proceedings assigned to the undersigned is delegated to the courtroom deputy assigned to the specific proceedings in which the request to use computers is made.

The Clerk is directed to deliver a paper copy hereof to the United States Marshal and the Chief Court Security Officer in this division.

It is so ORDERED.

                                                /s/     REP
                                   Robert E. Payne
                                   Senior United States District Judge

Richmond, Virginia
Date: January 12, 2010