IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## SUPPLEMENTAL DECLARATION OF DAVID M. YOUNG, ESQ., IN SUPPORT OF PLAINTIFF *E*PLUS INC.'s RESPONSIVE CLAIM CONSTRUCTION BRIEF

Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB# 20281)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com


Counsel for Plaintiff, *e*Plus Inc.

Jennifer A. Albert *(admitted pro hac vice)*
Scott L. Robertson *(admitted pro hac vice)*
David M. Young (VSB #35997)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000


Lana S. Shiferman *(admitted pro hac vice)*
Michael G. Strapp (*pro hac vice* application pending)
James D. Clements *(admitted pro hac vice)*
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
(617) 570-1000

I, David M. Young, declare as follows:

1. I am an attorney at Goodwin Procter LLP, counsel for Plaintiff *e*Plus Inc. in this action. I submit this declaration in support of Plaintiff *e*Plus Inc.'s Responsive Claim Construction Brief.

2. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently hereto.

3. Attached hereto as Exhibit 20 is a true and accurate copy of a definition for the term "e-sourcing" from the PC Magazine Encyclopedia available at www.pcmag.com/encyclopedia_term/0,2542,t=e-sourcing&i=42263,00.asp.

4. Attached hereto as Exhibit 21 is a true and accurate copy of a definition for the term "e-sourcing" from ZDNet available at www.dictionary.zdnet.com/definition/e-sourcing.html.

5. Attached hereto as Exhibit 22 is a true and accurate copy of the Response to the Office Action dated December 8, 1997 in connection with U.S. Patent Application Serial No. 08/288,577 (which issued as the '683 Patent) received in the U.S. Patent and Trademark Office on April 14, 1998.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, D.C., this 19th day of January, 2010.

                                                                         /s/ David M. Young
                                                                            David M. Young

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th of January, 2010, the foregoing Supplemental Declaration of David M. Young, Esq. in Support of Plaintiff *e*Plus Inc.'s Responsive Claim Construction Brief was electronically filed with the Clerk of the Court using the CM/EFC system, which will then send a notification of such filing (NEF) to the following.  Copies of the foregoing were also transmitted *via electronic mail* to the following:

Daniel W. McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
Lawsonservice@merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com
***Counsel for Defendant Lawson Software, Inc.***

    /s/ Henry I. Willett, III
Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB# 20281)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112
hwillett@cblaw.com

LIBW/1728398.1