# Exhibit 20

HOME   REVIEWS   NEWS & OPINION   DOWNLOADS   BUSINESS   SHOP

SEARCH

Log In   Register   Subs(



Home > Solutions > Encyclopedia > e-sourcing

Search: [              ] **Search Encyclopedia**   Browse the index

Definition of: **e-sourcing**

The electronic procurement of products. Although purchases have been computerized for decades, e-sourcing implies more automatic procedures; especially dealing with contracts and processes that continue to be reviewed and managed entirely by individuals. See TCM and supply chain management.

**RELATED TERMS:**
supply chain management
TCM

Search: [              ] **Search Encyclopedia**   Browse the index



Copyright © 1981-2009               THIS COPYRIGHTED DEFINITION IS FOR PERSONAL USE ONLY.