# Exhibit 21

BNET BUSINESS NETWORK: **BNET**   **TECHREPUBLIC**   **ZDNET**

ON CHOW: Do you remember Y2k and v...



| e-sourcing | in Dictionary |

Members login   Newsletters   Site Assistance   RSS Feeds

# ZDNet Definition for: E-sourcing

The electronic procurement of products. Although purchases have been computerized for decades, e-sourcing implies more automatic procedures; especially dealing with contracts and processes that continue to be reviewed and managed entirely by individuals. See TCM and supply chain management.

Reproduced with permission from Computer Desktop Encyclopedia.
Copyright (c) 1981-2010 The Computer Language Company Inc.
All rights reserved.

## Additional Resources

### Gmail Notifier 1.0.0.76 (Windows)

Gmail Notifier alerts the users of new e-mail messages. Users can also read e-mails, delete or mark them as read, all without having to open a browser. Use Gmail Notifier to check up to five Gmail accounts. Key features:: account login in one click; counter of unread e-mails; sound and...

Tags: Google, Gmail, Microsoft Windows, Gmail Notifier, E-mail, E-mail Providers...



ADVERTISEMENT

Systems, software and services for a greener planet.



**Smart Tech**

Expert advice on innovations in healthcare and the green technologies that make it happen.
Find out more

**Smart Business**