```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683006777
Cashier ID: sbartos
Transaction Date: 01/15/2010
Payer Name: CHRISTIAN BARTON
----------------------------------
PRO HOC VICE
 For: CHRISTIAN BARTON
 Case/Party: D-VAE-3-10-CR-PROHAC-001
 Amount:       $50.00
----------------------------------
CHECK
 Check/Money Order Num: 419381
 Amt Tendered: $50.00
----------------------------------
Total Due:     $50.00
Total Tendered: $50.00
Change Amt:    $0.00
```

Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: [illegible]
Cashier ID: [illegible]
Transaction Date: 01/15/2010
Payer Name: CHRISTIAN BARTON

---

PRO HAC VICE
For: CHRISTIAN BARTON
Case/Party: D-VAE-3-10-CV-PROHAC-001
Amount: $50.00

---

CHECK
Check/Money Order Num: [illegible]
Amt Tendered: $50.00

---

Total Due: $50.00
Total Tendered: $50.00
Change Amt: $0.00