IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CORRECTION OF EXHIBIT 1 TO
DECLARATION OF DAVID M. YOUNG, ESQ., IN SUPPORT
OF PLAINTIFF *E*PLUS INC.'s CLAIM CONSTRUCTION BRIEF**

Plaintiff *e*Plus inc. (hereinafter "*e*Plus") submits the attached Corrected Exhibit 1 to the Declaration of David M. Young, Esq., in Support of ePlus inc.'s Opening Claim Construction Brief previously filed with the Court on January 6, 2010, as Docket No. 143. The purpose of the Notice of Correction is to correct a typographical error found on Page 2 of Exhibit 1. Specifically, the construction for "Selected Matching Items" has been changed from "items returned in search results that satisfy search criteria and are selected for inclusion on <u>a hit</u> list or in a requisition" to "items returned in search results that satisfy search criteria and are selected for inclusion on <u>an order</u> list or in a requisition".

As the forgoing correction merely corrects a typographical error, *e*Plus respectfully requests that Exhibit 1 to the Declaration of David M. Young, Esq. be removed and Corrected Exhibit 1 attached hereto be inserted in its place.

1016559

January 20, 2010

Respectfully submitted,

*e*Plus inc.

By Counsel:

/s/Henry I. Willett, III
Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com
cmerritt@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Lana S. Shiferman (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
lshiferman@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus inc.

2

1016559

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th of January, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/EFC system, which will then send a notification of such filing (NEF) to the following. Copies of the foregoing were also transmitted *via electronic mail* to the following:

Daniel W. McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
Lawsonservice@merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1238
Facsimile: (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

/s/ Henry I. Willett, III
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff ePlus, inc.
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com

1016559