# EXHIBIT E

Case 3:09-cv-00620-REP   Document 152-4   Filed 01/22/10   Page 2 of 4 PageID# 3506

A new dictionary prepared according to the principles of Noah Webster

# WEBSTER'S II

## New Riverside University Dictionary



TODAY'S MOST UP-TO-DATE DICTIONARY!

200,000 easily understood definitions

❖ ❖ ❖

Complete biographic & geographic sections

❖ ❖ ❖

Word histories, usage notes, synonym explanations

❖ ❖ ❖

Style guides for business and school applications

Words that are believed to be registered trademarks have
been checked with authoritative sources. No investigation
has been made of common-law trademark rights in any
word, because such investigation is impracticable. Words
that are known to have current registrations are shown with
an initial capital and are also identified as trademarks. The
inclusion of any word in this Dictionary is not, however, an
expression of the Publisher's opinion as to whether or not it
is subject to proprietary rights. Indeed, no definition in this
Dictionary is to be regarded as affecting the validity of any
trademark.

Copyright © 1984, 1988 by Houghton Mifflin Company. All
rights reserved.

No part of this work may be reproduced or transmitted in
any form or by any means, electronic or mechanical, includ-
ing photocopying and recording, or by any information stor-
age or retrieval system without the prior written permission
of Houghton Mifflin Company unless such copying is ex-
pressly permitted by federal copyright law. Address in-
quiries to Permissions, Houghton Mifflin Company, 2 Park
Street, Boston, MA 02108.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's II new Riverside university dictionary.

1. English language—Dictionaries. I. Riverside Pub-
lishing Company. II. Title: Webster's two new Riverside
university dictionary. III. Title: Webster's 2 new River-
side university dictionary.
PE1625.W244   1984        423        83-3799
ISBN: 0-395-33957-X   (thumb index, trade edition)
        0-395-37928-8   (high school edition)

Manufactured in the United States of America

**castigate ● catalysis**

**cas·ti·gate** (kăs′tĭ-gāt′) vt. **-gat·ed, -gat·ing, -gates.** [Lat. *castigare, castigat- < castus,* pure.] **1.** To chastise or punish. **2.** To criticize severely. **—cas′ti·ga′tion** n. **—cas′ti·ga′tor** n.

**Castile soap** also **cas·tile soap** (kă-stēl′) n. [After *Castile,* a province of Spain, where the soap was first made.] A fine, hard, white, odorless soap made with olive oil and sodium hydroxide.

**Cas·til·ian** (kă-stĭl′yən) n. **1. a.** The Spanish dialect of Castile. **b.** The standard literary and official form of Spanish, based on this dialect. **2.** A native or inhabitant of Castile. *—adj.* Of or relating to Castile, its people, or their language and culture.

**cast·ing** (kăs′tĭng) n. **1. a.** The act or process of making casts or molds. **b.** Something cast in a mold. **2.** CAST 2a. **3.** Selection of theatrical performers. **4.** Something cast off or out.

**casting vote** n. The vote of a presiding officer in an assembly or council, cast to break a tie.

**cast iron** n. A hard, brittle, nonmalleable iron-carbon alloy containing 2.0–4.5% carbon, 0.5–3% silicon, and lesser amounts of sulfur, manganese, and phosphorus.

**cast-·i·ron** (kăst′ī′ərn) adj. **1.** Made of cast iron. **2.** Rigid: inflexible *<cast-iron regulations>*.

**cas·tle** (kăs′əl) n. [ME *castel,* partly < OE and partly < Norman Fr., both < Lat. *castellum,* dim. of *castrum,* fort.] **1. a.** A fort or fortified cluster of buildings usu. dominating the surrounding country and held by a vassal of a ruler in feudal societies. **b.** A fortified stronghold converted to residential use. **2.** A building resembling a castle. **3.** A place of privacy, security, or refuge. **4.** A rook in the game of chess. *—v.* **-tled, -tling, -tles.** *—vt.* **1.** To place in or as if in a castle. **2.** To move (the chess king) from his own square two squares to one side and then, in the same move, bring the rook from that side to the square immediately past the new position of the king. *—vi.* To move the chess king and rook by castling.

**cast·led** (kăs′əld) adj. Castellated.

**cast-·off** (kăst′ôf′, -ŏf′) n. **1.** One that has been discarded. **2.** Calculation of the amount of space a manuscript will occupy when typeset.

**cast-off** (kăst′ôf′, -ŏf′) adj. Discarded: rejected *<cast-off clothes>*.

**cas·tor¹** (kăs′tər) n. [ME, beaver < Lat. < Gk. *kastōr < Kastōr,* Castor.] **1.** An oily, brown, odorous substance obtained from glands in the groin of the beaver and used as a perfume fixative. **2.** A beaver hat. **3.** A heavy wool fabric used esp. for overcoats.

**cas·tor²** (kăs′tər) n. var. of CASTER 2, 3.

**Cas·tor** (kăs′tər) n. [Lat. < Gk. *Kastōr.*] **1.** Gk. Myth. One of the Dioscuri. **2.** A double star in the constellation Gemini, the brightest star in the group.

