

**CHRISTIAN & BARTON, LLP**
ATTORNEYS AT LAW

CRAIG T. MERRITT
Direct Dial: 804.697.4128
Direct Fax: 804.697.6128
E-mail: cmerritt@cblaw.com

January 21, 2010

**BY E-MAIL TO: skip_neal@vaed.uscourts.gov**

Skip Neal, Deputy Clerk
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, Virginia 23219

    Re:  *ePlus, inc. v. Lawson Software, Inc.*
           EDVA 3:09cv620-REP

Dear Mr. Neal:

    With respect to the *Markman* Hearing scheduled for Friday, January 22, 2010, at 1:30 p.m., ePlus inc respectfully requests permission to bring, in addition to the equipment listed in a letter from our firm dated January 15, 2010, which has already been approved, one (1) audio extension cable and one (1) video extension cable into the Courthouse for use during the hearing.

    Thank you for your consideration of this request. Please call me if you have any questions.

Sincerely,

Craig T. Merritt

CTM/rrr

cc:  Robin Randolph

*Approved, Louis H. Neal, Deputy Clerk, January 21, 2010*