CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                               DATE: January 22, 2010

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: ePlus, Inc. v. Lawson Software, Inc. | CASE NO: 3:09CV00620 |
| | JUDGE: Payne |
| | COURT REPORTER: Diane Du___ |

*FILED JAN 22 2010 CLERK, U.S. DISTRICT COURT RICHMOND, VA*

MATTER COMES ON FOR: BENCH TRIAL ( )  MOTION HEARING ( )  OTHER: Markman Hearing

APPEARANCES: Parties by (X)/with (X) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S)( ) DEFENDANT(S)( ) COURT( )

OPENING STATEMENTS MADE ( )     OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )     ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Markman Hearing held. Hearing continued to be held at 1:30 p.m. on January 27, 2010.

Counsel for Plaintiff(s): Craig T. Merritt, Esquire    Scott L. Robertson, Esquire
Jennifer A. Albert, Esquire

Counsel for Defendant(s): Dabney J. Carr, IV, Esquire    Daniel W. McDonald, Esquire
Robert A. Angle, Esquire

SET: 1:30 p.m.    BEGAN: 1:35 p.m.    ENDED: 5:20 p.m.    TIME IN COURT: 3 hrs. 55 mins.

RECESSES: 20 mins.