IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that R. Braxton Hill, IV of Christian & Barton, LLP, 909 E. Main Street, Suite 1200, Richmond, Virginia, is hereby appearing as counsel of record for Plaintiff, *e*Plus inc. in this matter.

Dated:  January 25, 2009

                                                                                                   Respectfully Submitted,

                                                                                                   *e*PLUS INC.

                                                                                                   By Counsel

/s/ R. Braxton Hill, IV
R. Braxton Hill, IV (VSB #41539)
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
Belinda D. Jones (VSB #72169)
**CHRISTIAN & BARTON, L.L.P.**
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
bhill@cblaw.com
cmerritt@cblaw.com
hwillett@cblaw.com
bjones@cblaw.com

David M. Young (VSB #35997)
Jennifer A. Albert (*admitted pro hac vice*)
Scott L. Robertson (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com  jalbert@goodwinprocter.com
srobertson@goodwinprocter.com

Lana S. Shiferman (*admitted pro hac vice*)
James D. Clements (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
lshiferman@goodwinprocter.com
jclements@goodwinrpocter.com

 Counsel for Plaintiff, *e*Plus inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th of January, 2010, the foregoing Notice of Appearance was electronically filed with the Clerk of the Court using the CM/EFC system, which will then send a notification of such filing (NEF) to the following.

Daniel W. McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
Lawsonservice@merchantgould.com

Dabney J. Carr, IV (VSB #28679)
Robert A. Angle (VSB #37691)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

/s/ R. Braxton Hill, IV_____
R. Braxton Hill, IV (VSB #41539)
**CHRISTIAN & BARTON, L.L.P.**
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112
bhill@cblaw.com

*Counsel for Plaintiff, ePlus inc.*

1016921.2

3