DABNEY J. CARR IV
804.697.1238 telephone
804.698.5119 facsimile
dabney.carr@troutmansanders.com

**TROUTMAN SANDERS**

TROUTMAN SANDERS LLP
Attorneys at Law
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122 (23218-1122)
Richmond, Virginia 23219
804.697.1200 telephone
troutmansanders.com

January 25, 2010

**BY HAND**

The Honorable Robert E. Payne
Judge, United States District Court for the
Eastern District of Virginia
701 East Broad Street, Suite 6312
Richmond, Virginia 23219

   Re: ePlus, Inc. v. Lawson Software, Inc.
     Civil Action No. 3:09cv620

Dear Judge Payne:

  On behalf of Lawson Software, this letter is to advise the Court of the electronic equipment my case team is planning to bring and utilize in your Court on Wednesday, January 27, 2010, at 1:30 p.m. for the *Markman* hearing. The equipment is as follows:

  1 Lap Top
  Power Cords
  Thumb Drive
  Audio Jack
  Wireless Mouse
  Wireless Remote Control
  Discs

*Approved January 25, 2010
Juanita S. [illegible] Deputy Clerk*

  If you have any questions, please do not hesitate to contact me.

          Sincerely yours,

          Dabney Carr

1899485v1

ATLANTA   CHICAGO   HONG KONG   LONDON   NEW YORK   NEWARK   NORFOLK   ORANGE COUNTY
RALEIGH   RICHMOND   SAN DIEGO   SHANGHAI   TYSONS CORNER   VIRGINIA BEACH   WASHINGTON, DC