

**CHRISTIAN & BARTON, LLP**
ATTORNEYS AT LAW

HENRY I. WILLETT, III
Direct Dial: 804.697.4130
Direct Fax: 804.697.6130
E-mail: hwillett@cblaw.com

January 26, 2010

**BY E-MAIL TO: skip_neal@vaed.uscourts.gov**

Skip Neal, Deputy Clerk
United States District Court
Eastern District of Virginia
701 East Broad Street, Suite 3000
Richmond, Virginia 23219

    Re:    *ePlus, inc. v. Lawson Software, Inc.*
            EDVA 3:09cv620-REP

Dear Mr. Neal:

    With respect to the continuation of the *Markman* Hearing scheduled for Wednesday, January 27, 2010, at 1:30 p.m., ePlus inc respectfully requests permission to bring two (2) laptop computers and power cords, one (1) USB drive, one (1) external hard drive, one (1) audio extension cable, and one (1) video extension cable into the Courthouse for use during the hearing. Additionally, we would be obliged if we could use the Court's evidence display system during the hearing.

    If possible, we would like permission to bring this equipment into the Courthouse and into the courtroom one (1) hour prior to the hearing, in order to both test the equipment and familiarize ourselves with the Court's available technology.

    Thank you for your consideration of this request. Please call me if you have any questions.

Very truly yours,

Henry I. Willett, III

HIW,III/rrr

cc:    Robin Randolph