**CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET**

DATE: January 22, 2010

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: EPlus, Inc. v. Lawson Software, Inc. | CASE NO: 3:09CV00620 |
| | JUDGE: Payne |
| | COURT REPORTER: Diane Du___ |

FILED JAN 22 2010 CLERK, U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: **Markman Hearing** (X)

APPEARANCES: Parties by (X)/with (X) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Markman Hearing held. Hearing continued to be held at 1:30 p.m. on January 27, 2010.

Counsel for Plaintiff(s): Craig T. Merritt, Esquire; Jennifer A. Albert, Esquire; Scott L. Robertson, Esquire

Counsel for Defendant(s): Dabney J. Carr, IV, Esquire; Robert A. Angle, Esquire; Daniel W. McDonald, Esquire

SET: 1:30 p.m.   BEGAN: 1/22 1:35 p.m.   ENDED: 5:21 p.m.   TIME IN COURT: 3 hrs. 55 mins.

RECESSES: 20 mins.