# TABLE OF CONTENTS

Updated Appendix A

**Tab A.** Catalog / Product Catalog

**Tab B.** Subset

**Tab C.** Order list

**Tab D.** Protocol

**Tab E.** Matching Items

**Tab F.** Selected Matching Items

**Tab G.** Searching for matching items among the selected product catalogs

**Tab H.** Cross-Reference Table

**Tab I.** Electronic sourcing system

**Tab J.** Converting data relating to a selected matching item and an associated source to data relating to an item and a different source

**Tab K.** A multiple purchase order generation module, said purchase order generation module creating multiple purchase orders from a single requisition created with said user generated criteria and said search-module criteria

**Tab L.** Means for selecting the product catalogs to search

**Tab M.** Means for searching for matching items among the selected product catalogs

**Tab N.** Means for building a requisition using data relating to selected matching items and their associated source(s)

**Tab O.** Means for processing the requisition to generate one or more purchase orders for the selected matching items

**Tab P.** Means for converting data relating to a selected matching item and an associated source to data relating to an item and a different source

**Tab Q.** Means for searching for matching items in the database

**Tab R.** Means for entering product information that at least partially describes at least one desired item

**Tab S.** Means for searching for matching items that match the entered product information in the selected portions of the database

**Tab T.** Means for generating an order list that includes at least one matching item selected by said means for searching

**Tab U.** Means for building a requisition that uses data obtained from said database relating to selected matching items on said order list

**Tab V.** Means for processing said requisition to generate purchase orders for said selected matching items