**Tab D. "Protocol"**

**Claims using this term: claims 1 and 29 of the '516 patent**

**Lawson remaining terms and phrases 9**

The parties agreed at the *Markman* hearing and stipulate that the term "protocol" means "a procedure." (This is based on Lawson's agreement that it would not use this definition as the basis of a non-infringement argument.)

| Lawson's Proposed Definition | Lawson's Proposed Definition |
|---|---|
| a procedure | "1. An electronic sourcing system comprising: . . . a catalog selection protocol, said catalog selection protocol relying on said first set of pre-determined criteria to select less than said entire collection of catalogs, and including matching a vendor identification code with a subset of said collection of catalogs, wherein said subset of catalogs includes both a vendor catalog from a predetermined vendor and a second catalog from a predetermined third party that is one of a manufacturer and a competing vendor, said predetermined third party selling items corresponding to items in said vendor catalog; . . . ." ('516 patent, claim 1)<br><br>"29. An electronic sourcing system comprising: . . . a catalog selection protocol, said catalog selection protocol relying on said first set of pre-determined criteria to select less than said entire collection of catalogs, and including matching a vendor identification code with a subset of said collection of catalogs, wherein said subset of catalogs includes both a vendor catalog from a predetermined vendor and a second catalog from a predetermined third party; . . . ." ('516 patent, claim 29) |

Tab D:  "Protocol"

6,055,516

23        24

-continued

+F3: EXIT   F6: SOURCE   F7: BKWD:   F8: FWD   F9: NEW ITM   F10: NONCAT
F11: CATALOG   F12: CNCL
1B V123

APPENDIX IX

RICPOMP1       FISHER SCIENTIFIC RIMS      DATE:   08-03-94
REQUISITION MANAGEMENT SCREEN     TIME:   07:44:13

COMP ID: 001     REQ-NBR: PO NBR 001
ACCT NBR: 363690 006    REL-NBR:
ORDER NBR:          PICKLIST REVIEWED:
SERVICE:    0.00 ORDER:     0.00    FREIGHT:
CARRIER:

| O LINE | PART | QTY | UOM | PRD | UNIT PRICE | SERVICE | EXT PRICE | LOC | STAT |
|--------|------|-----|-----|-----|-----------|---------|-----------|-----|------|
| 001 | A181 | 1 | EA | 03 | 35.30 | 0.00 | 35.30 | DEL | S |
| | ACETONE CERTIFIED ACS | | | 1L | QTY AVAIL: | 1 | QTY REC: | 0 | |
| 002 | 02540K | 1 | PK | 01 | 32.70 | 0.00 | 32.70 | JIT | S |
| | BEAKER GRIFFIN 250 ML | | | 12/9 | QTY AVAIL: | 49 | QTY REC: | 0 | |
| 003 | 13246818F | 1 | EA | 03 | 3495.00 | 0.00 | 3495.00 | EDC | S |
| | PROGRAMMABLE OVEN | | | | QTY AVAIL: | 0 | QTY REC: | 0 | |
| 004 | A181-06 | 1 | EA | 06 | 100.00 | 0.00 | 100.00 | JIT | S |
| | ACETONE | | | | QTY AVAIL: | 0 | QTY REC: | 0 | |

RESPONSE:    KEY(S):
+F3: EXIT   F6: ACCEPT   F7: BKWD   F8: FWD   F9: PRINT ACK   F11: M/B ERRORS   F12 DELETE
1B V123

APPENDIX X

*** REQUISITION MANAGEMENT SCREEN ***

ACCT NBR: 218848 002    REQ NBR: TEST NEW ONE
COMP: 001       REL NBR:
ELECTRONIC SOURCING MESSAGES
LINE NUMBER      001      PART NUMBER 53610
PART ADDED SUCCESSFULLY
LINE NUMBER      001      PART NUMBER 53610
REPLACEMENT WAS MADE FOR PRIOR PART: S100-06
LINE NUMBER      001      PART NUMBER 53610
VENDOR CHANGED FROM: VN00000001
LINE NUMBER      002      PART NUMBER 53620
PART ADDED SUCCESSFULLY
LINE NUMBER      003      PART NUMBER 53650
PART ADDED SUCCESSFULLY
F6: RETURN   F7: BACKWARD   F8: FORWARD

We claim:

1. An electronic sourcing system comprising:

a collection of catalogs of items stored in an electronic format;

a first set of pre-determined criteria associated with said collection of catalogs;

a second set of pre-determined criteria associated with items from each of said catalogs;

a catalog selection protocol, said catalog selection protocol relying on said first set of pre-determined criteria to select less than said entire collection of catalogs, and including matching a vendor identification code with a subset of said collection of catalogs, wherein said subset of catalogs includes both a vendor catalog from a predetermined vendor and a second catalog from a predetermined third party that is one of a manufacturer and a competing vendor, said predetermined third party selling items corresponding to items in said vendor catalog; and

a search program, said search program relying on said second set of criteria to select specific items from said catalogs determined from said catalog selection protocol.

2. An electronic sourcing system as recited in claim 1, wherein catalogs comprising said collection of catalogs are stored in separate databases.

3. An electronic sourcing system as recited in claim 1, wherein said catalogs comprising said collection of catalogs are stored in a single database.

4. An electronic sourcing system as recited in claim 1, wherein said predetermined third party makes items in said vendor catalog.

