## Tab K. "A multiple purchase order generation module, said purchase order generation module creating multiple purchase orders from a single requisition created with said user generated criteria and said search-module criteria"

### Claims using this term: claim 21 of the '516 patent

### Lawson means-plus-function term 12

There is no structure corresponding to this term that is linked to any portion of the specification of the '516 patent.

### Lawson's Proposed Construction

**Function**: Creating multiple purchase orders from a single requisition created with said user-generated criteria and said search-module criteria

**Means**: None

## Tab K. "A multiple purchase order generation module, said purchase order generation module creating multiple purchase orders from a single requisition created with said user generated criteria and said search-module criteria"

### Function

| Lawson's Proposed Definition | Lawson's Proposed Definition |
|---|---|
| **Function:** Creating multiple purchase orders from a single requisition created with said user-generated criteria and said search-module criteria | "a multiple purchase order generation module, said purchase order generation module creating multiple purchase orders from a single requisition created with said user-generated criteria and said search-module criteria" ('516 patent, claim 21) |

18

Case 3:09-cv-00620-REP   Document 165-13   Filed 02/16/10   Page 3 of 5 PageID# 3995

Tab K: "A multiple purchase order generation module, said purchase order generation module creating multiple purchase orders from a single requisition created with said user generated criteria and said search-module criteria."

6,055,516

25

being generally equivalent, and wherein a selection of one identification code from one of said first and second catalogs provides the other identification code from the other of said catalogs.

10. An electronic sourcing system as recited in claim **9**, wherein said first identification code is identical to said second identification code.

11. An electronic sourcing system as recited in claim **9**, wherein at least of one of said first and second catalogs includes said first and second identification codes.

12. An electronic sourcing system as recited in claim **9**, wherein said selection includes a comparison of said one of said first and second identification codes with a cross-reference table listing both of said identification codes as being generally equivalent.

13. An electronic sourcing system as recited in claim **9**, wherein a user selects one of said first and second identification codes, lacks access to said catalog corresponding to said selected identification code, but is given access to the other said catalog corresponding to said non-selected identification code.

14. An electronic sourcing system as recited in claim **9**, wherein a user selects one of said first and second identification codes, and has access to both said first and second catalogs.

15. An electronic sourcing system as recited in claim **9**, wherein said first and second identification codes correspond to a part number.

16. An electronic sourcing system comprising:
   at least two product catalogs containing data relating to items such that an item in a first catalog is generally equivalent with an item in a second catalog; and
   converting means for converting data relating to said item from said first catalog to data relating to said item from said second catalog.

17. An electronic sourcing system as recited in claim **16**, wherein at least one catalog database contains said data from each of said catalogs, and said converting means includes a non-catalog database containing a cross-reference table such that use of a reference code corresponding to an entry in said cross-reference table links said item from said first catalog to data relating to said item from said second catalog.

18. An electronic sourcing system as recited in claim **16**, wherein one or more catalog databases contain said data from each of said catalogs, and said converting means including one or more catalog databases including an identical reference code corresponding to said data from said first catalog and said data from said second catalog.

19. An electronic sourcing system as recited in claim **16**, wherein said first catalog may be searched separately from said second catalog.

20. An electronic sourcing system as recited in claim **19**, wherein a user lacks access to said first catalog and has access to said second catalog, such that a request for an item in said first catalog provides said data from said second catalog.

21. An electronic sourcing system comprising:
   a requisition module including data fields, user-generated criteria entered into at least one of said data fields to generate at least partial criteria corresponding to a desired item;
   a catalog collection searching module, said searching module including a collection of catalogs of items stored in an electronic format, a catalog selection criteria used to select less than said entire collection, said searching module being used to generate additional search-module criteria for said data fields of said requisition module;

26

a multiple purchase order generation module, said purchase order generation module creating multiple purchase orders from a single requisition created with said user-generated criteria and said search-module criteria;
wherein each of at least two catalogs include a generally equivalent item from a different source, said requisition module working in combination with said catalog searching module to determine multiple sources for said item;
wherein said multiple sources is limited by said catalog searching module providing a match according to said user-generated criteria, said search-module criteria and a determination system that located items are generally equivalent; and
wherein said determination system includes a cross reference table matching an identification code from a first located item with a second identification code from a second located item.

22. An electronic sourcing system as recited in claim **21**, wherein said determination system includes an identical identification code for each of said located items.

23. An electronic sourcing system, as recited in claim **21**, wherein said requisition module generates a preferred requisition based on at least one of product availability and user preferences in accordance with a determination of multiple sources for a desired item.

24. An electronic sourcing system as recited in claim **21**, wherein less than said catalog selection criteria is determined by at least one of said user-generated criteria or user characteristics.

25. An electronic sourcing system as recited in claim **24**, wherein said user characteristics include a listing of catalogs from which a user is allowed to purchase.

26. An electronic sourcing module as recited in claim **21**, wherein said requisition module uses at least one pre-determined rule to select which of multiple sources to use for said desired item.

27. An electronic sourcing system as recited in claim **26**, wherein said pre-determined rule relies on item availability.

28. An electronic sourcing system as recited in claim **26**, wherein said pre-determined rule relies on a hierarchy of preferred sources.

29. An electronic sourcing system comprising:
   a collection of catalogs of items stored in an electronic format;
   a first set of pre-determined criteria associated with said collection of catalogs;
   a second set of pre-determined criteria associated with items from each of said catalogs;
   a catalog selection protocol, said catalog selection protocol relying on said first set of pre-determined criteria to select less than said entire collection of catalogs, and including matching a vendor identification code with a subset of said collection of catalogs, wherein said subset of catalogs includes both a vendor catalog from a predetermined vendor and a second catalog from a predetermined third party;
   a search program, said search program relying on said second set of criteria to select specific items from said catalogs determined from said catalog selection protocol; and
   a cross-reference table linking a vendor item catalog number from said vendor catalog with an item catalog number from said predetermined third party.

* * * * *

## Tab K. "A multiple purchase order generation module, said purchase order generation module creating multiple purchase orders from a single requisition created with said user generated criteria and said search-module criteria"

### Means: Structure

| Lawson's Proposed Definition | Lawson's Proposed Definition |
|---|---|
| **Means:** None. | The figures and written description of the '516 patent include no description of any structure linked to or associated with the function of creating multiple purchase orders from a single requisition created with said user-generated criteria and said search-module criteria. |

19

**The parties agree that the remaining claims are means-plus-function claims.**