# APPENDIX A

# APPENDIX A-BACKGROUND AND EXPERIENCE

1. In terms of my background and experiences that qualify me as an expert in this case, I earned a Ph.D. in Computer Science in 1976 from the University of Illinois. I also obtained a Master of Science Degree in Computer Science from the University of Illinois in 1973 and a Bachelor of Science Degree in Engineering Science from the University of Tennessee in 1971.

2. I have authored or co-authored numerous books or book chapters in the computer science field and have authored or co-authored over 135 refereed articles on various topics related to computer science, computer systems, computer networks, search agents, databases and the Internet and e-commerce, among other topics.

3. I am currently on the editorial board of the *IEEE Computer* magazine.

4. I have presented papers at numerous conferences and have served as Program Chair of a number of conferences around the world. For example, I was the Keynote Speaker at the IEEE Industrial Electronics Annual Conference IECON '96, held in Maui, Hawaii in December 1996. The subject of my speech was "Electronic Commerce on the Internet." I served as the president of the IEEE Industrial Electronics Society from 1994-1995. Additionally, I am a named inventor on one U.S. patent.

5. I am a Fellow of the IEEE, an honor awarded to less than two percent of the IEEE Membership, and I am one of the Distinguished Lecturers recognized by the IEEE Industrial Electronics Society.

6. I have been an invited guest lecturer at numerous meetings sponsored by various corporations around the word. For example, I spoke on "Reliable Multicast and Reliable Group Management" for a meeting held at Sun Microsystems in Palo Alto, California in July, 1999. I

LIBW/1730240.1

gave a presentation entitled "Xpress Transport Protocol" at a meeting sponsored by General Electric Research and Development Laboratory, held in Schenectady, New York, in December, 1996.

7. I was the Lucian Carr III Professor of Engineering and Applied Science at the University of Virginia from 2002-2004. I was a member of the Provost's Promotion and Tenure Committee of the University of Virginia during 2003-2006. I served as the Chairman of the Department of Computer Science during 1984-85. In 1996-1999, I served as a member of the Promotion and Tenure Committee for the School of Engineering and Applied Science at the University of Virginia and chaired that committee during 1998-1999. Currently, I am serving as the Director of the Computer Science Corporate Partners Program for the Department of Computer Science at the University.

8. I teach the University of Virginia's CS4753 course "Electronic Commerce Technologies" annually. Along with my co-author, I will present a paper entitled "Electronic Commerce Virtual Laboratories" at the March 2010 conference of the Association for Computing Machinery's Special Interest Group for Computer Science Education (SIGCSE 2010). I am the Principal Investigator for "Secure E-Commerce: A Modular Course Supported by Virtual Laboratories," a research project funded by the National Science Foundation.

9. In addition to my teaching activities at the University, I am the Director of the University of Virginia's Applied Research Institute, a pan-University organization that conducts research on issues of national significance, such as homeland security.

10. Additionally, I am the Director of the University of Virginia's Internet Commerce Group, a group designed to partner University personnel with businesses and government to help build software products for Internet commerce.

2

11. I have also had the opportunity to consult with and/or work in the commercial sector. For example, I received a research grant from Microsoft Research for my work in connection with development of a solution to the problems associated with the privacy and security of medical data. In the past, I have consulted for General Electric, Lockheed Martin, Honeywell, Raytheon, and others. Additionally, I founded five companies of my own which were focused on e-commerce. I was involved in all aspects of the life cycles of these companies from raising start-up capital funding, to designing and developing products, to attempting to commercialize these products in the marketplace.

12. I was qualified by this Court as an expert witness in the field of computer science in the patent infringement matter of *ePlus, Inc. v. Ariba, Inc.*, Civil Action No. 1:04-cv-612 (E.D. Va), which case was tried before a jury in January and February of 2005.

13. I was also qualified by this Court as an expert in the field of computer science in the patent infringement matter of *ePlus, Inc. v. SAP America, Inc. and SAP AG*, Civil Action No. 3:05cv281 (E.D.Va.).

14. I was also qualified by this Court as an expert in the field of computer science and I testified at trial in *MercExchange, L.L.C. vs. eBay, Inc. et al.*, Civil Action No. 2:01cv736 (E.D.Va.).

15. My fields of expertise include computer science, computer systems, computer network architecture, and Internet and electronic commerce, among others.