# EXHIBIT 3

# Webster's New World™

# Computer Dictionary

## Ninth Edition

*by Bryan Pfaffenberger, Ph.D.*

Webster's New World™ Computer Dictionary, Ninth Edition

Copyright © 2001 by Hungry Minds, Inc.

Hungry Minds, Inc.
909 Third Ave.
New York, NY 10022
www.hungryminds.com

All rights reserved. No part of this book may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or by any information storage and retrieval system, without permission in writing from the Publisher.

For general information on Hungry Minds' products and services please contact our Customer Care department; within the U.S. at 800-762-2974, outside the U.S. at 317-572-3993 or fax 317-572-4002. For sales inquiries and reseller information, including discounts, bulk sales, customized editions, and premium sales, please contact our Customer Care department at 800-434-3422.

A Webster's New World™ Book

WEBSTER'S NEW WORLD DICTIONARY is a registered trademark of Hungry Minds, Inc.

Library of Congress Control Number: 2001091950

ISBN 0-7645-6325-4

Cataloging-in-publication information available upon request.

Manufactured in the United States of America

5 4 3 2 1

**alert box** In a graphical user interface (GUI), a dialog box that appears onscreen to warn that the command given may result in lost work or other errors, or that explains why an action cannot be completed. Alert boxes remain onscreen until the user takes some action—usually clicking an OK button or choosing Yes or No—to remove the box or cancel the operation.

**ALGOL** An early programming language, little used today, that was designed for scientific computation.

**algorithm** **1.** A mathematical or logical procedure for solving a problem. An algorithm is a recipe for finding the right answer to a difficult problem by breaking down the problem into simple steps. **2.** In data compression, the standard used to compress or decompress the data.

**algorithmic art** In computer art and music, the use of an unfolding mathematical procedure as a means of artistic expression.

**alias** **1.** A secondary or symbolic name for a file, a collection of data, a computer user, or a computer device. **2.** In a spreadsheet, a range name, such as Income, is an alias for a range, such as A3–K3. **3.** In networks, group aliases provide a handy way to send e-mail to two or more people simultaneously.

**aliasing** In graphics, the undesirable jagged or stair-stepped appearance of diagonal lines in computer-generated images. A low-resolution monitor causes aliasing. Bit-mapped characters also have aliasing, especially when they are enlarged. Synonymous with jaggies. See *anti-aliasing.*

**alignment** **1.** The placement of hard and floppy disk drive read/write heads over the disk tracks they must read and write. **2.** In desktop publishing, synonymous with justification.

**allocate** To reserve sufficient memory for a program's operation.

**allocation table** See *file allocation table.*

**all points addressable (APA) graphic** See *bit-mapped graphic.*

**Alpha** **1.** A RISC-based microprocessor, developed by Digital Equipment Corporation (DEC) and now marketed by Compaq, that can process 64 bits of data at a time. **2.** A workstation, marketed by Compaq, that uses the Alpha microprocessor. See *microprocessor, RISC.*

**alpha build** In Web publishing, a preliminary version of a Web site that is submitted to clients for approval before serious coding begins.

**alphanumeric characters** Characters available on a keyboard, including uppercase and lowercase letters A through Z, numbers 0 through 9, punctuation marks, and symbols that can be entered from the keyboard, such as ( and *. See *ANSI, extended character set.*

**alpha software** An early version of a program that is generally so buggy that it is tested in-house prior to more widespread beta tests. See *beta software.*

**alpha test** The first stage in the testing of computer products before they are released for public use. Alpha tests are usually conducted by the hardware manufacturer or software publisher. Later tests, called beta tests, are conducted by selected users. See *alpha software, beta software.*

**AltaVista** See *search engine.*

**Alt key** On IBM PC–compatible keyboards, a key used in combination with other keys to select commands from the menu or as shortcut keys to execute commands. In WordPerfect, for example,