IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:09cv620 |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT LAWSON SOFTWARE, INC.'S NOTICE OF FILING ADDITIONAL EXHIBITS TO NOTICE OF FILING SUPPLEMENTAL CHART AND MATERIALS IN SUPPORT OF CLAIM CONSTRUCTION POSITIONS

Defendant Lawson Software, Inc., by counsel, hereby files these additional exhibits to its Notice of Filing Supplemental Chart and Materials in Support of Claim Construction Positions.

Dated: February 16, 2010                LAWSON SOFTWARE, INC.


                                         By:   /s/ Robert A. Angle
                                                  Of Counsel

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
**Troutman Sanders LLP**
1001 Haxall Point, Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*

1

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

CERTIFICATE OF SERVICE

I certify that on this 16th day of February, 2010, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Craig T. Merritt<br>Henry I. Willett, III<br>**CHRISTIAN & BARTON, LLP**<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219-3095<br>cmerritt@cblaw.com<br>hwillett@cblaw.com | Shirley Sperling Paley<br>James D. Clements<br>Goodwin Procter, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2881<br>spaley@goodwinprocter.com<br>jclements@goodwinprocter.com |
| Scott L. Robertson<br>Jennifer A. Albert<br>David M. Young (VSB No. 35997)<br>Robert D. Spendlove (VSB No. 75468)<br>Goodwin Procter, LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>srobertson@goodwinprocter.com<br>jalbert@goodwinprocter.com<br>dyoung@goodwinprocter.com<br>rspendlove@goodwinprocter.com<br><br>*Attorneys for Plaintiff* | |

          /s/ Robert A. Angle
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
**Troutman Sanders LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*

1923843v1