**Tab S.** **"Means for searching for matching items that match the entered product information in the selected portions of the database"**

**Claims using this term: claim 1 of the '172 patent**

**Lawson means-plus-function term 6**

The structure corresponding to this term is linked to portions of the specification of the '172 patent beginning at 4:12 and ending at 17:55, as shown below.

**Lawson's Proposed Construction**

**Function:** Searching for matching items that match the entered product information in the selected portions of the database

**Means:** Two means are disclosed:

**Structure No. 1.** Software initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps:

a. entering certain search criteria (e.g., catalog number, part number, or partial text) relating to item(s) to be searched into requisition/purchasing system;

b. searching local RIMS databases (42) based on search criteria, and if found, search is complete;

c. if items are not found in RIMS databases (42), communicating the search criteria from requisition/purchasing system (40 or 240) to catalog search program (50 or 250) running on same local computer via the DDE protocol of interface (60);

d. concatenating (i.e., joining together by linking so as to form a chain or series) only selected product catalogs to be searched after the user selects the catalogs to be searched;

e. searching the concatenated catalogs from catalog database (36 or 236) via catalog search program (50 or 250) based on the search criteria received from requisition/purchasing system;

f.      if more than one search criterion is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword and (c) page number, stopping at highest priority search criteria resulting in a match; and

g.      displaying via catalog search program a hit list of search results.

**Structure No. 2.**     Software initiated from shell program (52 or 252) running on local computer (20 or 220), that consists of the following steps:

a.      displaying a search screen on the monitor of local computer;

b.      receiving search criteria (e.g., catalog page number, keyword, part number) for item to be searched;

c.      concatenating (i.e., joining together by linking so as to form a chain or series) only the selected product catalogs to be searched after the user selects the catalogs to be searched;

d.      searching the concatenated catalogs from catalog database (36 or 236) via catalog search program (50 or 250) running on local computer based on data received from shell program (52);

e.      if more than one search criterion is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword, and (c) page number, stopping at highest priority search criteria resulting in a match; and

f.      displaying via catalog search program a hit list (47) of search results.

## <u>Tab S.</u> "Means for searching for matching items that match the entered product information in the selected portions of the database"

### Function

| <u>Lawson's Proposed Definition</u> | <u>Lawson's Proposed Definition</u> |
|---|---|
| <u>**Function**</u>: Searching for matching items that match the entered product information in the selected portions of the database | "means for searching for matching items that match the entered product information in the selected portions of the database" ('172 patent, claim 1) |

**The parties agree that this is the correct function.**

US 6,505,172 B1

23       24

APPENDIX VIII-continued

| RICREQI1 | FISHER SCIENTIFIC RIMS<br>REQUISITION MANAGEMENT SCREEN | DATE: 07-29-94<br>TIME: 14:54:22 |
|---|---|---|

```
         003 13246818F       1   EA   03              0.00      0.00
DESC:                            QTY AVAIL:   0  LOC: FSHR   WHSE: EDC
         004 A181-06          1   EA   06            100.00    100.00
  DESC: ACETONE                   QTY AVAIL:   0  LOC:        WHSE: JIT
JIT BACKORDER WILL OCCUR
         005
  DESC:                            QTY AVAIL:   0  LOC:        WHSE:
RESPONSE:      KEYS(S):
I ITEM(S) PROCESSED
+ F3:EXIT  F6:SOURCE  F7:BKWD:  F8:FWD  F9:NEW ITM  F10:NONCAT  F11:CATALOG  F12:CNCL
1B V123
```

APPENDIX IX

| RICPOMP1 | FISHER SCIENTIFIC RIMS<br>REQUISITION MANAGEMENT SCREEN | DATE: 08-03-94<br>TIME: 07:44:13 |
|---|---|---|

```
   COMP ID : 001            REQ-NBR : PO NBR 001
   ACCT NBR : 363690 006    REL-NBR :
   ORDER NBR :                          PICKLIST REVIEWED :
     SERVICE : 0.00      ORDER:     0.00  FREIGHT:
   CARRIER :
O LINE      PART          QTY  UOM PRD UNIT PRICE SERVICE EXT PRICE LOC STAT
   001 A181                  1   EA   03    35.30  0.00         35.30 DEL  S
       ACETONE CERTIFIED ACS     1L     QTY AVAIL:    1         QTY REC: 0
   002 02540K                1   PK   01    32.70  0.00         32.70 JIT  S
       BEAKER GRIFFIN 250 ML   12/9     QTY AVAIL:   49         QTY REC: 0
   003 13246818F             1   EA   03  3495.00  0.00       3495.00 EDC  S
       PROGRAMMABLE OVEN               QTY AVAIL:    0         QTY REC: 0
   004 A181-06               1   EA   06   100.00  0.00        100.00 JIT  S
       ACETONE      KEY(S):            QTY AVAIL:    0         QTY REC: 0
RESPONSE:       KEY(S):
+ F3:EXIT  F6:ACCEPT  F7:BKWD  F8:FWD  F9:PRINT ACK  F11:M/B ERRORS  F12 DELETE
1B V123
```

APPENDIX X

```
    *** REQUISITION MANAGEMENT SCREEN ***

  ACCT NBR: 218848 002 REQ NBR: TEST NEW ONE
     COMP: 001          REL NBR:
                        ELECTRONIC SOURCING MESSAGES
     LINE NUMBER    001     PART NUMBER 53610
PART ADDED SUCCESSFULLY
     LINE NUMBER    001     PART NUMBER 53610
REPLACEMENT WAS MADE FOR PRIOR PART: S100-06
     LINE NUMBER    001     PART NUMBER 53610
VENDOR CHANGED FROM:    VN00000001
     LINE NUMBER    002     PART NUMBER 53620
PART ADDED SUCCESSFULLY
     LINE NUMBER    001     PART NUMBER 53650
PART ADDED SUCCESSFULLY
F6:RETURN    F7:BACKWARD    F8:FORWARD
```

We claim:

1. An electronic sourcing system comprising:

a database containing data relating to items associated with at least two vendors maintained so that selected portions of the database may be searched separately;

means for entering product information that at least partially describes at least one desired item;

means for searching for matching items that match the entered product information in the selected portions of the database;

means for generating an order list that includes at least one matching item selected by said means for searching;

means for building a requisition that uses data obtained from said database relating to selected matching items on said order list;

means for processing said requisition to generate purchase orders for said selected matching items.

2. The electronic sourcing system according to claim 1, wherein the means for searching comprises:

means for searching the database for segments of data relating to items associated with a vendor that contain vendor items that match the product information for said at least one desired item;

means for generating a hit list of such vendor segments; and

means for selectively viewing the vendor segments identified for said hit list, and

wherein the means for generating an order list comprises means for selecting desired items from a vendor segment identified by said hit list.

3. The electronic sourcing system according to claim 1, wherein the means for entering product information fully describes at least one desired item.

4. The electronic sourcing system according to claim 1, further comprising means for determining the applicable price of a selected matching item.

5. The electronic sourcing system according to claim 1, further comprising means for determining whether a selected matching item is available in inventory.

* * * * *

## Tab S. "Means for searching for matching items that match the entered product information in the selected portions of the database"

### Means: Structure #1

| Lawson's Proposed Definition | Lawson's Proposed Definition |
|---|---|
| **Means:** Two means are disclosed: | |
| **Structure No. 1.** Software initiated from requisition/purchasing system (40 or 240) running on local computer (20 or 220) that consists of the following steps: | "As shown in the embodiment of **FIG. 1A**, Fisher RIMS 40 and TV/2 search program 50 are run by local computer 20." ('172 patent, Detailed Description of the Drawings, 4:12-14 (emphasis added))<br><br>**Figure 1A** shows RIMS (40) running on local computer (20):<br><br><br><br>('172 patent, Fig. 1A)<br><br>**Figure 1B** shows Requisition/Purchasing Program (240) running on local computer (220): |



FIG. 1B

('172 patent, Fig. 1B)

"Local computer 20 is preferably capable of running both a RIMS program 44 and Shell program 52 at the same time (i.e., in a multi-tasking environment), but the user of local computer 20 usually sees only RIMS program 44 or Shell program 52 at one time in the foreground on monitor 22." ('172 patent, Detailed Description of the Drawings, 4:34-39)

"In that environment, search program 250, which preferably comprises TV/2 search program 250, and catalog databases 236 are stored on file server 200. . . . One or more of these may be copied from server 220 when needed." ('172 patent, Detailed Description of the Invention, 17:33-51)

Case 2:22-cv-00093-RTR Document 170-2 Filed 08/16/12 Page 7 of 52 PageID #:4324

Tab S: "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

**3**

It is a further object of this invention to provide an electronic sourcing system capable of creating an order list including desired catalog items located as the result of such a database search, and transferring that order list to a requisition/purchasing system for generating a requisition including entries for the desired catalog items.

In accordance with the invention, an electronic sourcing system and method may be provided by the system are provided. The system includes a computer that maintains a catalog database of data including product information (such as product identification information, and descriptive information) relating to catalog items available from vendor product catalogs, and a means for building (generating) a requisition including at least one requisitioned item. Information at least partially identifying an item desired to be requisitioned is entered by a user, and utilized by a means for searching the database for catalog items matching that information and for selecting at least one catalog item located as a result of the search. Text describing the catalog items, and images of the items, may be viewed. Data identifying selected catalog items are communicated to the requisition building means, which generates a requisition including entries for items corresponding to the selected catalog items. Additionally, the invention includes a means for checking the availability in one or more inventory locations of the corresponding desired catalog items, and for generating one or more purchase orders for desired items from inventory locations stocking the items.

### BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the invention will be apparent from consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1A is a block diagram showing one exemplary embodiment of the overall system of the present invention;

FIG. 1B is a block diagram showing another exemplary embodiment of the overall system of the present invention;

FIG. 1C is a block diagram showing a portion of the embodiment of FIG. 1A in greater detail;

FIG. 2 is a block diagram showing the flow of control and interaction between the various programs and data screens of the programs used for requisition management and vend catalog searching of the present invention; and

FIG. 3 is a block diagram showing a portion of a system (Fisher RIMS) for requisition management, including the electronic sourcing system of the present invention.

### DETAILED DESCRIPTION OF THE INVENTION

FIGS. 1A and 1B show preferred embodiments of the electronic sourcing system 5 of the present invention. As shown in FIG. 1A, a local computer 20, which is preferably located at or near a Customer site and the site of Just-In-Time ("JIT") Inventory, is preferably used by an on-site Customer Service Representative ("CSR") dedicated to a Customer to assist that Customer in requisitioning items needed.

Local computer 20 includes conventional color monitor 22 and alphanumerical keyboard 24 including twelve function keys F1, F2, . . . F12. Local computer is also coupled to printer 26.

Local computer 20 is preferably a conventional microcomputer (such as a 386-, 486- or Pentium-class personal

**4**

computer) capable of operating the required programs and of transmitting and receiving the required communications, running the OS/2 operating system 32 and also running the CICS OS/2 application 34, both of which are available from IBM.

Electronic sourcing system 5 also includes a requisition/purchasing system 40, preferably but not necessarily the Fisher RIMS system, and a search program 50 that is capable of searching through large volumes of information quickly and accurately. Preferably but not necessarily, the Technical Viewer 2 search program ("TV/2"), available from IBM, is used as search program 50. As shown in the embodiment of FIG. 1A, Fisher RIMS 40 and TV/2 search program 50 are run by local computer 20.

Fisher RIMS system 40 is comprised of numerous program modules, including several programs 44, which operate within CICS environment 34 of OS/2 operating system 32. Programs 44 include, among others, Requisition Management ("REQI") program 44A, Inventory Sourcing program or programs 44B, Requisition Maintenance program 44C, Customer Variable program 44D, and Order Header program 44E, each of which will later be described in greater detail. REQI program 44A is most often the RIMS program 44 that interfaces with TV/2 search program 50.

Fisher RIMS system 40 also includes several Fisher RIMS databases 42. These databases 42 preferably include requisition databases 42A, inventory databases 42B, and customer-specific databases 42C, each maintained within OS/2 operating system 32.

Local computer 20 also preferably runs Shell program 52, which operates under search program 50 and is used to customize search program 50 to generate Order Lists 48 (shown in FIG. 1C) with particular fields of formatted data about the items selected using search program 50. Local computer 20 is preferably capable of running both a RIMS program 44 and Shell program 52 at the same time (i.e., in a multi-tasking environment), but the user of local computer 20 usually sees only RIMS program 44 or Shell program 52 at one time in the foreground on monitor 22.

Local computer 20 is also provided with a catalog database 36 comprised preferably of at least two vendor product catalogs. The catalogs, and hence catalog database 36, preferably include such information as part number, price, catalog number, vendor name or I.D., and vendor catalog number, as well as textual information and images of or relating to the catalog products. The nature of the business that the Customer using electronic sourcing system 5 conducts will determine which product catalogs are made a part of catalog database 36.

A feature of the present invention is the ability to search multiple catalogs from different suppliers. For example, catalog database 36 can contain the catalog or catalogs published by a vendor Distributor, having Distributor's catalog numbers for all listed products and vendor manufacturer's part numbers for many of the listed products. Catalog database 36 can further contain catalogs published by some of the vendor manufacturers, listing the manufacturers' part numbers for certain products correspondingly listed in the Distributor's catalogs and for certain products not listed in the Distributor's catalogs. Catalog database 36 can further contain catalogs published by outside suppliers, whether other manufacturers or other distributors, listing such vendor's products different from those in the Distributor's catalogs.

Where the Fisher RIMS system is in use with electronic sourcing system 5, a host computer 10 located at a Distribu-

Case
Tab S: "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

| 3 | 4 |

It is a further object of this invention to provide an electronic sourcing system capable of creating an order list including desired catalog items located as the result of such a database search, and transferring that order list to a requisition/purchasing system for generating a requisition including entries for the desired catalog items.

In accordance with the invention, an electronic sourcing system and method may be provided by the system are provided. The system includes a computer that maintains a catalog database of data including product information (such as product identification information, and descriptive information) relating to catalog items available from vendor product catalogs, and a means for building (generating) a requisition including at least one requisitioned item. Information at least partially identifying an item desired to be requisitioned is entered by a user, and utilized by a means for searching the database for catalog items matching that information and for selecting at least one catalog item located as a result of the search. Text describing the catalog items, and images of the items, may be viewed. Data identifying selected catalog items are communicated to the requisition building means, which generates a requisition including entries for items corresponding to the selected catalog items. Additionally, the invention includes a means for checking the availability in one or more inventory locations of the corresponding desired catalog items, and for generating one or more purchase orders for desired items from inventory locations stocking the items.

BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the invention will be apparent from consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1A is a block diagram showing one exemplary embodiment of the overall system of the present invention;

FIG. 1B is a block diagram showing another exemplary embodiment of the overall system of the present invention;

FIG. 1C is a block diagram showing a portion of the embodiment of FIG. 1A in greater detail;

FIG. 2 is a block diagram showing the flow of control and interaction between the various programs and data screens of the programs used for requisition management and vend catalog searching of the present invention; and

FIG. 3 is a block diagram showing a portion of a system (Fisher RIMS) for requisition management, including the electronic sourcing system of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

FIGS. 1A and 1B show preferred embodiments of the electronic sourcing system 5 of the present invention. As shown in FIG. 1A, a local computer 20, which is preferably located at or near a Customer site and the site of Just-In-Time ("JIT") Inventory, is preferably used by an on-site Customer Service Representative ("CSR") dedicated to a Customer to assist that Customer in requisitioning items needed.

Local computer 20 includes conventional color monitor 22 and alphanumerical keyboard 24 including twelve function keys F1, F2, . . . F12. Local computer is also coupled to printer 26.

Local computer 20 is preferably a conventional microcomputer (such as a 386-, 486- or Pentium-class personal computer) capable of operating the required programs and of transmitting and receiving the required communications, running the OS/2 operating system 32 and also running the CICS OS/2 application 34, both of which are available from IBM.

Electronic sourcing system 5 also includes a requisition/purchasing system 40, preferably but not necessarily the Fisher RIMS system, and a search program 50 that is capable of searching through large volumes of information quickly and accurately. Preferably but not necessarily, the Technical Viewer 2 search program ("TV/2"), available from IBM, is used as search program 50. As shown in the embodiment of FIG. 1A, Fisher RIMS 40 and TV/2 search program 50 are run by local computer 20.

Fisher RIMS system 40 is comprised of numerous program modules, including several programs 44, which operate within CICS environment 34 of OS/2 operating system 32. Programs 44 include, among others, Requisition Management ("REQI") program 44A, Inventory Sourcing program or programs 44B, Requisition Maintenance program 44C, Customer Variable program 44D, and Order Header program 44E, each of which will later be described in greater detail. REQI program 44A is most often the RIMS program 44 that interfaces with TV/2 search program 50.

Fisher RIMS system 40 also includes several Fisher RIMS databases 42. These databases 42 preferably include requisition databases 42A, inventory databases 42B, and customer-specific databases 42C, each maintained within OS/2 operating system 32.

Local computer 20 also preferably runs Shell program 52, which operates under search program 50 and is used to customize search program 50 to generate Order Lists 48 (shown in FIG. 1C) with particular fields of formatted data about the items selected using search program 50. Local computer 20 is preferably capable of running both a RIMS program 44 and Shell program 52 at the same time (i.e., in a multi-tasking environment), but the user of local computer 20 usually sees only RIMS program 44 or Shell program 52 at one time in the foreground on monitor 22.

Local computer 20 is also provided with a catalog database 36 comprised preferably of at least two vendor product catalogs. The catalogs, and hence catalog database 36, preferably include such information as part number, price, catalog number, vendor name or I.D., and vendor catalog number, as well as textual information and images of or relating to the catalog products. The nature of the business that the Customer using electronic sourcing system 5 conducts will determine which product catalogs are made a part of catalog database 36.

A feature of the present invention is the ability to search multiple catalogs from different suppliers. For example, catalog database 36 can contain the catalog or catalogs published by a vendor Distributor, having Distributor's catalog numbers for all listed products and vendor manufacturer's part numbers for many of the listed products. Catalog database 36 can further contain catalogs published by some of the vendor manufacturers, listing the manufacturers' part numbers for certain products correspondingly listed in the Distributor's catalogs and for certain products not listed in the Distributor's catalogs. Catalog database 36 can further contain catalogs published by outside suppliers, whether other manufacturers or other distributors, listing such vendor's products different from those in the Distributor's catalogs.

Where the Fisher RIMS system is in use with electronic sourcing system 5, a host computer 10 located at a Distribu-

Case Tab S: "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

17                                              18

In some embodiments, a Customer end user or a Customer purchasing employee operating REQI program **44A** of Fisher RIMS system **40** may also operate TV/2 search program **50**. Operating either from a terminal connected to local computer **20**, or from a separate local computer networked with the CSR's local computer **20**, such a Customer end user can select requisitioned items for inclusion in Requisition Item Table **46** by keystrokes viewing that screen and by searches in TV/2 search program **50** which are transmitted to the Requisition Item Table **46** via interface **60**, as described above. Depending upon his or her authorization level and access code to Fisher RIMS system **40**, the customer purchasing employee may be able to source the final requisition and/or accept the sourced requisition, as shown in Appendix IX. If, however, the sourced requisition was split into more purchase orders than the Customer purchasing employee might prefer, the intervention of the Distributor CSR could be invoked to revise and re-source the requisition (causing, for example, certain items originally sourced as type **01** products to be sourced for this order as corresponding type **03** products from a common Distributor warehouse with other type **03** products on the requisition). The Customer end user may have authority only to build the Requisition Item Table, but then calls the Distributor CSR or Customer purchasing employee to source and accept the requisition.

As shown in FIG. 1B, the present invention also has application to Distributor's regional customer service locations where a large number of CSRs may be placing orders directly on Distributor's host computer **210** for thousands of different customers who call in. In that environment, search program **250**, which preferably comprises TV/2 search program **250**, and catalog databases **236** are stored on file server **200**. In this environment, file server **200** is a large personal computer, a work station or a mini-computer such as an IBM AS/400. Alternatively, the server **200** and a minicomputer (such as an IBM AS/400) can be independently connected to each local computer **200**. Each CSR has a local personal computer **220** having a monitor **222**, a keyboard **224** and a printer **226**. Local computer **220** is provided with programs including requisition/purchasing program **240**, Shell program **252** and a graphic user interface **254** (preferably EASEL Workbench program **254** for OS/2) for listing items. One or more of these may be copied from server **220** when needed. Work-in-progress requisitions **260** are established for each customer and are attached to graphic user interface **254**. Server **200** maintains complete requisitions **242**, in a manner similar to the manner in which local computer **20** maintains requisition databases **42** in the embodiment shown in FIG. 1A.

Normally, in such an environment, the CSR creates Order lists for customers by entering Distributor catalog numbers into graphic user interface **254** and connecting to the Distributor mainframe **210** for price and availability. For this purpose, each local computer is connected to host computer **210** via a phone/dataline and either a gateway or a minicomputer acting as a local host. When a customer asks for products by manufacturer part number or a competitor's catalog number, the CSR has access to cross-reference files, as earlier described, either maintained on the local host or maintained on the Distributor host computer **210**.

Appropriate Distributor catalogs and manufacturer catalogs then are consulted, using TV-2 search program **250** and proper selection of Distributor catalogs and of catalogs and bulletins from manufacturers whose products Distributor regularly sells. Catalogs and bulletins are contained in catalog database **236**. The resultant lists of products are then transferred by Shell program **252** to a work-in-progress requisition **260**, and then entered from graphical user interface **254** directly onto Distributor's mainframe computer **210** as orders from the applicable customer to Distributor. The CSR, knowing which items are available from which Distributor warehouse and direct-shipping supplier, then may divide the customer's requested items into multiple orders, so as to assure that each order is completely filled by a single shipment. In this regional environment, file server **200** or the minicomputer acting as local host can maintain files of completed requisitions **242** which can be subsequently used for generating reports for customers in the region. Reports can be generated either from such local data or from data periodically downloaded to the local host from Distributor's host computer **210**.

