## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

|  |  |
|---|---|
| ePLUS, INC., | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (JRS) |
| v. | ) |
| LAWSON SOFTWARE, INC., | ) |
| Defendant. | ) |

### PLAINTIFF ePLUS, INC.'S MOTION TO WITHDRAW
### NATASHA N. ALJALIAN, ESQ., AS COUNSEL FOR PLAINTIFF

Plaintiff ePlus, Inc., (hereinafter "Plaintiff") by its undersigned attorneys, hereby moves, pursuant to Local Rule 83.1(G) of the Local Rules of this Court, for an Order granting the withdrawal of the appearance of Natasha N. Aljalian, Esq., in this matter, and in support thereof states as follows:

1. Goodwin Procter LLP represents the Plaintiff in this case.

2. Natasha N. Aljalian, Esq., currently an attorney with Goodwin Procter LLP, was granted leave to appear *pro hac vice* on behalf of Plaintiff on September 1, 2009.

3. Ms. Aljalian will no longer be an attorney with Goodwin Procter LLP after February 19, 2010.

4. Goodwin Procter LLP, continues to represent Plaintiff through Goodwin Procter LLP's attorneys, including Scott L. Robertson, Jennifer A. Albert, David M. Young, James D. Clements, Lana S. Shiferman, and Michael G. Strapp.

LIBW/1730498.1

5. The law firm of Christian & Barton LLP, and its attorneys Craig Thomas Merritt, Henry Irving Willett, III, Belinda Duke Jones, and Rowland Braxton Hill, IV also continue to represent Plaintiff in this action.

6. Permitting Ms. Aljalian to withdraw as counsel for Plaintiff will not jeopardize Plaintiff's case or otherwise negatively impact its legal representation in this case, nor will it result in any delay or other circumstances causing prejudice to any other party.

7. Ms. Aljalian seeks to withdraw as attorney of record representing ePlus, Inc., in this matter.

8. A proposed Order granting Ms. Aljalian's withdrawal is attached hereto.

For the above reasons, Plaintiff respectfully requests that the Court grant the proposed Order of withdrawal of Ms. Aljalian as Plaintiff's counsel.

Respectfully submitted,

Date: February 18, 2010

/s/ David M. Young
David M. Young (VSB #35997)
Jennifer A. Albert (*admitted pro hac vice*)
Scott L. Robertson (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
*Counsel for Plaintiff ePlus, Inc.*
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
jalbert@goodwinprocter.com
srobertson@goodwinprocter.com
dyoung@goodwinprocter.com

Lana Shiferman (*admitted pro hac vice*)
James D. Clements (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
lshiferman@goodwinprocter.com
jclements@goodwinprocter.com

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, L.L.P.**
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Attorneys for Plaintiff, ePlus, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel.  In addition, I hereby certify that I will serve the following counsel via electronic mail:

Daniel W. McDonald
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
dmcdonald@merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

      /s/ David M. Young
David M. Young (VSB #35997)
Jennifer A. Albert (*admitted pro hac vice*)
Scott L. Robertson (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
*Counsel for Plaintiff ePlus, Inc.*
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
jalbert@goodwinprocter.com
srobertson@goodwinprocter.com
dyoung@goodwinprocter.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |  |
|---|---|---|
| ePLUS, INC., | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 3:09-CV-620 (JRS) |
| v. | ) ) | |
| LAWSON SOFTWARE, INC., | ) ) | |
| Defendant. | ) ) ) | |

### [PROPOSED] ORDER GRANTING PLAINTIFF ePLUS, INC.'S MOTION TO WITHDRAW NATASHA N. ALJALIAN, ESQ., AS COUNSEL FOR PLAINTIFF

Upon review of Plaintiff ePlus, Inc.'s Motion to Withdraw Natasha N. Aljalian, Esq., as Counsel for Plaintiff, pursuant to Local Rule 83.1(G) of the Local Rules of this Court, the Court finds that said motion should be and is hereby GRANTED for the reasons stated in the motion.

Accordingly, it is ORDERED that the motion is GRANTED, and Ms. Aljalian is hereby WITHDRAWN as counsel of record for Plaintiff ePlus, Inc.


Dated:  February ___, 2010

_____
United States District Judge

LIBW/1730498.1