# EXHIBIT 2

```
 1                IN THE UNITED STATES DISTRICT COURT
               FOR THE EASTERN DISTRICT OF VIRGINIA
 2                      RICHMOND DIVISION

 3   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                      :
 4   ePLUS, INC.,                     :
                                      :
 5                   Plaintiff,       :
     v.                               :   Civil Action
 6                                    :   No. 3:09CV620
     LAWSON SOFTWARE, INC.,           :
 7                                    :   January 22, 2010
                     Defendant.       :
 8   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ :

 9

10

11           COMPLETE TRANSCRIPT OF MARKMAN HEARING
              BEFORE THE HONORABLE ROBERT E. PAYNE
12                 UNITED STATES DISTRICT JUDGE

13

14

15   APPEARANCES:

16   Scott L. Robertson, Esq.
     Jennifer A. Albert, Esq.
17   GOODWIN PROCTOR
     901 New York Avenue, NW
18   Washington, D.C.   20001

19   Craig T. Merritt, Esq.
     CHRISTIAN & BARTON
20   909 E. Main Street, Suite 1200
     Richmond, VA   23219-3095
21
              Counsel for the plaintiff ePlus
22

23
                     DIANE J. DAFFRON, RPR
24                  OFFICIAL COURT REPORTER
                  UNITED STATES DISTRICT COURT
25
```

1  are different than in the specifications, and then you
2  get into litigation, and lawyers concoct entirely
3  different scenarios from what the real words actually
4  used 10 years ago or 20 years ago mean.  That's what
5  the problem is.  But we're dealing with it in the
6  framework that's been dictated to us.  So that's what
7  we have to use.
8           Who is the person of ordinary skill in the
9  art at the time of filing?  And how do I know who that
10 person is from your standpoint?
11          MR. ROBERTSON:  Your Honor, I believe in the
12 past we've said it's somebody with probably a
13 bachelor's of science or equivalent in the computer
14 science, computer architecture, that probably has some
15 experience, perhaps one to two years in procurement,
16 electronic sourcing.
17          Does the patent expressly recite that?  No.
18 But I think we've had experts in the past who have
19 looked at it and said that would be the person of
20 ordinary skill in the art.  And that's pretty much what
21 we have with regard to the inventors that were involved
22 here.
23          There were four inventors.  They were
24 employed by a company called Fisher Scientific in their
25 information and technology department.  And they have

1  worked on a series of projects over a number of years

2  that are described in the background of the invention

3  to help manage Fisher Scientific's requisitions and

4  inventory.  And then they struck upon this electronic

5  sourcing invention, which, as I say, is described in

6  the three patents.

7              THE COURT:  Are you all in agreement about

8  who is the person of ordinary skill in the art?  Do you

9  agree?

10             MR. McDONALD:  I think Mr. Robertson

11 characterized it as generally how I would as well, Your

12 Honor.

13             THE COURT:  But neither one of you, unless I

14 can't read, mention that in your papers.

15             MR. McDONALD:  No.  I think as we're using

16 the specification and intrinsic record here.  Whether

17 somebody has two years of industry experience or eight

18 doesn't really move the answer to the questions.  So I

19 don't think either one of us really focused on that.

20             THE COURT:  How am I supposed to know how the

21 person of ordinary skill in the art would interpret the

22 words used in this patent without hearing from a person

23 of ordinary skill in the art?

24             MR. ROBERTSON:  Well, Your Honor, with

25 respect --