```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
                     Richmond Division
```

ePLUS, INC.,

    Plaintiff,

v.                                         Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

### ORDER

Having reviewed PLAINTIFF ePLUS'S MOTION FOR LEAVE TO FILE BRIEF IN OPPOSITION TO DEFENDANT'S "SECOND SUPPLEMENTAL" BRIEF IN SUPPORT OF MOTION TO STAY PROCEEDINGS AND MEMORANDUM IN SUPPORT (Docket No. 145), and there being no response thereto, it is hereby ORDERED that the motion is granted. It is further ORDERED that the plaintiff shall file its opposition forthwith.

It is so ORDERED.

                                                    /s/      REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: February 22, 2010