FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                                  Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

## ORDER

The parties having represented during the November 13, 2009 conference call that their dispute has been settled, the Plaintiff's MOTION TO COMPEL (Docket No. 92) is denied as moot.

It is so ORDERED.

                                        /s/          REP
                        Senior United States District Judge

Richmond, Virginia
Date: February 25, 2010