# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 3:09cv620 |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT LAWSON SOFTWARE, INC.'S MOTION TO COMPEL ePLUS, INC. TO RESPOND TO INTERROGATORIES 19 AND 20

Lawson Software, Inc. ("Lawson"), pursuant to Fed. R. Civ. P. 37, moves to compel ePlus, Inc. ("ePlus") to provide a complete response to Lawson's Interrogatory Nos. 19 and 20. In particular, Lawson moves the Court to compel ePlus to provide:

(1) for each excerpt of the prior art specifically cited by Lawson in its Supplemental Initial Statement of Invalidity Defenses by page number as disclosing a claim limitation, whether ePlus disputes that the prior art discloses the limitation and, if so, why; and

(2) for each combination of prior art specifically identified by Lawson in its Supplemental Initial Statement of Invalidity Defenses, whether ePlus disagrees that a person of ordinary skill would combine the references and, if so, why.

The grounds for this motion are set forth in Lawson's Memorandum in Support of Motion to Compel, which is filed herewith. Counsel states that a good faith effort has been made between counsel to resolve the discovery matters at issue.

LAWSON SOFTWARE, INC.


By  /s/
     Of Counsel

.

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point, Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN  55402
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*

CERTIFICATE OF SERVICE

I certify that on this 1st day of March, 2010, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig T. Merritt
Henry I. Willett, III
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Robert D. Spendlove (VSB No. 75468)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
rspendlove@goodwinprocter.com

James D. Clements
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
jclements@goodwinprocter.com

*Attorneys for Plaintiff*

        /s/
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*

- 3 -