# EXHIBIT J

## Joshua P. Graham

**From:** Hynes, Eleanor M. [EHynes@goodwinprocter.com]
**Sent:** Friday, February 26, 2010 11:58 AM
**To:** Joshua P. Graham
**Subject:** ePlus v. Lawson - Supplements to Interrogatory Responses

Dear Josh:

I write to follow-up to your conversation earlier today with Michael Strapp and Jimmy Clements regarding supplementing interrogatory responses. ePlus will agree to supplement its response to Lawson's invalidity contentions (with respect to the alleged prior-art references included in the claim charts of Lawson's Statement of Invalidity Defenses) on March 11, 2010, provided that Lawson agrees to supplement to its non-infringement contentions on March 11th to address and cure the deficiencies set forth in, e.g., Michael Strapp's letter of February 25th. Please let me know if Lawson will agree to this proposed exchange on March 11th.

Eleanor

Eleanor Hynes Yost
**Goodwin | Procter LLP**
901 New York Avenue, N.W.
Washington, DC 20001
T: (202) 346-4502
F: (202) 346-4444
ehynes@goodwinprocter.com
www.goodwinprocter.com

****************************************************************

**IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.**

****************************************************************
****************************************************************

**This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.**

****************************************************************

02/26/2010