FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.   Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

ORDER

Having considered Defendant's MOTION TO STRIKE EPLUS' EXPERT DECLARATION AND SUPPLEMENTAL BRIEF (Docket No. 172), it is hereby ORDERED that the motion is granted. The Plaintiff shall refile its supplemental brief, without an expert declaration or reference to such declaration, by March 12, 2010.

It is so ORDERED.

                        /s/      REP
                Senior United States District Judge

Richmond, Virginia
Date: March 5, 2010