IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                              Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

For the reasons set forth during the March 8, 2010 conference call, it is hereby ORDERED that the Court's Order granting the Defendant's Motion to Strike (Docket No. 182) is vacated. The Defendant shall file its response to the Plaintiff's supplemental brief on claim construction and expert declaration by March 22, 2010. The Plaintiff shall file its reply by March 29, 2010.

It is so ORDERED.

                              /s/          REP
                Senior United States District Judge

Richmond, Virginia
Date: March 8, 2010