IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF DAVID M. YOUNG IN SUPPORT OF PLAINTIFF ePLUS INC.'S OPPOSITION TO DEFENDANT LAWSON SOFTWARE, INC.'S MOTION TO COMPEL

I, David M. Young, declare as follows:

1. I am an attorney at Goodwin Procter LLP, counsel for Plaintiff ePlus, Inc. ("ePlus"). I submit this declaration in support of ePlus's Opposition to Defendant Lawson Software, Inc.'s ("Lawson's") Motion to Compel ePlus, Inc. to Respond to Interrogatories 19 and 20.

2. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently hereto.

3. Attached hereto as Exhibit A is a true and accurate copy of correspondence from ePlus's counsel, Michael Strapp to Lawson's counsel, Joshua Graham, dated February 25, 2010.

4. Attached hereto as Exhibit B is a true and accurate copy of e-mail correspondence between *e*Plus's counsel, Eleanor Hynes Yost, to Joshua Graham, dated between February 26, 2010 and March 1, 2010.

5. Attached hereto as Exhibit C is a true and accurate copy of correspondence from *e*Plus's counsel, Jennifer Albert, to Lawson's counsel, William Schultz, dated December 15, 2009.

6. Attached hereto as Exhibit D are true and accurate copies of *e*Plus's Objections to Lawson's Fifth Set of Interrogatories, dated January 14, 2010, and *e*Plus's Answers to Lawson's Fifth Set of Interrogatories, dated January 29, 2010.

7. Attached hereto as Exhibit E is a true and accurate copy of correspondence from Joshua Graham to Michael Strapp, dated February 23, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, D.C. this 12th day of March, 2010.

_____
David M. Young, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on the 12$^h$ day of March, 2010, I will electronically file the foregoing

## DECLARATION OF DAVID M. YOUNG IN SUPPORT OF PLAINTIFF ePLUS INC.'S BRIEF IN OPPOSITION TO DEFENDANT LAWSON SOFTWARE, INC.'S MOTION TO COMPEL

With the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com
*Counsel for Defendant Lawson Software, Inc.*

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

/s/
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com

*Counsel for Plaintiff, ePlus Inc.*

2