# EXHIBIT Q

## Joshua P. Graham

| | |
|---|---|
| **From:** | Joshua P. Graham |
| **Sent:** | Friday, February 26, 2010 2:32 PM |
| **To:** | 'Hynes, Eleanor M.' |
| **Cc:** | Daniel McDonald |
| **Subject:** | RE: ePlus v. Lawson - Supplements to Interrogatory Responses |

Dear Eleanor,

Lawson notified ePlus that the responses to Interrogatory Nos. 19 and 20 are deficient on February 1. By contrast, ePlus only yesterday raised issues with Lawson's non-infringement contentions. Lawson has had no time to consider ePlus's position. Under the circumstances, it is inappropriate to require Lawson to supplement its non-infringement contention as a condition to ePlus supplementing its responses to Interrogatory Nos. 19 and 20.

Lawson is willing to discuss its non-infringement contentions with ePlus sometime next week. However, the issues with ePlus's responses to Interrogatory Nos. 19 and 20 have been pending for nearly a month and must be dealt with first. Unless ePlus unconditionally agrees by 5pm EST today to supplement its responses to Interrogatory Nos. 19 and 20 by March 11, 2010, Lawson will file with the court today a motion to compel supplemental responses from ePlus.

Josh

**Joshua P. Graham**
Attorney at Law
Merchant & Gould
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

Telephone (612) 371-5233
Fax (612) 332-9081
www.merchantgould.com

*Guardians of Great Ideas.*™

Atlanta | Denver | Knoxville | **Minneapolis** | Omaha | Seattle | Washington D.C.

Note: This e-mail message is confidential, and may be privileged, or otherwise protected by law. If you are not the intended recipient, please (1) Reply via e-mail to sender; (2) Destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) Refrain from copying or disseminating this communication by any means whatsoever. Thank you.

---

**From:** Hynes, Eleanor M. [mailto:EHynes@goodwinprocter.com]
**Sent:** Friday, February 26, 2010 11:58 AM
**To:** Joshua P. Graham
**Subject:** ePlus v. Lawson - Supplements to Interrogatory Responses

Dear Josh:

I write to follow-up to your conversation earlier today with Michael Strapp and Jimmy Clements regarding supplementing interrogatory responses. ePlus will agree to supplement its response to Lawson's

03/15/2010

invalidity contentions (with respect to the alleged prior-art references included in the claim charts of Lawson's Statement of Invalidity Defenses) on March 11, 2010, provided that Lawson agrees to supplement to its non-infringement contentions on March 11th to address and cure the deficiencies set forth in, e.g., Michael Strapp's letter of February 25th.  Please let me know if Lawson will agree to this proposed exchange on March 11th.

Eleanor

Eleanor Hynes Yost
**Goodwin | Procter LLP**
901 New York Avenue, N.W.
Washington, DC 20001
T: (202) 346-4502
F: (202) 346-4444
ehynes@goodwinprocter.com
www.goodwinprocter.com

*******************************************************************

**IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.**

*******************************************************************
*******************************************************************

**This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.**

*******************************************************************

03/15/2010