# EXHIBIT R

## Joshua P. Graham

**From:**    Joshua P. Graham
**Sent:**    Monday, March 01, 2010 10:47 AM
**To:**      'Hynes, Eleanor M.'
**Cc:**      Daniel McDonald; 'Carr, Dabney J.'
**Subject:** RE: ePlus v. Lawson - Supplements to Interrogatory Responses

Eleanor,

As stated in my previous email, Lawson has attempted to work with ePlus regarding it responses to Interrogatory Nos. 19 and 20 for the better part of a month. ePlus only four days ago raised issues with Lawson's non-infringement contentions. Lawson is willing and available to meet with you on Wednesday, Thursday, or Friday of this week to discuss Lawson's non-infringement contentions. However, under the circumstances, and consistent with ePlus's arguments during discovery, it is inappropriate to condition ePlus's supplementation of its response to Interrogatory Nos. 19 and 20 upon Lawson's supplementation of it non-infringement responses. If ePlus unconditionally agrees to supplement its responses to Interrogatory Nos. 19 and 20 by March 11, and does so, Lawson will withdraw its motion to compel.

If you wish to discuss Lawson's non-infringement contentions, please let us know your availability.

-Josh

**Joshua P. Graham**
Attorney at Law
Merchant & Gould
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

**Telephone** (612) 371-5233
**Fax** (612) 332-9081
**www.merchantgould.com**

*Guardians of Great Ideas.*™

Atlanta  |  Denver  |  Knoxville  |  **Minneapolis**  |  Omaha  |  Seattle  |  Washington D.C.

Note: This e-mail message is confidential, and may be privileged, or otherwise protected by law. If you are not the intended recipient, please (1) Reply via e-mail to sender; (2) Destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) Refrain from copying or disseminating this communication by any means whatsoever. Thank you.

**From:** Hynes, Eleanor M. [mailto:EHynes@goodwinprocter.com]
**Sent:** Monday, March 01, 2010 8:25 AM
**To:** Joshua P. Graham
**Cc:** Daniel McDonald
**Subject:** RE: ePlus v. Lawson - Supplements to Interrogatory Responses

Josh,

I am surprised and disappointed by your threat since ePlus has already agreed to supplement its responses. The same discovery rules apply to ePlus as apply to Lawson. If for whatever reason Lawson does not believe it must provide meaningful responses to ePlus's contention interrogatories until after

03/15/2010

March 11th, the same should apply to ePlus.  Conversely, if Lawson insists on responses from ePlus by that date, then the same should apply to Lawson.  If March 11th does not work for you, ePlus remains open to discussing a proposed a date certain for the parties to exchange supplemental responses.

Eleanor

Eleanor Hynes Yost
**Goodwin | Procter LLP**
901 New York Avenue, N.W.
Washington, DC 20001
T: (202) 346-4502
F: (202) 346-4444
ehynes@goodwinprocter.com
www.goodwinprocter.com

---

**From:** Joshua P. Graham [mailto:JGraham@merchantgould.com]
**Sent:** Friday, February 26, 2010 3:32 PM
**To:** Hynes, Eleanor M.
**Cc:** Daniel McDonald
**Subject:** RE: ePlus v. Lawson - Supplements to Interrogatory Responses

Dear Eleanor,

Lawson notified ePlus that the responses to Interrogatory Nos. 19 and 20 are deficient on February 1.  By contrast, ePlus only yesterday raised issues with Lawson's non-infringement contentions.  Lawson has had no time to consider ePlus's position.  Under the circumstances, it is inappropriate to require Lawson to supplement its non-infringement contention as a condition to ePlus supplementing its responses to Interrogatory Nos. 19 and 20.

Lawson is willing to discuss its non-infringement contentions with ePlus sometime next week.  However, the issues with ePlus's responses to Interrogatory Nos. 19 and 20 have been pending for nearly a month and must be dealt with first.  Unless ePlus unconditionally agrees by 5pm EST today to supplement its responses to Interrogatory Nos. 19 and 20 by March 11, 2010, Lawson will file with the court today a motion to compel supplemental responses from ePlus.

Josh

**Joshua P. Graham**
Attorney at Law
Merchant & Gould
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

Telephone (612) 371-5233
Fax (612) 332-9081
**www.merchantgould.com**

*Guardians of Great Ideas.*™

Atlanta   |   Denver   |   Knoxville   |   **Minneapolis**   |   Omaha   |   Seattle   |   Washington D.C.

Note: This e-mail message is confidential, and may be privileged, or otherwise protected by law. If you are not the intended recipient, please (1) Reply via e-mail to sender; (2) Destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) Refrain from copying or disseminating this communication by any means whatsoever. Thank you.

03/15/2010

**From:** Hynes, Eleanor M. [mailto:EHynes@goodwinprocter.com]
**Sent:** Friday, February 26, 2010 11:58 AM
**To:** Joshua P. Graham
**Subject:** ePlus v. Lawson - Supplements to Interrogatory Responses

Dear Josh:

I write to follow-up to your conversation earlier today with Michael Strapp and Jimmy Clements regarding supplementing interrogatory responses. ePlus will agree to supplement its response to Lawson's invalidity contentions (with respect to the alleged prior-art references included in the claim charts of Lawson's Statement of Invalidity Defenses) on March 11, 2010, provided that Lawson agrees to supplement to its non-infringement contentions on March 11th to address and cure the deficiencies set forth in, e.g., Michael Strapp's letter of February 25th. Please let me know if Lawson will agree to this proposed exchange on March 11th.

Eleanor

Eleanor Hynes Yost
**Goodwin | Procter LLP**
901 New York Avenue, N.W.
Washington, DC 20001
T: (202) 346-4502
F: (202) 346-4444
ehynes@goodwinprocter.com
www.goodwinprocter.com

**************************************************************

**IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.**

**************************************************************
**************************************************************

**This message is intended only for the designated recipient(s). It may contain confidential or proprietary information and may be subject to the attorney-client privilege or other confidentiality protections. If you are not a designated recipient, you may not review, copy or distribute this message. If you receive this in error, please notify the sender by reply e-mail and delete this message. Thank you.**

03/15/2010

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

03/15/2010