

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                                    Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

## ORDER

It is hereby ORDERED that the trial in the above-captioned case is set for September 13, 2010 at 9:30 AM.

It is so ORDERED.

                              /s/   REP
                        Senior United States District Judge

Richmond, Virginia
Date: March 16, 2010