# EXHIBIT 1

## Exhibit 1
## Materials Considered for Purposes of this Declaration

**Documents (including books, articles and prior litigation)**

Claim Constructions Pursuant to November 18, 2005 Markman Hearing (ePlus v. SAP)
Memorandum Opinion dated January 19, 2005 (Markman Order in ePlus. v. Ariba)

**Litigation Documents**

Declaration of Alfred C. Weaver, PH.D. in Support of ePlus's Proposed Claim Construction for Certain Claim Terms in U.S. Patent Nos. 6,023,683 and 6,505,172
Defendant Lawson Software Inc.'s Brief in Support of its Motion to Strike ePlus's Expert Declaration and Supplemental Brief
Defendant Lawson Software Inc.'s Reply Brief in Support of its Motion to Strike ePlus's Expert Declaration and Supplemental Brief
Defendant Lawson Software Inc.'s Opening Claim Construction Brief
Defendant Lawson Software Inc.'s Responsive Claim Construction Brief
Defendant Lawson Software Inc.'s Supplemental Claim Construction Brief Exhibits
Defendant Lawson's Claim Construction Presentation, January 22, 2010
ePlus's Claim Construction Presentation, January 22, 2010
Plaintiff ePlus Inc.'s Brief in Opposition to Defendant Lawson Software, Inc.'s Motion to Strike Expert Declaration and Supplemental Brief
Plaintiff ePlus Inc.'s Opening Claim Construction Brief
Plaintiff ePlus Inc.'s Responsive Claim Construction Brief
Plaintiff ePlus Inc.'s Supplemental Memorandum in Support of its Construction of Certain Means-Plus-Function Claim Elements

**Patents and Patent Applications**

Johnson et al. U.S. Patent 6,023,683 and its prosecution history
Johnson et al. U.S. Patent 6,055,516 and its prosecution history
Johnson et al. U.S. Patent 6,505,172 and its prosecution history