# APPENDIX B

APPENDIX B

| '683 patent claim 3 | Lawson Term | Lawson Opening Claim Constr. Brief 01/06/10 | Lawson Appendix A 01/06/10 | Lawson Reply Claim Constr. Brief 01/19/10 | Lawson Suppl. Claim Constr. Brief 02/16/10 | Lawson Updated Appendix A 02/16/10 | Lawson's Response to ePlus's Decl. 03/22/10 | Shamos Decl. 03/22/10 |
|---|---|---|---|---|---|---|---|---|
| means for selecting the product catalogs to search | Term 8 | Page 18 | Pages 17-18 | Pages 13-14 | Tab L | Pages 4-5 (Tab L) | Pages 11-14, 17-18 | ¶¶ 29-47, 58-63 |
| means for searching for matching items among the selected product catalogs | Term 7 | Pages 15-17 | Pages 13-17 | Pages 11-13 | Tab M | Pages 5-7 (Tab M) | Pages 11-14, 18-19 | ¶¶ 29-47, 64-72 |
| means for building a requisition using data relating to selected matching items and their associated source(s) | Term 1 | Pages 9-12 | Pages 1-3 | Pages 10-11 | Tab N | Pages 7-9 (Tab N) | Pages 11-14, 20 | ¶¶ 29-47, 73-80 |
| means for processing the requisition to generate one or more purchase orders for the selected matching items | Term 9 | Pages 18-19 | Pages 18-19 | Pages 14-16 | Tab O | Pages 9-10 (Tab O) | Pages 14-16 | ¶¶ 48-52 |
| means for converting data relating to a selected matching item and an associated source to data relating to an item and a different source | Term 11 | Pages 19-20 | Pages 20-23 | Pages 14-16 | Tab P | Pages 10-11 (Tab P) | Pages 15-16 | ¶¶ 53-57 |

1

APPENDIX B

| '683 patent claim 6 | Lawson Term | Lawson Opening Claim Constr. Brief 01/06/10 | Lawson Appendix A 01/06/10 | Lawson Reply Claim Constr. Brief 01/19/10 | Lawson Suppl. Claim Constr. Brief 02/16/10 | Lawson Updated Appendix A 02/16/10 | Lawson's Response to ePlus's Decl. 03/22/10 | Shamos Decl. 03/22/10 |
|---|---|---|---|---|---|---|---|---|
| means for searching for matching items in the database | Term 5 | Pages 15-17 | Pages 7-10 | Pages 11-13 | Tab Q | Pages 11-13 (Tab Q) | Pages 11-14, 18-19 | ¶¶ 29-47, 64-72 |
| means for building a requisition using data relating to selected matching items and their associated source(s) | Term 1 | Pages 9-12 | Pages 1-3 | Pages 10-11 | Tab N | Pages 7-9 (Tab N) | Pages 11-14, 20 | ¶¶ 29-47, 73-80 |
| means for processing the requisition to generate one or more purchase orders for the selected matching items | Term 9 | Pages 18-19 | Pages 18-19 | Pages 14-16 | Tab O | Pages 9-10 (Tab O) | Pages 14-16 | ¶¶ 48-52 |
| means for converting data relating to a selected matching item and an associated source to data relating to an item and a different source | Term 11 | Pages 19-20 | Pages 20-23 | Pages 14-16 | Tab P | Pages 10-11 (Tab P) | Page 16 | ¶¶ 53-57 |

2

APPENDIX B

| '172 patent claim 1 | Lawson Term | Lawson Opening Claim Constr. Brief 01/06/10 | Lawson Appendix A 01/06/10 | Lawson Reply Claim Constr. Brief 01/19/10 | Lawson Suppl. Claim Constr. Brief 02/16/10 | Lawson Updated Appendix A 02/16/10 | Lawson's Response to ePlus's Decl. 03/22/10 | Shamos Decl. 03/22/10 |
|---|---|---|---|---|---|---|---|---|
| means for entering product information that at least partially describes at least one desired item | Term 3 | Pages 12-13 | Pages 5-6 | Pages 10-11 | Tab R | Pages 13-14 (Tab R) | Pages 11-14 | ¶¶ 29-47 |
| means for searching for matching items that match the entered product information in the selected portions of the database | Term 6 | Pages 15-17 | Pages 10-13 | Pages 11-13 | Tab S | Pages 14-17 (Tab S) | Pages 11-14, 18-19 | ¶¶ 29-47, 64-72 |
| means for generating an order list that includes at least one matching item selected by said means for searching | Term 4 | Pages 13-14 | Pages 6-7 | Pages 10-11 | Tab T | Page 17 (Tab T) | | |
| means for building a requisition that uses data obtained from said database relating to selected matching items on said order list | Term 2 | Pages 9-12 | Pages 3-4 | Pages 10-11 | Tab U | Page 18-19 (Tab U) | Pages 11-14, 20 | ¶¶ 29-47, 73-80 |
| means for processing said requisition to generate purchase orders for said selected matching items | Term 10 | Pages 18-19 | Pages 19-20 | Pages 14-16 | Tab V | Page 19-20 (Tab V) | Pages 14-16 | ¶¶ 48-52 |

3