

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.

    Plaintiff,

v.                                  Civil No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Defendant's MOTION TO STAY PROCEEDINGS IN LIGHT OF PENDING REEXAMINATIONS OF PATENTS-IN-SUIT (Docket No. 32) is denied.

It is so ORDERED.

                                     /s/     REP
                                 Senior United States District Judge

Richmond, Virginia
Date: March 31, 2010