```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683007828
Cashier ID: lbreeden
Transaction Date: 04/06/2010
Payer Name: CHRISTIAN AND BARTON LLP
-----------------------------------
PRO HOC VICE
  For: ELEANOR MARTHA HYNES
  Case/Party: D-VAE-3-10-CR-PROHAC-001
  Amount:        $50.00
-----------------------------------
CHECK
  Check/Money Order Num: 420336
  Amt Tendered:  $50.00
-----------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00
```

```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683DC7589
Cashier ID: lbreeden
Transaction Date: 04/06/2010
Payer Name: CHRISTIAN AND BARTON LLP
-----------------------------------
PRO HAC VICE
For: ELEANOR MARTHA RYNDE
Case/Party: D-VAE-3-10-CR-PROHAC-001
Amount:        $30.00
-----------------------------------
CHECK
Check/Money Order Num: #50338
Amt Tendered: $30.00
-----------------------------------
Total Due:        $30.00
Total Tendered:   $30.00
Change Amt:        $0.00
```