FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                              Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

Having considered the Plaintiff's MOTION TO WITHDRAW NATASHA N. ALJALIAN AS COUNSEL (Docket No. 174), it is hereby ORDERED that the motion is granted.

It is so ORDERED.

                                        /s/            *REP*
                          Senior United States District Judge

Richmond, Virginia
Date: April ____, 2010