```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683007955
Cashier ID: lbreeden
Transaction Date: 04/19/2010
Payer Name: TROUTMAN SANDERS LLP
-----------------------------------
PRO HOC VICE
 For: TROUTMAN SANDERS LLP
 Case/Party: D-VAE-3-10-CR-PROHAC-001
 Amount:        $50.00
-----------------------------------
CHECK
 Check/Money Order Num: 523417
 Amt Tendered: $50.00
-----------------------------------
Total Due:       $50.00
Total Tendered: $50.00
Change Amt:      $0.00

REC'D 4/16/10

#3:09-CV-620
```