IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                                            Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the claim terms will be construed as reflected in the Memorandum Opinion.

It is so ORDERED.

                                            /s/   REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: April 30, 2010