# GOODWIN | PROCTER

Scott L. Robertson
202.346.4331
SRobertson@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
901 New York Avenue NW
Washington, DC 20001
T: 202.346.4000
F: 202.346.4444

May 3, 2010



**Via Hand Delivery**

The Honorable Robert E. Payne, Judge
United States District Court
  for the Eastern District of Virginia, Richmond Division
Spottswood W. Robinson III and
  Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

Re:    *ePlus, Inc. v. Lawson Software, Inc.*
       Civil Action No. 3:09cv620 (REP)

Dear Judge Payne:

I am writing on behalf of both parties in this matter. We received your claim construction in this action last Friday afternoon. We thank the Court for that guidance.

Under the current Scheduling Order, our initial expert reports are due to be exchanged today. The parties met and conferred late on Friday and agreed that a modest extension of two days--to incorporate the claim constructions into our respective expert reports-- would be in the interest of all concerned. Indeed, we believe it would promote and "secure" a more "just, speedy, and inexpensive determination" of the case. Fed. R. Civ. P. 1.

To that end, we would request that we be permitted the two-day extension to incorporate the claim construction into our analysis.

If this is satisfactory, your law clerk may so indicate to local counsel for either party, Mr. Merritt or Mr. Carr.

Respectfully submitted,

Scott L. Robertson

cc:    Counsel of Record