# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | |
|---|---|
| *e*PLUS, INC., | ) |
|       Plaintiff, | ) ) ) |
|       v. | ) )  Civil Action No. 3:09cv620 |
| LAWSON SOFTWARE, INC. | ) ) ) |
|       Defendant. | ) |

**CONSENT ORDER AMENDING SCHEDULING ORDER**

This matter is before the Court on the parties' Consent Motion to Amend the Scheduling Order. It appearing to the Court that all parties consent to the motion, and for good cause shown, the motion is hereby GRANTED and it is ORDERED that Pretrial Schedule A of the Scheduling Order entered March 15, 2010 [Doc. No. 186] is hereby AMENDED to provide as follows:

1. The time for the parties to take the depositions of third-party witnesses, remaining Rule 30(b)(6) deposition witnesses and the depositions of the parties' CEOs is extended from May 18, 2010 to June 4, 2010.

2. The time for ePlus to serve a responsive expert report on the issue of invalidity under Section IV(2) of Pretrial Schedule A is extended from June 3, 2010 to June 9, 2010.

3. The time for the parties to take the depositions of expert witnesses under Section IV(5) of Pretrial Schedule A is extended from June 17, 2010 to June 22, 2010.

It is SO ORDERED.

                                                                           _____
                                                                            United States District Judge

.

WE ASK FOR THIS:

_____
Craig T. Merritt, VSB #20281
Henry I. Willett, III, VSB # 44655
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:  (804) 697-4100
Facsimile:   (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young, VSB #35997
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff *e*Plus inc.

4

WE ASK FOR THIS:

_____
Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*