# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| *e*PLUS Inc., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF DAVID M. YOUNG, ESQ., IN SUPPORT OF PLAINTIFF ePLUS, INC.'S MOTION TO STRIKE PORTIONS OF DEFENDANT'S EXPERT REPORT AND EXCLUDE FROM TRIAL ALLEGED PRIOR ART AND INVALIDITY ARGUMENTS NOT DISCLOSED IN DEFENDANT'S COURT-ORDERED INVALIDITY CONTENTIONS

Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB# 20281)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112
hwillett@cblaw.com


Counsel for Plaintiff, *e*Plus Inc.

Jennifer A. Albert *(admitted pro hac vice)*
Scott L. Robertson *(admitted pro hac vice)*
David M. Young (VSB #35997)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000


Michael G. Strapp (*admitted pro hac vice*)
James D. Clements *(admitted pro hac vice)*
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
(617) 570-1000

I, David M. Young, declare as follows:

1. I am an attorney at Goodwin Procter LLP, counsel for Plaintiff *e*Plus Inc. in this action. I submit this declaration in support of Plaintiff *e*Plus Inc.'s Motion to Strike Portions of Defendant's Expert Report and Exclude from Trial Alleged Prior Art and Invalidity Arguments Not Disclosed in Defendant's Court-Ordered Invalidity Contentions.

2. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently hereto.

3. Attached hereto as Exhibit A is a true and accurate copy of the Scheduling Order and Pretrial Schedule A filed with the Court on November 18, 2009.

4. Attached hereto as Exhibit B is a true and accurate copy of excerpts from the Transcript of the Pretrial Conference conducted on November 13, 2009.

5. Attached hereto as Exhibit C is a true and accurate copy of excerpts from the Transcript of the Conference Call conducted on March 26, 2010.

6. Attached hereto as Exhibit D is a true and accurate copy of excerpts from Defendant Lawson Software, Inc.'s Second Supplemental Initial Statement of Invalidity Defenses, dated April 9, 2010.

7. Attached hereto as Exhibit E is a true and accurate copy of excerpts from the Transcript of the Conference Call conducted on April 29, 2010.

8. Attached hereto as Exhibit F is a true and accurate copy of excerpts from the (Corrected) Report of Expert Michael I. Shamos, Ph.D., J.D. Concerning Invalidity, dated May 7, 2010.

9. Attached hereto as Exhibit G is a true and accurate copy of this Court's Order of March 29, 2010.

10. Attached hereto as Exhibit H is a true and accurate copy of a document prepared by counsel for *e*Plus entitled "Excerpts from Shamos Claim Charts Identifying Citations to New References."

11. Attached hereto as Exhibit I is a true and accurate copy a letter from counsel for Lawson Software to counsel for *e*Plus, dated May 7, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Washington, D.C., this 14th day of May, 2010.

                                                        /s/
                                         David M. Young
                                         Virginia State Bar. No. 35997
                                         Counsel for Plaintiff *e*Plus, Inc.
                                         **GOODWIN PROCTER, LLP**
                                         901 New York Avenue, N.W.
                                         Washington, DC 20001
                                         Telephone: (202) 346-4257
                                         Facsimile: (202) 346-4444
                                         dyoung@goodwinprocter.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th of May, 2010, the foregoing

**DECLARATION OF DAVID M. YOUNG, ESQ., IN SUPPORT OF PLAINTIFF ePLUS, INC.'S MOTION TO STRIKE PORTIONS OF DEFENDANT'S EXPERT REPORT AND EXCLUDE FROM TRIAL ALLEGED PRIOR ART AND INVALIDITY ARGUMENTS NOT DISCLOSED IN DEFENDANT'S COURT-ORDERED INVALIDITY CONTENTIONS**

was electronically filed with the Clerk of the Court using the CM/EFC system, which will then send a notification of such filing (NEF) to the following.  Copies of the foregoing were also transmitted *via electronic mail* to the following:

Daniel W. McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
Lawsonservice@merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com
**Counsel for Defendant Lawson Software, Inc.**

                                                         /s/
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com