# EXHIBIT B

```
 1            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
 2                    Richmond Division

 3

 4

 5      ePlus, Inc.,

 6                            Plaintiff,

 7         VERSUS                      3:08CR438

 8      Perfect Commerce, Inc., et al.,

 9                            Defendants.

10

11

12

13         Before:  HONORABLE ROBERT E. PAYNE
                United States District Judge
14

15         Pre-Trial Conference in chambers

16              November 13, 2009

17              Richmond, Virginia

18

19              Rush Transcript

20

21

22

23          Gilbert Frank Halasz, RMR
             Official Court Reporter
24            U. S. Courthouse
            1000 East Main Street
25           Richmond, Virginia
               (804) 916-2248
```

1    providing that based on the discovery that we have
2    had to date.  We would like to see --
3         THE COURT:  You ought to provide that in the
4    complaint.  You ought to provide it in the claim
5    chart.
6         MR. ROBERTSON:  As I said --
7         THE COURT:  What you are doing, you are
8    putting -- you are putting the discovery as the
9    vehicle to do what actually is contemplated to be
10   done by the complaint and the disclosures.  And
11   you have gotten the cart before the horse in many
12   respects.
13        Now, you have got, each of you producing two
14   million documents and you don't know what you are
15   producing about.  Or, I guess you do.  I mean, you
16   are competent lawyers, so you do have some idea of
17   what you are doing, but you are generating a lot
18   of waste, I think.  I don't want it to happen in
19   the litigation.
20        When are you going to be prepared to fish or
21   cut bait about -- you have done all this stuff for
22   the patent re-exam, why can't you do it?
23        MR. McDONALD:  We can.
24        THE COURT:  Well, do it.
25        MR. McDONALD:  I thought we had already

```
 1    done -- what we have done is 78 specific, we have
 2    have filed re-exams.  There are some other prior
 3    art.  We chose another 32 pieces of prior art.
 4    They said you haven't charged those out yet.  I
 5    don't think if the patent office, the judge and
 6    jury don't buy prior art one through eight, I'm
 7    pretty sure they won't buy number nine.  I mean by
 8    Monday I will figure out, whether I have a number
 9    nine or ten.  You know, number eleven there is no
10    point to it.
11         THE COURT:  All right.  This is Friday.  I
12    don't know it can be done by Monday.
13         MR. McDONALD:  I got excited.
14         THE COURT:  To do it right, I don't want to
15    say you forgot it.
16         MR. McDONALD:  Next week is reasonable.  I
17    think we basically will say we will stick with
18    what we have got.
19         THE COURT:  All right.  Then you will provide
20    all of your prior art invalidity positions by next
21    week.
22         MR. McDONALD:  Yes.  You know, we have
23    already done that.  We will keep it, say we won't
24    do any more.  It kind of confuses me.  We did do
25    it for all 79 claims, you know.  We had to keep it
```