# EXHIBIT G

FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                        Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

For the reasons set forth during the March 26, 2010 conference call, it is hereby ORDERED that the Defendant's MOTION TO COMPEL (Docket NO. 180) is denied without prejudice. The Defendant may refile its motion after compliance with the Court's instructions regarding the specificity of the Defendant's invalidity contentions.

It is further ordered that the Defendant shall supplement its responses to interrogatories 22, 23, and 24 by April 2, 2010.

It is so ORDERED.

                                /s/      REP
                      Senior United States District Judge

Richmond, Virginia
Date: March 29 2010