# EXHIBIT H

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

**ASSERTED CLAIMS**

| | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| **'172 Patent**<br>1. An electronic sourcing system comprising: | | "When used in an entry field the F6 key will access a search window which will permit you to define the search by a variety of different details such as keyword commodity or vendor.  Defining the search in this manner will limit the search to only those categories you enter in the search window."  L0127913 ("TSA Gateway Purchasing Manual"). | Multiple vendors are disclosed: "ORDER BY CODE.  If the manufacturers parts are ordered from one vendor (by line) enter "L" multiple vendors (by subline), enter "S" ... If you have second and third choices for vendors enter their vendor numbers."  L0125080 ("J-CON RDB Guide")<br><br>"Adding and Editing Vendors.  Most of your vendors were added when your system was set up.  When you add new vendor most prompts you receive are self-explanatory."  L0125142 ("J-CON RDB Guide") |
| a database containing data relating to items associated with at least two vendors maintained so that selected portions of the database may be searched separately | | Portions could be searched separately: "Selecting the Catalog browse option will access a Catalog Selection window showing all catalogs on file. Use the lightbar to select the desired catalog and press <Enter>"  SAP_2531709-10  ("TSA Gateway Purchasing Manual), SAP_2531615-16  ("TSA Gateway Purchasing Manual).  Further, "When used in an entry field the F6 key will access a search window which will permit you to define the search by a variety of different details such as keyword commodity or vendor.  Defining the search in this manner will limit the search to only those categories you enter in the search window." L0127913  ("TSA Gateway Purchasing Manual"). Complete catalogs from an unlimited number of suppliers provide easy access and fast cross-reference."  L0128380 ("Gateway Product Manual").<br><br>A database is disclosed: "Reorganize Files.  This option is used compile or reorganize data base files following an update or<br>system change"  L0127941  ("TSA Gateway Purchasing Manual"). | |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

**ASSERTED CLAIMS**

| | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| means for entering product information that at least partially describes at least one desired item | The "user interface" comprised various data entry screens and is described at L0125750.  Modules providing product information are shown, e.g., at L0125762 ("Reservations and Ticketing with SABRE"): "SABRE has a comprehensive database containing all American Airlines flights, as well as flights scheduled by many other carriers who choose to participate in the reservation system. On request, SABRE will display a listing of flight schedules between any two designated points. This listing is referred to as City Pair Availability, or CPA. | Gateway allowed entry of product information that at least partially describes at least one desired item: "There are five basic types of windows: search windows allow you to enter information that defines or limits your search of available data from the files." L0127905  ("TSA Gateway Purchasing Manual").<br><br>Also: "When used in an entry field, the <F6> key will access a search window which will permit you to define the search by a variety of different details, such as keyword, commodity or vendor.  Defining the search in this manner will limit the search to only those categories you enter in the search window." L0127913  ("TSA Gateway Purchasing Manual").<br><br>The "user interface" is the disclosed "search window."  The modules that provide product infromation are those that perform the requested searching. | |
| means for searching for matching items that match the entered product information in the selected portions of the database | | Also: "For instance, if you are using the Purchase Order Entry screen, and the cursor is positioned in the "commodity" field. the on-board help bar at the bottom of the screen will read; "Enter Commodity Code, <F6> for search." L0127906  ("TSA Gateway Purchasing Manual").<br><br>A list of responsive search results is shown in a "browse window."  L0127913  ("TSA Gateway Purchasing Manual"). | The reference discloses a means for searching for search results (a search program) that match the entered product information in the selected portions of the database: "PART-FINDER is J-CON's electronic catalog system that you use together with Point-Of-Sale. You use PART-FINDER to look up parts and Point-Of-Sale to sell them. With PARTFINDER, you can forget those time-consuming searches through manufacturer catalogs. Instead, you can look up parts in seconds with just a few clicks of the keyboard.  When you find what your customer wants, PART-FINDER puts the parts on the ticket for you." L0124897 ("PartFinder Manual").  A list of responsive search results is shown at L0124911 ("PartFinder Manual").<br><br>A database is disclosed for searching: "You use PART-FINDER Maintenance to customize and update your PART-FINDER database."  L0124947 ("PartFinder Manual"). |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

