IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09cv620(REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF ePLUS, INC.'S REQUEST FOR EXPEDITED TREATMENT FOR MOTION TO STRIKE PORTIONS OF DEFENDANT'S EXPERT REPORT AND EXCLUDE FROM TRIAL ALLEGED PRIOR ART AND INVALIDITY ARGUMENTS NOT DISCLOSED IN DEFENDANT'S COURT-ORDERED INVALIDITY CONTENTIONS**

Plaintiff *e*Plus, Inc. ("*e*Plus") respectfully requests that the Court provide expedited treatment for *e*Plus's Motion to Strike Portions of Defendant's Expert Report and Exclude from Trial Alleged Prior Art and Invalidity Arguments Not Disclosed in Defendant's Court-Ordered Invalidity Contentions.  The basis for the motion is that Defendant Lawson Software, Inc.'s ("Lawson") Report of Expert Michael I. Shamos, Ph.D., J.D. Concerning Invalidity ("Shamos Report"), served on May 5, relies upon several alleged prior art references that Lawson did not disclose and rely upon when making its Court-Ordered Second Supplemental Invalidity Contentions ("Court-Ordered Second Supplemental Statement") served approximately one month ago, on April 9.  This Court has already made clear that Lawson will not be permitted to present invalidity theories and alleged prior art references at trial that it did not include in the Court-Ordered Second Supplemental Statement.

*e*Plus respectfully requests expedited treatment for this motion because the discovery period is coming to a close and *e*Plus's rebuttal validity expert report is due on June 9.  During

the limited time remaining, *e*Plus will be consumed with taking depositions of third party witnesses, and working with its expert to prepare the rebuttal report, with respect to the alleged prior art and invalidity theories that Lawson actually did disclose in its Court-Ordered Second Supplemental Statement.  *e*Plus and its expert should not have to be distracted and expend substantial time and resources to address the additional alleged prior art references and invalidity theories that Lawson chose not to rely upon when making its Court-Ordered Second Supplemental Statement.

     *e*Plus therefore proposes the following briefing schedule for its motion:

     Lawson Opposition Brief – Tuesday, May 18

     *e*Plus Reply Brief – Wednesday, May 19

     Hearing or Telephonic Conference with Court – as soon as Court is available thereafter.

     For the above reasons, *e*Plus respectfully requests that the Court provide expedited treatment for its motion.

                                                      Respectfully submitted,

                                                      *e*Plus inc.

                                                      By Counsel

May 14, 2010                                        /s/
                                              Craig T. Merritt (VSB #20281)
                                             Henry I. Willett, III (VSB #44655)
                                             Counsel for Plaintiff *e*Plus, Inc.
                                             **CHRISTIAN & BARTON, LLP**
                                             909 East Main Street, Suite 1200
                                             Richmond, Virginia 23219-3095
                                             Telephone: (804) 697-4100
                                             Facsimile: (804) 697-4112
                                             cmerritt@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
lshiferman@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2010, I will electronically file the foregoing

**PLAINTIFF ePLUS, INC.'S REQUEST FOR EXPEDITED TREATMENT FOR MOTION TO STRIKE PORTIONS OF DEFENDANT'S EXPERT REPORT AND EXCLUDE FROM TRIAL ALLEGED PRIOR ART AND INVALIDITY ARGUMENTS NOT DISCLOSED IN DEFENDANT'S COURT-ORDERED INVALIDITY CONTENTIONS**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com
*Counsel for Defendant Lawson Software, Inc.*

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

　　　　　*/s/*
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

4