```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF VIRGINIA

 3                      RICHMOND DIVISION

 4

 5    ---------------------------------------
                                            :
 6    ePLUS, INC.,                          :    Civil Action No.
                                            :    3:09CV620
 7    vs.                                   :
                                            :
 8    LAWSON SOFTWARE, INC.                 :    May 18, 2010
                                            :
 9    ---------------------------------------

10

11

12        COMPLETE TRANSCRIPT OF THE CONFERENCE CALL

13          BEFORE THE HONORABLE ROBERT E. PAYNE

14              UNITED STATES DISTRICT JUDGE

15

16    APPEARANCES:

17    Henry I. Willett, III, Esquire
      Christian & Barton, LLP
18    909 East Main Street
      Suite 1200
19    Richmond, Virginia  23219-3095
      and
20    Scott L. Robertson, Esquire
      Goodwin Procter, LLP
21    901 New York Avenue NW
      Suite 900
22    Washington, D.C.  20001
      Counsel for the plaintiff
23

24                  Peppy Strahan, RPR
                   Official Court Reporter
25              United States District Court
```

```
1    APPEARANCES:  (cont'g)

2    Dabney J. Carr, IV, Esquire
     Troutman Sanders, LLP
3    Troutman Sanders Building
     1001 Haxall Point
4    Richmond, Virginia  23219

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                        P R O C E E D I N G S

02:34PM   2

02:34PM   3              THE COURT:  Hello.

02:36PM   4              MR. WILLETT:  Good morning -- or good afternoon,

02:40PM   5      Judge Payne.  You have Henry Willett and Scott Robertson on the

02:44PM   6      line for ePlus and Dabney Carr on the line for Lawson.

02:48PM   7              MR. CARR:  Good afternoon, Judge.

02:50PM   8              THE COURT:  What about your other people for Lawson?

02:52PM   9              MR. CARR:  It's just going to be me today, Judge.

02:54PM  10              THE COURT:  All right.  Well, the -- I've got ePlus's

03:02PM  11      request for expedited treatment for a motion to strike portions

03:08PM  12      of the expert report and exclude from trial the alleged prior

03:12PM  13      art and invalidity arguments that weren't disclosed in the

03:16PM  14      Court-ordered invalidity contentions, and I actually have

03:28PM  15      responses on the expedited part of it, the expedited issue and

03:36PM  16      a reply.

03:42PM  17              Now, there's a substantive aspect to it, and ePlus

03:54PM  18      has filed its motion -- I mean its brief in support of that

04:00PM  19      motion.  Lawson has not.  Am I correct in that regard?

04:06PM  20              MR. CARR:  Your Honor, for Lawson, we have not

04:08PM  21      responded to the substance of the motion to strike; that's

04:12PM  22      correct.

04:12PM  23              THE COURT:  But in your response to the motion for

04:16PM  24      expedited treatment, you don't deny that there are materials

04:22PM  25      that are not disclosed in your invalidity contentions in this

04:32PM 1    expert's report.  What is his name, how do you pronounce it;

04:36PM 2    Seamus?

04:36PM 3           MR. CARR:  Seamus, yes, Your Honor, but, Your Honor,

04:38PM 4    we did not address the merits at all in our response, so when

04:42PM 5    ePlus says in reply that we didn't deny something, that would

04:44PM 6    be true because it was not a response-to-the-merits brief.

04:48PM 7           THE COURT:  Okay.

04:48PM 8           MR. CARR:  And we don't think that we should be

04:50PM 9    required to respond to the merits of this in what is two

04:54PM 10   business days.  We have talked with ePlus just a few minutes

05:00PM 11   ago about the briefing schedule, and we are pretty close to a

05:04PM 12   resolution on that.

05:06PM 13          Where we left it was that we had agreed that our

05:12PM 14   response would be due this Friday, and the only point of

05:14PM 15   dispute between the two parties was whether or not ePlus's

05:18PM 16   reply brief on the merits would be due on Monday, which would

05:22PM 17   be the time that the rules allow, three days from the filing of

05:26PM 18   the response, or they have asked that that should be on

05:30PM 19   Tuesday, and we did not agree to that, and I'll tell you the

05:32PM 20   reason I didn't agree with that is I couldn't understand that

05:36PM 21   how an emergency motion, ePlus would get four days for its

05:40PM 22   reply rather than the three that the rules allow.  And so I

05:44PM 23   just didn't feel like we could agree to that.

