FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

      Plaintiff,

v.                              Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

      Defendant.

## ORDER

For the reasons set forth during the May 18, 2010 conference call, it is hereby ORDERED that the Plaintiff's MOTION TO EXPEDITE PLAINTIFF EPLUS, INC.'S MOTION TO STRIKE (Docket No. 215) is granted as follows:

(1)    the Defendant shall file a response to the Plaintiff's MOTION TO STRIKE (Docket No. 212) by May 19, 2010; and

(2)    the Plaintiff shall file a reply by May 20, 2010.

It is further ORDERED that oral argument on the Plaintiff's MOTION TO STRIKE (Docket No. 212) is set for May 24, 2010 at 1:30 PM.

It is so ORDERED.

                                     /s/        REP
                          Senior United States District Judge

Richmond, Virginia
Date: May 19, 2010
REP