# EXHIBIT 4

# Technical Viewer/2

Technical Viewer/2 (TV/2), runs under OS/2, and TV/6000, runs under AIX. With Technical Viewer, when a document is opened, embedded hypertext and hypergraphic links enable the user to find topics from a table of contents, and move rapidly from the current topic to related topics using a rich set of search capabilities. A Technical Viewer solution has the capability to launch other applications (such as embedded just-in-time training) and to link to other systems (such as inventory control, work flow, or ordering), and in effect provides a multimedia front end for utilization of existing databases; fully available are still photos, audio, video, graphics, and animation. Other OS/2 applications can run at the same time on the workstation, and the user can easily switch to these while viewing a document on the screen. The following are some of the features of Technical Viewer/2:

Table of Contents: The ability to display a nested table of contents on the screen, from which a topic can be selected and displayed. The table of contents can be either in text or graphic form.

Index: An index from which a topic can be selected and displayed.

Search: A search facility that can locate every occurrence of a work or phrase in either the current topic, a list of selected topics, the complete document, or another document. A global character can be used to search for a partial string.

Bookmark: A bookmark facility that enables the user to set a placeholder in the document. This is a convenient way of marking topics that are of particular interest so that they can be retrieved quickly and easily.



Viewed Pages: A log of viewed pages that can be used to re-display any topic previously displayed during the current session. In some applications, this can provide an audit trail showing how users work.

Text and Image Presentation: The ability to display text in multiple fonts, sizes, and colors, and in tabular form. Display of photographs, video, and diagrams.

Print: A print option that allows the user to print the currently displayed screen, the indexs, or the table of contents.

Windows: The presentation of information in windows, or screens within the screen, each window having a different program running in it, or displaying different information. Topics are displayed in a window which is 'scrolled' horizontally and vertically to bring hidden information into view. The author can define multiple windows in which to display information. For example, a picture can be displayed in one window with associated text in another window. The user can open a new window in which to display additional information without replacing the information displayed in the original window. The author can define the initial size and position of all windows, and the user can move and re-size them when they are displayed (or the windows may be fixed).

Links: The provision of hypertext and hypergraphic links between topics (text and pictures) in a document or between documents. The information to which the link is made can replace the information currently displayed, or can be displayed in a separate window.



CONFIDENTIAL
SAPFS 002049

ePLUS0509239

Communication with Other Programs: Special links allow the user to start other OS/2 programs from within Technical Viewer/2. Other links can be used to return data to other applications.

Conditional Display of Information: The ability to allow conditional display of information. Information providers can limit access to parts of the information to specific users.

Multiple-Language Support: Support for multiple languages within a document. A document can contain information written in different languages, and the user can choose the language in which the information is displayed.

Information Updating: Automatic merging of updated information with existing documentation.

Level Selection: Automatic selection of the most recent level of documentation, even if previous levels of documentation are still present.



CONFIDENTIAL
SAPFS 002050

Table 1-1. Presentation Systems Function Comparison

| Product Name | Oper. System | Price | Search | Print | Book Mark | User. Notes | Graphics/ Images | Video | Other Apps | Zoom | TOC | Links -> Docs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Technical Viewer | OS/2 | $150 | Yes | Yes | Yes | Yes | Yes/Yes | Yes | Yes | Yes | Yes | Yes |
| Dynatext | Unix/ Windows | $250/ $150 | Yes | Yes | Yes | Yes | Yes/Yes | Yes | Yes | Yes | Yes | Yes |
| Guide | Windows | $95 | Yes | Yes | No | Yes | Yes/Yes | Yes | Yes | Yes | Yes | Yes |
| FrameViewer | Unix | $395 | No | Yes | No | No | Yes/Yes | Yes | Yes | Yes | Yes | Yes |
| WorldViewer | Unix | $195 | Yes | Yes | Yes | Yes | Yes/Yes | No | Yes | Yes | Yes | No |
| MultiMedia Desktop | Windows/ OS/2 | $395/ $199 | Yes | Yes | Yes | No | Yes/Yes | Yes | No | No | Yes | Yes |
| ToolBook | Windows | $395 | Yes | Yes | Yes | No | Yes/Yes | Yes | Yes | No | Yes | Yes |
| AskMe System | DOS/ Windows | $495/ $99 | No | No | No | No | Yes/Yes | Some | No | Yes | No | No |
| InnerView | Windows | $375 | Yes | Yes | Yes | Yes | Yes/Yes | Yes | Yes | Yes | Yes | No |
| Knowledge Pro | Windows | $449 | Yes | Yes | Yes | Yes | Yes/Yes | Yes | Yes | Yes | Yes | Yes |
| DocuMaster | Windows | $2500 | Yes | Yes | No | Yes | Yes/No | No | No | Yes | No | Yes |
| SuperBook | Unix | $375 | Yes | No | Yes | Yes | Yes/Yes | Yes | Yes | Yes | Yes | Yes |
| Prism | Windows | $1000 | Yes | Yes | Yes | No | Yes/Yes | Yes | Yes | No | Yes | Yes |



