FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                               Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

During the May 18, 2010 conference call, the Court requested that the Defendant attach to its response to the Plaintiff's MOTION TO STRIKE (Docket No. 212) a copy of its Second Supplemental Initial Statement of Invalidity Defenses, with those portions identifying the prior art references and invalidity contentions at issue highlighted. The Defendant did not do so. Therefore, it is hereby ORDERED that the Defendant shall file, by 4:00 PM today, a copy of its Second Supplemental Initial Statement of Invalidity Defenses, highlighted as requested. If the Defendant fails to do so, the Court will construe the failure to mean that the prior art references and invalidity defenses appearing in the copy of the

Defendant's expert report highlighted by the Plaintiff were not previously disclosed.

It is so ORDERED.

                                               /s/        REP
                                     Senior United States District Judge

Richmond, Virginia
Date: May 20, 2010