```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683008346
Cashier ID: lbreeden
Transaction Date: 05/19/2010
Payer Name: CHRISTIAN AND BARTON LLP
------------------------------------
PRO HOC VICE
 For: Srikanth Kadumpalli Reddy
 Case/Party: D-VAE-3-10-CR-PROHAC-001
 Amount:       $50.00
------------------------------------
CHECK
 Check/Money Order Num: 420881
 Amt Tendered: $50.00
------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

#3:09-CV-620
```