

Scott L. Robertson
202.346.4331
SRobertson@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
901 New York Avenue NW
Washington, DC 20001
T: 202.346.4000
F: 202.346.4444

May 21, 2010

**RECEIVED MAY 21 2010 ROBERT E. PAYNE U.S. DISTRICT JUDGE**

4:45 p.m.

**Via Hand Delivery**

The Honorable Robert E. Payne, United States District Judge
United States District Court
   for the Eastern District of Virginia, Richmond Division
Spottswood W. Robinson III and
   Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

   Re:   *ePlus, Inc. v. Lawson Software, Inc.*
           **Civil Action No. 3:09cv620 (REP)**

Dear Judge Payne:

We are in receipt of a sur-reply letter that Defendant Lawson Software, Inc. delivered to the Court this afternoon with respect to Plaintiff *ePlus*, Inc.'s pending motion to strike. Lawson's submission is an improper sur-reply by correspondence that is not permitted by the Local Rules or this Court's briefing order, and *ePlus* objects to Lawson's submission in this manner.

Lawson's sur-reply arguments are without merit and *ePlus* will address these arguments at the hearing on Monday.

Respectfully submitted,

Scott L. Robertson

cc:   Counsel of Record

