# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: May 24, 2010

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: ePlus, Inc. v. Lawson Software, Inc. | CASE NO: 3:09CV00620<br>JUDGE: Payne<br>COURT REPORTER: Tracy Sh— |

FILED MAY 24 2010 CLERK, U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: _____

APPEARANCES: Parties by (✓)/with (✓) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: Plaintiff's Motion to Strike

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Arguments had on Plaintiff's Motion to Strike. For the reasons stated on the record the Motion is granted.

Counsel for Plaintiff(s): Scott L. Robertson, Esq.  Henry I. Willett, III, Esq.
Craig T. Merritt, Esq.

Counsel for Defendant(s): Robert A. Angle, Esq.
Daniel W. McDonald, Esquire

SET: 1:30 p.m.   BEGAN: 1:35 p.m.   ENDED: 3:50 p.m.   TIME IN COURT: 2 hrs. 15 mins.

RECESSES: