IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF DAVID M. YOUNG, ESQ., IN SUPPORT OF PLAINTIFF ePLUS, INC.'S SUPPLEMENTAL BRIEF REGARDING "MEANS FOR BUILDING A REQUISITION" IN FURTHER SUPPORT OF MOTION TO STRIKE PORTIONS OF DEFENDANT'S EXPERT REPORT AND EXCLUDE FROM TRIAL ALLEGED PRIOR ART AND INVALIDITY ARGUMENTS NOT DISCLOSED IN DEFENDANT'S COURT-ORDERED INVALIDITY CONTENTIONS**

Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB# 20281)
CHRISTIAN & BARTON, L.L.P.
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com
cmerritt@cblaw.com


Counsel for Plaintiff, *e*Plus Inc.

Jennifer A. Albert *(admitted pro hac vice)*
Scott L. Robertson *(admitted pro hac vice)*
David M. Young (VSB #35997)
GOODWIN PROCTER LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 346-4000


Michael G. Strapp (*admitted pro hac vice*)
James D. Clements *(admitted pro hac vice)*
GOODWIN PROCTER LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
(617) 570-1000

I, David M. Young, declare as follows:

1. I am an attorney at Goodwin Procter LLP, counsel for Plaintiff *e*Plus Inc. in this action. I submit this declaration in support of Plaintiff *e*Plus Inc.'s Supplemental Brief in further support of its Motion to Strike Portions of Defendant's Expert Report and Exclude from Trial Alleged Prior Art and Invalidity Arguments Not Disclosed in Defendant's Court-Ordered Invalidity Contentions.

2. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently hereto.

3. Attached hereto as Exhibit A is a true and accurate copy of excerpts from the transcript of the *Markman* hearing before this Court of January 22, 2010.

4. Attached hereto as Exhibit B is a true and accurate copy of excerpts from Defendant Lawson Software, Inc.'s Initial Statement of Invalidity Defenses dated December 8, 2009.

5. Attached hereto as Exhibit C is a true and accurate copy of excerpts from Defendant Lawson Software, Inc.'s Supplemental Initial Statement of Invalidity Defenses dated December 23, 2010.

6. Attached hereto as Exhibit D is a true and accurate copy of correspondence from counsel for *e*Plus to counsel for Lawson Software, Inc. dated April 14, 2010.

I declare under penalty of perjury that the foregoing is true and correct.  Executed at Washington, D.C., this 4th day of June, 2010.

                        /s/
David M. Young
Virginia State Bar. No. 35997
Counsel for Plaintiff *e*Plus, Inc.
**GOODWIN PROCTER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4257
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com

3

LIBW/1739173.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th of June, 2010, the foregoing

**DECLARATION OF DAVID M. YOUNG, ESQ., IN SUPPORT OF PLAINTIFF ePLUS, INC.'S SUPPLEMENTAL BRIEF REGARDING "MEANS FOR BUILDING A REQUISITION" IN FURTHER SUPPORT OF MOTION TO STRIKE PORTIONS OF DEFENDANT'S EXPERT REPORT AND EXCLUDE FROM TRIAL ALLEGED PRIOR ART AND INVALIDITY ARGUMENTS NOT DISCLOSED IN DEFENDANT'S COURT-ORDERED INVALIDITY CONTENTIONS**

was electronically filed with the Clerk of the Court using the CM/EFC system, which will then send a notification of such filing (NEF) to the following.  Copies of the foregoing were also transmitted *via electronic mail* to the following:

Daniel W. McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
Lawsonservice@merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

/s/ Henry I. Willett, III
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com