# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:09cv620 |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
| Defendant. | ) |

### CONSENT MOTION TO AMEND THE SUMMARY JUDGMENT BRIEFING SCHEDULE AND TO EXPAND THE PAGE LIMITATIONS FOR SUMMARY JUDGMENT BRIEFS

Plaintiff ePlus, inc. ("ePlus") and Defendant Lawson Software, Inc. ("Lawson"), by counsel, pursuant to Local Rule 7, hereby move to extend the deadlines for response and reply briefs relating to motions for summary judgment under Pretrial Schedule A of the Scheduling Order entered March 15, 2010 [Doc. No. 186] and to expand the page limitations for opening and responsive briefs relating to such motions. In support of this motion, the parties state as follows:

1. Section II(C) of Pretrial Schedule A provides that summary judgment motions shall be filed by June 11, that briefs in opposition to such motions be filed by June 28, that reply briefs be filed by July 8 and that a hearing on such motions take place on July 28. The parties anticipate that only Lawson will file a summary judgment motion. In order to provide additional time to respond to the motion, the parties jointly move the Court to move the deadline for ePlus's brief in opposition to Lawson's Summary Judgment Motion back four days to July 2 and to move the deadline for Lawson's reply brief to Monday, July 12.

2. Because of the complexity of the facts and issues to be presented in Lawson's Summary Judgment motion, the parties also move the Court to expand the permitted page length for Lawson's opening brief in support of its Summary Judgment Motion and ePlus's brief in opposition to that motion by ten pages, providing both parties up to forty pages for their primary briefs.

3. None of the requested extensions will affect any other dates under the Court's Scheduling Order.

4. A Consent Order providing for these extensions is attached as Exhibit A. The parties will file an endorsed copy of this Order with the Court.

WHEREFORE, ePlus and Lawson respectfully request that the Court enter the Consent Order attached as Exhibit A.

                                            EPLUS, INC.

                                            By: _____/s/_____
                                                      Of Counsel

Craig T. Merritt, VSB #20281
Henry I. Willett, III, VSB # 44655
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young, VSB #35997
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff *e*Plus inc.

                              LAWSON SOFTWARE, INC.

                              By: _____/s/_____
                                        Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*