**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| *e*PLUS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09cv620 |
| | ) | |
| LAWSON SOFTWARE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT ORDER AMENDING SUMMARY JUDGMENT**
**BRIEFING SCHEDULE AND EXPANDING THE PAGE LIMITATIONS**
**FOR SUMMARY JUDGMENT BRIEFS**

This matter is before the Court on the parties' Consent Motion to Amend the Summary Judgment Briefing Schedule and to Expand the Page Limitations for Summary Judgment Briefs. It appearing to the Court that all parties consent to the motion, and for good cause shown, the motion is hereby GRANTED and it is ORDERED as follows:

1.      The time for ePlus to file its brief in opposition to Lawson's Summary Judgment Motion is extended from June 28, 2010 to July 2, 2010. The time for Lawson to file its reply brief in support of such motion is extended from July 8, 2010 to July 12, 2010.

2.      The page limitations for the opening and response briefs relating to such motion are expanded by ten pages. Lawson's brief in support of its Summary Judgment Motion and ePlus's brief in opposition to such motion are not to exceed forty (40) pages double-spaced.

It is SO ORDERED.

Date:  June /0 , 2010      _____/s/____ *REP*
                            Senior United States District Judge
                            Robert F. Payne

WE ASK FOR THIS:

Craig T. Merritt, VSB #20281
Henry I. Willett, III, VSB # 44655
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone:  (804) 697-4100
Facsimile:  (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young, VSB #35997
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff *e*Plus inc.

3

WE ASK FOR THIS:

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN  55402
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*

4