IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| | ) |
| | ) Civil Action No. 3:09cv620 (REP) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT LAWSON SOFTWARE, INC.'S
## MOTION FOR SUMMARY JUDGMENT

Defendant Lawson Software, Inc. ("Lawson"), by counsel, hereby moves, pursuant to Fed. R. Civ. P. 56 for summary judgment that (1) all damages are barred for any alleged infringing activity up until filing of the Complaint in May, 2009 because of Plaintiff ePlus Inc.'s failure to comply with the marking requirements of 35 U.S.C. §287(a); (2) Lawson is not liable for induced or contributory infringement prior to the filing of the Complaint because Lawson did not have actual knowledge of the patents-in-suit; (3) the means-plus-function claims of the patents-in-suit are invalid under 35 U.S.C. §112 ¶2 and ¶6 as indefinite; (4) the asserted claims 1, 2, 6, 9, and 29 of the '516 patent are invalid for failing to meet the written description requirement of 35 U.S.C. §112, ¶ 1; and (5) the asserted claims are invalid under 35 U.S.C. § 103 based on the combination of the prior art Fisher RIMS system and the IBM TV/2 system. The grounds for this motion are more fully set forth in Lawson's Memorandum in Support of its Motion and supporting exhibits, which is filed herewith.

LAWSON SOFTWARE, INC.

By  /s/
       Of Counsel

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point, Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN  55402
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*

2

## CERTIFICATE OF SERVICE

I certify that on this 11th day of June, 2010, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig T. Merritt
Henry I. Willett, III
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmerritt@cblaw.com
hwillett@cblaw.com

James D. Clements
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
jclements@goodwinprocter.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
rspendlove@goodwinprocter.com

*Attorneys for Plaintiff*

                                            /s/
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*

3