IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09cv620 |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

## CONSENT MOTION TO AMEND BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S EXPERT REPORTS AND EXCLUDE FROM TRIAL CONTENTIONS AND EVIDENCE NOT DISCLOSED IN PLAINTIFF'S COURT-ORDER INFRINGEMENT CONTENTIONS

Plaintiff ePlus, inc. ("ePlus") and Defendant Lawson Software, Inc. ("Lawson"), by counsel, pursuant to Local Rule 7, hereby move to extend the deadlines for response and reply briefs relating to Defendant Lawson Software, Inc.'s Motion To Strike Portions of Plaintiff's Expert Reports And Exclude From Trial Infringement Contentions and Evidence Not Disclosed in Plaintiff's Court-Order Infringement Contentions [Doc. No. 239]. In support of this motion, the parties state as follows:

1.      Local Rule 7 provides that a brief in opposition to such motion shall be filed within 11 days after service and that reply briefs be filed within 3 days after service. In order to provide additional time to respond to the motion given the current schedule of pre-trial activities, the parties jointly move the Court to move the deadline for ePlus's brief in opposition to Lawson's Motion To Strike Portions of Plaintiff's Expert Reports And Exclude From Trial Infringement Contentions and Evidence Not Disclosed in Plaintiff's Court-Order Infringement

1

Contentions to coincide with the due date for ePlus's response to Lawson's Motion for Summary Judgment, or Friday, July 2, and to move the deadline for Lawson's reply brief to Monday, July 12.

2.  None of the requested extensions will affect any other dates under the Court's Scheduling Order.

3.  A Consent Order providing for these extensions is attached as Exhibit A. The parties will file an endorsed copy of this Order with the Court.

WHEREFORE, ePlus and Lawson respectfully request that the Court enter the Consent Order attached as Exhibit A.

ePLUS, inc.

By: _____/s/_____
       Of Counsel

Henry I. Willett, III, VSB # 44655
Craig T. Merritt, VSB #20281
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young, VSB #35997
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)

**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

*Attorneys for Plaintiff ePlus inc.*

                                 LAWSON SOFTWARE, INC.
                                 By: _____/s/_____
                                     Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*