# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09cv620 |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

**CONSENT ORDER AMENDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S EXPERT REPORTS AND EXCLUDE FROM TRIAL CONTENTIONS AND EVIDENCE NOT DISCLOSED IN PLAINTIFF'S COURT-ORDER INFRINGEMENT CONTENTIONS**

This matter is before the Court on the parties' Consent Motion to Amend Briefing Schedule for Defendant Lawson Software, Inc.'s Motion to Strike Portions of Plaintiff's Expert Reports and Exclude from Trial Infringement Contentions and Evidence Not Disclosed in Plaintiff's Court-Order Infringement Contentions. It appearing to the Court that all parties consent to the motion, and for good cause shown, the motion is hereby GRANTED and it is ORDERED as follows:

The time for ePlus to file its brief in opposition to Lawson's Motion To Strike Portions of Plaintiff's Expert Reports and Exclude from Trial Infringement Contentions and Evidence Not Disclosed in Plaintiff's Court-Order Infringement Contentions is extended from June 22, 2010 to July 2, 2010. The time for Lawson to file its reply brief in support of its motion is extended from June 25, 2010 to July 12, 2010.

It is SO ORDERED.

Date: June ___, 2010        _____
                            Senior United States District Judge
                            Robert E. Payne

WE ASK FOR THIS:

_____
Craig T. Merritt, VSB #20281
Henry I. Willett, III, VSB # 44655
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young, VSB #35997
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

*Attorneys for Plaintiff ePlus inc.*

WE ASK FOR THIS:

_____
Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*