IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon Plaintiff *e*Plus, Inc.'s ("*e*Plus") Motion *in Limine* No. 1 to exclude evidence, expert opinion, other testimony, or argument at trial with respect to the Patent and Trademark Office reexaminations of the patents-in-suit, upon due consideration by the Court, and for the reasons set forth in *e*Plus's memorandum in support of its motion, *e*Plus's motion is hereby GRANTED.

The Court ORDERS that evidence, expert opinion, other testimony, or argument with respect to the Patent and Trademark Office reexaminations of the patents-in-suit is EXCLUDED from the trial of this matter.  Such exclusion applies, without limitation, to the references to reexamination proceedings discussed in expert witness report of Dr. Shamos of invalidity in Paragraphs 33-36, 153, 172, 180-83, 185-88, 190-93, 195-200, 202, and 207, and the expert witness report of Phillip Green at pages 35-36.

The Clerk is directed to send a copy of this Order to all parties of record.

It is SO ORDERED.

_____
United States District Judge

Entered this _____ day of _____, 2010

Case 3:09-cv-00620-REP   Document 246-1   Filed 06/18/10   Page 2 of 2 PageID# 6179

2