IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
|       Plaintiff, | )   Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
|       Defendant. | ) |

**PLAINTIFF *e*PLUS, INC.'S MOTION *IN LIMINE* NO 2: TO ENFORCE THE COURT'S ORDERS OF MAY 24, 2010 AND MAY 25, 2010 AND EXCLUDE ANY EVIDENCE, EXPERT OPINION, OTHER TESTIMONY, OR ARGUMENT PERTAINING TO ALLEGED PRIOR ART AND INVALIDITY THEORIES NOT SET FORTH IN DEFENDANT'S COURT-ORDERED SECOND SUPPLEMENTAL STATEMENT**

Pursuant to Rules 26, 33, 34 and 37 of the Federal Rules of Civil Procedure and Rules 402 and 403 of the Federal Rules of Evidence, Plaintiff *e*Plus, inc., ("*e*Plus") respectfully moves that the Court exclude, at trial, any evidence, expert opinion, testimony or argument pertaining to alleged prior art and invalidity theories not set forth in Defendant Lawson Software, Inc.'s ("Lawson") Court-Ordered Second Supplemental Statement of Invalidity Defenses. The Court's order from the bench and accompanying written order dated May 24 and May 25, 2010, respectively, made clear that Lawson may not rely on invalidity contentions and prior art not expressly set forth in the Court-ordered Second Supplemental Statement. Consequently, *e*Plus asks that the Court expressly rule that:

    (1)    Lawson cannot introduce at trial evidence, expert opinion, other testimony, or argument as to "non-infringement" based on a comparison of the Accused products with the Lawson 6.0 and Lawson 5.0 systems, because such argument would be nothing more than an argument of invalidity that the Court has already excluded;

(2) Dr. Shamos cannot offer opinions as to whether the J-CON prior art system anticipates claims 6, 26, 28 and 29 of the '683 patent; claims 1, 2, 6, 9, 21 22 and 29 of the '516 patent; and claim 1 of the '172 patent;

(3) Dr. Shamos cannot offer opinions as to whether the Gateway prior art system anticipates claims 3, 6, 28 and 29 of the '683 patent; claims 6, 9, 21 22 and 29 of the '516 patent; and claim 1 of the '172 patent;

(4) Dr. Shamos cannot offer opinions as to whether the PO WRITER system anticipates claims 2, 21 and 22 of the '516 patent and claim 1 of the '172 patent;

(5) Dr. Shamos cannot offer opinions as to whether the King '542 Patent anticipates claims 6, 26, 28 and 29 of the '683 patent; claims 6, 22 and 29 of the '516 patent; and claim 1 of the '172 patent;

(6) Dr. Shamos cannot testify to or offer opinions as to obviousness combinations not disclosed in the Second Supplemental Statement;

(7) Dr. Shamos, as to the Gateway prior art system, cannot rely on any document other than the Gateway 2000/ MRO Manual.

A proposed order is attached hereto.

Respectfully submitted,

June 18, 2010                                         /s/
                                              Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus inc.

3

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS, INC.'S MOTION *IN LIMINE* NO 2: TO ENFORCE THE COURT'S ORDERS OF MAY 24, 2010 AND MAY 25, 2010 AND EXCLUDE ANY EVIDENCE, EXPERT OPINION, OTHER TESTIMONY, OR ARGUMENT PERTAINING TO ALLEGED PRIOR ART AND INVALIDITY THEORIES NOT SET FORTH IN DEFENDANT'S COURT-ORDERED SECOND SUPPLEMENTAL STATEMENT**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

                         */s/*
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com