IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF *e*PLUS, INC.'S MOTION *IN LIMINE* NO. 3:
TO EXCLUDE UNDISCLOSED AND UNTIMELY OPINIONS OF COUNSEL,
INCLUDING ANY "OPINION" OF MICHAEL I. SHAMOS, PH.D., J.D.
REGARDING DEFENDANT'S WILLFULNESS OR INTENT**

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100

*Attorneys for Plaintiff, ePlus Inc.*

Scott L. Robertson (admitted *pro hac vice)*
Jennifer A. Albert (admitted *pro hac vice)*
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000

It appears that Defendant Lawson Software, Inc. ("Lawson") possesses at least one opinion of counsel for which it ***stood on the privilege*** and ***did not produce during fact discovery***, but which it is ***now relying on*** to avoid a finding of willful and induced infringement.  The Court should not countenance Lawson's fast-and-loose abuse of the rules of discovery and the attorney/client privilege.

As is more fully explained in the brief accompanying this motion, Lawson, ***after the close of fact discovery***, revealed, for the first time, that it is ***relying*** on two opinions of counsel – a first opinion from counsel apparently independent of its litigation attorneys, received by Lawson after this litigation was filed; and a second opinion of counsel[1] from its technical expert Dr. Shamos who also happens to be a lawyer.

Lawson withheld these opinions from *e*Plus throughout all of fact discovery, and then in response to an interrogatory – that was propounded almost a year ago – indicated, for the first time, 11 days before fact discovery closed, that Lawson had obtained an opinion of counsel that it purportedly was ***<u>not</u> relying on***.  Only ***after fact discovery closed*** did Lawson "drop the other shoe" – Lawson's purported experts (Dr. Shamos and Mr. Lipscomb) ***affirmatively relied on*** these opinions of counsel in their reports to rebut *e*Plus's evidence of willfulness and induced infringement.

Clearly, it is far too late in the day for Lawson to inject an advice of counsel device in this action; had it timely raised such a defense, it would have to had waive the privilege with respect to the subject matter of the advice of counsel and permit *e*Plus discovery.  Thus, pursuant

---

[1] Lawson's second opinion of counsel was provided ***by its proffered technical expert*** in his report, some 18 months after this litigation was filed, concerning the alleged non-infringement of the patents-in-suit.  He included the opinion in his report only ***because Lawson's attorneys asked him to***; he never shared it with Lawson itself; he never disclosed it during fact discovery; and he admitted that Lawson's reliance on his opinions for this purpose was misplaced.

2

to Federal Rules of Evidence 402 and 403, Plaintiff *e*Plus, Inc. ("*e*Plus") respectfully requests that the Court preclude Lawson from presenting any evidence or argument at the trial of this case to show or in any way suggest, for any purpose, that Lawson received or in any way relied upon advice of counsel. A proposed order is attached hereto.

Respectfully submitted,

June 18, 2010

/s/
Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp *(admitted pro hac vice)*
James D. Clements  *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com
*Attorneys for Plaintiff, ePlus Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of June, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS, INC.'S MOTION IN LIMINE NO. 3:
TO EXCLUDE UNDISCLOSED AND UNTIMELY OPINIONS OF COUNSEL,
INCLUDING ANY "OPINION" OF MICHAEL I. SHAMOS, PH.D., J.D.
REGARDING DEFENDANT'S WILLFULNESS OR INTENT**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com
*Counsel for Defendant Lawson Software, Inc.*

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

           */s/*
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com