**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER REGARDING *e*PLUS's MOTION IN LIMINE NO. 3**

Pursuant to Rules 402 and 403 of the Federal Rules of Evidence, Plaintiff *e*Plus Inc. ("*e*Plus") has moved for an Order of the Court to exclude certain evidence and argument from Lawson Software, Inc. ("Lawson") regarding opinions of counsel that were not timely disclosed and for which Lawson did not waive the attorney-client privilege.  Upon consideration of the arguments of the parties, *e*Plus's motion is hereby GRANTED.

Lawson is precluded from offering any evidence, expert opinion or other testimony, and any argument related to any opinions of counsel it has allegedly sought or received.

The Clerk is directed to send a copy of this Order to all parties of record.

It is so ORDERED.

June __, 2010                              _____
                                           UNITED STATES DISTRICT JUDGE