# EXHIBIT 2

# GOODWIN | PROCTER

Jennifer A. Albert
202.346.4322
JAlbert@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
901 New York Avenue NW
Washington, DC 20001
T: 202.346.4000
F: 202.346.4444

December 11, 2009

**VIA EMAIL**

Joshua P. Graham
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215

Re:   *ePlus, Inc. v. Lawson Software, Inc.*, Civil Action No. 3:09cv620

Dear Joshua:

I write regarding your letter dated November 6, 2009 requesting that ePlus identify the SKUs for which it seeks maintenance fee information. As an initial matter, as noted by Judge Payne, this burden should not be put on ePlus as it is Lawson that has the best information as to which SKUs are relevant for purposes of this lawsuit. Nonetheless, ePlus will attempt to identify the proper SKUs based on information provided by Lawson.

In your letter, you represent that L0204134 lists all of Lawson's current SKUs. This document lists over 1800 SKUS, and Lawson selected only the following 11 SKUs for inclusion in L0157226:

| SKU | PRODUCT NAME |
|---|---|
| EPP | E-PROCUREMENT PRODUCT |
| EPPH | E-PROCUREMENT PROD HEALTHCARE |
| EPRO | E-PROCUREMENT |
| IC | INVENTORY CONTROL SYSTEM |
| M3EPR | E-PROCUREMENT |
| M3PUR | PROCUREMENT |
| PO | PURCHASE ORDER SYSTEM |
| PUR | PROCUREMENT |
| RQ | REQUISITIONS |
| SIP | INTERNAL PROCUREMENT CENTER |
| SIPP | PROCUREMENT SELF-SERVICE PCKG |

For example, Lawson has not provided information for the following SKUs, which appear from their descriptions to be relevant to this matter.

LIBA/2051253.1

# GOODWIN | PROCTER

Joshua P. Graham, Esq.
December 11, 2009
Page 2

| SKU | PRODUCT NAME |
|---|---|
| EME | EPROCUREMENT - MULTIPLE ERP |
| EPB | E-PROCUREMENT BUSINESS CTR(M3) |
| EPR | E-PROCUREMENT (M3) |
| EPRLG | EPROCUREMENT PRIMARY LANGUAGE |
| EPRLGB | E-PROC LANGUAGE ENGLISH |
| ERE | E-PROCUREMENT REPORTS (M3) |
| EREQS | E-REQUISITIONS |
| ESF | ESALES OCI INTEGRATION |
| FINPRO | FINANCIAL PROCUREMENT PACKAGE |
| HBP | HEALTHCARE EDI BUSINESS PACK |
| IJBR | RECRUITING REQUISITION INTFACE |
| IPC | INTERNAL PROCUREMENT CENTER |
| ITMA | ITEM MASTER LIST MOBILE SOLUT |
| LSF | LAWSON SYSTEM FOUNDATION |
| LSFE | LAWSON SYSTEM FOUNDATION EXIST |
| LSFN | LAWSON SYSTEM FOUNDATION NEW |
| M3EBO | EDI MESSAGES ODETTE (M3) |
| M3EBT | EDI BUSINESS MESSAGES TRADACOM |
| M3EDI | EDI MANAGEMENT (M3) |
| M3ERE | E-PROCUREMENT REPORTS (M3) |
| M3SPP | M3 SUPPLIER PORTAL |
| PHS | PROCUREMENT PROCESS SUITE |
| PPO | PROCUREMENT PUNCHOUT |
| PPS | PROCUREMENT PROCESS SUITE |
| PPSCBT | PROCURMENT PROCESS SUITE CBT |
| PROC | PROCUREMENT PACKAGE |
| PSH | PROCUREMENT PROCESS SUITE-HC |
| RSS | REQUISITION SELF SERVICE |
| SIPX | REQUISITIONS SELF SERVICE XML |

Therefore, we request relevant financial data relating to such SKU's.

In addition, there are several other SKUs listed in L0204134, and set forth below, that have generic descriptions and which may be relevant. ePlus requests maintenance fee information for those SKUs as well, or alternatively, additional information from Lawson as to why these SKUs are not relevant.

LIBA/2051253.1

GOODWIN | PROCTER

Joshua P. Graham, Esq.
December 11, 2009
Page 3

| SKU | PRODUCT NAME |
|---|---|
| EBA | EDI MESSAGES ANSI X12 |
| EDICS | EDI COMM SERVER |
| LTMPFI | PROCESSFLOW INTEGRATOR LTM |
| PFHCM | PROCESSFLOW FOR HCM |
| PFI | PROCESSFLOW INTEGRATOR |
| PFIEC | PROCESSFLOW INTEGRAT EXISTING |
| PFIP | PROCESSFLOW INTEG FOR BCI |
| PFISD | PROCESSFLOW INTEGRATOR ORDWAY |
| PFP | PROCESSFLOW PROFESSIONAL |
| PFPC | PROCESSFLOW PROFESS (CON) STE |
| PFPM | PROCESSFLOW SOLUTION PERF MGMT |
| PFPP | PROCESSFLOW PROFESS (PRO) STE |
| PFRT | PROCESSFLOW RETAIL |
| PFST | PROCESSFLOW STANDARD |
| PFX | PROCESSFLOW INT W/O WEBSPHERE |
| SPOPF | PROCESS FLOW SOLUTIONS |
| TCS | TCS EDI |
| WDT | E-PROC DESIGN CTR TOOLS (M3) |
| ZLTCB | LAWSON TOTAL CARE BRONZE |
| ZLTCG | LAWSON TOTAL CARE GOLD |
| ZLTCS | LAWSON TOTAL CARE SILVER |
| ZPO | PURCHASE ORDER EMBEDDED |
| ZRQ | REQUISITIONS EMBEDDED |

After review, we have been unable to find a SKU within L0204134 that corresponds to the EDI module of the S3 suite. Please identify the appropriate SKU or SKUs and provide the financial data associated with them.

Moreover, there may be additional SKUs whose relevance is not immediately apparent from their descriptions. Accordingly, ePlus reserves the right to request financial information for additional SKUs in the event additional information is discovered. ePlus also reserves the right to request financial information for SKUs that are not currently used by Lawson but that were used during relevant time periods.

To be clear, we are requesting all revenues associated with the Purchase Order, Requisitions and Inventory Control modules of the Lawson Procurement package of the S3 SCM suite, the Requisitions Self-Service module of the S3 SCM suite, the Procurement Punchout module of the S3 SCM suite, the EDI module of the S3 SCM suite, and the M3 e-Procurement application

LIBA/2051253.1

GOODWIN | PROCTER

Joshua P. Graham, Esq.
December 11, 2009
Page 4

including but not limited to license fees, maintenance and support fees, installation and implementation fees, consulting fees and training fees. For any Lawson customer that has licensed any of these modules, we further request information relating to all revenues associated with the Lawson System Foundation and Process Flow applications licensed to such customers. Additionally, to the extent Lawson's branding for the above-identified products differed in earlier years, please provide us the requested information, SKUs and revenues associated with such products.

Finally, we repeat our request for production of certain financial documents requested in our letters of October 28, 2009 and November 5, 2009, including pre-2005 archival financial documents, as well as a current version and any intervening versions from 2006 to the present of the Lawson product catalog. As set forth in a separate email, we request to meet and confer with you on Monday concerning Lawson's deficiencies in these areas.

Thank you for your attention to this matter.

Sincerely,

/s/ Jennifer A. Albert

Jennifer A. Albert

LIBA/2051253.1