**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| Plaintiff, | )   **Civil Action No. 3:09-CV-620 (REP)** |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF ePLUS, INC.'S MOTION *IN LIMINE* NO 4:**
**TO EXCLUDE ANY EVIDENCE, EXPERT OPINION, OTHER TESTIMONY, OR**
**ARGUMENT PERTAINING TO PURPORTED "DEMONSTRATION SYSTEMS" FOR**
**LAWSON RELEASES 5.0, 6.0, AND 6.1**

Pursuant to Rules 402, 403, 901, and 1002 of the Federal Rules of Evidence, Plaintiff

*e*Plus Inc., ("*e*Plus") respectfully moves that the Court exclude any testimony, expert opinion,

evidence or argument from Defendant Lawson Software, Inc. ("Lawson"), concerning the

alleged Lawson Release 5.0, 6.0, and 6.1 systems and related source code demonstrated by

Jeffrey Hvass during the Rule 30(b)(6) deposition of Lawson on June 8, 2010.  These purported

"recreated" legacy Lawson systems do not accurately demonstrate any system in public use prior

to August 1994.  The probative value of these misleading recreated systems is substantially

outweighed by their unreliability as credible evidence and the danger of unfair prejudice to

*e*Plus.  Therefore, these "recreated" legacy Lawson systems are inadmissible under Federal Rule

of Evidence 403, 901, and 1002.

*e*Plus therefore respectfully requests that the Court exclude from evidence any demonstration of the alleged "recreated" Lawson Release 5.0, 6.0, or 6.1 systems from the trial of this matter, and preclude Lawson from presenting any testimony, expert opinion, evidence or argument pertaining to them.  A proposed Order is attached to this motion.

Respectfully submitted,


June 18, 2010                                    _____/s/_____

Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com


Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com


Michael G. Strapp (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com


Attorneys for Plaintiff, *e*Plus Inc.

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 18th day of June, 2010, I will electronically file the foregoing

**PLAINTIFF ePLUS, INC.'S MOTION *IN LIMINE* NO. 4:**
**TO EXCLUDE ANY EVIDENCE, EXPERT OPINION, OTHER TESTIMONY, OR**
**ARGUMENT PERTAINING TO PURPORTED "DEMONSTRATION SYSTEMS" FOR**
**LAWSON RELEASES 5.0, 6.0, AND 6.1**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com
***Counsel for Defendant Lawson Software, Inc.***

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

***Counsel for Defendant Lawson Software, Inc.***

_____/s/_____
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com