IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Pursuant to Rules 402, 403, 901, and 1002 of the Federal Rules of Evidence, Plaintiff *e*Plus Inc. ("*e*Plus") has moved for an Order of the Court to exclude from evidence the legacy versions of Lawson's software products and related source code demonstrated by Jeffrey Hvass during the Rule 30(b)(6) deposition of Defendant Lawson Software, Inc. ("Lawson") on June 8, 2010. Upon consideration of the arguments of the parties, *e*Plus's motion is hereby GRANTED. Lawson is precluded from offering any testimony, expert opinion, evidence, or argument at trial concerning any demonstration systems or source code relating to Lawson Releases 5.0, 6.0, or 6.1, as well as any other prior versions of Lawson's software not accused of infringement in this action.

The Clerk is directed to send a copy of this Order to all parties of record.

It is so ORDERED.

June __, 2010                                          _____
                                                                            UNITED STATES DISTRICT JUDGE