IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09cv620(REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF ePLUS, INC.'S MOTION *IN LIMINE* NO. 5: TO EXCLUDE THE LEGAL OPINIONS OF DEFENDANT'S EXPERT WITNESS MICHAEL SHAMOS, J.D., PH.D., AND PRECLUDE DR. SHAMOS FROM INSTRUCTING THE COURT AND JURY ABOUT THE LAW**

Pursuant to Fed. R. Evid. 402, 403, and 702, Plaintiff *e*Plus, Inc. ("*e*Plus") respectfully moves *in limine* and requests that the Court exclude from the trial of this action the legal opinions of Defendant Lawson Software, Inc.'s ("Lawson") expert witness, Michael I. Shamos, J.D., Ph.D. Although characterized by Lawson as a technical expert for infringement and validity issues, Dr. Shamos possesses a law degree and his expert reports in this case have been laced with opinions of law that are inappropriate for expert testimony. Such legal opinions are not proper matters for expert testimony, lack probative value, and would confuse the jury to the prejudice of *e*Plus. In addition, many of Dr. Shamos' legal opinions are incorrect, incomplete, and/or misleading statements of the law. Moreover, Dr. Shamos' legal opinions will not assist the trier of fact within the meaning of Fed. R. Ev. 702.

*e*Plus therefore respectfully requests that the Court exclude Dr. Shamos' legal opinions from the trial of this action, as set forth in detail in the accompanying brief in support. A proposed order is attached hereto.

Respectfully submitted,

June 18, 2010 /s/

Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2010, I will electronically file the foregoing

**PLAINTIFF ePLUS, INC.'S MOTION IN LIMINE NO. 5: TO EXCLUDE THE LEGAL OPINIONS OF DEFENDANT'S EXPERT WITNESS MICHAEL SHAMOS, J.D., PH.D., AND PRECLUDE DR. SHAMOS FROM INSTRUCTING THE COURT AND JURY ABOUT THE LAW**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com
*Counsel for Defendant Lawson Software, Inc.*


Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

                                                        /s/
                                 Henry I. Willett, III (VSB #44655)
                                 Counsel for Plaintiff *e*Plus, Inc.
                                 **CHRISTIAN & BARTON, LLP**
                                 909 East Main Street, Suite 1200
                                 Richmond, Virginia 23219-3095
                                 Telephone: (804) 697-4100
                                 Facsimile: (804) 697-4112
                                 hwillett@cblaw.com