# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| *e*PLUS, INC., | ) | |
| | ) | |
|       **Plaintiff,** | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| **LAWSON SOFTWARE, INC.,** | ) | |
| | ) | |
| | ) | |
|       **Defendant.** | ) | |

**EXPERT REPORT OF BROOKS L. HILLIARD
RELATING TO PATENT VALIDITY**