IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF ePLUS, INC.'S MOTION *IN LIMINE* NO 6:
TO EXCLUDE ALLEGED PRIOR ART THAT DEFENDANT UNTIMELY PRODUCED
AFTER THE CLOSE OF FACT DISCOVERY**

Pursuant to Rules 26, 33, 34 and 37 of the Federal Rules of Civil Procedure and Rules 402 and 403 of the Federal Rules of Evidence, Plaintiff *e*Plus, Inc., ("*e*Plus") respectfully moves that the Court exclude any testimony, expert opinion, evidence or argument from Defendant Lawson Software, Inc. ("Lawson"), concerning documents, source code, and interrogatory responses regarding Lawson's alleged legacy software produced after the close of discovery. This belated discovery, which relates to Lawson's own software products, was fully within Lawson's control and should have been provided at least several months ago in response to *e*Plus's initial discovery requests. Because Lawson did not timely provide this discovery, *e*Plus was denied the opportunity to adequately review and take discovery on the specific Lawson applications and modules that the discovery pertains to.

*e*Plus therefore respectfully requests that the Court exclude from evidence the untimely disclosed documents, source code, and interrogatory responses, and preclude Lawson from presenting any testimony, evidence or argument pertaining to them.  A proposed order is attached to this motion.

Respectfully submitted,

June 18, 2010

/s/
Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com
cmerritt@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff, ePlus Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2010, I will electronically file the foregoing

**PLAINTIFF ePLUS, INC.'S MOTION *IN LIMINE* NO. 6:
TO EXCLUDE ALLEGED PRIOR ART THAT DEFENDANT UNTIMELY PRODUCED
AFTER THE CLOSE OF FACT DISCOVERY**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

> Daniel McDonald, *pro hac vice*
> William D. Schultz, *pro hac vice*
> Rachel C. Hughey, *pro hac vice*
> Joshua P. Graham, *pro hac vice*
> Andrew Lagatta, *pro hac vice*
> MERCHANT & GOULD
> 3200 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402
> Telephone: (612) 332-5300
> Facsimile: 612) 332-9081
> lawsonservice@merchantgould.com
> ***Counsel for Defendant Lawson Software, Inc.***

> Robert A. Angle, VSB#37691
> Dabney J. Carr, IV, VSB #28679
> TROUTMAN SANDERS LLP
> P.O. Box 1122
> Richmond, Virginia 23218-1122
> (804) 697-1238
> (804) 698-5119 (Fax)
> robert.angle@troutmansanders.com
> dabney.carr@troutmansanders.com

> ***Counsel for Defendant Lawson Software, Inc.***

> _____/s/_____
> Henry I. Willett, III (VSB #44655)
> Counsel for Plaintiff *e*Plus, Inc.
> **CHRISTIAN & BARTON, LLP**
> 909 East Main Street, Suite 1200
> Richmond, Virginia 23219-3095
> Telephone: (804) 697-4100
> Facsimile: (804) 697-4112
> hwillett@cblaw.com