IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC.,                )  | |
|                              )  | |
|         Plaintiff,           )  | Civil Action No. 3:09-CV-620 (REP) |
|                              )  | |
|         v.                   )  | |
|                              )  | |
| LAWSON SOFTWARE, INC.,       )  | |
|                              )  | |
|                              )  | |
|                              )  | |
|         Defendant.           )  | |

**[PROPOSED] ORDER**

Pursuant to Rules 26, 33, 34, and 37 of the Federal Rules of Civil Procedure and Rules 402 and 403 of the Federal Rules of Evidence, Plaintiff *e*Plus, Inc. ("*e*Plus") has moved for an Order of the Court to exclude from evidence the documents, source code, and interrogatory responses served by Defendant Lawson Software, Inc. ("Lawson") regarding its legacy software products after the close of discovery. Upon consideration of the arguments of the parties, *e*Plus's motion is hereby GRANTED. Lawson is precluded from offering any testimony, expert opinion, evidence, or argument at trial concerning any documents, source code, or interrogatory responses produced or served after May 18, 2010, relating to prior versions of Lawson's software.

The Clerk is directed to send a copy of this Order to all parties of record.

It is so ORDERED.


June __, 2010                               _____
                                            UNITED STATES DISTRICT JUDGE