# EXHIBIT 5

Published on *InfoWorld* (http://www.infoworld.com)

Home > News > Applications > EPlus charges SAP with patent infringement > EPlus charges SAP with patent infringement

# EPlus charges SAP with patent infringement

By John Blau
Created *2005-09-08 05:06AM*

German business application vendor SAP is being sued by U.S. software vendor ePlus for allegedly infringing on the company's software patents.

"We confirm the lawsuit but deny any patent infringement," an SAP spokesman said Thursday.

EPlus, which specializes in enterprise cost management software, filed its lawsuit April 18 in the U.S. District Court in Richmond, Virginia, alleging that SAP infringed on three of its patents for e-commerce-related technologies. The U.S. patent numbers are 6,023,683, 6,055,516 and 6,505,172.

On June 15, SAP, in Walldorf, Germany, filed an Answer and Counterclaims, arguing that it had not infringed on the ePlus patents and that the patents were invalid.

The case is set for trial in March 2006.

The patent suit is at least the second from ePlus this year. In February, the Herndon, Virginia, company collected $37 million in settlement money against e-commerce rival Ariba, after initially seeking damages of up to $98 million.

Applications   Developer World   Application development   Applications   Business
Business process management   Data management   Professional services

Source URL (retrieved on *2009-10-16 06:39AM*): http://www.infoworld.com/d/applications/eplus-charges-sap-patent-infringement-068

ePLUS0940876