# EXHIBIT 2

VIDEOTAPED DEPOSITION OF PAMELA ENG
CONDUCTED ON TUESDAY, MAY 25, 2010

1 (Pages 1 to 4)

---

**Page 1**

```
 1    IN THE UNITED STATES DISTRICT COURT
 2    FOR THE EASTERN DISTRICT OF VIRGINIA
 3              Richmond Division
 4
 5   - - - - - - - - - - - - - - - +
                                   |
 6   ePLUS iNC.,                   |
                                   |
 7          Plaintiff,             |
                                   |
 8                                 | Civil Action No.
        vs.                        | 3:09-CV-620 (JRS)
 9                                 |
     LAWSON SOFTWARE, INC.,        |
10                                 |
            Defendant.             |
11                                 |
     - - - - - - - - - - - - - - - +
12
13
14      Videotaped Deposition of PAMELA ENG
15              Washington, DC
16              May 25, 2010
17              10:33 a.m.
18
19
20   Job No. 1-179503
21   Pages 1 - 62
22   Reported by:  Michele E. Eddy, RPR, CRR, CLR
```

**Page 2**

```
 1          Videotaped Deposition of
 2                  PAMELA ENG
 3
 4   Held at the offices of:
 5
 6          GOODWIN PROCTER, LLP
 7          901 New York Avenue, Northwest
 8          Washington, DC  20001
 9          (202) 346-4000
10
11
12
13
14
15
16       Pursuant to Notice, before Michele E. Eddy,
17   Registered Professional Reporter, Certified Realtime
18   Reporter, and Notary Public in and for the District of
19   Columbia.
20
21
22
```

**Page 3**

```
 1              A P P E A R A N C E S
 2
 3   ON BEHALF OF THE PLAINTIFF:
 4        SCOTT L. ROBERTSON, ESQUIRE
 5        Goodwin Procter
 6        901 New York Avenue, Northwest
 7        Washington, DC  20001
 8        Telephone:  (202) 346-4000
 9
10   ON BEHALF OF THE DEFENDANT:
11        WILLIAM D. SCHULTZ, ESQUIRE
12        Merchant & Gould
13        3200 IDS Center
14        80 South Eighth Street
15        Minneapolis, Minnesota  55402
16        Telephone:  (612) 332-5300
17
18
19   ALSO PRESENT:
20        Cali Day, Videographer
21
22
```

**Page 4**

```
 1              EXAMINATION INDEX
 2                                              PAGE
 3   EXAMINATION BY MR. ROBERTSON . . . . . . . . . . 8
 4
 5
 6              E X H I B I T S
 7           (Attached to the Transcript)
 8   DEPOSITION EXHIBIT                           PAGE
 9   Exhibit 1  Notice and subpoena                 9
10   Exhibit 2  Engagement letter                  14
11   Exhibit 3  Materials sent to witness by counsel
12   Exhibit 4  Statement of Work                  17
13   Exhibit 5  Sketch involving TV-2; Bates EPFS000257  27
14   Exhibit 6  Bates ePLUS0218032 - 056; entitled     47
15             Fisher Electronic Sourcing, Assessment
16             and Proposal; dated 2-15-95
17   Exhibit 7  Fax transmission cover sheet to Herb   52
18             Kem from Charles Gounaris dated 2-14-94;
19             Bates ePLUS0212757 - 61; second page
20             entitled IBM Agreement for Exchange
21             of Confidential Information
22   Exhibit 8  Fisher/IBM Master Schedule Plan      56
```

VIDEOTAPED DEPOSITION OF PAMELA ENG
CONDUCTED ON TUESDAY, MAY 25, 2010

3 (Pages 9 to 12)

9

1  A  Yes.
2  Q  Okay. Did you search for and identify and
3  produce any communications you had with them?
4  A  No.
5     (Exhibit 1 was marked for identification and
6  attached to the deposition transcript.)
7  BY MR. ROBERTSON:
8  Q  I'm going to mark the first exhibit, which
9  is going to be the deposition notice and a subpoena.
10 I'D ask you if you would take a look at that.
11    Have you -- my first question is, after
12 you've had a chance to peruse it, have you seen that
13 document before, Miss Eng?
14 A  Yes.
15 Q  Do you see that there was a subpoena
16 attached to it?
17 A  Yes.
18 Q  And it asks you to search for certain
19 documents. Did you see that?
20 A  Yes.
21 Q  Okay. Did you do that?
22 A  Well, I looked for my folder that I had

10

1  because I did have a lot of documents from the first
2  time in the SAP matter, but I couldn't -- I threw it
3  away, I think.
4  Q  Those documents from the SAP matter, they
5  were given to you by counsel for SAP at the time in
6  that matter, correct?
7  A  Some of them, yes.
8  Q  Okay. When you left the employ of IBM, did
9  you take any IBM documents with you?
10 A  No. But I still knew people that -- that
11 worked there last time.
12 Q  But -- let me ask you, when did you leave --
13 A  1995.
14 Q  All right. So that was shortly after this
15 electronic sourcing project, that's how I'm going to
16 refer to it today if that's all right --
17 A  Okay.
18 Q  -- was completed, correct?
19 A  I don't think it was completely completed.
20 Q  Okay. There were some additional things
21 that -- that occurred, such as transitioning the
22 electronic sourcing project to the Internet at a later

11

1  date in time; do you recall that?
2  A  I'm not sure what happened after I left.
3  Q  Okay. But in any event, when you left IBM,
4  you understood that you shouldn't take any documents
5  with you; is that right?
6  A  Right.
7  Q  IBM has a policy about employees that are --
8  that leave the company not to take IBM documents,
9  correct?
10 A  Correct.
11 Q  Now, when you -- you indicated that -- or at
12 least I understood you to indicate that you may have
13 obtained some documents at a later time. Is that
14 right? Let me rephrase the question.
15    If you don't understand my question at all,
16 just let me know and I'm try to restate it.
17    All right. At some later time you were
18 provided some documents, IBM documents, correct?
19 A  Yes.
20 Q  Okay. How did you obtain those, if you
21 recall?
22 A  Well, the law firm gave me some of them.

12

1  Q  Okay. Did you contact anybody at IBM in the
2  time frame to see if you could obtain documents?
3  A  Yes.
4  Q  Who did you speak to?
5  A  Well, I don't know if he still worked there
6  then. I can't remember. I tried to call Al Roland,
7  Kevin French, that I can think of.
8  Q  So let me just break that up. Was
9  Mr. French still with IBM back in --
10 A  No, he was not.
11 Q  We have to be careful not to talk over each
12 other, okay? Because it really makes a mess of the
13 record. So just be patient, let me finish and then
14 I'll let you give me your answer.
15    So Mr. French wasn't with IBM at the time
16 you contacted him; is that right?
17 A  Right.
18 Q  Did Mr. French have any documents?
19 A  No.
20 Q  Was Mr. Roland with IBM at the time you
21 contacted him?
22 A  I can't remember.