IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAWSON SOFTWARE, INC., )<br>)<br>)<br>)<br>Defendant. ) | Civil Action No. 3:09-CV-620 (REP) |

**PLAINTIFF *e*PLUS, INC.'S MOTION *IN LIMINE* NO. 8 TO PRECLUDE DEFENDANT LAWSON SOFTWARE, INC. FROM PROFFERING ANY EVIDENCE, EXPERT OPINION, OTHER TESTIMONY, OR ARGUMENT UTILIZING CLAIM CONSTRUCTIONS WHICH ARE INCONSISTENT WITH THE COURT'S *MARKMAN* CLAIM CONSTRUCTION ORDER**

Plaintiff *e*Plus, Inc. ("*e*Plus"), by counsel, respectfully moves the Court for entry of an Order precluding Defendant Lawson Software, Inc. ("Lawson") from offering any evidence, expert opinion, other testimony, or argument that is inconsistent with the Court's *Markman* Order dated April 30, 2010. The grounds for this motion are more fully set forth in the Brief in Support of this Motion, which is filed herewith. A proposed order is attached hereto.

                                                Respectfully submitted,

June 18, 2010                                    /s/

                                                Henry I. Willett, III (VSB #44655)
                                                Craig T. Merritt (VSB #20281)
                                                **CHRISTIAN & BARTON, LLP**
                                                909 East Main Street, Suite 1200
                                                Richmond, Virginia 23219-3095
                                                Telephone: (804) 697-4100
                                                Facsimile: (804) 697-4112
                                                hwillett@cblaw.com
                                                cmerritt@cblaw.com


                                                Scott L. Robertson *(admitted pro hac vice)*
                                                Jennifer A. Albert *(admitted pro hac vice)*
                                                David M. Young (VSB #35997)
                                                **GOODWIN PROCTER LLP**
                                                901 New York Avenue, N.W.
                                                Washington, DC 20001
                                                Telephone:  (202) 346-4000
                                                Facsimile:   (202) 346-4444
                                                srobertson@goodwinprocter.com
                                                jalbert@goodwinprocter.com
                                                dyoung@goodwinprocter.com

                                                Michael G. Strapp (*admitted pro hac vice*)
                                                James D. Clements  (*admitted pro hac vice*)
                                                **GOODWIN PROCTER LLP**
                                                Exchange Place
                                                53 State Street
                                                Boston, MA 02109-2881
                                                Telephone:  (617) 570-1000
                                                Facsimile:   (617) 523-1231
                                                mstrapp@goodwinprocter.com
                                                jclements@goodwinprocter.com

                                                Attorneys for Plaintiff, *e*Plus Inc.

### **CERTIFICATE OF SERVICE**

  I hereby certify that on the 18th day of June, 2010, a true copy of the foregoing will be filed electronically with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Daniel McDonald, *pro hac vice*  
William D. Schultz, *pro hac vice*  
Rachel C. Hughey, *pro hac vice*  
Joshua P. Graham, *pro hac vice*  
Andrew Lagatta, *pro hac vice*  
MERCHANT & GOULD  
3200 IDS Center  
80 South Eighth Street  
Minneapolis, MN 55402  
Telephone: (612) 332-5300  
Facsimile: 612) 332-9081  
lawsonservice@merchantgould.com  

***Counsel for Defendant Lawson Software, Inc.***

Robert A. Angle, VSB#37691  
Dabney J. Carr, IV, VSB #28679  
TROUTMAN SANDERS LLP  
P.O. Box 1122  
Richmond, Virginia 23218-1122  
(804) 697-1238  
(804) 698-5119 (Fax)  
robert.angle@troutmansanders.com  
dabney.carr@troutmansanders.com  

***Counsel for Defendant Lawson Software, Inc.***

              /s/  
          Henry I. Willett, III (VSB #44655)  
          Counsel for Plaintiff *e*Plus, Inc.  
          **CHRISTIAN & BARTON, LLP**  
          909 East Main Street, Suite 1200  
         Richmond, Virginia 23219-3095  
         Telephone: (804) 697-4100  
         Facsimile: (804) 697-4112  
         hwillett@cblaw.com