IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiff ePlus, Inc.'s ("ePlus") motion *in limine* to exclude certain evidence at trial.

Upon due consideration by the Court, and for the reasons set forth in ePlus's Brief in support of its Motion *in Limine* No. 8 to preclude Defendant Lawson Software, Inc. ("Lawson") from proffering any evidence, expert opinion, other testimony, or argument that is inconsistent with this Court's *Markman* Claim Construction Order of April 30, 2010, ePlus's motion is hereby GRANTED.

The Court ORDERS that Lawson shall not proffer any evidence, expert opinion, other testimony, or argument which is inconsistent with the Court's *Markman* Claim Construction Order of April 30, 2010.

The Clerk is directed to send a copy of this Order to all parties of record.

2

It is SO ORDERED.

_____
United States District Judge

Entered this _____ day of _____, 2010