IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

This matter comes before the Court on Plaintiff ePlus, Inc.'s ("ePlus") motion *in limine* to exclude certain evidence at trial.

Upon due consideration by the Court, and for the reasons set forth in ePlus's Brief in support of its Motion *in Limine* No. 9 to preclude Defendant Lawson Software, Inc. ("Lawson") from proffering expert opinion, other testimony, evidence, or argument of improper comparisons between its accused products and the commercial embodiments of ePlus and its predecessors for the purpose of proving non-infringement, ePlus's motion is hereby GRANTED.

The Court ORDERS that Lawson shall not proffer any expert opinion, other testimony, evidence, or argument, regarding non-infringement on the basis of comparisons of Lawson's accused products with the commercial embodiments of ePlus or its predecessors.

The Clerk is directed to send a copy of this Order to all parties of record.

It is SO ORDERED.

_____
United States District Judge

Entered this _____ day of _____, 2010