IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF *e*PLUS, INC.'S NOTICE OF FILING UNDER SEAL OF PLAINTIFF *e*PLUS, INC.'S BRIEF IN SUPPORT OF MOTION *IN LIMINE* NO. 7 TO EXCLUDE EXPERT OPINIONS OF PHILIP GREEN THAT ARE UNRELIABLE, UNSUPPORTED IN FACT, AND THAT HE IS UNQUALIFIED TO PRESENT**

Plaintiff ePlus, Inc., by counsel, and in accordance with the November 16, 2009, Protective Order entered in this case, has filed UNDER SEAL its Brief in Support of Motion *In Limine* No. 7 to Exclude Expert Opinions of Philip Green That Are Unreliable, Unsupported In Fact, And That He Is Unqualified To Present.

June 18, 2010

Respectfully submitted,

ePlus, Inc.

By Counsel

_____/s/_____
Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
**CHRISTIAN & BARTON, LLP**

909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com
Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

*Attorneys for Plaintiff, ePlus inc.*

2

### CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of June, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

                                                       */s/*
                                     Henry I. Willett, III (VSB #44655)
                                     Counsel for Plaintiff *e*Plus, Inc.
                                     **CHRISTIAN & BARTON, LLP**
                                     909 East Main Street, Suite 1200
                                     Richmond, Virginia 23219-3095
                                     Telephone: (804) 697-4100
                                     Facsimile: (804) 697-4112
                                     hwillett@cblaw.com