IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
**Richmond Division**

| | | |
|---|---|---|
| *e*PLUS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09cv620 |
| | ) | |
| LAWSON SOFTWARE, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED SUMMARY JUDGMENT BRIEF

Defendant Lawson Software, Inc. ("Lawson"), by counsel, states as follows for its Unopposed Motion for Leave to File Corrected Summary Judgment Brief:

1.      In reviewing its Brief in support of its Motion for Summary Judgment [Docket No. 241], Lawson recently discovered that a number of the citations to its Listing of Undisputed Facts were off by one paragraph because of a typographical error. The error was that the paragraph before paragraph 21 in the Undisputed Facts was not given a number. As a result, citations in the brief to the paragraphs after paragraph 21 are all off by one paragraph.

2.      Lawson seeks leave to file the corrected Summary Judgment Brief which is filed, under seal, as Exhibit A to this Motion. The only change Lawson has made to the brief has been to correct the numbering in the Listing of Undisputed Facts. Counsel for Lawson has consulted with counsel for Plaintiff ePlus, Inc. and ePlus consents to this Motion. A proposed Order granting this Motion and directing the Clerk to file the attached Exhibit A under seal is attached as Exhibit B.

WHEREFORE, Lawson respectfully requests that the Court grant this Motion and

enter the proposed Order attached as Exhibit B.

LAWSON SOFTWARE, INC.


By: _____/s/_____
              Of Counsel


Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN  55402
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of June, 2010, a true copy of the foregoing will be

filed electronically with the Clerk of Court using the CM/ECF system, which will send a

notification of such filing (NEF) to the following:

Craig T. Merritt                                              James D. Clements
Henry I. Willett, III                                         Goodwin Procter, LLP
**CHRISTIAN & BARTON, LLP**                    Exchange Place
909 East Main Street, Suite 1200                  53 State Street
Richmond, Virginia 23219-3095                     Boston, MA 02109-2881
cmerritt@cblaw.com                                  jclements@goodwinprocter.com
hwillett@cblaw.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

                                        _____/s/_____
                                        Dabney J. Carr, IV (VSB No. 28679)
                                        Robert A. Angle (VSB No. 37691)
                                        Megan C. Rahman (VSB No. 42678)
                                        dabney.carr@troutmansanders.com
                                        robert.angle@troutmansanders.com
                                        megan.rahman@troutmansanders.com
                                        **TROUTMAN SANDERS LLP**
                                        1001 Haxall Point
                                        Richmond, VA 23219
                                        Telephone: (804) 697-1200
                                        Facsimile: (804) 697-1339
                                        *Counsel for Defendant Lawson Software,*
                                        *Inc.*