# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:09cv620 |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant Lawson Software Inc.'s Motion for Leave to File Corrected Summary Judgment Brief (the "Motion"). It appearing that Plaintiff ePlus, Inc. consents to the entry of this Order, and for good cause shown, the Motion is hereby GRANTED and the Clerk is ORDERED to file, under seal, the corrected Summary Judgment Brief attached as Exhibit A to the Motion.

It is SO ORDERED.

_____
Senior United States District Judge

.