IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                                  Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

### ORDER

Having reviewed the UNOPPOSED MOTION FOR LEAVE TO FILE CORRECTED SUMMARY JUDGMENT BRIEF (Docket No. 293) filed by Lawson Software, Inc., it is hereby ORDERED that the motion is granted.

It is so ORDERED.

                                      /s/    REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: June 25, 2010