# EXHIBIT 4

## William D Schultz

| | |
|---|---|
| **From:** | William D Schultz |
| **Sent:** | Sunday, May 23, 2010 1:21 AM |
| **To:** | Strapp, Michael |
| **Cc:** | Kristin M. Drieman; Daniel McDonald; Kirstin Stoll-DeBell; ML-ePlus Goodwin Service; Craig Merritt; LawsonService; dabney.carr@troutmansanders.com |
| **Subject:** | RE: ePlus Fifth Notice of 30(b)(6) Deposition |

Michael, my email did accurately describe our conversation.  Regardless of ePlus's positions related to the relevance of the systems on other issues, we did discuss the fact that Lawson contends the prior systems are relevant for multiple issues.  Lawson has voiced its position on multiple occasions.  Moreover, I asked you the question whether ePlus would proceed with the depositions if the Judge allowed Lawson's prior systems for issues other than invalidity.  You said that ePlus would likely proceed with the depositions if the systems were a part of the case.

We have provided ePlus dates to take depositions of two witnesses based on ePlus's Fifth Notice of 30(b)(6) Deposition.  Lawson will provide witnesses on those dates in Washington, D.C.  Please confirm whether ePlus plans to proceed with those depositions.

Will




-----Original Message-----
From: Strapp, Michael [mailto:MStrapp@goodwinprocter.com]
Sent: Sat 5/22/2010 10:01 PM
To: William D Schultz
Cc: Kristin M. Drieman; Daniel McDonald; Kirstin Stoll-DeBell; ML-ePlus Goodwin Service; Craig Merritt; LawsonService; dabney.carr@troutmansanders.com
Subject: RE: ePlus Fifth Notice of 30(b)(6) Deposition

Will,

Your email inaccurately characterizes our conversation.  We do not agree that the Lawson prior systems are relevant for issues other than invalidity.  Indeed, Lawson's argument that it should be permitted to introduce these prior systems for other purposes at trial is a transparent attempt to bring excluded evidence into trial through the back door.

Regards,

Michael

_____

From: William D Schultz [mailto:WSchultz@merchantgould.com]
Sent: Friday, May 21, 2010 4:07 PM
To: Strapp, Michael
Cc: Kristin M. Drieman; Daniel McDonald; Kirstin Stoll-DeBell; ML-ePlus Goodwin Service; Craig Merritt; LawsonService; dabney.carr@troutmansanders.com
Subject: RE: ePlus Fifth Notice of 30(b)(6) Deposition


Michael, we also discussed that the Lawson prior systems are relevant
for issues other than invalidity.  You stated that ePlus would likely
proceed with the deposition if the Judge limited his ruling to the use
of the system in relation to invalidity.  Let's discuss the schedule
again next week after Monday's hearing.

Will

_____

From: Strapp, Michael [mailto:MStrapp@goodwinprocter.com]
Sent: Friday, May 21, 2010 2:52 PM
To: William D Schultz
Cc: Kristin M. Drieman; Daniel McDonald; Kirstin Stoll-DeBell; ML-ePlus
Goodwin Service; Craig Merritt; LawsonService;
dabney.carr@troutmansanders.com
Subject: RE: ePlus Fifth Notice of 30(b)(6) Deposition


Will,

As I mentioned during our conversation, we do not believe that a
deposition concerning Lawson Version 6.0 will be necessary as Judge
Payne is likely to strike from Lawson's expert report and exclude from
trial any reference to the Lawson Version 6.0 software.  In the event
that Judge Payne does not grant ePlus the relief it seeks with respect
to Lawson Version 6.0, we will visit at that time the scheduling issues
raised in your email below.

Sincerely,

Michael


_____

From: William D Schultz [mailto:WSchultz@merchantgould.com]
Sent: Friday, May 21, 2010 3:32 PM
To: Strapp, Michael
Cc: Kristin M. Drieman; Daniel McDonald; Kirstin Stoll-DeBell
Subject: ePlus Fifth Notice of 30(b)(6) Deposition


Michael, to confirm our conversation this afternoon, Lawson will
designate Jeff Hvass to testify regarding topics 1-8 of ePlus's Fifth
Notice of 30(b)(6) deposition on June 4, 2010, in Washington, D.C.
Lawson is working on setting up a Lawson Version 6.1 system that would
be used in that deposition.

Lawson also designates Richard Lawson with respect to topics 4 and 6 of
the Fifth Notice of Deposition.  Lawson will make Richard Lawson
available on May 28, 2010, in Washington, D.C.

Please confirm that these dates work with ePlus.  Thank you.

Will


William Schultz
Partner
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

Telephone (612) 336-4677
Mobile (612) 386-1232
Fax (612) 332-9081
www.merchantgould.com <http://www.merchantgould.com/>

GUARDIANS OF GREAT IDEAS (r)

Atlanta | Denver | Knoxville | Madison | Minneapolis | New York | Omaha
| Seattle | Washington D.C.

Note: This e-mail message is confidential, and may be privileged, or
otherwise protected by law. If you are not the intended recipient,
please (1) Reply via e-mail to sender; (2) Destroy this communication
entirely, including deletion of all associated text files from all
individual and network storage devices; and (3) Refrain from copying or
disseminating this communication by any means whatsoever. Thank you.




_____


*******************************************************************

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with requirements
imposed by the IRS, we inform you that any U.S. tax advice contained in
this communication (including any attachments) is not intended or
written to be used, and cannot be used, for the purpose of (i) avoiding
penalties under the Internal Revenue Code or (ii) promoting, marketing
or recommending to another party any transaction or matter addressed
herein.

*******************************************************************
*******************************************************************

This message is intended only for the designated recipient(s). It may
contain confidential or proprietary information and may be subject to
the attorney-client privilege or other confidentiality protections. If
you are not a designated recipient, you may not review, copy or
distribute this message. If you receive this in error, please notify the
sender by reply e-mail and delete this message. Thank you.

*******************************************************************