# EXHIBIT 5

# Merchant & Gould

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact | **William D. Schultz**
wschultz@merchantgould.com
612.336.4677

May 27, 2010

Michael Strapp
**Goodwin Procter LLP**
Exchange Place
Boston, MA 02109

**Via Email**

Re: ePlus, Inc. v. Lawson Software, Inc.
Case No.: 2:09-232
M&G No.: 16391.0001USZA

Dear Michael:

This letter follows our discussion yesterday regarding scheduling depositions. You requested that we provide you the Bates number of the document that shows the differences between Lawson Software Version 5.0 and 6.0. That document was produced as L0017230-36.

Lawson is working on configuring a VPN connection to work the live demonstration for June 4, 2010. In order to do access the demonstration through the firewall, Jeff Hvass will bring his laptop. Please confirm that he will be able to connect that laptop to the Internet as well as the presentation equipment in your conference room.

Additionally, on October 14, 2009, Lawson produced the source code for its Version 5.0 system. Lawson was able to configure that system and it will be available for the demonstration on June 4, 2010. Additionally, Lawson configured a 6.0.2 system, which will be available as well. Lawson will also make available the 6.1 system that we had previously discussed.

Sincerely,

MERCHANT & GOULD P.C.

William D. Schultz

Minneapolis/St. Paul
Denver
Seattle
Atlanta
Washington, DC