# EXHIBIT 7

VIDEOTAPED DEPOSITION OF HERBERT RICHARD LAWSON, JUNIOR
CONDUCTED ON FRIDAY, MAY 28, 2010

1 (Pages 1 to 4)

---

Page 1

```
 1    UNITED STATES DISTRICT COURT
 2    FOR THE EASTERN DISTRICT OF VIRGINIA
 3           Richmond Division
 4  --------------------------------x
 5  ePLUS, iNC.,            )
 6           Plaintiff,  )
 7       v.              ) Civil Action No.
 8  LAWSON SOFTWARE, INC.,    ) 3:09-cv-620(REP)
 9           Defendant.  )
10  --------------------------------x
11
12    VIDEOTAPED DEPOSITION OF LAWSON SOFTWARE, INC.
13      By and Through Its Corporate Designee
14       HERBERT RICHARD LAWSON, JUNIOR
15              Washington, DC
16             Friday, May 28, 2010
17                12:32 p.m.
18
19
20  Job No.: 1-180035
21  Pages 1 - 84
22  Reported By: Joan V. Cain
```

Page 2

```
 1    Videotaped Deposition of LAWSON SOFTWARE,
 2  INC., By and Through Its Corporate Designee, HERBERT
 3  RICHARD LAWSON, JUNIOR, held at the law offices of:
 4
 5        GOODWIN PROCTER, LLP
 6        901 New York Avenue, Northwest
 7        Washington, DC 20001
 8        (202) 346-4000
 9
10      Pursuant to Notice, before Joan V. Cain,
11  Certified Court Reporter and Notary Public in and
12  for the District of Columbia.
```

Page 3

```
            A P P E A R A N C E S

 ON BEHALF OF PLAINTIFF:
    JENNIFER A. ALBERT, ESQUIRE
    GOODWIN PROCTER, LLP
    901 New York Avenue, Northwest
    Washington, DC 20001
    Telephone: (202) 346-4000
 AND
    MICHAEL G. STRAPP, ESQUIRE
    JAMES D. CLEMENTS, ESQUIRE
    GOODWIN PROCTER, LLP
    Exchange Place
    Boston, Massachusetts 02109
    Telephone: (617) 570-1000
```

Page 4

```
       A P P E A R A N C E S  C O N T I N U E D

 ON BEHALF OF DEFENDANT:
    WILLIAM D. SCHULTZ, ESQUIRE
    MERCHANT & GOULD
    3200 IDS Center
    80 South Eighth Street
    Minneapolis, Minnesota 55402-2215
    Telephone: (612) 332-5300

 ALSO PRESENT:
    Akim Graham, Videographer
```

VIDEOTAPED DEPOSITION OF HERBERT RICHARD LAWSON, JUNIOR
CONDUCTED ON FRIDAY, MAY 28, 2010

5 (Pages 17 to 20)

17

1 released in 1990?
2   A  No. I mean, I wouldn't know the names of
3 the documents. They were user documents. They were
4 database layout documents, several types of
5 documents. I'd have to look at the dates.
6   Q  Do they include Lawson Software 5.0
7 manuals?
8   A  I never saw the manuals themselves.
9 That -- that we would have sent to clients? I
10 didn't look at manuals themselves.
11   Q  Okay. So you mentioned that you saw user
12 documents, database layout documents, and several
13 other types of documents. Can you describe for me
14 the types of user documents that you reviewed that
15 refreshed your recollection that Lawson 5.0 was
16 released in 1990?
17   A  There was a document based on database
18 layouts that the -- the IT department, the technical
19 people receive from those -- from those systems.
20   Q  Any other specific types of documents that
21 you can recall reviewing regarding Lawson 5.0?
22   A  No.

18

1   Q  And did you review those documents in
2 connection with preparing for the deposition today?
3   A  For the dates, yes.
4   Q  Did you speak to anyone in connection with
5 trying to determine the date that Lawson Software
6 5.0 was released?
7   A  Yes.
8   Q  Was that Mr. Dooner?
9   A  It was Mr. Dooner and a few other people.
10 I can't remember their names, who's -- who's --
11 we're -- we're looking back at old documents and
12 documentation to tell us when they were released.
13 We knew they -- we knew approximately the time they
14 were released. We were trying to come up with the
15 right year.
16   Q  What about Lawson Software 4.0, when was
17 Lawson Software 4.0 released?
18   A  Approximately eight -- 1987, 3 years
19 earlier.
20   Q  And do you know when Lawson Software 6.0
21 was released?
22   A  1992, I believe.

19

1   Q  Do you know when in 1992 it was released?
2   A  There's several release dates associated
3 with products. Some are GA, some are beta -- beta
4 dates, and some are testing dates, but I would say
5 around July.
6   Q  July 1992?
7   A  Mm-hmm.
8   Q  What is a GA date?
9   A  General availability.
10   Q  And what's a beta date?
11   A  When every product goes out, we have a few
12 prospects or clients who are willing to be the --
13 the beta client. In other words, they'll take it
14 before everybody else does.
15   Q  The guinea pig client?
16   A  No. Depends who it goes to -- no.
17 Everybody understands in our field, when they are a
18 beta client -- in fact, people love -- people love
19 to sign up to be a beta client because they get a
20 lot of nice loving and care.
21   Q  So was July 1992 the general availability
22 date for 6.0 or the beta release date for 6.0?

