**EXHIBIT 1**

| Bates Number | Description | Date Produced |
|---|---|---|
| L0004381 | Lawson Software Release 6.0 | 09/03/2009 |
| L0008524 | Cash Ledger Procedures Manual Release 6.0 | 09/03/2009 |
| L0008603 | Currency Procedures Manual Release 6.0 | 09/03/2009 |
| L0008635 | Billing Procedures Manual Release 6.0 | 09/03/2009 |
| L0008751 | Employee Advance and Expense Procedures Manual Release 6.0 | 09/03/2009 |
| L0008855 | Cost Allocations Module Release 6.0 | 09/03/2009 |
| L0009105 | Billing Training Manual Release 6.0 | 09/03/2009 |
| L0009225 | Billing Training Manual Release 6.1 | 09/03/2009 |
| L0009391 | Billing Procedures Manual Release 6.1 | 09/03/2009 |
| L0009529 | Accounts Payable Conversion Manual Release 6.0 | 09/03/2009 |
| L0009585 | Interface Procedures Manual Release 6.0 | 09/03/2009 |
| L0009625 | Cash Ledger Conversion Manual Release 6.0 | 09/03/2009 |
| L0009660 | Flexible Budgeting Procedures Manual Release 6.0 | 09/03/2009 |
| L0009725 | Requisitions Procedures Manual Release 6.0 | 09/03/2009 |
| L0009986 | Requisition Training Manual Release 6.0 | 09/03/2009 |
| L0010088 | Accounts Payable 6.1 | 09/03/2009 |
| L0010093 | 6.0 to 6.1 Data Base Changes | 09/03/2009 |
| L0010126 | Release 6.1 Enhancements | 09/03/2009 |
| L0010165 | 6.1 Product Launch Feature/Benefit Documents | 09/03/2009 |
| L0010186 | Lawson Sub-System Year End Closing Procedures 5.0/6.0 | 09/03/2009 |
| L0010205 | Accounts Payable UNIX Laser Payment Forms Release 6.1 | 09/03/2009 |
| L0010221 | Fixed Assets Procedures Manual Release 6.0 | 09/03/2009 |
| L0010309 | Accounts Payable Procedures Manual Release 6.0 | 09/03/2009 |
| L0010596 | Requisitions Procedures Manual Release 6.1 | 09/03/2009 |
| L0010657 | Flexible Budgeting Procedures Manual release 6.1 | 09/03/2009 |
| L0010691 | General Ledger Procedures Manual Release 6.1 | 09/03/2009 |
| L0010755 | Employee Expense Procedures Manual Release 6.1 | 09/03/2009 |
| L0010799 | Terma Procedure Manual Release 6.1 | 09/03/2009 |
| L0010832 | Inventory Control - Unix Conversion Manual Release 6.1 | 09/03/2009 |
| L0010895 | Projects Procedures Manual Release 6.1 | 09/03/2009 |
| L0010962 | Sales Analysis Procedures Manual Release 6.1 | 09/03/2009 |
| L0011020 | Inventory Control Manual Procedures Manual Release 6.1 | 09/03/2009 |
| L0011138 | Accounts Payable Procedures Manual Release 6.1 | 09/03/2009 |
| L0011267 | Lawson Applications Release 6.1 | 09/03/2009 |
| L0011305 | Purchase Order Unix Conversion Manual Release 6.1 | 09/03/2009 |
| L0011350 | Cash Ledger Unix Conversion Manual Release 6.1 | 09/03/2009 |

