# EXHIBIT 3

# (First page provided for reference only)



# LAWSON ASSOCIATES INC.
PINSTRIPE® Products

**ACCOUNTS PAYABLE SYSTEM**
Unisys — User Guide
Release 4.0 — December 1, 1987

LC000001