# EXHIBIT 4

# (First page provided for reference only)

PINSTRIPE® Products
SECURITY SYSTEM
RELEASE 4.0
UNISYS/Burroughs

# TABLE OF CONTENTS

SECTION

| | | |
|---|---|---|
| | IN | Introduction |
| | SM | Summary |
| | FC | System Flowcharts |
| | UP | User Procedures |
| | PS | Program Summaries |
| | SF | Screen Formats |
| | RL | Report Layouts |
| | DF | Data File Descriptions |
| Appendix A | | Security System Installation |
| Appendix B | | Security System Setup |
| Appendix C | | Setting Up Security Types |


This material is proprietary to Lawson Associates Inc and is not to be reproduced or disclosed except in accordance with software contract provisions or upon written authorization by Lawson Associates Inc , 1300 Godward Street Minneapolis MN 55413-1764   COPYRIGHT c 1979 — 1988

LC000504

PINSTRIPE® Products

SECURITY SYSTEM

RELEASE 4.0

UNISYS/Burroughs

RELEASED

JANUARY 27, 1989

This material is proprietary to Lawson Associates Inc. and is not to be reproduced or disclosed except in accordance with software contract provisions or upon written authorization by Lawson Associates Inc. 1300 Godward Street, Minneapolis MN 55413-1764 COPYRIGHT © 1979 — 1988

LC000505