# EXHIBIT 5

# (First page provided for reference only)

PINPOINT™ Products

PURCHASE ORDER SYSTEM

TUTORIAL

RELEASE 5.0

COBOL

FEBRUARY 7, 1990

**DRAFT COPY**


This material is proprietary to Lawson Associates Inc. and is not to be reproduced or disclosed except in accordance with software contract provisions or upon written authorization by: Lawson Associates Inc., 1300 Godward Street, Minneapolis, MN 55413-1764   COPYRIGHT © 1979 – 1990