# EXHIBIT 6

# (First page provided for reference only)



...WHATEVER IT TAKES!

# PAYROLL SYSTEM

## User Guide

COBOL — 5.0                     April 15, 1992

LC000779