# EXHIBIT 8

**Kristin M. Drieman**

| | |
|---|---|
| **From:** | William D Schultz |
| **Sent:** | Wednesday, April 28, 2010 4:37 PM |
| **To:** | 'Strapp, Michael' |
| **Cc:** | Kristin M. Drieman; Joshua P. Graham |
| **Subject:** | RE: Fifth Notice of Deposition |

Michael, following my email from April 14, we have not heard from you on scheduling a deposition regarding Lawson's version 6 software.  Please let us know if you still plan to take that deposition.  As we indicated before, Mr. Dooner will be made available to testify related to the topics in ePlus's Fifth Notice of Deposition that relate to version 6 software if you choose to proceed.  Thank you.

Will

---

**From:** William D Schultz
**Sent:** Wednesday, April 14, 2010 1:47 PM
**To:** Strapp, Michael
**Cc:** Kristin M. Drieman
**Subject:** Fifth Notice of Deposition

Michael, this email relates to ePlus's Fifth Notice of Deposition related to Version 6 of Lawson's system.  As we have stated in our responses to Interrogatories, Lawson intends to rely on Version 6 to provide background information and context in relation to Lawson's obviousness claims.  We do not think we can draft acceptable language at this time to place restrictions on Lawson's use of the Version 6 system at trial.  Therefore, we will make a witness available.  Please let us know if next Thursday will work for that deposition.

Additionally, we spoke regarding ePlus's inclusion of the Lawson General Ledger application and the Cost Allocations module in the Fifth Deposition Notice.  Those applications are not part of the Lawson procurement programs.  If you desire to move forward with the deposition, we request that you remove those from the notice.

Will

**William D. Schultz**
Partner
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

**Telephone** (612) 336-4677
**Fax** (612) 332-9081
**www.merchantgould.com**

**GUARDIANS OF GREAT IDEAS** [®]

Atlanta | Denver | Knoxville | Madison | **Minneapolis** | Omaha | Seattle | Washington D.C.

Note: This e-mail message is confidential, and may be privileged, or otherwise protected by law. If you are not the intended recipient, please (1) Reply via e-mail to sender; (2) Destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) Refrain from copying or disseminating this communication by any means whatsoever. Thank you.