**EXHIBIT 11**

Systems are running on two platforms: HP-UX PA-RISC and IBM i.

Currently running vintage systems include -

HP-UX:
5.0 applications on Unix Universe 2.0 from 1993 (environment:20 product line: cobdeliv)
2 versions of 5.0 applications on Unix Universe 2.1 from 1995 (environment:50 product lines: support, cyclical)
6.0 and 6.1 applications on Unix Universe 2.1 from 1995 (environment:61 product lines: wip60, sup61)

IBM i:
6.1 applications on AS/400 Universe 6.2 apparently from 1999



Configuration of Systems:

An existing LAWSON user profile was used.

The Ciber provided system was restored to libraries of the same name that they were saved from. Two commands were required to configure the system to allow it to be used:

```
CHGDTAARA DTAARA(LAWSON/LAWSON (18 1)) VALUE('0')
CLRPFM FILE(LAWSON/DBMNMU)
```

A job description called DEMO61 was created to specify a library list of the Ciber provided libraries and the QTEMP and QGPL libraries.

A user profile called DEMO61 was created. The DEMO61 user profile has a group profile of LAWSON, uses the DEMO61 job description and an initial program of LAWSON/MN00X.


Regarding the systems running on HP-UX:

An existing lawson user was used. The lawson user's primary group is lawson.

For each instance of Universe a number of environment variables are set:

GENDIR - the Universe directory
LAWDIR - the applications directory; print files; configuration files; log files
LADBDIR - the database dictionary and data directory
LAWIPC - a number to uniquely identifiy the instance of Universe on the system
COBDIR - the root directory of MicroFocus COBOL
SHLIB_PATH - the HP-UX shared library path which must include $COBDIR/lib
PATH - must include $GENDIR/bin, $COBDIR/bin, /usr/ccs/bin and /usr/bin

Lawson Universe shell scripts were modified to use the MicroFocus COBOL installed on the system. The COBOL applications were then compiled.

A change to the "support" product line's AP10 to correct a syntax error was made to allow the program to compile

A 64-bit Microsoft Windows machine and will access the Ciber-provided system via IBM Client Access 7.1. (IBM Client Access for Windows is included with the IBM i, but V5R4 does not have a 64-bit version of Client Access.)

The other systems are running on an HP-UX 11.11 machine:

HP-UX 11i Operating Environment Component B.11.11.0509
HP-UX Base OS Auxiliary B.11.11.0509
HP C/ANSI C Developer's Bundle for HP-UX (S800) version B.11.11.14
ANSI C compiler B.11.11.14 cumulative patch (PHSS_34412)
MicroFocus Server Express version 2.2 service pack 1

Access to the HP-UX machine is provided by the Lawson Interface Desktop on Microsoft Windows. Any version that will run on the PC will do; the most recent version is 9.0.1.4.

IBM i:
System Name: usspi004
Model 9406-520
Processors: 2
Memory: 16GB
Disk: 900GB

HP-UX:
System Name: prhtec01
Model RP3440
Processors: 4
Memory: 6GB
Disk: 528GB

5.0 demo notes

Recompile of Lawson, found on unix server at Lawson.

Unix version 1991 date   lawson, lawsonr&d     IP address is prhtec01

Company  is 9,

Buyer is RM,   Item is BOX50,  UOM is BOX,  Current year is 1990   9/30/90.  Navigation Is 1.  PO20


PO20, PO30, PO 40.

Vendor number is 1   name is one.

Buer code is    RM

Item group is    BC

Item number are  101, 102   Location  1

Requester is    RICK

CORP, 600 is the accounting unit and account.

AP20  Vendor search use *JE* for search on vendor number .   Wildcard * work well.


Applications were recompiled

5.0 products are on cobdeliv and were from 1993,  support is product line    .  cv   50 is unix command to change version levels  . cv 61 is universe level

61 are from 1995 time frame,  wip60,sup61  are product lines

Demo 61 - I series, AS400 data 1998 source code, release 6.1 data GA 10/1995.

Data for Deposition 6/8/10

Company 1010

Vendor Group is 101,

Vendor number is 7 – Grain Warehouse.

Item group for IC is 1010

IC30 Item Search, IC11 item master, IC12 Item Location

Requester is 1 – Jeff Hvass

Item number is 101, 102    Generic name is Deposition, Inventory class are 101 major, 1,2,3 for item search.

Location is MPLS for item location


Batch is 1 is ma40 batch numbers