# EXHIBIT 12

# Hvass, Jeff

| | |
|---|---|
| **From:** | Geiger, Bob |
| **Sent:** | Thursday, June 03, 2010 11:33 AM |
| **To:** | Hvass, Jeff; Groff, Dan; Shimada, Roger |
| **Cc:** | Kneer, Eric; DeBaud, Jean-Marc |
| **Subject:** | ePlus Patent Litigation - 6.1 RQ program compile information |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png |

One of Jeff's requirements is to provide information about the server and programs that the Lawson 6.1 system is running on for his "demonstration". It's running on a currently supported IBM i (AS/400) server which is running OS/400 V5R4:



However, as you can see below, the compiled object (binary) was created on 01/29/99 and the "System Level" it was compiled on is the very old V4R2M0 release.

Also, the actual compile date of an example "RQ" program will be helpful *(including the "Source file change date/time", the " Program creation date/time", and the "Earliest release that program can run", etc.)*:

This screen shows the "System level" and "Compiler" that Requisitions Maintenance program was compiled on:



1



This screen shows "Program creation date/time" and the "Source file change date/time" for the Requisitions Maintenance program:

```
USSPJ004                                                                    _ □ ×
 File  Edit  View  Communication  Actions  Window  Help
 [toolbar icons]
          Host: USSPJ004        Port: 23         Workstation ID:

                        Display Program Information

 Program  . . . . . . . :  RQ10           Library . . . . . . . :  LAWPGM
 Owner . . . . . . . . :  LAWSON
 Program attribute . . :  RPG

 Program creation information:
   Program creation date/time . . . . . . . . . :   01/29/99  15:01:59
   Type of program  . . . . . . . . . . . . . . :   OPM
   Source file  . . . . . . . . . . . . . . . . :   RQRPGSRC6
     Library  . . . . . . . . . . . . . . . . . :     DEVDS
   Source member  . . . . . . . . . . . . . . . :   RQ10
   Source file change date/time . . . . . . . . :   12/15/98  14:07:51
   Observable information . . . . . . . . . . . :   *ALL
   User profile . . . . . . . . . . . . . . . . :   *USER
   Use adopted authority  . . . . . . . . . . . :   *YES
   Fix decimal data . . . . . . . . . . . . . . :   *NO
   Teraspace enabled  . . . . . . . . . . . . . :   *NO

                                                                      More...
 Press Enter to continue.

 F3=Exit    F12=Cancel
 (C) COPYRIGHT IBM CORP. 1980, 2005.
 MA   A              MW                                                 01/00
    E0004 - Invalid password
```

This screen shows the OS/400 version "Earliest release that program can run" for the Requisitions Maintenance program:



All other programs included in the demonstration should have similar dates.

**Hope this helps.**