# EXHIBIT 19









