**EXHIBIT 20**

**Kristin M. Drieman**

| | |
|---|---|
| **From:** | Kristin M. Drieman |
| **Sent:** | Wednesday, June 02, 2010 5:00 PM |
| **To:** | 'Strapp, Michael'; 'ePlus Goodwin Service' |
| **Cc:** | William D Schultz |
| **Subject:** | ePlus v. Lawson |
| **Attachments:** | Download libraries.docx |

Michael,

Attached please find instructions regarding the source code files produced as L0417613.  The documents referenced in the instructions were downloaded from the ftp site and copied to the DVD provided to you on May 24, 2010.

Thank you.

**Kristin M. Drieman**
Paralegal
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

**Telephone** (612) 336-4703
**Fax** (612) 332-9081
**www.merchantgould.com**

**GUARDIANS OF GREAT IDEAS** ®

Atlanta | Denver | Knoxville | Madison | **Minneapolis** | New York City | Omaha | Seattle | Washington D.C.

Note: This e-mail message is confidential, and may be privileged, or otherwise protected by law. If you are not the intended recipient, please (1) Reply via e-mail to sender; (2) Destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) Refrain from copying or disseminating this communication by any means whatsoever. Thank you.



Create 4 save files – one for each library.
Start an FTP session – be in BIN mode
FTP the files from CIBER's FTP site

| Save file | Library | Number of objects |
|---|---|---|
| LAW61ENV | LAWSON | 1866 |
| LAW61DBF | LAWDBFTRN | 4123 |
| LAW61PGM | LAWPGM | 6324 |
| LAWS61SRC | LAWSRC | 75 |

Do a RSTLIB to restore the libraries.