```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683008972
Cashier ID: cgarner
Transaction Date: 07/07/2010
Payer Name: CHRISTIAN BARTON LLP
-----------------------------------
PRO HAC VICE
 For: CHRISTIAN BARTON LLP
 Case/Party: D-VAE-3-10-CR-PROHAC-001
 Amount:      $50.00
-----------------------------------
CHECK
 Check/Money Order Num: 421478
 Amt Tendered: $50.00
-----------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

3:09CV620
DANIEL MARK FORMAN
```