# EXHIBIT 2



UNITED STATES PATENT AND TRADEMARK OFFICE

JAA/CB

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/008,104 | 09/15/2006 | 6023683 | EPL-001REX | 2837 |

| | EXAMINER |
|---|---|
| 70813    7590    06/30/2010<br>GOODWIN PROCTER LLP<br>901 NEW YORK AVENUE, N.W.<br>WASHINGTON, DC 20001 | POKRZYWA, JOSEPH R |

| ART UNIT | PAPER NUMBER |
|---|---|
| 3992 | |

| MAIL DATE | DELIVERY MODE |
|---|---|
| 06/30/2010 | PAPER |

122830.172861
EPL-001

RECEIVED
JUL 07 2010
GOODWIN PROCTER

**Please find below and/or attached an Office communication concerning this application or proceeding.**

The time period for reply, if any, is set in the attached communication.

A 7/7/10

PTOL-90A (Rev. 04/07)



### UNITED STATES PATENT AND TRADEMARK OFFICE

Board of Patent Appeals and Interferences

|  |  |  |
|---|---|---|
| GOODWIN PROCTER, LLP | Appeal No: | 2010-007,804 |
| 901 NEW YORK AVENUE, N.W. | Appellant: | 6023683, EPLUS Inc.(Owner), SAP America SAP AG(3rd Pty. Reqs.), Lee Patch, Esq.et al. |
| WASHINGTON, DC 20001 | Application No: |  |
|  | Hearing Room: | 90/008,104 |
|  | Hearing Docket: | A |
|  | Hearing Date: | B |
|  | Hearing Time: | Wednesday, October 06, 2010 |
|  | Location: | 10:00 AM |
|  |  | Madison Building - East Wing |
|  |  | 600 Dulany Street, 9th Floor |
|  |  | Alexandria, Virginia 22313-1450 |

## NOTICE OF HEARING
## CONFIRMATION REQUIRED WITHIN TWENTY-ONE DAYS

Your attention is directed to 37 CFR § 41.47. The above identified appeal will be heard by the Board of Patent Appeals and Interferences on the date indicated. Hearings will commence at the time set and as soon as the argument in one appeal is concluded, the succeeding appeal will be taken up. The time allowed for argument is twenty minutes unless additional time is requested and permitted before the argument is commenced. If there are any inquires, please contact the Clerk of the Board at 571-272-9797.

**The application involved in this appeal has been published. Accordingly, the hearing in this appeal is open to the public.**

CONFIRMATION OR WAIVER OF THE HEARING IS REQUIRED. This form must be completed below and facsimile transmitted to both: (1) the USPTO Central fax number (official copy), and (2) the Board of Patent Appeals and Interferences fax number (courtesy copy) within TWENTY-ONE (21) DAYS from the mailing date of this notice indicating confirmation or waiver of the hearing. A copy of this notice may be alternately filed by mail if facsimile is not available.

BPAI HEARINGS FAX No: (571) 273-0299        USPTO Central Fax No: (571) 273-8300

BPAI Mailing Address:    Board of Patent Appeals and Interferences
                         United States Patent and Trademark Office
                         P.O. BOX 1450
                         Alexandria, Virginia 22313-1450

In all communications relating to this appeal, please identify the appeal by its number.

**CHECK ONE:   ( ) HEARING ATTENDANCE CONFIRMED        ( ) HEARING ATTENDANCE WAIVED**

_____        _____        _____
Signature of Attorney/Agent/Appellant      Date               Registration No.

Names of other visitors expected to accompany counsel: _____

For information on visitor access to hearing rooms and security procedures at the USPTO Alexandria Campus, see
http://www.uspto.gov/web/offices/dcom/gcounsel/contact.htm#bpai_contacts

cc: Third Party Requester

LEE PATCH, ESQ.
DAY CASEBEER MADRID & BATCHELDER
20300 STEVENS CREEK BLVD., SUITE 400
CUPERTINO, CA 95014