# EXHIBIT 3

VIDEOTAPED DEPOSITION OF JEFFREY L. HVASS
CONDUCTED ON TUESDAY, JUNE 8, 2010

1 (Pages 1 to 4)

---

**Page 1**

```
IN THE UNITED STATES DISTRICT COURT
  FOR THE EASTERN DISTRICT OF VIRGINIA
           Richmond Division

- - - - - - - - - - - - - - - +
                               |
ePLUS iNC.,                    |
                               |
     Plaintiff,                |
                               |
                               | Civil Action No.
     vs.                       | 3:09-CV-620 (JRS)
                               |
LAWSON SOFTWARE, INC.,         |
                               |
     Defendant.                |
                               |
- - - - - - - - - - - - - - - +

        Videotaped 30(b)(6) Deposition of
             LAWSON SOFTWARE, INC.
        BY AND THROUGH ITS REPRESENTATIVE
              JEFFREY L. HVASS
                Washington, DC
                 June 8, 2010
                 10:00 a.m.
Job No. 1-180349
Pages 1 - 252
Reported by:  Michele E. Eddy, RPR, CRR, CLR
```

---

**Page 2**

```
        Videotaped Deposition of
             JEFFREY L. HVASS

   Held at the offices of:
        GOODWIN PROCTER, LLP
        901 New York Avenue, Northwest
        Washington, DC  20001
        (202) 346-4000










     Pursuant to Notice, before Michele E. Eddy,
Registered Professional Reporter, Certified Realtime
Reporter, and Notary Public in and for the District of
Columbia.
```

---

**Page 3**

```
            A P P E A R A N C E S


ON BEHALF OF THE PLAINTIFF:
     MICHAEL STRAPP, ESQUIRE
     Goodwin Procter
     Exchange Place
     53 State Street
     Boston, Massachusetts  02109
     Telephone:  (617) 570-1658
     - AND -
     JAMES D. CLEMENTS, ESQUIRE
     JENNIFER A. ALBERT, ESQUIRE
     Goodwin Procter
     901 New York Avenue, Northwest
     Washington, DC  20001
     Telephone:  (202) 346-4000
```

---

**Page 4**

```
ATTENDANCE, Continued


ON BEHALF OF THE DEFENDANT:
     WILLIAM D. SCHULTZ, ESQUIRE
     Merchant & Gould
     3200 IDS Center
     80 South Eighth Street
     Minneapolis, Minnesota  55402
     Telephone:  (612) 332-5300


ALSO PRESENT:
     David Bayles, Videographer
     Brooks L. Hilliard, CMC, CCP
```

Page 5

```
 1              EXAMINATION INDEX
 2                                      PAGE
 3   EXAMINATION BY MR. STRAPP . . . . . . . . . . 7, 209
 4   EXAMINATION BY MR. SCHULTZ . . . . . . . . .188, 235
 5
 6
 7
 8              E X H I B I T S
 9          (Attached to the Transcript)
10   DEPOSITION EXHIBIT                    PAGE
11   Exhibit 1  ePlus' Fifth Notice of Deposition    9
12   Exhibit 2  Deposition Points               29
13   Exhibit 3  e-mail sent to Jeff Hvass dated 6-3-10  75
14        from Bob Geiger; re: ePlus patent
15        litigation-6.1 RQ program compiled
16        information
17   Exhibit 4  Letter from Attorney Schultz to Jeff  182
18        Hvass dated 5-27-10
19   Exhibit 5  Screen shots                 218
20   Exhibit 6  109-page document; WIP60_mod.txt    223
21   Exhibit 7  Document, Support_mod.txt       229
22   Exhibit 8  Document, Cyclical_mod.txt      232
```

Page 6

```
 1          THE VIDEOGRAPHER:  Here begins tape number 1
 2   in today's deposition of Jeff Hvass in the matter of
 3   ePlus, Inc. V. Lawson Software, Inc. in the United
 4   States District Court for the Eastern District of
 5   Virginia, Richmond Division, Civil Action Number
 6   3:09-CV-620 REP.
 7          Today's date is June 8th, 2010.  The time is
 8   10:08 a.m.  The videographer is David Bayles.  This
 9   deposition is taking place at 901 New York Avenue,
10   Northwest, in Washington, D.C.
11          Counsel, please voice identify yourselves
12   and state whom you represent.
13          MR. STRAPP:  Michael Strapp with Goodwin
14   Procter for the plaintiff ePlus.
15          MR. CLEMENTS:  Jimmy Clements, Goodwin
16   Procter, plaintiff ePlus.
17          MS. ALBERT:  Jennifer Albert with Goodwin
18   Procter for the plaintiff ePlus.
19          MR. SCHULTZ:  William Schultz of Merchant &
20   Gould for Lawson Software, Incorporated.
21          THE VIDEOGRAPHER:  The court reporter is
22   Michele Eddy of Merrill L.A.D.
```

