# EXHIBIT 8

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| | )   **Civil Action No. 3:09cv620(REP)** |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT LAWSON SOFTWARE, INC.'S OBJECTIONS AND SUPPLEMENTAL
ANSWERS TO PLAINTIFF ePLUS INC.'S INTERROGATORY NOS. 10, 14, AND 24**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Lawson

Software, Inc., ("Lawson") hereby provides supplemental responses to Plaintiff ePlus, Inc.'s

("ePlus") Interrogatory Nos. 10, 14, and 24 as set forth below.

**GENERAL OBJECTIONS**

1.      Lawson generally objects to ePlus's interrogatories to the extent they seek to

impose upon Lawson any obligations different from, or in addition to, those obligations imposed

by the Federal Rules of Civil Procedure or the Civil Local Rules. Lawson's responses shall be

controlled by the requirements imposed by the Federal Rules of Civil Procedure, Federal Rules

of Evidence or the applicable Local Rules.

2.      Lawson objects to ePlus's interrogatories to the extent that they are overly broad,

vague, ambiguous and unduly burdensome in that they do not clearly define what information is

requested or because they are not reasonably limited in scope and time.

installation of Lawson software.  Lawson further objects that the use of the terms listed in (a)-(e) are vague and ambiguous.

**RESPONSE TO INTERROGATORY NO. 14:**

Subject to and without waiving its objections, Lawson responds that, based on Lawson's investigation to date, the Inventory Control Module was originally released as Version 3.2 at least as early as 1986, and was conceived and reduced to practice sometime before that date; the Purchase Order Module was originally released as Version 4 at least as early as early 1987, and was conceived and reduced to practice sometime before that date; the Order Entry Module was originally released as Version 5 at least as early as 1990, and was conceived and reduced to practice sometime before that date; the Requisitions Module was originally released as Version 6 at least as early as 1992, and was conceived and reduced to practice sometime before that date; the Requisitions Self Service (RSS) Module was originally released as Version 7.0.6 at least as early as early 1998, and was conceived and reduced to practice sometime before that date; Version 2.10 of the Retail Operations Module was acquired in February 2003, and was conceived and reduced to practice sometime before that date; the Purchasing Module was originally released as Version 2 at least as early as 1983, and was conceived and reduced to practice sometime before that date; the eProcurement Module was originally released as Version 12.5 at least as early as 2002, and was conceived and reduced to practice sometime before that date. The current version of the Inventory Control, Purchase Order, Order Entry, Requisitions, and RSS Modules is Version 9.0.1, released in May 2009; the Purchasing and eProcurement Modules were rebranded when acquired by Lawson in 2006; the current version of the Purchasing and eProcurement Modules is Version 7.1, released in 2007. In addition, ePlus has set forth numerous requests for production of documents addressing this issue. Accordingly, for

additional information responsive to this interrogatory, ePlus may refer to the documents produced by Lawson in response to ePlus's document requests.

Lawson reserves the right to supplement its response to this interrogatory, where appropriate, in accordance with its continuing investigation into these matters.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14:

Larson clarifies that the following product versions were released in May 2009:  version 9.0.1.2 of the Inventory Control Module; version 9.0.1.2 of the Purchase Order Module; version 9.0.1.2 of the Requisitions Module; and version 9.0.1.0 of the Requisitions Self Service (RSS) Module.  Larson also clarifies that version 2.10 of the Retail Operations Module was released in February 2003, and the current version, version 2.12.1, was released in 2005.

Lawson further responds that for each of the modules listed in response to this Interrogatory, there were numerous versions between the first-released version and the current version.  Pursuant to Federal Rule of Civil Procedure 33(d),  Lawson identifies the following ranges of Bates numbers as identifying documents having responsive information: L0009725-73; L0009986-10038; L0010596-656; L0010832-94; L0011020-137; L0011305-49; L0011379-451; L0012145-L0012180; L0012492-517; L0012554-3295; L0013996-4247; L0014616-5017; L0015615-6422; L0016474-507; L0017144-236; L0027928-64349; L0157227; and L0157228-596.

## SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 14:

The following M3 modules have one or more of features listed in Interrogatory No. 14: M3EPR and M3PUR.  Version 3 of these modules was released in 2003; version 5 in 2005; and version 7 in 2007.

The following S3 modules have one or more of the features listed in Interrogatory No.

14: IC; RQ; PO; RSS; and OE.  Version 8 of IC, RQ, PO, and OE was released in 1999; RSS in 2002.  Version 9 of IC, RQ, PO, RSS, and OE was released in 2006.

**Interrogatory No. 24:**

Identify, on a customer-by-customer basis for each Lawson customer, from May 2003 until the present:  (i) the modules of Lawson's S3 Supply Chain Management Suite and/or M3 Supply Chain Management Suite and/or other Lawson Electronic Sourcing and Procurement System(s) and/or Service(s) which Lawson has made, used, sold, offered for sale, imported, licensed, implemented, maintained, and/or serviced for/to each such customer, and/or which modules such customers used, purchased, licensed, implemented or had implemented, maintained or had maintained, or serviced or had serviced; (ii) for each such customer the dates and periods of time during which these activities occurred for each such module(s) and combination(s) of modules; and (iii) the revenues to Lawson attributable to each customer with respect to these activities and for each such module(s) and combination(s) of modules, including revenues relating to license fees, maintenance and support fees, implementation, training, and consulting.  The modules pertinent to this interrogatory include, without limitation, the Lawson S3 Purchase Order, Requisitions, Inventory Control, Requisitions Self-Service, Procurement Punchout and EDI modules, and/or the M3 e-Procurement module.  Your answer must include, without limitation, an identification of all Lawson customers that have purchased, licensed, used, and/or implemented any of the above-identified modules from May 2003 to the present, and the combinations/configurations/arrangements of such modules for each such customer during this period of time.

**OBJECTION TO INTERROGATORY NO. 24:**

Lawson objects to Interrogatory No. 24 on all the grounds set forth in its General

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| *e*PLUS, INC., | ) |
| | ) |
| | )   Civil Action No. 3:09-cv-620 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on December 23, 2009, I caused the following documents:

1. Defendant Lawson Software, Inc.'s Objections and Supplemental Answers to Plaintiff ePlus Inc.'s Interrogatory Nos. 10, 14, and 24;

2. Appendices A, B, C & D; and

3. Certificate of Service.

to be served on the following individuals via electronic mail:

Goodwin Proctor ePlus team at ePlusGoodwinService@goodwinprocter.com
Craig Merritt at cmerritt@cblaw.com
Henry Willett at hwillett@cblaw.com
Kimberly Perkins at kperkins@cblaw.com
Leslie Blacka at lblacka@cblaw.com
Perry Coburn at pcoburn@cblaw.com
Stephanie VanBuren at svanburen@cblaw.com

Dated:  December 23, 2009

Carol A. Nystrom