# EXHIBIT NO. 9
# PLACEHOLDER
# FILED UNDER SEAL