IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF ePLUS, INC.'S REPLY BRIEF IN FURTHER SUPPORT OF MOTION *IN LIMINE* NO. 9: TO EXCLUDE TESTIMONY, EVIDENCE, OR ARGUMENT OF IMPROPER COMPARISONS BETWEEN ACCUSED PRODUCTS AND COMMERCIAL EMBODIMENTS OF EPLUS, INC. AND ITS PREDECESSORS FOR THE PURPOSE OF PROVING NON-INFRINGEMENT**

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100

*Attorneys for Plaintiff, ePlus Inc.*

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000

Defendant Lawson Software, Inc. ("Defendant" or "Lawson") concurs that it may not attempt to compare commercial embodiments of Plaintiff ePlus, Inc. ("ePlus") and its predecessors to Defendant's accused products for the purposes of analyzing infringement. Defendant argues, however, that evidence of ePlus's commercial embodiments may be relevant to other issues, specifically, damages, obviousness (secondary considerations), and willfulness. While the relevance or admissibility of any particular evidence for those limited purposes seems unlikely, that question should not be resolved on this motion; the parties appear to agree that, at a minimum, evidence of ePlus's or its predecessors' commercial embodiments cannot be considered for the purpose of an infringement analysis.

As with ePlus's eighth motion *in limine*, this motion does no more than acknowledge black-letter patent law, as evidenced by the fact that the Model Jury Instructions of the American Intellectual Property Association ("AIPLA") provide the same direction to the jury.  *See* Ex. 11 (AIPLA Model Jury Instruction No. 3.0 Infringement – Generally) ("***in deciding the issue of infringement you may not compare [the Defendant]'s accused [[product] [method]] to [the Plaintiff]'s commercial [[product] [method]]***.  Rather, you must compare the [Defendant]'s accused [[product] [method]] to the claims of the [abbreviated patent number] patent when making your decision regarding infringement.") (emphasis added).[1]  In the *SAP* litigation this Court provided this same instruction to the jury.

At a minimum, therefore, ePlus's demonstration system of its commercial embodiment, produced in discovery, should be excluded from evidence.  *See* Dkt. No. 281 at 3.  Defendant does not proffer any reason why this demonstration system would be relevant for any of the limited purposes identified in its opposition brief.  The ePlus demonstration system would only

be used, improperly, to suggest comparison with Defendant's accused products, and in that respect would confuse and mislead the jury as to the proper infringement analysis.

*e*Plus therefore respectfully requests that the Court grant its motion *in limine* and rule that the commercial embodiments of *e*Plus and its predecessors may not be admitted into evidence for the purpose of infringement.

Respectfully submitted,

July 12, 2010

/s/
Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com
cmerritt@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

---

[1] The referenced exhibit is included within the Appendix of Exhibits filed concurrently with *e*Plus's reply briefs in support of its motions *in limine*.

2

        Michael G. Strapp (*admitted pro hac vice*)
        James D. Clements (*admitted pro hac vice*)
        **GOODWIN PROCTER LLP**
        Exchange Place
        53 State Street
        Boston, MA 02109-2881
        Telephone: (617) 570-1000
        Facsimile: (617) 523-1231
        mstrapp@goodwinprocter.com
        jclements@goodwinprocter.com

        Attorneys for Plaintiff, *e*Plus inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of July, 2010, I will electronically file the foregoing

**PLAINTIFF ePLUS, INC.'S REPLY BRIEF IN FURTHER SUPPORT OF MOTION *IN LIMINE* NO. 9:  TO EXCLUDE TESTIMONY, EVIDENCE, OR ARGUMENT OF IMPROPER COMPARISONS BETWEEN ACCUSED PRODUCTS AND COMMERCIAL EMBODIMENTS OF EPLUS, INC. AND ITS PREDECESSORS FOR THE PURPOSE OF PROVING NON-INFRINGEMENT**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
Megan Rahman
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com
megan.rahman@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

_____/s/_____
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com