# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| ePLUS, INC., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 2:09cv232 |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF ePLUS, INC.'S IDENTIFICATION OF EXPERT WITNESSES PURSUANT
TO THE COURT'S RULE 16(b) SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Rule 16(b) Scheduling Order in this case, Plaintiff *e*Plus, Inc. ("*e*Plus") hereby provides the following identification of the expert witnesses whose testimony it may proffer in this case:

## I.   Alfred C. Weaver, Ph.D.

### a)   Current Addresses:

1)   <u>Business Address</u>

Professor Alfred C. Weaver, Ph.D.
Department of Computer Science
University of Virginia
151 Engineer's Way
P.O. Box 400740
Charlottesville, Virginia 22904-4740

2)   <u>Residence Address</u>

Alfred C. Weaver, Ph.D.
1400 Ballard Woods Court
Charlottesville, Virginia 22901

### b)   Occupation and Professional Titles:

Professor of Computer Science, University of Virginia.

Director, University of Virginia Applied Research Institute.

Founding Director, Internet Technology Innovation Center.

### c)   Fields of Expertise:

Computer Science and Engineering.

Application of Computer Science Principles to the Internet and Electronic Commerce.

### d)   Issues For Which Dr. Weaver's Testimony May Be Proffered:

Construction of the claims of the *e*Plus Patents.

Knowledge and understanding of one of ordinary skill in the art pertinent to the *e*Plus Patents.

Infringement of the *e*Plus Patents.

Validity of the *e*Plus Patents.

Inventorship of the *e*Plus Patents.

Issues pertaining to any other claim or defense presented in this case by Defendant which fall within his fields of expertise.

## II.   Brooks Hilliard

**a)      Current Addresses:**

<u>Business Address</u>

Brooks Hilliard
Business Automation Associates, Inc.
11811 North Tatum Boulevard, Suite 3031-113
Phoenix, AZ 85028

**b)      Occupation and Professional Titles:**

Certified Management Consultant, Institute of Management Consultants, USA

Certified Computing Professional, Institute for the Certification of Computer

Professionals

President, Business Automation Associates, Inc.

**c)      Fields of Expertise:**

Computer Science and Engineering.

Application of Computer Science Principles to the Internet and Electronic Commerce.

**d)      Issues For Which Mr. Hilliard's Testimony May Be Proffered:**

Construction of the claims of the *e*Plus Patents.

Knowledge and understanding of one of ordinary skill in the art pertinent to the *e*Plus Patents.

Validity of the *e*Plus Patents.

Inventorship of the *e*Plus Patents.

2

Issues pertaining to any other claim or defense presented in this case by Defendant which fall within his fields of expertise.

**III.    Patrick Niemeyer**

  **a)      Current Addresses:**

    1)      <u>Business Address</u>

      Patrick Niemeyer
      Pat Niemeyer Consulting, LLC
      712 Payson Dr.
      St. Louis, MO 63132-3310

    2)      <u>Residence Address</u>

      Patrick Niemeyer
      712 Payson Dr.
      St. Louis, MO 63132-3310

  **b)      Occupation and Professional Titles:**

  Independent Consultant, Pat Niemeyer Consulting, LLC.

  **c)      Fields of Expertise:**

  Computer Science and Engineering.

  **d)      Issues For Which Mr. Niemeyer's Testimony May Be Proffered:**

  Review of source code.

  Infringement of the *e*Plus Patents.

  Issues pertaining to any other claim or defense presented in this case by Defendant which fall within his fields of expertise.

3

IV.     **Geoff A. Cohen, Ph.D.**

    a)     **Current Addresses:**

        1)     <u>Business Address</u>

            Geoff A. Cohen, Ph.D.
            Elysium Digital, LLC
            Ten Canal Park, First Floor
            Cambridge, MA 02141

        2)     <u>Residence Address</u>

            Geoff A. Cohen, Ph.D.
            68 Erie Avenue
            Newton, MA 02461

    b)     **Occupation and Professional Titles:**

        Computer Scientist, Elysium Digital, LLC.

    c)     **Fields of Expertise:**

        Computer Science and Engineering.

    d)     **Issues For Which Dr. Cohen's Testimony May Be Proffered:**

        Review of source code.

