# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:09CV620 (REP) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
|     Defendant. | ) |

**DECLARATION OF ANGELA BARBATO GONDEK IN SUPPORT OF DEFENDANT LAWSON SOFTWARE, INC.'S REPLY MEMORANDUM IN SUPPORT OF MOTION IN LIMINE NO. 6 TO EXCLUDE EVIDENCE OF PUBLICATIONS RELATED TO EPLUS'S PATENT-ENFORCEMENT EFFORTS, LITIGATION, AND SETTLEMENT AGREEMENTS**

I, Angela Barbato Gondek, declare and state as follows:

1. My name is Angela Barbato Gondek.

2. I am currently the Analyst Relations Director at Lawson Software ("Lawson") in St. Paul, MN.

3. I was employed by Lawson in 2005. In 2005, Lawson had a contract with Gartner Research ("Gartner"), which functions as a downloadable database.

4. In 2005, Lawson's subscription with Gartner did not automatically provide all Gartner research reports to Lawson. An employee of Lawson had to search for and download individual reports.

5. Lawson has no record of an employee downloading the February 17, 2005 article from Gartner.

2

6. The title and/or topic of the February 17, 2005 article was not of interest to Lawson's Analyst Relations team, as a result, the article would not have been searched for within the Gartner database.

I swear under penalty of perjury that the foregoing is true and accurate.

July 12, 2010

Angela Barbato Gondek