# EXHIBIT 4



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

### *Ex Parte* Reexamination Filing Data - March 31, 2010

1. Total requests filed since start of *ex parte* reexam on 07/01/81.................................. 10587[1]

   | | | |
   |---|---|---|
   | a. By patent owner | 3660 | 34% |
   | b. By other member of public | 6762 | 64% |
   | c. By order of Commissioner | 165 | 2% |

2. Number of filings by discipline

   | | | |
   |---|---|---|
   | a. Chemical Operation | 2991 | 28% |
   | b. Electrical Operation | 3785 | 36% |
   | c. Mechanical Operation | 3642 | 34% |
   | d. Design Patents | 169 | 2% |

3. Annual *Ex Parte* Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
   | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
   | 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
   | 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 680 |
   | 1985 | 230 | 1993 | 359 | 2001 | 296 | 2009 | 658 |
   | 1986 | 232 | 1994 | 379 | 2002 | 272 | 2010YTD | 344 |
   | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
   | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation…………...……….….................. .3363……………32%

5. Decisions on requests……………………………………………………………..10137

   a. No. granted……………………………………………………… …9325………....92%

      (1) By examiner           9211
      (2) By Director (on petition)  114

   b. No. denied …………………………………………………………812…………......8%

      (1) By examiner           776
      (2) Reexam vacated        35

---

[1] Of the requests received in FY 2010, 27 requests have not yet been accorded a filing date, and preprocessing of 31 requests was terminated for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1

6.  Total examiner denials (includes denials reversed by Director)…………........................890

    a. Patent owner requester        448      50%
    b. Third party requester        442      50%

7.  Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency        25.4 (mos.)
    b. Median pendency        19.9 (mos.)

8.  Reexam certificate claim analysis:

    |   | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
    |---|---|---|---|---|
    | a. All claims confirmed | 22% | 26% | 12% | 24% |
    | b. All claims cancelled | 8% | 13% | 23% | 11% |
    | c. Claims changes | 70% | 61% | 65% | 65% |

9.  Total *ex parte* reexamination certificates issued (1981 – present) ………………………7442

    a. Certificates with all claims confirmed        1768      24%
    b. Certificates with all claims canceled        860      11%
    c. Certificates with claims changes        4814      65%

10. Reexam claim analysis – requester is patent owner or 3rd party or Commissioner initiated.

    a. Certificates – PATENT OWNER REQUESTER …………………………………..2893

       (1) All claims confirmed        633      22%
       (2) All claims canceled        243      8%
       (3) Claim changes        2017      70%

    b. Certificates – 3rd PARTY REQUESTER ……………………………………………..4397

       (1) All claims confirmed        1117      26%
       (2) All claims canceled        582      13%
       (3) Claim changes        2698      61%

    c. Certificates – COMMISSIONER INITIATED REEXAM …………..………......152

       (1) All claims confirmed        18      12%
       (2) All claims canceled        35      23%
       (3) Claim changes        99      65%