# EXHIBIT 1

**Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division
-----------------------
ePLUS INC.,               ) Civil Action
    Plaintiff,        ) No. 3:09-CV-620 (JRS)
    vs.              )
LAWSON SOFTWARE, INC.,   )
    Defendant.        )
-----------------------

Videotaped Deposition of
LYNN S. CIMINO
Bridgeton, New Jersey
Tuesday, March 2, 2010
9:58 a.m.

Job No.: 24-174475
Pages: 1 - 158
Reported by: Elizabeth M. Kondor, CCR, CLR

**Page 3**

APPEARANCES

ON BEHALF OF PLAINTIFF:

MICHAEL STRAPP, ESQUIRE

    -and-

JAMES D. CLEMENTS, ESQUIRE
Goodwin Procter, LLP
53 State Street
Exchange Place
Boston, Massachusetts 02109
(617) 570-1000

ON BEHALF OF DEFENDANT:

JOSHUA P. GRAHAM, ESQUIRE

Merchant & Gould, P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
(612) 332-5300

ON BEHALF OF THE WITNESS AND SOUTH JERSEY
HEALTHCARE:

MIKOLE BURKE-ANDERSON, ESQUIRE

2950 College Drive - Suite 1E
Vineland, New Jersey 08360
(856) 641-8632

ALSO PRESENT:

MIKE CILIBERTI, Video Specialist

**Page 2**

VIDEOTAPED DEPOSITION OF
LYNN S. CIMINO

Held in the offices of:
    Department of Human Resources
    South Jersey Healthcare
    333 Irving Avenue
    Bridgeton, New Jersey

    Taken pursuant to Federal Rules of Civil
Procedure, before Elizabeth M. Kondor, CCR, CLR
and Notary Public in and for the State of New
Jersey, who officiated in administering the oath
to the witness.

**Page 4**

EXAMINATION INDEX

WITNESS                              PAGE
LYNN S. CIMINO
    Examination by Mr. Strapp.................7
    Examination by Mr. Graham...............141
    Further Examination by Mr. Strapp.......152
    Further Examination by Mr. Graham.......154

EXHIBIT INDEX
(Exhibits attached.)
EXHIBIT      DESCRIPTION               PAGE
South Jersey 1   Subpoena for Production
    of Documents...................9
South Jersey 2   Subpoena to Testify at
    a deposition...................9
South Jersey 3   Document entitled
    "Instructions"................9
South Jersey 4   Document entitled
    "Lawson Professional
    Services Statement of
    Work for South Jersey
    Health System, Inc."
    (SJH000002 - 84)...............36

VIDEOTAPED DEPOSITION OF LYNN S. CIMINO
CONDUCTED ON TUESDAY, MARCH 2, 2010

28 (Pages 109 to 112)

109

1    Volume 1, Tape No. 2 in the deposition of Lynn
2    Cimino.  The time is 1:51.
3         (Recess.)
4         VIDEOGRAPHER:  Back on the record.
5    Here marks the beginning of Volume 1, Tape No. 3
6    in the deposition of Lynn Cimino.  The time is
7    1:56.
8    BY MR. STRAPP:
9         Q.    Okay.  Ms. Cimino, could you please
10   demonstrate for me, as best as you can, how, using
11   the Lawson System, the current live system
12   available at South Jersey, one would search for an
13   item, electronically request the item through a
14   requisition -- or let's say create the
15   requisition, approve the requisition and then
16   create a purchase order and view the purchase
17   order acknowledgment.
18        A.    Not in the live system.
19        Q.    Okay.
20        A.    In the test system, I can create a
21   requisition and turn it into a PO.  There is no
22   acknowledgment to see.  We don't take those back
23   into the system.
24        Q.    Okay.  Could you show us then --
25   demonstrate for us how you would request a

110

1    requisition and turn it into a purchase order?
2         A.    Okay.  Normally, we wouldn't create
3    the requisition in the system like this.  If I
4    wanted to just -- I would have my paper req, which
5    get turned directly into a PO.  If you want me to
6    try and walk through just creating a requisition,
7    releasing it and making a PO from that, --
8         Q.    Correct.
9         A.    -- I'll try for you.
10        Q.    Okay.  And you mentioned this is a
11   test system?
12        A.    Yes.
13        Q.    Is there any reason that you're using
14   the test system instead of the live system?
15        A.    Requisition self-service is not
16   installed in the live system.
17        Q.    Okay.  When you're going to create
18   the requisition here, are you going to be creating
19   it in requisition self-service or in --
20        A.    No.
21        Q.    You're going to create it in
22   requisition?
23        A.    I was going to create it -- I thought
24   that's what you wanted me to do.
25        Q.    Yeah.

