# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| **ePLUS, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 3:09cv620 |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LAWSON SOFTWARE, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>CONSENT ORDER AMENDING PRETRIAL SCHEDULE</u>**

This matter is before the Court on the parties' Consent Motion to Amend Pretrial Schedule. It appearing to the Court that all parties consent to the motion, and for good cause shown, the motion is hereby GRANTED and it is ORDERED that the dates sets forth in Pretrial Schedule A of the Scheduling Order entered on March 15, 2010 [Doc. No. 186] are AMENDED as proposed in the attached Amended Pretrial Schedule.

It is SO ORDERED.

Richmond, Virginia

Date: _____

_____
Robert E. Payne
Senior United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMENDED PRETRIAL SCHEDULE

| EVENT | PER PRETRIAL SCHEDULE A OF MARCH 15, 2010 | AMENDED DEADLINE |
|---|---|---|
| Parties to serve lists of discovery materials to be offered at trial | July 26, 2010 | August 2, 2010 |
| Plaintiff files list of proposed exhibits | July 29, 2010 | August 4, 2010 |
| Plaintiff files witness list | July 29, 2010 | August 4, 2010 |
| Defendant files list of proposed exhibits *(16 days before pretrial conference)* | Due: July 31, 2010<br>Serve: July 30, 2010<br>File: August 2, 2010 | August 6, 2010 |
| Defendant files witness list *(16 days before pretrial conference)* | Due: July 31, 2010<br>Serve: July 30, 2010<br>File: August 2, 2010 | August 6, 2010 |
| Parties to serve rebuttal and "fairness" discovery designations to be offered at trial | August 2, 2010 | August 9, 2010 |
| Parties to file objections to exhibits | August 4, 2010 | August 10, 2010 |
| Parties to serve objections to discovery designations to be offered at trial | August 5, 2010 | August 12, 2010 |
| Parties to meet and confer on objections to discovery designations *(9 days before pretrial conference)* | August 7, 2010 (Sat.) | August 13, 2010 |
| Final Pretrial Conference – 9:30 am | August 16, 2010 | no change |