IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR LEAVE TO FILE A CORRECTED
CONSOLIDATED OPPOSITION TO
DEFENDANT LAWSON SOFTWARE, INC.'S MOTIONS *IN LIMINE* NOS. 1-3**

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100

*Attorneys for Plaintiff, ePlus Inc.*

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000

1

Plaintiff *e*Plus, Inc. ("*e*Plus"), by counsel, states as follows for its Unopposed Motion for Leave to File a Corrected Consolidated Opposition to Defendant Lawson Software, Inc.'s ("Lawson's") Motions *in Limine* Nos. 1-3 ("Consolidated Opposition").

1. In reviewing its Consolidated Opposition to Defendant Lawson Software, Inc.'s Motions *in Limine* Nos. 1-3 (Dkt. No. 312), *e*Plus discovered that certain page number references in the Table of Authorities were incorrect. These incorrect page number references developed because the Table of Authorities was inadvertently not updated immediately prior to filing.

2. *e*Plus seeks leave to file the corrected Consolidated Opposition, which is filed, under seal, as Exhibit A to this Motion. The only change *e*Plus has made to the brief is that the incorrect page number references in the Table of Authorities have been corrected. Counsel for *e*Plus has consulted with counsel for Lawson, and Lawson consents to this Motion. A proposed Order granting this Motion and directing the Clerk to file the attached Exhibit A under seal is attached as Exhibit B.

July 19, 2010

Respectfully submitted,

*e*Plus, Inc.

By counsel

        /s/
Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com
cmerritt@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Henry I. Willett, III
Henry I. Willett, III (VSB #44655)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Tel:  (804) 697-4100
Fax:  (804) 697-4112
Email: hwillett@cblaw.com

Counsel for Plaintiff ePlus, Inc.

1064960