# EXHIBIT A
# (FILED UNDER SEAL)

Plaintiff *e*Plus inc.'s Corrected Consolidated Opposition to Defendant Lawson Software, Inc.'s Motions *in Limine* Nos. 1-3