# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff *e*Plus, Inc.'s Motion for Leave to File a Corrected Consolidated Opposition to Defendant Lawson Software, Inc.'s Motions *in Limine* Nos. 1-3 (the "Motion"). It appearing that Defendant Lawson Software, Inc. consents to the entry of this Order, and for good cause shown, the Motion is hereby GRANTED and the Clerk is ORDERED to file, under seal, the corrected Consolidated Opposition to Defendant Lawson Software, Inc.'s Motions *in Limine* Nos. 1-3, attached as Exhibit A to the Motion.

It is SO ORDERED.

July __, 2010                                           _____
                                                        Senior United States District Judge