IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | |
|---|---|
| ePLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

### [PROPOSED] ORDER

This matter is before the Court on Plaintiff ePlus, Inc.'s Motion for Leave to File a Corrected Consolidated Opposition to Defendant Lawson Software, Inc.'s Motions *in Limine* Nos. 1-3 (the "Motion"). It appearing that Defendant Lawson Software, Inc. consents to the entry of this Order, and for good cause shown, the Motion is hereby GRANTED and the Clerk is ORDERED to file, under seal, the corrected Consolidated Opposition to Defendant Lawson Software, Inc.'s Motions *in Limine* Nos. 1-3, attached as Exhibit A to the Motion.

It is SO ORDERED.

July 2̲1̲, 2010

/s/ REP
Senior United States District Judge
Robert E. Payne