IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

AMENDED PRETRIAL SCHEDULE

| EVENT | PER PRETRIAL SCHEDULE A OF MARCH 15, 2010 | AMENDED DEADLINE |
|---|---|---|
| Parties to serve lists of discovery materials to be offered at trial | July 26, 2010 | August 2, 2010 |
| Plaintiff files list of proposed exhibits | July 29, 2010 | August 4, 2010 |
| Plaintiff files witness list | July 29, 2010 | August 4, 2010 |
| Defendant files list of proposed exhibits *(16 days before pretrial conference)* | Due: July 31, 2010<br>Serve: July 30, 2010<br>File: August 2, 2010 | August 6, 2010 |
| Defendant files witness list *(16 days before pretrial conference)* | Due: July 31, 2010<br>Serve: July 30, 2010<br>File: August 2, 2010 | August 6, 2010 |
| Parties to serve rebuttal and "fairness" discovery designations to be offered at trial | August 2, 2010 | August 9, 2010 |
| Parties to file objections to exhibits | August 4, 2010 | August 10, 2010 |
| Parties to serve objections to discovery designations to be offered at trial | August 5, 2010 | August 12, 2010 |
| Parties to meet and confer on objections to discovery designations *(9 days before pretrial conference)* | August 7, 2010 (Sat.) | August 13, 2010 |
| Final Pretrial Conference – 9:30 am | August 16, 2010 | no change |