IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                         Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

**ORDER**

Having reviewed the DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF ASSERTED CLAIMS UNDER 35 U.S.C. § 101 (Docket No. 316) for claiming unpatentable subject matter and finding that the motion is based on a distorted reading of the decision in <u>Bilski v. Kappos</u>, No. 08-964, Slip Op. (U.S. Sup. Ct. June 28, 2010) and the principal decisions cited therein, <u>Diamond v. Diehr</u>, 450 U.S. 175 (1981); <u>Parker v. Flook</u>, 437 U.S. 584 (1978); and <u>Gottschalk v. Benson</u>, 409 U.S. 63 (1972), and that there are genuine disputes of material facts as to the issues underlying the legal issue of patentability (specifically Lawson's asserted Facts Nos. 9-11), the DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF ASSERTED CLAIMS UNDER 35 U.S.C. § 101 (Docket No. 316) is denied.

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so ORDERED.

/s/ REP
Senior United States District Judge

Richmond, Virginia
Date: July __, 2010