IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                        Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

## ORDER

Having reviewed the DEFENDANT'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S EXPERT REPORTS AND EXCLUDE FROM TRIAL INFRINGEMENT CONTENTIONS AND EVIDENCE NOT DISCLOSED IN PLAINTIFF'S COURT ORDERED INFRINGEMENT CONTENTIONS (Docket No. 238) and finding that the Plaintiff properly disclosed its contentions as required by Court Order governing disclosure of infringement contentions, it is hereby ORDERED that the motion is denied.

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so ORDERED.

                                  /s/      REP
                            Senior United States District Judge

Richmond, Virginia
Date: July 23, 2010