IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                         Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

## ORDER

Having reviewed the DEFENDANT'S MOTION IN LIMINE NO. 10 TO EXCLUDE INFRINGEMENT CONTENTIONS AND EVIDENCE NOT DISCLOSED IN PLAINTIFF'S COURT-ORDERED INFRINGEMENT CONTENTIONS (Docket No. 274) and finding that the motion is an effort to implement the DEFENDANT'S MOTION TO STRIKE (Docket No. 238) which has been denied, it is hereby ORDERED that the DEFENDANT'S MOTION IN LIMINE NO. 10 TO EXCLUDE INFRINGEMENT CONTENTIONS AND EVIDENCE NOT DISCLOSED IN PLAINTIFF'S COURT-ORDERED INFRINGEMENT CONTENTIONS (Docket No. 274) is denied.

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so ORDERED.

                                                /s/       REP
                            Senior United States District Judge

Richmond, Virginia
Date: July 23, 2010