IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                                Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

## ORDER

Having reviewed the DEFENDANT'S MOTION IN LIMINE NO. 4 TO PRECLUDE HARRY F. MANBECK, JR. FROM TESTIFYING AT TRIAL (Docket No. 259) and finding that the opinions offered by Dr. Manbeck will not assist the trier of fact in understanding the evidence or deciding an issue and that the probative value of Dr. Manbeck's opinions are substantially outweighed by the likelihood that his testimony will cause jury confusion, it is hereby ORDERED that the motion is granted pursuant to FED. R. EVID. 402 and 403.

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so ORDERED.

　　　　　　　　　　　　　　　　　/s/　　　　　　　/REP/
　　　　　　　　　　　　　Senior United States District Judge

Richmond, Virginia
Date: July 22, 2010