

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.      Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

Having reviewed the DEFENDANT'S MOTION IN LIMINE NO. 7 TO EXCLUDE ARGUMENTS OR EVIDENCE INCONSISTENT WITH FINDINGS IN THE REEXAMINATIONS OF THE PATENTS-IN-SUIT (Docket NO. 268), it is hereby ORDERED that the motion is denied because it is inconsistent with the decision of the Federal Circuit in Greenwood v. Hattori Seiko Co, Ltd., 900 F.2d 238 (Fed. Cir. 1990) and because such a limitation would create jury confusion and unfair prejudice that substantially outweighs probative value under FED. R. EVID. 403.

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so ORDERED.

                                      /s/         *REP*
                          Senior United States District Judge

Richmond, Virginia
Date: July 22, 2010