IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                        Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

Having reviewed the DEFENDANT'S MOTION IN LIMINE NO. 8 TO EXCLUDE ALLEGATIONS OF PURPORTED BREACH OF EMPLOYMENT AGREEMENTS BY THIRD PARTY WITNESSES (Docket No. 271), it is hereby ORDERED that the motion is granted because the purported testimony is not relevant, and, to the extent that it is relevant, its probative value is substantially outweighed by the risk of jury confusion and unfair prejudice under FED. R. EVID. 403.

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so ORDERED.

                            /s/        REP
                    Senior United States District Judge

Richmond, Virginia
Date: July 22, 2010