IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                              Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

Having reviewed the DEFENDANT'S MOTION IN LIMINE NO. 12 TO PREVENT EPLUS FROM ARGUING THAT LAWSON DIRECTLY INFRINGES (Docket No. 276) and finding that the motion is an effort to implement a portion of the DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 240) which has been denied, it is hereby ORDERED that the motion is denied.

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so ORDERED.

                                              /s/         REP
                              Senior United States District Judge

Richmond, Virginia
Date: July 22, 2010