# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                      Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

Having reviewed the DEFENDANT'S MOTION IN LIMINE NO. 6 TO EXCLUDE EVIDENCE OF PUBLICATIONS RELATED TO EPLUS'S PATENT ENFORCEMENT EFFORTS, LITIGATION, AND SETTLEMENT AGREEMENTS (Docket No. 264) and finding that the evidence which the Defendant seeks to exclude forms the basis for the testimony at issue in the DEFENDANT's MOTION IN LIMINE NO 4 (Docket No. 259), which was denied, it is hereby ORDERED that the motion is denied as moot.

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so ORDERED.

                              /s/        REP
                        Senior United States District Judge

Richmond, Virginia
Date: July 22, 2010

