IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                           Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

**ORDER**

It is hereby ORDERED that the DEFENDANT'S MOTION TO STRIKE (Docket No. 348) is denied as moot in view of the Court's ORDER (Docket No. 357) denying the DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 316).

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so ORDERED.

                                    /s/              REP
                        Senior United States District Judge

Richmond, Virginia
Date: July 23, 2010