IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                            Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

**ORDER**

It is hereby ORDERED that the parties shall present oral argument at the July 28, 2010 hearing on the following motions:

    (1)    that portion of the DEFEDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 240) addressing the written description requirement;

    (2)    the PLAINTIFF'S MOTION IN LIMINE NO. 2 TO ENFORCE THE COURT'S ORDERS OF MAY 24, 2010 AND MAY 25, 2010 AND EXCLUDE ANY EVIDENCE, EXPERT OPINION, OTHER TESTIMONY AND ARGUMENT PERTAINING TO ALLEGED PRIOR ART AND INVALIDITY THEORIES NOT SET FORTH IN DEFENDANT'S COURT-ORDERED SECOND SUPPLEMENTAL

    STATEMENT (Docket No. 248);

(3)  the PLAINTIFF'S MOTION IN LIMINE NO. 4 TO EXCLUDE ANY EVIDENCE, EXPERT OPINION, OTHER TESTIMONY, OR ARGUMENT PERTAINING TO PURPORTED DEMONSTRATION SYSTEMS FOR LAWSON RELEASES 5.0, 6.0 AND 6.1 (Docket No. 255);

(4)  the DEFENDANT'S MOTION IN LIMINE NO. 1 TO EXCLUDE ARGUMENT OR EVIDENCE OF PREVIOUS LITIGATION AND SETTLEMENT AGREEMENTS (Docket No. 250);

(5)  the DEFENDANT'S MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF SALES OF NONINFRINGING PRODUCTS AND SERVICES (Docket No. 251);

(6)  the DEFENDANT'S MOTION IN LIMINE NO. 3 TO PRECLUDE DR. RUSSELL W. MANGUM, III, FROM TESTIFYING AT TRIAL (Docket No. 257);

(7)  the DEFENDANT'S MOTION IN LIMINE NO. 5 TO LIMIT EPLUS TO ONE EXPERT WITNESS ON INFRINGEMENT AND ONE EXPERT WITNESS ON INVALIDITY (Docket No. 262); and

     (8)    the DEFENDANT'S MOTION IN LIMINE NO. 9 TO PREVENT EPLUS FROM RELYING ON DIRECTED CUSTOMER DEMONSTRATION NOT REPRESENTATIVE OF ACTUAL CUSTOMER USE OF THE LAWSON SYSTEM (Docket No. 273).

It is so ORDERED.

                              /s/       REP

                        Senior United States District Judge

Richmond, Virginia
Date: July 23, 2010