IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                            Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

Having considered the PLAINTIFF'S MOTION IN LIMINE NO. 6 TO EXCLUDE ALLEGED PRIOR ART THAT DEFENDANT UNTIMELY PRODUCED AFTER THE CLOSE OF FACT DISCOVERY (Docket No. 265), it is hereby ORDERED that the motion is granted because the evidence was produced after the Court-ordered discovery cut-off and the Plaintiff is prejudiced by its late production.

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so ORDERED.

                                                      /s/            REP
                                 Senior United States District Judge

Richmond, Virginia
Date: July 23, 2010