IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                        Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

Having considered the PLAINTIFF'S MOTION IN LIMINE NO. 8 TO PRECLUDE DEFENDANT LAWSON SOFTWARE, INC. FROM PROFFERING ANY EVIDENCE, EXPERT OPINION, OTHER TESTIMONY, OR ARGUMENT UTILIZING CLAIM CONSTRUCTIONS WHICH ARE INCONSISTENT WITH THE COURT'S MARKMAN CLAIM CONSTRUCTION ORDER (Docket No. 278), it is hereby ORDERED that the motion is granted because it is improper for the Defendant to offer evidence or argument based on claim constructions inconsistent with those issued by the Court.

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so ORDERED.

                                      /s/     REP
                            Senior United States District Judge

Richmond, Virginia
Date: July 23, 2010