IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                    Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

**ORDER**

Having considered the PLAINTIFF'S MOTION IN LIMINE NO. 5 TO EXCLUDE THE LEGAL OPINIONS OF DEFENDANT'S EXPERT WITNESS MICHAEL SHAMOS, J.D., Ph.D. AND PRECLUDE DR. SHAMOS FROM INSTRUCTING THE COURT AND JURY ABOUT THE LAW (Docket No. 258), it is hereby ORDERED that the motion is granted because (1) the opinions will not assist the jury in understanding the evidence and determining a fact in issue; and (2) as stated the opinions are improper subjects for expert opinion and will confuse the jury and hence are also excluded under FED. R. EVID. 403.

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so ORDERED.

             /s/           REP
       ──────────────────────────────
       Senior United States District Judge

Richmond, Virginia
Date: July 23, 2010