IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF *e*PLUS, INC.'S MEMORANDUM IN OPPOSITION TO DEFENDANT
LAWSON SOFTWARE, INC.'S MOTION FOR RECONSIDERATION**

Plaintiff *e*Plus, Inc. ("*e*Plus") respectfully submits its Memorandum in Opposition to the Motion filed by Defendant Lawson Software, Inc. ("Lawson" or "Defendant") to Clarify the Court's Order (Docket No. 366) denying Defendant's Motion *in Limine* No. 6 (Docket No. 361). Although Defendant's Motion is nominally styled as a Motion for Clarification, it is actually a Motion for Reconsideration of the Court's Order denying Defendant's Motion *in Limine* No. 6.

Defendant's Motion for Reconsideration should be denied.  "A motion for reconsideration generally should be limited to those instances in which: 'the Court has patently misunderstood a party, or has made a decision outside the adversarial issues presented to the Court by the parties, or has made an error not of reasoning but of apprehension . . . [or] a controlling or significant change in the law or facts since the submission of the issue to the Court [has occurred].  Such problems rarely arise and the motion to reconsider should be equally rare.'"  *Shanklin v. Seals*, Case No. 07-cv-319, 2010 WL 1781016, at *2 -3 (E.D. Va. May 3,

2010) (quoting *Above the Belt, Inc. v. Mel Bohannan Roofing, Inc.*, 99 F.R.D. 99, 101 (E.D. Va. 1983)).

Defendant does not argue – nor can it – that grounds for reconsideration of the Court's denial of its Motion *in Limine* No. 6 exist. Instead, Defendant simply rehashes the same arguments regarding its purported "lack of knowledge of the patents" that it made in Motion *in Limine* No. 6, which this Court rejected. The Court's Order denying Defendant's Motion *in Limine* No. 6 is clear and there is no reason that that order should be clarified, modified or reconsidered.

Defendant's Motion is particularly inappropriate because the arguments raised in the so-called "Motion for Clarification" are the same arguments Defendant raised in its Motion for Summary Judgment regarding its purported "lack of knowledge of the patents." The Court denied Defendant's Motion for Summary Judgment on July 23, 2010, concluding that "there are genuine issues of material fact relevant to those issues." (Docket No. 356).[1] For all of these reasons, Defendant's so-called "Motion for Clarification" should be denied.

---

[1] Defendant also raised these same issues in its Motion *in Limine* No. 11. The Court denied Motion *in Limine* No. 11 on July 23, 2010, noting that "the motion is an effort to implement portions of the Defendant's Motion for Summary Judgment which have been denied." (Docket No. 364).

2

Respectfully submitted,

ePlus, Inc.

By counsel

July 26, 2010                        /s/
Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com
cmerritt@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS, INC.'S MEMORANDUM IN OPPOSITION TO DEFENDANT LAWSON SOFTWARE, INC.'S MOTION FOR RECONSIDERATION**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
Megan Rahman
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com
megan.rahman@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

           /s/
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com

4