IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                                  Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

**ORDER**

Having reviewed DEFENDANT LAWSON SOFTWARE, INC.'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO CLARIFY ORDER (Docket No. 366), the response, and the reply thereto, it is hereby ORDERED that to the extent that the motion seeks a clarification of the Order entered July 23, 2010 (Docket No. 361) respecting DEFENDANT LAWSON SOFTWARE, INC.'S MOTION IN LIMINE NO. 4 TO PRECLUDE HARRY F. MANBECK, JR. FROM TESTIFYING AT TRIAL (Docket No. 259), this motion is granted and the Order reflected in Docket No. 361 is amended to read as follows:

> and finding that the evidence which the Defendant seeks to exclude forms the basis for the testimony at issue in the DEFENDANT'S MOTION IN LIMINE NO. 4 (Docket No. 259), which was granted, it is hereby ORDERED that the motion is denied.

It is further ORDERED that DEFENDANT LAWSON SOFTWARE, INC.'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO CLARIFY ORDER seeks reconsideration of the Order entered July 23, 2010 (Docket No. 361) respecting DEFENDANT'S MOTION IN LIMINE NO. 6 TO EXCLUDE

EVIDENCE OF PUBLICATIONS RELATED TO EPLUS'S PATENT ENFORCEMENT EFFORTS, LITIGATION, AND SETTLEMENT AGREEMENTS (Docket No. 264), and the motion is denied, there being no cognizable basis asserted for reconsideration.

Whether any of the documents objected to pursuant to Lawson's Motion *In Limine* No. 6 may be offered in evidence notwithstanding that Dr. Manbeck will not be testifying on the subjects as to which he is forbidden to testify pursuant to the ruling on Lawson's Motion *In Limine* No. 4, is a matter to be dealt with on a document by document basis at the Final Pretrial Conference, and it is not appropriate to be raised under the guise of seeking clarification of an Order.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: July 27, 2010