# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: July 28, 2010

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: ePlus, Inc. v. Lawson Software, Inc. | CASE NO: 3:09CV00620 |
| | JUDGE: Payne |
| | COURT REPORTER: Peppy Sorecian |

FILED JUL 28 2010 CLERK, U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR: BENCH TRIAL ( )  MOTION HEARING ( ) OTHER: _____

APPEARANCES: Parties by ( )/with (✓) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: Various motions to be heard.

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Argument had by counsel on various motions. See transcript for rulings made by the Court.

---

Counsel for Plaintiff(s): Scott L. Robertson, Esquire   Jennifer Albert, Esquire
Craig T. Merritt, Esquire

Counsel for Defendant(s): Daniel W. McDonald, Esq.
Dabney J. Carr, IV, Esq.

SET: 9:30 a.m.   BEGAN: 9:35 a.m.   ENDED: 6:15 p.m.   TIME IN COURT: 6 hrs. 50 min.

RECESSES: (1) 1 hr. lunch  (2) Bm