IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                          Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

For the reasons set forth on the record during the July 28, 2010 hearing, the PLAINTIFF'S MOTION IN LIMINE NO. 4 TO EXCLUDE ANY EVIDENCE, EXPERT OPINION, OTHER TESTIMONY, OR ARGUMENT PERTAINING TO PURPORTED DEMONSTRATION SYSTEMS FOR LAWSON RELEASES 5.0, 6.0 AND 6.1 (Docket No. 255) is granted.

It is so ORDERED.

                                     /s/             REP
                         Senior United States District Judge

Richmond, Virginia
Date: July 30, 2010