IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.   Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

For the reasons set forth on the record during the July 28, 2010 hearing, the DEFENDANT'S MOTION IN LIMINE NO. 5 TO LIMIT EPLUS TO ONE EXPERT WITNESS ON INFRINGEMENT AND ONE EXPERT ON INVALIDITY (Docket No. 262) is denied. It is further ORDERED that the Defendant may use one additional expert on the topic of source code and one additional expert on invalidity under 35 U.S.C. §§ 102 and 103.

    It is so ORDERED.

                              /s/     REP
                         Senior United States District Judge

Richmond, Virginia
Date: July 30, 2010