IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
|       Plaintiff, | ) Civil Action No. 3:09cv620 |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
|       Defendant. | ) |

**CONSENT MOTION TO EXTEND TIME
TO FILE OBJECTIONS TO TRIAL EXHIBITS**

    Plaintiff ePlus, inc. ("ePlus") and Defendant Lawson Software, Inc. ("Lawson"), by counsel, respectfully submit this motion requesting an extension of the time to file objections to the previously exchanged proposed trial exhibits. The current deadline for filing objections to proposed exhibits is August 10, 2010, as set forth in the Consent Order Amending Pretrial Schedule (Docket No. 355) entered on July 23, 2010, in the above-captioned matter. ePlus and Lawson request a one-day extension to file objections to exhibits on August 11, 2010.

    WHEREFORE, ePlus and Lawson respectfully request that the Court grant this motion and enter the Consent Order Extending Time to File Objections to Trial Exhibits, attached hereto as Exhibit A. The parties will file an endorsed copy of the Consent Order with the Court.

ePLUS, inc.

By: _____/s/_____
      Of Counsel

Craig T. Merritt, VSB #20281
Henry I. Willett, III, VSB # 44655
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young, VSB #35997
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

*Attorneys for Plaintiff ePlus inc.*

LAWSON SOFTWARE, INC.

By: _____/s/_____
      Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com


Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that on the 4th day of August, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

             /s/ Craig T. Merritt
             Craig T. Merritt (VSB #20281)
             CHRISTIAN & BARTON, LLP
             909 East Main Street, Suite 1200
             Richmond, VA 23219-3095
             Tel:  (804) 697-4100
             Fax:  (804) 697-4112
             Email: cmerritt@cblaw.com

             Counsel for Plaintiff *e*Plus, Inc.