# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF ePLUS, INC.'S LIST OF WITNESSES INTENDED TO BE CALLED**

Pursuant to this Court's Scheduling Order, Section V(C)(1) (Docket No. 183), Plaintiff ePlus Inc. ("ePlus") hereby submits its List of Witnesses Intended To Be Called at the trial currently scheduled to begin on September 13, 2010.

ePlus reserves its right to supplement and amend the list in light of any order regarding the scope of the trial or in light of any information submitted by Defendant Lawson Software, Inc. ("Lawson") as part of its pretrial filings or otherwise.  ePlus also has not listed such additional witnesses as may be required solely for document authentication.  ePlus further reserves the right to present testimony by any witness identified by Lawson not excluded pursuant to ePlus's objections, and to offer additional testimony by deposition or trial transcript. ePlus reserves the right to present testimony from rebuttal witnesses.

In alphabetical order, the names and addresses of the witnesses whom ePlus intends to call at trial either in person or by deposition (written transcript or videotape) are as follows:

| | **Name** | **Address** | **Purpose** |
|---|---|---|---|
| 1. | Henrik Billgren | Vendervagen 89<br>Nanderyd, Sweden | Fact |

| | | | |
|---|---|---|---|
| 2. | Dale Christopherson | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 3. | Lynn Cimino | South Jersey Healthcare<br>333 Irving Avenue<br>Bridgeton, NJ 08302 | Fact |
| 4. | Todd Dooner | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 5. | Kenneth Farber | *e*Plus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171-3413 | Fact |
| 6. | Jeff Frank | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 7. | Dean Hager | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 8. | Brooks Hilliard | Business Automation Associates, Inc.<br>11811 N. Tatum Boulevard<br>Suite 3031-113<br>Phoenix, AZ 85028 | Expert |
| 9. | Robert Irwin | Robert Wood Johnson University Hospital<br>1 Robert Wood Johnson Place,<br>New Brunswick, NJ 08901 | Fact |
| 10. | James Johnson | 215 Appleglen Court<br>McDonald, PA 15057 | Fact |
| 11. | Robert Kinross | 6816 Ricker Court<br>Pittsburgh, PA 15202 | Fact |
| 12. | Keith Lohkamp | 3045 Totterdell Street<br>Oakland, CA 94611 | Fact |
| 13. | Russell Mangum | Nathan Associates Inc.<br>2010 Main Street, Suite 700<br>Irvine, CA 92614 | Expert |
| 14. | Elaine Marion | *e*Plus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171-3413 | Fact |
| 15. | Douglas Momyer | 2241 Old Washington Road<br>Pittsburgh, PA 15241 | Fact |
| 16. | Manuel Matias | Robert Wood Johnson University Hospital<br>1 Robert Wood Johnson Place,<br>New Brunswick, NJ 08901 | Fact |
| 17. | Patrick Niemeyer | 712 Payson Drive<br>St. Louis, MO 63132-3310 | Expert |

| 18. | Phillip Norton | ePlus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171-3413 | Fact |
|---|---|---|---|
| 19. | Kristy Oliver | Blount Memorial Hospital,<br>907 East Lamar Alexander Pkwy.<br>Maryville, TN 37804 | Fact |
| 20. | Kleyton Parkhurst | ePlus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171-3413 | Fact |
| 21. | Hannah Raleigh | Lawson Software, Inc.<br>3668 U.S. Highway 20<br>Nassau, NY 12123 | Fact |
| 22. | Robert Schriesheim | Lawson Software, Inc.<br>656 Maple Street<br>Winnetka, IL 60093 | Fact |
| 23. | Gene Tabachnick | Reed Smith LLP<br>225 Fifth Avenue, Suite 1200,<br>Pittsburgh, PA 15222 | Fact |
| 24. | Guenther Tolkmit | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 25. | Kenneth White | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 26. | Alfred Weaver, Ph. D. | University of Virginia<br>School of Engineering and Applied Sciences<br>151 Engineer's Way<br>P.O. Box 400470<br>Charlottesville, VA 22904 | Expert |
| 27. | Vicky Williams | Novant Health, Inc.<br>4680 Duffer Court<br>Pfafftown, NC 27040 | Fact |
| 28. | William Yuhasz | Novant Health, Inc.<br>427 Beaten Path Road<br>Mooresville, NC 28117 | Fact |

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | *e*Plus, inc. |
|  | By counsel |
| August 4, 2010 | _____/s/_____ |

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS, INC.'S LIST OF WITNESSES INTENDED TO BE CALLED**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
Megan Rahman
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com
megan.rahman@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

_____/s/_____
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

5