**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:09CV620 (REP) |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## LAWSON SOFTWARE, INC.'S TRIAL WITNESS LIST

Pursuant to this Court's Scheduling Order, Section V(C)(1) (Docket No. 183), Defendant Lawson Software, Inc. ("Lawson") hereby submits its Trial Witness List.

Lawson reserves its right to supplement or amend the list in light of any court order related to motions in *limine* or the scope of the trial or in light of any information submitted by Plaintiff ePlus, Inc. ("ePlus") as part of its pretrial filings or otherwise.  Lawson also has not listed such additional witnesses as may be required solely for document authentication.  Lawson further reserves the right to present testimony by any witness identified by ePlus not excluded pursuant to Lawson's objections, and to offer additional testimony by deposition or trial transcript.  Lawson reserves the right to present testimony from rebuttal witnesses.

In alphabetical order, the names and addresses of the witnesses whom Lawson intends to call at trial either in person or by deposition (written transcript or videotape) are as follows:

| No. | Witness | Address | Purpose |
|---|---|---|---|
| 1. | Billgren, Henrik | Vendervagen 89<br>Nanderyd, Sweden | Fact |
| 2. | Christopherson, Dale | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 3. | Cimino, Lynn | South Jersey Healthcare<br>333 Irving Avenue<br>Bridgeton, NJ 08302 | Fact |
| 4. | Dooner, Todd | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 5. | Eng, Pamela | 7848 Pembridge Road<br>Manassas, Virginia 20112 | Fact |
| 6. | Farber, Ken | ePlus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171 | Fact |
| 7. | Fielder-McEneny, Laurene | 3 Bowling Green<br>Colts Neck, NJ 07722 | Fact |
| 8. | Frank, Jeff | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 9. | Gounaris, Charles | 121 Doray Drive<br>Pittsburgh, PA 15237 | Fact |
| 10. | Green, Phillip | Hoffman Alvary & Company LLC<br>7 Wells Ave.<br>Newton, MA 02459 | Expert |
| 11. | Hager, Dean | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 12. | Hvass, Jeff | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 13. | Irwin, Robert | Robert Wood Johnson University Hospital<br>1 Robert Wood Johnson Place<br>New Brunswick, NJ 08901 | Fact |
| 14. | Jacobs, Albert | Technical Services Associates<br>2 Kacey Court<br>Mechanicsburg, PA, 17055 | Fact |
| 15. | Johnson, James | 215 Appleglen Court<br>McDonald, PA 15202 | Fact |
| 16. | Kinross, Robert | 6816 Ricker Court<br>Pittsburgh, PA 15202 | Fact |
| 17. | Lawson, Richard | Lawson Software, Inc.<br>380 Saint Peter Street | Fact |

| | | St. Paul, MN 55102 | |
|---|---|---|---|
| 18. | Lohkamp, Keith | 3045 Totterdell Street<br>Oakland, CA 94611 | Fact |
| 19. | Matias, Manuel | Robert Wood Johnson University Hospital<br>1 Robert Wood Johnson Place<br>New Brunswick, NJ 08901 | Fact |
| 20. | Mencarini, Steven | 1921 Batten Hollow Road<br>Vienna, VA 22182 | Fact |
| 21. | Momyer, Douglas | 2241 Old Washington Road<br>Pittsburgh, PA 15421 | Fact |
| 22. | O'Connell, Jerry | Triple Rock Ranch<br>35701 Nine Mile Prairie Rd.<br>Greenough, MT 59823 | Fact |
| 23. | O'Loughlin, Johanna | Reed Smith LLP<br>225 Fifth Ave., Suite 1200<br>Pittsburgh, PA 15222 | Fact |
| 24. | Oliver, Kristy | Blount Memorial Hospital<br>907 East Lamar Alexander Pkwy.<br>Maryville, TN 37804 | Fact |
| 25. | Patton, Richard | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 26. | Raleigh, Hannah | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 27. | Ramos, Jesus | Technical Services Associates<br>2 Kacey Court<br>Mechanicsburg, PA, 17055 | Fact |
| 28. | Shamos, Michael | Institute for Software Research<br>Carnegie Mellon University<br>Gates Hillman Complex 6707<br>5000 Forbes Avenue<br>Pittsburgh, PA  15213 | Expert |
| 29. | Source Code Expert | | Expert |
| 30. | Invalidity Expert | | Expert |
| 31. | Staats, Preston | 804 Las Cimas Parkway<br>Austin, TX 78746 | Fact |
| 32. | Tolkmit, Guenther | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 33. | White, Ken | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 34. | Williams, Vicky | Novant Health, Inc.<br>427 Beaten Path Road | Fact |

| | | Mooresville, NC 28117 | |
|------|---------------------|-------------------------------------------------------------------|------|
| 35. | Wissing, Gerard | SAP, A.G.<br>3999 West Chester Pike<br>Newtown Square, PA | Fact |
| 36. | Yohasz, William Ray | Novant Health, Inc.<br>427 Beaten Path Road<br>Mooresville, NC 28117 | Fact |

LAWSON SOFTWARE, INC.


By_____/s/_____
        Of Counsel

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point, Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN  55402
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*

4

## CERTIFICATE OF SERVICE

I certify that on this 6th day of August, 2010, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig T. Merritt
Henry I. Willett, III
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmerritt@cblaw.com
hwillett@cblaw.com

James D. Clements
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
jclements@goodwinprocter.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
rspendlove@goodwinprocter.com

*Attorneys for Plaintiff*

                                             /s/
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339

*Counsel for Defendant Lawson Software, Inc.*

5