# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

ePLUS, INC.,

    Plaintiff,

v.

LAWSON SOFTWARE, INC.

    Defendant.

Civil Action No. 3:09-cv-620

## DEFENDANT LAWSON SOFTWARE, INC.'S TRIAL EXHIBIT LIST

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 1. | | | U.S. Patent No. 6,023,683 (Kinross Depo. Exh. 1) | ePLUS0207001-0207021 |
| 2. | | | U.S. Patent No. 6,055,516 (Kinross Depo. Exh. 2) | ePLUS0207022-0207042 |
| 3. | | | U.S. Patent No. 6,505,172 (Kinross Depo. Exh. 3) | ePLUS0131866-0131884 |
| 4. | | | Fisher Scientific International, Inc. Form 10-K dated 03/26/92 (Kinross Depo. Exh. 4) | |
| 5. | | | Declaration and Power of Attorney filed on 08/10/94 from the '683 File History (Kinross Depo. Exh. 5) | L0132817-0132820 |
| 6. | | | Robert Kinross Deposition Transcript dated 11/02/05 from ePlus v. SAP (Kinross Depo. Exh. 6) | ePLUS0200140-0200204 |
| 7. | | | U.S. Patent No. 5,712,989 (Kinross Depo. Exh. 7) | L0260803-0260844 |
| 8. | | | IBM Technical Viewer/2 (Kinross Depo. Exh. 8) | L0132131-0132134 |
| 9. | | | IBM Technical Viewer/2 General Information Manual (Kinross Depo. Exh. 9) | L0132122-0132130 |
| 10. | | | SupplyLink (Kinross Depo. Exh. 10) | ePLUS0481583-0481593 |
| 11. | | | Response to Second Office Action dated 05/26/98 from the '683 File History (Kinross Depo. Exh. 11) | L0132884-0132910 |
| 12. | | | Designated portions of the Deposition Transcript of Robert Kinross dated 12/02/09 | |

2

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 13. | | | Designated portions of the Deposition Transcript of Douglas Momyer dated 12/09/09 | |
| 14. | | | Designated portions of the Deposition Transcript of Douglas Momyer dated 12/10/09 | |
| 15. | | | Designated Portions of the Deposition Transcript of Johanna O'Loughlin dated April 26, 2010 | |
| 16. | | | Deposition Transcript of Kenneth Farber dated 12/16/09 | |
| 17. | | | Designated portions of the Deposition Transcript of Kenneth Farber dated 12/16/09 | |
| 18. | | | Deposition Transcript of Kenneth Farber dated 12/17/09 | |
| 19. | | | Designated portions of the Deposition Transcript of Kenneth Farber dated 12/17/09 | |
| 20. | | | Deposition Transcript of Kenneth Farber dated 05/18/10 | |
| 21. | | | Designated portions of the Deposition Transcript of Kenneth Farber dated 05/18/10 | |
| 22. | | | Amended Schedule A – Topics for Depositions (Farber Depo. Exh. 13) | |
| 23. | | | WITHDRAWN | |
| 24. | | | ePlus 2009 10-K (Farber Depo. Exh. 15) | ePlus0528737-0528826 |
| 25. | | | ProcureNet Internal Listing dated 04/13/01 (Farber Depo. Exh. 16) | ePLUS0070332-0070338 |
| 26. | | | Manage+ Demo Request Form dated 12/12/01 (Farber Depo. Exh. 17) | ePLUS0010605-0010606 |
| 27. | | | Requirement for an e-Procurement System Administrative Requirements dated 07/2002 (Farber Depo. Exh. 18) | ePLUS0002709-0002715 |
| 28. | | | e-Procurement Administration Guide Version 8.1 dated | ePLUS0241541-0241590 |

3

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| | | | 02/2004 (Farber Depo. Exh. 19) | |
| 29. | | | ePlus Briefing dated 09/2008 (Farber Depo. Exh. 20) | ePLUS0909859-0909889 |
| 30. | | | Procure+ 6.6 Sales Data Sheet dated 10/21/02 (Farber Depo. Exh. 21) | ePLUS0037213-0037224 |
| 31. | | | Lawson Insight II for IBM AS/400 Auto Installation Guide for Version 7.2.2.2 | L0345798-0345979 |
| 32. | | | Lawson Insight Inventory Control Release 7.0.7 Technical Text | L0359390-0359607 |
| 33. | | | Lawson Insight Inventory Control Release 7.0.7 User Text | L0359608-0360482 |
| 34. | | | Lawson Insight Inventory Control Release 7.0.7 Data File Text | L0358883-00359389 |
| 35. | | | Lawson Software Release 6.0 | L0004381-00004386 |
| 36. | | | Requisitions Training Manual Release 6.0 09/01/94 | L0009986-0010038 |
| 37. | | | Unix Upgrade Release Notes Release 5.x to 6.0 dated February 1995 | L0015260-15289 |
| 38. | | | Purchase Order Conversion Workbook Release 6.1 dated November 1995 | L0014150-0014247 |
| 39. | | | Inventory Control Conversion Manual Release 6.0 dated February 1994 | L0012800-0012836 |
| 40. | | | Purchase Order Conversion Manual Release 6.0 dated April 1994 | L0012492-0012517 |
| 41. | | | Lawson Purchase Order Release 6.0 Enhancement Design dated October 30, 1992 | L0024261-0024357 |
| 42. | | | Lawson Unix Upgrade Manual Release 6.x to 6.0 dated February 1995 | L0015320-0015614 |
| 43. | | | Lawson Purchase Order Release 6.0  User Text | L0015615-0016422 |

