IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                                                        Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

## ORDER

For the reasons set forth on the record during the July 28, 2010 hearing, and it being that genuine issues of material fact exist, the DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (Docket No. 240) is denied to the extent that it seeks summary judgment as to the sufficiency of the written description of U.S. Patent No. 6,055,516.

It is so ORDERED.

                                              /s/       REP
                            Senior United States District Judge

Richmond, Virginia
Date: August 8, 2010