# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| *e*PLUS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF EPLUS'S OBJECTIONS TO DEFENDANT'S DESIGNATIONS AND SUMMARY OF THE DEPOSITION OF MANUEL D. MATIAS AND COUNTER-DESIGNATIONS

### Specific Objections

| Defendant's Designations | *e*Plus's Objections (designations) | *e*Plus's Objections (summary) |
|---|---|---|
| 5:22-25 | | |
| 20:7-15 | | |
| 24:6-10 | | |
| 25:7-10 | 403 | |
| 27:9-24 | 403; 701 (27:18-24) | |
| 29:3-13 | | |
| 35:20-36:5 | | Mischaracterizes testimony (Mr. Matias testified that purchase orders from Robert Wood Johnson are transmitted via EDI from GHX to vendors, and that the vendors transmit information back to GHX in return) |
| 37:3-11 | | Mischaracterizes testimony (Mr. Matias testified that the purchase order acknowledgement was viewable through a portal to GHX) |
| 41:21-24 | 402 | |
| 53:21-24 | Improper designation. Designation fails to include witness' answer.  (106) | Mischaracterizes testimony (Mr. Matias testified that a user could search by the name Cardinal to pull up an item if the word |

| Defendant's Designations | ePlus's Objections (designations) | ePlus's Objections (summary) |
|---|---|---|
| | | Cardinal appeared in the description or one of the other fields being searched) |
| 84:4-85:2 | 701 (84:20-85:2) | |
| 86:23-87:1 | 403 | |
| 88:8-20 | 402; 602 | Mischaracterizes testimony (Mr. Matias testified that there was no way to determine the price of an item if there was no contract in place for the item in PO25) |
| 89:4-90:2 | | Mischaracterizes testimony (Mr. Matias testified that Robert Wood Johnson was using GHX prior to licensing Lawson) |
| 90:25-91:3 | 602 | |

### Counter-Designations

| ePlus's Counter-Designations |
|---|
| 22:18-24:5 |
| 24:11-25:6 |
| 35:6-19 |
| 41:25-42:1 |
| 53:25-54:2 |
| 85:9-86:22 |
| 87:15-88:7 |
| 91:12-93:9 |

2

Respectfully submitted,

Dated:  August 9, 2010

/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
SRobertson@goodwinprocter.com
JAlbert@goodwinprocter.com
DYoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
MSrapp@goodwinprocter.com
JClements@Goodwinprocter.com

*Attorneys for Plaintiff, ePlus Inc.*

LIBW/1755220.2

## Manuel D. Matias – Rebuttal Summary

Two vendor items can be associated with a single item in the Item Master. (22:18-24:5) End users are able to select a vendor for an item available from more than one vendor. (24:11-25:6)

GHX is a middleman repository for many healthcare facilities in the United States. GHX sends and receives EDI transactions on behalf of Robert Wood Johnson, which accesses this information from GHX. (35:6-19)

Manual Matias was not aware of whether or not Robert Wood Johnson uses PO 26.6, substitute vendor items. (41:25-42:1)

The only noted difference between two items with the same description selected during the demonstration was the price of the items. Mr. Matias needed to do more research to determine why the price was different for the items. The difference between the items many have been only the quantity, since one item was available as an "each" (*i.e.*, 1 syringe), while the other item was measured by case (i.e., 960 syringes). (85:9-86:22; 91:12-93:9)

The Lawson system employed at Robert Wood Johnson is configured to display the last purchase order price for an item when there is no price associated with an item. A price of zero indicates that there is no contract in place for that particular item. (87:15-88:7)

LIBA/2107185.1

1

```
1        IN THE UNITED STATES DISTRICT COURT
.          FOR THE EASTERN DISTRICT OF VIRGINIA
2              RICHMOND DIVISION
.          CIVIL ACTION NO. 3:09-CV-620 (JRS)
3
.      - - - - - - - - - - - - - - - - -:
4    ePLUS, INC.,          :
.                          :  Civil Action
5          Plaintiff,  :
.                          :  DEPOSITION UPON
6      vs.                :  ORAL EXAMINATION
.                          :
7    LAWSON SOFTWARE, INC.,   :   of
.                          :
8          Defendant.   :  MANUEL D. MATIAS
.      - - - - - - - - - - - - - - - - -:
9
10       TRANSCRIPT of the Videtaped Deposition of
11   MANUEL D. MATIAS, a Witness, called for Oral
12   Examination by the Plaintiff in the above-entitled
13   action, said deposition being taken pursuant to
14   Federal Rules of Civil Procedure, by and before
15   PATRICIA J. RUSSONIELLO, a Certified Court Reporter
16
17   and Notary Public of the State of New Jersey, at
18
19   the office of ROBERT WOOD JOHNSON UNIVERSITY
20
21   HOSPITAL, 120 Albany Street, New Brunswick, New
22
23   Jersey, on Wednesday, March 10, 2010, commencing at
24
25   11:03 o'clock in the forenoon.
```

2

```
1    A P P E A R A N C E S:
2    GOODWIN PROCTER LLP
.          By  JAMES D. CLEMENTS, ESQUIRE
3          53 State Street, Exchange Place
.          Boston, Massachusetts 02109
4    Tel: (617) 570-1000  Fax: (617) 523-1231
.          Attorneys for Plaintiff
5
.    MERCHANT & GOULD P.C.
6    By  JOSHUA P. GRAHAM, ESQUIRE
.          3200 IDS Center
7          80 South Eighth Street
.          Minneapolis, Minnesota 55402-2215
8    Tel: (612) 332-5300  Fax: (612) 332-9081
.          Attorneys for Defendant
9
.    NORRIS, MC LAUGHLIN & MARCUS, P.A.
10   By  JAMES J. SHRAGER, ESQUIRE
.          731 Route 202-206
11   Bridgewater, New Jersey 08807
.          Tel: (908) 722-0700  Fax: (908) 722-0755
12        Attorneys for Deponent
13
14   A L S O   P R E S E N T:
15   Michael Ciliberti, Videographer
16   Robert G. Irwin,
.          RWJ Vice-President, Information Systems
17
18
19
20
21
22
23
24
25
```

3

```
1              I N D E X
2    WITNESS     DIRECT CROSS REDIRECT RECROSS
3    MANUEL D. MATIAS
.      By Mr. Clements    5       91
4    By Mr. Graham    83      93
5
6
7          E X H I B I T S
8
.    NUMBER      DESCRIPTION        PAGE
9
.    RWJ-1  Multi-page document, re, Plaintiff,    4
10       ePLUS, Inc.'s Notice Of Deposition Of
.      Third-Party Robert Wood Johnson
11     University Hospital and attachments
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

```
1        (Exhibit RWJ-1 marked for
2    identification.)
3        THE VIDEOGRAPHER:  Here begins
4    videotape number one in the deposition of Manuel
5    Matias in the matter of ePLUS Incorporated versus
6    Lawson Software in the U.S. District Court for the
7    Eastern District of Virginia, Case Number
8    3:09-CV-620.,
9        Today's date is March 10th, 2010 and
10   the time on the video monitor is 11:03 a.m.
11       The video operator today is Mike
12   Ciliberti.  This video deposition is taking place
13   at 120 Albany Street, New Brunswick, New Jersey.
14       Counsel, please voice identify
15   yourselves and state whom you represent.
16       MR. CLEMENTS:  My name is James
17   Clements.  I'm representing plaintiff, ePLUS.
18       MR. GRAHAM:  Joshua Graham on behalf
19   of defendant, Lawson Software.
20       MR. SHRAGER:  James J. Shrager,
21   Norris, McLaughlin and Marcus here representing the
22   deponents.
23       THE VIDEOGRAPHER:  The Court reporter
24   today is Patricia Russoniello of Prout and
25   Associates.  And would the Court reporter please
```

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

5

1  swear in the witness.
2  M A N U E L  D.  M A T I A S, having been duly
3  sworn by the Notary, testifies as follows:
4      THE VIDEOGRAPHER:  Please begin.
5  DIRECT EXAMINATION BY MR. CLEMENTS:
6      Q.  Mr. Matias, my name is Jim Clements.
7  I understand that you're here to provide a
8  demonstration --
9      A.  Sure.
10      Q.  -- on the Lawson Software --
11      A.  Mm'mm.
12      Q.  -- system?  Okay.
13  I'm going to start by asking you a
14  few background questions --
15      A.  Mm'mm.
16      Q.  -- both about just the deposition in
17  general and also the Lawson Software system.
18      So we'll go through these questions
19  and that should only take a short amount of time
20  and then we can get started on the deposition --
21  excuse me -- the demonstration.
22      Mr. Matias, could you tell us who
23  your employer is?
24      A.  Robert Wood Johnson University
25  Hospital.

6

1      Q.  And could you state your home and
2  work address, please.
3      A.  Sure.  I live in 3 Liberty Lane in
4  Somerset, New Jersey, 08873, and my employer
5  address is 1 Robert Wood Johnson Place, New
6  Brunswick, New Jersey, 08901.
7      Q.  Okay.  Thank you.
8      Mr. Matias, have you ever been
9  deposed before?
10      A.  No.
11      Q.  Have you ever attended a deposition
12  before?
13      A.  No.
14      Q.  Okay.  I won't have many exhibits to
15  show you.  I think, in fact, I'll just have one but
16  just so that you understand, I'm going to be
17  referring to a document that we'll be marking as an
18  exhibit and then I'm going to ask you questions
19  about that document.
20      A.  Okay.
21      Q.  I need your responses to -- to my
22  questions to be oral because you just nod your head
23  or say uh-huh, it doesn't show up very well in the
24  transcript.
25      A.  Correct.

7

1      Q.  If you don't understand a question
2  that I ask please just tell me that you don't
3  understand and I'll try to rephrase it.
4      A.  Okay.
5      Q.  Otherwise, I'll assume that you
6  understood the question.
7      A.  No problem.
8      Q.  Are you represented by counsel today?
9      A.  Yes.
10      Q.  Okay.  And who's that?
11      MR. SHRAGER:  We just met today.
12      THE WITNESS:  Correct.
13      Q.  Okay.  All right.  So I understand
14  that you're represented by James Shrager?
15      A.  Correct.
16      Q.  Okay.  And is there any reason at all
17  why you feel you cannot testify fully and accurately
18  today?
19      A.  No, no reason.
20      Q.  Are you on any medication?
21      A.  No.
22      Q.  Okay.  Just as a precaution since you
23  haven't done a deposition before sometimes Mr.
24  Shrager may object to a question that I ask but
25  unless he instructs you not to answer, once he

8

1  objects then you can go ahead and answer the
2  question.
3      A.  Okay.
4      Q.  We can take breaks whenever you want
5  them unless there's a pending question.  I just ask
6  that you go ahead and answer it before we break.
7      Do you have any questions about the
8  procedures today?
9      A.  No.  No questions.
10      Q.  Okay.  Great.
11      All right.
12      MR. CLEMENTS:  Court Reporter, I
13  think you've already marked the first exhibit.
14      Q.  Mr. Matias, I'm handing you what has
15  been marked as Exhibit Number 1.  Actually I think
16  it's marked as Exhibit RWJ-1.
17      MR. SHRAGER:  Mm'mm.
18      MR. CLEMENTS:  Mr. Shrager, there's a
19  copy.
20      MR. SHRAGER:  Thank you.
21      Q.  Please take a moment to -- to review
22  this document.
23      MR. CLEMENTS:  For the record, these
24  are the subpoenas and attached schedules served
25  upon Robert Wood Johnson University Hospital by

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

9

