**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| *e*PLUS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF EPLUS'S OBJECTIONS TO DEFENDANT'S DEPOSITION
DESIGNATIONS AND SUMMARY OF THE DEPOSITION OF KRISTY OLIVER AND
COUNTER-DESIGNATIONS**

Plaintiff *e*Plus Inc. ("*e*Plus"), through counsel, hereby submits the following objections to

Defendant's Deposition Designations and summary of the deposition of Kristy Oliver and offers

the following counter-designations:

**Specific Objections**

| Defendant's Designations | *e*Plus's Objections | *e*Plus's Objections to Defendant's Deposition Summary |
|---|---|---|
| 6:18-22 | | |
| 8:24-9:7 | | |
| 10:6-18 | | |
| 12:13-22 | | Incomplete summary. (Ms. Oliver testified that GHX maintains Blount's EDI transactions via Lawson.) |
| 19:23-20:7 | | Mischaracterizes testimony. (Ms. Oliver testified that she was unaware whether Blount's Lawson system could |

| Defendant's Designations | *e*Plus's Objections | *e*Plus's Objections to Defendant's Deposition Summary |
|---|---|---|
| | | search for manufacturer name and item description at the same time.) |
| 22:25-23:2 | | |
| 23:23-24:6 | | Mischaracterizes testimony  (Ms. Oliver testified that Lawson provided Blount with a template spreadsheet with the data fields required for the Lawson system, Blount entered item data into the spreadsheet and provided the spreadsheet to Lawson, and Lawson uploaded the item data into the Lawson system.) |
| 26:17-27:3 | | Incomplete summary. (Ms. Oliver testified that the test scripts provided by Lawson did not provide information on searching for vendors within the Item Master, but rather  explained how to find a vendor when you were ordering something not in the Item Master.) |
| 29:12-19 | | |
| 34:6-8 | | Mischaracterizes testimony.  (Ms. Oliver explained that the only people within Blount who have access to the standard Requisition module are the purchasing agents, who can access that module if needed.) |
| 52:10-24 | | |
| 55:14-56:7 | | Mischaracterizes testimony; incomplete summary.  (Ms. Oliver testified that although |

| Defendant's Designations | *e*Plus's Objections | *e*Plus's Objections to Defendant's Deposition Summary |
|---|---|---|
| | | Blount does not have any items set up with dual vendors, the capability is there.) |
| 78:7 – 79:6 | | Incomplete summary. (Ms. Oliver testified that Lawson's representative provided Blount with a guide for use in uploading items to the Item Master. The Lawson representative (Katrina Rice) explained what the required fields are because the Lawson programs IC11, IC12 and IC13 require the item data to be set up correctly.) |
| 79:20-80:10 | | Mischaracterizes testimony. (Ms. Oliver's testimony related to after the initial data load of item data into the Item Master, which was performed by the Lawson consultant.) |
| 83:3 – 84:4 | | Incomplete summary. (Ms. Oliver testified that Exhibit 13 related to the Lawson consultant's advice regarding training of Blount's 600 users and her provision of an example training scenario to Blount.) |
| 111:12-20 | | Mischaracterizes testimony. (Ms. Oliver testified that she didn't think the Blount system would be able to search for two vendors at a time.) |
| 112:9-17 | | Mischaracterizes testimony. (Ms. Oliver |

| Defendant's Designations | *e*Plus's Objections | *e*Plus's Objections to Defendant's Deposition Summary |
|---|---|---|
| | | testified that Blount's system's search function doesn't work by looking for manufacturer code. The Blount Lawson system can find a vendor name if it is in the description. Or, the system can search by item number.) |
| 125:13-19 | | Mischaracterizes testimony. (Ms. Oliver testified that she was not aware of any way to search for manufacturer or vendor in the catalog search with respect to Blount's system.) |
| 127:14-19 | 403 | Mischaracterizes testimony. (Ms. Oliver testified that she could not tell from the information shown whether a specific catheter item could be used in place of another catheter item.) |
| 128:16-25 | 401/402, 403, 602 | |
| 129:20-130:4 | 401/402 | |
| 130:16 – 131:20 | 602 (131:3-7) | |
| 132:17-24 | | Incomplete summary. (Ms. Oliver testified that although there is no one table with all of the vendor information, you can build them.) |
| 133:16-134:9 | question calls for a legal conclusion (134:7-9); 403 (134:7-9) | |
| 134:13-135:18 | | |

| *e*Plus's Counter-Designations |
| --- |
| 34:9-15 |

Respectfully submitted,


/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice)*
Jennifer A. Albert (admitted *pro hac vice)*
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
SRobertson@goodwinprocter.com
JAlbert@goodwinprocter.com
DYoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice)*
James D. Clements (admitted *pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
MSrapp@goodwinprocter.com
JClements@Goodwinprocter.com

*Attorneys for Plaintiff, ePlus Inc.*


Dated:  August 9, 2010

## Summary of Rebuttal Designations for Kristy Oliver

At Blount Memorial Hospital, employees create requisitions using Requisitions Self Service. Purchasing agents have access to the standard Requisitions module.  (34:9-15)

LIBNY/4927523.1

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

---

**Page 1**

```
 1           IN THE UNITED STATES DISTRICT COURT
   .         FOR THE EASTERN DISTRICT OF VIRGINIA
 2               RICHMOND DIVISION
 3
 4     EPLUS, INC.,          )
   .                        )
 5        Plaintiff,  )
   .                    ) CIVIL ACTION FILE
 6        vs.         )
   .                    ) NO. 3:09-CV-620(JRS)
 7     LAWSON SOFTWARE INC.,    )
   .                        )
 8        Defendant.  )
 9
10
11      "CONFIDENTIAL:  MAY BE SUBJECT TO PROTECTIVE ORDER"
12
13
14           Videotaped deposition of
15     KRISTY OLIVER, taken on behalf of the
16     Plaintiff, pursuant to the stipulations agreed
17     to herein, before Tanya L. Verhoven-Page,
18     Certified Court Reporter and Notary Public, at
19     907 E. Alexander Parkway, Maryville, Tennessee,
20     on the 11th day of March, 2010, commencing
21     at the hour of 9:31 a.m.
22
23
24     Job No.: 24-175051
25
```

**Page 2**

```
 1            APPEARANCES OF COUNSEL
 2
 3     On behalf of the Plaintiff:
 4        MICHAEL STRAPP, ESQUIRE
            Goodwin Procter
 5          Exchange Place
   .        Boston, Massachusetts 02109
 6          (617) 570-1000
 7
 8
 9
10
   .     On behalf of the Defendant:
11
   .        JOSHUA P. GRAHAM, ESQUIRE
12          Merchant & Gould
   .           3200 IDS Center
13          80 South Eighth Street
            Minneapolis, Minnesota 55402-2215
14          (612) 332-5300
15
16
17
18     On behalf of Blount Memorial Hospital, Incorporated:
19        CARL P. MCDONALD, ESQUIRE
   .        Goddard & Gamble
20          101 W. Broadway Avenue
            Suite 208
21          Maryville, Tennessee 37801
            (865) 982-6731
22
23
24
25     THE VIDEOGRAPHER:  Jim Davis
```

**Page 3**

```
 1                  I N D E X
 2
 3        WITNESS: KRISTY OLIVER
 4
 5      Examination                  Page
 6
   .     BY MR. STRAPP               6
 7      BY MR. GRAHAM              126
   .     BY MR. STRAPP              135
 8
 9
10             EXHIBITS:
11      Blount
   .        Exhibit                  Page
12
13      Exhibit 1           8
14      Exhibit 2           40
15      Exhibit 3           52
16      Exhibit 4           58
17      Exhibit 5           61
18      Exhibit 6           64
19      Exhibit 7           66
20      Exhibit 8           72
21      Exhibit 9           73
22      Exhibit 10          75
23      Exhibit 11          78
24      Exhibit 12          81
25      Exhibit 13          83
```

