**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| *e*PLUS, INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 3:09-CV-620 (REP)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LAWSON SOFTWARE, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S DEPOSITION**
**DESIGNATIONS AND SUMMARY OF THE DEPOSITION OF GERARD WISSING**
**AND COUNTER-DESIGNATIONS**

Plaintiff, *e*Plus, Inc. ("*e*Plus"), through counsel, hereby submits the following general and

specific objections to Defendant Lawson Software, Inc.'s Deposition Designations and summary

of the deposition of Gerard Wissing and offers the following counter-designations:

**General Objections**

1. <u>Best Evidence</u>:  Defendant repeatedly questioned Mr. Wissing about the contents

of documents which he never saw prior to his deposition.  In responding to Defendant's

questions, Mr. Wissing merely restated what was written in the actual document.  Defendant

must introduce into evidence the underlying documents – not testimony as to the contents of

such documents.  *See* Fed. R. Evid. 1002 ("To prove the content of a writing . . . the original

writing . . . is required"); *see also* Fed. R. Evid. 1004 ("other evidence of the contents of a

writing is admissible" only if originals are lost, destroyed, not obtainable or possessed by

opponent or are "not closely related to a controlling issue").

2. <u>Scope/ Foundation</u>:  Defendant questioned Mr. Wissing about certain SAP

products, including whether SAP "sells" those products, the features and functionality of those

products and the product change history for those products without first establishing that Mr.

Wissing had any personal knowledge about those products.  As noted by Mr. Wissing's attorney,

these questions were also outside the scope of testimony for which Mr. Wissing was designated

to testify on behalf of SAP.  Mr. Wissing's speculative responses and assumptions are not

admissible evidence.

3.    Undue prejudice as to testimony concerning specific products:  Defendant

attempted to solicit testimony as to whether SAP currently sells certain products.  This testimony

is irrelevant and unduly prejudicial since Defendant did not solicit testimony as to whether

products currently sold by SAP are licensed under the patents-in-suit or even whether the

products currently sold possess the same features and functionality as the products accused of

infringement of *e*Plus in the *SAP* litigation.

## Specific Objections

| Defendant's Designations | *e*Plus's Objections | *e*Plus's Objections to Defendant's Deposition Summary |
|---|---|---|
| 6:8-7:7 | | |
| 7:8-17 | | |
| 7:18-8:17 | | |
| 8:18-9:3 | | |
| 9:4-8 | | |
| 11:3-4 and 12-13 | Vague and ambiguous (as to what SAP AG "does"); 401 (conduct of SAP AG is not relevant) | |
| 17:3-7 and 15 | Vague and ambiguous (as to "ERP software applications" and "the biggest sellers of ERP software applications"); 602; 401/ 403 | |
| 25:21-26:3 | Vague and ambiguous (as to what the *e*Plus/ SAP litigation was "about"); scope | |
| 26:20-23 | | |
| 27:15-28:4 | 901 (the witness testified that he had never seen, and was not familiar with, the document (28:5-8)); 602; | |

2

| Defendant's Designations | *e*Plus's Objections | *e*Plus's Objections to Defendant's Deposition Summary |
|---|---|---|
| | 1002/1004 | |
| 29:13-23 | Vague and Ambiguous (as to how the *e*Plus/ SAP litigation was "resolved"); 901; 602; 1002/1004 | |
| 31:2-8 | 602; 901; 1002/1004 | |
| 31:17-20 | 602; 901; 1002/1004 | |
| 32:17-21 | 602; 901; 1002/1004 | |
| 35:7-36:1 | Vague and ambiguous (as to whether SAP continues to "sell" certain products); 401/ 403; 602 | |
| 36:11 | | |
| 37:18-38:1, 4-8 and 13 | Scope; 602; 1002/1004 | |
| 38:14 | | |
| 39:10-42:19 | 401/403; 602; 1002/1004 | |
| 43:16-24 | Vague and ambiguous (as to "SAP's ERP product"); 401/403; 602 | |
| 44:4-7 | 401/403; 602 | |
| 44:8 | | |
| 45:5-16 | 401/403; 602 | |
| 47:10-19 | Vague and ambiguous (as to "SAP's CRM software product"); Incomplete testimony; 401/403; 602 | |
| 48:4-7 | 602 | |
| 48:8-20 | Vague and ambiguous (as to "Business Suite products," "SRM products," "ERP products" and "CRM products"); 401/403; 602 | |
| 49:12-51:11 | Vague and ambiguous (as to "changes to" SAP's products "because of any products owned by *e*Plus"); 401/403; 602 | |
| 52:5-16 | | |
| 53:21-23 | 901 | |
| 54:3-10 | Vague and ambiguous (as to "software support services offered by SAP"); Scope; 401/403; 602; 901; 1002/1004 | |
| 54:25-55:15 | Vague and ambiguous (as to "services for implementing its software applications"); Scope; 401/403; 602 | |
| 56:15-16 | | |
| 57:2-4, 10-11 and 14-15 | Vague and ambiguous (as to "catalog | |

| Defendant's Designations | *e*Plus's Objections | *e*Plus's Objections to Defendant's Deposition Summary |
|---|---|---|
| | content management product"); Scope; 401/403; 602; 1002/1004 | |
| 58:1-4 | 401/403; 602 | |
| 63:2-9 | 401/403 | |
| 63:17-64:4 | 401/403 | |
| 70:23-71:11 | Vague and ambiguous (as to SAP's products); 401/403; 602 | |
| 83:6-84:4 | 401/403; 602 | |

| *e*Plus's Counter-Designations |
|---|
| 26:24-27:1 |
| 28:5-8 |
| 29:10-12 |
| 31:9-16 |
| 47:20-21 |
| 47:24-48:3 |
| 48:21-23 |
| 49:4 |
| 57:16-18 |
| 57:22-25 |
| 70:4-5 |
| 70:10-12 |
| 70:17-20 |
| 70:22 |
| 73:1-6 |
| 73:13-14 |
| 73:19-25 |
| 74:9-75:13 |
| 75:24-77:6 |
| 77:15-78:2 |
| 79:24-80:1 |
| 80:11-14 |
| 80:19-81:11 |
| 81:16-20 |

Respectfully submitted,


_____/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
cmerritt@cblaw.com
hwillett@cblaw.com


Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
SRobertson@goodwinprocter.com
JAlbert@goodwinprocter.com
DYoung@goodwinprocter.com


Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
MSrapp@goodwinprocter.com
JClements@Goodwinprocter.com

*Attorneys for Plaintiff, ePlus Inc.*


Dated:  August 9, 2010


5

## Gerard Wissing (May 11, 2010) – Rebuttal Summary

At the time of his deposition, Mr. Wissing was the Chief Operating Officer for the global Intellectual Property Group at SAP, AG. (6:19-21). Mr. Wissing does not recall what patents *e*Plus asserted against SAP or what SAP products *e*Plus asserted infringed the patents-in-suit. (26:24 – 27:1; 29:10-12; 70:4-5; 70:10-12; 70:17-20; 70:22). Although Mr. Wissing was asked questions about the licensing agreement between SAP and *e*Plus, he testified that he had never seen the document before Lawson's counsel provided it to him at the deposition. (28:5-8). Mr. Wissing testified that, according to the license agreement given to him by Lawson, SAP paid to *e*Plus $17.5 million. (80:23 – 81:11; 81:16-20).

Mr. Wissing has never analyzed whether any SAP product is covered by the *e*Plus patents. (73:20-25; 74:9 – 75:3). According to Mr. Wissing, SAP has never admitted that its products are covered by the *e*Plus patents. (80:11-14; 80:19-22). He did not know whether the license agreement contained a license to the patents-in-suit. (31:9-16). Mr. Wissing does not know whether *e*Plus ever asked SAP to mark any products with *e*Plus patent numbers. (48:21-23; 49:4).

Mr. Wissing was asked about several documents located on the SAP website and he testified that he had never seen any of them before the deposition. (47:20-21; 47:24 – 48:3). Based on his review of the exhibits given to him by Lawson, Mr. Wissing testified that none of the documents given to him contain any patent numbers. (75:4-13; 75:24 – 77:6). He also testified that he was not familiar with SAP's catalog content management product. (57:16-18; 57:22-25).

Page 1

1          IN THE UNITED STATES DISTRICT COURT
2          FOR THE EASTERN DISTRICT OF VIRGINIA
3                    RICHMOND DIVISION
4     - - - - - - - - - - - - - - - - - -x
5     EPLUS, INC.,                :
6
              Plaintiff,          :
7
                                  :
8          -against-         Civil Action No.
                             :09-CV-620
9     LAWSON SOFTWARE, INC.,
                                  :
10             Defendant.
                                  :
11    - - - - - - - - - - - - - - - - - -x
12
13         VIDEOTAPED DEPOSITION of SAP, A.G., by GERARD
14    WISSING, taken by Defendant at the offices of Howrey,
15    LLP, 601 Lexington Avenue, New York, New York 10022,
16    on Tuesday, May 11, 2010, commencing at 12:02 o'clock
17    p.m., before Annette Forbes, a Certified Shorthand
18    (Stenotype) Reporter and Notary Public within and for
19    the State of New York.
20
21
22
23
24
25

Page 2

1     A P P E A R A N C E S:
2
3         GOODWIN PROCTOR, LLP
             Attorneys for Plaintiff
4            901 New York Avenue
             Washington, D.C.  20001
5     BY:  SCOTT ROBERTSON, ESQ.
             (Appearing via teleconference)
6
7
8         MERCHANT & GOLD, P.C.
             Attorneys for Defendant
9            1050 17th Street, Suite 1950
             Denver, Colorado  80265
10
          BY:  KIRSTIN STOLL-DEBELL, ESQ.
11           (Appearing via teleconference)
12
13
14        HOWREY, LLP
             Attorneys for SAP, America
15            and the Witness
             1950 University Avenue
16           East Palo Alto, California 94303
17    BY:  WILL NELSON, ESQ.
18           (Appearing via teleconference)
19                -and-
20        HOWREY, LLP
             601 Lexington Avenue
21           New York, New York  10022
22    BY:  R. COREY WORCESTER, Esq., of Counsel
23
24
25

