**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| *e*PLUS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action No. 3:09-CV-620 (REP)** |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF EPLUS'S OBJECTIONS TO DEFENDANT'S DESIGNATION AND
SUMMARY OF THE DEPOSITION OF WILLIAM RAY YUHASZ AND VICKY
MILLER WILLIAMS AND COUNTER-DESIGNATIONS**

**Specific Objections**

| Defendant's Designations | *e*Plus's Objections (designations) | *e*Plus's Objections (summary) |
|---|---|---|
| 9:11-23 | | |
| 13:1-19 | | |
| 14:9-12 | | |
| 17:5-7 | | |
| 18:3-17 | | Mischaracterizes testimony (Mr. Yuhasz testified that Novant did not use any Lawson employees in implementing *the new version of Requisitions Self-Service*) |
| 35:1-36:5 | 701 | |
| 36:24-37:8 | | Mischaracterizes testimony (Mr. Yuhasz testified that the Lawson system as configured at Novant does not have the ability to determine the quantity of items available on hand from suppliers) |
| 57:21-58:5 | | |
| 63:5-14 | | |
| 65:22-24 | | |
| 71:10 – 72:5 | | |
| 77:19-24 | 402; 403 | Mischaracterizes testimony (Mr. Yuhasz testified that the Lawson |

| Defendant's Designations | ePlus's Objections (designations) | ePlus's Objections (summary) |
|---|---|---|
| | | system will not provide for the creation of purchase orders *once the Ariba system is implemented at Novant*) |
| 78:8 – 79:10 | | |
| 85:6-10 | | |
| 95:16 – 96:12 | 402 | |
| 105:4-17 | | |
| 121:7-22 | 602 | |
| 144:19-25 | | Mischaracterizes testimony (Ms. Williams testified that the specific program that she was using at that time would not show if an item was available from a different manufacturer) |
| 159:7-13 | | |
| 159:25 – 160:21 | 403; 701 (160:9-17) | Incomplete summary (Mr. Yuhasz testified that Novant receives the textual information from its suppliers) |
| 161:23-162:21 | 403; 701 (161:23-162:4) | |
| 165:12-18 | 403; 602; 701 | |
| 165:25-166:7 | 403; 602; 701 | Mischaracterizes testimony (Mr. Yuhasz testified that he himself did not know how to tell if the items selected from the results of a search are general equivalents) |
| 167:11-168:5 | 403; 602 | |
| 170:9-171:7 | 403; 602 | |

## Counter-Designations

| ePlus's Counter-Designations |
|---|
| 14:13-18 |
| 18:18-23 |
| 61:4-11 |
| 62:7-24 |
| 65:7-21 |
| 76:6-77:18 |
| 77:25-78:5 |
| 145:1-5 |
| 159:21-24 |
| 160:22-161:4 |

Respectfully submitted,


Dated:  August 9, 2010

/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
cmerritt@cblaw.com
hwillett@cblaw.com


Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
SRobertson@goodwinprocter.com
JAlbert@goodwinprocter.com
DYoung@goodwinprocter.com


Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
MSrapp@goodwinprocter.com
JClements@Goodwinprocter.com

*Attorneys for Plaintiff, ePlus Inc.*

3

## **William R. Yuhasz and Vicky M. Williams – Rebuttal Summary**

Mr. Yuhasz was not sure whether Lawson EDI was included within Novant's license agreement with Lawson, but when he said ERP was licensed from Lawson, he thinks that was all included in that license agreement.  (14:13-18)

Mr. Yuhasz was unsure how Lawson Requisitions Self-Service was delivered to Novant.  (18:18-23)

Requisitions Self-Service includes a search catalog feature.  The Lawson system employed by Novant has this functionality.  (61:4-11; 62:7-24)

Lawson provided step-by-step training to Novant on how to complete a Requisitions Self-Service form as described in the Supply Chain NMG Ambulatory Care Manual.  (65:7-21)

The Ariba system has not been implemented at Novant yet.  Once implemented, Ariba purchase orders and receipt transactions will be copied to the Lawson procurement system for invoice matching.  (76:6-77:18; 77:25-78:5)

Items available from a different manufacturer could not be shown within the particular Lawson program being used at that time to determine which items could be ordered from a location other than inventory to generate a purchase order.  (145:1-5)

Text descriptions and images are associated with items in the Lawson Item Master.  Mr. Yuhasz did not recall whether Lawson provided any instructions on setting up textual information for items.  (159:21-24)

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

**1**

1       IN THE UNITED STATES DISTRICT COURT
2       FOR THE EASTERN DISTRICT OF VIRGINIA
3              RICHMOND DIVISION
4    ePlus Inc.,              )
5         Plaintiff,   )
6    vs.              ) CIVIL ACTION NO.
7                     )  2:09-CV-232,
8    PERFECT COMMERCE, INC.,   )
9    SCIQUEST, INC., LAWSON    )
10   SOFTWARE, INC., and VERIAN   )
11   TECHNOLOGIES, INC.,       )
12         Defendants.   )
13   _____)
14      VIDEOTAPED 30(b)(6) DEPOSITION OF NOVANT HEALTH,
15   INC., by and through its corporate designees,
16      WILLIAM RAY YUHASZ and VICKY MILLER WILLIAMS
17          (Taken by Plaintiff)
18      Winston-Salem, North Carolina
19        Friday, February 19, 2010
20
21
22
23
24        Reported in Stenotype by
.        Dorothy J. M. McGrath, RPR, Shorthand Reporter
25   Transcript Produced by Computer-aided Transcription

**2**

1              APPEARANCES
2    For the Plaintiff:
.         SCOTT L. ROBERTSON, Esquire
3         Goodwin Procter LLP
.         901 New York Avenue, Northwest
4         Washington, District of Columbia  20001
.         (202) 346-4000
5         -and-
.         JAMES D. CLEMENTS, Esquire
6         Goodwin Procter LLP
.         Exchange Place
7         53 State Street
.         Boston, Massachusetts  02109
8         (617) 570-1000
9    For the Defendants:
.         JOSHUA P. GRAHAM, Esquire
10        Merchant & Gould, PC
.         3200 IDS Center
11        80 South Eighth Street
.         Minneapolis, Minnesota  55402-2215
12        (612) 332-5300
13   For the Deponent:
.         MARK A. STAFFORD, Esquire
14        Nelson, Mullins, Riley & Scarborough LLP
.         The Knollwood, Suite 530
15        380 Knollwood Street
.         Winston-Salem, North Carolina 27103
16        (336) 774-3333
17
18   Also Present:  John B. Morris (Novant Health)
19
20      VIDEOTAPED 30(b)(6) DEPOSITION OF NOVANT
.         HEALTH, INC., by and through its corporate designees
21   WILLIAM RAY YUHASZ and VICKY MILLER WILLIAMS,
.         witnesses called on behalf of Plaintiff, before
22   Dorothy J. M. McGrath, RPR, Notary Public in and for
.         the State of North Carolina, at Novant Health,
23   119 Brookstown Avenue, One Salem Tower,
.         Winston-Salem, North Carolina, on Friday,
24   February 19, 2010, commencing at 8:42 a.m.
25

**3**

1           INDEX OF EXAMINATIONS
2    By Mr. Robertson . . . . . . . . . . . . .5
3       By Mr. Graham . . . . . . . . . . . . . .159
.       By Mr. Robertson . . . . . . . . . . . . .167
4
5           INDEX OF EXHIBITS
6    NUMBER         DESCRIPTION         MARKED
7    N1  Subpoena . . . . . . . . . . . . . . .29
8    N2  Lawson Software Product License  . . . . .45
.       Agreement (NOV0729 - 832)
9
.       N3  Lawson Software, Inc., Services  . . . . .49
10      Confirmation (L0156778)
11   N4  Product Order Form, Lawson Software  . . .50
.       Consumer Agreement (L0156759 - 763)
12
.       N5  Lawson Software, Inc., Services  . . . . .53
13      Agreement (NOW0725 - 728)
14   N6  Requisition Self-Service RSS 9 . . . . .57
.       Training Manual, November 2009
15      (NOV0838 - 868)
16   N7  Supply Chain NMG Ambulatory Care . . . . .63
.       Manual (NOV0870 - 904)
17
.       N8  Lawson/SciQuest Procure-to-Pay . . . . .71
18      (P2P) Solutions Overview for Novant
.       Health (LE00509459 - 464)
19
.       N9  Series of E-mail with Various  . . . . .78
20      Attached Documents (NOV0394 - 443)
21   N10  E-mail with Attached Presentation  . . . .90
.       Referencing Novant Responses to RFP
22      Question (ePLUS0911571 - 582)
23   N11  Document Titled Novant Health P2P  . . . .95
.       Project Dated 1/16/2009 (LE00504119
24      - 121)
25

**4**

1           INDEX OF EXHIBITS (CONTINUED)
2    N12  Series of Training Documents,  . . . . . .96
.       Manual Instructions, and
3       Presentation Slides (NOV0453 - 697)
4    N13  Addendum to Lawson Software Product  . . .98
.       License Agreement (L0156732 - 733)
5
.       N14  Lawson Software, Inc., Services  . . . . .99
6       Order Form (L0156785 - 786)
7    N15  Printout of Screen Shots Showing  . . . .173
.       System Being Utilized
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

5

1           P R O C E E D I N G S
2       VIDEO TECHNICIAN:  All right.  Here begins
3   Videotape Number 1 in the 30(b)(6) deposition of
4   William Ray Yuhasz and Vicky Williams in the matter
5   of ePlus, Incorporated, versus Perfect Commerce,
6   Incorporated; SciQuest, Incorporated; Lawson
7   Software, Incorporated; and Verian Technologies,
8   Incorporated, in the United States District Court
9   for the Eastern District of Virginia, Civil Action
10  Number 2:09-CV-232.  Today's date is February 19th,
11  2010.  The time on the video monitor is 08:42.,
12      Video operator today is Rob Hahn of LAD
13  Reporting.  This deposition is taking place at
14  119 Brookstown Avenue in Winston-Salem, North
15  Carolina.  Counsel, please identify yourself for the
16  record and state whom you represent.
17      (WHEREUPON, INTRODUCTIONS ARE MADE)
18      VIDEO TECHNICIAN:  The court reporter today is
19  Dorothy McGrath of LAD Reporting.  Would the
20  reporter please swear in the witness.
21  WILLIAM RAY YUHASZ and VICKY MILLER WILLIAMS,
22      having been duly sworn, testifies as follows:
23          EXAMINATION
24
25

6

1       MR. ROBERTSON:  Good morning, Mr. Yuhasz and
2   Ms. Williams.  Lets do this first:  Mr. Yuhasz, can
3   you just state your full name for the record and
4   your address, your current address?
5       MR. YUHASZ:  It's William Ray Yuhasz.  It's
6   427 Beaten Path Road in Mooresville, North Carolina
7   28117.
8       MR. ROBERTSON:  Okay.  And, Ms. Williams, could
9   you do the same, please?
10      MS. WILLIAMS:  Vicky Williams, 4680 Duffer
11  Court, Pfafftown, North Carolina 27040.
12      MR. ROBERTSON:  It's a little unusual having
13  two deponents, so let me just -- I'm going to just
14  ask you general questions first, Mr. Yuhasz, and
15  then Ms. Williams so we have an understanding of
16  where we are.  And then I'll proceed with the
17  deposition of Mr. Yuhasz and you, know, if there's
18  issues that he can't address and Ms. Williams may be
19  familiar with, it's been suggested by counsel that
20  we could just switch in or switch out depending
21  on -- on, you know, the topic that you may be
22  knowledgeable about; is that correct with you?
23      MR. YUHASZ:  (Nods head.)
24      MS. WILLIAMS:  Yes.
25      MR. ROBERTSON:  You have to answer verbally

7

1   actually, so we -- give me -- so it can be recorded
2   by the stenographer and videographer.  Let me ask
3   you first, Mr. Yuhasz, have you ever been deposed
4   before, sir?
5       MR. YUHASZ:  No.
6       MR. ROBERTSON:  Okay.  How about you,
7   Ms. Williams?
8       MS. WILLIAMS:  No.
9       MR. ROBERTSON:  Okay.  Let me then just briefly
10  go through some of the ground rules.  You're here
11  today pursuant to a subpoena that was issued by my
12  client, ePlus, to Novant that had certain topics
13  that involve the Lawson requisitioning software
14  system that's employed by Novant.  Do you understand
15  that?
16      MR. YUHASZ:  Correct.
17      MR. ROBERTSON:  You have to answer verbally --
18  good --
19      MS. WILLIAMS:  Yes.
20      MR. ROBERTSON:  Good.  And if at any time I ask
21  a question that you don't understand or you think is
22  confusing, please just let me know, and I'll try to
23  restate the question or rephrase it in a way that
24  might be more clear.  As I said, you have to answer
25  verbally.  From time to time your counsel

8

1   Mr. Stafford may interpose an objection.  Unless he
2   instructs you not to answer the question, you still
3   need to answer the question.  Do you understand
4   that?
5       MR. YUHASZ:  Yes.
6       MR. ROBERTSON:  Okay.
7       MS. WILLIAMS:  Yes.
8       MR. ROBERTSON:  Okay.  Do you have any
9   questions about the process?
10      MR. YUHASZ:  No.
11      MS. WILLIAMS:  No.
12      MR. ROBERTSON:  Okay.  Great.  Why don't I
13  start then with Mr. Yuhasz.  If you want to go
14  relax, Ms. Williams, and we'll see if we are in need
15  of your services.
16      We talked about this briefly before we
17  started the deposition, Mr. Yuhasz, but I mean, the
18  purpose I'm here today is just to understand the
19  actual operating Lawson requisition system employed
20  by Novant, and so I appreciate the fact that you
21  appear to have it open on your laptop computer.  And
22  I'm going to want to go to, you know, certain
23  screens and -- and see what we could do with that
24  functionality.  In particular, I want to see how we
25  can search for items, how we can then build

William Yuhasz and Vicky Williams (Novant)   2/19/2010   8:42:00 AM

9

1   requisitions of those items for purchase, and then
2   generate purchase orders.  I'll be looking to see if
3   we can find items for multiple vendors, see if I can
4   find same or similar items of multiple vendors and
5   do sort of comparisons between them, whether I have
6   to do that by keyword or by part number or whatever
7   manner you can show me.  But my questions I'll try
8   to be as specific as possible.  So are you
9   comfortable with that --
10       MR. YUHASZ:  Yes.
11       MR. ROBERTSON:  How -- how long have you been
12   working with Novant, sir?
13       MR. YUHASZ:  12 years.
14       MR. ROBERTSON:  Since 1998?
15       MR. YUHASZ:  Yes.
16       MR. ROBERTSON:  Okay.  And what is your
17   position currently, sir?
18       MR. YUHASZ:  Director of logistics technology.
19       MR. ROBERTSON:  Is that in the information
20   technology department of the company?
21       MR. YUHASZ:  No.  The position reports to
22   supply chain, to the chief -- through the chief
23   financial -- chief supply chain officer.
24       MR. ROBERTSON:  And who is that gentleman?
25       MR. YUHASZ:  Tony Johnson.

10

1       MR. ROBERTSON:  And where is Mr. Johnson a
2   resident?  Where is he --
3       MR. YUHASZ:  His personal residence or for
4   work --
5       MR. ROBERTSON:  No, no.  Where does he work?
6       MR. YUHASZ:  In Winston-Salem.
7       MR. ROBERTSON:  Okay.  What are your job
8   responsibilities, sir, as the director of logistics
9   technologies?
10       MR. YUHASZ:  Provide the functional support for
11   the supply chain technology.
12       MR. ROBERTSON:  How long have you had that
13   position?
14       MR. YUHASZ:  Five years.
15       MR. ROBERTSON:  Just briefly, what did you do
16   before you were the director of logistics
17   technology?
18       MR. YUHASZ:  I was technical lead for finance.
19       MR. ROBERTSON:  When you use the term "supply
20   chain technology," what do you mean by that, sir?
21       MR. YUHASZ:  The technology enablers to -- for
22   supply chain to support the business needs.  My team
23   supports the functional aspects of those enablers to
24   configure them, know how to use them, and report
25   from them, use the data.

11

1       MR. ROBERTSON:  Are you responsible at all for
2   actual procurement of goods for Novant?
3       MR. YUHASZ:  No.
4       MR. ROBERTSON:  Okay.  You just support those
5   who then do the procurement; is that right?
6       MR. YUHASZ:  Correct.
7       MR. ROBERTSON:  And as the director of
8   logistics technology, how long have you been working
9   with the Lawson requisition product?
10       MR. YUHASZ:  Just the -- the requisition
11   self-service or the requisition of the ERP system?
12       MR. ROBERTSON:  Let's start out with the
13   requisition self-service.
14       MR. YUHASZ:  Requisition self-service, probably
15   five years also.
16       MR. ROBERTSON:  Ever since you became the
17   director of logistics -- oh, no, excuse me.  Prior
18   to five years ago when you started using requisition
19   self-service, were you using some sort of
20   requisition procurement software?
21       MR. YUHASZ:  The basic requisitioning in the
22   ERP system.
23       MR. ROBERTSON:  When you say ERP --
24       MR. YUHASZ:  Uh-huh.
25       MR. ROBERTSON:  -- that stands for

12

1   enterprise --
2       MR. YUHASZ:  -- resource planning.
3       MR. ROBERTSON:  Enterprise resource planning.
4   Was that a Lawson product that you were using?
5       MR. YUHASZ:  Yes.
6       MR. ROBERTSON:  Okay.  Do you know how long
7   Novant's been using Law--- some type of Lawson
8   requisitioning product, either ERP or requisition
9   self-service?
10       MR. YUHASZ:  The ERP began in 1997.
11       MR. ROBERTSON:  How about the requisition --
12       MR. YUHASZ:  I mean, 1999, sorry.
13       MR. ROBERTSON:  Okay.  And did I understand you
14   to say requisition self-service for approximately
15   the last five years?
16       MR. YUHASZ:  Yes.
17       MR. ROBERTSON:  Okay.  Do you know whether or
18   not Novant uses any other kind of software modules,
19   I'll call them, with respect to procurement from
20   Lawson?
21       MR. YUHASZ:  From Lawson?
22       MR. ROBERTSON:  Let me ask you -- maybe if I
23   throw out some names for you, you can tell me
24   whether they're familiar.
25       MR. YUHASZ:  Okay.

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

13

1    MR. ROBERTSON:  Before we started the
2    deposition you talked about procurement punch-out.
3    Do I understand you to say Novant doesn't use
4    punch-out?
5    MR. YUHASZ:  Correct, we don't use punch-out.
6    MR. ROBERTSON:  Do you have that module and
7    just not use it or have you -- did you just not
8    purchase it from Lawson?
9    MR. YUHASZ:  We have the module, and we do not
10   use it.
11   MR. ROBERTSON:  Okay.  Were you --
12   notwithstanding that you don't use it in the
13   everyday course of Novant's business, would you be
14   able to demonstrate its capabilities today?
15   MR. YUHASZ:  No.
16   MR. ROBERTSON:  And is that because you don't
17   have any punch-out vendors that are configured with
18   that software module?
19   MR. YUHASZ:  Correct.
20   MR. ROBERTSON:  Okay.  How about -- there's a
21   module known as inventory control.  Do you know
22   whether or not Novant employs that --
23   MR. YUHASZ:  Yes, we do use inventory control.
24   MR. ROBERTSON:  Okay.  How about, there's a
25   separate module called the purchase order module.

14

1    Do you know whether or not Novant employs that
2    purchase order module?
3    MR. YUHASZ:  Yes, we use the purchase order
4    module.
5    MR. ROBERTSON:  And you've already indicated
6    that you use the module known as requisition
7    self-service, correct?
8    MR. YUHASZ:  Yes.
9    MR. ROBERTSON:  There's also a module that
10   enables EDI.  Are you familiar with that?
11   MR. YUHASZ:  Yes, and we do not have that
12   employed, the Lawson EDI.
13   MR. ROBERTSON:  You don't have it employed.
14   Have you -- do you know whether you purchased it
15   from Lawson?
16   MR. YUHASZ:  I'm not for sure, but when I say
17   ERP, I think that's all included in that license
18   agreement.
19   MR. ROBERTSON:  As part of the ERP solutions
20   that -- that Lawson offers --
21   MR. YUHASZ:  Right.
22   MR. ROBERTSON:  -- there's a number of other
23   types of software functionality besides what we've
24   been calling requisition and procurement, correct?
25   Let me rephrase the question because you're a

15

1    little --
2    MR. YUHASZ:  Yeah.
3    MR. ROBERTSON:  You seem confused.
4    MR. YUHASZ:  Right.
5    MR. ROBERTSON:  ERP can include a broad
6    spectrum of software functionality beyond
7    requisitioning, correct?
8    MR. YUHASZ:  Correct.
9    MR. ROBERTSON:  Okay.  So do you know what
10   other types of functionality form the -- a part of
11   the Lawson ERP solutions that Novant has?
12   MR. YUHASZ:  For procurement purposes or for
13   supply chain uses, is warehouse.
14   MR. ROBERTSON:  I'm sorry, it's called
15   warehouse?
16   MR. YUHASZ:  Warehouse.
17   MR. ROBERTSON:  What's that?
18   MR. YUHASZ:  It's integrated with the inventory
19   control module --
20   MR. ROBERTSON:  Okay.
21   MR. YUHASZ:  -- so that you can pick and ship
22   from your inventory.
23   MR. ROBERTSON:  Okay.  So this is from Novant's
24   own inventory that it could deliver product?
25   MR. YUHASZ:  Correct.

16

1    MR. ROBERTSON:  Lawson offers other ERP
2    solutions such as, you know, human resources and
3    financial administration.  Are you familiar at all
4    with those?
5    MR. YUHASZ:  Yes.
6    MR. ROBERTSON:  Do you know whether Novant
7    employs those at all?
8    MR. YUHASZ:  We use the finance.
9    MR. ROBERTSON:  Any other ERP solutions that
10   you're aware of that Novant uses from Lawson?
11   MR. YUHASZ:  No.
12   MR. ROBERTSON:  Just focusing in on this
13   requisition self-service that you indicated you've
14   been utilizing for approximately the last five
15   years, have you gone through any iterations or
16   versions of it, any updates?
17   MR. YUHASZ:  Yes.
18   MR. ROBERTSON:  How many approximately?  Do you
19   know?
20   MR. YUHASZ:  I'm going to estimate three.
21   MR. ROBERTSON:  Do you recall when the last
22   update for the requisition self-service occurred?
23   MR. YUHASZ:  Yes.
24   MR. ROBERTSON:  Okay.
25   MR. YUHASZ:  December 2009.

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

17

1 MR. ROBERTSON:  Okay.  And why is that amusing

2 to you?

3 MR. YUHASZ:  The upgrade quality is a little

4 poor.

5 MR. ROBERTSON:  Oh.  As you -- did -- did

6 Lawson assist in the upgrade?

7 MR. YUHASZ:  No.

8 MR. ROBERTSON:  Okay.  How -- how did the

9 upgrade occur?

10 MR. YUHASZ:  What -- what are you -- what --

11 MR. ROBERTSON:  I mean, how does the upgrade

12 get delivered to you, how do you implement it, how

13 do you get it up and running?

14 MR. YUHASZ:  Well, you have to order it through

15 Lawson, and -- and they deliver the software to our

16 technical team that reports through information

17 technology, and they install it, and then --

18 MR. ROBERTSON:  You said "they."  Who's they?

19 MR. YUHASZ:  The Lawson application technical

20 team that reports to information technology, so they

21 handle the more technical aspects of installing the

22 actual software, and then when they -- then they

23 turn it over to the business users such as myself to

24 get it configured and tested.

25 MR. ROBERTSON:  Okay.  How -- how long -- you

18

1 said this occurred December of 2009?

2 MR. YUHASZ:  Uh-huh.

3 MR. ROBERTSON:  Approximately how long did it

4 take for Lawson to load the new version of

5 requisition self-service?

6 MR. YUHASZ:  The entire implementation

7 timeline?

8 MR. ROBERTSON:  Yes, sir.

9 MR. STAFFORD:  Object to form.  Go ahead.

10 MR. YUHASZ:  Excuse me.  The entire timeline,

11 probably four months.

12 MR. ROBERTSON:  And approximately how many

13 Lawson personnel assisted you in that process?  One

14 individual --

15 MR. YUHASZ:  Lawson employees?

16 MR. ROBERTSON:  Yes, sir.

17 MR. YUHASZ:  No.

18 MR. ROBERTSON:  Okay.  Well, what did they do

19 when they delivered it to you?  Did they deliver it

20 to you in person?

21 MR. YUHASZ:  I can't answer that.  I -- I think

22 it's electronic.  That's -- that's through the

23 Lawson application team to how they deliver it.

24 MR. ROBERTSON:  Do you know whether or not

25 Novant has any maintenance agreement with Lawson

19

1 with respect to this requisition self-service

2 software?

3 MR. YUHASZ:  Yes.

4 MR. ROBERTSON:  Okay.  What does the

5 maintenance involve?

6 MR. YUHASZ:  The maintenance agreement, what it

7 primarily allows is the ongoing upgrades, receive

8 those, annual maintenance, and then support --

9 center support from Lawson.

10 MR. ROBERTSON:  And what's involved in the

11 support center?  Is that a 24/7 online capability,

12 or is it, you know, a telephone bank?  What's

13 involved?

14 MR. YUHASZ:  It's both.

15 MR. ROBERTSON:  Okay.

16 MR. YUHASZ:  You have both capabilities.

17 MR. ROBERTSON:  And has Novant utilized those

18 available features as part of the maintenance?

