IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                                  Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

## ORDER

For the reasons set forth on the record during the August 10, 2010 conference call, it is hereby ORDERED that the DEFENDANT'S MOTION IN LIMINE NO. 3 TO PRECLUDE DR. RUSSELL W. MANGUM, III, FROM TESTIFYING AT TRIAL (Docket No. 257) is granted.

It is so ORDERED.

                                          /s/        REP
                              Senior United States District Judge

Richmond, Virginia
Date: August 10, 2010