IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                               Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

For the reasons set forth on the record during the August 10, 2010 conference call, it is hereby ORDERED that the DEFENDANT'S MOTION IN LIMINE NO. 1 TO EXCLUDE ARGUMENT OR EVIDENCE OF PREVIOUS LITIGATION AND SETTLEMENT AGREEMENTS (Docket No. 250) is denied as moot.

It is so ORDERED.

                                    /s/         REP
                          Senior United States District Judge

Richmond, Virginia
Date: August 10, 2010