IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                             Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

## ORDER

For the reasons set forth on the record during the August 10, 2010 conference call, it is hereby ORDERED that the DEFENDANT'S MOTION IN LIMINE NO. 2 TO EXCLUDE EVIDENCE OF SALES OF NONINFRINGING PRODUCTS AND SERVICES (Docket No. 251) is denied as moot.

It is so ORDERED.

                                   /s/          REP
                         Senior United States District Judge

Richmond, Virginia
Date: August 10, 2010