# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 3:09-CV-620 (REP)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LAWSON SOFTWARE, INC.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER
DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS
AND REVISED SUMMARY OF THE DEPOSITION OF
HENRIK BILLGREN (OCT. 21, 2009)**

Plaintiff, *e*Plus, Inc. ("*e*Plus"), through counsel, hereby submits the following specific

objections to Defendant Lawson Software, Inc. ("Lawson")'s Counter-Deposition Designations

of the deposition of Henrik Billgren (October 21, 2009) and offers the following counter-counter

designations and revised summary:

### Specific Objections

| Defendant's Counter Designations | *e*Plus's Objections to Defendant's Counter Designations | *e*Plus's Counter-Counter Designations |
|---|---|---|
| 34:8-22; 35:7-19; 37:3-6 | 402 (34:8-22; 35:7-19); 106 (incomplete designation at 37:3-6) | |
| 49:6-13; 49:15-20 | 402 | 47:12-48:9 |
| 59:18 – 60:18 | 402; 403 | |
| 62:11-16; 62:20 – 63:1; 63:12-20 | | 64:2-3; 64:11. |
| 66:18-19 | | |
| 72:8 – 73:2; 73:13-18 | | 73:3-10; 73:12 |

| Defendant's Counter Designations | *e*Plus's Objections to Defendant's Counter Designations | *e*Plus's Counter-Counter Designations |
|---|---|---|
| 74:5-13 | | |
| 108:12 – 109:4 | 403 | |
| 150:9-14 | | |
| 189:7-13 | | 183:10-184:3; 188:21-189:6 |
| 198:14-20 | | 198:9-14 |
| 201:7-10; 201:18-20; 202:3-5; 203:2-4 | 403; 602 (201:7-10) | 201:11-17; 201:21-202:2 |
| 208:3-9 | 602 | |
| 218:17-21 | 602 | |
| 220:4-7 | | |
| 221:8-16 | 602 | 220:13-221-7 |
| 232:10-19 | | |
| 235:11-19 | 403 | |

### Revised Summary

Designated testimony relates to:

Mr. Billgren is the Vice President of M3 Industries and Application Product Management. 30:16-20.  His responsibilities include leading a team that formulates industry and application strategy for the M3 software.  30:21-31:4.  Mr. Billgren started work with Intentia in February of 1984, though is official registration date with Intentia is June 1, 1985.  He was the co-founder of Intentia.  (34:8-22)  Mr. Billgren was responsible for the sales and implementation of the MPM systems at Intentia.  (35:7-19)  When Intentia was acquired by Lawson Mr. Billgren held the position of President of Intentia R&D.  (37:3-6)

The M3 product line is comprised of different suites, including Supply Chain Management, Manufacturing, Maintenance, Financials, and CRM.  Each suite is comprised of different applications.  42:20-43:5.  The M3 Business Engine, or M3 Back Office, is Lawson's European solution for manufacturing and distribution that covers business applications from procurement to manufacturing into sales, only aimed for manufacturing and distribution companies.  29:19-30:3; 79:19-80:9.

e-Procurement is a "bolted-on" application for the M3 Business Engine.  50:6-7.  Procurement is something that most of Lawson customer have because it is the replenished procurement process.  e-Procurement is used by a few of customers and is for providing a requisition process for handling indirect material.  (59:18 – 60:18)  Mr. Billgren was only aware of one customer in the United States for the M3 e-Procurement module.  (62:11; 62:20-63:1; 63:12-20)[1]  e-Procurement is currently being marketed within the United States by Lawson.  63:21-64:1.  Lawson is prepared to provide webinar presentations to potential customers on its e-Procurement application.  203:5-16.  No webinars have been prepared regarding the M3 e-Procurement application. (203:2-4)  The e-Procurement product existed before the merger between Intentia and Lawson.  It was called e-Procurement.  (74:5-13)  The current version of e-Procurement is 7.1, which has been generally available since May 2007.  74:14-18; 75:3-6.  e-Procurement is comprised of several modules, including Buy Center, Supply Center, e-Procurement Business Center, e-Procurement Design Center Tools, and XML Application Adapter EPR.  103:7-104:7.

M3 e-Procurement includes the functionality to build requisitions and supplier orders for desired indirect items.  49:21-51:22.  The procurement application in the M3 suite includes an auto-replenishment type of process.  (49:6-13; 49:15-20)  The Business Center is where the authorization process for requisitions occurs.  84:19-21.  The supplier orders are generated automatically once the requisitions have been approved.  51:19-22.  The e-Procurement application can be integrated with the M3 system so that shadow supplier orders and purchase order confirmations are received in both the M3 Back Office and the e-Procurement application.  134:6-135:20.

---

[1] Lawson suggests that the following statement be added: "The M3 e-Procurement module has only one customer in the United States."  ePlus objects to this mischaracterization of the testimony and qualifies this statement to reflect that the witness testified that he himself was only aware of one customer in the United States.

M3 e-Procurement supports the procurement of indirect material (i.e., non-stock items). 50:6-12. M3 e-Procurement results in fewer steps and less difficulty than might be encountered with a manual procurement system. 82:9-83:3. Within e-Procurement is Supplier Self-Service, or Supplier Center, which allows Lawson's customers to share information with their suppliers. 52:19-53:17. Using Supplier Self-Service, suppliers can upload Excel spreadsheets or XML documents containing items for purchase by customers, or supplier catalogs. 53:18-22; 54:7-15; 69:7-70:17; 85:12-86:20; 92:4-18; 142:5-21. XML documents are uploaded using the XML Gateway. 154:17-155:7. Multiple supplier catalogs can be maintained in the meta-catalog database in the Buy Center. 85:1-86:20. Data fields for items included in the files that suppliers upload onto Supplier Self-Service include item number, item description, price, and any other text to be displayed with the item. 143:20-144:8. Supplier Self-Service also allows external marketplaces comprised of several suppliers to upload items for purchase by customers. 70:18-71:13. Suppliers can also respond to supplier orders from customers, such as confirming the delivery date and updating the supplier order. 54:16-20; 55:7-15; 152:9-153:13.

In order to obtain a license to the e-Procurement application a customer does not need to license the Business Engine. e-Procurement and the Business Engine are not connected and have separate licenses. (72:8-73:2; 73:13-18) However, you have to have the Websphere run time environment in place to make the M3 e-Procurement application function. (73:3-10; 73:12)

A customer logs onto the Buy Center within e-Procurement to create and authorize requisitions for desired items from the list of items uploaded to the Supplier Center by the suppliers.[2] 68:4-69:1;70:5-17. Particular roles can be defined for users of the e-Procurement application such that a user can be provided access to a limited number of supplier product catalogs. 151:1-6. Supplier orders can be either posted in the Supply Center for suppliers or sent to suppliers via email. 152:9-153:13. Suppliers can provide purchase order confirmation communications to the buyer including partial confirmation of an order. 135:9-20; 157:5-8; 157:14-158:11; 159:4-19; 222:19-223:10. In order to deploy the e-Procurement application, customers need to have catalogs that are associated with suppliers. 140:22-141:11. Suppliers are responsible for maintaining the catalogs that can be viewed by customers in the Buy Center. 85:1-86:2. The Catalog Publish procedure takes the information from the Product Supply table and copies it to the Product Buy table. 147:20-148:6. The Product Buy table is the approved catalog seen by customers when building a requisition in e-Procurement. 148:6-8.

The e-Procurement application includes the functionality to search a database for items to locate items to include on the requisition. 52:11-15; 52:17. Users can also search for items to requisition by navigating through a hierarchy of product groups, the bottom level of the hierarchy presenting a list of products. 93:11-94:16. Mr. Billgren's understanding is that the e-Procurement application does not have wild card searches.[3] (221:8-16) Customers can view the

---

[2] Lawson contends that the formerly used phrase "from catalogs of all its suppliers" is not accurate. *e*Plus has replaced this phrase with "from the list of items loaded onto the Supplier Center by the suppliers" to more precisely reflect the witness's testimony.

[3] Lawson contends that the witness testified that, to his understanding, the e-Procurement application des not allow the user to view the supplier in the search user interface. *e*Plus objects

supplier name when searching for items to build a requisition in the e-Procurement application. 221:17-222:4.  Items selected from search results are added to the shopping cart.  212:8-16.

A product group is the sorting identity to which all products are connected so that buyer can view the products by product group. 149:3-9.  The product groups are presented in hierarchical fashion, so that the product group search functionality can be used to drill down through the hierarchy from general product groups to more specific product groups when a search is being performed for a particular item.  149:10-150:8.  The e-Procurement application does not come with a predefined product group hierarchy tree and a user must define the product group hierarchy when setting up the system.[4]  (150:9-14)  Within the e-Procurement application, UNSPSC ranges can be associated with product groups.  219:10-220:3; 220:8-12.  Mr. Billgren did not understand the context of what was discussed. (220:4-7)

The standard percentage of the license fee for maintenance and support of the M3 applications is 21 percent.  110:15-21.  Included in this cost are enhancements or new versions of the applications, error correction, and compliance with regulatory or statutory requirements.  231:7-232:1.  It is Lawson's commitment to correct errors not to debug.  A customer has to give the error and then Lawson will correct it. (232:10-19)  Support through a help desk is also provided.  232:2-5.  Lawson provides training and education, as well as documentation such as online help text and webinars, to its customers as part of the ongoing maintenance and support services.  232:20-233:7; 233:16-234:14.  Lawson also provides product manuals for the M3 e-Procurement application.  139:10-140:5.

Lawson provides consulting for the e-Procurement application, including education, project management, and web design.  110:22-111:9.  Project management involves the supervision of all tasks that need to be done to make an implementation successful.[5]  111:10-14.  Upon request, Lawson assists customers with installation, configuration, and implementation of the e-Procurement application, including data migration.  111:15-18; 235:3-10; 235:20-236:10.  Lawson typically likes to be engaged and involved in the installation of the e-Procurement application.  117:5-18.

---

as the witness was asked this question, but answered only that the e-Procurement application, to his understanding, does not have wild card searches.

[4] Lawson suggests that the following statement be added:  "The e-Procurement application does not come with a hierarchy tree and a user does not have to define the product group hierarchy when setting up the system."  *e*Plus has revised the statement to more accurately reflect the witness's testimony.

[5] Lawson suggests that the following statement be added:  "Lawson does not assist customer's with setting up a catalog the customer works with the Supply Center."  *e*Plus objects as this statement mischaracterizes the witness's testimony.  The witness stated that catalogs are not set up by the customers in the Buy Center.  The supplier edits and updates its product lists and catalogs in the Supply Center.  Lawson does not assist the suppliers in setting up catalogs in the Supply Center.  Accordingly, this testimony has no relevance to the services Lawson provides to its customers.

5

There are no plans to add the Punchout functionality to the M3 e-Procurement application. (189:7-13)[6]

Lawson relies on multiple industry analysts, including ARC Advisory, Aberdeen Group, AMR, and Gartner. 191:8-18. Mr. Billgren and other members of his product management team receive copies of these analyst reports. 191:19-192:4. Mr. Billgren receives reports related to the M3 side of the Lawson business. 193:4-12.

Lawson competes for sales with SAP and Ariba for the M3 e-Procurement application. 108:6-11. Lawson does not compete with Tier 2 or local players regarding the sale of its e-Procurement application. To Mr. Billgren's knowledge, Lawson has not engaged in any competitive analysis regarding the U.S. market for sales of the e-Procurement application.[7] (108:12 – 109:4) Lawson's products are high-priced compared to its competitors offering similar products, such as SAP and Oracle. 196:21-198:4; 198:6-8. e-Procurement is not one of Lawson's "focused solutions" therefore it is not priced to be competitive. (198:14-20) To Mr. Billgren's knowledge, Lawson has never competed against *e*Plus for an e-Procurement application sale.[8] Lawson has no solution consultants in the Americas trained on e-Procurement and no lead generation program was implemented in the United States. (201:7-10; 201:18-20; 202:3-5)

Mr. Billgren does not know who actually assisted TINE, one of Lawson's customers, in implementing OCI functionality.[9] It is the customer's responsibility to implement OCI functionality. (208:3-9)

Mr. Billgren is not familiar with Exhibit 17 or who created the document. (218:17-21)

---

[6] Lawson suggests that the following statement be added: "There are no plans to add the Punchout functionality to the e-Procurement application or the M3 e-Procurement application." This statement does not accurately reflect the testimony. The witness responded only as to "M3 e-Procurement."

[7] *e*Plus objects to this mischaracterization of the testimony and qualifies this statement added by Lawson to reflect that the witness testified that he himself was not aware of any competitive analysis engaged in by Lawson as it relates to sales of the e-Procurement application.

[8] *e*Plus objects to this mischaracterization of the testimony and qualifies this statement added by Lawson to reflect that the witness testified that he himself was not aware of any competition with *e*Plus for sales of the e-Procurement application.

[9] Lawson added the statement that it is the customer's responsibility to implement OCI functionality. *e*Plus objects to the incomplete summary of the witness's testimony and adds a prefatory statement to reflect the witness's testimony that he did not know who had implemented the OCI functionality for the customer in question.

Respectfully submitted,


_____/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
cmerritt@cblaw.com
hwillett@cblaw.com


Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
SRobertson@goodwinprocter.com
JAlbert@goodwinprocter.com
DYoung@goodwinprocter.com


Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
MSrapp@goodwinprocter.com
JClements@Goodwinprocter.com


*Attorneys for Plaintiff, ePlus Inc.*


Dated:  August 11, 2010

1

1  IN THE UNITED STATES DISTRICT COURT

2  FOR THE EASTERN DISTRICT OF VIRGINIA

3  Richmond Division

4  ----------------------------x

5  ePLUS iNC.,            )

6  Plaintiff,   ) Civil Action No.

7  v.            ) 3:09-CV-620 (JRS)

8  LAWSON SOFTWARE, INC.,      )

9  Defendant.   )

10 ----------------------------x

11  CONFIDENTIAL

12  30(b)(6) Videotaped Deposition of

13  Lawson Software, Inc.

14  by and through its corporate designee

15  HENRIK BILLGREN

16  and in his personal capacity

17  Washington, D.C.

18  Wednesday, October 21, 2009

19  11:06 a.m.

20  Job No.: 1-165763

21  Pages:  1 - 250, Volume 1

22  Reported By:  Lee Bursten

2

1  30(b)(6) Videotaped Deposition of Lawson

2  Software, Inc. by and through its corporate

3  designee HENRIK BILLGREN and in his personal

4  capacity, held at the offices of:

5  Goodwin Procter LLP

6  901 New York Avenue, Northwest

7  Washington, D.C.  20001

8  (202) 346-4000

9

10

11

12  Pursuant to notice, before Lee Bursten,

13  Court Reporter and Notary Public in and for the

14  District of Columbia, who officiated in

15  administering the oath to the witness.

16

17

18

19

20

21

22

3

1  A P P E A R A N C E S

2  ON BEHALF OF PLAINTIFF:

3  JENNIFER A. ALBERT, ESQUIRE

4  Goodwin Procter LLP

5  901 New York Avenue, Northwest

6  Washington, D.C.  20001

7  Telephone: (202) 346-4000

8

9

10

11  ON BEHALF OF DEFENDANT:

12  WILLIAM D. SCHULTZ, ESQUIRE

13  Merchant & Gould PC

14  3200 IDS Center

15  80 South Eighth Street

16  Minneapolis, Minnesota  55402

17  Telephone: (612) 332-5300

18

19

20

21  ALSO PRESENT:

22  ANTONIO TROPEANO, Videographer

4

1  C O N T E N T S

2  EXAMINATION OF HENRIK BILLGREN        PAGE

3  By Ms. Albert              9

4

5

6  E X H I B I T S

7  (Attached to transcript.)

8  BILLGREN DEPOSITION EXHIBITS        PAGE

9  Exhibit 1    Plaintiff ePlus Inc.'s    11

10  Amended Notice of

11  Deposition of Henrik

12  Billgren

13  Exhibit 2   Plaintiff ePlus Inc.'s    12

14  First Notice of

15  Deposition of Defendant

16  Lawson Software, Inc.,

17  Pursuant to Rule

18  30(b)(6)

19

20

21

22

5

1        E X H I B I T S   C O N T I N U E D

2    BILLGREN DEPOSITION EXHIBITS        PAGE

3    Exhibit 3   Plaintiff ePlus inc.'s    16

4        Second Notice of

5        Deposition of Defendant

6        Lawson Software, Inc.

7        Pursuant to Rule

8        30(b)(6)

9    Exhibit 4   Introduction to the      55

10       Lawson M3 Product Line

11   Exhibit 5   Lawson M3 e-Procurement   76

12   Exhibit 6   Lawson M3 Enterprise      100

13       Management System

14       Application Overview

15   Exhibit 7   Battle Card: Lawson M3    106

16       e-Procurement, September

17       2007

18   Exhibit 8   Lawson M3 e-Procurement   115

19       13.1.1.3.0, Quick

20       Installation Guide

21

22

7

1        E X H I B I T S   C O N T I N U E D

2    BILLGREN DEPOSITION EXHIBITS        PAGE

3    Exhibit 19   OAGIS 9_2 GetCatalog    227

4        Documentation

5    Exhibit 20   The Directory Listing   241

6        the Proposal Automation

7        Suite

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

6

1        E X H I B I T S   C O N T I N U E D

2    BILLGREN DEPOSITION EXHIBITS        PAGE

3    Exhibit 9   Lawson M3 e-Procurement   126

4        13.1.1.3.0 Installation

5        and Setup Guide

6    Exhibit 10   Lawson M3 e-Procurement  128

7        13.1.1.3.0, M3

8        Integrators' Guide

9    Exhibit 11   Lawson M3 e-Procurement  139

10       13.1.1.3.0 Deployment

11       Guide

12   Exhibit 13   Design Center 5.5        166

13       Component Reference

14   Exhibit 14   Input to Supplier Portal  168

15   Exhibit 15   M3 e-Procurement 7.X for  183

16       U.S.

17   Exhibit 16   M3 e-Procurement        205

18   Exhibit 17   EPR 6 Requirements       218

19   Exhibit 18   Untitled document,       223

20       production numbers LE

21       00220257 through 275

22

8

1        P R O C E E D I N G S

2        THE VIDEOGRAPHER:  Here begins videotape

3    number 1 in the deposition of Henrik Billgren in

4    the matter of ePlus inc. versus Lawson Software,

5    Inc., in the United States District Court for the

6    Eastern District of Virginia, Richmond Division,

7    case number 3:09-CV-207 JRS.

8        Today's date is October 21st, 2009.  The

9    time on the video monitor is 11:06 a.m.  The video

10   operator today is Antonio Tropeano of Merrill LAD.

11   This video deposition is taking place at Goodwin

12   Procter, 901 New York Avenue, Northwest,

13   Washington, D.C., 20001.  Counsel, please voice

14   identify yourselves and state whom you represent.

15       MS. ALBERT:  Jennifer Albert with the law

16   firm of Goodwin Procter, representing the

17   plaintiff, ePlus incorporated.

18       MR. SCHULTZ:  William Schultz with the

19   law firm of Merchant & Gould, representing Lawson

20   Software, Incorporated.

21       THE VIDEOGRAPHER:  The court reporter

22   today is Lee Bursten of Merrill LAD.  Would the

9

1    reporter please swear in the witness.

2           HENRIK BILLGREN

3    having been duly sworn, testified as follows:

4        EXAMINATION BY COUNSEL FOR PLAINTIFF

5    BY MS. ALBERT:

6        Q   Good morning, Mr. Billgren.  My name is

7    Jennifer Albert, and I represent the plaintiff

8    ePlus incorporated in this matter.  Can you please

9    provide your full name, residence address, and

10   business address for the record.

11       A   Henrik Billgren.  I live in Sweden,

12   Mosstorpsv?gen 32, T?by.  And I work at Venderv?gen

13   89 in Danderyd, Sweden.

14       Q   Mr. Billgren, do you understand that your

15   answers today are being given under oath, and that

16   you're under the same obligation as if you were in

17   court to answer truthfully and completely?

18       A   Yes.  I do.

19       Q   If one of my questions today is unclear,

20   please let me know and I'll try to clarify it.

21   Will you do that?

22       A   I will.

10

1        Q   If you need to take a break at any time,

2    please let me know and I'll try to accommodate you.

3    Are you taking any medication or drugs that would

4    affect your ability to answer my questions

5    truthfully and accurately?

6        A   No.

7        Q   Is there any reason that you feel that

8    you would not be able to give truthful and accurate

9    answers to my questions today?

10       A   No.

11       Q   Your counsel may object to my questions

12   from time to time.  But unless your counsel

13   specifically instructs you not to answer one of my

14   questions, I expect you to answer my question.  Do

15   you understand?

16       A   Yes.

17       Q   The court reporter needs to take down

18   everything that we say today.  He can't take down

19   non-verbal responses or shakes of your head.  So

20   you need to verbally respond to each of my

21   questions.  Do you understand?

22       A   Yes.

11

1        Q   Have you ever been deposed before?

2        A   No.

3        Q   Have you ever testified at a trial?

4        A   Yes.

5        Q   What was the nature of that proceeding?

6        A   It was a traffic thing in Sweden.

7        Q   Have you ever testified in any other type

8    of proceeding?

9        A   No.

10       Q   Have you ever been provided testimony in

11   the form of an affidavit or a declaration?

12       A   No.

13       (Billgren Exhibit 1 was marked for

14   identification and attached to the deposition

15   transcript.)

16   BY MS. ALBERT:

17       Q   The court reporter has marked as Billgren

18   Exhibit 1 a copy of Plaintiff ePlus inc.'s Amended

19   Notice of Deposition of Henrik Billgren.  Let me

20   hand that to you.  Mr. Billgren, are you appearing

21   here today pursuant to this notice of deposition?

22       A   Yes, I am.

12

1        MS. ALBERT:  Let me ask the reporter to

2    mark as Billgren Exhibit 2 a copy of Plaintiff

3    ePlus inc.'s First Notice of Deposition of

4    Defendant Lawson Software, Inc., Pursuant to Rule

5    30(b)(6) of the Federal Rules of Civil Procedure.

6        (Billgren Exhibit 2 was marked for

7    identification and attached to the deposition

8    transcript.)

9    BY MS. ALBERT:

10       Q   Mr. Billgren, have you ever seen this

11   corporate notice of deposition before?

12       A   Yes.

13       Q   And do you understand that Lawson

14   Software has designated you to testify on its

15   behalf with respect to some of the topics set forth

16   in this deposition notice marked as Exhibit 2?

17       A   Yes.

18       Q   When were you first made aware that you

19   were being designated to testify on Lawson

20   Software's behalf?

21       A   When?  In an e-mail a couple of weeks

22   ago.

13

1    Q   Could you turn to page 10 of the

2    deposition notice.

3    **A   Mm-hmm.**

4    Q   And do you see starting on that page

5    there's a heading, "Topic Areas for Rule 30(b)(6)

6    Deposition of Lawson"?  Do you see that heading?

7    **A   The heading on page 10, I see the**

8    **heading, yes.**

9    Q   Do you understand -- and you see listed

10   there beginning at page 10 through the end of the

11   document a number of topics areas for which ePlus

12   has requested that Lawson provide a witness to

13   testify on its behalf?

14   **A   Yes.**

15   Q   Do you understand that Lawson has

16   designated you to testify on its behalf with

17   respect to topic number 1 of this notice, which

18   requests testimony concerning the cost savings,

19   expenditure reductions, price reductions, or other

20   economic benefits realized by Lawson customers

21   either directly or indirectly related to their use,

22   implementation, and/or availability of the Lawson

14

1    electronic sourcing and procurement systems and/or

2    services?

3    **A   What was the question, the beginning**

4    **of --**

5    Q   I know that was a mouthful.  Do you

6    understand that Lawson has designated you to

7    testify on its behalf with respect to topic number

8    1?

9    **A   Yes.**

10   Q   Do you see topic number 3 on that page?

11   **A   Yes.**

12   Q   Do you understand that Lawson has

13   designated you to testify on its behalf regarding

14   topic number 3?

15   **A   Yes.**

16   Q   And are you prepared to testify as to all

17   matters known or reasonably available to Lawson

18   concerning topic number 3?

19   **A   Yes.**

20   Q   Could you turn to the next page, and

21   reference topic number 6 on that page.  That topic

22   requests Lawson's testimony concerning the scope,

15

1    content, and participants in the market for

2    electronic sourcing and procurement systems and/or

3    services including Lawson's share of that market

4    and the availability of noninfringing alternatives

5    to the patents in suit.  Do you see that topic?

6    **A   Yes.**

7    Q   Do you understand that Lawson has

8    designated you to testify on its behalf concerning

9    topic number 6?

10   **A   Yes.**

11   Q   Are you prepared to testify as to all

12   matters known or reasonably available to Lawson

13   concerning topic number 6?

14   **A   I think I need to clarify what you mean**

15   **by everything related to Lawson here, because I**

16   **have -- I'm prepared to testify to topic number 6**

17   **when it comes to what we call M3.**

18   Q   Okay.

19   **A   And I'm not prepared to testify to the**

20   **solution that we call S3, if that makes any sense.**

21   Q   That does make --

22   **A   But I have read it, and I am prepared to**

16

1    **testify on behalf of Lawson.  But my understanding**

2    **is that it relates to what we call our M3 solution,**

3    **not S3.**

4    Q   All right.  Fair enough.  And you are

5    prepared to testify on topic number 6 as it relates

6    to the M3 solution, correct?

7    **A   Yes.**

8    Q   And do you also understand that Lawson

9    has designated you to testify on its behalf

10   concerning topic number 7?

11   **A   Yes, again, on M3 solution.**

12   Q   And are you prepared to testify as to all

13   matters known or reasonably available to Lawson

14   concerning topic number 7 as it relates to the M3

15   solution?

16   **A   Yes.**

17   MS. ALBERT:  Let me have the reporter

18   mark as Billgren Exhibit 3 a copy of Plaintiff

19   ePlus inc.'s Second Notice of Deposition of

20   Defendant Lawson Software, Inc. Pursuant to Rule

21   30(b)(6) of the Federal Rules of Civil Procedure.

22        (Billgren Exhibit 3 was marked for

17

1   identification and attached to the deposition

2   transcript.)

3   BY MS. ALBERT:

4       Q   Have you ever seen a copy of the

5   deposition notice that's been marked as Exhibit 3?

6       A   I'm just determining that.  Yes, I have.

7       Q   And can you turn to pages 9 through the

8   end of the notice.

9       A   Yes.

10      Q   And that's the section of the notice that

11  describes the topic areas for which ePlus has

12  requested that Lawson provide a witness to testify

13  on its behalf.  Do you understand that?

14      A   Again, related to M3, yes.

15      Q   Do you understand that Lawson has

16  designated you to testify on its behalf with

17  respect to topics 1 through 8 in the notice marked

18  as Exhibit 3?

19      A   Yes.  Again, with respect to -- reference

20  to M3.

21      Q   And are you prepared to testify as to all

22  matters known or reasonably available to Lawson

18

1   regarding each of topics 1 through 8 as it relates

2   to the M3 solution?

3       A   Yes, I am.

4       Q   Can you turn to pages 11 through 12 in

5   the notice.  I apologize.  Turn to page 13 in the

6   notice.  Do you understand that Lawson has

7   designated you to testify on its behalf with regard

8   to topics 17 and 18 as they relate to the M3

9   solution?