**castor bean** n. [CASTOR (OIL) + BEAN.] **1.** The castor-oil plant. **2.** The poisonous seed of the castor bean.

**castor oil** n. [Poss. from a former use as a substitute for castor in medicine.] A colorless or yellowish oil extracted from castor-oil plant seeds and used as a cathartic and lubricant.

**cas·tor-oil plant** (kăs′tər-oil′) n. A large plant native to tropical Africa and Asia, *Ricinus communis,* grown for ornament and for the extraction of castor oil from its poisonous seeds.

**cas·trate** (kăs′trāt′) vt. **-trat·ed, -trat·ing, -trates.** [Lat. *castrare, castrat-.*] **1.** To remove the testicles of: GELD. **2.** To remove the ovaries of: SPAY. **3.** To remove the vitality or force of, esp. by expurgating. **—cas·tra′tion** n.

**Cas·tro·ism** (kăs′trō-ĭz′əm) n. The political, governmental, and socioeconomic policies and principles of the Cuban leader Fidel Castro. **—Cas′tro·ite′** (-īt′) n.

**cas·u·al** (kăzh′ōō-əl) adj. [ME *casuel* < OFr. < LLat. *casualis* < Lat. *casus,* event. —see CASE1.] **1.** Occurring by chance : ACCIDENTAL. **2.** Taking place at irregular intervals : OCCASIONAL. **3.** Showing little interest : NONCHALANT. **4. a.** Devoid of ceremony or formality. **b.** Suited for everyday wear or use : INFORMAL *<casual clothes>*. **5.** Not serious or thorough : SUPERFICIAL *<a casual inspection of the documents>*. **6.** Not close or intimate *<casual friends>*. *—n.* **1.** *Chiefly Brit.* One who receives temporary welfare relief. **2.** One who works at irregular intervals. **3.** A soldier temporarily attached to a unit while awaiting permanent assignment. **—cas′u·al·ly** adv. **—cas′u·al·ness** n.

**cas·u·al·ty** (kăzh′ōō-əl-tē) n., pl. **-ties.** [ME *casuelte* < OFr. < Lat. *casualis,* casual.] **1.** A serious accident, esp. one involving loss of life. **2.** One who is injured or killed in an accident. **3.** One killed, injured, captured, or missing in military action.

**cas·u·a·ri·na** (kăzh′ōō-ə-rī′nə) n. [NLat. *Casuarina,* genus name < Malay *kĕsuari,* cassowary (from the resemblance of its twigs to the drooping feathers of the cassowary).] Any of various trees of the genus *Casuarina,* including the beefwoods.

**cas·u·ist** (kăzh′ōō-ĭst) n. [Fr. *casuiste* < Sp. *casuista* < Lat. *casus,* case. —see CASE1.] One who is highly skilled in or given to casuistry.

**cas·u·is·tic** (kăzh′ōō-ĭs′tĭk) also **cas·u·is·ti·cal** (-tĭ-kəl) adj. Of or relating to casuists or casuistry. **—cas′u·is′ti·cal·ly** adv.

**cas·u·ist·ry** (kăzh′ōō-ĭ-strē) n. [< CASUIST.] **1.** Determination of right and wrong in questions of conduct or conscience by the application of general principles of ethics. **2.** A subtle but misleading or false application of ethical principles.

**ca·sus bel·li** (kā′səs bĕl′ī′, kä′səs bĕl′ē′) n. [NLat., occasion of war.] An act or event provoking, justifying, or used as an excuse for a declaration of war.

**cat** (kăt) n. [ME < OE *catt* < Lat. *cattus.*] **1. a.** A carnivorous mammal, *Felis catus* or *F. domesticus,* domesticated since early times as a catcher of rats and mice and as a pet and existing in several breeds and varieties. **b.** Any of the other animals of the family *Felidae,* including the lion, tiger, leopard, and lynx. **c.** The fur of a domestic cat. **2.** *Slang.* A spiteful woman. **3.** A cat-o'-nine-tails. **4.** A catfish. **5.** *Naut.* **a.** A cathead. **b.** A device for raising an anchor to the cathead. *—c.* A catboat. **6.** *Slang.* FELLOW 1a. *—vt.* **cat·ted, cat·ting, cats.** To hoist an anchor to the cathead. **—let the cat out of the bag.** To disclose a secret : spill the beans.

**◊ word history:** In ancient times the cat, now kept as a pet, was not a domestic animal in Europe. The Latin word *felis,* which has been adopted as the scientific name for the cat genus, denoted only a kind of wild cat. The Greek word *ailouros* did denote the domestic cat as well as other kinds of cats, but the only domestic cats mentioned by the early Greek writers lived in Egypt, not Greece. By the 4th century A.D., however, the domestic cat had been introduced into Europe, and a new word appeared to denote this creature: *cattus* in Latin and *katta* in Greek. The Latin form is the source of the word for "cat" in all the Romance languages. It was also borrowed into West and North Germanic at an early date and is the source of the Modern English word *cat.* Some form of the word, perhaps the ancestor of the Greek and Latin forms, was borrowed into the Celtic and Slavic languages by at least the very early medieval period. Although a common European word, the word for "cat" represented by Latin *cattus* is not of Indo-European origin; it was most likely borrowed from a language of northern Africa.