5. An electronic sourcing system as recited in claim 1, further including a cross reference table linking a vendor item catalog number from said vendor catalog with an item catalog number from said predetermined third party.

6. An electronic sourcing system as recited in claim 1, wherein said second set of predetermined criteria includes at least one of a catalog number and item textual information.

7. An electronic sourcing system as recited in claim 1, wherein said catalog selection protocol includes providing an electronic listing of available catalogs from said collection of catalogs.

8. An electronic sourcing system as recited in claim 7, wherein said electronic listing of available catalogs is less than said collection of catalogs.

9. An electronic sourcing system comprising:

a collection of catalogs of items stored in an electronic format;

a first identification code associated with a first item in a first catalog;

a second identification code associated with a second item in a second catalog, said first item and said second item

6,055,516

**25**

being generally equivalent, and wherein a selection of one identification code from one of said first and second catalogs provides the other identification code from the other of said catalogs.

**10.** An electronic sourcing system as recited in claim 9, wherein said first identification code is identical to said second identification code.

**11.** An electronic sourcing system as recited in claim 9, wherein at least of one of said first and second catalogs includes said first and second identification codes.

**12.** An electronic sourcing system as recited in claim 9, wherein said selection includes a comparison of said one of said first and second identification codes with a cross-reference table listing both of said identification codes as being generally equivalent.

**13.** An electronic sourcing system as recited in claim 9, wherein a user selects one of said first and second identification codes, lacks access to said catalog corresponding to said selected identification code, but is given access to the other said catalog corresponding to said non-selected identification code.

**14.** An electronic sourcing system as recited in claim 9, wherein a user selects one of said first and second identification codes, and has access to both said first and second catalogs.

**15.** An electronic sourcing system as recited in claim 9, wherein said first and second identification codes correspond to a part number.

**16.** An electronic sourcing system comprising:

at least two product catalogs containing data relating to items such that an item in a first catalog is generally equivalent with an item in a second catalog; and

converting means for converting data relating to said item from said first catalog to data relating to said item from said second catalog.

**17.** An electronic sourcing system as recited in claim 16, wherein at least one catalog database contains said data from each of said catalogs, and said converting means includes a non-catalog database containing a cross-reference table such that use of a reference code corresponding to an entry in said cross-reference table links said item from said first catalog to data relating to said item from said second catalog.

**18.** An electronic sourcing system as recited in claim 16, wherein one or more catalog databases contain said data from each of said catalogs, and said converting means including one or more catalog databases including an identical reference code corresponding to said data from said first catalog and said data from said second catalog.

**19.** An electronic sourcing system as recited in claim 16, wherein said first catalog may be searched separately from said second catalog.

**20.** An electronic sourcing system as recited in claim 19, wherein a user lacks access to said first catalog and has access to said second catalog, such that a request for an item in said first catalog provides said data from said second catalog.

**21.** An electronic sourcing system comprising:

a requisition module including data fields, user-generated criteria entered into at least one of said data fields to generate at least partial criteria corresponding to a desired item;

a catalog collection searching module, said searching module including a collection of catalogs of items stored in an electronic format, a catalog selection criteria used to select less than said entire collection, said searching module being used to generate additional search-module criteria for said data fields of said requisition module;

**26**

a multiple purchase order generation module, said purchase order generation module creating multiple purchase orders from a single requisition created with said user-generated criteria and said search-module criteria;

wherein each of at least two catalogs include a generally equivalent item from a different source, said requisition module working in combination with said catalog searching module to determine multiple sources for said item;

wherein said multiple sources is limited by said catalog searching module providing a match according to said user-generated criteria, said search-module criteria and a determination system that located items are generally equivalent; and

wherein said determination system includes a cross-reference table matching an identification code from a first located item with a second identification code from a second located item.

**22.** An electronic sourcing system as recited in claim 21, wherein said determination system includes an identical identification code for each of said located items.

**23.** An electronic sourcing system, as recited in claim 21, wherein said requisition module generates a preferred requisition based on at least one of product availability and user preferences in accordance with a determination of multiple sources for a desired item.

**24.** An electronic sourcing system as recited in claim 21, wherein less than said catalog selection criteria is determined by at least one of said user-generated criteria or user characteristics.

**25.** An electronic sourcing system as recited in claim 24, wherein said user characteristics include a listing of catalogs from which a user is allowed to purchase.

**26.** An electronic sourcing module as recited in claim 21, wherein said requisition module uses at least one predetermined rule to select which of multiple sources to use for said desired item.

**27.** An electronic sourcing system as recited in claim 26, wherein said pre-determined rule relies on item availability.

**28.** An electronic sourcing system as recited in claim 26, wherein said pre-determined rule relies on a hierarchy of preferred sources.

**29.** An electronic sourcing system comprising:

a collection of catalogs of items stored in an electronic format;

a first set of pre-determined criteria associated with said collection of catalogs;

a second set of pre-determined criteria associated with items from each of said catalogs;

a catalog selection protocol, said catalog selection protocol relying on said first set of pre-determined criteria to select less than said entire collection of catalogs, and including matching a vendor identification code with a subset of said collection of catalogs, wherein said subset of catalogs includes both a vendor catalog from a predetermined vendor and a second catalog from a predetermined third party;

a search program, said search program relying on said second set of criteria to select specific items from said catalogs determined from said catalog selection protocol; and

a cross-reference table linking a vendor item catalog number from said vendor catalog with an item catalog number from said predetermined third party.

\* \* \* \* \*