Another environment where the present invention can be used is in Distributor's purchasing department. The item lists created in that environment can include lists of items Distributor does not regularly stock or purchase, but for which particular customers indicate a requirement to buy. The file server **200** in that environment contains TV-2 search program **250**, EASEL graphical user interface **254** and multiple catalog databases **236** containing catalogs similar to the Fairmont and NIST catalogs described above for the embodiment of FIG. 1A. The Distributor purchasing employee can receive by phone or via Distributor's host computer **210** requests for items not shown on Distributor's host databases either as regular products (type **03**) or third party items purchased for particular customers on a regular basis (type **07** items). Transmitting such requirements to the applicable Distributor purchasing employee can be a function of the inventory sourcing routines of host computer, or may be directed by the Distributor CSR interfacing with the customer.

The Distributor purchasing employee can search appropriate catalogs using TV-2 search program **250**, and can transfer the "Items Selected" to a product list in EASEL interface **254**. The resultant list might display, for example, supplier part number, supplier, list price, product and catalog page, with access to other fields such as complete description (up to 500 characters). The Distributor purchasing employee can then either forward the information to the CSR, customer end user or customer purchasing employee who requested the item (to confirm that the requirement is being met) or contact the supplier to confirm pricing and availability. Once responses from either or both have been obtained, the Distributor purchasing employee can use the item list in EASEL interface **254** to create one or more of the following purchase orders:

1. an order from the customer to the supplier (an Administrative Purchase);
2. an order from the customer to Distributor (for a type **07** product); and
3. an order from the Distributor to the supplier (usually providing for direct shipment from the supplier to the customer or to a JIT site maintained by Distributor for the customer).

**Tab S.** "**Means for searching for matching items that match the entered product information in the selected portions of the database**"

**Means: Structure #1**

| Lawson's Proposed Definition | Lawson's Proposed Definition |
|---|---|
| **Part 1a.** entering certain search criteria (e.g., catalog number, part number, or partial text) relating to item(s) to be searched into requisition/purchasing system; | "**The user uses REQI program 44A** and its associated Requisition Management data screen **110 to enter the catalog or part numbers** and quantities of the various items being requisitioned." ('172 patent, Detailed Description of the Invention, 7:52-55 (emphasis added))<br><br>"The user can next **enter** desired items and quantities for the requisition. Each desired item may be identified by **entering** its distributor catalog or part number, if known, in the field below the STOCK NBR label on the appropriate line in Requisition Item Table 46 shown on Requisition management data screen 110." ('172 patent, Detailed Description of the Invention, 7:66 – 8:4 (emphasis added))<br><br>"Once the user has **entered** such information at least partially describing a desired item on Requisition Management data screen 110, he or she may wish to initiate a search of catalog database 36 to find all the part numbers contained in catalog database 36 that match the part number entered or other information on Requisition Management screen 110." ('172 patent, Detailed Description of the Invention, 8:7-13 (emphasis added))<br><br>"In any of these cases, the user alternatively or additionally could **enter** text at least partially describing the product to be requisitioned in the 'DESC' field of Requisition Management data screen 110 (e.g., **Appendix II**)." ('172 patent, Detailed Description of the Invention, 8:27-31 (emphasis added)) |

APPENDIX II

** REQUISITION MANAGEMENT SCREEN ***

ACCT NBR: 218848 002 REQ NBR: TEST NEW ONE
     COMP:    1      REL NBR:

| S | LINE | STOCK NBR | QTY | UM | PT | STKRM | XREF | SPI | UNIT PRICE | EXT PRICE |
|---|------|-----------|-----|----|----|-------|------|-----|-----------|-----------|
|   | 001  | 13246818F | 0   | CS | 03 |       |      |     | 0.00      | 0.00      |
|   | DESC:|           |     | QTY AVAIL: | | | 0 | | LOC: FSHR | WHSE: BLW |
|   | 002  |           |     |    |    |       |      |     |           |           |
|   | DESC:|           |     | QTY AVAIL: | | | | | LOC: | WHSE: |
|   | 003  |           |     |    |    |       |      |     |           |           |
|   | DESC:|           |     | QTY AVAIL: | | | | | LOC: | WHSE: |
|   | 004  |           |     |    |    |       |      |     |           |           |
|   | DESC:|           |     | QTY AVAIL: | | | | | LOC: | WHSE: |
|   | 005  |           |     |    |    |       |      |     |           |           |
|   | DESC:|           |     | QTY AVAIL: | | | | | LOC: | WHSE: |

                RESPONSE:   KEY(S):
ALL ITEMS DISPLAYED
F3:EXIT F6:SOURCE F7:BKWD F8:FWD F9:NEW F10:NONCAT F11: CATALOG F12:CNCL

('172 patent, Appendix II)

Case 3:09-cv-00038-RER   Document 171-2   Filed 02/16/18   Page 12 of 52 PageID #: 4998

Tab S: "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

7

enter a Requisition Number in the appropriate field of the Order Header screen **100**. Various additional information may also be entered.

At the bottom of Order Header data screen **100** are several fields that describe the function of various function keys. Function keys F6, F9, and F10 all cause the system to jump to a new RIMS program **44** or data screen in Fisher RIMS system **40**. For example, pressing the F9 key causes the system to jump to RIMS Customer Variable program **44E** (FIG. 1A) and its associated Customer Variable Header data screen **104** (FIG. 3). Customer Variable Header program **44E** with its associated Customer Variable Header data screen **104** allows the user to enter and edit information that the particular customer desires to be associated with the requisition due to requirements of the customer's internal accounting system or other systems. Pressing the F10 key will cause the system to enter the Inventory Sourcing program or programs **44B**.

Pressing the F6 function key from the Order Header data screen causes Fisher RIMS system **40** to jump to REQI program **44A** (FIG. 1A). The screen associated with REQI program **44A** is Requisition Management data screen **110** (FIG. 3) illustrated in Appendix II. Within REQI program **44A** and its associated Requisition Management data screen **110**, Requisition Item Table **46** (shown in FIG. 1C) is a graphical representation of a database table in which certain fields are completed on a list of items that are to be listed, sourced and ordered. Representative Requisition Management data screens **110** showing a Requisition on Requisition Item Table **46** are set forth in Appendices II, VIII and IX. It should be appreciated that data about each item is stored in Requisition Item Table **46**, some of which is displayed on the screens shown in Appendices II, VIII and IX. The data stored can additionally include customer variable data. That is, the fields on Requisition Item Table **46** can be expanded to include specific item details used by a particular customer, especially when reports from requisition databases are transferred to the customer's host computer (not shown). The field structure for these data is maintained in customer-specific databases **42C**.

The entire process of listing, sourcing and ordering products using Fisher RIMS system **40** can be completed without any reference to a search program **50**. As described herein, however, limited fields on specific items can be transmitted from Requisition Item Table **46** to search program **50**, and more completed fields of the same or different items can be received from the search program **50** into a Requisition Item Table **46**.

At the bottom of Requisition Management data screen **110** (FIG. 3), and Appendices II, VIII and IX) are several fields which describe the function of various function keys (F1, F2, etc.). The user uses REQI program **44A** and its associated Requisition Management data screen **110** to enter the catalog or part numbers and quantities of the various items being requisitioned.

The Account Number and Requisition Number are automatically passed to REQI program **44A** and its associated Requisition Management data screen **110**, and displayed at the top of the Requisition Management data screen **110** in the relevant fields. For example, in the exemplary Requisition Management data screen **110** shown in Appendix II, the number 218848 has been entered in the Account Number field, and the notation "TEST NEW ONE" has been entered in the Requisition Number field.

The user can next enter desired items and quantities for the requisition. Each desired item may be identified by

8

entering its distributor catalog or part number, if known, in the field below the STOCK NBR label on the appropriate line in Requisition Item Table **46** shown on Requisition management data screen **110**. In the sample Requisition Management data screen **110** shown in Appendix II, the part number 13246818F has been entered in the STOCK NBR field of Line **001**. Once the user has entered such information at least partially describing a desired item on Requisition Management data screen **110**, he or she may wish to initiate a search of catalog database **36** to find all the part numbers contained in catalog database **36** that match the part number entered or other information on Requisition Management screen **110**. If so, the user enters the letter "S" (for "Select") on the line number of the item that he or she wishes to search in catalog database **36**. The letter "S" has been entered to the left of line **001** on the sample Requisition Management data screen **110** shown in Appendix II. Any number of items, or no items, listed on Requisition Management data screen **110** may be marked with "S."

A user may not always have information relating to the catalog or part number for the particular items that are to be requisitioned using Fisher RIMS system **40**. Or, the user may have relevant information about an item from a particular vendor but may wish to locate information about the same or a similar product available from other vendors. Or, the user may simply know the name of the item that he or she wishes to requisition. In any of these cases, the user alternatively or additionally could enter text at least partially describing the product to be requisitioned in the "DESC" field of Requisition Management data screen **110** (e.g., Appendix II). Then, the user would initiate the electronic sourcing system **5** of the present invention to search the vendor product catalogs contained in catalog database **36**.

Alternatively, the user could initiate search program **50** of electronic sourcing system **5** without having first entered information in RIMS system **40** about the product to be requisitioned.

Once the user has built or partially built Requisition Item Table **46** by filling the line numbers (entries) on Requisition Management data screen **110** and selecting those lines to be searched, he or she is now ready to initiate electronic sourcing system **5**. Pressing the F11 function key, which is labelled "Catalog," from Requisition Management screen **110** accesses electronic sourcing system **5**.

Referring now to FIG. 2, after the user presses the F11 key on Requisition Management data screen **110** of Fisher RIMS system **40**, Fisher RIMS system **40** will pass program control via XCTL **74** to ESRC program **70**. XCTL **74** is a protocol within CICS application **34** that directs the execution of a program, as would readily be understood by one of ordinary skill in the art. As control is passed from REQI program **44A** to ESRC program **70**, ESRC-Comm-AREA data structure **76** is passed. ESRC-Comm-AREA is a layout of storage area in local computer **20** created by REQI program **44A** to pass data to ESRC program **70**, as would readily be understood by one of ordinary skill in the art. ESRC program **70** will then LINK **82** to ESCP program **80** with ESCP-Comm-AREA **84**. LINK **82** is a protocol within CICS application **32** that directs the execution of a program, as would readily be understood by one of ordinary skill in the art. Data at least partially describing one item desired to be requisitioned is passed to ESCP program **80** via LINK **82**. Thus, if there are five items to be passed to ESCP program **80**, there will be five LINKS **82** made. If no items are to be passed to ESCP program **80**, only one LINK **82** is made to ESCP program **80**. ESCP program **80** can return up to twenty items per LINK **82**; in other words, for each item desired to

## Tab S. "Means for searching for matching items that match the entered product information in the selected portions of the database"

### Means: Structure #1

| Lawson's Proposed Definition | Lawson's Proposed Definition |
|---|---|
| **Part 1b.**<br>**searching** local RIMS databases (42) based on search criteria, and if found, search is complete; | "Any of the above-listed fields may be filled by requisition/purchasing system 40 prior to requesting a **search** of catalog database 36 by search program 50." ('172 patent, Detailed Description of the Invention, 6:11-13 (emphasis added))<br><br>"The entire process of listing, sourcing and ordering products using Fisher RIMS system 40 can be completed without any reference to a search program 50. As described herein, however, limited fields on specific items can be transmitted from Requisition Item Table 46 to search program 50, and more completed fields of the same or different items can be received from the search program 50 into a Requisition Item Table 46. . . . The user can next enter desired items and quantities for the requisition. Each desired item may be identified by entering its distributor catalog or part number, if known, in the field below the STOCK NBR label on the appropriate line in Requisition Item Table 46 shown on Requisition management data screen 110. . . . Once the user has entered such information at least partially describing a desired item on Requisition Management data screen 110, he or she may wish to initiate a **search** of catalog database 36 to find all the part numbers contained in catalog database 36 that match the part number entered or other information on Requisition Management screen 110." ('172 patent, Detailed Description of the Invention, 7:41 – 8:13 (emphasis added))<br><br>"Fisher RIMS system 40 also includes several Fisher RIMS databases 42. These databases 42 preferably include requisition databases 42A, inventory databases 42B, and customer-specific databases 42C, each maintained within OS/2 operating system 32." ('172 patent, Detailed Description of the Invention, 4:25-29) |

US 6,505,172 B1

5

tor site is also provided, as shown in FIG. 1A. Host computer **10** controls all inventory, pricing and requisitioning operations of the Distributor's regularly stocked items using host pricing and inventory databases **11**. Host pricing and inventory databases **11** may include such information as: descriptions of the items and the quantities thereof available at a particular Distributor warehouse and at other Distributor warehouses; item records for each Product regularly sold by the Distributor; discount records by Customer; and cross-references from the Distributor's catalog number to its corresponding vendor's part (catalog) number and to similar corresponding catalog numbers of other vendors (suppliers or distributors) for the same Product.

Host computer **10** and local computer **20** are preferably linked point-to-point or in a network employing the formats and protocols of IBM's System Network Architecture ("SNA"). Host computer **10** can be substantially any mainframe or minicomputer capable of running the desired programs and conducting the required communications. Preferably, host computer **10** is a mainframe computer, such as an IBM Model 3090, running the MVS operating system, the MVS-CICS application and a Virtual Telecommunication Access Method communications network.

As shown in FIGS. 1C and 2, interface **60** is also a part of electronic sourcing interface system **5**. Interface **60** communicates shared data between requisition/purchasing system **40** and search program **50**. Interface **60** is preferably based upon the dynamic data exchange ("DDE") protocol provided by OS/2 operating system **32**. As shown in FIG. 2, interface **60** preferably includes three linking programs to interface requisition/purchasing system **40** and search program **50**: ESRC program **70**, ESCP program **80** and DDE LINK **90**.

A typical data exchange may begin with requisition/purchasing system **40** (which, in the illustrated embodiment, is the Fisher RIMS system) requesting information from catalog database **36** via search program **50**. Once a search by search program **50** has been completed, the selected information will be communicated to requisition/purchasing system **40** via interface **60**.

Alternatively, if the search of catalog database **36** is initiated from search program **50**, the information selected from the search is returned to requisition/procurement system **40** via interface **60**.

The start up of electronic sourcing system **5** (FIG. 1A) may be user-initiated or automatically started when the operating system, preferably OS/2 system **32**, is brought up on local computer **20**. An application-name string **61** must be identified to label interface **60**. As shown in FIG. 1C, electronic sourcing system **5** by convention will use "TV2V123," "TV2V124," "TV2V125," etc. as application names **61** supporting the user's requesting service.

Preferably, application names **61** correspond to virtual terminal sessions that exist in the CICS system **34** of requisition/purchasing system **40**. There will be a one-to-one correspondence between applications started (such as Shell **52**) and CICS virtual terminals in use at a location of requisition/procurement system **40** (such as REQI program **44**A). Local computer **20** will query OS/2 operating system **32** to determine the next application-name string **61** to create at start-up. The application-name strings **61** will be created in sequence with V**123** being created first, V**124** created second, etc. Each application will create only one application name-string **61** to support its user in the CICS environment **34**.

If the Fisher RIMS system has been selected as requisition/purchasing system **40**, and the TV/2 search pro-

6

gram has been selected as search program **50**, CICS OS/2 applications **34** must share a workstation with a TV/2 search program **50**.

The data passed by interface **60** preferably comprise all or a subset of the following twelve fields: vendor name, vendor number, vendor part (catalog) number, product description, bid price, list price, keyword, page number, quantity, unit, catalog text, and catalog images. Because of the amount of data for catalog images present in database **36** and viewed on monitor **22**, these data are usually not passed via interface **60**. Any of the above-listed fields may be filled by requisition/purchasing system **40** prior to requesting a search of catalog database **36** by search program **50**. However, requisition/purchasing system **40** is not required to pass any data to search program **50**. If a field is not passed, that field will be filled with spaces. The fields that are filled with data will assist search program **50** in executing its first search against a specific catalog contained in catalog database **36**.

A search priority exists when more than one field is provided by requisition/purchasing system **40**. The priority is as follows: (1) part (catalog) number; (2) keyword; and (3) page number. The search will start with priority (1) and proceed through priority (3) in sequence until a search produces products matching the search criteria. At that time, the search will return the matching product information to requisition/purchasing system **40** and stop at the highest priority resulting in a match.

The operation of electronic sourcing system **5** of the present invention will now be more particularly described in the context of FIGS. 1A, 1C, 2 and 3. In FIGS. 2 and 3, the rectangles represent data screens as well as programs associated with those data screens. The rounded rectangles represent programs not associated with data screens such that, while these programs are running, the prior data screen may remain visible without, being operational for the input of data. The programs associated with the data screens enable the user of local computer **20** to display and modify the contents of various tables associated with particular data screens. The following description illustrates the use of the Fisher RIMS system as requisition/purchasing system **40**, and the TV/2 search program as search program **50**. However, it will be understood that the present invention is not limited to such system or program.

Preferably, a user will start the electronic sourcing system **5** from Fisher RIMS system **40**. Requisitioning on Fisher RIMS system **40** in context of the electronic sourcing system **5** of the present invention is illustrated in pertinent part in FIG. 2 (and is fully described in U.S. Pat. No. 5,712,989). As data (e.g., Account Number, Requisition Number and Stock Numbers) associated with a single requisition are entered through the various data screens on local computer **20**, that computer creates a set of Requisition Tables (including a requisition Item Table **46**, shown in FIG. 1C) for that particular requisition. The Requisition Tables are stored in Requisition databases **42**A (shown in FIG. 1A), and can be accessed by local computer **20** using the Requisition Number to find the desired table.

The first step in creating a requisition in Fisher RIMS system **40** involves entry by the user of information in the Order Header program **44**D (shown in FIG. 1A), which has an associated Order Header data screen **100** (FIG. 3). A sample of an actual Order Header data screen **100** is set forth in Appendix I. The user enters an Account Number, which generally causes the correct name and address associated with that Account Number to be entered into the appropriate fields of Order Header data screen **100**. The user must also

US 6,505,172 B1

7

enter a Requisition Number in the appropriate field of the Order Header screen **100**. Various additional information may also be entered.

At the bottom of Order Header data screen **100** are several fields that describe the function of various function keys. Function keys F6, F9, and F10 all cause the system to jump to a new RIMS program **44** or data screen in Fisher RIMS system **40**. For example, pressing the F9 key causes the system to jump to RIMS Customer Variable program **44E** (FIG. 1A) and its associated Customer Variable Header data screen **104** (FIG. 3). Customer Variable Header program **44E** with its associated Customer Variable Header data screen **104** allows the user to enter and edit information that the particular customer desires to be associated with the requisition due to requirements of the customer's internal accounting system or other systems. Pressing the F10 key will cause the system to enter the Inventory Sourcing program or programs **44B**.

Pressing the F6 function key from the Order Header data screen causes Fisher RIMS system **40** to jump to REQI program **44A** (FIG. 1A). The screen associated with REQI program **44A** is Requisition Management data screen **110** (FIG. 3) illustrated in Appendix II. Within REQI program **44A** and its associated Requisition Management data screen **110**, Requisition Item Table **46** (shown in FIG. 1C) is a graphical representation of a database table in which certain fields are populated on a list of items that are to be listed, sourced and ordered. Representative Requisition Management data screens **110** showing a Requisition on Requisition Item Table **46** are set forth in Appendices II, VIII and IX. It should be appreciated that data about each item is stored in Requisition Item Table **46**, some of which is displayed on the screens shown in Appendices II, VIII and IX. The data stored can additionally include customer variable data. That is, the fields on Requisition Item Table **46** can be expanded to include specific item details used by a particular customer, especially when reports from requisition databases are transferred to the customer's host computer (not shown). The field structure for these data is maintained in customer-specific databases **42C**.

<mark>The entire process of listing, sourcing and ordering products using Fisher RIMS system **40** can be completed without any reference to a search program **50**. As described herein, however, limited fields from Requisition Item Table **46** to search program **50**, and more completed fields of the same or different items can be received from the search program **50** into a Requisition Item Table **46**.</mark>

<mark>At the bottom of Requisition Management data screen **110** (FIG. 3), and Appendices II, VIII and IX) are several fields which describe the function of various function keys (F1, F2, etc.). The user uses REQI program **44A** and its associated Requisition Management data screen **110** to enter the catalog or part numbers and quantities of the various items being requisitioned.</mark>

<mark>The Account Number and Requisition Number are automatically passed to REQI program **44A** and its associated Requisition Management data screen **110**, and displayed at the top of the Requisition Management data screen **110** in the relevant fields. For example, in the exemplary Requisition Management data screen **110** shown in Appendix II, the number 218848 has been entered in the Account Number field, and the notation "TEST NEW ONE" has been entered in the Requisition Number field.</mark>

<mark>The user can next enter desired items and quantities for the requisition. Each desired item may be identified by</mark>

8

<mark>entering its distributor catalog or part number, if known, in the field below the STOCK NBR label on the appropriate line in Requisition Item Table **46** shown on Requisition management data screen **110**. In the sample Requisition Management data screen shown in Appendix II, the part number 13246818F has been entered in the STOCK NBR field of Line **001**. Once the user has entered such information at least partially describing a desired item on Requisition Management data screen **110**, he or she may wish to initiate a search of catalog database **36** to find all the part numbers contained in catalog database **36** that match the part number entered or other information on Requisition Management screen **110**. If so, the user enters the letter "S" (for "Select") on the line number of the item that he or she wishes to search in catalog database **36**. The letter "S" has been entered to the left of line **001** on the sample Requisition Management data screen **110** shown in Appendix II. Any number of items, or no items, listed on Requisition Management data screen **110** may be marked with "S."</mark>

A user may not always have information relating to the catalog or part number for the particular items that are to be requisitioned using Fisher RIMS system **40**. Or, the user may have relevant information about an item from a particular vendor but may wish to locate information about the same or a similar product available from other vendors. Or, the user may simply know the name of the item that he or she wishes to requisition. In any of these cases, the user alternatively or additionally could enter text at least partially describing the product to be requisitioned in the "DESC" field of Requisition Management data screen **110** (e.g., Appendix II). Then, the user would initiate the electronic sourcing system **5** of the present invention to search the vendor product catalogs contained in catalog database **36**.

Alternatively, the user could initiate search program **50** of electronic sourcing system **5** without having first entered information in RIMS system **40** about the product to be requisitioned.

Once the user has built or partially built Requisition Item Table **46** by filling the line numbers (entries) on Requisition Management data screen **110** and selecting those lines to be searched, he or she is now ready to initiate electronic sourcing system **5**. Pressing the F11 function key, which is labelled "Catalog," from Requisition Management screen **110** accesses electronic sourcing system **5**.