| ASSERTED CLAIMS | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| means for generating an order list that includes at least one matching item selected by said means for searching | | The reference discloses a means for generating list of desired catalog items that includes at least one search result selected by said means for searching. | The reference discloses a means for generating a list of desired catalog items that includes at least one search result selected by said means for searching |
| | | The "user interface" is the "browse window." Items are selected for inclusion in list of desired catalog items as described at L0127913 ("TSA Gateway Purchasing Manual"): "After you have located the information in the browse window, position the lightbar on the line you wish to select and press <Enter>. The information will be inserted automatically into the field." | Desired items returned by the search program are selected for inclusion in an order list as described at L0124915: "You select a part by entering its selection number at the SELECTION field. PART-FINDER then displays the number on vehicle for the part at the QUANTITY field. If you want to sell the quantity displayed, you press <RETURN>.  Otherwise, you can enter a different quantity."<br>(3) An order list of selected items and cost data is shown at L0124916 ("PartFinder Manual"). |
| | | A list with data related to the selected matching items is generated, as shown at L0127968 ("TSA Gateway Purchasing Manual"): "Position the lightbar on the desired stock item and press <Enter>.  Information for the stock item will appear on the Item Entry screen, and the cursor will move to the Quantity field. To accept the stock item, complete the remaining fields on the Item Entry screen and press <Enter>." | The user interface is a screen that displays the SELECTION field. |
| means for building a requisition that uses data obtained from said database relating to selected matching items on said order list | | The reference discloses a means for building a requisition that uses data obtained from said database relating to requisition items on said list of desired catalog items. | The reference discloses transferring data relating to selected matching items included on an order list to a requisition module: "When you return to Point-Of-Sale from PART-FINDER, J-CON automatically places all parts you selected with PART-FINDER on a ticket." L0124919 ("PartFinder Manual").  The ticket causes a purchase order for parts needed by a customer to be generated (built) when the ticket is finalized: "Only when the held ticket is finalized does J-CON process it." L0124797 ("J-CON System User's Manual").  The ticket is the requisition. |
| | | The reference discloses transferring data relating to selected search results (from a browse window) to a requisition module that creates a "purchase request." L0127931 ("TSA Gateway Purchasing Manual").  A requisition (called a "supply request" or a "purchase request" in the reference) is built from the selected items in the browse window. L0127970 ("TSA Gateway Purchasing Manual"). | |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

**ASSERTED CLAIMS**

| | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| means for processing said requisition to generate purchase orders for said selected matching items. | | The reference discloses a means for processing a requisition to generate purchase orders for requisition items | |
| | | "Purchase Requests.  This option is designed for entering and maintaining purchase requisitions.  In most cases these requests will be used to generate subsequent purchase orders."  L0127925 ("TSA Gateway Purchasing Manual"). | |
| | | "Orders may be created as new from purchase requests or from requests for quotation."  L0128022  ("TSA Gateway Purchasing Manual"). | |
| | | "Standard purchase orders are created for purchases requiring a single order form.  Blanket orders allow the issue of an order covering many individual releases: the line items are unspecified on the blanket order, although dollar limits can be established.  Delivery orders permit the issue of a blanket order for which the items and their  prices are specified for a given period, although actual shipments of smaller quantities will be released throughout the year."  L0128022  ("TSA Gateway Purchasing Manual"). | |
| | | Three types of orders can be created within the purchase order processes.  Standard purchase orders are created for purchases requiring a single order form.  Blanket orders allow the issue of an order covering many individual releases: the line items are unspecified on the blanket order although dollar limits can be established.  Delivery orders pennit the issue of blanket order for which the items and their prices are specified for a given period although actual shipments of smaller quantities will be released throughout the year.  L0128022 ("TSA Gateway Purchasing Manual"). | |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