05:46PM 24          MR. ROBERTSON:  Your Honor, this is Mr. Robertson.  I

05:50PM 25   made the proposal just now.  I thought that if we could agree

| | | |
|---|---|---|
| 05:54PM | 1 | on something, that we could save the Court some trouble and |
| 05:56PM | 2 | time.  My proposal was that their opposition be due on |
| 06:00PM | 3 | Thursday, and then my reply would be due on the following |
| 06:04PM | 4 | Monday.  I can live with that. |
| 06:04PM | 5 | I just need to get this resolved, Your Honor, because |
| 06:08PM | 6 | we have an invalidity rebuttal report that we have to file, and |
| 06:12PM | 7 | with all these new prior art issues coming into the case, it's |
| 06:16PM | 8 | problematic.  I can tell Your Honor, I just jumped out of a |
| 06:20PM | 9 | deposition.  We are triple tracking today and will be doing so |
| 06:24PM | 10 | pretty much through the now extended discovery period on many |
| 06:28PM | 11 | days, and it's just very difficult for us when we're faced with |
| 06:32PM | 12 | this issue that I think we've probably argued five times now |
| 06:38PM | 13 | before Your Honor as to whether or not they get to add new |
| 06:40PM | 14 | invalidity contentions. |
| 06:42PM | 15 | I'd like to add new claims to my case, but Your Honor |
| 06:46PM | 16 | told me I have 13, and I've lived with that.  If I could have |
| 06:50PM | 17 | another 50 more, I'd take it, but Your Honor spoke, and I |
| 06:52PM | 18 | followed.  I wish they would do the same. |
| 06:56PM | 19 | MR. CARR:  Your Honor, again, I think the merits are |
| 06:58PM | 20 | for another day.  Really what's before you is the briefing |
| 07:00PM | 21 | schedule, and we offered to move it from Tuesday when it would |
| 07:04PM | 22 | otherwise be due which, Judge, is still more than two weeks |
| 07:06PM | 23 | before their -- |
| 07:08PM | 24 | THE COURT:  But you all have have ignored -- you've |
| 07:12PM | 25 | ignored a salient issue. |

07:16PM  1        MR. CARR:  Yes, Your Honor.

07:16PM  2        THE COURT:  I'm not going to be here from May 26th

07:20PM  3    until June 9th.

07:22PM  4        MR. CARR:  Sorry, Your Honor.  I wasn't aware of

07:24PM  5    that.

07:24PM  6        THE COURT:  Then I'm going to be here only a couple

07:26PM  7    of days, and then I'm gone again for the weekend.  And so I

07:32PM  8    don't have time for this.  I don't see why -- what I want you

07:36PM  9    to do, Mr. Robertson -- I'm surprised you didn't do it -- I

07:40PM  10   want you to take that man's report, and I want you to highlight

07:46PM  11   for me everything in it that's new, that wasn't disclosed.

07:52PM  12       MR. ROBERTSON:  Your Honor, I believe it might be one

07:54PM  13   of the exhibits.  I asked my paralegal to do a yellow highlight

07:58PM  14   on all the new manuals that have been added that weren't

08:00PM  15   disclosed earlier and all the references.  In fact, the brief

08:04PM  16   spells out exactly the new references are not there.  Let me

08:06PM  17   just highlight one for Your Honor.  It's this Lawson version

08:08PM  18   6.0 --

08:10PM  19       THE COURT:  Our stuff doesn't have any highlighting

08:12PM  20   on it.  We can't tell.  I'm going to tell you something right

08:18PM  21   now.  If it's not -- if something is not disclosed in those

08:22PM  22   schedules, it's not going to be considered, period.  That's

08:26PM  23   just the way it's going to happen, Mr. Carr, and you're going

08:30PM  24   to have to show me with reciprocal highlighting in the

08:38PM  25   supplemental contentions where it actually is specified.