CONFIDENTIAL
SAPFS 002051

Market Analysis

Below is a summary describing some of the pros and cons for other products reviewed. Of all the products compared, Dynatext is the strongest competitor to TV/2, providing all the equivalent functions but only running in the Windows environment. Guide is the second best product providing all the functions but the integration with other applications is not very user friendly. Prism is also a strong competitor but does not contain the zoom function for graphics. It does provide some additional functions that are very useful but it is very expensive.

Dynatext

Dynatext is the strongest competitor to TV/2 because it provides the same functions. The major difference is that it runs only in the Windows or UNIX environment. Since TV/2 runs in OS/2, it is easier and more seamless to integrate with other applications. Dynatext can be integrated with other applications and data can be selected from the information and sent to other applications. It is also callable from other applications. Dynatext has a very strong search capability. The search functions include boolean, wildcard, proximity, dynamic - hierarchical and type of information searches. The user can create a stop and go list to restrict the word search. The print capability allows the user to create style sheets to customize the view of print. This could accommodate a different print view for the expert or the novice.



CONFIDENTIAL
SAPFS 002052

ePLUS0509242

Guide

Guide, also a strong competitor, runs only under Windows. Search functions include search for text in a document or group of documents. The search can be against the entire document or only target words set up in an index. This allows the user to omit words that would be searched. Guide can link to external applications but data cannot be easily transported to other applications. Data can be copied to the clipboard and used in other applications but cannot be selected from the on-line information and sent automatically. Guide does allow data to be received from other applications.

FrameViewer

Framerview provides WYSIWYG views of documents. It does not yet contain the search function, the bookmark and the user note features. The search and the user note function are planned as future enhancements.

WorldViewer

WordViewer is an extremely powerful tool for current Interleaf documents. It allows Interleaf documents to be compiled for on-line viewing. It does links to other documents or video. It only provides a cut and paste utility to transfer information for use in other applications.



CONFIDENTIAL
SAPFS 002053

ePLUS0509243



MultiMedia Desktop

MultiMedia Desktop is an application designed for training and education courses. It could be used to display on-line information but does not provide functions to link to other applications. It does provide the capability for video and audio. It also does not provide the user note function. MultMedia Desktop was previously available for OS/2 but has been discontinued.

Toolbook

Toolbook is an application which allows users to create books. It assists non-programmers in building programs. It is object-oriented and contains a scripting language used for building the book. Toolbook could be used to create the on-line catalog but does not provide the most straight forward way. It would require development. Tookbook was previously available for OS/2 but has been discontinued.

AskMe System

AskMe is an interactive multimedia product. It integrates text, graphics, scanned images and sound. It only incorporates still frame video. It has no search, print, bookmark or user note function. It also has no table of contents and cannot link to other applications.

InnerView

InnerView if a text retrieval package that runs under Windows. Search functions include search by single word, phrase, Boolean, proximity or wild card. It provides the ability to restrict searches to certain fields in the database. It provides data exchange to other applications via the clipboard.