20

1   A  I'm -- I'm not clear on that.
2   Q  Did you review any documents to refresh
3 your recollection about the date of release of
4 Lawson Software 6.0?
5   A  Yes. That was the date I -- those are the
6 dates I just mentioned in 1992.
7   Q  And which documents did you review to
8 refresh your memory about when it was released, 6.0?
9   A  I -- I can't tell you exactly which
10 documents, but they were dated 1992. Those -- some
11 of those I got over the phone from Todd and other
12 people of the documents that they had. We have a
13 lot of documents, a lot of different types of
14 documents, and they have different dates on them,
15 for -- for different reasons. Not the same document
16 with different dates, but different documents with
17 different dates.
18   Q  Do you recall any specific types of
19 documents that concern 6.0 that helped you recall
20 the specific dates it was released?
21   A  There was one that was a small little
22 document that said -- well, the differences at a

VIDEOTAPED DEPOSITION OF HERBERT RICHARD LAWSON, JUNIOR
CONDUCTED ON FRIDAY, MAY 28, 2010

18 (Pages 69 to 72)

### Page 69

1 affected.
2 Q Okay. And -- and this document, is it
3 referring to -- is it the database schema for Lawson
4 version 5.0?
5 A Yes, it is.
6 Q And what was the first date of release with
7 respect to Lawson 5.0?
8 A Probably around 1990 again. I'll give you
9 that type of date.
10     MR. STRAPP: Sorry. What did you say?
11     THE WITNESS: Approximately 1990. I -- I
12 can't give you a month. I can't give you a -- and,
13 of course, it means it was in programming long
14 before that. Those are -- those dates are either
15 beta dates or release dates. Programming was being
16 done before that.
17 BY MR. SCHULTZ:
18 Q So what you're saying is that the Lawson
19 5.0 could have been actually released prior to 1990
20 in BETA or other formats?
21 A It could have been.
22     MR. STRAPP: Objection, calls for

### Page 70

1 speculation.
2     THE WITNESS: I can -- I can still answer?
3 BY MR. SCHULTZ:
4 Q You may, but I'm going to actually rephrase
5 the question so it's better for you.
6 A Okay.
7 Q Are you aware of any reasons why -- why a
8 Lawson 5.0 system would be released prior to 1990?
9 A Yes.
10 Q Why?
11 A We had beta clients, so it could have been
12 released to a beta client.
13     MR. SCHULTZ: Thank you, Mr. Lawson. I
14 have nothing further.
15     MR. STRAPP: Go off the record for a
16 minute, please.
17     THE VIDEOGRAPHER: Going off the record.
18 The time is 2:04 p.m.
19     (Recess.)
20     THE VIDEOGRAPHER: Back on the record. The
21 time is 2:07 p.m.
22     (Lawson Deposition Exhibit 5 was

### Page 71

1 marked for identification and was attached to the
2 deposition transcript.)
3     FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
4 BY MR. STRAPP:
5 Q First I'd like to ask you, Mr. Lawson,
6 about Exhibit 4. That's the document that
7 Mr. Schultz was asking you about, the large binder
8 clipped document.
9 A Oh, yes.
10 Q Taking a look at that document now in front
11 of you, can you describe for me how you know that
12 that document is the database schema for Lawson
13 release 5.0? What in the document indicates to you?
14 A It was told to me it was, so the person who
15 handled it to me, I believe.
16 Q Okay. But you don't have any independent
17 knowledge sitting here today that that document is a
18 database schema for release 5.0, is that correct,
19 independent from what you were told by others?
20 A No, but I can assure you it is. I don't
21 know what to say.
22 Q Did you say no, but I can assure you it is

### Page 72

1 or no, but I can show it is? I'm just trying -- I'm
2 trying to get -- I'm trying to understand how it is
3 here that you're testifying as Lawson's corporate
4 representative about a particular document that you
5 contend is Lawson 5.0. I don't have any reason not
6 to accept you at your word. I just want to
7 understand what the basis is for your belief that
8 it's 5.0?
9 A It was -- it was generated out of the
10 information that was connected to our release 5.0 by
11 a technical person who has -- who I have total
12 confidence in, got it strict -- strictly from 5.0.
13 Q And was that from a database that maintains
14 5.0 information?
15 A It maintained this, yes.
16 Q And is that database located -- is that a
17 database that's maintained by Lawson Software today?
18 A I don't know if we've maintained this one
19 today. Well, it's around, but we have newer
20 releases. And this is an old release that's
21 unsupported right now, so I don't know what the word
22 "maintained" would be then.