| | | |
|---|---|---|
| L0011379 | Purchase Order Procedures Manual Release 6.1 | 09/03/2009 |
| L0011452 | Projects Procedure Manual Release 6.1 | 09/03/2009 |
| L0011519 | Currency Procedures Manual Release 6.1 | 09/03/2009 |
| L0011550 | Cash Ledger Procedure Manual Release 6.1 | 09/03/2009 |
| L0011601 | Reporter Procedures Manual Release 6.1 | 09/03/2009 |
| L0011648 | General Ledger Unix Conversion Manual Release 6.1 | 09/03/2009 |
| L0011698 | General Ledger Conversion Manual 6.0 | 09/03/2009 |
| L0011761 | Cost Allocations Module Release 6.0 | 09/03/2009 |
| L0011849 | Accounts Receivable Procedure Manual for Unix Release 6.0 | 09/03/2009 |
| L0012145 | Order Entry Conversion Manual for Unix Release 6.0 | 09/03/2009 |
| L0012181 | Accounts Payable Procedures Manual Release 6.0 | 09/03/2009 |
| L0012468 | Billing Conversion Manual for Unix Release 6.0 | 09/03/2009 |
| L0012492 | Purchase Order  Conversion Manual Release 6.0 | 09/03/2009 |
| L0012518 | Order Entry Conversion Manual for Unix Release 6.0 | 09/03/2009 |
| L0012554 | Requisition Procedure Manual Release 6.0 | 09/03/2009 |
| L0012600 | Order Entry Procedures Manual Release 6.0 | 09/03/2009 |
| L0012800 | Inventory Control Conversion annual Release 6.0 | 09/03/2009 |
| L0012837 | Inventory Control Procedure Manual Release 6.0 | 09/03/2009 |
| L0013146 | Purchase Order Procedure Manual Release 6.0 | 09/03/2009 |
| L0014150 | Purchase Order Conversion Workbook Release 6.1 | 09/03/2009 |
| L0014248 | Report Samples 6.1 | 09/03/2009 |
| L0014312 | Report Samples Financial Report Writer 6.1 | 09/03/2009 |
| L0014345 | Report Samples Cost Allocations 6.1 | 09/03/2009 |
| L0014359 | Report Samples Flexible Budgeting 6.1 | 09/03/2009 |
| L0015260 | Unix Upgrade Release Notes Release 5x to 6.0 | 09/03/2009 |
| L0015320 | Unix Upgrade Manual 5.x to 6.0 | 09/03/2009 |
| L0015615 | Purchase Order Release 6.0 | 09/03/2009 |
| L0016474 | Release 6.0 | 09/03/2009 |
| L0016513 | Upgrade Manual 5.x to 6.0 | 09/03/2009 |
| L0017230 | Summary of Difference 5.0 and 6.0 | 09/03/2009 |
| L0017469 | Re- Installation Instructions 6.0 | 09/03/2009 |
| L0022658 | 6.1 Product Enhancement Statements | 09/03/2009 |
| L0024261 | Purchase Order Release 6.0 | 09/03/2009 |
| L0024358 | Purchase Order Release 6.0 with Notes | 09/03/2009 |
| L0024436 | Purchase Order 6.0 Enhancement Design | 09/03/2009 |
| L0024569 | Lawson Purchase Order Release 6.0 | 09/03/2009 |
| L0026482 | Lawson Sub-System Year End Closing Procedures 5.0/6.0 | 09/03/2009 |

| | | |
|---|---|---|
| L0026501 | Lawson Sub-System Year End Closing Procedures 5.0/6.0 | 09/03/2009 |
| L0026605 | Lawson Inventory Control System 6.0 Training Agenda | 09/03/2009 |
| L0026777 | Projects System - Release 6.1 Enhancements | 09/03/2009 |
| L0026784 | Accounts Payable 6.1 | 09/03/2009 |
| L0026789 | 6.0 to 6.1 Data Base Changes | 09/03/2009 |
| L0026822 | Release 6.1 Enhancements | 09/03/2009 |
| L0026838 | 6.1 Applications | 09/03/2009 |
| L0026861 | 6.1 Product Launch | 09/03/2009 |
| L0377723-377956 | Unix Upgrade Release Notes Release 6.0 to 6.1 | 05/10/2010 |
| L0377959-378124 | Unix Upgrade Release Notes Release 6.0 to 6.1 | 05/10/2010 |
| L0378127 | Unix Upgrade Release Notes Release 6.0 to 6.1 | 05/10/2010 |