Page 7

```
 1          Would the reporter please swear in the
 2   witness.
 3            P R O C E E D I N G S
 4            JEFFREY L. HVASS,
 5   having been duly sworn, testified as follows:
 6        EXAMINATION BY COUNSEL FOR PLAINTIFF
 7   BY MR. STRAPP:
 8       Q   Mr. Hvass, could you please state your full
 9   name for the record?
10       A   It's Jeffrey Lee Hvass, H-V-A-S-S.
11       Q   What is your current address?
12       A   My current address is 3493 Crestmoor Point
13   in Woodbury, Minnesota, 55125.
14       Q   And are you currently employed by Lawson
15   Software?
16       A   Yes, I am.
17       Q   What is your current title there?
18       A   I'm a solution consultant for our services
19   industries.
20       Q   Do you understand today that I'm going to be
21   asking questions and you're going to be providing
22   answers during this deposition?
```

Page 8

```
 1       A   Yes.
 2       Q   And do you understand that you're under an
 3   obligation to provide truthful and honest answers just
 4   as you would be in a court of law?
 5       A   Yes.
 6       Q   If any of my questions are unclear, I will
 7   ask you to let me know, but if you -- but if you
 8   answer my questions, I will assume that you understood
 9   them.  Is that fair?
10       A   That is fair.
11       Q   And if you need to take a break, let me
12   know.  But if a question is pending, I'll ask you to
13   please answer the question.
14          You also need to answer the questions
15   verbally because the court reporter will be taking
16   down everything that we say today.  Understood?
17       A   Understood.
18       Q   Is there any reason that you feel you would
19   be unable to give me truthful and accurate answers
20   today to my questions?
21       A   No.
22       Q   Have you ever been deposed before?
```

177

1  module we're looking at for Lawson 6.0?
2      A   Requisition Self-Service used a shopping
3  basket concept. It also used an idea of segregating
4  items into categories. And that was something that we
5  had a purchase order.
6          When -- when Requisition Self-Service became
7  available, those categories became requisition lists.
8  So I could say corporate, here's my list for computer.
9  And I worked in the government sector, so we had
10 police items and we had maintenance items, and they
11 became -- you could click on that and then go right
12 into a specified list and just select items you want
13 and drop them right into the shopping basket.
14     Q   So you could search by category in
15 Requisition Self-Service, by category of items?
16     A   Well, those categories actually -- they
17 weren't a search. We predefined them. So you just
18 selected one -- say you were at a location and you had
19 office supplies and let's say non-stocked items. You
20 could click on those and it would just show you the
21 default items that were defined. And then you could
22 go into that list and click on the ones you wanted or

178

1  put a quantity and click add or just click add and it
2  would drop them into the shopping cart.
3          It also had the ability to suspend a
4  shopping cart, which is something requisitions does
5  not do as a shopping cart. It also could print from
6  there, so we could print off in the requisition
7  system. So I'm on a remote location, I want to print
8  it, I print it locally.
9          So it had a bunch more functionality than
10 "standard" requisition, but the Requisition
11 Self-Service also runs through RQ10 to actually create
12 the record. So the RQ Self-Service had more
13 functionality from a look and feel standpoint, but it
14 also created the record from RQ10. You could do no
15 more or no less from RQ10 from creating a final record
16 in the system.
17     Q   But from the point of view of the user, it
18 had a lot more different functionality than
19 requisitions did?
20     A   It was simpler.
21     Q   Do you think it would be acceptable to a
22 Lawson customer today using Lawson Software 9.0, if

179

1  you told them you can't use 9.0 anymore, we're going
2  to have to switch you back to Lawson 5.0 or Lawson 6.0
3  with respect to the procurement software, would that
4  be okay for a customer today?
5      A   An impossible -- excuse me, a customer would
6  not be happy with that functionality.
7          MR. STRAPP: Why don't we take a five-minute
8  break.
9          THE VIDEOGRAPHER: Going off the record.
10 The time is 3:19 p.m.
11         (A brief recess was taken.)
12         THE VIDEOGRAPHER: Back on the record. The
13 time is 3:40 p.m.
14 BY MR. STRAPP:
15     Q   Can you go back to the requisitions module
16 in 6.0 that we were looking at, please.
17     A   Okay, uh-hmm.
18     Q   All right. Now, can you run a search in the
19 requisitions module for a particular description?
20     A   I'm going to the item master file now and I
21 do a select and I get to pick which one I want. Say
22 it's item master. Then here I do a find as a function