        Infringement of the *e*Plus Patents.

        Issues pertaining to any other claim or defense presented in this case by Defendant which fall within his fields of expertise.

V.     **Russell W. Mangum, III, Ph.D.**

    a)     **Current Addresses:**

        1)     <u>Business Address</u>

            Russell W. Mangum, III, Ph.D.
            Nathan Associates Inc.
            1920 Main Street, Suite 870
            Irvine, CA 92614

    2)    <u>Residence Address</u>

        Russell W. Mangum, III, Ph.D.
        33 Pacific Grove
        Irvine, CA 92602

**b)**    **Occupation and Professional Titles:**

Vice President and Director of Southern California Office, Nathan Associates Inc.

Adjunct Faculty, Department of Economics, University of Southern California.

**c)**    **Fields of Expertise:**

Valuation of Intellectual Property.

Patent Damages/Reasonable Royalty and Lost Profits Calculations.

Patent Licensing.

Hypothetical negotiation for a reasonable royalty.

**d)**    **Issues For Which Dr. Mangum's Testimony May Be Proffered:**

Patent damages pursuant to 35 U.S.C. § 284, including reasonable royalty calculation.

Hypothetical negotiation for a reasonable royalty.

Permanent injunctive relief, including irreparable harm to *e*Plus, the adequacy of remedies at law to *e*Plus, the balance of harms between the parties, and the public interest.

Issues pertaining to any other claim or defense presented in this case by Defendant which fall within his fields of expertise.

**VI.**    **Harry F. Manbeck, Jr., Esq.**

    **a)**    **Current Addresses:**

        1)    <u>Business Address</u>

            Harry F. Manbeck, Jr., Esq.
            Rothwell, Figg, Ernst & Manbeck, P.C.
            1425 K Street, N.W.
            Suite 800
            Washington, D.C. 20005

2)      Residence Address

Harry F. Manbeck, Jr., Esq.
1460 Mayhurst Boulevard
McLean, VA 22102

**b)      Occupation and Professional Titles:**

Registered Patent Attorney and former Assistant Secretary of Commerce and
Commissioner of Patents and Trademarks of the United States.

**c)      Fields of Expertise:**

Patent law and practice.

The policies and procedures of the United States Patent and Trademark Office.

Preparation and prosecution of patent applications before the United States Patent
and Trademark Office.

Preparation of opinions of counsel on the issues of patent infringement and
validity.

**d)      Issues For Which Mr. Manbeck's Testimony May Be Proffered:**

The patent application process in the United States.

Practices and procedures employed by the United States Patent and Trademark
Office to examine patent applications in general, and the *e*Plus patent applications
in particular.

The willfulness of Defendant's infringement of the *e*Plus patents.

Patent practice principles relevant to the issues in this case.

Issues pertaining to any other claim or defense presented in this case by
Defendant which fall within his fields of expertise.

*e*Plus identifies the above experts without prejudice and reserves the right to seek leave to

identify additional experts should such additional identification become necessary.  In addition,

*e*Plus reserves the right to have the above experts testify with respect to additional issues within

their areas of expertise as may be appropriate.

6

Respectfully submitted,

October 1, 2009

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB #35997)
Robert D. Spendlove (VSB #75468)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
rspendlove@goodwinprocter.com

Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB# 45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street
Suite 1000
Norfolk, VA 23510
Telephone:  (757) 640-5300
Facsimile:  (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

James D. Clements
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231
jclements@goodwinprocter.com

Attorneys for Plaintiff
*e*Plus inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2009, I will serve **PLAINTIFF ePLUS, INC.'S IDENTIFICATION OF EXPERT WITNESSES PURSUANT TO THE COURT'S RULE 16(b) SCHEDULING ORDER** on the following counsel of record, as indicated:

*via electronic mail:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
dmcdonald@merchantgould.com
**Counsel for Defendant Lawson Software, Inc.**

*via electronic mail:*

Stephen E. Noona (VSB #25367)
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone:  (757) 624-3289
Facsimile:  (757) 624-3169
senoona@kaufcan.com
**Counsel for Defendant Lawson Software, Inc.**

David M. Young