111

1         Q.    Can you create it in the live version
2    of requisition?
3         A.    I don't want to.
4         Q.    Because you don't want to have an
5    actual requisition go out and someone is going to
6    go purchase whatever you --
7         A.    Correct, especially if you're going
8    to mess with inventory items.
9         Q.    Okay.  One more request, can you make
10   this requisition of a nonstock item, not an
11   inventory item?
12        A.    I can.
13        Q.    Okay.
14        A.    I mean, I would be willing to show
15   you a requisition in the live system and then try
16   and find the subsequent PO from there and show you
17   all of that in the live system, but I don't want
18   to add it in there.
19        Q.    Okay.  Why don't we first do it in
20   the test system.
21        A.    Okay.
22        Q.    And let's make it of an item that's a
23   nonstock item.
24        A.    Okay.
25        Q.    And, preferably, if you can do it, an

112

1    item that is available from more than one
2    manufacturer, more than one vendor, like a diaper,
3    for example.
4         A.    Okay.  So if I'm understanding you
5    correctly, you want me to create a requisition for
6    a diaper, but you also wanted a nonstock?
7         Q.    Correct.
8         A.    And diapers, for the most part, I
9    think are stock.  Okay, well, we'll see what
10   happens.
11        Q.    Okay.  And as you walk through it,
12   describe for the record, please, each step of the
13   way.
14        A.    Okay.  So I'm logged into RQ10, which
15   is the base requisition form within Lawson.
16        I'm going to just choose a requester
17   that is already set up in here.
18        I was trying to find one that I
19   thought it would just approve on.
20        I have to indicate which requesting
21   location this is coming to so then I can get the
22   other defaults that come in, like, our purchase
23   from location and company.
24        And here is where I'm actually going
25   to go ahead and pick the items that I want.

141

1   little further.
2           All right.  Let's call a halt to
3   this.
4           MR. STRAPP:  Can we take a break for
5   just a couple of minutes, please?
6           VIDEOGRAPHER:  Going off the record
7   at 2:53.
8           (Recess.)
9           VIDEOGRAPHER:  Back on the record at
10  2:53.
11  BY MR. STRAPP:
12      Q.    Ms. Cimino, thank you for your time
13  and cooperation and assistance.  I appreciate it.
14  We have no further questions at this time.
15          MR. GRAHAM:  I just have a few
16  questions.  I'll try to keep it brief.
17  EXAMINATION BY MR. GRAHAM:
18      Q.    Can we -- so looking at the screen
19  we're at right here, this is RQ10.
20          Can you click on the search button.
21          And this is the search that we've
22  been using today?
23      A.    Yes.
24      Q.    Okay.  So when you add -- when you
25  hit the plus sign over on the right side, that

142

1   adds an additional level -- an additional criteria
2   to filter through, right?
3       A.    Yes, additional search options.
4       Q.    Now, can you subtract that one?
5           And go head and put in P&G in there.
6           So these are all the items from the
7   Item Master that have the P&G code; is that
8   correct?
9       A.    Yes.
10      Q.    And when you did this search, do you
11  know if it went through the entire -- searched the
12  entire Item Master to find these results?
13      A.    It was searching active items in the
14  Item Master.
15      Q.    And what are active items versus
16  inactive items?
17      A.    In our Item Master, we can designate
18  that this is an active item or an inactive item.
19  So if we had it in there and we don't intend to
20  use it, we would make it inactive.
21      Q.    Okay.  So this would be all the
22  active items that have the P&G code next to it?
23      A.    Yes.
24      Q.    Okay.  Can you click on search again?
25      A.    Yes.

143

1       Q.    And can you hit the add?
2       A.    To add the other search lines?
3       Q.    Yeah, I think so.
4       A.    Okay.
5       Q.    And then do an item description.
6           And diaper, we've been using that
7   one.
8           Okay.  Now, this time, when you click
9   filter, it's still going to look through all the
10  active items, but now it's going to search for two
11  criteria?
12      A.    Yes.
13      Q.    Okay.  So it's still searching all
14  the active items in the Item Master?
15      A.    Yes.
16      Q.    Okay.  It's not just searching the
17  ones that popped up on P&G, it's still searching
18  the entire Item Master?
19      A.    As far as I know.  I mean, it should.
20      Q.    Thank you.
21          Now, South Jersey upgraded its Lawson
22  System in April of 2008?
23      A.    April of 2008 is when we signed the
24  contracts.
25      Q.    Okay.  And you had an existing system

144

1   at that time -- an existing Lawson System at that
2   time?
3       A.    For materials only, yes.
4       Q.    And materials would be the
5   procurement?
6       A.    Procurement, inventory.
7       Q.    Do you recall when you originally
8   licensed that older system?
9       A.    No.  I mean, we've had that for
10  years.
11      Q.    Would it be before 1995?
12      A.    I think yes.
13      Q.    Now, walking through the installation
14  a little bit, you testified that the actual
15  installation of the upgrade was done by a third
16  party vendor?
17      A.    Yes.
18      Q.    Blue Horseshoe; is that correct?
19      A.    Blue Horseshoe.
20      Q.    After Blue Horseshoe had installed
21  the system, were there any items in the Item
22  Master of the upgraded system?
23      A.    From the brand new install?
24      Q.    Yes.
25      A.    No.