4

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 44. | | | 05/23/93 Letter to Lawson from Maurice Blauch from Aircraft Service Int's | L0021190 |
| 45. | | | Email dated 02/15/08 from Drew Burford to Paul Jarboe and Jay Raulerson regarding Lawson Meeting (Farber Depo. Exh. 36) | ePLUS0864667 |
| 46. | | | 03/12/10 Plaintiffs First Supplemental Answers and Objections to Defendant Lawson Second Set of Interrogatories | |
| 47. | | | 05/10/10 Plaintiff's Objections and Response to Defendant Lawson's Sixth Set of Interrogatories | |
| 48. | | | Technical Viewer/2 | ePlus0509238-0509251 |
| 49. | | | ePlus Acquisition of Structured Computer Services and SourceSYS Inc. Valuation Methodologies and Valuations (Farber Ex. 58) | ePlus0135341-0135344 |
| 50. | | | License Agreement between ePlus and ProcureNet (Farber Depo. Exh. 59) | ePlus0949000-09490017 |
| 51. | | | ePlus Systems, Inc. (SCS) (Farber Depo. Exh. 61) | ePLUS0135349-0135351 |
| 52. | | | Valuation of Assembled Work Force (Farber Depo. Exh. 62) | ePLUS0135347-0135346 |
| 53. | | | ProcureNet, Inc. Form S-1 (Farber Depo. Exh. 63) | ePlus0448712-0448851 |
| 54. | | | ePlus 2001 Annual Report and 10-K (Farber Depo. Exh. 64) | |
| 55. | | | ePlus 2002 10-K (Farber Depo. Exh. 65) | ePlus0133288-0133373 |
| 56. | | | Letter from SEC to ProcureNet, Inc. regarding withdrawal of Registration Statement on Form S-1 dated 11/10/000 | |

5

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| | | | (Farber Depo. Exh. 66) | |
| 57. | | | SAP License Agreement (Farber Depo. Exh. 70) | ePLUS0940777-0940801 |
| 58. | | | ePlus 2001 10-K (Farber Ex. 71) | ePLUS0139447-0139555 |
| 59. | | | Designated portions of the Deposition Transcript of James Johnson dated 12/09/09 | |
| 60. | | | Fisher Scientific Annual Report for 1992 (O'Loughlin Depo. Exh. 42) | L0343548–0345586 |
| 61. | | | Fisher RIMS Brochure | L0260595-0260606 |
| 62. | | | Fisher RIMS Trademark Application No. 74/384676 (Certified Copy) | |
| 63. | | | P.O. Writer Plus V. 10 Manual | L0126155-0127601 |
| 64. | | | UNIVERSE for UNIX Getting Started Release 2.1 dated February 1994 | L0013572-0013711 |
| 65. | | | Gateway 2000/MRO Manual dated May 1991 | L0127603-0127886 |
| 66. | | | Accounts Payable Procedures Manual Release 6.0 dated December 1994 | L0012181-0012467 |
| 67. | | | Purchase Order User Guide Version 9.0.1 dated November 2008 | L0044082-0044359 |
| 68. | | | IBM Technical Viewer/2 brochure | L0132131-0132134 |
| 69. | | | Asset Purchase Agreement between ProcureNet, Inc. and ePLUS, Inc. dated May 4, 2001 | ePLUS0205193-0205403 |
| 70. | | | Order Entry Procedures Manual Release 6.0 dated October 1994 | L0012600-0012799 |
| 71. | | | Empower your People with Requisition Self-Service and Procurement Punchout (Christopherson Depo. Ex. 10) | ePlus0621234-0621280 |

6

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 72. | | | Purchase Order File Layout: Release 9.0.1. (Christopherson Depo. Ex. 20) | L0043347.1 – L0043347.50 |
| 73. | | | Lawson Software Purchase Order Procedures Manual Release 6.0 dated 01/94 (Christopherson Depo. Exh. 39)[1] | L0013146-013295 |
| 74. | | | Lawson Software Requisitions Procedures Manual Release 6.0 dated 01/94 (Christopherson Depo. Exh. 40)[2] | L0009725-0009773 |
| 75. | | | Lawson Software Inventory Control Procedures Manual Release 6.0 dated 01/01/94 (Christopherson Depo. Exh. 41)[3] | L0012837-0013145 |
| 76. | | | Lawson Procurement Punchout Administration Guide Version 9.0 dated November 2006 | L0046293-0046332 |
| 77. | | | P11 Requisitions Self-Service: What's New in Version 8.0.3 for April 27-28, 2004 (Dooner Depo. Exh. 4) | LE02761084-002761113 |
| 78. | | | Application Design Document for S3 Item Search Center; Revision 1.1 (Dooner Depo. Exh. 5) | LE00192055-00192062 |
| 79. | | | Lawson M3 e-Procurement 13.1.1.3.0 Deployment Guide | L0061536-0061745 |
| 80. | | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ended March 31 | |

7

---

[1] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[2] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[3] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[4] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| | | | (Green Expert Report Exh. C)[4] | |
| 81. | | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ended March 31<br>(Green Expert Report Exh. C-1)[5] | |
| 82. | | | Lawson Fiscal 2007 Fourth Quarter Report | LE0055035-0055106 |
| 83. | | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ended March 31<br>(Green Expert Report Exh. C-2)[6] | |
| 84. | | | SUNY Upstate Medical University Hospital: Welcome to the Lawson Web Requisition: A Guide for the Beginning Requester<br>(Lohkamp Depo. Exh. 15) | ePLUS0241397-0241416 |
| 85. | | | Lawson S3 Requisitions Self-Service and Procurement Punchout Field Enablement dated 10/19/07<br>(Lohkamp Depo. Exh. 21) | L0135034-0135092 |
| 86. | | | Printout of notes titled "Systems are running on two platforms: HP-UX PA-RISC and IBM I"<br>(Hvass Depo. Exh. 2)[7] | |
| 87. | | | wip60_mod.txt<br>(Hvass Depo. Exh. 6)[8] | |
| 88. | | | Support Mod.txt<br>(Hvass Depo. Exh. 7)[9] | |