```
 1    plaintiff, ePLUS.
 2        Q.   Have you seen this document before?
 3        A.   No.  This is my first time.
 4        Q.   Okay.  If you don't mind, if you
 5    would turn to the back, the final page I think
 6    should be Schedule C.  It's the very last page.
 7    And it's titled Premises And Things To Be
 8    Inspected.  Do you see that?
 9        A.   Yes.
10        Q.   And if you could take a moment just
11    to look over those topics.  This is what we intend
12    to cover during the demonstration and I just want
13    to make sure that you understand that you're
14    designated to speak on behalf of these topics.
15        A.   Okay.  Correct.
16        Q.   Okay.  Do you understand that you're
17    providing testimony on behalf of Robert Wood
18    Johnson as if Robert Wood Johnson itself were
19    sitting in the chair and giving testimony?
20        A.   Yes, I understand.
21        Q.   And are you prepared to testify on
22    Robert Wood Johnson's behalf with respect to the --
23    to the demonstration of Lawson software?
24        A.   Yes.
25        Q.   Mr. Matias, what did you do to
```

10

```
 1    prepare to testify for the demonstration of the
 2    Lawson software?
 3        A.   I really didn't do anything to
 4    prepare.  I was just coming here to show you the
 5    operation of the system and answer any questions
 6    that counsel was going to direct them to me.
 7        Q.   Okay.  But you think you're prepared
 8    to --
 9        A.   Oh, yes.
10        Q.   -- demonstrate?
11        A.   Yes.
12        Q.   Okay.  Great.  Thank you.
13             What software does Robert Wood Johnson
14    currently use or license from Lawson Software?
15        A.   Right now we are currently using --
16    I'm assuming you're speaking modules?
17        Q.   Yes.  Modules and applications or
18    however it is you would refer to them.
19        A.   Okay.  Right now we're using what is
20    called RSS, Requisitions Self-Service.  It's where
21    the end user orders their supplies.  We use the
22    inventory management tool.  It's where all the
23    inventory's housed, storeroom, house stock.  We
24    also use the general ledger, AP and budget module
25    and we also use a module called MSCM, and that's a
```

11

```
 1    module that we use to go up and bar count the units
 2    that have bar codes.  It's a hand-held technology.
 3        Q.   Okay.  And is inventory management,
 4    is that the same as inventory control?
 5        A.   Yes.
 6        Q.   Okay.  And does Robert Wood Johnson
 7    also license Purchase Order?
 8        A.   We use the PO module, yes.
 9        Q.   And does law -- excuse me.  Start over.
10             Does Robert Wood Johnson license
11    Procurement Punch-Out?
12        A.   No.
13        Q.   Does Robert Wood Johnson license
14    Lawson's EDI software?
15        A.   Yes.  We do use EDI here.
16        Q.   Okay.  Is there any other software
17    modules or applications that you're aware of that
18    Robert Wood Johnson licensed from Lawson?
19        A.   Let's see what else.  We use add-ins
20    to extract and upload data but that's an Excel --
21    you know, in conjunction with Excel.
22        Q.   Were these add-ins provided by
23    Lawson?
24        A.   Yes.
25        Q.   So does Robert Wood Johnson license
```

12