**Page 4**

```
 1              EXHIBITS:
 2      Blount
   .        Exhibit                  Page
 3
 4      Exhibit 14          87
 5      Exhibit 15          89
 6      Exhibit 16          91
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

---

5

1       MARYVILLE, TENNESSEE; THURSDAY, MARCH 11, 2010
2              9:31 A.M.
3
4              P R O C E E D I N G S
5
6              THE VIDEOGRAPHER:  This is the
7    beginning of videotape number one of the
8    deposition of Kristy Oliver in the matter
9    of EPlus, Incorporated versus Lawson
10   Software in the U.S. District Court,
11   Eastern District of Virginia; Case No.
12   3:09-CV-620(JRS).  The time on --
13   indicated on the video monitor is 9:31.,
14        Today's date is March the 11th,
15   2010.  My name is Jim Davis.  I'm the
16   videotape operator.
17        Today's deposition is being held at
18   907 East Lamar Alexander Parkway,
19   Maryville, Tennessee.
20        Counsel will now identify
21   themselves.
22        MR. STRAPP:  Michael Strapp
23   representing Plaintiff EPlus.
24        MR. GRAHAM:  Joshua Graham
25   representing Defendant Lawson Software.

---

6

1         MR. MCDONALD:  Carl McDonald
2    present for Blount Memorial Hospital,
3    Incorporated.
4         THE VIDEOGRAPHER:  The court
5    reporter today is Tanya Verhoven-Page.
6         The court reporter will now swear
7    in the witness.
8
9         Thereupon --
10        KRISTY OLIVER,
11   called as a witness, having been first duly sworn,
12   was examined and testified as follows:
13
14              EXAMINATION
15   BY MR. STRAPP:
16   Q    Good morning.
17   A    Hi.
18   Q    Could you please state your name for the
19   record.
20   A    Kristy Oliver.
21   Q    And who are you employed by?
22   A    Blount Memorial Hospital.
23   Q    What is your current work address?
24   A    907 East Lamar Alexander Parkway,
25   Maryville, Tennessee 37804.

---

7

1    Q    Have you ever been deposed before?
2    A    No.
3    Q    Today I will be asking you questions, and
4    you will be providing answers.
5         Do you understand?
6    A    Yes.
7    Q    And do you understand that our court
8    reporter will be taking down everything that we say
9    today?
10   A    Yes.
11   Q    Therefore, you'll need to give audible
12   answers when I ask a question, not just a nod of the
13   head.
14   A    Okay.
15   Q    And if you answer my question, I'll
16   assume that you understood it.  Is that fair?
17   A    Yes.
18   Q    If you don't understand my question,
19   please let me know, and I'll try to rephrase it or
20   ask it in a different way.
21   A    Okay.
22   Q    And do you understand that the testimony
23   that you're going to be giving today is under oath
24   testimony just as if you were testifying in court?
25   A    Yes.

---

8

1    Q    Are you represented by an attorney today?
2    A    Yes.  Carl McDonald is our hospital
3    attorney, and he's here with us.
4    Q    And did you do anything to prepare for
5    the deposition today?
6    A    No.  I mean, we met and went over the
7    documents we sent to you.
8    (Blount Deposition Exhibit No. 1 was marked for the
9    record.)
10   BY MR. STRAPP:
11   Q    Okay.  The court reporter has handed you
12   what has been marked as Blount Exhibit 1.
13        Do you have that document in front of
14   you?
15   A    Yes.
16   Q    Could you take a moment to review this
17   document and let me know if you've seen this before?
18   A    Yes, I have.
19   Q    If you turn to the section of Exhibit 1
20   that's entitled instructions and you turn to Page 10
21   of that document that has the subheading Schedule A
22   deposition topics --
23   A    Yes.
24   Q    -- could you take a moment, please, to
25   review those 11-numbered topics on Pages 10 and 11,

---

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

9

1   and the question I'll have once you've reviewed them
2   is whether you are prepared to testify today on
3   behalf of Blount Memorial Hospital regarding each of
4   these topics?
5       A   Yes, I am.  The document does refer to
6   Punchout, and we do not own or license or use
7   Punchout.
8       Q   So except for Punchout, you're prepared
9   today to testify on behalf of Blount as to all of the
10   topics?
11       A   Yes, sir.
12       Q   And if turn to Pages 12 through 15 of the
13   document, you'll notice that there are various
14   documents that my client, EPlus, requested that
15   Blount Memorial produce.
16       Could you describe for me briefly what
17   steps Blount Memorial took to gather and produce
18   documents in response to the subpoena?
19       A   First step was we read through the
20   requested documents and went back through our
21   manuals, e-mails and any correspondence we had had
22   with Lawson during the implementation and any time
23   thereafter, and anything that was related to any of
24   the requests for production steps listed in here, we
25   printed and scanned to a disk and sent to you or

10

1   scanned to CD.  I apologize.
2       Q   Are you aware of any other documents that
3   are responsive to these requests that are at Blount
4   but were not produced to EPlus?
5       A   No.
6       Q   What is your current job title at Blount?
7       A   I'm Director of Materials Management and
8   Home Medical Equipment.
9       Q   And Home Medical Equipment?
10       A   Yes.
11       Q   And how long have you had that title?
12       A   Five years.  I've been over materials for
13   five years and home medical equipment for two.
14       Q   What are the responsibilities of your
15   job?
16       A   Being Director of Materials Management,
17   I'm over purchasing, receiving, inventory control,
18   print shop and OR materials coordinator as well.
19       Q   How many people at Blount report to you?
20       A   35.  That includes Home Medical Equipment
21   as well.
22       Q   What's the difference in your -- what's
23   the difference in the Home Medical Equipment position
24   as opposed to the Materials Management Position?
25       A   It's extremely different.  Home Medical

11

1   Equipment Is an offsite company.  We do home
2   deliveries of oxygen, CPAP setups, delivery -- we
3   service our hospice patients as well and provide
4   walkers, wheelchairs, anything like that.
5       Q   Do you use the Lawson Software in
6   connection with your Home Medical Equipment?
7       A   Only the requisitioning.  We have a
8   purchasing and warehouse manager, and he sends his
9   orders through the Lawson system just like any other
10   requisitioner in the hospital would.
11       Q   Who do you report to?
12       A   The CIO, the Chief Information Officer,
13   John Hanks.
14       Q   What software does Blount currently
15   license from Lawson?
16       A   We use -- I don't -- I'm not sure I -- I
17   mean, we -- our Human Resources Department, our
18   Accounting and Finance Department and Materials
19   Management use the suites of Lawson.
20       Q   Okay.  And what suite does the Materials
21   Management group use?
22       A   The procurement suite with the
23   Requisitions Self-Service.
24       Q   Okay.  What procurement modules are
25   included within the supply chain management or

12

1   procurement suite?  For example, does that include
2   inventory control?
3       A   Yes.
4       Q   Does that also -- does that also include
5   the requisitions module?
6       A   Yes.
7       Q   Does it include purchase order module?
8       A   Yes.
9       Q   And you mentioned it also includes
10   Requisitions Self-Service?
11       A   Yes.  And we also use Contract Management
12   as well.
13       Q   Does Blount license the EDI module?
14       A   Our EDI transactions -- we have a
15   contract with GHX, Global Healthcare Exchange, and
16   they maintain our EDI transactions via Lawson.
17       Q   Do you license any software from Lawson
18   that is related to the EDI transactions?
19       A   No.
20       Q   Does Blount license Procurement Punchout
21   from Lawson?
22       A   No.
23       Q   No?  When -- when was the first time when
24   Blount licensed -- licensed the Lawson Software?
25       A   We began implementing the system in June

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

13

1   of 2008, and we went live with the production module
2   January 1st, 2009.
3       Q   And prior to January 1st, 2009, what
4   software, if any, was Blount using for materials
5   management?
6       A   Infinium.
7       Q   And what's the company that supplies the
8   Infinium Software?
9       A   It's called Infinium.
10      Q   Why was the decision made to switch from
11  Infinium to Lawson Software for materials management?
12      A   Infinium -- we -- it did not provide us
13  with a way to maintain an Item Master List.
14          It also -- we had double entry -- our
15  purchasing agents had to key in requisitions as they
16  came down.  There was no interface that took us
17  from -- we went paperless, and they had to key in
18  those requisitions direct into Infinium, and Lawson
19  gave us the capability for requisitioners to be able
20  to put their order in and then the purchase order be
21  generated automatically based on that requisition,
22  and it reduced the keying time for our purchasing
23  agents, and it allowed us to use a contract
24  management system.
25          Those are probably our top three reasons

14

1   to switch on the procurement side.
2       Q   Did Lawson generate a Request for
3   Proposal when it was considering switching from the
4   Infinium system?
5       A   Yes.
6       Q   And what companies was the Request for
7   Proposal issued to?
8       A   McKesson, Cerner PeopleSoft and Lawson.
9       Q   Cerner PeopleSoft is one company?
10      A   Yes.  To the best of my knowledge, that's
11  what I've always heard it called.
12          PeopleSoft is actually the software.  I
13  think Cerner is the holding company, but --
14      Q   And did each of those companies -- each
15  of those three companies respond to the Request for
16  Proposal?
17      A   Yes.
18      Q   Do you recall when the Request for
19  Proposal was first issued to those companies?
20      A   No, I do not.
21      Q   Do you know if it was in 2007?
22      A   No, I don't know.
23      Q   Were you responsible for compiling the
24  Request for Proposal?
25      A   There was a team that put in what needs

15

1   we would have in the software and then our IT
2   department compiled the RFP.
3       Q   Were you involved in generating a list of
4   the functionality that you would need?
5       A   Yes.
6       Q   And what specific functionality were you
7   interested in having in software that you would use
8   for procurement?
9       A   We wanted to be paperless.  We wanted
10  inventory control to auto generate the orders based
11  on what had been issued and received in the -- in our
12  inventory.  We wanted an Item Master List to help
13  control costs, and we wanted a contract management
14  system to help us manage our contracts.
15      Q   When you say an Item Master List, what
16  are you referring to?
17      A   Items that -- that people order
18  frequently on a frequent basis for them to be able to
19  go in.  They don't have to remember the vendor, the
20  unit of measure that we need to order the item by.
21  All that information is stored for them in Lawson,
22  and they can go in there and search by several
23  different things through the search catalog-in
24  Requisitions Self-Service and add those items to a
25  shopping cart and checkout and then that rolls down

16

1   to the purchasing folks, and they generate the
2   purchase orders and send out the orders.
3       Q   Now you're talking about the Item Master
4   List that's currently -- you're referring to the Item
5   Master List that's currently in the Lawson Software?
6       A   Yes.
7       Q   That's used by Blount today?
8       A   Yes.
9       Q   And does that Item Master List include
10  both items that are in inventory as well as non-stock
11  items?
12      A   Yes.
13      Q   And how do you -- how do you understand
14  the difference between inventory and non-stock?
15      A   When we go into the search catalog, each
16  item has a green checkmark.  If it's just got a green
17  checkmark, that is a non-stock item.  If it has a
18  green checkmark and a plus sign, that's an item that
19  we keep in stock.
20      Q   And with respect to the inventory items,
21  do you have the ability through the Lawson Software
22  you use to determine whether or not -- to determine
23  the amount of a particular item in inventory?
24      A   Yes.
25      Q   What about -- does the Lawson Software

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

17

1    provide the capability of checking on the -- volume
2    of an item that's not in stock?
3        A    No.
4        Q    Do you know approximately how many items
5    are currently in the Item Master?
6        A    I think about 8,000.
7        Q    And do you know approximately how many
8    vendors are in the Item Master?
9        A    I do not.
10        Q    Can you give me some examples of the
11    largest vendors that Blount uses that are in the Item
12    Master?
13        A    Seneca that is our med search -- our main
14    med search distributor that we -- we get the majority
15    of our medical supplies through.  Cardinal is a large
16    vendor that's also in Lawson.  The divisions of
17    Johnson & Johnson, which would be Ethicon, Cordis.
18        Q    What type of information about each item
19    is contained in the Item Master?
20        A    You have -- the ANSI format unit of
21    measure is in there, a description of the item, the
22    manufacturer item number if there's a separate vendor
23    item number, the manufacturer description, and
24    there's a -- we assign a purchasing class and an
25    inventory class if that's applicable as well.  That's

18

1    stored in there, and the cost of the item, and how
2    many is in each unit of measure; for example, six in
3    a box or ten boxes in a case.
4        Q    Do any of the items have images
5    associated with them?
6        A    Not at this time.
7        Q    Do you intend to eventually include
8    images in the Item Master?
9        A    Hopefully, yes.
10        Q    So when you issued the Request for
11    Proposal to McKesson, PeopleSoft and Blount, can you
12    describe for me why it is that you chose Lawson
13    instead of McKesson or PeopleSoft?
14        A    It met -- when we looked at the system,
15    it was for all three suites.  So we were looking for
16    a system that would across-the-board fit the needs of
17    human resources, payroll and accounting and finance
18    as well as procurement, and Lawson fit that for our
19    organization better than the other two candidates.
20        Q    Okay.  And with respect to procurement
21    specifically, were there any advantages of the Lawson
22    Software over McKesson and PeopleSoft?
23        A    I thought it was more user friendly, and
24    I liked the features that the contract management
25    piece had as well.

19

1        Q    When you say that it was more user
2    friendly, do you mean the interface between the user
3    and the system?
4        A    Yes.  I liked the fact that the -- when
5    you're in Requisitions Self-Service, it mirrors
6    almost like an Internet-based shopping cart, and
7    that -- a lot of people are used to that.
8        Q    Now, does the system as it's configured
9    at Blount, the Lawson Requisitions Self-Service
10    system, include a functionality that allows a user at
11    Blount to generate one or more purchase orders from a
12    single requisition?
13        A    Yes.
14        Q    Does it also include a functionality that
15    allows a user to select and search for particular
16    items based on the item description within --
17        A    Yes.  If they go into the search catalog,
18    there's -- you can do an express search, which is
19    just by the item number only.  You have to go to the
20    search catalog to be able to search based on either
21    manufacturer item, description or anything like that.
22    That is more of an advanced search.
23        Q    And within the advanced search
24    functionality, is there the capability for a user at
25    Blount to search both by manufacturer name and an

20

1    item description?
2        A    No.  It would have to be one or the
3    other.  Not at the same time.
4        Q    Does it have, like, a bouillon capability
5    of putting in a manufacturer name and then a space
6    and then an item description so that it searches --
7        A    Not that I'm aware of.
8        Q    Does -- what's the difference in your
9    understanding of the advanced search features versus
10    the ordinary search features within Requisitions
11    Self-Service?
12        A    There's really only two that -- that they
13    would use to search in the catalog, and one would be,
14    if they knew our item number, they could go direct to
15    express search and just key in the item number, and
16    then if they go to the regular search catalog, they
17    can key in either our purchasing class, inventory
18    class, partial description of the item or a
19    manufacturer or a vendor number as well.
20        Q    Can you describe for me the steps that a
21    user at Blount would take to generate a purchase
22    order from a requisition?
23        A    Yes.  They would go in -- log-in to
24    Lawson, select Requisitions Self-Service, go to
25    shopping.  If they are wanting to pull something

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

21

1   that's loaded in our Item Master List, they would go
2   to the search catalog; for example, if they were
3   looking for a catheter, they could put in c-a-t-h for
4   cath, and it would pull up all the catheters in our
5   item.  They would select the quantity.  Once they
6   found the particular item they were looking for, they
7   would put in the quantity that they want, click on
8   the add button, and that would move it to their
9   shopping cart.
10      Once they had selected all the items that
11  they wanted at that time, they would then hit the
12  checkout button.  Depending on their approval level
13  that's set up in the system, it would either go to
14  their supervisor for approval, or it would come
15  straight down to the purchasing department, and
16  our -- our system is set up to automatically generate
17  the requisitions into purchase orders at 9:00, 11:00,,
18  1:00 and 3:00 during the day, and our purchasing
19  agents are assigned by departments, and it comes out
20  with their initials on the purchase orders.
21      They grab the ones that have their
22  initials on it.  They review the order for accuracy,
23  and then they would go in and release the purchase
24  order, and if that order was to go out EDI, they
25  would stop at that point because we have that set up

22

1   as an auto job that runs at 9:30, 11:30, 1:30 and
2   3:30.  Those jobs auto go out via EDI.
3       If it's a vendor that we don't have set
4   up with EDI connections, they would take the purchase
5   order, release it, issue final, and they would either
6   FAX it or call it in depending on the requirements of
7   that vendor.
8       Q   Once the purchase order goes out to the
9   vendor, does the vendor send back to Blount a
10  purchase order acknowledgement?
11      A   Not -- it depends on the vendor, but that
12  does not always happen.  The ones that go out via EDI
13  transactions through GHX our purchasing agents
14  monitor those via a web page called My GHX Page.
15      So they get acknowledgments from their
16  EDI, and then some do and some don't depending on the
17  company if you FAX to them.
18      Q   How are item numbers assigned to items in
19  the Item Master?
20      A   It's auto generated in the system.
21      Q   And are item numbers -- so item numbers
22  don't have any association with a particular
23  manufacturer or vendor names?
24      A   Not our Item Master List numbers, no.
25      Q   Okay.  Does -- are there -- are you

23

1   familiar with the term UNSPSC?
2       A   No.
3       Q   Is there the capability for a user at
4   Blount to search by category?
5       A   Our purchasing classes and inventory
6   classes -- how we have it categorized per my -- the
7   example I gave with catheters, every catheter that we
8   have in the Item Master List has a purchasing class
9   of c-a-t-h for cath, and they can search based on
10  that.  Gloves are in there as gloves.  Laboratory
11  item are in there as lab.  Urology items are in there
12  as u-r-o.
13      Q   Okay.  So you can search by category in
14  the sense that if you type U --
15      A   Our own purchasing classes that we set up
16  they are unique to us.
17      Q   You created your own custom made
18  categories --
19      A   Yes.
20      Q   -- that would allow a user to search by
21  category?
22      A   Yes.
23      Q   And what kind of assistance did Lawson
24  provide to Blount in creating the Item Master and all
25  the information in it?

24

1       A   They simply provided us a template
2   spreadsheet with the fields that Lawson would
3   require, and then we manually built all our items
4   during the implementation phase and then provided the
5   spreadsheet to Lawson, and they uploaded it or
6   downloaded.
7       Q   When you say that they -- they uploaded
8   it, you mean Lawson uploaded it?
9       A   Yes.  We had a consultant on-site during
10  the implementation phase during particular times
11  during implementation, and we would provide her with
12  the information she needed, and we would send her the
13  spreadsheet, and then she would put it in the system.
14      Q   Was that -- that was a consultant who was
15  working here at Blount?
16      A   Yes, and she was an employee of Lawson.
17      Q   What was her name?
18      A   Katrina Rice.
19      Q   And how long was Ms. Rice on-site here at
20  Blount?
21      A   Off and on for a seven-month period.  She
22  would come and be here for, you know, two weeks, and
23  then be gone for two weeks while we would work on the
24  categories that she was needing us to finish, and
25  then she would come back.

Oliver, Kristy [Blount] - video depo & demo  3/11/2010  9:31:00 AM

25

1 　　　So it was sporadic over a seven-month
2 period.
3 　　　Q　Was that in the second half of 2008?
4 　　　A　Yes.  That would have been from July 2008
5 through January 2009.
6 　　　Q　And can you describe for me at a high
7 level the types of activities or assistance that
8 Ms. Rice was providing while she was here at Blount?
9 　　　A　Mostly providing the templates, and if we
10 had questions as to what the field they were
11 needing -- you know, for example, if we didn't
12 understand what the manufacturer number was, she
13 would explain to us the type of data that she was
14 needing in the spreadsheet to make the Item Master
15 List accurate.
16 　　　She helped in testing and training as
17 well.
18 　　　Q　What kind of assistance did she provide
19 with testing?
20 　　　A　They provided us generic test scripts
21 to -- so that we could get the test system set up and
22 train as well.
23 　　　Q　Did Lawson provide Blount with scripts on
24 how to use Requisitions Self-Service?
25 　　　A　Yes.

26

1 　　　Q　And did Lawson provide Blount with
2 scripts on how to create a requisition for a
3 particular item within Requisitions Self-Service?
4 　　　A　Not a particular item, but how you would
5 do it, and then we would pick one of the items we had
6 set up, but they did not specify an item in their
7 test script.  It could be whatever item we chose to
8 pick.
9 　　　Q　Did the test scripts provided by Lawson
10 include information on how to search within
11 Requisitions Self-Service?
12 　　　A　Yes.
13 　　　Q　Did the test scripts provided by Lawson
14 to Blount include information on how to generate
15 purchase orders?
16 　　　A　Yes.
17 　　　Q　Did the test scripts provided by Lawson
18 include information on searching for vendors within
19 the Item Master?
20 　　　A　Not -- not -- not searching for vendors
21 within the Item Master, no, but searching for
22 vendors -- if you were at the Requisitions
23 Self-Service, you were doing a special item and you
24 needed to find a vendor that you were wanting to
25 order an item that wasn't in the Item Master List --

27

1 you were ordering that as a special item -- the test
2 scripts explained how to find a vendor when you were
3 ordering something not in the Item Master List.
4 　　　Q　You did mention earlier that -- you
5 testified earlier that Ms. Rice actually loaded in
6 items into the Item Master; is that correct?
7 　　　A　Yes, sir.  Sorry.  I nodded.
8 　　　Q　Thank you.
9 　　　Now, can you describe for me exactly what
10 types of items she loaded into the Item Master?  Was
11 it all the information that was in the Item Master?
12 　　　A　Yes.  Yes, all of our inventory and
13 non-inventory items that we provided to her via the
14 spreadsheet.
15 　　　Q　All of that information was loaded by
16 Ms. Rice into the Item Master that Blount uses?
17 　　　A　We have -- since gone live, we have added
18 items ourselves, but during the implementation phase
19 the original Item Master List was set up, she did --
20 she loaded those items, and since then, we load our
21 own.
22 　　　Q　So you went live, was it, January 1st,
23 2009?
24 　　　A　Yes.
25 　　　Q　So the day that the Item Master and

28

1 Requisitions Self-Service went live at Blount that
2 Item Master and all the information in it had been
3 loaded by Ms. Rice for Blount?
4 　　　A　Yes.
5 　　　Q　I think you had mentioned earlier that
6 Blount maintains its own inventory of items in stock
7 for requisitioning; is that correct?
8 　　　A　Yes.
9 　　　Q　Is there some sort of warehouse on-site
10 where those items are maintained?
11 　　　A　Yes.
12 　　　Q　And is there -- is the individual who is
13 responsible for maintaining the items in inventory
14 someone who reports to you?
15 　　　A　Yes.
16 　　　Q　Does that individual order those items
17 for the inventory that's stored on-site at the
18 warehouse through the Requisitions Self-Service
19 program?
20 　　　A　No.  It's a different individual.
21 　　　Q　Okay.  Can you describe for me how Blount
22 maintains that inventory in the warehouse here?
23 　　　A　Yes.  We have par level set up for all of
24 our items in inventory, and when the system
25 recognizes that we are near our par level, it auto

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

29

1    generates an order to bring us back up to our -- we
2    have a minimum and a maximum level set up in addition
3    to the par levels, and the system generates the order
4    to bring us back up to our par for the item.
5         Q    Does a user on the Requisitions
6    Self-Service system at Blount have the option to
7    purchase from an off-site vendor items that are in
8    inventory here at Blount, or do they have to order it
9    through inventory if it's in inventory?
10        A    If it's in inventory, it has to be
11   ordered through inventory.
12        Q    Okay.  Now, who makes the decisions about
13   what non-stock items to include in the Item Master?
14        A    I do, in addition to our contract and
15   license purchasing manager based on the frequency of
16   ordering.
17             If we see an item being ordered
18   frequently, we try to get that item added into our
19   Item Master List.
20        Q    And how do you make the decision -- how
21   do you make a decision about whether to include an
22   item in inventory or to just maintain it on the Item
23   Master as a non-stock item?
24        A    Our definition of an item that should be
25   added to inventory just for us here at Blount is if

30

1    it's used by multiple departments and it's ordered on
2    a frequent basis, then we -- and it doesn't even have
3    to be ordered by multiple departments.  If the
4    department can justify keeping it in inventory due to
5    frequency of use, we do that, provide it for them if
6    space allows depending on the product.
7         Q    Let me go back to something we talked
8    about earlier.  You mentioned that there are
9    categories such as urology or catheter that are
10   created by Blount.
11            How is that information input into the
12   Item Master such that -- you know, is it a particular
13   item -- each particular item is associated with a
14   particular category?
15        A    Yes.  Every item has -- we associate it
16   with a category, and there's a field on -- in the
17   Item Master List where we actually key in the
18   purchasing class and inventory class that the item is
19   associated with, and that is to the judgment of
20   either the department head or myself as to what
21   category it's put in.
22        Q    And was that information already -- was
23   each item in the version of the Item Master -- was
24   the first version that went live on January 1, '09
25   associated with a particular category?

31

1         A    Yes.
2         Q    Are the items within a particular
3    category generally equivalent to each other?
4         A    Yes.
5             MR. GRAHAM:  Objection.  Calls for
6         a legal conclusion.
7    BY MR. STRAPP:
8         Q    And if you do -- can you do a search by
9    category within Requisitions Self-Service?
10        A    Yes.
11        Q    And if you do a search by category; for
12   example, for catheter, that will bring up generally
13   equivalent catheters as a result of the search?
14            MR. GRAHAM:  Objection.  Calls for
15        a legal conclusion.
16   BY MR. STRAPP:
17        Q    You can answer.
18        A    Yes.
19        Q    And once you do a search like that within
20   Requisitions Self-Service and you have a list of
21   items that are responsive to the search, you can go
22   ahead and select one of those items and create a
23   requisition for that item?
24        A    Yes.
25        Q    And then if you approve that requisition,

32

1    it generates a purchase order automatically?
2         A    Yes.  It may require going to the proper
3    supervisor or department head for approval based on
4    the requisitioner's approval level that's set up in
5    the system.
6         Q    And then if you went ahead and went back
7    to the search result in the example we're talking
8    where you had searched for the category of catheters
9    and you added a -- before you checked out, you had
10   one item already in your shopping cart, one catheter,
11   and then you went back and searched -- or you went
12   back to your search and added a second catheter to
13   the shopping cart, you could then create one
14   requisition that had the two sort of equivalent
15   catheters, correct?
16        A    Yes.
17        Q    And then you could generate one or more
18   purchase orders from that single requisition,
19   correct?
20        A    Yes.
21        Q    How would a user at Blount determine
22   whether a catheter that showed up after you did the
23   search was available in inventory?
24        A    During our training, we taught the users
25   that, if it had just a green checkmark, that was --

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

33

1    that meant that it was a non-stock item, and if it
2    had a checkmark and a plus sign, that's an item that
3    we kept in stock, and that is noted on the search
4    catalog.  When they -- when they go in and search the
5    item, there's a little bar that explains checkmark
6    equals non-stock item, and checkmark plus sign equals
7    stock item.
8        Q    Now, if a user runs the search by
9    category for catheter and a result of the search is
10   an item -- a catheter item that has the little
11   checkmark and a plus sign next to it, that means that
12   it's available in inventory?
13       A    Yes.  If stock is on hand.
14       Q    And how does one determine whether -- how
15   does a user determine whether or not stock is on
16   hand?
17       A    It's -- the on hand availability is
18   listed next to that item for inventory items.
19       Q    Now, on the other hand, if it's a
20   catheter that just has the checkmark without the plus
21   sign, right, meaning that it's a non-stock item --
22       A    Yes.
23       Q    -- how would a user determine whether or
24   not there are going to be any catheters available if
25   he -- he or she selects that non-stock catheter?

34

1        A    They do not know that until the
2    purchase -- the purchasing agent that processes that
3    purchase order, if there is a backorder situation,
4    they will notify the requisitioner, but that's not
5    known until after the order is placed.
6        Q    Can users at Blount create requisitions
7    through the requisitions module?
8        A    No.
9        Q    So the only way that a user at Blount can
10   create a requisition is through the Requisitions
11   Self-Service module?
12       A    Yes.  The only people that have access to
13   the standard Requisition module is the purchasing
14   agent, but we never use it, but we do have access to
15   it if needed.
16       Q    Can you describe for me if you're aware
17   why Blount decided not to license the Procurement
18   Punchout from Lawson?
19       A    Well, as Director of Materials Management
20   wanting to contain costs, I really don't want nurses
21   and other staff to be able to go out to access
22   vendor's catalogs to order whatever they want.