Page 3

1     A P P E A R A N C E S (Continued):
2         KEVIN HAMEL, ESQ
             Attorneys for SAP, America
3            3999 West Chester Pike
             Newtown Square, Pennsylvania 19073
4         (Appearing via teleconference)
5
6     ALSO PRESENT:
7         Michael Bennett
             Videographer
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1              THE VIDEOGRAPHER:  We are now
2     on the record beginning approximately
3     12:02 p.m., May 11, 2010.
4              This is the deposition of SAP,
5     S.A. by Gerard Wissing, taken in the
6     matter of ePlus, Inc, plaintiff,
7     versus Lawson Software, Inc.,
8     defendant, in the United States
9     District Court for the Eastern
10    District of Virginia, Richmond
11    Division, Civil Action No. 309-CV-620.
12             The location at which this
13    deposition is being taken is the
14    offices of Howrey, LLP, located at 601
15    Lexington Avenue in New York, New
16    York.
17             Present along with Mr. Wissing
18    is the stenographic reporter, Annette
19    Forbes, and currently speaking, the
20    videographer, Michael Bennett,
21    representing Pro Systems Court
22    Reporting and Video Services, 4305
23    Bryant Avenue South, Minneapolis,
24    Minnesota.
25

**Page 5**

1  Would counsel please identify
2  themselves.
3  MR. WORCESTER:  Corey
4  Worcester on behalf of Mr. Wissing and
5  SAP.
6  MR. NELSON:  Will Nelson on
7  behalf of SAP and Mr. Wissing, from
8  the Howrey firm, as well.
9  MS. STOLL-DEBELL:  Kirstin
10  Stoll-Debell with the firm of Merchant
11  & Gould, on behalf of Lawson Software,
12  Inc.
13  MR. ROBERTSON:  This is Scott
14  Robertson, Goodwin, Proctor, on behalf
15  of plaintiffs, ePlus, Inc.
16  MR. HAMEL:  Kevin Hamel on
17  behalf of SAP.
18  THE VIDEOGRAPHER:  Thank you
19  very much.
20  Will the reporter please swear
21  in the witness.
22
23
24
25

**Page 6**

1  G E R A R D    W I S S I N G, called as a
2  witness, having been first duly sworn by
3  Annette Forbes, a Notary Public within and
4  for the State of New York, was examined and
5  testified as follows:
6  DIRECT EXAMINATION
7  BY MS. STOLL-DEBELL:
8  Q  Good morning, Mr. Wissing.
9  A  Good morning.
10  Q  Would you spell your name for the
11  record, please?
12  A  Sure.  The name is Gerard,
13  G-E-R-A-R-D, Wissing, W-I-S-S-I-N-G.
14  Q  What is your business address?
15  A  It's at 3999 West Chester Pike,
16  Newtown Square, Pennsylvania.
17  Q  Do you work for SAP America, Inc.?
18  A  No.  I work for SAP, A.G.
19  Q  What do you do you for SAP, A.G.?
20  A  I am the chief operating officer for
21  the global IP Group for SAP, AG.
22  Q  How long have you had that position?
23  A  For about two years.
24  Q  How long have you worked for SAP,
25  A.G.?

**Page 7**

1  A  Since 2005.
2  Q  So what position did you have before
3  your current position?
4  A  When I first started, trying to
5  think back, I believe it was senior counsel, and
6  then I became what they called chief of staff and
7  then chief operating officer.
8  Q  Where did you work before SAP, A.G.?
9  A  I was with Computer Associates
10  International, Inc.
11  Q  How long did you work there?
12  A  Five years.
13  Q  Generally, what did you do for
14  Computer Associates?
15  A  I was the vice president and
16  assistant general counsel for intellectual
17  property.
18  Q  Where did you work before Computer
19  Associates?
20  A  I was a senior associate at Thelen,
21  Reid & Priest.
22  Q  Would you spell that for me, please?
23  A  Thelen, T-H-E-L-E-N, Reid, R-E-I-D,
24  I believe, & Priest, P-R-I-E-S-T.
25  Q  How long were you there,

**Page 8**

1  approximately?
2  A  Approximately two years.
3  Q  Did you work any other place before
4  that?
5  Q  Yes.
6  Q  Yes.
7  A  Prior to that, I was a senior
8  associate at Cooper & Dunham, LLP.
9  And prior to that I was an associate
10  with Dilworth, D-I-L-W-OR-T-H, & Barresse,
11  B-A-R-R-E-S-S-E, LLP.
12  Prior to that I was a law clerk with
13  Morgan & Finnegan.
14  And prior to that I was an engineer
15  for Eaton Corporation, E-A-T-O-N, AIL Division.
16  Q  What kind of engineer?
17  A  Electrical engineer.
18  Q  Where did you go to law school?
19  A  St. John's University School of Law.
20  Q  When did you graduate?
21  A  1991.
22  Q  Where did you go to college?
23  A  New York Institute of Technology.
24  Q  What degree did you get?
25  A  Bachelor of science in electrical

9

1   engineering.

2       Q    When did you get that?

3       A    1985.

4       Q    Are you a patent attorney?

5       A    I'm a registered patent attorney,

6   yes.

7       Q    When did you get your registration?

8       A    1991.

9       Q    Of all of the different positions

10   that you just described, did you generally

11   practice patent law in all of those?

12          MR. NELSON:  Objection.

13          Vague.

14      Q    Let me ask a better question.

15          Of any of the positions that you

16   described, were there any that you did not

17   practice patent law?

18      A    Yes.

19      Q    Which one?

20      A    Eaton Corporation, AIL Division.

21      Q    Anything else?

22      A    No.

23      Q    Have you ever been deposed before?

24      A    Yes.

25      Q    How many times?

10

1       A    On two occasions.

2       Q    When was the first one?

3       A    I have to think that one through.

4           It was in the 1990s.  I don't

5   remember the exact year.

6       Q    What about the second?

7       A    Early two thousand -- probably the

8   2002, 2003 time frame.

9       Q    So for neither one of those were you

10   working for SAP; is that right?

11      A    Correct.

12      Q    What is the difference between SAP,

13   A.G. and SAP America, Inc.?

14          MR. NELSON:  I object.

15          Outside the scope of the topics.

16          Mr. Wissing, if you know the

17   answer, go ahead.

18      A    I don't know the technical

19   difference.  One is a U.S. subsidiary, I believe,

20   of the parent company.

21      Q    Which one is the subsidiary?

22      A    SAP Americas, Inc.

23          But, as I said, I don't know the

24   technical structure legally.

25      Q    So you think SAP, A.G. is the

11

1   parent?

2       A    Correct.

3       Q    Can you tell me a little bit about

4   SAP, A.G., what kind of, what does it do?

5          MR. NELSON:  Objection.

6          Vague.  It's also outside the

7   scope of the testimony for which we

8   agreed to provide a witness.

9          Mr. Wissing, if you have any

10   personal information to offer, go

11   ahead.

12      A    SAP is an independent business

13   software vendor.

14      Q    So SAP sells software?

15      A    Yes.  Well, I believe we license

16   software.

17      Q    What kind of software?

18          MR. NELSON:  I have the same

19   objection.

20          Go ahead, Mr. Wissing.

21      A    Based on what I know, business

22   application software.

23      Q    Have you heard the term enterprise

24   resource planning software?

25      A    Yes.

12

1       Q    What is your understanding of that

2   term?

3          MR. NELSON:  I object.

4          It's outside the scope for

5   which SAP has agreed to provide a

6   witness.

7          Mr. Wissing, I suppose you if

8   you have an understanding, go ahead

9   and answer.

10          If you don't, say you don't

11   know.

12      A    I don't know.

13      Q    I would like to have you look at

14   Exhibit 53.

15          MR. NELSON:  Kirstin, give us

16   all a minute to get there, if you

17   would, please.

18          MS. STOLL-DEBELL:  Sure.  No

19   problem.

20          This is going to have Bates

21   Nos. SAP America 00030 to 00060, I

22   believe.

23          MR. WORCESTER:  Kirstin, I'm

24   going to look at it before the witness

25   does.

Wissing - 30(b)(6), Gerard   5/11/2010  12:00:00 PM

13

1       Could you read off the Bates

2 numbers for me again?

3       MS. STOLL-DEBELL:  Sure.  It's

4 Exhibit 53, SAP America, 00030 to,

5 actually, I think it's 00065.

6       MR. WORCESTER:  Okay.

7       MS. STOLL-DEBELL:  Let me know

8 when you are ready.

9       MR. NELSON:  While the witness

10 is looking at it, I just want to

11 clarify the record.

12       This has Bates stamps that are

13 different than what we have stamped.

14       I take it this is something

15 that I had sent to your associate

16 earlier and that you guys stamped

17 yourselves?

18       MS. STOLL-DEBELL:  That's

19 right, but I think it's the same

20 thing.

21       MR. NELSON:  I think it is,

22 too.  I just want to make clear on the

23 record that the Bates is yours.

24       MS. STOLL-DEBELL:  Right.

25       MR. WORCESTER:  I have just

14

1 handed the exhibit to Mr. Wissing.

2       Mr. Wissing, if you could look

3 at it for a moment and then when you

4 are ready, I will let counsel know.

5    A    (Perusing document.)  Okay.

6 BY MS. STOLL-DEBELL:

7    Q    Mr. Wissing, have you seen this

8 document before?

9       MR. NELSON:  Mr. Wissing, I

10 want to give you an instruction here,

11 because you may have seen this

12 document and other documents like this

13 in connection with your preparation.

14       I'm going to instruct you that

15 you can answer that question yes or

16 no, but not to discuss the substance

17 of the discussions you may have had

18 with your attorney about this.

19       Do you understand that

20 instruction?

21       THE WITNESS:  Yes.

22       MR. NELSON:  Go ahead and

23 answer the question.

24       MR. WORCESTER:  Can you repeat

25 the question, Kirstin?

15

1 BY MS. STOLL-DEBELL:

2    Q    Yes.

3       Have you seen this document before,

4 Exhibit 53?

5    A    Yes.

6    Q    What is it?

7    A    It says it's from AMR Research.  It

8 has on it, it says ERP 2007 Market Sizing Series.

9       It says the ERP Market Sizing

10 Report, 2006-2011.

11    Q    Let's look at -- well, can you tell

12 me what your understanding of the contents of this

13 document are?

14    A    I don't have any understanding.

15    Q    To back up a little bit, what are

16 your job duties in your current position as chief

17 operating officer for Global IT?

18       MR. NELSON:  Mr. Wissing, just

19 a general cautionary instruction.

20       You can answer this question

21 as to your general responsibilities,

22 but I would ask you to keep out of

23 your answer any specific information

24 about the work that you do for SAP

25 because most of it would be

16

1 privileged, I would suspect.

2    A    My general responsibilities are to

3 assist and counsel the chief IP officer and the

4 executive board for the company on intellectual

5 property matters.