19 MR. YUHASZ:  Yes.

20 MR. ROBERTSON:  Again, why is -- why do you

21 find that amusing?

22 MR. YUHASZ:  As I -- as I pointed out earlier,

23 the quality of the upgrade was less --

24 MR. ROBERTSON:  Less than ideal?

25 MR. YUHASZ:  -- than ideal.

20

1 MR. ROBERTSON:  So you had to utilize those

2 services with respect to this latest implementation?

3 MR. YUHASZ:  Correct.

4 MR. ROBERTSON:  Any other service or

5 maintenance capabilities that Novant enjoys by

6 virtue of this contract with Lawson?

7 MR. YUHASZ:  The only other thing that might be

8 included is we have the online library of education

9 materials.

10 MR. ROBERTSON:  Okay.  That's like product

11 guides and things like that?

12 MR. YUHASZ:  Well, no, it's more than the

13 product guides.  It's -- it's more education to a

14 role of someone using the software like a -- what a

15 material handler might use, what a receiver might

16 use.  You can -- it's more education material for

17 roles to use their software.

18 MR. ROBERTSON:  Do you know whether or not

19 Lawson's provided Novant with any specific product

20 guides as to how to utilize the requisition

21 self-service module?

22 MR. YUHASZ:  Yes, they're -- they're provided

23 with the upgrades online.

24 MR. ROBERTSON:  Have you had an opportunity to

25 review those documents on occasion?

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

21

1    MR. YUHASZ:  On occasion.
2    MR. ROBERTSON:  Okay.  Have you ever had the
3    experience where Lawson has had to actually send one
4    of their employees to assist Novant in the operation
5    of these procurement software modules we've been
6    talking about?
7    MR. YUHASZ:  You want to limit it to a time
8    frame or --
9    MR. ROBERTSON:  Well, let's just start with
10    ever.  Has it -- has it ever occurred in your
11    experiences as the director of logistics technology
12    utilizing this requisition software that Lawson's
13    actually provided a human being to come and assist
14    you with any kind of issues that have arisen?
15    MR. YUHASZ:  Specifically with requisition
16    self-service, the only time I think Lawson assisted
17    Novant was during the initial implementation.
18    MR. ROBERTSON:  And was that of the ERP system,
19    or was that of the requisition self-service?
20    MR. YUHASZ:  Of the requisition self-service.
21    MR. ROBERTSON:  So approximately five years ago
22    when you first loaded it and had it up and running?
23    MR. YUHASZ:  Correct.
24    MR. ROBERTSON:  Okay.  How -- how long did that
25    take approximately?

22

1    MR. YUHASZ:  Are you speaking just to
2    requisition self-service implementation --
3    MR. ROBERTSON:  Yes.
4    MR. YUHASZ:  It's difficult to parse out
5    because it was part of a larger project --
6    MR. ROBERTSON:  Okay.
7    MR. YUHASZ:  -- for upgrading.  Again, that --
8    it was part of an upgrade to -- of the ERP system,
9    and then we attached the implementation of RSS.  So
10    I don't -- I mean --
11    MR. ROBERTSON:  I understand it's difficult to
12    answer that because it was part of a larger project.
13    MR. YUHASZ:  Correct.
14    MR. ROBERTSON:  With requisition self-service,
15    it's my understanding that a number of individuals
16    can actually access that functionality and go
17    through the procurement process.  Is that fair to
18    say that's how it operates at Novant?
19    MR. YUHASZ:  Correct.
20    MR. ROBERTSON:  Do you know -- and I've seen in
21    some of the documents provided by Lawson that the
22    license fee for the requisition software actually is
23    tied to the number of users who can utilize the
24    application.  Is that consistent with your
25    understanding?

23

1    MR. YUHASZ:  Yes.
2    MR. ROBERTSON:  Do you know approximately --
3    under the license Lawson has -- how many users can
4    utilize the requisition software?
5    MR. YUHASZ:  No, I don't know the current
6    that's -- that's maintained by the information
7    technology group.
8    MR. ROBERTSON:  Okay.  Do you know
9    Ms. Williams?
10    MS. WILLIAMS:  No, I do not.
11    MR. ROBERTSON:  Okay.  Thank you.  All right.
12    Just as a practical matter, do you know how many
13    people approximately can utilize the requisition
14    self-service application at Novant?
15    MR. YUHASZ:  Can we restrict that to actively
16    use it?
17    MR. ROBERTSON:  Sure, let's start with that.
18    MR. YUHASZ:  I'm going to estimate we have
19    probably between 1800 and 2000 users.
20    MR. ROBERTSON:  Okay.  Novant's a fairly large
21    company, I gather --
22    MR. YUHASZ:  Yes.
23    MR. ROBERTSON:  Do you know approximately how
24    many employees Novant has?
25    MR. YUHASZ:  My estimate is around 13,000.

24

1    Okay.  It's grown.  We've added on new facilities in
2    the last four months.
3    MR. ROBERTSON:  All right.  It's more than --
4    more than 10,000 people?
5    MR. YUHASZ:  More than 10,000.
6    MR. ROBERTSON:  And of the more than 10,000,
7    somewhere like around 1800 can actually access the
8    requisition self-service application?
9    MR. YUHASZ:  Correct.
10    MR. ROBERTSON:  And Novant has a number of
11    facilities, correct?
12    MR. YUHASZ:  Correct.
13    MR. ROBERTSON:  Is the main facility here in
14    Winston-Salem?
15    MR. YUHASZ:  For -- that -- ordering or what do
16    you mean by facility?
17    MR. ROBERTSON:  Just the main office.  The
18    headquarters?
19    MR. YUHASZ:  The headquarters are located in
20    Winston-Salem.
21    MR. ROBERTSON:  Okay.  Is that where most of
22    the employees are resident at -- for Novant in
23    Winston-Salem?  Excuse my ignorance about the
24    company.  I'm just trying to understand --
25    MR. YUHASZ:  I don't know if it's where most of

25

1    them reside. I mean, it's --
2        MR. ROBERTSON: Okay.
3        MR. STAFFORD: Mr. Robertson, I'll just go
4    ahead and tell you, Novant grew over time.
5        MR. YUHASZ: Right.
6        MR. STAFFORD: The hospital here, which has a
7    large number of employees both in separate practice
8    there and also one in Charlotte is a very large
9    system and over time they've acquired others in
10   other places. So that's probably why he's
11   hesitating, but there's certainly a couple of
12   gravitational points there.
13       MR. ROBERTSON: Appreciate it.
14           The point of my question, though, was the
15   requisition self-servicing is available to employees
16   at a variety of locations; is that right?
17       MR. YUHASZ: Correct.
18       MR. ROBERTSON: It's part of a networked
19   capability that is available to -- to more than 1800
20   Novant employees?
21       MR. YUHASZ: Correct.
22       MR. ROBERTSON: Okay. And I would assume that
23   certain authorizations are required in order to be
24   someone who has the ability to employ the
25   requisition self-service capability, correct?

27

1        MR. YUHASZ: After you are signed onto the
2    Novant network, correct.
3        MR. ROBERTSON: So once I'm authorized, if I'm
4    an employee sitting in Charlotte at the -- a Novant
5    facility, I can access it from my -- my laptop or my
6    desktop and -- and go through the requisition
7    process; is that right?
8        MR. YUHASZ: Correct.
9        MR. ROBERTSON: And I assume that even if I'm
10   authorized, I may need some supervisory clearance to
11   do certain purchasing. Would that be fair to say?
12       MR. YUHASZ: For requisition self-service, the
13   electronic version, if we have established the item
14   for ordering, and they can only order electronically
15   established items, then they're available for order
16   and -- and do not meet under the approvals.
17       MR. ROBERTSON: Okay. Is there any thresholds
18   that, you know, I might not be able to exceed as
19   someone authorized to used requisition self-service
20   dollar threshold?
21       MR. YUHASZ: No, we do not put dollar
22   thresholds.
23       MR. ROBERTSON: Sort of broad question, what's
24   the general purpose that Novant is employing this
25   requisition self-service application?  Is it

26

1        MR. YUHASZ: Correct.
2        MR. ROBERTSON: Do you supervise who has access
3    to it?
4        MR. YUHASZ: In that I work with the
5    information technology group to a setup -- to
6    establish the security classes for Lawson, but
7    Novant has a user access group that once you
8    establish the security group for an application or
9    security groups for an application, then managers
10   can request employees have access to those security
11   groups.
12       MR. ROBERTSON: And the Lawson requisition
13   service -- self-service functionality that Lawson
14   provides has the capability to authorize certain
15   people to have access to the application; is that
16   right?
17       MR. YUHASZ: Correct.
18       MR. ROBERTSON: To simplify it, you could turn
19   it on for some people and turn it off for others; is
20   that right?
21       MR. YUHASZ: Correct.
22       MR. ROBERTSON: If I'm one of these 1800
23   employees at Novant of this networked application,
24   can I access it just from my laptop like you are
25   doing for me here today?

28

1    purchase items for Novant, purchase items for Novant
2    customers, or -- or both?
3        MR. YUHASZ: What do you mean by "Novant
4    customers"?
5        MR. ROBERTSON: Well, you know, you want to
6    sell a product to one of Novant's customers and you
7    want to source it from another vendor. Can you use
8    the requisition self-service to do that?
9        MR. YUHASZ: But, I guess, clarify "Novant
10   customers." What are you -- what's a Novant
11   customer to you?  I'm not --
12       MR. ROBERTSON: You sell product, isn't that
13   right, Novant does?
14       MR. YUHASZ: No.
15       MR. ROBERTSON: You just acquire products?
16       MR. YUHASZ: Right, we just acquire products --
17       MR. ROBERTSON: -- for use --
18       MR. YUHASZ: For use by Novant.
19       MR. ROBERTSON: Okay. Do you do it for
20   Novant's daily operations?  That is, you know, we
21   talked about office supplies before, you know,
22   people need pencils and pens and -- and Post-its?
23   Do you employ the requisition self-service for that,
24   for the daily operations?
25       MR. YUHASZ: For daily operations but not for

---

**29**

1　office supplies.
2　　　MR. ROBERTSON: Okay. What types of daily
3　operations do you employ the requisition
4　self-service to purchase goods?
5　　　MR. YUHASZ: Mostly for med/surge products.
6　　　MR. ROBERTSON: When you say "med/surge,"
7　that's medical and surgical?
8　　　MR. YUHASZ: Medical and surgical.
9　　　MR. ROBERTSON: Okay. Before we started the
10　deposition, we talked about the number of vendors
11　that are available to Novant for purchasing product.
12　Could you tell me just on the record approximately
13　how many you think that is?
14　　　MR. YUHASZ: It would be an estimate of about
15　10,000 for -- for procurement purposes.
16　　　MR. ROBERTSON: Okay. Is that consistent,
17　Ms. Williams, with your understanding?
18　　　MS. WILLIAMS: Yes, it is.
19　　　(EXHIBIT NUMBER N1 WAS MARKED FOR IDENTIFICATION.)
20　　　MR. ROBERTSON: Okay. Let me show you what
21　I've marked as Exhibit -- call it Novant Exhibit
22　Number 1. This is, I'll represent to you, a
23　subpoena that we served on Novant. Have you had an
24　opportunity to see this document before?
25　　　MR. YUHASZ: Yes.

---

**30**

1　　　MR. STAFFORD: Take a moment, look it over.
2　　　MR. ROBERTSON: Yeah, by all means --
3　　　MR. STAFFORD: I believe there were two
4　subpoenas served; is that right?
5　　　MR. ROBERTSON: Well, just --
6　　　MR. STAFFORD: Or maybe one served twice.
7　Forgive me.
8　　　MR. ROBERTSON: What I want to direct you to,
9　Mr. Yuhasz, if you have an opportunity, there's a
10　Schedule A in here, and there's a Schedule B, and
11　then there's a Schedule C. And I apologize the
12　document's not -- pages aren't numbered, so you have
13　to just flip through to get to Schedule A. Let's
14　start with that.
15　　　MR. YUHASZ: I have A.
16　　　MR. ROBERTSON: These are topics that my
17　client, ePlus, identified for purposes of the
18　deposition today. Did you have an opportunity to
19　look at those? There's some ten topics.
20　　　MR. YUHASZ: Correct --
21　　　MR. ROBERTSON: Okay.
22　　　MR. YUHASZ: -- yes, I have reviewed.
23　　　MR. ROBERTSON: And you understand this is a --
24　a corporate deposition of Novant, and Novant has
25　designated you to testify with respect to some of

---

**31**

1　these topics. Are you -- understand that?
2　　　MR. YUHASZ: Yes.
3　　　MR. ROBERTSON: Okay. I don't want to go
4　through and read each one for the record, but is
5　there any topic here that you feel that -- that
6　you're not going to be capable of testifying about
7　today? Take a minute to go through them.
8　　　MR. YUHASZ: Probably in number 4, the
9　supplier/vendor catalogs.
10　　　MR. ROBERTSON: And what gives you hesitation
11　about supplier/vendor catalogs in topic number 4?
12　　　MR. YUHASZ: Just my interpretation of that is
13　like used in punch-out functionality where a vendor
14　provides a catalog specific to Novant for ordering
15　and that that, you know -- you make -- they make
16　available for Novant requisitioners.
17　　　MR. ROBERTSON: So that's based on what your
18　understanding is of a vendor catalog?
19　　　MR. YUHASZ: Uh-huh.
20　　　MR. ROBERTSON: Does -- do the items that are
21　available through the requisition self-service
22　application provided by Lawson have textual
23　descriptions about them?
24　　　MR. YUHASZ: Yes.
25　　　MR. ROBERTSON: Okay. Do they sometimes

---

**32**

1　include part numbers?
2　　　MR. YUHASZ: Yes.
3　　　MR. ROBERTSON: They include perhaps vendor or
4　manufacturer numbers?
5　　　MR. YUHASZ: Yes.
6　　　MR. ROBERTSON: Do they sometimes have images
7　of the item?
8　　　MR. YUHASZ: Yes.
9　　　MR. ROBERTSON: Do they have pricing
10　availability?
11　　　MR. YUHASZ: Yes.
12　　　MR. ROBERTSON: Do they ever have inventory
13　availability?
14　　　MR. YUHASZ: Yes.
15　　　MR. ROBERTSON: Okay. So if we were to look
16　at -- and we will do this later --
17　　　MR. YUHASZ: Uh-huh.
18　　　MR. ROBERTSON: -- search for a particular
19　item --
20　　　MR. YUHASZ: Uh-huh.
21　　　MR. ROBERTSON: -- some or all of those -- that
22　information are available to me with respect to a
23　particular item, correct?
24　　　MR. YUHASZ: Correct.
25　　　MR. ROBERTSON: Does it tell me who the vendor

---

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

33

1   is?

2       MR. YUHASZ:  Certain inquiries do.

3       MR. ROBERTSON:  Okay.  So I can search by

4   vendor as one of the criteria?

5       MR. YUHASZ:  On certain forms, yes.

6       MR. ROBERTSON:  Okay.  You are familiar with

7   catalogs, correct?

8       MR. YUHASZ:  Right.

9       MR. ROBERTSON:  Just generally catalogs like

10   the Sears catalog, right?

11       MR. YUHASZ:  Right.

12       MR. ROBERTSON:  Okay.  Or the Victoria's Secret

13   catalog, my favorite.  The catalog -- the Sears

14   catalog has textual descriptions about the item,

15   correct?

16       MR. YUHASZ:  (Nods head.)

17       MR. ROBERTSON:  You have to answer verbally --

18       MR. YUHASZ:  Yes.

19       MR. ROBERTSON:  Okay.  And it has pictures?

20       MR. YUHASZ:  Yes.

21       MR. ROBERTSON:  And it has part numbers

22   sometimes?

23       MR. YUHASZ:  Yes.

24       MR. ROBERTSON:  And it has pricing information?

25       MR. YUHASZ:  Yes.

34

1       MR. ROBERTSON:  And might tell you when it's

2   available or -- or, you know, it -- whether it's a

3   seasonal catalog or something like that?

4       MR. YUHASZ:  Yes.

5       MR. ROBERTSON:  Okay.  So a lot of the

6   information that's available to a Novant user of the

7   requisition self-service, all that data we just

8   talked about, is the same kind of data that's

9   available in a catalog; isn't that right?

10       MR. YUHASZ:  Correct.

11       MR. ROBERTSON:  So if I were to basically

12   suggest to you that the same kind of data that's

13   available from a vendor -- multiple vendors in the

14   Novant system is the same kind of data that's

15   available in a catalog, would that affect your

16   understanding as to whether or not you could testify

17   as to the vendor/supplier catalogs available on the

18   Novant requisition self-service?

19       MR. YUHASZ:  I guess my definition still of all

20   that stuff you described and the way we're using it

21   is the item master and associated file, so it's not

22   just a vendor catalog.  It's the entire item master

23   Novant employees have put the data into.

24       MR. ROBERTSON:  I understand.

25       MR. YUHASZ:  So --

35

1       MR. ROBERTSON:  You want to call it an item

2   master, but why don't you answer this for me.

3       MR. YUHASZ:  Okay.

4       MR. ROBERTSON:  You have a vendor that has

5   perhaps hundreds of thousands of products that it's

6   offering, correct?

7       MR. YUHASZ:  Uh-huh, yeah.

8       MR. ROBERTSON:  And all that data is loaded in

9   the item master and available to a Novant user,

10   correct?

11       MR. YUHASZ:  No.  What we choose to load to the

12   item master of the entire data.  That's why -- it's

13   what we choose to add ourselves to item master --

14       MR. ROBERTSON:  All right.  Okay.  So you've

15   chosen to include for a particular vendor thousands

16   of items that are available that include all the

17   information that we've just been discussing,

18   correct?

19       MR. YUHASZ:  Correct.

20       MR. ROBERTSON:  Okay.  And why don't you tell

21   me why you think that's different, for example, of

22   me choosing to select 400 pages out of 1,000-page

23   Sears catalog to download and include that data as

24   part of my requisition self-service application.

25   What's the difference to you, sir?

36

1       MR. YUHASZ:  Well, the difference is in the

2   wording of supplier/vendor catalogs that to me

3   infers you are using a -- a format, a data structure

4   that the supplier maintains and -- and provides to

5   you that you access.

6       MR. ROBERTSON:  Well, let's just talk about,

7   for example, pricing information for a particular

8   vendor --

9       MR. YUHASZ:  Okay.  Okay.  Uh-huh.

10       MR. ROBERTSON:  Where did Novant get that

11   information from?  The vendor supplied it; is that

12   right?

13       MR. YUHASZ:  The manufacturer supplies that

14   contract price, correct.

15       MR. ROBERTSON:  Okay.  And the description of

16   the good, whatever the item is from that

17   manufacturer or vendor, the vendor provided that,

18   correct?

19       MR. YUHASZ:  They provide a description.  It

20   may not be the description shown in the item master.

21       MR. ROBERTSON:  Okay.  But you get descriptions

22   of the goods from the manufacturers, right?

23       MR. YUHASZ:  Correct.

24       MR. ROBERTSON:  The availability of whether or

25   not that item is available to be sold, the

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

**37**

1  manufacturer, the vendor provides that, right?
2  MR. YUHASZ:  What do you mean by "availability"
3  there?
4  MR. ROBERTSON:  Whether -- whether the product
5  is available for sale.
6  MR. YUHASZ:  No, we do not have that in the
7  system.  As -- as far as what quantity they have on
8  hand, available to order at a certain moment?
9  MR. ROBERTSON:  When it might be available,
10  when it's -- if it's, you know, a product that
11  starts for sale at a certain period of time, don't
12  have information?
13  MR. YUHASZ:  We have -- when we contracted,
14  we -- when we've contracted began ordering that --
15  that item from them, but we don't have their stock
16  on hand availability readily available in our
17  system, and that -- that's pointing out to a little
18  bit of difference that that would probably be
19  available on a true supplier/vendor catalog.
20  MR. ROBERTSON:  Okay.  Why don't you look at
21  Schedule B of Exhibit 1, if you could, which is the
22  document request.
23  MR. YUHASZ:  Okay.
24  MR. ROBERTSON:  Have you had an opportunity to
25  see this before today?

**38**

1  MR. YUHASZ:  Yes.
2  MR. ROBERTSON:  Okay.  Did you assist in any
3  way in collecting documents that were responsive to
4  these eight requests, sir?
5  MR. YUHASZ:  Yes, I assisted John in
6  identifying the parties that could provide the
7  documentation needed.
8  MR. ROBERTSON:  And by "John," you mean
9  Mr. Morris here?
10  MR. YUHASZ:  John Morris, yes.
11  MR. ROBERTSON:  And then after you identified
12  the individuals who might have documents that were
13  responsive, did you assist at all in the collection?
14  MR. YUHASZ:  No.
15  MR. ROBERTSON:  Okay.  Did you review the
16  documents that were collected and provided pursuant
17  to the subpoena?
18  MR. YUHASZ:  Yes.
19  MR. ROBERTSON:  Okay.  How -- approximately how
20  many individuals did you identify that you thought
21  would have responsive documents?
22  MR. YUHASZ:  Right now I'm thinking it's six to
23  eight individuals.
24  MR. ROBERTSON:  Were they all in this supply
25  chain group for Novant?

**39**

1  MR. YUHASZ:  No.
2  MR. ROBERTSON:  Were -- can you tell me the
3  departments or divisions that they were -- where
4  they work?
5  MR. YUHASZ:  Information technology.
6  MR. ROBERTSON:  Okay.  And do you know whether
7  or not that included the current contract that
8  Novant has with Lawson?
9  MR. YUHASZ:  Correct.
10  MR. ROBERTSON:  Okay.  When -- you indicated
11  that prior to the license for the requisition
12  self-service Novant had a contract with Lawson for
13  ERP, correct?
14  MR. YUHASZ:  Correct.
15  MR. ROBERTSON:  And as part of that ERP suite
16  of software solutions, you indicated that you did
17  have some requisitioning capability?
18  MR. YUHASZ:  Correct.
19  MR. ROBERTSON:  Okay.  Do you know what
20  particular software that was called?
21  MR. YUHASZ:  It's called requisition in -- in
22  the ERP.  It's a requisition module.
23  MR. ROBERTSON:  Okay.  And you've indicated
24  that you believe you first licensed that ERP
25  software suite of solutions sometime in 1999; was

**40**

1  that correct?
2  MR. YUHASZ:  Correct.
3  MR. ROBERTSON:  Okay.  Do you know if Novant
4  had any requisition and procurement capability prior
5  to 1999?
6  MR. STAFFORD:  Object to form.  Go ahead.
7  MR. YUHASZ:  That is going to be difficult for
8  me to answer because there was individual entities.
9  They weren't -- you know, we were merging all at
10  that time also, so there may have been some entities
11  that had some software capabilities in that area
12  but --
13  MR. ROBERTSON:  Prior to Novant licensing the
14  ERP software solutions, do you know if Novant had
15  any other ERP software provider?  And specifically
16  I'm looking for if you know the name of any software
17  provider that was --
18  MR. YUHASZ:  Again, timing here of years.
19  MR. ROBERTSON:  Sure.
20  MR. YUHASZ:  The only one I can think of that
21  had an ERP per se would have been Thomasville
22  Medical Center as a part of Novant.  I don't know
23  exactly when they came onboard, but they had ESS
24  or -- or something of that nature.
25  MR. ROBERTSON:  Okay.  Do you know who else may

41

1    have assisted in collecting documents that are
2    responsive to the subpoena besides yourself
3    identifying these six or eight individuals?
4        MR. YUHASZ:  The actual individuals that
5    provided the documents --
6        MR. ROBERTSON:  I -- I don't want to go through
7    their names.
8        MR. YUHASZ:  Oh.
9        MR. ROBERTSON:  I just want to know if there
10   was anybody else -- you identified six or eight
11   people to Mr. Morris and then documents collected.
12   Other than those six or eight individuals, do you
13   know if anybody else was involved in the collection
14   process, like Ms. Williams, for example?
15       MR. YUHASZ:  Well, she was --
16       MR. ROBERTSON:  One of the six to eight --
17       MR. YUHASZ:  -- one of the six to eight
18   individuals, yes.
19       MR. ROBERTSON:  Okay.  Anybody else that you
20   are aware of that might have been involved in the
21   process?
22       MR. YUHASZ:  No.
23       MR. ROBERTSON:  Okay.
24       MR. YUHASZ:  Just --
25       MR. ROBERTSON:  Were those six to eight people

42

1    all residents here in Winston-Salem?
2        MR. YUHASZ:  Okay.
3        MR. ROBERTSON:  What other facilities did you
4    cause to have documents collected from?
5        MR. YUHASZ:  One individual is in the
6    information technology office in South Carolina.
7        MR. ROBERTSON:  Okay.  I just wanted you to
8    take a look at Schedule C that's part of Exhibit 1,
9    which is a request for certain inspections.  This
10   has to do with providing a sort of demonstration of
11   the Lawson electronic sourcing or what's called
12   requisition self-service capability.  Do you see
13   that?
14       MR. YUHASZ:  Yes.
15       MR. ROBERTSON:  And -- and you're going to be
16   able to do that today; is that right?
17       MR. YUHASZ:  Yes.
18       MR. ROBERTSON:  And what we're going to do as
19   we go through the process is we are going to be
20   capturing screen shots as -- as we do this.  Is that
21   your understanding?
22       MR. YUHASZ:  Yes --
23       MR. STAFFORD:  Object to form.
24       MR. ROBERTSON:  Okay.  And I understand from
25   counsel that we're going to have to do some

43

1    redactions of -- of some of the pricing information
2    because that could be proprietary to some of the
3    vendors that -- that you utilize; is that right?
4        MR. YUHASZ:  Yes.
5        MR. ROBERTSON:  Okay.
6        MR. STAFFORD:  Mr. Robertson, let me just
7    interject so I don't interrupt you the rest of the
8    day.  Just I think I want it on the record that
9    consistent with our discussion this morning and my
10   discussion on November 5th with Mr. Young of your
11   firm, what we will propose to do is we'll ask that
12   none of the counsel here take any notes of pricing,
13   and I don't think -- it's my understanding that's
14   not an issue in your suit and that -- that the
15   videographer and the court reporter will not take
16   down or capture any pricing information but when the
17   deposition adjourns, if you want screen shots, we
18   will provide those to you with those prices
19   redacted.  If that's sufficient to you, I'll be
20   quiet.
21       MR. ROBERTSON:  I just want to understand
22   because typically what we do is when we're
23   navigating through these pages you can actually
24   track the mouse as it goes and clicks on certain
25   links that provide the functionality.  Is that true?