10      A   Yes.

11      Q   And are you prepared to testify today as

12  to all matters known or reasonably available to

13  Lawson concerning topics 17 and 18 as they relate

14  to the M3 solution?

15      A   Yes.

16      Q   Do you understand that Lawson has

17  designated you to testify on its behalf with

18  respect to topic number 20 in the notice?

19      A   Yes.

20      Q   Are you prepared to testify today with

21  respect to all matters known or reasonably

22  available to Lawson concerning topic number 20?

19

1       A   Again, M3.

2       Q   That would be, your testimony is going to

3   be related to the M3 solution as it relates to

4   topic 20?

5       A   Yes.

6       Q   And finally, do you understand that

7   Lawson has designated you to testify on its behalf

8   with respect to topics 22 through 24 as they relate

9   to the M3 product solution?

10      A   Yes.

11      Q   Are you prepared to testify on those

12  topics today?

13      A   Yes.

14      Q   Mr. Billgren, what did you do in order to

15  prepare yourself to testify today?

16      A   I read our manuals, various documents,

17  together with my legal counsels.  Talked to my

18  staff on our -- what M3 capabilities are, secured

19  my own personal knowledge to be able to answer

20  these questions to the best of my knowledge.

21      Q   What manuals did you review?

22      A   Our online -- in preparation for the

20

1   demo, I should say, I read what we call our online

2   documentation.

3       Q   What specific online documentation did

4   you read to prepare yourself for the demo?

5       A   Help text.

6       Q   Do you recall the title of any of the

7   help texts that you reviewed?

8       A   I do.

9       Q   What were they?

10      A   Origin code for purchase proposal.

11      Q   Did you review any other help texts?

12      A   No.

13      Q   Did you review any other type of online

14  documentation in addition to the help texts to

15  prepare for the deposition today?

16      A   Yes.

17      Q   What other types of online documentation

18  did you review to prepare for the deposition?

19      A   Overview presentations in PowerPoint

20  format.

21      Q   Do you recall the title of any of the

22  overview presentations that you reviewed?

21

1      A   No.

2      Q   Do you recall the subject matter of the

3   overview presentations that you reviewed?

4      A   Yes.

5      Q   What was the subject matter of those?

6      A   E-Procurement.

7      Q   Do you know if those overview

8   presentations have been produced to counsel for

9   ePlus in this litigation?

10     A   I -- no.

11     Q   You don't know?

12        MS. ALBERT:  Counsel, we would request

13   production of the overview presentations relating

14   to e-Procurement that Mr. Billgren reviewed.

15        MR. SCHULTZ:  I will check into that.  I

16   think that a lot of this stuff has been produced,

17   though.

18        MS. ALBERT:  We also would request that

19   you provide us with a copy of the help texts that

20   are available online relating to the accused

21   products in this case.

22   BY MS. ALBERT:

22

1      Q   Did you review any other type of online

2   documentation in addition to the help texts and the

3   overview presentations?

4      A   No.

5      Q   You said you had reviewed various

6   documents in addition to this online documentation.

7   Do you recall which documents you reviewed?

8      A   The one you just presented to me, for

9   instance.

10     Q   Were there any other documents that you

11   reviewed in addition to the deposition notices?

12     A   Mail, normal mail from -- I think either

13   from you or the plaintiff about what to prepare

14   from a demonstration perspective.

15     Q   Did you review any other documents in

16   addition to the depositions notice and my letter

17   concerning preparation of the demonstration system?

18     A   No.

19     Q   You said you had talked to your staff in

20   order to prepare for the deposition today, correct?

21     A   Yes.

22     Q   With which staff members did you have

23

1   discussions?

2      A   With two individuals.

3      Q   And who were those two individuals?

4      A   Ole Rasmussen and John Gledhill.

5   Gledhill.

6      Q   Can you spell his name, please?

7      A   John, G -- then Gledhill is

8   G-L-E-D-H-I-L-L.

9      Q   What is Mr. Rasmussen's position?

10     A   He is global director.

11     Q   Is he global director with respect to any

12   particular product?

13     A   No.  Not today.

14     Q   Is he a global director with respect to

15   any particular application?

16     A   No.  Not today.

17     Q   What are his responsibilities as global

18   director?

19     A   He is responsible for what I call our

20   technology and product partners in my organization.

21     Q   And what particular technology does he

22   have responsibilities for?

24

1      A   It's an holistic role, so he doesn't have

2   a particular product management responsibility.  He

3   has an holistic responsibility.  But I addressed

4   him in the capacity of a former position he held.

5      Q   What was the former position that he held

6   that had relevance to your deposition today?

7      A   He was responsible for e-Procurement.

8      Q   When was he responsible for the

9   e-Procurement application?

10     A   I don't recall exact dates.

11     Q   Do you recall general time frame?

12     A   I don't want to speculate.

13     Q   When did he change his position to become

14   global director?

15     A   To become -- he did that -- I don't

16   recall exact dates.

17     Q   Was he responsible for e-Procurement

18   within the past year?

19     A   No.

20     Q   Was he responsible for e-Procurement in

21   fiscal year 2007?

22     A   Fiscal year 2007?  You mean Lawson fiscal

25

1  year?

2     Q  Correct.

3     **A  Yes.  He was.**

4     Q  Was he responsible for e-Procurement

5  within Lawson's fiscal year 2008?

6     **A  I need to check my records to get the**

7  **proper dates, if it's very important.**

8     Q  What is Mr. Gledhill's position?

9     **A  He is global director for M3**

10  **applications.  And team leader.**

11     Q  Is there a particular team that he is the

12  leader of?

13     **A  Yes.**

14     Q  What's that team?

15     **A  Product managers in the M3 business unit.**

16     Q  What are Mr. Gledhill's responsibilities

17  as global director for M3 applications?

18     **A  He is the team leader of my product**

19  **managers, that John Gledhill holistically have the**

20  **responsibility of our M3 applications.**

21     Q  What were the nature of your discussions

22  with Mr. Rasmussen?

26

1     **A  Maybe I should ask you to define "the**

2  **nature."**

3     Q  When you indicated that you had talked to

4  Mr. Rasmussen in order to prepare for the

5  deposition, what were the nature of your

6  discussions that you had with Mr. Rasmussen in

7  order to prepare for the deposition?

8     **A  Confirm and -- confirm the demonstrations**

9  **that was asked for in your letter, to secure that I**

10  **could deliver that in the best possible manner.**

11     Q  Is that the only topic that you discussed

12  with Mr. Rasmussen in order to prepare for your

13  deposition?

14     **A  You have to define "only."  That's the**

15  **main topic we talked about.**

16     Q  What were the other topics that you

17  discussed with Mr. Rasmussen in order to prepare

18  for your deposition?

19     **A  I would say none.**

20     Q  With respect to Mr. Gledhill and his

21  position as team leader, who are the project

22  managers over whom he is the leader?  What are

27

1  their names?

2     **A  His team members' names?**

3     Q  Correct.

4     **A  We can start with Alfred Gerum, Vickie**

5  **Hyde, Brian Dunks, Joel Groer, and David Beckett,**

6  **Madeleine Van Dijk.  And I would like to look at**

7  **your list.**

8     Q  What's Mr. -- I think you said Gerhart,

9  what is his position?

10     **A  Gerum.  Alfred Gerum is on sick leave.**

11  **And his position is that he is today product**

12  **manager of e-Procurement.**

13     Q  What is --

14     **A  Hence my conversation with Ole Rasmussen.**

15     Q  What is Ms. Hyde's position?

16     **A  She is senior product manager and**

17  **responsible for our applications and solution for**

18  **Lawson for fashion.**

19     Q  What is Mr. Dunks's position?

20     **A  He is responsible for our applications**

21  **and solution for the ESM in all industries;**

22  **equipment, service, management, and rental**

28

1  industry.

2     Q  What is Mr. Groer's position?

3     **A  Joel Groer, he is responsible for parts**

4  **of our applications in our manufacturing and**

5  **distribution area.  He's focused on the**

6  **distribution side.**

7     Q  What is Mr. Beckett's position?

8     **A  The same as Joel, but focused on**

9  **manufacturing.**

10     Q  What is Ms. Van Dijk's position?

11     **A  She is a new employee who is about to**

12  **replace Vickie Hyde, who is retiring at the end of**

13  **this month.**

14     Q  In addition to your discussions with

15  Mr. Rasmussen and Mr. Gledhill in order to prepare

16  for the deposition, did you have meetings with any

17  other individuals to prepare for the deposition?

18     **A  No.**

19     Q  What were the nature of your discussions

20  with Mr. Gledhill in order to prepare for the

21  deposition?

22     **A  Again, in preparation of what might be a**

29

1  demonstration, the M3 solution really in the area
2  of procurement, or the areas I'm about to give
3  testimony to, is really sort of one core
4  application, one core solution, and it's
5  e-Procurement.  And we talked about what we call
6  the Business Engine part of our solution in
7  procurement.
8      Q   What do you mean by the business end of
9  your solution?
10     A   Sorry, "the Business Engine."
11     Q   "The Business Engine."  Can you describe
12 for me the functionality of the Business Engine of
13 the solution?
14     A   To be blunt, that would take five hours
15 or three days.  The reason why I mentioned Business
16 Engine is M3 has a core application that I refer to
17 as the name "Business Engine."  And then we have a
18 bolted on solution which is called e-Procurement.
19     Q   Can you just describe for me at a high
20 level the functionality of the Business Engine?
21     A   It is our European solution for
22 manufacturing and distribution that covers business

30

1  applications from procurement to manufacturing into
2  sales, only aimed for manufacturing and
3  distribution companies.
4      Q   Besides your review of online
5  documentation and your review of some documents and
6  these discussions you had with your two --  with
7  Mr. Rasmussen and Mr. Gledhill, did you do anything
8  else in order to prepare for your deposition today?
9      A   Only that I myself went over the
10 solutions.
11     Q   And how did you undertake your review of
12 the solutions?  What did you do?
13     A   In preparation of the demonstration, I
14 just looked at what might be part of the
15 demonstration.
16     Q   Let's switch gears a little bit.  Can
17 you -- well, first of all, what's your current
18 position as Lawson Software?
19     A   I'm vice president of M3 industries and
20 application product management.
21     Q   What are your responsibilities in that
22 position?

31

1      A   It is to lead a team that formulates our
2  industry strategy and application strategy to
3  supply our customers in the M3 arena with a
4  solution.
5      Q   Who reports to you in your position as VP
6  of M3 industries?
7      A   Who, individuals that reports to me?
8      Q   Correct.
9      Ole Rasmussen, John Gledhill, Lars
10 Bremer, David Walsh.
11     Q   Are there any others?
12     A   No.
13     Q   What is Mr. Bremer's position?
14     A   He is global director and responsible for
15 our financials, M3 financials and regulatory and
16 statutory requirements.
17     Q   What is Mr. Walsh's position?
18     A   He is responsible for our mobile
19 solutions.
20     Q   To whom do you report in the position of
21 VP of M3 industries?
22     A   Today?

32

1      Q   Yes.
2      A   Eric Vermiaut.  I was just contemplating
3  whether he's an executive vice president or senior
4  vice president.  I don't know, I forgot.
5      Q   Can you describe for me your educational
6  background, starting after high school or after
7  secondary school, if you will.
8      A   You have to define a bit more.  I'm
9  European, so I never went to high school.
10     Q   Can you describe for me your educational
11 background beginning with university education.
12     A   Beginning with university?
13     Q   Correct.
14     A   I have a master degree in electrical
15 engineering and industrial management, and after
16 that I didn't take any other degrees.  And that is,
17 in my understanding, my university education.
18     Q   From what educational institution did you
19 receive your degree?
20     A   Link?ping Tekniska H?gskola.  LITH.  It's
21 a cooperative curriculum with MIT.
22     Q   In what year did you receive your degree?

33

1     A  1984.

2     Q  What was your first employment position

3  following graduation from the university?

4     A  Define "first."

5     Q  Did you assume employment following

6  graduation from the university?

7     A  Yes.

8     Q  And what was the position that you

9  assumed?

10    A  I -- it's like this, Sk?nska Lantm?nnen,

11  a Swedish company called Sk?nska Lantm?nnen, as

12  assistant plant manager.  I held other positions,

13  but they were minor positions.

14    Q  And how long were you in the position as

15  assistant plant manager?

16    A  Roughly two years.

17    Q  Two weeks?

18    A  Years.

19    Q  Oh, sorry.  Okay.  What were your

20  responsibilities as assistant plant manager?

21    A  To be quite frank, I'm not sure I fully

22  recollect the job description at the time.

34

1     Q  What type of products were being

2  manufactured at the plant?

3     A  Animal food.  Plants, plural.

4     Q  Following your position as assistant

5  plant manager, what was your next employment

6  position?

7     A  At Intentia.

8     Q  What year did you assume employment with

9  Intentia?

10    A  Yes, that is actually a bit of a trick

11  question, because I did start work at a certain

12  date, that I very much recall.  But my official

13  registration date, because of various ownership

14  positions, is June 1st of 1985.  But I did start

15  working with Intentia already in February of 1984.

16  I think it's relevant information -- irrelevant

17  information.  But it's the facts.

18    Q  What was the first position that you held

19  in Intentia?

20    A  I don't dare to recall it as a position.

21  It was a startup.  So we were -- I was a

22  co-founder.

35

1     Q  Oh, okay.

2     A  So my job description was not in one

3  page.

4     Q  What types of activities did you perform

5  when you first started Intentia?

6     A  First?

7     Q  What was the nature of your day to day

8  job?  What types of activities did you engage in?

9     A  In the beginning of Intentia I engaged in

10  sales, implementations of what is -- ERP didn't

11  exist at the time, and in Europe those kinds of

12  systems was called MPM systems.  So I hold a

13  responsibility for our MPM, the manufacturing side

14  of our MPM system, and I sold and installed it.

15  You know, as a co-founder you do pretty much

16  everything.

17       But the early years was heavily geared

18  towards sort of -- part from business development,

19  implementing solutions.

20    Q  At some point in time did you assume some

21  sort of official title within Intentia as the

22  company grew?

36

1     A  Yes.  Yes.

2     Q  What was the first official title that

3  you held at Intentia?

4     A  I honestly don't -- can't tell you what

5  my first official title is.  Of course I can if

6  it's relevant, I can go over what I did

7  historically at Intentia.  But I don't recall my

8  first title.

9     Q  That's fine.  I'm just trying to step

10  through the types of positions that you've held up

11  until today.

12    A  Over the time, I've been in the European

13  industry now almost 25 years, and I've been in

14  implementations, I've been in sales, I've been in

15  marketing, I've been in partner relationships, I've

16  been in what we call solution consulting or

17  presales.  And I have always have had a strong foot

18  in development, but sometimes directly as president

19  of the development organization, but also as

20  product management of capturing requirement and

21  driving development.

22       So I can very much say that I've been in

**37**

1  leadership positions in all our activities as an

2  ERP organization over these 25 years.

3  Q   What was the position that you held at

4  Intentia when Intentia was acquired by Lawson

5  Software?

6  A   I was president of Intentia R&D.

7  Q   And what were your responsibilities as

8  president of Intentia R&D?

9  A   I had the research and development

10  organization as my responsibility for Intentia.

11  Q   At the current point in time, how many

12  employees, if you know, have responsibilities

13  related to the M3 product line?

14  A   That -- first you have to define

15  "responsibility."  And then I think I'm going to

16  have -- maybe I can answer, but I think it would be

17  hard for me to get an exact number.

18  Q   For what Lawson facilities, in what

19  Lawson facilities are activities engaged in that

20  have relationship to the M3 product line?

21  A   Still too weak.  I need much more

22  definition.

**38**

1  Q   In what Lawson locations are activities

2  conducted that are relevant to the M3 product line?

3  A   What locations?

4  Q   Correct.

5  A   That might also be a difficult question,

6  since much of our activity is project-related, so

7  we have a project running with a customer, and then

8  your customer's site.  And you're definitely

9  engaged with a customer to -- with respect of M3

10  and the capabilities of M3 and making jointly with

11  that customer that project running.  So that could

12  be anywhere in the world, more or less, where we

13  sell our solution.

14  Q   Is there a particular Lawson facility

15  where the research and development activities are

16  conducted with reference to the M3 product line?

17  A   There are -- yes, there is.

18  Q   Where are those activities conducted?

19  A   They are conducted in -- since it

20  actually is a spread organization, and I'm not

21  fully responsible for it today, I would like to

22  defer that question to those who are responsible.

**39**

1  Because they might have individuals in all our

2  locations.  I also have people in home offices.

3  Q   So who would you defer those questions

4  to?

5  A   Today it would be Gunther Tolkmit.

6  Q   Pardon me?

7  A   Our leader of --

8  Q   Oh, okay, Mr. Tolkmit.  Where are

9  marketing activities engaged with respect to the M3

10  product line, in what facilities?

11  A   In all our facilities where we sell M3.

12  I would say again, I would like to defer that

13  question, if you're asking for the org structure of

14  the marketing, to anybody who was responsible for

15  the marketing.

16  Q   And who would you ask in the marketing

17  department if you needed to know the answer to that

18  question?

19  A   Travis White, ultimately.

20  Q   Where are sales personnel located that

21  have responsibilities for sales of M3 product line?

22  A   Throughout our geographies where we sell.

**40**

1  And again, their physical location, some report to

2  an office, some home offices.  Again, I think

3  if you want to have specific details on how the

4  sales organization is organized, I would like to

5  defer that to someone who is responsible for that

6  sales organization.

7  Q   Who would you ask for the answer to that

8  question if you needed to determine that?

9  A   I -- if I --

10  Q   Who would you look to, who would you

11  call?

12  A   I would say that you need to contact two

13  parts of our organization, if you talk about the M3

14  side.

15  Q   And who would you contact?

16  A   It would be Eric Vermiaut, and Arnold

17  Descasin.

18  Q   And what is Mr. Vermiaut, what is his

19  position?

20  A   He is the guy I report to.

21  Q   What is his --

22  A   Either senior vice president or executive

41

1    vice president for M3 industries.

2      Q   Where is he located?

3      A   He works out of the Paris office.

4      Q   And what is Mr. Descasin's title?

5      A   He is -- he's a general manager of our

6    business unit for manufacturing and distribution.

7    And he works out of also the Paris office.

8      Q   How is the M3 product line distributed to

9    a customer that licenses the products?

10      A   Define "distributed."

11      Q   How would a customer -- if a customer had

12    entered into a license for the M3 ERP product, how

13    would Lawson get that, the applications to them?

14    How would they receive that?

15      A   We have an office that handles all our

16    distribution which reports to our CFO.  And a

17    little bit depending on application, because some

18    of our applications are different, and physically

19    distributed in different manners.  But it will all

20    be managed through our shipment office.

21      Q   Where is that shipment office located?

22      A   In Saint Paul.

42

1      Q   And with respect to the e-Procurement

2    application within the M3 product line, how is that

3    application distributed to a customer?

4      A   To be honest, I'm not sure whether it's a

5    CD or downloadable today.  I can't answer that.

6      Q   Who would you contact to determine that?

7      A   I would contact our distribution office

8    to determine the details.  That might vary from

9    customer to customer as well, depending on what

10    media they would like to receive this on, and their

11    capabilities of receiving it.  So it's -- it can

12    vary.  There is of course a standard way, probably.

13      Q   What are the different products that are

14    in the M3 product line?

15      A   First -- we call it applications.

16      Q   Below the M3 product line, what would be

17    the next level down?  Would it be suites or

18    applications?

19      A   It would be suites.

20      Q   Okay.  What are the different suites

21    within the M3 product line?

22      A   Supply Chain Management would be one.

43

1    Manufacturing would be another.  Maintenance,

2    Financials, and CRM.  Since...

3      Q   So under the suite level, would there be

4    applications, is that --

5      A   There would be applications.

6      Q   So what are the different applications in

7    the Supply Chain Management suite?

8      A   I'm not prepared to list them on top of

9    my head.  There is a total of over -- almost 170

10    applications in the M3 suite.  So I would have to

11    have our product order form or product

12    configuration in front of me to give a detailed

13    answer to that.

14      Q   Is there a Supply Chain Planning

15    application within the Supply Chain Management

16    suite?

17      A   There is a Supply Chain Planner, yes.

18      Q   Can you describe at a high level the

19    functionality of the Supply Chain Planning

20    application?

21      A   It is an application that uses

22    algorithms, dash -- algorithms to optimize supply

44

1    and demand.  That's what it does on a high level.

2      Q   What do you mean by "optimize supply and

3    demand"?

4      A   Where to supply your demand from.  You

5    have demands on products in quantity, defining

6    quantity and time, and geographical aspects.  Where

7    should I supply those demands from.

8      Q   Is there a Demand Planning application

9    within the Supply Chain Management suite?

10      A   Yes, there is.

11      Q   Can you describe at a high level the

12    functionality of the Demand Planning application of

13    the Supply Chain Management suite?

14      A   I just need to formulate myself so it

15    doesn't take ten pages.

16      Q   Okay.

17      A   On a high level, the Demand Planning tool

18    or tools are there to describe and calculate

19    demands of products to be sold and distributed for

20    any of our customers.

21      Q   Is there an Advanced Production Planner

22    and Yield Optimizer application within the Supply

45

1  Chain Management suite?

2  A  Yes, there is.

3  Q  Can you describe at a high level the

4  functionality of that application?

5  A  There are actually two applications.

6  Q  What's the first one?

7  A  We can start with the Advanced Production

8  Planner, which is utilizing the ideas of theory of

9  constraint to make a sequenced plan of your

10  manufacturing orders predominantly, based on

11  demand, considering constraints such as resources

12  and materials.

13  Q  And at a high level, what's the

14  functionality of the Yield Optimizer application?

15  A  On a high level it's -- again, I just

16  need to think, to formulate myself. It's meant to

17  describe and plan for what yield you get out of the

18  process that is predominantly using what we call

19  reversed billable materials.

20  You have sort of -- classically you have

21  two types of production, you have assemble type

22  of -- you bring things together or you have

46

1  slaughtering or -- take one thing and reverse it so

2  it becomes many parts, like in a slaughtering

3  process of a pig or a chicken, for instance, you

4  get chicken wings and legs and what have you out of

5  one chicken, and that is reversed.

6  Then you have a yield, what you get out,

7  what are the residuals, what is the value of those

8  residual. Some of them are usable and saleable,

9  like chicken wings, of course, whereas there is

10  something else that is not. And that product is

11  aimed to support planning of those production

12  processes to obtain the best possible yield of your

13  production process.

14  Q  Is there a Procurement application within

15  the Supply Chain Management suite?

16  A  To be 100 percent sure, I'm not sure if

17  it's placed there or where it's placed. But there

18  is a Procurement application in the M3 suite.

19  Q  Can you describe for me at a high level

20  the functionality of the Procurement application?

21  A  The Procurement application in M3 is

22  there to handle a result from MRP calculations so

47

1  you can procure direct material to your

2  manufacturing process and/or your distribution

3  process, meaning that you have a demand somehow,

4  either real life demand for a forecasted demand

5  which is through MRP rules, calculations, generate

6  a demand on various levels in your product

7  structure, for procurement.

8  And then when those demands needs to be

9  settled with a procurement from a quoter, then

10  the Procurement application steps in to handle the

11  execution of that set -- said procurement process.

12  Q  Does the Procurement application include

13  functionality to build a requisition?

14  A  I would like to ask you to define

15  "requisition."

16  Q  A request for desired items.

17  A  Define "items."

18  Q  How would you define "items"?

19  A  Our requisition -- we have functionality

20  to handle requisitions, and it's requisitions to

21  handle stocked items, which is then our direct

22  material, rarely used, if ever used, because most

48

1  of the procurement, to say all of the procurement

2  of direct materials is typically done through rules

3  of ERP, so you don't need to put in a requisition

4  in it.

5  But there is a functionality, a very,

6  very lean, very -- what should I call it -- I'm

7  thinking of an English word that makes sense -- a

8  very simplistic way of entering a requisition of

9  direct material for procurement.

10  Q  So you explained --

11  A  But that requisition process is -- in the

12  Procurement solution is totally without quantity

13  control, whereas the role-based ERP procurement is

14  totally based on quantities, available quantities

15  and times. The Requisition process is just there

16  to do anomalies, to do...

17  Q  So for example if your stock and

18  inventory was low, would an inventory application

19  generate some sort of replenishment type

20  notification to warn you that you need to replenish

21  your stock and inventory?

22  A  It will generate a replenishment signal

49

1   and also a replenishment plant order, very much

2   following some of -- yes.  Yes.  For stocked items.

3       Q    Right.

4       A    Only for stocked items.  Direct material

5   items.

6       Q    So this Procurement application that

7   we've been speaking of, does it also have

8   functionality to take that requisition through a

9   work flow and upon approval, generate a purchase

10   order?

11       A    I wouldn't phrase -- the way you phrased

12   the question, is answer is no, because what we

13   talked about was not a requisition process.  It's

14   a --

15       Q    It's an auto-replenishment type of

16   process?

17       A    That I talked about earlier, yes.  It's

18   an auto-replenishment process.  That doesn't

19   require a requisition at all.  There are planning

20   messages according to -- yes.

21       Q    Is there an e-Procurement application

22   within the Supply Chain Management suite?

50

1       A    Again, to be 100 percent sure, I need to

2   double-check where we placed it.  But we do have an

3   application called e-Procurement, yes.

4       Q    Can you describe for me at a high level

5   the functionality of the e-Procurement application?

6       A    E-Procurement is a solution that is

7   bolted on top of the Business Engine.  But it's

8   there to support the need for procurement of

9   indirect material that you don't have in your

10   stock, non-stocked items, and help in sort of

11   requiring those items so that you can bring them to

12   your own location.  It's not meant to support any

13   stock -- it doesn't support any stock levels, any

14   kind of replenishment thinking at all.

15           It is quite simplistic, straightforward

16   way of requiring indirect material with -- it also

17   holds Supplier Self-Service, where the idea is to

18   secure that -- not to secure, but the idea is that

19   those kinds of suppliers that you don't have for

20   your direct material, that if you have enough of a

21   relationship with them, that you could use -- share

22   information with them in a Supplier Self-Service.

51

1       Q    With respect to the procurement of

2   indirect materials, does the e-Procurement

3   application have the functionality to build a

4   requisition for indirect materials desired?

5       A    Yes.

6       Q    And does it have the functionality to

7   generate a purchase order from that requisition if

8   the requisition has met appropriate approvals?

9       A    I wouldn't phrase it like that, because

10   what happens is that sort of the requisition

11   changes status into a purchase order when it's

12   approved, always.  There is no question, there is

13   no gateway.  And it's not called a purchase order.

14       Q    What is it called?

15       A    It's called a supplier order.

16       Q    Supplier order.  So the system --

17       A    So it's not connected to the other

18   purchase systems that we have.

19       Q    So the e-Procurement application will

20   automatically create a supplier order if the

21   requisition has been approved, is that correct?

22       A    Yes.

52

1       Q    In order to -- for the user to build a

2   requisition, does the e-Procurement application

3   have associated with it a database in which vendor

4   catalog item data is located?

5           MR. SCHULTZ:  Objection, vague.

6           THE WITNESS:  Sorry?

7           MR. SCHULTZ:  You may answer.

8           THE WITNESS:  Okay.  Can I take the

9   question again?