**CAT** (kăt) n. Computerized axial tomography.

**cata-** pref. [Gk. *kata-* < *kata,* down.] **1.** Down *<catadromous>*. **2.** Reverse : backwards : degenerative *<cataplasia>*.

**ca·tab·o·lism** (kə-tăb′ə-lĭz′əm) n. [< Gk. *katabolē,* a throwing down < *kataballein,* to throw down : *kata-,* down + *ballein,* to throw.] Metabolic change of complex molecules into simple molecules. **—cat·a·bol′ic** (kăt′ə-bŏl′ĭk) adj. **—cat·a·bol′i·cal·ly** adv.

**ca·tab·o·lite** (kə-tăb′ə-līt′) n. [CATABOL(ISM) + -ITE.] A substance produced in catabolism.

**ca·tab·o·lize** (kə-tăb′ə-līz′) vi. & vt. **-lized, -liz·ing, -liz·es.** To undergo or cause to undergo catabolism.

**cat·a·chre·sis** (kăt′ə-krē′sĭs) n., pl. **-ses** (-sēz′) [Lat. *catachresis* < Gk. *katakhrēsis,* excessive use < *katakhrēsthai,* to use up : *kata-,* completely + *khrēsthai,* to use.] **1. a.** Strained use of a word or phrase, as for rhetorical effect. **b.** An intentionally paradoxical figure of speech. **2.** Use of a wrong word in a context. **—cat·a·chres′tic** (-krĕs′tĭk) adj.

**cat·a·clysm** (kăt′ə-klĭz′əm) n. [Fr. *cataclysme* < Lat. *cataclysmos,* deluge < Gk. *kataklusmos < katakluzein,* to inundate : *kata-,* down + *kluzein,* to wash.] **1.** A sudden violent change in the earth's crust. **2.** A violent upheaval or disaster. **3.** A devastating flood. **—cat·a·clys′mic** (-klĭz′mĭk), **cat·a·clys′mal** (-klĭz′məl) adj.

**cat·a·comb** (kăt′ə-kōm′) n. [OFr. *catacombe* < LLat. *catacumbae* (pl.).] often **catacombs.** An underground chamber with recesses for graves.

**cat·a·dro·mous** (kə-tăd′rə-məs) adj. Migrating down river to breed in marine waters *<catadromous fish>*.

**cat·a·falque** (kăt′ə-fălk′, -fôlk′) n. [Fr. < Ital. *catafalco.*] The raised structure on which a coffin rests during a state funeral.

**Cat·a·lan** (kăt′l-ăn′, -ən) adj. Of or relating to Catalonia or to its people, language, or culture. *—n.* **1.** A native or resident of Catalonia. **2.** The Romance language of Catalonia.

**cat·a·lase** (kăt′l-ās′, -āz′) n. [CATAL(YSIS) + -ASE.] An enzyme in the blood and tissues that catalyzes the decomposition of hydrogen peroxide into water and oxygen.

**cat·a·lec·tic** (kăt′l-ĕk′tĭk) adj. [LLat. *catalecticus* < Gk. *katalēktikos,* incomplete < *katalēgein,* to leave off : *kata-,* off + *lēgein,* to stop.] Designating a verse lacking part of the last foot.

**cat·a·lep·sy** (kăt′l-ĕp′sē) n., pl. **-sies.** [ME *catalempsi* < Med. Lat. *catalempsia* < Gk. *katalēpsis < katalambanein,* to seize upon : *kata-* (intensive) + *lambanein,* to seize.] Muscular rigidity, lack of awareness of environment, and lack of response to external stimuli, often associated with epilepsy, schizophrenia, and hysteria. **—cat·a·lep′tic** (-ĕp′tĭk) adj.

**cat·a·logue** also **cat·a·log** (kăt′l-ôg′, -ŏg′) n. [ME *cathalogs* < OFr. *catalogue* < LLat. *catalogus,* enumeration < Gk. *catalogos < katalegein,* to list : *kata-* (intensive) + *legein,* to count.] *—n.* **1. a.** A systematized list, often featuring descriptions of the listed items. **b.** A publication containing such a list *<a mail-order catalogue>*. **2.** A card catalog. *—vt. & vi.* **-logued, -logu·ing, -logues** also **-loged, -log·ing, -logs.** To list in or make a catalogue. **—cat′a·logu′er, cat′a·log′er** n.

**cat·al·pa** (kə-tăl′pə, -tôl′-) n. [Creek *kutulhpa.*] A chiefly North American tree of the genus *Catalpa,* having large leaves, whitish flower clusters, and long, slender pods.

**ca·tal·y·sis** (kə-tăl′ĭ-sĭs) n., pl. **-ses** (-sēz′) [Gk. *katalusis,* dissolution < *kataluein,* to dissolve : *kata-,* intensive + *luein,* to loosen.]

---

ă pat   ā pay   âr care   ä father   ĕ pet   ē be   hw which   ĭ pit
ī tie   îr pier   ŏ pot   ō toe   ô paw, for   oi noise   ōō took