Referring now to FIG. 2, after the user presses the F11 key on Requisition Management data screen **110** of Fisher RIMS system **40**, Fisher RIMS system **40** will pass program control via XCTL **74** to ESRC program **70**. XCTL **74** is a protocol within CICS application **34** that directs the execution of a program, as would readily be understood by one of ordinary skill in the art. As control is passed from REQI program **44A** to ESRC program **70**, ESRC-Comm-AREA data structure **76** is passed. ESRC-Comm-AREA is a layout of storage area in local computer **20** created by REQI program **44A** to pass data to ESRC program **70**, as would readily be understood by one of ordinary skill in the art. ESRC program **70** will then LINK **82** to ESCP program **80** with ESCP-Comm-AREA **84**. LINK **82** is a protocol within CICS application **32** that directs the execution of a program, as would readily be understood by one of ordinary skill in the art. Data at least partially describing one item desired to be requisitioned is passed to ESCP program **80** via LINK **82**. Thus, if there are five items to be passed to ESCP program **80**, there will be five LINKS **82** made. If no items are to be passed to ESCP program **80**, only one LINK **82** is made to ESCP program **80**. ESCP program **80** can return up to twenty items per LINK **82**; in other words, for each item desired to

Tab S: "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

3

It is a further object of this invention to provide an electronic sourcing system capable of creating an order list including desired catalog items located as the result of such a database search, and transferring that order list to a requisition/purchasing system for generating a requisition including entries for the desired catalog items.

In accordance with the invention, an electronic sourcing system and method used by the system are provided. The system includes a computer that maintains a catalog database of data including product information (such as product identification information, and descriptive information) relating to catalog items available from vendor product catalogs, and a means for building (generating) a requisition including at least one requisitioned item. Information at least partially identifying an item desired to be requisitioned is entered by a user, and utilized by a means for searching the database for catalog items matching that information and for selecting at least one catalog item located as a result of the search. Text describing the catalog items, and images of the items, may be viewed. Data identifying selected catalog items are communicated to the requisition building means, which generates a requisition including entries for items corresponding to the selected catalog items. Additionally, the invention includes a means for checking the availability in one or more inventory locations of the corresponding desired catalog items, and for generating one or more purchase orders for desired items from inventory locations stocking the items.

BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the invention will be apparent from consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1A is a block diagram showing one exemplary embodiment of the overall system of the present invention;

FIG. 1B is a block diagram showing another exemplary embodiment of the overall system of the present invention;

FIG. 1C is a block diagram showing a portion of the embodiment of FIG. 1A in greater detail;

FIG. 2 is a block diagram showing the flow of control and interaction between the various programs and data screens of the programs used for requisition management and vend catalog searching of the present invention; and

FIG. 3 is a block diagram showing a portion of a system (Fisher RIMS) for requisition management, including the electronic sourcing system of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

FIGS. 1A and 1B show preferred embodiments of the electronic sourcing system 5 of the present invention. As shown in FIG. 1A, a local computer 20, which is preferably located at or near a Customer site and the site of Just-In-Time ("JIT") Inventory, is preferably used by an on-site Customer Service Representative ("CSR") dedicated to a Customer to assist that Customer in requisitioning items needed.

Local computer 20 includes conventional color monitor 22 and alphanumerical keyboard 24 including twelve function keys F1, F2, . . . F12. Local computer is also coupled to printer 26.

Local computer 20 is preferably a conventional microcomputer (such as a 386-, 486- or Pentium-class personal

4

computer) capable of operating the required programs and of transmitting and receiving the required communications, running the OS/2 operating system 32 and also running the CICS OS/2 application 34, both of which are available from IBM.

Electronic sourcing system 5 also includes a requisition/purchasing system 40, preferably but not necessarily the Fisher RIMS system, and a search program 50 that is capable of searching through large volumes of information quickly and accurately. Preferably but not necessarily, the Technical Viewer 2 search program ("TV/2"), available from IBM, is used as search program 50. As shown in the embodiment of FIG. 1A, Fisher RIMS 40 and TV/2 search program 50 are run by local computer 20.

Fisher RIMS system 40 is comprised of numerous program modules, including several programs 44, which operate within CICS environment 34 of OS/2 operating system 32. Programs 44 include, among others, Requisition Management ("REQI") program 44A, Inventory Sourcing program or programs 44B, Requisition Maintenance program 44C, Customer Variable program 44D, and Order Header program 44E, each of which will later be described in greater detail. REQI program 44A is most often the RIMS program 44 that interfaces with TV/2 search program 50.

Fisher RIMS system 40 also includes several Fisher RIMS databases 42. These databases 42 preferably include requisition databases 42A, inventory databases 42B, and customer-specific databases 42C, each maintained within OS/2 operating system 32.

Local computer 20 also preferably runs Shell program 52, which operates under search program 50 and is used to customize search program 50 to generate Order Lists 48 (shown in FIG. 1C) with particular fields of formatted data about the items selected using search program 50. Local computer 20 is preferably capable of running both a RIMS program 44 and Shell program 52 at the same time (i.e., in a multi-tasking environment), but the user of local computer 20 usually sees only RIMS program 44 or Shell program 52 at one time in the foreground on monitor 22.

Local computer 20 is also provided with a catalog database 36 comprised preferably of at least two vendor product catalogs. The catalogs, and hence catalog database 36, preferably include such information as part number, price, catalog number, vendor name or I.D., and vendor catalog number, as well as textual information and images of or relating to the catalog products. The nature of the business that the Customer using electronic sourcing system 5 conducts will determine which product catalogs are made a part of catalog database 36.

A feature of the present invention is the ability to search multiple catalogs from different suppliers. For example, catalog database 36 can contain the catalog or catalogs published by a vendor Distributor, having Distributor's catalog numbers for all listed products and vendor manufacturer's part numbers for many of the listed products. Catalog database 36 can further contain catalogs published by some of the vendor manufacturers, listing the manufacturers' part numbers for certain products correspondingly listed in the Distributor's catalogs and for certain products not listed in the Distributor's catalogs. Catalog database 36 can further contain catalogs published by outside suppliers, whether other manufacturers or other distributors, listing such vendor's products different from those in the Distributor's catalogs.

Where the Fisher RIMS system is in use with electronic sourcing system 5, a host computer 10 located at a Distribu-

# Tab S. "Means for searching for matching items that match the entered product information in the selected portions of the database"

## Means: Structure #1

| Lawson's Proposed Definition | Lawson's Proposed Definition |
|---|---|
| **Part 1c.**<br><br>if items are not found in RIMS databases (42), communicating the search criteria from requisition/purchasing system (40 or 240) to catalog search program (50 or 250) running on same local computer via the DDE protocol of interface (60); | "A user may not always have information relating to the catalog or part number for the particular items that are to be requisitioned using Fisher RIMS system 40. Or, the user may have relevant information about an item from a particular vendor but may wish to locate information about the same or a similar product available from other vendors. Or, the user may simply know the name of the item that he or she wishes to requisition. In any of these cases, the user alternatively or additionally could enter text at least partially describing the product to be requisitioned in the 'DESC' field of Requisition Management data screen 110 (e.g., **Appendix II**). Then, the user would initiate the electronic sourcing system 5 of the present invention to **search** the vendor product catalogs contained in catalog database 36. Alternatively, the user could initiate search program 50 of electronic sourcing system 5 without having first entered information in RIMS system 40 about the product to be requisitioned." ('172 patent, Detailed Description of the Invention, 8:20-37 (emphasis added))<br><br>APPENDIX II<br><br>** REQUISITION MANAGEMENT SCREEN ***<br><br>ACCT NBR: 218848 002 REQ NBR: TEST NEW ONE<br>COMP:   1      REL NBR:<br>S  LINE    STOCK NBR         QTY  UM PT  STKRM XREF SPI UNIT PRICE   EXT PRICE<br>001 13246818F              0  CS    03                  0.00          0.00<br>DESC:                      QTY AVAIL:        0      LOC: FSHR WHSE: BLW<br>002<br>DESC:                      QTY AVAIL:             LOC:       WHSE:<br>003<br>DESC:                      QTY AVAIL:             LOC:       WHSE:<br>004<br>DESC:                      QTY AVAIL:             LOC:       WHSE:<br>005<br>DESC:                      QTY AVAIL:             LOC:       WHSE:<br>RESPONSE:   KEY(S):<br>ALL ITEMS DISPLAYED<br>F3:EXIT F6:SOURCE F7:BKWD F8:FWD F9:NEW F10:NONCAT F11: CATALOG F12:CNCL<br><br>('172 patent, Appendix II)<br><br>"Fisher RIMS system 40 will pass program control via XCTL 74 |

to ESRC program 70. . . . ESRC-Comm-AREA is a layout of storage area in local computer 20 . . . . Data at least partially describing one item desired to be requisitioned is passed to ESCP program 80 via LINK 82. . . . [I]n other words, for each item desired to be requisitioned up to twenty desired catalog items contained in catalog database 36 may be sent to REQI program 44A and its associated Requisition Management data screen 110 of **Fisher RIMS system 40**. If a user chooses to terminate the sourcing process, ESRC program 70 would return to REQI program 44A and its associated Requisition Management data screen 110 without processing any of the records. **ESCP program 80 links with Shell 52 and TV/2 search program 50 via DDE LINK 90. Shell 52 and TV/2 search program 50 search in catalog database 36** for the item or items desired to be requisitioned that has or have been passed from ESRC program 70 to ESCP program 80." ('172 patent, Detailed Description of the Invention, 8:47-9:12 (emphasis added))



('172 patent, Fig. 2)

"Work-in-progress requisitions 260 are established for each customer and are attached to graphic user interface 254. Server 200 maintains complete requisitions 242, in a manner similar to the manner in which local computer 20 maintains requisition databases 42 in the embodiment shown in **FIG. 1A**." ('172 patent,

Detailed Description of the Invention, 17:50-55 (emphasis added))



('172 patent, Fig. 1A)

FIG. 1A

FIG. 1B

('683 patent, Fig. 1B)

US 6,505,172 B1

7

enter a Requisition Number in the appropriate field of the Order Header screen **100**. Various additional information may also be entered.

At the bottom of Order Header data screen **100** are several fields that describe the function of various function keys. Function keys F6, F9, and F10 all cause the system to jump to a new RIMS program **44** or data screen in Fisher RIMS system **40**. For example, pressing the F9 key causes the system to jump to RIMS Customer Variable program **44E** (FIG. 1A) and its associated Customer Variable Header data screen **104** (FIG. 3). Customer Variable Header program **44E** with its associated Customer Variable Header data screen **104** allows the user to enter and edit information that the particular customer desires to be associated with the requisition due to requirements of the customer's internal accounting system or other systems. Pressing the F10 key will cause the system to enter the Inventory Sourcing program or programs **44B**.

Pressing the F6 function key from the Order Header data screen causes Fisher RIMS system **40** to jump to REQI program **44A** (FIG. 1A). The screen associated with REQI program **44A** is Requisition Management data screen **110** (FIG. 3) illustrated in Appendix II. Within REQI program **44A** and its associated Requisition Management data screen **110**, Requisition Item Table **46** (shown in FIG. 1C) is a graphical representation of a database table in which certain fields are completed on a list of items that are to be listed, sourced and ordered. Representative Requisition Management data screens **110** showing a Requisition on Requisition Item Table **46** are set forth in Appendices II, VIII and IX. It should be appreciated that data about each item is stored in Requisition Item Table **46**, some of which is displayed on the screens shown in Appendices II, VIII and IX. The data stored can additionally include customer variable data. That is, the fields on Requisition Item Table **46** can be expanded to include specific item details used by a particular customer, especially when reports from requisition databases are transferred to the customer's host computer (not shown). The field structure for these data is maintained in customer-specific databases **42C**.

The entire process of listing, sourcing and ordering products using Fisher RIMS system **40** can be completed without any reference to a search program **50**. As described herein, however, limited fields on specific items can be transmitted from Requisition Item Table **46** to search program **50**, and more completed fields of the same or different items can be received from the search program **50** into a Requisition Item Table **46**.

At the bottom of Requisition Management data screen **110** (FIG. 3), and Appendices II, VIII and IX) are several fields which describe the function of various function keys (F1, F2, etc.). The user uses REQI program **44A** and its associated Requisition Management data screen **110** to enter the catalog or part numbers and quantities of the various items being requisitioned.

The Account Number and Requisition Number are automatically passed to REQI program **44A** and its associated Requisition Management data screen **110**, and displayed at the top of the Requisition Management data screen **110** in the relevant fields. For example, in the exemplary Requisition Management data screen **110** shown in Appendix II, the number 218848 has been entered in the Account Number field, and the notation "TEST NEW ONE" has been entered in the Requisition Number field.

The user can next enter desired items and quantities for the requisition. Each desired item may be identified by

8

entering its distributor catalog or part number, if known, in the field below the STOCK NBR label on the appropriate line in Requisition Item Table **46** shown on Requisition management data screen **110**. In the sample Requisition Management data screen **110** shown in Appendix II, the part number 13246818F has been entered in the STOCK NBR field of Line **001**. Once the user has entered such information at least partially describing a desired item on Requisition Management data screen **110**, he or she may wish to initiate a search of catalog database **36** to find all the part numbers contained in catalog database **36** that match the part number entered or other information on Requisition Management screen **110**. If so, the user enters the letter "S" (for "Select") on the line number of the item that he or she wishes to search in catalog database **36**. The letter "S" has been entered to the left of line **001** on the sample Requisition Management data screen **110** shown in Appendix II. Any number of items, or no items, listed on Requisition Management data screen **110** may be marked with "S."

A user may not always have information relating to the catalog or part number for the particular items that are to be requisitioned using Fisher RIMS system **40**. Or, the user may have relevant information about an item from a particular vendor but may wish to locate information about the same or a similar product available from other vendors. Or, the user may simply know the name of the item that he or she wishes to requisition. In any of these cases, the user alternatively or additionally could enter text at least partially describing the product to be requisitioned in the "DESC" field of Requisition Management data screen **110** (e.g., Appendix II). Then, the user would initiate the electronic sourcing system **5** of the present invention to search the vendor product catalogs contained in catalog database **36**.

Alternatively, the user could initiate search program **50** of electronic sourcing system **5** without having first entered information in RIMS system **40** about the product to be requisitioned.

Once the user has built or partially built Requisition Item Table **46** by filling the line numbers (entries) on Requisition Management data screen **110** and selecting those lines to be searched, he or she is now ready to initiate electronic sourcing system **5**. Pressing the F11 function key, which is labelled "Catalog," from Requisition Management screen **110** accesses electronic sourcing system **5**.

Referring now to FIG. 2, after the user presses the F11 key on Requisition Management data screen **110** of Fisher RIMS system **40**, Fisher RIMS system **40** will pass program control via XCTL **74** to ESRC program **70**. XCTL **74** is a protocol within CICS application **34** that directs the execution of a program, as would readily be understood by one of ordinary skill in the art. As control is passed from REQI program **44A** to ESRC program **70**, ESRC-Comm-AREA data structure **76** is passed. ESRC-Comm-AREA is a layout of storage area in local computer **20** created by REQI program **44A** to pass data to ESRC program **70**, as would readily be understood by one of ordinary skill in the art. ESRC program **70** will then LINK **82** to ESCP program **80** with ESCP-Comm-AREA **84**. LINK **82** is a protocol within CICS application **32** that directs the execution of a program, as would readily be understood by one of ordinary skill in the art. Data at least partially describing one item desired to be requisitioned is passed to ESCP program **80** via LINK **82**. Thus, if there are five items to be passed to ESCP program **80**, there will be five LINKS **82** made. If no items are to be passed to ESCP program **80**, only one LINK **82** is made to ESCP program **80**. ESCP program **80** can return up to twenty items per LINK **82**; in other words, for each item desired to

US 6,505,172 B1

7

enter a Requisition Number in the appropriate field of the Order Header screen **100**. Various additional information may also be entered.

At the bottom of Order Header data screen **100** are several fields that describe the function of various function keys. Function keys F6, F9, and F10 all cause the system to jump to a new RIMS program **44** or data screen in Fisher RIMS system **40**. For example, pressing the F9 key causes the system to jump to RIMS Customer Variable program **44E** (FIG. 1A) and its associated Customer Variable Header data screen **104** (FIG. 3). Customer Variable Header program **44E** with its associated Customer Variable Header data screen **104** allows the user to enter and edit information that the particular customer desires to be associated with the requisition due to requirements of the customer's internal accounting system or other systems. Pressing the F10 key will cause the system to enter the Inventory Sourcing program or programs **44B**.

Pressing the F6 function key from the Order Header data screen causes Fisher RIMS system **40** to jump to REQI program **44A** (FIG. 1A). The screen associated with REQI program **44A** is Requisition Management data screen **110** (FIG. 3) illustrated in Appendix II. Within REQI program **44A** and its associated Requisition Management data screen **110**, Requisition Item Table **46** (shown in FIG. 1C) is a graphical representation of a database table in which certain fields are completed on a list of items that are to be listed, sourced and ordered. Representative Requisition Management data screens **110** showing a Requisition on Requisition Item Table **46** are set forth in Appendices II, VIII and IX. It should be appreciated that data about each item is stored in Requisition Item Table **46**, some of which is displayed on the screens shown in Appendices II, VIII and IX. The data stored can additionally include customer variable data. That is, the fields on Requisition Item Table **46** can be expanded to include specific item details used by a particular customer, especially when reports from requisition databases are transferred to the customer's host computer (not shown). The field structure for these data is maintained in customer-specific databases **42C**.

The entire process of listing, sourcing and ordering products using Fisher RIMS system **40** can be completed without any reference to a search program **50**. As described herein, however, limited fields on specific items can be transmitted from Requisition Item Table **46** to search program **50**, and more completed fields of the same or different items can be received from the search program **50** into a Requisition Item Table **46**.

At the bottom of Requisition Management data screen **110** (FIG. 3), and Appendices II, VIII and IX) are several fields which describe the function of various function keys (F1, F2, etc.). The user uses REQI program **44A** and its associated Requisition Management data screen **110** to enter the catalog or part numbers and quantities of the various items being requisitioned.

The Account Number and Requisition Number are automatically passed to REQI program **44A** and its associated Requisition Management data screen **110**, and displayed at the top of the Requisition Management data screen **110** in the relevant fields. For example, in the exemplary Requisition Management data screen **110** shown in Appendix II, the number 218848 has been entered in the Account Number field, and the notation "TEST NEW ONE" has been entered in the Requisition Number field.

The user can next enter desired items and quantities for the requisition. Each desired item may be identified by

8

entering its distributor catalog or part number, if known, in the field below the STOCK NBR label on the appropriate line in Requisition Item Table **46** shown on Requisition management data screen **110**. In the sample Requisition Management data screen **110** shown in Appendix II, the part number 13246818F has been entered in the STOCK NBR field of Line **001**. Once the user has entered such information at least partially describing a desired item on Requisition Management data screen **110**, he or she may wish to initiate a search of catalog database **36** to find all the part numbers contained in catalog database **36** that match the part number entered or other information on Requisition Management screen **110**. If so, the user enters the letter "S" (for "Select") on the line number of the item that he or she wishes to search in catalog database **36**. The letter "S" has been entered to the left of line **001** on the sample Requisition Management data screen **110** shown in Appendix II. Any number of items, or no items, listed on Requisition Management data screen **110** may be marked with "S."

A user may not always have information relating to the catalog or part number for the particular items that are to be requisitioned using Fisher RIMS system **40**. Or, the user may have relevant information about an item from a particular vendor but may wish to locate information about the same or a similar product available from other vendors. Or, the user may simply know the name of the item that he or she wishes to requisition. In any of these cases, the user alternatively or additionally could enter text at least partially describing the product to be requisitioned in the "DESC" field of Requisition Management data screen **110** (e.g., Appendix II). Then, the user would initiate the electronic sourcing system **5** of the present invention to search the vendor product catalogs contained in catalog database **36**.

Alternatively, the user could initiate search program **50** of electronic sourcing system **5** without having first entered information in RIMS system **40** about the product to be requisitioned.

Once the user has built or partially built Requisition Item Table **46** by filling the line numbers (entries) on Requisition Management data screen **110** and selecting those lines to be searched, he or she is now ready to initiate electronic sourcing system **5**. Pressing the F11 function key, which is labelled "Catalog," from Requisition Management screen **110** accesses electronic sourcing system **5**.

Referring now to FIG. 2, after the user presses the F11 key on Requisition Management data screen **110** of Fisher RIMS system **40**, Fisher RIMS system **40** will pass program control via XCTL **74** to ESRC program **70**. XCTL **74** is a protocol within CICS application **34** that directs the execution of a program, as would be understood by one of ordinary skill in the art. As control is passed from REQI program **44A** to ESRC program **70**, ESRC-Comm-AREA data structure **76** is passed. ESRC-Comm-AREA is a layout of storage area in local computer **20** created by REQI program **44A** to pass data to ESRC program **70**, as would readily be understood by one of ordinary skill in the art. ESRC program **70** will then LINK **82** to ESCP program **80** with ESCP-Comm-AREA **84**. LINK **82** is a protocol within CICS application **32** that directs the execution of a program, as would readily be understood by one of ordinary skill in the art. Data at least partially describing one item desired to be requisitioned is passed to ESCP program **80** via LINK **82**. Thus, if there are five items to be passed to ESCP program **80**, there will be five LINKS **82** made. If no items are to be passed to ESCP program **80**, only one LINK **82** is made to ESCP program **80**. ESCP program **80** can return up to twenty items per LINK **82**; in other words, for each item desired to

Case 2:09-cv-00290-PBS Document 171-2 Filed 02/18/10 Page 22 of 52 PageID #: 1213

Tab S: "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

**9**

be requisitioned up to twenty desired catalog items contained in catalog database **36** may be sent to REQI program **44A** and its associated Requisition Management data screen **110** of Fisher RIMS system **40**. If a user chooses to terminate the sourcing process, ESRC program **70** would return to REQI program **44A** and its associated Requisition Management data screen **110** without processing any of the records.