**ASSERTED CLAIMS**

| | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| **'516 Patent**<br>1. An electronic sourcing system comprising: | | "When used in an entry field the F6 key will access a search window which will permit you to define the search by a variety of different details such as keyword commodity or vendor.  Defining the search in this manner will limit the search to only those categories you enter in the search window." L0127913 ("TSA Gateway Purchasing Manual"). | Multiple vendors are disclosed: "ORDER BY CODE.  If the manufacturers parts are ordered from one vendor (by line) enter "L" multiple vendors (by subline), enter "S" ... If you have second and third choices for vendors enter their vendor numbers."  L0125080 ("J-CON RDB Guide")<br><br>"Adding and Editing Vendors.  Most of your vendors were added when your system was set up.  When you add new vendor most prompts you receive are self-explanatory." L0125142 ("J-CON RDB Guide") |
| a collection of catalogs of items stored in an electronic format; | | Portions could be searched separately: "Selecting the Catalog browse option will access a Catalog Selection window showing all catalogs on file. Use the lightbar to select the desired catalog and press <Enter>"  SAP_2531709-10 ("TSA Gateway Purchasing Manual"), SAP_2531615-16  ("TSA Gateway Purchasing Manual").  Further, "When used in an entry field the F6 key will access a search window which will permit you to define the search by a variety of different details such as keyword commodity or vendor.  Defining the search in this manner will limit the search to only those categories you enter in the search window." L0127913  ("TSA Gateway Purchasing Manual").  Complete catalogs from an unlimited number of suppliers provide easy access and fast cross-reference."  L0128380 ("Gateway Product Manual").<br><br>A database is disclosed: "Reorganize Files.  This option is used compile or reorganize data base | The J-CON system maintained automotive parts information from multiple manufacturers and multiple vendors in an electronic database, including such information as part number, auto make, model, and year, engine size, subassembly, product description, inventory status, price, manufacturer, distributor(s), and unit of measurement. The J-CON system included the information previously maintained by automotive parts stores in a large collection of printed automotive parts catalogs.<br><br>"PART-FINDER is J-CONs electronic catalog system that you use together with Point-Of-Sale. You use PART-FINDER to look up parts and Point-Of-Sale to sell them. With PARTFINDER you can forget those time consuming searches through manufacturer catalogs"  L0124897. ("PartFinder Manual")<br><br>Changing catalogs is described at L0124922 ("PartFinder Manual").  Therefore, J-CON included a collection of catalogs. |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

| ASSERTED CLAIMS | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| a catalog selection protocol, said catalog selection protocol relying on said first set of predetermined criteria to select less than said entire collection of catalogs, and including matching a vendor identification code with a subset of said collection of catalogs, wherein said subset of catalogs includes both a vendor catalog from a predetermined vendor and a second catalog from a predetermined third party that is one of a manufacturer and a competing vendor, said predetermined third party selling items corresponding to items in said vendor catalog; and | | "Selecting the Catalog browse option will access a Catalog Selection window showing all catalogs on file. Use the lightbar to select the desired catalog and press <Enter>"  SAP_2531709-10 ("TSA Gateway Purchasing Manual"), SAP_2531615-16 ("TSA Gateway Purchasing Manual").  A catalog is "less than all of said collection." | |
| a search program, said search program relying on said second set of criteria to select specific items from said catalogs determined from said catalog selection protocol. | | "The Item Search Keyword window will appear to allow you to limit your search. Enter a keyword or press <Enter> on the blank field to search all items within the catalog."  SAP_263161, SAP_2531709 ("TSA Gateway Purchasing Manual"). "Stock Item Keyword Search.  The Stock Item Keyword Search option is used for quick access to the Stock Items browse window using a keyword search ... The Stock Items window provides access to detailed information about the stock items listed."  SAP_5000272 ("TSA Gateway System Management Manual"). | |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