| | |
|---|---|
| 08:46PM | 1 |
| 08:48PM | 2 |
| 08:52PM | 3 |
| 08:52PM | 4 |
| 08:54PM | 5 |
| 08:58PM | 6 |
| 09:02PM | 7 |
| 09:06PM | 8 |
| 09:08PM | 9 |
| 09:10PM | 10 |
| 09:12PM | 11 |
| 09:16PM | 12 |
| 09:20PM | 13 |
| 09:24PM | 14 |
| 09:28PM | 15 |
| 09:28PM | 16 |
| 09:30PM | 17 |
| 09:34PM | 18 |
| 09:38PM | 19 |
| 09:42PM | 20 |
| 09:46PM | 21 |
| 09:50PM | 22 |
| 09:50PM | 23 |
| 09:52PM | 24 |
| 09:56PM | 25 |

1  You're going to have to do that, and if it's not
2  there, I'm not even going to pay attention to it because --
3  MR. CARR:  Your Honor, again, I think there are some
4  arguments here that --
5  THE COURT:  No arguments.  It's either there or it's
6  not there.  And I mean it's there in words that I can
7  understand, and it doesn't have to be discerned by waiving a
8  Ouija board over it.
9  MR. CARR:  Let me give you an example if we're going
10  to get to the merits here what I think is something I think is
11  being missed here.  One of the complaints ePlus has made is
12  that the precise documents addressing a particular piece of
13  prior art -- let's take SABRE as an example -- that our experts
14  cited different documents than were cited in the invalidity
15  contentions.
16  Now, you did not order or state in your order in the
17  call on March 26th, and I just read that transcript again this
18  morning, or in the order that followed that, that our expert
19  would be limited to relying only on the documents that will be
20  cited in the invalidity contentions.  If that was the intent of
21  your order, we just went on notice of it.
22  THE COURT:  Mr. Carr, you all are playing cute --
23  MR. CARR:  I'm not trying to --
24  THE COURT:  -- and you're going to get caught playing
25  cute.

09:56PM  1          MR. CARR:  -- to play cute, but --

09:56PM  2          THE COURT:  Be quiet.  You can't talk but one at a

09:58PM  3  time.

09:58PM  4          MR. CARR:  I apologize.

10:00PM  5          THE COURT:  You file your -- what is today?  Tuesday?

10:04PM  6          MR. CARR:  Correct.

10:04PM  7          THE COURT:  You file your response to this tomorrow,

10:06PM  8  and you file your reply to it the day after that.  And you

10:12PM  9  mark --

10:12PM  10         MR. CARR:  That's going to be very difficult for us

10:14PM  11  given the deposition schedule, but we'll meet that schedule.

10:18PM  12         THE COURT:  Well, I'm sure that you all have got

10:20PM  13  plenty of people that can do it, and it's not that hard to do,

10:24PM  14  and you've to highlight it.

10:26PM  15         MR. CARR:  Well, Your Honor, I've got to point out

10:28PM  16  that ePlus took ten days to file this motion, and we're getting

10:32PM  17  three to file our response.

10:32PM  18         THE COURT:  You know, I don't care.

10:34PM  19         MR. CARR:  I understand that.

10:36PM  20         THE COURT:  What I care about is having you obey the

10:38PM  21  orders to begin with.

10:40PM  22         MR. CARR:  Your Honor, I've just got to say, there

10:42PM  23  are two sides to this story.