CONFIDENTIAL
SAPFS 002054

ePLUS0509244



KnowledgePro

KnowledgePro combines hypertext and expert system technologies in high-level language for writing stand alone applications or adding intelligent interfaces to existing applications. This product could be programmed to handle all the functions needed for interactive on-line information but it would require custom software to be written.

DocuMaster

DocuMaster is a document image management system. It support an unlimited number of databases, indexing fields within a database, Boolean and hypertext searches, password protection and fax support. It does not provide the bookmark or table of contents functions. It only can be used with line drawings, no photos or color images and it cannot be linked to other applications or incorporate video.

SuperBook

SuperBook is a hypertext system which searches and browses through text to locate information. It does not have a built in print function but provides the capability through Email, cut and paste.

Prism

Prism is designed to manage all forms of product sales and marketing information. It integrates any combination of text, graphics, audio, animation, and full motion video into a product information system. It does not provide the user note function nor the capability to manipulate graphics, such as the zoom function. It does, however, provide a scrapbook function which allows the user to snapshot images and produce a brochure for the client.



CONFIDENTIAL
SAPFS 002055

ePLUS0509245

Strategic Procurement Service and FUSION Applications

The personnel using the SPS and FUSION systems are Procurement Specialists and Customer Service Representatives (CSRs). These positions will require full catalogs plus additional vendor catalogs. The complete Fisher Catalog, including images is estimated to occupy 1 Gigabyte (Gb) of disk space. Given that additional catalogs will be added, a large storage capacity is needed that can expand as the Electronic Sourcing Catalog and related information grows.

Since that the planned environments for SPS and FUSION include personal computers connected by a Local Area Network, a high performance large capacity file server will meet the need for the SPS and FUSION environments.

A PS/2 Model 9595 file server with 16Mg memory and a 1 Gb disk drive will meet the needs of SPS and FUSION. The server is expandable to 9 Gigabytes (Gb) internal disk storage. External disk storage can be added should it become necessary.



CONFIDENTIAL
SAPFS 002056

ePLUS0509246



# System Requirements
## *SPS and FUSION...*





File Server

- PS/2 Model 9595
- 16 Mg Memory
- Expandable to 9 Gb disk space
- External Disk space optional

Workstation

- PS/2 9577
- 16 Mg Memory
- 200 Mg disk space

*The Fisher Scientific ESP*



CONFIDENTIAL
SAPFS 002057

Customer and RIMS Environments

Each RIMS site and customer site may have different needs, based on the amount of catalog items that are required.

Many RIMS computers are already installed. Likewise, customers may have computers that they wish to utilize for this application. Since the catalog generally requires a large amount of storage capacity, it is prudent to plan on needing to have some additional storage for computers that are already in place. This storage could take several forms:

- o Internal or External Hard disk
- o Internal or External CD ROM
- o File Server on a local area network

Again, the number of catalog items will determine the disk space needed to support Electronic Sourcing. Additionally, a test should be conducted to run TV/2 and RIMS on the same machine, to check performance.



CONFIDENTIAL
SAPFS 002058



# System Requirements
## *Customer and RIMS ...*






Dependent upon size of catalog

- Minimum config to large server
- May need additional memory on existing machines
- Additional storage will be needed on existing machines
  - Hard Drive
  - CD-ROM
  - Internal or External

*The Fisher Scientific ESP*

Page 4 of Appendix B

CONFIDENTIAL
SAPFS 002059

## Sales Representatives

The Sales Force requires a mobile computer solution for the Electronic Sourcing and other applications. There are storage considerations for this environment.

A Thinkpad Model 750c with a 340 Mg disk drive, plus a docking station with a CD-ROM is recommended. This brings the total storage capacity to 940 Megabytes of storage.

A subset of the catalog can be supported with the above configuration without the Docking Station.



CONFIDENTIAL
SAPFS 002060

ePLUS0509250



# System Requirements
## *Sales Force...*







Mobile Solution

- ThinkPad Model 750c
- Maximum disk space to support full catalog
  - 340Mg Hard drive + 600Mg CD-ROM
- Requires Docking Station
- Subset of catalog w/o Docking Station

*The Fisher Scientific ESP*

CONFIDENTIAL
SAPFS 002061