180

1  key and then you can do the item description search
2  right here. Like I would say I use item, and then I
3  press enter and then it finds the first one with an
4  item. And then the find next key for the next item,
5  next item, next item.
6      Q   Okay, now, if you -- let's build a
7  requisition with one of the -- with the first item
8  that showed up after you ran that search.
9      A   So I'm going to go back and I'm going to
10 clear the whole form out now. Do you want me to do a
11 search or just pick one?
12     Q   Why don't you do a search.
13     A   Okay, I'll just do it on books here.
14     Q   Okay.
15     A   So there's paperback books, I find it, I
16 press enter, type a quantity in and then I can at this
17 point -- do you want any more items at this point or
18 just to be finished with the requisition?
19     Q   Let's just be finished with the requisition.
20         So you're building the requisition. Now
21 that you've built the requisition, can you see the
22 associated vendor with this particular item?

209

1   FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
2   BY MR. STRAPP:
3   Q   Okay.  So we have some additional questions.
4   We would like to introduce some additional exhibits as
5   well.
6       First, you were just asked by counsel for
7   Lawson whether the functionality of the current
8   versions of purchase order, inventory control and
9   requisitions have changed since version 5.  Do you
10  recall being asked that question?
11  A   Yes.
12  Q   And is it fair to say that the functionality
13  of those modules that Lawson purchased -- is it your
14  testimony that the functionality of those modules
15  within the procurement software that Lawson offers has
16  not changed since version 5 in the early '90s?
17  **A   It has had additional functions brought into**
18  **it, but the -- the substance of creating a**
19  **requisition, creating a purchase order, creating a**
20  **receiver and creating a match business-wise are**
21  **identical.**
22  Q   So is it fair to say, then, that customers

210

1   of Lawson using Lawson 9.0, if they were told by
2   Lawson that they needed to switch back to the
3   procurement modules available in the early '90s with
4   version 5.0 wouldn't have a problem since the basic
5   functionality is the same?
6   **A   The functionality would not cause them any**
7   **issues.  How it navigates and works on their current**
8   **systems wouldn't even exist.**
9   Q   In other words, they would not be able to
10  use those systems today?  Current customers of Lawson
11  Software using version 9 would not be able to use
12  Lawson Software 5.0 today, right?
13  **A   They could if they had the existing hardware**
14  **in the old operating systems.**
15  Q   And are you aware of a single customer of
16  Lawson Software that would be capable of running
17  Lawson 5.0 today?
18  **A   Not 5.0, but I do know of 6.0 ones, they do**
19  **exist.  Nothing in major number, but they still are**
20  **there.**
21  Q   And would it be an available and acceptable
22  alternative for a customer using 9.0 today to be told

211

1   by Lawson, sorry, you can't use 9.0 anymore, you need
2   to use the procurement modules for 5.0?
3   **A   We have never done that for a client.**
4   Q   And you never would, correct?
5   **A   No, it wouldn't be good business practice.**
6   Q   You testified just recently that Lawson 5.0
7   has capability of search functionality within the
8   requisitions module in the 5.0; is that correct?
9   A   That is correct.
10  Q   Could you pull up -- well, to clarify,
11  there's two different versions of Lawson 5.0.  There's
12  -- that you would demonstrate today.  One is the one
13  running on UNIX Universe 2.0 from 1993 that has no
14  data in inventory and item master, correct?
15  A   That is correct.
16  Q   So we can't go into that to build a
17  requisition or search because there's no data,
18  correct?
19  A   That is correct.
20  Q   So let's open up the version of 5.0 that's
21  either the cyclical or support version running on UNIX
22  Universe 2.1 from 1995, and if you could go into the

212

1   requisitions module, I would like to see the search
2   functionality you were describing.
3       So are you now in the requisitions module
4   for 5.0?
5   A   That is correct.
6       MR. SCHULTZ:  Jimmy, could we take a break?
7       MR. STRAPP:  Sure, let's go off the record
8   for a minute, please.
9       THE VIDEOGRAPHER:  Going off the record.
10  The time is 4:48 p.m.
11      (Discussion off the record.)
12      THE VIDEOGRAPHER:  Back on the record.  The
13  time is 4:49 p.m.
14  BY MR. STRAPP:
15  Q   All right.  So we're now in requisitions
16  module 5.0?
17  A   That is correct.
18  Q   All right.  And can you demonstrate for me
19  how to run a search here?
20  **A   So you can go in and do a select and find**
21  **your items and then put in a group number or**
22  **description like ZEZ and find the item and then drop**