8

[5] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.
[6] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.
[7] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[8] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[9] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 89. | | | Cyclical_mod.txt (Hvass Depo. Exh. 8)[10] | |
| 90. | | | Screen shots by Jeff Hvass (Hvass Depo. Exh. 5)[11] | |
| 91. | | | Jeff Hvass demonstration of 5.0 Support[12] | |
| 92. | | | Jeff Hvass demonstration of 5.0 Cobdeliv[13] | |
| 93. | | | Jeff Hvass demonstration of 6.0[14] | |
| 94. | | | Jeff Hvass demonstration of 6.1[15] | |
| 95. | | | CD of Demonstration taken during Deposition of Jeff Hvass | ePLUS0949076 |
| 96. | | | J CON Manual Vol. 1 | L0123414-0124584 |
| 97. | | | J CON Manual Vol. 3 | L0124585-0125034 |
| 98. | | | J CON Manual RDB Guide | L0125035-0125221 |
| 99. | | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ended March 31 (Green Expert Report Exh. C-3)[16] | |
| 100. | | | ProcureNet Inc. Statement of Profit and Loss Fiscal Years ended December 31 (Green Expert Report Exh. D)[17] | |
| 101. | | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ended | |

9

[10] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[11] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[12] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[13] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[14] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[15] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103
[16] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.
[17] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.
[18] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| | | | May 31<br>(Green Expert Report Exh. E)[18] | |
| 102. | | | Pilot and Comprehensive Electronic Sourcing Program System prepared for Fisher Scientific dated 03/16/94<br>(Gounaris Depo. Exh. 7) | ePLUS0214268-0214289 |
| 103. | | | Lawson Software Total Accused License Revenue Fiscal Years ended May 31<br>(Green Expert Report Exh. J)[19] | |
| 104. | | | Technical Viewer/2 | G000362-0000375 |
| 105. | | | IBM Technical Viewer/2 General Information Manual<br>(Gounaris Depo. Exh. 10) | G000002-000011 |
| 106. | | | IBM Technical Viewer/2 General Information | ePlus0209840-0209856; |
| 107. | | | IBM Technical Viewer/2<br>(Gounaris Depo. Exh. 11) | G000030-000033 |
| 108. | | | Fisher Electronic Sourcing Proposal dated 05/30/95<br>(Eng Depo. Exh. 6) | ePlus0218032-0218056 |
| 109. | | | Lawson Software, Inc. Total Accused Maintenance Revenue Fiscal Years Ended May 31<br>(Green Expert Report Exh. J-2)[20] | |
| 110. | | | IBM Technical Viewer/2<br>(Pages from Eng Depo. Exh. 3) | ePlus0218101-0218104 (ENG000007-10) |
| 111. | | | 5799-IBM Technical Viewer/2 | ePlus0210933-0210938 |

[19] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.
[20] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.

10

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 112. | | | (Pages from Eng Depo. Exh. 3) | |
| | | | Video – Interactive Electric Technical Manuals | L0290560 |
| 113. | | | Technical Viewer/2 (Pages from Eng Depo. Exh. 3) | ePlus0459751-0459764 |
| 114. | | | IBM Technical Viewer/2 General Information Manual (Pages from Eng Depo. Exh. 3) | ePlus0209857-0209867 |
| 115. | | | Procure+ History (O'Connell Depo. Ex. 3) | ePlus 0042779-042780 |
| 116. | | | Designated portions of Deposition Transcript of Laurene Fielder McEneny dated 06/10/10 | |
| 117. | | | Guided Tour - Version 10.1 (McEneny Depo. Exh. 2) | L0126514-0126701 |
| 118. | | | Reserved for updated Lawson License and Maintenance Revenue Spreadsheet[21] | |
| 119. | | | Reserved for updated Lawson Services Revenue Spreadsheet[22] | |
| 120. | | | Tenth Edition Software Revision 10.0 dated 04/93 (McEneny Depo. Exh. 5) | L0126501-0126513 |
| 121. | | | Purchased Tutorial- Table of Contents re: P.O. Writer (McEneny Depo. Exh. 6) | L0126718-0126964 |
| 122. | | | P.O. Writer Tenth Edition Software 10.0 (McEneny Depo. Exh. 103) | L0126501-0126513 |
| 123. | | | The American Tech Client Support Program (McEneny Depo. Exh. 95) | ePlus0219927-0219937 |
| 124. | | | We've Got Connections! re: P.O. Writer Plus Version 6.0 | ePlus0219612-0219617 |

11

---

[21] Lawson may update its license and maintenance spreadsheet depending on the Court's ruling on Lawson's pending motion in limine.
[22] Lawson may update its license and maintenance spreadsheet depending on the Court's ruling on Lawson's pending motion in limine.

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 125. | | | (McEneny Depo. Exh. 96) | ePlus0219493-0219494 |
| 126. | | | Note Report re: Kirkland & Ellis dated 02/01/06 (McEneny Depo. Exh. 97) | L0126147-0126395 |
| 127. | | | Inventory Control Version 10.0: Office Copy (McEneny Depo. Exh. 98) | L0126396-0126402 |
| 128. | | | Ad Hoc Reporting Version 10.0 ((McEneny Depo. Exh. 99) | L0126403-0126422 |
| 129. | | | Bar Code Interface Version 10.0 ((McEneny Depo. Exh. 100) | L0126423-0126481 |
| 130. | | | Data Interface Utility Version 10.0 (McEneny Depo. Exh. 101) | L0126482-0126500 |
| 131. | | | EDI Interface User's Guide (McEneny Depo. Exh. 102) | L0126702-0126717 |
| 132. | | | P.O. Writer Plus Fax Module Version 10.0 (McEneny Depo. Exh. 105) | L0127297-0127504 |
| 133. | | | P.O. Writer Receiving Manual for Version 10.0 (McEneny Depo. Exh. 106) | L0126965-0126980 |
| 134. | | | P.O. Writer requisition interface menu (McEneny Depo. Exh. 107) | L0126981-0126999 |
| 135. | | | Security Administrator's Guide Version 10.0 (McEneny Depo. Exh. 108) | L0127000-0127019 |
| 136. | | | Stock Requisitioning & Kitting System Administrator's Guide (McEneny Depo. Exh. 109) | L0127020-0127102 |
| 137. | | | Stock Requisitioning & Kitting Version 10.0 (McEneny Depo. Exh. 110) | L0127103-0127137 |
| | | | Supplier Rating Report dated 02/03/93 (McEneny Depo. Exh. 111) | |