```
 1    the Microsoft add-ins from Lawson Software?
 2        A.   Yes.
 3        Q.   Okay.  Thanks.
 4             Mr. Matias, do you know how long
 5    Robert Wood Johnson has licensed Lawson's
 6    procurement software?
 7        A.   About four months now.  We -- we went
 8    live November 1st.
 9        Q.   And do you understand that when I
10    refer to Lawson's procurement software just to make
11    sure you understand, I'm referring to the modules
12    we just spoke of; specifically, Requisition
13    Self-Service, Inventory Control, Purchase Order and
14    that would also include EDI?
15        A.   EDI, yes.
16        Q.   Okay.  Thanks.
17             So prior to November 2009 did Robert
18    Wood Johnson license any Lawson Software
19    applications?
20        A.   I'm going to assume no because we
21    were just in the implementation phase so I'm going
22    to assume no.
23        Q.   Okay.  When did the implementation
24    begin for the Lawson procurement software?
25        A.   April? April of 2009.
```

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

---

13

1      Q.   April of 2009.  Okay.  Thank you.
2           So altogether the implementation took
3      roughly -- let's see --
4      A.   Six months.
5      Q.   -- seven months?
6      A.   Seven months, yes.
7      Q.   Okay.  Great.  Thanks.
8           Has Robert Wood Johnson added or
9      removed any specific applications or modules since
10     the implementation first began in April 2009?
11     A.   No.
12     Q.   Okay.  Mr. Matias, are you familiar
13     with the term Item Master?
14     A.   Yes.
15     Q.   Could you explain what the Item
16     Master is?
17     A.   Sure.  Item Master in Lawson is
18     called IC 11.  It's where we house all of our
19     inventory supplies whether it's stock or nonstock
20     and that -- that is where the end user on the floor
21     gets their information from.  It houses the Lawson
22     item number, the description, the unit of measure,
23     manufacture number.
24     Q.   And you mentioned the Lawson item
25     number.  Could you explain what the Lawson item

---

14

1      number is?
2      A.   Sure.  The Lawson item number is a
3      five-digit number that the system automatically
4      assigns when we create a new item in the IC 12
5      module or stream.
6      Q.   And do you know how this five-digit
7      number gets assigned to each new item that gets
8      added to the Item Master?
9      A.   It's automated.  It comes from
10     another screen in the PO screen where we have all
11     our rules and stats so every item when we click --
12     when we click on Add automatically assigns the next
13     consecutive number.
14     Q.   Okay.  So regardless of what type of
15     item it is, who the vendor is or anything else
16     about that item it would just sequentially take --
17     A.   Correct.
18     Q.   -- whatever the next number is?
19     A.   Correct.
20     Q.   Okay.  Thank you.
21          Do you know approximately how many
22     items are in the Item Master as implemented by
23     Robert Wood Johnson?
24     A.   Right now we have roughly 36,000
25     items.

---

15

1      Q.   And could you describe the types of
2      products that are available in the Lawson
3      procurement system?
4      A.   Sure.  We have everything from
5      implants to medical/surgical supplies to lab
6      supplies to gastroenterologist supplies.  We have
7      all sorts of screws, bolts, bandages, gauzes, IV
8      solutions, reagents, hip implants, stents,
9      pacemakers, IC -- AICDs for the pacemakers.
10     Q.   Okay.  That's a pretty good list.
11     A.   Yeah.
12     Q.   All right.  Thanks.
13          Do you know if the Item Master
14     contains any computers and accessories?
15     A.   Computers and accessories?  I'm going
16     to say maybe.  When we converted information from
17     our old system it may have some computers and
18     accessories there but not to my knowledge I don't
19     think it's a lot.
20     Q.   Okay.  What about office supplies?
21     A.   No.  Office supplies is held strictly
22     on a different portal, Web site.
23     Q.   Okay.  Thanks.
24          I can't remember.  Did you mention
25     clothing as being something that might be in there?

---

16

1      A.   No.  The Item Master only houses
2      medical/surgical supply and if they're going to buy
3      it more than 12 times during a year, then we add it
4      to the Item Master but if they're going to buy like
5      a T-shirt for like a department then we don't put
6      that in there.
7      Q.   What about things like medical gowns
8      or gloves?
9      A.   Gowns and gloves, yes, they're in
10     there.
11     Q.   Okay.  Could you explain what types
12     of data are included about the items that are in
13     the Item Master?
14     A.   Sure.  In the Item Master we take and
15     put the description.
16          Lawson only has 30 characters for the
17     Description field so we get creative and if it's a
18     suture, you know, we start it with s-u-t and then
19     try to fit it in all the dimensions, you know, six
20     by whatever centimeters.
21          It contains the manufacture number so
22     in case we ever call the vendor and we need to
23     identify the item to them, we got to give them the
24     manufacture number.  It contains a unit of measure
25     which is usually the unit of measure that is

---

17

1   stocked by us and the manufacturer and is usually
2   the purchase unit measure so if it's a box, you
3   know, we're buying it by the box.  If it's an each,
4   you know, we're issuing out by the each, we're
5   buying by the box, that's all that the Item Master
6   has.
7        Q.   Okay.  And when someone -- let me
8   start over.
9             If a requester wants to purchase a
10  particular item or put in a request for that item
11  to be purchased would they base their choice of
12  which item they need on that item description?
13       A.   There's a couple of ways that the
14  requester could find the item.
15            There's a -- screen called PO 15
16  and it's basically -- they're a template so
17  whatever items they want to see when they log in we
18  put all those items under that template so they
19  will only see that template.  If the item's not in
20  there, then in RSS, requisitional service, they
21  could do the search option and search for a
22  description, manufacture number, catalog number,
23  you know, and then they go narrow, narrow the item
24  and pick the one that they want.
25       Q.   Okay.  Great.  And PO 15, you

18

1   referred to a template?
2        A.   Yes.
3        Q.   Is that the same as the shopping
4   list?
5        A.   It's the same as the shopping list.
6        Q.   Do you know if the templates that
7   Robert Wood Johnson has in PO 15 would include
8   nonstock items?
9        A.   Yes.
10       Q.   It does include nonstock items?
11       A.   Mm'mm.
12       Q.   Okay.  Thanks.
13            Do you have some examples of the
14  types of items that are included in those shopping
15  lists?
16       A.   Sure.  There's only two shopping
17  lists that we have now.  One is a generic storeroom
18  shopping list.  It only contains inventory items or
19  stock items that are housed in our warehouse.  And
20  then there's the PO 15 for each individual
21  department that contains the nonstock items; stuff
22  that's not in the warehouse here.
23       Q.   So each department at Robert Wood
24  Johnson has its own shopping list?
25       A.   Has its own shopping list template,

19

1   yes.
2        Q.   Does your department that you work
3   in, do you have a shopping list?
4        A.   No.
5        Q.   Oh, you don't have a shopping list.
6        A.   No.
7        Q.   That's too bad.
8        A.   We wouldn't buy a lot of things.
9        Q.   Mr. Matias, do you know how many
10  vendors Robert Wood Johnson uses within the Lawson
11  procurement system?
12       A.   My God.  Right off the top of my head
13  I'm going to say 3,000.
14       Q.   And do you know who the largest five
15  vendors are that Robert Wood Johnson uses?
16       A.   I know the number one is Owens Minor.
17  Then you have Medtronic.  Then you have Synthes --
18       Q.   Sorry.  Could you spell that?
19       A.   S-y-n-t-h-e-s.  And the other two not
20  off the top of my head.
21       Q.   Okay.  So is it -- is the vendor
22  information associated with items in Item Master
23  somehow provided in the system?
24       A.   The vendor information we get from
25  finance -- finance bills the vendor.  They tell us

20

1   the vendor number and if we build an item, then we
2   associate the item in another location called IC 12
3   to that vendor.
4        Q.   Okay.  So the vendors are associated
5   with -- with items in the Item Master using IC 12?
6        A.   Correct.
7        Q.   Okay.  And what if a particular item
8   has more than one vendor associated with it?
9        A.   In Lawson it can only have one vendor
10  associated to it.  Then if we buy that same item
11  from another vendor, then there's another screen
12  called PO 13.3 that we could associate the same
13  Lawson number to multiple vendor item numbers which
14  in essence turns out to be different vendors.
15  That's a rare occasion.
16       Q.   Is PO 13.3, is -- do you know what
17  that module is called?
18       A.   That's called the vendor item number.
19       Q.   So if you were looking at the record
20  for a particular item in the Item Master --
21       A.   Mm'mm.
22       Q.   -- is there a way to see which
23  vendors could be linked to that particular product?
24       A.   No.  You will have to try to run some
25  type of report or go into PO 72 and put in the

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

21

1    Lawson item number and do a search and then you are
2    at the mercy of the system if it spits out the
3    right information.
4        Q.   Okay.  So what about if you're using
5    the Requisition Self-Service module --
6        A.   Mm'mm.
7        Q.   -- if you search for a particular
8    item by its product description --
9        A.   Mm'mm.
10       Q.   -- would you be able to see the same
11   item from more than one vendor if that item should
12   exist --
13       A.   No.
14       Q.   -- associated with more than one
15   vendor?
16       A.   No, because if you put in the
17   manufacture number it's only going to bring you
18   that Lawson item number.  It doesn't show you if
19   there's other vendors attached to that Lawson item
20   number.
21       Q.   But let's say you had a particular
22   product.
23       A.   Mm'mm.
24       Q.   If it had two Lawson item numbers
25   even though it was the same product, you did a

22

1    search by that item description, would it show both
2    of those items as results of your search?
3        A.   Yes, but -- so now -- now we start
4    getting into the detail.
5            So in Lawson you can have many Lawson
6    item numbers but only one vendor item number.  So
7    the vendor item number, it's what goes out on a PO
8    either fax, EDI, E-mail, whenever we send it out.
9    So if you try to add another vendor item number,
10   the system -- there's an error.  You know, hey.
11   This item number already existed to this Lawson
12   item number so you can't add another one but you
13   can have many Lawson numbers to one vendor item
14   number if you, you know, manipulate the system, add
15   a dash, put a period, you know, take out the last
16   number but it doesn't have -- it doesn't allow you
17   to have multiple like duplicates.
18       Q.   I see.  If you -- say, for instance,
19   if Robert Wood Johnson wanted to order a box of
20   paper clips --
21       A.   Mm'mm.
22       Q.   -- and they could order it from
23   Staples or, say, Office Max --
24       A.   Mm'mm.
25       Q.   -- realizing I know that you say you

23

1    don't have any office supplies in your system --
2        A.   Right, right.
3        Q.   -- but assuming that you did, then
4    how would you go about making it in the Item Master
5    such that those paper clips could be ordered from
6    either vendor; either Staples or Office Max?
7        A.   Okay.  In -- in the Item Master it
8    doesn't have vendor information.  It's just like
9    the core of the items.  It just has a description
10   and the unit of measure.
11           Then when you move into IC 12 that's
12   where you associate the vendor to it so it's
13   automatically going to default to whatever vendor
14   we have set up there.
15           Now, if they want to buy -- let's
16   say, Staples is on back order for those paper clips
17   and they to buy from Office Depot, then before they
18   go search for it, it's not going to show up unless
19   we add it into PO 13.3 as another option for that
20   same Lawson number and then when it gets to a PO,
21   we got to be knowledgeable to change the vendor
22   from Staples to Office Depot.
23       Q.   So you would only have one Lawson
24   item number?
25       A.   For paper clips.

24

1        Q.   For paper clips.  But you would have
2    two vendor items associated with --
3        A.   Right.
4        Q.   -- that one item?
5        A.   Correct.
6        Q.   Okay.  And when you did a search for
7    the item the way I understand you explained it, you
8    would only see the item pop up associated with one
9    of the two vendors?
10       A.   The primary vendor, right.
11       Q.   The primary vendor.  How is that
12   primary vendor designated?
13       A.   In IC 12.  When -- and I'll show you
14   when we get into the system.  There's a source
15   button that you have to pick a vendor to the item.
16       Q.   Okay.  And at what point would you be
17   able to switch from that primary vendor to the --
18       A.   Secondary.
19       Q.   -- secondary vendor?
20       A.   In PO 13.3 you have a capability of
21   marking one of the items as the default so whenever
22   the PO gets created it automatically puts that
23   vendor item number instead of the other one.
24       Q.   But could you also select a different
25   vendor as you're building the requisition?

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

---

**25**

1     A.   They are -- the end users are able to
2     select a vendor.  If they're building a requisition
3     like from scratch, the item already does not exist
4     in the Item Master but if it already exists in the