23            We would like to try to control the
24   products and the costs.
25       Q    And by not licensing Procurement

35

1    Punchout, that limits the availability of what's in
2    the Item Master or that limits the availability of
3    what -- of an employee at Blount could purchase
4    through Requisitions Self-Service?
5        A    Yes.  It's what they -- they can go in
6    and enter a special item, which is what we call an
7    item that's not listed in the Item Master List, but
8    they have to have the knowledge of that item there in
9    hand to be able to put that information in if they
10   choose to order something that's not loaded in our
11   Item Master List.
12       Q    Does the Item Master that Blount
13   maintains include generally equivalent items like,
14   for example, similar catheters that are available
15   from different vendors?
16            MR. GRAHAM:  Objection.  Calls for
17   a legal conclusion.
18            THE WITNESS:  Yes.
19   BY MR. STRAPP:
20       Q    So let's go back to the Request for
21   Proposal for a minute.
22            You said that it was issued to three
23   different companies, correct?
24       A    Yes.
25       Q    And all three companies responded to the

36

1    Request for Proposal?
2        A    Yes.
3        Q    Did they all respond with written
4    responses?
5        A    Yes.
6        Q    And who evaluated the response to the
7    Request for Proposal that was provided by Lawson?
8        A    We had an Enterprise Resource Planning
9    Team that was made up of employees from Materials
10   Management, HR and Payroll and Accounting and Finance
11   that reviewed those, and then we viewed demos of each
12   system.
13       Q    Were you part of the Enterprise Resource
14   Planning Team?
15       A    Yes.
16       Q    And who else was part of that team on the
17   Materials Management side?
18       A    Myself, my Assistant Director, Alan
19   Archer, and my Purchasing Manager, Rob Storey.
20       Q    And you mentioned that you viewed demos
21   of the system?
22       A    Yes.
23       Q    In what form was that demo provided to
24   you from Lawson?
25       A    They came on-site and showed us the demo

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

37

1    of the system.  I assume they were logged in via the
2    Internet to show us test demo systems.
3        Q    After you informed Lawson that you were
4    interested in purchasing their software, what was the
5    next step in the process of actually signing a final
6    contract?
7        A    Contract negotiation for pricing, legal
8    review of the verbiage in the contract, and then
9    establishing a timeline for the implementation and
10    determining the Lawson consultants that would be
11    coming on-site.
12        Q    Was there a statement of work that was
13    created by Lawson?
14        A    I'm not sure.  I have no idea.
15        Q    Do you recall when that final contract
16    was signed?
17        A    No, I do not know that.
18        Q    Who was the primary contact at Blount for
19    Ms. Rice from Lawson when she came here on-site to
20    help and assist with the implementation of the
21    software?
22        A    I'm sorry.  Ask the question again.
23        Q    Who was Ms. Rice's primary contact here
24    at Blount?  Who was she working with at Blount?
25        A    Me.

38

1        Q    And what kind of interaction did you have
2    with her?
3             In other words, what kind of work were
4    you guys involved with during those seven months that
5    she was present here?
6        A    Going back to the spreadsheets that I
7    referred to earlier, making sure that the data was
8    loaded correctly in those and that, you know, we were
9    meeting the needs that -- and providing the
10    information for the required fields that Lawson has
11    and then testing once that information was loaded in
12    the system.
13        Q    In addition to licensing software from
14    Lawson, did Blount also agree to any sort of
15    maintenance or sign a contract so that Lawson would
16    provide maintenance for that software?
17        A    Yes.
18        Q    And what kind of maintenance does Lawson
19    provide to Blount for the software it licensed?
20        A    They provide technical support.  They
21    also provide -- they will log-in to our servers and
22    load our patches and help -- you know, help with any
23    problems that we have through our service and
24    maintenance agreement with them.
25        Q    Do you have any assistance on-site from

39

1    Lawson consultants?
2        A    No.
3        Q    And that --
4        A    Not currently.
5        Q    Did that end after Ms. Rice left?
6        A    Yes.  The -- our human resources suite
7    have had -- they have changed a couple of benefits
8    plans and have had a consultant on-site, I think, a
9    time or two since we went live due to a change in a
10    benefit package that required a custom calc.
11        Q    Have you upgraded any of the software on
12    the procurement side that Lawson provided to you that
13    went live on January 1, '09, or is it all the same
14    version?
15        A    It's all the same version.  Some patches
16    to fix bugs have been loaded since then.  I'm not
17    sure which ones, but I know there have been some
18    patches loaded.
19        MR. STRAPP:  Go off the record for
20    a second, please.
21        THE VIDEOGRAPHER:  We're going off
22    the record.
23        The time is 10:14,.
24        (Brief pause.)
25        THE VIDEOGRAPHER:  We're back on

40

1    the record.
2        The time is 10:23,.
3    (Blount Deposition Exhibit No. 2 was marked for the
4    record.)
5    BY MR. STRAPP:
6        Q    The court reporter has now handed you
7    what has been marked as Blount Exhibit 2.
8             It's a document entitled Requisitions
9    Self-Service Lawson training.  Could you please take
10    a moment to review the document.
11        MR. STRAPP:  And for the record,
12    this has Bates Stamps on it that start
13    with B5 and runs through B77.
14    BY MR. STRAPP:
15        Q    Are you familiar with this document?
16        A    Yes.
17        Q    Could you, please, describe to me what it
18    is.
19        A    Yes.  The first part, the Requisitions
20    Self-Service training, is the screens.  These were
21    developed by myself and my purchasing manager, Rob
22    Storey.
23             We just did screen shots of Lawson.  We
24    developed this training packet on our own, and it was
25    used to train our nurses and our requisitioners on

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

41

1    how to order through Lawson.
2        The back part are the test scripts that
3    were provided by Lawson that actually they used to
4    train the Super Users.  Which for my department, was
5    myself, the purchasing agents, our receiving clerks,
6    my inventory control person and my assistant
7    director.  We used the Lawson produced test scripts,
8    and then to train the regular users, we made our own,
9    which is the front part of this packet.
10        So it's actually a combination of two
11    things here.
12        Q    So the first half of this document it
13    looks like these are power point slides; is that
14    correct?
15        A    Yes.
16        Q    And those are slides that you created
17    with Rob Storey?
18        A    Yes.
19        Q    And then the second portion of this
20    document that are -- these documents with charts and
21    tables that have test scripts those were created by
22    Lawson?
23        A    Yes.
24        Q    Do you know who at Lawson created those
25    scripts?

42

1        A    I do not.  We were given -- Katrina Rice
2    gave them to us.  I don't know who created them, if
3    it was her or someone else.
4        Q    Okay.  Do you know approximately how many
5    test scripts Ms. Rice provided you?
6        A    I do not.
7        Q    And who trained you on those test scripts
8    that were provided by Lawson?
9        A    Katrina.
10        Q    And she also trained the other Super
11    Users you called them?
12        A    Yes.
13        Q    Are they called Super Users because they
14    are frequent users of the system?
15        A    Yes, and we trained the trainer.  She
16    trained us, and we trained everybody else.
17        Q    So she's the original trainer?
18        A    Yes.
19        Q    She trains you, and then you train --
20        A    All 700 through -- all the rest of them.
21        Q    How many people have access to the
22    Requisitions Self-Service system at Blount?
23        A    I think we have -- we have about 600
24    approved requisition users.
25        Q    So I assume that not all those people are

43

1    in the Materials Management group?
2        A    No.
3        Q    What other groups of employees at Blount
4    have access to Requisitions Self-Service?
5        A    Each department will have anywhere from
6    one to, you know, ten people even -- that have access
7    to do ordering for their area.  All the nurses -- I
8    say that.  Most of the nurses have access to be able
9    to go in and order items.  Some of our nursing
10    requisitioners can just order from our inventory
11    storeroom.  They don't have access to order any
12    non-stock items direct or any special items that
13    aren't in the Item Master List.  That depends on how
14    their record is set up in Lawson for what they --
15    their -- they can do.
16        Q    If you take a look at Page B-12, you'll
17    see that the pages on the power point slides are in
18    the upper right-hand corner of the slide.
19        So page 12 it's a slide that is entitled
20    to begin the ordering process put your curser over
21    find shop.  Do you see that?
22        A    Yes.
23        Q    And there are four bullet point functions
24    that a user has the option of searching from; is that
25    correct, or selecting from --

44

1        A    Yes.
2        Q    -- when they are shopping through
3    Requisitions Self-Service?
4        A    That's correct.
5        Q    You had mentioned earlier today that
6    there are categories associated with each item in the
7    Item Master; is that correct?
8        A    Yes.
9        Q    How would a user search by category?
10    Would they have to enter search catalog and then
11    search by catalog within that?
12        A    Yes.  To be able to search by that
13    category, they would have to go to the search
14    catalog.
15        Q    Okay.  Could you turn, please, to B-17.
16    Do you see there's a document entitled here scenario
17    log for configuration acceptance testing?
18        A    Yes.
19        Q    And handwritten at the bottom it says
20    Lawson test scripts?
21        A    Yes.
22        Q    Could you describe what this page of the
23    document is referring to?
24        A    This was provided to us by Lawson, and
25    this was a list of the test scripts that we would

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

45

1    need to understand and know in order to use the
2    system once implemented.
3        Q    So would this be a Master List of all the
4    test scripts that Lawson provided to Blount?
5        A    I am not sure if this includes all of the
6    test scripts.  This is most likely all the test
7    scripts for the procurement side but not including
8    HR, payroll and finance.
9        Q    So if we look in the middle of this
10   document here, there is a process description on the
11   left column sort of halfway down that says
12   requisition -- QSHC SCM requisition creating
13   requisitions?
14       A    Yes.
15       Q    Do you see that?
16       A    Yes.
17       Q    And then there are, I think -- let's
18   see -- six scripts under that category?
19       A    Yes.
20       Q    Are those test scripts that Lawson
21   provided that describe how to -- different steps in
22   creating requisitions through Requisitions
23   Self-Service?
24       A    Only three actually have to do with
25   Requisitions Self-Service.  The -- the first three

46

1    listed are actually -- we only have access -- that's
2    how we set up our accounting units which would be a
3    department in the hospital if we added a new one.
4    The first test script that's what that is referring
5    to.  Your normal users of Requisitions Self-Service
6    don't have access to that.  That is controlled by the
7    folks in my department that are the Super Users.  As
8    well as the second one, add a new requester
9    document, that is only used by the people in our
10   department, and that's when we have a new -- maybe a
11   new employee or somebody that's going to be new to
12   the ordering process.  We set that up, and it's only
13   done by our department.
14       Q    What about the --
15       A    And then the create requisitions that is
16   the module you were referring to earlier where you
17   can go in and create a direct requisition, and only
18   the folks from my department have access to it, but
19   we do not use it.
20       Q    Okay.  Now the create requisition through
21   RSS is that a script that describes how to create
22   requisitions through Requisitions Self-Service?
23       A    Yes.
24       Q    And that's a test script that was
25   provided by Lawson to Blount?

47

1        A    Yes.
2        Q    And Katrina rice trained you on that test
3    script?
4        A    Yes.
5        Q    And then -- I'm just taking a look here.
6    Are there any other scripts that you see listed here
7    that relate to creating requisitions through
8    Requisitions Self-Service?
9        A    No, just there were the three.  The
10   one -- the general one and then one for inventory and
11   one for special in service that was listed under the
12   same section you were referring to.
13       Q    Okay.  If you take a look about
14   two-thirds of the way down this page, there is --
15   there's a section on the left column that's entitled
16   purchase order vendor agreement.  Do you see that?  I
17   know it's small type.
18       A    Yes.
19       Q    And then there are three scripts listed
20   in that category?
21       A    Yes.
22       Q    Can you describe for me what those
23   scripts relate to?
24       A    That is for contracts, when we load a
25   contract, the modules PO 25 in the procurement side,

48

1    and that would allow us to -- if we have a contract
2    with a particular vendor where the price for the
3    items are $50 a box, we can load that contract in,
4    tie it to that item that's in our Item Master List.
5    It pulls from the contract price when we produce a
6    purchase order, and it will also require that the
7    invoice comes in and matches that price in order for
8    that vendor to be paid.
9        Q    So once an individual at Blount or --
10   once someone -- once someone at Blount loads in the
11   purchase order vendor agreement contract, all of the
12   information associated with each item from the vendor
13   in the contract automatically gets pulled into the
14   Item Master?
15       A    Yes.  We have to set it up.  What we do
16   is make a spreadsheet for all the items that may be
17   under this contract, and there are certain fields
18   that are required, and then through Microsoft
19   add-ins, we attach that contract to each of the items
20   that it's associated with.
21       Q    Did Ms. Rice from Lawson assist Blount in
22   adding in the purchase order vendor agreement
23   contracts before the system went live in 2009?
24       A    Only for a couple.  She showed us how to,
25   and that was one of the last things we did.  We only

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

49

1 had a couple of contracts loaded in at the time we
2 went live, and what has been loaded in since has been
3 done by us.
4     Q    Okay.  So -- and the system that went
5 live as of January 1st, 2009, the vendor agreement
6 contracts and the information associated with those
7 contracts, had been loaded by Ms. Rice?
8     A    Yes, but there were only, like, I think
9 maybe two vendors, and I don't know which ones those
10 were.
11    Q    Okay.  And if you go to the top of this
12 document here, there's a column on the left -- a
13 description on the left, the second one down, it says
14 inventory Item Master, and there is a test script
15 that is called create new item.  Do you see that?
16    A    Yes.
17    Q    What does that script involve?
18    A    That's where -- that's one of the first
19 places you would go to set an item up in the item
20 Master List and whether or not you link it to
21 inventory or it's a direct.
22    Q    So that's a test script that Lawson
23 provided to Blount that describes how to add a new
24 item to the Item Master?
25    A    Yes.

50

1     Q    And what about the script above that?  It
2 says add a new PO vendor and purchase form.  The very
3 top script there.
4     A    That is -- if we were setting up a new
5 vendor in the system that -- that's never been loaded
6 before, that process actually starts on the
7 accounting and finance side, and then there's a flag.
8 Once accounting and finance does their piece, we go
9 in and flag it that it's a purchase order vendor.
10    Q    What about the script -- it's the fourth
11 script in the list.  It says add a new PO vendor
12 item.  What does that script involve?
13    A    I have no idea.
14    Q    Okay.  Let's take a look at page B-25.
15 It's the script entitled purchase order vendor
16 agreement, and it says prepared by Lawson.
17    A    Oh, it -- that's -- that's the contract
18 piece, too.  That's where you would load a contract
19 in.
20    Q    So this was a script that was provided by
21 Lawson that describes how to add in a vendor
22 contract?
23    A    Yes.
24    Q    And were you trained on this script by
25 Ms. Rice?

51

1     A    My contract analyst was.  I personally
2 was not.
3     Q    Who is your contract analyst?
4     A    Cheryl Smith.
5     Q    Okay.  Has Cheryl Smith been responsible
6 for loading vendor contracts since the time that
7 Ms. Rice left?
8     A    Yes.
9     Q    And approximately how many vendor
10 contracts have been loaded into the system?
11    A    Not very many.  I'm going to say less
12 than 30.
13    Q    When you're adding a vendor contract,
14 is the information from that vendor -- all the items
15 associated with that vendor are non-stock items?
16    A    Not necessarily.
17    Q    Okay.  Let's turn to page B-41.  What is
18 this script here?
19    A    This is one of the first steps in setting
20 up a new item in the Item Master List.  It's -- it's
21 where you put in your manufacturer code, your -- the
22 manufacturer division; for example, if it was Johnson
23 & Johnson would be the manufacturer and the division
24 could be Ethicon.  This is also -- there's a tab
25 there where you set up our inventory class and

52

1 purchasing class as well.
2     So it's one of the first screens in
3 setting up an item.
4     Q    And this is a script that was provided by
5 Lawson as well?
6     A    Yes.
7     Q    Were you trained on how to use this
8 script by Katrina?
9     A    Yes.
10    (Blount Deposition Exhibit No. 3 was marked for the
11    record.)
12    BY MR. STRAPP:
13    Q    You've been handed what has now been
14 marked as Blount Exhibit 3.
15        Could you please take a moment to review
16 this document.
17        Can you tell me what this -- first, are
18 you familiar with this document?
19    A    I haven't looked at it in a long time,
20 but, yes, I'm aware of what it is.
21    Q    Could you describe to me what it is,
22 please.
23    A    Yes.  It was Lawson's response to Blount
24 Memorial's Request for Proposal for an ERP system.
25    Q    And you were a part of the team that

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

53

1    evaluated their proposal?
2        A    Yes.
3        Q    If you take a look at Page 15 of the
4    document, it has the Bates Stamp L83380 at the
5    bottom.
6            MR. STRAPP:  And for the record,
7        this exhibit begins with page L83359.
8    BY MR. STRAPP:
9        Q    You'll see a section entitled functional
10   requirements?
11       A    Yes.
12       Q    Is this a list, to your understanding, of
13   the requirements that -- the requirements that Blount
14   had included in its Request for Proposal, and then
15   the chart next to each requirement indicates whether
16   Lawson is capable of fulfilling that requirement?
17       A    Yes.
18       Q    Okay.  If you turn to page L83406, it's
19   Page 41 of the document.  Do you see under the
20   section requisitioning there is number ten at the
21   bottom of the page?
22       A    Yes.
23       Q    And it states:  Allows users to place
24   stock, non-stock and non-catalog items from multiple
25   sources on one requisition?

54

1        A    Yes.
2        Q    Was that a functional requirement in the
3    Request for Proposal that Blount issued to Lawson?
4        A    Yes.
5        Q    And is that a function that's included in
6    the software that Lawson provided to Blount?
7        A    No -- I mean, we don't allow them to go
8    out to a vendor catalog.  The source is -- they can
9    order stock and non-stock and put it on the same
10   requisition, but it all has to come from our Item
11   Master List or a direct, but they could still put --
12   or a special, maybe even something that's not in our
13   Item Master List.  They could still put an inventory
14   item, a non-stock item that's in the Item Master List
15   as well as a special item that is not in the Item
16   Master List all those -- all three could be on one
17   requisition.
18       Q    So to clarify, a user at Blount using
19   Lawson's Requisitions Self-Service can create a
20   requisition for multiple non-stock items that are
21   generally equivalent yet come from different vendors
22   and then create -- and create purchase order from
23   that one requisition?
24       A    Yes.
25           MR. GRAHAM:  Objection.  Calls for

55

1        a legal conclusion.
2    BY MR. STRAPP:
3        Q    Could you take a look at the next page of
4    the document, please, Page 42, and you see there's
5    a -- functional requirement 13 states:  Provides the
6    ability to globally add, delete or substitute items
7    or modify the unit of measure and quantity on
8    requisition templates.
9            Could you describe for me what that
10   functional requirement means?
11       A    Let me read through it.
12       Q    Sure.
13       A    I do not know.
14       Q    Okay.  What about on Page 44, functional
15   requirement 15, it's at the top of the page.  It
16   states:  Allows toggling between primary and
17   secondary vendor on an item regardless of the item
18   status on the open purchase orders and pending
19   requisitions.
20           Do you have any understanding of what
21   that means?
22       A    Yes.  For example, if we have -- were
23   able to get a particular catheter from Seneca, our
24   main med search distributer, if -- or we could also
25   have a secondary vendor.  We could also get it from

56

1    our secondary med search supplier, which would be
2    Owens & Minor.  If the particular item is loaded in
3    that way, they could pick to get it either from
4    Seneca or Owens & Minor.
5            To my knowledge, we do not have any items
6    set up with dual vendors.  The capability is there,
7    though.
8        Q    Okay.  So there's functionality within
9    the Requisitions Self-Service system provided -- that
10   Blount is using that allows a user to toggle between
11   a primary and a secondary vendor for the same item?
12       A    Yes.
13       Q    Okay.  Take a look at Page 45.  Do you
14   see functional requirement two towards the bottom of
15   the list there:  Maintains -- quote, maintains an
16   unlimited number of vendors per item, end quote?
17       A    Yes.
18       Q    Does the Requisitions Self-Service
19   software allow Blount to maintain an unlimited number
20   of vendors per item?
21       A    I'm not sure.
22       Q    Can you take a look, please, at Page 51.
23   Functional requirement four.
24       A    Yes.
25       Q    It says:  Quote, manages price catalogs,

Oliver, Kristy [Blount] - video depo & demo  3/11/2010  9:31:00 AM

57

1  purchase orders, purchase order confirmations and
2  invoice transactions.  Can you describe for me what
3  that means, please.
4      A   That the system has the capability to --
5  to receive or send out electronically purchase orders
6  or receive in invoices through the system.
7      Q   And does the Requisitions Self-Service
8  system have that functionality?
9      A   The purchasing -- the purchase order side
10  does.  Not the Requisitions Self-Service side.  The
11  only electronic piece that we use is via the purchase
12  order side, not through Requisitions Self-Service.
13      Q   So the purchase order module provided by
14  Lawson has that functionality?
15      A   Yes.  Our -- ours does.  That is --
16  that's what we don't have on Requisitions
17  Self-Service is the ability to go outside of the
18  Lawson system on the RSS side, the Requisitions
19  Self-Service side.  The purchase order side we have
20  the capability to send purchase orders electronically
21  via the GHX interface.
22      Q   Just focusing in on this particular
23  requirement of managing price catalogs.  What is a
24  price catalog?
25      A   I don't know -- I don't know what that

58

1  means.
2      (Blount Deposition Exhibit No. 4 was marked for the
3      record.)
4  BY MR. STRAPP:
5      Q   Okay.  You now have in front of you
6  Exhibit 4.  It's a document entitled Lawson statement
7  of work for Blount Memorial.
8          Could you please take a moment to review
9  the document.
10      MR. STRAPP:  For the record, it
11      begins with Bates Stamp B3802 and it goes
12      through B3837.
13  BY MR. STRAPP:
14      Q   Do you recognize this document?
15      A   No.
16      Q   Have you ever seen it before?
17      A   I don't think so.
18      Q   Okay.  From your experience as the
19  Director of Materials Management, do you have any
20  familiarity with the information included in this
21  document even if you haven't seen it?
22      A   No.
23      Q   No?  Do you know who at Blount would be
24  familiar with this document?
25      A   Probably Jason Mashburn, our Director of

59

1  Information Systems.
2      Q   Is he the individual you report to?
3      A   No.  He's a peer of mine.
4      Q   And what's his responsibility?  His job
5  responsibilities?
6      A   He's over the Information Systems
7  Department and oversees the implementation of systems
8  and has staff members that oversee the implementation
9  of systems as well.
10      Q   Was he responsible for the process of
11  migrating or converting data from the old -- older
12  requisition software that Blount had been using when
13  it transitioned to the Lawson Software?
14      A   No.  The responsibility lied within the
15  different departments that were in charge of it, yes.
16  He just kind of overseen the technical piece of it.
17      Q   Okay.  But you were responsible for the
18  actual --
19      A   Yes.  For anything, like, when I
20  needed -- if I was in charge of setting up purchase
21  orders that were still open from the old system, it
22  was my responsibility to get those set up in the new
23  system.  Not him.
24      Q   And what role did Ms. Rice from Lawson
25  play in assisting with that data conversion?

60

1      A   For the vendors, we ran reports and put
2  those into spreadsheets from the old system to set
3  our new vendors up.  Any purchase orders that we were
4  in the middle of had no involvement in.  We had
5  to do all of that ourselves.
6      Q   What type of training -- you had
7  mentioned earlier that Ms. Rice provided training to
8  the Super Users on various Lawson scripts for
9  Requisitions Self-Service and for loading
10  information -- items into the Item Master and for
11  loading vendor agreements and contracts, correct?
12      A   Yes.
13      Q   Did Ms. Rice provide any additional
14  training beyond that training that you had already
15  discussed?
16      A   She did work with some of our -- a couple
17  of our information systems employees when a
18  particular gentleman -- to help him understand how to
19  set up the EDI transactions with GHX and who the
20  contact would need to be.
21          Other than that, I'm not aware of any.
22      Q   Were you involved at all in negotiating
23  the financial side of the contract?
24      A   No.
25      Q   And who had responsibility for that?

**61**

1      A   Our CIO, my boss, John Hanks.
2      Q   Are you familiar with the financial terms
3  of the arrangement?
4      A   No.
5          MR. STRAPP:  No. 5.
6  (Blount Deposition Exhibit No. 5 was marked for the
7  record.)
8  BY MR. STRAPP:
9      Q   You've been handed now Blount Exhibit 5.
10  The Bates Numbers on this page which are on the top
11  of the page upside down are B2775 through B2779.
12          Could you take a moment, please, to look
13  through this series of e-mails.
14          Are you familiar with -- with these
15  series of e-mails here?
16      A   Yes.
17      Q   And are these e-mails that were sent from
18  Katrina Rice to you on July 28th and July 29, 2008?
19      A   Yes.  It looks like some that are
20  attached here also from myself to her.
21      Q   Can you describe for me -- well, let's
22  take a look first at the page B2779.  There's an
23  e-mail on that page from Katrina Rice to H. Young and
24  with a copy to you and others --
25      A   Yes.

**62**

1      Q   -- at Blount.
2          Do you see in that e-mail there Katrina
3  Rice says:  Quote, hi, guy, I see you have sent me
4  some Item Master items to be loaded, and then she
5  goes on to say some additional things in this e-mail.
6          Do you recall what the purpose and what
7  was meant and referred to by Katrina in this e-mail?
8      A   Not specifically.
9      Q   Okay.  Let me ask you this question:
10  Were individuals at Blount in the time frame of
11  July 2008 sending Katrina Rice Item Master items to
12  be loaded into the Item Master?
13      A   Yes.  We would have began working on that
14  at this time.  Yes.
15      Q   And how did that process work?  Can you
16  describe for me the details of --
17      A   Yes.  We had several spreadsheets that
18  were very large that were sent -- I think we sent
19  them all to you, and we would fill out the
20  spreadsheets based on the criteria of the field, what
21  it was called, whether they needed the item -- you
22  know, manufacturer number, our inventory number, the
23  description, you know, if we got it from a
24  distributor or if we didn't and setting up the
25  vendors as well and the codes for the vendors.  We

**63**

1  had to set up manufacturer codes.
2          That's -- she did refer to manufacturer
3  codes, and that is an abbreviation for the
4  manufacturer that had to be set up, and that's what's
5  tied to the field for the Item Master List, and that
6  is what she is referring to in there.  And we -- we
7  gave her the information, and if we missed something
8  or -- for example, if we attached a manufacturer code
9  that wasn't in the manufacturer list, it would
10  generate an error, and it would tell us, hey, this
11  isn't a valid code because you have to go to a
12  different table in the system to build the code and
13  that has to be a valid code built in that table
14  before you can attach it to an Item Master number.
15      Q   Okay.  So during this process, she would
16  work with you to assist you in creating the
17  spreadsheets that had the information, and then once
18  those spreadsheets were created, she would load the
19  information from those spreadsheets into the Item
20  Master?
21      A   Yes.  She didn't really help us create
22  them.  She just basically told us what field she
23  would need, and she gave us just a blank spreadsheet
24  with fields labeled at the top and explained to us
25  what information was required for each field.

**64**

1          It was our job to populate the
2  spreadsheets and then get them to her, and then she
3  rolled it into the system.
4      Q   And to the extent that there were any
5  problems in loading information from those
6  spreadsheets into the Item Master, she would work
7  with you to solve those problems?
8      A   Yes.  She would tell us what they were
9  and, you know, where we were missing a piece and
10  another table, perhaps, or if a -- a unit of measure
11  we had loaded wasn't in ANSI format, we would -- she
12  would let us know that, and we would change that.
13      Q   And approximately how long did the
14  process last from the first creations of these
15  spreadsheets through the final, you know, go-live of
16  the Item Master on January 1, '09?
17      A   I think -- I'm not -- I don't know the
18  specific date, but we probably worked on them from
19  July to -- I would think sometime around October we
20  had our items built, October, November, and she had
21  started loading those.  Those were probably complete
22  then.  It might have been a little sooner than that.
23  I'm not sure of the date.
24  (Blount Deposition Exhibit No. 6 was marked for the
25  record.)

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

65