6    Q    Do you see documents like Exhibit 3

7 as part of your job duties?

8       MR. NELSON:  Objection.

9       Vague.

10    A    No.

11    Q    Have you seen Exhibit 3, other than

12 in connection with getting prepared for this

13 deposition?

14    A    I'm sorry, Exhibit 3?

15    Q    53.  I'm sorry, if I said 3, I'm

16 mistaken.

17    A    I'm sorry.  Can you repeat the

18 question?

19    Q    Yes.

20       Have you seen Exhibit 53 otherwise

21 than as preparing for your deposition?

22    A    No.

23    Q    Did you read Exhibit 53 while

24 preparing for your deposition?

25       MR. NELSON:  You can answer

17

| | |
|---|---|
| 1 | that question yes or no. |
| 2 | A    No. |
| 3 | Q    Does SAP license ERP software |
| 4 | applications? |
| 5 | A    Yes. |
| 6 | Q    How does SAP rank among the biggest |
| 7 | sellers of ERP software applications? |
| 8 | MR. NELSON:  Objection. |
| 9 | Vague.  I'll also object, it's |
| 10 | outside the scope for which this |
| 11 | witness has been designated. |
| 12 | If you have an answer, |
| 13 | Mr. Wissing, to your personal |
| 14 | knowledge, you may answer. |
| 15 | A    I believe we are the market leader. |
| 16 | Q    Let's look at Page 2 of Exhibit 53. |
| 17 | MR. WORCESTER:  When you say |
| 18 | Page 2, Kirstin, do you mean the table |
| 19 | of contents, which is the second page |
| 20 | of the document, or the document |
| 21 | numbered 2, the page numbered 2? |
| 22 | MS. STOLL-DEBELL:  I mean page |
| 23 | 2 of the document, which also has a |
| 24 | Bates number of SAP America 00033. |
| 25 | MR. WORCESTER:  Okay. |

18

| | |
|---|---|
| 1 | BY MS. STOLL-DEBELL: |
| 2 | Q    Mr. Wissing, does this confirm your |
| 3 | understanding that SAP is the market leader for |
| 4 | ERP software applications? |
| 5 | MR. NELSON:  Can I hear the |
| 6 | question again?  I'm sorry, Kirstin. |
| 7 | Q    That's okay. |
| 8 | Does this confirm your understanding |
| 9 | that SAP is the market leader for ERP software |
| 10 | applications? |
| 11 | MR. NELSON:  I will object. |
| 12 | It's vague. |
| 13 | I'll also object it's outside |
| 14 | the scope of the topics for which the |
| 15 | witness has been designated. |
| 16 | A    I haven't read the page, so I don't |
| 17 | know what it says. |
| 18 | Q    Take a minute to look at it, and |
| 19 | specifically you can look at the second bullet |
| 20 | point on the top of the page. |
| 21 | A    So I have looked at the second |
| 22 | bullet. |
| 23 | Q    Can you answer my question? |
| 24 | MR. NELSON:  I'm going to |
| 25 | object, again, on the same grounds. |

19

| | |
|---|---|
| 1 | Kirstin, I'm not trying to be |
| 2 | obstructionist here.  It says what it |
| 3 | says.  He told you his view. |
| 4 | I don't know what you want him |
| 5 | to do with this. |
| 6 | MS. STOLL-DEBELL:  I want him |
| 7 | to answer the question so we can move |
| 8 | on. |
| 9 | A    Please repeat the question again |
| 10 | now. |
| 11 | Q    Sure.  Does this confirm your |
| 12 | understanding that SAP is the market leader for |
| 13 | ERP software applications? |
| 14 | MR. NELSON:  Same objection. |
| 15 | It's outside the scope.  Same |
| 16 | objection, it's vague. |
| 17 | I will also object to the lack |
| 18 | of foundation. |
| 19 | A    I can tell you what the document |
| 20 | says. |
| 21 | "Oracle and SAP continue to dominate |
| 22 | the market among very large global companies." |
| 23 | Q    Let's look at Page 5 of this |
| 24 | document, which has the Bates number SAP America |
| 25 | 00036. |

20

| | |
|---|---|
| 1 | A    Okay. |
| 2 | Q    My question to you is can you tell |
| 3 | me generally what SAP's licensing revenues are for |
| 4 | ERP software applications? |
| 5 | MR. NELSON:  Objection. |
| 6 | It's outside the scope for |
| 7 | which this witness has been offered. |
| 8 | Objection.  Calls for |
| 9 | speculation, lacks foundation, as |
| 10 | well. |
| 11 | A    I don't know. |
| 12 | Q    Does this page indicate some revenue |
| 13 | numbers for SAP for a licensing revenue for ERP |
| 14 | applications? |
| 15 | MR. NELSON:  Same objection. |
| 16 | Calls for speculation. |
| 17 | A    I don't know. |
| 18 | Q    Look at the top of the page.  There |
| 19 | is a table there. |
| 20 | Do you see that? |
| 21 | A    I see table one.  "ERP vendors |
| 22 | ranked by application revenue, 2005 to 2006." |
| 23 | Q    I apologize for interrupting you. |
| 24 | Do you see SAP is listed there? |
| 25 | A    I see SAP is listed, yes. |

Wissing - 30(b)(6), Gerard   5/11/2010  12:00:00 PM

21

1    Q    Do you see revenues for 2005, 2006?
2         MR. NELSON:  I'll object to
3    the lack of foundation.
4         Calls for speculation.  The
5    document speaks for itself.
6    Q    Mr. Wissing, do you see that?
7    A    I see that, yes.
8    Q    Do you have any reason to believe
9    that this information is not accurate?
10        MR. NELSON:  Objection.
11        It's outside the scope.  Calls
12    for speculation.
13   A    I do not know.
14   Q    You do not know whether it's
15   accurate?
16   A    I don't know.
17   Q    Do you have any reason to believe
18   it's not accurate?
19        MR. NELSON:  Same objection.
20   A    Again, as I said, I don't see these
21   documents, so I don't know.
22   Q    This document was provided to us in
23   response to the subpoena that was served on SAP;
24   isn't that right?
25   A    That is my understanding.

22

1    Q    Let's look at Exhibit 52, please,
2    which has Bates numbers SAP America 00001 through
3    00029?
4         MR. NELSON:  That's 52?
5         MS. STOLL-DEBELL:  Yes.
6         MR. NELSON:  Okay.  Thank you.
7         MR. WORCESTER:  Mr. Wissing,
8    take a moment to familiarize yourself
9    with the document and then when you
10   are ready, let Ms. Kirstin know.
11   A    (Perusing document.) Okay.
12   Q    Mr. Wissing, what is Exhibit 52?
13   A    It says "IDC market analysis.
14   Worldwide ERP applications, 2008-2012 forecast and
15   2007 vendor shares."
16   Q    Have you seen this document before?
17        MR. NELSON:  Mr. Wissing, same
18   objection.
19        You may answer yes or no, but
20   don't reveal the substance of any
21   communications you may have had about
22   this document.
23   A    Yes.
24   Q    Have you seen it other than in
25   connection with preparing for this deposition?

23

1    A    No.
2    Q    What is IDC?
3    A    I don't know.
4    Q    This document was produced to Lawson
5    in response to the subpoena we served on SAP; is
6    that correct?
7    A    That is my understanding.
8    Q    Do you have any reason to believe
9    that the contents of this exhibit are not
10   accurate?
11        MR. NELSON:  Objection.
12        Calls for speculation.
13   A    I don't know.
14   Q    You said that SAP licenses ERP
15   software applications.
16        That's correct, right?
17   A    I said it licenses ERP software,
18   yes.
19   Q    Does SAP also license or sell
20   hardware as part of an integrated solution with
21   its ERP software applications?
22        MR. NELSON:  I will object.
23        It's outside the scope for
24   which SAP has agreed to provide a
25   witness.

24

1         In future objections, to save
2    everybody time, I'm just going to say
3    objection to scope.
4         MS. STOLL-DEBELL:  That would
5    be wonderful.
6         MR. NELSON:  So you all
7    understand that's what I mean.
8         I will also object that it
9    calls for speculation.
10   A    I don't know.
11   Q    Let's look at Exhibit 55, which has
12   Bates Nos. L0378497.
13   A    I'm not there yet.
14   Q    Through 378500, for the record.
15        MR. WORCESTER:  Once again,
16   Mr. Wissing, please review the
17   document, let counsel know when you
18   are ready.
19   A    (Perusing document.) Okay.
20   Q    Have you seen this before?
21        MR. NELSON:  Mr. Wissing, same
22   objection as before.
23        You can answer yes or no, but
24   don't reveal the contents of
25   communications you may have had about

Wissing - 30(b)(6), Gerard   5/11/2010  12:00:00 PM

25

1        this document with counsel.
2            If there is something outside
3        of that, go ahead.
4        A    Yes.
5        Q    Is this a brochure that is currently
6    available on SAP's public web site?
7        A    I believe that it is, yes.
8        Q    What is it?
9            MR. NELSON:  Objection.
10           Vague.
11       A    It says, "SAP Business All-In-One.
12   Fast Start Program.  Get from evaluation to
13   implementation - fast."
14       Q    Do you have any knowledge about
15   SAP's business all-in-one fast start program other
16   than looking at this document in connection with
17   getting ready for your deposition?
18           MR. NELSON:  Objection.
19           Scope.
20       A    No.
21       Q    I would like to talk to you now
22   about the lawsuit between ePlus and SAP.
23           What was this lawsuit about?
24           MR. NELSON:  Objection.
25           Scope.

26

1            If you know, Mr. Wissing.
2        A    It was a patent infringement
3    lawsuit.
4        Q    Were you involved at all in the
5    lawsuit while it was happening?
6            MR. NELSON:  I will offer an
7        objection that it's vague.
8            I also want to caution you, I
9        don't know what your answer is,
10       Mr. Wissing, but I want to caution
11       you, please don't reveal the substance
12       of any work you may have done in the
13       litigation until we have a chance to
14       talk about it.
15           I think that's probably going
16       to be privileged.
17       A    I'm sorry, repeat the question,
18   please.
19       Q    Sure.  I'm not looking for
20   privileged communications.  I'm just wondering if
21   you participated in SAP's defense in connection
22   with the lawsuit ePlus filed against SAP.
23       A    Yes.
24       Q    What patents did ePlus assert
25   against SAP in the lawsuit?