44

1        MR. YUHASZ:  Correct.
2        MR. ROBERTSON:  Okay.  I guess my concern is
3    the static screen shots are not going to permit me
4    to actually demonstrate how it's navigated, which is
5    kind of -- which is important to the litigation.
6    How are we capturing these screen shots?  The
7    videographer?
8        MR. STAFFORD:  No.  We have told the
9    videographer that we cannot permit realtime capture
10   of the screen shots today.  We're happy for you all
11   orally to capture on the written record where the
12   mouse is landing and what's being clicked, and again
13   we'll give you screen shots later.
14       MR. ROBERTSON:  How are we -- what I'm curious
15   is to how are we then preserving these screen shots?
16   What's the capability -- I mean, are we printing
17   them out simultaneously and redacting?
18       MR. STAFFORD:  No.
19       MR. ROBERTSON:  How is it going to get
20   captured?
21       MR. STAFFORD:  I don't know.
22       MR. YUHASZ:  The process is to do a print
23   screen, and then you paste that to a Word document,
24   and you print the Word document of your screens.
25       MR. ROBERTSON:  Okay.  So you're going to be

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

45

1    able to do that?
2        MR. YUHASZ:  Correct.
3        MR. STAFFORD:  It will not -- I don't think
4    what he said, though, will capture where the mouse
5    landed during your questioning; is that correct?
6        MR. ROBERTSON:  No, I think that's right.  So
7    I'm going to have to narrate that.  It may slow us
8    down a little bit, and I'm -- certainly I'm fine
9    with not, during my narration, identifying any
10   pricing information, so let's avoid that.
11       (EXHIBIT NUMBER N2 WAS MARKED FOR IDENTIFICATION.)
12       MR. ROBERTSON:  Let me show you, Mr. Yuhasz,
13   what I've marked as Exhibit Number 2.
14       MR. STAFFORD:  Thank you, sir.
15       MR. ROBERTSON:  Take a minute to look at that.
16   Let me ask you, have you seen that document before?
17       (DISCUSSION OFF THE RECORD)
18       MR. YUHASZ:  Yes.
19       MR. ROBERTSON:  What is it, sir?  You've seen
20   it before?
21       MR. YUHASZ:  I've seen it before.
22       MR. ROBERTSON:  What is it, if you know?
23       MR. YUHASZ:  This is license agreement for the
24   Lawson software --
25       MR. ROBERTSON:  Okay.  And this one --

46

1        MR. YUHASZ:  -- for 2002.
2        MR. ROBERTSON:  Well, if you look at the page
3    that ends with the number in the lower right-hand
4    corner 0736 --
5        MR. YUHASZ:  Okay.  Oh, '98 --
6        MR. ROBERTSON:  Does this appear it was entered
7    into sometime in 1998?
8        MR. YUHASZ:  Correct.
9        MR. ROBERTSON:  Okay.  And this would be the
10   original ERP contract that you were talking about
11   before?
12       MR. YUHASZ:  Correct.
13       MR. ROBERTSON:  Okay.  And if you'll turn to
14   the page that ends with the number at the lower
15   right-hand corner that is 0741, let me know when
16   you're there.
17       MR. YUHASZ:  I have it.
18       MR. ROBERTSON:  I'm looking at -- there's a
19   chart there, a multi-column chart, and you see the
20   second big box has the title "Process Suite
21   Includes."  You following me on the left-hand
22   column?
23       MR. YUHASZ:  The procurement process suite --
24       MR. ROBERTSON:  Yes, sir.
25       MR. YUHASZ:  -- includes?

47

1        MR. ROBERTSON:  Yes.
2        MR. YUHASZ:  Okay.
3        MR. ROBERTSON:  And as part of this contract
4    that Lawson had with Novant, you had the purchase
5    order capability; is that right?
6        MR. YUHASZ:  Correct.
7        MR. ROBERTSON:  And requisition capability?
8        MR. YUHASZ:  Correct.
9        MR. ROBERTSON:  And inventory control which
10   included warehousing.  And what does that say if you
11   can --
12       MR. YUHASZ:  Par [slash] cart.
13       MR. ROBERTSON:  What does that mean, if you
14   know?
15       MR. YUHASZ:  We use par processing where it's
16   like individual storage areas in the clinical areas
17   of storage supplies.
18       MR. ROBERTSON:  You see down at the bottom on
19   the left-hand column there's a -- several lines
20   involving the Lawson Insight Web products.  Are you
21   with me --
22       MR. YUHASZ:  Yes.
23       MR. ROBERTSON:  -- at the bottom there?  And
24   one of those is Insight Internal Procurement Center.
25   You see that?

48

1        MR. YUHASZ:  Insight --
2        MR. ROBERTSON:  A little lower below your
3    finger.
4        MR. YUHASZ:  Oh, okay.
5        MR. ROBERTSON:  You got that?
6        MR. YUHASZ:  Yes.
7        MR. ROBERTSON:  What is that, sir, if you know?
8        MR. YUHASZ:  It might have been the early
9    beginnings of Web requisitioning with Lawson.  I'm
10   not --
11       MR. ROBERTSON:  Do you know if you had that
12   capability back in the 1998 time frame?  If you
13   don't --
14       MR. YUHASZ:  I don't recall if we implemented
15   it --
16       MR. ROBERTSON:  Okay.
17       MR. YUHASZ:  -- immediately.
18       MR. ROBERTSON:  Do you know whether or not this
19   contract, this license agreement with Lawson --
20       MR. YUHASZ:  Uh-huh.
21       MR. ROBERTSON:  -- is still controlling?
22       MR. YUHASZ:  No, I -- I wouldn't be the
23   authority to say that.
24       MR. ROBERTSON:  Okay.  That's fine.
25       MR. YUHASZ:  No.

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

49

1    (EXHIBIT NUMBER N3 WAS MARKED FOR IDENTIFICATION.)
2        MR. ROBERTSON:  Let me show you what I'm going
3    to mark as -- as Novant Exhibit Number 3 and ask you
4    to take a look at that a moment, sir.  And my
5    question is going to be, have you seen this document
6    before?
7        MR. YUHASZ:  No, I don't think I have.
8        MR. ROBERTSON:  Okay.  It's dated in the 2005
9    time frame, and you'll see it references at
10   Section 2.0 confirmation of services.  You see that?
11       MR. YUHASZ:  Yes.
12       MR. ROBERTSON:  And it has to do with technical
13   assistance with RSS and portal configuration.  Do
14   you see that?
15       MR. YUHASZ:  Yes.
16       MR. ROBERTSON:  Do you understand RSS to be
17   this requisition self-service we've been talking
18   about?
19       MR. YUHASZ:  Yes.
20       MR. ROBERTSON:  Okay.  Are these some services
21   that Novant contracted with Lawson to provide
22   technical assistance for requisition self-service?
23       MR. YUHASZ:  Yes, this would coincide where
24   I -- I -- they were involved in the initial
25   implementation in 2005.

50

1        MR. ROBERTSON:  Okay.  Thank you.  That's all I
2    have on that document, sir.
3        (DISCUSSION OFF THE RECORD)
4        (EXHIBIT NUMBER N4 WAS MARKED FOR IDENTIFICATION.)
5        MR. ROBERTSON:  Let me show you what's been
6    shown as Novant Exhibit Number 4 and ask you to take
7    a moment to look at that.  And my question is going
8    to be, have you seen that document before, sir?
9        MR. YUHASZ:  I -- I haven't seen the one with
10   this number on it.
11       MR. ROBERTSON:  Which number are you
12   referencing, sir?
13       MR. YUHASZ:  The bating -- the Bates number.
14       MR. ROBERTSON:  Okay.  You haven't seen it with
15   this particular Bates number --
16       MR. YUHASZ:  With this --
17       MR. ROBERTSON:  -- but you've seen a document
18   that is identical to this without the number?
19       MR. YUHASZ:  Yeah, I think it was provided
20   later on or something.
21       MR. ROBERTSON:  Provided by Novant to --
22       MR. YUHASZ:  Or -- or provided by and mentioned
23   later that there was this document.
24       MR. ROBERTSON:  Okay.  What do you understand
25   the document to be, Exhibit Number 4?

51

1        MR. YUHASZ:  This was -- as best we could
2    determine -- was when we become owners of Rowan
3    Regional Medical Center in Salisbury.
4        MR. ROBERTSON:  And as part of that
5    acquisition, did -- why did you need to enter into a
6    Lawson software customer agreement?
7        MR. YUHASZ:  Because of their number of users
8    that they were going to use for requisition
9    self-service, it was to increase the users.
10       MR. ROBERTSON:  So -- so as we discussed
11   earlier, the license with Lawson is based on the
12   number of users of the requisition self-service,
13   right?
14       MR. YUHASZ:  Yes, yes.
15       MR. ROBERTSON:  And so as you were adding a
16   number of users you needed to enter an addi--- a
17   contract to cover those additional users?
18       MR. YUHASZ:  Correct.
19       MR. ROBERTSON:  And that was for requisition
20   self-service?
21       MR. YUHASZ:  For requisition self-service.
22       MR. ROBERTSON:  Do you know whether or not --
23   as part of the upgrade to requisition self-service
24   that occurred approximately five years ago, do you
25   know whether Novant issued a request for a proposal

52

1    to Lawson, what's known as an RFP?
2        MR. YUHASZ:  No, I would not be able to recall
3    it.
4        MR. ROBERTSON:  Never saw such a document --
5        MR. YUHASZ:  Huh-uh.
6        MR. ROBERTSON:  -- that said, we need to ask
7    you some questions about the functionality of your
8    requisition self-service?
9        MR. YUHASZ:  I -- I can't say I'd be familiar
10   with one.
11       MR. ROBERTSON:  Okay.  When you were upgrading
12   to the requisition self-service and adding that
13   application to the capability, did you personally
14   meet with anybody at Lawson to discuss or understand
15   what function and features it was going to have?
16       MR. YUHASZ:  Yes.
17       MR. ROBERTSON:  Okay.  Do you recall who that
18   individual might have been?
19       MR. YUHASZ:  No, I don't know the name.
20       MR. ROBERTSON:  Did you only meet with that
21   individual on one occasion?
22       MR. YUHASZ:  No.
23       MR. ROBERTSON:  Met on multiple occasions as
24   the -- as the software is being implemented?
25       MR. YUHASZ:  Correct.

William Yuhasz and Vicky Williams (Novant)   2/19/2010   8:42:00 AM

53

1    MR. ROBERTSON:  Okay.  And I may have asked
2    this question.  I apologize, but did you tell me how
3    long approximately that initial implementation took?
4    MR. YUHASZ:  I -- it's difficult for me to
5    parse out just the -- the requisition self-service
6    because it was a part of a larger upgrade.
7    MR. ROBERTSON:  Okay.  How long did the entire
8    upgrade, then, take?  Was it a number of months?
9    MR. YUHASZ:  Oh, yes.  Oh, yes.
10   MR. ROBERTSON:  Was it more than a year?
11   MR. YUHASZ:  I don't think it was more than a
12   year.
13   MR. ROBERTSON:  Okay.  We've been going for a
14   little bit more than an hour.  Why don't we take a
15   short break.  I'll try to get some documents
16   organized.  We'll go through those documents, and
17   then we'll move on to that demonstration if we can.
18   VIDEO TECHNICIAN:  Going off the record, the
19   time at 9:38.,
20   (RECESS TAKEN)
21   VIDEO TECHNICIAN:  We're back on the record.
22   The time is 09:51.,
23   (EXHIBIT NUMBER N5 WAS MARKED FOR IDENTIFICATION.)
24   MR. ROBERTSON:  Mr. Yuhasz, let me hand you
25   what has been marked as Exhibit Number 5 and ask you

54

1    to take a brief moment to look at that, if you will.
2    And my first question is going to be, have you seen
3    that document before, sir?
4    MR. YUHASZ:  Yes.
5    MR. ROBERTSON:  Okay.  This is a document
6    that's entitled Lawson Software, Inc., services
7    agreement; is that right?
8    MR. YUHASZ:  Yes.
9    MR. ROBERTSON:  And if you look at the last
10   page, it's dated 2003; is that right?
11   MR. YUHASZ:  Yes.
12   MR. ROBERTSON:  And is this a contract that
13   Novant entered into with Lawson for them to provide
14   services with respect to the software solutions it
15   provides, including requisition self-service?  See
16   in the box on the first page says "services"?
17   MR. YUHASZ:  Well, I guess my hesitation is, I
18   don't know that it included requisition self-service
19   at that time.
20   MR. ROBERTSON:  Okay.  Do you think this was
21   with respect to the ERP solutions?
22   MR. YUHASZ:  That would be my -- that would be
23   my inclination now, yes.
24   MR. ROBERTSON:  Well, let me ask you, under
25   that box, the services, there's a number of services

55

1    including application consulting --
2    MR. YUHASZ:  Uh-huh.
3    MR. ROBERTSON:  -- correct?
4    MR. YUHASZ:  Correct.
5    MR. ROBERTSON:  And technical consulting,
6    correct?
7    MR. YUHASZ:  Yes.
8    MR. ROBERTSON:  And there's also client site
9    training, correct?
10   MR. YUHASZ:  Yes.
11   MR. ROBERTSON:  And there's a Lawson site
12   classroom training.  Do you see that?
13   MR. YUHASZ:  Yes.
14   MR. ROBERTSON:  And then there's the Lawson
15   Implementor.  Do you see that?
16   MR. YUHASZ:  Yes.
17   MR. ROBERTSON:  Okay.  Let me ask you, do you
18   know with respect to the requisition self-service
19   whether Lawson's ever provided application
20   consulting?
21   MR. YUHASZ:  Yes, during the initial
22   implementation.
23   MR. ROBERTSON:  Did they provide technical
24   consulting?
25   MR. YUHASZ:  Yes, during initial

56

1    implementation.
2    MR. ROBERTSON:  Have they ever provided with
3    respect to requisition self-service client site
4    training?
5    MR. YUHASZ:  Yes, during implementation.
6    MR. ROBERTSON:  And did they ever provide with
7    respect to requisition self-service Lawson site
8    classroom training?
9    MR. YUHASZ:  In my understanding, that would be
10   meaning at a Lawson facility?
11   MR. ROBERTSON:  Well, let's start with that.
12   MR. YUHASZ:  For our -- for requisition
13   self-service, we never sent anyone to Lawson
14   facility for training.
15   MR. ROBERTSON:  Have they ever come here to
16   provide some sort of classroom training?
17   MR. YUHASZ:  Yes.
18   MR. ROBERTSON:  Okay.  Was that part of the
19   initial implementation?
20   MR. YUHASZ:  Yes.
21   MR. ROBERTSON:  All right.  Have they done it
22   since that initial implementation?
23   MR. YUHASZ:  No.
24   MR. ROBERTSON:  You indicated as part of the
25   services that Lawson provides they also provide you

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

57

1    with access to written materials; is that right?
2        MR. YUHASZ:  Yes.
3        MR. ROBERTSON:  Okay.  And did I understand you
4    to say that there's also a representative that's
5    available by telephone if there were questions with
6    respect to the requisition self-service?
7        MR. YUHASZ:  Yes.
8        MR. ROBERTSON:  Is there also an online
9    capability to communicate with Lawson with respect
10   to questions regarding requisition self-service?
11       MR. YUHASZ:  Yes.
12       MR. ROBERTSON:  Do you know if you've utilized
13   either of those two services that Lawson provides
14   with respect to requisition self-service?
15       MR. YUHASZ:  Yes.
16       MR. ROBERTSON:  And no -- and so is the answer,
17   they have?
18       MR. YUHASZ:  Yes.
19       MR. ROBERTSON:  Okay.  That's all I have on
20   that document, sir.
21       (EXHIBIT NUMBER N6 WAS MARKED FOR IDENTIFICATION.)
22       MR. ROBERTSON:  Let me show you what I have
23   marked as Novant Exhibit 6 and ask you to take a
24   look at that, if you will, for a minute.  My first
25   question is going to be, have you seen this document

58

1    before?
2        MR. YUHASZ:  Yes.
3        MR. ROBERTSON:  You know, is this a document
4    that was created by Novant or created by Lawson?
5        MR. YUHASZ:  Created by Novant.
6        MR. ROBERTSON:  Okay.  Did you have any role in
7    the creation of this document?
8        MR. YUHASZ:  Yes.
9        MR. ROBERTSON:  Okay.  And what was that role?
10       MR. YUHASZ:  The initial build of it and a few
11   subsequent updates.
12       MR. ROBERTSON:  Do you know if this is the most
13   recent iteration of the document?
14       MR. YUHASZ:  Given the date, November 2009, I
15   would say yes, and it's saying RSS 9 is after our
16   most recent upgrade to Lawson 9.
17       MR. ROBERTSON:  Is 9 the number that Lawson
18   assigned to the most recent upgrade?
19       MR. YUHASZ:  Correct.
20       MR. ROBERTSON:  It's not a number that was
21   internally developed by Novant?
22       MR. YUHASZ:  Correct.
23       MR. ROBERTSON:  Okay.  So were you primarily
24   responsible for the content of Exhibit Number 6?
25       MR. YUHASZ:  Initially, you know, back a few

59

1    years this has now been maintained by our supply
2    chain educator.
3        MR. ROBERTSON:  And what's the role of the
4    supply chain educator at Novant?
5        MR. YUHASZ:  She's to develop the education
6    material for the supply chain technology.
7        MR. ROBERTSON:  Is this distributed to the
8    various employees of Novant who are authorized to
9    use requisition self-service?
10       MR. YUHASZ:  Yes.
11       MR. ROBERTSON:  Okay.  This is a handy-dandy
12   training manual for them if they have questions as
13   to how to navigate through the various
14   functionalities of requisition self-service?
15       MR. YUHASZ:  Correct.
16       MR. ROBERTSON:  Do you know whether or not you
17   had any role initially creating the table of
18   contents that's page 2 of Exhibit Number 6?
19       MR. YUHASZ:  Yes, in the initial.
20       MR. ROBERTSON:  Just flipping through Exhibit
21   Number 6, this requisition self-service training
22   manual, there are a number of screen shots.  Do you
23   see that?
24       MR. YUHASZ:  Yes.
25       MR. ROBERTSON:  Okay.  Those are screen shots

60

1    of the actual Lawson requisition self-service
2    software application?
3        MR. YUHASZ:  Yes.
4        MR. ROBERTSON:  Okay.  And did you have any
5    role in capturing those screen shots?
6        MR. YUHASZ:  Only in instructing the educator
7    to -- to provide new RSS 9 documentation as we were
8    going through upgrade.  She was a team member in the
9    upgrade, and that was her role.
10       MR. ROBERTSON:  Do you know whether these
11   screen shots reflect the requisition self-service
12   number 9?
13       MR. YUHASZ:  Yes.
14       MR. ROBERTSON:  So these have been upgraded
15   since the initial creation of this document?
16       MR. YUHASZ:  Correct.
17       MR. ROBERTSON:  And this is the version that
18   we're going to be looking at today; is that right?
19       MR. YUHASZ:  Yes.
20       MR. ROBERTSON:  Okay.  And you're going to be
21   capturing a number of the screen shots much like you
22   captured them here for Exhibit Number 6; is that
23   right?
24       MR. YUHASZ:  Correct.
25       MR. ROBERTSON:  If you look at page 2 of the

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

61

1 document, there was a table of contents.  Do you see
2 that?
3     MR. YUHASZ:  Yes.
4     MR. ROBERTSON:  About halfway down there's a
5 functionality that appears at page 15, I gather, of
6 this document called "search catalog."  Do you see
7 that?
8     MR. YUHASZ:  Yes.
9     MR. ROBERTSON:  Is that capability enabled in
10 version 9 that we're going to see today?
11     MR. YUHASZ:  Yes.
12     MR. ROBERTSON:  Okay.  And right below that it
13 says "NLC catalog."  Do you see that?
14     MR. YUHASZ:  Yes.
15     MR. ROBERTSON:  What does NLC stand for?
16     MR. YUHASZ:  Novant Logistics Center.  It's our
17 distribution center for our inventory items.
18     MR. ROBERTSON:  Okay.  Those are items that
19 Novant's already purchased that it might utilize; is
20 that right?
21     MR. YUHASZ:  Yes.
22     MR. ROBERTSON:  Are those items they purchased
23 from their outside vendors?
24     MR. YUHASZ:  Yes.
25     MR. ROBERTSON:  Why do you call it a catalog?

62

1     MR. YUHASZ:  That is just the name given
2 internally, but it's truly in -- well, that if we --
3 if you go to page 16, you'll actually see that it is
4 an Excel spreadsheet that we create and post on our
5 Intranet for them to see what's available at the
6 NLC.
7     MR. ROBERTSON:  Okay.  Why don't you go to
8 page 15 --
9     MR. YUHASZ:  Okay.
10     MR. ROBERTSON:  -- which is the search
11 catalog --
12     MR. YUHASZ:  Right.
13     MR. ROBERTSON:  -- feature we've been
14 discussing.  Do you see that?
15     MR. YUHASZ:  Okay.  Right.
16     MR. ROBERTSON:  There's -- in the Lawson RSS,
17 there is a drop-down menu, isn't there, sir, where
18 you can go on find [slash] shop and select to search
19 a catalog; is that right?
20     MR. YUHASZ:  Yes.
21     MR. ROBERTSON:  Okay.  And that functionality
22 is enabled on the RSS software we're going to see
23 today; isn't that right?
24     MR. YUHASZ:  Yes.
25     MR. ROBERTSON:  Okay.  That's all I have with

63

1 respect to that document.  One other question, with
2 respect to creation of that document, did -- did
3 Lawson assist you at all in putting that together?
4     MR. YUHASZ:  No.
5     (EXHIBIT NUMBER N7 WAS MARKED FOR IDENTIFICATION.)
6     MR. ROBERTSON:  Let me show you what I'm going
7 to mark as Novant Exhibit Number 7, ask you to take
8 a moment to look at that, sir, and my first question
9 to you, again, is going to be, have you seen this
10 document before?
11     MR. YUHASZ:  Yes.
12     MR. ROBERTSON:  Okay.  Is this a document that
13 was created by Lawson or by Novant, if you know?
14     MR. YUHASZ:  By Novant.
15     MR. ROBERTSON:  Okay.  And what was the purpose
16 of creating this document?
17     MR. YUHASZ:  The purpose of this document was
18 to meet the particular customers in our ambulatory
19 care service line which is essentially physician
20 practices and --
21     MR. ROBERTSON:  Was it to assist them in doing
22 requisition?
23     MR. YUHASZ:  Yes.  Well, in addition to
24 everything else that's in here, just handling
25 procurement in general.

64

1     MR. ROBERTSON:  Okay.  Did you have any role in
2 creating this document?
3     MR. YUHASZ:  No.
4     MR. ROBERTSON:  Do you know who did author the
5 document?
6     MR. YUHASZ:  It was provided by the director,
7 Mike Kimbell.  Now, whether he actually authored it,
8 I'm not -- I wouldn't say, but he is the one that
9 provided it.
10     MR. ROBERTSON:  Does Mr. Kimbell work for you?
11     MR. YUHASZ:  No.
12     MR. ROBERTSON:  Is Mr. Kimbell your supervisor?
13     MR. YUHASZ:  No.
14     MR. ROBERTSON:  Does Mr. Kimbell work in the
15 information technology division of Novant?
16     MR. YUHASZ:  No, he --
17     MR. ROBERTSON:  Who's Mr. Kimbell --
18     MR. YUHASZ:  He works -- he's the supply chain
19 director.
20     MR. ROBERTSON:  If you'll turn to the --
21 there's a -- it's the third page -- fourth page of
22 the document, and actually -- oh, there it is, the
23 Bates number.  I couldn't find it.  It's the one
24 that ends 0873.  See that?
25     MR. YUHASZ:  0873, the requisition self-service

65

1    quick reference guide.
2         MR. ROBERTSON:  Right.  Who created this?
3         MR. YUHASZ:  The supply chain educator.
4         MR. ROBERTSON:  Okay.  This is not a -- this
5    was not provided to you by Lawson?
6         MR. YUHASZ:  Correct.
7         MR. ROBERTSON:  Going back to the first page of
8    Exhibit Number 7, there's three bullet points.  Do
9    you see those?
10        MR. YUHASZ:  Correct.
11        MR. ROBERTSON:  One says -- the second bullet
12   point is, "Lawson training."  Do you see that?
13        MR. YUHASZ:  Yes.
14        MR. ROBERTSON:  Where is Lawson training
15   reflected in this document?
16        MR. YUHASZ:  If you look on page 6 or the Bates
17   Number 875 --
18        MR. ROBERTSON:  Right.
19        MR. YUHASZ:  -- that's just giving them a
20   step-by-step guide as to how to complete an RSS
21   form.
22        MR. ROBERTSON:  Did -- did Novant create this
23   internally, or did Lawson provide this information?
24        MR. YUHASZ:  Novant created internally.
25        MR. STAFFORD:  You're talking about page 6?