10   BY MS. ALBERT:

11       Q    In order for the user of the

12   e-Procurement application to build a requisition,

13   is there a database that can be searched to locate

14   items that the user may wish to include on the

15   requisition being built?

16           MR. SCHULTZ:  Objection.  Vague.

17           THE WITNESS:  Yes.

18   BY MS. ALBERT:

19       Q    You indicated that there's a Supplier

20   Self-Service functionality associated with the

21   e-Procurement application.  Can you describe at a

22   high level the nature of that functionality?

**53**

1  A   It's -- the e-Procurement solution has --
2  it's meant to be used by different rules.  So you
3  could be -- and if you are a supplier -- it's all
4  over Internet, so it's meant to be an Internet
5  application.  So the supplier could go to Internet
6  and log on as a supplier, and then he will see the
7  purchase orders or supplier orders -- supplier
8  orders that has been generated to him, so he can
9  sort of execute on them.
10      And he can also as a supplier enter his
11  products that he wants -- if I say "us," I mean our
12  customer, then to procure from him.  So he has to
13  sort of -- he can create his own list of items that
14  the other side then, the buyer, can look at.  So
15  it's all located in sort of -- in our local
16  solution.  The supplier enters himself what items
17  he wants us to buy from -- to buy.
18  Q   So the supplier can upload his catalog of
19  items into the Supplier Self-Service center?
20  A   Vague, for me, when it comes to catalog,
21  because catalog is -- he can upload Excel
22  spreadsheets.

**54**

1  Q   Okay.  And the data that would be
2  included in the Excel spreadsheet would be those
3  items of the supplier that are available to the
4  buyer using the e-Procurement application for
5  requisition and ordering; is that correct?
6  A   A bit -- I'm not sure.
7  Q   If the Lawson system user has entered
8  into an agreement with the vendor, and pursuant to
9  that agreement there are certain items that the
10  buyer wishes to procure from the vendor, the vendor
11  can then use this Supplier Self-Service
12  functionality to upload an Excel spreadsheet
13  including the data relating to those items; is that
14  correct?
15  A   Yes.
16  Q   Can the Supplier Self-Service
17  functionality, does that also include functionality
18  to permit the supplier to respond to a supplier
19  order?
20  A   Yes.
21  Q   Such as, for example, sending in an order
22  confirmation type of a notice back to the buyer.

**55**

1  Would that functionality be included?
2  A   Vague when you say "sending."
3  Q   Would you be able to upload a supplier
4  order confirmation back through that Supplier
5  Self-Service functionality?
6  A   Again, a bit vague.  If you can find a...
7  Q   You said that there was functionality to
8  permit the supplier to respond to the supplier
9  order.  How is that done?
10  A   Entering information directly into the
11  order.  It's not sending anything.  It's just
12  entering information.  Confirming the delivery
13  date.  Updating.  Updating the supplier order.  So
14  it's not a transactional system at all.  There's no
15  transaction moving forwards and backwards per se.
16  Q   Okay.  Fair enough.
17      MS. ALBERT:  Let me have the reporter
18  mark as Billgren Exhibit 4 a copy of a PowerPoint
19  presentation entitled "Introduction to the Lawson
20  M3 Product Line."  It bears production numbers LE
21  00146786 through 842.
22      (Billgren Exhibit 4 was marked for

**56**

1  identification and attached to the deposition
2  transcript.)
3  BY MS. ALBERT:
4  Q   Mr. Billgren, are you familiar with the
5  document that's been marked as Exhibit 4?
6  A   I am.
7  Q   Do you know who authored this document?
8  A   To be -- I don't dare to say who is the
9  official author.  I know who provided content for
10  it.
11  Q   Who provided the content for this
12  document?
13  A   To a high degree, my team.
14  Q   Were there particular individuals from
15  your team that provided content?
16  A   Not that I dare to name by name like
17  that.
18  Q   What is the document that's been marked
19  as Exhibit 4?  What is it?
20  A   It's an introduction to the Lawson M3
21  product line.
22  Q   What's the purpose for which this

Billgren, Henrik - Vol. 1  10/21/2009  12:00:00 PM

57

1   document is used?

2      A   It's a PowerPoint that allows us to

3   describe over several hours what the M3 -- all

4   application suites are all about on a high level.

5      Q   To whom would you give this type of

6   presentation?

7      A   I would give this to someone who

8   encounters M3 for the first time, possibly if they

9   don't know what it is.  And the recipient could be

10  of various nature; customers, analysts, lawyers.

11  Anybody who has not encountered the M3 product line

12  before.

13     Q   Do you know when this document was

14  created?

15     A   No.

16     Q   Do you know if this is the most current

17  version of the presentation?

18     A   I dare not to say.  We have -- it's an

19  internal process where we post this document.  And

20  I dare not to say whether this is the latest.

21     Q   Where is this document maintained?

22     A   Define "where."

58

1      Q   You said that this is posted internally.

2   Where is it posted?

3      A   It's posted in what we call the Globe.

4      Q   What is the Globe?

5      A   It's our information structure.

6      Q   Do you know whether the Globe was

7   searched for documents relevant to the M3 product

8   line in order to collect documents to produce to

9   ePlus in this litigation?

10     A   Yes.  This comes from the Globe.  The

11  reason why I don't want to say whether it's the

12  latest or not, because, I mean, there might have

13  been a small change by someone within -- but this

14  is the document that was -- that came.  And when it

15  was submitted, it was the latest.

16     Q   Okay.  Thank you.

17     A   That I dare to say.  But I don't dare to

18  say whether there have been spell check or an error

19  correction or whatever in the last week.  So there

20  might be an updated version, hence my hesitation.

21  It's not that I don't believe that this is a valid

22  document.

59

1      Q   Thank you.  Can you turn to the page, it

2   has page number 34 on the bottom of the slide, and

3   it bears production number LE 00146819.

4      A   Yes.

5      Q   And the title on this page is "Supply

6   Chain Management suite."  Four paragraphs down on

7   the slide, there's an indication of the modules

8   that are included in the Supply Chain Management

9   suite.  Do you see that?

10     A   Yes, I see that.  Sorry.

11     Q   So does that assist -- refresh your

12  recollection as to all of the different modules or

13  applications within the Supply Chain Management

14  suite of the M3 product line?

15     A   These are examples, it's not a full list,

16  it's examples of modules in the Supply Chain

17  Management suite, yes.

18     Q   And you described earlier that the

19  Procurement module is intended for procurement of

20  your direct materials, is that how you would

21  describe it?

22     A   Yes.  I think I spent a fair amount of

60

1   words, I think they were the correct ones.

2      Q   Yes, if you could describe at a high

3   level, what's the functional differences between

4   the Procurement module and the e-Procurement

5   module?

6      A   On a high level, it's -- sorry for

7   repeating your question, but it's just --

8   e-Procurement is there only to help very, very few

9   of our customers to solve an issue where they need

10  to have a requisition process for handling indirect

11  material.  It's not something we sell very often.

12  And we might not even portray it in an up front

13  presentation.

14     Procurement, however, is something where

15  I would say that almost all our customers have,

16  because it's the replenishment procurement process of

17  securing it to have direct material.  So on a high

18  level, I would say that is the biggest difference.

19  They -- yes.

20     Q   Is the M3 product line marketed to

21  manufacturing type companies?

22     A   Vague on my behalf, because it's what we

**61**

1  call the M3 type organizations.
2     Q   And what are those type of organizations?
3     A   I believe this document says it in the
4  beginning.  To speed up the process, I can
5  summarize, it's the companies that either make,
6  move, or maintain products.  All in the -- with the
7  ambition and aim to sell them or rent them to their
8  customers, which is the main market space for M3.
9  Whereas S3, which is not my responsibility, is to
10  sort of staff with people and source with material
11  to provide services.  So it's a different market
12  space.  The M3 is Make, Move, Maintain.
13     Q   You indicated that e-Procurement has been
14  sold to very few customers.  Do you know currently
15  how many customers there are for the e-Procurement
16  application?
17     A   Again, a bit vague, how many.  I know how
18  many customers we have in the United States.
19     Q   Well, how many worldwide, first of all?
20     A   I don't dare to give you a number,
21  because I don't have the exact number on the top of
22  my head.

**62**

1     Q   Who would know that information?
2     A   I would, if I would be given time to
3  double-check my data.
4     Q   Where would you need to check?
5     A   I would need to go to -- I don't know
6  exactly what sources I need to check to turn out,
7  because we have historical material that is not
8  sort of earlier in Europe.  So if the question is
9  worldwide for me, it will require some
10  investigation.
11     Q   How many customers of e-Procurement, of
12  the M3 e-Procurement application are there in the
13  U.S.?
14     A   One, to my knowledge.
15     Q   And what is that entity?
16     A   That entity --
17     THE WITNESS:  Is it okay for me to
18  mention a customer name?
19     MR. SCHULTZ:  Yes.
20     THE WITNESS:  They used to be Colony
21  Liquor, and now they are Empire -- this is one of
22  the things I rehearsed, that I obviously don't

**63**

1  remember.
2  BY MS. ALBERT:
3     Q   Okay.
4     A   I can give you the name if you pass --
5  no, maybe not.  Empire --
6     Q   Empire something.
7     A   Blank blank North.
8     MR. SCHULTZ:  Why don't we check that at
9  a break.
10     MS. ALBERT:  That's fine.  Sure.
11  BY MS. ALBERT:
12     Q   With respect to worldwide customers, are
13  there some of those customers that have locations
14  in the United States?
15     A   To my understanding no.
16     Q   So you know of no customer of
17  e-Procurement that has any locations in the United
18  States, other than Colony Liquor which is now known
19  by a different name?
20     A   Correct.
21     Q   Is the e-Procurement application
22  currently being marketed within the United States?

**64**

1     A   Yes, it's part of our offering.
2     Q   So it is being offered for sale within
3  the United States; is that correct?
4     MR. SCHULTZ:  Objection to form.  Legal
5  conclusion.  Vague.
6  BY MS. ALBERT:
7     Q   You can answer.
8     A   You have to repeat the question again.
9     MS. ALBERT:  Can you read it back?
10     (Requested portion of record read.)
11     THE WITNESS:  Yes.
12  BY MS. ALBERT:
13     Q   Can you turn to page 39 of Exhibit 4.
14  And the Bates number ends with 824.  Are you there?
15     A   Yes.
16     Q   Under the heading "e-Procurement," the
17  first bullet reads, "Manages all your need for
18  indirect procurement."  What's meant by the term
19  "indirect procurement"?
20     A   It's meant what I -- what we in our
21  conversation used, to procure indirect material.
22     Q   What do you mean by "indirect materials"?

**65**

1    A   I mean material that you don't use in

2    your value added process of manufacturing or --

3    material that is not used directly to add to the

4    end product that you aim to sell to your customer

5    directly. Because, I mean, office equipment is

6    indirectly sort of helping. But direct material is

7    sort of typically raw material ingredients, etc.

8    Q   The second bullet point under the heading

9    e-Procurement reads, "Enables company-wide control

10   of catalogs." How does the e-Procurement

11   application enable company-wide control of

12   catalogs?

13   A   It's -- the meaning here is what we have

14   in the solution, which is the catalog or the

15   indirect items that you -- if you want to manage

16   your indirect items, e-Procurement will allow you

17   to do that.

18   Q   Are those the items with which you have

19   agreements with vendors?

20   A   It will allow you to establish a

21   relationship with your supplier so that he can

22   maintain those items on your behalf, so you can

**66**

1    later acquire them in the process of doing an

2    indirect procurement.

3    Q   And you can import those items into an

4    internal database for use within the application;

5    is that correct?

6    A   Again, a bit vague, because, I mean,

7    importing of the Excel or manual entry into the

8    e-Procurement database which is a standalone,

9    non-stocked item database for -- to be used in the

10   indirect procurement process there.

11   Q   Can you turn to the slide on page 40 of

12   the presentation. And that slide is entitled

13   "Overview of M3 e-Procurement." The first bullet

14   down states that "The M3 e-Procurement application

15   includes full requisition management process with

16   multi-level approval." What's meant by a full

17   requisition management process?

18   A   The indication here is just to say that

19   we have a requisition process.

20   Q   And you can set it up so a requisition

21   would require multiple levels of approval, is that

22   correct?

**67**

1    A   I am -- I need to -- I am not 100 percent

2    sure if, in that conjunction, that the requisition

3    process is set up. And that's meant by multi-level

4    of approval. Because it's more of a levelized

5    approval of monies and quantities and -- rather

6    than a passed on process, work flow type process

7    level of approvals.

8    Q   The slide also indicates that "The

9    e-Procurement application enables automated

10   supplier collaboration processes." What supplier

11   collaboration processes are enabled by the

12   e-Procurement application?

13   A   Again, it is the over Internet, it's the

14   automated assumption here, but it's the process of

15   the supplier managing the items and receiving

16   supplier orders over Internet in the Supplier

17   Self-Service.

18   Q   Below those bullet points there's a

19   depiction in the drawing there, within the block

20   labeled "e-Procurement," there are three smaller

21   blocks. One is labeled "Statistic Center."

22   A   Yes.

**68**

1    Q   One is labeled "Supplier Center," and one

2    is labeled "Buy Center." Do you see that?

3    A   Yes.

4    Q   What is the Buy Center?

5    A   E-Procurement is sort of structured as a

6    role-based application. So the Buy Center is then

7    meant to indicate where you log on as a buyer to go

8    in and acquire indirect material.

9    Q   To the right of the Buy Center it's

10   showing employees and authorizers. Are those the

11   types of roles that would be associated with the

12   Buy Center?

13   A   Those are examples of roles that would be

14   typically associated with the Buy Center, yes.

15   Q   And the functions that can be performed

16   by individuals having those roles -- well, an

17   individual having the role of employee, could that

18   individual perform the function of requisitions?

19   A   Yes.

20   Q   And would a person having a role as an

21   authorizer be able to perform the function of

22   authorizations?

69

1    A    Yes.

2    Q    And who would have the capability of

3    performing a function of order acknowledgements?

4    A    It's -- it is what happens when you do

5    the authorization.  As I indicated earlier, you

6    create an order purchase -- a supplier order.

7    Q    Then there's a block within the

8    e-Procurement block labeled as "Supplier Center."

9    Is that the Supplier Self-Service center that we

10    discussed earlier?

11    A    That's what it implies, yes.

12    Q    And so with respect to a purchase order,

13    how is that function related to the Supplier

14    Center?

15    A    As I said earlier, the authorization then

16    sort of -- when a requisition is authorized, its

17    status changes into a supplier order or a purchase

18    order.  And that is then displayed for the

19    supplier, if he should log on to the Supplier

20    Center.  And he can view that and then act upon it

21    to deliver.

22    Q    And the supplier can go in and indicate

70

1    confirmation of that order?

2    A    As I said, he can update that said

3    supplier order with a confirmation date or just

4    deliver the goods.

5    Q    To the left of the Supplier Center block,

6    there is shown a number of suppliers.  And then

7    there's a description, "e-Catalog/Product Info."

8    What's being depicted in the diagram by the

9    "e-Catalog/Product Info" and the line drawn to the

10    Supplier Center?

11    A    My understanding of the slide is that we

12    mean that the supplier, through the Supplier

13    Center, can provide, through the uploads of

14    spreadsheets or manual entry, the list of items

15    that he wants the employees on the other side in

16    the Buy Center to be able to through a requisition

17    buy from the supplier.

18    Q    And there's also shown an external

19    marketplace, and then a line drawn to the Supplier

20    Center.  What's being depicted by the

21    representation of the external marketplace with the

22    line to the Supplier Center?

71

1    A    To my understanding, the PowerPoint then

2    indicates that sort of if you should have an

3    external marketplace for several suppliers or etc.,

4    then if you have a relationship with that external

5    marketplace, then you can treat that external

6    marketplace as a supplier, and then ask him or that

7    legal entity, whatever it is, to do the same as the

8    suppliers do.

9    Q    So the external marketplace can upload

10    the spreadsheet of items to the Supplier Center?

11    A    They can use the same functionality of

12    maintaining whatever items that -- the idea is that

13    the supplier wants to display for the buyer.

14    Q    I think I'm done with that exhibit.

15    MS. ALBERT:  Is it a good time to take a

16    short lunch break?

17    MR. SCHULTZ:  Yes, it would be.

18    THE VIDEOGRAPHER:  This marks the end of

19    tape number 1 in the deposition of Mr. Billgren.

20    Going off the record.  The time is 12:38 p.m.

21    (Whereupon, at 12:38 p.m., a lunch recess

22    was taken.)

72

1    AFTERNOON SESSION

2    (1:12 p.m.)

3    THE VIDEOGRAPHER:  This marks the

4    beginning of tape number 2 in the deposition of

5    Mr. Billgren.  We're now back on the record.  The

6    time is 1:13 p.m.

7    BY MS. ALBERT:

8    Q    Good afternoon.  Before the break, when

9    you had discussed the e-Procurement application,

10    you referenced that it was bolted on top of the

11    Business Engine.  In order to obtain a license to

12    the e-Procurement application, would a customer

13    also have to license the Business Engine?

14    A    No.

15    Q    Then why did you say that the

16    e-Procurement application was bolted on top of the

17    Business Engine?

18    A    Might be my misunderstanding of the

19    English word "bolt" alone.  What I meant with it, I

20    meant exactly that it is separated, meaning that

21    you don't have to license them together.  Typically

22    e-Procurement is -- it's not tightly connected to

73

1  M3 as such, the Business Engine as such.  It can
2  stay live very much separated.
3      Q   Do you need to license any other
4  application in order to have -- make the
5  e-Procurement application functional?
6      A   From Lawson, not -- you have to have the
7  sort of the run time environment in place for the
8  solution.
9      Q   What's the run time environment?
10     A   WebSphere in this case.
11         (The reporter asked for clarification.)
12     A   WebSphere.  IBM.
13     Q   Is there any other kind of connector or
14  any other functionality that needs to be licensed
15  in order to deploy the e-Procurement application?
16     A   No, it's a standalone license.  It's sold
17  as a standalone license.  You don't need to sell it
18  together.
19     Q   Has the e-Procurement application ever
20  been known by any different names?
21     A   No, not to my knowledge and
22  understanding.

74

1      Q   So back when you were with Intentia, was
2  there an e-Procurement application being sold as an
3  Intentia product?
4      A   You need to define that.
5      Q   Was there an application having
6  functionality similar to the current M3
7  e-Procurement application that was being sold as an
8  Intentia product prior to the merger?
9      A   I don't think I can answer yes or no,
10  because the e-Procurement product did exist before
11  the merger between Intentia and Lawson.
12     Q   Was it known by that name, e-Procurement?
13     A   Yes.
14     Q   What is the current version of the M3
15  e-Procurement application that is commercially
16  available?
17     A   It's -- we call it the 7.1, under the M3
18  7.1 version, brand.
19     Q   When -- I'm sorry.
20     A   Because I just want to say that up front,
21  M3 7.1 is the umbrella versioning for all our
22  applications.  Then each and every individual

75

1  application might have technical versions which
2  vary a lot.
3      Q   When did version 7.1 become commercially
4  available?
5      A   It's been generally available since May
6  2007.  Then it's been enhancements over time.
7      Q   What was the first commercial version of
8  the M3 e-Procurement application?
9      A   I don't -- that needs more definitions,
10  because I can't answer that question.
11     Q   When was the e-Procurement -- strike
12  that.  I'll just go on.  When was a module
13  associated with the e-Procurement line having --
14  strike that.  What was the first commercially
15  available version of an e-Procurement application
16  associated with the M3 product line?
17     A   Still vague, since the M3 product line --
18  the e-Procurement has been available since the
19  foundation of the M3 product line.
20     Q   And when was the M3 product line first
21  commercially available?
22     A   The M3 product line was first

76

1  commercially available with five -- I don't -- I
2  need to -- I don't know.  I need to double-check
3  those dates.
4      Q   Who would you check with in order to
5  determine that information?
6      A   I would just look up -- I would have to
7  just clear my memory.  That's all I have to do.
8      Q   Is there some specific documentation that
9  you could consult to determine the answer to that
10  question?
11     A   Yes.
12     Q   What documentation would that be?
13     A   Fastest would be -- for me is to look up
14  a PowerPoint that we -- as part of my deposition.
15     Q   The PowerPoint that we've marked as an
16  exhibit, you mean?
17     A   No.
18         MS. ALBERT:  Let me have the reporter
19  mark as Billgren Exhibit 5 a presentation entitled
20  "Lawson M3 e-Procurement."  It bears production
21  numbers L 0134163 through 202.
22         (Billgren Exhibit 5 was marked for

**77**

1 identification and attached to the deposition
2 transcript.)
3 BY MS. ALBERT:
4     Q    Are you familiar with the document that's
5 been marked as Billgren Exhibit 5?
6     A    Yes. I am familiar with it.
7     Q    What is this document?
8     A    It is a PowerPoint, again, meant for
9 sales to be able to present the e-Procurement
10 application. Our internal sales.
11     Q    To whom would this presentation be given?
12     A    To whomever is interested in our
13 e-Procurement offering.
14     Q    So it could be given to prospective
15 customers?
16     A    Yes.
17     Q    It could be given to industry analysts?
18     A    Yes.
19     Q    Any other audiences for the presentation?
20     A    No, as I said, anybody who would be
21 interested in our e-Procurement offering.
22     Q    Do you know when this document was

**78**

1 created?
2     A    No.
3     Q    And on the right bottom corner of the
4 first slide, there's a gentleman, Alfred Gerum, I
5 think you mentioned him earlier. Do you know if he
6 was the author of this presentation?
7     A    Yes.
8     Q    Yes, he was the author?
9     A    Yes.
10     Q    Do sales presentations, do they -- are
11 they reviewed by anyone before they're finalized
12 within your group?
13     A    They are typically reviewed and owned by
14 the product manager.
15     Q    Who reviews these types of presentations
16 before they're finalized?
17     A    The product manager.
18     Q    Can you turn to the second page of the
19 exhibit that has the Bates number ending 164.
20 What's meant by the term "self-service procurement"
21 on that page?
22     A    It's meant to the two sides as described

**79**

1 earlier, on the Procurement solution, where the --
2 you have the self-service side of the supplier,
3 where he could sort of enter information, and also
4 that the buyer, sort of he or she himself,
5 themselves, order their own procurement through a
6 requisition process.
7     Q    So the buyer can himself order their own
8 desired items through the requisition process. Is
9 that in contrast to some other type of procurement
10 process?
11     A    You have to define "contrast."
12     Q    So is there another application for
13 procurement that's not self-service in nature?
14     A    As I said earlier, the procurement
15 typically for our customer base, the M3 type
16 customers, it's a replenishment-based procurement
17 of direct material which is not centered any kind
18 of self-service or requisition type. It's...
19     Q    Okay. Can you turn to the slide on page
20 4 of the presentation that ends with the Bates
21 number ending 166. On the top of that slide,
22 there's a heading reading "Integration to M3 Back

**80**

1 Office." What is the M3 Back Office?
2     A    It's meant to what I earlier referred to
3 as the M3 Business Engine, which is -- yes.
4     Q    What's the functionality of the M3 Back
5 Office or the M3 Business Engine?
6     A    As I said earlier, I gave it an holistic
7 description. It's the entire ERP solution for M3
8 that covers from procurement all the way through
9 manufacturing and sales, as I said earlier.
10     Q    Why would you want to integrate the
11 e-Procurement application with the M3 Back Office?
12     A    The main value for someone acquiring
13 e-Procurement might not necessarily be the
14 integration for purchase orders or order
15 confirmation. But if we had a customer who runs M3
16 as the back office or the ERP, we would like to
17 offer some kind of integration. It could have been
18 an SAP solution, it could have been any kind of
19 solution connected to e-Procurement.
20     Q    So the e-Procurement application can
21 connect to an ERP system of any other provider, in
22 addition to connecting to the Lawson M3 ERP system,

81

1  it can also be connected to an SAP ERP system or an
2  Oracle ERP system?
3      A   That needs to be refined.  That's not
4  what I said.
5      Q   Okay.  What did you mean by connecting to
6  an SAP solution?
7      A   What I meant is that the integration to
8  M3 Back Office, as we say here on this page 4,
9  means that we enable the e-Procurement solution to
10 connect to the traditional -- to the back office so
11 that we could use what we call invoice matching
12 inside the M3 Back Office solution or Business
13 Engine solution, even for procurement that has been
14 executed in e-Procurement in direct material.
15     Q   What is Invoice Matching?
16     A   Invoice Matching is a function where you
17 receive the supplier's invoice and you match it
18 towards how much you have received of the goods
19 that was behind that invoice, and match to see how
20 much you are prepared to pay.
21     Q   Can you turn to page 9 of the
22 presentation.  And this slide is entitled "Savings

82

1  through e-Procurement."  Is this slide intended to
2  describe all of the different types of savings or
3  benefits associated with licensing the M3
4  e-Procurement application?
5      A   I would rephrase that.  I would say that
6  the slide is intended to guide to certain areas
7  where there could be value for a potential customer
8  to use e-Procurement.
9      Q   So one of the values for a potential
10 customer to use e-Procurement as described on this
11 slide as being simpler and fewer steps to create a
12 requisition, how does the e-Procurement application
13 result in simpler and fewer steps to create a
14 requisition?
15     A   The reference to simpler and fewer steps
16 here needs of course to be balanced towards what
17 the customer have today.  Hence I say these are
18 ideas for potential value.  So it can never be in
19 its own context.  It has to be in context with the
20 potential customer using today.
21     Q   So what type of system that the customer
22 was using today might have more difficult or an

83

1  increased number of steps to create a requisition
2  than the e-Procurement application?
3      A   On top of my head, a manual system.
4      Q   How does the use of the e-Procurement
5  application make it easier for the requisitioner to
6  make the right purchase decision?
7      A   Again, it's a potential value in the area
8  of a process, whereas for instance -- so it relates
9  to what the customer or potential customer are
10 using today.  Let's say it's a manual system, it's
11 really -- could be a really cumbersome process.  I
12 could just imagine to go out and look in various
13 books and catalogs, physical catalogs or telephones
14 or whatever, to find out what to buy.  And where we
15 have agreements with suppliers, etc.
16     Q   Could you turn to page 10 of the
17 presentation.  And on this diagram, there are a
18 number of different functional blocks illustrated
19 here as being associated with M3 e-Procurement.
20 We've discussed some of these previously, but there
21 are some new ones indicated.  What's the
22 functionality of the Statistics Center?

84

1      A   Here it only represents an area to say
2  that you can get statistics reports.
3      Q   And that type of functionality comes with
4  the e-Procurement application?
5      A   Comes with report functionality, to print
6  reports.
7      Q   What types of reports can be generated
8  using the e-Procurement application?
9      A   You can -- how much you have bought from
10 one buyer, from one supplier, summarized
11 information of the transactions that has come down
12 in your requisition process.
13     Q   What's the functionality of the Business
14 Center of the e-Procurement application?
15     A   In this context I would say the Buy
16 Center represents -- because if I answer -- they
17 belong together here.  The Buy Center on this slide
18 reflects towards how the buyer interacts with the
19 system.  The Business Center is where the business
20 is, the authorization process, approvals of the
21 requisitions.  It just reflects different rules to
22 the e-Procurement solution.