ESCP program **80** links with Shell **52** and TV/2 search program **50** via DDE LINK **90**. Shell **52** and TV/2 search program **50** search in catalog database **36** for the item or items desired to be requisitioned that has or have been passed from ESRC program **70** to ESCP program **80**. Catalog database **36** contains the following fields: vendor name, vendor number, vendor part (catalog) number, product description, list price, page number, quantity, unit, catalog text, and catalog images. Shell **52** and TV/2 search program **50** may, if desired, search the keyword field or any other field shown in Appendix VII. However, not all fields may appear on the monitor **22** of local computer **20**, although they are stored in memory.

After the user has pressed the F11 key from Requisition Management data screen **110** and control has been passed from REQI program **44A** to Shell **52** and TV/2 search program **50**, monitor **22** of local computer **20** will show a footer bar representative of Shell **52** at all times that the user is in the TV/2 search program **50**. The footer bar, which also includes appropriate icons, is used to make choices within Shell **52**. A sample of the footer bar (without the icons) representing Shell **52** is shown at the base of Appendices III–VII. In the screens of Appendices III–VI, this footer bar is active to select functions. In the screen of Appendix VII, this footer bar is in the background and another footer bar is used to select functions.

If the user has marked an item on Requisition Management data screen **110** with the designation "S," the entered data at least partially describing that item will be sent to Shell **52** and TV/2 search program **50A** in the manner described above. TV/2 search program **50** will search catalog database **36** for all items that match the search field sent over from REQI program **44A** and Requisition Management data screen **110**. When a search is performed in Shell **52** and search program **50**, a Hit List **47** is produced, as indicated in FIG. **1C**. The user would see on monitor **22** of local computer **20** a Hit List **47** screen representing limited data about all matching catalog items that were located in catalog database **36** as a result of the search. A sample Hit List **47** produced from a search initiated when the entry "OVENS" is received as the description or keyword by search program **50** from Requisition Item Table **46** is shown in Appendix III. Similar Hit Lists **47** are produced when various searches are performed from the Search Input screen shown in Appendix VII. When a Hit List **47** is depicted on monitor **22**, the underlying catalog text and pictures (in either partial or complete form) are typically collected in a memory location for rapid viewing, printing or other use.

When multiple catalogs are present in catalog database **36**, search program **50** contains a function associated with the catalog symbol of the footer bar and screen window (not shown) for selecting catalogs to be searched. For example, the following choices might be available:

1. Fisher General Catalog 93–94;
2. Fairmont Supplies Catalog;
3. NIST Standards Catalog; and
4. Promega Biological Research Products Catalog.

Fairmont and NIST catalogs list products not in the Fisher General Catalog, but many of the products listed in the Promega catalog are also listed in the Fisher General Catalog (identified by corresponding Fisher catalog numbers). If searching for a molecular biology product, the user would select the Fisher and Promega catalogs. TV/2 search program **50** would then concatenate those two catalogs to perform a keyword, catalog number or other subject search and generate a Hit List of pages (panels) from both catalogs where the searched-for items were found. Similarly, the user might select the Fisher and NIST catalogs when searching for quality control standards or might select the Fisher and Fairmont catalogs when searching for supplies.

If the search is initiated from requisition/purchasing program **40**, for example from the Requisition Management data screen **110** of the Fisher RIMS system, then the catalogs searched can be determined by the information provided. If, for example, Promega is indicated as the desired requisition item vendor, interface **60** would direct TV/2 search program **50** to search the Fisher and Fairmont catalogs. If no catalog delimiting information is entered for the item desired to be requisitioned, interface **60** would be set up to search only the Fisher catalog or, alternatively, to search all catalogs in catalog database **36**.

Once Hit List **47** has been created by TV/2 search program **50**, the user can view it and select particular ones of the located catalog items for Order List **48** that is being created in Shell **52**, as shown in FIG. **1C**. For example, a search for "Eco RI," a restriction enzyme, may have uncovered five entries in the Promega catalog (identified by Promega catalog numbers R6011, R6012, R6013, R6015 and R401) and five entries in the Fisher catalog (identified by Fisher catalog numbers PRR6011, PRR6012, PRR6013, PRR6015 and PRR4014). If the user selected PRR6012 from the Fisher catalog, Fisher catalog number PRR6012 would be added as an entry to the Items Selected screen, with VN0000001 (identifying the vendor as distributor Fisher) accompanying it in the Order List **48**. If the user instead selected the item identified by catalog number R6012 from the Promega catalog, then Promega catalog number R6012 would be added as an entry to the Items Selected screen, with VN00005860 (identifying the vendor as Promega) accompanying it in the Order List. In either case, the information transmitted to REQI program **44A** of Fisher RIMS system **40** would also include description, list price and other information taken from the catalog database from which the selection was made. When the resultant requisition is sourced, however (as described below), Distributor's mainframe host computer **10** would recognize the entry for the item from vendor Promega's catalog (R6012, 00005860) as corresponding to that same item available from Fisher's catalog (PRR6012, 00000001). The system thus would transmit back the Customer's contract price and availability for corresponding item PRR6012 as a type **03** (regular Distributor) product available from one of distributor's inventory locations. A purchase order then would be generated for this corresponding Distributor item as further described below.

By contrast, an item selected from the Fairmont catalog would be transferred to Fisher RIMS system **40** with the vendor number for Fairmont, and would be recognized during inventory sourcing as either a type **07** product (that Distributor orders from Fairmont) or as a type **05** item (that customer orders from Fairmont as an Administrative Purchase). In either of these two cases, a purchase order would be generated for an item, corresponding to a desired catalog item, that is identified by the same Fairmont catalog number that was requisitioned.

After the desired item has been selected from the Hit List **47** by double clicking on that item TV/2 search program **50**

US 6,505,172 B1

In some embodiments, a Customer end user or a Customer purchasing employee operating REQI program **44**A of Fisher RIMS system **40** may also operate TV/2 search program **50**. Operating either from a terminal connected to local computer **20**, or from a separate local computer networked with the CSR's local computer **20**, such a Customer end user can select requisitioned items for inclusion in Requisition Item Table **46** by keystrokes viewing that screen and by searches in TV/2 search program **50** which are transmitted to the Requisition Item Table **46** via interface **60**, as described above. Depending upon his or her authorization level and access code to Fisher RIMS system **40**, the customer purchasing employee may be able to source the final requisition and/or accept the sourced requisition, as shown in Appendix IX. If, however, the sourced requisition was split into more purchase orders than the Customer purchasing employee might prefer, the intervention of the Distributor CSR could be invoked to revise and re-source the requisition (causing, for example, certain items originally sourced as type **01** products to be sourced for this order as corresponding type **03** products from a common Distributor warehouse with other type **03** products on the requisition). The Customer end user may have authority only to build the Requisition Item Table, but then calls the Distributor CSR or Customer purchasing employee to source and accept the requisition.

As shown in FIG. 1B, the present invention also has application to Distributor's regional customer service locations where a large number of CSRs may be placing orders directly on Distributor's host computer **210** for thousands of different customers who call in. In that environment, search program **250**, which preferably comprises TV/2 search program **250**, and catalog databases **236** are stored on file server **200**. In this environment, file server **200** is a large personal computer, a work station or a mini-computer such as an IBM AS/400. Alternatively, the server **200** and a minicomputer (such as an IBM AS/400) can be independently connected to each local computer **200**. Each CSR has a local personal computer **220** having a monitor **222**, a keyboard **224** and a printer **226**. Local computer **220** is provided with programs including requisition/purchasing program **240**, Shell program **252** and a graphic user interface **254** (preferably EASEL Workbench program **254** for OS/2) for listing items. One or more of these may be copied from server **220** when needed. Work-in-progress requisitions **260** are established for each customer and are attached to graphic user interface **254**. Server **200** maintains complete requisitions **242**, in a manner similar to the manner in which local computer **20** maintains requisition databases **42** in the embodiment shown in FIG. 1A.

Normally, in such an environment, the CSR creates Order lists for customers by entering Distributor catalog numbers into graphic user interface **254** and connecting to the Distributor mainframe **210** for price and availability. For this purpose, each local computer is connected to host computer **210** via a phone/dataline and either a gateway or a mini-computer acting as a local host. When a customer asks for products by manufacturer part number or a competitor's catalog number, the CSR has access to cross-reference files, as earlier described, either maintained on the local host or maintained on the Distributor host computer **210**.

Appropriate Distributor catalogs and manufacturer catalogs then are consulted, using TV-2 search program **250** and proper selection of Distributor catalogs and of catalogs and bulletins from manufacturers whose products Distributor regularly sells. Catalogs and bulletins are contained in catalog database **236**. The resultant lists of products are then transferred by Shell program **252** to a work-in-progress requisition **260**, and then entered from graphical user interface **254** directly onto Distributor's mainframe computer **210** as orders from the applicable customer to Distributor. The CSR, knowing which items are available from which Distributor warehouse and direct-shipping supplier, then may divide the customer's requested items into multiple orders, so as to assure that each order is completely filled by a single shipment. In this regional environment, file server **200** or the minicomputer acting as local host can maintain files of completed requisitions **242** which can be subsequently used for generating reports for customers in the region. Reports can be generated either from such local data or from data periodically downloaded to the local host from Distributor's host computer **210**.

Another environment where the present invention can be used is in Distributor's purchasing department. The item lists created in that environment can include lists of items Distributor does not regularly stock or purchase, but for which particular customers indicate a requirement to buy. The file server **200** in that environment contains TV-2 search program **250**, EASEL graphical user interface **254** and multiple catalog databases **236** containing catalogs similar to the Fairmont and NIST catalogs described above for the embodiment of FIG. 1A. The Distributor purchasing employee can receive by phone or via Distributor's host computer **210** requests for items not shown on Distributor's host databases either as regular products (type **03**) or third party items purchased for particular customers on a regular basis (type **07** items). Transmitting certain such requirements to the applicable Distributor purchasing employee can be a function of the inventory sourcing routines of host computer, or may be directed by the Distributor CSR interfacing with the customer.

The Distributor purchasing employee can search appropriate catalogs using TV-2 search program **250**, and can transfer the "Items Selected" to a product list in EASEL interface **254**. The resultant list might display, for example, supplier part number, supplier, list price, product and catalog page, with access to other fields such as complete description (up to 500 characters). The Distributor purchasing employee can then either forward the information to the CSR, customer end user or customer purchasing employee who requested the item (to confirm that the requirement is being met) or contact the supplier to confirm pricing and availability. Once responses from either or both have been obtained, the Distributor purchasing employee can use the item list in EASEL interface **254** to create one or more of the following purchase orders:

1. an order from the customer to the supplier (an Administrative Purchase);
2. an order from the customer to Distributor (for a type **07** product); and
3. an order from the Distributor to the supplier (usually providing for direct shipment from the supplier to the customer or to a JIT site maintained by Distributor for the customer).

**Tab S.** **"Means for searching for matching items that match the entered product information in the selected portions of the database"**

**Means: Structure #1**

| Lawson's Proposed Definition | Lawson's Proposed Definition |
|---|---|
| **Part 1d.**  concatenating (i.e., joining together by linking so as to form a chain or series) only selected product catalogs to be searched after the user selects the catalogs to be searched; | "When multiple catalogs are present in catalog database 36, search program 50 contains a function associated with the catalog symbol of the footer bar and screen window (not 55 shown) for selecting catalogs to be searched." ('172 patent, Detailed Description of the Invention, 9:55-58)

"**TV/2 search program 50 would then concatenate** those two catalogs **to perform** a keyword, catalog number or other subject **search** and generate a Hit List of pages (panels) from both catalogs where the searched-for items were found." ('172 patent, Detailed Description of the Invention, 10:4 – 10:8 (emphasis added)) |
| **Part 1e.**  searching the concatenated catalogs from catalog database (36 or 236) via catalog search program (50 or 250) based on the search criteria received from requisition/purchasing system; | "**TV/2 search program 50 will search catalog database 36 for all items that match the search field** sent over from REQI program 44A and Requisition Management data screen 110." ('172 patent, Detailed Description of the Invention, 9:37-40 (emphasis added))

"If the **search** is initiated from requisition/purchasing program 40, for example from the Requisition Management data screen 110 of the Fisher RIMS system, then **the catalogs searched can be determined by the information provided**. If, for example, Promega is indicated as the desired requisition item vendor, interface 60 would direct TV/2 search program 50 to search the Fisher and Promega catalogs. If Fairmont is indicated as vendor, the interface would direct TV/2 to search the Fairmont and Fisher catalogs. If no catalog delimiting information is entered for the item desired to be requisitioned, interface 60 would be set up to search only the Fisher catalog or, alternatively, to search all catalogs in catalog database 36." ('172 patent, Detailed Description of the Invention, 10:12-21 (emphasis added)) |

|  | "In that environment, search program 250, which preferably comprises TV/2 search program 250, and catalog databases 236 are stored on file server 200." ('172 patent, Detailed Description of the Invention, 17:34-39) |
|---|---|

Case 2:09-cv-00290-RFB-Docs-171-2 Filed 03/19/12 Page 26 of 52 PageID # 4802

Tab S: "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

9

be requisitioned up to twenty desired catalog items contained in catalog database 36 may be sent to REQI program 44A and its associated Requisition Management data screen 110 of Fisher RIMS system 40. If a user chooses to terminate the sourcing process, ESRC program 70 would return to REQI program 44A and its associated Requisition Management data screen 110 without processing any of the records.

ESCP program 80 links with Shell 52 and TV/2 search program 50 via DDE LINK 90. Shell 52 and TV/2 search program 50 search in catalog database 36 for the item or items desired to be requisitioned that has or have been passed from ESRC program 70 to ESCP program 80. Catalog database 36 contains the following fields: vendor name, vendor number, vendor part (catalog) number, product description, list price, page number, quantity, unit, catalog text, and catalog images. Shell 52 and TV/2 search program 50 may, if desired, search the keyword field or any other field shown in Appendix VII. However, not all fields may appear on the monitor 22 of local computer 20, although they are stored in memory.

After the user has pressed the F11 key from Requisition Management data screen 110 and control has been passed from REQI program 44A to Shell 52 and TV/2 search program 50, monitor 22 of local computer 20 will show a footer bar representative of Shell 52 at all times that the user is in the TV/2 search program 50. The footer bar, which also includes appropriate icons, is used to make choices within Shell 52. A sample of the footer bar (without the icons) representing Shell 52 is shown at the base of Appendices III–VII. In the screens of Appendices III–VI, this footer bar is active to select functions. In the screen of Appendix VII, this footer bar is in the background and another footer bar is used to select functions.

If the user has marked an item on Requisition Management data screen 110 with the designation "S," the entered data at least partially describing that item will be sent to Shell 52 and TV/2 search program 50A in the manner described above. TV/2 search program 50 will search catalog database 36 for all items that match the search field sent over from REQI program 44A and Requisition Management data screen 110. When a search is performed in Shell 52 and search program 50, a Hit List 47 is produced, as indicated in FIG. 1C. The user would see on monitor 22 of local computer 20 a Hit List 47 screen representing limited data about all matching catalog items that were located in catalog database 36 as a result of the search. A sample Hit List 47 produced from a search initiated when the entry "OVENS" is received as the description or keyword by search program 50 from Requisition Item Table 46 is shown in Appendix III. Similar Hit Lists 47 are produced when various searches are performed from the Search Input screen shown in Appendix VII. When a Hit List 47 is depicted on monitor 22, the underlying catalog text and pictures (in either partial or complete form) are typically collected in a memory location for rapid viewing, printing or other use.

When multiple catalogs are present in catalog database 36, search program 50 contains a function associated with the catalog symbol of the footer bar and screen window (not shown) for selecting catalogs to be searched. For example, the following choices might be available:

1. Fisher General Catalog 93–94;
2. Fairmont Supplies Catalog;
3. NIST Standards Catalog; and
4. Promega Biological Research Products Catalog.

Fairmont and NIST catalogs list products not in the Fisher General Catalog, but many of the products listed in the Promega catalog are also listed in the Fisher General Catalog (identified by corresponding Fisher catalog numbers). If searching for a molecular biology product, the user would select the Fisher and Promega catalogs. TV/2 search program 50 would then concatenate those two catalogs to perform a keyword, catalog number or other subject search and generate a Hit List (of pages (panels) from both catalogs where the searched-for items were found. Similarly, the user might select the Fisher and NIST catalogs when searching for quality control standards or might select the Fisher and Fairmont catalogs when searching for supplies.

If the search is initiated from requisition/purchasing program 40, for example from the Requisition Management data screen 110 of the RIMS system, then the catalogs searched can be determined by the information provided. If, for example, Promega is indicated as the desired requisition item vendor, interface 60 would direct TV/2 search program 50 to search the Fisher and Fairmont catalogs. If no catalog delimiting information is entered for the item desired to be requisitioned, interface 60 would be set up to search only the Fisher catalog or, alternatively, to search all catalogs in catalog database 36.

Once Hit List 47 has been created by TV/2 search program 50, the user can view it and select particular ones of the located catalog items for Order List 48 that is being created in Shell 52, as shown in FIG. 1C. For example, a search for "Eco RI," a restriction enzyme, may have uncovered five entries in the Promega catalog (identified by Promega catalog numbers R6011, R6012, R6013, R6015 and R401) and five entries in the Fisher catalog (identified by Fisher catalog numbers PRR6011, PRR6012, PRR6013, PRR6015 and PRR4014). If the user selected PRR6012 from the Fisher catalog, Fisher catalog number PRR6012 would be added as an entry to the Items Selected screen, with VN0000001 (identifying the vendor as distributor Fisher) accompanying it in the Order List 48. If the user instead selected the item identified by catalog number R6012 from the Promega catalog, then Promega catalog number R6012 would be added as an entry to the Items Selected screen, with VN00005860 (identifying the vendor as Promega) accompanying it in the Order List. In either case, the information transmitted to REQI program 44A of Fisher RIMS system 40 would also include description, list price and other information taken from the catalog database from which the selection was made. When the resultant requisition is sourced, however (as described below), Distributor's mainframe host computer 10 would recognize the entry for the item from vendor Promega's catalog (R6012, 00005860) as corresponding to that same item available from Fisher's catalog (PRR6012, 00000001). The system thus would transmit back the Customer's contract price and availability for corresponding item PRR6012 as a type 03 (regular Distributor) product available from one of distributor's inventory locations. A purchase order then would be generated for this corresponding Distributor item as further described below.

By contrast, an item selected from the Fairmont catalog would be transferred to Fisher RIMS system 40 with the vendor number for Fairmont, and would be recognized during inventory sourcing as either a type 07 product (that Distributor orders from Fairmont) or as a type 05 item (that customer orders from Fairmont as an Administrative Purchase). In either of these two cases, a purchase order would be generated for an item, corresponding to a desired catalog item, that is identified by the same Fairmont catalog number that was requisitioned.

After the desired item has been selected from the Hit List 47 by double clicking on that item TV/2 search program 50

Case 3: Tab S: "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

| 17 | 18 |
|---|---|

In some embodiments, a Customer end user or a Customer purchasing employee operating REQI program **44**A of Fisher RIMS system **40** may also operate TV/2 search program **50**. Operating either from a terminal connected to local computer **20**, or from a separate local computer networked with the CSR's local computer **20**, such a Customer end user can select requisitioned items for inclusion in Requisition Item Table **46** by keystrokes viewing that screen and by searches in TV/2 search program **50** which are transmitted to the Requisition Item Table **46** via interface **60**, as described above. Depending upon his or her authorization level and access code to Fisher RIMS system **40**, the customer purchasing employee may be able to source the final requisition and/or accept the sourced requisition, as shown in Appendix IX. If, however, the sourced requisition was split into more purchase orders than the Customer purchasing employee might prefer, the intervention of the Distributor CSR could be invoked to revise and re-source the requisition (causing, for example, certain items originally sourced as type **01** products to be sourced for this order as corresponding type **03** products from a common Distributor warehouse with other type **03** products on the requisition). The Customer end user may have authority only to build the Requisition Item Table, but then calls the Distributor CSR or Customer purchasing employee to source and accept the requisition.

As shown in FIG. 1B, the present invention also has application to Distributor's regional customer service locations where a large number of CSRs may be placing orders directly on Distributor's host computer **210** for thousands of different customers who call in. In that environment, search program **250**, which preferably comprises TV/2 search program **250**, and catalog databases **236** are stored on file server **200**. In this environment, file server **200** is a large personal computer, a work station or a mini-computer such as an IBM AS/400. Alternatively, the server **200** and a minicomputer (such as an IBM AS/400) can be independently connected to each local computer **200**. Each CSR has a local personal computer **220** having a monitor **222**, a keyboard **224** and a printer **226**. Local computer **220** is provided with programs including requisition/purchasing program **240**, Shell program **252** and a graphic user interface **254** (preferably EASEL Workbench program **254** for OS/2) for listing items. One or more of these may be copied from server **220** when needed. Work-in-progress requisitions **260** are established for each customer and are attached to graphic user interface **254**. Server **200** maintains complete requisitions **242**, in a manner similar to the manner in which local computer **20** maintains requisition databases **42** in the embodiment shown in FIG. 1A.

Normally, in such an environment, the CSR creates Order lists for customers by entering Distributor catalog numbers into graphic user interface **254** and connecting to the Distributor mainframe **210** for price and availability. For this purpose, each local computer is connected to host computer **210** via a phone/dataline and either a gateway or a minicomputer acting as a local host. When a customer asks for products by manufacturer part number or a competitor's catalog number, the CSR has access to cross-reference files, as earlier described, either maintained on the local host or maintained on the Distributor host computer **210**.

Appropriate Distributor catalogs and manufacturer catalogs then are consulted, using TV-2 search program **250** and proper selection of Distributor catalogs and of catalogs and bulletins from manufacturers whose products Distributor regularly sells. Catalogs and bulletins are contained in catalog database **236**. The resultant lists of products are then transferred by Shell program **252** to a work-in-progress requisition **260**, and then entered from graphical user interface **254** directly onto Distributor's mainframe computer **210** as orders from the applicable customer to Distributor. The CSR, knowing which items are available from which Distributor warehouse and direct-shipping supplier, then may divide the customer's requested items into multiple orders, so as to assure that each order is completely filled by a single shipment. In this regional environment, file server **200** or the minicomputer acting as local host can maintain files of completed requisitions **242** which can be subsequently used for generating reports for customers in the region. Reports can be generated either from such local data or from data periodically downloaded to the local host from Distributor's host computer **210**.