**ASSERTED CLAIMS**

| | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| 6. An electronic sourcing system as recited in claim 1, wherein said second set of predetermined criteria includes at least one of a catalog number and item textual information. | | Textual (keyword) search was supported by Gateway:<br><br>"The Item Search Keyword window will appear to allow you to limit your search. Enter a keyword or press <Enter> on the blank field to search all items within the catalog." SAP_263161, SAP_2531709 ("TSA Gateway Purchasing Manual").<br>"Stock Item Keyword Search. The Stock Item Keyword Search option is used for quick access to the Stock Items browse window using a keyword search ... The Stock Items window provides access to detailed information about the stock items listed." SAP_5000272 ("TSA Gateway System Management Manual"). | J-CON also enabled searching by textual description: "At the SEARCH FOR field you can enter the first letter or letters of the part you want. For example, to see what subgroup spark plugs are in you can enter the first letter or letters of the part you want. For example to see what subgroup spark plugs are in you can enter "S". PART-FINDER displays all parts beginning with that letter or as many as will fit on the screen." L0124925 ("PartFinder Manual"). |
| 21. An electronic sourcing system comprising: | | "When used in an entry field the F6 key will access a search window which will permit you to define the search by a variety of different details such as keyword commodity or vendor. Defining the search in this manner will limit the search to only those categories you enter in the search window." L0127913 ("TSA Gateway Purchasing Manual"). | Multiple vendors are disclosed: "ORDER BY CODE. If the manufacturers parts are ordered from one vendor (by line) enter "L" multiple vendors (by subline), enter "S" ... If you have second and third choices for vendors enter their vendor numbers." L0125080 ("J-CON RDB Guide")<br><br>"Adding and Editing Vendors. Most of your vendors were added when your system was set up. When you add new vendor most prompts you receive are self-explanatory." L0125142 ("J-CON RDB Guide") |
| a requisition module including data fields, user-generated criteria entered into at least one of said data fields to generate at least partial criteria corresponding to a desired item; | | Gateway discloses a requisition module. A requisition (called a "supply request" or a "purchase request" in the reference) is built from the browse window. L0127970 ("TSA Gateway Purchasing Manual"). | |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

| ASSERTED CLAIMS | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| a catalog collection searching module, said searching module including a collection of catalogs of items stored in an electronic format, | | | The J-CON system maintained automotive parts information from multiple manufacturers and multiple vendors in an electronic database, including such information as part number, auto make, model, and year, engine size, subassembly, product description, inventory status, price, manufacturer, distributor(s), and unit of measurement. The J-CON system included the information previously maintained by automotive parts stores in a large collection of printed automotive parts catalogs.<br><br>"PART-FINDER is J-CONs electronic catalog system that you use together with Point-Of-Sale. You use PART-FINDER to look up parts and Point-Of-Sale to sell them. With PARTFINDER you can forget those time consuming searches through manufacturer catalogs"  L0124897. ("PartFinder Manual")<br><br>Changing catalogs is described at L0124922 ("PartFinder Manual").  Therefore, J-CON included a collection of catalogs. |
| a catalog selection criteria used to select less than said entire collection, | | Portions could be searched separately (less than the entire collection): "Selecting the Catalog browse option will access a Catalog Selection window showing all catalogs on file. Use the lightbar to select the desired catalog and press <Enter>"  SAP_2531709-10 ("TSA Gateway Purchasing Manual"), SAP_2531615-16 ("TSA Gateway Purchasing Manual").<br><br>"As you create record for request RFQ or order you can search and select one or more items from any number of catalogs in seconds With a single keystroke you can browse a full catalog or restrict your search to locate only those items with a certain name, number, size or color."  L0128380 ("Gateway Product Manual"). | |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