10:44PM  24         THE COURT:  There are to every one, and that's why I

10:48PM  25  want to see, but the easy way to do it is that you show me the

| | | |
|---|---|---|
| 10:52PM | 1 | new stuff highlighted, Mr. Robertson -- if it's in there, I |
| 10:54PM | 2 | can't tell it -- so I can go right to it and see.  I don't want |
| 10:58PM | 3 | a bunch of verbiage around it.  I want to be able to see |
| 11:02PM | 4 | cleanly and clearly, this is new. |
| 11:06PM | 5 | MR. ROBERTSON:  I will do that, Your Honor. |
| 11:08PM | 6 | THE COURT:  And then you do yours in the contention |
| 11:10PM | 7 | saying this is where Seamus's report, page seven, that he |
| 11:24PM | 8 | identifies as not in the report actually is -- or not in the |
| 11:28PM | 9 | contentions is in the contentions, and if it's not there, it |
| 11:30PM | 10 | isn't coming in. |
| 11:32PM | 11 | And just keep yourself some separate time records and |
| 11:38PM | 12 | attorney's fees records for all this, and we'll deal with all |
| 11:42PM | 13 | this later.  But I'm -- and I don't believe, what I don't |
| 11:46PM | 14 | believe is what I'm reading in these papers that experts are |
| 11:50PM | 15 | talking about hundreds of pages of documents and claim charts, |
| 11:54PM | 16 | and I'm going to tell you, we're not going to have it.  I don't |
| 11:58PM | 17 | know what they're doing. |
| 12:00PM | 18 | I'll wait and reserve judgment on what it is your |
| 12:04PM | 19 | experts think they're doing, but you run the risk that all of |
| 12:08PM | 20 | this will be out of the case if you are larding stuff up, |
| 12:12PM | 21 | either side, both sides, and putting in the things that make |
| 12:18PM | 22 | this case ununderstandable and un-triable to a jury and confuse |
| 12:22PM | 23 | the jury. |
| 12:24PM | 24 | The remedy I'm going to take is to bounce your |
| 12:28PM | 25 | expert's testimony and get rid of it. |

12:32PM 1
12:34PM 2
12:36PM 3
12:40PM 4
12:40PM 5
12:42PM 6
12:46PM 7
12:50PM 8
12:54PM 9
13:18PM 10
13:24PM 11
13:28PM 12
13:30PM 13
13:34PM 14
13:36PM 15
13:40PM 16
13:42PM 17
13:44PM 18
13:46PM 19
13:46PM 20
13:50PM 21
13:54PM 22
13:56PM 23
13:58PM 24
14:02PM 25

            MR. CARR:  Your Honor, looking forward a little bit,

if we're doing our response tomorrow and their reply on

Thursday, do you want to set up a call to rule on the motions

before you leave?

            THE COURT:  I'm going to have to.

            MR. CARR:  Can we go ahead and do that now?

            THE COURT:  I'm not going to do a call.

            MR. ROBERTSON:  Judge?

            THE COURT:  Just a minute.

            THE COURT:  I'll see you all at 1:30 on Monday,

May 24th.

            MR. ROBERTSON:  Your Honor, this is Mr. Robertson.

One last point so Your Honor is not surprised, I have the

Seamus report on my lap right now.  It's as thick as the New

York telephone book, so you're going to be getting something

that is going to have a lot of flags and a lot of yellow

highlighting on it.

            THE COURT:  It's bigger than the New York telephone

book?

            MR. CARR:  Your Honor, that's a gross overstatement.

            THE COURT:  How about is it as big as the Richmond

telephone book?

            MR. CARR:  It's not near that, Your Honor, and I'll

say, Your Honor, it's no longer than Dr. Weaver's infringement

report that ePlus issued.  This is all a lot of overstatement

14:06PM 1    by Mr. Robertson.

14:08PM 2         MR. ROBERTSON:  Well, Your Honor can see for

14:10PM 3    yourself, I mean, you know, and the document will speak for

14:12PM 4    itself just as Mr. McDonald said, and you can tell whether it

14:16PM 5    was in the contentions or not.  I'll stand by that.

14:18PM 6         MR. CARR:  Your Honor, I think we're also now going

14:22PM 7    to have to address whether ePlus has done the same thing with

14:24PM 8    Dr. Weaver's report.

14:26PM 9         THE COURT:  I haven't got that in front of me, and

14:28PM 10   until I have something in front of me, I don't rule.

14:30PM 11        MR. CARR:  We'll try to put it in front of you just

14:34PM 12   as soon as I can, Your Honor.

14:36PM 13        THE COURT:  I learned from Judge Merhige not to rule

14:38PM 14   on things that you haven't read or haven't considered and to

14:42PM 15   kill a snake where you find it, two very good lessons.

14:46PM 16        All right, I'll see you.  Get it over here.  And, Mr.

14:50PM 17   Robertson, you're going to have to get that done right away.

14:54PM 18   You tell me it's already done, but I don't see it.

14:58PM 19        MR. ROBERTSON:  I'll get right on it, Your Honor.

14:58PM 20        MR. CARR:  Your Honor, we'll get our response filed

15:02PM 21   tomorrow.

15:02PM 22        THE COURT:  Thank you.  Good-bye.

15:02PM 23        MR. CARR:  Thank you.

        24

        25                    (End of proceedings.)

```
 1
 2
 3              I certify that the foregoing is a correct transcript
 4    from the record of proceedings in the above-entitled matter.
 5
 6
 7    _____/s/_____          _____
      P. E. Peterson, RPR                                Date
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```