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 138. | | | System Administrator's Guide Version 10.0 (McEneny Depo. Exh. 112) | L0127138-0127227 |
| 139. | | | Version Upgrade Kit Version 10.0 (McEneny Depo. Exh. 113) | L0127228-0127255 |
| 140. | | | Purchase Requisitioning System Administrator's Guide Version 10.0 (McEneny Depo. Exh. 114) | L0127256-0127296 |
| 141. | | | Requisitioning Module Version 10.0 Office Copy (McEneny Depo. Exh. 115) | L0127505-0127601 |
| 142. | | | Buyers' Guide to Software for Purchasing dated 11/23/89 (McEneny Depo. Exh. 118) | ePLUS0219905-0219910 |
| 143. | | | Requisitions User Guide Version 9.0.1 dated November 2008 (Christopherson Depo. Exh. 6) | L0061098-0061299 |
| 144. | | | WITHDRAWN | |
| 145. | | | Diagram of the Gateway P.O with Fisher CSR (Pages of Ramos Depo. Exh. 5) | JR000206 |
| 146. | | | Gateway 200/MRO Version dated 05/91 (Ramos Depo. Exh. 6) | ePLUS00209905-0210188 |
| 147. | | | Vendor Function and Cost Comparison dated 03/17/94 (Ramos Depo. Exh. 7) | ePLUS0501578-0501579 |
| 148. | | | Competitive Product Evaluation dated 08/92 (Ramos Depo. Exh. 8) | ePLUS0219353-0219379 |
| 149. | | | Software License Agreement between Aramco Services Company and Technical Services Associates, Inc. dated 04/28/92 (Ramos Depo. Exh. 9) | ePLUS0469381-0469407 |
| 150. | | | Gateway Screenshots | L0128494-128564 |

13

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 151. | | | Reserved for summary of updated Lawson License Revenue Spreadsheet | |
| 152. | | | Reserved for summary of updated Lawson Maintenance Revenue Spreadsheet | |
| 153. | | | Gateway DOS Product Overview | L0128368-0128395 |
| 154. | | | Gateway Newsletter dated 01/91 | L0128358-0128361 |
| 155. | | | Gateway Purchasing Manual dated 12/93 | L0127887-0128208 |
| 156. | | | Gateway Newsletter dated 04/92 | L0128363-0128366 |
| 157. | | | Gateway Inventory Process User Manual | L0128209-0128356 |
| 158. | | | Fisher/Gateway Interface dated 06/04/90 (Jacobs Depo. Ex. 4) | ePLUS0219328-0219336 |
| 159. | | | Letter from Tom Side to David Wilson dated 07/16/90 (Jacobs Depo. Ex. 5) | ePLUS0219337 |
| 160. | | | TSA, Inc. letter to Fisher regarding file structures dated 10/29/90 (Jacobs Depo. Ex. 6) | ePLUS0216634-0216641 |
| 161. | | | TSA, Inc. Proposal to Provide Re-engineering of Procurement System prepared for New York University Medical Center dated 05/12/94 (Jacobs Depo. Ex. 7) | ePLUS0497214-0497222 |
| 162. | | | Letter from Kathy Detar-Gennuso (Fisher Scientific) to Dave Wilson regarding purchase order file transmission dated 11/30/89 (Jacobs Depo. Ex. 8) | ePLUS0501468-0501474 |
| 163. | | | Letter from Ann Mull (Fisher Scientific) to NYU Medical Center regarding purchase order without transmission structure (Jacobs Depo. Ex. 9) | ePLUS0218057-0218061 |

14

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 164. | | | Gateway Purchasing Manual dated 12/1993 (Jacobs Depo. Ex. 10) | ePLUS0212821-0213070 |
| 165. | | | Gateway System Management Manual dated 12/1993 (Jacobs Depo. Ex. 11) | ePLUS0213143-0213404 |
| 166. | | | Gateway Inventory Processes User Manual dated 12/1993 (Jacobs Depo. Ex. 12) | ePLUS0213405-0213552 |
| 167. | | | Reserved for updated Lawson Services Revenue Spreadsheet | |
| 168. | | | CUE Files | L0345001 |
| 169. | | | Lawson M3 Application Suites (7.1 Apps) (v2.3.1) (Hager Depo. Exh. 14) | L0157227.1-0157227.129 |
| 170. | | | REALITY Purchase Order Module | EP019996-020239 |
| 171. | | | UNIVERSE Release Notes 2.1 dated July 1994 | L0014416-0014532 |
| 172. | | | UNIVERSE for UNIX Developer's Workbench Release 2.1 dated January 1994 | L0017726-0017890 |
| 173. | | | UNIVERSE CASE and 4GL Release 2.1 dated April 1994 | L0017891-0018119 |
| 174. | | | Designated portions of the Deposition of Lynn Cimino (South Jersey Health Systems, Inc.) dated 03/02/10 | |
| 175. | | | UNIVERSE for UNIX Database administration Release 2.1 dated March 1994 | L0025716-0025938 |
| 176. | | | Inventory Control User Guide Version 9.0 dated May 2007 | L0031954-0032248 |
| 177. | | | Procurement Management Technical Guide Version 8.0.3 dated October 2003 | L0042441-0042670 |
| 178. | | | Requisitions User Guide Version 9.0 dated November 2006 | L0044870-0045068 |
| 179. | | | Lawson M3 e-Procurement 13.1.1.3.0 Installation and Setup Guide | L0061746-0061819 |
| 180. | | | Lawson Supply Chain Management Conversion Guide | L0327408-0327569 |