5     Item Master they can't select another vendor.  We
6     have to change the PO before it goes out.
7     Q.   So there's no way for the requester
8     to select the secondary vendor as they're creating
9     the requisition?
10    A.   Correct.
11    Q.   Okay.  Thank you.
12         All right.  Mr. Matias, I apologize
13    if we're covering a little old ground here --
14    A.   No, no.
15    Q.   -- but I want to make sure we cover
16    everything so...
17    A.   No problem.
18    Q.   How -- how does a requester go about
19    finding product items in the Lawson procurement
20    system?
21    A.   Okay.  So the requester only has
22    access to requisitions of service.  You know, when
23    they log in, all their information populates.  You
24    know, the accounting, you know, the cost center,
25    where the supplies are going to get charged to.

---

**26**

1     They have a couple options.
2         They go into their shopping list
3     which is the PO 15 that's already created and if
4     another Lawson number item, they just search for
5     the Lawson item number.  If they don't have any
6     information, they go into another option that's the
7     search button and -- and it searches the entire
8     Item Master.  They could put in the Lawson number.
9     They could put our old inventory number from our
10    old system because we carry that over.  They can
11    put a manufacture number.  A word.  Let's say
12    they're searching for gloves.  You can put glove
13    and everything that contains that word glove will
14    come up and then they have to, you know, narrow the
15    search by picking up the one that they really want
16    and that's how they search for an item.
17    Q.   Okay.  And when you're talking about
18    the requester performing this search would this all
19    be done within Requisition Self-Service?
20    A.   Yes.
21    Q.   Could a requester also use a
22    requisitions module to do this?
23    MR. GRAHAM:  Objection.  Foundation.
24    A.   A requisition module?  Explain that
25    to me.

---

**27**

1     Q.   Mr. Matias, are you familiar with the
2     requisitions module?
3     A.   In Lawson?
4     Q.   Yes.
5     A.   I know there's an RQ 10 --
6     Q.   Yes.
7     A.   -- but we could build a requisition
8     from scratch, yes.
9     Q.   Yes.  So does Robert Wood Johnson
10    have the ability to use RQ 10 to create a
11    requisition?
12    A.   We do but we don't have -- we don't
13    give the end users access to it.  It's more
14    complicated.
15    Q.   I see.  So the typical requester of
16    Robert Wood Johnson would not have access to RQ 10?
17    A.   Correct.
18    Q.   Okay.  But if -- if, say, for
19    instance, you wanted to put in a request for an
20    item could you use the RQ 10 module --
21    A.   Yes.
22    Q.   -- to search for particular items?
23    A.   Not search.  Just to create a req.
24    RQ 10 does not have the capability of searching.
25    Q.   Does the RQ 10 module have the

---

**28**

1     ability to drill around?
2     A.   After you put in your item number, yes.
3     Q.   Okay.  But you could not drill around
4     to use that feature to find --
5     A.   I --
6     Q.   -- particular items --
7     A.   Correct.
8     Q.   -- or item description?
9     A.   Correct.  RSS is more Web-based.  RQ
10    10 is more, you know, data-driven.  You enter every
11    single information into it.
12    Q.   Okay.  So within Requisition
13    Self-Service could you tell me which of the search
14    functions that Robert Wood Johnson has available
15    for its requesters?
16    A.   It's just -- it's -- when you go into
17    the Requisition Self-Service at the top of the
18    button it has just the word search and you click on
19    search, another screen pops up with a little field
20    and you get to type in whatever information you
21    want to type in to search.
22    Q.   Okay.  And you also said that there
23    was an option for the shopping list?
24    A.   Mm'mm.
25    Q.   Is there also an option for something

---

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

|  | 29 |
|---|---|
| 1 | called categories? |
| 2 | A.   I'm not familiar with categories. |
| 3 | Q.   Are you familiar with something |
| 4 | referred to as UNSPSC codes? |
| 5 | A.   Yes. |
| 6 | Q.   Does Robert Wood Johnson use UNSPSC |
| 7 | codes? |
| 8 | A.   No. |
| 9 | Q.   So Robert Wood Johnson doesn't have |
| 10 | any UNSPSC codes designated for the items -- |
| 11 | A.   Correct. |
| 12 | Q.   -- in the Item Master? |
| 13 | A.   Correct. |
| 14 | Q.   Okay.  Thanks. |
| 15 | Mr. Matias, are you familiar with the |
| 16 | advance search functionality within the Lawson |
| 17 | procurement system? |
| 18 | A.   I guess it depends where advance |
| 19 | search will be located in. |
| 20 | Q.   Are you familiar with the Advance |
| 21 | Search feature within the Requisition Self-Service |
| 22 | application? |
| 23 | A.   Yes. |
| 24 | Q.   And is that enabled on the Robert |
| 25 | Wood Johnson implementation? |

|  | 30 |
|---|---|
| 1 | A.   Yes.  And that's where the end user |
| 2 | searches, you know, like I explained before, the |
| 3 | items. |
| 4 | Q.   And could you explain how the Advance |
| 5 | Search feature works? |
| 6 | A.   Sure.  When the end user logs into |
| 7 | RSS, you know, all the -- their fields already |
| 8 | populated.  Then on the top, you know, you click on |
| 9 | advance search and that's where you type in the |
| 10 | Lawson item number, the description, you know, |
| 11 | glove, you know, the manufacture number and |
| 12 | anything that contains -- whatever you typed in |
| 13 | there pops up on your screen and that's where you |
| 14 | have to, you know, pick the right item that you |
| 15 | want to order. |
| 16 | Q.   Okay.  And do you know what -- excuse |
| 17 | me.  Let me start over. |
| 18 | Do you know what fields are enabled |
| 19 | in the Search feature within the implementation of |
| 20 | Lawson's procurement system? |
| 21 | A.   I think everything is enabled. |
| 22 | They -- they pretty much put anything in it.  It |
| 23 | searches everything. |
| 24 | Q.   And when you say searches everything |
| 25 | do you mean everything that's within the Item |

|  | 31 |
|---|---|
| 1 | Master? |
| 2 | A.   Within the Item Master. |
| 3 | Q.   Are there any other databases that |
| 4 | would be searched for matching key words? |
| 5 | A.   Not that I'm aware of. |
| 6 | Q.   Okay.  Do you know if Robert Wood |
| 7 | Johnson employs any user define search fields? |
| 8 | A.   No. |
| 9 | Q.   Do you mean that you don't know or |
| 10 | that -- |
| 11 | A.   No, that -- |
| 12 | Q.   -- Robert Wood Johnson does not? |
| 13 | A.   Does not. |
| 14 | Q.   What about -- you referred to a |
| 15 | legacy sort of item number that was associated with |
| 16 | the old system. |
| 17 | A.   Okay. |
| 18 | Q.   Did you say that you could also |
| 19 | search by that number? |
| 20 | A.   Yes. |
| 21 | Q.   And is that -- is that a particular |
| 22 | user-defined field that Robert Wood Johnson has set |
| 23 | up within Item Master? |
| 24 | A.   That's also within the Item Master. |
| 25 | It's in a user field but I don't know if it's |

|  | 32 |
|---|---|
| 1 | called user define but it's in IC 11.  I have to |
| 2 | show you that but when they do advance search if |
| 3 | they put that item number, it also searches that. |
| 4 | Q.   I see.  And what's the -- what's the |
| 5 | title of the field called that is associated with |
| 6 | that number? |
| 7 | A.   I think it's just user field 1. |
| 8 | Q.   And are there any other user fields |
| 9 | similarly titled that Robert Wood Johnson uses? |
| 10 | A.   In procurement I think that's just |
| 11 | the only field that we -- we've used for the old |
| 12 | item number. |
| 13 | Q.   Okay.  Do you know if there's any |
| 14 | search fields within the Lawson procurement system |
| 15 | that have been disabled by Robert Wood Johnson? |
| 16 | A.   Not that I'm aware of, no. |
| 17 | Q.   Mr. Matias, can you briefly explain |
| 18 | how purchase orders are generated using Lawson's |
| 19 | procurement software? |
| 20 | A.   Mm'mm.  Okay.  So the purchase orders |
| 21 | are generated when the user goes into requisitions |
| 22 | of service, they find their item.  You know, they |
| 23 | put their quantity in.  They hit check-out.  Our |
| 24 | buyers are instructed to pull down those orders at |
| 25 | ten o'clock in the morning and at 2:30 in the |

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

33

1  afternoon.  They run what is called PO 100 so every
2  requisition that's sitting out there puts it into a
3  PO and that's how it gets created.
4        Q.    Okay.  And how does that purchase
5  order actually get transmitted to Robert Wood
6  Johnson's vendors?
7        A.    Sure.  So after the buyer runs PO
8  100, they get a report of all the POs that were
9  created.  They go in and verify the pricing and
10 everything's correct.  Once they're done, on the
11 top right-hand corner there's a release function.
12 You click release and depending on how we have it
13 set up in the back end, either EDI or fax or, you
14 know, E-mail the system automatically knows how to
15 send those POs out.  You know, they have to run
16 another -- we have it set up to automatically run
17 another job called PO 120 that gathers all the POs
18 and then another job that's run, ED 501, if it's an
19 EDI and that's also scheduled to run and that's how
20 it goes out.
21       Q.    So EDI is one of the options for
22 actually transmitting the purchase orders --
23       A.    Mm'mm.
24       Q.    -- to the vendors?
25             And do you know about what percentage

34

1  of purchase orders get transmitted by virtue of the
2  EDI?
3        A.    I'm going to say 75 percent.
4        Q.    Okay.  And does Robert Wood Johnson's
5  vendors provide information on whether the items
6  ordered in these purchase orders are actually in
7  inventory once the purchase order's transmitted?
8        A.    Rephrase that for me.  Do you mean do
9  they give us acknowledgment if they received the
10 order and they have the item?
11       Q.    Yes.  Exactly.
12             Do they provide any sort of
13 information about the availability of the items --
14       A.    Yes.
15       Q.    -- in the purchase order?
16       A.    Yes.  We are contracted with this
17 company called Global Healthcare Exchange, GHX for
18 short, and anything that's EDI -- you know, the
19 vendor has to be a partner of GHX so whenever we
20 set up an EDI vendor we get the information from
21 GHX so when we transmit our POs, you know, it's
22 realtime.  The buyer could log on -- log into that
23 portal of GHX and check the acknowledgment of the
24 vendor; it's on back order, you know, the price
25 changed, the unit of measure should be box instead

35

1  of each.
2        If it's a fax, then the buyers have a
3  common code that says please fax or acknowledge,
4  you know, to our office or E-mail me or
5  acknowledgment so we know that you got the PO.
6        Q.    Okay.  So could you explain what
7  GHX's role is --
8        A.    Sure.
9        Q.    -- in submitting the purchase orders?
10       A.    GHX is like a -- a middleman
11 repository for -- for mostly all healthcare
12 facilities in the United States.
13       It's basically -- they're the ones
14 controlling like the partner set-up, you know, with
15 the vendor.  They're the ones setting up all the ED
16 transactions and then they just feed us the
17 information to make it easier for us instead of
18 going to every single vendor to get their EDI
19 information.
20       Q.    Okay.  So any time Robert Wood
21 Johnson transmits a purchase order via EDI they're
22 actually sending it to GHX?
23       X.    And GHX sends it to the vendor.
24       Q.    I see.  And then the vendor in return
25 would --

36

1        A.    Send it --
2        Q.    -- send something back --
3        A.    -- to GHX --
4        Q.    -- to GH...
5        A.    -- and then we go look at it online.
6        Q.    Okay.  Great.  So if the vendor
7  provides information on the availability of items --
8        A.    Mm'mm.
9        Q.    -- how is that done?
10       A.    I don't know how they do it to GHX,
11 but we just -- when we log into the Web site we
12 just see our PO number and the lines that were in
13 the PO and if it's wrong it has a red line through
14 the item or through where the discrepancy is and we
15 try to fix that before the shipment comes in.
16       Q.    When you say there's a line for the
17 discrepancy, that designates that the item is not
18 available from that vendor?
19       A.    If the item's not available it tells
20 us right there; back order.
21       Q.    Okay.
22       A.    But if it's a red line, you know,
23 either the unit of measure was wrong, we send in
24 each and they're saying it's supposed to be box or
25 the catalog number was wrong.  You know, we send a

**37**

1   one and they're saying, no.  It's supposed to be
2   one, two, three; stuff like that.
3       Q.   And is that acknowledgment sent via
4   EDI?
5       A.   No.
6       Q.   It's not?
7       A.   No.
8       Q.   How do you receive the information on
9   the availability?
10      A.   We have to go into that portal, GHX,
11  to that Web site.
12      Q.   Oh, I see.  So you're actually
13  logging onto GHX's --
14      A.   Web site.
15      Q.   -- Web site.
16      A.   Mm'mm.
17      Q.   And do you know how GHX receives that
18  information from the vendor?
19      A.   I'm assuming they're getting an A 55
20  transaction.
21      Q.   Okay.  Is there any information
22  that's provided by GHX to Robert Wood Johnson via
23  EDI?
24      A.   No.  The only -- the only thing that
25  we get from -- what -- EDI is very broad so there's

**38**

1   like a lot of transactions.  You have A 50s which
2   is the PO going out, A 55 is the order
3   acknowledgment, A 32s are catalog or pricing.  Then
4   you have A 10s which is electronic invoicing.  We
5   do get A 10s from GHX for one vendor.
6       Q.   Okay.
7       MR. IRWIN:  What did you say, Andy?
8   A 10s?
9       THE WITNESS:  A 10s.
10      Q.   Okay.  I think we're ready to go
11  ahead and -- and start the demo.
12      A.   Okay.
13      Q.   Just a few background questions on
14  the demo.
15      A.   Mm'mm.
16      Q.   Is this going to be a live system
17  that we're using?
18      A.   Yes.
19      Q.   Okay.  And as I explained to -- to
20  Mr. Shrager, what we'd like to see in the