```
1     BY MR. STRAPP:
2        Q   You now have Blount Exhibit 6 with the
3     Bates Stamp, B2766 through B2770.
4            This, again, is a series of e-mails from
5     Katrina Rice to you, and these e-mails are dated
6     July 31st, 2008 and August 1st, 2008.
7            Take a moment, please, to review them.
8            I want to ask you about the e-mail on the
9     final page of the document, B2770.  It's an e-mail
10    from Katrina Rice to you dated July 31st, 2008.
11       A   Yes.
12       Q   Do you see here the first sentence of the
13    e-mail says:  Quote, I am working on the Item Master
14    load and have a few issues we will need to go over
15    the week of 8/11.  I have enough loaded for testing,
16    but these issues will need to be resolved before
17    building the next prototype?
18       A   Yes.
19       Q   When she -- when Katrina said to you in
20    this e-mail that she had enough loaded for testing,
21    did that mean to you -- was it your understanding
22    when you received this e-mail that that meant there
23    had been sufficient items loaded into the Item Master
24    by Katrina Rice that there could be tests done on
25    that Item Master?
```

66

```
1        A   Yes.
2        Q   And what kind of tests were -- what kind
3     of tests were run on the Item Master?
4        A   The items were loaded in there, and we
5     were able to go through Requisitions Self-Service
6     through test scenarios and pull items and process for
7     ordering by pulling from that list.
8        Q   And she lists here a series of nine
9     issues that -- Ms. Rice lists a series of nine issues
10    in this e-mail that she was hoping to resolve.
11           Would you and others at Blount work with
12    Ms. Rice to resolve issues that she had in order to
13    populate and build the Item Master so that there
14    wouldn't be any problems with it?
15       A   Yes.
16       Q   Okay.  Was Ms. Rice on-site at Blount
17    during this period?
18       A   I'm not sure.
19       Q   But she was traveling back and forth?
20       A   She was traveling back and forth, yes.
21    When she sent the e-mail, I would say not; because it
22    looks like, based on the verbiage on it, she was
23    coming here on August the 11th.
24    (Blount Deposition Exhibit No. 7 was marked for the
25    record.)
```

67

```
1     BY MR. STRAPP:
2        Q   You now have Blount Exhibit 7, Bates
3     Stamped B945 through B1051.  Please take a moment to
4     review this document.
5            Can you take a look at page B947.  Do you
6     see the top e-mail on this page is an e-mail from
7     Katrina Rice to C.L. Smith at Blount and also a copy
8     to you?
9        A   You said B00947, correct?
10       Q   That's right.
11       A   Yes.
12       Q   And you see in the first sentence of this
13    e-mail Katrina Rice says -- writes to you:  After
14    taking out all of the duplicates, attached is the
15    finalized Item Master load and manufacturer code
16    table.
17           When Ms. Rice wrote that she was
18    attaching the finalized Item Master load and
19    manufacturer code table, what did that mean to you?
20       A   She was letting us know these were the
21    spreadsheets that we had sent her that she had
22    uploaded.
23       Q   And so at that point on November 14th,
24    she was indicating to you she had completed loading
25    into the item master all the spreadsheets you had
```

68