27

1        A    I do not recall.
2        Q    If it assists you, let's look at
3    Exhibit 45.
4            MR. NELSON:  Can you give me a
5        minute to get there?
6        Q    Sure.  For the record, that's Bates
7    No. EPLUS 0940777 through 940801.
8            MR. WORCESTER:  Mr. Wissing,
9        if you could take a moment to
10       familiarize yourself with Exhibit 45
11       and then let counsel know when you are
12       ready.
13           (Perusing document.)  Okay.
14       Q    So I will repeat my question again.
15           What patents did ePlus accuse SAP of
16   infringing in the lawsuit?
17       A    Offhand, I do not recall.
18       Q    If you look at Page 1 of Exhibit 45,
19   does that help refresh your recollection?
20       A    It says in the agreement or in the
21   exhibit, U.S. patent Nos. 6,023,683, 6,055,516,
22   6,505,172.
23       Q    To back up a little bit, what is
24   Exhibit 45?
25       A    It states that it is a patent

28

1    license and settlement agreement.
2        Q    Is it for the lawsuit between ePlus
3    and SAP that you mentioned earlier?
4        A    I believe that is the case.
5        Q    Have you seen this document before,
6    other than in connection with looking at it for
7    this deposition?
8        A    This, no.
9        Q    Without divulging any privileged
10   information, can you tell me generally what
11   aspects of SAP's defense you were involved with in
12   connection with this lawsuit?
13           MR. NELSON:  Hold on here.
14           I don't know the answer to
15       this question, so I'm a little
16       concerned about revealing privileged
17       information.
18           Kirstin, if you really want an
19       answer to this question, I'm going to
20       need to get on the line with Mr.
21       Wissing and find out what he is going
22       to say.
23           MS. STOLL-DEBELL:  Why don't
24       we set it aside and we will do it at
25       the end so that we can be efficient

29

1      here.

2              MR. NELSON: Okay.

3              MS. STOLL-DEBELL: I think

4      generally he ought to be able to

5      answer that at a high level without

6      divulging privileged communications.

7              MR. NELSON: I think that's

8      probably right, but I have to --

9              MS. STOLL-DEBELL: Okay.

10      Q   What SAP products did ePlus accuse

11   of infringing those patents?

12      A   I do not recall.

13      Q   How was the lawsuit resolved between

14   SAP and ePlus?

15      A   My recollection is it was resolved

16   by this agreement.

17      Q   Exhibit 45?

18      A   Yes.

19      Q   Does the agreement cover the patents

20   that were at issue in the lawsuit?

21      A   As I said, I don't recall offhand

22   the patents that were involved in the lawsuit, but

23   the agreement recites three patents.

24      Q   What SAP products are covered by

25   this agreement?

30

1              MR. NELSON: I'm going to

2      object on the following basis.

3              The question, what products

4      are covered, in light of the language

5      of this licensing agreement,

6      particularly Section 1.14, arguably

7      asks Mr. Wissing to provide his views

8      on whether or not any particular

9      product infringes one or more claims

10      of the patent.

11              Any information like that in

12      Mr. Wissing's possession would be

13      privileged.

14              If you want to ask him whether

15      or not the agreement identifies new

16      products, particularly 1.14, go ahead,

17      but I'm not going to allow him to

18      divulge -- I don't think he has done

19      that analysis, I'm not going to allow

20      him to divulge anything like that.

21              MS. STOLL-DEBELL: So you are

22      instructing him not to answer that

23      question?

24              MR. NELSON: That question I

25      am instructing him not to answer.

31

1   BY MS. STOLL-DEBELL:

2      Q   What SAP products are listed in this

3   agreement?

4          And you may want to look at

5   Paragraph 1.14, as Mr. Nelson indicated, which is

6   on Page 4 of the agreement.

7      A   Paragraph 1.14 refers to SRM, ERP,

8   CRM and mySAP Business Suite products.

9      Q   Does this agreement include a patent

10   license from ePlus to SAP under those three

11   patents we mentioned earlier, the '683 patent,

12   '516 patent and '172 patent?

13      A   Offhand, I haven't studied the

14   agreement.

15      Q   So you don't know?

16      A   I don't know.

17      Q   Does this agreement include a

18   requirement that SAP mark any product with any

19   patent owned by ePlus?

20      A   It does not.

21      Q   When the parties were negotiating

22   this settlement agreement, did ePlus ask for a

23   provision that would require SAP to mark any

24   products with any patents owned by ePlus?

25              MR. NELSON: I am going to

32

1      offer my scope objection.

2              If you know, you may answer.

3      A   I don't know.

4      Q   Does this agreement require that the

5   Markman order in the ePlus/SAP litigation be

6   vacated?

7              MR. NELSON: Objection as to

8      scope. Well outside the scope.

9              I don't know if you are done

10      with your topics that are within the

11      scope.

12              If you are, we can finish the

13      deposition.

14              MS. STOLL-DEBELL: I'm not.

15      A   I haven't studied the agreement. I

16   don't know.

17      Q   When was this settlement agreement

18   entered?

19      A   It states on the first page that

20   it's effective as of the 11th day of

21   December 2006.

22      Q   Did you participate in the

23   negotiation of this settlement agreement, either

24   directly or indirectly?

25              I'm just looking for a yes or no

Wissing - 30(b)(6), Gerard   5/11/2010   12:00:00 PM

**33**

1    answer.
2         MR. NELSON:  Okay.
3         With that, you can answer the
4    question.
5    A    No.
6    Q    By entering into this settlement
7    agreement, did that give SAP the ability to keep
8    selling those products listed in the agreement,
9    namely, SRM, ERP, CRM and mySAP Business Suite?
10        MR. NELSON:  Objection.
11        Scope.
12        I'm getting a little thin on
13   patience for questions that are
14   obviously outside the scope and in
15   plain disregard of the agreement we
16   have regarding the scope of the
17   deposition.
18        MS. STOLL-DEBELL:  And I'm
19   getting a little thin on patience with
20   the long objections.
21        It's just making this
22   deposition last longer.
23        MR. NELSON:  The deposition
24   should be over in light of the
25   agreement regarding scope.

**34**

1         MS. STOLL-DEBELL:  We can
2    argue about whether there is an
3    agreement and what it was.
4         I think we should just proceed
5    forward with the deposition.
6         If you have got an objection,
7    make it.  And let's try and get this
8    finished.
9         MR. NELSON:  The only thing I
10   would say, Kirstin, is that you ought
11   to ask the questions that you think
12   are within the scope of the
13   deposition, because we are going to
14   end it if it keeps going outside.
15        Go ahead, Mr. Wissing.
16        THE WITNESS:  I'm sorry.
17   Repeat the question.
18   BY MS. STOLL-DEBELL:
19   Q    Sure.
20        Does this settlement agreement, did
21   it give SAP the right to keep selling the products
22   listed in the agreement, namely SRM,  ERP, CRM and
23   mySAP Business Suite?
24   A    I haven't reviewed the agreement, so
25   I don't know.

**35**

1    Q    Has SAP continued to sell the SRM
2    product since this agreement was entered?
3    A    I'm sorry, say that one more time.
4         MR. WORCESTER:  You broke up a
5    little bit, Kirstin.
6    Q    I'm sorry.
7    Q    Has SAP continued to sell the SRM
8    product since this agreement was entered in
9    December of 2006?
10   A    SAP continues to sell its SRM
11   product.
12   Q    Has SAP continued to sell its mySAP
13   Business Suite product since the settlement
14   agreement was entered in December of 2006?
15   A    SAP continues to sell its Business
16   Suite product.
17   Q    Has SAP continued to sell its ERP
18   product since the settlement agreement was entered
19   in December of 2006?
20   A    SAP continues to sell its ERP
21   product.
22   Q    And has SAP continued to sell its
23   CRM product since the agreement was entered in
24   December of 2006?
25   A    SAP continues to sell its CRM

**36**

1    product.
2    Q    Let's look at -- actually, before we
3    do that, does this settlement agreement also give
4    a license for methods covered by ePlus' patent?
5         MR. NELSON:  I'll object
6         regarding the scope.
7    A    I don't know.
8    Q    Does it list any SAP services that
9    would be part of this license agreement?
10   A    I don't know.
11   Q    Let's look at Exhibit 46.
12        There should be two pages in front
13   of you, Mr. Wissing, one has a Bates No.
14   L0378501.
15        MR. WORCESTER:  We only have
16        one page and it's not Bates numbered.
17   Q    We did a Bates numbered copy and I
18   found it difficult to read, so I sent out a
19   clearer version of it, which is what you should
20   have in front of you.
21        MR. WORCESTER:  We have a
22        one-page version without Bates
23        numbers.
24        It's headed at the top "SAP
25        Business Suite, Manage a Lean

**Page 37**

1    Enterprise, Leverage Customer
2    Communities, and Optimized Business
3    Model for Growth."
4         MS. STOLL-DEBELL:  For the
5    record, we did produce this page with
6    a Bates number, but, again, I think
7    Mr. Wissing is looking at a much
8    clearer copy of that.
9         With that, if you can take a
10   look at this, Mr. Wissing, and let me
11   know when you are ready to answer
12   questions about it.
13   A    (Perusing document.)  Okay.
14   Q    Is that okay, you are ready, or,
15   okay, you are looking at it?
16   A    Sorry.  Okay, I'm ready.
17   Q    Very good.
18        What is this document?
19   A    It's a screen shot from the SAP.com
20   website.
21   Q    Is this currently a screen shot
22   that's being offered on SAP's public website?
23   A    That is my understanding.
24   Q    Does it describe the SAP Business
25   Suite application that we were talking about

**Page 38**

1    earlier?
2         MR. NELSON:  Objection.
3         Scope.
4    A    It says towards the top of the
5    document SAP Business Suite.
6    Q    Does the SAP Business Suite include
7    the SRM, ERP and CRM applications that we talked
8    about earlier?
9         MR. NELSON:  If you know,
10   Mr. Wissing.
11        I'll object, it's outside the
12   scope.  If you know.
13   A    I think it can, yes.
14   Q    Let's look at Exhibit 48.
15        MS. STOLL-DEBELL:  For the
16   record, this was produced with Bates
17   Nos. L0378502, 8509.  I believe what
18   the witness has is a clearer copy of
19   those pages.
20        MR. WORCESTER:  What we have
21   here is eight pages, none of which are
22   Bates stamped, and they all appear to
23   be slightly different pages.
24        The headings of each one is
25   SAP supplier relationship management.