66

1         MR. YUHASZ:  Page 6.
2         MR. STAFFORD:  Thank you.
3         MR. YUHASZ:  Yes.
4         MR. ROBERTSON:  Do you think Exhibit Number 6
5    provides an accurate guide for the operation of the
6    Lawson requisition self-service?
7         MR. YUHASZ:  Well, it is what is used in the
8    ambulatory care service line for -- for them to
9    obtain goods and supplies.
10        MR. ROBERTSON:  Okay.  It wasn't Novant's
11   intent when it created this document to provide
12   something that was misleading, correct?
13        MR. YUHASZ:  Correct.
14        MR. ROBERTSON:  Okay.  You wanted to provide
15   something that was accurate and reliable?
16        MR. YUHASZ:  Yes.
17        MR. ROBERTSON:  Okay.  Let me ask you if you'd
18   turn to the page that ends with the Bates
19   Number 0898, page 29 of the document, says "Copy
20   requisition at the top."
21        MR. YUHASZ:  Yes.
22        MR. ROBERTSON:  Okay.  Is this a form that's
23   generated by the requisition self-service
24   application?
25        MR. YUHASZ:  Yes, I believe this is the RSS

67

1    printout.
2         MR. ROBERTSON:  Okay.  It says at the top, "Use
3    the printout --"
4         MR. YUHASZ:  Right.
5         MR. ROBERTSON:  "-- for RSS order requisition
6    to confirm that the items requested have been
7    delivered"; is that right?
8         MR. YUHASZ:  Yes.
9         MR. ROBERTSON:  So this accurately reflects a
10   RSS requisition order when printed out using the
11   Lawson application, right?
12        MR. YUHASZ:  Correct.
13        MR. ROBERTSON:  Okay.  The next page of Exhibit
14   Number 7 is entitled "delivery ticket."  Do you see
15   that?
16        MR. YUHASZ:  Yes.
17        MR. ROBERTSON:  Is this also -- does this
18   reflect the form here, a printout of a delivery
19   ticket using the Lawson RSS application?
20        MR. YUHASZ:  No.
21        MR. ROBERTSON:  What -- where -- how was this
22   form generated?
23        MR. YUHASZ:  This form is generated in the
24   Lawson ERP receiving module, part of the PO module
25   of ERP.

68

1         MR. ROBERTSON:  Part of the purchase order
2    module?
3         MR. YUHASZ:  Correct.
4         MR. ROBERTSON:  Okay.  But if I conduct a
5    requisition through the Lawson self-service, then
6    the purchase order module is going to generate a
7    delivery ticket for me; is that right?
8         MR. YUHASZ:  Correct.
9         MR. ROBERTSON:  And this delivery ticket is as
10   a result of that purchase order capability of the
11   Lawson ERP system; is that right?
12        MR. YUHASZ:  And the eventual receipt of the
13   supplies.
14        MR. ROBERTSON:  Okay.  So after I've used the
15   requisition, generated my purchase order, if the
16   items are available from the vendor, I'll receive
17   back this delivery ticket; is that right?
18        MR. YUHASZ:  When the -- when the supplier
19   ships the goods to our dock.
20        MR. ROBERTSON:  I'll get a delivery ticket that
21   reflects that the requisition item I wanted to
22   purchase has been delivered?
23        MR. YUHASZ:  When Novant personnel receive that
24   against that Lawson purchase order.
25        MR. ROBERTSON:  Okay.  But just so we're clear,

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

69

1  this delivery ticket is generated as a result of
2  this purchase process?
3      MR. YUHASZ:  Correct.
4      MR. ROBERTSON:  And it's -- this electronic
5  delivery ticket I can print out which is what's
6  reflected here; is that right?
7      MR. YUHASZ:  This is not an electronic delivery
8  ticket.  This is a paper -- paper document.
9      MR. ROBERTSON:  And how -- who -- who generates
10  that paper document?
11      MR. YUHASZ:  The individual that does the
12  receipt.
13      MR. ROBERTSON:  Who provides the information on
14  here as a result of my requisition?  I went through
15  the requisition process.  I said I wanted to
16  purchase the good.  I'm -- it now gets delivered.
17  Where did the information that's contained on this
18  delivery ticket come from?
19      MR. YUHASZ:  From the original requisition
20  entered by the user, the eventual PO committed by
21  the buyer and then the receiver individually saying
22  the quantity they received, so all -- all of that's
23  involved.
24      MR. ROBERTSON:  Okay.  And so, for example,
25  after I've gone through this purchase process using

70

1  the Lawson requisition self-service and I receive
2  this delivery ticket, it can tell me whether or not
3  the vendor was -- had a good that could fulfill my
4  request; is that right?
5      MR. YUHASZ:  Correct.
6      MR. ROBERTSON:  And just looking at this
7  delivery ticket on Exhibit 7 at page 30, there is
8  actually a heading -- if you see about halfway down
9  on the right-hand side -- for back ordered.  Do you
10  see that?
11      MR. YUHASZ:  Yes.
12      MR. ROBERTSON:  And that indicates that the
13  item wasn't available in inventory; isn't that
14  right?
15      MR. YUHASZ:  Correct.
16      MR. ROBERTSON:  And if you turn to the next
17  page, there's a delivery ticket, page 2, as a result
18  of this RSS process we're talking about, correct?
19      MR. YUHASZ:  Yes.
20      MR. ROBERTSON:  You'll see there's a box there
21  that says "quantity back ordered," tells you how
22  many have been back ordered; is that right?
23      MR. YUHASZ:  Yes.
24      MR. ROBERTSON:  Now, these boxes that are put
25  on these, these are overlaid on the actual ticket,

71

1  right?  They're not part of what the ticket looks
2  like; is that right?
3      MR. YUHASZ:  Correct.
4      MR. ROBERTSON:  Those are just for the
5  instructional purposes to explain what's on the
6  ticket, right?
7      MR. YUHASZ:  Yes.
8      MR. ROBERTSON:  All right.  That's all I have
9  with respect to that document.
10  (EXHIBIT NUMBER N8 WAS MARKED FOR IDENTIFICATION.)
11      MR. ROBERTSON:  Let me show you what I'm
12  marking as Novant Exhibit Number 8 and ask you to
13  take a look at that, sir.  Sorry.  My first question
14  is going to be, have you seen this document before?
15      MR. YUHASZ:  Yes.
16      MR. ROBERTSON:  Is this a document that was in
17  the possession of Novant, if you know?
18      MR. YUHASZ:  Yes.
19      MR. ROBERTSON:  Okay.  The document says,
20  "Lawson/SciQuest procure-to-pay (P2P) solutions
21  overview for Novant Health."  What's your
22  understanding as to what the purpose of this
23  document was?
24      MR. YUHASZ:  This was submitted as
25  documentation from the RFP Novant sent to the choice

72

1  vendors to provide a procure-to-pay solution to
2  Novant Health.
3      MR. ROBERTSON:  And what do you understand a
4  procure-to-pay solution to be?
5      MR. YUHASZ:  An end-to-end solution of -- for
6  requisitioning through payment.
7      MR. ROBERTSON:  Do you know whether or not
8  Novant adopted a P2P, procure-to-pay, solution as a
9  result of this RFP process?
10      MR. YUHASZ:  We did not get all the way through
11  the P2P.  We have awarded P2O, meaning
12  procure-to-order, so the requisition and ordering --
13      MR. ROBERTSON:  Okay.
14      MR. YUHASZ:  -- we have completed.
15      MR. ROBERTSON:  Are you familiar with this
16  company that's identified on the document Exhibit
17  Number 8 known as SciQuest?
18      MR. YUHASZ:  Yes.
19      MR. ROBERTSON:  Do you know whether or not as a
20  result of this RFP process SciQuest ever provided
21  any services to Novant?
22      MR. YUHASZ:  What -- would you define the
23  services there, what --
24      MR. ROBERTSON:  Well, let's just -- why don't
25  you take a look at page 2 of Exhibit 8 that

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

73

1    answered -- the Bates Number 946.  Do you see that?
2         MR. YUHASZ:  Yes.
3         MR. ROBERTSON:  Do you see there appears to be
4    two columns, one for SciQuest and one for Lawson?
5    Do you see that?
6         MR. YUHASZ:  Yes.
7         MR. ROBERTSON:  And I would assume that the
8    items next to the column for SciQuest were certain
9    things that SciQuest was to do as part of this
10   Lawson SciQuest integration P2P option number 1; is
11   that correct?
12        MR. YUHASZ:  Yes.
13        MR. ROBERTSON:  Is that your understanding of
14   the document?
15        MR. YUHASZ:  That's my understanding.
16        MR. ROBERTSON:  Okay.  And one of the columns
17   next to the SciQuest is a column entitled "shop."
18   Do you see that at the top?
19        MR. YUHASZ:  Oh, yes.
20        MR. ROBERTSON:  Okay.  And next to SciQuest
21   under shop, there are a number of items there that
22   are -- that are detailed.  Are you with me?
23        MR. YUHASZ:  Yes.
24        MR. ROBERTSON:  Okay.  One of them is host --
25   hosted catalogs.  Do you see that?

74

1         MR. YUHASZ:  Yes.
2         MR. ROBERTSON:  One is punch-out catalogs.  See
3    that?
4         MR. YUHASZ:  Yes.
5         MR. ROBERTSON:  Then there's stockroom items,
6    correct?
7         MR. YUHASZ:  Correct.
8         MR. ROBERTSON:  And custom forms, correct?
9         MR. YUHASZ:  Yes.
10        MR. ROBERTSON:  And Lawson item master,
11   correct?
12        MR. YUHASZ:  Correct.
13        MR. ROBERTSON:  Do you know if SciQuest ever
14   performed or -- any of those services for Novant as
15   part of this P2P solution you submitted an RFP for?
16        MR. YUHASZ:  In relation to just doing a
17   demonstration?
18        MR. ROBERTSON:  Okay.  Let's start with that.
19   Did they demonstrate that capability?
20        MR. YUHASZ:  Yes.
21        MR. ROBERTSON:  Okay.  Did they ever implement
22   that capability?
23        MR. YUHASZ:  No.
24        MR. ROBERTSON:  Okay.  Do you know whether or
25   not Novant ever entered into a contract with

75

1    SciQuest to provide any services?
2         MR. YUHASZ:  We've never -- we have not.  From
3    this RFP, we did not enter into a contract with
4    SciQuest.
5         MR. ROBERTSON:  Okay.  Do you know as -- let me
6    start over.  When approximately was this RFP process
7    underway?  How long ago?
8         MR. YUHASZ:  2008.
9         MR. ROBERTSON:  In that time frame, do you know
10   whether or not you, Novant, was looking at any other
11   potential solution providers besides SciQuest?
12        MR. YUHASZ:  Yes.
13        MR. ROBERTSON:  Who -- who was that?
14        MR. YUHASZ:  Ariba.
15        MR. ROBERTSON:  Okay.  Do you know whether or
16   not Novant ever submitted an RFP to my client,
17   ePlus, as part of this process?
18        MR. YUHASZ:  Yes, we did.
19        MR. ROBERTSON:  Okay.  Did ePlus provide you
20   with information as to functionality that they can
21   provide?
22        MR. YUHASZ:  Yes.
23        MR. ROBERTSON:  Okay.  Do you recall what
24   functionality was that -- that you were looking at
25   with respect to ePlus?

76

1         MR. YUHASZ:  Well, it was the same for all of
2    them.  It's the RFP requirements.
3         MR. ROBERTSON:  Okay.  You said you also
4    submitted an RFP to Ariba; is that right?
5         MR. YUHASZ:  Yes.
6         MR. ROBERTSON:  And did you ever enter in any
7    contractual relationship with Ariba?
8         MR. YUHASZ:  Yes.
9         MR. ROBERTSON:  And what services did Ariba
10   provide with respect to this RFP process?
11        MR. YUHASZ:  They're providing the
12   procure-to-order functionality.
13        MR. ROBERTSON:  Okay.  Did they ever provide
14   any hosted catalogs?
15        MR. YUHASZ:  We are -- haven't begun that
16   implementation yet.
17        MR. ROBERTSON:  How about punch-out catalogs?
18   Did Ariba provide any functionality with respect to
19   that?
20        MR. YUHASZ:  Again, we have not begun that
21   portion of the implementation, so you know, it's
22   expected.
23        MR. ROBERTSON:  Is that Ariba implementation of
24   that type of functionality, is it in any way linked
25   to the Lawson procurement capability?

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

77

1    MR. YUHASZ:  In -- for use of the supplier
2    catalogs or the purchasing or what --
3    MR. ROBERTSON:  Any -- any way, shape, or form.
4    MR. YUHASZ:  The current design is that the
5    Ariba purchase order and receipt transactions will
6    be copied to Lawson transactions.
7    MR. ROBERTSON:  So they will be able to
8    communicate with each through those two
9    applications?
10   MR. YUHASZ:  Correct.
11   MR. ROBERTSON:  With respect to the hosted
12   catalogs and punch-out catalogs which have not been
13   implemented yet, is it the intention of Novant to
14   have that capability integrated with the Lawson
15   procurement process application?
16   MR. YUHASZ:  Inasmuch as a PO is created and
17   receipt is done for those orders using those
18   catalogs.
19   MR. ROBERTSON:  Okay.  So the Lawson
20   application will provide for the purchase order
21   creation and the receipt of the orders; is that
22   right?
23   MR. YUHASZ:  No, they'll have copies of the
24   Ariba transactions.
25   MR. ROBERTSON:  Okay.  Why is it important to

78

1    Novant that -- that the Lawson application have
2    copies of the purchase order and receipt generated
3    by the Ariba application?
4    MR. YUHASZ:  Because the invoice matching is
5    still going to reside in Lawson finance.
6    MR. ROBERTSON:  That's all I have with that
7    document, sir.
8    (EXHIBIT NUMBER N9 WAS MARKED FOR IDENTIFICATION.)
9    MR. ROBERTSON:  Let me show you what I've
10   marked as Novant Exhibit Number 9, ask you to take a
11   look at that if you would.  As for the record, it's
12   a rather voluminous document that is -- bears the
13   Bates Number N0V -- excuse me -- NOV0394 through
14   0443, and it appears that the first -- the first
15   eight pages or so is an e-mail string; is that fair
16   to say?
17   MR. YUHASZ:  Correct.
18   MR. ROBERTSON:  And it's dated -- at least the
19   last e-mail that appears at the top is dated
20   March 20, 2009; is that right?
21   MR. YUHASZ:  Correct.
22   MR. ROBERTSON:  Okay.  And since it's an e-mail
23   string, is it fair to say that the e-mail start with
24   the last one as the first in chronological time and
25   the last one that appears on page 1 is the last

79

1    responsive e-mail?  Is that -- does that accurately
2    reflect the string?
3    MR. YUHASZ:  Yes.
4    MR. ROBERTSON:  The subject is Novant Health
5    procure-to-pay RFP.  Do you see that?
6    MR. YUHASZ:  Yes.
7    MR. ROBERTSON:  Is that the same P2P RFP that
8    we were just talking about with respect to Exhibit
9    Number 8?
10   MR. YUHASZ:  Yes.
11   MR. ROBERTSON:  And if you'll go to the page
12   that ends with 0399, you'll see there's an e-mail to
13   Pat Burton from Megan Evans.  Do you see that, dated
14   March 27, 2009?
15   MR. ROBERTSON:  And Megan Evans is a Lawson
16   MR. ROBERTSON:  And Megan Evans is a Lawson
17   employee; is that right?
18   MR. YUHASZ:  It appears here she's an
19   MR. YUHASZ:  It appears here she's an
20   account executive for the health division of Lawson?
21   MR. YUHASZ:  Yes.
22   MR. ROBERTSON:  Okay.  Have you ever had any
23   dealings with Ms. Evans?
24   MR. YUHASZ:  Yes.
25   MR. ROBERTSON:  And it indicates here that she

80

1    is attaching Lawson's response to Novant's request
2    for proposal; is that right?
3    MR. YUHASZ:  Yes.
4    MR. ROBERTSON:  And is that accurately
5    reflected by the attachment which is -- begins at
6    the page marked 0402 request for proposal,
7    procure-to-pay?
8    MR. YUHASZ:  It is incomplete per John sending
9    you the complete electronic file.  I think you've --
10   MR. ROBERTSON:  Oh, I see.  Yeah, the one we
11   just recently received?
12   MR. STAFFORD:  Within the last day or so --
13   MR. YUHASZ:  Correct.
14   MR. STAFFORD:  -- we sent you an e-mail with an
15   electronic document.  For some reason when we did a
16   printout only the first few pages showed, and we
17   don't know why, but you've got the other one.
18   MR. ROBERTSON:  Let's just focus on this one --
19   MR. YUHASZ:  Okay.
20   MR. ROBERTSON:  -- since I have it here now.
21   MR. YUHASZ:  Okay.
22   MR. ROBERTSON:  Turn to the page that is marked
23   0403.  There's a chart that has multi-column
24   requirement specifications; is that right?
25   MR. YUHASZ:  Yes.

81

1    MR. ROBERTSON:  Okay.  Now, this was a Novant
2  form, but Lawson provided responses to your requests
3  as to whether or not the software solution it was
4  offering would have certain -- meet certain
5  requirements; is that right?
6    MR. YUHASZ:  Yes.
7    MR. ROBERTSON:  Okay.  So just to orient on the
8  document, there's a category of -- of certain
9  requirement specifications, correct?
10    MR. YUHASZ:  Correct.
11    MR. ROBERTSON:  And then there's a requirement
12  description, correct?
13    MR. YUHASZ:  Yes.
14    MR. ROBERTSON:  And then there's a column
15  entitled "priority" which indicates whether it's
16  important or essential to Novant or desirable.
17  Those are the three items I see there.
18    MR. YUHASZ:  Yes.
19    MR. ROBERTSON:  And then there's a column that
20  says yes, no, or not applicable.  Do you see that?
21    MR. YUHASZ:  Yes.
22    MR. ROBERTSON:  And then there's a column that
23  has text in it.  Is that a textual response by
24  Lawson as to detailed information about its ability
25  to meet this -- these requirement specifications?

82

1    MR. YUHASZ:  Well, I can't say it was Lawson
2  individually since the RFP was to Lawson/SciQuest
3  as -- as a partner so --
4    MR. ROBERTSON:  Well, this one is dated
5  sometime in March 2009; is that -- is that right?
6  Look at the e-mail string again.
7    MR. YUHASZ:  Yes.
8    MR. ROBERTSON:  So was -- was -- excuse me --
9  Novant still pursuing a relationship with SciQuest
10  in March of 2009?
11    MR. YUHASZ:  We were still in the -- the
12  procure-to-pay evaluation project in that time
13  frame, yes.
14    MR. ROBERTSON:  Was -- was SciQuest still part
15  of the equation?
16    MR. YUHASZ:  Yes.
17    MR. ROBERTSON:  Is it -- this document, does it
18  indicate anywhere in that it came from anybody at --
19  at SciQuest?
20    MR. YUHASZ:  Well, the only thing is in the
21  textual responses you mentioned.
22    MR. ROBERTSON:  Where it -- I see where it
23  says, for example, just number 8 on that page, then,
24  0403, there is a reference to SciQuest has close
25  relationships?

83

1    MR. YUHASZ:  Correct.
2    MR. ROBERTSON:  Okay.  I understand.  All
3  right.  So as part of this response to your requests
4  for proposal, in column number 3, the left, under
5  data content management, one of the requirements was
6  the solution shall allow collection of item
7  repository data from multiple sources; is that
8  right?
9    MR. YUHASZ:  Yes.
10    MR. ROBERTSON:  And that was essential to
11  Novant?
12    MR. YUHASZ:  Yes.
13    MR. ROBERTSON:  And in response to this RFP,
14  Lawson indicated that the solution can support
15  content via punch-out, flat file, and level two
16  punch-out with both aisle and item levels; is that
17  right?
18    MR. YUHASZ:  Again, I can't say which vendor
19  responded.
20    MR. ROBERTSON:  Okay.
21    MR. STAFFORD:  If I could help Mr. Robertson,
22  the witness just understands, I think, that,
23  Mr. Robertson, when he's saying Lawson provided, I
24  think he means that regardless of who wrote that, it
25  came through Lawson to you via the e-mails.  Am I

84

1  right --
2    MR. YUHASZ:  Okay.
3    MR. ROBERTSON:  Yes, so with that
4  understanding --
5    MR. ROBERTSON:  -- I just want to go through --
6    MR. YUHASZ:  Yes.
7    MR. ROBERTSON:  -- some of the capability --
8    MR. YUHASZ:  Yes.
9    MR. ROBERTSON:  -- that was recommended to you.
10    MR. YUHASZ:  Yeah.  The combined response was
11  delivered by Lawson.
12    MR. ROBERTSON:  And that capability indicated,
13  for example, under column number 6, that the
14  solution shall categorize items to UNSPSC; is that
15  right?
16    MR. YUHASZ:  Yes.
17    MR. ROBERTSON:  And you understand UNSPSC to be
18  a classification system for particular items?
19    MR. YUHASZ:  Yes.
20    MR. ROBERTSON:  Okay.  And does the Lawson RSS
21  system that we're going to see today, does that have
22  the capability of using those UNSPSC codes?
23    MR. YUHASZ:  Yes.
24    MR. ROBERTSON:  Okay.  And can I search using

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

85

1   UNSPSC codes on the Lawson requisition --
2        MR. YUHASZ:  Yes.
3        MR. ROBERTSON:  -- self-service system that
4   we're going to see today?
5        MR. YUHASZ:  Yes.
6        MR. ROBERTSON:  Do you know whether or not
7   searches are done based on UNSPSC codes on the
8   Lawson requisition self-service?
9        MR. YUHASZ:  My best guess would be very
10  rarely, if done at all.
11       MR. ROBERTSON:  But it has the capability --
12       MR. YUHASZ:  It has the capability.
13       MR. ROBERTSON:  Okay.  And if I search using an
14  UNSPSC code, could I get items from multiple vendors
15  or more than one vendor that have a particular good
16  that meets that code?
17       MR. YUHASZ:  Yes.
18       MR. ROBERTSON:  Will you be able to demonstrate
19  that capability today?
20       MR. YUHASZ:  Yes, should be able to.
21       MR. ROBERTSON:  Okay.  If you turn to the next
22  page that ends 0404, particularly I'm looking at
23  item Number 19.  You with me?
24       MR. YUHASZ:  Yes.
25       MR. ROBERTSON:  The requirement there was the

86

1   solution shall provide ability to import catalog
2   data from suppliers.  Do you see that?
3        MR. YUHASZ:  Yes.
4        MR. ROBERTSON:  And Novant indicated that this
5   was essential?
6        MR. YUHASZ:  Correct.
7        MR. ROBERTSON:  And in Lawson's response they
8   indicated that, yes, the solution would have that
9   capability?
10       MR. YUHASZ:  The combined response, yes.
11       MR. ROBERTSON:  Okay.  Delivered by Lawson?
12       MR. YUHASZ:  Delivered by Lawson.
13       MR. ROBERTSON:  And it says, this is standard
14  functionality offered to suppliers via their
15  supplier portal.  Do you see that?
16       MR. YUHASZ:  Yes.
17       MR. ROBERTSON:  And that's what Lawson
18  represented in this document?
19       MR. YUHASZ:  Yes.
20       MR. ROBERTSON:  Delivered to you?
21       MR. YUHASZ:  Yes.
22       MR. ROBERTSON:  Okay.  Why don't you turn to
23  the next page.  I want to focus on number 28, the
24  requirement description.  You with me?
25       MR. YUHASZ:  Yes.

87

1        MR. ROBERTSON:  Says the solution shall allow
2   items to be grouped by commodity or material code
3   specification, e.g., UNSPSC.  Do you see that?
4        MR. YUHASZ:  Yes.
5        MR. ROBERTSON:  And Novant indicated that was
6   essential?
7        MR. YUHASZ:  Correct.
8        MR. ROBERTSON:  And in Lawson's response, it
9   indicated that that capability was availability; is
10  that right?
11       MR. YUHASZ:  Yes.
12       MR. ROBERTSON:  And specifically it said that
13  the user can search, find, and manage, and then it
14  says [open parentheses] admins [closed parentheses]
15  products via taxonomy and category searching and
16  display.  For example, a buyer can turn on [slash]
17  off or promote categories of products by supplier.
18  Do you see that?
19       MR. YUHASZ:  Yes.
20       MR. ROBERTSON:  Okay.  And that's what Lawson
21  represented that the solution could do?
22       MR. YUHASZ:  Yes.
23       MR. ROBERTSON:  Okay.  The last one I want to
24  focus on is number 30 for data management -- data
25  content management there.