85

```
1      Q   In the middle of the diagram there's a
2    dotted line.  And to the left of the dotted line
3    there is the Statistics Center, the Buy Center, the
4    Business Center, and to the right of the dotted
5    line is the Supply Center.  What does that --
6    what's that dotted line intended to represent?
7      A   The intention here on this slide is just
8    to say that to the left hand side you have your
9    internal functions, and on the right hand side you
10   have your external suppliers operating through the
11   Supply Center.
12     Q   Can you turn to the next page that has
13   the Bates number ending 173.  Again, there's a
14   diagram of a Buy Center to the left of the dotted
15   line and the Supply Center to the right of the
16   dotted line.  Within the Supply Center, there's
17   shown a block representing supplier catalogs.  Does
18   this represent that the supplier can upload its
19   supplier catalog into the M3 e-Procurement Supply
20   Center?
21     A   The reference to supplier catalog is
22   there to indicate that the supplier themselves
```

86

```
1    maintain the catalogs that can then be viewed in
2    the Buy Center by the buyer.
3      Q   And then on the left, to the left of the
4    dotted line, there is a block in the Buy Center
5    that's labeled "Meta Catalog."  What is a Meta
6    Catalog?
7      A   In this context, it's meant to describe
8    that the buyer in the internal process can view
9    these catalogs from your suppliers whilst making
10   his or her requisition.
11     Q   Are the supplier catalogs -- the data
12   associated with the supplier catalogs loaded into
13   some type of database so that in the -- the user
14   accessing the application through the Buy Center
15   can see a database having multiple supplier
16   catalogs included in it?
17     A   I would phrase it like the purpose of
18   mentioning "catalog" on the left side here in the
19   internal process is that the buyer can view all the
20   catalogs of your suppliers.
21     Q   Can you turn to the page with the Bates
22   number ending 176.  Illustrated on that page is a
```

87

```
1    diagram of the e-Procurement process.  In the top
2    left of the diagram there are a number of silos,
3    representing catalogs.  To the left are internal
4    catalogs, and to the right are external catalogs.
5    Can you explain how the M3 e-Procurement user can
6    use e-Procurement to access external catalogs?
7      A   They cannot.  So it's a representation
8    here to describe that you have internal catalogs,
9    and then in the case of e-Procurement, they are
10   then maintained by your suppliers in a way so that
11   the buyer, the requisitioner, can view them.  The
12   external catalogs could, for instance, be sort of
13   connected to or used using the OCI, the Open
14   Catalog Interface, the SAP developed interface.
15   But we don't supply that as a functionality.  It's
16   more of a presentation of what exists in the
17   market.
18     Q   What is the Open Catalog Interface?
19     A   It can only be my own understanding of
20   it.  You can Google it, you would find it.  It's
21   the SAP definition of a way to communicate with
22   product catalogs of any supplier in this case to
```

88

```
1    use.
2      Q   Does it have functionality similar to
3    what Lawson refers to as Punchout functionality?
4      A   I wouldn't answer to that because it's --
5    the OCI is not ours.  We don't use them.
6      Q   Have you ever seen it being used?
7      A   How do you mean, "being used"?
8      Q   Have you ever seen the OCI functionality
9    in operation?
10     A   Outside of e-Procurement, yes.
11     Q   Have you ever seen one of your
12   e-Procurement customers utilizing the OCI
13   functionality in conjunction with the e-Procurement
14   application?
15     A   No.  I have never.
16     Q   But so why are you representing on this
17   slide a reference to OCI?  What's the purpose for
18   referencing that functionality on this slide?
19     A   The idea is just to explain that there
20   are different types of catalogs.  We handle one
21   side of it, and we could potentially in the future
22   do whatever, since the OCI is an Open Catalog
```

89

1   Interface, open for anybody to connect to.

2       And we don't offer that capability with

3   e-Procurement, but -- again, with big disclaimers,

4   it's not my interface, the OCI, it's owned by

5   someone else, and it's been presented by SAP -- but

6   anybody could use the OCI interface to achieve an

7   external catalog, to get information for an

8   external catalog.

9       Q   Does --

10      A   As long as the supplier has sort of

11  created -- or secured that their catalog can be

12  used by OCI.  And I think -- just my professional

13  opinion is that many sort of spare part -- or

14  whatever type of products you have -- providers are

15  following this standard since SAP is one of the

16  dominant players.

17      Q   Does Lawson have any plans to include OCI

18  functionality in its e-Procurement application in

19  the future?

20      A   You have to define "plans."  We have

21  ideas and thoughts on what might happen in the

22  future.  We're not blind to the OCI situation.

90

1       Q   Do you have any enhancements under

2   development currently that would include having OCI

3   functionality made available through the

4   e-Procurement application?

5       A   We are viewing this as any requirement,

6   OCI for any requirement in the future enhancement.

7   It's not singled out as something very specific.

8       Q   So do you have any enhancements currently

9   under development that would include adding OCI

10  functionality to the e-Procurement application?

11      A   Define "development."

12      Q   Has there been some sort of requirements

13  document drafted where somebody has identified the

14  OCI functionality as a requirement for the product

15  in the future?

16      A   I can't answer if we have a defined

17  document that describes exactly that.  But there is

18  a requirement for the future, yes.

19      Q   Has the OCI functionality progressed

20  beyond the requirement stage to design

21  documentation?

22      A   It would be -- there are -- I wouldn't be

91

1   100 percent sure whether or not it has happened or

2   not.

3       Q   Who would you ask to find out the answer

4   to that question?

5       A   I would ask -- again, myself, just to

6   clear up my memory again, to see whether we have

7   done that.

8       Q   What would you need to do in order to

9   refresh your recollection?

10      A   I would just need to give myself some

11  time on it.

12      Q   Would there be any particular documents

13  that you would review in order to refresh your

14  recollection?

15      A   I would just check with my product

16  manager, in this case Alfred, whether that has been

17  progressed or not.

18          MS. ALBERT:  Counsel, we would request

19  any documentation relating to future plans to

20  enhance the e-Procurement application with the OCI

21  functionality.

22          MR. SCHULTZ:  If it exists.  We'll look

92

1   into that.

2           MS. ALBERT:  Thank you.

3   BY MS. ALBERT:

4       Q   Can you turn to the page of the

5   presentation with the Bates number ending 180.

6   This slide is entitled "Supply Center Process

7   Flows."  Can you explain the functionality of each

8   process being represented by the arrows?  And I

9   guess let's take it one at a time.  There's an

10  arrow on the very left reading "Upload Catalog."

11  Can you describe how that would be accomplished

12  through the Supply Center?

13      A   That is where the supplier uploads a

14  spreadsheet to the e-Procurement.

15      Q   So the supplier can use either an Excel

16  spreadsheet or an XML document to upload its

17  catalog into the Supply Center; is that correct?

18      A   Yes.

19      Q   And then the middle arrow reads,

20  "Authorize."  Could you describe what process is

21  associated with the "Authorize" arrow?

22      A   That is when the supplier evaluates what

93

1    he has just uploaded and approve, authorize, for it
2    to be published to the buyers to use for
3    requisition.
4        Q    So what's the process of publishing a
5    Meta Catalog?  Can you describe how that would
6    happen?
7        A    When the supplier has approved the
8    contents, the items, with the right price, that
9    information is then viewable slash published for
10   the audience of buyers.
11       Q    Can you turn to page 20 of the
12   presentation.  And that has the Bates number ending
13   182.  That slide is entitled "Create Requisition in
14   M3 e-Procurement."  What's illustrated on the
15   screenshot shown on this page?
16       A    What part of the -- I mean...
17       Q    On the left hand side of the screenshot,
18   what does that illustrate?
19       A    That illustrates the products that the
20   buyer can require from in a structured way, using a
21   product group structure.
22       Q    Okay.  If someone -- if the user clicked

94

1    on the button labeled "Search," what would happen,
2    what screen --
3        A    Then something else would happen, then we
4    would actually leave this, and we get into search
5    facility, where you search these products or items.
6        Q    And if a user clicked on one of the
7    catalog products, product groups listed below, what
8    screen would be presented?  Say for example if the
9    user clicked on the "Bearings" button there in the
10   product group listing, what screen would be
11   presented to the user?
12       A    Depending on where your hierarchy in the
13   group would be, it would either display
14   sub-sequence -- hierarchies of product groups, and
15   when you're on the bottom level, it would present
16   the products in the list.
17       Q    So the catalog products, product group
18   listing on this screen, those are arranged
19   hierarchically from the most generic description of
20   a product group to -- and then you can drill down
21   to the most specific description associated with an
22   item; is that correct?

95

1        A    I wouldn't use "generic" and
2    "descriptive."  I would just say these are the
3    product groups and the hierarchies that have been
4    defined by the organization provided for the buyers
5    to do these requisitions.
6        Q    Generally speaking, do the users have the
7    most generic description of a product category as
8    the top level product category, and then as a sub,
9    and then drill down to more specific --
10       A    It makes sense when you say it, but I
11   wouldn't say that it's depicted in the solution to
12   do it like that.
13       Q    Why did you describe the product groups
14   as a hierarchal structure?
15       A    It is an hierarchical structure.  So they
16   belong to each other.
17       Q    And on the right hand part of the screen,
18   beneath "Requisition Details," what's the
19   information being displayed there?
20       A    It's -- it's a requisition line.  So
21   you're viewing details of a line on a requisition.
22       Q    So is this displaying the requisition

96

1    that's being built by the system?
2        A    Yes.
3        Q    And in the top part, there is a
4    requisition, the name of the person creating the
5    requisition, the requisition number, and the
6    delivery address; is that correct?
7        A    Yes.
8        Q    And then under the section labeled
9    "Requisition Lines," there's an item that's been
10   selected by the user that the user wishes to
11   requisition; is that correct?
12       A    Yes, correct.
13       Q    Can you turn to the slide on the page
14   with the Bates number ending 184.  That slide is
15   entitled "Review the Order in M3."  Why would you
16   want to review the order in M3?
17       A    Again, this is here to sort of be able to
18   allow to speak to a full story, if you should
19   decide that you want to have a shadow order in M3.
20   Because e-Procurement in itself is a self-contained
21   solution.  It goes requisition, changes status to
22   an order, the order is displayed for the suppliers.

97

1  You can as a buyer receive the goods, say that I
2  have it now.
3         Then outside of e-Procurement you need to
4  handle the financial side.  This is then to say
5  that if you want to connect with M3, we create a
6  shadow purchase order for the benefit of being able
7  to do what I said earlier, an invoice matching.
8  But the full process of the requirements -- of
9  fulfilling the requisition is handled in
10 e-Procurement, apart from receiving the invoice
11 from the supplier, because e-Procurement has
12 nothing to do with the financial transaction.
13     Q    Can you turn to the page with the Bates
14 number ending 193.
15     A    Yes.
16     Q    What's being illustrated on this slide
17 entitled "Integration with M3 - Overview"?
18     A    It's -- this slide is a technical --
19 combination of a technical description on how the
20 APIs or any kind of integration between the
21 e-Procurement and the M3 Business Engine, the word
22 I used earlier, how that is done, in combination

98

1  with what type of information carriers that is
2  moved between the e-Procurement and the M3 Business
3  Engine.
4      Q    What's the e-Collaborator application?
5      A    It is the front in the M3 Business Engine
6  to, through XML, reach our APIs.  When I mean ours,
7  I mean the M3 Business Engine's APIs.
8      Q    What data is retained in the M3 database?
9      A    That is a huge question.  The M3 database
10 contains something of 3,000 plus database tables of
11 everything from an Item Master to Customer Master,
12 etc.
13     Q    Why would you need to connect the M3
14 database to the e-Procurement application?
15     A    I wouldn't say you need to.  But this
16 PowerPoint here describes what typically would be
17 the way, or it indicates that that could be a
18 connection.  Because everything, all the messages
19 or the transactions that you sort of have the
20 shadow purchase order, that of course exists in the
21 database, because everything exists in the
22 database, so that you have to have a connection to

99

1  the database, otherwise you don't store anything.
2         The database is used as a flat file
3  system in the M3 solution.  So everything is
4  written in the database.  Each of the shadow
5  purchase orders are there, for instance.
6      Q    The catalog data from the Meta Catalog in
7  the Buy Center, is that replicated in the M3
8  database?
9      A    In short, no.  Even though I wouldn't
10 have used the word "Meta Catalog," but the
11 information entered by the suppliers to allow the
12 buyer or the requisitioner to do the requisitions
13 in e-Procurement is not reflected in what is on
14 this picture meant by the M3 database.  It's a
15 standalone out in e-Procurement.
16     Q    What's meant by the term "Master Data
17 Application"?
18     A    In this perspective, it means that if you
19 want to have a purchase order or an order
20 confirmation, if you should choose to have that
21 connection to the Business Engine, then some master
22 data can be shared, like account numbers for the

100

1  product groups, for instance.  The items are not
2  connected, really.  You have to have -- the
3  solution is you have to create a dummy item in the
4  M3 database to get this running.
5      MS. ALBERT:  Let me ask the reporter to
6  mark as Billgren Exhibit 6 a copy of a document
7  entitled "Lawson M3 Enterprise Management System
8  Application Overview."  It bears production numbers
9  L 0111978 through 2024.
10     (Billgren Exhibit 6 was marked for
11 identification and attached to the deposition
12 transcript.)
13 BY MS. ALBERT:
14     Q    Mr. Billgren, are you familiar with the
15 document that's been marked as Exhibit 6?
16     A    Yes, I am.
17     Q    What is it?
18     A    It is an application overview of the M3
19 Enterprise Management System in a written form
20 rather than a PowerPoint.
21     Q    What is its purpose?
22     A    Again, to anybody who has not encountered

101

1  M3, who wants to learn more about what the M3

2  application or the product line consists of.

3    Q   So to whom is this document disseminated?

4    A   "Disseminated" means?

5    Q   To who would this document be

6  distributed?

7    A   It is an internal document we use to

8  explain to anybody who is interested in what M3

9  application or product line consists of.

10   Q   Is an application overview a standard

11 type of document that's maintained in the ordinary

12 course of Lawson's business?

13   A   It is -- that is a "yes."

14   Q   Who is responsible for creating this

15 application overview?

16   A   Product management -- the product manager

17 of each area is producing the information for that

18 area.  Then I believe the entire document is put

19 together by other people in our marketing

20 department.

21   Q   And is this -- are these application

22 overviews subject to any kind of review process

102

1  before they're formally published?

2    A   Again, reviewed by the product manager.

3    Q   On the bottom right hand corner of the

4  document, on the title page, it has a date, 2006.

5  Do you know if there is a more current version of

6  the application overview for the M3 system?

7    A   To my -- no, honestly, I don't honestly

8  know whether there's been more.  But to my

9  understanding, this might be the most recent

10 consolidated presentation.

11   Q   Who would you need to check with to

12 determine if there is a more recent version of the

13 M3 application overview document?

14   A   Again, I would need to refresh my own

15 memories and just make sure.

16   Q   How would you go about refreshing your

17 own memory to make sure?

18   A   I would in this case talk to see if we

19 have published any more later existing consolidated

20 applications overview.

21   Q   Where would you check to see if you had

22 published any more or later version of the

103

1  consolidated applications overview?

2    A   I would again talk to -- my product

3  manager, in this case John Gledhill.

4    Q   Can you turn to page 27 of the

5  application overview.

6    A   Yes.

7    Q   And at the bottom of that page, there's a

8  heading for "Lawson M3 e-Procurement."  Do you see

9  that heading?

10   A   Yes.

11   Q   And then continuing on to the next page,

12 there are a number of different titles on that page

13 including Buy Center, Supply Center, e-Procurement

14 Business Center, e-Procurement Design Center Tools,

15 and XML Application Adapter EPR.

16   A   Yes.

17   Q   Are these different modules or components

18 within the e-Procurement application?

19   A   It's different deliverables within

20 e-Procurement, yes.

21   Q   And do each of these deliverables come

22 with the e-Procurement application as that

104

1  application is delivered?

2    A   I take back, I think I don't want to use

3  the word "deliverables."  I would rather say

4  "modules."

5    Q   Do each of these modules come with the

6  e-Procurement application as delivered?

7    A   Yes.

8    Q   What is the functionality associated with

9  the e-Procurement Design Center Tools?

10   A   Each e-Procurement implementation is

11 unique in how you would like the web page to look,

12 because it's an Internet-based application.  Each

13 customer sort of internally would like to flavor it

14 so it follows its colors or whatever.  And the

15 e-Procurement design center is a toolbox that

16 allows implementation team or the customer to do

17 that tailoring of the solution.

18   Q   And what's the functionality associated

19 with the XML Application Adapter EPR?

20   A   It's used for the communication --

21 elements of this is used, for instance, if the

22 upload -- either through Excel or through an Excel

105

1    document from the supplier perspective, but we're
2    actually using it internally as well, if you want
3    to connect to M3.  Say you wouldn't like to M3, you
4    wouldn't like to upload through XML, then you might
5    question why you would like to have this adapter at
6    all, because you might just use spreadsheets or
7    manual updates.
8        Q   Thank you.  I think I'm done with that
9    exhibit.
10        MS. ALBERT:  Can we take a really short
11   break?
12        MR. SCHULTZ:  Yes.
13        THE VIDEOGRAPHER:  We're going off the
14   record.  The time is 2:05 p.m.
15        (Recess.)
16        THE VIDEOGRAPHER:  We're now back on the
17   record.  The time is 2:14 p.m.
18        MS. ALBERT:  I've handed the reporter a
19   document entitled "Battle Card:  Lawson M3
20   e-Procurement, September 2007."  It bears
21   production numbers L 0134159 through 160.  I would
22   ask that that be marked as Billgren Exhibit 7.

106

1        (Billgren Exhibit 7 was marked for
2    identification and attached to the deposition
3    transcript.)
4    BY MS. ALBERT:
5        Q   Mr. Billgren, are you familiar with the
6    document that's been marked as Billgren Exhibit 7?
7        A   Yes, I am.
8        Q   What is it?
9        A   It's a battle card for the M3 Procurement
10   solution which is meant to be potential arguments
11   to be used in favor of positioning our
12   e-Procurement solution.
13        Q   What's meant by the term "battle card"?
14        A   Since I am not native English, it might
15   be a bit of an awkward explanation for me.  But the
16   idea is that our internally -- it's an internal
17   document for our people, so that they should
18   remember and learn and, maybe more importantly,
19   remember the reasons why we have this solution and
20   how they can position it as a value proposition to
21   a potential customer.
22        Q   Do you know who authored this battle

107

1    card?
2        A   It is authored by, again, product
3    management, in collaboration with marketing, who is
4    perhaps refining the document.
5        Q   Do you know if there is any more current
6    version of the battle card than September 2007?
7        A   Again, I'm not 100 percent sure, but as I
8    said earlier, to my understanding this is the
9    latest version we have.
10        Q   Can you turn to the second page of the
11   battle card.
12        A   Yes.
13        Q   In the middle column there is a heading
14   entitled "Catalog Management."  And the second
15   point underneath the heading "Catalog Management"
16   reads, "Support for connection to marketplaces."
17   How does the M3 e-Procurement application provide
18   support for connection to marketplaces?
19        A   As I said earlier, the only way we can do
20   it today is that that marketplace as a supplier
21   operates and allows -- and enters the area of
22   products for the buyers, the requisitioners to

108

1    procure.
2        Q   And they would enter their products --
3        A   That marketplace, yes.
4        Q   -- through the Supply Center?
5        A   Yes.  Thank you.
6        Q   Underneath the heading "How do I win,"
7    there's a reference to tier 1 providers, SAP and
8    Oracle.  Does Lawson compete with SAP and Oracle
9    for sales of the M3 e-Procurement application?
10        A   If we compete, they are two competitors,
11   and they are here named as the tier 1 competitors.
12        Q   Who would be the tier 2 competitors for
13   the sale of Lawson's e-Procurement application?
14        A   That would be local players.
15        Q   Do you have any tier 2 local players in
16   the U.S. against whom Lawson competes for sales of
17   the e-Procurement application?
18        A   No.  Not really.  We -- it's a stretch to
19   say we compete, because we rarely sell the product.
20   But it's to give an education or a highlight to our
21   sales force, what they might be up against.
22        Q   Has Lawson engaged in any competitive

109

1 analysis to analyze the U.S. market as it relates
2 to trying to make sales of the e-Procurement
3 application?
4     A   No.  Not to my knowledge.
5     Q   Underneath the heading "Service
6 Providers," the second paragraph, the first
7 sentence in the second paragraph reads, "Lawson
8 charges customers a one-time user license fee plus
9 annual maintenance."  What's the one-time user
10 license fee for the e-Procurement application?
11     A   What do you mean by what?  If you
12 define --
13     Q   What is the amount of the one-time user
14 license fee for the e-Procurement application?
15     A   It varies of size of the customer and
16 transactions.
17     Q   So what are the different ranges for the
18 one-time license fee amount?
19     A   And again, I need to refresh my memory of
20 what those, how do you say, steps are.  I don't
21 have -- I have not learned them by heart.
22     Q   What would you need to refresh your

110

1 memory on that information?
2     A   I would just need to sort of -- yes,
3 refresh my memory and check with either -- with my
4 product manager.
5     Q   Which product manager would you check
6 with?
7     A   In this case it would be Alfred Gerum.
8     Q   Do you recall -- you said it was based on
9 the number of users for the customer.  Do you
10 recall what the steps are as they relate to the
11 number of users?  What's the -- you know, the
12 lowest level?
13     A   That's why I would like to consult and
14 come back.
15     Q   What's the annual maintenance fee amount
16 for the e-Procurement application?
17     A   For all M3 applications we have a
18 percentage of the license fee.
19     Q   What is the percentage of the license
20 fee --
21     A   Standard is 21 percent.
22     Q   Does Lawson provide any consulting

111

1 services relating to the e-Procurement application?
2     A   Yes.
3     Q   And what types of consulting services
4 will Lawson provide relating to the e-Procurement
5 application?
6     A   It would provide the services of
7 education, like in all situations, project
8 management.  We could also provide technical
9 consultants to help design these web pages.
10     Q   What is the nature of the services
11 offered that you described as project management?
12     A   It's a project manager who supervises
13 that all tasks that needs to be done to make
14 successful implementations are done.
15     Q   So Lawson will assist customers with the
16 installation, configuration, and implementation of
17 an e-Procurement application?
18     A   If asked for, yes.
19     Q   Do you know how the consulting services,
20 how those are priced?
21     A   Being specific about e-Procurement, since
22 we have only done this once in the United States, I

112

1 don't know what the numbers were for those
2 customers.  I don't.
3     Q   What would you need to review in order to
4 determine what the fees were associated with
5 consulting services for that implementation?
6     A   We would have -- the contract as such,
7 possibly.
8     Q   Where are the contracts relating to sales
9 of M3 solutions retained?
10     A   Centrally.
11     Q   Where is the central location where those
12 are retained?
13     A   Physically I would assume it's in Saint
14 Paul.
15     Q   Is there a particular database that you
16 would refer to?
17     A   No.  There is not.
18     Q   If you needed to access a contract
19 relating to the license of an M3 solution, where
20 would you go to access that?
21     A   I would talk to the account executive of
22 the account.  And in many situations -- yes, I

113

1    would talk to the account executive.
2       Q   To the right on this page, under the
3    heading "Reference Customers," do you see that?
4       A   Yes.
5       Q   There are some companies that are listed
6    there.  The company Siemens, that company has U.S.
7    locations, doesn't it?
8       A   The company Siemens might have.  That
9    seems a fair assumption.  But our implementation of
10   it has, to my knowledge, none.
11      Q   How can you determine that?
12      A   By the fact that it's not used in U.S.
13      Q   How do you know that no U.S.-based --
14      A   To my knowledge the contract with Siemens
15   doesn't include any users in the United States.  To
16   my knowledge.
17      Q   And the company Autoliv, they have
18   U.S. -- that company has U.S. locations, does it
19   not?
20      A   Again, the company Autoliv has to my
21   understanding locations or offices in the United
22   States.  Our solution has no users in the United

114

1    States.
2       Q   How do you know that?
3       A   Again, through that -- they haven't
4    created licenses for users to my knowledge outside
5    of, in this case, Sweden.
6       Q   Underneath the heading "Prospect Size,"
7    there's a subheading, "Customer Size," do you see
8    that?
9       A   Yes.
10      Q   The third bullet under that heading
11   reads, "Product is well-suited for fast deployment
12   and phased rollout."  What is meant by "phased
13   rollout"?
14      A   You don't have to -- in this case the
15   meaning implies that you don't have to include all
16   buyers or requisitions at the same time, you don't
17   have to include all products at the same time.  You
18   can take one part at a time.  You don't have to
19   sort of have a big bang approach when you implement
20   it.
21      Q   And the reference to the fast deployment
22   time, what's the typical time it would take to

115

1    deploy the e-Procurement application?
2       A   Again, I don't think I can advise on a
3    typical time, depending on how few implementations
4    we have made specifically in the United States.
5    But I think it's -- yes.
6       Q   What was the time it took to implement
7    the Siemens implementation?
8       A   That I cannot answer to.  Fast deployment
9    here is -- in general terms it's not months -- we
10   don't talk about years.  We talk about definitely
11   much less than half a year to get it up and
12   running.  It's weeks and months rather than months
13   and years.  That's the general understanding and
14   meaning of "fast deployment" here.
15      MS. ALBERT:  Let me have the reporter
16   mark as Billgren Exhibit 8 a document entitled
17   "Lawson M3 e-Procurement 13.1.1.3.0, Quick
18   Installation Guide."  It bears production numbers L
19   0061318 through 351.
20      (Billgren Exhibit 8 was marked for
21   identification and attached to the deposition
22   transcript.)

116

1    BY MS. ALBERT:
2       Q   Are you familiar with the document that's
3    been marked as Billgren Exhibit 8?
4       A   Yes, I am.
5       Q   What is it?
6       A   It's a guide for a consultant, for a
7    partner to understand how to install the
8    e-Procurement solution.  Technically,
9    implementation guide.  Or installation, I should
10   say, that's the proper English word.
11      Q   The reference to 13.1.1.3.0, is that the
12   reference to the current version of the
13   e-Procurement application?
14      A   Yes, it is.  This is the detailed
15   versioning inside the M3 7.1 umbrella version.
16      Q   Do you know if 13.1.1.3.0 is the current
17   version of the e-Procurement application?
18      A   1.3, to my understanding, yes, it is.
19      Q   Is this a standard type of guide created
20   by Lawson in the ordinary course of its business?
21      A   Yes.
22      Q   Who creates this guide?

117

1      A   It's a joint effort of Lawson in

2   development, product management, and services and

3   competences to make sure that we have an

4   installation guide.

5      Q   And you said that this guide would be

6   provided to a consultant or a partner.  Would this

7   also be provided to a customer in order for the

8   customer to understand the instructions for how to

9   install the M3 e-Procurement application?

10     A   Typically we like to sort of help

11   customers in that and offer those services.  Again,

12   since we don't sell a lot of this, it's -- there

13   are more exceptions than rules.  If a customer

14   should want to install it themselves, we would

15   supply them with this document.  But we would

16   typically like to be engaged and involved in an

17   implementation -- in an installation.  In an

18   installation.

19     Q   What are all of the different types of

20   guides that are associated with the M3

21   e-Procurement application?

22     A   That, you have to define.

118

1      Q   You have a quick installation guide, as

2   marked as Exhibit 8.  What are the other guides

3   that are available for the e-Procurement

4   application?

5      A   As a guide on how to execute a process,

6   in this case installation, this is the only guide

7   that I'm aware of that we have.