Another environment where the present invention can be used is in Distributor's purchasing department. The item lists created in that environment can include lists of items Distributor does not regularly stock or purchase, but for which particular customers indicate a requirement to buy. The file server **200** in that environment contains TV-2 search program **250**, EASEL graphical user interface **254** and multiple catalog databases **236** containing catalogs similar to the Fairmont and NIST catalogs described above for the embodiment of FIG. 1A. The Distributor purchasing employee can receive by phone or via Distributor's host computer **210** requests for items not shown on Distributor's host databases either as regular products (type **03**) or third party items purchased for particular customers on a regular basis (type **07** items). Transmitting such requirements to the applicable Distributor purchasing employee can be a function of the inventory sourcing routines of host computer, or may be directed by the Distributor CSR interfacing with the customer.

The Distributor purchasing employee can search appropriate catalogs using TV-2 search program **250**, and can transfer the "Items Selected" to a product list in EASEL interface **254**. The resultant list might display, for example, supplier part number, supplier, list price, product and catalog page, with access to other fields such as complete description (up to 500 characters). The Distributor purchasing employee can then either forward the information to the CSR, customer end user or customer purchasing employee who requested the item (to confirm that the requirement is being met) or contact the supplier to confirm pricing and availability. Once responses from either or both have been obtained, the Distributor purchasing employee can use the item list in EASEL interface **254** to create one or more of the following purchase orders:

1. an order from the customer to the supplier (an Administrative Purchase);
2. an order from the customer to Distributor (for a type **07** product); and
3. an order from the Distributor to the supplier (usually providing for direct shipment from the supplier to the customer or to a JIT site maintained by Distributor for the customer).

# Tab S. "Means for searching for matching items that match the entered product information in the selected portions of the database"

### Means: Structure #1

| Lawson's Proposed Definition | Lawson's Proposed Definition |
|---|---|
| **Part 1f.** if more than one search criterion is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword and (c) page number, stopping at highest priority search criteria resulting in a match; and | "**A search priority exists when more than one field is provided** by requisition/purchasing system 40. The priority is as follows: **(1) part (catalog) number; (2) keyword; and (3) page number. The search** will start with priority (1) and **proceed** through priority (3) in sequence until a search produces products matching the search criteria. At that time, the search will return the matching product information to requisition/purchasing system 40 and stop at the **highest priority resulting in a match**." ('172 patent, Detailed Description of the Invention, 6:20-27 (emphasis added)) |

US 6,505,172 B1

5

tor site is also provided, as shown in FIG. 1A. Host computer 10 controls all inventory, pricing and requisitioning operations of the Distributor's regularly stocked items using host pricing and inventory databases 11. Host pricing and inventory databases 11 may include such information as: descriptions of the items and the quantities thereof available at a particular Distributor warehouse and at other Distributor warehouses; item records for each Product regularly sold by the Distributor; discount records by Customer; and cross-references from the Distributor's catalog number to its corresponding vendor's part (catalog) number and to similar corresponding catalog numbers of other vendors (suppliers or distributors) for the same Product.

Host computer 10 and local computer 20 are preferably linked point-to-point or in a network employing the formats and protocols of IBM's System Network Architecture ("SNA"). Host computer 10 can be substantially any mainframe or minicomputer capable of running the desired programs and conducting the required communications. Preferably, host computer 10 is a mainframe computer, such as an IBM Model 3090, running the MVS operating system, the MVS-CICS application and a Virtual Telecommunication Access Method communications network.

As shown in FIGS. 1C and 2, interface 60 is also a part of electronic sourcing interface system 5. Interface 60 communicates shared data between requisition/purchasing system 40 and search program 50. Interface 60 is preferably based upon the dynamic data exchange ("DDE") protocol provided by OS/2 operating system 32. As shown in FIG. 2, interface 60 preferably includes three linking programs to interface requisition/purchasing system 40 and search program 50: ESRC program 70, ESCP program 80 and DDE LINK 90.

A typical data exchange may begin with requisition/purchasing system 40 (which, in the illustrated embodiment, is the Fisher RIMS system) requesting information from catalog database 36 via search program 50. Once a search by search program 50 has been completed, the selected information will be communicated to requisition/purchasing system 40 via interface 60.

Alternatively, if the search of catalog database 36 is initiated from search program 50, the information selected from the search is returned to requisition/procurement system 40 via interface 60.

The start up of electronic sourcing system 5 (FIG. 1A) may be user-initiated or automatically started when the operating system, preferably OS/2 system 32, is brought up on local computer 20. An application-name string 61 must be identified to label interface 60. As shown in FIG. 1C, electronic sourcing system 5 by convention will use "TV2V123," "TV2V124," "TV2V125," etc. as application names 61 supporting the user's requesting service.

Preferably, application names 61 correspond to virtual terminal sessions that exist in the CICS system 34 of requisition/purchasing system 40. There will be a one-to-one correspondence between applications started (such as Shell 52) and CICS virtual terminals in use at a location of requisition/procurement system 40 (such as REQI program 44A). Local computer 20 will query OS/2 operating system 32 to determine the next application-name string 61 to create at start-up. The application-name strings 61 will be created in sequence with V123 being created first, V124 created second, etc. Each application will create only one application name-string 61 to support its user in the CICS environment 34.

If the Fisher RIMS system has been selected as requisition/purchasing system 40, and the TV/2 search pro-

6

gram has been selected as search program 50, CICS OS/2 applications 34 must share a workstation with a TV/2 search program 50.

The data passed by interface 60 preferably comprise all or a subset of the following twelve fields: vendor name, vendor number, vendor part (catalog) number, product description, bid price, list price, keyword, page number, quantity, unit, catalog text, and catalog images. Because of the amount of data for catalog images present in database 36 and viewed on monitor 22, these data are usually not passed via interface 60. Any of the above-listed fields may be filled by requisition/purchasing system 40 prior to requesting a search of catalog database 36 by search program 50. However, requisition/purchasing system 40 is not required to pass any data to search program 50. If a field is not passed, that field will be filled with spaces. The fields that are filled with data will assist search program 50 in executing its first search against a specific catalog contained in catalog database 36.

<mark>A search priority exists when more than one field is provided by requisition/purchasing system 40. The priority is as follows: (1) part (catalog) number; (2) keyword; and (3) page number. The search will start with priority (1) and proceed through priority (3) in sequence until a search produces products matching the search criteria. At that time, the search will return the matching product information to requisition/purchasing system 40 and stop at the highest priority resulting in a match.</mark>

The operation of electronic sourcing system 5 of the present invention will now be more particularly described in the context of FIGS. 1A, 1C, 2 and 3. In FIGS. 2 and 3, the rectangles represent data screens as well as programs associated with those data screens. The rounded rectangles represent programs not associated with data screens such that, while these programs are running, the prior data screen may remain visible without, being operational for the input of data. The programs associated with the data screens enable the user of local computer 20 to display and modify the contents of various tables associated with particular data screens. The following description illustrates the use of the Fisher RIMS system as requisition/purchasing system 40, and the TV/2 search program as search program 50. However, it will be understood that the present invention is not limited to such system or program.

Preferably, a user will start the electronic sourcing system 5 from Fisher RIMS system 40. Requisitioning on Fisher RIMS system 40 in context of the electronic sourcing system 5 of the present invention is illustrated in pertinent part in FIG. 2 (and is fully described in U.S. Pat. No. 5,712,989). As data (e.g., Account Number, Requisition Number and Stock Numbers) associated with a single requisition are entered through the various data screens on local computer 20, that computer creates a set of Requisition Tables (including a requisition Item Table 46, shown in FIG. 1C) for that particular requisition. The Requisition Tables are stored in Requisition databases 42A (shown in FIG. 1A), and can be accessed by local computer 20 using the Requisition Number to find the desired table.

The first step in creating a requisition in Fisher RIMS system 40 involves entry by the user of information in the Order Header program 44D (shown in FIG. 1A), which has an associated Order Header data screen 100 (FIG. 3). A sample of an actual Order Header data screen 100 is set forth in Appendix I. The user enters an Account Number, which generally causes the correct name and address associated with that Account Number to be entered into the appropriate fields of Order Header data screen 100. The user must also

**Tab S.** "**Means for searching for matching items that match the entered product information in the selected portions of the database**"

**Means: Structure #1**

| Lawson's Proposed Definition | Lawson's Proposed Definition |
|---|---|
| **Part 1g.** displaying via catalog search program a hit list of search results. | "**The user would see on monitor 22 of local computer 20 a Hit List 47** screen representing limited data about all matching catalog items that were located in catalog database 36 as **a result of the search**. A sample Hit List 47 produced from a search initiated when the entry 'OVENS' is received as the description or keyword by search program 50 from Requisition Item Table 46 is shown in **Appendix III**." ('172 patent, Detailed Description of the Invention, 9:42-48 (emphasis added)) |
| | APPENDIX III |
| | ovens<br>General<br>(1106)Fisher Isotemp 800 Series Programmable Ovens<br>(1107)Isotemp 700 Series Deluxe Lab Ovens<br>(1108)Isotemp 600 Standard Lab Ovens<br>(1109)Fisher Isotemp 500 Series Economy Lab Ovens<br>(1110)Gravity Convection Ovens<br>(1111)Utility Ovens<br>(1112)Mechanical Convection Ovens with Electronic Temperature<br>(1113)General-Purpose Ovens<br>(1114)Heavy Duty Deluxe Ovens<br>(1116)Large Capacity Model 2882A<br>(1117)Standard Capacity Model 281A<br>(1118)Fisher Models 280 and 285 Vacuum Ovens<br>(1119)NAPCO Vacuum Ovens<br>Help   Catalogs   Search   Order List   Minimize   Clear   Prev   Next        Exit |
| | ('172 patent, Appendix III)<br><br>". . . perform a keyword, catalog number or other subject search and **generate a Hit List of pages (panels) from both catalogs where the searched-for items were found**." ('172 patent, Detailed Description of the Invention, 10:6-8 (emphasis added))<br><br>"A Hit List 47 indicating all items from catalog database 36 that match the search field 30 that was entered on the Search Screen then is generated." ('172 patent, Detailed Description of the |

| | Invention, 12:31-33) |
|---|---|

Case 3:09-cv-00080-DPB Document 171-2 Filed 03/18/10 Page 32 of 52 PageID #: 4886

Tab S: "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

**9**

be requisitioned up to twenty desired catalog items contained in catalog database **36** may be sent to REQI program **44A** and its associated Requisition Management data screen **110** of Fisher RIMS system **40**. If a user chooses to terminate the sourcing process, ESRC program **70** would return to REQI program **44A** and its associated Requisition Management data screen **110** without processing any of the records.

ESCP program **80** links with Shell **52** and TV/2 search program **50** via DDE LINK **90**. Shell **52** and TV/2 search program **50** search in catalog database **36** for the item or items desired to be requisitioned that has or have been passed from ESRC program **70** to ESCP program **80**. Catalog database **36** contains the following fields: vendor name, vendor number, vendor part (catalog) number, product description, list price, page number, quantity, unit, catalog text, and catalog images. Shell **52** and TV/2 search program **50** may, if desired, search the keyword field or any other field shown in Appendix VII. However, not all fields may appear on the monitor **22** of local computer **20**, although they are stored in memory.

After the user has pressed the F11 key from Requisition Management data screen **110** and control has been passed from REQI program **44A** to Shell **52** and TV/2 search program **50**, monitor **22** of local computer **20** will show a footer bar representative of Shell **52** at all times that the user is in the TV/2 search program **50**. The footer bar, which also includes appropriate icons, is used to make choices within Shell **52**. A sample of the footer bar (without the icons) representing Shell **52** is shown at the base of Appendices III–VII. In the screens of Appendices III–VI, this footer bar is active to select functions. In the screen of Appendix VII, this footer bar is in the background and another footer bar is used to select functions.

If the user has marked an item on Requisition Management data screen **110** with the designation "S," the entered data at least partially describing that item will be sent to Shell **52** and TV/2 search program **50A** in the manner described above. TV/2 search program **50** will search catalog database **36** for all items that match the search field sent over from REQI program **44A** and Requisition Management data screen **110**. When a search is performed in Shell **52** and search program **50**, a Hit List **47** is produced, as indicated in FIG. 1C. The user would see on monitor **22** of local computer **20** a Hit List **47** screen representing limited data about all matching catalog items that were located in catalog database **36** as a result of the search. A sample Hit List **47** produced from a search initiated when the entry "OVENS" is received as the description or keyword by search program **50** from Requisition Item Table **46** is shown in Appendix III. Similar Hit Lists **47** are produced when various searches are performed from the Search Input screen shown in Appendix VII. When a Hit List **47** is depicted on monitor **22**, the underlying catalog text and pictures (in either partial or complete form) are typically collected in a memory location for rapid viewing, printing or other use.

When multiple catalogs are present in catalog database **36**, search program **50** contains a function associated with the catalog symbol of the footer bar and screen window (not shown) for selecting catalogs to be searched. For example, the following choices might be available:

1. Fisher General Catalog 93–94;
2. Fairmont Supplies Catalog;
3. NIST Standards Catalog; and
4. Promega Biological Research Products Catalog.

Fairmont and NIST catalogs list products not in the Fisher General Catalog, but many of the products listed in the

**10**

Promega catalog are also listed in the Fisher General Catalog (identified by corresponding Fisher catalog numbers). If searching for a molecular biology product, the user would select the Fisher and Promega catalogs. TV/2 search program **50** would then concatenate those two catalogs to perform a keyword, catalog number or other subject search and generate a Hit List of pages (panels) from both catalogs where the searched-for items were found. Similarly, the user might select the Fisher and NIST catalogs when searching for quality control standards or might select the Fisher and Fairmont catalogs when searching for supplies.

If the search is initiated from requisition/purchasing program **40**, for example from the Requisition Management data screen **110** of the Fisher RIMS system, then the catalogs searched can be determined by the information provided. If, for example, Promega is indicated as the desired requisition item vendor, interface **60** would direct TV/2 search program **50** to search the Fisher and Fairmont catalogs. If no catalog delimiting information is entered for the item desired to be requisitioned, interface **60** would be set up to search only the Fisher catalog or, alternatively, to search all catalogs in catalog database **36**.

Once Hit List **47** has been created by TV/2 search program **50**, the user can view it and select particular ones of the located catalog items for Order List **48** that is being created in Shell **52**, as shown in FIG. 1C. For example, a search for "Eco RI," a restriction enzyme, may have uncovered five entries in the Promega catalog (identified by Promega catalog numbers R6011, R6012, R6013, R6015 and R401) and five entries in the Fisher catalog (identified by Fisher catalog numbers PRR6011, PRR6012, PRR6013, PRR6015 and PRR4014). If the user selected PRR6012 from the Fisher catalog, Fisher catalog number PRR6012 would be added as an entry to the Items Selected screen, with VN0000001 (identifying the vendor as distributor Fisher) accompanying it in the Order List **48**. If the user instead selected the item identified by catalog number R6012 from the Promega catalog, then Promega catalog number R6012 would be added as an entry to the Items Selected screen, with VN00005860 (identifying the vendor as Promega) accompanying it in the Order List. In either case, the information transmitted to REQI program **44A** of Fisher RIMS system **40** would also include description, list price and other information taken from the catalog database from which the selection was made. When the resultant requisition is sourced, however (as described below), Distributor's mainframe host computer **10** would recognize the entry for the item from vendor Promega's catalog (R6012, 00005860) as corresponding to that same item available from Fisher's catalog (PRR6012, 00000001). The system thus would transmit back the Customer's contract price and availability for corresponding item PRR6012 as a type **03** (regular Distributor) product available from one of distributor's inventory locations. A purchase order then would be generated for this corresponding Distributor item as further described below.

By contrast, an item selected from the Fairmont catalog would be transferred to Fisher RIMS system **40** with the vendor number for Fairmont, and would be recognized during inventory sourcing as either a type **07** product (that Distributor orders from Fairmont) or as a type **05** item (that customer orders from Fairmont as an Administrative Purchase). In either of these two cases, a purchase order would be generated for an item, corresponding to a desired catalog item, that is identified by the same Fairmont catalog number that was requisitioned.

After the desired item has been selected from the Hit List **47** by double clicking on that item TV/2 search program **50**

Case 2:23-cv-00202-RER-B..........-AYS-.-c Filed 09/16/18 ...... 33 of 52 ....... ID #..207

Tab S: "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

**11**

can be used to bring up for viewing on monitor **22**, or printing on printer **26**, images and text from the catalog page on which the item selected is located. For example, as shown in Appendix III, page 1106 of the Fisher catalog has been selected. If the user double clicks on highlighted page 1106, the text shown in Appendix IV (and related images, not shown) would appear on monitor **22**. On the sample screen shown in Appendix IV, the item that appears on page 1106 of the Fisher catalog relates to Fisher Isotemp 800 Series Programmable Ovens. Conventional scroll bars appearing on the screen (not shown in Appendix IV) enable the user to scroll through additional catalog information (text and/or images) not yet displayed on the screen. An example of such additional textual information is depicted on the screen shown in Appendix V.

On the screen of Appendix V, the vendor distributor's catalog number ("Cat. No.") 13-246-818F is highlighted. The catalog number of an item normally appears in blue in a screen such as Appendix V. This blue lettering is used for catalog numbers, trademarks, footnotes and other entries for which database **36** contains additional information or cross-references (called hyperlinks). When a search is conducted and the catalog segments of the resultant hit list are reviewed, the test corresponding to the search parameter is highlighted in red. Thus, in Appendix V, catalog number 13-246-818F (identified in the search) appears in red, while catalog number 13-246-838F and the trademark Isotemp each appear in blue. A word, vendor part number or catalog number located by the search will appear red, even if that word or number did not have an associated hyperlink (and thus is not normally blue).

When in search program **50**, particular items selected can be added to an Order List **48** pending in Shell **52** and search program **50**. When the Ordering portion of catalog text is viewed (as in Appendix V), particular items can be selected so as to be added to the Order List **48** by double clicking on the highlighted catalog number (even if a different field was also highlighted as a result of a search of catalog database **36**). The item is then added to an Order List **48** that is created in Shell **52** via a hypertext link. The items that are sent to the Order List **48** are collected and shown on the Items Selected screen of Shell **52**. An example of an Items Selected screen of Shell **52** is shown in Appendix VI. The Items Selected screen depicts certain fields of Order List **48** that can be viewed and edited within search program **50**. For example, Shell **52** permits the user via a pop-up window (not shown) to select units, e.g. pack or case, and quantity to be ordered, e.g. two packs. Alternatively, the data in these fields can default to one of the smallest unit and the units can be changed when the order is reviewed in REQI program **44A**. Additional fields on the same items are also present in memory at this stage. Upon clicking on "Order" when the Items Selected screen (Appendix VI) is viewed, many or all of these fields on the items in the Order List are transmitted back to REQI program **44A** (via the programs of interface **60** shown in FIG. **2**) to be added to the pending Requisition Item Table **46**. The sample Items Selected screen shown in Appendix VI includes the Isotemp Oven with catalog number 1324818F that was located as a result of the search for all items in catalog database **36** that match the part number 13246818F that was entered in the STOCK NBR field of REQI program **44A** and its associated Requisition Management data screen **110** of Fisher RIMS system **40**.

The following fields are transferred to Order List **48** created in TV/2 search program **50**: Vendor name, vendor number, vendor part (catalog) number, product description, list price, page number, quantity, unit and catalog text.

**12**

However, not all of these fields are viewed on the Items Selected screen.

If more than one item on Requisition Management data screen **110** had been marked with an "S," the process described above is repeated.

If the user desires to do additional searching in catalog database **36** that is not connected to catalog or other items that have been listed on Requisition Management data screen **110** of Fisher RIMS system **40**, he or she can click the box on footer bar of Shell **52** that is labelled "Search." Then, a Search screen comes up on monitor **22** of local computer **20**. An exemplary Search screen is shown in Appendix VII. In this screen, the usual footer bar is visible in the background, but is not active.

Using the Search screen, a user can search catalog database **36** by page, text description, part number (where the user has the further option to search by Fisher part number, for example if Fisher is to be the desired vendor), Vendor part number, vendor name (for vendors other than Fisher), or bulletin. Stock numbers specific to the customer can also be present in catalog database **36** and searched using the screen of Appendix VII. "Bulletin" refers to an additional vendor publication with detailed product information that may not be included in a vendor catalog. Searching for information contained in bulletins may be done by bulletin number, but only if bulletins have been made a part of catalog database **36**. For purposes of this disclosure, bulletins when included in a catalog database are considered a type of catalog.

After the user has entered the field to be searched on the Search Screen, the user clicks on the "SEARCH" box near the bottom of the Search Screen. A Hit List **47** indicating all items from catalog database **36** that match the search field that was entered on the Search Screen then is generated. Then, in a manner similar to that described previously, the user can scroll through the Hit List **47** and double click on the catalog page or panel desired. The user may then also view the detailed information located on the catalog page that was selected from the Hit List **47**. During the search, the user may also add additional items to the Order List **48** being built in Shell **52** if desired, whether those additional items had been selected from the Hit List **47** or not.

The Order List that the user has built in Shell **52** is maintained on the Items Selected screen, shown in Appendix VI. From the Items Selected screen, the user can cancel the order by clicking on the "Cancel" box at the bottom of the screen, delete an item from the Order List **48** by moving the pointer bar to the item to be deleted and then clicking on the "Delete" box at the bottom of the screen, or delete all items by clicking on the "Delete All" box. The user can also view catalog text and images for a particular item by clicking on the "Description" box.

Once the user has completely built the Order List **48** within Shell **52** and TV/2 search program **50**, he or she can transmit it to Fisher RIMS system **40**. This is accomplished by clicking on the "Order" box at the bottom of the Items Selected screen to communicate the completed Order List **48** to Fisher RIMS system **40**.