**ASSERTED CLAIMS**

| | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| said searching module being used to generate additional search-module criteria for said data fields of said requisition module; | | To the extent meaning can be ascribed to this limitation, searches can generate additional search-module criteria for data fields: "Commodity Code. Use this field to enter commodity code for the inventory item. Type valid commodity code or use the <F6> search key to display the Commodity Table from which you can choose a valid code. Additionally you can select and display Commodity Item by using the Browse Goto Option within the Commodity browse window.  The Browse Goto Option is an especially valuable option when the commodity code list is extensive.  Simply enter the letter while in the browse window and the following Browse Goto Option window is displayed.  Enter any full or partial word or number on the prompt line.  When Enter is pressed the browse window automatically repositions itself with the first occurrence of the entered word or number displayed at the top of the window."  L0128245 ("Gateway Inventory Process User Manual"). | |
| a multiple purchase order generation module, said purchase order generation module creating multiple purchase orders from a single requisition created with said user-generated criteria and said search-module criteria; | | Multiple purchase order generation is disclosed: "Purchase Requests.  This option is designed for entering and maintaining purchase requisitions.  In most cases these requests will be used to generate subsequent purchase orders."  L0127925 ("TSA Gateway Purchasing Manual"). | |
| wherein each of at least two catalogs include a generally equivalent item from a different source, said requisition module working in combination with said catalog searching module to determine multiple sources for said item; | | The primary and secondary vendor being a mechanism to perform a look-up of a stock item to find an alternate source for the stock item.  "After you have selected an item with the lightbar, press <Enter>. The selected stock item appears on the Stock Item Display screen along with all the associated data, much like the following example: [Note the Primary and Secondary Vendor]" SAP_5000268 ("TSA Gateway System Management Manual"). | |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

| ASSERTED CLAIMS | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| wherein said multiple sources is limited by said catalog searching module providing a match according to said user-generated criteria, said search-module criteria and a determination system that located items are generally equivalent; and | | To the extent that ePlus contends that UNSPSC codes in Lawson's accused system designate "generally equivalent" items, this limitation is also disclosed in Gateway and in Lawson's prior art system.<br><br>Gateway discloses using commodity codes to classify similar items. and how to configure a commodity table to determine equivalent items: "Commodity Table Set-up.  This set-up option allows you to create commodity codes to classify different items, such as office supplies, maintenance materials or machinery parts." SAP_5000157 ("TSA Gateway System Management Manual").<br>Commodity codes are associated with stock items for the purposes of classifying the stock item(s) for use during a search for similar items: "Commodity Code Use this field to enter a commodity code for the stock item."  SAP_5000256 ("TSA Gateway System Management Manual"). | |
| wherein said determination system includes a cross reference table matching an identification code from a first located item with a second identification code from a second located item. | | | J-CON uses cross-reference tables to match identification codes: "If you use different manufacturer codes in your JIF than are in the PART-FINDER database you can cross-reference them.  This enables PARTFINDER to find part information."  L0124947 ("PartFinder Manual"). "Specifically you can change the manufacturer cross-reference codes so the PART-FINDER codes match the manufacturer codes you use in your JIF."  L0124965 ("PartFinder Manual").  "PART-FINDER provides you with the part information you want using default manufacturer codes.  However your manufacturer codes may not always match the PART-FINDER manufacturer codes.  You therefore want to be sure to provide PART-FINDER with a cross-reference to the manufacturer codes you have set up in the JIF."  L0124965 ("PartFinder Manual"). |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