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| | | | Version 9.0.1 dated April 2009 | |
| 181. | | | Lesson Four Process Bids | LE0206O596-02060609 |
| 182. | | | CD of videotaped recording of data made during deposition on 03/02/10 (Cimino Depo Exh. 11) | |
| 183. | | | Designated portions of the Deposition of Manuel D. Matias dated 03/10/10 | |
| 184. | | | CD of Demonstration made during deposition of Manuel D. Matias (Robert Wood Johnson) dated 03/10/10 | |
| 185. | | | Designated portions of the Deposition of Robert Irwin dated 03/10/10 | |
| 186. | | | Purchase Order Procedures Manual Version 7.2.0 dated February 1999 | LE01078665-01078888 |
| 187. | | | Lawson Software Americas, Inc. Statement of Work for Robert Wood Johnson University Hospital (Irwin Depo. Exh. 6) | RWJ000086-000124 |
| 188. | | | Lawson Self Service RSS Training Guide Lawson Software regarding Robert Wood Johnson University Hospital dated 07/27/09 (Irwin Depo. Exh. 7) | RWJ003998-004020 |
| 189. | | | Lawson Implementation Buyer Training Guide regarding Robert Wood Johnson University (Irwin Depo. Exh. 8) | RWJ003860-003912 |
| 190. | | | Chapter 20 Application Changes from Release 6.0 (Shamos Depo. Exh. 3)[23] | L0373955-0374057 |
| 191. | | | Requisitions Procedures Manual Version 7.2.1 dated April 1999 | LE01101046-01101231 |

16

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 192. | | | Purchase Order Procedures Manual Version 7.2.1 dated April 1999 | LE01100551-01100774 |
| 193. | | | Procurement Management Technical Guide Version 7.2.1 dated April 1999 | LE00354500-00354727 |
| 194. | | | Designated portions of the Deposition of Kristy Oliver (Blount) dated 03/11/10 | |
| 195. | | | Requisitions Procedures Manual Version 7.2.0 dated February 1999 | LE01078889-01079072 |
| 196. | | | Response to Request for Proposal Blount Memorial Hospital dated 01/25/07 (Blount Depo. Exh. 3) | L0083359-0083446 |
| 197. | | | Lawson Software Statement of Work for Blount Memorial Hospital (Blount Depo Exh. 4) | B003802-003837 |
| 198. | | | E-mail communication from Katrina Rice to Kristy Oliver regarding Item Master Upload Template with attachment dated 12/04/08 (Blount Depo. Exh. 11) | B00817-00827 |
| 199. | | | Email from Katrina Rice to Kristy Oliver enclosing presentation "RSS Requisitions" dated 09/09/08 (Blount Depo. Ex. 13) | B003039-003071 |
| 200. | | | CD containing videotaped demonstration by Kristy Oliver during deposition dated 03/11/10 | |
| 201. | | | Designated portions of the deposition of William Ray Yuhasz and Vicky Miller Williams (Novant Health) dated 02/19/10 | |
| 202. | | | Requisition Self Service: RSS 9 Training Manual dated 11/09 | NOV0838-0869 |

17

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 203. | | | Customer Service Information presentation (Novant Depo. Exh. 7) | NOV0870-0904 |
| 204. | | | Lawson/SciQuest Procure-to-Pay (P2P Solution Overview for Novant Health (Novant Depo. Exh. 8) | LE00509459-00509464 |
| 205. | | | Email communications between Mary Segreti (Lawson) and Pat Burton (Novant) with Request For Proposal dated 03/20/09 (Novant Depo. Exh. 9) | NOV0394-0443 |
| 206. | | | Email from Pat Burton (Novant) to Distribution regarding Novant responses to RFP questions dated 03/17/09 (Novant Depo. Exh. 10) | ePLUS0911571-0911582 |
| 207. | | | Novant Health P2P Project dated 01/16/09 (Novant Depo. Exh. 11) | LE00504119-0504121 |
| 208. | | | ProcessFlow 9.0.0.x Source Code | L0344999 |
| 209. | | | Novant Screenshots captured during 02/19/10 Novant 30b6 deposition (Novant Depo. Exh. 15) | |
| 210. | | | File History for U.S. Trademark Reg. No. 1,838,080: Fisher RIMS dated 05/31/94 (certified copy) (O'Loughlin Depo. Exh. 40) | L0260585-0260624 |
| 211. | | | Fisher Scientific International 1994 Annual Report; dated 1994 (O'Loughlin Depo. Exh. 41) | L0343632-0343667 |
| 212. | | | Fisher Scientific International Form 10-K for 1992 (O'Loughlin Depo. Exh. 42) | L0343548-0343586 |
| 213. | | | Fisher Scientific International Form 10-K for 1993 | L0343587-0343631 |

18

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| | | | (O'Loughlin Depo. Exh. 43) | |
| 214. | | | Lawson 2010 10-K | |
| 215. | | | 7.2.2.4 to 8.0.3. Application and Environment Upgrade iSeries Information Document and Budgetary Estimate dated 03/2005 (Raleigh Depo. Exh. 15) | LE02782644-02782669 |
| 216. | | | Lawson Requisitions Self-Service User Guide Version 9.0.1 dated May 2009 | L0045474-0045553 |
| 217. | | | Purchase Order User Guide Version 9.0.1 dated November 2008 | L0052019-0052296 |
| 218. | | | Inventory Control User Guide Version 9.0.1 dated November 2008 | L0032249-0032549 |
| 219. | | | Patent License and Settlement Agreement between SAP America, Inc., SAP A.G, and ePlus Inc. dated 12/11/06 (Wissing Depo. Exh. 45)[24] | ePLUS0940777-0940801 |
| 220. | | | Website printout from *www.SAP.com/usa* regarding SAP Business Suite: Integrated Business Applications dated 05/08/10 (Wissing Depo. Exh. 46)[25] | L0378501 |
| 221. | | | Website printout from *www.SAP.com/usa* regarding Software Maintenance and Support dated 05/08/10 (Wissing Depo. Exh. 47)[26] | L0378534 |
| 222. | | | Website printout from *www.SAP.com/usa* regarding SAP | L0378502-0378509 |