21  demonstration -- what I'd like to see in the
22  demonstration is -- is I'd like to be able to
23  search for some items --
24      A.   Mm'mm.
25      Q.   -- small ticket items.

**39**

1       A.   Sure.
2       Q.   It doesn't have to be expensive.  In
3   fact, we'd like to keep it inexpensive and --
4       MR. IRWIN:  An implant would be good.
5       THE WITNESS:  How about a stent?
6       Q.   Something that's -- similar items
7   that would be available from either different
8   vendors or different manufacturers --
9       A.   Okay.
10      Q.   -- is the type of items we're looking
11  for and we'd -- I need it to be items that are
12  nonstock items --
13      A.   Mm'mm.
14      Q.   -- that is, not in the inventory --
15      A.   Inventory.
16      Q.   -- of Robert Wood Johnson.
17      So do you have any ideas about some
18  items that we might search?  I mean, I've got some
19  ideas of my own but they're probably not as good as
20  the ideas that you would have so...
21      A.   So you want nonstock items,
22  inexpensive items.
23      I mean, we could search for stents.
24  We could search for reagents which -- which is the
25  lab.  Pretty much everything in nonstock.  I'm

**40**

1   not -- I don't know entire Item Master so you would
2   have to tell me what type of items you want to
3   search and then we just search; see what comes up.
4       Q.   Do you have any ideas for items that
5   might not be as medically specific; that is to say,
6   some examples would be like diapers or mops or more
7   every-day items?
8       A.   Most of those every-day items are in
9   the storeroom.  Diapers we have in the storeroom.
10  Mops we don't order through Lawson.  Like all those
11  inexpensive every-day items are in our warehouse.
12  Bandages, gauze, solution, tape.
13      Q.   Yeah.  Makes sense.  It's more
14  efficient that way?
15      A.   Right.  And everybody uses it.
16      Q.   Okay.
17      A.   Like nonstock is pretty much for
18  those high-ticket items; you know, pacemakers,
19  stents, reagents.
20      Q.   And could you explain --
21      MR. IRWIN:  Do you need a new
22  computer, Manny?
23      THE WITNESS:  We'll go to a new
24  computer.
25      Q.   Can you explain what -- some examples

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

**41**

1  of reagents and what those are?

2      A.    Reagents are -- are the chemicals

3  used in the labs when you guys -- when people --

4  patients come in to get blood drawn, you know,

5  depending on what type of tests they're running

6  they have to, you know, put a chemical so they

7  could run and I guess find the results.

8      Q.    Okay.  And in addition to being

9  nonstock you think some of these reagents might be

10  purchased from different vendors or else they might

11  be made by different manufacturers?

12      A.    They might be made by different

13  manufacturers.  See, most of our stuff comes

14  through distribution so, you know, Owens and Minor

15  is our primary distributor so whatever we order

16  from them, if they don't have it, they sub it in

17  for us and then they tell us that they're subbing

18  it in.

19      Q.    Okay.  And one final question by way

20  of background.

21      Do you know if Robert Wood Johnson

22  uses something called substitute vendor items; PO

23  26.6?

24      A.    No.

25      Q.    No?

**42**

1      A.    Not aware of that.

2      Q.    Okay.  All right.

3      Okay.  So if we could, Mr. Matias, if

4  you could go ahead and log onto --

5      A.    Sure.

6      Q.    -- the Lawson portal.

7      (Pause.)

8      A.    Okay.

9      Q.    And could you go ahead and show us

10  the options for searching for product items.

11      A.    Okay.  So -- so whenever end user

12  logs in they only see this part of Requisition

13  Self-Service.  They will click on the shopping

14  button here.

15      Q.    Okay.

16      A.    This is essentially their main page

17  or their home page.

18      Q.    Okay.

19      A.    All this information here is already

20  populated.  This is the cost center that they're

21  going to be charging those supplies to so right now

22  I'm just going to change it to the OR because the

23  OR has more stuff than I do.

24      Then they have to come here and do

25  detail profile.  I'm going to click on Save because

**43**

1      I have access to every single cost center but the

2  end user, their information already defaults in

3  here so if they were ordering stuff out of the

4  storeroom they would leave this field the way it

5  is; STKRM.  If they were going to order nonstock

6  supplies, they will have to change it to purch.

7      Q.    Once you change that to purch does

8  that mean any search results we get will be

9  nonstock items or not necessarily?

10      A.    Not necessarily.  It means that any

11  search you get and you add it to your cart is going

12  to create a PO.  It's not going to come out of

13  inventory.

14      Q.    Sorry.  Could you explain that again?

15      A.    Any -- any search we do and if we

16  select the item and put it into our shopping cart

17  is going to create a PO.  It's not going to come

18  out of inventory.

19      Q.    So even if it's an item that is an

20  inventory item --

21      A.    We still see it here.

22      Q.    -- it would still create a purchase

23  order?

24      A.    Correct, because we're selecting

25  purch.

**44**

1      Q.    I see.  So, for instance, just to

2  make sure I'm clear on this --

3      A.    Mm'mm.

4      Q.    -- so you said that most of the sort

5  of every-day items are kept in inventory.

6      A.    Correct.

7      Q.    But now that you've selected purch

8  there --

9      A.    Mm'mm.

10      Q.    -- if we select one of those items as

11  a requester it's actually going to order that item

12  off site from whomever the vendor is?

13      A.    Order the item from a vendor.

14      Q.    Okay.  Well, I think that's going

15  to -- that in itself should provide the

16  functionality that we want to see because the

17  problem I have with using inventory items is that

18  it won't generate a purchase order normally --

19      A.    Correct.

20      Q.    -- if you get it from inventory so I

21  think this would -- this would solve that problem

22  so --

23      A.    Okay.

24      Q.    -- that -- that's very good.

25      A.    Okay.  So -- so this is it.  And then

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

45

1    up here where it says Find Shop, I'm assuming this
2    is the advance search that we were talking about,
3    this search catalog.  Just brings up this other
4    field here and you could search anything.
5        Q.    Okay.  All right.  Great.
6              So could you type in a description of
7    a reagent that is normally used by Robert Wood
8    Johnson.
9        A.    Mm'mm.  And then...
10       Q.    Okay.  We only got three results
11   there.
12       A.    Right.  Because that whole word
13   reagent, you know, matches this.
14             We have some abbreviation for
15   reagent.  I think it's...
16             So you can see it came more.  Like I
17   said, Lawson only -- the description only holds 30
18   characters so it depends on who enters it.
19       Q.    I see.
20       A.    We try to be reage -- like the noun,
21   you know, reagent, so RGT.  So this -- this came up
22   more items.
23       Q.    Okay.  And so how many items does it
24   say you got as a result?  I can't see it.  Sorry.
25       A.    I don't even know if it tells me how

46

1    many items.
2        Q.    Is there any way to make that window
3    bigger so that we could see the whole width of it
4    at once?
5        A.    I mean, that's the --
6        Q.    No?
7        A.    That's the high that it -- I cannot
8    make it bigger.
9        Q.    Okay.
10       A.    How about that way?
11       Q.    Yeah.  I think that's -- that's
12   pretty good right there.  Yeah.  That's better.
13             (Pause.)
14       A.    I don't think it gives you an amount.
15       Q.    Okay.  Well, that's fine.
16             Could you go back to the top of the
17   list?
18       A.    I'll go back to previous.  Start from
19   the beginning.
20       Q.    Is there any way that we could see
21   more items at once?  Because right now all we can
22   see is like three items.  Is there a way to make it
23   smaller, to make it...
24       A.    I mean, I can scroll down for you.  I
25   don't --

47

1        Q.    Okay.  Yeah.  Just -- if you could
2    just kind of slowly scroll down.
3        A.    Sure.
4              (Pause.)
5        Q.    Some of these reagents are pretty
6    expensive.
7        A.    Mm'mm.
8        Q.    I'm going to go over my hundred
9    dollar limit.
10       Q.    Do gown?
11       Q.    Okay.  Let's try gown.
12             (Pause.)
13       Q.    Okay.  When some of these gowns don't
14   have a price shown with them what does that mean?
15       A.    That means that we haven't ordered it
16   and it also means that we haven't -- we don't have
17   a contract in place and we don't have pricing
18   loaded in PO 25.  That's another screen of Lawson.
19       Q.    So would you be able to order the
20   item if it doesn't have a price?
21       A.    The end user has to put a -- at least
22   a penny price and then when we get it downstairs in
23   purchasing it goes into like an error que, PO 23,
24   and the buyer has to figure out the price; either
25   calling up the vendor or, you know, researches it

48

1    in our old system --
2        Q.    Oh, I see.
3        A.    -- through the old system.
4        Q.    Okay.  Okay.  So if you could scroll
5    back up toward the top again.
6              Okay.  Could you stop right there?
7    Sorry.  And could you click on the 10616.
8        A.    616.  Okay.
9        Q.    Sorry.  Could you click on it such
10   that we could see the item description?
11             MR. IRWIN:  You want a zero price
12   one?  You don't really want a zero price one.
13             MR. CLEMENTS:  No, I don't want a
14   zero price one.  I think -- yeah.
15             MR. IRWIN:  Just do the next one
16   down.
17             THE WITNESS:  Well, this one's $50 a
18   case.
19             MR. SHRAGER:  This says $50 on it.
20             MR. IRWIN:  Oh.  I thought it was
21   dollar sign zero.
22             THE WITNESS:  No.  This is $50 a case.
23       Q.    Okay.  And I see it says the source
24   vendor there is Abaline Supplies?
25       A.    Abaline Supplies.

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

|  | 49 |
|---|---|

1    Q.    Abaline Supplies.  And that's the --
2    that's the vendor, not the manufacturer?
3    A.    Correct.
4    Q.    Is there a way to see who the
5    manufacturer is for this one?
6    A.    Not here.
7    Q.    Is there somewhere you could see who
8    the manufacturer is?  I'm not asking you to do it
9    right now --
10    A.    Okay.
11    Q.    -- but is there a way to do it?
12    A.    I would have to go out and look at
13    another screen but this is what the end user sees
14    only.  Like if it's a distributor, it doesn't tell
15    you who the manufacturer is.
16    Q.    I see.
17    A.    But this is the vendor.
18    Q.    Is there a way to see -- let me back
19    up.
20        Are there codes associated with the
21    manufacturers in the Item Master?
22    A.    It -- it would not mean anything to
23    the -- to the end user.  Only to us.
24    Q.    Right.  But -- but there are codes
25    associated with manufacturers?

|  | 50 |
|---|---|

1    A.    In the vendor item -- for example,
2    Owens and Minor.  If we buy something from -- from
3    a company called Smith's Medical.  We get all our
4    syringes and needles.  All their numbers start with
5    like 0725.  That tells them that that's the vendor
6    number that they're getting it from.
7    Q.    Sorry.  That 0725 is associated with
8    the vendor or with the manufacturer?
9    A.    With the manufacturer on their end.
10    Q.    And that's just a prefix shown with
11    the actual item number or is that four-digit code
12    actually the manufacturer's code?
13    A.    That's the -- that's the manufacturer
14    vendor number to Owens and Minor.
15    Q.    I see.  So if it were a different
16    vendor they could possibly have a different number
17    for that same manufacturer?
18    A.    If it's a different vendor.
19    A.    Yes.
20    A.    Yes.
21    Q.    Okay.
22    A.    Different number.
23    Q.    But there's no way to see on here who
24    the --
25    A.    It -- if it's --

|  | 51 |
|---|---|

1    Q.    -- manufacturer or who the code is
2    for that manufacturer?
3    A.    Correct.  Not here but this gown
4    comes from this vendor.
5    Q.    Okay.  All right.  Could you go back
6    to the search results again and let's look at some
7    of the other gowns that were available there.
8    A.    Sure.
9        (Pause.)
10    A.    Okay.  It's thinking now.
11        (Pause.)
12    MR. IRWIN:  Stuck.
13    THE WITNESS:  Stuck.  It's connected.
14    Q.    All right.  So it's locked up on you?
15    A.    Yeah.  Hold on.
16    MR. SHRAGER:  Try search?
17    THE WITNESS:  No.  I can't even close
18    the screen.
19        I apologize.  I'm on a wireless
20    network here.  Sometimes wireless could be...
21        (Pause.)
22    MR. IRWIN:  Manny, you should order a
23    new computer for yourself.  You're on a B card?  A
24    wireless card?
25    THE WITNESS:  I have connection.

|  | 52 |
|---|---|

1        (Pause.)
2    THE WITNESS:  Let's try this again.
3        (Pause.)
4    MR. IRWIN:  What's Ryan's extension?
5    THE WITNESS:  2811.
6    MR. IRWIN:  Let me call and see if
7    they have an issue with the system itself.
8    THE VIDEOGRAPHER:  Want to go off the
9    record for a second?
10    MR. CLEMENTS:  Sure.  You want to go
11    off the record?
12    THE VIDEOGRAPHER:  Going off the
13    record.  The time is 11:59.
14        (Recess taken at 11:59 a.m.)
15    THE VIDEOGRAPHER:  Back on the
16    record.  The time is twelve o'clock.
17    A.    It came up.  Let's see.  Let's go
18    back to...
19    Q.    Okay.  So the one we looked at before
20    was 10616.  Is that right?
21    A.    Mm'mm.
22    Q.    And could you scroll down just a
23    little bit.
24    A.    Here.
25    Q.    Could you click on the 10619.  View

**53**

1   the item detail for that one.  Okay.  So here we