```
1     provided to her?
2        A   That's what I would assume this means.
3     That would be about the time frame I would have
4     suspected.
5        Q   Okay.  And when she refers to the
6     manufacturer code table, is that a spreadsheet that
7     lists particular codes for each manufacturer?
8        A   Yes.  It's just an abbreviation.  The
9     field only takes -- I can't remember -- it's two to
10    four characters, and so you had to come up with an
11    abbreviation for each vendor or manufacturer.
12       Q   And you see in the next paragraph of the
13    e-mail she writes:  I would like to start loading
14    contracts next week if possible.  Remember I will
15    need the vendor item number as well as the item
16    number to load each contract.
17           Is that referring to what we discussed
18    earlier about how Ms. Rice loaded certain vendor
19    contracts prior to, you know, the Requisitions
20    Self-Service going live on January 1st?
21       A   Yes.  There was -- there was a
22    spreadsheet for contracts, and we got some -- not
23    near as many as we had wanted to -- loaded with her
24    help, and it was just like loading the items or the
25    manufacturer codes.  There was a blank spreadsheet
```

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

69

1 with fields, and we provided her the information
2 requested.
3      Q.   Okay.  Take a look at the next -- the
4 page before, B9 -- B946.  It's an e-mail from Katrina
5 Rice to Bill Morycz copying you, dated November 18th,
6 2008.
7      A.   Yes.
8      Q.   Ms. Rice writes:  Quote, I have finished
9 loading the Item Master to the train data area so we
10 have a clean area to train in this week.  It is also
11 loaded with dev, and this is the area we will keep
12 clean to be moved over to the prod.  It is loaded to
13 test but has a lot of bogus data there as that is the
14 area we were training in and doing transactions in
15 to-date.
16      If possible, could you help me decipher
17 this e-mail and explain what it means?
18      A.   Yes.  We had three -- the system was kind
19 of loaded in three different sections.  That's
20 probably not the best way to describe it.
21      We had a train version of the system.
22 The same copy of the system was loaded in as
23 development as well as test.  And to keep different
24 pieces of it accurate when we were playing with it
25 and practicing setting up items and doing things like

70

1 that, we would have functioned and done that in test,
2 and then when we started training our end users, we
3 had have done that through the train version of the
4 system, and then when she's referring to the dev --
5 the d-e-v version of it -- that's kind of the
6 development.  That's where we kept it clean because
7 that was what we were actually going to rollover, and
8 it changed to the prod system.
9      Q.   And the prod system is the one you went
10 live with?
11      A.   Yes.  That's production, yes.
12      Q.   And that's the system that's currently in
13 use?
14      A.   Yes.
15      Q.   And so Ms. Rice had loaded in as of
16 November 18th, 2008 the Item Master to this dev
17 system which was eventually moved over to the one
18 that went live?
19      A.   Yes.
20      Q.   Okay.  And if you look at -- take a look
21 at B945, it's the first e-mail on the chain from
22 Katrina Rice to Rob Storey dated November 18th.
23      A.   Yes.
24      Q.   Ms. Rice writes in the e-mail:  I am done
25 with Item Master uploads and I have provided it to

71

1 Cheryl to get back to me with contract pricing.
2      I have loaded the clean data to dev and
3 train so you can have good data to train with as test
4 has all the duplicate items.
5      Does that mean that there was a clean
6 version of Item Master loaded into dev, and that's
7 the one that you went live with?
8      A.   Yes.  Yes.  Test was where we had been
9 testing during the times she was still -- we were
10 getting everything finalized and we could have had
11 duplicates or fake items that we had set up just to
12 be able to test with and play with in order to learn
13 the system.
14      Q.   And if you look at the last several pages
15 of this exhibit, it looks like it's a printout of a
16 spreadsheet?
17      A.   Yes.
18      Q.   Now, is this printout -- to your
19 understanding, is this printout a spreadsheet
20 essentially of all of the information in the Item
21 Master that Ms. Rice was attaching to her e-mail?
22      A.   Yes, that's what it appears to be.
23      Q.   Okay.  And so the information in this
24 spreadsheet had been, you know, collected by Blount
25 personnel and then it had been loaded in the proper

72

1 format by Ms. Rice directly into the Item Master?
2      A.   Correct.
3 (Blount Deposition Exhibit No. 8 was marked for the
4 record.)
5 BY MR. STRAPP:
6      Q.   You now have Blount Exhibit 8, bates
7 number B877 through B879.  Take a moment after you've
8 had a chance to review it to focus on the e-mail on
9 page B879 from Katrina Rice to you dated
10 November 20th, 2008.
11      Do you see in this e-mail Ms. Rice is
12 writing to you that Cheryl has given me approximately
13 110 contracts to load.  And KS fixed up with a
14 shortcut to the server so I will be working on
15 getting these loaded.  Cheryl has more contracts to
16 give me and any lines on the ones that she has given
17 me that do not load may have to be loaded manually
18 depending on our time constraints.  And then at the
19 end of the paragraph, she writes:  I will load as
20 much as possible today and tomorrow, but I would like
21 to work with Cheryl the week of December 1st to train
22 her on the contract loading process and the manual
23 contract loading process.
24      Is it your understanding that Cheryl --
25 what was Cheryl's last name?

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

73

1     A   Smith.

2     Q   Is it your understanding that Cheryl

3   Smith provided Katrina with the vendor contracts and

4   then Katrina loaded some of those vendor contracts

5   and trained Cheryl how to load others?

6     A   Yes, and the contracts were provided to

7   her via spreadsheet with the required fields that we

8   populated the information in the spreadsheet and then

9   gave it to Katrina, and she loaded the contracts and

10   attached them to the items.

11     Q   When you say attached them to the items,

12   does that mean that the information in the contracts

13   got associated with the items in the Item Master?

14     A   Yes.

15     Q   Information such as price?

16     A   Yes.

17     Q   And item description?

18     A   Probably just the price would be the only

19   thing that that would have -- I'm not positive on

20   that.  What would probably have been in her

21   spreadsheets would have just been the contract

22   number, our item number and the price.

23         The description is actually maintained

24   somewhere else.

25     (Blount Deposition Exhibit No. 9 was marked for the

74

1   record.)

2     BY MR. STRAPP:

3     Q   You now have Blount Exhibit 9, Bates

4   Number 8 -- B837 through B841.  This is an e-mail

5   from Katrina Rice to Rob Storey with a copy to you

6   dated December 3rd, 2008, and it also has two

7   attachments.  You see in this e-mail Katrina Rice

8   writes:  Quote, attached are items with missing

9   manufacturer codes and missing manufacturer numbers.

10   If you want to fill these in and provide them back to

11   me, I can load them.

12         Is it your understanding that what

13   Ms. Rice was sending to you and to Rob Storey were

14   items from the Item Master that were missing either

15   manufacturer codes or manufacturer numbers?

16     A   Yes.

17     Q   And to the best of your knowledge, did

18   someone at Blount fill in those missing codes and

19   missing numbers and send the information back to

20   Katrina Rice?

21     A   Yes.

22     Q   And is it also your understanding that

23   Katrina Rice then loaded that information into the

24   Item Master?

25     A   Yes.

75

1     (Blount Deposition Exhibit No. 10 was marked for the

2   record.)

3     BY MR. STRAPP:

4     Q   You now have Blount Exhibit 10, Bates

5   number B842 through B860.  This is an e-mail also

6   from Katrina Rice to Rob Storey with a copy to you

7   dated December 3rd, 2008.  And in this e-mail Katrina

8   Rice writes:  Quote, attached are items with missing

9   inventory classes and missing purchasing classes.

10         If you want to fill these in and send

11   them back to me, I can load them.

12         Is it your understanding that what

13   Ms. Rice was sending to you and to Mr. Storey were

14   items from the Item Master that were missing their

15   inventory classes or purchasing class?

16     A   Yes.

17     Q   And what are inventory classes?

18     A   It's ways that we track categories of

19   items.  It gives our requisitioners and end users a

20   way to search for items.

21         For example, an inventory class would be

22   IV fluids, and those are in there as IV, or inventory

23   class could be gloves, and that way when a user wants

24   to go in and they want to see all the gloves that we

25   have in stock or that we have loaded in the Item

76

1   Master list, they can type in glove, and it will pull

2   everything because it's pulling based on that

3   inventory class or purchasing class.

4     Q   So the inventory class is the field that

5   includes the information that will allow a user to

6   search by a category?

7     A   Yes, and the purchasing class.  They are

8   virtually kind of the same thing.

9     Q   What is the purchasing class?

10     A   Same thing.  We have it divided up just

11   for our ease so we could quickly see when we did

12   this, and now, in retrospect, it doesn't matter,

13   but -- the -- you know, we had put in -- like a

14   purchasing class for our inventory items were all

15   inventories, inv, so we would know that those were

16   inventory items.  In retrospect, we never use it.

17   And -- but the purchasing class -- I mean, the

18   inventory class then would be how it was categorized,

19   what group we would put that item under, and it's

20   simply used for searching.  You know, needles are in

21   there as, I think, NDL or something like that, and

22   nurses could put that in and find it that way.

23     Q   Okay.  So --

24     A   It's really for search functions.

25     Q   Okay.  So the information in the

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

77

1  inventory class includes information about the
2  category within which that item falls?
3      A   Uh-huh.
4      Q   And is there information entered in the
5  inventory class for non-stock and for inventory
6  items?
7      A   Yes.  For non-stock items, the inventory
8  class and the purchasing class are normally the same
9  thing.
10      For example, we don't keep -- we keep
11  very few things for our laboratory in our inventory
12  system, and so for laboratory items, those items are
13  loaded in as non-stock items, and it would be
14  chemicals, reagents.  Different things like that
15  would be the purchasing class.
16      Q   So is it your understanding reviewing
17  this e-mail and the attachments that Ms. Rice was
18  asking you and Mr. Storey to provide her with the
19  missing information about the inventory class or
20  purchasing class for particular items?
21      A   Yes.
22      Q   And is it also your understanding that
23  Blount Memorial provided Ms. Rice with that
24  information?
25      A   Yes.

78

1      Q   And finally is it your understanding that
2  Ms. Rice then loaded the category information for
3  each of these items that's contained in the inventory
4  classes and purchasing classes into the Item Master?
5      A   Yes.
6      MR. STRAPP:  Blount 11.
7      (Blount Deposition Exhibit No. 11 was marked for the
8  record.)
9  BY MR. STRAPP:
10      Q   You've been handed now what has been
11  marked as Blount Exhibit 11.  The Bates Number b817
12  through B827.  This is an e-mail and attachment from
13  Katrina Rice to you dated December 4, 2008.  The
14  subject is Item Master load template.
15      Can you describe for me, please, what --
16  first let me ask you:  Are you familiar with this
17  e-mail and the attachment?
18      A   Yes.
19      Q   And can you describe for me what it is,
20  please.
21      A   It's just simply a guide for us to go by.
22  We can upload mass quantities of items to the Item
23  Master List, the Microsoft add-ins, and these are --
24  she's explaining what the required fields are when we
25  go to do that so that we would not miss anything

79

1  because there are several places in Lawson, IC11,
2  IC12, IC13, where to have an item set up in the Item
3  Master List correctly you have to populate each of
4  those fields under those screens, and she was telling
5  us which fields were required in order to do that
6  through Microsoft add-ins.
7      Q   And this information she was providing to
8  you was information that you would use to add items
9  to the Item Master after it went live January of
10  2009?
11      A   Yes.
12      Q   Before it went live, she was the
13  individual who actually added the items to the Item
14  Master, correct?
15      A   That is correct.
16      Q   Now you mentioned in your testimony that
17  Microsoft add-ins was a program that you used to load
18  in information to the Item Master?
19      A   Uh-huh.
20      Q   Can you describe for me how Microsoft
21  add-ins are used to populate the Item Master?
22      A   We haven't been using it.  We need to,
23  but we haven't been using it.  So I really can't tell
24  you anything about it.  I would have to go back
25  through all of my notes to even begin to do it.  We

80

1  just haven't done it.
2      Everything we've added we've done it in a
3  manual situation one item at a time up to this point.
4      Q   Do you -- does Blount use this Item
5  Master upload template provided by Ms. Rice from
6  Lawson when it adds information into the Item Master?
7      A   No, not up to this point we have not.
8  She just provided it, and we should have, but we
9  haven't because we haven't done any mass uploads.
10  It's all been individual items.
11      Q   Okay.  Is there any plan in the future to
12  use this template to add in items --
13      A   We would probably refer back to it just
14  to make sure we had gotten it, each field, and, yes,
15  we do plan on doing some -- some large uploads of
16  items that have been ordered as specials that need to
17  be added to the Item Master List because of the
18  consistency in which they're ordered.
19      Q   When items have been added to the Item
20  Master List over the past year, 2009, and the first
21  few months of 2010, do the individuals loading the
22  information to the Item Master refer back to the
23  upload template that was provided by Ms. Rice to make
24  sure that they are entering the correct information?
25      A   Not that I'm aware of.

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

81

1    (Blount Deposition Exhibit No. 12 was marked for the

2    record.)

3    BY MR. STRAPP:

4        Q    You have now Blount Exhibit 12, Bates

5    numbers B214 through B222.

6        A    Yes.

7        Q    This is an e-mail from Katrina Rice with

8    an attachment.  It's dated December 31st, 2008, and

9    it was sent to you.

10        Are you familiar with this e-mail and

11    attachment?

12        A    Yes.

13        Q    Could you describe for me what it is,

14    please.

15        A    Yes.  We had to manually go in and

16    populate the cost so that there would be pricing in

17    Lawson when we went live, and we apparently must have

18    missed some items when we went through the first

19    time, and she was letting us know that we either had

20    not had a contract tied to the item or the last cost

21    had not been calculated for 277 items, and she let us

22    know which ones they were so we could go back and go

23    through and fix those and provide her the last cost

24    paid so that she could load that in there.

25        Q    Is it your understanding that Blount

82

1    provided Ms. Rice with the last cost information for

2    those 277 items?

3        A    Yes.

4        Q    And that -- then Ms. Rice loaded that

5    last cost information on to the Item Master?

6        A    Yes.

7        Q    When -- when a contract is entered from a

8    vendor into the system, does the cost associated with

9    the particular item from the vendor automatically get

10    pulled into the Item Master?

11        A    Yes.  If a contract is tied to that

12    particular item, yes, it will.  If there is no

13    contract tied to the item, the system pulls it from

14    the last price paid.

15        Q    And where does -- how does the system

16    pull in the last price paid?  Where does that come

17    from?  Does that come from the purchasing module?

18        A    Yes.

19        MR. STRAPP:  Okay.  Let's go off

20    the record, please.

21        THE VIDEOGRAPHER:  Going off the

22    record.

23        The time is 11:24.,

24        (Brief pause.)

25        THE VIDEOGRAPHER:  We're back on

83

1    the record.

2        The time is 11:39.,

3    (Blount Deposition Exhibit No. 13 was marked for the

4    record.)

5    BY MR. STRAPP:

6        Q    You now have in front of you Blount

7    Exhibit 13, Bates Numbered B3039 through B3071.

8        This is an e-mail with attachments sent

9    by Katrina Rice to you and dated September 9th, 2008.

10    The subject is RSS request for training.

11        Can you take a moment to review the

12    e-mail, please.

13        Are you familiar with this document?

14        A    Yes.

15        Q    Can you describe for me what it is,

16    please.

17        A    Katrina was assisting us and trying to

18    figure out how we were going to train all 600 users

19    in a time frame and how long the classes were going

20    to be, and this was -- she had successfully used

21    these training scenarios at other facilities I

22    assumed, and she sent it to us to use as an example.

23        My purchasing manager and myself didn't

24    care for it.  So we made our own, which is what was

25    in the other document we looked at previously.

84

1        So we didn't actually use this.  This was

2    her version of training.  We decided it probably

3    wasn't the best way to communicate with our users,

4    and so we made our own.

5        Q    Okay.  Do you see in this e-mail here she

6    has a list of three recommendations on how Blount

7    should go about training its requesters, the 600

8    individuals that will be using the system?

9        A    Yes.

10        Q    Can you read through each of those

11    recommendations and let me know whether or not Blount

12    actually followed her recommendations on how to

13    train.

14        A    Do you want me just to read exactly

15    what's on here?

16        Q    Yes.  Why don't we just go through them

17    one by one.

18        Okay.

19        Q    The first one if you can --

20        A    Okay.  Send out an e-mail in mid November

21    to all the requesters letting them know that training

22    classes will begin the end of November or December

23    and that the training is mandatory for the requesters

24    to be able to get their user ID, to order supplies

25    after go-live in January of 2009.

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

85

1  Q   Okay.  And you can stop there.  Was an
2  e-mail sent out to the requesters in November letting
3  them know about the training process?
4  A   Yes.
5  Q   And did those training classes take
6  place, was it, in December of '08?
7  A   I think it was probably at the end of
8  November of '08 as well also through the beginning of
9  December of '08, and it actually took place in this
10  room.
11  Q   Okay.  And was that training provided to
12  all the users of Requisitions Self-Service?
13  A   Yes.
14  Q   And who conducted the training?
15  A   I did and my purchasing manager, Rob
16  Storey.  All of it.
17  Q   And you had been trained on how to train
18  others by Katrina?
19  A   Yes.
20  Q   Okay.  What -- what do those classes
21  entail?  What did you present in those classes?
22       Was it that presentation we looked at --
23  A   The presentation that I developed.
24  Q   -- in Blount Exhibit 2?
25  A   Yes.  That's it.  Blount Exhibit 2.  We

86

1  did that packet.  It was a power point.  We put it up
2  on this screen.  We actually put the classes out
3  on -- we have net learning so they could schedule to
4  come, and they had to sign up for a class, and then
5  they signed in a sheet when they came so that we knew
6  that they had been here, and we had an IT person in
7  here as well going ahead and issuing them their sign
8  ons if they didn't already have one and got them
9  trained and signed off, and then they left with a
10  copy of that packet as well, and that packet is also
11  available on our Lotus notes home page which is our
12  e-mail system that they can go back and look at now
13  if they need to to help them walk through
14  Requisitions Self-Service.
15  Q   You mentioned earlier that Katrina Rice
16  from Lawson trained the Super Users of the system?
17  A   Yes.
18  Q   That's you, Mr. Storey?
19  A   Yes.
20  Q   Purchasing agents?
21  A   Purchasing agents.
22  Q   And who else?
23  A   And Cheryl Smith.  She's our contract
24  analyst, and John Watson does inventory control and
25  Alan Archer is my Assistant Director, and he also

87

1  handles inventory as well.
2  (Blount Deposition Exhibit No. 14 was marked for the
3  record.)
4  BY MR. STRAPP:
5  Q   Okay.  You now have in front of Blount
6  Exhibit 14.  Are you familiar with this document?
7  A   Yes.
8  Q   What is this document?
9  A   It was a test script that Katrina showed
10  the Super Users as we learned to do Requisitions
11  Self-Service.
12  Q   Okay.  So this is a script prepared by
13  Lawson on -- using Requisitions Self-Service, and
14  Ms. Rice trained you and the other Super Users at
15  Blount on how to train you and the other users at
16  Blount on how to use this script?
17  A   Yes.
18  Q   And specifically what is this script --
19  what -- what is this script created for?
20  A   It's to walk you through when you log-in
21  Requisitions Self-Service the different fields that
22  are required and what you need to -- or if they are
23  not required or what needs to be put in them and the
24  different tabs that you can go in to search different
25  ways through Requisitions Self-Service.

88

1       It kind of walks you through setting up a
2  requisition and the different tabs and the functions
3  of those tabs on that requisition.
4  Q   Is this a script that was used by Blount
5  Memorial when it was training others -- that you used
6  when training others on creating requisition?
7  A   No.
8  Q   And why is that?
9  A   Because it's very lengthy.  It's kind of
10  hard to understand, and we really scaled back, and
11  what we trained with was Blount Exhibit 2, yes.
12  Q   So the detailed script provided by Lawson
13  was something that was valuable for the Super Users,
14  but sort of a higher level more -- I would say --
15  dumbed downed version was what was presented to
16  the --
17  A   Absolutely.
18  Q   -- to the requesters?
19  A   Yes.
20  Q   Okay.  Did the version and training
21  provided to the other users encompass the
22  functionality that they needed to use Requisitions
23  Self-Service as a shopping function?
24  A   Yes.
25  Q   And it also included training on how to

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

89

1  use the search functionality?
2      A   Yes.
3      Q   And it also created training -- it
4  included training on how to create requisitions?
5      A   Yes.
6      Q   And how to approve requisitions?
7      A   We actually handled that in a different
8  class with our supervisors and stuff, or we -- we
9  touched -- I think there actually may have been a
10  page at the back of Blount Exhibit 2 that went
11  through how to approve something because we would
12  have a mix of people in our classes, and some were
13  people that were supervisors or department heads that
14  would have to go in and approve requisitions.
15      So we explained that to them at the end
16  of the class if they were somebody that approved it,
17  where to go and how to get that.
18  (Blount Deposition Exhibit No. 15 was marked for the
19  record.)
20  BY MR. STRAPP:
21      Q   You now have Blount Exhibit 15, and this
22  has Bates Stamp B3020 through B3031.  Please take a
23  moment to review the document.
24      Is this a document that you're familiar
25  with?

90

1      A   I have seen this document, yes.
2      Q   And can you describe to me what it is,
3  please.
4      A   It's just basically an overview diagram
5  of -- kind of from the starting of the implementation
6  in how to set up the items and kind of the flow of
7  data through Lawson.  It's kind of just an overview
8  of that.
9      Q   Is this a document that was prepared by
10  Katrina Rice from Lawson?
11      A   Yes.  Well, or somebody at Lawson.  I'm
12  not sure it was prepared by her or someone at Lawson.
13      Q   Did Ms. Rice present this document or
14  this presentation to you?
15      A   Yes.  If I remember correctly, it was
16  e-mailed to us just to try to help us understand how
17  data flowed through the system.
18      Q   Was -- in addition to sending this
19  presentation to you by e-mail, did Ms. Rice actually
20  give you a live presentation on this document?
21      A   I'm not sure.  I don't recall.
22      Q   Okay.  Do you see on page B320 -- 3021,
23  the second page of the document, there is a slide
24  that's entitled process diagram for Item Master set
25  up.

91

1      A   Yes.
2      Q   And there are steps here for process flow
3  on how to set up the Item Master, correct?
4      A   Yes.
5      Q   Is this information -- how was this
6  information utilized by Blount?
7      A   I don't know that it really was except
8  for just probably helping the Super Users kind of get
9  an overview of system and understand how the
10  spreadsheets we were providing would flow through the
11  system and the steps that were provided.
12      We probably looked at it just as an
13  overview to get a general understanding of the
14  system, but other than that, I don't really think we
15  probably used it for much.
16  (Blount Deposition Exhibit No. 16 was marked for the
17  record.)
18  BY MR. STRAPP:
19      Q   You now have in front of you Blount
20  Exhibit 16, Bates Numbered B2243 through B2253.
21      This is an e-mail and attachment from
22  Katrina Rice to Rob Storey copying you, dated
23  September 10th, 2008, and it attaches something
24  called a process flow functional specification.
25      Can you describe for me -- first of all,

92

1  are you familiar with document?
2      A   I don't remember this one.  I mean, I'm
3  sure I looked at it, but I don't remember it.
4      Q   Do you know what a process flow means
5  here?
6      A   Yes.
7      Q   And what is that?
8      A   Process flow is how the system -- it
9  flows for approval.  It's how you know -- for
10  example, if Rob, who works for me, puts in a
11  requisition and it's over $1,000, it's going to come
12  to me for approval.  If my approval limit is $2,500,
13  if his requisition was for 5, I'm going to approve
14  it, and then it's going to go on to my supervisor,
15  John Hanks, for his approval.
16      Process flow allows you to set those
17  different dollar approval levels up and routes the
18  requisition based on your department, who your
19  supervisor is, and then we also have process flows
20  set up for capital whether it being an approved
21  capital budgeted item or an emergency capital.  Those
22  are unique process flows depending on -- it looks at
23  the account number and activity code and routes based
24  on those things.  That's what process flow does is
25  routes it to the correct places for approval.

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

93

1           THE VIDEOGRAPHER:  This is the end
2   of videotape number one of the deposition
3   of Kristy Oliver.
4           The time is 11:52.,
5           (Lunch recess.)
6           THE VIDEOGRAPHER:  This is the
7   beginning of videotape number two of the
8   deposition of Kristy Oliver.
9           The time is 12:53.,
10  BY MR. STRAPP:
11      Q   Ms. Oliver, we're going to be conducting
12  a demonstration now, and could you explain for me --
13  to me whether we're going to be using a live version
14  of the Lawson Requisitions Self-Service module that
15  Blount uses?
16      A   Yes.  We'll be actually in our production
17  module which is live.
18      Q   Okay.  And the item data and the item in
19  the Item Master would be the same item that another
20  user from Blount would use as well?
21      A   Absolutely.  Yes.
22      Q   When we walk through this demonstration,
23  if you have any questions, let me know.
24      A   Okay.
25      Q   Could you please bring -- we're going to

94

1   start the demonstration now.
2           MR. STRAPP:  So let's start the