**Page 39**

1    SAP supplier relationship management.
2    Features and functions of SAP SRM.
3    Features and functions of SAP SRM.
4    Same again.  A fourth page with that
5    heading.  A fifth page with that
6    heading, and then a sixth page with
7    that heading.
8    Q    What I think we will do, Mr.
9    Wissing, let's just go page by page through this.
10        My first question for the first page
11   is what is this?
12   A    A screen shot from the SAP.com
13   website.
14   Q    So this page is currently available
15   on SAP's public website?
16   A    That is my understanding.
17   Q    Does this relate to the SRM
18   application that is licensed by SAP?
19   A    It says at the top of the document
20   SAP supplier relationship management.
21   Q    Is that SAP's SRM product?
22   A    Yes.
23   Q    Let's go to the next page.
24   A    Okay.
25   Q    What is this?

**Page 40**

1    A    It's a screen shot from the SAP.com
2    website.
3    Q    That's currently available on SAP's
4    website?
5    A    That is my understanding.
6    Q    Does it describe the features and
7    functions of SAP's SRM product?
8    A    It says SAP supplier relationship
9    management features and functions.
10   Q    So let's go to the next page.
11   A    Okay.
12   Q    Is this a screen shot that is
13   currently available on SAP's public website?
14   A    That is my understanding, yes.
15   Q    And it describes the features and
16   functions of SAP's SRM product?
17   A    That's what it says.
18   Q    Specifically this one relates to the
19   procure to pay feature?
20   A    That's what it says.
21   Q    Let's go to the next page.
22        Is this a screen shot that is
23   currently available on SAP's public website?
24   A    That is my understanding, yes.
25   Q    Does it describe the features and

41

1   functions of SAP's SRM product and particularly
2   the catalog management feature?
3        A   It says features and functions of
4   SAP SRM catalog management.
5        Q   Let's go to the next page.
6            Have you turned page?
7        A   Yes, I did.
8        Q   I heard the other pages turn.
9            Is this a screen shot from, that is
10  currently available on SAP's public website?
11       A   That is my understanding, yes.
12       Q   And it describes the centralized
13  sourcing feature and function of SAP's SRM
14  products?
15       A   It says features and functions of
16  SAP SRM centralized sourcing.
17       Q   Let's go to the next page.
18           Is this a screen shot that's
19  currently available on SAP's public website?
20       A   That is my understanding, yes.
21       Q   Does this describe the features and
22  functions of SAP's SRM centralized contract
23  management feature?
24       A   It says features and functions of
25  SAP's SRM centralized contract management.

42

1        Q   Go to the next page.
2        A   Okay.
3        Q   Is this a screen shot that is
4   currently available on SAP's public website?
5        A   That is my understanding, yes.
6        Q   It describes the supplier evaluation
7   feature of SAP's SRM product?
8        A   It says features and functions of
9   SAP SRM supplier evaluation.
10       Q   Go to the next page.
11       A   Okay.
12       Q   Same question.  Is this a screen
13  shot of a page that is currently available on
14  SAP's public website?
15       A   That is my understanding, yes.
16       Q   And does it describe the supplier
17  collaboration feature of SAP's SRM product?
18       A   It says features and functions of
19  SAP SRM supplier collaboration.
20       Q   Have you seen these different screen
21  shots other than in connection with preparing for
22  your deposition?
23       A   I don't believe so, no.
24       Q   Do you have any reason to believe
25  that any of the information in any of these pages

43

1   from SAP's public website is not accurate or are
2   not accurate?
3        A   I have no reason.
4        Q   Okay.  Let's look at Exhibit 49.  It
5   should be about six or seven pages here.
6            MR. NELSON:  Kirstin, he may
7   be willing to blanket blast these ones
8   if you --
9            MS. STOLL-DEBELL:  I was
10  thinking that.
11           MR. NELSON:  If you have an
12  interest in going one by one, I don't
13  care, but I am guessing that Mr.
14  Wissing will probably be willing to do
15  it the other way, too.
16       Q   Why don't you speed things up, if
17  you don't mind taking a look at all of those.
18           And my question will be the same as
19  what I asked before, are these screen shots that
20  are currently available on SAP's public website?
21       A   That's my understanding, yes.
22       Q   Do they all relate to SAP's ERP
23  product?
24       A   (Perusing document.)  Yes.
25       Q   Have you seen any of these pages as

44

1   part of Exhibit 49 other than in connection with
2   preparing for your deposition?
3        A   I do not believe so.
4        Q   Do you have any reason to believe
5   that any information in any of these pages is not
6   accurate?
7        A   No.
8        Q   Let's look at Exhibit 50.
9            MR. WORCESTER:  Kirstin, the
10  first page of Exhibit 50 says Page 1
11  of 2, but there is no Page 2 of 2.
12           MS. STOLL-DEBELL:  I think
13  there are 17 pages there though.
14           Is it the same you all have?
15           MR. WORCESTER:  Yes.  We have
16  17 pages, which appear to be a variety
17  of documents, the first one of which
18  appears to be missing a page.
19           MS. STOLL-DEBELL:  So just for
20  the record, these were all produced
21  with Bates Nos. L0378510 to
22  L0378526.
23           Also, for the record, I think
24  the second page of that first screen
25  shot didn't have anything on it, just

45

1 for whatever reason printed as two
2 pages.
3         MR. WORCESTER:  Okay.  That
4 may be, but we don't have it here.
5         Q   Mr. Wissing, I want to do the same
6 thing that we did before.
7         There are 17 pages here, so if you
8 want me to break them up, we can do that, or if
9 you want to look at them all, I will be asking the
10 same basic questions I asked about the last
11 exhibit.
12         What is your preference?
13         A   If I can just look at them all, then
14 we can do the same process as last go-around.
15         Q   Sure.  Please take your time and let
16 me know when you are ready.
17         THE VIDEOGRAPHER:  Counsel,
18 this is the videographer speaking.
19 While the witness is looking
20 at the document, may I change
21 videotapes?
22         MS. STOLL-DEBELL:
23 Absolutely.
24         THE VIDEOGRAPHER:  Thank you.
25 This concludes videotape No. 1

46

1 of the deposition of SAP, S.A. by
2 Gerard Wissing.
3         We are off the record at 12:57
4 p.m., May 11, 2010.
5         (Discussion off the record.)
6         THE VIDEOGRAPHER:  This is the
7 beginning of videotape No. 2 of the
8 deposition of SAP, S.A. by Gerard
9 Wissing.
10         We are on the record at
11 12:58 p.m., May 11, 2010.
12 BY MS. STOLL-DEBELL:
13         Q   Mr. Wissing, I am just assuming you
14 are continuing to look at those pages.  Let me
15 know when you are ready.
16         A   I'm ready.
17         Q   Is Exhibit 5 a series of screen
18 shots that you are currently --
19         MR. WORCESTER:  Exhibit 50,
20 Kirstin?
21         MS. STOLL-DEBELL:  Pardon me?
22         MR. WORCESTER:  Exhibit 50?
23         MS. STOLL-DEBELL:  Yes.  I'm
24 sorry.
25         MR. NELSON:  Start that one

47

1 from the top.
2         MS. STOLL-DEBELL:  We are
3 looking at Exhibit 50, right?
4         MR. WORCESTER:  Yes.
5         A   You said Exhibit 5.
6         Q   Oh, I did?
7         A   Yes.
8         Q   Okay.  I'm sorry.  Anyway, let's
9 start over.
10         Is Exhibit 50 a list of screen shots
11 or series of screen shots that are currently
12 available on SAP's public website?
13         A   That is my understanding, yes.
14         Q   Do they all relate to SAP's CRM
15 software product?
16         A   A number of them do, and then there
17 are others that reference SAP Business
18 Communications Management and SAP IT Service
19 Management.
20         Q   Are those different than SAP's CRM
21 software?
22         MR. NELSON:  Objection.
23 If you know, Mr. Wissing.
24         A   I don't know.
25         Q   Have you seen these screen shots,

48

1 any of them, other than in connection with
2 preparing for your deposition?
3         A   I don't believe so, no.
4         Q   Do you have any reason to believe
5 that there's any information in any of these
6 screen shots that is not accurate?
7         A   I have no reason.
8         Q   Does SAP mark its Business Suite
9 products with any patent numbers for patents owned
10 by ePlus?
11         A   No.
12         Q   Does SAP mark its SRM products with
13 any patent numbers for any patents owned by ePlus?
14         A   No.
15         Q   Does SAP mark its ERP products with
16 any patent numbers for any patents owned by ePlus?
17         A   No.
18         Q   Does SAP market CRM products with
19 any patent numbers for any patents owned by ePlus?
20         A   No.
21         Q   Has ePlus ever asked SAP to mark any
22 products with any patent numbers for patents owned
23 by ePlus?
24         MR. NELSON:  Objection.
25 It's outside the scope.

49

1           Mr. Wissing, if you know from
2     your personal knowledge, you may
3     answer.
4     A     I don't know.
5           Q     Since the settlement agreement, that
6     is, I think, Exhibit 45 was entered in December
7     2006, has SAP made any changes to its Business
8     Suite because of any patents owned by ePlus?
9           A     I'm sorry, repeat the question one
10    more time.
11          Q     Sure.
12                Since the settlement agreement was
13    entered with ePlus, that's Exhibit 45, has SAP
14    made any changes to its business suite products
15    because of any patents owned by ePlus?
16          A     No.
17          Q     Has SAP made any changes to the
18    Business Suite products because of the lawsuit
19    that was filed against SAP by ePlus?
20          A     No.
21          Q     Has SAP made any changes to the
22    Business Suite because of the settlement agreement
23    it entered into with ePlus?
24          A     No.
25          Q     I'm going to ask those same

50

1     questions for the other three products.
2                 Let's start with SRM.
3                 Has SAP made any changes to the SRM
4     products because of any patents owned by ePlus?
5           A     No.
6           Q     Has SAP made any changes to the SRM
7     product because of the lawsuit that ePlus filed
8     against SAP?
9           A     No.
10          Q     Has SAP made any changes to the SRM
11    products because of the settlement agreement it
12    entered into with ePlus?
13          A     No.
14          Q     Let's go over ERP.
15                Has SAP made any changes to the ERP
16    product because of the lawsuit that was filed
17    against it by ePlus?
18          A     No.
19          Q     Has SAP made any changes to the ERP
20    product because of any patents owned by ePlus?
21          A     No.
22          Q     Has SAP made any changes to its ERP
23    product because of the settlement agreement it
24    entered into with ePlus?
25          A     No.