88

1        MR. YUHASZ:  Yes.
2        MR. ROBERTSON:  The requirement description
3   was, the solution shall allow the user to search for
4   same item across multiple suppliers and generic
5   versus brand name for pharmacy items.  Do you see
6   that?
7        MR. YUHASZ:  Yes.
8        MR. ROBERTSON:  And Novant indicated that was
9   essential?
10       MR. YUHASZ:  Yes.
11       MR. ROBERTSON:  And Lawson represented that the
12  solution would have that capability, correct, under
13  the column "yes" --
14       MR. YUHASZ:  Yes, yes.
15       MR. ROBERTSON:  Okay.  And specifically, it
16  states, all hosted and level 2 punch-out content can
17  be searched simultaneously by end users.  When the
18  search criteria entered by the user matches multiple
19  vendor/product offerings, all products are displayed
20  to the end user.  Do you see that?
21       MR. YUHASZ:  Yes.
22       MR. ROBERTSON:  Do you know what a level 2
23  punch-out is?
24       MR. YUHASZ:  I couldn't define it.  There is a
25  level 1 and level 2 capability of punch-out they can

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

89

1  choose to use per supplier.
2      MR. ROBERTSON:  You indicated that you haven't
3  implemented the punch-out capability yet as part of
4  the Lawson requisition self-service; is that right?
5      MR. YUHASZ:  Correct.
6      MR. ROBERTSON:  Is it contemplated that Novant
7  will implement the punch-out capability at some
8  point?
9      MR. YUHASZ:  As we were going to implement
10  procure-to-pay solution, we --
11      MR. ROBERTSON:  But as part of their Lawson
12  requisition self-service currently, it has that
13  punch-out capability, you just haven't implemented
14  it yet?
15      MR. YUHASZ:  Correct.
16      MR. ROBERTSON:  So as sold to you and as
17  licensed to you already, that Lawson requisition
18  self-service has that capability, correct?
19      MR. YUHASZ:  Yes.
20      MR. ROBERTSON:  Okay.  Do -- do you have any
21  expected completion date for that implementation of
22  the Lawson punch-out capability?
23      MR. YUHASZ:  Well, we're not going to pursue it
24  through Lawson.
25      MR. ROBERTSON:  You pursue it through Ariba?

90

1      MR. YUHASZ:  Correct.
2      MR. ROBERTSON:  Yeah.  Let's take another short
3  break, and then I think we'll get through maybe two
4  or three more documents, and then we'll start the --
5  start the show.  Thank you.
6      VIDEO TECHNICIAN:  Going off the record, the
7  time is 10:32.,
8          (RECESS TAKEN)
9      VIDEO TECHNICIAN:  We're back on the record.
10  The time is 10:46.,
11      MR. ROBERTSON:  Mr. Yuhasz, I've got a few more
12  documents to go through, but I'll go through them
13  quickly.  I want you to identify them for me, if you
14  can.
15      MR. YUHASZ:  Okay.
16  (EXHIBIT NUMBER N10 WAS MARKED FOR IDENTIFICATION.)
17      MR. ROBERTSON:  What I want to show you is
18  Novant Exhibit 10, appears to be an e-mail cover
19  page, and it has an attached document to it called,
20  "Procurement current state," and it actually bears
21  the Bates label ePlus0911573 (sic) through 582, and
22  ask you if you've seen that document before.
23      MR. YUHASZ:  During RFP process.
24      MR. ROBERTSON:  And that's the RFP process that
25  we were talking about for the P2P application?

91

1      MR. YUHASZ:  Yes.
2      MR. ROBERTSON:  All right.  Pat Burton is a
3  Novant employee?
4      MR. YUHASZ:  Correct.
5      MR. ROBERTSON:  Okay.  And was this a document
6  that went out to several of the potential providers
7  of the procurement solutions?  Do you know?
8      MR. YUHASZ:  Yes.
9      MR. ROBERTSON:  Are you familiar with an
10  individual by the name of Will Thomas who's on the
11  "to" line of this e-mail which is Exhibit Number 10?
12      MR. YUHASZ:  No, I'm --
13      MR. ROBERTSON:  So you're not familiar then it
14  follows that Mr. Thomas is an ePlus employee?
15      MR. YUHASZ:  No.
16      MR. ROBERTSON:  Okay.  Did you ever have any
17  dealings with a Mr. Thomas from ePlus?
18      MR. YUHASZ:  We may have, you know, from e-mail
19  strings I saw during the RFP process, but I don't
20  recall any personal meeting that's --
21      MR. ROBERTSON:  On Exhibit Number 10, there's
22  questions regarding specific requirements.  Do you
23  see that?
24      MR. YUHASZ:  Yes.
25      MR. ROBERTSON:  Okay.  These are specific

92

1  requirements of Novant that Mr. Burton was --
2  Pat Burton -- I don't know if it's a man or woman --
3  that's identifying --
4      MR. YUHASZ:  She's a woman.
5      MR. ROBERTSON:  Okay.  Ms. Burton is
6  identifying certain requirements of Novant for the
7  potential providers of this software application,
8  right?
9      MR. YUHASZ:  Yes, yes.
10      MR. ROBERTSON:  Attached to this was a document
11  titled, "Procurement, current state."  Do you see
12  that?
13      MR. YUHASZ:  Yes.
14      MR. ROBERTSON:  Did you have any role in
15  preparing this document?
16      MR. YUHASZ:  Only probably as a reviewer.  I
17  don't -- I would say Vicky Williams provided more
18  content on this.
19      MR. ROBERTSON:  Well, while -- while we have
20  her here, can I ask Ms. Williams, did you provide
21  content, or were you the author of this document
22  which is part of Exhibit Number 10?
23      MS. WILLIAMS:  I was the author.
24      MR. ROBERTSON:  Thank you.  Well, while I've
25  got you there, was it your intention to provide an

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

93

1  accurate reflection of Novant's current state when
2  you created this document?
3       MR. STAFFORD:  Take a moment and look at it.
4  Let me unhook it.  Bear with me.
5       MS. WILLIAMS:  Yes, it was.  I prepared the --
6  up to page 11577, and then used flowcharts that were
7  gathered as we started through the process before
8  the RFP preparation.
9       MR. ROBERTSON:  Okay.  And those flowcharts
10  actually indicate or contain flows that reference
11  Lawson; is that right?  For example, at the page
12  that ends with the number 578, manual paper
13  requisitions --
14       MS. WILLIAMS:  Yes, I see the reference to
15  Lawson in the document.
16       MR. ROBERTSON:  Do you know -- I've seen
17  similar flowcharts like this in Lawson documents.
18  Did -- did you obtain the flowchart from a Lawson
19  document?
20       MS. WILLIAMS:  No, sir.  These documents were
21  compiled by just meeting with end users in a room
22  and throwing up the process flow on the wall.
23       MR. ROBERTSON:  Okay.  So you created the
24  process flow?
25       MS. WILLIAMS:  No, sir, one of our supply chain

94

1  employees at the logistics center at that time came
2  up and worked with this document, the flows.
3       MR. ROBERTSON:  Okay.  Why did that individual
4  include Lawson as the -- as the provider in -- in
5  the boxes and not some other software provider?  Do
6  you know?
7       MR. STAFFORD:  Mr. Robertson, are you looking
8  at page 78 as an example of that?  Is that right --
9       MR. ROBERTSON:  Yes, sir.  Yeah.  For example,
10  it says, "Does part have a Lawson number?  If yes,
11  fill in Lawson number."  Do you see that in the
12  flowchart?
13       MS. WILLIAMS:  This was documenting current
14  process flow, and since Lawson was our current user,
15  that's all they would know to use.
16       MR. ROBERTSON:  Okay.
17       MS. WILLIAMS:  This truly was the end user
18  sitting in a room.
19       MR. ROBERTSON:  Okay.  So you think these
20  flowcharts as created by this individual who's an
21  Novant employee, is it accurate it will reflect the
22  current operations and functionality of the Lawson
23  software as of the date -- the creation of the
24  document?
25       MS. WILLIAMS:  As of the date and as the end

95

1  users proceed.
2       MR. ROBERTSON:  How about can you tell me
3  approximately when you created the document?  It
4  doesn't bear a date.  I don't see one anyway.
5       MR. STAFFORD:  This was attached.
6       MS. WILLIAMS:  Uh-huh.
7       MR. ROBERTSON:  Yeah, there's an e-mail if that
8  helps you at all that contained this PowerPoint --
9       MS. WILLIAMS:  It -- it appears to be around
10  March of '09.
11       MR. ROBERTSON:  Is that consistent with your
12  recollection?
13       MS. WILLIAMS:  Yes.
14       MR. ROBERTSON:  Okay.  That's all I have on
15  that document.  Thank you.  Thank you, Ms. Williams.
16       (EXHIBIT NUMBER N11 WAS MARKED FOR IDENTIFICATION.)
17       MR. ROBERTSON:  Let me show you what I've
18  marked as Exhibit Number 11, ask you to take a look
19  at that.  And while you're doing that, let me just
20  for the record indicate it's entitled Novant Health
21  P2P Project.  Appears to have a date of January 16,
22  2009, and it's a three-page document.
23       And my question, sir, is, have you seen
24  this document before?
25       MR. YUHASZ:  Yes.

96

1       MR. ROBERTSON:  Do you know what the purpose of
2  the document was?
3       MR. YUHASZ:  The purpose of this document is in
4  the project -- IT project management office doing a
5  project they must provide a scope for -- for the
6  project and -- and these major titles are needed to
7  be completed by the business owner, executive
8  business owner.
9       MR. ROBERTSON:  So this was an internal
10  document not to be given to outside suppliers; is
11  that right?
12       MR. YUHASZ:  Correct.
13       MR. ROBERTSON:  Okay.  All right.  That's all I
14  have on that document.  Thanks.
15       (EXHIBIT NUMBER N12 WAS MARKED FOR IDENTIFICATION.)
16       MR. ROBERTSON:  Show you what I've marked as
17  Novant Exhibit Number 12 and ask you to take a look
18  at that.  It's a very voluminous document that bears
19  the Bates Number NOV0453 through 0697, and I don't
20  expect you to go through every page of it, but my
21  initial question is, have you seen the document
22  before?
23       MR. YUHASZ:  Yes.
24       MR. ROBERTSON:  Do you know whether this
25  document existed in a hard copy, or was it printed

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

97

1  out recently for purposes of responding to the
2  subpoena?
3      MR. YUHASZ:  If the -- these documents -- and
4  I'm going to have to defer to Vicky to answer.
5      MR. STAFFORD:  Okay.  Did you hear the
6  question?
7      MS. WILLIAMS:  Uh-huh.  These documents
8  probably existed in hard copies.  These were printed
9  off or e-mailed -- the electronic copy was e-mailed.
10  These documents were prepared over a period of time
11  to use for just -- by training in our department.
12      MR. ROBERTSON:  Okay.  Much like the other
13  document we saw earlier, it's just sort of the
14  internal manual that shows people how to do --
15      MS. WILLIAMS:  Right.
16      MR. ROBERTSON:  -- go through the procurement
17  process of requisition self-service?
18      MS. WILLIAMS:  Yes, and these are totally
19  prepared by us.
20      MR. ROBERTSON:  And you -- you captured screen
21  shots in here with respect to the Lawson RSS
22  application; is that right?
23      MS. WILLIAMS:  I'm not sure if there was -- if
24  there's RSS screen prints in here.  My team doesn't
25  use RSS as much as the end requisitioners would.

98

1  Buyers don't create requisition.
2      MR. ROBERTSON:  Okay.  All right.  That's all I
3  have on that document.  Thanks.
4      (EXHIBIT NUMBER N13 WAS MARKED FOR IDENTIFICATION.)
5      MR. ROBERTSON:  Let me show you what I've
6  marked as Novant Exhibit Number 13 and ask you to
7  take a look at that, if you will.  It's a two-page
8  document, bears the Bates Label L0156732 [dash] 33.
9  Have you seen that before, sir?
10      MR. YUHASZ:  No.
11      MR. ROBERTSON:  It's entitled, "Addendum to
12  Lawson product software license agreement," and it's
13  with the client named Novant Health.  Do you see
14  that?
15      MR. YUHASZ:  Yes.
16      MR. ROBERTSON:  And it's dated sometime in
17  March of 2004.  Do you see that?
18      MR. YUHASZ:  Yes.
19      MR. ROBERTSON:  Is that about the time that
20  Novant was implementing the RSS solution?
21      MR. YUHASZ:  It was probably when we were
22  considering, right.
23      MR. ROBERTSON:  All right -- under -- the
24  products under agreement, section 1.0, you see
25  there's a column that says business management

99

1  system?
2      MR. YUHASZ:  Yes.
3      MR. ROBERTSON:  And then there's an entry for a
4  design studio.  Do you see that?
5      MR. YUHASZ:  Yes.
6      MR. ROBERTSON:  Do you know what the design
7  studio is?
8      MR. YUHASZ:  Yes.  My knowledge of that is it's
9  an application for the Lawson application technical
10  team under information technology to be able to
11  change the look, feel, and processing of an online
12  form -- Lawson online form.
13      MR. ROBERTSON:  Do you know if the design
14  studio was utilized with respect to the requisition
15  self-service application to do --
16      MR. YUHASZ:  My -- my knowledge is that design
17  studio is not -- does not -- cannot be used with
18  RSS.
19      MR. ROBERTSON:  Okay.  You didn't change the
20  look and feel of RSS as part of the implementation?
21      MR. YUHASZ:  No, my understanding has always
22  been you can't.
23      MR. ROBERTSON:  Okay.  Thanks.
24      (EXHIBIT NUMBER N14 WAS MARKED FOR IDENTIFICATION.)
25      MR. ROBERTSON:  Let me show you what's been

100

1  marked as Novant Exhibit 14 and ask you to take a
2  look at that, sir.  And while you do, let me just
3  for the record say it's a document -- two-page --
4  two pages entitled, "Lawson Software, Inc., services
5  order form."  It's dated in the June of 2006 time
6  frame.
7      The question -- first question is, have
8  you seen this document before?
9      MR. YUHASZ:  No.
10      MR. ROBERTSON:  Okay.  It's -- it's an order
11  form that is with Novant Health.  Do you see that
12  under client information?
13      MR. YUHASZ:  Yes.
14      MR. ROBERTSON:  Okay.  The services that are
15  desired are technical consulting for installation
16  and migration on the test server.  Do you see that?
17      MR. YUHASZ:  Yes.
18      MR. ROBERTSON:  Do you know if this was in
19  connection with the RSS application?
20      MR. YUHASZ:  By the information -- if you look
21  under the work order request, the information under
22  the client information and the work order request
23  row --
24      MR. ROBERTSON:  Where were you looking at, sir?
25      MR. YUHASZ:  Work order request.

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

101

1    MR. ROBERTSON: Okay. Yeah.
2    MR. YUHASZ: And it says LSF9.
3    MR. ROBERTSON: Yes.
4    MR. YUHASZ: That would indicate that is for
5    the environment portion of Lawson that supports
6    every application under -- running on the Lawson
7    server --
8    MR. ROBERTSON: Okay.
9    MR. YUHASZ: -- and so that was -- this was a
10   technical installation of the environment services
11   or main infrastructure of the Lawson application.
12   MR. ROBERTSON: Which would support the RSS?
13   MR. YUHASZ: Yes.
14   MR. ROBERTSON: Okay. Thanks. That's all I
15   have on that question -- on that document. Excuse
16   me. Let me just ask some general questions about
17   requisition self-service right now, and -- and if
18   necessary, let's include the purchase order module
19   that, you know, is part of the procurement process
20   and perhaps inventory control if -- if it calls for
21   it.
22   MR. YUHASZ: Okay.
23   MR. ROBERTSON: With that in mind, I
24   think you indicated earlier that there were
25   approximately 10,000 different vendors that provide

102

1    items that are available for purchase through the
2    RSS system; is that right?
3    MR. YUHASZ: Yes.
4    MR. ROBERTSON: Okay. Do you know
5    approximately how many total items of those 10,000
6    vendors are perhaps available?
7    MR. YUHASZ: That we have established in -- as
8    an active status in our item master that's available
9    for ordering?
10   MR. ROBERTSON: Yes?
11   MR. YUHASZ: That's what that would indicate.
12   I would say it's between 70 and 80,000.
13   MR. ROBERTSON: Okay. And maybe informally off
14   the record we discussed this, but there -- will
15   there be duplicate items that will be available from
16   multiple vendors of those 50,000 items or so --
17   excuse -- 70 to 80,000?
18   MR. YUHASZ: I would have to say just because
19   of the large number of items that there's -- there
20   are probably duplicates --
21   MR. ROBERTSON: I think --
22   MR. YUHASZ: -- to separate -- to different
23   vendors.
24   MR. ROBERTSON: I'm sorry. I think before we
25   started the deposition, we had one such example in

103

1    mind, and that was a stent, I believe, was one that
2    you may be able to source from multiple vendors; is
3    that right?
4    MR. YUHASZ: Yes.
5    MR. ROBERTSON: Okay. I understood you to say
6    that the items were medical or surgical supplies; is
7    that right?
8    MR. YUHASZ: Primarily.
9    MR. ROBERTSON: Okay. What other --
10   MR. YUHASZ: The majority --
11   MR. ROBERTSON: I'm sorry.
12   MR. YUHASZ: The majority.
13   (DISCUSSION OFF THE RECORD)
14   MR. ROBERTSON: What other types of products
15   other than medical or surgical supplies are
16   available to a purchaser using the RSS system at
17   Novant?
18   MR. YUHASZ: The next category would be EVS or
19   environmental services, and that would include your
20   cleaners, your paper towels, toilet paper.
21   MR. ROBERTSON: All right. Any -- after that,
22   what's maybe the next category of items that might
23   be available to a user of the RSS system at Novant?
24   MR. YUHASZ: The others would be what we
25   consider physician preference items such as implants

104

1    for procedure.
2    MR. ROBERTSON: How about pharmaceuticals? Are
3    they available?
4    MR. YUHASZ: No. I mean, not in the -- very
5    few, very small, not controlled substances that --
6    MR. ROBERTSON: We briefly touched on some of
7    the data that's available when someone is making a
8    purchase of a particular item using RSS. Do you
9    recall that?
10   MR. YUHASZ: Say that again.
11   MR. ROBERTSON: The -- the information that's
12   available with respect to a particular item --
13   MR. YUHASZ: Oh, yes.
14   MR. ROBERTSON: Okay. Where we talked about
15   pricing information, right?
16   MR. YUHASZ: Correct.
17   MR. ROBERTSON: And -- and product descriptions
18   are available, correct?
19   MR. YUHASZ: Yes.
20   MR. ROBERTSON: And the identification perhaps
21   of the manufacturer?
22   MR. YUHASZ: Yes.
23   MR. ROBERTSON: And who the actual supplier is
24   would be available?
25   MR. YUHASZ: Yes.

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

---

Page 105

1    MR. ROBERTSON:  And in certain instances there
2    are actual pictures that are available of the item?
3        MR. YUHASZ:  Yes.
4        MR. ROBERTSON:  Is -- all of the items don't
5    have pictures; is that right?
6        MR. YUHASZ:  Correct.
7        MR. ROBERTSON:  Do the majority of items have
8    pictures?
9        MR. YUHASZ:  No.
10       MR. ROBERTSON:  What percentage would you
11   characterize of the items that have pictures?
12       MR. YUHASZ:  Very few.  The only ones that have
13   pictures are ones taken internally of our inventory
14   items.
15       MR. ROBERTSON:  Do any of the vendors supply
16   you with pictures of -- of items?
17       MR. YUHASZ:  No.
18       MR. ROBERTSON:  Can you just give me a few
19   examples of some of the vendors that you have among
20   those 10,000?
21       MR. YUHASZ:  Vendors, the -- the largest one
22   would be our distributor Owens & Minor.
23       MR. ROBERTSON:  Okay.  And then how about
24   manufacturers?
25       MR. YUHASZ:  Direct manufacturers, I would say

---

Page 106

1    Johnson & Johnson types.
2        MR. ROBERTSON:  All right.  Why don't we fire
3    up this RSS and see if we can move through.
4        MR. YUHASZ:  Okay.  I'm going to go ahead and
5    open up a Word document also.
6        MR. ROBERTSON:  Can we put it on the screen?
7        MR. YUHASZ:  Oh, did we die?  Did it shut off
8    automatically?
9        MR. STAFFORD:  I think at some point it just
10   sort of went blank.  Am I in your way?
11       MR. YUHASZ:  I hope the bulb didn't burn out.
12   I forgot to turn it on.
13       (DISCUSSION OFF THE RECORD)
14       VIDEO TECHNICIAN:  Going off the record, the
15   time is 11:05.,
16       (DISCUSSION OFF THE RECORD)
17       VIDEO TECHNICIAN:  We're back on the record.
18   The time is 11:07.,
19       MR. ROBERTSON:  Okay.  What do we have here,
20   sir, which is this first screen?
21       MR. YUHASZ:  This is the initial screen that
22   Novant developed when they click on the link for the
23   Lawson application.
24       MR. ROBERTSON:  Says here, when you click here
25   for Lawson portal 9.0.1 test and development, you'll

---

Page 107

1    access the Lawson RSS application?
2        MR. YUHASZ:  Correct, correct.
3        MR. ROBERTSON:  You want to just go ahead and
4    capture that screen for me?
5        MR. YUHASZ:  Yes.  This -- this one right here?
6        MR. ROBERTSON:  Yeah.
7        MR. YUHASZ:  Oh, okay.
8        MR. ROBERTSON:  Why don't you go ahead and
9    let's go do the requisition application.  Now, is
10   this the first screen you see when you open up the
11   Lawson RSS application?
12       MR. YUHASZ:  No, this is the first screen when
13   you join the Lawson portal.
14       MR. ROBERTSON:  Okay.
15       MR. YUHASZ:  That's the base online
16   application.
17       MR. ROBERTSON:  Okay.  And from this screen,
18   I'm going to be able to access the RSS application?
19       MR. YUHASZ:  Yes.
20       MR. ROBERTSON:  Why don't you go ahead and do
21   that.
22       MR. YUHASZ:  So I choose requisition
23   self-service in the left window pane and then scroll
24   down to shopping.
25       MR. ROBERTSON:  Okay.  Can you capture that

---

Page 108

1    before we move forward?
2        MR. YUHASZ:  (Complies.)
3        MR. ROBERTSON:  All right.  Why don't you go
4    ahead and go into shopping.  Okay.  Why don't you
5    capture that screen while we're in it.  All right.
6    At the top, there is a link for find [slash] shop.
7    Do you see that?
8        MR. YUHASZ:  Yes.
9        MR. ROBERTSON:  That's a drop-down menu, right?
10       MR. YUHASZ:  Yes.
11       MR. ROBERTSON:  Can you drop it down for me?
12   All right.  Can you capture that, please?
13       MR. YUHASZ:  Let's see if it captures that.
14   Yes, it does.
15       MR. ROBERTSON:  Great.  I want to go back to
16   it.  All right.  When you drop -- do the drop-down
17   menu, there's four items available on the menu,
18   correct?
19       MR. YUHASZ:  Correct.
20       MR. ROBERTSON:  And one is search catalog,
21   right?
22       MR. YUHASZ:  Yes.
23       MR. ROBERTSON:  Why don't you click on search
24   catalog for me.
25       MR. YUHASZ:  Oh, you must enter your profile

---

109

1   information prior to moving forward, so it has your
2   location information, so I've got to put in a
3   default "from" location.
4        MR. ROBERTSON: Says search for inventory or
5   non-stock item. What's a non-stock item?
6        MR. YUHASZ: It means it is not from our
7   internal distribution center. It is going to be
8   shipped directly from a supplier.
9        MR. ROBERTSON: Okay. Can you enter an item, a
10  non-stock item in there so we can see the result we
11  get from the supplier?
12       MR. YUHASZ: And do you want that search by a
13  description portion or items or --
14       MR. ROBERTSON: Why don't we -- why don't we do
15  description first.
16       MR. YUHASZ: Okay.
17       MR. ROBERTSON: Okay. Can you capture that
18  screen for me?
19       MR. YUHASZ: (Complies.)
20       MR. ROBERTSON: Okay. So there we have as a
21  result a hit list, if you will, of the -- the items
22  that matched that query; is that right?
23       MR. YUHASZ: Correct.
24       MR. ROBERTSON: And I see there are manufacture
25  codes. Does that reflect there are different

110

1   manufacturers of these various stents?
2        MR. YUHASZ: Yes.
3        MR. ROBERTSON: Okay. So -- and is this a
4   manufacturer name, ABBT and Gore and BOST?
5        MR. YUHASZ: It is the internal Novant code for
6   a manufacturer.
7        MR. ROBERTSON: Okay. Are they different
8   manufacturers?
9        MR. YUHASZ: Which ones?
10       MR. ROBERTSON: Is ABBT, that internal Novant
11  code, a different manufacturer than, for example,
12  BOST?
13       MR. YUHASZ: Correct.
14       MR. ROBERTSON: Okay. What does ABBT stand
15  for, if you know?
16       MR. YUHASZ: Abbott.
17       MR. ROBERTSON: And what does BOST stand for?
18       MR. YUHASZ: Boston Scientific --
19       MR. ROBERTSON: Boston -- okay. Can you just
20  scroll down on the right for me, and I want to see
21  if -- okay. Is this the sum total of all of the
22  stents that are available for purchase in the Lawson
23  item master database, or is there a way to go to
24  additional pages? Do you understand my question?
25  I'm just wondering, is this the sum total that

111

1   appears on the screen --
2        MR. YUHASZ: Right, if you see the next here --
3        MR. ROBERTSON: Oh, I see.
4        MR. YUHASZ: -- you know to go to -- there's
5   more pages.
6        MR. ROBERTSON: So I would imagine there's
7   probably multiple pages of suppliers of stents that
8   we would see if we hit the next page?
9        MR. YUHASZ: Correct.
10       MR. ROBERTSON: Okay.
11       MR. YUHASZ: And -- correct.
12       MR. ROBERTSON: It looks like for each of these
13  manufacturers there's a -- a code number. That
14  appears to be a link. Do you see that? Let me just
15  give you an example. The first one I see there is
16  102021; is that right?
17       MR. YUHASZ: Correct.
18       MR. ROBERTSON: Okay. What happens if I click
19  on that?
20       MR. YUHASZ: That brings up more detailed item
21  information, item master information.
22       MR. ROBERTSON: Why don't you go ahead and
23  click on that.
24       MR. YUHASZ: (Complies.)
25       MR. ROBERTSON: Okay. So it's identifying for

112

1   me an ID number. Is that -- for the source vendor,
2   is that the ID of the vendor?
3        MR. YUHASZ: Correct.
4        MR. ROBERTSON: And then it indicates this is
5   from Abbott Vascular as the vendor?
6        MR. YUHASZ: Correct.
7        MR. ROBERTSON: And it's got the vendor
8   location, correct?
9        MR. YUHASZ: This doesn't have any information
10  in there --
11       MR. ROBERTSON: Well, it says --
12       MR. YUHASZ: -- except the city --
13       MR. ROBERTSON: Santa Clara, California,
14  correct?
15       MR. YUHASZ: Yeah.
16       MR. ROBERTSON: There's a manufacturer number
17  on this page. Do you see that?
18       MR. YUHASZ: Yes.
19       MR. ROBERTSON: Is that the part number, or is
20  that the code number for the manufacturer?
21       MR. YUHASZ: That's the part number of that
22  item from Abbott Vascular.
23       MR. ROBERTSON: And I'm not going to read it
24  out loud, but there's pricing information with
25  respect to this item, correct?