8      Q   Are there user guides for the

9   e-Procurement application?

10     A   Yes.  They are descriptive material or

11   training material.

12     Q   What are some of those training materials

13   called?

14     A   I am now thinking to see if I can figure

15   out what I -- no, honestly I have to pass on that

16   question, to double-check what we really have from

17   a user guide perspective.

18     Q   I haven't seen any user guides.  So I was

19   just wondering what you would give to an actual

20   user to tell them how to use the product.

21     A   Typically the product is a self-service

22   product, so you should actually, when it's

119

1   installed, and then after implementation, you

2   shouldn't need any guide to use it.  Then we've

3   actually failed with implementation.  It should be

4   self-explanatory.  You click on your product groups

5   and you find your product, you click this is what I

6   want, and then there should be enough instructions

7   on the screen.

8      Q   Is there an administrator --

9      A   I don't think we have real user guides to

10   e-Procurement, when I think about it.

11     Q   Do any customers ever ask that you

12   provide training to them on how to use the product?

13     A   Again, we don't have that many customers.

14   But we can always supply with training for all our

15   products if customers asked, is asking us.

16     Q   Have you ever provided to a customer that

17   has asked for training any type of materials such

18   as a training written guide or a video instruction

19   or a webinar?

20     A   As part of a bespoke or a customized

21   offering to a customer, maybe.  I wouldn't know,

22   because I don't have all the details of all of our

120

1   implementations in e-Procurement, what kind of

2   material we might have helped ourselves and the

3   customer with in such a training.

4      Q   Is there any kind of standardized

5   training that's available to describe how to use

6   the e-Procurement application?

7      A   I would like to, again, search my memory

8   on it.  But I -- the more I'm searching, I don't

9   think so.  I don't think we have a standardized off

10   the shelf training on e-Procurement, since it is a

11   product that we so rarely encounter sales in.

12     Q   How many sales have you had total,

13   overall time, with respect to the e-Procurement

14   application?

15     A   Again, to give a really detailed answer,

16   I need to refresh my memory.  But I would say it's

17   no more than -- definitely less than a hundred.

18   And if I need to gauge it in, it might probably be

19   less than 50.

20     Q   So if you needed to conduct a search to

21   determine whether you had ever prepared any

22   training materials for any of those 50 customers,

121

1  where would you go to look?

2     A   I don't know if I can, because if you as

3  a customer ask for a specific consultant activity,

4  and as part of that you produce material that is

5  material for that customer, and we don't

6  necessarily keep track of that.  That might be the

7  customer's -- I don't think we can -- I don't know

8  if we can actually gather that information.

9     Q   There would be no place within Lawson

10  where past training materials of this type might be

11  retained?

12     A   I wouldn't phrase it like that, because

13  saying "training materials" means it's

14  standardized.  As you said, I don't think we have

15  standardized off the shelf training material.  It

16  might be things we have done bespoke for customers.

17  Hence it is actually owned by the customer in that

18  case.

19     Q   Well, if you wanted to find a copy of one

20  of these customized or bespoke training materials

21  that you had prepared, where would you go to look

22  for that?

122

1     A   That would be sort of a relation between

2  us and the customer, if he wants to share that with

3  us or not.  We might have done it on behalf of him.

4  And it might include internal processes and

5  internal guidelines on how they use the system

6  themselves.  So it might not be something that is

7  for us to share with anybody.

8     MS. ALBERT:  I would renew my request for

9  any type of customized training materials that have

10  been prepared for customers of the e-Procurement

11  application, and that those be provided to us, if

12  there are any.

13     MR. SCHULTZ:  To the extent they exist,

14  we'll look to see if they are available.

15  BY MS. ALBERT:

16     Q   Now, getting back to more standardized

17  types of guides, is there an administrator guide

18  associated with the e-Procurement application?

19     A   What do you mean by "administrator

20  guide"?

21     Q   A system administrator guide to tell the

22  administrator of the system, you know, for example,

123

1  how to set up roles, how to import the supplier

2  catalog and publish that to the Meta Catalog in the

3  Buy Center, that sort of thing.

4     A   I don't think we have that systemized,

5  again, to the best of my knowledge now, searching

6  my memory, that we have any of that standardized

7  off the shelf for customers.  So it would be a

8  matter of education, case by case.  Apart from

9  what's already documented here, of course.

10     Q   Have you prepared any customized

11  materials for customers of that nature?

12     A   Have I or --

13     Q   Has your group prepared or the

14  professional services organization prepared any

15  training materials of that nature with the --

16  describing the administrator functions for any

17  customer?

18     A   Again, the same answer as before.  I

19  wouldn't really know.  That would be up to each

20  and -- case by case on the customers, if that's

21  been prepared on behalf of the customer, which then

22  would be the customer's material and not ours.

124

1     Q   Can you turn to page 8 of the quick

2  installation guide that has the Bates number ending

3  325.

4     A   Yes.

5     Q   What's displayed on this page?  Can you

6  describe what it's showing?

7     A   First, I'm not a technical installer.  I

8  don't intend to install e-Procurement or being able

9  to install e-Procurement.  So I'm not technically

10  savvy to do that.

11     Q   Are there any applications that are

12  prerequisites that you need to install prior to

13  installation of the M3 e-Procurement application?

14     A   As I said, you of course have to have

15  your operation system, and you also have to have

16  the run time environment, WebSphere application

17  server.  I would be stretching my competence.  But

18  looking at this page, as you said, 1325, in the box

19  A, I would say, would be some prerequisites that

20  you need to have on your server.

21     Q   So you need to have for example Microsoft

22  SQL server installed and Microsoft SQL XML 3.0?

125

1     A   To the best of my understanding, yes.
2   But as I said, I'm not technically savvy enough to
3   decide in what order any of these needs to come in.
4   But on a high level, yes, you need to have
5   Microsoft SQL server.  You need to have the
6   WebSphere application server installed.  So then
7   this is a flow chart on in what sequence, after you
8   have A, which are the prerequisites, then you do 1,
9   2, 3, 4, 5, 6, 7, 8, 9, 10.
10     Q   What is the -- do you see in block 3,
11   there's a reference to an MEC extension for
12   e-Commerce, do you know what that's referring to?
13     A   I believe so.  That's the e-Collaborator.
14   Again, if you wanted to connect with M3 or XML
15   sheets, to obtain -- to be able to communicate with
16   the APIs of the M3 Business Engine.
17     Q   Thank you.
18     MS. ALBERT:  Let me have the reporter
19   mark as Billgren Exhibit 9 a document entitled
20   "Lawson M3 e-Procurement 13.1.1.3.0 Installation
21   and Setup Guide."  It bears production numbers L
22   0061746 through 819.

126

1     (Billgren Exhibit 9 was marked for
2   identification and attached to the deposition
3   transcript.)
4   BY MS. ALBERT:
5     Q   Are you familiar with the document that's
6   been marked as Billgren Exhibit 9?
7     A   Yes, I am.
8     Q   What is it?
9     A   This is the full installation and setup
10   guide for the same.
11     Q   What's the purpose for this guide?
12     A   Again, to enable consultants, either our
13   own or partners', or potentially for a customer who
14   wants to handle this himself or in parallel with
15   us.
16     Q   What's the distinction between the quick
17   installation guide and this particular guide?
18     A   The quick installation guide is for me a
19   short version and more technically oriented than
20   the installation and the setup guide.  There are
21   more instructions on how to set up the solution
22   here.  And as I said, I'm not technically savvy

127

1   enough to say if these set of instructions are
2   enough for anybody to run with the solution, since
3   it is a self-service solution.
4     But it would be very, very close to being
5   a complete installation slash implementation of the
6   basic foundation for e-Procurement when finalizing
7   this more complete installation guide, hence that
8   you could probably allow a supplier to go in and
9   start uploading and as soon as you've uploaded, the
10   first two items or products, you could start doing
11   self-requisitions.
12     Q   Do you know if this is the most current
13   version of the e-Procurement installation and setup
14   guide?
15     A   To my understanding, yes, it is.  But
16   again -- yes.
17     Q   Thank you.
18     MS. ALBERT:  Let me have the reporter
19   mark as Billgren Exhibit 10 a document entitled
20   "Lawson M3 e-Procurement 13.1.1.3.0, M3
21   Integrators' Guide."  It bears production numbers L
22   0061352 through 535.

128

1     (Billgren Exhibit 10 was marked for
2   identification and attached to the deposition
3   transcript.)
4     THE WITNESS:  Yes.
5   BY MS. ALBERT:
6     Q   What is the document that's been marked
7   as Billgren Exhibit 10?
8     A   You're asking me?
9     Q   Yes.
10     A   This is a guide on how you -- if you
11   would choose to integrate e-Procurement with M3
12   using e-Collaborator to access our APIs.  I just
13   reused that phrase because that's how I explained
14   what the e-Collaborator was.
15     Q   Right.  Okay.  Do you know who authored
16   this guide?
17     A   This again is a collaborative work done
18   by product management and development.  And now we
19   spend beyond e-Procurement, this is all in
20   e-Collaborator, which is part of our technology
21   foundation as well.
22     Q   To whom is this guide distributed?

129

1      A   Again, to consultants, ours or partners',

2   and in some very rare cases someone who -- on the

3   customer's side who sort of wants to in parallel

4   with us understand how to integrate the solution.

5      Q   Is there a central repository of all of

6   the M3 technical documentation such as the guides

7   that we're seeing today?

8      A   They're all -- no, not really.  We --

9   they are presented for training to our own -- this

10  is internal material, and they bring it forward to

11  the people when relevant to train them and make

12  sure they understand our solutions.

13     Q   Are these M3 e-Procurement guides

14  available on the support.lawson.com website?

15     A   There are many things.  If all three of

16  them are available there, is that the question?

17     Q   Well, let's start with this one marked as

18  Exhibit 10.  Do you know if that one's available at

19  the support.lawson.com website?

20     A   Support?

21     Q   Are you familiar with that website?

22     A   Support...

130

1      Q   The support website for Lawson?

2      A   I don't think this is part of that.

3      Q   Do you know if the installation guides

4   are available at the support website?

5      A   I don't know.

6      Q   How would you find out?

7      A   I would have to check the support site.

8      Q   Do you know if any searches were

9   conducted for documentation relating to prior

10  versions of the e-Procurement application?

11     A   Any documentation prior to this?

12     Q   Right.

13     A   No, I think -- my understanding was that

14  it would be provided in a later documentation.

15     Q   What about prior versions, have those

16  been provided?

17     A   Not to my -- I mean, in the level that

18  they exist, which I'm not sure they do, because

19  this has been written over time and over years.  We

20  don't sort of -- when the latest versions is out,

21  the older version is no longer distributed or

22  maintained or -- it's never installed again, so

131

1   it's only the latest version that is installed.  So

2   this is the only version of the solution that you

3   would acquire or use.

4          So we don't sort of really update older

5   versions.  They are more or less replaced.

6      Q   Is there any kind of archive of

7   historical documentation associated with the M3

8   solution?

9      A   That again is a huge question, because if

10  you're talking about e-Procurement, these

11  installation guides I think are only updated on the

12  latest version, since there is no point in having

13  them backdated, since we are only installing the

14  latest version.

15     Q   The version of -- well, strike that.  Do

16  you know if there is any difference in

17  functionality between the current version of the

18  e-Procurement application and the immediately prior

19  version of the e-Procurement application?

20     A   There have been enhancements in

21  functionalities.  Not any major, since it is a very

22  obscure part of the entire M3 offering.  So it's

132

1   not really an investment area of ours.  So they are

2   not huge mega steps.  But of course we keep the

3   quality up of the product.

4      Q   Do you know, do you recall what the

5   functionality was that was associated with the last

6   enhancements that were made to the e-Procurement

7   application?

8      A   To my recollection, nothing major that I

9   can point out on top of my head.

10     Q   Can you turn to page 76 of the guide.

11  And that has the Bates number ending 427.

12     A   Yes.

13     Q   It refers here to some fields on the

14  supplier master, and under order method, there is a

15  reference to e-mail.  And also under supplier

16  e-mail, there's a reference.  Do you know if the

17  system uses e-mail functionality to communicate

18  with suppliers?

19     A   Again, the system is a bit vague.  But

20  this is only in conjunction when you have M3

21  involved.

22     Q   Right.

133

1   A   And then you need to sort of have a check
2   and balance between e-Procurement and M3.  So you
3   have to have the same values for the suppliers
4   involved, so that you could sort of send the
5   purchase order to the supplier, either from
6   e-Procurement or from M3.  If you work
7   e-Procurement standalone, which I think is the most
8   common way of doing it, then you set up e-mail or
9   faxes, and the system can create that for you.
10   Or of course you communicate with the
11   supplier through the Supplier Self-Service center,
12   so he just goes to the web page and just views it.
13   This is just meant to secure that these are in this
14   case four fields in the M3 supply master record
15   that needs to be specifically paid attention to.
16   Q   But you could implement the e-Procurement
17   application in a manner so that a purchase order
18   would be transmitted by the application via e-mail
19   rather than posting it in the Supply Center?
20   A   Yes.  I mean, that's nothing very
21   specific for Lawson.  I mean, everybody can
22   generate an e-mail.  It's just -- a printout, an

134

1   output format can always have a designated e-mail
2   application, so it creates an attachment of a PDF
3   or whatever format.
4   Q   Can you turn to page 111 in the document.
5   A   Page 111.
6   Q   Under the heading "Create Purchase
7   Order," the text reads, "Purchase orders are
8   created in M3 as a result of Lawson M3
9   e-Procurement requisition approval.  When a
10   requisition is approved in Lawson M3 e-Procurement,
11   it will trigger the creation of a purchase order in
12   M3 by the generation of an MBM file.  In cases when
13   one requisition results in more than one purchase
14   order, the split into purchase orders will be done
15   by Lawson M3 e-Procurement."
16   So in a situation where you've deployed
17   the application as integrated to M3, are purchase
18   orders created in the e-Procurement application?
19   A   They always exist in e-Procurement, and
20   as we said earlier, they are then on the screens
21   called supplier orders.  This shadow order is

135

1   created in M3, in parallel, so that you could, if
2   you want to, to handle goods receiving in M3 rather
3   than in e-Procurement.  And at the end of the day,
4   the most important feature with integration at all
5   is to be able to do this in voice matching, at the
6   end of the day.
7   Q   Could you turn to the next page, please.
8   A   Yes.
9   Q   Under the heading "Purchase Order
10   Confirmation," the first sentence reads, "When a
11   purchase order is confirmed in Lawson M3
12   e-Procurement, the confirmation information is
13   transferred to M3 as a purchase order
14   confirmation."
15   So again, in the situation where you have
16   integrated the M3 e-Procurement application with
17   the M3 system, you have Purchase Order confirmation
18   created in both the e-Procurement application as
19   well as in the M3 back end; is that correct?
20   A   Yes.
21   Q   And what's the purpose for which it's
22   created in the M3 back end?

136

1   A   So that you can eventually have that
2   information available when you do the invoice
3   matching, since e-Procurement doesn't handle
4   anything of supply payments.
5   Q   Underneath the heading "Item Number
6   Mapping," the first two sentences read, "The items
7   used in Lawson M3 e-Procurement are selected from
8   the various catalogs that have been made available
9   in the application.  Typically not all items in
10   Lawson M3 e-Procurement are defined as items in
11   M3."
12   Why is that the case, that not all items
13   in M3 e-Procurement are defined as items in M3?
14   A   The entire underlying idea with
15   e-Procurement is that you should not have to have
16   the items in your normal standard ERP solutions.
17   Because if you were to keep -- I mean, typically in
18   your M3 ERP, you keep track of all your old items,
19   the items that you produced, to see my finished
20   goods, your raw material.
21   If you were to sort of, how should I say,
22   contaminate, maybe that's the wrong word, but if I

137

1  were to mix that with sort of external furniture
2  suppliers or everybody else's items, that wouldn't
3  help the situation.
4      Q   So you want to keep --
5      A   And actually M3 as such cannot handle
6  transactions that does not have an item defined in
7  the M3 system, whereas these are items that you
8  don't want to have defined.
9      Q   So you want to keep the catalog items for
10  your indirect materials in the database in the
11  e-Procurement application versus replicating them
12  in the M3 Item Master?
13      A   Because I think it's not just about
14  keeping them separated as such, it's that you don't
15  maintain the items from the suppliers.  The
16  suppliers maintain them from the Supplier
17  Self-Service.  That's the entire idea.  You
18  maintain your own items, whereas this is a
19  self-service requisition type system, so that sort
20  of to help you just handle that kind of procurement
21  that comes from indirect materials and
22  requisitions, meaning that you don't want to

138

1  maintain them.  You want the suppliers.  And this
2  solution --
3      Q   So --
4      A   Yes.
5      A   -- once you've loaded a supplier catalog
6  into your database in the Buy Center, the supplier
7  can continue to maintain its items by sending you
8  updates, for example if the prices have changed to
9  those items, they can send updates through the
10  Supply Center; is that what you mean when you're
11  saying that the supplier maintains the items?
12      A   I wouldn't say "send updates."  But he
13  will go in and he will view the catalogs or the
14  list of products he has, and then he would -- he
15  can change or update them.  And when they are
16  updated or approved, he has his own little approval
17  process, now they are approved, now all of a sudden
18  they are published, i.e. viewable by the buyer so
19  he can do a REQ on them.
20      Q   Thank you.  I think I'm done with that
21  document.
22      A   Okay.

139

1      MS. ALBERT:  Let me have the reporter
2  mark as Billgren Exhibit 11 a copy of a document
3  entitled "Lawson M3 e-Procurement 13.1.1.3.0
4  Deployment Guide."  It bears production numbers L
5  0061536 through 745.
6      (Billgren Exhibit 11 was marked for
7  identification and attached to the deposition
8  transcript.)
9  BY MS. ALBERT:
10      Q   Are you familiar with the document that's
11  been marked as Billgren Exhibit 11?
12      A   Yes, I am familiar with the document.
13      Q   What is it?
14      A   This is a document that -- deployment, in
15  this case that means sort of how do I continue from
16  when I have done the other documents you presented
17  to me, the -- let me say the right names -- I think
18  it was 8, 9, and 10, how do you continue with
19  making sure that the solution, the e-Procurement
20  solution can be usable.
21      Q   So by whom is this guide used?
22      A   Again, it's geared to the same audience,

140

1  consultants, ours or potential partners'.  And in
2  some cases it could be shared with a customer who
3  wants to do the deployment all by themselves.
4  Typically we would offer to do it in conjunction or
5  in parallel with the customer.
6      Q   Can you turn to page 7 of the guide.
7      A   7?
8      Q   7.  It has the Bates number ending 542.
9      A   Yes.
10      Q   Do you see under item 6, that item reads,
11  "Set up each supplier as described in setting up
12  suppliers on page 107.  For each supplier you will
13  need to do the following.  1, set up one or more
14  supplier companies.  2, create one or more users
15  for each supplier.  3, define one or more
16  agreements for each supplier.  4, establish one or
17  more catalogs, each of which is configured with
18  product groups, location availability, company
19  availability, and an approval procedure.  5, test
20  the solution by publishing products for one or more
21  catalogs."
22      So in order to deploy the e-Procurement

Billgren, Henrik - Vol. 1  10/21/2009  12:00:00 PM

141

1  solution, you need to have catalogs that are
2  associated with a supplier; is that correct?
3      A   Yes.  If you want to do requisitions from
4  said supplier.  I mean, this is a stepped approach,
5  where you are picking one step, step 6, meaning
6  that now we have reached the situation and you're
7  set up, where you actually start defining the
8  suppliers that you have a relationship with.  And
9  these are the five substeps that you go through to
10  secure that e-Procurement reflects that
11  relationship that you have with that supplier.
12      Q   What does it mean under step 4, location
13  availability?  Do you know what that means?
14      A   I think the understanding of company and
15  location availability here is that it's -- the
16  product -- because it has nothing to do with on
17  hand quantities.  It's, are you available to -- say
18  that you are the user of e-Procurement, and maybe
19  you have 50 sites in all 50 states.  Are you, A,
20  available to deliver this product to this site, are
21  you available from this company to deliver this
22  process from the supplier to that -- so that at the

142

1  end of the day you don't have published or viewable
2  products that cannot be delivered.
3      Q   Can you turn to page 21 of the guide.
4      A   21.  Yes.
5      Q   Under the heading "Customizing the Excel
6  Spreadsheet," the first sentence reads, "Lawson M3
7  e-Procurement can use a Microsoft Excel spreadsheet
8  to exchange product catalogs with suppliers."  The
9  next sentence indicates that the spreadsheet is
10  specially programmed to make it easy for suppliers
11  to create and modify catalogs that can be imported
12  into Lawson M3 e-Procurement via the Supply Center
13  presentation.
14      Can you explain this supplier catalog
15  import process?
16      A   It's -- the process is really an upload
17  of said spreadsheet into the database of
18  e-Procurement, where the information on the
19  spreadsheet is told in a way where it can then,
20  when approved, be viewed by the buyer, the
21  requisitioner.
22      Q   Once the supplier sends the spreadsheet

143

1  with the product catalogs, where is that data
2  imported into?
3      A   Again, sorry, I don't think he sends
4  anything.  He has the spreadsheet.  And of course
5  he has to update the spreadsheet somehow.  And then
6  we supply guidelines or templates for how such
7  spreadsheet could look.  Then that spreadsheet sort
8  of you upload to e-Procurement.
9      Q   Where --
10      A   You don't send anything.
11      Q   Okay.  Thank you.  Where are the
12  guidelines -- you said that there were -- Lawson
13  supplies guidelines or templates for how the
14  spreadsheet could look.  Where are those guidelines
15  or templates?
16      A   You would find them in these documents.
17      Q   All right.  Maybe we'll hit upon that as
18  we go through this document.
19      A   But it is just really a spreadsheet.
20      Q   Does the template have formats for the
21  fields of data that should be associated with each
22  item?

144

1      A   Yes.  It helps and guides how you work
2  with the spreadsheet.
3      Q   Do you remember some of the fields of
4  data that are included in the template?
5      A   Your item number, your item description,
6  the price of the item, any other text that you want
7  to be displayed with the item, descriptions of
8  various nature.
9      Q   The next sentence following that sentence
10  reads, "The spreadsheet further includes a
11  validation function to ensure that the supplier has
12  filled in the fields correctly, or at least in a
13  way that will allow the import function to work."
14  Can you describe this validation function?
15      A   It's meant to sort of help the supplier
16  so that if he has made errors, that they are
17  detected before he actually tries to do the upload,
18  so you haven't entered wrong things in the wrong
19  fields.
20      MS. ALBERT:  The videographer has
21  indicated that he needs some time to change the
22  tape.  So let's take a brief recess to allow the

Billgren, Henrik - Vol. 1  10/21/2009  12:00:00 PM

---

145

1   videographer to change the tape.

2        THE VIDEOGRAPHER:  This marks the end of

3   tape number 2 in the deposition of Mr. Billgren.

4   We're going off the record.  The time is 3:16 p.m.

5        (Recess.)

6        THE VIDEOGRAPHER:  This marks the

7   beginning of tape number 3 in the deposition of

8   Mr. Billgren.  We're back on the record.  The time

9   is 3:24 p.m.

10  BY MS. ALBERT:

11       Q   Mr. Billgren, referring back to page 21

12  of Exhibit 11, under the heading "Modifying the

13  Database," do you see there's a reference to an EPR

14  database?

15       A   Yes.

16       Q   What is the EPR database?

17       A   I don't recall or remember, what it

18  abbreviation, what it stands for.

19       Q   Is it the database where the supplier

20  catalog data is stored?

21       A   Give me a second here.  I think EPR

22  stands for the e-Procurement database.

---

146

1        Q   And what types of data are stored in the

2   e-Procurement database?

3        A   Again, the definition of "database" here

4   means that it's sort of a database which could have

5   several tables.  So what it says, the instruction

6   says, tells me, my understanding of it, is you open

7   up the e-Procurement database, and you add a new

8   field to the database, in this case weight, because

9   you want to populate a new content in the product

10  supply table.

11       So you have a field called "Weight" that

12  you want to be added to the e-Procurement database

13  as such, because it's not there.  This is an

14  example of a field that you want to add.  And then

15  you add the field as such, as a field definition,

16  and then you tell the SQL server in the

17  e-Procurement database that that field applies to

18  the table Product Supply, Product Buy, Product Work

19  Area, Product Upload.

20       And then you just continue the procedure.

21  And thereby you have the -- so this directs you to

22  the tables that needs to contain the new field for

---

147

1   a product if you as a supplier would like to have a

2   new field to your information of the product.  Did

3   that make sense?

4        Q   So are tables associated with the

5   supplier item data stored in the e-Procurement

6   database?

7        A   Yes.

8        Q   What data is stored in the table Product

9   Supply?

10       A   Then I would have to go to the table

11  definition for that, which I don't know by heart.

12       Q   Do you know what data is stored in the

13  Product Buy table?

14       A   The same answer to Product Supply.  But

15  the Product Supply and Buy data is typically a

16  reflection of each other.  But the data content,

17  you have to go to the table definition.

18       Q   Can you go to page 22 of the guide.

19       A   Yes.

20       Q   Do you see at the top of the page,

21  there's a reference to a procedure, Catalog

22  Publish.  Does this Catalog Publish procedure come

---

148

1   with the e-Procurement application as it's

2   delivered?

3        A   This is a stored procedure that only does

4   one thing.  It takes the information in the Product

5   Supply table and copies it to the Product Buy

6   table.  The Product Buy is the approved catalog.

7   So that is what the buyer sees when he or she is

8   doing a requisition.

9        Q   And there's a procedure reference down

10  below that process, Catalog Upload.

11       A   Yes.

12       Q   Does that procedure come with the

13  e-Procurement application as delivered?

14       A   Yes, the same as Catalog Publish.  And

15  the reason why they are mentioned here on page 22

16  is that they are made mention in the context of

17  modifying the database.  So if you want to add a

18  field, then you have to -- to the product, you have

19  to impact these tables, Supply, Buy, and Work Area,

20  and Product Upload.  Then you also have to change

21  in the store procedures, that copies from Product

22  Supply, that's used for Update and the Work Area.

---

Billgren, Henrik - Vol. 1  10/21/2009  12:00:00 PM

---

149

1    Q   Can you turn to page 37 of the guide.

2    A   37.  Yes.

3    Q   Under the heading "Establishing Product

4    Groups," the first sentence reads that "All

5    products in all catalogs must be associated with a

6    product group."  What is a product group?

7    A   A product group is the sorting identity

8    to which all products are connected, so that the

9    buyer can view the products by product group.

10   Q   Why is it necessary that all products in

11   all catalogs be associated with a product group?

12   A   It's just the way the system is built.

13   Otherwise they're not displayed.

14   Q   So you used the product group in order to

15   search for products that you wished to requisition?

16   A   Yes.  That's the hierarchal -- also the

17   hierarchal way the products are displayed for all

18   vendors or suppliers.

19   Q   So as it indicates down in the next

20   paragraph, product groups are organized into a tree

21   structure, with the top level groups representing

22   the most general groups, each of which can be

---

150

1    broken down further into smaller subgroups.

2    A   Yes.

3    Q   So you can use that product group search

4    functionality to drill down the tree structure from

5    general product groups to increasingly more

6    specific product groups when you're conducting a

7    search for a particular item; is that correct?

8    A   Yes.

9    Q   Does the e-Procurement application come

10   with any predefined product group hierarchy tree?