The user may have selected no items, one item or several items from the catalogs contained in catalog database **36** by using TV/2 search program **50**. If no items have been selected, the original items that were entered on Requisition Item Table **46** of Requisition Management data screen **110** will remain on that screen and will continue to be processed by Fisher RIMS system **40**. If one or several desired catalog items were selected in TV/2 search program **50**, the first item selected will replace the original item on Requisition Item Table **46** of Requisition Management data screen **110**. Addi-

**Tab S.** "**Means for searching for matching items that match the entered product information in the selected portions of the database**"

**Means: Structure #2**

| Lawson's Proposed Definition | Lawson's Proposed Definition |
|---|---|
| **Means:** Two means are disclosed: | |
| **Structure No. 2.**  Software initiated from shell program (52 or 252) running on local computer (20 or 220), that consists of the following steps: | "Alternatively, the user could initiate search program 50 of electronic sourcing system 5 without having first entered information in RIMS system 40 about the product to be requisitioned." ('172 patent, Detailed Description of the Invention, 8:34-37)<br><br>**Figure 1A** shows the shell program (52) running on local computer (20) and keyboard (24) at local computer (20):<br><br><br><br>('172 patent, Fig. 1A)<br><br>**Figure 1B** shows shell program (252) running on local computer (220). The search is initiated at the keyboard (224) of local computer (220). The keyboard is the only structure shown and described: |

133



FIG. 1B

('172 patent, Fig. 1B)

"**Local computer 20 also preferably runs Shell program 52,
which operates under search program 50 and is used to
customize search program 50 to generate Order Lists 48
(shown in FIG. 1C) with particular fields of formatted data 30
about the items selected using search program 50**. Local
computer 20 is preferably capable of running both a RIMS program
44 and Shell program 52 at the same time (i.e., in a multi-tasking
environment), but the user of local computer 20 usually sees only
RIMS program 44 or Shell program 52 at one time in the
foreground on monitor 22." ('172 patent, Detailed Description of
the Invention, 4:31-36 (emphasis added))



FIG. 1C

('172 patent, Fig. 1C)

Case 3:09-cv-00620-REP    Document 171-8    Filed 03/16/10    Page 36 of 52 PageID# 4689

Tab S:  "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

7

8

enter a Requisition Number in the appropriate field of the Order Header screen **100**. Various additional information may also be entered.

At the bottom of Order Header data screen **100** are several fields that describe the function of various function keys. Function keys F6, F9, and F10 all cause the system to jump to a new RIMS program **44** or data screen in Fisher RIMS system **40**. For example, pressing the F9 key causes the system to jump to RIMS Customer Variable program **44E** (FIG. 1A) and its associated Customer Variable Header data screen **104** (FIG. 3). Customer Variable Header program **44E** with its associated Customer Variable Header data screen **104** allows the user to enter and edit information that the particular customer desires to be associated with the requisition due to requirements of the customer's internal accounting system or other systems. Pressing the F10 key will cause the system to enter the Inventory Sourcing program or programs **44B**.

Pressing the F6 function key from the Order Header data screen causes Fisher RIMS system **40** to jump to REQI program **44A** (FIG. 1A). The screen associated with REQI program **44A** is Requisition Management data screen **110** (FIG. 3) illustrated in Appendix II. Within REQI program **44A** and its associated Requisition Management data screen **110**, Requisition Item Table **46** (shown in FIG. 1C) is a graphical representation of a database table in which certain fields are completed on a list of items that are to be listed, sourced and ordered. Representative Requisition Management data screens **110** showing a Requisition on Requisition Item Table **46** are set forth in Appendices II, VIII and IX. It should be appreciated that data about each item is stored in Requisition Item Table **46**, some of which is displayed on the screens shown in Appendices II, VIII and IX. The data stored can additionally include customer variable data. That is, the fields on Requisition Item Table **46** can be expanded to include specific item details used by a particular customer, especially when reports from requisition databases are transferred to the customer's host computer (not shown). The field structure for these data is maintained in customer-specific databases **42C**.

The entire process of listing, sourcing and ordering products using Fisher RIMS system **40** can be completed without any reference to a search program **50**. As described herein, however, limited fields on specific items can be transmitted from Requisition Item Table **46** to search program **50**, and more completed fields of the same or different items can be received from the search program **50** into a Requisition Item Table **46**.

At the bottom of Requisition Management data screen **110** (FIG. 3), and Appendices II, VIII and IX) are several fields which describe the function of various function keys (F1, F2, etc.). The user uses REQI program **44A** and its associated Requisition Management data screen **110** to enter the catalog or part numbers and quantities of the various items being requisitioned.

The Account Number and Requisition Number are automatically passed to REQI program **44A** and its associated Requisition Management data screen **110**, and displayed at the top of the Requisition Management data screen **110** in the relevant fields. For example, in the exemplary Requisition Management data screen **110** shown in Appendix II, the number 218848 has been entered in the Account Number field, and the notation "TEST NEW ONE" has been entered in the Requisition Number field.

The user can next enter desired items and quantities for the requisition. Each desired item may be identified by

entering its distributor catalog or part number, if known, in the field below the STOCK NBR label on the appropriate line in Requisition Item Table **46** shown on Requisition management data screen **110**. In the sample Requisition Management data screen **110** shown in Appendix II, the part number 13246818F has been entered in the STOCK NBR field of Line **001**. Once the user has entered such information at least partially describing a desired item on Requisition Management data screen **110**, he or she may wish to initiate a search of catalog database **36** to find all the part numbers contained in catalog database **36** that match the part number entered or other information on Requisition Management screen **110**. If so, the user enters the letter "S" (for "Select") on the line number of the item that he or she wishes to search in catalog database **36**. The letter "S" has been entered to the left of line **001** on the sample Requisition Management data screen **110** shown in Appendix II. Any number of items, or no items, listed on Requisition Management data screen **110** may be marked with "S."

A user may not always have information relating to the catalog or part number for the particular items that are to be requisitioned using Fisher RIMS system **40**. Or, the user may have relevant information about an item from a particular vendor but may wish to locate information about the same or a similar product available from other vendors. Or, the user may simply know the name of the item that he or she wishes to requisition. In any of these cases, the user alternatively or additionally could enter text at least partially describing the product to be requisitioned in the "DESC" field of Requisition Management data screen **110** (e.g., Appendix II). Then, the user would initiate the electronic sourcing system **5** of the present invention to search the vendor product catalogs contained in catalog database **36**. Alternatively, the user could initiate search program **50** of electronic sourcing system **5** without having first entered information in RIMS system **40** about the product to be requisitioned.

Once the user has built or partially built Requisition Item Table **46** by filling the line numbers (entries) on Requisition Management data screen **110** and selecting those lines to be searched, he or she is now ready to initiate electronic sourcing system **5**. Pressing the F11 function key, which is labelled "Catalog," from Requisition Management screen **110** accesses electronic sourcing system **5**.

Referring now to FIG. 2, after the user presses the F11 key on Requisition Management data screen **110** of Fisher RIMS system **40**, Fisher RIMS system **40** will pass program control via XCTL **74** to ESRC program **70**. XCTL **74** is a protocol within CICS application **34** that directs the execution of a program, as would readily be understood by one of ordinary skill in the art. As control is passed from REQI program **44A** to ESRC program **70**, ESRC-Comm-AREA data structure **76** is passed. ESRC-Comm-AREA is a layout of storage area in local computer **20** created by REQI program **44A** to pass data to ESRC program **70**, as would readily be understood by one of ordinary skill in the art. ESRC program **70** will then LINK **82** to ESCP program **80** with ESCP-Comm-AREA **84**. LINK **82** is a protocol within CICS application **32** that directs the execution of a program, as would readily be understood by one of ordinary skill in the art. Data at least partially describing one item desired to be requisitioned is passed to ESCP program **80** via LINK **82**. Thus, if there are five items to be passed to ESCP program **80**, there will be five LINKS **82** made. If no items are to be passed to ESCP program **80**, only one LINK **82** is made to ESCP program **80**. ESCP program **80** can return up to twenty items per LINK **82**; in other words, for each item desired to

US 6,505,172 B1

3

It is a further object of this invention to provide an electronic sourcing system capable of creating an order list including desired catalog items located as the result of such a database search, and transferring that order list to a requisition/purchasing system for generating a requisition including entries for the desired catalog items.

In accordance with the invention, an electronic sourcing system and method provided by the system are provided. The system includes a computer that maintains a catalog database of data including product information (such as product identification information, and descriptive information) relating to catalog items available from vendor product catalogs, and a means for building (generating) a requisition including at least one requisitioned item. Information at least partially identifying an item desired to be requisitioned is entered by a user, and utilized by a means for searching the database for catalog items matching that information and for selecting at least one catalog item located as a result of the search. Text describing the catalog items, and images of the items, may be viewed. Data identifying selected catalog items are communicated to the requisition building means, which generates a requisition including entries for items corresponding to the selected catalog items. Additionally, the invention includes a means for checking the availability in one or more inventory locations of the corresponding desired catalog items, and for generating one or more purchase orders for desired items from inventory locations stocking the items.

BRIEF DESCRIPTION OF THE DRAWINGS

The above and other objects and advantages of the invention will be apparent from consideration of the following detailed description, taken in conjunction with the accompanying drawings, in which like reference characters refer to like parts throughout, and in which:

FIG. 1A is a block diagram showing one exemplary embodiment of the overall system of the present invention;

FIG. 1B is a block diagram showing another exemplary embodiment of the overall system of the present invention;

FIG. 1C is a block diagram showing a portion of the embodiment of FIG. 1A in greater detail;

FIG. 2 is a block diagram showing the flow of control and interaction between the various programs and data screens of the programs used for requisition management and vend catalog searching of the present invention; and

FIG. 3 is a block diagram showing a portion of a system (Fisher RIMS) for requisition management, including the electronic sourcing system of the present invention.

DETAILED DESCRIPTION OF THE INVENTION

FIGS. 1A and 1B show preferred embodiments of the electronic sourcing system 5 of the present invention. As shown in FIG. 1A, a local computer 20, which is preferably located at or near a Customer site and the site of Just-In-Time ("JIT") Inventory, is preferably used by an on-site Customer Service Representative ("CSR") dedicated to a Customer to assist that Customer in requisitioning items needed.

Local computer 20 includes conventional color monitor 22 and alphanumerical keyboard 24 including twelve function keys F1, F2, . . . F12. Local computer is also coupled to printer 26.

Local computer 20 is preferably a conventional micro-computer (such as a 386-, 486- or Pentium-class personal

4

computer) capable of operating the required programs and of transmitting and receiving the required communications, running the OS/2 operating system 32 and also running the CICS OS/2 application 34, both of which are available from IBM.

Electronic sourcing system 5 also includes a requisition/purchasing system 40, preferably but not necessarily the Fisher RIMS system, and a search program 50 that is capable of searching through large volumes of information quickly and accurately. Preferably but not necessarily the Technical Viewer 2 search program ("TV/2"), available from IBM, is used as search program 50. As shown in the embodiment of FIG. 1A, Fisher RIMS 40 and TV/2 search program 50 are run by local computer 20.

Fisher RIMS system 40 is comprised of numerous program modules, including several programs 44, which operate within CICS environment 34 of OS/2 operating system 32. Programs 44 include, among others, Requisition Management ("REQI") program 44A, Inventory Sourcing program or programs 44B, Requisition Maintenance program 44C, Customer Variable program 44D, and Order Header program 44E, each of which will later be described in greater detail. REQI program 44A is most often the RIMS program 44 that interfaces with TV/2 search program 50.

Fisher RIMS system 40 also includes several Fisher RIMS databases 42. These databases 42 preferably include requisition databases 42A, inventory databases 42B, and customer-specific databases 42C, each maintained within OS/2 operating system 32.

Local computer 20 also preferably runs Shell program 52, which operates under search program 50 and is used to customize search program 50 to generate Order Lists 48 (shown in FIG. 1C) with particular fields of formatted data about the items selected using search program 50. Local computer 20 is preferably capable of running both a RIMS program 44 and Shell program 52 at the same time (i.e., in a multi-tasking environment), but the user of local computer 20 usually sees only RIMS program 44 or Shell program 52 at one time in the foreground on monitor 22.

Local computer 20 is also provided with a catalog database 36 comprised preferably of at least two vendor product catalogs. The catalogs, and hence catalog database 36, preferably include such information as part number, price, catalog number, vendor name or I.D., and vendor catalog number, as well as textual information and images of or relating to the catalog products. The nature of the business that the Customer using electronic sourcing system 5 conducts will determine which product catalogs are made a part of catalog database 36.

A feature of the present invention is the ability to search multiple catalogs from different suppliers. For example, catalog database 36 can contain the catalog or catalogs published by a vendor Distributor, having Distributor's catalog numbers for all listed products and vendor manufacturer's part numbers for many of the listed products. Catalog database 36 can further contain catalogs published by some of the vendor manufacturers, listing the manufacturers' part numbers for certain products correspondingly listed in the Distributor's catalogs and for certain products not listed in the Distributor's catalogs. Catalog database 36 can further contain catalogs published by outside suppliers, whether other manufacturers or other distributors, listing such vendor's products different from those in the Distributor's catalogs.

Where the Fisher RIMS system is in use with electronic sourcing system 5, a host computer 10 located at a Distribu-

# **Tab S.** "Means for searching for matching items that match the entered product information in the selected portions of the database"

### **Means: Structure #2**

| **Lawson's Proposed Definition** | **Lawson's Proposed Definition** |
|---|---|
| **Part 2a.**      displaying a search screen on the monitor of local computer; | "If the user desires to do additional **searching** in catalog database 36 that is not connected to catalog or other items that have been listed on Requisition Management data screen 110 of Fisher RIMS system 40, **he or she can click the box on footer bar of Shell 52 that is labelled 'Search.' Then, a Search screen comes up on monitor 22 of local computer 20**. An exemplary Search screen is shown in **Appendix VII**. In this screen, the usual footer bar is visible in the background, but is not active." ('172 patent, Detailed Description of the Invention, 12:6-14 (emphasis added))<br><br>APPENDIX VII<br><br>SEARCH<br>                                            Page:<br>                   Search For:<br>               Part Number: ○Fisher   ○Vendor   ○Cust-omer<br>                 Vendor Name:<br>                    Bulletin:<br>HELP   SEARCH     CANCEL   CLEAR     USER<br>DATA   EXTENDED<br><br>('172 patent, Appendix VII) |

Case ... <del>...</del> 3

Tab S: "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

11

can be used to bring up for viewing on monitor **22**, or printing on printer **26**, images and text from the catalog page on which the item selected is located. For example, as shown in Appendix III, page 1106 of the Fisher catalog has been selected. If the user double clicks on highlighted page 1106, the text shown in Appendix IV (and related images, not shown) would appear on monitor **22**. On the sample screen shown in Appendix IV, the item that appears on page 1106 of the Fisher catalog relates to Fisher Isotemp 800 Series Programmable Ovens. Conventional scroll bars appearing on the screen (not shown in Appendix IV) enable the user to scroll through additional catalog information (text and/or images) not yet displayed on the screen. An example of such additional textual information is depicted on the screen shown in Appendix V.

On the screen of Appendix V, the vendor distributor's catalog number ("Cat. No.") 13-246-818F is highlighted. The catalog number of an item normally appears in blue in a screen such as Appendix V. This blue lettering is used for catalog numbers, trademarks, footnotes and other entries for which database **36** contains additional information or cross-references (called hyperlinks). When a search is conducted and the relevant segments of the resultant hit list are reviewed, the text corresponding to the search parameter is highlighted in red. Thus, in Appendix V, catalog number 13-246-818F (identified in the search) appears in red, while catalog number 13-246-838F and the trademark Isotemp each appear in blue. A word, vendor part number or catalog number located by the search will appear red, even if that word or number did not have an associated hyperlink (and thus is not normally blue).

When in search program **50**, particular items selected can be added to an Order List **48** pending in Shell **52** and search program **50**. When the Ordering portion of catalog text is viewed (as in Appendix V), particular items can be selected so as to be added to the Order List **48** by double clicking on the highlighted catalog number (even if a different field was also highlighted as a result of a search of catalog database **36**). The item is then added to an Order List **48** that is created in Shell **52** via a hypertext link. The items that are sent to the Order List **48** are collected and shown on the Items Selected screen of Shell **52**. An example of an Items Selected screen of Shell **52** is shown in Appendix VI. The Items Selected screen depicts certain fields of Order List **48** that can be viewed and edited within search program **50**. For example, Shell **52** permits the user via a pop-up window (not shown) to select units, e.g. pack or case, and quantity to be ordered, e.g. two packs. Alternatively, the data in these fields can default to one of the smallest unit and the units can be changed when the order is reviewed in REQI program **44A**. Additional fields on the same items are also present in memory at this stage. Upon clicking on "Order" when the Items Selected screen (Appendix VI) is viewed, many or all of these fields on the items in the Order List are transmitted back to REQI program **44A** (via the programs of interface **60** shown in FIG. **2**) to be added to the pending Requisition Item Table **46**. The sample Items Selected screen shown in Appendix VI includes the Isotemp Oven with catalog number 1324818F that was located as a result of the search for all items in catalog database **36** that match the part number 13246818F that was entered in the STOCK NBR field of REQI program **44A** and its associated Requisition Management data screen **110** of Fisher RIMS system **40**.

The following fields are transferred to Order List **48** created in TV/2 search program **50**: Vendor name, vendor number, vendor part (catalog) number, product description, list price, page number, quantity, unit and catalog text.

12

However, not all of these fields are viewed on the Items Selected screen.

If more than one item on Requisition Management data screen **110** had been marked with an "S," the process described above is repeated.

If the user desires to do additional searching in catalog database **36** that is not connected to catalog or other items that have been listed on Requisition Management data screen **110** of Fisher RIMS system **40**, he or she can click the box on footer bar of Shell **52** that is labelled "Search." Then, a Search screen comes up on monitor **22** of local computer **20**. An exemplary Search screen is shown in Appendix VII. In this screen, the usual footer bar is visible in the background, but is not active.

Using the Search screen, a user can search catalog database **36** by page, text description, part number (where the user has the further option to search by Fisher part number, for example if Fisher is to be the desired vendor), Vendor part number, vendor name (for vendors other than Fisher), or bulletin. Stock numbers specific to the customer can also be present in catalog database **36** and searched using the screen of Appendix VII. "Bulletin" refers to an additional vendor publication with detailed product information that may not be included in a vendor catalog. Searching for information contained in bulletins may be done by bulletin number, but only if bulletins have been made a part of catalog database **36**. For purposes of this disclosure, bulletins when included in a catalog database are considered a type of catalog.

After the user has entered the field to be searched on the Search Screen, the user clicks on the "SEARCH" box near the bottom of the Search Screen. A Hit List **47** indicating all items from catalog database **36** that match the search field that was entered on the Search Screen then is generated. Then, in a manner similar to that described previously, the user can scroll through the Hit List **47** and double click on the catalog page or panel desired. The user may then also view the detailed information located on the catalog page that was selected from the Hit List **47**. During the search, the user may also add additional items to the Order List **48** being built in Shell **52** if desired, whether those additional items had been selected from the Hit List **47** or not.

The Order List that the user has built in Shell **52** is maintained on the Items Selected screen, shown in Appendix VI. From the Items Selected screen, the user can cancel the order by clicking on the "Cancel" box at the bottom of the screen, delete an item from the Order List **48** by moving the pointer bar to the item to be deleted and then clicking on the "Delete" box at the bottom of the screen, or delete all items by clicking on the "Delete All" box. The user can also view catalog text and images for a particular item by clicking on the "Description" box.

Once the user has completely built the Order List **48** within Shell **52** and TV/2 search program **50**, he or she can transmit it to Fisher RIMS system **40**. This is accomplished by clicking on the "Order" box at the bottom of the Items Selected screen to communicate the completed Order List **48** to Fisher RIMS system **40**.

The user may have selected no items, one item or several items from the catalogs contained in catalog database **36** by using TV/2 search program **50**. If no items have been selected, the original items that were entered on Requisition Item Table **46** of Requisition Management data screen **110** will remain on that screen and will continue to be processed by Fisher RIMS system **40**. If one or several desired catalog items were selected in TV/2 search program **50**, the first item selected will replace the original item on Requisition Item Table **46** of Requisition Management data screen **110**. Addi-

## **Tab S.** "Means for searching for matching items that match the entered product information in the selected portions of the database"

### **Means: Structure #2**

| **Lawson's Proposed Definition** | **Lawson's Proposed Definition** |
|---|---|
| **Part 2b.** receiving search criteria (e.g., catalog page number, keyword, part number) for item to be searched; | "Shell 52 and TV/2 search program 50 may, if desired, search the keyword field or any other field shown in **Appendix VII**." ('172 patent, Detailed Description of the Invention, 9:15-17 (emphasis added))<br><br>**APPENDIX VII**<br><br>SEARCH<br>Page:<br>Search For:<br>Part Number: ○Fisher  ○Vendor  ○Cust-omer<br>Vendor Name:<br>Bulletin:<br>HELP   SEARCH   CANCEL   CLEAR   USER<br>DATA   EXTENDED<br><br>('172 patent, Appendix VII)<br><br>"Using the Search screen, a **user can search catalog database 36 by page, text description, part number (where the user has the further option to search by Fisher part number, for example if Fisher is to be the desired vendor), Vendor part number, vendor name (for vendors other than Fisher), or bulletin**. Stock numbers specific to the customer can also be present in catalog database 36 and searched using the screen of **Appendix VII**." ('172 patent, Detailed Description of the Invention, 12:15-22 (emphasis added)) |

Tab S:  "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

9

be requisitioned up to twenty desired catalog items contained in catalog database 36 may be sent to REQI program 44A and its associated Requisition Management data screen 110 of Fisher RIMS system 40. If a user chooses to terminate the sourcing process, ESRC program 70 would return to REQI program 44A and its associated Requisition Management data screen 110 without processing any of the records.

ESCP program 80 links with Shell 52 and TV/2 search program 50 via DDE LINK 90. Shell 52 and TV/2 search program 50 search in catalog database 36 for the item or items desired to be requisitioned that has or have been passed from ESRC program 70 to ESCP program 80. Catalog database 36 contains the following fields: vendor name, vendor number, vendor part (catalog) number, product description, list price, page number, quantity, unit, catalog text, and catalog images. Shell 52 and TV/2 search program 50 may, if desired, search the keyword field or any other field shown in Appendix VII. However, not all fields may appear on the monitor 22 of local computer 20, although they are stored in memory.

After the user has pressed the F11 key from Requisition Management data screen 110 and control has been passed from REQI program 44A to Shell 52 and TV/2 search program 50, monitor 22 of local computer 20 will show a footer bar representative of Shell 52 at all times that the user is in the TV/2 search program 50. The footer bar, which also includes appropriate icons, is used to make choices within Shell 52. A sample of the footer bar (without the icons) representing Shell 52 is shown at the base of Appendices III–VII. In the screens of Appendices III–VI, this footer bar is active to select functions. In the screen of Appendix VII, this footer bar is in the background and another footer bar is used to select functions.