**ASSERTED CLAIMS**

| | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| **'683 Patent** | | | |
| 3. An electronic sourcing system comprising: | | "When used in an entry field the F6 key will access a search window which will permit you to define the search by a variety of different details such as keyword commodity or vendor.  Defining the search in this manner will limit the search to only those categories you enter in the search window." L0127913 ("TSA Gateway Purchasing Manual"). | Multiple vendors are disclosed: "ORDER BY CODE.  If the manufacturers parts are ordered from one vendor (by line) enter "L" multiple vendors (by subline), enter "S" ... If you have second and third choices for vendors enter their vendor numbers."  L0125080 ("J-CON RDB Guide")<br><br>"Adding and Editing Vendors.  Most of your vendors were added when your system was set up.  When you add new vendor most prompts you receive are self-explanatory." L0125142 ("J-CON RDB Guide") |
| at least two product catalogs containing data relating to items associated with the respective sources; | | Portions could be searched separately: "Selecting the Catalog browse option will access a Catalog Selection window showing all catalogs on file. Use the lightbar to select the desired catalog and press <Enter>"  SAP_2531709-10  ("TSA Gateway Purchasing Manual"), SAP_2531615-16  ("TSA Gateway Purchasing Manual").  Further, "When used in an entry field the F6 key will access a search window which will permit you to define the search by a variety of different details such as keyword commodity or vendor.  Defining the search in this manner will limit the search to only those categories you enter in the search window." L0127913  ("TSA Gateway Purchasing Manual"). Complete catalogs from an unlimited number of suppliers provide easy access and fast cross-reference." L0128380 ("Gateway Product Manual").<br><br>A database is disclosed: "Reorganize Files.  This option is used compile or reorganize data base files following an update or system change"  L0127941  ("TSA Gateway Purchasing Manual"). | The J-CON system maintained automotive parts information from multiple manufacturers and multiple vendors in an electronic database, including such information as part number, auto make, model, and year, engine size, subassembly, product description, inventory status, price, manufacturer, distributor(s), and unit of measurement. The J-CON system included the information previously maintained by automotive parts stores in a large collection of printed automotive parts catalogs.<br><br>"PART-FINDER is J-CONs electronic catalog system that you use together with Point-Of-Sale. You use PART-FINDER to look up parts and Point-Of-Sale to sell them. With PARTFINDER you can forget those time consuming searches through manufacturer catalogs"  L0124897. ("PartFinder Manual")<br><br>Changing catalogs is described at L0124922 ("PartFinder Manual").  Therefore, J-CON included a collection of catalogs. |
| means for selecting the product catalogs to search; | | The reference discloses a means for selecting organized collections to search.  A search program offers the following function: "Selecting the Catalog browse option will access a Catalog Selection window showing all catalogs on file. Use the lightbar to select the desired catalog and press <Enter>"  SAP_2531709-10 ("TSA Gateway Purchasing Manual"), SAP_2531615-16 ("TSA Gateway Purchasing Manual").  A catalog is "less than all of said collection." | |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

| ASSERTED CLAIMS | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| means for searching for matching items among the selected product catalogs; | | Also: "For instance, if you are using the Purchase Order Entry screen, and the cursor is positioned in the "commodity" field. the on-board help bar at the bottom of the screen will read; "Enter Commodity Code, <F6> for search." L0127906  ("TSA Gateway Purchasing Manual").<br><br>A list of responsive search results is shown in a "browse window."  L0127913 ("TSA Gateway Purchasing Manual"). | The reference discloses a means for searching for search results (a search program) that match the entered product information in the selected portions of the database: "PART-FINDER is J-CON's electronic catalog system that you use together with Point-Of-Sale. You use PART-FINDER to look up parts and Point-Of-Sale to sell them. With PARTFINDER, you can forget those time-consuming searches through manufacturer catalogs. Instead, you can look up parts in seconds with just a few clicks of the keyboard.  When you find what your customer wants, PART-FINDER puts the parts on the ticket for you." L0124897 ("PartFinder Manual").  A list of responsive search results is shown at L0124911 ("PartFinder Manual").<br><br>A database is disclosed for searching: "You use PART-FINDER Maintenance to customize and update your PART-FINDER database."  L0124947 ("PartFinder Manual"). |
| means for building a requisition using data relating to selected matching items and their associated source(s); | | The reference discloses a means for building a requisition that uses data obtained from said database relating to requisition items on said list of desired catalog items.<br><br>The reference discloses transferring data relating to selected search results (from a browse window) to a requisition module that creates a "purchase request."  L0127931 ("TSA Gateway Purchasing Manual").  A requisition (called a "supply request" or a "purchase request" in the reference) is built from the selected items in the browse window. L0127970  ("TSA Gateway Purchasing Manual"). | The reference discloses a means for building a requisition that uses data obtained from said database relating to requisition items on said list of desired catalog items.<br><br>The reference discloses transferring data relating to selected search results (from a browse window) to a requisition module that creates a "purchase request." L0127931  ("TSA Gateway Purchasing Manual").  A requisition (called a "supply request" or a "purchase request" in the reference) is built from the selected items in the browse window.  L0127970 ("TSA Gateway Purchasing Manual"). |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

| **ASSERTED CLAIMS** | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| means for processing the requisition to generate one or more purchase orders for the selected matching items; and | | The reference discloses a means for processing a requisition to generate purchase orders for requisition items