19

[24] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.
[25] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.
[26] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 223. | | | Supplier Relationship Management dated 05/08/10 (Wissing Depo. Exh. 48)[27] | L0378527-0378533 |
| 224. | | | Website printout from *www.SAP.com/usa* regarding ERP Software From SAP dated 05/08/10 (Wissing Depo. Exh. 49)[28] | L0378510-0378526 |
| 225. | | | Website printout from *www.SAP.com/usa* regarding Customer Relationship Management (CRM) Software from SAP dated 05/08/10 (Wissing Depo. Exh. 50)[29] | |
| 226. | | | SAP Catalog Content Management (Wissing Depo. Exh. 51)[30] | L0378483-0378496 |
| 227. | | | IDC Market Analysis (Wissing Depo. Exh. 52) | SAPAMERICA00001-00029 |
| 228. | | | Market Analysis – IDC Worldwide ERP | LE0561289-0561333 |
| 229. | | | AMR Research – The ERP Market Sizing Report, 2006-2011 (Wissing Depo. Exh. 53) | SAPAMERICA00030-00065 |
| 230. | | | AMR Research – The Supply Chain Management Market Sizing Report, 2006-2011 | LE00216064-216099 |
| 231. | | | IBM Technical Viewer/2 General Information Manual | G000012-29 |
| 232. | | | SAP Business all in one Fast Start Program (Wissing Depo. Exh. 55)[31] | L0378497-0378500 |
| | | | File History of U.S. Patent No. 6,055,516 (Certified Copy) | L0132511-0132698 |

20

---

[27] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.
[28] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.
[29] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.
[30] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.
[31] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 233. | | | File History of U.S. Patent No. 6,023,683 (Certified Copy) | L0132699-0132936 |
| 234. | | | Notice of Allowability regarding Application No. 08/288,577 (U.S. Patent No. 6,023,683) dated 11/20/98 | L0132912-0132916 |
| 235. | | | File History of U.S. Patent No. 6,505,172 (Certified Copy) | L0131875-0132510 |
| 236. | | | Notice of Allowability regarding Application No. 09/532,557 (U.S. Patent No. 6,505,172) dated 03/27/01 | L0132089-0132094 |
| 237. | | | File History of Reexamination No. 90/008,104[32] (Certified Copy) | |
| 238. | | | Decision on Request for Reexamination 90/008,104 dated 10/28/06[33] (Certified Copy) | |
| 239. | | | File History of Reexamination No. 90/009,636 (U.S. Patent No. 6,055,516)[34] (Certified Copy) | |
| 240. | | | Order Granting/Denying Request for Ex Parte Reexamination for Reexamination No. 90/009,636 dated 01/15/10[35] | |
| 241. | | | File History of Reexamination No. 95/000,487 (U.S. Patent No. 6,505,172)[36] (Certified Copy) | |
| 242. | | | Order Granting/Denying Request for Inter Partes Reexamination for Reexamination No. 95/000,487 dated | |

21

[32] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[33] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[34] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[35] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[36] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[37] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 243. | | 10/23/09[37] | File History of Reexamination No. 90/011,066[38] (Certified Copy) | |
| 244. | | | U.S. Patent No. 4,992,940: Dworkin (Certified Copy) | L0260625-0260640 |
| 245. | | | U.S. Patent No. 5,319,542: King (Certified Copy) | ePLUS0130297-0130307 |
| 246. | | | U.S. Patent No. 4,984,155: Geier (Certified Copy) | ePlus0137907-0137924 |
| 247. | | | 5.0 Source Code[39] | L0172985 |
| 248. | | | 6.1 Source Code[40] | L0345246 |
| 249. | | | 6.1 Source Code from Ciber[41] | L0417613 |
| 250. | | | 7.2.4 Source Code | L0135743 |
| 251. | | | 9.0.1 MSP2 Source Code | L0135741 |
| 252. | | | 8.0.3 Source Code | L0135744 |
| 253. | | | 9.0.1 Source Code | L0290559 |
| 254. | | | 9.0.0 Source Code | L0135742 |
| 255. | | | 8.1.0 Source Code | L0135745 |
| 256. | | | PHYSICAL: Bendix-Philips 1966 Thru 1969 Auto Radio Replacement Parts Price List[42] | |
| 257. | | | PHYSICAL: Sears 1984 Fall/Winter Catalog | |
| 258. | | | PHYSICAL: Montgomery Wards Fall/Winter 1984 Catalog | |

22

38 Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
39 Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
40 Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
41 Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
42 Physical Exhibits are available for Inspection.

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 259. | | | PHYSICAL: Address book | |
| 260. | | | PHYSICAL: Rolodex | |
| 261. | | | PHYSICAL: Verizon Yellow pages January 2008 for Area Code 804 | |
| 262. | | | Designated portions of Steve Mencarini Deposition dated May 26, 2010 | |
| 263. | | | ePlus 2000 10-K | ePlus013902-77 |
| 264. | | | ePlus 2001 10-K and Annual Report | ePLUS0132821-0132893` |
| 265. | | | ePlus 2002 10-K | ePlus013290-71 |
| 266. | | | ePlus 2003 10-K and Annual Report (Mencarini Depo. Ex. 73) | ePlus0132738-0132820 |
| 267. | | | ePlus 2004 10-K (Mencarini Depo. Exh. 74) | ePlus0136030-0136100 |
| 268. | | | ePlus 2005 10-K (Mencarini Ex. 75) | ePlus0506321-0506409 |
| 269. | | | ePlus 2006 10-K | ePlus0528836-0528969 |
| 270. | | | ePlus 2007 10-K (Mencarini Depo. Exh. 93) | |
| 271. | | | ePlus Amended 2007 10-K | L0415808-0415815 |
| 272. | | | ePlus 2008 10-K | ePlus043996-073 |
| 273. | | | ePlus 2008 10-K and Annual Report (Mencarini Depo. Exh. 92) | |
| 274. | | | ePlus 2009 10-K | ePlus0528741-824 |
| 275. | | | ePlus 2009 10-K and Annual Report (Mencarini Depo. Exh. 76) | ePLUS0528737-0528826 |
| 276. | | | Lawson Software Acquisition History | L0344871-0344872 |
| 277. | | | 01/28/04 Letter to Lawson enclosing Value Added Reseller Agreement between Micro Focus and Lawson | L0344941-0344952 |