2   have -- the vendor is Owens and Minor.
3       A.   Mm'mm.  I'm trying to see if it gives
4   you more information.  Here you go.  Okay.
5       Q.   Okay.  So here it does provide
6   manufacturer code?
7       A.   Right.
8       Q.   And could you explain what the
9   difference between the code number and the numbered
10  number is under manufacturer?
11      A.   So this will be the number at Owens
12  and Minor, the manufacturer number.  Like you see
13  how it ends in 9515, right here?
14      Q.   Yes.
15      A.   So then these first -- 7070, it's the
16  vendor number that Owens and Minor gets the gown
17  from so I know right off the bat, 7070, it's
18  Cardinal, but I -- the end user wouldn't know that.
19  They just know that they want that gown and that's
20  it.
21      Q.   Okay.  So could a user search by the
22  name Cardinal and pull up --
23      A.   No.
24      Q.   -- an item?
25      A.   Only if we put the word Cardinal in

**54**

1   the description or somewhere that the field's
2   searching on.
3       Q.   Okay.  Does the -- does the number
4   4352 that's shown under Owed next to manufacturer,
5   is that number tied to Cardinal?
6       A.   I'm not sure what 4352 is to be
7   honest with you.
8       Q.   Okay.  Do you know if that number
9   would be searchable?
10      A.   4352?
11      Q.   Yes.
12      A.   I don't think so but we could search
13  it.
14      Q.   Okay.  Yeah.  If we could.  Go back
15  and --
16      A.   4352.  4352.  Please go back.
17      Q.   And search just for that number,
18  4352.
19      A.   It brings you everything that has
20  that number in it, 4352.
21      Q.   And do you see where that number
22  appears by itself?
23      A.   Let's look in this column first.
24      Q.   (Pause.)
25      A.   It's not there by itself.

**55**

1       Q.   Okay.  Could you try searching 7070.
2       Q.   (Pause.)
3       Q.   Did I get that right?  Was it 7070
4   associated with Cardinal?
5       A.   7070.
6       Q.   (Pause.)
7       A.   There's no search.
8       Q.   Okay.  All right.  Could we try
9   searching 9515?
10      A.   That's the gown we selected.
11      Q.   Okay.  So the 9515 is the
12  manufacturer number associated with that item?
13      A.   Correct.
14      Q.   I see.
15      Q.   (Pause.)
16      Q.   Okay.  Could you -- sorry.  Could you
17  try again the 4352 and see what the result is.
18      Q.   (Pause.)
19      Q.   Could you try searching 4352 with a
20  comma in?
21      Q.   (Pause.)
22      Q.   Okay.  Could you try searching
23  Abaline?
24      Q.   Okay.  Let's -- let's go back --
25  let's do a search for -- for gown once again.

**56**

1   Okay.  And can we scroll down to see what else is
2   on the list.
3       Q.   (Pause.)
4       Q.   Okay.  That -- that's fine.  You
5   can -- could you scroll back up to the top and
6   select the item number 10616 again.
7       A.   Mm'mm.
8       Q.   Okay.  And could you just scroll down
9   to the bottom to show the entirety of that detail.
10  Okay.  Now, could you add that item to shopping
11  cart.
12      A.   Okay.
13      Q.   Okay.  Now, could you go back to the
14  list again.  And could you select item number 10619
15  and view the item detail for that item.  Okay.
16  And -- yeah.  If you could scroll down and show
17  what's there.
18      Q.   Okay.  And would you add that item to
19  the shopping cart.
20      Q.   Okay.  And is it possible now to --
21  to view the item associated with 10616 from
22  the shopping cart?  Okay.  And could you click on
23  the Detail tab --
24      A.   Mm'mm.
25      Q.   -- up above and just kind of scroll

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

57

1   down through that one to show what's there.
2          Okay.  Now, could you remove that
3   item from the cart.
4      A.  Okay.
5      Q.  Okay.  Great.  Now, could we go back
6   to the -- to the search window again and we'll
7   search for a different item.
8          Could you try searching for
9   batteries?  I don't know whether it should be
10  plural or singular.
11         (Pause.)
12     Q.  All right.  Is that all the items
13  there or there's more?
14     A.  There's more.
15     Q.  Okay.  Would you just look -- I'm
16  trying to look myself but if you see any -- I saw
17  there were several batteries available from
18  Duracell it looked like and I was trying to see if
19  maybe you also have some batteries available from
20  Energizer.
21         (Pause.)
22     Q.  Okay.  Maybe if we go back to the --
23  to the top of the first list and then we could
24  narrow our search down by like a particular type of
25  battery so we won't get all these very

58

1   specialized -- for instance, could you add AA with
2   the battery up in the search field and see if we
3   could limit our search to just AA batteries?
4          Only one.
5          Okay.  Could you go back then.  Just
6   do a search for battery again.  And, yeah.  Just
7   scroll down a little bit more.  See what else is
8   available there.
9          How about -- could you try typing in
10  1.5V?  Just see --
11     A.  Right next to battery?
12     Q.  Yes.
13         (Pause.)
14     A.  That's it.
15     Q.  Okay.  What if you -- if -- if the
16  item had been typed in as, say, an abbreviation of
17  battery or if it was typed in as plural?  Could you
18  just type in, say, like b-a-t-t --
19     A.  Mm'mm.
20     Q.  -- to see if there's other items
21  and -- and also could you put in the 1.5V --
22     A.  Okay.
23     Q.  -- so that maybe we could pick up any
24  items that have been described differently.
25     A.  So this one didn't make a match under

59

1   1.5.  It just made a match on b-a-t-t.
2      Q.  Yeah.  I see.
3          Okay.  Could you try doing the
4   b-a-t-t and then adding, yeah, the 1.5 volt --
5   actually, let's just -- instead of using the 1.5
6   volt try AA again.
7          (Pause.)
8      Q.  Aye yie yie.
9      A.  Yeah.  This --
10     Q.  Okay.
11     A.  -- matches everything that you put in.
12     Q.  Yeah.  It's not very good.
13         Okay.  Could you try typing in lotion
14  and see what we get as a result there?
15         (Pause.)
16     A.  That's it.
17     Q.  Okay.  Would you click on the item
18  61892.
19         Would that 3459 would that be
20  associated with any manufacturer?
21     A.  The manufacturer number would be
22  35118.
23     Q.  Oh, I see.  And do you know who that
24  manufacturer is?
25     A.  Not off the top of my head.  I don't

60

1   know who 3459 is.
2      Q.  Okay.  Okay.  So could we go back
3   then to the results list and could you click on
4   that first one, 10161.
5          Okay.  Could you go back to the
6   search list again.
7      A.  I believe that's Johnson & Johnson.
8      Q.  Oh, that one's Johnson & Johnson?
9   Okay.
10     A.  I think it's Johnson & Johnson.
11     Q.  Could you scroll down a little bit.
12         All right.  Let's try searching for a
13  different item.  Could we search for in the Search
14  box SOL and space NACL -- sorry.  NACL.  Sodium
15  chloride.
16     A.  Solution.
17     Q.  Okay.  And can we kind of scroll down
18  there and see what we have.
19         (Pause.)
20     Q.  Okay.  That's fine.  You can go back
21  to the previous list.
22     A.  Yeah.  This is going to be pages and
23  pages.
24     Q.  Okay.  Let's narrow it down some
25  then.

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

---

**61**

1    A.   Okay.

2    Q.   Can we do 0.9 percent in addition to

3  that, and let's also make it -- could you put a

4  space and put INJ, all right, and can we search for

5  that.  Still getting a lot of items?

6    A.   No.  Nine items.

7    Q.   Okay.  That's pretty good then.

8    All right.  Hold on just a minute.

9  Could you just hold it?  Go back down again.  Sorry.

10    A.   That's all right.

11    Q.   Okay.  Could you click on item number

12  10793.  And you scroll down there.  Okay.  So we've

13  got a manufacturer code 4125.

14    And do you know which -- which

15  manufacturer this would be associated with?

16    A.   What number is this?

17    Okay.  Medifil.

18    Q.   How can you tell that?

19    A.   I know that this is a -- just by the

20  manufacturer number, MIS, gives it away and then I

21  looked at the description.  This is -- this is our

22  three ml prefilled syringes and we only get two

23  which is 3 ml, 10 ml from Medifil.

24    Q.   I see.  Okay.  So all of the 3 ml

25  syringes come from Medifil?

---

**62**

1    A.   The prefilled ones.  These are --

2    Q.   Prefilled.

3    A.   -- already filled with solution.

4    Q.   Okay.  Could you go back to the

5  search result list.  This may have answered my next

6  question but scroll down to the bottom again.

7    Okay.  And could you click on the

8  item 20798.  And could you scroll down?

9    So could you tell who the

10  manufacturer is for this one?

11    A.   Not for this one, no.

12    Q.   Would the manufacturer be different

13  from Medifil?

14    A.   Yes.

15    Q.   And how do you tell that?

16    A.   The first four numbers here, 0723.

17    Q.   As compared to...

18    A.   The 42 --

19    Q.   4123?

20    A.   Right.

21    Q.   Okay.  So these are two different

22  manufacturer codes that Owens and Minor uses --

23    A.   Right.

24    Q.   -- for these two manufacturers?

25    A.   Mm'mm.  Correct.

---

**63**

1    Q.   All right.  I think we need to take a

2  break because we're out of tape.

3    THE WITNESS:  Okay.

4    MR. CLEMENTS:  So if we could go off

5  the record.

6    THE VIDEOGRAPHER:  This concludes

7  volume number one, tape number one in the

8  deposition of Manuel Matias.

9    Going off the record.  The time is

10  12:22.,

11    (Recess taken at 12:22 p.m.)

12    THE VIDEOGRAPHER:  Back on the record.

13    Here marks the beginning of volume

14  one, tape number two in the deposition of Manuel

15  Matias.  The time is 12:30.,

16  BY MR. CLEMENTS:

17    Q.   Okay.  Mr. Matias, before the break

18  we were just looking at two different solutions

19  here.

20    The first one we looked at had --

21  associated with item number 10793 you said was

22  associated with the manufacturer, Medifil, and you

23  could tell that from the number and the

24  manufacturer code associated with that was 4123.

25    And then we looked at a second item,

---

**64**

1  similar solution item that had the item number

2  20798 and that was associated with a different

3  manufacturer which had the code 0723 which was a

4  different manufacturer from Medifil.  Is that

5  correct?

6    A.   Correct.

7    MR. GRAHAM:  Objection to the extent

8  that you're characterizing them to the solutions as

9  similar.

10    Q.   Okay.  If we could go back to the

11  search results list, please.  And if we could -- if

12  we could scroll down again and -- and I'd like to

13  take another look at item number 10793.  Okay.  And

14  if we could just scroll down and -- and look at the

15  detail there on the item.

16    Okay.  And now could we add that item

17  to the shopping cart, please.  Okay.  And now could

18  you go back to the search result list, please.

19    Now, could we scroll down again and

20  could you select the item number 20798 and could we

21  also look at that item description?  Okay.  And now

22  would you add that item to the cart, please.

23    Okay.  And now could you pull up the

24  item detail from the cart for item number 10793.

25  Okay.  And could you also -- yeah.  Flip over to

---

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

<table>
<tr><td valign="top">

65

1    the Detail tab and -- and review that.

2        (Pause.)

3        Q.  Okay.  Now, could you add that item

4    to the cart, please.

5        A.  It's there already.

6        MR. SHRAGER:  It's already there.

7        Q.  Oh, I'm sorry.  Could you delete that

8    item from the cart, please.

9        A.  Deleted.

10       Q.  Okay.  I -- I apologize.  We're going

11    to have to repeat another step here because I

12    realized that we have the same vendor for both the

13    items in our -- in our cart now.

14       So could we go back to the Search tab

15    again and could we do a search for battery?

16       A.  Just so that you know that you might

17    have the same vendor for a lot of the items because

18    we get everything from Owens and Minor.

19       Would that be true for the batteries

20    as well?

21       A.  Yes.

22       Q.  Oh, I see.  Okay.

23       Okay.  Let's do a search for gown

24    again because we had a different vendor for one of

25    these gowns.

</td><td valign="top">

67

1    means.

2        Q.  Okay.  So normally you would expect

3    this requisition to go through --

4        A.  To go through.

5        Q.  -- smoothly?

6        A.  Correct.

7        THE WITNESS:  PO number...

8        (Pause.)

9        A.  Can I navigate through the screen to

10    look at something else?

11       MR. IRWIN:  Manny, this is RSS.  This

12    is what the end user could do.  What would they do?

13       THE WITNESS:  They will call us now

14    because they can't complete the requisition.

15       Q.  Okay.  Could we go back to the -- to

16    the search module again then?

17       A.  Mm'mm.

18       Q.  And see what else we could search for

19    here.

20       Could you try searching for diaper?

21       (Pause.)

22       Q.  Okay.  I guess go back to the top

23    and -- let's see.

24       Could you click on item 10119.

25       Yeah.  Okay.  Could we go back then?

</td></tr>
<tr><td valign="top">

66

1        MR. SHRAGER:  Abaline?

2        MR. CLEMENTS:  Yeah.

3        A.  Mm'mm.

4        Q.  Okay.  And could you look at item

5    10616.  Okay.  And would you add that item to the

6    cart again, please.

7       Okay.  And now would you -- from the

8    cart would you look at item 10619.  Okay.  And

9    could we look at the Detail tab as well.

10       (Pause.)

11       Q.  Okay.  And would you delete item

12    10619 from the cart.

13       Okay.  And now would you walk through

14    building the requisition and submitting the

15    purchase order for these items.

16       A.  Okay.  Once the end user's done, this

17    is all that she needs to order -- or he.  All they

18    have to do is click check-out.

19       Q.  Okay.

20       A.  Okay.  So...

21       (Pause.)

22       THE WITNESS:  I have an error now.

23    Great.  "PO vendor item not found."

24       (Pause.)