3   video from the computer screen --
4           THE WITNESS:  You're ready?
5           MR. STRAPP:  -- that Ms. Oliver
6   will be using.
7   BY MR. STRAPP:
8       Q   Could you please log-in to the Lawson
9   portal.
10      A   Here it is.  Lawson ERP.
11      Q   And could you select the Requisitions
12  Self-Service menu.
13      A   Yes.
14      Q   And choose shopping.  Under the find shop
15  tab, please select search catalog.
16          Could you select the advanced search tab.
17      A   It is -- we have updated it, and now it
18  just goes -- it's automatic advanced search.  There
19  is no other tab.  They have changed it with the
20  patch.  We don't really know where the tab went.
21      Q   Okay.  So the search capabilities on this
22  screen are the same search capabilities that you had
23  in the advanced search tab?
24      A   Yes.  It searches anything and everything
25  that's loaded about that item.  You just have to

95

1   match.  You can't -- you know, obviously searching
2   with less is more.  You can get more.
3       Q   Could you do a keyword search for an item
4   that is available on the Item Master, is not in stock
5   and for which you believe there might be multiple
6   vendors.
7       A   Yes.  And cath is also part of the
8   description as well as a purchasing class.  So it's
9   going to pull it either way.
10      Q   Well, let's start with catheter then.
11      A   Okay.  And then now you see all the
12  things that are loaded in our Item Master List that
13  have the word catheter in them.
14      Q   Okay.  If it has a check -- sorry.  Go
15  ahead.
16      A   And, yes.  If it has a checkmark, that
17  means it's a non-stocked item, and if it has a
18  checkmark and a plus sign, that means it's a stock
19  item from our storeroom.
20          Okay.  And so I had found --
21      Q   Now the manufacturer code that's
22  associated with these items that's the -- a code for
23  the manufacturer of the catheter?
24      A   Yes.  Yes.  This you can see these --
25  this one right here is from Cook Medical, and so it's

96

1   a four digit where we had four spaces to abbreviate
2   the manufacturer's name, and so it's in there as
3   Cook.  And let me just click right (indicating) here,
4   and this will let me know.  I need to make sure I'm
5   getting it -- yes, we get it directly from Cook.
6       Q   Okay.  So you're selecting here a
7   catheter that is manufactured by Cook?
8       A   Yes.  And we order it direct from Cook.
9       Q   Okay.  So it's a non-stock item?
10      A   Yes.
11      Q   Now could you go back to the screen that
12  we were.  Actually before you -- could you do another
13  search now that includes catheter and Cook; catheter,
14  space, cook and see what comes up.
15      A   It won't -- ours doesn't search that way
16  where you can put in multiple spaces like that.  It
17  has to match something that's in there for that item.
18          So you see that it's giving you a
19  suggestion search by either catheter or Cook.
20      Q   Okay.  So let's go back to the catheter
21  search.
22      A   Okay.
23      Q   And let's select that same catheter from
24  Cook so we can see the item detail.  And this
25  information includes a -- can you scroll down on the

Oliver, Kristy [Blount] - video depo & demo  3/11/2010  9:31:00 AM

97

1    screen here.
2        A    Uh-huh.
3        Q    So this has a vendor item number as well?
4        A    Yes.
5        Q    Do you see that at the bottom?
6        A    Yes.
7        Q    Does that vendor item number indicate who
8    the vendor is for this particular catheter?
9        A    Yes. That's -- that is our -- that is
10   the manufacturer item number that when we place the
11   order that's the number that the -- that they would
12   recognize. That is -- that is the product number.
13       Q    And if --
14       A    Up here is the -- that right there is
15   actually our vendor number that's in our system.
16   It's our vendor assigned number.
17       Q    When you order this product, is it
18   ordered from Cook directly?
19       A    Yes. And you can tell that by the
20   source vendor. In this situation, the manufacturer
21   and the source vendor are the same because we order
22   it direct.
23       Q    Okay. Is there an expiration date field
24   here? I don't think there is, right?
25       A    No.

98

1        Q    Okay. So the source vendor and the
2    manufacturer are the same here? It's both Cook?
3        A    Yes.
4        Q    All right. Let's add this item to the
5    shopping cart.
6        A    And now we have ordered one, and we order
7    those by the each.
8        Q    Now let's run the search again for
9    catheter.
10       A    Okay.
11       Q    And let's select a catheter from a
12   different manufacturer and vendor that's a non-stock
13   item?
14       A    This one right here is one I'm pretty
15   sure. Let's see where we get this from.
16       Q    So this is a catheter -- the source
17   vendor is Seneca Medical?
18       A    Yes.
19       Q    And whose the manufacturer here?
20       A    I'm not sure what c-o-l-o. I would have
21   to go and find that. I'm not sure what that stands
22   for, but that's our manufacturer code abbreviation,
23   but we get it through our med search distributor
24   Seneca.
25       Q    And you know that it's not Cook, though,

99

1    the manufacturer?
2        A    Yes. No, it's not Cook. It's a
3    different one.
4        Q    Okay.
5        A    And you can see in this situation -- I'm
6    sorry. I was just going to say this right here is
7    the manufacturer number, the 412, but since we get it
8    from Seneca, this is Seneca's vendor number. This is
9    their add code.
10            So when we actually place this order, we
11   ordered it through Seneca with this number.
12       Q    Okay. Now, let's add this to the
13   shopping cart.
14       A    Okay.
15       Q    And could you delete that first item that
16   we had selected from the shopping cart.
17       A    Yes.
18       Q    Now, can you go back to catalog search
19   again, and let's search for a different item.
20       A    Okay. Agar is a word that's in the
21   description of some of our lab products.
22       Q    Do you want to just search for maybe a
23   beaker or any, you know, product that you might
24   carry.
25       A    Let's just do glove.

100

1        Q    Glove. All right. Let's select a
2    non-stock glove here.
3            Now this is a glove that's carried by
4    the -- the vendor is Cardinal Health?
5        A    Yes.
6        Q    And it seems like the manufacturer is
7    also Cardinal; is that right?
8        A    Yes, and it's one of their divisions, and
9    I'd have to look to see what that abbreviation stood
10   for, the c-h-l-t.
11       Q    Okay. Could you add this to the shopping
12   cart, please.
13       A    Yes.
14       Q    And now let's checkout from the shopping
15   cart here with the two items.
16            Okay. What is that item?
17       A    I'm sorry.
18       Q    That's okay.
19       A    It's just a box. You click okay, and
20   it -- what it does is it flags process flow to see if
21   this item is going to be over or under my approval
22   limits, and it would route it based on my set up, and
23   because this is under my dollar of approved limit, it
24   has now gone out, and it's sitting in PO 100 ready
25   and waiting to create a purchase order.

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

101

1       Q   Okay.  Let's go back to the Lawson portal
2   window now.
3       A   Okay.
4       Q   Under the in basket -- is there an in
5   basket here?
6       A   Yes.
7       Q   Yes.  Let's select -- yes, select the
8   approval rule, and can you select the requisition
9   that was created?
10      A   No.  It's already approved.  I did it,
11  and it's already gone through.  These are some that
12  are waiting for my approval, though.
13      Q   When you create a requisition yourself,
14  it's automatically approved?
15      A   It is because it's under my limit.  If it
16  was over a $5,000 -- maybe it's 50,000.  I don't know
17  what my set up is.  It's a lot because I have to do
18  special things to cover when other people are out of
19  town.  And so if I had done a capital -- it had been
20  capital, it would have routed to my boss for approval
21  because all capital -- it requires division head
22  approval.
23      Q   Is it possible for you to log-in as a --
24  you know, a lower level user who would need to get
25  approval from you and then we could run through the

102

1   requisition request from a lower level user and then
2   you could show us the process of approving that
3   level -- that requisition.
4       A   Do you want to look at one of these?
5       Q   Well, yes, let's -- I mean, I would be
6   happy to look at that, but I just want --
7       A   I mean, this is a requisition that was
8   just -- you need to see the requisition created
9   though, don't you?
10      Q   Yes.  I want to see the one that was
11  created by you.
12          MR. MCDONALD:  Yes, let's not do
13      that.  We don't know what those are.
14          THE WITNESS:  Okay.
15  BY MR. STRAPP:
16      Q   Do you have the capability to log-in as
17  someone else?
18      A   No.  I'm sitting here -- I'm not supposed
19  to.  I'm sitting here trying to think if I can
20  remember a log-on that I could do.  You're not going
21  to -- the thing is -- let me see if I can do this.
22  I'll have to log out and try to log back in and see.
23      Q   Let's log out.  We'll run through the
24  same thing we just did.
25      A   Okay.  I'm not sure I can remember.  Can

103

1   I make a phone call and find out?
2       Q   You know what, let's skip that step for a
3   minute.
4       A   Okay.
5       Q   And let's go back in -- log-in back in as
6   yourself.
7       A   I'm sorry.  We just don't know each
8   other's passwords.
9       Q   No, that's okay.
10          So just to review, though, when you
11  create a requisition in Requisitions Self-Service,
12  the system will automatically process your
13  requisition to generate a purchase order for the
14  selected items?
15      A   Yes.
16      Q   That's fine.  Let's then move onto
17  submitting a purchase order for the requisitioned
18  items that you selected?
19      A   That I just did.
20      Q   Yes.  And to do that, are you going to
21  enter PO 100?
22      A   Yes, I am.  This is a job that normally
23  runs automatic at set times, and I'm going to force
24  it to run for the particular buyer that's associated
25  with my department, and that should produce a

104

1   purchase order for what I just did.
2       Q   Okay.
3       A   That's what I hope happens.
4       Q   So just explain for me, too, what you're
5   doing here.
6       A   Okay.  You can just name it anything you
7   want.  No other jobs can be named that I have
8   previously been run, and it will tell me in a minute
9   if this job already exists.
10          We usually just make -- any time we go in
11  and force a report like this, we make it unique to
12  us, which is why I put my initials at the end of it.
13  And then you go in -- the system requires -- we only
14  have one company because we're a standalone facility.
15  We're not a multi-hospital system.
16          So we have one company, and it's Blount
17  Memorial, and so that's the one I picked.  I have
18  picked the initials of my buyer that is associated
19  with the department that the requisition I just put
20  in was charged to, 6750, which is materials
21  management, and Donny Blair is in charge of that, and
22  then I just need to change this to yes.  Leave this
23  no.  Leave this no and --
24      Q   If you have the release purchase order
25  set to no, does that mean the purchase order won't

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

105

1  get released?
2       A   It will not get released.  That is a rule
3  that we have for our organization.  We go in and
4  manually release them all because we want each
5  purchasing agent to review it before we send it out.
6           We're looking for errors in case somebody
7  has ordered 800 of something when they meant to order
8  eight, and something is going to stand out to us when
9  we look at the volume -- you know we look at the
10  dollar amount or something.  That's why we do it.
11  It's just our personal rule here.
12       Q   So when we created this purchase order
13  here, it's not going to actually be released until we
14  go back and manually --
15       A   I'm going to go back into it, and I'll
16  release it.
17       Q   Okay.
18       A   And we have a maximum number of lines we
19  like on POs.  It's 30.  It just makes it easier for
20  our receiving department, and everything else you
21  leave blank except for the default days.  They've
22  told us to put three.  I have no idea why.
23       Q   Now --
24       A   And now I just went to more filters, and
25  put DB for Donny Blair as the buyer because I'm just

106

1  going to run his.
2       Q   How do we verify that we're creating a
3  purchase order for the correct requisition, the one
4  we just did?
5       A   It's going to create it for everything
6  out there that's -- all the departments that are
7  associated with Donny are -- all of those are going
8  to be created when I run this, and it will include it
9  because he is the buyer associated with the
10  department that that requisition was charged to.
11       Q   So this will create a purchase order for
12  the requisition that we just generated?
13       A   Yes.
14       Q   Okay.
15       A   See, it told me the job already exists.
16  So I'm just going to put, like, a number five after
17  that and hit add again, and it says job added at the
18  bottom on the message bar and you can see that, and
19  then you hit submit, and then you just hit submit
20  again.
21       Q   And what's that doing?
22       A   It's submitting the job, and it's going
23  out and it's looking for requisitions that are
24  associated with Donny.
25       Q   Okay.  So the job -- in other words, the

107

1  purchase order has been added, and now the purchase
2  order has been submitted?
3       A   Yes.  Yes.
4       Q   Okay.
5       A   And then --
6       Q   And you select the print manager now to
7  review the purchase order?
8       A   Yes.  And I picked the job that was --
9  the print job that was created for the purchase
10  orders that are out here for Donny, and then now I'm
11  going to print them.
12       Q   So is what's up on the screen now the
13  requisition we just created?
14       A   Yes.  Let me see how many it created.
15  Oh, we did the gloves from Cardinal.  Right there are
16  the gloves that we did.
17       Q   That's one purchase order?
18       A   Yes.  This (indicating) was not us.
19  This -- we're going to pick up actual real jobs that
20  are out here (indicating) in the job queue, and we
21  did that (indicating) one.  That was the catheter
22  that we did.
23       Q   That was the catheter that we ordered.
24           Now -- so the two -- the two purchase
25  orders -- two purchase orders were created from the

108

1  one requisition that had the two items that you --
2       A   Yes.  You just saw -- this one created a
3  purchase order, and the number is 21623.  You can see
4  that, and it came from Seneca, and then the other one
5  that we did created purchase order 21621.
6       Q   Okay.  Is there any sort of purchase
7  order acknowledgment that we'll get once this is sent
8  out, or you mentioned that that -- that depends
9  vendor by vendor?
10       A   It depends.  It just so happens that
11  these two vendors are both EDI, I think.  I can
12  verify.
13       Q   So if we went now -- so the purchase
14  orders -- they haven't been released yet?
15       A   No.  So I can go --
16       Q   Can we see that now?
17       A   Yes.  We don't even have to print this.
18  Let me write this purchase order down, and we'll go
19  out here and --
20       Q   Let's do that one and the catheter as
21  well.
22       A   Okay.  And so I'm going to close out of
23  the print job that we're viewing right now, and now
24  you go to PO 20 to release POs.  This is where you
25  maintain purchase orders at.  And I inquire, and

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

109

1    there's my order for Cardinal Health, and you'll see
2    it's the gloves that we just did and the status is
3    still unreleased because the way I ran the report,
4    and then now I can go in and release the purchase
5    order, and now you see it has changed to release not
6    issued.
7        Q    And let's go back in and release the --
8        A    The other one.
9        Q    -- the catheter?
10       A    And I just cleared the screen.  And here
11   are the cath -- here is the box of catheters that
12   we've ordered, and I can release those.
13       Q    If we now go into PO 122 -- have you ever
14   used that?
15       A    No.
16       Q    Okay.  Can you try -- well, do you want
17   to try it?
18       A    Sure.  What is that?
19       Q    I think this should show a -- this may
20   show a purchase order acknowledgment.  It might not,
21   but let's check.
22           Now, let's put in -- just make up some
23   data for the job name and job description.  Just say,
24   you know, catheter or whatever you want.
25           Make up a file name here (indicating)

110

1    too.  Now select submit.
2        A    I think I have to maybe add first.  Most
3    of the time you add, but since I've never been
4    here -- there's my report.
5        Q    So this is a transmitted purchase order
6    acknowledgment?  Does --
7        A    It's because the -- this is why we don't
8    go here.  Ours are set on an auto job for everything
9    that's set up EDI, and this particular vendor we're
10   ordering it from Seneca which is an EDI vendor, and
11   the job will go at 1:30.,
12           So what we can do is -- if you notice the
13   status of that purchase order was release not
14   issued --
15       Q    Yes.
16       A    -- and after we go in there we can look
17   at it after 1:30 and you'll see it transmitted.  It
18   will change that status from release not issued to
19   transmitted, and that means -- that's kind of what we
20   go off our purchase order acknowledgment, and because
21   we go with the third-party, GHX, for our EDI, we
22   monitor that order via MY GHX Page, but I don't have
23   My GHX Page.  I would have to get Donny's sign-in to
24   go there, but that is -- basically his acknowledgment
25   is that page, and they monitor any backorders or

111

1    anything through that for our EDI vendors.
2        Q    Can you tell through that screen we just
3    created, the transmitted PO acknowledgment, whether
4    or not the item we just ordered is available in
5    inventory?
6        A    Uh-uh.  No.
7        Q    Okay.  Let's go back to Requisitions
8    Self-Service now.
9        A    Okay.  To shopping?
10       Q    To shopping and then to search catalog
11   under find shop.
12           Okay.  What I want to do here is put in
13   the search for a manufacturer whose items will be --
14   the same type of item for the manufacturer will be
15   available both from one vendor like Seneca and then a
16   second vendor like the manufacturer itself?
17       A    I don't think it's going to pull it if I
18   search by the vendor, though.  Because it's only
19   going to pull for that one.  It's not going to pull
20   the other one.
21       Q    What if we do a search by, like, Johnson
22   & Johnson or something like that, or, you know, a
23   manufacturer that's going to have items that are
24   available from two sources?
25       A    Let's see if Cordis pulls something.

112

1        Q    Can we do a search by manufacturer code?
2        A    Yes.
3        Q    Let's do search by manufacturer code for
4    a manufacturer that you think might be -- whose items
5    might be available from someone like Seneca and also
6    from a different vendor.
7        A    I thought that would pull DeRoyal out and
8    it didn't.
9        Q    What if we tried Cook or something like
10   that?
11       A    It won't pull -- our search functions
12   don't work by looking for that manufacturer code.
13   It's pulling that item because Cook is in the
14   description.  You can pull by our number, by word in
15   the description or by the item number itself, but our
16   search functions do not work where you can pull it by
17   a manufacturer code like that.
18       Q    So if you entered Johnson --
19       A    I don't think it's going to pull anything
20   unless there's something with that in the -- see, it
21   would have pulled up -- you would have seen the drop
22   down menu with the word Johnson in it, and it's not.
23       Q    What about J&J?  Would that work?
24       A    J&J I can try that, yes.  See, it's
25   pulled everything that has the letter J in it by

113

1  itself.
2      Q   Okay.  Let's choose -- let's do a search
3  for an item that is available -- well, we already did
4  a search for an item that was available for multiple
5  vendors.  We did the catheter search.  Let's --
6      MR. GRAHAM:  For the record,
7  objection to the extent that those were
8  the same item from a vendor.
9  BY MR. STRAPP:
10      Q   All right.  Let's do a search by -- for
11  an item that you think is available from two
12  different vendors, the same item that's -- the same
13  or, you know, almost identical item that's available
14  from two different vendors.
15      A   Okay.  You have a biogel surgeon's glove.
16  We could look at this (indicating) one.  We get it
17  from Seneca, and it's manufacturer is Molnlycke, and
18  it's a biogel glove surgeons.
19      Q   Now let's see if we can find something --
20      A   Do you want me to add this to my shopping
21  cart?
22      Q   No, you don't need to add it.
23      A   Okay.  And then if you go back and do
24  another glove search, and it's not exactly the same.
25  Let me find some more surgeons gloves.  Oh, these

114

1  natural Ansell gloves are surgeon's gloves as well.
2  Right here (indicating) is one.
3      Q   This has the same vendor, but it's a
4  different manufacturer?
5      A   Yes.
6      Q   Okay.  Let's see if we find one on this
7  list that's a non-stock item and it's also equivalent
8  to this biogel surgeon glove.  Comes from --
9      A   Not from Seneca.
10      A   Not from Seneca?
11      A   Okay.  Here you go.  Here is a Cardinal
12  one.  That's a glove.
13      Q   So this is -- this is --
14      A   It's a surgeon's glove, a Positive Touch,
15  yes.
16      Q   So is it generally equivalent to the
17  biogel surgeon glove that we had selected before that
18  had Seneca as the vendor?
19      MR. GRAHAM:  Objection.  Calls for
20  a legal conclusion.
21      THE WITNESS:  They are both gloves
22  used in the OR.  I wouldn't consider -- I
23  mean, biogel is much more expensive that
24  surgeons pick than this (indicating).
25  BY MR. STRAPP:

115

1      Q   Is there -- let's see if there's a glove
2  that's -- like inexpensive like this one that's
3  available from someone else besides Cardinal.
4      A   Okay.  Other one was a biogel that --
5  Ansell glove that we get from Seneca, and here is a
6  comparable surgeon's glove, and you can tell by the
7  price that it is the comparable item that we get from
8  Cardinal.
9      Q   Okay.  So we've -- you have now -- you've
10  done a search for glove, and you've selected two
11  items from that search that are generally equivalent
12  items that are available from two different vendors?
13      A   Yes.  I mean, they are different
14  manufactured gloves, but they are both surgeon's
15  gloves that we buy both because doctors don't like
16  the same gloves.
17      Q   But they are both gloves that are used by
18  doctors in the surgery room?
19      A   Yes.
20      Q   Both about the same price?
21      A   Yes.
22      Q   Both about the same quality, probably?
23      A   Yes.
24      Q   Now let's go back to the find -- the
25  catalog search.  Let's start a new search here.

116

1      A   All right.
2      Q   And can you do a search for one of the
3  categories that you've defined through the inventory
4  class or the purchase class?
5      A   Yes.  These are all the products that our
6  environmental service department orders, and we have
7  them all characterized as clean for -- the
8  abbreviation for clean.
9      Q   Let's -- so we've -- now, we've done a
10  search for natural -- for items that match this
11  category of clean.  Let's choose a non-stock item
12  from this search result.  Let's -- a non-stock item.
13  Okay.  And this is a -- what is this NZ Clean?
14      A   EZ Clean.
15      Q   Oh, EZ Clean.  It's some sort of cleaning
16  product?
17      A   Yes.  No.  This is for -- no, this is
18  not.  This is -- let me go back.  It pulled that
19  because clean was in the description.  Here is one
20  that would have actually been like the mop.  This is
21  one that the purchasing class is clean.  These are
22  the mop heads that they use for environmental
23  services.  Our source vendor is Kelson and the
24  manufacturer is -- I think it's Wilber, and I'm not
25  sure.

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

117

1      Q   Let's add this to the shopping cart.

2      A   Okay.

3      Q   Now let's go back to the search result

4   page.

5      A   Okay.

6      Q   And let's search for clean again, the

7   category clean.  Let's select -- an item with a

8   different manufacturer or vendor that's also in this

9   category of the cleaning products.

10     A   This might not have been the best

11  category if you're looking for differences like that

12  simply because we just about all of our cleaning

13  stuff from one vendor.  That's how you get better

14  pricing.

15     Q   Okay.  Well, do you want to go to a

16  category that might not have multiple vendors?

17     A   Let's do needles.

18     Q   So you have a category set up as needles?

19     A   Yes.

20     Q   And let's select a non-stock item from

21  this category?

22     A   Okay.

23     Q   So the vendor is Bard Peripheral.

24     A   Yes.

25     Q   And they are also the manufacturer?

118

1      A   Yes.

2      Q   All right.  Let's add that to the

3   shopping cart.  And now let's go back to the search

4   result page, and search by the needle category again,

5   and let's select a different item that has -- select

6   an item with a different manufacturer.

7      A   Okay.  BD.  We get it through Seneca.

8      Q   Okay.  So let's add this.

9      A   Okay.

10     Q   This is another item that was -- and

11  let's delete that mop item.

12         So now you have in your cart two items

13  that we found through searching through the needle

14  category, and they are from different vendors,

15  correct?

16     A   Yes.

17     Q   Okay.  The first one we selected was

18  the -- was it the --

19     A   The biopsy needle.

20     Q   The biopsy needle?

21     A   Uh-huh.

22     Q   Let's delete that one.

23     A   Okay.

24     Q   Let's go back and do one more search

25  again for needles.

119

1      A   Okay.

2      Q   And let's choose a third item here

3   that -- let's choose a third item that is different

4   than the one that's in the basket.  The one in the

5   basket is a spinal needle, right?

6      A   Yes.  Here is a Cook biopsy needle.

7      Q   Okay.

8      A   And we buy it direct from Cook.

9      Q   Okay.  Let's add that one.

10     A   Okay.

11     Q   All right.  Let's checkout now.

12     A   Okay.

13     Q   All right.  So the requisition has been

14  processed, and it's automatically generating a

15  purchase order?

16     A   Correct.

17     Q   Okay.  Now let's go to the purchase order

18  module.

19     A   The PO 100?

20     Q   The PO 100, right, and let's create the

21  purchase order for the requisition we just did.

22         So you're walking through the same steps

23  that you had done before?

24     A   Yes.

25     Q   All right.  Now are you -- we're in the

120

1   print manager now to view the purchase order you just

2   made?

3      A   Yes.

4      Q   And so we're double clicking on that to

5   view the job, to view the purchase order?  I mean,

6   can we view the purchase order now?

7      A   Yes.  We should be able to, but for some

8   reason, it's not pulling up.  Hang on.  Let me see.

9      Q   Maybe it was the file underneath that

10  one.  There it is.  So let's take a look at the

11  purchase order here.

12     A   Okay.

13     Q   The first is the -- the first is the

14  biopsy needle --

15     A   Correct.

16     Q   -- that we searched for by using the

17  needle category, and we did a requisition and this

18  has -- do you recall who -- Cook is the vendor here?

19     A   Yes, and it's who we ordered from as

20  well.

21     Q   Okay.  Now let's look at the second.  The

22  second is a spinal needle that we --

23     A   Yes.  I think it was a Bard or a BD.

24     Q   Right.  Seneca Medical is the vendor?

25     A   Uh-huh.

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

121