51

1           Q     Has SAP made any change to the CRM
2     products because of the lawsuit that was filed
3     against it by ePlus?
4           A     No.
5           Q     Has SAP made any changes to the CRM
6     product because of any patents owned by ePlus?
7           A     No.
8           Q     Has SAP made any changes to the CRM
9     product because of the settlement agreement it
10    entered into with ePlus?
11          A     No.
12          Q     Does SAP mark any of its products
13    with any patent numbers?
14                MR. NELSON:  Just a second.
15                I want to think about that
16    one.
17                Is your question does SAP mark
18    any products with any patent numbers?
19                MS. STOLL-DEBELL:  Yes.
20                MR. NELSON:  It's outside the
21    scope.
22                If you know the answer, you
23    may answer.
24          A     I don't know.
25                MR. NELSON:  Kirstin, you will

52

1     probably get an answer you are looking
2     for if you ask about specific
3     products.
4                 MS. STOLL-DEBELL:  Okay.
5           Q     Does SAP mark its Business Suite
6     product with any patent numbers?
7           A     No.
8           Q     Does SAP mark its SRM product with
9     any patent numbers?
10          A     No.
11          Q     Does SAP mark its ERP product with
12    any patent numbers?
13          A     No.
14          Q     Does SAP mark CRM product with any
15    patent numbers?
16          A     No.
17          Q     Has ePlus asked SAP to mark its
18    Business Suite with any patent numbers?
19                MR. NELSON:  Objection.
20                Scope.  I think it's outside
21    the scope.
22                If you have an answer from
23    your personal knowledge, Mr. Wissing,
24    you may provide it.
25                MS. STOLL-DEBELL:  Mr. Nelson,

53

```
 1        I thought you were just going to say
 2    objection, scope.
 3            MR. NELSON:  Sorry.
 4    A    I don't know.
 5    Q    Has ePlus asked SAP to mark the SRM
 6    product with any patent numbers?
 7            MR. NELSON:  Objection.
 8    Scope.
 9    A    I don't know.
10    Q    Has SAP -- excuse me.
11        Has ePlus asked SAP to mark its ERP
12    products with any patent numbers?
13            MR. NELSON:  Objection.
14    Scope.
15    A    I don't know.
16    Q    Has ePlus asked SAP to mark its CRM
17    products with any patent numbers?
18            MR. NELSON:  Same objection as
19    to scope.
20    A    I don't know.
21    Q    Let's look at Exhibit 47.  It should
22    be one page.  For the record, we produced it as
23    L0378483.
24            MR. WORCESTER:  Like the other
25    one, the one in front of us right now
```

54

```
 1    doesn't have a Bates number on it.
 2    A    Okay.
 3    Q    Is this a screen shot that is
 4    currently available on SAP's public website?
 5    A    That is my understanding, yes.
 6    Q    Does it describe the software
 7    support services offered by SAP?
 8            MR. NELSON:  Objection.  Scope.
 9    A    It says on the document software
10    maintenance and support, SAP enterprise support.
11    Q    Have you seen this screen shot other
12    than in connection with preparing for your
13    deposition?
14    A    I do not believe so.
15    Q    Do you have any reason to believe
16    that any of the information in the screen shot is
17    not accurate?
18    A    No.
19    Q    Does SAP offer support services in
20    connection with its ERP software applications?
21            MR. NELSON:  Objection.
22    Scope.
23        If you know, Mr. Wissing.
24    A    I believe it does, yes.
25    Q    Does it offer services for
```

55

```
 1    implementing its software applications?
 2            MR. NELSON:  Objection as to
 3    scope.
 4    A    I'm not certain what you mean by
 5    implementing, but I believe we offer support,
 6    maintenance.
 7    Q    What is your understanding of the
 8    type of services that SAP offers in connection
 9    with its software applications?
10            MR. NELSON:  Same objection as
11    to scope.
12    A    It's at a very high level.
13    Q    Sure.
14    A    We help customers get the product
15    working and ship upgrades, service packs.
16    Q    Do you help customers upload data to
17    your software applications?
18            MR. NELSON:  I'm going to
19    object as to scope.
20        I'm getting concerned that
21    we're making a record here on
22    something that Mr. Wissing has zero
23    knowledge about.
24        It calls for speculation.  If
25    you've got something inside the scope,
```

56

```
 1    let's hear it, otherwise let's move
 2    on.
 3            MS. STOLL-DEBELL:  Are you
 4    instructing him not to answer?
 5            MR. NELSON:  I am not
 6    instructing him not to answer right
 7    now, but the next one I will.
 8    A    Sorry.  Repeat the question.
 9            MS. STOLL-DEBELL:  Actually,
10    can you read it back, please?
11        (The record was read.)
12            MR. NELSON:  I will also
13    object that it's vague.
14    A    I don't know.
15    Q    Let's look at Exhibit 51.
16    A    Is that one we went over?
17    Q    I don't believe we have looked at
18    this one yet.
19            MS. STOLL-DEBELL:  For the
20    record, this should have Bates Nos.
21    L 378483 through L0378496.
22            MR. WORCESTER:  If you could
23    just take a look at that, Mr. Wissing.
24        When you are ready, let
25    counsel know.
```

57

1      A   (Perusing document.)  Okay.
2      Q   Is this a SAP brochure that is
3   currently available on SAP's public website?
4      A   That is my understanding, yes.
5      Q   Does it describe the features of
6   SAP's catalog content management products?
7          MR. NELSON:  Objection.
8      Sorry, Kirstin, please
9      continue your question.  I apologize.
10     Q   Does it describe the features of
11  SAP's catalog content management product?
12         MR. NELSON:  Objection.
13     Scope.
14     A   It says on the title page SAP
15  catalog content management.
16     Q   Is this the catalog content
17  management that is used in connection with SAP's
18  SRM product?
19         MR. NELSON:  Objection.
20         Outside the scope.  Calls for
21     speculation.
22     A   I don't know.
23     Q   Are you familiar with SAP's catalog
24  content management product?
25     A   No.

58

1      Q   Do you have any reason to believe
2   that any of the information in Exhibit 51 is not
3   accurate?
4      A   No.
5      Q   At a very high level or very
6   generally, about how much revenue does SAP make
7   annually for licensing its SRM application?
8          MR. NELSON:  Objection.
9      Scope.
10     If you have personal
11     knowledge, Mr. Wissing, go ahead.
12     A   I don't know.
13     Q   Could you say, is it more than
14  $10 million a year?
15         MR. NELSON:  Objection.
16     Scope.
17     Calls for speculation.
18     A   I don't know.
19     Q   Let's look at Exhibit 54.
20         MS. STOLL-DEBELL:  It should
21     be four pages.
22         MR. WORCESTER:  Kirstin, what
23     I have is a four-page document, the
24     first page of which is Exhibit 4A,
25     Calculation of SAP's Effective Running

59

1   Royalty Rate (Full Term)."
2          Then Exhibit 4B, Exhibit 4C
3      and Exhibit 4D in succession.
4      Q   This is some exhibits from ePlus'
5   damages expert report in connection with the
6   lawsuit against Lawson?
7          MR. WORCESTER:  Before we ask
8      any questions, Mr. Wissing hasn't
9      looked at the document yet.
10         MS. STOLL-DEBELL:  You might
11     look at the second page, which I think
12     is bigger print.
13     A   Okay.
14     Q   You will see this is a table which
15  are accused revenue of SAP for the lawsuit ePlus
16  filed against SAP.  It says from November 1, 2003
17  through December 31, 2003, 26 million.
18         Do you see that?
19     A   Yes.
20     Q   And then it says in 2004 the accused
21  revenue was about 150 million.
22         Do you see that?
23     A   Yes.
24     Q   And then in 2005 it says the accused
25  revenue was around 105 million?

60

1      A   Yes.
2      Q   Does that look like it's an accurate
3   statement of what SAP's revenues were for the SRM
4   product?
5          MR. NELSON:  Sorry, Kirstin, I
6      didn't mean to speak over you.
7          If you will repeat your
8      question, I will then offer my
9      objection.  I apologize.
10         MS. STOLL-DEBELL:  What I am
11     wanted to know is whether Mr. Wissing
12     thinks this is generally an accurate
13     statement of SAP's revenues for those
14     years for its SRM product?
15         MR. NELSON:  Thank you.  I
16     apologize again for speaking over you.
17         This is one where I'm going to
18     offer the complete version of my scope
19     objection because this is not sort of
20     generally outside the scope, it is
21     explicitly outside the scope for which
22     SAP agreed to prepare or present a
23     witness.
24         I'm going to allow Mr. Wissing
25     to answer this one question if he has

Wissing - 30(b)(6), Gerard   5/11/2010   12:00:00 PM

---

**61**

1    personal knowledge.
2        But if we continue down this
3    road, given that it explicitly puts
4    this outside the scope of testimony we
5    originally agreed to provide a witness
6    for, we will stop.
7        Go ahead, Mr. Wissing.
8    A    I don't know.
9        MS. STOLL-DEBELL:  If we can
10   take a quick break, I want to go over
11   my notes, make sure that there is
12   nothing else I want to ask.
13       I think I am getting close to
14   being done.
15       MR. NELSON:  Okay.  We can
16   take a break.
17       MS. STOLL-DEBELL:  Why don't
18   we take ten minutes.
19       MR. ROBERTSON:  I just wanted
20   to bracket it and find out how long a
21   break we are going to take?
22       What time do you have?  I have
23   got 1:19.
24       Why don't we just say 1:30 we
25   will come back.