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

113

1      MR. YUHASZ:  Yes.
2      MR. STAFFORD:  Excuse me, sir, just for the
3    record that's listed under cost.
4      MR. ROBERTSON:  Thanks.
5      MR. ROBERTSON:  And that's in United States
6    dollars, right?
7      MR. YUHASZ:  Correct.
8      MR. ROBERTSON:  What is -- what is -- is it UDM
9    I see there or UOM?
10      MR. YUHASZ:  U--- UOM.
11      MR. ROBERTSON:  Now, is that the unit cost
12    or --
13      MR. YUHASZ:  Unit of measure.
14      MR. ROBERTSON:  Okay.
15      MR. YUHASZ:  So that's -- that's what the cost
16    is being expressed in.
17      MR. ROBERTSON:  Why don't you capture that
18    screen for me, because --
19      MR. YUHASZ:  (Complies.)
20      MR. ROBERTSON:  Now, I see next to the
21    description of the stent there is some numbers.
22    There is .035, and it looks like 8 times 90 times
23    120; is that right?
24      MR. YUHASZ:  Correct.
25      MR. ROBERTSON:  Okay.  That's a

114

1    characterization of the -- the -- what the size of
2    the stent that's involved?
3      MR. YUHASZ:  Right.
4      MR. ROBERTSON:  Why don't you go ahead and add
5    that to our shopping cart.  Could you -- could
6    you -- let me ask you a question, first.  When you
7    added that to our shopping cart, shopping cart
8    reflects that there's a probe thermometer digital.
9    How did that happen?
10      MR. YUHASZ:  I have no idea.
11      MR. ROBERTSON:  All right.  Well, let's go back
12    and get some -- I want to add a stent if I can.  So
13    can we go back -- for the record, that should not
14    have occurred; is that right?
15      MR. YUHASZ:  Correct.
16      MR. ROBERTSON:  Let's go back and pick another
17    stent.
18      MR. YUHASZ:  Go back to my -- that's very
19    interesting.  See if it adds it correctly when --
20    which one did we have?
21      MR. ROBERTSON:  I think it was on the next page
22    actually, but -- well, let's try another one.  And
23    it's the same number all the time.
24      MR. YUHASZ:  Same item.  I don't know what's
25    happening there.

115

1      MR. ROBERTSON:  All right.  Why don't we go
2    back and pick another -- do you know what's going
3    on?
4      MR. STAFFORD:  Off the record.
5      (DISCUSSION OFF THE RECORD)
6      MR. YUHASZ:  Okay.  We'll do it -- we'll do the
7    check, and we'll do "add selected" as another way
8    you can add multiple items.  Add selected --
9      MR. ROBERTSON:  Still getting thermometers?
10      MR. YUHASZ:  Yeah, don't want that.  Let me
11    just clear my shopping cart, and let's just make
12    sure it's doing new.  I have no idea.  That might be
13    better to go by.
14      MR. ROBERTSON:  Syringe, I don't know.
15      MR. STAFFORD:  Thermometer.  See what it comes
16    up with this time.
17      MR. YUHASZ:  I don't -- so I don't know what is
18    happening here.  This is where I shared with
19    Mark earlier, because you wanted to go all the way
20    through a purchase order, I'm in the test system, so
21    I don't know if because of the problems we've had IT
22    has loaded patches and things that aren't fully
23    tested into the test system.  Because I can
24    guarantee you this doesn't occur in the production
25    system, but if I move to the production system, I

116

1    can save the requisition, but I won't be able to --
2    unless we find a requisition that's valid that we
3    can find from a user who really wants to order and
4    we take it over and I can put that in
5    there, you know, but I can't order a good for
6    myself.
7      MR. STAFFORD:  Mr. Robertson, just to make
8    sure, I was informed earlier today that what you're
9    saying is the exact system fully populated, we
10    thought fully working as of December '09 so that you
11    could walk all the way through because -- unless
12    it's a real order.  On the noncopy, you can't go all
13    the way to the last step.  Can you go into that
14    other system while we're here today and show him you
15    just can't go all the way through?
16      MR. YUHASZ:  It just won't be able to create
17    the purchase order.
18      MR. ROBERTSON:  All right.  Well, let's --
19      MR. YUHASZ:  Because I --
20      MR. ROBERTSON:  Can you just click on another
21    ad in the cart and see if we have a problem there,
22    if we're going --
23      MR. YUHASZ:  And let's see.
24      MR. ROBERTSON:  And one of those I think did
25    say cost zero.  Maybe that's not available.  I don't

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

---

**117**

1  know if that's one you hit.  Just add anything.
2      MR. YUHASZ:  I don't know what's going on with
3  those now.  Yeah, I know the quality of the software
4  wasn't -- wasn't the best, but it's not -- we
5  wouldn't have gone to production.
6      MR. ROBERTSON:  Well, here's -- here's what I'm
7  going to need to do.
8      MR. ROBERTSON:  Let's just go off the record
9  for a moment.
10     VIDEO TECHNICIAN:  Going off the record.  The
11  time is 11:20.,
12         (DISCUSSION OFF THE RECORD)
13     VIDEO TECHNICIAN:  We're back on the record.
14  Time is 11:22.,
15     MR. YUHASZ:  Can I show you an inventory item
16  order?
17     MR. ROBERTSON:  Actually, I want to do it
18  from -- not internal inventory.  I want to do it
19  from suppliers.
20     MR. YUHASZ:  Okay.  Want to do -- okay.
21     MR. ROBERTSON:  Why don't you try stent there?
22     MR. YUHASZ:  (Complies.)
23     MR. ROBERTSON:  How do I know I'm getting a
24  non-stock item and not inventory?
25     MR. YUHASZ:  The --

---

**118**

1      MR. ROBERTSON:  The check?
2      MR. YUHASZ:  The check.
3      MR. ROBERTSON:  Okay.  So check is a non-stock
4  item, correct?
5      MR. YUHASZ:  Correct.
6      MR. ROBERTSON:  Okay.  Why don't you go ahead
7  and capture that screen.
8      MR. YUHASZ:  I'm just going to go ahead and
9  save this to file to my desk so I don't lose it.
10  Okay.
11     MR. ROBERTSON:  All right.  Let's see if we can
12  add one of those non-stock items to our cart.
13     MR. YUHASZ:  Let me try doing the Boston.
14  Okay.
15     MR. ROBERTSON:  Now, let's capture that screen
16  if you could.
17     MR. YUHASZ:  Okay.
18     MR. ROBERTSON:  All right.  Now, the cart is
19  the requisition form that you're building, correct?
20     MR. YUHASZ:  Correct.
21     MR. ROBERTSON:  Okay.  There's a -- just by way
22  of example, there's the one that -- the one that we
23  picked to include has a number after the
24  manufacturer internal code.  For example, I'm
25  looking at the one I think we selected which is

---

**119**

1  35050-0822.  Do you see that?
2      MR. YUHASZ:  Yes.
3      MR. ROBERTSON:  Okay.  What is that number?  Is
4  that the individual part number?
5      MR. YUHASZ:  That's the manufacturer part
6  number for that stent, correct, from Boston
7  Scientific.
8      MR. ROBERTSON:  Okay.  If I wanted to find a
9  stent from another manufacturer that had the same
10  characteristics of the one that we selected, how
11  could I go about doing that?
12     MR. YUHASZ:  This is where he's saying the way
13  she knows to do is by the PF72 vendor.  You'd have
14  to know the -- the part numbers for better
15  equivalence.
16     MR. ROBERTSON:  Could I actually scroll down
17  the description and look to see if there was a
18  similar description of the stent from a different
19  manufacturer?
20     MR. YUHASZ:  Yes.
21     MR. ROBERTSON:  Okay.  All right.  I want to
22  keep going until we find something that's not Boston
23  Scientific.  Okay.  So we're looking for one
24  that's -- what is it -- 2.25.  Could you -- go to
25  the cart and click on the -- the number there so we

---

**120**

1  just get the particular size that we're looking for.
2  It's 2.25 by 8.  Let me see if we can find another
3  vendor with a stent that's 2.25 by 8.
4      MR. YUHASZ:  Okay.  Go back to -- now, this --
5  if you want me to aid this process, this is where
6  our Novant developed search, probably where our
7  users would go.
8      MR. ROBERTSON:  What is -- what is that?  Is it
9  using the Lawson RSS?
10     MR. YUHASZ:  No.
11     MR. ROBERTSON:  Why can't we go back here?
12     MR. YUHASZ:  It's loading.  I don't know.  I'm
13  just going back to the search catalog function, and
14  this is in production.
15     MR. ROBERTSON:  Can we start over?
16     MR. YUHASZ:  There we go.
17     MR. ROBERTSON:  All right.  We're looking for
18  2.25 by 8.  Need to get past Boston Scientific.
19  We're starting -- there's a code for JJ.  You see
20  that?
21     MR. YUHASZ:  Correct.
22     MR. ROBERTSON:  Is that Johnson & Johnson?
23     MR. YUHASZ:  Correct.
24     MR. ROBERTSON:  There's a 2 -- there's one, a 2
25  by -- 2.5 by 8.  Do you see that one?

---

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

121

1     MR. YUHASZ:  Correct.
2         MR. ROBERTSON:  Can you add that one?
3         MR. YUHASZ:  (Complies.)
4         MR. ROBERTSON:  Okay.  So capture that screen.
5     Sorry.
6         MR. YUHASZ:  Okay.  Yes.  Oh, okay.
7         MR. ROBERTSON:  All right.  That -- is that an
8     example of a product that's available from two
9     separate vendors?
10        MR. YUHASZ:  I wouldn't be able to say that
11    just by the description, no.
12        MR. ROBERTSON:  Well, it seems to have the same
13    dimensions; isn't that right?
14        MR. YUHASZ:  Right, but that's -- that's very
15    minimal of what that stent could be used for and how
16    it's to be done in a procedure.
17        MR. ROBERTSON:  How can I get a more robust
18    description of this stent than a particular -- you
19    had an opportunity to get -- click on the actual
20    product description; is that right?
21        MR. YUHASZ:  Yeah.  In Lawson, there is none.
22    A 30 character description is mainly what displays.
23        MR. ROBERTSON:  Okay.  Can you click on the
24    other -- can you print -- capture that screen for
25    me, please?  For --

122

1         MR. YUHASZ:  Exactly as this is?
2         MR. ROBERTSON:  Yes.  All right.  Can you click
3     on the other description of the other product and
4     capture that screen for me?  All right.  If I wanted
5     to delete something from my cart, I see there's a
6     little trash can icon on the cart.  If I hit that,
7     would it delete the item?
8         MR. YUHASZ:  Correct.
9         MR. ROBERTSON:  Okay.  Don't go ahead and do
10    that yet.  If -- if I wanted to then approve that
11    cart, satisfied with purchasing those two stents, I
12    would -- would I go down to the checkout?
13        MR. YUHASZ:  Correct.
14        MR. ROBERTSON:  And would that start to take me
15    into the requisition -- excuse me -- the purchase
16    order process?
17        MR. YUHASZ:  It would put this requisition in a
18    status for supply chain sourcing to -- to make that
19    become a PO.
20        MR. ROBERTSON:  Can we go back to our -- have
21    the ability to go back to our list for hits for
22    stent?  You have to start all over again?
23        MR. YUHASZ:  Yes.
24        MR. ROBERTSON:  Why don't you go to the
25    shopping list functionality.

123

1     MR. YUHASZ:  Okay.
2         MR. ROBERTSON:  The test system was at least
3     faster.
4         MR. YUHASZ:  I don't know what's going on.
5         MR. STAFFORD:  Perhaps lots of things being
6     purchased today.
7         MR. YUHASZ:  I mean, if -- yeah.
8         MR. ROBERTSON:  Why don't you go to the
9     drop-down menu, see if you can do search catalog
10    again.  Maybe it will come up.  Why don't we look
11    for -- don't put stent in.  Why don't we look for
12    something that might be more of a commodity.  You
13    said there were those environmental services type of
14    products.  I don't know, one come to mind?  I
15    don't -- paper towels, can we do that?
16        MR. YUHASZ:  If you still want to look for
17    something that's purchased direct from supplier?
18        MR. ROBERTSON:  I do.  And that's a -- it maybe
19    is more of a commodity than a stent.
20        MR. YUHASZ:  I didn't hear you.  A mop.
21        MR. ROBERTSON:  You put a period after it, I
22    think.  You meant to do that?
23        MR. YUHASZ:  A comma.
24        MR. ROBERTSON:  Okay.  Oh, okay.  So, again, we
25    have multiple vendors there; is that right?

124

1         MR. YUHASZ:  Yes.
2         MR. ROBERTSON:  Okay.  And various mops.  Is
3     that -- there's some costing information there in
4     the tens of thousands of dollars.  That can't be for
5     a -- a single mop.  How -- what is -- what is that?
6         MR. STAFFORD:  It's a really nice one.
7         MR. YUHASZ:  It's a really nice mop.  All
8     right.  Is RUBB the vendor -- the manufacturer code
9     for, what, Rubbermaid?
10        MR. YUHASZ:  Probably, yes.
11        MR. ROBERTSON:  All right.  Trying to see if
12    there's any other similar -- could you -- there's no
13    next page, so this is all the mops that are
14    available, right?
15        MR. YUHASZ:  Correct.
16        MR. ROBERTSON:  Actually, just capture that
17    screen shot for me.
18        MR. YUHASZ:  (Complies.)
19        MR. ROBERTSON:  Okay.  Let's pick a mop to add
20    to our requisition.  How about the one by SAF, like
21    fourth, fifth -- fifth one up from the bottom or
22    something.  No, not that one because it's got a
23    ridiculous price.  I think like the fourth one up
24    from the bottom, if I'm not correct, that looks like
25    a reasonable cost of a mop.

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

---

125

1    MR. STAFFORD: Mr. Robertson, I think what
2    you're seeing as tens of thousands actually has a
3    dot after the second -- it's $17.35 --
4    MR. YUHASZ: It's $17 -- it's $17---
5    MR. ROBERTSON: Oh, okay. All right.
6    MR. STAFFORD: I only seeing that because my
7    bifocals are closer than yours.
8    MR. ROBERTSON: My bifocals are not working.
9    MR. ROBERTSON: Okay. Why don't we capture
10   that screen shot.
11   MR. YUHASZ: (Complies.)
12   MR. ROBERTSON: All right. Now, I want to shop
13   a different way other than using this search catalog
14   capability.
15   MR. YUHASZ: Yes.
16   MR. ROBERTSON: What -- let me just ask you
17   generally, there's one more shopping list. Can you
18   just describe for me what functionality -- before
19   you click on it -- that I'm going to find with the
20   shopping list? What's that capability provide?
21   MR. YUHASZ: The shopping list capability
22   provides where Novant has built a shopping list
23   catered for particular reasons. For example, a
24   certain requesting location such as a cath lab at
25   Forsyth Medical Center may have their own shopping

---

126

1    center -- shopping list for the items they regularly
2    order, and it just brings up those items rather than
3    having to search the whole catalog and go through
4    that process. It's a succinct list of items. The
5    other are company shopping lists which is referred
6    to in previous documentations where you saw the NLC
7    shopping lists. So that's all the inventory items
8    in our distribution center that they can quickly
9    search and find and obtain.
10   MR. ROBERTSON: Okay. How about on the express
11   order drop-down menu? What does that provide?
12   MR. YUHASZ: Express order is when the customer
13   feels they know they have the Lawson item number
14   correct and it's usually quicker to order and they
15   can just enter in the item number and the quantity
16   and move on.
17   MR. ROBERTSON: When you say the item number,
18   you mean, for example, the part number of that
19   particular --
20   MR. YUHASZ: The Lawson item number that the
21   source has established in the item master for that
22   item. So for the items in this shopping cart, that
23   mop, example, they would have to know 28238 to order
24   it through express order.
25   MR. ROBERTSON: I'm sorry. Where are you

---

127

1    seeing 28---
2    MR. YUHASZ: On the --
3    MR. ROBERTSON: I see.
4    MR. YUHASZ: I'm sorry.
5    MR. ROBERTSON: That's a -- Lawson created --
6    MR. YUHASZ: That's a Lawson -- Novant sourcing
7    makes that item and makes that item that mop have that item
8    number in the Lawson item master.
9    MR. ROBERTSON: But the manufacturer item
10   number is also there for that particular mop,
11   correct?
12   MR. YUHASZ: Correct, here in the search.
13   MR. ROBERTSON: Right.
14   MR. YUHASZ: Right.
15   MR. ROBERTSON: Okay. Can you be back to the
16   drop-down menu again? And there was the categories
17   available on a menu. What is that used for?
18   MR. YUHASZ: That would be where the -- the
19   un-spec, UNSPSC, search --
20   MR. ROBERTSON: So I could put the -- I could
21   go to categories and put in a UNSPSC code?
22   MR. YUHASZ: Correct.
23   MR. ROBERTSON: Why don't we try that.
24   MR. YUHASZ: (Complies.)
25   MR. ROBERTSON: All right. There is a

---

128

1    taxonomy, is that right, for the various categories
2    available on -- in the UNSPSC; is that right?
3    MR. YUHASZ: Correct.
4    MR. ROBERTSON: And that permits you to click
5    on that link for a desired category, and then drill
6    down, if you will, to come to a particular type of
7    item available for sale; is that right?
8    MR. YUHASZ: The items we have established in
9    the item master with that particular taxonomy would
10   appear for ordering.
11   MR. ROBERTSON: Okay. Can we capture this
12   screen first? Thanks.
13   MR. YUHASZ: (Complies.)
14   MR. ROBERTSON: All right. What I'd like to do
15   is for a category that is going to be available with
16   items that are in the -- the database and see if we
17   can't drill down and --
18   MR. YUHASZ: I think we have chemical items --
19   MR. ROBERTSON: Can we do paper? Can we do
20   something like --
21   MR. YUHASZ: There we go. Let's go to paper.
22   MR. ROBERTSON: Okay. Actually I needed you to
23   capture that screen, capture that screen that you're
24   drilling down.
25   MR. YUHASZ: Oh, I'm sorry.

---

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

129

1    MR. ROBERTSON: That's all right.  Just go from
2    there.
3        MR. YUHASZ: Okay.
4        MR. ROBERTSON: Before you go any further,
5    could you just scroll down on the right there so I
6    can see what other --
7        MR. YUHASZ: Okay.
8        MR. ROBERTSON: Why don't we try personal paper
9    products.  There's paper towels.  Want to try those?
10   And so why don't you capture that screen for me
11   while you're at it.  So by using this UNSPSC
12   classification system, we're able to drill down on
13   the taxonomy and come up with a hit list that has
14   paper towels that are manufactured by various
15   vendors, correct?
16       MR. YUHASZ: Correct.
17       MR. ROBERTSON: GP probably stands for
18   Georgia-Pacific?
19       MR. YUHASZ: Correct.
20       MR. ROBERTSON: KC, is that Kimberly-Clark?
21       MR. YUHASZ: Correct.
22       MR. ROBERTSON: Okay.  Why don't you -- and
23   that -- this is -- there's only one screen, so
24   that's all the paper towels that are available; is
25   that right?

130

1        MR. YUHASZ: Correct.  Yeah, I got some to
2    scroll down here.  There's one more.
3        MR. ROBERTSON: Okay.  Why don't you pick one
4    and let's add it to our -- can you just scroll up
5    for a minute?
6        MR. YUHASZ: (Complies.)
7        MR. ROBERTSON: Okay.  I see the -- there are
8    checkmarks for the non-stock items and this -- and
9    the check plus for the stock items, but I don't see
10   any checks next to these items.  What does that
11   indicate?
12       MR. YUHASZ: If you recognize, it's at your
13   "from" location, so in my profile when I came in
14   here, I'm established like I'm ordering for Forsyth
15   Medical Center.
16       MR. YUHASZ: Okay.
17       MR. YUHASZ: So these items aren't established
18   for ordering by -- by Forsyth Medical Center.
19       MR. ROBERTSON: Okay.  Can you capture that
20   screen for me?  I don't think we did that.  Let's go
21   back to our find/shop drop-down menu, and can you go
22   to shopping list?
23       MR. YUHASZ: Hey, it came up quicker this time.
24   I don't know what happened.
25       MR. ROBERTSON: Okay.  We can do a query in --

131

1    in this box for paper towels?
2        MR. YUHASZ: That's within shopping lists.
3        MR. ROBERTSON: Yeah.  Could we?  Well, let me
4    just capture this screen first since -- okay.  Why
5    don't you enter paper towels and see what we get.
6        MR. YUHASZ: So this is my shopping list name,
7    so this is not by item description.  It's -- you're
8    going to put in a name of a shopping list,
9    evidently.  I mean, just the normal way we -- in the
10   document we train our customers is, from this screen
11   they're normally going to go to a -- a location
12   shopping list which is specific to their ordering
13   location or to a company one --
14       MR. ROBERTSON: Okay.  Could we try -- can we
15   try and do that and see if we can find a paper towel
16   that's available from some location?
17       MR. YUHASZ: I'm probably going to have to go
18   to the company one --
19       MR. YUHASZ: Okay.
20       MR. YUHASZ: -- because it will have to be in
21   inventory.
22       MR. ROBERTSON: All right.  Why don't we just
23   capture that if we can for a moment.  So these are
24   shopping lists that are for these various companies?
25       MR. YUHASZ: These -- these are generally

132

1    available for any requisitioner at Novant.  They're
2    company-level shopping lists --
3        MR. ROBERTSON: Is the company -- I'm sorry.  I
4    didn't mean to interrupt you.
5        MR. YUHASZ: No, it's all right.
6        MR. ROBERTSON: Is the company here Novant?
7        MR. YUHASZ: Correct.
8        MR. ROBERTSON: So this is all Novant
9    inventory?
10       MR. YUHASZ: Well -- well, the NLC stocked
11   shopping list is all the inventory items, the
12   shopping list for all of those items --
13       MR. ROBERTSON: Well, what about patient chart
14   assembly items?  Is that a Novant inventory items?
15       MR. YUHASZ: That -- it may be a mix of
16   catalog -- I mean -- of non-stock and stock.  It's a
17   grouping of patient chart assembly items that's
18   available for all Novant employees.
19       MR. ROBERTSON: Okay.  Is there any one of
20   these shopping lists that you think might have paper
21   towels available --
22       MR. YUHASZ: Oh, shopping -- the NLC stock
23   shopping list, our inventory list of items.
24       MR. ROBERTSON: Okay.  Something that's not
25   non-inventory, and if not, we'll just take a guess

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

133

1    or stab.
2        MR. YUHASZ:  Not -- not in -- not in these
3    company shopping lists.  The only thing that's going
4    to have paper towels is our -- I mean, that's
5    probably why -- that's probably why they're not set
6    up by the -- they're probably only at the -- as an
7    inventory item for us.
8        MR. ROBERTSON:  How about a stent?  Is there
9    anything besides the NLC stock shopping list that
10   would have a stent?
11       MR. YUHASZ:  None of these would.  The only
12   thing that's going to have -- that I know is going
13   to have some non-stock items is our NMG catalog.
14   That's the one used for the ambulatory care for that
15   special --
16       MR. ROBERTSON:  Let's click on that and see
17   what we get.
18       MR. YUHASZ:  That would have non-stock items in
19   it.  So here's a non-stock item.
20       MR. ROBERTSON:  Why don't you go ahead and add
21   that.
22       MR. YUHASZ:  Interesting.
23       MR. ROBERTSON:  Okay.  Can you capture that
24   page for me.
25       MR. STAFFORD:  Just so the record's clear,