11   A   No.

12   Q   Does the user have to define the product

13   group hierarchy when they set up the system?

14   A   Yes.

15   Q   Can you turn to page 85 of the guide,

16   please.

17   A   85.  Yes.

18   Q   This page relates to user roles.  Can

19   user roles be used to define which supplier product

20   catalogs a specific user is provided access to?

21   A   Sorry.  I have to take that question

22   again.

---

151

1    Q   Can you -- when you define a particular

2    role for a user of the e-Procurement application,

3    can you use that, in the role definition, can you

4    limit the supplier product catalogs that that user

5    can be provided access to?

6    A   Yes.  You can.

7    Q   Can you turn to page 101 in the guide.

8    A   Okay.

9    Q   At the top of the page there's a bullet

10   referencing "Product Offer Dot Update Expired

11   Offers."  And the description under that bullet

12   reads, "Checks product offers for expiry," I don't

13   know how to pronounce that word, "according to

14   dates set in the Supply Center, and changes the

15   status accordingly in the e-Procurement database."

16   A   Mm-hmm.

17   Q   Does this job -- is this provided

18   standard in the e-Procurement application?

19   A   Yes.

20   Q   What information is in the Supply Center

21   that is checked to determine if the product offer

22   is still available or has expired?

---

152

1    A   Expire date.  And today's date.

2    Q   So is one of the fields associated with a

3    catalog item expiration date?

4    A   Yes, or expiry date or whatever, a date

5    when that product or that specific line in the

6    catalog is no longer valid.

7    Q   Can you turn to page 104.

8    A   104.  Yes.

9    Q   Under the heading "Submitting Orders to

10   Suppliers," the first paragraph reads, "When an

11   order has been completely approved, Lawson M3

12   e-Procurement formats the order using a Word

13   template and saves each order as a PDF or Word

14   document based on this template.  It is then ready

15   to be submitted to the appropriate suppliers.

16   Submission is done via e-mail."

17        So you had indicated earlier that you

18   could post the supply order in the Supply Center.

19   Can you either -- can you do either posting it in

20   the Supply Center or sending it via e-mail with the

21   e-Procurement application?

22   A   Both.  It's both.  I mean, it's always

---

153

1  posted in the Supply Center, if the supplier should
2  look for it.
3      Q   And then if the supplier prefers to
4  receive it via e-mail, the e-Procurement
5  application includes the functionality to save the
6  order as a PDF or Word document?
7      A   Yes.
8      Q   And includes the functionality to
9  transmit that via e-mail; is that correct?
10     A   Yes.  Yes.  That's what I said.  So you
11  don't need to create the purchase order in the M3
12  Business Engine, as we have said earlier, to get
13  the process flow operating.
14     Q   Can you turn to page 116.
15     A   Mm-hmm.
16     Q   Towards the bottom of the page, there's a
17  bullet reading "valid from" and "valid to."  Do you
18  see that?
19     A   Mm-hmm.
20     Q   And the description next to that bullet
21  reads, "Use these settings to control the date
22  span, using DD/MM/YYYY format, in which the

154

1  catalogs under this agreement will be visible on
2  the Buy Center.  They will be invisible on all days
3  outside of this range."
4      So if a catalog is no longer visible to
5  buyers through the Buy Center, does that mean that
6  the company's agreement with the supplier may have
7  expired or that those products, those supplier
8  products are no longer available for purchase?
9      A   It could mean any of those, and
10  whatever -- it simply says that you have here a
11  capability or a facility, a feature to -- or a
12  facility to, in each and every of the lines, tell
13  about the validity, whatever reason.  But it's
14  manually entered.
15     Q   Can you turn to page 120 of the guide.
16     A   Yes.
17     Q   Underneath the heading "Product Entry and
18  Upload," there's a bullet, the third bullet down,
19  that states, "Uploading changes to the XML
20  Gateway," do you see that?
21     A   Yes.
22     Q   What is the XML Gateway?

155

1      A   In this context, it is the way to
2  import -- so that the supplier, as we said earlier,
3  you can take a spreadsheet, Excel spreadsheet,
4  upload that.  Instead, you can have an XML
5  document, and then you have to use the XML Gateway
6  to upload.  And then you have to use our
7  e-Procurement XML formats for that.
8      Q   And the e-Procurement XML format, where
9  can that be found?
10     A   How do you mean, where can that be found?
11     Q   Is there a standard format that you
12  provide in order to define the format for the data
13  that the supplier is going to provide via the XML
14  method of transmission of its catalogs?
15     A   Yes.  I mean, the document will be
16  defined somewhere.
17     Q   Do you know where that document is
18  defined?
19     A   On top of my head I can't say where in
20  these documents, no.  I have to search for it.  But
21  it also states that this is not the only way you
22  can do it.  You can upload it through any kind of

156

1  special portal, which you have to develop yourself
2  and use, whatever style sheet you have.  But it
3  needs to get into the e-Procurement XML format.
4      You know, it's a mapping --
5  e-Collaborator is a mapping tool.  So whatever XML
6  shape, format you might have, you can map it in
7  e-Procurement so that the transformation is done.
8      Q   Would the formats be found in the
9  e-Collaborator guide?
10     A   I would have -- either there or in the
11  integrators' guide.
12     Q   I didn't see any file formats in the
13  integrators' guide, but maybe I need to look again.
14     A   But as to say, I -- I would have thought
15  it in this -- there might be a link to where it is
16  in this.
17     MS. ALBERT:  If there are particular
18  documents defining the standard templates for the
19  XML spreadsheet for the catalog upload or the XML
20  format used for the catalog data upload, I would
21  ask that those be produced.  I've looked in the
22  documentation, and I cannot find those templates.

157

1    MR. SCHULTZ:  We'll check to see if they
2 exist.
3    MS. ALBERT:  Thank you.
4 BY MS. ALBERT:
5    Q   Can you turn to page 154 of the guide,
6 please.  This page describes some e-mail messaging
7 that's generated by the e-Procurement application;
8 is that correct?
9    A   One second.  I managed to do something
10 with my microphone.  Sorry.  Yes, you were saying?
11    Q   This page describes some e-mail messaging
12 that's generated by the e-Procurement application,
13 is that correct?
14    A   Yes.  It is.
15    Q   And this particular e-mail message is
16 entitled "Order Confirmed."  What is the purpose
17 for an "Order Confirmed" e-mail message?
18    A   This e-mail is meant to be used and
19 generated by a store procedure when the supplier
20 using the Supply Center -- you remember I said they
21 can view these, and of course they can have them in
22 mail or in parallel, but to send a signal to the

159

1 know that that exists.  I was just trying to see --
2 yes, here it is.  Could you repeat the question
3 again?  I'm not sure I'm answering your question.
4    Q   Is the e-mail notification found on page
5 160 of the guide, the type of e-mail message that a
6 supplier could use to tell a buyer that it was
7 rejecting one line of the order and confirming
8 another part of an order?
9    A   I would say yes, with a caveat that he
10 doesn't generate -- the supplier doesn't do
11 anything.  He put in a comment, and when this store
12 procedure would then generate the e-mail, when he
13 has singled out rather that -- so that the first
14 e-mail you talked about to me about on page
15 whatever it was --
16    Q   154.
17    A   Was it 154?  Was there for the entire --
18 has been confirmed, this has come back as a comment
19 if he has made that line reservation.
20    Q   Thank you.
21    A   That's why there are so many messages.
22 But the purpose here is that the collaboration --

158

1 buyer that I have now received the order, so I can
2 expect it to arrive.
3    So the e-mail -- the purpose of the
4 e-mail is to inform the buyer that the order has
5 been not just approved, because it was already
6 approved, but is now confirmed by the supplier.
7    Q   Can a supplier reject part of an order
8 and confirm part of an order, like reject one line
9 on an order and confirm one line of the order?
10    A   To my understanding, yes, they can -- you
11 can set it up so that they can do that, yes.
12    Q   Would this type of e-mail be used to make
13 that notification to a buyer?
14    A   No, I think the process is much more
15 simpler than that, to my understanding, because I
16 think that...
17    Q   How can a supplier --
18    A   I -- my understanding is that typically
19 you -- if you were to sort of -- because there is a
20 special message sent when you have reacted the
21 order, if the supplier says I can cannot do it,
22 then there is a special message for that.  And I

160

1 yes.
2    Q   Can you turn to page 199 of the guide?
3    A   199.  I'm sorry.  Oh.  Yes.
4    Q   The heading on that page is "What is the
5 XML Gateway?"
6    A   Mm-hmm.
7    Q   Do you see that?  This XML Gateway I
8 think we talked about before as enabling the web
9 applications to communicate with other systems,
10 the -- well, can you just describe for me what the
11 functionality of the XML Gateway is?
12    A   Yes.  I mean, other than what the text
13 says here, you mean, or -- do you have a
14 question --
15    Q   At a high level, how is the XML Gateway
16 used in connection with the e-Procurement
17 application?
18    A   It's used in what is called the Design
19 Center, when you set up your solution.  And it has
20 three prime functions, as it describes here; either
21 to talk to the e-Collaborator, or to act as an
22 extension for e-Collaborator so you can use XML

161

1  communication in your web applications, and also to
2  just any collaborative or any communication from
3  one business object to another.
4      So it's programmatically something that
5  can be used to achieve exchange or development in
6  the system.
7      Q   Would you need to have the XML Gateway
8  implemented in order to have the functionality
9  associated with a supplier using the XML template
10  to send the supplier catalog data in that method
11  rather than the Excel spreadsheet?
12     A   That's my understanding, yes.
13     Q   On this page 199, there's a reference to
14  the Lawson product download page.  Do you see that?
15     A   On page what?
16     Q   199.
17     A   Yes.
18     Q   It says you can obtain MEC from the
19  Lawson product download page.  Where is the Lawson
20  product download page found?
21     A   You remember I talked about we have -- I
22  think I believe I used the word "office," or that

162

1  distributes our software.  And one way of
2  distribution of software is download.  So within
3  the framework of our distribution office there is a
4  web page for download for a customer who has a
5  license, if they -- so they are given that address
6  to go and download.
7      If they have acquired a license, when we
8  distribute -- and the distribution is through
9  download, then they will be directed to that web
10  page.
11     Q   Would a customer that's licensed the
12  e-Procurement application be required to pay an
13  additional license fee in order to obtain the M3
14  Enterprise Collaborator?
15     A   The short answer is yes.  E-Collaborator
16  has its own price.
17     Q   And do you know what the fees are
18  associated with a license to the e-Collaborator?
19     A   Not on top of my head.
20     Q   How would you find out that information?
21     A   Like I said before, I would just talk to
22  my -- the product manager.

163

1      MS. ALBERT:  Can I take a brief couple of
2  minute break?
3      MR. SCHULTZ:  Yes.
4      THE VIDEOGRAPHER:  We're going off the
5  record.  The time is 3:58 p.m.
6      (Recess.)
7      THE VIDEOGRAPHER:  We're now back on the
8  record.  The time is 4:16 p.m.
9      MS. ALBERT:  I've had the reporter mark
10  as Billgren Exhibit 12 a document entitled "Design
11  Center 5.5 Users Guide."  It bears production
12  numbers LE 00372386 through 736.
13  BY MS. ALBERT:
14     Q   Are you familiar with the document that's
15  been marked as Billgren Exhibit 12?
16     A   Yes, I am.
17     Q   And what is this document?
18     A   It is a users guide for a specific portal
19  called the Design Center, when you modify or tailor
20  the e-Procurement solution.
21     Q   Who authored this guide?
22     A   Again, this is a collaborative effort

164

1  with development and product management, and
2  eventually then produced by our marketing team.
3      Q   To whom is this guide distributed?
4      A   This is for use of our consultants, our
5  own, as well as to partners, to learn and
6  understand how to use the Design Center for
7  modifications, programmatic modifications or
8  enhancements of the e-Procurement.
9      Q   Can you turn to page 238 of the guide.
10     A   238.
11     Q   Yes.
12     A   Yes.
13     Q   There is a reference on that page to the
14  Schema Retriever.  Do you see that?
15     A   Yes.
16     Q   What is the functionality of the Schema
17  Retriever?
18     A   Not being technology savvy enough to be
19  able to use the Design Center myself, my
20  understanding of the Schema Retriever is just an
21  enabler of how to present the layout, the content
22  of any data source that you want to use when you

165

1   work in the Design Center.

2       Q   From where are the schema retrieved?

3       A   From my understanding, the schema is --

4   the name of the schema is -- it retrieves the

5   schema of the database, the file.

6       Q   So is there somewhere a definition of the

7   schema associated with the catalog database of the

8   Buy Center?

9       A   You would have to -- I mean, the Schema

10  Retriever would retrieve any schema that you

11  pointed to, my understanding.

12      Q   Do you know what the name of the schema

13  is that's associated with the --

14      A   There are various references to where to

15  go when you want to -- but you need to know what

16  database to point at when you want to retrieve the

17  schema.  That's my understanding.  You recall maybe

18  earlier we had talked about we had a database table

19  for -- that was updated with the information from

20  when this supplier uploaded information from a

21  spreadsheet or through an XML schema.  You would

22  need to know what that database table is named and

166

1   then point this Schema Retriever towards it, and

2   then it would publish the context of that.

3       That's my understanding of what the

4   Schema Retriever does, so that when you're in the

5   middle of doing something, you can see what fields

6   to use.

7       Q   Turning back to the cover page of the

8   guide.

9       A   Cover page.  Yes.

10      Q   There's a reference to a 5.5.  Do you see

11  that?

12      A   Yes.

13      Q   Do you know if this is the most recent

14  version of the Design Center users guide?

15      A   My understanding, yes.  Yes.

16      Q   Thank you.  I think I'm done with that

17  document.

18      MS. ALBERT:  Let me have the reporter

19  mark as Billgren Exhibit 13 a document entitled

20  "Design Center 5.5 Component Reference."  It bears

21  production numbers LE 00372146 through 345.

22      (Billgren Exhibit 13 was marked for

167

1   identification and attached to the deposition

2   transcript.)

3   BY MS. ALBERT:

4       Q   Mr. Billgren, what is the purpose of the

5   Design Center component reference?

6       A   It is a consolidated document with the

7   ambition to describe all the components that exist

8   in our three applications, e-Procurement, e-Sales

9   and Design Center.

10      Q   Do you know if this is the most recent

11  version of the component reference?

12      A   To my understanding, yes, it is.

13      Q   Is this particular guide intended for the

14  same types of audience that you've been describing

15  with respect to the other e-Procurement guides?

16      A   Yes.  Yes, it is.

17      Q   So it would be used by Lawson consultants

18  or third party consultants who are deploying the

19  e-Procurement application?

20      A   Yes.  But with the possible caveat that

21  this is geared towards the technical consultants,

22  because these are components that you use when you

168

1   produce enhancements or changes to the system,

2   typically.

3       Q   Thank you.  I don't have any further

4   questions on that document.

5       MS. ALBERT:  Let me have the reporter

6   mark as Billgren Exhibit 14 a presentation entitled

7   "Input to Supplier Portal."  It bears production

8   numbers LE 00297230 through 258.

9       (Billgren Exhibit 14 was marked for

10  identification and attached to the deposition

11  transcript.)

12  BY MS. ALBERT:

13      Q   Are you familiar with the document that's

14  been marked as Billgren Exhibit 14?

15      A   No, I'm not.

16      Q   Do you know who Mr. Dagfinn Johnsen is?

17      A   Yes.

18      Q   Who is he?

19      A   A solution consultant that works for

20  Lawson, out of Norway.

21      Q   Is he responsible for a particular

22  solution?

169

1    A  I would say no.  He is pr?cis, so he is

2    part of the solution design team, as we call them.

3    They help sales in designing a solution to present

4    to our customer -- prospective customer.

5    Q  Is Mr. Johnsen still employed by Lawson?

6    A  To my understanding he is no longer

7    employed by Lawson.

8    Q  Do you know when he ceased his employment

9    with Lawson?

10    A  I would not have those datas.

11    Q  Do you know if it was in the last year?

12    A  I would not have those datas.

13    Q  Do you know where he is currently

14    located?

15    A  No, I would not know that.

16    Q  Do you know by whom he's currently

17    employed?

18    A  Not on the top of my head.  No.

19    Q  What's the Supplier Portal?

20    A  In this context of this document?

21    Q  Yes, in the context of this document.

22    A  I don't know, since I don't know the

170

1    document.

2    Q  Have you ever heard of something in

3    Lawson called the Supplier Portal?

4    A  Yes.

5    Q  And what was the context in which you

6    heard that term used?

7    A  It's an ongoing development that we have

8    in a totally different aspect for one of our

9    industry solutions, fashion.

10    Q  What's the functionality associated with

11    the Supplier Portal that's under development?

12    A  That is a portal for suppliers in the

13    fashion industry to collaborate information on

14    direct material.  So that we talked earlier on

15    indirect material, but this is for direct material,

16    so that -- and it's meant for the offshoring in the

17    fashion industry.  So you have manufacturing in

18    very many different locations around the world, and

19    you collaborate with the suppliers to create a

20    supply order.

21    Q  Can you turn to the page in Exhibit 14

22    with the Bates number ending 232.

171

1    A  Yes.

2    Q  Do you see here the beginning of another

3    presentation entitled "Product Information

4    Management"?  Have you ever seen this Product

5    Information Management presentation before?

6    A  No, I have not seen this presentation by

7    Dagfinn before.

8    Q  Do you know what the reference to Product

9    Information Management, do you know what that term

10    refers to?

11    A  In this context, no.

12    Q  Have you ever heard that term used within

13    Lawson?

14    A  Yes.

15    Q  And how is the term used when you had

16    heard it at Lawson?

17    A  We have partners that provides full

18    solution for Product Information Management,

19    partners like Inriver and UDK, Ume? Datakonsulter.

20    And they provide catalog, read catalog management

21    for customers to maintain their products in a

22    product catalog.  And that is one element of a

172

1    Product Information Management solution.  So we

2    have product partnerships for PIM, Product

3    Information Management.  But I don't know this

4    context.

5    Q  In the context in which you're familiar

6    with Product Information Management, is that type

7    of service available to customers of the

8    e-Procurement application?

9    A  Not particularly.

10    Q  For what applications is that service

11    made available?

12    A  That's typically for -- again, one of

13    these are specialized for fashion.  So it's

14    typically for maintaining your photos and text for

15    your products that you want to get into your

16    catalogs.  But it's also connected to something

17    which is called product life cycle management.

18    Q  Can you turn to the page of the

19    presentation with the Bates number ending 233.

20    A  Still on this?

21    Q  Yes.  And do you see at the bottom of the

22    page the reference to the M3 database?

173

1    A   Yes.

2    Q   Do you know what is being represented by

3  the import process shown on that diagram?

4    A   No, since I don't know of this

5  presentation.

6    Q   Do you know who within Lawson may have

7  some responsibilities relating to the Product

8  Information Management services?

9    A   I -- yes.  But not in this context of

10  this PowerPoint presentation.

11    Q   In the context with which you are

12  familiar with Product Information Management, who

13  within Lawson has responsibilities related to that

14  service offering?

15    A   It would be my organization.

16    Q   Could you turn to the slide on the page

17  with the Bates number ending 234.

18    A   Yes.

19    Q   And do you see at the bottom of the

20  slide, there's a representation of the M3 Business

21  Engine?

22    A   Yes.

174

1    Q   And up at the top of the slide, there are

2  some references to -- well, the title on the slide

3  references import items.  And one of the bullets on

4  the right hand top part of the slide makes a

5  reference to "Info from external system - product

6  catalogs," do you see that?

7    A   Yes.

8    Q   Do you know what product catalogs are

9  being referenced there?

10    A   No, since I don't know where this

11  PowerPoint is produced, from what context.

12    Q   What external product catalogs would be

13  imported into the M3 system?

14    A   I'm not sure I understand.

15    Q   Does the M3 system make use of external

16  product catalogs in any manner?

17    A   In the context of these PowerPoints, I

18  don't know what they refer to here, since it's not

19  part of our standard solution.  This is

20  something...

21    Q   Do you know if this is a solution that's

22  currently under development with reference to the

175

1  M3 product line?

2    A   The answer is quite clearly no, since

3  Dagfinn doesn't work for the standard organization.

4  So whatever this is produced for, it can never be

5  part of my organization.

6    Q   Can you turn to the slide on the page

7  with the Bates number ending 240.  And do you see

8  on the slide there's a reference to import, in the

9  middle of the page.

10    A   Yes.

11    Q   Do you know what import function is being

12  illustrated on this slide?

13    A   No.  These are just screen -- no.  These

14  are just screenshots that could be from whatever.

15  They are not part of any of our standard solution.

16  This could be anything.

17    Q   What's the Movex Workplace?

18    A   Movex Workplace?  Movex was the name of

19  the product when -- before the merger.

20    Q   And what functionality did the Movex

21  Workplace include?

22    A   In this context I don't know, because

176

1  this is a screenshot of something.

2    Q   Well, just at a high level, what

3  functionality are you familiar with?

4    A   Workplace as a word exists today, and it

5  is our thin client of M3.

6    Q   And what functionality does it have?

7    A   It is our thin client to all of the M3

8  functionality.  So it enables you to run M3 over

9  Internet, if you wish, as a thin client.  And I can

10  judge by the screenshot that this is something

11  special.  It's not standard.

12    Q   Do you know if this was something that

13  was implemented for a particular customer?

14    A   I don't know that.  But it's special.

15  It's --

16    Q   How can you tell that it's special and

17  not standard?

18    A   Because it says "MHS 200."  That function

19  doesn't exist in the standard system.  On the --

20  you drew my attention to something called 240 at

21  the end.

22    Q   Yes.

Billgren, Henrik - Vol. 1  10/21/2009  12:00:00 PM

177

1    A    And on the top there, it says "External
2    item toolbox."  "External item toolbox," the word
3    doesn't exist in standard.  And then it says "MHS
4    200."
5    Q    Yes.
6    A    Doesn't exist.
7    Q    Do you know if this was created as a
8    custom application for a particular customer?
9    A    I don't dare to say.
10    Q    Can you turn to the slide on the page
11    with the Bates number ending 244.
12    A    244.
13    Q    And it says on that page, "Screenshots
14    from our demo Supplier Portal."  Do you know what
15    demo Supplier Portal Lawson may have?
16    A    Since this comes from the same document,
17    I don't know, because I don't know of this
18    document.
19    Q    Do you know of the Supplier Portal
20    outside of the context of this document?
21    A    I -- we don't have a Supplier Portal
22    today for M3.  That much I know.

178

1    Q    Is one under development?
2    A    Yes.  Early stage.
3    Q    Pardon me?
4    A    Early.  Yes.
5    Q    "Early stage," is that what you said?
6    A    Yes.
7    Q    Does it have a projected time for
8    release?
9    A    No.
10    Q    At what stage in the development is the
11    Supplier Portal?
12    A    What do you mean?  We don't communicate
13    unless we have decided general availability date.
14    And even when that's decided, we do that with a
15    big, big disclaimer that it's a plan which might
16    change, and we don't even have that for this
17    functionality yet, so...
18    Q    So you haven't --
19    A    And it has nothing to do with this.
20    Q    You haven't set any time for general
21    availability of the Supplier Portal that you
22    currently have under development?

179

1    A    Correct.
2    Q    What's the nature of the functionality
3    associated with the Supplier Portal that you
4    currently have under development?
5    A    As I said earlier, it's aimed to -- an
6    audience of our fashion customers, where they have
7    offshore activities, where they have manufacturing
8    offshore, typically in Europe, you have
9    manufacturing in eastern Europe or south Europe or
10    in Africa, and then you communicate with your
11    suppliers that manufactures a garment or -- yes,
12    textiles for you.
13        It's aimed for that collaborative process
14    of communicating quantities and dates and how much
15    to manufacture and to ship, and when.
16    Q    Can --
17    A    So it is to assimilate the process, if
18    you remember earlier we talked about M3, it's to
19    assimilate the process whereas a supplier can act
20    as any kind of production center for you.
21    Q    Can the supplier upload product catalogs
22    through the -- or is the functionality for supplier

180

1    product catalog upload contemplated for the
2    Supplier Portal under development?
3    A    It's irrelevant.  It's not relevant
4    for -- but as I said, it's very early days, and
5    it's in the middle of the process.  But a catalog
6    wouldn't be relevant in that context of a supply
7    portal, as discussed earlier today.  But not based
8    on these documents.
9    Q    Can you turn to the slide on the page
10    with the Bates number ending 246.
11    A    Yes.
12    Q    Does the Supplier Portal that you're
13    familiar with that's under development include
14    functionality for a catalog browser such as shown
15    on this page?
16    A    No.
17    Q    Does this catalog browser functionality
18    exist with respect to the Supply Center in the
19    e-Procurement application?
20    A    As presented in this document on this
21    paper, no.
22    Q    Is there a catalog browser functionality

---

181

1   associated with the Supply Center in the

2   e-Procurement application?

3       A   In the e-Procurement application, as a

4   supplier, you were able to sort of upload your

5   products. And what you have uploaded can be

6   viewed, but only your catalogs that you have

7   uploaded. And it's not really a catalog browser

8   per se. I don't know what it is. But...

9       Q   Does content manager for the buyer have

10  the functionality to browse different catalogs in

11  some part of the e-Procurement application?

12      A   You have to repeat that question. Does

13  the --

14      Q   Does a content manager for the buyer have

15  the functionality available to browse different

16  catalogs that might be stored in some part of the

17  e-Procurement application?

18      A   The content manager is at the buyer --

19  I'm not sure I understand what you mean.

20      Q   Well, this screen --

21      A   This screen?

22      Q   -- is illustrating that files are coming

---

182

1   in either as text files, Excel files, or XML files.

2   Would a screen similar to this be presented to

3   somebody in the buyer organization that would be

4   looking to see what supplier catalogs had been

5   uploaded to the Supply Center, and then go and look

6   to see if the content had been approved so that it

7   could be published to the Meta Catalog in the Buy

8   Center?

9       A   I mean, it was a long question. I

10  think -- I mean, I would never refer to this 246

11  page to anything that relates to e-Procurement. I

12  don't know what this is.

13      Q   Can you turn to the slide on the page

14  with the Bates number ending 248.

15      A   Yes.

16      Q   And if you see at the top of that screen,

17  there's a reference to "Microsoft Excel Article

18  Import 2.0 XLS."

19      A   I was just reading in Norwegian.

20      Q   If a supplier had imported its catalog

21  items into the Supply Center using the Excel

22  spreadsheet method, is this -- does this screen

---

183

1   illustrate how that might appear, or is a screen

2   similar to this presented to a user of the

3   e-Procurement application?

4       A   As I said, I don't really know what this

5   is. My answer is no. But I don't know what this

6   spreadsheet is, so -- I don't know where it comes

7   from. And I don't recognize it as anything in the

8   standard software. I don't recognize it as

9   anything in the standard software.

10      MS. ALBERT:  Let me have the reporter

11  mark as Billgren Exhibit 15 a presentation entitled

12  "M3 e-Procurement 7.X for U.S."  It bears

13  production numbers LE 00219767 through 801.

14      (Billgren Exhibit 15 was marked for

15  identification and attached to the deposition

16  transcript.)

17  BY MS. ALBERT:

18      Q   Are you familiar with the document that's

19  been marked as Billgren Exhibit 15?