If the user has marked an item on Requisition Management data screen 110 with the designation "S," the entered data at least partially describing that item will be sent to Shell 52 and TV/2 search program 50A in the manner described above. TV/2 search program 50 will search catalog database 36 for all items that match the search field sent over from REQI program 44A and Requisition Management data screen 110. When a search is performed in Shell 52 and search program 50, a Hit List 47 is produced, as indicated in FIG. 1C. The user would see on monitor 22 of local computer 20 a Hit List 47 screen representing limited data about all matching catalog items that were located in catalog database 36 as a result of the search. A sample Hit List 47 produced from a search initiated when the entry "OVENS" is received as the description or keyword by search program 50 from Requisition Item Table 46 is shown in Appendix III. Similar Hit Lists 47 are produced when various searches are performed from the Search Input screen shown in Appendix VII. When a Hit List 47 is depicted on monitor 22, the underlying catalog text and pictures (in either partial or complete form) are typically collected in a memory location for rapid viewing, printing or other use.

When multiple catalogs are present in catalog database 36, search program 50 contains a function associated with the catalog symbol of the footer bar and screen window (not shown) for selecting catalogs to be searched. For example, the following choices might be available:

1. Fisher General Catalog 93–94;
2. Fairmont Supplies Catalog;
3. NIST Standards Catalog; and
4. Promega Biological Research Products Catalog.

Fairmont and NIST catalogs list products not in the Fisher General Catalog, but many of the products listed in the

10

Promega catalog are also listed in the Fisher General Catalog (identified by corresponding Fisher catalog numbers). If searching for a molecular biology product, the user would select the Fisher and Promega catalogs. TV/2 search program 50 would then concatenate those two catalogs to perform a keyword, catalog number or other subject search and generate a Hit List of pages (panels) from both catalogs where the searched-for items were found. Similarly, the user might select the Fisher and NIST catalogs when searching for quality control standards or might select the Fisher and Fairmont catalogs when searching for supplies.

If the search is initiated from requisition/purchasing program 40, for example from the Requisition Management data screen 110 of the Fisher RIMS system, then the catalogs searched can be determined by the information provided. If, for example, Promega is indicated as the desired requisition item vendor, interface 60 would direct TV/2 search program 50 to search the Fisher and Fairmont catalogs. If no catalog delimiting information is entered for the item desired to be requisitioned, interface 60 would be set up to search only the Fisher catalog or, alternatively, to search all catalogs in catalog database 36.

Once Hit List 47 has been created by TV/2 search program 50, the user can view it and select particular ones of the located catalog items for Order List 48 that is being created in Shell 52, as shown in FIG. 1C. For example, a search for "Eco RI," a restriction enzyme, may have uncovered five entries in the Promega catalog (identified by Promega catalog numbers R6011, R6012, R6013, R6015 and R401) and five entries in the Fisher catalog (identified by Fisher catalog numbers PRR6011, PRR6012, PRR6013, PRR6015 and PRR4014). If the user selected PRR6012 from the Fisher catalog, Fisher catalog number PRR6012 would be added as an entry to the Items Selected screen, with VN0000001 (identifying the vendor as distributor Fisher) accompanying it in the Order List 48. If the user instead selected the item identified by catalog number R6012 from the Promega catalog, then Promega catalog number R6012 would be added as an entry to the Items Selected screen, with VN00005860 (identifying the vendor as Promega) accompanying it in the Order List. In either case, the information transmitted to REQI program 44A of Fisher RIMS system 40 would also include description, list price and other information taken from the catalog database from which the selection was made. When the resultant requisition is sourced, however (as described below), Distributor's mainframe host computer 10 would recognize the entry for the item from vendor Promega's catalog (R6012, 00005860) as corresponding to that same item available from Fisher's catalog (PRR6012, 00000001). The system thus would transmit back the Customer's contract price and availability for corresponding item PRR6012 as a type 03 (regular Distributor) product available from one of distributor's inventory locations. A purchase order then would be generated for this corresponding Distributor item as further described below.

By contrast, an item selected from the Fairmont catalog would be transferred to Fisher RIMS system 40 with the vendor number for Fairmont, and would be recognized during inventory sourcing as either a type 07 product (that Distributor orders from Fairmont) or as a type 05 item (that customer orders from Fairmont as an Administrative Purchase). In either of these two cases, a purchase order would be generated for an item, corresponding to a desired catalog item, that is identified by the same Fairmont catalog number that was requisitioned.

After the desired item has been selected from the Hit List 47 by double clicking on that item TV/2 search program 50

Case ...: ...-....... -PER- ...............ATFL-0 ...Filed 09/10/19 ...Page 42 of 52 ...ID #: ....

Tab S: "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

**11**

can be used to bring up for viewing on monitor **22**, or printing on printer **26**, images and text from the catalog page on which the item selected is located. For example, as shown in Appendix III, page 1106 of the Fisher catalog has been selected. If the user double clicks on highlighted page 1106, the text shown in Appendix IV (and related images, not shown) would appear on monitor **22**. On the sample screen shown in Appendix IV, the item that appears on page 1106 of the Fisher catalog relates to Fisher Isotemp 800 Series Programmable Ovens. Conventional scroll bars appearing on the screen (not shown in Appendix IV) enable the user to scroll through additional catalog information (text and/or images) not yet displayed on the screen. An example of such additional textual information is depicted on the screen shown in Appendix V.

On the screen of Appendix V, the vendor distributor's catalog number ("Cat. No.") 13-246-818F is highlighted. The catalog number of an item normally appears in blue in a screen such as Appendix V. This blue lettering is used for catalog numbers, trademarks, footnotes and other entries for which database **36** contains additional information or cross-references (called hyperlinks). When a search is conducted and the catalog segments of the resultant hit list are reviewed, the test corresponding to the search parameter is highlighted in red. Thus, in Appendix V, catalog number 13-246-818F (identified in the search) appears in red, while catalog number 13-246-838F and the trademark Isotemp each appear in blue. A word, vendor part number or catalog number located by the search will appear red, even if that word or number did not have an associated hyperlink (and thus is not normally blue).

When in search program **50**, particular items selected can be added to an Order List **48** pending in Shell **52** and search program **50**. When the Ordering portion of catalog text is viewed (as in Appendix V), particular items can be selected so as to be added to the Order List **48** by double clicking on the highlighted catalog number (even if a different field was also highlighted as a result of a search of catalog database **36**). The item is then added to an Order List **48** that is created in Shell **52** via a hypertext link. The items that are sent to the Order List **48** are collected and shown on the Items Selected screen of Shell **52**. An example of an Items Selected screen of Shell **52** is shown in Appendix VI. The Items Selected screen depicts certain fields of Order List **48** that can be viewed and edited within search program **50**. For example, Shell **52** permits the user via a pop-up window (not shown) to select units, e.g. pack or case, and quantity to be ordered, e.g. two packs. Alternatively, the data in these fields can default to one of the smallest unit and the units can be changed when the order is reviewed in REQI program **44A**. Additional fields on the same items are also present in memory at this stage. Upon clicking on "Order" when the Items Selected screen (Appendix VI) is viewed, many or all of these fields on the items in the Order List are transmitted back to REQI program **44A** (via the programs of interface **60** shown in FIG. **2**) to be added to the pending Requisition Item Table **46**. The sample Items Selected screen shown in Appendix VI includes the Isotemp Oven with catalog number 1324818F that was located as a result of the search for all items in catalog database **36** that match the part number 13246818F that was entered in the STOCK NBR field of REQI program **44A** and its associated Requisition Management data screen **110** of Fisher RIMS system **40**.

The following fields are transferred to Order List **48** created in TV/2 search program **50**: Vendor name, vendor number, vendor part (catalog) number, product description, list price, page number, quantity, unit and catalog text.

**12**

However, not all of these fields are viewed on the Items Selected screen.

If more than one item on Requisition Management data screen **110** had been marked with an "S," the process described above is repeated.

If the user desires to do additional searching in catalog database **36** that is not connected to catalog or other items that have been listed on Requisition Management data screen **110** of Fisher RIMS system **40**, he or she can click the box on footer bar of Shell **52** that is labelled "Search." Then, a Search screen comes up on monitor **22** of local computer **20**. An exemplary Search screen is shown in Appendix VII. In this screen, the usual footer bar is visible in the background, but is not active.

Using the Search screen, a user can search catalog database **36** by page, text description, part number (where the user has the further option to search by Fisher part number, for example if Fisher is to be the desired vendor), Vendor part number, vendor name (for vendors other than Fisher), or bulletin. Stock numbers specific to the customer can also be present in catalog database **36** and searched using the screen of Appendix VII. "Bulletin" refers to an additional vendor publication with detailed product information that may not be included in a vendor catalog. Searching for information contained in bulletins may be done by bulletin number, but only if bulletins have been made a part of catalog database **36**. For purposes of this disclosure, bulletins when included in a catalog database are considered a type of catalog.

After the user has entered the field to be searched on the Search Screen, the user clicks on the "SEARCH" box near the bottom of the Search Screen. A Hit List **47** indicating all items from catalog database **36** that match the search field that was entered on the Search Screen then is generated. Then, in a manner similar to that described previously, the user can scroll through the Hit List **47** and double click on the catalog page or panel desired. The user may then also view the detailed information located on the catalog page that was selected from the Hit List **47**. During the search, the user may also add additional items to the Order List **48** being built in Shell **52** if desired, whether those additional items had been selected from the Hit List **47** or not.

The Order List that the user has built in Shell **52** is maintained on the Items Selected screen, shown in Appendix VI. From the Items Selected screen, the user can cancel the order by clicking on the "Cancel" box at the bottom of the screen, delete an item from the Order List **48** by moving the pointer bar to the item to be deleted and then clicking on the "Delete" box at the bottom of the screen, or delete all items by clicking on the "Delete All" box. The user can also view catalog text and images for a particular item by clicking on the "Description" box.

Once the user has completely built the Order List **48** within Shell **52** and TV/2 search program **50**, he or she can transmit it to Fisher RIMS system **40**. This is accomplished by clicking on the "Order" box at the bottom of the Items Selected screen to communicate the completed Order List **48** to Fisher RIMS system **40**.

The user may have selected no items, one item or several items from the catalogs contained in catalog database **36** by using TV/2 search program **50**. If no items have been selected, the original items that were entered on Requisition Item Table **46** of Requisition Management data screen **110** will remain on that screen and will continue to be processed by Fisher RIMS system **40**. If one or several desired catalog items were selected in TV/2 search program **50**, the first item selected will replace the original item on Requisition Item Table **46** of Requisition Management data screen **110**. Addi-

## Tab S. "Means for searching for matching items that match the entered product information in the selected portions of the database"

### Means: Structure #2

| Lawson's Proposed Definition | Lawson's Proposed Definition |
|---|---|
| **Part 2c.** concatenating (i.e., joining together by linking so as to form a chain or series) only the selected product catalogs to be searched after the user selects the catalogs to be searched; | "When multiple catalogs are present in catalog database 36, search program 50 contains a function associated with the catalog symbol of the footer bar and screen window (not 55 shown) for selecting catalogs to be searched." ('172 patent, Detailed Description of the Invention, 9:55-58)<br><br>"**TV/2 search program 50 would then concatenate** those two catalogs **to perform** a keyword, catalog number or other subject **search** and generate a Hit List of pages (panels) from both catalogs where the searched-for items were found." ('172 patent, Detailed Description of the Invention, 10:4 – 10:8 (emphasis added)) |
| Part 2d. searching the concatenated catalogs from catalog database (36 or 236) via catalog search program (50 or 250) running on local computer based on data received from shell program (52); | "TV/2 search program 50 will search catalog database 36 for all items that match the search field sent over from REQI program 44A and Requisition Management data screen 110." ('172 patent, Detailed Description of the Invention, 9:37-40)<br><br>"If the **search** is initiated from requisition/purchasing program 40, for example from the Requisition Management data screen 110 of the Fisher RIMS system, then **the catalogs searched can be determined by the information provided**. If, for example, Promega is indicated as the desired requisition item vendor, interface 60 would direct TV/2 search program 50 to search the Fisher and Promega catalogs. If Fairmont is indicated as vendor, the interface would direct TV/2 to search the Fairmont and Fisher catalogs. If no catalog delimiting information is entered for the item desired to be requisitioned, interface 60 would be set up to search only the Fisher catalog or, alternatively, to search all catalogs in catalog database 36." ('172 patent, Detailed Description of the Invention, 10:12-21 (emphasis added)) |

|  | "In that environment, search program 250, which preferably comprises TV/2 search program 250, and catalog databases 236 are stored on file server 200." ('172 patent, Detailed Description of the Invention, 17:34-39)<br><br>"One or more of these may be copied from server 220 when needed." ('172 patent, Detailed Description of the Invention, 17:48-49) |
|---|---|

**Tab S:** "Means for searching for matching items that match the entered product information in the selected portions of the database"

## US 6,505,172 B1

**9**

be requisitioned up to twenty desired catalog items contained in catalog database 36 may be sent to REQI program 44A and its associated Requisition Management data screen 110 of Fisher RIMS system 40. If a user chooses to terminate the sourcing process, ESRC program 70 would return to REQI program 44A and its associated Requisition Management data screen 110 without processing any of the records.

ESCP program 80 links with Shell 52 and TV/2 search program 50 via DDE LINK 90. Shell 52 and TV/2 search program 50 search in catalog database 36 for the item or items desired to be requisitioned that has or have been passed from ESRC program 70 to ESCP program 80. Catalog database 36 contains the following fields: vendor name, vendor number, vendor part (catalog) number, product description, list price, page number, quantity, unit, catalog text, and catalog images. Shell 52 and TV/2 search program 50 may, if desired, search the keyword field or any other field shown in Appendix VII. However, not all fields may appear on the monitor 22 of local computer 20, although they are stored in memory.

After the user has pressed the F11 key from Requisition Management data screen 110 and control has been passed from REQI program 44A to Shell 52 and TV/2 search program 50, monitor 22 of local computer 20 will show a footer bar representative of Shell 52 at all times that the user is in the TV/2 search program 50. The footer bar, which also includes appropriate icons, is used to make choices within Shell 52. A sample of the footer bar (without the icons) representing Shell 52 is shown at the base of Appendices III–VII. In the screens of Appendices III–VI, this footer bar is active to select functions. In the screen of Appendix VII, this footer bar is in the background and another footer bar is used to select functions.

If the user has marked an item on Requisition Management data screen 110 with the designation "S," the entered data at least partially describing that item will be sent to Shell 52 and TV/2 search program 50A in the manner described above. TV/2 search program 50 will search catalog database 36 for all items that match the search field sent over from REQI program 44A and Requisition Management data screen 110. When a search is performed in Shell 52 and search program 50, a Hit List 47 is produced, as indicated in FIG. 1C. The user would see on monitor 22 of local computer 20 a Hit List 47 screen representing limited data about all matching catalog items that were located in catalog database 36 as a result of the search. A sample Hit List 47 produced from a search initiated when the entry "OVENS" is received as the description or keyword by search program 50 from Requisition Item Table 46 is shown in Appendix III. Similar Hit Lists 47 are produced when various searches are performed from the Search Input screen shown in Appendix VII. When a Hit List 47 is depicted on monitor 22, the underlying catalog text and pictures (in either partial or complete form) are typically collected in a memory location for rapid viewing, printing or other use.

When multiple catalogs are present in catalog database 36, search program 50 contains a function associated with the catalog symbol of the footer bar and screen window (not shown) for selecting catalogs to be searched. For example, the following choices might be available:

1. Fisher General Catalog 93–94;
2. Fairmont Supplies Catalog;
3. NIST Standards Catalog; and
4. Promega Biological Research Products Catalog.

Fairmont and NIST catalogs list products not in the Fisher General Catalog, but many of the products listed in the

**10**

Promega catalog are also listed in the Fisher General Catalog (identified by corresponding Fisher catalog numbers). If searching for a molecular biology product, the user would select the Fisher and Promega catalogs. TV/2 search program 50 would than concatenate those two catalogs to perform a keyword, catalog number or other subject search and generate a Hit List 47 of items (panels) from both catalogs where the searched-for items were found. Similarly, the user might select the Fisher and NIST catalogs when searching for quality control standards or might select the Fisher and Fairmont catalogs when searching for supplies.

If the search is initiated from requisition/purchasing program 40, for example from the Requisition Management data screen 110 of the RIMS system, then the catalogs searched can be determined by the information provided. If, for example, Promega is indicated as the desired requisition item vendor, interface 60 would direct TV/2 search program 50 to search the Fisher and Fairmont catalogs. If no catalog delimiting information is entered for the item desired to be requisitioned, interface 60 would be set up to search only the Fisher catalog or, alternatively, to search all catalogs in catalog database 36.

Once Hit List 47 has been created by TV/2 search program 50, the user can view it and select particular ones of the located catalog items for Order List 48 that is being created in Shell 52, as shown in FIG. 1C. For example, a search for "Eco RI," a restriction enzyme, may have uncovered five entries in the Promega catalog (identified by Promega catalog numbers R6011, R6012, R6013, R6015 and R401) and five entries in the Fisher catalog (identified by Fisher catalog numbers PRR6011, PRR6012, PRR6013, PRR6015 and PRR4014). If the user selected PRR6012 from the Fisher catalog, Fisher catalog number PRR6012 would be added as an entry to the Items Selected screen, with VN0000001 (identifying the vendor as distributor Fisher) accompanying it in the Order List 48. If the user instead selected the item identified by catalog number R6012 from the Promega catalog, then Promega catalog number R6012 would be added as an entry to the Items Selected screen, with VN00005860 (identifying the vendor as Promega) accompanying it in the Order List. In either case, the information transmitted to REQI program 44A of Fisher RIMS system 40 would also include description, list price and other information taken from the catalog database from which the selection was made. When the resultant requisition is sourced, however (as described below), Distributor's mainframe host computer 10 would recognize the entry for the item from vendor Promega's catalog (R6012, 00005860) as corresponding to that same item available from Fisher's catalog (PRR6012, 00000001). The system thus would transmit back the Customer's contract price and availability for corresponding item PRR6012 as a type 03 (regular Distributor) product available from one of distributor's inventory locations. A purchase order then would be generated for this corresponding Distributor item as further described below.

By contrast, an item selected from the Fairmont catalog would be transferred to Fisher RIMS system 40 with the vendor number for Fairmont, and would be recognized during inventory sourcing as either a type 07 product (that Distributor orders from Fairmont) or as a type 05 item (that customer orders from Fairmont as an Administrative Purchase). In either of these two cases, a purchase order would be generated for an item, corresponding to a desired catalog item, that is identified by the same Fairmont catalog number that was requisitioned.

After the desired item has been selected from the Hit List 47 by double clicking on that item TV/2 search program 50

Case 3: Tab S: "Means for searching for matching items that match the entered product information in the selected portions of the database"

US 6,505,172 B1

17                                                                                                    18

In some embodiments, a Customer end user or a Customer purchasing employee operating REQI program **44**A of Fisher RIMS system **40** may also operate TV/2 search program **50**. Operating either from a terminal connected to local computer **20**, or from a separate local computer networked with the CSR's local computer **20**, such a Customer end user can select requisitioned items for inclusion in Requisition Item Table **46** by keystrokes viewing that screen and by searches in TV/2 search program **50** which are transmitted to the Requisition Item Table **46** via interface **60**, as described above. Depending upon his or her authorization level and access code to Fisher RIMS system **40**, the customer purchasing employee may be able to source the final requisition and/or accept the sourced requisition, as shown in Appendix IX. If, however, the sourced requisition was split into more purchase orders than the Customer purchasing employee might prefer, the intervention of the Distributor CSR could be invoked to revise and re-source the requisition (causing, for example, certain items originally sourced as type **01** products to be sourced for this order as corresponding type **03** products from a common Distributor warehouse with other type **03** products on the requisition). The Customer end user may have authority only to build the Requisition Item Table, but then calls the Distributor CSR or Customer purchasing employee to source and accept the requisition.

As shown in FIG. 1B, the present invention also has application to Distributor's regional customer service locations where a large number of CSRs may be placing orders directly on Distributor's host computer **210** for thousands of different customers who call in. In that environment, search program **250**, which preferably comprises TV/2 search program **250**, and catalog databases **236** are stored on file server **200**. In this environment, file server **200** is a large personal computer, a work station or a mini-computer such as an IBM AS/400. Alternatively, the server **200** and a minicomputer (such as an IBM AS/400) can be independently connected to each local computer **200**. Each CSR have a local personal computer **220** having a monitor **222**, a keyboard **224** and a printer **226**. Local computer **220** is provided with programs including requisition/purchasing program **240**, Shell program **252** and a graphic user interface **254** (preferably EASEL Workbench program **254** for OS/2) for listing items. One or more of these may be copied from server **220** when needed. Work-in-progress requisitions **260** are established for each customer and are attached to graphic user interface **254**. Server **200** maintains complete requisitions **242**, in a manner similar to the manner in which local computer **20** maintains requisition databases **42** in the embodiment shown in FIG. 1A.

Normally, in such an environment, the CSR creates Order lists for customers by entering Distributor catalog numbers into graphic user interface **254** and connecting to the Distributor mainframe **210** for price and availability. For this purpose, each local computer is connected to host computer **210** via a phone/dataline and either a gateway or a minicomputer acting as a local host. When a customer asks for products by manufacturer part number or a competitor's catalog number, the CSR has access to cross-reference files, as earlier described, either maintained on the local host or maintained on the Distributor host computer **210**.

Appropriate Distributor catalogs and manufacturer catalogs then are consulted, using TV-2 search program **250** and proper selection of Distributor catalogs and of catalogs and bulletins from manufacturers whose products Distributor regularly sells. Catalogs and bulletins are contained in catalog database **236**. The resultant lists of products are then transferred by Shell program **252** to a work-in-progress requisition **260**, and then entered from graphical user interface **254** directly onto Distributor's mainframe computer **210** as orders from the applicable customer to Distributor. The CSR, knowing which items are available from which Distributor warehouse and direct-shipping supplier, then may divide the customer's requested items into multiple orders, so as to assure that each order is completely filled by a single shipment. In this regional environment, file server **200** or the minicomputer acting as local host can maintain files of completed requisitions **242** which can be subsequently used for generating reports for customers in the region. Reports can be generated either from such local data or from data periodically downloaded to the local host from Distributor's host computer **210**.