"Purchase Requests.  This option is designed for entering and maintaining purchase requisitions.  In most cases these requests will be used to generate subsequent purchase orders."  L0127925 ("TSA Gateway Purchasing Manual").

"Orders may be created as new from purchase requests or from requests for quotation."  L0128022  ("TSA Gateway Purchasing Manual").

"Standard purchase orders are created for purchases requiring a single order form.  Blanket orders allow the issue of an order covering many individual releases: the line items are unspecified on the blanket order, although dollar limits can be established.  Delivery orders permit the issue of a blanket order for which the items and their  prices are specified for a given period, although actual shipments of smaller quantities will be released throughout the year."  L0128022  ("TSA Gateway Purchasing Manual"). | |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

| **ASSERTED CLAIMS** | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| means for converting data related to a selected matching item and an associated source to data relating to an item and a different source. | SABRE maintained files enabling it to display generally equivalent flights on the same screen. The codes corresponding to these items were carrier codes + flight numbers. The "non-catalog databases referred to include information about airports located in or near the same city, e.g. a flight from New York to O'Hare in Chicago is generally equivalent to a flight from New York to Midway in Chicago: "Bear in mind that some cities have more than one airport, in which case the city pair may include either; the city code or the airport code. For instance, a flight from New York City to St. Louis may have at least three different city pairs: NYCSTL, LGASTL, or J FKSTL. NYC is the city code for New York City, LGA is the airport code for LaGuardia Airport, and JFK is used for Kennedy International. In addition, the Newark Airport (EWR) is considered a New York area airport, so a fourth possibility is EWRSTL." L0125762 ("Reservations and Ticketing with SABRE"). | The reference discloses a means for converting data relating to a selected matching item and an associated source to data relating to an item and a different source.<br><br>To the extent that ePlus contends that UNSPSC codes in Lawson's accused system designate "generally equivalent" items, this limitation is also disclosed in Gateway and in Lawson's prior art system.<br><br>Gateway maintained cross-reference tables in a non-catalog database: "Commodity Table Set-up. This set-up option allows you to create commodity codes to classify different items, such as office supplies, maintenance materials or machinery parts." SAP_5000157 ("TSA Gateway System Management Manual").<br><br>Commodity codes are associated with stock items for the purpose of classifying the stock item(s) for use during a search for similar items: "Commodity Code. Use this field to enter a commodity code for the stock item." SAP_5000256 ("TSA Gateway System Management Manual"). | J-CON uses cross-reference tables to match identification codes: "If you use different manufacturer codes in your JIF than are in the PART-FINDER database you can cross-reference them. This enables PARTFINDER to find part information." L0124947 ("PartFinder Manual"). |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