23

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 278. | | | ePlus Content Services income statement for 2001-2002 (Mencarini Depo Exh. 77) | ePlus091337-091342 |
| 279. | | | ePlus Content Services income statement for 2002-2003 (Mencarini Depo. Exh. 78) | ePlus091331-091336 |
| 280. | | | ePlus Content Services income statement for 2003-2004 (Mencarini Depo. Exh. 79) | ePlus091343-091348 |
| 281. | | | ePlus Systems income statement for 2001-02 (Mencarini Depo. Exh. 80) | ePlus091363-091368 |
| 282. | | | ePlus Systems income statement for 2002-03 (Mencarini Depo. Exh. 81) | ePlus091369-091374 |
| 283. | | | ePlus Systems income statement for 2003-04 (Mencarini Depo. Exh. 82) | ePlus091375-091380 |
| 284. | | | Balance sheet for ePlus Content Services for 2002 (Mencarini Depo. Exh. 84) | ePlus091349-091351 |
| 285. | | | Balance sheet for ePlus Content Services for 2003 (Mencarini Depo. Exh. 85) | ePLUS091352-091354 |
| 286. | | | Balance sheet for ePlus Content Services for 2004 (Mencarini Depo. Exh. 86) | ePlus091355-091358 |
| 287. | | | Balance sheet for ePlus Content Services for 2004 (Mencarini Depo. Exh. 87) | ePlus091359-091362 |
| 288. | | | Balance sheet for ePlus Systems for 2002 (Mencarini Depo. Exh. 88) | ePlus091390-94 |
| 289. | | | Balance sheet for ePlus Systems for 2003 (Mencarini Depo. Exh. 89) | ePlus091395-99 |
| 290. | | | Balance sheet for ePlus Systems for 2004 (Mencarini Depo. Exh. 90) | ePlus091400-04 |
| 291. | | | ePlus Acquisition of Structured Computer Services and SourceSys Inc. Valuation Methodologies and Valuations | ePlus0139230-51 |

24

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 292. | | | Excel Spreadsheet for ePlus Systems and Content Services (Magnum Depo. Exh. 134) | ePlus0949075 |
| 293. | | | Report and Recommendation to Board of Directors for Acquisition of ProcureNet | ePlus0131613-33 |
| 294. | | | Asset Purchase Agreement between ProcureNet and ePlus dated May 4, 2001 | ePlus0205193-0205403 |
| 295. | | | April 14, 1999 ProcureNet / Fisher Agreement | ePlus0700136-155 |
| 296. | | | ProcureNet Internal Listing 4/15/01 | ePlus0134665-0134957 |
| 297. | | | Summary of potential license, service, and maintenance revenues (in U.S. dollars) from January 1, 2003 to June 31, 2004 by customer name and SKU (Appendix E) | |
| 298. | | | Lawson 2002 10-K | L0066293-0066373 |
| 299. | | | Lawson 2003 10-K | L0074557-0074677 |
| 300. | | | Lawson 2004 10-K | L0066466-0066596 |
| 301. | | | Lawson 2005 10-K | L0074812-0074948 |
| 302. | | | Lawson 2006 10-K | L0087085-0087278 |
| 303. | | | Lawson 2007 10-K | L0066977-0067092 |
| 304. | | | Lawson 2008 10-K | L0067103-0067231 |
| 305. | | | Lawson 2009 10-K (Lohkamp Exh. 24) | L0067240-0067336 |
| 306. | | | Lawson 2001 S-1 | L0151774-0152367 |
| 307. | | | IBM OEM Software Agreement | L0344898-0344903 |
| 308. | | | Value Added Industry Remarketer Agreement Exhibit 10.24 dated 08/13/01 (Green Depo. Exh. 4) | L0145818-0145865 |
| 309. | | | Lawson Associates Inc. Application Partner Agreement | L0145866-0145917 |

25

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| | | | with Arbor Software Corporation dated 08/13/01 (Green Depo. Exh. 5) | |
| 310. | | | IBM WebSphere License (Lawson Exh. 126) | L0344875-0344897 |
| 311. | | | Micro Focus License (Lawson Exh. 127) | L0344977-0344998 |
| 312. | | | Excel spreadsheet (12/26/09 White Ex. 3) | L0135750 |
| 313. | | | Excel spreadsheet (4/21/10 White Ex. 14) | L0340558 |
| 314. | | | Excel spreadsheet, FY05-March of FY10 Maintenance and License Revenue Spreadsheet | L0415816 |
| 315. | | | Excel spreadsheet | L0415818 |
| 316. | | | Excel spreadsheet | L0345021 |
| 317. | | | Excel spreadsheet (White Depo. Exh. 8) | L0234993 |
| 318. | | | Excel spreadsheet | L0345002 |
| 319. | | | Excel spreadsheet (White Depo. Exh. 13) | L0234992 |
| 320. | | | Lawson SKU list (Lawson Ex. 123) | L0204134 |
| 321. | | | Lawson Turnover Document – Release 9 | LE01336793-851 |
| 322. | | | Lawson Business Management Solutions – Release 9.0.0.1 | LE00840919-66 |
| 323. | | | Lawson Software Inc. Client Legal Audit Documents | LE02698476-478 |
| 324. | | | Lawson Insight AS/400 BOM – Release 7.1.5 | LE01364204-207 |
| 325. | | | Lawson Software Market Position | LE00142486-512 |
| 326. | | | Lawson Software FY09 Business Plan and Budget | LE00311100-168 |
| 327. | | | 6.1 Product Launch Feature / Benefit Document | L0026861-881 |