25       A.  I really do not know what this error

</td><td valign="top">

68

1    I'd like to try to find one that's from a different

2    vendor than Owens and Minor.

3       (Pause.)

4       Q.  Okay.  So we got one here from

5    Cardinal Health.  And does this one have a price

6    associated with it?

7       A.  No, no price.

8       Q.  Does that mean it's -- would you

9    still be able to go through and create a purchase

10    order?

11       A.  Yes.  We'll just have to put like a

12    penny price in there.

13       Q.  I see.  Okay.

14       MR. CLEMENTS:  Hold on just a moment.

15       (Pause.)

16       Q.  Okay.  Could you go back to the

17    search again and could we narrow the search for the

18    diaper.  Let's try after the diaper putting a space

19    PRMTR.

20       A.  P-r-m?

21       Q.  T-r.  And could you search that.

22       Okay.  And could you click on the

23    10583.

24       A.  It's going to be Owens and Minor.

25       Q.  Okay.  Could you scroll up again?

</td></tr>
</table>

**69**

1   I'm sorry.
2          (Pause.)
3          Q.   Okay.  Could we go back to the search
4   again and could you erase the search bar and let's
5   just try -- type HGGS and could we scroll down
6   there to see what else is available.
7          Do you remember what the item number
8   was for the first diapers we had from Cardinal
9   Health?  I have it written down as 10736 but I'm
10  not seeing them now.
11         A.   I do not remember.
12         Q.   Okay.  Could you click on item 48381,
13  please.  Oh, that's it.  I wrote down the wrong
14  number.
15         4831...
16         Okay.  And as a test could we try
17  without actually -- I don't want to submit the
18  purchase order yet.  I just want to see if we're
19  going to have the same problem that we had with the
20  gown that wouldn't go through, the requisition
21  deal.
22         A.   Okay.
23         Q.   Could you add this one to the cart
24  and delete the gown off there and just see if it
25  will be able to requisition?

**70**

1          A.   Sure.
2          Q.   Just as a test.
3          A.   I'm going to delete this one first.
4          Q.   Yes.
5          A.   I have to put a price or else it's
6   not going to add it --
7          Q.   Okay.
8          A.   -- so I'm going to put a penny and
9   I'm going to check out.
10         Q.   Okay.  Okay.  So it looks like that
11  one's working.
12         A.   Mm'mm.
13         Q.   Okay.  Great.  So now -- now what I'd
14  like to do is I'd like to empty out the cart.
15  Okay.  It's already empty, right, because we
16  already built the requisition.  Okay.  Great.
17         All right.  So let's -- let's start
18  over then and could we go back to our search field?
19         A.   We're still ordering nonstock?
20         Q.   Yes.  Okay.  And could you first do a
21  search for HGGS and could you tell me, do you have
22  an idea of what HGGS stands for?
23         A.   Huggies.
24         Q.   Okay.
25         A.   Huggies.

**71**

1          Q.   Okay.  And if you could scroll down
2   to -- to view all the items on the list.
3          Okay.  Now, could we go back up to
4   the -- to the search -- yeah -- in addition to
5   Huggies -- leave that there -- excuse me.  In
6   addition to the HGGS put a space and could you type
7   in diaper and put a space and type in PRMTR and
8   search.  Okay.
9          Now, would you select the item detail
10  for item number 10583.  Could you scroll down
11  there.  Okay.  And now would you add that item to
12  the cart, please.
13         Okay.  Now, could we go back to the
14  search results list.
15         And now would you remove the HGGS and
16  just search for diaper space PRMTR.
17         Okay.  And now would you select item
18  number 48381, please.  And could you scroll down to
19  show the information on that item.
20         Okay.  And now could we add that item
21  to the cart, please.
22         Okay.  Now, would you go to your --
23  your shopping cart and open up the description for
24  item number 10583.
25         Okay.  And would you also look under

**72**

1   the Detail tab and scroll down to see that
2   information.
3          (Pause.)
4          Q.   Okay.  And now could we remove that
5   item from the cart.
6          Okay.  Now, could we do a search --
7   another search for gown and could you select item
8   number 10619.  Wait.  Go ahead and, yeah, view the
9   detail for it first.
10         Okay.  Now, could we add that item to
11  the shopping cart.
12         Okay.  And now could we go ahead and
13  check out and submit a purchase order for these --
14         A.   Mm'mm.
15         Q.   -- items that we have in our shopping
16  cart.
17         And could you explain sort of the
18  steps as you go through.
19         A.   Building a PO?
20         Q.   Yeah.  Building a purchase order.
21         A.   I'm going to close the screen out
22  because I don't need to -- to be in RSS any more.
23  I'm just going to go to RQ 10 to make sure that the
24  requisitions that we just created got there okay.
25         Q.   Okay.

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

73

1       A.   And I'm a little rusty creating POs
2   because I don't do it every day.
3       Q.   Okay.  Now, the only one I want to
4   create a purchase order from is the second one --
5       A.   The last one?
6       Q.   Yes.
7       A.   Okay.  Okay.  So process here means
8   that it -- it processed.  It's waiting to get on a
9   PO.  Those are the item numbers, you know, that we
10  selected.  You can tell the price here.
11          I'm going to go into PO 100 to build
12  a PO out of the requisition that --
13      Q.   Okay.  Could you just briefly explain
14  what PO 100 is?
15      A.   PO 100 puts all the requisitions that
16  were already processed or approved from RSS into a
17  PO.
18      Q.   Okay.
19      A.   Without us having to manually key
20  every single line into the PO.
21      Q.   Okay.
22      A.   I just changed the default buyer
23  because I knew -- I picked the OR and Katie
24  Willmore is the buyer for that department so I have
25  to make sure that I select the right initials in

74

1   order for the req to come down.
2       Q.   Okay.
3       A.   And I'm just going to create a PO
4   just on that requisition number alone.  I don't
5   want to bring everything from the OR into a PO.
6       Q.   Okay.
7       (Pause.)
8       A.   I'm sorry.  I don't know why this
9   error is coming up now.
10      (Pause.)
11      Q.   I think you still had -- under the
12  Filters tab you had the buyer in there.  You might
13  need to clear that out.
14      A.   The N defaults there automatically;
15  the letter N.
16      (Pause.)
17      A.   I'm going to go to PO 23.  Maybe I
18  can clear it out from here.
19      Q.   Okay.
20      A.   Give me one second.
21      (Pause.)
22      Q.   Okay.  So I think when I pulled it
23  out of here I put it into a PO.  I'm not familiar
24  with the PO 100s.  Like I told you I don't run it
25  every day.  The buyers do.

75

1       Q.   Okay.
2       A.   But I'm going to go to PO 20 now and
3   see if we can pull up those two POs that I created.
4       Q.   Okay.  So you know you got the two
5   purchase orders created for the items that we had
6   in that requisition?
7       A.   Correct.
8       Q.   Okay.
9       A.   And here's the PO.
10          So the PO number is -- for the
11  Cardinal item is 1026370.
12      Q.   Okay.
13      A.   And if we do previous should bring me
14  the Owens and Minor one.  1026369.
15      Q.   Okay.  Could we go back to PO 100 for
16  a moment.
17      A.   Sure.
18      Q.   Okay.  And if you scroll over to the
19  right of the screen, see where it says Print
20  Manager?  Could you select that?
21      A.   Mm'mm.
22      Q.   And would we be able to see the
23  purchase orders associated with that requisition
24  that we built in here in this list?
25      A.   We're not going to be able to see it

76

1   in here because the job doesn't run.
2       Q.   Oh, I see.
3       A.   The PO 100.
4       Q.   It didn't run through PO 100?
5       A.   Correct.
6       Q.   Is there a way to see a printout like
7   that for that particular requisition to show that
8   the two purchase orders, the same document
9   associated with one requisition?  Do you understand
10  what I'm asking?
11      A.   I understand what you're asking but
12  it will come up in PO 100 but for some reason I
13  didn't know how to work it so they don't run so
14  we're not going to be able to see it.
15          I could pull up a PO 100 from today
16  that somebody else might have created and show you
17  that.
18      Q.   Okay.  And would it show the multiple
19  purchase orders --
20      A.   It will show requisitions and
21  multiple purchase orders.
22      Q.   Okay.  Yeah.  If we could see
23  something like that.
24      (Pause.)
25      A.   So this was Dennis Devine.  He's one

77

1    of our buyers.  And that's the first page.  So you
2    could see the vendor number.  The purchase order
3    got created.  This should tell you the requis --
4    the requisition number right here, the 25923.  You
5    see it right here?
6         Q.    Okay.  So everything shown on this
7    document is associated with that same requisition?
8         A.    Not necessarily.
9         Q.    Not necessarily.
10        A.    No.  There could be others.  You see
11   that one here?
12        Q.    Oh, it's different?
13        A.    A different PO number.
14        Q.    And it's a different requisition --
15        A.    A different requisition number.
16        Q.    Okay.  Well, that -- that's fine.
17              But if we had submitted that
18   requisition that we built through PO 100 we would
19   have been able to see one document that showed the
20   two purchase orders created from that single
21   requisition?
22        A.    Correct.
23        Q.    Okay.
24        A.    Something similar like this.  It will
25   just have two PO numbers with the same requisition

79

1         Q.    -- from RQ 10?
2         A.    Okay.  So I will have to put a
3    department again.
4         Q.    Okay.
5         A.    Company 1000 stays the same because
6    that's us.  The department defaulted from what I
7    put up here.  If I have any Deliver To information.
8    I have to select purch because we're going to do a
9    nonstock requisition.
10              Everything else is blank.
11        Q.    Now, if we want to add items --
12        A.    Okay.
13        Q.    -- to this requisition, show us how
14   you do that.
15        A.    And I would need to know the item
16   number and...
17        Q.    Okay.  But instead of using the item
18   number can you click on the -- the little double
19   arrow icon there?
20        A.    Sure.
21        Q.    And from this list can you -- can you
22   explain, first of all, what this list is showing?
23        A.    This will give you all the active
24   items at that requisition location so anything
25   that's active in the Item Master should come up.

78

1    number.
2         Q.    Right.  Okay.  So PO 100 can generate
3    multiple purchase orders from a single requisition?
4         A.    Correct.
5         Q.    Okay.
6         A.    If there's multiple vendors in there,
7    yes.
8         Q.    Right.
9         A.    Mm'mm.
10        Q.    All right.  We're done with that for
11   now.
12              I did want to look at one other thing
13   before I'm finished with the demonstration, and I
14   know that Mr. Graham here has just a few questions
15   for you, too.
16              Could we go to RQ 10 again --
17        A.    Mm'mm.
18        Q.    -- to look at that.
19        No.  I don't want to look at our old
20   requisition.  Go ahead and clear that out but could
21   you go ahead and put in this first page the
22   information that you would need to put on from
23   location and so forth in order to build a
24   requisition --
25        A.    Okay.

80

1         Q.    Okay.  And -- and then the choices
2    you have here in your menu show you the different
3    ways --
4         A.    Different ways.
5         Q.    -- to arrange those items?
6         A.    Different ways you can bring up that
7    list.
8         Q.    Okay.  And could you scroll down on
9    the list and just keep scrolling down.
10              Okay.  Could we -- could you select
11   the manufacturer code search.
12              Okay.  And could you explain what
13   we're seeing over in the first column as Code at
14   the top?
15        A.    Okay.  This column that says Code
16   comes from IC 11.  If -- when we enter an item we
17   populate that field and basically this is all the
18   item -- vendor numbers that Owens and Minor has
19   provided to us that they use in their system.
20              So like 0011 might mean a different
21   company name, you know, for Owens and Minor.
22        Q.    Okay.  So these are only codes that
23   are associated with items that are available from
24   Owens and Minor?
25        A.    Correct.  We only -- we only put the

81

1　codes for Owens and Minor items since 99 percent of
2　all our stuff comes through them.
3　　　Q.   I see.  Okay.  Could we go then and
4　select -- could you go up and click on the Search
5　box up at the top.
6　　　A.   Mm'mm.
7　　　Q.   Could you explain what this box does?
8　　　A.   Sure.  Instead of you scrolling, you
9　know, through the various pages you could select
10　code if you know the code number.  You could put it
11　in here, in this little field.  You could do --
12　mostly the ones we use is like so it could bring up
13　more choices for us and then we're the ones that
14　narrow it down.
15　　　　If you want a similar search by the
16　number field you have to, you know, pick number
17　and, again, we use like to give us more choices.
18　　　　If you want to search by the Lawson
19　item you have to pick the item field here and again
20　we use the word like to bring us more choices and
21　if you want to search by the item description,
22　again, we could put like to give us more choices.
23　　　　Instead of the user having to go --
24　well, instead of us having to go, you know, next
25　25, next 25, next 25 for us to find the item number

82

1　we're looking for.
2　　　Q.   Right.  Okay.  All right.  And so
3　could you choose the Filter button up above.
4　Switch it over from Find to Filter.
5　　　A.   Mm'mm.
6　　　Q.   And underneath the search here could
7　you type in item description -- and you have it as
8　like -- could we type in SOL space INJ.