```
 1        Q   And this was also done -- located through
 2   that category search for needle, correct?
 3        A   Yes.
 4        Q   Now, let's actually release these two
 5   purchase orders?
 6        A   Okay.  You go to PO 20.
 7        Q   This is releasing the first item that we
 8   purchased?
 9        A   And for this particular one, I can look.
10   I can tell you.  This is not an EDI order.  The next
11   one will be.
12        Q   Okay.
13        A   So I would go ahead and issue final and
14   either FAX it or call it in.
15        Q   For this one?
16        A   Uh-huh.  For this one you would.
17        Q   And the next one would be release through
18   EDI through your GHX, and then they are transmitted
19   every two hours during the day?
20        A   Yes.  And then now I have released the
21   second one for the spinal needles.
22        Q   Okay.  Now let's just go back to the
23   search by category again one more time.
24        A   Okay.
25        Q   And once you're there in search catalog.
```

122

```
 1   Let's search again for, you know, the item that we
 2   just searched for, the needle.  Just going to the
 3   needle.
 4        A   Okay.
 5        Q   Let's select any -- any one of these
 6   items here.  It doesn't matter as long as it is a
 7   non-stock.
 8        A   That's different spinal needle.
 9        Q   I just want to take a look --
10        A   Oh, you just want to look at this one.
11        Q   I just want to look at the item
12   description.
13        A   All right.  So can you describe to me all
14   the fields that are contained in this item
15   description?
16        A   First, of course, is just your quantity,
17   and that field can obviously be changed for whatever
18   quantity you're wanting to order.
19        A   The -- this is our item number, which is
20   the Lawson generated item number you need to -- our
21   Item Master List.  This is our description of the
22   product, the unit of measure, the cost per that unit
23   of measure and the dollars in which we pay, which are
24   U.S. dollars.
25        A   The source vendor this is our -- this is
```

123