---

**62**

1        MS. STOLL-DEBELL:  That sounds
2    good.
3        My computer says 11:18
4    Mountain Time.  So we will say 1:30
5    Eastern Time.
6        MR. ROBERTSON:  That's great.
7        MS. STOLL-DEBELL:  I'm
8    actually just going to I think stay on
9    the phone.
10       Everybody else can do whatever
11   they want.  I think the conference
12   room, it would probably make sense to
13   just keep it all connected, right?
14       MR. NELSON:  That's fine.  We
15   will keep this line running.
16       THE VIDEOGRAPHER:  We are off
17   the record.  The time is 1:18 p.m.
18       (Whereupon, at 1:18 o'clock
19   p.m., a recess was taken to 1:38
20   o'clock p.m.)
21       (The deposition resumed with
22   all parties present.)
23   G E R A R D   W I S S I N G,  resumed and
24   testified further as follows:
25       THE VIDEOGRAPHER:  We are back

---

**63**

1    on the record.  The time is 1:38 p.m.
2        MS. STOLL-DEBELL:  For the
3    record, I asked Mr. Nelson to confer
4    with his client, Mr. Wissing, to
5    discuss a question that I asked
6    earlier about what aspects of the
7    ePlus versus SAP lawsuit he was
8    involved with without divulging any
9    privileged information.
10       MR. NELSON:  And Mr. Wissing
11   is prepared to answer with the
12   instruction, to follow up, that he is
13   not to divulge any privileged
14   information.
15       MS. STOLL-DEBELL:  Okay.
16   BY MS. STOLL-DEBELL:
17   Q    So, Mr. Wissing, if you can go ahead
18   and answer that question for me without divulging
19   privileged information.
20   A    Okay.  I was involved in
21   evidence-gathering activities.
22   Q    Anything else?
23   A    I was involved in customer subpoena
24   activities.
25       I was involved in the

---

**64**

1    reexamination-related activities.
2        I was involved in our company demo
3    system activities.
4        Offhand, that's what I recall.
5    Q    And for the company demo, for what
6    products, what products were demoed?
7        MR. NELSON:  Mr. Wissing, if
8    you remember the product names, you
9    can give that answer, but beyond that,
10   I instruct you not to answer.
11   A    I do not recall.
12   Q    Did it include the SRM product?
13       MR. NELSON:  Asked and
14   answered.
15   A    I do not recall.
16   Q    Did it include the Business Suite
17   products?
18   A    I do not recall.
19   Q    Did it involve the CRM products?
20   A    I do not recall.
21   Q    And did it involve the ERP products?
22   A    I do not recall.
23   Q    Other than evidence gathering,
24   customer subpoena activity, the reexam and the
25   company demo, were there any other aspects of the

---

65

1   litigation that you were involved in that you
2   haven't already told me about?
3           MR. NELSON:  Same
4       instructions.  Do not reveal any
5       privileged information.
6           With that, you can answer.
7       A   With that instruction, I don't think
8   there is anything else that I recall that I can
9   share.
10      Q   Thank you.
11          I wanted to get more details about
12  what your current roles and responsibilities are
13  in connection with your current job.
14          But, again, I don't want you to
15  divulge privileged information.
16      A   Okay.
17      Q   With that limitation, can you
18  describe for me what your roles and
19  responsibilities are?
20          MR. NELSON:  Mr. Wissing, just
21      like before, and based on our
22      discussion, don't divulge any
23      privileged information, but you can
24      answer the question.
25      A   At a high level, I work on our

66

1   budget process.
2           I work on counseling and advising
3   the chief IP officer on different intellectual
4   property matters, as well as assisting him with
5   updates to the executive board.
6           I am involved in our risk management
7   activities.
8           I'm involved in various HR-related
9   activities.
10          I'm involved in our portfolio
11  development strategy activities.
12          I'm involved in our legislative
13  reform and amicus activities.
14          Offhand, that's the general high
15  level list.
16      Q   Do you have any people that directly
17  report to you?
18      A   No.
19          MR. NELSON:  Objection.
20      Scope.
21      A   Sorry.  No.
22      Q   Who do you directly report to?
23      A   I directly report to the chief IP
24  officer.
25      Q   Is my understanding correct that you

67

1   didn't have your current title during the time
2   that the ePlus/SAP lawsuit was happening?
3       A   Correct.
4       Q   And your title then was senior
5   counsel during that time?
6       A   That's my recollection, yes.
7       Q   Can you tell me, again, without
8   divulging privileged information, what your roles
9   and responsibilities were in that position?
10          MR. NELSON:  Mr. Wissing, the
11      same instruction, keep your answers at
12      kind of the same level you have been
13      giving.
14      A   At the time of the ePlus case, I
15  worked on the ePlus case alone.
16      Q   You spent all of your time doing the
17  things that you already described at a high level
18  for me?
19      A   Correct.
20      Q   I don't know if I asked you this.
21  I'm going to ask it again.
22          Were you involved in the settlement
23  negotiations for the ePlus lawsuit?
24          I'm looking for yes or no.
25          MR. NELSON:  Okay.  Scope

68

1       objection.
2           Go ahead, Mr. Wissing.
3       A   No.
4       Q   Do you have a general understanding
5   about the features of SAP's Business Suite
6   product?
7           MR. NELSON:  Objection.
8           I will object.  It's outside
9       the scope.  I think we must be done.
10          MS. STOLL-DEBELL:  Not quite.
11          Are you instructing him not to
12      answer?
13          MR. NELSON:  I think the
14      question is vague.
15          If he can answer it, he can,
16      but I'm going to shut down the
17      deposition if it goes on much further.
18      A   I'm sorry.  Can you repeat the
19  question?
20      Q   Sure.
21          My question is do you have a general
22  understanding about the features of SAP's Business
23  Suite product?
24          MR. NELSON:  Same objection.
25      A   I don't know.

Wissing - 30(b)(6), Gerard   5/11/2010  12:00:00 PM

**69**

1    Q   If I asked that same question for
2    the other three, SRM, CRM and ERP, would your
3    answer be the same?
4    A   Yes.
5    Q   Did ePlus accuse SAP's Business
6    Suite product of infringing the three patents that
7    are listed on that first page of Exhibit 45, the
8    U.S. patent Nos. 6,023,683, 6,055,516, 6,505,172?
9         MR. NELSON: Objection to
10        scope.
11        If you know, Mr. Wissing.
12    A   I do not recall.
13    Q   I will just call those three the
14    ePlus patents so I don't have to read all the
15    numbers for next two questions.
16        Will that make sense to you?
17    A   Okay.
18    Q   So did SAP accuse the SRM products
19    of infringing ePlus' patents?
20        MR. NELSON: Objection.
21        You may want to look at that
22        one again.
23        You said SAP.
24        MS. STOLL-DEBELL: I did?
25        MR. NELSON: Yes.

**70**

1         MS. STOLL-DEBELL: I'm sorry.
2    Q   Did ePlus accuse SAP of infringing
3    ePlus' -- let me start over.
4    Did ePlus accuse SAP's SRM products
5    of infringing those three ePlus patents?
6         MR. NELSON: Objection to
7         scope.
8         If you know, Mr. Wissing, go
9         ahead.
10    A   I do not recall.
11    Q   Did ePlus accuse SAP's ERP product
12    of infringing those three patents?
13        MR. NELSON: Same scope
14        objection.
15        If you know, go ahead and
16        answer.
17    A   I do not recall.
18    Q   And same question, did ePlus accuse
19    SAP's CRM product of infringing those three ePlus
20    patents?
21        MR. NELSON: Same objection.
22    A   I do not recall.
23    Q   Just to make sure that I have got
24    this on the record, SAP has not marked its
25    Business Suite product with any of those three

**71**

1    ePlus patents; is that correct?
2    A   Correct.
3    Q   And SAP has not marked its SRM
4    product with any of those three ePlus patents?
5    A   Correct.
6    Q   And SAP has not marked its CRM
7    product with any of those three ePlus patents?
8    A   Correct.
9    Q   And SAP has not marked its ERP
10   product with any of those three ePlus patents?
11    A   Correct.
12        MS. STOLL-DEBELL: I think
13        that's all the questions that I have
14        for now.
15        I do want to state for the
16        record that we do not agree with
17        Mr. Nelson as to his position relating
18        to an agreement as to the scope of
19        this deposition.
20        And we reserve the right to
21        continue it to answers to questions
22        within the topics listed in the
23        subpoena.
24        MR. NELSON: SAP would respond
25        at the appropriate time.

**72**

1         MS. STOLL-DEBELL: Mr.
2    Robertson, do you have any questions?
3         MR. ROBERTSON: I do. Thank
4    you.
5    CROSS-EXAMINATION
6    BY MR. ROBERTSON:
7    Q   Mr. Wissing, can you hear me?
8    A   Yes.
9    Q   My name is Scott Robertson and I am
10   counsel for the plaintiff, ePlus, Inc.
11        Good afternoon, sir.
12        I don't have a lot of questions
13   here, but I would like to go over just a few
14   things, if we could.
15        If at any time you don't understand
16   me or you want me to restate the question, just
17   let me know, I will attempt to do that.
18        In response to Ms. Stoll-Debell's
19   questions --
20        MR. ROBERTSON: And if I
21        could, is it all right if I call you
22        Kirstin?
23        MS. STOLL-DEBELL: Yes.
24        MR. ROBERTSON: That would be
25        easier.

73

```
 1      Q    You were asked questions about the
 2   ePlus patents, which I will refer to as the '683,
 3   the '516 and the '172 patents.
 4           Do you recall some questions about
 5   those?
 6      A    I recall questions.
 7      Q    You don't have any familiarity with
 8   those patents in the sense that you reviewed them
 9   in preparation for your testimony here today; is
10   that right?
11      A    Correct.
12      Q    Let me rephrase it.
13           Did you review those patents in
14   preparation for your testimony today?
15           MR. WORCESTER:  In keeping
16      with the prior objections that
17      Mr. Nelson made, you can answer yes or
18      no.
19      A    I have not.
20      Q    So it follows from that then you did
21   no analysis, sir, in preparation for your
22   testimony today to determine whether or not any
23   SAP software products, services or systems were
24   covered by one or more claims of those ePlus
25   patents, correct?
```

74

```
 1           MR. NELSON:  Mr. Wissing, you
 2      can answer yes or no.
 3      A    I'm sorry, repeat the question.
 4           MR. NELSON:  I apologize.  I
 5      won't interpose the instruction.
 6           He can ask you a yes or no
 7      question.  You should give him a yes
 8      or no answer.
 9      Q    That's all I'm asking for, just yes
10   or no.
11           You did no analysis in preparation
12   for your testimony today to determine whether or
13   not any SAP software products, services or systems
14   were covered by one or more claims of those ePlus
15   patents we have been discussing, correct?
16      A    Correct.
17      Q    Just so we are clear on the record,
18   that would be consistent with the SRM product that
19   we have been talking about, correct?
20           Just yes or no.
21      A    Correct.
22      Q    The ERP product, correct?
23      A    Correct.
24      Q    The CRM?
25      A    Correct.
```

75

```
 1      Q    Or the mySAP Business Suite
 2   products, correct?
 3      A    Correct.
 4      Q    If you could put in front of you,
 5   sir, I'm probably going to have kind of a global
 6   question, Exhibits 46, 47, 48, 49, 50, 51 and 55,
 7   which I believe were mostly screen shots, you
 8   testified to, about certain product offerings of
 9   SAP.  It looks like some sort of brochure or two
10   brochures.
11           When you have those in front of you,
12   will you just let me know, sir?
13      A    I have them in front of me.
14           MR. WORCESTER:  Just to
15      clarify the record, I don't think that
16      the witness testified that 54 or 55
17      were screen shots -- 51 or 55, I'm
18      sorry.
19           MR. ROBERTSON:  I'm sorry.  If
20      I suggested that, I meant otherwise.
21      I think those are brochures.
22           Maybe the witness can clarify
23      if he knows.
24      Q    Those aren't screen shots, are they,
25   Mr. Wissing?
```