134

1    you've added an applicator; is that correct?
2        MR. YUHASZ:  Yes.
3        MR. ROBERTSON:  Okay.  I understand that lunch
4    has arrived, so maybe this is a good breaking point.
5    Only thing I'd like to do -- I don't want to lose
6    this data.
7        MR. YUHASZ:  Now, I can -- to go maybe to your
8    paper towel thing, once I'm in this shopping list, I
9    can search here for like towel and see if this
10   shopping list within the shopping list and towel.
11       MR. ROBERTSON:  So we got something?
12       MR. YUHASZ:  Yes.
13       MR. ROBERTSON:  All right.  Can you go -- can
14   you go back -- see where it says back?  Type in
15   towel.  Capture that screen, please, before you
16   search --
17       MR. YUHASZ:  Okay.  Okay.
18       MR. ROBERTSON:  Okay.  Now, let's search and --
19   just hold on.  There's a -- I'm sorry.  The one
20   that's down there is 147422 paper towel, kitchen,
21   which is the same we have in our shopping list.
22   Could we add that.
23       MR. YUHASZ:  Do you want me to capture this
24   screen?
25       MR. ROBERTSON:  I thought we did, but if we

135

1    didn't, please do.  Yeah, thanks for that.  All
2    right.  And just, why don't we add that paper towel,
3    kitchen.  All right.
4        MR. YUHASZ:  Capture this one?
5        MR. ROBERTSON:  Yeah, capture that screen.
6    Thanks.  So it just -- if I -- if I pick checkout
7    now, does that approve the requisition?
8        MR. YUHASZ:  Again, for items with a Lawson
9    item master number ordered through RSS, there is no
10   approvals.
11       MR. ROBERTSON:  So what happens if I hit
12   checkout?
13       MR. YUHASZ:  You hit checkout, the req is --
14   becomes available for sourcing to process.
15       MR. ROBERTSON:  For the purchase order process?
16       MR. YUHASZ:  Correct, purchase order or
17   inventory shipment.
18       MR. ROBERTSON:  I mean, I don't want to buy
19   these things because I know we're using a live
20   system --
21       MR. YUHASZ:  Right.
22       MR. ROBERTSON:  -- but can we hit checkout and
23   go to the next before we purchase, or if you hit
24   checkout it's going to --
25       MR. YUHASZ:  It's going to show up because I'm

136

1    in the production and it's going to show up in a
2    buyer's queue to process.
3        MR. ROBERTSON:  Is there any way to hit it
4    without it showing up in a buyer's queue?  I'd like
5    to see the next screen without -- without actually
6    buying an item.  Can we --
7        MR. YUHASZ:  What next screen?  What do you
8    mean, that the buyer's going to use or --
9        MR. ROBERTSON:  I'm curious to see what's going
10   to happen after you hit checkout.
11       MR. YUHASZ:  Okay.
12       MR. ROBERTSON:  What gets displayed?
13       MR. YUHASZ:  Your requisition number which is
14   up there, but it just tells you the requisition
15   number is -- is released or processed.  That's a
16   little -- a small window appears just saying that.
17       MR. ROBERTSON:  Kind of like Amazon, one click
18   shopping at this point?  I'm going to click on it;
19   we're going to buy it?
20       MR. YUHASZ:  You click on checkout, yes, it's
21   going to be available for going.
22       MR. ROBERTSON:  How about this?  Could we
23   delete everything except a paper towel and a --
24       MR. STAFFORD:  Delete the stents.
25       MR. ROBERTSON:  -- and a mop and -- delete

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

137

1  the -- delete the stents.  Delete the -- is that --
2  is that paper towel, kitchen, a dollar?  Do you mind
3  if I -- don't do it yet.  It's less than $5 and a
4  mop that's $8.  I'll reimburse you.  Can we -- could
5  we order those two things?
6      MR. CLEMENTS:  I think the first paper towel
7  item is coming from inventory --
8      MR. YUHASZ:  Correct, that's what I --
9      MR. ROBERTSON:  All right.  All right.  So what
10  do we --
11      MR. YUHASZ:  So I was going to -- do you need a
12  job?
13      MR. ROBERTSON:  All right.  Can we go through
14  the purchase process?
15      MR. YUHASZ:  Sorry.
16      MR. ROBERTSON:  Can we check out?
17      MR. YUHASZ:  Let me print the screen first.
18      MR. ROBERTSON:  Oh, thanks.
19      MR. STAFFORD:  We now have a cart with two
20  items in there?
21      MR. ROBERTSON:  Yes.
22      (DISCUSSION OFF THE RECORD)
23      MR. ROBERTSON:  All right.  How can we see the
24  purchase order process now?
25      MR. YUHASZ:  I can move into the Lawson --

138

1      MR. ROBERTSON:  Actually, capture that screen
2  that says it's been processed.
3      MR. YUHASZ:  Right.  And if I can -- Vicky, do
4  you need -- do you need to get to a buyer to make
5  sure they don't grab it.
6      MS. WILLIAMS:  Write down the req number.
7      MR. YUHASZ:  Oh, the req number.
8      MR. ROBERTSON:  Is the req number 202-6997?
9      MR. YUHASZ:  Correct.
10      MR. ROBERTSON:  Okay.
11      MR. YUHASZ:  Okay.  And then are we ready to
12  exit the requisition self-service?
13      MR. ROBERTSON:  Yeah.
14      MR. YUHASZ:  Okay.
15      MR. ROBERTSON:  What are you typing in there?
16      MR. YUHASZ:  The PO 100 form is the purchasing
17  form that takes processed requisitions over to a PO.
18      MR. ROBERTSON:  Okay.  Could you just capture
19  that screen for me?
20      MR. YUHASZ:  Oh, okay.
21      MR. STAFFORD:  And this is the portal home
22  screen?
23      MR. YUHASZ:  Yes, back to the portal home
24  screen.
25      MR. ROBERTSON:  All right.  Why don't we go to

139

1  that purchase order form.
2      MR. YUHASZ:  Oh, I may not be able to get to
3  production.  We are going to have to switch to
4  Vicky.  As you see, I don't have authorization to do
5  that, that function of turning a req to a PO.
6  That -- only a buyer can do that, so we have to turn
7  that over to Vicky.
8      MR. ROBERTSON:  Okay.  Why don't we take a
9  lunch break, and then can we do that after the lunch
10  break --
11      MR. STAFFORD:  Is that okay, Vicky --
12      MR. YUHASZ:  She needs to get on to it.  She
13  needs to -- she needs to move through it so buyers
14  above -- another buyer's going to handle that in the
15  normal daily process and go ahead and pick it up
16  before we get to it.
17      MR. STAFFORD:  Let me ask --
18      (DISCUSSION OFF THE RECORD)
19      MR. STAFFORD:  Are you concerned that we might
20  accidentally buy it?
21      MR. YUHASZ:  That we won't be able to show any
22  more processing because a buyer -- a buyer --
23      MR. STAFFORD:  Oh, because it will move too
24  far.  So we do need to break to -- so we can come
25  back to it?  Is that what you're saying?

140

1      MR. ROBERTSON:  No, we need to do it now, is
2  what Vicky's suggesting --
3      MR. YUHASZ:  Right, we need to do it now --
4      MR. ROBERTSON:  My suggestion is, why doesn't
5  Bill eat and we can continue with Vicky, just
6  continue forward the next 20 minutes.
7      MR. STAFFORD:  Sure, sure.  You have to come
8  back, Bill.
9      MR. YUHASZ:  Okay.
10      MR. STAFFORD:  Will you be able to do some
11  screen shots for Mr. Robertson?
12      MS. WILLIAMS:  Yes.  This is a screen where the
13  buyers will run their jobs that pulls released
14  requisitions for non-stock items for purchase
15  orders.
16      MR. ROBERTSON:  Can you capture that screen?
17  Okay.  I just want to ask you a couple of questions,
18  though, before you do anything else.  Says job
19  description, PO interface from Lawson.  Is that
20  purchase order interface?
21      MS. WILLIAMS:  Yes.
22      MR. ROBERTSON:  That's interfacing with what?
23  The requisition self-service we were just using?
24      MS. WILLIAMS:  Let me get back to that.  And
25  the question?

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

141

1    MR. ROBERTSON:  Job description says PO
2    interface from Lawson.
3        MS. WILLIAMS:  That's the name of this job
4    right here, is the name of the form.
5        MR. ROBERTSON:  Okay.
6        MS. WILLIAMS:  When we create these, we're just
7    copying the name of the form that we're on.
8        MR. ROBERTSON:  How do I get to that
9    requisition that I built?  How do I start the
10   process of doing the purchase order for those items?
11       MS. WILLIAMS:  When I submit this job, it's
12   going to pull requisitions.  If I'm the buyer, it's
13   going to pull the requisitions for that buyer.  If
14   I'm a buyer, I just go in and pull all of my reqs.
15       MR. ROBERTSON:  Well, how can I find that req
16   that we created?
17       MS. WILLIAMS:  We're going to do this
18   particular filter by that one req number to try to
19   grab it for the buyer's not already running in.,
20       MR. ROBERTSON:  All right.  Were you
21   experiencing technical difficulties?
22       MS. WILLIAMS:  Huh-uh.
23       MR. ROBERTSON:  All right.  I want to capture
24   that if I could, please.
25       MS. WILLIAMS:  This?

142

1        MR. ROBERTSON:  This screen.  Then I'm informed
2    by the videographer that we are running out of tape,
3    and so we'll need to change that.
4        MR. STAFFORD:  And this is a screen called
5    req--- requisition inquiry?
6        MR. ROBERTSON:  Can you -- can you capture that
7    document --
8        MS. WILLIAMS:  Uh-huh.
9        MR. ROBERTSON:  -- that screen shot on the Word
10   document?
11       MS. WILLIAMS:  The PO lines did not pull to a
12   PO.  This screen would show you the PO number had
13   they pulled to.
14       MR. ROBERTSON:  Why didn't they do that?
15       MS. WILLIAMS:  There could be an issue with the
16   contract having expired.  This screen just really
17   gives me the ability to inquire on this particular
18   position.
19       MR. ROBERTSON:  Okay.
20       MS. WILLIAMS:  And we see these two lines, and
21   I'm assuming those are the two lines ordered.
22       MR. ROBERTSON:  Okay.  What does that indicate
23   to us?
24       MS. WILLIAMS:  That it's sitting in the buyer's
25   worksheet.  It's moved from the req to the ability

143

1    to buy.
2        MR. ROBERTSON:  Okay.  And that -- those two
3    different items, those were from two different
4    vendors, is that right, the mop and the paper
5    towels?
6        MS. WILLIAMS:  Yes, sir.
7        MR. ROBERTSON:  Okay.  Can you capture that for
8    me?  And I think -- I think we're out of time on the
9    videographer, so why don't you just go ahead and
10   capture that, and we'll swap out the tape.
11       MS. WILLIAMS:  Okay.
12       MR. ROBERTSON:  Save that.  Is the purchase
13   process over there?  Let's go off the record and
14   let's change the tape; otherwise, we'll --
15       VIDEO TECHNICIAN:  Going off the record, the
16   time is 12:00.,
17       (DISCUSSION OFF THE RECORD)
18       VIDEO TECHNICIAN:  We're back on the record.
19   The time is 12:01.,
20       MS. WILLIAMS:  This particular item was stocked
21   at the NLC logistics center.  I would not want to
22   push it to a PO, so it's a good thing it caught
23   here.  I can delete -- I can close this item at this
24   point.  This item I can change the location and get
25   it to go to a PO.

144

1        MR. ROBERTSON:  Okay.  Why don't we delete the
2    item then from -- that we don't want.
3        MR. STAFFORD:  That's deleting 147422.
4        MS. WILLIAMS:  Uh-huh.  Do you want a screen
5    shot?
6        MR. ROBERTSON:  Well, I think we had it from
7    before.  Why don't you just delete it and then take
8    a screen shot.  So just so it's clear for the
9    record, we deleted this purchase order worksheet
10   because it wasn't available from a location we
11   wanted, correct?
12       MS. WILLIAMS:  Correct.
13       MR. ROBERTSON:  Okay.  Could I have searched
14   for other locations that it was available, that it
15   might be available from?  I thought you were doing
16   that with the capability --
17       MS. WILLIAMS:  We did.  It only showed the
18   inventory at the NLC --
19       MR. ROBERTSON:  But if it was available from
20   other manufacturers, I could use that functionality
21   to get it?
22       MS. WILLIAMS:  It would not show other
23   manufacturers.  It would have shown if it was in
24   stock at another location at Novant but not another
25   manufacturer.

William Yuhasz and Vicky Williams (Novant)    2/19/2010    8:42:00 AM

145

1    MR. ROBERTSON:  Why -- why can't I go look at
2    another manufacturer?  It's just because it's a
3    location?
4    MS. WILLIAMS:  Right.  This is showing the
5    locations available at Novant to get this item from.
6    MR. ROBERTSON:  All right.
7    MS. WILLIAMS:  If it's in inventory, you would
8    not have multiple --
9    MR. ROBERTSON:  This one, this mop that we
10   purchased from a particular vendor, correct?
11   MS. WILLIAMS:  Yes.
12   MR. ROBERTSON:  Okay.  You captured this screen
13   shot with only just the one --
14   MS. WILLIAMS:  I did.
15   MR. ROBERTSON:  Okay.  Thanks.
16   MS. WILLIAMS:  Right here.
17   MR. ROBERTSON:  Great.  We're going to move now
18   forward to the purchase order, correct?
19   MS. WILLIAMS:  As soon as I change it to the
20   location that has it.
21   MR. ROBERTSON:  Can you capture that screen
22   shot before you --
23   MR. STAFFORD:  She had changed the "ship to";
24   is that correct?
25   MS. WILLIAMS:  Yes, sir.  On the purchasing

146

1    screen, it shows a buyer just for the sake of the
2    fact that I need to kill this order before it goes
3    out to the vendor.  I'm going to change this line to
4    me as the buyer.  Now we're going to run the PO 100
5    again.  Can't use Bill's computer.
6    MR. ROBERTSON:  Need you to capture the
7    important screens, Vicky, as you're going through
8    this, so let me know --
9    MS. WILLIAMS:  I will.  We've already caught
10   this once before.  And it still didn't move to a PO.
11   Looking for something that might be causing it not
12   to.  I don't recall if Bill put a date of when you
13   would like to receive the products, and that may
14   be --
15   MR. STAFFORD:  So you have added a date?
16   MS. WILLIAMS:  A date of when we would like to
17   receive it.
18   MR. STAFFORD:  And you've added 2/22/2010?
19   MS. WILLIAMS:  Yes, sir.
20   MR. ROBERTSON:  Is it going through?
21   MS. WILLIAMS:  That's what we're going to
22   check.
23   MR. ROBERTSON:  Do we have success, Vicky?
24   MS. WILLIAMS:  No, sir, we did not.  Want to
25   try another location keeping me as a buyer seeing if

147

1    it will help to add a vendor purchase location which
2    tells me the area of the vendor -- which location
3    for the vendor.  It could be we've picked a very old
4    item that hasn't been purchased in a while and has
5    no allied contract pricing.  Here I'm looking to see
6    if maybe anything would tell me the contract was on
7    hold.  It does not.  I can force it to appear from
8    here, not taking it through the PO 100 process, and
9    we can look at another open item that I can move
10   running the open PO 100 process.  That's a valid
11   item for a buyer.  Your choice.
12   MR. ROBERTSON:  What I'd like to do is go
13   through the requisition process, come up with
14   another item that we know is going to be available,
15   and then source it and then create a PO, but we
16   don't -- we can take a lunch break if you'd like,
17   and then -- let's go off the record, take our lunch
18   break, and I'll talk to you, Mark.  I want to wrap
19   this up, but I'm --
20   MR. STAFFORD:  Yeah.  One thing that occurred
21   to me is, on the lunch break is there a way for you
22   or me to check for an item that we know will go all
23   the way through?
24   MS. WILLIAMS:  Here, I can find an item already
25   on a req in here, and we can rebuild an entire req

148

1    and then kill it --
2    MR. STAFFORD:  And it will step through, it
3    sounds like, all the screens we did and -- all
4    right.  But we'll let you get a bite to eat.
5    VIDEO TECHNICIAN:  Going off the record, the
6    time is 12:12.,
7    (RECESS TAKEN)
8    VIDEO TECHNICIAN:  We're back on the record.
9    The time is 12:45.,
10   MR. ROBERTSON:  All right.  We're just going to
11   adjust the lighting here for a minute.  Thanks.
12   Okay.  Mr. Yuhasz, could you just go to search
13   catalog for me and capture that screen.  Okay.
14   Capture the screen before you do a search.  Great.
15   Thank you.  Okay.  Now, let's search for mop,
16   please.
17   MR. YUHASZ:  Okay.
18   MR. ROBERTSON:  Capture that screen.  Okay.
19   I'd like to look in this list for two -- the
20   description of two generally equivalent -- doesn't
21   need to be identical but generally equivalent items
22   that are mops from two different manufacturers, so
23   let me see if I can identify that.  You got
24   Rubbermaid.  Can you scroll down for me, see if
25   there's anymore?  Keep going if you can.  Okay.

149

1      What was the one for $50--- $55 and one
2 for 60, but they're both from Rubbermaid? Scroll
3 up. Why don't we do this: Can you do paper towels
4 because I thought we had one that would --
5     MR. STAFFORD: Excuse me, on the bottom, was
6 there another mop handle?
7     MR. ROBERTSON: Mop handle for --
8     MR. STAFFORD: Mop handle there from one
9 manufacturer and there was a mop handle up at the
10 top. Just seeing if that might give you what you
11 want. Third one down is a mop handle close in
12 price. I don't know.
13     MR. ROBERTSON: Yeah, why don't you add those
14 two. No, no, the one that -- the second one. Is
15 that -- oh, yeah. Okay.
16     MR. STAFFORD: That's one, and then there's one
17 at the very bottom of the scroll is what I was
18 suggesting.
19     MR. ROBERTSON: All right. Could you also go
20 to -- before you I want to buy paper towels now.
21     MR. GRAHAM: Can you screen capture this before
22 you move on?
23     MR. ROBERTSON: I'm sorry. Thank you. And
24 actually, we buy paper towels -- can we do this:
25 Can we go through the UNSPSC the way we did that

150

1 before?
2     MR. YUHASZ: We don't have that enabled in
3 production. Let's see.
4     MR. ROBERTSON: Will you be adding that to the
5 same purchase order?
6     MR. YUHASZ: No, I'm trying to get it so I have
7 an un-spec search enabled. I don't -- we haven't
8 enabled that in production.
9     MR. ROBERTSON: All right. Why don't you go
10 back, and we'll just do it the old-fashioned way
11 with paper towels.
12     MR. YUHASZ: Let me see. No, that's not where
13 it is. Okay.
14     MR. ROBERTSON: There was a towel, kitchen
15 paper, and I think there's another towel, kitchen
16 paper. May have to go to the next page. Okay. All
17 right. Can you go back to the first one? Can you
18 just show me the description of the first towel,
19 paper kitchen up in the --
20     MR. YUHASZ: You want me to capture this
21 screen?
22     MR. ROBERTSON: Yeah.
23     MR. YUHASZ: This one?
24     MR. ROBERTSON: Yeah.
25     MR. YUHASZ: Thanks.

151

1     MR. ROBERTSON: Okay. Can you capture that
2 screen? Can -- go to the description of the second
3 one that you've gotten. All right. Why don't we --
4 can you just delete one of those mops? Bill,
5 what's -- what's line detail? Is that available?
6 Okay. And we were online basic; is that right --
7     MR. YUHASZ: Correct.
8     MR. ROBERTSON: -- before?
9     MR. YUHASZ: Right.
10     MR. ROBERTSON: Can you go to line comments?
11 Just kind of curious with this one. Okay.
12     MR. YUHASZ: Do you want a screen shot?
13     MR. ROBERTSON: No, that's all right.
14     MR. YUHASZ: Okay.
15     MR. ROBERTSON: Go back to line basic, if you
16 could. I'm sorry. Could you go back to line detail
17 so we can get the -- I think when we had the --
18 okay. Can you just print that screen? All right.
19 I'm done with this exercise.
20     The only other one I want to be able to do
21 is source product from two different vendors and
22 build the purchase order. So you can go through all
23 the screen shots if you'd like -- excuse me -- or
24 Vicky could till we get to that -- that part,
25 however you want to do it.

152

1     MR. YUHASZ: So what item would you suggest
2 ordering, Vicky?
3     MR. ROBERTSON: Well, why don't you capture
4 that first, the screen shot, so we can see the
5 universe of what we're searching, what we're going
6 to purchase. I need two non-inventory items from
7 two different vendors.
8     MR. YUHASZ: So I suggest the Provon dispenser
9 and the cover seat.
10     MR. ROBERTSON: Okay. So why don't you capture
11 that. So the next thing would be to proceed to the
12 purchase order process?
13     MR. STAFFORD: Ms. Williams is making a note of
14 the, what, req number?
15     MS. WILLIAMS: Yes, sir.
16     MR. STAFFORD: All right.
17     MS. WILLIAMS: Didn't move the key in. That
18 was -- was that the req builder? Can anyone make
19 out the req number? Can't see that.
20     MR. ROBERTSON: Can you see it over there?
21     MS. WILLIAMS: You didn't release it?
22     MR. YUHASZ: Oh, I'm sorry.
23     MS. WILLIAMS: That's okay. What we're seeing
24 here is req released status, so while I might not go
25 back to RQ RSS to release it, I can go in and

153

1  release this so we can move it to a PO.  But
2  normally this will enable us to go ahead and release
3  this and move it to a PO.  Do you want me to screen
4  print this for you?
5       MR. ROBERTSON:  Sure.
6       MS. WILLIAMS:  Okay.  It's much better than it
7  could be.  Oh, I'm sorry.  Well, I think you know what we
8  can do.  All I'm doing is making sure that it is at
9  the right location.  No.
10      MR. ROBERTSON:  Any idea why?
11      MS. WILLIAMS:  It could be that the contract's
12 expired, that the pricing's no longer valid for it.
13 I will definitely want to kill it, but we could go
14 in and build an order for two lines from two
15 different vendors through RSS for an area that I
16 know their products are active and in use.
17      MR. ROBERTSON:  If you could do that, I just
18 need to generate a purchase order.
19      MS. WILLIAMS:  Okay.  Bill, any ideas?  The
20 problem I'm going to run into is if I use my
21 location some of these expense accounts that we're
22 trying to use may not be mapped from my location
23 through the finance department, and I can't order
24 just certain, you know, items.
25      MR. ROBERTSON:  Well, why don't we see the

154

1  items that you're authorized for you can order.  I
2  thought that was, you know, your department.
3       MS. WILLIAMS:  Right, and it may not be
4  accounting that's blocking those items.  Let's go
5  back to -- it shows it's from JanPak.  There's not a
6  contract agreement on it.  Item's from Owen & Minor,
7  and normally it would move smoothly to a PO unless
8  there were issues.
9       MR. ROBERTSON:  There's no --
10      MS. WILLIAMS:  Well, I think those were no
11 charge anyway, so those were no-charge products.
12 Make sure I don't have any filters on it because
13 it -- I can show you an order that a customer has
14 entered.  We can look at their shopping list.
15      MR. ROBERTSON:  Okay.  If you have an example
16 of an order that has two different items from two
17 different vendors, I'd like to capture that and
18 maybe just ask you a couple of questions.
19      MS. WILLIAMS:  Okay.  What I'm doing here is
20 trying to find a req that has multiple items on it
21 from multiple vendors for active buyers.  Looking
22 for different multiple items on one req.  Here's one
23 that it's the same vendor, two items.  One thing,
24 our buyers do stay up getting their orders out.
25      Let's do this:  I just cannot drop in

155

1  pieces.  What we're looking for is an order that's
2  going to have multiple vendors on the same req.
3       MR. ROBERTSON:  Well, how can you tell if it
4  does or not?
5       MS. WILLIAMS:  I'm doing a req inquiry, and
6  here's the requested vendor, so I'm looking for an N
7  type item -- that would mean it would come
8  externally -- with different vendors on the same
9  req.  Here's an example, but these are in inventory
10 at the NLC, so it's difficult.  This particular case
11 has all the same supplier.  These are all inventory.
12 Here's an -- well, this is inventory, but this is a
13 good example --
14      MR. ROBERTSON:  Are -- I'm sorry.  Let me ask
15 you this question:  Does the RSS Lawson application
16 permit you to search for items that are
17 non-inventory items from two separate vendors and
18 build a purchase order for the -- those two vendors?
19      MS. WILLIAMS:  To build a --
20      MR. ROBERTSON:  Purchase order.
21      MS. WILLIAMS:  You can build one req that goes
22 to two PO's.
23      MR. ROBERTSON:  Okay.  So the PO's are split
24 apart because there's two separate vendors?
25      MS. WILLIAMS:  Yes, sir.