20      A   I am.

21      Q   And what is this document?

22      A   It is a PowerPoint describing -- it's an

---

184

1   internal draft PowerPoint used to describe a

2   potential idea of doing further development on

3   e-Procurement.

4       Q   Was this PowerPoint ever finalized?

5       A   If the PowerPoint was ever finalized?

6       Q   It says "Draft" at the top.  You

7   indicated that this was an internal draft.

8       A   Yes.

9       Q   Was it ever formalized into an official

10  presentation?

11      A   The answer is that the proposal indicated

12  here as well as the PowerPoint was never approved

13  to go any further than draft.  So this project

14  or -- was not moved forward with.

15      Q   To whom was this document disseminated?

16      A   "Disseminated" means?

17      Q   Distributed.

18      A   It says here it was something that was

19  present by product management, my organization, to

20  the management team at the time, as a presentation.

21  And it was not approved or endorsed.

22      Q   How do you know that it was not approved

---

185

1    or endorsed?
2        A   Otherwise we would have moved on with the
3    project.  And we did not.  It was stopped.
4        Q   Can you turn to page 2 of the
5    presentation that's on the page with the Bates
6    number ending 768.
7        A   Yes.
8        Q   Underneath the heading M3 e-Procurement
9    5.0, the second item reads, "Current version
10   implemented at SECO tools.  Other 27 customers
11   either on older versions or implementing."  So does
12   that indicate that at the time of this
13   presentation, November 5th, 2006, there were only
14   28 customers of M3 e-Procurement?
15       A   As I said earlier, I wasn't on top of my
16   head the number of customers.  But this indicates
17   at this time that the total was no more than 27,
18   yes.  And it also indicates that we assumed that
19   the e-Procurement product was not readied for the
20   U.S. market.
21       Q   And as of the time of this presentation,
22   it did indicate that the e-Procurement product has

186

1    not been readied for the U.S. market.  Currently
2    you are now offering the e-Procurement product in
3    the U.S. market, correct?
4        A   It's part of an M3 offering.  In this
5    context, in this draft presentation, it's aimed to
6    say do we believe that we have something that we
7    can take to the market.  And under the headline
8    "Challenge," it indicates we don't.  And we haven't
9    sold anything either since then.  So it was -- but
10   it has not been withdrawn.  Just allowing it to be
11   there doesn't mean that we believe we have
12   something that is competitive on the marketplace.
13       Q   When was the M3 e-Procurement application
14   readied for the U.S. market?
15       A   In this context, of this presentation,
16   nothing has been done to --
17       Q   I understand that.  But when did you
18   consider the M3 e-Procurement application to be
19   ready for presentation to the U.S. market?
20       A   I'm not sure I understand.  The
21   interpretation here was readied by the fact that we
22   felt that we had something that was competitive.

187

1    And we didn't.
2        Q   But now you have a sale in the U.S.
3    market.  So my question to you is at what time did
4    you first launch the product in the U.S. market.
5        A   It's part of the M3 portfolio.  But it's
6    never been pinpointed as something that we focused
7    on for the U.S. market, meaning that we haven't
8    sort of really expected any revenue stream from it.
9    This proposal was to sort of maybe change that
10   situation.  And this didn't take off.  So it's
11   just -- it's not been taken off, but it's not been
12   focused on for the U.S. market.
13       Q   It indicates under "Challenges" that the
14   current pricing for M3 e-Procurement is too high
15   except for large organizations.  Since the time of
16   this presentation, has the pricing for M3
17   e-Procurement been modified?
18       A   No.
19       Q   So it's still being sold --
20       A   But this is one challenge out of many.
21   And this list here is by no means a full list of
22   challenges.  It's just it was highlighted for the

188

1    management team at the time.  But even though with
2    these challenges, the decision was not to move
3    ahead.
4        Q   My question to you just was, has the
5    price for the M3 e-Procurement application been
6    modified since the time of this presentation?
7        A   To my knowledge, no.
8        Q   Thank you.  So at the time of this
9    presentation, there were 28 customers of M3
10   e-Procurement.  How many are there now?
11       A   As I said earlier, on top of my head, I
12   don't dare to answer.
13       Q   If you wanted to find a list of all of
14   the M3 e-Procurement customers, where would you go
15   to locate that list?
16       A   As I said earlier, I would go to my
17   product manager.
18       Q   Can you turn to the slide on the page of
19   the presentation with the Bates number ending 769.
20       A   Yes.
21       Q   At the top of the slide, the project
22   description reads, "Deliver enhancements to M3

**189**

1  e-Procurement that will make the application more
2  appropriate for the U.S. market and deliver
3  functionality such as Punchout, Multi-Step
4  Requisition Flows, Stock Item Handling, and Budget
5  Checking that will encourage existing customers to
6  upgrade and expand the use of e-Procurement."
7      Has the Punchout functionality been added
8  to the M3 e-Procurement application?
9      A   No.
10     Q   Is there any plan to add that
11  functionality to the M3 e-Procurement application
12  in the future?
13     A   No.
14     Q   Is there any project where that
15  functionality is under development for modification
16  of the e-Procurement application?
17     A   Now you used the word "modification."
18  But there is no project on the way aiming for
19  punchout in our standard solution.
20     Q   Why did you decide not to implement that
21  functionality to the e-Procurement application?
22     A   The M3 main marketplace for us is to

**190**

1  make, move, maintain organizations.  And there they
2  have a very, very limited need for indirect
3  material.  And adding this at the time was
4  considered, and it still is considered, not high
5  enough ROI for us as an organization.
6      (The reporter asked for clarification.)
7      A   ROI, return of investment.
8      Q   Can you turn to the slide on the page
9  with the Bates number ending 771.
10     A   771.
11     Q   Do you see at the top of the page under
12  "Customer Endorsements" that Autoliv was requesting
13  some enhancements in order to roll out the
14  e-Procurement to additional locations?
15     A   Yes.
16     Q   Do you recall the nature of the
17  enhancements that Autoliv was requesting?
18     A   Not in detail.  I do recall that it did
19  not roll out, since we didn't move ahead with the
20  project.
21     Q   Do you recall any of the enhancements
22  that Autoliv was requesting?

**191**

1      A   Not in detail.
2      Q   How about generally, do you recall?
3      A   As mentioned in this presentation, they
4  were some of the customers who was part of the
5  endorsement.  So if you go back to the 769, here
6  it's mentioned a number of ideas that we wanted to
7  do, whereas Autoliv were behind some of those.
8      Q   Do you see back on the page with the
9  Bates number ending 771, there are some references
10  to industry analysts?
11     A   Yes.
12     Q   For example, ARC Advisory and the
13  Aberdeen Group.  Do you see that?
14     A   Yes.
15     Q   What industry analysts does Lawson rely
16  on?
17     A   Amongst others, these, and AMR and
18  Gartner.
19     Q   Who within Lawson receives copies of
20  industry analyst reports?
21     A   I am one, since I am in product
22  management.

**192**

1      Q   Do other members of your product
2  management team receive copies of industry
3  analysts' reports?
4      A   Yes.  They do.
5      Q   Do you know how widely industry analyst
6  reports are distributed within the company?
7      A   To the degree that we are allowed to
8  distribute them.  Some of the reports are sort of
9  limited usage by the analysts.  But we have a very
10  good working relationship with analysts.
11     Q   Within the M3 organization, do you know
12  how widely industry analyst reports are
13  distributed?
14     A   To the product management team,
15  absolutely.
16     Q   How many people are in the product
17  management team?
18     A   In my team we are 20, with me.
19     Q   So 20 people on your team would receive
20  copies of industry analyst reports?
21     A   They would not receive the same copy, all
22  of them.  They are responsible for different areas,

193

1 and they would receive copies of reports that make

2 sense for them.  And not all of them would receive

3 copies either.

4 Q   Which industry analyst reports do you

5 receive?

6 A   I receive from AMR, Gartner, and

7 Aberdeen.  It's more topic-related than related to

8 analysts.

9 Q   What topics -- for what topics do you

10 receive industry analyst reports?

11 A   Reports that relate to the M3 side of the

12 Lawson business.

13 Q   Do you receive industry analyst reports

14 relating to e-Procurement?

15 A   In this particular case, since M3 has an

16 application or a module, e-Procurement, and we were

17 contemplating doing something which we didn't, we

18 made sure that we had analyst report.  Hence this

19 page.  But other than that, on a regular basis

20 today, no, we didn't move ahead with this project,

21 i.e. we did not invest in e-Procurement, and didn't

22 believe it was something -- for now, I receive very

194

1 little in the e-Procurement area.

2 Q   Were your files searched in order to

3 locate documents responsive to ePlus's discovery

4 requests in this litigation?

5 A   Yes.

6 Q   Do you know if anyone searched your files

7 to try to locate industry analyst reports that you

8 might have copies of?

9 A   I don't know that.  I mean, my entire

10 file structure was, how do you say -- I was about

11 to say imported.

12 Q   Imaged?

13 A   Yes.  So...

14 Q   Do you know if your e-mails were

15 collected from your e-mail box?

16 A   Yes.

17 MS. ALBERT:  I don't think we've received

18 any of Mr. Billgren's e-mails to date.

19 MR. SCHULTZ:  You have not?

20 MS. ALBERT:  Right.

21 MR. SCHULTZ:  I can check on that for

22 you.

195

1 MS. ALBERT:  Okay.  I would appreciate

2 that.

3 BY MS. ALBERT:

4 Q   Within the M3 product management, is

5 there any kind of centralized repository where you

6 maintain copies of industry analyst reports?

7 A   They are normally distributed via e-mail.

8 So, I mean, it's up to each individual.

9 Q   Could you turn to the slide on the page

10 with the Bates number ending 774.

11 A   Yes.

12 Q   On that slide, there's a reference to a

13 $28,080 U.S. base price plus an $180 or less per

14 user.  Do you know what the current base price is

15 of the M3 e-Procurement application?

16 A   My understanding of this slide is that

17 this is a proposed price, hence we have done

18 development to be able to establish potential

19 income at the end.

20 Q   Do you know what the current base price

21 is for M3 e-Procurement?

22 A   Not on top of my head.

196

1 Q   Do you know, if a company wishes to

2 license the Design Center in addition to the Buy

3 Center and Supply Center, would they currently have

4 to pay an additional license fee for that?

5 A   Yes.

6 Q   And if a customer wanted to have the XML

7 adapter with the e-Procurement application, would

8 they have to pay an additional license fee in order

9 to obtain that functionality?

10 A   Yes.

11 Q   And with respect to the base price for

12 the e-Procurement application, is there a per user

13 fee in addition to the base price currently?

14 A   Yes.  My understanding, yes.

15 Q   Can you turn to the slide on the page

16 with the Bates number ending 782.

17 A   Yes.

18 Q   And on that page the title is "Lawson M3

19 e-Procurement SWOT."

20 A   Yes.

21 Q   Underneath the "Weaknesses" part of the

22 slide, there's a reference to "relatively high

Billgren, Henrik - Vol. 1  10/21/2009  12:00:00 PM

197

1    price."  How does Lawson's price for the
2    e-Procurement application compare to its
3    competition?
4        A   Our understanding is that we are --
5    comparative to what we offer, we're high priced.
6        Q   So --
7        A   Since e-Procurement is a complementary
8    solution to our main offering, we are okay with
9    that as per se, and see the higher price point as
10   sort of still a value for us, because it's not a
11   volume product for us.
12       Q   With respect to which competitor is the
13   e-Procurement price relatively high?
14       A   To the competitors mentioned here in this
15   analysis.
16       Q   Who are the competitors mentioned in this
17   analysis?
18       A   Or was that in another -- no, it was
19   mentioned in the -- in the battle card.
20       Q   So I think the battle card referenced SAP
21   and Oracle as two competitors.
22       A   Tier 1 competitors, yes.

198

1        Q   So the price of Lawson's e-Procurement
2    application is relatively high compared to the
3    comparable applications being offered by SAP and
4    Oracle, is that Lawson's understanding?
5            MR. SCHULTZ:  I object to form.
6            THE WITNESS:  I wouldn't express myself
7    like that.  It's our understanding that our value
8    is highly priced compared to the tier 1 players.
9    BY MS. ALBERT:
10       Q   Do you mean that you're offering a high
11   value compared to --
12       A   No.
13       Q   -- the applications offered by the tier 1
14   players?  I don't understand.  You said, "It's our
15   understanding that our value is highly priced
16   compared to the tier 1 players."  Can you explain
17   what you mean by that?
18       A   E-Procurement -- it's not our -- one of
19   our focused solutions.  So it's not priced to be
20   competitive.  That's what I'm saying.
21       Q   Can you turn to the slide on the page
22   with the Bates number ending 784.  Under the

199

1    heading "Customer size," the slide indicates that
2    typically you targeted larger customers with
3    employees greater than 100.
4        A   500.
5        Q   500, I'm sorry.  "But we have small happy
6    customers with approximately 100 employees."  Which
7    of your customers have greater than 500 employees?
8        A   I would say all of the ones mentioned in
9    this, as endorsed customers.
10       Q   Which of your customers have
11   approximately 100 employees?
12       A   On top of my head I can't repeat any
13   names.  But the assessment in this presentation was
14   that that wasn't strong enough for us.
15       Q   What do you mean, that wasn't strong
16   enough?
17       A   To move ahead with the proposal.  The
18   proposal indicates also that we maybe should
19   downsize the solution, different price point,
20   different target group.  And the joint decision of
21   the management team was not to.  So...
22       Q   Can you turn to the slide on the page

200

1    ending -- with the Bates number ending 790.  And
2    this slide is entitled "Competitive Position for
3    Indirect Material Procurement."  Are you there?
4        A   I'm sorry.  I'm here.
5        Q   This slide is entitled "Competitive
6    Position for Indirect Material Procurement."  And
7    there's a table with a number of functionalities
8    indicated on the left hand column.  On the top of
9    the table there are a number of companies named,
10   including Lawson e-Procurement.
11           Do you consider the companies indicated
12   in this slide to be Lawson's competitors for the
13   e-Procurement application?
14       A   Those were the companies we envisioned to
15   be our competitors should we have moved ahead and
16   tried to position ourselves with e-Procurement,
17   yes.
18       Q   And you filled in the table indicating
19   various functionalities offered by your
20   competitors' products.  How do you collect
21   information concerning the functionality of your
22   competitors' products?

201

1    A  Through whatever public material they

2    might have on web pages.

3        Q  Have you ever --

4    A  And on some --

5        Q  I'm sorry.

6    A  No.

7    Q  Have you ever competed for a sale with

8    respect to the e-Procurement application against

9    ePlus?

10    A  No, not to my knowledge at all.

11    Q  Can you turn to the next page of the

12    presentation.  This slide presents a number of

13    success criteria for the project.  And the first

14    bullet reads, "Have at least two solution

15    consultants in Americas trained on e-Procurement."

16    Was that done?

17    A  No.

18    Q  Do you have any solution consultants in

19    the Americas trained on e-Procurement?

20    A  No.

21    Q  Towards -- the second bullet from the

22    bottom of the page reads, "Implement lead

202

1    generation program in Americas."  Do you see that?

2    A  Yes.

3    Q  Was a lead generation program in the

4    Americas implemented?

5    A  No.

6        Q  Can you turn to the next slide, on the

7    page with the Bates number ending 792.  Under the

8    heading "Relaunch in Each Region" there are two

9    bullets, the first one being "Training."  Does

10    Lawson provide training to customers of its

11    e-Procurement application?

12    A  This PowerPoint doesn't talk about

13    training to customers.

14    Q  Who does it talk about training to?

15    A  The relaunch would have meant that if we

16    would have gone ahead with this idea, which we

17    didn't, it would have meant that we would have said

18    we would have had to relaunch the product, even --

19    since it is available, sort of it's not taken off

20    the list in the United States, but we recognize

21    that no one really knows about it, so we need to

22    relaunch it from a training perspective.  So it's

203

1    training of our internal people.

2    Q  Have any webinars been prepared relating

3    to the M3 e-Procurement application?

4    A  Not in this.

5    Q  Are any webinars made available to

6    prospective customers relating to the M3

7    e-Procurement application?

8    A  Now, that question was a bit -- because

9    if someone wants to sort of understand, and that

10    might happen, then of course we are prepared to do

11    a WebEx, or explain.

12        (The reporter asked for clarification.)

13    A  A WebEx, webinar, over the web, to

14    explain the solution using any of these PowerPoints

15    that we have said, and/or a demonstration of the

16    product.

17        Q  Are there any webinars relating to the M3

18    product line that are available on the Lawson.com

19    website?

20    A  There are numerous webinars -- on the

21    Lawson.com?  Hmm.  Almost a trick question, because

22    from Lawson.com you can jump to MyLawson.com.  And

204

1    if you're a customer running live on MyLawson.com,

2    you will then have support to -- you can see your

3    contracts.  It's our own customer portal.  And

4    there you can access webinar training on existing

5    solutions.

6        But I don't think we have anything there

7    on e-Procurement.  But for most of the other of the

8    offerings.  So via Lawson.com, as a maintenance

9    paying customer, you can obtain a lot of

10    information.

11        MS. ALBERT:  Can I request --

12        THE WITNESS:  But you need to log onto.

13        MS. ALBERT:  Can I request that a search

14    be conducted of the MyLawson.com site for any

15    webinars or any training material related to the M3

16    e-Procurement application.

17        MR. SCHULTZ:  Yes.  I believe that has

18    been done.  I'll confirm that.

19        MS. ALBERT:  Thank you.  I believe I'm

20    done with that exhibit.

21    I'll have the reporter mark as Billgren

22    Exhibit 16 a presentation entitled "M3

Billgren, Henrik - Vol. 1  10/21/2009  12:00:00 PM

205

1   e-Procurement." It bears production numbers LE
2   00216433 through 453.
3       (Billgren Exhibit 16 was marked for
4   identification and attached to the deposition
5   transcript.)
6   BY MS. ALBERT:
7       Q   Are you familiar with the presentation
8   that's been marked as Billgren Exhibit 16?
9       A   Yes, I am.
10      Q   And what was the purpose for this
11  presentation?
12      A   My understanding, that this is a
13  presentation made for, again, internal educational
14  purposes by the product manager.  And he has been
15  co-assisted with a solution consultant, I think,
16  for the Nordic market.
17      Q   To whom was the presentation given?
18      A   I don't know to whom this presentation
19  has been given.
20      Q   Do you know when this presentation was
21  created?
22      A   I don't know the exact date.

206

1       Q   Do you know approximately when?
2       A   I would suspect within the -- no, I'm not
3   sure exactly when this was done.
4       Q   Who is Fredrik Wikberg?
5       A   A solution consultant.
6       Q   Is he a consultant for a particular
7   solution?
8       A   He works in the Nordic region and has
9   knowledge and -- in e-Procurement, amongst other
10  products.
11      Q   Is he still employed by Lawson?
12      A   Yes, to my understanding he is.
13      Q   You said this was an internal
14  presentation.  To whom was -- to what audience was
15  this presentation directed?
16      A   I can't say to whom this has been
17  presented to.
18      Q   Do you know who the intended audience
19  was?
20      A   No.
21      Q   Can you turn to the slide on the page
22  with the Bates number ending 442.

207

1       A   Yes.
2       Q   And there's a reference on that page to
3   TINE BA.  Is that an e-Procurement customer?
4       A   That is a dairy in Norway.
5       Q   And are they --
6       A   And they are an e-Procurement customer,
7   yes.
8       Q   And it says on this slide that they
9   implemented Lawson e-Procurement in 2007, correct?
10      A   Yes.
11      Q   It says that they are running OCI.  Is
12  that a reference to the Open Catalog Interface?
13      A   Yes.
14      Q   How does that work with the e-Procurement
15  application?
16      A   As I said earlier, I mean, the Open
17  Catalog Interface is open for anybody to use, to
18  open up a catalog.  And it's not part of our
19  standard offering.  But it's possible to use the
20  OCI defined by SAP to make any kind of connectivity
21  to any kind of catalog that has enabled itself to
22  the OCI protocol or standards.  Then of course when

208

1   you have done that, you can connect back as a
2   modification to our solution or any other solution.
3       Q   Do you know if Lawson will assist a
4   customer in implementing OCI functionality if they
5   so request?
6       A   I don't know who actually assisted TINE
7   in doing their OCI connectivities.  I don't know
8   who would have done that.  But it's of course the
9   customer's responsibility, not ours.
10      Q   Can you turn to the slide on the next
11  page with the Bates number ending 443.
12      A   Yes.
13      Q   What screen display is presented on this
14  slide?
15      A   This is an e-Procurement start screen, I
16  would say.  But it's been tailored for the specific
17  use and need at the TINE implementation in Norway.
18      Q   And if the user on the left hand side of
19  the screen -- there's a heading, "Requisition
20  Handling," do you see that?
21      A   Yes.
22      Q   And if the user clicked on the button

Billgren, Henrik - Vol. 1  10/21/2009  12:00:00 PM

209

1  labeled "Request," what would be the screen that
2  would be presented?
3     A   Depending on who he's logged on as, if
4  I'm logged on as the buyer, then you would come to
5  a screen where you can select amongst the products
6  and the product order hierarchies and create a
7  requisition.
8     Q   And if I had the approver role and I
9  click on the "Approve" button, what screen would be
10  presented?
11    A   I would come up with all the requisitions
12  that I am responsible to approve so I can go in,
13  view them, reject or approve them.
14    Q   And what type of user would have a role
15  that would permit them to click on the "Receive"
16  button?
17    A   That would be typically the requester.
18  When I have received what I requested, then I will
19  tell the system I have received it, and then if you
20  have -- yes.
21    Q   Can you turn to the next page with the
22  Bates number ending 444.

210

1     A   Yes.
2     Q   What screen is displayed on this page?
3     A   This is a standard screen.  But as you
4  see, I mean, all screens in a web applications are
5  always tailored so that they have the font and
6  whatever the customer wants to -- in this case,
7  TINE, this Norwegian dairy.  But this is the Buy
8  Center home screen.  So it's the start screen if
9  you are a requester, you want to create a
10  requisition.  So it seems to me like it's a screen
11  capture, that you click on the buy -- the request,
12  and then you will end up here.
13    Then to the left and side you can see you
14  have some products.
15    MS. ALBERT:  The videographer has
16  indicated that he needs some time to change the
17  tape.  So can we recess briefly to allow the tape
18  to be changed?
19    MR. SCHULTZ:  Yes.
20    THE VIDEOGRAPHER:  This marks the end of
21  tape number 3 in the deposition of Mr. Billgren.
22  Going off the record.  The time is 5:35 p.m.

211

1     (Pause in the proceedings.)
2     THE VIDEOGRAPHER:  This marks the
3  beginning of tape number 4 in the deposition of
4  Mr. Billgren.  We're back on the record.  The time
5  is 5:40 p.m.
6  BY MS. ALBERT:
7     Q   Mr. Billgren, referring back to the slide
8  in Exhibit 16 on the page with the Bates number
9  ending 444, if I click on the "Search" button on
10  the left hand side of that screen, what's the next
11  screen that would be presented to me?
12    A   You would get to -- I would have said
13  that you would have get to -- but this is -- and
14  it's a fair assumption, that you would get to
15  screen 447.  But you would get to another picture
16  where you could have done a more detailed search.
17  I'm not 100 percent sure if that's -- but
18  typically.
19    Q   And underneath the button labeled
20  "Catalog Products" --
21    A   Yes.
22    Q   -- there's product groups listed.

212

1     A   Yes.
2     Q   So are those the product groups that
3  would be available to the user to conduct searches
4  by using the product groups?
5     A   Yes.  I mean, it's -- yes.  And if you
6  would click or expand any one of those, you will
7  end up on page 445.
8     Q   If I click on the link at the top of the
9  screen labeled "Shopping Cart," what screen would
10  be presented?
11    A   Your shopping cart.
12    Q   So if you had selected items in your
13  catalog search that you wanted to requisition,
14  those would be added to your shopping cart; is that
15  correct?
16    A   Yes.
17    Q   If you click on the link labeled
18  "Requisitions," what screen would be presented?
19    A   If you have ongoing requisitions that you
20  have not yet -- that's not yet been approved.  You
21  as a buyer, now, I've logged on here as a buyer.
22    Q   Right.

213

1  A   And that could be an individual.

2  Q   Can you turn to the slide on the page

3  with the Bates number ending 445.

4  A   Yes.

5  Q   Now, in this page, on the left hand

6  portion of the screen, do you understand it to be

7  displaying what would happen if the buyer, user,

8  had clicked on the tab labeled "Non-Catalog

9  Products" and expanded that?

10  A   Yes.

11  Q   So what's meant by the term "Non-Catalog

12  Products"?

13  A   The term is -- I mean, the e-Procurement

14  solution is meant to handle all kinds of

15  procurement that doesn't happen with the

16  replenishment type direct material normally in M3.

17  And then you have catalog products, which is

18  products where you have a supplier or a vendor who

19  have such a strong relationship, you can convince

20  him to upload his product catalogs or list of

21  products.

22      Then you have a lot of other stuff you

214

1  want to buy, you want to offer your employees.  In

2  this case this is the support organization inside

3  this dairy, where they order gas or electricity or

4  furniture or clothing, and they don't have any kind

5  of catalog or anything, but they already know what

6  typically service technicians in this dairy is

7  allowed to buy.

8      So they have created product groups for

9  them so they can go in and view items, and then

10  they inspect the supplier and create a requisition

11  that's mailed to that supplier.  And there are

12  items that are not in the catalog at all.  This is

13  actually -- yes.

14  Q   Can you turn to --

15  A   It's one of the key features of -- that

16  you can do non-catalog products.

17  Q   Can you turn to the next page of the

18  exhibit, with the Bates number ending 446.

19  A   Yes.

20  Q   What is this screen that's displayed on

21  this page?

22  A   You see they have -- for this

215

1  implementation for this Norwegian customer, when

2  you mark a product group, it's highlighted red.

3  And they have -- and you display, in this case you

4  display -- the filter is set up so you display what

5  suppliers you can use when you want to go for

6  laboratory products.

7  Q   So --

8  A   In non-catalog, meaning you don't have a

9  catalog -- you have only listed suppliers in this

10  case.

11  Q   So with respect to the link next to VWR

12  International, there is a type OCI, and there is a

13  red -- some red words highlighted there, "External

14  Website."  Is that going to punch out to the VWR

15  external website to go shop for those laboratory

16  items?

17  A   I wouldn't use the word "punchout."  But

18  it's going to use the OCI interface to jump to that

19  web page.

20  Q   And if you turn to the next slide on the

21  page with the Bates number ending 447, is that what

22  has happened, that you've used the Open Catalog

216

1  Interface to jump to that VWR external website?

2  A   Yes.

3  Q   And is this screen presenting the search

4  user interface at the VWR website?

5  A   That's my understanding, yes.  And all of

6  a sudden, everything is in Norwegian.

7  Q   So do you have an understanding that if

8  you use the Open Catalog Interface to shop at a

9  supplier's website, that once you select items to

10  add to your basket at that website, they can be

11  brought back into your shopping cart in the M3

12  e-Procurement application?

13  A   Since this is not a standard

14  functionality, this is nothing we do in the

15  standard solution today, you can tailor this use of

16  OCI to whatever way the customer wanted to -- not

17  whatever, but almost to whatever way the customer

18  wants to use it, TINE in this case, and I don't

19  know exactly how they have tailored.  But the idea

20  is of course you bring the information of the

21  product back with you to your requisition.