Another environment where the present invention can be used is in Distributor's purchasing department. The item lists created in that environment can include lists of items Distributor does not regularly stock or purchase, but for which particular customers indicate a requirement to buy. The file server **200** in that environment contains TV-2 search program **250**, EASEL graphical user interface **254** and multiple catalog databases **236** containing catalogs similar to the Fairmont and NIST catalogs described above for the embodiment of FIG. 1A. The Distributor purchasing employee can receive by phone or via Distributor's host computer **210** requests for items not shown on Distributor's host databases either as regular products (type **03**) or third party items purchased for particular customers on a regular basis (type **07** items). Transmitting such requirements to the applicable Distributor purchasing employee can be a function of the inventory sourcing routines of host computer, or may be directed by the Distributor CSR interfacing with the customer.

The Distributor purchasing employee can search appropriate catalogs using TV-2 search program **250**, and can transfer the "Items Selected" to a product list in EASEL interface **254**. The resultant list might display, for example, supplier part number, supplier, list price, product and catalog page, with access to other fields such as complete description (up to 500 characters). The Distributor purchasing employee can then either forward the information to the CSR, customer end user or customer purchasing employee who requested the item (to confirm that the requirement is being met) or contact the supplier to confirm pricing and availability. Once responses from either or both have been obtained, the Distributor purchasing employee can use the item list in EASEL interface **254** to create one or more of the following purchase orders:

1. an order from the customer to the supplier (an Administrative Purchase);
2. an order from the customer to Distributor (for a type **07** product); and
3. an order from the Distributor to the supplier (usually providing for direct shipment from the supplier to the customer or to a JIT site maintained by Distributor for the customer).

### Tab S. "Means for searching for matching items that match the entered product information in the selected portions of the database"

#### Means: Structure #2

| Lawson's Proposed Definition | Lawson's Proposed Definition |
|---|---|
| **Part 2e.**      if more than one search criterion is received, catalog search program prioritizes search as follows: (a) part (catalog) number, (b) keyword, and (c) page number, stopping at highest priority search criteria resulting in a match; and | "A **search** priority exists when more than one field is provided by requisition/purchasing system 40. The priority is as follows: (1) part (catalog) number; (2) keyword; and (3) page number. The search will start with priority (1) and proceed through priority (3) in sequence until a search produces products matching the search criteria. At that time, the search will return the matching product information to requisition/purchasing system 40 and stop at the highest priority resulting in a match." ('172 patent, Detailed Description of the Invention, 6:20-27 (emphasis added)) |

US 6,505,172 B1

| 5 | 6 |

tor site is also provided, as shown in FIG. 1A. Host computer **10** controls all inventory, pricing and requisitioning operations of the Distributor's regularly stocked items using host pricing and inventory databases **11**. Host pricing and inventory databases **11** may include such information as: descriptions of the items and the quantities thereof available at a particular Distributor warehouse and at other Distributor warehouses; item records for each Product regularly sold by the Distributor; discount records by Customer; and cross-references from the Distributor's catalog number to its corresponding vendor's part (catalog) number and to similar corresponding catalog numbers of other vendors (suppliers or distributors) for the same Product.

Host computer **10** and local computer **20** are preferably linked point-to-point or in a network employing the formats and protocols of IBM's System Network Architecture ("SNA"). Host computer **10** can be substantially any mainframe or minicomputer capable of running the desired programs and conducting the required communications. Preferably, host computer **10** is a mainframe computer, such as an IBM Model 3090, running the MVS operating system, the MVS-CICS application and a Virtual Telecommunication Access Method communications network.

As shown in FIGS. 1C and 2, interface **60** is also a part of electronic sourcing interface system **5**. Interface **60** communicates shared data between requisition/purchasing system **40** and search program **50**. Interface **60** is preferably based upon the dynamic data exchange ("DDE") protocol provided by OS/2 operating system **32**. As shown in FIG. 2, interface **60** preferably includes three linking programs to interface requisition/purchasing system **40** and search program **50**: ESRC program **70**, ESCP program **80** and DDE LINK **90**.

A typical data exchange may begin with requisition/purchasing system **40** (which, in the illustrated embodiment, is the Fisher RIMS system) requesting information from catalog database **36** via search program **50**. Once a search by search program **50** has been completed, the selected information will be communicated to requisition/purchasing system **40** via interface **60**.

Alternatively, if the search of catalog database **36** is initiated from search program **50**, the information selected from the search is returned to requisition/procurement system **40** via interface **60**.

The start up of electronic sourcing system **5** (FIG. 1A) may be user-initiated or automatically started when the operating system, preferably OS/2 system **32**, is brought up on local computer **20**. An application-name string **61** must be identified to label interface **60**. As shown in FIG. 1C, electronic sourcing system **5** by convention will use "TV2V123," "TV2V124," "TV2V125," etc. as application names **61** supporting the user's requesting service.

Preferably, application names **61** correspond to virtual terminal sessions that exist in the CICS system **34** of requisition/purchasing system **40**. There will be a one-to-one correspondence between applications started (such as Shell **52**) and CICS virtual terminals in use at a location of requisition/procurement system **40** (such as REQI program **44**A). Local computer **20** will query OS/2 operating system **32** to determine the next application-name string **61** to create at start-up. The application-name strings **61** will be created in sequence with V**123** being created first, V**124** created second, etc. Each application will create only one application name-string **61** to support its user in the CICS environment **34**.

If the Fisher RIMS system has been selected as requisition/purchasing system **40**, and the TV/2 search pro-

gram has been selected as search program **50**, CICS OS/2 applications **34** must share a workstation with a TV/2 search program **50**.

The data passed by interface **60** preferably comprise all or a subset of the following twelve fields: vendor name, vendor number, vendor part (catalog) number, product description, bid price, list price, keyword, page number, quantity, unit, catalog text, and catalog images. Because of the amount of data for catalog images present in database **36** and viewed on monitor **22**, these data are usually not passed via interface **60**. Any of the above-listed fields may be filled by requisition/purchasing system **40** prior to requesting a search of catalog database **36** by search program **50**. However, requisition/purchasing system **40** is not required to pass any data to search program **50**. If a field is not passed, that field will be filled with spaces. The fields that are filled with data will assist search program **50** in executing its first search against a specific catalog contained in catalog database **36**.

A search priority exists when more than one field is provided by requisition/purchasing system **40**. The priority is as follows: (1) part (catalog) number; (2) keyword; and (3) page number. The search will start with priority (1) and proceed through priority (3) in sequence until a search produces products matching the search criteria. At that time, the search will return the matching product information to requisition/purchasing system **40** and stop at the highest priority resulting in a match.

The operation of electronic sourcing system **5** of the present invention will now be more particularly described in the context of FIGS. 1A, 1C, 2 and 3. In FIGS. 2 and 3, the rectangles represent data screens as well as programs associated with those data screens. The rounded rectangles represent programs not associated with data screens such that, while these programs are running, the prior data screen may remain visible without, being operational for the input of data. The programs associated with the data screens enable the user of local computer **20** to display and modify the contents of various tables associated with particular data screens. The following description illustrates the use of the Fisher RIMS system as requisition/purchasing system **40**, and the TV/2 search program as search program **50**. However, it will be understood that the present invention is not limited to such system or program.

Preferably, a user will start the electronic sourcing system **5** from Fisher RIMS system **40**. Requisitioning on Fisher RIMS system **40** in context of the electronic sourcing system **5** of the present invention is illustrated in pertinent part in FIG. 2 (and is fully described in U.S. Pat. No. 5,712,989). As data (e.g., Account Number, Requisition Number and Stock Numbers) associated with a single requisition are entered through the various data screens on local computer **20**, that computer creates a set of Requisition Tables (including a requisition Item Table **46**, shown in FIG. 1C) for that particular requisition. The Requisition Tables are stored in Requisition databases **42**A (shown in FIG. 1A), and can be accessed by local computer **20** using the Requisition Number to find the desired table.

The first step in creating a requisition in Fisher RIMS system **40** involves entry by the user of information in the Order Header program **44**D (shown in FIG. 1A), which has an associated Order Header data screen **100** (FIG. 3). A sample of an actual Order Header data screen **100** is set forth in Appendix I. The user enters an Account Number, which generally causes the correct name and address associated with that Account Number to be entered into the appropriate fields of Order Header data screen **100**. The user must also

**Tab S.** **"Means for searching for matching items that match the entered product information in the selected portions of the database"**

**Means: Structure #2**

| Lawson's Proposed Definition | Lawson's Proposed Definition |
|---|---|
| **Part 2f.** displaying via catalog search program a hit list (47) of search results. | "**The user would see on monitor 22 of local computer 20 a Hit List 47** screen representing limited data about all matching catalog items that were located in catalog database 36 as **a result of the search**. A sample Hit List 47 produced from a search initiated when the entry 'OVENS' is received as the description or keyword by search program 50 from Requisition Item Table 46 is shown in **Appendix III**." ('172 patent, Detailed Description of the Invention, 9:42-48 (emphasis added)) |
| | APPENDIX III |
| | ovens<br>General<br>(1106)Fisher Isotemp 800 Series Programmable Ovens<br>(1107)Isotemp 700 Series Deluxe Lab Ovens<br>(1108)Isotemp 600 Standard Lab Ovens<br>(1109)Fisher Isotemp 500 Series Economy Lab Ovens<br>(1110)Gravity Convection Ovens<br>(1111)Utility Ovens<br>(1112)Mechanical Convection Ovens with Electronic Temperature<br>(1113)General-Purpose Ovens<br>(1114)Heavy Duty Deluxe Ovens<br>(1116)Large Capacity Model 2882A<br>(1117)Standard Capacity Model 281A<br>(1118)Fisher Models 280 and 285 Vacuum Ovens<br>(1119)NAPCO Vacuum Ovens<br>Help   Catalogs   Search   Order List   Minimize   Clear   Prev   Next      Exit |
| | ('683 patent, Appendix III) |
| | ". . . perform a keyword, catalog number or other subject search and **generate a Hit List of pages (panels) from both catalogs where the searched-for items were found**." ('172 patent, Detailed Description of the Invention, 10:6-8 (emphasis added)) |
| | "A Hit List 47 indicating all items from catalog database 36 that match the search field 30 that was entered on the Search Screen then is generated." ('172 patent, Detailed Description of the |

| | Invention, 12:31-33) |
|---|---|

US 6,505,172 B1

**9**

be requisitioned up to twenty desired catalog items contained in catalog database **36** may be sent to REQI program **44A** and its associated Requisition Management data screen **110** of Fisher RIMS system **40**. If a user chooses to terminate the sourcing process, ESRC program **70** would return to REQI program **44A** and its associated Requisition Management data screen **110** without processing any of the records.

ESCP program **80** links with Shell **52** and TV/2 search program **50** via DDE LINK **90**. Shell **52** and TV/2 search program **50** search in catalog database **36** for the item or items desired to be requisitioned that has or have been passed from ESRC program **70** to ESCP program **80**. Catalog database **36** contains the following fields: vendor name, vendor number, vendor part (catalog) number, product description, list price, page number, quantity, unit, catalog text, and catalog images. Shell **52** and TV/2 search program **50** may, if desired, search the keyword field or any other field shown in Appendix VII. However, not all fields may appear on the monitor **22** of local computer **20**, although they are stored in memory.

After the user has pressed the F11 key from Requisition Management data screen **110** and control has been passed from REQI program **44A** to Shell **52** and TV/2 search program **50**, monitor **22** of local computer **20** will show a footer bar representative of Shell **52** at all times that the user is in the TV/2 search program **50**. The footer bar, which also includes appropriate icons, is used to make choices within Shell **52**. A sample of the footer bar (without the icons) representing Shell **52** is shown at the base of Appendices III–VII. In the screens of Appendices III–VI, this footer bar is active to select functions. In the screen of Appendix VII, this footer bar is in the background and another footer bar is used to select functions.

If the user has marked an item on Requisition Management data screen **110** with the designation "S," the entered data at least partially describing that item will be sent to Shell **52** and TV/2 search program **50A** in the manner described above. TV/2 search program **50** will search catalog database **36** for all items that match the search field sent over from REQI program **44A** and Requisition Management data screen **110**. When a search is performed in Shell **52** and search program **50**, a Hit List **47** is produced, as indicated in FIG. 1C. The user would see on monitor **22** of local computer **20** a Hit List **47** screen representing limited data about all matching catalog items that were located in catalog database **36** as a result of the search. A sample Hit List **47** produced from a search initiated when the entry "OVENS" is received as the description or keyword by search program **50** from Requisition Item Table **46** is shown in Appendix III. Similar Hit Lists **47** are produced when various searches are performed from the Search Input screen shown in Appendix VII. When a Hit List **47** is depicted on monitor **22**, the underlying catalog text and pictures (in either partial or complete form) are typically collected in a memory location for rapid viewing, printing or other use.

When multiple catalogs are present in catalog database **36**, search program **50** contains a function associated with the catalog symbol of the footer bar and screen window (not shown) for selecting catalogs to be searched. For example, the following choices might be available:

1. Fisher General Catalog 93–94;
2. Fairmont Supplies Catalog;
3. NIST Standards Catalog; and
4. Promega Biological Research Products Catalog.

Fairmont and NIST catalogs list products not in the Fisher General Catalog, but many of the products listed in the

**10**

Promega catalog are also listed in the Fisher General Catalog (identified by corresponding Fisher catalog numbers). If searching for a molecular biology product, the user would select the Fisher and Promega catalogs. TV/2 search program **50** would then concatenate those two catalogs to perform a keyword, catalog number or other subject search and generate a Hit List of pages (panels) from both catalogs where the searched-for items were found. Similarly, the user might select the Fisher and NIST catalogs when searching for quality control standards or might select the Fisher and Fairmont catalogs when searching for supplies.

If the search is initiated from requisition/purchasing program **40**, for example from the Requisition Management data screen **110** of the Fisher RIMS system, then the catalogs searched can be determined by the information provided. If, for example, Promega is indicated as the desired requisition item vendor, interface **60** would direct TV/2 search program **50** to search the Fisher and Fairmont catalogs. If no catalog delimiting information is entered for the item desired to be requisitioned, interface **60** would be set up to search only the Fisher catalog or, alternatively, to search all catalogs in catalog database **36**.

Once Hit List **47** has been created by TV/2 search program **50**, the user can view it and select particular ones of the located catalog items for Order List **48** that is being created in Shell **52**, as shown in FIG. 1C. For example, a search for "Eco RI," a restriction enzyme, may have uncovered five entries in the Promega catalog (identified by Promega catalog numbers R6011, R6012, R6013, R6015 and R401) and five entries in the Fisher catalog (identified by Fisher catalog numbers PRR6011, PRR6012, PRR6013, PRR6015 and PRR4014). If the user selected PRR6012 from the Fisher catalog, Fisher catalog number PRR6012 would be added as an entry to the Items Selected screen, with VN0000001 (identifying the vendor as distributor Fisher) accompanying it in the Order List **48**. If the user instead selected the item identified by catalog number R6012 from the Promega catalog, then Promega catalog number R6012 would be added as an entry to the Items Selected screen, with VN00005860 (identifying the vendor as Promega) accompanying it in the Order List. In either case, the information transmitted to REQI program **44A** of Fisher RIMS system **40** would also include description, list price and other information taken from the catalog database from which the selection was made. When the resultant requisition is sourced, however (as described below), Distributor's mainframe host computer **10** would recognize the entry for the item from vendor Promega's catalog (R6012, 00005860) as corresponding to that same item available from Fisher's catalog (PRR6012, 00000001). The system thus would transmit back the Customer's contract price and availability for corresponding item PRR6012 as a type **03** (regular Distributor) product available from one of distributor's inventory locations. A purchase order then would be generated for this corresponding Distributor item as further described below.

By contrast, an item selected from the Fairmont catalog would be transferred to Fisher RIMS system **40** with the vendor number for Fairmont, and would be recognized during inventory sourcing as either a type **07** product (that Distributor orders from Fairmont) or as a type **05** item (that customer orders from Fairmont as an Administrative Purchase). In either of these two cases, a purchase order would be generated for an item, corresponding to a desired catalog item, that is identified by the same Fairmont catalog number that was requisitioned.

After the desired item has been selected from the Hit List **47** by double clicking on that item TV/2 search program **50**

**Tab S: "Means for searching for matching items that match the entered product information in the selected portions of the database"**

11

can be used to bring up for viewing on monitor **22**, or printing on printer **26**, images and text from the catalog page on which the item selected is located. For example, as shown in Appendix III, page 1106 of the Fisher catalog has been selected. If the user double clicks on highlighted page 1106, the text shown in Appendix IV (and related images, not shown) would appear on monitor **22**. On the sample screen shown in Appendix IV, the item that appears on page 1106 of the Fisher catalog relates to Fisher Isotemp 800 Series Programmable Ovens. Conventional scroll bars appearing on the screen (not shown in Appendix IV) enable the user to scroll through additional catalog information (text and/or images) not yet displayed on the screen. An example of such additional textual information is depicted on the screen shown in Appendix V.

On the screen of Appendix V, the vendor distributor's catalog number ("Cat. No.") 13-246-818F is highlighted. The catalog number of an item normally appears in blue in a screen such as Appendix V. This blue lettering is used for catalog numbers, trademarks, footnotes and other entries for which database **36** contains additional information or cross-references (called hyperlinks). When a search is conducted and the catalog segments of the resultant hit list are reviewed, the test corresponding to the search parameter is highlighted in red. Thus, in Appendix V, catalog number 13-246-818F (identified in the search) appears in red, while catalog number 13-246-838F and the trademark Isotemp each appear in blue. A word, vendor part number or catalog number located by the search will appear red, even if that word or number did not have an associated hyperlink (and thus is not normally blue).

When in search program **50**, particular items selected can be added to an Order List **48** pending in Shell **52** and search program **50**. When the Ordering portion of catalog text is viewed (as in Appendix V), particular items can be selected so as to be added to the Order List **48** by double clicking on the highlighted catalog number (even if a different field was also highlighted as a result of a search of catalog database **36**). The item is then added to an Order List **48** that is created in Shell **52** via a hypertext link. The items that are sent to the Order List **48** are collected and shown on the Items Selected screen of Shell **52**. An example of an Items Selected screen of Shell **52** is shown in Appendix VI. The Items Selected screen depicts certain fields of Order List **48** that can be viewed and edited within search program **50**. For example, Shell **52** permits the user via a pop-up window (not shown) to select units, e.g. pack or case, and quantity to be ordered, e.g. two packs. Alternatively, the data in these fields can default to one of the smallest unit and the units can be changed when the order is reviewed in REQI program **44A**. Additional fields on the same items are also present in memory at this stage. Upon clicking on "Order" when the Items Selected screen (Appendix VI) is viewed, many or all of these fields on the items in the Order List are transmitted back to REQI program **44A** (via the programs of interface **60** shown in FIG. **2**) to be added to the pending Requisition Item Table **46**. The sample Items Selected screen shown in Appendix VI includes the Isotemp Oven with catalog number 1324818F that was located as a result of the search for all items in catalog database **36** that match the part number 13246818F that was entered in the STOCK NBR field of REQI program **44A** and its associated Requisition Management data screen **110** of Fisher RIMS system **40**.

The following fields are transferred to Order List **48** created in TV/2 search program **50**: Vendor name, vendor number, vendor part (catalog) number, product description, list price, page number, quantity, unit and catalog text.

12

However, not all of these fields are viewed on the Items Selected screen.

If more than one item on Requisition Management data screen **110** had been marked with an "S," the process described above is repeated.

If the user desires to do additional searching in catalog database **36** that is not connected to catalog or other items that have been listed on Requisition Management data screen **110** of Fisher RIMS system **40**, he or she can click the box on footer bar of Shell **52** that is labelled "Search." Then, a Search screen comes up on monitor **22** of local computer **20**. An exemplary Search screen is shown in Appendix VII. In this screen, the usual footer bar is visible in the background, but is not active.

Using the Search screen, a user can search catalog database **36** by page, text description, part number (where the user has the further option to search by Fisher part number, for example if Fisher is to be the desired vendor), Vendor part number, vendor name (for vendors other than Fisher), or bulletin. Stock numbers specific to the customer can also be present in catalog database **36** and searched using the screen of Appendix VII. "Bulletin" refers to an additional vendor publication with detailed product information that may not be included in a vendor catalog. Searching for information contained in bulletins may be done by bulletin number, but only if bulletins have been made a part of catalog database **36**. For purposes of this disclosure, bulletins when included in a catalog database are considered a type of catalog.

After the user has entered the field to be searched on the Search Screen, the user clicks on the "SEARCH" box near the bottom of the Search Screen. A Hit List **47** indicating all items from catalog database **36** that match the search field that was entered on the Search Screen then is generated. Then, in a manner similar to that described previously, the user can scroll through the Hit List **47** and double click on the catalog page or panel desired. The user may then also view the detailed information located on the catalog page that was selected from the Hit List **47**. During the search, the user may also add additional items to the Order List **48** being built in Shell **52** if desired, whether those additional items had been selected from the Hit List **47** or not.

The Order List that the user has built in Shell **52** is maintained on the Items Selected screen, shown in Appendix VI. From the Items Selected screen, the user can cancel the order by clicking on the "Cancel" box at the bottom of the screen, delete an item from the Order List **48** by moving the pointer bar to the item to be deleted and then clicking on the "Delete" box at the bottom of the screen, or delete all items by clicking on the "Delete All" box. The user can also view catalog text and images for a particular item by clicking on the "Description" box.

Once the user has completely built the Order List **48** within Shell **52** and TV/2 search program **50**, he or she can transmit it to Fisher RIMS system **40**. This is accomplished by clicking on the "Order" box at the bottom of the Items Selected screen to communicate the completed Order List **48** to Fisher RIMS system **40**.

The user may have selected no items, one item or several items from the catalogs contained in catalog database **36** by using TV/2 search program **50**. If no items have been selected, the original items that were entered on Requisition Item Table **46** of Requisition Management data screen **110** will remain on that screen and will continue to be processed by Fisher RIMS system **40**. If one or several desired catalog items were selected in TV/2 search program **50**, the first item selected will replace the original item on Requisition Item Table **46** of Requisition Management data screen **110**. Addi-