| ASSERTED CLAIMS | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| maintaining at least two products catalogs on a database containing data relating to items associated with the respective sources; | | Portions could be searched separately: "Selecting the Catalog browse option will access a Catalog Selection window showing all catalogs on file. Use the lightbar to select the desired catalog and press <Enter>"  SAP_2531709-10 ("TSA Gateway Purchasing Manual"), SAP_2531615-16 ("TSA Gateway Purchasing Manual).  Further, "When used in an entry field the F6 key will access a search window which will permit you to define the search by a variety of different details such as keyword commodity or vendor.  Defining the search in this manner will limit the search to only those categories you enter in the search window."  L0127913 ("TSA Gateway Purchasing Manual").  Complete catalogs from an unlimited number of suppliers provide easy access and fast cross-reference."  L0128380 ("Gateway Product Manual").<br><br>A database is disclosed: "Reorganize Files.  This option is used compile or reorganize data base files following an update or system change"  L0127941 ("TSA Gateway Purchasing Manual"). | The J-CON system maintained automotive parts information from multiple manufacturers and multiple vendors in an electronic database, including such information as part number, auto make, model, and year, engine size, subassembly, product description, inventory status, price, manufacturer, distributor(s), and unit of measurement. The J-CON system included the information previously maintained by automotive parts stores in a large collection of printed automotive parts catalogs.<br><br>"PART-FINDER is J-CONs electronic catalog system that you use together with Point-Of-Sale. You use PART-FINDER to look up parts and Point-Of-Sale to sell them. With PARTFINDER you can forget those time consuming searches through manufacturer catalogs"  L0124897. ("PartFinder Manual")<br><br>Changing catalogs is described at L0124922 ("PartFinder Manual").  Therefore, J-CON included a collection of catalogs. |
| selecting the product catalogs to search; | | "Selecting the Catalog browse option will access a Catalog Selection window showing all catalogs on file. Use the lightbar to select the desired catalog and press <Enter>"  SAP_2531709-10 ("TSA Gateway Purchasing Manual"), SAP_2531615-16 ("TSA Gateway Purchasing Manual").  A catalog is "less than all of said collection." | |
| searching for matching items among the selected product catalogs; | | "The Item Search Keyword window will appear to allow you to limit your search. Enter a keyword or press <Enter> on the blank field to search all items within the catalog."  SAP_263161, SAP_2531709 ("TSA Gateway Purchasing Manual).  "Stock Item Keyword Search.  The Stock Item Keyword Search option is used for quick access to the Stock Items browse window using a keyword search ... The Stock Items window provides access to detailed information about the stock items listed."  SAP_5000272 ("TSA Gateway System Management Manual). | |

EXCERPTS FROM SHAMOS CLAIM CHARTS IDENTIFYING CITATIONS TO NEW REFERENCES

| ASSERTED CLAIMS | Shamos opinion re SABRE | Shamos opinion re Gateway | Shamos opinion re J-CON |
|---|---|---|---|
| building a requisition using data relating to selected matching items and their associated source(s); | | | The reference discloses transferring data relating to selected matching items to a requisition program: "When you return to Point-Of-Sale from PART-FINDER, J-CON automatically places all parts you selected with PART-FINDER on a ticket."  L0124919 ("PartFinder Manual").<br><br>The ticket causes a requisition for parts needed by a customer to be generated (built) when the ticket is finalized: "Only when the held ticket is finalized does J-CON process it."  L0124797 ("J-CON System User's Manual"). |
| processing the requisition to generate one or more purchase orders for the selected matching items; and | | Multiple purchase order generation is disclosed: "Purchase Requests.  This option is designed for entering and maintaining purchase requisitions.  In most cases these requests will be used to generate subsequent purchase orders."  L0127925 ("TSA Gateway Purchasing Manual"). | |
| determining whether a selected matching item is available in inventory. | | Gateway discloses how to use its inventory module to determine if an item is available in inventory: Gateway displays inventory details for an item, including quantity on hand (Qty. On Hand). "The Inventory Processes option is used to enter and maintain all items managed from a single or multiple inventory locations."<br>"Inventory Display.  This option provides access to extensive browse and search features for all inventory items."<br>"Inventory Browse.  This option provides access to a complete display of individual or multiple inventory items."<br>"Inventory Keyword Search. This option permits fast location of inventory items by keyword search."<br>SAP_2531888 ("Gateway Inventory Processes User Manual"). | "In POS you can check a stocking part's available quantity, stock quantity, and price levels. … With inventory inquiry, you can check stocking parts prices and availability."  L0125060 ("J-CON RDB Guide").  The steps of determining whether a matching item is in inventory are shown at  L0125060 ("J-CON RDB Guide").  See also "Warehouse inquiry" at L0125061. ("J-CON RDB Guide") |