26

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 328. | | | Lawson Software Non-Exclusive License Agreement | L0168997-9036 |
| 329. | | | Excel Spreadsheet | L0157226 |
| 330. | | | Invalidity Analysis of Johnson et al, U.S. Patents 6,023,683, 6,055,516 and 6,505,172 by Expert Michael I. Shamos, PH.D, J.D. (Shamos Depo. Exh. 10) | |
| 331. | | | Baxter Healthcare Corporation: ASAP Express | L0340559-0340571 |
| 332. | | | Lawson Software Inventory Control Conversion Manual release 6.0[43] | L0012800-0012836 |
| 333. | | | Summary of 5.0 and 6.0 Differences – IC, PO and RQ[44] | L0017230-0017236 |
| 334. | | | "Beyond Business Process Redesigning Redefining Baxter's Business Network, MIT Sloan Management Review: Short et al., dated Fall 1992[45] | L0343527-0343543 |
| 335. | | | Lawson Laptop Demonstration System S3 Version 9.0 | L0067337 |
| 336. | | | Lawson M3 Demonstration System | L0135748 |
| 337. | | | ePLUS Demonstration System (https://procureplus.eplusonline.com/demo/pplus/) | |
| 338. | | | ePlus Data (.csv file) | ePLUS0949077 |
| 339. | | | Initial Infringement Expert Report of Alfred C. Weaver, PhD. (SAP litigation) | ePlus0445053-0445362 |
| 340. | | | Report of Credit Suisse First Boston on Lawson Software dated 11/24/03 | |
| 341. | | | J.P. Morgan Securities Equity Research regarding Lawson Software dated 09/26/03 | |

27

[43] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[44] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.
[45] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 342. | | | Report by McDonald Equity Research regarding Ariba, Inc. dated 05/21/02[46] | |
| 343. | | | Report by Morgan Stanley regarding Ariba dated 05/01/02[47] | |
| 344. | | | Report by Robinson-Humphrey regarding Clarus Corp. dated 07/26/01 | |
| 345. | | | Report by Robert Stephens regarding Commerce One, Inc. dated 01/24/02[48] | |
| 346. | | | Report by Salmon Smith Barney regarding Ariba, Inc. dated 05/01/02[49] | |
| 347. | | | Designated portions of the Deposition Transcript of Gerald Wissing (SAP) dated May 11, 2010[50] | |
| 348. | | | Application Design Documents for S3 Item Search Center (Weaver Depo. Exh. 10) | LE00192055-00192062 |
| 349. | | | ePlus Return on Investment for Technology Acquired for ProcureNet (Green Expert Report Exh. F) | |
| 350. | | | Lawson Software Expectations for Procurement Software for Fiscal Years Ended May 31 (Green Expert Report Exh. G) | |
| 351. | | | Lawson Software License Revenue vs. Consulting Revenue Quarterly Data: 1Q2006-3Q2010 (Green Expert Report Exh. H) | |

28

[46] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.
[47] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.
[48] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.
[49] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.
[50] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 352. | | | Lawson Software Customers that Purchased Procurement Software License Fiscal Years 2005-2009 (Green Expert Report Exh. I) | |
| 353. | | | Lawson Software Profits on Accused Revenue Fiscal Years Ended May 31 (Green Expert Report Exh. J-1) | |
| 354. | | | Lawson Software Count of Allegedly Infringing Licenses Sold Fiscal Years Ended May 31 (Green Expert Report Exh. J-3) | |
| 355. | | | Lawson Software Lump Sum as a Percent of Procurement Software Revenue & Operating Profits Fiscal Years Ended May 31 (Green Expert Report Exh. K) | |
| 356. | | | Lawson Software Procurement Software:  License Earnings Fiscal Years Ended May 31 (Green Expert Report Exh. K-1) | |
| 357. | | | Lawson Software Procurement Software:  Maintenance Earning Fiscal Years Ended May 31 (Green Expert Report Exh. K-2) | |
| 358. | | | Lawson Software Customer Numbers:  Purchases of IC, PO & RQ Applications (Green Expert Report Exh. L) | |
| 359. | | | Lawson Software Customer Numbers Purchases of FINPRO (Green Expert Report Exh. L-1) | |
| 360. | | | Lawson Software Customer Numbers:  Purchases of M3EPR (Green Expert Report Exh. L-2) | |

29

| Def. No. | Plt. No. | Admitted | Description of Exhibit | Bates Number |
|---|---|---|---|---|
| 361. | | | Lawson Software Customer Numbers: Purchases of PROC (Green Expert Report Exh. L-3) | |
| 362. | | | Lawson EDI for Supply Chain Management Installation Guide Version 9.0.1.x dated November 2008 | LE03273818-03273832 |
| 363. | | | Lawson Software Total Accused License Revenue November 1, 2003-March 31, 2010 | |
| 364. | | | Lawson Software Total Accused License Revenue May 19, 2009 – August 6, 2010 | |
| 365. | | | S3 and SHCM Price Configuration Setup (Lohkamp Depo. Exh. 26) | L0234993.1-.38 |
| 366. | | | M3 Price Configuration Setup (Lohkamp Depo. Exh. 27) | L0234992.1-31 |
| 367. | | | M3 Source Code | L0135747 |
| 368. | | | 1006 Summaries | |
| 369. | | | Reserved for Exhibits related to new Reserved for invalidity expert | |
| 370. | | | Reserved for Exhibits related to new source code expert | |

The Defendant reserves the right to supplement this Exhibit List prior to trial and to offer additional exhibits for purposes of impeachment and rebuttal.  The Defendant also reserves the right to offer any exhibits listed on Plaintiff's Exhibit List.

30

LAWSON SOFTWARE, INC.

By _____
        Of Counsel

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point, Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN  55402
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 6th day of August, 2010, a true copy of the foregoing was delivered by electronic mail to the following:

Craig T. Merritt
Henry I. Willett, III
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

James D. Clements
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
jclements@goodwinprocter.com

_____
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)

32

Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*