9　　　　Okay.  And is there a way to view a
10　more detailed --
11　　　A.   More detailed than this?
12　　　Q.   -- description?
13　　　A.   No.
14　　　Q.   Okay.
15　　　A.   Not that I aware of.
16　　　Q.   Okay.  And could you pull the
17　search -- sorry.  Go back to the Search feature
18　again.
19　　　A.   Mm'mm.
20　　　Q.   And instead of choosing item
21　description for the field could we choose the
22　asterisk code.
23　　　A.   Okay.
24　　　Q.   And is the asterisk code, is that the
25　manufacturer code number?

83

1　　　A.   That's the vendor -- yes -- no.  The
2　manufacturer code is this field here that says
3　number.
4　　　Q.   Okay.
5　　　A.   The code is the vendor number that
6　Owens and Minor has for that item.
7　　　Q.   I see.  Okay.  And so for this code
8　could you -- could you type in 0723.
9　　　　Okay.  I thought 0723 was associated
10　with the manufacturer we had before for the other
11　solution but it's not coming up here.  That's okay.
12　　　　MR. CLEMENTS:  Give me just a moment.
13　　　　THE WITNESS:  Mm'mm.  Mm'mm.
14　　　　(Pause.)
15　　　　MR. CLEMENTS:  Okay.  Mr. Matias,
16　thanks for your time.
17　　　　THE WITNESS:  Okay.
18　　　　MR. CLEMENTS:  That's all the
19　questions I have.  I think Mr. Graham has --
20　　　　MR. SHRAGER:  Mr. Graham has a
21　couple.
22　　　　MR. CLEMENTS:  -- questions.
23　　　　MR. GRAHAM:  I'll try to be brief.
24　CROSS-EXAMINATION BY MR. GRAHAM:
25　　　Q.   When you're entering an item inside

84

1　Item Master you're talking about how you're limited
2　to 30 characters for the description?
3　　　A.   Correct.
4　　　Q.   Who -- who is -- who names or who
5　adds the description field to the Item Master?
6　　　A.   Right now it's usually myself or the
7　four buyers that I have working for me.
8　　　Q.   So there's five people that could --
9　　　A.   Correct.
10　　　Q.   -- enter it?
11　　　　Is there a standard naming convention
12　that you use?
13　　　A.   We try to use the noun first so if
14　it's a bandaid depending on how long bandaid is we
15　try to limit to five characters.  So like, for
16　example, suture, instead of putting in the entire
17　word suture, we put it in as s-u-t for like sut so
18　everybody knows anything that started with s-u-t
19　it's a suture.  Solution, s-o-l.
20　　　Q.   Is that a naming convention that
21　you -- that you designed here at Robert Wood
22　Johnson or was that something that Lawson taught
23　you how to do?
24　　　A.   No.  That's an industry standard.
25　Most of the hospitals use, you know, the noun and

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

85

1   they abbreviate it because of space constraints in
2   the Item Master fields.
3        Q.   Thank you.  Can we go to the
4   Requisition Self-Service field.
5        A.   Okay.
6        Q.   And could we go to the search.  And
7   could we do a search for SOL space NACL space 0.9
8   percent INJ or space INJ.
9            Could you scroll down to find item
10  10793.  These are the same items you were looking
11  at before.
12       A.   Mm'mm.
13       Q.   Could you add that to the shopping
14  cart for me.
15       A.   Okay.
16           (Pause.)
17       A.   Okay.
18       Q.   Could you also add the next one,
19  20798.
20       A.   Okay.
21       Q.   So these two items appear to have the
22  same description.
23       A.   Correct.
24       Q.   But the price for item 20798 is
25  $60.54.  Am I reading that right?

86

1        A.   Yes.
2        Q.   And the price for item 10793 is 31
3   cents.
4        A.   Correct.
5        Q.   Are these the same item or would the
6   price suggested these are different items?
7        A.   Not just the price will suggest
8   they're a different item.  I will have to go and do
9   more research.  Maybe the one on the top was a sub
10  for the one on the bottom -- maybe the 20798 was a
11  sub for 10793 and then we never used it and we --
12  you know, we forgot to inactivate it or delete it,
13  but the one on the bottom, the 10793, the price of
14  an each -- the price is 31 cents each because
15  that's an inventory number.  That's issued out of
16  the storeroom by an each.
17       Q.   So that the quantity lets you know
18  that the top one, CS, is --
19       A.   Might be a nonstock item.
20       Q.   Might be a nonstock item.  The bottom
21  one is each?
22       A.   Mm'mm.
23       Q.   So if you were to order one -- if you
24  were to order 20798 instead of 10793 you wouldn't
25  receive the same thing?

87

1        A.   Correct.
2        Q.   And that's despite the fact that
3   their descriptions are the same?
4        A.   Right.  You know, just like he said
5   about the battery, you know, we don't have the
6   greatest and latest data king (phonetic) on but all
7   of our batteries are not from Duracell.  They are
8   from Energizer.  We just didn't change the
9   description but as long as we change the item
10  number and we know that it -- it's going out with
11  the right item number, we're getting the right
12  product in.
13       Q.   Thanks.
14           Can you delete those two items?
15           Can you do a search for HGGS space
16  diaper space PRMTR.
17           So I'm looking at item number 48381?
18       A.   Yup.  48381.
19       Q.   The cost now shows 1 cent.
20       A.   Mm'mm.
21       Q.   And was that because you had changed
22  it earlier in the demonstration?
23       A.   Correct.  Because I changed it -- we
24  have it set up for Lawson to calculate the last PO
25  price when there's no price set up so whenever we

88

1   create a PO the system automatically puts the last
2   PO price in it.
3        Q.   And generally when as it was before
4   it's zero dollars, that's an item you have in
5   stock.  Is that correct?
6        A.   If it's zero dollar that means that
7   we don't have a contract in place in PO 25.
8        Q.   So there's no way from this screen to
9   tell what the price is?
10       A.   Correct.  No.
11       Q.   And how would you eventually tell
12  what the price was if you wanted to buy item number
13  48381?
14       A.   If -- if the end user selects that
15  item -- and I think that's why we couldn't pull PO
16  100 -- it goes to PO 23 because it essentially is
17  an error and they have to research the price and
18  enter the right price in the PO before it goes out.
19       Q.   Who's they?
20       A.   The buyers.
21       Q.   Thank you.
22           I'm just going to ask you a couple
23  questions about GHX.
24       A.   Okay.
25       Q.   How long has Robert Wood Johnson been

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

89

1    using GHX?

2        A.   I'm going to say 2 -- 1998.  I'm

3    going to say 2000, the year 2000.

4        Q.   So Robert Wood Johnson was using GHX

5    prior to licensing Lawson Software?

6        A.   Prior to Lawson, yes.

7        Q.   And I believe you testified that all

8    of the EDI transactions that go out from Lawson now

9    go through GHX?

10        A.   Correct.

11        Q.   And then you can go to a Web site

12    posted by GHX to determine whether or not a

13    particular purchase order had been -- had gone

14    through?

15        A.   Correct.

16        Q.   To the vendor.  And that's how you

17    can tell if an item's on back order or not?

18        A.   Correct.

19        Q.   So if using just the Lawson system

20    and not GHX is there any way to tell if a

21    particular item is in a vendor's inventory?

22        A.   We would have to then bring 832 --

23    another transaction for 832 which is another

24    transaction into Lawson in order to find out if

25    that item is on that vendor's catalog.

90

1        Q.   Is that something that you do?

2        A.   We don't do that.

3        Q.   Talk a little bit about PO 13.3.

4        A.   Mm'mm.

5        Q.   I believe that's the module that you

6    can associate one Lawson item to more than one

7    vendor item --

8        A.   Correct.

9        Q.   -- is that correct?

10        A.   Mm'mm.

11        Q.   And you stated earlier that you

12    rarely use that?

13        A.   Correct.

14        Q.   Why is it only rarely used?

15        A.   That's only rarely used only for like

16    inventory items.  If there's a sub.  So like if

17    we're buying a bandaid from Johnson & Johnson but

18    we can't get it from Johnson and Johnson but

19    Hospira sells the bandaid so then we go in there

20    and add the Hospira number and fix the PO so when

21    it's received we're receiving the right product.

22        Q.   So it's used for inventory number --

23    inventory items, not nonstock items?

24        A.   Correct.

25        Q.   Did Robert Wood Johnson ever consider

91

1    licensing Procurement Punch-Out?

2        A.   I don't think we ever considered

3    that, no.

4        MR. GRAHAM:  That's all the questions

5    I have.

6        THE WITNESS:  Okay.

7        MR. SHRAGER:  Thank you.

8        MR. CLEMENTS:  I've got just a couple

9    of follow-up on his questions and then he'll have a

10    couple to mine.

11    REDIRECT EXAMINATION BY MR. CLEMENTS:

12        Q.   Okay.  Could you go back to the -- to

13    the Search tab again and could we do another search

14    for the SOL space NACL space 0.9 per space INJ.

15        Okay.  And could you scroll down to

16    the bottom.

17        Okay.  And the last two items on that

18    list --

19        A.   Mm'mm.

20        -- item numbers 10793 and 20798,

21    these were the ones we were discussing before?

22        A.   Correct.

23        Q.   Okay.  And -- and in the next to last

24    column next to item number 10793 there's the letters

25    EA.

92

1        A.   Correct.

2        Q.   And what does EA mean?

3        A.   Each.

4        Q.   Okay.  And then in that same column

5    next to item number 20798 there's a CS?

6        A.   Case.

7        A.   Case.

8        A.   Case.

9        Q.   Okay.  And what's the difference

10    between case and each?

11        A.   The difference is I know from looking

12    at this item that 10793 is in the storeroom.  When

13    a department comes down or they request this item

14    they usually don't want a case because a case has

15    960 prefilled syringes.

16        Q.   Okay.  So a case has 960 of whatever

17    that particular item is?

18        A.   That amount may vary depending on the

19    item but I know for this item I know it has 960.

20        Q.   Okay.  So if you purchase 960 of the

21    31 cent items there under item number 10793 it

22    might come out to about the same price as what it

23    would cost you for an entire case?

24        A.   Correct.

25        Q.   So -- then it could be the same item.

Matias, Manuel  - RW Johnson  3/10/2010  12:00:00 PM

93

1  It's just a difference in quantity that you're
2  purchasing.  Is that correct?
3       A.   Correct.  It could be the same item
4  but I will have to do more research on 2798 to see
5  if it's actually the same item or not.
6       Q.   Right.  But the difference in price
7  itself is not indicative that it's actually a
8  different product?
9       A.   Correct.  It's not -- correct.
10       Q.   Okay.
11            MR. CLEMENTS:  Okay.  I think that's
12  all the questions I have.
13            MR. GRAHAM:  Just -- sorry.  One more
14  question.
15  RECROSS-EXAMINATION BY MR. GRAHAM:
16       Q.   Could you click on 20798 so I can see
17  the details of that?  And scroll to the bottom.
18            We discussed today a little bit about
19  that vendor item number that -- that long number
20  that begins with 0 --
21       A.   Mm'mm.
22       Q.   -- 723.
23       A.   Right.
24       Q.   And I believe you stated that that
25  0723 indicates the manufacturer.

94

1       A.   Correct.
2       Q.   Who generates those full numbering?
3       A.   This is given to us by our
4  distributor, Owens and Minor.  Other numbers are
5  ten digits long and the first four is the vendor
6  that they're buying the product from.
7       Q.   So that number is developed by Owens
8  and Minor and given to you --
9       A.   Given to us.
10       Q.   -- to enter into the Lawson system?
11       A.   Correct.  And when we send PO, this
12  is the number they want to see -- this is the
13  number they want to see in order for them to send
14  us the right product.
15            MR. GRAHAM:  That's it.  Thanks.
16            MR. CLEMENTS:  I don't have any more
17  questions for Mr. Matias.
18            Can we go off the record?
19            THE VIDEOGRAPHER:  Sure.  Here marks
20  the end of volume one, videotape number two in the
21  deposition of Manuel Matias.
22            Going off the record.  The time is
23  1:28.,
24            (Counsel retains exhibits.)
25            (1:28 p.m.)

95

1            CERTIFICATE   OF   OFFICER
2
3
4            I, PATRICIA J. RUSSONIELLO, a
5  Certified Court Reporter and a Notary Public of the
6  State of New Jersey, do hereby certify that prior
7  to the commencement of the examination the witness
8  was duly sworn by me.
9            I DO FURTHER CERTIFY that the
10  following is a true and accurate transcript of the
11  testimony as taken stenographically by and before
12  me at the date, time and place aforementioned and
13  that reading and signing of the deposition has been
14  requested.
15            I DO FURTHER CERTIFY that I am
16  neither a relative nor employee, nor attorney or
17  counsel to any parties involved; that I am neither
18  related to nor employed by any such attorney or
19  counsel, and that I am not financially interested
20  in the action.
21
22
23
    _____
24  A NOTARY PUBLIC OF THE STATE OF NEW JERSEY
    My Commission Expires: 4/20/2010
25  C.C.R. License No. XI00057

96

1            JURAT
2            I, MANUEL D. MATIAS, do hereby
    certify that I have read the foregoing transcript
3  of my testimony taken on Wednesday, March 10, 2010
    and have signed it subject to the following
4  changes:
    PAGE   LINE                    CHANGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
    _____
20            MANUEL D. MATIAS
21
22  DATE: _____
23
    Sworn and subscribed to before me this
24  day of          , 20  .
25  NOTARY PUBLIC

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF EPLUS'S OBJECTIONS TO DEFENDANT'S DESIGNATIONS AND SUMMARY OF THE DEPOSITION OF MANUEL D. MATIAS AND COUNTER-DESIGNATIONS**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis. MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonscrvicc@)merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

_____/s/_____
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com