```
 1   unique to us.  This is our vendor number for Seneca.
 2   The vendor we get it from is Seneca.  Their main
 3   location where the check would be cut when we pay
 4   them is in Cincinnati, Ohio.  The actual manufacturer
 5   for this product that we're getting from Seneca is
 6   BD, and the manufacturer --
 7        Q   Is that Becton, Dickinson?
 8        A   Yes.  The manufacturer -- the
 9   manufacturer number is the 405148.
10        A   Since we purchased this -- we don't buy
11   it directly from BD.  We get it through Seneca --
12   this is actually the number we use for ordering.
13   This is our vendor item number, and that's the
14   625277.  That's actually what we call Seneca's add
15   code.  It's their product number for this BD needle,
16   and you can see the source cost -- cost source.
17   Excuse me -- is last cost, and that means that this
18   particular item is not tied to a contract, and so
19   when -- when I requisition this, it's going back to
20   the last cost paid, which was $40 a box, and this
21   cost option we make -- we force our requisitioners if
22   there is no cost -- and this is only applicable to
23   special items that aren't in our Item Master List --
24   that you have to put a cost in.  They can't submit an
25   order without a cost.  They have to do their research
```

124

```
 1   to put a cost in.
 2        A   That's what each of those fields are for.
 3        Q   Can we go in and display all the items in
 4   the Item Master.
 5        A   Uh-huh.
 6        Q   Let's do that.  If we went to -- back to
 7   the IC 11.1 module, would that do it?
 8        A   No.  It pulls -- well, here is what you
 9   can do.  You can see it this way.  I guess -- this
10   may not be what you're looking for, but I can show
11   you IC 11, and this would give you an idea.  I could
12   have probably done it from right there, too.  We can
13   go right here (indicating).  This is going to show me
14   all the items in my Item Master List.
15        Q   Okay.
16        A   Okay.  And then I can search from here if
17   there's a particular item that I'm wanting to change
18   or do something to, and you can see that it just
19   keeps going and going.
20        Q   Does that pull up also the vendors for
21   each of those items?
22        A   It does once I go in here and select an
23   item.  I have to select it to be able to see more
24   information about it.
25        Q   To see the vendor.
```

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

125

1      Okay.  If we went into PO 13, would that
2  give us a vendor lest?
3          A  Once again, you're going to be able to
4  pick from the same type of item list.
5          Q  Select one to see the vendor.
6          A  Then you select it, and then, when you
7  select it, you can see the other information.
8          Q  Is there any way to see a list of all the
9  vendors in the Item Master without selecting
10 individually each item?
11         A  No.  I would have to write a report for
12 that.
13         Q  Do you know whether Blount uses something
14 called substitute vendor items?  It's PO 26.
15         A  Not that I'm aware of.
16         Q  Okay.  And is there any way that you're
17 aware of to search for manufacturer or a vendor in
18 the catalog search?
19         A  No.
20         Q  No.
21         MR. STRAPP:  All right.  Why don't
22 we go off the record.
23         THE VIDEOGRAPHER:  Going off the
24 record.
25         The time is 1:38-.,

126

1          (Brief pause.)
2  BY MR. STRAPP:
3          Q  Are you aware of the master terms and
4  conditions -- are you aware of master terms and
5  conditions that are part of the licensing agreement?
6          A  No.
7          Q  Do you know about whether there are any
8  restrictions or controls placed on how Blount can use
9  or modify the Lawson Software that it's licensed?
10         A  Not that I'm aware of.
11         MR. STRAPP:  I don't have any
12 further questions at this time.
13         MR. GRAHAM:  I have a few
14 questions.
15         EXAMINATION
16 BY MR. GRAHAM:
17         Q  Can you bring up RSS.  We'll start with
18 questions about the demo.  We're going to go through
19 and look at a lot of the same items Mr. Strapp had
20 asked you about.
21         Can we start with doing a search for
22 catheter.  Can you look for item number 2737.  I
23 think it's the second one.
24         A  I'm sorry.  This mouse is not
25 cooperating.

127

1          Q  Can you go ahead and add that to the
2  shopping cart.
3          A  Do you want me to delete the other one?
4          Q  Please.  And can you go back to the list
5  of catheters and add -- look for item 4161.  It
6  looks like it's at the bottom of the screen.  Right
7  now go ahead and add that to the cart also.
8          Looking at the description of item 4161,
9  do you know what a 12 French male tip catheter is?
10         A  No.
11         Q  And looking at the description of item
12 2737, do you know what a catheter Amplatz SF long is?
13         A  No.
14         Q  Is there any indication that one of these
15 catheters could be used in place of the other?
16         A  No.
17         Q  Is there any indication that these
18 catheters even perform the same function?
19         A  No.
20         Q  You can go ahead and erase those two.
21         Q  Okay.
22         Q  Can you do a search now for glove.  Glove
23 is one of your purchasing categories; is that
24 correct?
25         A  Yes.

128

1          Q  Can you look for item 2215.
2          A  Here it is.
3          Q  And can you go ahead and add that to the
4  shopping cart.
5          A  Yes.
6          Q  Go back to the list and search for the
7  item 976855.  I believe it was on the next page.
8  It's the last one there.
9          A  Do you want me to add this one?
10         Q  Yes, please.
11         A  Okay.
12         Q  Can you click on the item description of
13 item 2215.  I want to make sure we have the same
14 description or the right item.
15         A  Let me go back.
16         Q  I'm looking for -- that is the biogel
17 glove.  Mr. Strapp had some questions regarding the
18 quality of these gloves and whether or not they are
19 both used in surgery.
20         Do you know if -- for instance, if item
21 2215 was unavailable, if you could order 976855 in
22 its place?
23         A  I would not because these are physician
24 preference items, and it would be up to the
25 physician.  No.

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM



129

1   Q   Thank you.  You can go ahead and erase
2   those two.
3         Can you go back to the -- just the list
4   of items under -- search for glove.  And just
5   scrolling down this list if you look at item 2721.
6   A   Yes.
7   Q   This is a glove that costs roughly $3.38
8   for a box.  Do you know what a Positive Touch small
9   glove is?
10  A   No.
11  Q   Can you go back one.  And then can you
12  look at item 10048.  And this is a glove that costs
13  about $130 for a carton; is that correct?
14  A   A case.
15  Q   A case?
16  A   Uh-huh.
17  Q   And do you know what a glove -- Ansell
18  Micro Touch Nitrile glove is?
19  A   It's used in the OR.
20  Q   Generally how many different types of
21  gloves, if you know, are used in a hospital?
22  A   A lot.
23  Q   Do they vary in types?
24  A   Yes.
25  Q   And they vary in uses?

130

1   A   Yes.
2   Q   But they all fall under the glove product
3   category, purchase category?
4   A   Yes.
5   Q   Thank you.
6         Can you now do a search for needle.  And
7   needle is another Blount purchase order category?
8   A   Yes.
9   Q   Can you add item number 2108, and can you
10  go back to the list.  And please add item 2170.  Item
11  2170 says needle spine 25 gauge, and item number 2108
12  says needle biopsy 20 by 1310 centimeters.  Would
13  this indicate to you that these needles are used for
14  different purposes.
15  A   Absolutely.
16  Q   And could you use a biopsy needle for a
17  spinal needle?
18  A   No.
19  Q   Can you erase the spinal needle for me.
20  And can you go back to the needle list, and can you
21  add item number 2743.  Item number 2743 the
22  description is needle biopsy 1815 centimeters.
23  A   Yes.
24  Q   So this is another biopsy needle?
25  A   Correct.

131

1   Q   But it's a different size?
2   A   Yes.
3   Q   Could you use a 10 centimeter -- or do
4   you know if you could use a 10 centimeter needle for
5   a 15 centimeter needle?
6   A   I'm not a clinician, but I'm thinking --
7   I would say no.
8   Q   And do you have a rough estimate of how
9   many different types of needles are used at Blount
10  Memorial?
11  A   There's probably 2 or 300 in here at
12  least, but that's just me guessing.
13  Q   And to the best of your knowledge, they
14  are all used for different functions?
15  A   Yes.
16  Q   And they have different sizes?
17  A   Yes.
18  Q   And yet they all fall under the same
19  purchase category?
20  A   Yes.
21  Q   Thank you.  That's everything I have on
22  the demo.
23        I just have a few more questions on some
24  of the documents that we looked at earlier today.
25        Can you take a look at Exhibit No. 15.

132

1   It was the Lawson process diagrams.
2   A   Yes.
3   Q   Let me know when you're --
4   A   I have it.
5   Q   Please look at the page with the Bates
6   Number B3021, the back of the first page.  I just
7   want to take a look at this diagram for a second.
8         You testified that a Lawson consultant
9   was the person who uploaded the Item Master?
10  A   In the beginning, yes.  Items have been
11  added since, but during implementation, yes.
12  Q   Prior to the go-live?
13  A   Yes.
14  Q   And since the go-live, Blount employees
15  have added a couple?
16  A   Yes.
17  Q   Looking at this list, looking in the
18  third column under vendor item, is there a table with
19  all the vendor item information as opposed to the
20  Item Master?
21  A   Not that I'm aware of.  You can run
22  reports, but you have to build them.  There's -- I
23  don't know of one place you can go to that would have
24  that.
25  Q   How do you build one?

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

133

1     A   How do I build an item?

2     Q   Yes.  A vendor item.

3     A   You go and you have to fill out -- when

4   we went through the screen shots of IC 11, you start

5   there.  You add the item.  Then once it's built

6   there, you go to IC 12, and then you build another

7   piece of the item there, and then the final piece is

8   PO 13, and each of those screens has different

9   sections where you load information about the item.

10     Q   Who built the vendor items before the

11   go-live?

12     A   We built them in a spreadsheet ourselves,

13   and then we gave the spreadsheet to Katrina, our

14   consultant, who loaded them in Lawson.

15     Q   Okay.  Thank you.

16         You mentioned that you do not license

17   Punchout; is that correct?

18     A   Yes.

19     Q   Were you offered Punchout?

20     A   Yes.

21     Q   And why didn't you license Punchout?

22     A   Because we tried to control costs, and I

23   think that opens requisitioners to be able to go out

24   and look at items that we may not have under contract

25   price that we may not have the -- the MDS sheets on,

134

1   various reasons.  We like to control the products

2   that are being brought in from a safety standpoint as

3   well as a cost standpoint.

4     Q   I believe you said earlier you didn't

5   want them to have access to vendor catalogs?

6     A   Absolutely.

7     Q   So the system as it stands now does not

8   give users access to the catalog?

9     A   No.

10         MR. STRAPP:  Objection.  Calls for

11   a legal interpretation.

12   BY MR. GRAHAM:

13     Q   You also stated earlier that you're aware

14   that the Lawson system allows an item in the Item

15   Master to be associated with a primary vendor and a

16   secondary vendor; is that correct?

17     A   Yes.

18     Q   And do you have any item set up to do

19   that?

20     A   Not that I'm aware of.

21     Q   And do you know why Blount has chosen not

22   to set that up?

23     A   We just don't have a situation where that

24   is the case.  If -- you know, we track usage and

25   usage of a particular vendor and the dollar amount

135

1   spent with the vendor.

2         So if -- for example, if Bard had a

3   needle, we would set the Bard item up, and Bard would

4   be the primary needle.  If BD had a comparable

5   needle, we would set the BD item up as a separate --

6   I wouldn't set the primary vendor up as Bard as the

7   dictum and secondary BD.  I like to keep that

8   separate, but that's for my tracking and cost

9   analysis.

10     Q   Has Blount set up the Lawson system to

11   comparison shop for price for similar items?

12     A   No.

13     Q   Why hasn't it?

14     A   Well, we tend to -- we're part of a group

15   purchasing organization and we -- we go off their

16   contracts, and we want our volumes for similar items

17   to go to one vendor so that we get better pricing on

18   all of those items.

19         MR. GRAHAM:  That's all the

20   questions I have.  Thank you.

21         MR. STRAPP:  I just have a couple

22   more questions.

23             EXAMINATION

24   BY MR. STRAPP:

25     Q   You were just asked by Mr. Graham about

136

1   vendor catalogs.  Do you recall that in the context

2   of procurement Punchout?

3     A   Yes.

4     Q   Vendor chat log information would include

5   information about products that the vendor has in

6   stock, correct?

7     A   Yes.

8     Q   And the vendor catalog information is

9   included in the Item Master to the extent that you

10   carry items from a particular vendor, correct?

11     A   It might not be all of their catalog,

12   but, yes, the pieces that we use, yes.

13         MR. STRAPP:  Thank you.  I have no

14   further questions.

15         MR. GRAHAM:  No further questions.

16         THE VIDEOGRAPHER:  That's the end

17   of videotape deposition.

18         MR. STRAPP:  Hold on one second.

19   Before we go off the record, I want to

20   mention that there's a protective order

21   that's been entered by the court, that

22   the documents produced by Blount as well

23   as whatever portion of this deposition

24   transcript and the video that Blount

25   chooses to designate will be designated

Oliver, Kristy  [Blount] - video depo & demo  3/11/2010  9:31:00 AM

137

1    as confidential under the protective
2    order.
3        MR. MCDONALD:  We would designate
4    it all under the protective order.
5        MR. STRAPP:  Do you want to --
6        THE VIDEOGRAPHER:  That's the end
7    of the videotape deposition.
8        MR. MCDONALD:  Do you want to look
9    at this before it's typed, or are you
10   comfortable with where you are?
11       THE WITNESS:  I'm comfortable with
12   it if you're okay with it, Mr. McDonald.
13       MR. MCDONALD:  There's only one
14   issue -- see, I can't talk to you and
15   that may be some confusion on my part,
16   but there was one exhibit --
17       MR. STRAPP:  Do you want to stay on
18   the record?
19       MR. MCDONALD:  We probably want to
20   go off.
21       THE VIDEOGRAPHER:  This is the end
22   of videotape number two.
23       The time is 2:02.,
24       (Brief pause.)
25       THE VIDEOGRAPHER:  We're back on

138

1    the record.
2        The time is 2:08.,
3    BY MR. STRAPP:
4        Q   Ms. Oliver, can you please look at
5    Deposition Exhibit 8 for one moment and turn to the
6    final page of the document.  It's Bates Stamped B879.
7        A   8 you said?
8        Q   Yes, Exhibit 8.  Do you recall testifying
9    earlier today that Ms. Rice, the consultant from
10   Lawson, had uploaded to the Item Master a few
11   contracts from vendors?  Yes?
12       A   Yes.
13       Q   And do you see in this e-mail here that
14   Ms. Rice writes to you dated November 20th that she
15   mentions that she has been given approximately 110
16   contracts to load?
17       A   I either made a mistake or maybe she
18   didn't get them loaded.  To be honest, I'm just not
19   sure.  I didn't think we had that many loaded in the
20   system, but I could be wrong, and I may have just
21   made an error.
22       I didn't think we got that many done
23   before the go-live because it was kind of towards the
24   end of the process, and so that might have just been
25   my error.

139

1        MR. STRAPP:  Thank you.  I have no
2    further questions.
3        MR. GRAHAM:  No further questions.
4        THE VIDEOGRAPHER:  That's the end
5    of videotape number two.
6        The time is 2:09.,
7
8        (Thereupon, the deposition was
9    concluded at approximately 3:05,
10   p.m.)
11
12                    *  *  *
13
14
15
16
17
18
19
20
21
22
23
24
25

140

1              D I S C L O S U R E
2
3    STATE OF GEORGIA    )  DEPOSITION OF:
4
5    FULTON COUNTY      )  KRISTY OLIVER
6
7        Pursuant to Article 8.B of the Rules and
8 .  Regulations of the Board of Court Reporting of the
     Judicial Council of Georgia, I make the following
   .  disclosure:
9
10       I am a Georgia Certified Court Reporter.  I am
     here as a representative of Huseby, Incorporated.
11       Huseby, Incorporated was contacted by the
   .  offices of Goodwin Procter to provide court reporting
12   services for this deposition.  Huseby, Incorporated
   .  will not be taking this deposition under any contract
13   that is prohibited by O.C.G.A. 15-14-37 (a) and (b).
14       Huseby, Incorporated has no contract or
   .  agreement to provide court reporting services with
15   any party to the case, or any reporter or reporting
   .  agency from whom a referral might have been made to
16   cover the deposition.
17       Huseby, Incorporated will charge its usual and
   .  customary rates to all parties in the case, and a
18   financial discount will not be given to any party in
   .  this litigation.
19
20
21
22 .        _____
            Tanya L. Verhoven-Page,
23 .        Certified Court Reporter,
   .        B-1790.
24 .
25

Oliver, Kristy  [Blount) - video depo & demo  3/11/2010  9:31:00 AM



141

```
 1              C E R T I F I C A T E
 2
 3    STATE OF GEORGIA:
 4    FULTON COUNTY:
 5
 6            I hereby certify that the foregoing
 7       deposition was reported, as stated in the
 8       caption, and the questions and answers
 9       thereto were reduced to written page
10       under my direction, that the preceding
11       pages represent a true and correct
12       transcript of the evidence given by said
13       witness.
14            I further certify that I am not of
15       kin or counsel to the parties in the
16       case, am not in the regular employ of
17       counsel for any of said parties, nor am I
18       in any way financially interested in the
19       result of said case.
20            Dated this 26th day of March, 2010.
21
22                    _____
  .              Tanya L. Verhoven-Page,
23               Certified Court Reporter,
  .                  B-1790.
24
25
  .
  .
```

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 9th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF EPLUS'S OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS AND SUMMARY OF THE DEPOSITION OF KRISTY OLIVER AND COUNTER-DESIGNATIONS**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis. MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonscrvicc@)merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

_____
*/s/*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com