76

```
 1      A    No.
 2      Q    From the web site?
 3      A    No.  They don't appear to be.
 4      Q    Now, here is my question with
 5   respect to each of these.  Why don't you take your
 6   time, go through them.
 7           Could you tell me if anywhere on any
 8   of these documents, Exhibits 46, 47, 48, 49, 50,
 9   51 and 55, SAP has marked them with any patents of
10   any party, including SAP or a third party?
11      A    I'm sorry, can you clarify the
12   question?
13      Q    Sure.  I want to know if there are
14   any patents that are marked on any of these
15   exhibits that I have identified, whether they be
16   from SAP or from any third party.
17      A    Okay.  That's going to take a little
18   time.
19      Q    I understand.  Take your time.
20      A    Should I respond for each example I
21   have completed looking at and just say for this
22   example?
23      Q    Yes.  Why don't you just say for
24   Exhibit 46, yes or no, seriatim.
25      A    Forty-six, no.
```

77

```
 1        Forty-seven, no.
 2        Forty-eight, no.
 3        Forty-nine, no.
 4        Fifty, no.
 5        Fifty-one, no.
 6        Fifty-five, no.
 7     Q   I understand you indicated to
 8   Kirstin that you are a patent attorney; is that
 9   right?
10     A   I'm a registered patent attorney,
11   correct.
12     Q   And you are aware that SAP owns
13   certain patents, correct?  Yes or no.
14     A   Yes.
15     Q   And these exhibits we were looking
16   at, 46, 47, 48, 49, 50, 51, and 55, were relating
17   to certain product offerings by SAP that Kirstin
18   has been referring to as the Business Suite
19   products, the SRM products, the ERP products and
20   the CRM products, correct?
21     A   I believe that there was one
22   document where I referenced two other products, as
23   well.
24     Q   SAP hasn't marked any of these red
25   pages or brochures with its patents, right?
```

78

```
 1     A   There's no patents listed on these
 2   pages that I reviewed.
 3     Q   Let me ask you a question.  I just
 4   want to know yes or no.
 5         Do you know whether SAP has a policy
 6   with regard to marking?
 7         MR. NELSON:  The instruction I
 8   will give you is that you may answer
 9   the question yes or no.
10         MR. ROBERTSON:  That's all I
11   want.
12     A   I'm sorry, repeat the question.
13     Q   Sure.  Do you know whether or not,
14   yes or no, SAP has a policy with respect to
15   marking?
16     A   Yes.
17     Q   Patents on products?
18     A   Yes.
19     Q   Does it have one?
20     A   Yes.
21     Q   Could you tell me what that is?
22         MR. NELSON:  Scott, I'm going
23   to give an instruction.
24         I think that information about
25   this policy is privileged.
```

79

```
 1         If you want to ask him about
 2   the practices, past and present, you
 3   can do so.
 4   BY MR. ROBERTSON:
 5     Q   What is the present practice,
 6   Mr. Wissing?
 7     A   I believe that's based upon a legal
 8   analysis, I actually believe it's privileged.  I
 9   would like to talk to my counsel about that.
10         MR. WORCESTER:  We are going
11   to go off the record.
12     Q   Right now though you don't feel you
13   can divulge to me what the policy is; is that
14   right?
15     A   That's correct.
16     Q   I will accept that.
17         In the SAP/ePlus litigation,
18   SAP...liability; isn't that right?
19         MR. NELSON:  We had a couple
20   of dropouts, Scott.
21         I don't think anyone heard the
22   question.
23         Let me Rephrase.
24         In the SAP/ePlus litigation, SAP
25   denied any liability; isn't that right?
```

80

```
 1     A   That's my understanding, correct.
 2     Q   And it's also your understanding,
 3   Mr. Wissing, isn't it, that to this day SAP has
 4   never admitted liability; isn't that right?
 5         MR. NELSON:  I will object to
 6   the -- sorry, Scott, continue.
 7         Are you done?
 8         MR. ROBERTSON:  Let me
 9   rephrase the question.
10   BY MR. ROBERTSON:
11     Q   Is it your understanding,
12   Mr. Wissing, that to this present day SAP has
13   never admitted liability with respect to the ePlus
14   patents we are discussing here today?
15         MR. NELSON:  I think it's
16   outside the scope, but if you know the
17   answer personally, Mr. Wissing, you
18   may answer yes or no.
19     A   My understanding is we have not.
20     Q   You have not admitted liability,
21   correct?
22     A   Correct.
23     Q   Now, I just want to refer to Exhibit
24   No. 45, which was the patent license agreement.
25         Do you have that?
```

Wissing - 30(b)(6), Gerard   5/11/2010   12:00:00 PM

81

1    A   Yes.
2    Q   Specifically, if you could go to
3    Page 8, Mr. Wissing, under the heading of No. 4,
4    fees.
5        Do you see that?
6    A   Yes.
7    Q   Just confirm for me that
8    notwithstanding the fact that SAP to this day has
9    never admitted liability with respect to the ePlus
10   patent, this agreement reflects that it paid ePlus
11   $17.5 million, correct?
12           MR. NELSON:  The document
13   speaks for itself.
14           If you have an answer,
15   Mr. Wissing, go ahead.
16   A   The document says "Paid to ePlus the
17   amount of 17,500,000 United States dollars."
18   Q   Do you have any reason to believe
19   that that money was never paid to ePlus?
20   A   No, I have no reason.
21   Q   You were also asked about Exhibits
22   52 and 53.
23       Do you want to put those in front of
24   you for a minute?
25           MR. NELSON:  Give me second,

82

1    Scott.
2            MR. ROBERTSON:  Sure.
3            MR. NELSON:  Okay.
4    Q   Do you have them, Mr. Wissing?
5    A   Yes.
6    Q   Do I understand you to indicate that
7    other than your preparation for this deposition
8    today, you had never seen these two documents
9    before; is that right?
10   A   Correct.
11   Q   You did no independent analysis to
12   determine whether any of the information that's
13   contained in either Exhibit 52 or 53 is accurate,
14   correct?
15   A   Correct.
16   Q   These are not SAP documents, isn't
17   that right, they are generated by third parties?
18   A   That's my understanding, yes.
19   Q   And so as you sit here today, you
20   can't say one way or another whether or not any of
21   the information that's contained in these
22   documents that were created and generated by third
23   parties are accurate in any respect; isn't that
24   right?
25   A   Correct.

83

1            MR. ROBERTSON:  That's all the
2    questions I have.
3            Thank you, Mr. Wissing.
4    REDIRECT EXAMINATION
5    BY MS. STOLL-DEBELL:
6    Q   I just have two follow-up questions,
7    Mr. Wissing, and they relate to Exhibits 51 and
8    55.
9        So let's look at Exhibit 51 first.
10   A   Okay.
11   Q   I think you just testified that
12   these were not screen shots from the website, is
13   that right, 51?
14   A   Correct.
15   Q   It is a brochure that is currently
16   available on SAP's public website; isn't that
17   correct?
18   A   That is my understanding, correct.
19   Q   Look at Exhibit 55, as well.
20   A   One second.
21   Q   Sure.
22   A   Okay.
23   Q   I think you testified this is not a
24   screen shot from SAP's website, right?
25   A   Correct.

84

1    Q   But it is a brochure that is
2    currently available on SAP's public website; is
3    that correct?
4    A   That's my understanding, correct.
5            MS. STOLL-DEBELL:  That's all
6    the questions I have.
7            MR. NELSON:  I don't have any
8    questions.
9            MR. ROBERTSON:  All right.
10   Thank you.
11           MR. WORCESTER:  Thank you,
12   everyone.
13           THE VIDEOGRAPHER:  Can I
14   conclude the video?
15       This ends videotape No. 2 and
16   concludes the videotaped deposition of
17   SAP, S.A. by Gerard Wissing.
18       We off the record at
19   2:06 p.m., May 11, 2010.
20       (Continued on next page.)
21
22
23
24
25

Wissing - 30(b)(6), Gerard   5/11/2010  12:00:00 PM

85

```
1              (Whereupon, at 2:06 o'clock
2          p.m., the deposition was concluded.)
3
4
5          _____
6              GERARD WISSING
7
8
   SUBSCRIBED and SWORN to before me this_____
9  day of _____, 2010, in the
10 jurisdiction aforesaid.
11 _____     _____
12 My Commission Expires       Notary Public
13
14
15
16
17
18
19
20
21
22
23
24
25
```

87

```
1              C E R T I F I C A T E
2  STATE OF NEW YORK  )
3                     ) ss.
4  COUNTY OF NEW YORK )
5          I, ANNETTE FORBES, a Certified
6      Shorthand (Stenotype) Reporter and
7      Notary Public of the State of New
8      York, do hereby certify that the
9      foregoing Deposition, of the witness,
10     GERARD WISSING, taken at the time and
11     place aforesaid, is a true and correct
12     transcription of my shorthand notes.
13         I further certify that I am
14     neither counsel for nor related to any
15     party to said action, nor in any wise
16     interested in the result or outcome
17     thereof.
18         IN WITNESS WHEREOF, I have
19     hereunto set my hand this 14th day of
20     May, 2010.
21
22         _____
23         ANNETTE FORBES, CSR, RPR
24
25
```

86

```
1          I N D E X   P A G E
2  Witness        Direct Cross  Redirect
3  Gerard Wissing      6   72   83
4
5
6      E X H I B I T S  (Premarked)
7  Exhibits        Description
8  45     Patent License and Settlement Agreement
9  46     A document
10 47     Software Maintenance and Support document
11 48     7 page document
12 49     ERP Software document
13 50     Customer Relationship document
14 51     Catalog Content document
15 52     Market analysis
16 53     ERP Market Sizing Report
17 54     Calculation of SAP's Effective Running
18        Royalty Rate
19 55     Business All-In-One
20
21
22
23
24
25
```

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S DEPOSITION DESIGNATIONS AND SUMMARY OF THE DEPOSITION OF GERARD WISSING AND COUNTER-DESIGNATIONS**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis. MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonscrvicc@)merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

 

_____/s/_____
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
dyoung@goodwinprocter.com

LIBW/1736775.2