156

1       MR. ROBERTSON:  And RSS permits you to do that,
2  notwithstanding the authorization glitches we're
3  having here today?
4       MS. WILLIAMS:  Right.
5       MR. ROBERTSON:  Okay.  Well, I think we've
6  given it the college try at this point.  Do you --
7  do you -- can you tell me why you think it's not
8  functioning properly today?
9       MS. WILLIAMS:  The reason why -- the items that
10 I'm trying to order, if I were to try to order an
11 ICD for my area, my accounting restrictions block me
12 from ordering ICD's for my cost center.
13      MR. ROBERTSON:  What -- what's an ICD?
14      MS. WILLIAMS:  An enter -- like a pacemaker.
15      MR. ROBERTSON:  Okay.
16      MS. WILLIAMS:  Yeah, an ICD device.  If I were
17 to try to buy stents even to show you, I'm not
18 authorized by finance for my budget to order --
19      MR. ROBERTSON:  Okay.  So -- I'm sorry, I
20 didn't mean to interrupt.  So you're not authorized
21 to buy those types of things.  You have buyers who
22 are authorized to buy those types of items from
23 different vendors, correct?
24      MS. WILLIAMS:  Right.
25      MR. ROBERTSON:  And take one requisition and

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

157

1  build a purchase order to those two separate
2  vendors, correct?
3      MS. WILLIAMS:  Uh-huh.
4      MR. ROBERTSON:  Okay.
5      MS. WILLIAMS:  But the RSS restricts me by
6  being the items that are in my budget to be able to
7  buy that I have access to linked to my cost center,
8  so if I -- if I do a straight PO, I could order
9  those.  Through RSS, it might block it.
10     MR. ROBERTSON:  We were looking at -- earlier
11 at the test model that you had.  Could you build a
12 purchase order from two separate matters on that
13 test model, or we -- we couldn't get there?
14     MR. YUHASZ:  Well, it was -- it was totally off
15 the mark with what it was in RSS.
16     MS. WILLIAMS:  Right here.
17     MR. YUHASZ:  The test system was not working
18 properly to -- to demonstrate.
19     MR. ROBERTSON:  So we couldn't move to a
20 purchase order there?
21     MS. WILLIAMS:  Well, this is mine.  We just
22 found one that -- this is one that I need to kill
23 that we just entered, but I can't get it to move to
24 a PO.
25     MR. ROBERTSON:  Okay.  All right.  Why don't --

158

1      MS. WILLIAMS:  And it's been several years
2  since I've ordered those products, so many things
3  could have happened.
4      MR. ROBERTSON:  Let me ask you this:  You see
5  the URL address up there, HTTP [colon] [forward
6  slash] [forward slash] LAWHA [dot] Novant Health
7  [dot] org?  See that?  Is this -- Lawson has
8  downloaded the software onto the Novant servers; is
9  that correct?
10     MR. YUHASZ:  Well, the Novant IT team has
11 installed it on Novant's servers, in-house Novant's
12 servers --
13     MR. ROBERTSON:  Okay.  Lawson also does hosted
14 searching for some of its customers, and this isn't
15 a hosted search?
16     MR. YUHASZ:  This is not a hosted search from
17 Lawson, correct.
18     MR. ROBERTSON:  I guess with that, I appreciate
19 your efforts.  I have no further questions.
20     (DISCUSSION OFF THE RECORD)
21     VIDEO TECHNICIAN:  Going off the record, the
22 time is 13:13.,
23     (DISCUSSION OFF THE RECORD)
24     VIDEO TECHNICIAN:  We're back on the record.
25 The time is 13:15.,

159

1              EXAMINATION
2      MR. GRAHAM:  Bill, when did -- when was the
3  Lawson system first implemented onto Novant's -- at
4  Novant?
5      MR. YUHASZ:  The first production
6  implementation was March 1999.
7      MR. GRAHAM:  And when the Lawson system first
8  was given to Novant, did it include any items in the
9  item master?
10     MR. YUHASZ:  No.
11     MR. GRAHAM:  How did those items get out into
12 the item master?
13     MR. YUHASZ:  They're added by Novant personnel.
14     MR. GRAHAM:  And what's -- what's the process
15 for adding an item to the item master, generally?
16     MR. YUHASZ:  A request is made, and it is
17 forwarded to sourcing to ensure it's contracted or
18 not.  And then when they approve it for purchase,
19 then an item is set up in the item master for
20 ordering.
21     MR. GRAHAM:  I believe you testified that
22 associated with the item in the item master you may
23 have text descriptions, as well as images.
24     MR. YUHASZ:  Correct.
25     MR. GRAHAM:  How do you decide what textual

160

1  information you're going to add to the item master
2  for the item?
3      MR. YUHASZ:  Because of the limitation of 30
4  characters in the Lawson system, we have -- we've
5  got a standard format of noun [comma] and then the
6  best descriptive unique information for that item.
7  and we have to use mnemonics or abbreviations for a
8  lot of the descriptive content.
9      MR. GRAHAM:  Did you get that textual
10 information from a vendor/supplier catalog?
11     MR. YUHASZ:  Again, I'll have to question
12 the -- the wording of "vendor catalog."  We receive
13 it from the manufacturer upon contract award.  We
14 receive the information from the supplier, and from
15 that we deem what would be the best Lawson
16 description to put for that item when we add it to
17 the item master.
18     MR. GRAHAM:  So Novant creates their own
19 textual description based on what the supplier gave
20 you?
21     MR. YUHASZ:  Correct.
22     MR. GRAHAM:  And does -- did Lawson give you
23 any instruction on how to set up that textual
24 information?
25     MR. YUHASZ:  I can't remember way back then.

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

161

1  but, I mean, we have had that format for a long
2  time, so we may have gotten some advice, but
3  ultimately it was us coming up with the ultimate
4  format for the description.
5      MR. GRAHAM:  You also testified that
6  occasionally images are associated with items in the
7  item master?
8      MR. YUHASZ:  Yes.
9      MR. GRAHAM:  And those images are created by
10  Novant; is that correct?
11      MR. YUHASZ:  Correct.
12      MR. GRAHAM:  And does Novant ever use images
13  provided to them by a vendor?
14      MR. YUHASZ:  We have -- we do have a few like
15  that where the vendors' Web picture is a JPG.  If
16  it's not in JPG format, it can't be done.  And so a
17  lot of -- being specific here -- a lot of the
18  vendor's Web sites are like HTML, and it's got
19  description, item content, all that stuff.  We can
20  just take a picture image, and it has to be in that
21  format first to take it from a -- a supplier's Web
22  site.
23      MR. GRAHAM:  Okay.  Do you ever import supplier
24  catalogs into the item master?
25      MR. ROBERTSON:  Objection, calls for a legal

162

1  conclusion.
2      MR. STAFFORD:  You go ahead and answer if you
3  can.
4      THE DEPONENT:  No.
5      MR. GRAHAM:  Mr. Robertson today was showing on
6  part of the demo drilling down using the UNSPSC
7  codes, and I believe you testified that is not
8  currently implemented at Novant; is that correct?
9      MR. YUHASZ:  Correct, in the production system.
10      MR. GRAHAM:  Why is it not implemented yet in
11  the production system?
12      MR. YUHASZ:  We are just now fully gathering
13  the items and assigning the categorization to the
14  items with un-spec.
15      MR. GRAHAM:  And who assigns the -- the items
16  to a particular code?
17      MR. YUHASZ:  Currently, we have a third-party
18  data management service.
19      MR. GRAHAM:  Has Lawson ever assisted Novant in
20  associating a particular UNSPSC code to an item?
21      MR. YUHASZ:  No.
22      MR. GRAHAM:  Did Novant have the ability to
23  drill down using the UNSPSC codes prior to the
24  implementation of the requisition self-service
25  module?

163

1      MR. YUHASZ:  No.
2      MR. GRAHAM:  Bill, if I could have you look at
3  Exhibit 7, it's the supply chain ambulatory care.
4  Mr. Robertson asked you some questions on page 31.
5  If you could turn there specifically looking at the
6  category under backorder.
7      MR. YUHASZ:  Yes.
8      MR. GRAHAM:  How does Novant determine how many
9  and if an item is backordered?
10      MR. YUHASZ:  I really don't have the knowledge
11  to answer that.  It's -- it's a delivered Lawson
12  report, which you can see the form number is PO 134,
13  so it's -- Lawson functionality is doing it.
14      MR. GRAHAM:  When did -- when did Novant issue
15  the RFP for that P2P RFP that we were discussing
16  earlier today?
17      MR. YUHASZ:  I take it from the documentation
18  reviewed today that it was probably delivered in
19  2009.
20      MR. GRAHAM:  And you received responses from
21  ePlus and from Ariba and a combination of Lawson and
22  SciQuest?
23      MR. YUHASZ:  Correct.
24      MR. GRAHAM:  Did Lawson by itself submit a
25  response to the RFP?

164

1      MR. YUHASZ:  No.
2      MR. GRAHAM:  In 2009, you already had the ERP
3  from Lawson, as well as the RSS for Lawson?
4      MR. YUHASZ:  Correct.
5      MR. GRAHAM:  Generally, if you know, what
6  functionality was Novant looking for in the RFP that
7  it didn't already have from Lawson?
8      MR. YUHASZ:  Primarily a better customer
9  interface, meaning what we are calling -- what we
10  would call the Amazon [dot] com experience where
11  it's easier to search, easier to find the items.
12  For a particular customer that meet their needs,
13  have it -- have an overall view for that customer of
14  their items and -- and, again as we said before, the
15  classification and all of that that went with it.
16      MR. GRAHAM:  Were you a part of the review
17  process for the responses to the RFP?
18      MR. YUHASZ:  Yes.
19      MR. GRAHAM:  And it's your understanding that
20  the combination of Lawson and SciQuest responded
21  with functionality that was -- some provided by
22  Lawson and some provided by SciQuest?
23      MR. YUHASZ:  Correct.
24      MR. GRAHAM:  If -- if you know, would the
25  functionality provided only by Lawson have met the

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

165

1    requirement of the RFP?
2        MR. YUHASZ:  I would not be able to answer that
3    because they didn't submit the answers to the RFP by
4    themselves.
5        MR. GRAHAM:  Mr. Roberts took you through --
6        MR. ROBERTSON:  Mr. Robertson, by the way --
7        MR. YUHASZ:  Oh, I'm sorry, Mr. Robertson.
8    I've been saying it wrong.
9        Mr. Robertson took you through the demo
10   system or the production system.
11       MR. YUHASZ:  Yes.
12       MR. GRAHAM:  When you do a search, are you
13   searching the entire item master?
14       MR. ROBERTSON:  Objection, calls for a legal
15   conclusion.
16       MR. YUHASZ:  Yes, when -- when we did the
17   search catalog, that is searching the entire item
18   master.
19       MR. GRAHAM:  Is there any way to search just a
20   portion of the item master?
21       MR. ROBERTSON:  Same objection.
22       THE DEPONENT:  Well, we saw the one by
23   categories.  I'm not sure of the filters you can
24   apply to a search catalog.
25       MR. GRAHAM:  Well, we also looked at some --

166

1    some search results, for instance, with the stents
2    that created a list of items.  Is there any way in
3    the Lawson system to determine which of those items
4    are generally equivalent?
5        MR. ROBERTSON:  Objection, calls for legal
6    conclusion.
7        MR. YUHASZ:  I do not know how.
8        MR. GRAHAM:  Do you know why the combination of
9    Lawson and SciQuest did not win the RFP?
10       MR. YUHASZ:  It was based on vendor scoring
11   from the demos, and -- and Ariba had a better
12   weighted score.
13       MR. GRAHAM:  Okay.  Novant has punch-out, just
14   not implemented punch-out, correct?
15       MR. YUHASZ:  Correct.
16       MR. GRAHAM:  Why doesn't Novant have
17   implemented punch-out?
18       MR. YUHASZ:  It was only considered in one
19   instance that I'm aware, and that was for office
20   supply ordering, and it was -- it was determined
21   that the -- introducing a lot of line item detail
22   for very small -- for low cost items generating all
23   those transactions wasn't worth implementing it.
24       MR. GRAHAM:  That's all I have.
25       MR. ROBERTSON:  Let me start with the last

167

1    question he just asked you about punch-out.
2        FURTHER EXAMINATION
3        MR. ROBERTSON:  Did I understand you to say it
4    was only done for office supply items at one point
5    in time?
6        MR. YUHASZ:  It was only considered --
7        MR. ROBERTSON:  Oh, I see --
8        MR. YUHASZ:  It was -- it was what brought it
9    up as a possible use for punch-out, but the business
10   case didn't -- didn't make it.
11       MR. ROBERTSON:  Were you asked about generally
12   equivalent items and whether or not you could
13   determine whether items were generally equivalent by
14   using the Lawson RSS system?  Do you recall that?
15       MR. YUHASZ:  Yes.
16       MR. ROBERTSON:  And I wrote down your answer.
17   You said, I don't know how to do it.  Is that
18   because you're not equipped to determine whether one
19   stent, for example, is equivalent to another stent
20   because that would depend on some sort of medical
21   knowledge?
22       MR. YUHASZ:  That's one reason, but it's
23   also -- you know, there's various reasons on -- such
24   as some supplies only go to certain equipment we
25   have or equipment at a certain facility.  So as an

168

1    example, I can show you that Provon dispenser and
2    that Perrell dispenser, depending on which one the
3    facility uses, you know, even though they're the
4    same thing, they're not -- you know, they would have
5    to switch out those things.
6        MR. ROBERTSON:  Let's just stick with stents,
7    for example --
8        MR. YUHASZ:  Uh-huh.
9        MR. ROBERTSON:  Assuming there's a
10   sophisticated user of the system --
11       MR. YUHASZ:  Uh-huh.
12       MR. ROBERTSON:  -- a doctor, for example,
13   understands, couldn't a doctor look at one
14   description and say that's equivalent to a stent,
15   having another description based on what's in the
16   Lawson system?
17       MR. YUHASZ:  I would -- it would be best if
18   they could, but if they could do it using the
19   information shown in RSS, I couldn't answer that.
20       MR. ROBERTSON:  Okay.  How about something
21   simple, though, like paper towels?  I mean, if we're
22   looking at paper towels from one source and paper
23   towels from another source, paper towels are paper
24   towels, aren't they?
25       MR. YUHASZ:  Well, when you get into sourcing,

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

---

169

1      they aren't.  Is -- the only thing I can say is, the
2      thickness of them, the size, again what equipment's
3      at the facilities and whether, you know, you're
4      going to switch all those that's in there, so it
5      goes into a lot as to whether it's truly equivalent
6      that can -- that can be used as a replacement for a
7      certain item, I guess.
8           MR. ROBERTSON:  Okay.  So you're -- you're hung
9      up on what's generally equivalent; is that right?
10          MR. YUHASZ:  Yes.
11          MR. ROBERTSON:  Okay.  We saw other examples of
12     mops.  I mean, you think, you know, people are
13     really that discerning about what kind of mop
14     they're going to use?  Let me ask it a different
15     way.  Couldn't I read the description of one mop and
16     read the description of another mop and make the
17     determination based on the Lawson system that either
18     one can be utilized?
19          MR. YUHASZ:  For -- for some very simple
20     commodity type items, yes, I would agree.
21          MR. ROBERTSON:  Well, let's take a look at
22     other items.  I mean, you know, do you sell beakers
23     at all, you know, those little glass pyrex things
24     that hold liquids?
25          MR. STAFFORD:  Object to form.  Go ahead.

---

170

1           MR. ROBERTSON:  Isn't that, what, surgical
2      medical supply, beakers, test tubes?
3           MR. YUHASZ:  I -- again, we don't sell --
4           MR. ROBERTSON:  All right.  Sorry --
5           MR. YUHASZ:  So, again, again we purchase.
6           MR. ROBERTSON:  To purchase -- to purchase.
7           MR. YUHASZ:  But we -- we probably have some.
8      I couldn't say for sure --
9           MR. ROBERTSON:  Okay.  But if I have a
10     500-milliliter beaker from one manufacturer and a
11     500-milliliter beaker from another manufacturer, a
12     simple little glass vessel, you don't think those
13     are equivalent?
14          MR. YUHASZ:  I don't think you can make such a
15     broad assumption.  It depends upon the use of them,
16     the appli--- the clinical application.  It gets --
17          MR. ROBERTSON:  It's a glass cup of the same
18     volume.  They wouldn't be -- they wouldn't be
19     similar in your view?
20          MR. YUHASZ:  You'd -- we -- we'd make sure that
21     it has a clinical review.
22          MR. ROBERTSON:  I understand that, but you
23     know, can you tell me right now the difference you
24     would have for a 500-milliliter beaker from
25     manufacturer A and 500-milliliter beaker from

---

171

1      manufacturer B?
2           MR. YUHASZ:  The quality --
3           MS. WILLIAMS:  Heat resistance --
4           MR. YUHASZ:  -- how the -- how it holds up
5      under the situations.  I mean, it -- it -- they
6      really get down to very particular attributes of --
7      of the supply.
8           MR. ROBERTSON:  When you indicated that -- you
9      were asked a question about when Novant loaded data
10     into the item master in the Lawson software, do you
11     recall that?
12          MR. YUHASZ:  Yes.
13          MR. ROBERTSON:  Before you had the Lawson
14     software, did Novant know how to load the item
15     information into the item master before you ever
16     purchased it?
17          MR. YUHASZ:  No.
18          MR. ROBERTSON:  Okay.  And you learned that --
19     you learned how to load it into the item master by
20     Novant providing you instructions on how to do that,
21     correct?  Excuse me, let me restate that.  I
22     misstated it.
23               You learned how to load item data into the
24     item master by Lawson providing you instruction on
25     how to do that?

---

172

1           MR. YUHASZ:  Actually, for the initial
2      implementation, we had a third party.
3           MR. ROBERTSON:  Who would that be?
4           MR. YUHASZ:  Bowray (ph).
5           MR. ROBERTSON:  Okay.  Are you aware that there
6      are -- I'm sorry.  Are you aware that they're a
7      subcontractor of Lawson?  If you are -- if you're
8      not, fine.
9           MR. YUHASZ:  I couldn't be for sure --
10          MR. ROBERTSON:  Okay.
11          MR. YUHASZ:  -- but I would think maybe they --
12     they were at least permitted --
13          MR. ROBERTSON:  Do you --
14          MR. YUHASZ:  -- to do that through --
15          MR. ROBERTSON:  Were you ever provided
16     instruction manuals and guides as to how to load the
17     item master by Lawson?
18          MR. YUHASZ:  Yes.
19          MR. ROBERTSON:  Okay.  Have you ever utilized
20     those guides?
21          MR. YUHASZ:  Yes.
22          MR. ROBERTSON:  Okay.  I have no further
23     questions.  Thank you.
24          MR. STAFFORD:  Are you through?
25          MR. GRAHAM:  We're done.

---

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

173

1    MR. ROBERTSON:  All right.

2    MR. STAFFORD:  The representatives will read

3    and sign.  Thank you.

4    VIDEO TECHNICIAN:  This completes the --

5    30(b)(6) deposition of William Ray Yuhasz and

6    Vicky Williams.  The number of tapes used were four.

7    Going off the record, the time is 13:34.,

8    (EXHIBIT NUMBER N15 WAS MARKED FOR IDENTIFICATION.)

9           (SIGNATURE RESERVED)

10          (DEPOSITION CONCLUDED AT 1:34 P.M.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

174

1    STATE OF NORTH CAROLINA

     .    COUNTY OF FORSYTH

2

3        REPORTER'S CERTIFICATE

4    I, Dorothy J. M. McGrath, RPR, a Notary

5    Public, do hereby certify that there came before me

6    on Friday, February 19, 2010, the person

7    hereinbefore named who was by me duly sworn to

8    testify to the truth and nothing but the truth of

9    his or her knowledge concerning the matters in

10   controversy in this cause; that the witness^ was

11   thereupon examined under oath, the examination

12   reduced to typewriting under my direction, and the

13   deposition is a true record of the testimony given

14   by the witness^.

15       I further certify that I am neither

16   attorney or counsel for, nor related to, or employed

17   by any attorney or counsel employed by the parties

18   hereto or financially interested in the action.

19       IN WITNESS WHEREOF, I have hereto set my

20   hand this 26th day of February, 2010.

21

22   _____

     .    Dorothy J. M. McGrath, Notary Public

23       Notary Public Number 20030710028

24

25

175

1    STATE OF NORTH CAROLINA

     .    COUNTY OF FORSYTH

2

3        REPORTER'S CERTIFICATE

4    I, Dorothy J. M. McGrath, RPR, a Notary

5    Public, do hereby certify that there came before me

6    on Friday, February 19, 2010, the person

7    hereinbefore named who was by me duly sworn to

8    testify to the truth and nothing but the truth of

9    his or her knowledge concerning the matters in

10   controversy in this cause; that the witness was

11   thereupon examined under oath, the examination

12   reduced to typewriting under my direction, and the

13   deposition is a true record of the testimony given

14   by the witness.

15       I further certify that I am neither

16   attorney or counsel for, nor related to, or employed

17   by any attorney or counsel employed by the parties

18   hereto or financially interested in the action.

19       IN WITNESS WHEREOF, I have hereto set my

20   hand this 26th day of February, 2010.

21

22   _____

     .    Dorothy J. M. McGrath, Notary Public

23       Notary Public Number 20030710028

24

25

176

1        WITNESS'S CERTIFICATE

2

3        I, WILLIAM RAY YUHASZ, do hereby certify

4    that I have read and understand the foregoing

5    transcript and believe it to be a true, accurate, and

6    complete transcript of my testimony, subject to

7    the attached list of changes, if any.

8

     _____

9           WILLIAM RAY YUHASZ

10

11       This deposition was signed in my presence by

12   _____, on the _____ day of

13   _____, 2010.

14

15

     _____

16          Notary Public

17

18   My commission expires:

19

20

21

22

23

24

25

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

177

1
.

(Page 1 of 2)

2
.

3       E R R A T A   S H E E T

4    Re:  ePlus Inc. vs. Perfect Commerce, Inc., et al.

5    Deposition of:  WILLIAM RAY YUHASZ

6         Please read this transcript with care, and if

.       you find any corrections or changes you wish made, list

7    them by page and line number below.   DO NOT WRITE IN

.    THE TRANSCRIPT ITSELF.  Return the

8    Certificate and Errata Sheet to this office after

.       it is signed.  We would appreciate your prompt

9    attention to this matter.

.          To assist you in making any such corrections,

10   please use the form below.  If supplemental or

.       additional pages are necessary, please furnish same and

11   attach them to the errata sheet.

12   Page _____ Line _____ should

13   read:_____

14   Page _____ Line _____ should

15   read:_____

16   Page _____ Line _____ should

17   read:_____

18   Page _____ Line _____ should

19   read:_____

20   Page _____ Line _____ should

21   read:_____

22   Page _____ Line _____ should

23   read:_____

24   Page _____ Line _____ should

25   read:_____

---

178

1    Page _____ Line _____ should   (Page 2 of 2)

2    read:_____

3    Page _____ Line _____ should

4    read:_____

5    Page _____ Line _____ should

6    read:_____

7    Page _____ Line _____ should

8    read:_____

9    Page _____ Line _____ should

10   read:_____

11   Page _____ Line _____ should

12   read:_____

13   Page _____ Line _____ should

14   read:_____

15   Page _____ Line _____ should

16   read:_____

17   Page _____ Line _____ should

18   read:_____

19   Page _____ Line _____ should

20   read:_____

21   Page _____ Line _____ should

22   read:_____

23   Page _____ Line _____ should

24   read:_____

25

---

179

1              WITNESS'S CERTIFICATE

2

3        I, VICKY MILLER WILLIAMS, do hereby certify

4    that I have read and understand the foregoing

5    transcript and believe it to be a true, accurate, and

6    complete transcript of my testimony, subject to

7    the attached list of changes, if any.

8

.       _____

9            VICKY MILLER WILLIAMS

10

11      This deposition was signed in my presence by

12   _____, on the _____  day of

13   _____, 2010.

14

15

.       _____

16          Notary Public

17

18   My commission expires:

19

20

21

22

23

24

25

---

180

1
.

(Page 1 of 2)

2
.

3       E R R A T A   S H E E T

4    Re:  ePlus Inc. vs. Perfect Commerce, Inc., et al.

5    Deposition of:  VICKY MILLER WILLIAMS

6         Please read this transcript with care, and if

.       you find any corrections or changes you wish made, list

7    them by page and line number below.   DO NOT WRITE IN

.    THE TRANSCRIPT ITSELF.  Return the

8    Certificate and Errata Sheet to this office after

.       it is signed.  We would appreciate your prompt

9    attention to this matter.

.          To assist you in making any such corrections,

10   please use the form below.  If supplemental or

.       additional pages are necessary, please furnish same and

11   attach them to the errata sheet.

12   Page _____ Line _____ should

13   read:_____

14   Page _____ Line _____ should

15   read:_____

16   Page _____ Line _____ should

17   read:_____

18   Page _____ Line _____ should

19   read:_____

20   Page _____ Line _____ should

21   read:_____

22   Page _____ Line _____ should

23   read:_____

24   Page _____ Line _____ should

25   read:_____

---

William Yuhasz and Vicky Williams (Novant)   2/19/2010  8:42:00 AM

181

1       Page _____ Line _____ should      (Page 2 of 2)

2       read:_____

3       Page _____ Line _____ should

4       read:_____

5       Page _____ Line _____ should

6       read:_____

7       Page _____ Line _____ should

8       read:_____

9       Page _____ Line _____ should

10      read:_____

11      Page _____ Line _____ should

12      read:_____

13      Page _____ Line _____ should

14      read:_____

15      Page _____ Line _____ should

16      read:_____

17      Page _____ Line _____ should

18      read:_____

19      Page _____ Line _____ should

20      read:_____

21      Page _____ Line _____ should

22      read:_____

23      Page _____ Line _____ should

24      read:_____

25

         .

         .

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF EPLUS'S OBJECTIONS TO DEFENDANT'S DESIGNATION AND SUMMARY OF THE DEPOSITION OF WILLIAM RAY YUHASZ AND VICKY MILLER WILLIAMS AND COUNTER-DESIGNATIONS**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis. MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonscrvicc@)merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

_____/s/_____
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
dyoung@goodwinprocter.com

LIBW/1736775.2