22      So it's a copy and paste.  And the OCI

Billgren, Henrik - Vol. 1  10/21/2009  12:00:00 PM

217

1  interface, my understanding of the way we can use
2  it, it is deeper, but it's just more or less a copy
3  and paste of information from in this case the VWR
4  product information back to in this case the TINE
5  requisition database of e-Procurement.
6      Q   And if you turn to the slide on the page
7  with the Bates number ending 451.
8      A   Yes.
9      Q   Is that what's been done, that you've
10  brought the item back from the VWR website into
11  your shopping cart in the TINE implementation of
12  the e-Procurement application?
13      A   Yes.
14      Q   And then if you click on the "Continue"
15  button on this slide, what screen would be
16  presented next to the user?
17      A   To be quite honest, I don't know, since I
18  don't know the TINE implementation by heart.  But I
19  would expect that you would just sort of create a
20  position in your shopping cart, which is what's
21  happening on slide 452.
22      Q   And once you click on the button in

218

1  slide -- on the page on 452, the button labeled
2  "Create Requisition," what would happen next?
3      A   Now you're back to the standard
4  functionality, and now you have created one line in
5  your shopping start.  The next step in the work
6  flow is to create a requisition.
7      Q   Thank you.  I think I'm done with that
8  document.
9      MS. ALBERT:  Let me have the reporter
10  mark as Billgren Exhibit 17 a document entitled
11  "EPR 6 Requirements."  It bears production number
12  LE 00220071 through 80.
13      (Billgren Exhibit 17 was marked for
14  identification and attached to the deposition
15  transcript.)
16  BY MS. ALBERT:
17      Q   Are you familiar with the document that's
18  been marked as Billgren Exhibit 17?
19      A   No, I'm not.
20      Q   Do you know who created this document?
21      A   No, I do not.
22      Q   What did you say the current version of

219

1  e-Procurement is?
2      A   E-Procurement, I think it's labeled
3  13.1.1.3.0.
4      Q   So EPR 6, the reference at the top of the
5  page, would relate to a prior version of
6  e-Procurement?
7      A   I can't say, since I don't really
8  understand the document.  There's no heading, no
9  footage, no...
10      Q   Do you see under item number 1, which is
11  entitled "Include core M3 Item Master items in
12  EPR," there's an open R&D issue at the bottom of
13  that text reading, "Are UNSPSC mappings for product
14  groups available from M3?"  Do you know with
15  respect to the current version of e-Procurement,
16  are UNSPSC mappings for product groups available
17  from M3?
18      A   I wouldn't use the word "mappings."  But
19  my understanding is you can range, you can say that
20  for a product group, you can say what UNSPSC
21  numbers that is -- and it's just an entry feed,
22  from-to, is meant to support by this product group.

220

1      Q   So you can associate --
2      A   That I have seen in the standard
3  solution.
4      Q   So you can associate --
5      A   But I don't know, since I don't know
6  where this comes from, I don't really understand
7  the context here.
8      Q   But in the standard e-Procurement
9  application, you can associate UNSPSC commodity
10  codes with the product groups?
11      A   Ranges.  Because the product group is not
12  a specific product.  It's just a group of products.
13      Q   Do you see under item 7, that item is
14  labeled "Allow user to view supplier name and
15  search user interface"?  Is that feature available
16  in the current version of the e-Procurement
17  application?
18      A   I can't say.  I don't think so.  But I
19  can't say.
20      Q   What would you need to review in order to
21  answer that question?
22      A   I need to understand what document this

221

1    is.
2       Q   Well, I'm not necessarily asking it
3    specifically to this document.  I'm just using that
4    to ask a question about the current e-Procurement
5    application and its functionality.
6       A   Okay.  And so what was the question
7    again?
8       Q   With respect to the current version of
9    e-Procurement application, does that have the
10   capability to allow the user to view the supplier
11   in the search user interface?
12      A   Implement a generic mechanism to perform
13   prefix searches.  We don't have wild card searches
14   in this solution today, which is what I can -- my
15   understanding, reading the text here, for what it's
16   worth, is that we don't have that today.
17      Q   Well, just aside from this document, in
18   the current version of the e-Procurement
19   application, does the user have the ability to view
20   the supplier name in the search user interface?
21      A   View the supplier name -- in the search
22   of...

222

1       Q   In the search of the catalogs.  When
2    you're searching for items to build a requisition,
3    does --
4       A   The name will be viewed, yes.
5       MR. SCHULTZ:  In just looking at that
6    question, I'm going to object to that as vague.
7    BY MS. ALBERT:
8       Q   Can you turn to the page with the Bates
9    number that ends with 078.
10      A   Yes.
11      Q   Does the current version of the
12   e-Procurement application include the ability to
13   allow suppliers to perform partial delivery
14   confirmation?
15      A   Again, when it relates to the document, I
16   have a problem in understanding.
17      Q   Aside from the document.
18      A   Aside from the document.
19      Q   In the e-Procurement solution as
20   delivered, is there the ability to allow suppliers
21   to perform partial delivery confirmation?
22      A   My understanding, yes.  But there might

223

1    be limitation on how you can do partial.
2       Q   What is the functionality that allows a
3    supplier to perform partial delivery confirmation
4    that's currently in the product?
5       A   My understanding is you can say a
6    variable quantity, and if the quantity is C, then
7    the line is off.  And of course the date.
8       Q   If the quantity is C, what do you mean by
9    that?
10      A   Zero.
11      Q   Zero.  Okay.
12      MS. ALBERT:  Let me have the reporter
13   mark as Billgren Exhibit 18 -- I don't know that
14   this document has any title.  It bears production
15   numbers LE 00220257 through 275.
16      (Billgren Exhibit 18 was marked for
17   identification and attached to the deposition
18   transcript.)
19      THE WITNESS:  Can I just have something
20   to drink?
21   BY MS. ALBERT:
22      Q   Sure.

224

1       A   I don't know if you want that on the
2    picture.  Maybe it doesn't matter.
3       Yes.
4       Q   Have you ever seen the document that's
5    been marked as Billgren Exhibit 18 before?
6       A   No, I have not.
7       Q   Do you know what it relates to?
8       A   I do know what it relates to.  I think I
9    understand what it relates to.
10      Q   What does it relate to?
11      A   Then I do need to read the document to
12   answer that question.  But I think it would be fair
13   for me to assume that this is a document in
14   preparation of a business case for our own
15   development of a Product Information Management
16   solution.
17      Q   Is that the Product Information
18   Management solution to which you referred a little
19   bit earlier?
20      A   Yes.  It is to the Product Information
21   Management solution that we have not developed and
22   we don't have, but where we have partners.

225

1    Q   Who are the partners?

2    A   A company called Inriver.  They're

3    relatively new.  And a company called UDK, who is

4    mentioned in this document..

5    Q   Does the Product Information Management

6    solution have any relevance to the e-Procurement

7    application?

8    A   No.

9    Q   Is it intended that the Product

10   Information Management solution could be used in

11   association with the e-Procurement solution?

12   A   No.  It's the opposite side of the

13   process.  It's when I am a manufacturer of an

14   equipment that I want to sell, and I want to create

15   a catalog for my equipments that others could punch

16   out to and possibly buy from me.

17   Q   So you could have a supplier catalog of

18   equipment and use one of the M3 applications to

19   build a requisition and generate a purchase order?

20   A   No.  I wouldn't say that.  It has nothing

21   to do with a supplier catalog.  It's my product

22   catalog.  It's me, the company, the OEM.  I have my

226

1    catalog of products that I want to sell.

2        And I need to manage them.  I need to

3    take photographs of the products.  I need to have

4    various text on the products.  And I publish these

5    products in a catalog, in a quite complex process,

6    to secure that my customers can look at them and

7    buy from me, either through my front end, my web

8    pages, which is -- or use Punchout from there,

9    e-Procurement, whatever solutions they have to come

10   into my product catalog.

11       And typically these catalogs, main driver

12   for them is to be able to produce a printed catalog

13   like L. L. Bean, for instance, that you talk about an

14   American.  Not that we have them as customers, but

15   that's just an example.  The Kia catalog.

16   Q   Do you have a projected date for when the

17   Product Information Management solution is going to

18   be commercially available?

19   A   No, not at all.  As I said, this is

20   something that hasn't taken off.  So instead of

21   doing any development on behalf of Lawson, we have

22   engaged with two partners so far.  It might be

227

1    more.

2    Q   I think I'm done with that document.

3        MS. ALBERT:  Let me have the reporter

4    mark as Billgren Exhibit 19 a document entitled

5    "OAGIS 9_2 GetCatalog Documentation."  It bears

6    production numbers LE 00047473 through 621.

7        (Billgren Exhibit 19 was marked for

8    identification and attached to the deposition

9    transcript.)

10   BY MS. ALBERT:

11   Q   Have you ever seen the document that's

12   been marked as Billgren and 19 before?

13   A   I have not.

14   Q   Do you know, are you familiar with the

15   OAGIS organization?

16   A   I think so, but you need to clarify what

17   this means in this context.

18   Q   Do you know if that's an open source

19   organization?

20   A   So this document and the OAGIS, so what

21   is your understanding that this means?

22   Q   Well, my understanding is that OAGIS is

228

1    an open source organization.  I can't remember what

2    the acronym means.

3    A   I also have that sort of a -- I'm aware

4    of -- I've seen the abbreviation before, but I

5    don't know what this -- comes into this context.

6    Q   Does Lawson make use of open source in

7    connection with its source code for the M3

8    e-Procurement application?

9    A   I haven't seen this document.

10   Q   Do you know if Lawson makes use of any

11   open source in connection with its source code for

12   the M3 e-Procurement application?

13   A   Not -- I would not be able to say that

14   specifically.

15   Q   Who would you ask to find out the answer

16   to that question?

17   A   I would have asked the designer of our

18   solution.

19   Q   Who is that person?

20   A   That would probably have been an

21   individual in the development organization, Thim

22   Othskov.

229

1    Q   What was the name you provided?

2    A   Thim Othskov.

3    Q   How do you spell that?

4    A   For that I need a pen.  It's a Danish

5    name.

6    Q   Okay.  We'll let the reporter collect

7    that afterwards.

8    A   For me, it's a little bit different, to

9    use sort of table of contents and -- yes.  Yes.

10   What was your question again?

11   Q   I just was asking if Lawson made use of

12   open source in its source code.

13   A   From OAIGS or --

14   Q   Well, I just didn't know if perhaps some

15   of these business object documents that are

16   included in this document might be utilized by

17   Lawson in its software.

18   A   My first immediate answer would have been

19   no.  But I would have to leave it open to a certain

20   degree, because I don't know where this document

21   comes from, and I don't know the context.  So I

22   don't know.

230

1    Q   Could you turn to the page with the Bates

2    number ending 478.  It's just a few pages into the

3    document.

4    A   Yes.

5    Q   And do you see on that page there's an

6    element, "Get Catalog"?

7    A   Mm-hmm.

8    Q   Do you know if Lawson makes use of the

9    Get Catalog functionality in its e-Procurement

10   application?

11   A   My level of -- my answer would have been

12   at the starting point no.  But my level of

13   competence in the actual code limits me here for a

14   while.  So I don't dare to answer that one.  But my

15   first answer would have been no.  Sorry to be a bit

16   blurry.  Because I don't know where you got this

17   document from.

18   Q   Well, we got it from somebody at Lawson.

19   I don't know who.

20   A   Yes.

21   Q   Do you know who would maintain this type

22   of documentation in their files?

231

1    A   My answer -- yes.  I need to check.

2    Q   With whom would you check?

3    A   As I mentioned before, the same

4    individual.

5    Q   I think I'm done with that document.

6    A   Yes.

7    Q   We talked a little bit about the

8    maintenance and support.  And I think you

9    referenced that typically it's 21 percent of the

10   license fee; is that correct?

11   A   That's correct.

12   Q   What services are provided as part of the

13   ongoing maintenance and support with respect to the

14   e-Procurement application?

15   A   With respect to all M3 applications I'm

16   prepared to answer, because it's a generic

17   offering.  We allow you to -- if there should be

18   enhancements or new versions within what you have

19   licensed, then you can obtain those for free.  We

20   would correct errors.  And we would also support

21   regulatory or statutory requirements in those

22   geographies that was included when the original

232

1    license agreement was signed.

2    Q   Is there a help desk that would be

3    provided as part of the maintenance and support

4    services?

5    A   Yes, there is support.

6    Q   And you indicated that updates and

7    enhancements are available as part of the

8    maintenance and support, correct?

9    A   (Witness nods head.)

10   Q   Will Lawson personnel assist a customer

11   in debugging and fixing problems that arise with

12   respect to the e-Procurement module as part of the

13   ongoing maintenance and support services provided?

14   A   Again, answering outside of

15   e-Procurement, the general offering is that we

16   don't debug.  The customer has to explain the

17   error, if there is an error, and then it's our

18   commitment to correct the errors, not to find the

19   error.

20   Q   Does Lawson provide training and

21   education to its customers as part of the ongoing

22   maintenance and support services available with the

233

1    M3 product line?

2        A   Yes, we do.

3        Q   Does Lawson provide documentation to its

4    customers as part of the ongoing support provided

5    with the M3 product line?

6        A   Yes.  Provided by definition, yes,

7    documentation, yes.

8        Q   What types of documentation are provided

9    to customers?

10        A   Documentation in -- yes, there are so

11    many angles to that point.  It's topic-related.

12    It's -- I need to take a time out on that one,

13    because that I need to think about.  Because I

14    can't just phrase it up.  It's documentation.  Is

15    that...

16        Q   I was trying to figure out what specific

17    types of documentation would be provided to

18    customers.

19        A   All customers would receive online help

20    text.  They will receive -- but the question you

21    originally asked was in conjunction with a support

22    agreement, and in addition to the software

234

1    documentation.  So that's how I answered.  In

2    addition to the software documentation that you

3    obtain when you receive the software, which is

4    online help text as such, you also receive, as a

5    support maintenance paying customer, additional

6    documentations and educations that you can

7    participate in learning in specific topics,

8    specific areas.

9        We organize webinars for customers to

10    come in and listen and also see documentation on

11    topic related areas.  That's how I answered the

12    question, hence my -- because the software

13    documentation is provided for when you sign the

14    license agreement.

15        Q   What is the standard software

16    documentation that would be provided when you sign

17    the license agreement with respect to the

18    e-Procurement module?

19        A   What we provide is -- I am not 100

20    percent sure if one of the guides here is part of

21    our software delivery today.

22        Q   Who would you ask to find out the answer

235

1    to that?

2        A   My shipment office, again.

3        Q   Does Lawson provide installation and

4    implementation services for its customers with

5    respect to the e-Procurement module?

6        A   Yes.

7        Q   What type of implementation services are

8    provided to customers of the e-Procurement module?

9        A   We provide what they ask for and what is

10    needed to get the solution implemented.

11        Q   So will you provide services to assist

12    them with setting up the catalog database in the

13    Buy Center?

14        A   No.  I mean, the -- first of all, you

15    don't set up a catalog in the Buy Center in

16    e-Procurement.  You work in the Supply Center.  And

17    the supplier edits and updates their product lists

18    and catalogs.  And we will not assist in that

19    process, the ones I mentioned.

20        Q   Would you assist an e-Procurement

21    customer if it had an old system and it wanted to

22    migrate its old Item Master data into the database

236

1    in the e-Procurement application?

2        A   If a customer asks for migration of any

3    kind of data, and if he wants to pay our technology

4    consultants, we would offer whatever.  But I'm not

5    sure that's an answer to your question, because

6    it's a technical consultant job.

7        Q   Will Lawson provide services to integrate

8    the e-Procurement module with the M3 Business

9    Engine?

10        A   Yes.

11        Q   How are the installation and

12    implementation services billed?  What are the costs

13    associated with that?

14        A   Costs, or how they are billed?

15        Q   How are these types of services priced,

16    is a better question.

17        A   Again, generic answer, we can either

18    price as time and material, or you can have any

19    kind of other agreement with the customer.  I don't

20    know how -- you're talking about e-Procurement, was

21    your -- we have done one implementation in the

22    United States, and I don't know how that very

237

1    implementation was billed, if it was time and
2    material or if it was any kind of other
3    arrangement.
4        Q   Can you describe the process pursuant to
5    which Lawson would obtain a contract for the
6    e-Procurement module?
7        A   Describe the process how it would obtain,
8    how do you mean?
9        Q   Would a prospective customer issue a
10   request for proposal for the e-Procurement
11   application?
12       A   Okay.  It would be great.  It's never
13   happened.
14       Q   Well, with respect to the customers that
15   you do have for the e-Procurement application, how
16   did you go about signing the contracts with those
17   customers?
18       A   We typically engage with an account
19   executive or a salesman.  Hence you saw some of
20   the -- this business case they didn't move on,
21   we're taking e-Procurement to the United States, we
22   didn't invest in that side.  But typically we would

238

1    have to find the customer and prove the value of
2    our solution.
3        Q   How are customer leads generated?
4        A   In many ways.  But...
5        Q   Have you had, you know, for the --
6        A   You're talking about e-Procurement now?
7        Q   Right.
8        A   We have sort of -- in U.S.?
9        Q   No, anywhere.  I'm just trying to learn
10   in general what the process is by which you acquire
11   customers for the e-Procurement application.
12       A   For the e-Procurement application?  We
13   don't have very many campaigns for that.  So
14   it's -- yes.  It's anomalous if it happens.  We
15   don't have aggressive campaigns for finding
16   e-Procurement customers.
17       Q   Have you ever had a customer issue a
18   request for proposal that relates to the
19   e-Procurement application or in which e-Procurement
20   was one element?
21       A   Yes.  We have.
22       Q   And what customer was that?

239

1        A   In -- at least in the cases where we have
2    the customers today, in many of those it was part
3    of their -- what they asked for.
4        Q   So those customers issued a request for
5    proposal?
6        A   Sorry?
7        Q   Those customers issued a request for
8    proposal to you?
9        A   Yes, that could be one way, when they
10   engage.
11       Q   And then would Lawson in such a situation
12   develop a response to that request for proposal?
13       A   Yes, we would.
14       Q   How are responses to RFPs drafted?
15       A   How do you mean, drafted?
16       Q   What's the process by which Lawson would
17   put together a response to an RFP?
18       A   It's part of our sales process.  It would
19   be the account executive who responds to the RFP,
20   typically in the form where it's asked for together
21   with the solution consultant.
22       Q   Did they have -- does the product

240

1    management have any input into responses to RFPs?
2        A   No, not really.  We might be asked to
3    support with expertise.  But we don't reply to
4    RFPs.
5        Q   Do you help the sales account executive
6    draft answers where there are questions relating to
7    functional requirements?
8        A   Not on a general base.  If there are
9    questions where the sales team cannot answer, and
10   they don't know whether the standard solution do
11   that specific feature that they've been asked for,
12   then they of course are allowed and should ask us
13   for advice.
14       Q   Does Lawson maintain any sort of database
15   or repository with standard answers to RFP
16   questions with respect to the M3 product line?
17       A   No, I would say we don't have automated
18   answers to RFPs.
19       MS. ALBERT:  Let me have the reporter
20   mark as Billgren Exhibit 20 a document entitled
21   "The Directory Listing the Proposal Automation
22   Suite."  It bears production numbers LE 00351791

Billgren, Henrik - Vol. 1  10/21/2009  12:00:00 PM

241

1    through 803.

2        (Billgren Exhibit 20 was marked for

3    identification and attached to the deposition

4    transcript.)

5    BY MS. ALBERT:

6        Q   Are you familiar with the Proposal

7    Automation suite?

8        A   In what context?

9        Q   Have you ever made use of the Proposal

10   Automation suite?

11       A   Again, in what context?

12       Q   In any context.

13       A   I'm not sure I understand.

14       Q   Have you ever heard of the Proposal

15   Automation suite before?

16       A   From a Lawson perspective, or --

17       Q   Yes.  Have you ever heard of a Proposal

18   Automation suite being used within Lawson's

19   organization?

20       A   Yes.  I am aware of that sales operation,

21   sales ops are working with something like this,

22   yes.

242

1        Q   Do you see at the top of the page, the

2    third line reads, "Database:  F:\RFP

3    Machine\Data\LawsonM3Data.mdb"?

4        A   Yes, I can read that.  Yes.

5        Q   Is there a portion of the proposal, the

6    answers contained for the Proposal Automation

7    suite, that relate to the M3 product line?

8        A   Sorry, what was the question?

9        MS. ALBERT:  Can you read it back,

10   please?

11       (Requested portion of record read.)

12       THE WITNESS:  Yes.

13       MS. ALBERT:  We could not find a document

14   that contains the answers.  All we can find is this

15   directory.  So I would request that the answers be

16   provided.

17       MR. SCHULTZ:  Okay.  I will look into

18   that.

19       MS. ALBERT:  That's all I have for that

20   document.  That's all I have for that exhibit.

21   BY MS. ALBERT:

22       Q   Mr. Billgren, were you engaged in

243

1    Lawson's efforts to collect documents responsive to

2    ePlus's document requests served in this

3    litigation?

4        A   Define "engaged."

5        Q   Did you have any involvement in Lawson's

6    efforts to collect documents that would respond to

7    ePlus's discovery requests in this litigation?

8        A   I think so, yes.  I was replicated or

9    opened up my own folders, my e-mails, and I also

10   helped in relation to guiding what type of

11   information, what kind of documentation we might

12   have available.

13       Q   So besides assisting with collecting your

14   own files, what was the nature of your assistance

15   with respect to finding documentation on the M3

16   product line?

17       A   Quite limited, and it was around old

18   documentation of M3.

19       Q   Do you know who else within Lawson had

20   any involvement in collecting documents relevant to

21   the M3 product line?

22       A   Other than myself?

244

1        Q   Right.

2        A   I'm aware of myself and what I did.  But

3    I don't know how many others.

4        Q   Where did you search for documents

5    relating to the old documentation of M3?

6        A   It was not electronic, because old

7    documentation was not electronic, so we physically

8    looked in cabinets, which was scanned and made

9    available.

10       Q   What documentation relating to old M3

11   products was located?

12       A   Sorry?

13       Q   What documentation relating to old M3

14   products was located?

15       A   Was located?  It was documentation on M3

16   version 7.  It wasn't called M3 at the time.  Movex

17   version 7.  And specific documentation of Movex,

18   even earlier versions, in the Procurement area.

19       Q   Did Lawson search any centralized

20   repositories for documents relating to the M3

21   product line?

22       A   To my understanding, yes, since we were

Billgren, Henrik - Vol. 1 10/21/2009 12:00:00 PM

245

1 all asked to sort of make all our folders available
2 onto one place, I assume that that was searched.
3     Q    Are there any standard centralized
4 repositories that are used in your day to day
5 business with respect to the M3 product line?
6     A    They were -- we were asked to sort of
7 open up our folders to all databases. There are
8 some Notes databases that people are using day to
9 day where I think some of this might have come
10 from. We just opened up those, how do you say --
11 how do you say that in English -- My Computer views
12 on a laptop. And then your servers, your dedicated
13 servers that you use were there, and they were part
14 of what was submitted.
15     Q    Do you know if anyone collected the
16 source code for the M3 e-Procurement application?
17     A    No, I don't know if that has happened.
18     Q    Who is responsible for maintaining the
19 source code for the M3 e-Procurement application?
20     A    Lawson.
21     Q    Is there anyone within your product group
22 that has responsibilities for the source code for

247

1 6:35 p.m.)
2          *   *   *
3          ACKNOWLEDGEMENT OF DEPONENT
4     I, HENRIK BILLGREN, do hereby acknowledge
5 that I have read and examined the foregoing
6 testimony, and the same is a true, correct and
7 complete transcription of the testimony given by
8 me, and any corrections appear on the attached
9 Errata sheet signed by me.
10
11 _____  _____
12    (DATE)          (SIGNATURE)
13
14
15
16
17
18
19
20
21
22

246

1 the e-Procurement application?
2     A    Using the word "responsibility," the
3 source code as such is on an escrow agreement.
4 It's stored in the back.
5     (The reporter asked for clarification.)
6     A    Escrow. Escrow.
7     Q    Yes.
8     A    So from a responsibility perspective,
9 that's what it is. Then everybody, they just work
10 with what they work with.
11     MS. ALBERT: I think it might be a good
12 stopping point for today.
13     MR. SCHULTZ: Okay.
14     THE WITNESS: Okay.
15     MS. ALBERT: And we'll recess for today
16 and begin again tomorrow at approximately 8:30 a.m.
17     MR. SCHULTZ: Okay.
18     THE VIDEOGRAPHER: This marks the end of
19 tape number 4 in the deposition of Mr. Billgren.
20 We're going off the record. The time is 6:35 p.m.
21     (Signature having not been waived, the
22 deposition of HENRIK BILLGREN was adjourned at

248

1      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2     I, Lee Bursten, the officer before whom
3 the foregoing deposition was taken, do hereby
4 certify that the foregoing transcript is a true and
5 correct record of the testimony given; that said
6 testimony was taken by me stenographically and
7 thereafter reduced to typewriting under my
8 direction; and that I am neither counsel for,
9 related to, nor employed by any of the parties to
10 this case and have no interest, financial or
11 otherwise, in its outcome.
12     IN WITNESS WHEREOF, I have hereunto set
13 my hand and affixed my notarial seal this 26th day
14 of October, 2009.
15 My commission expires: June 30, 2014.
16
17
18
19 _____
20 LEE BURSTEN
21 NOTARY PUBLIC IN AND FOR
22 THE DISTRICT OF COLUMBIA

Billgren, Henrik - Vol. 1  10/21/2009  12:00:00 PM

249

1          E R R A T A   S H E E T

2      IN RE:  ePLUS iNC. v. LAWSON SOFTWARE, INC.

3      RETURN BY:  _____

4      PAGE   LINE   CORRECTION AND REASON

5      ____  ____   _____

6      ____  ____   _____

7      ____  ____   _____

8      ____  ____   _____

9      ____  ____   _____

10     ____  ____   _____

11     ____  ____   _____

12     ____  ____   _____

13     ____  ____   _____

14     ____  ____   _____

15     ____  ____   _____

16     ____  ____   _____

17     ____  ____   _____

18     ____  ____   _____

19     ____  ____   _____

20     ____  ____   _____

21     _____   _____

22        (DATE)          (SIGNATURE)

---

250

1      E R R A T A   S H E E T   C O N T I N U E D

2      IN RE:  ePLUS iNC. v. LAWSON SOFTWARE, INC.

3      RETURN BY:  _____

4      PAGE   LINE   CORRECTION AND REASON

5      ____  ____   _____

6      ____  ____   _____

7      ____  ____   _____

8      ____  ____   _____

9      ____  ____   _____

10     ____  ____   _____

11     ____  ____   _____

12     ____  ____   _____

13     ____  ____   _____

14     ____  ____   _____

15     ____  ____   _____

16     ____  ____   _____

17     ____  ____   _____

18     ____  ____   _____

19     ____  ____   _____

20     ____  ____   _____

21     _____   _____

22        (DATE)          (SIGNATURE)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 11th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER
DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS
AND REVISED SUMMARY OF THE DEPOSITION OF
HENRIK BILLGREN (OCT. 21, 2009)**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis. MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonscrvicc@)merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1238
Facsimile: (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

***Counsel for Defendant Lawson Software, Inc.***

_____
*/s/*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

dyoung@goodwinprocter.com

2