IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER
DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS
AND REVISED SUMMARY OF THE DEPOSITION OF
<u>HENRIK BILLGREN (OCT. 22, 2009)</u>**

Plaintiff, *e*Plus, Inc. ("*e*Plus"), through counsel, hereby submits the following specific objections to Defendant Lawson Software, Inc. ("Lawson")'s Counter-Deposition Designations of the deposition of Henrik Billgren (October 22, 2009) and offers the following counter-counter designations and revised summary:

**Specific Objections**

| Defendant's Counter Designations | *e*Plus's Objections to Defendant's Counter Designations | *e*Plus's Counter-Counter Designations |
|---|---|---|
| | | |
| | | |
| | | |
| 266:7 – 268:2 | 403 (267:16-268:2) | 265:18-22; 266:5 |
| | | |
| 272:17-21 | | |
| | | |
| 283:22 – 284:12; 288:17 – 289:16; | | 289:22-290:15 |

| Defendant's Counter Designations | ePlus's Objections to Defendant's Counter Designations | ePlus's Counter-Counter Designations |
|---|---|---|
| 290:22 – 291:5 | | |

## Revised Summary

Designated testimony relates to:

Mr. Billgren provided a demonstration of the M3 e-Procurement application, both as a supplier and a buyer.  256:12-257:4; 257:22-259:11; 259:19-262:12; 263:7-265:17; 268:5-269:2; 270:7-272:16; 273:19-279:12; 280:2-282:17.  Mr Billgren stated that the demonstration he was directed to do did not describe anything regarding the functionality of the M3 e-Procurement application because it is only playful data that is not representative of an actual customer in any real life situation.[1]  (266:7 – 268:2)  Mr. Billgren described how a supplier would upload a supplier catalog as an Excel spreadsheet into the system.  257:22-259:11; 259:19-262:12.  Mr. Billgren demonstrated the functionality of the M3 e-Procurement application to search by supplier name (*e.g.*, IBM)  and by different keywords (*e.g.*, laptop) and through the catalog hierarchy (*e.g.*, hammers) and created and approved a requisition from items selected from the search results.  263:7-265:17; 268:5-269:2; 270:7-272:16; 273:19-279:12; 280:2-281:14.[2]   Mr. Billgren also demonstrated how suppliers could respond to supplier orders with comments, such as whether a particular item is on backorder.  281:15-282:17.  For a requisition including two line items to be ordered from two different suppliers, the system created two purchase orders.  280:11-281:14. To the best of Mr. Billgren's knowledge, Lawson has approximately 30 customers that use the M3 e-Procurement application.[3]  To the best of Mr. Billgren's knowledge, one customer is in the United States, Empire Merchant North.  Based on Mr. Billgren's understanding, Lawson's other customers of the e-Procurement application do not use the application in the United States. Some of Lawson's 30 M3 e-Procurement customers use the M3 e-Procurement application as a standalone application and some of them use the M3 e-Procurement application as an add-on integrated with an M3 system.[4] (283:22 – 284:12; 288:17 – 289:16; 289:22-290:15; 290:22 – 291:5)

---

[1] Lawson has suggested adding the statement that "Mr Billgren stated that the demonstration he was directed to do did not describe anything regarding the functionality of the e-Procurement application."  *e*Plus objects to this statement as being incomplete and adds that the witness testified that the demonstration could not be used to describe the functionality of the system only because "playful" data, instead of actual customer data, was loaded into the system.

[2] Lawson has suggested adding the statement, "Mr. Billgren stated that the demonstration did not indicate whether an item was in stock or not."  *e*Plus objects to this statement as not accurately reflecting the testimony.  The witness testified that data in the "delivery time" field of an item description does not provide an indication of whether the supplier for the item has the item in stock.

[3] Lawson contends that the witness testified that 30 customers use the e-Procurement application. *e*Plus objects that this was only an approximation and that the witness qualified that his answer was given to the best of his knowledge, and has revised the statement accordingly.

[4] Lawson suggests adding the following statement:  "None of Lawson's 30 e-Procurement customers also use the M3 application as an add-on integrated to the e-Procurement application." *e*Plus objects to this statement as a mischaracterization of the witness's testimony.  The witness stated that of these 30 customers of the e-Procurement application, some of them are standalone and some of them are integrated with M3.

Respectfully submitted,

              /s/              
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
SRobertson@goodwinprocter.com
JAlbert@goodwinprocter.com
DYoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
MSrapp@goodwinprocter.com
JClements@Goodwinprocter.com

*Attorneys for Plaintiff, ePlus Inc.*

Dated: August 11, 2010

4

**Page 251**

```
 1            IN THE UNITED STATES DISTRICT COURT
 2            FOR THE EASTERN DISTRICT OF VIRGINIA
 3                      Richmond Division
 4    ----------------------------x
 5    ePLUS iNC.,           )
 6          Plaintiff,      ) Civil Action No.
 7       v.                 ) 3:09-CV-620 (JRS)
 8    LAWSON SOFTWARE, INC.,)
 9          Defendant.      )
10    ----------------------------x
11              CONFIDENTIAL
12       Continued 30(b)(6) Videotaped Deposition of
13            Lawson Software, Inc.
14       by and through its corporate designee
15              HENRIK BILLGREN
16         and in his personal capacity
17                Washington, D.C.
18            Thursday, October 22, 2009
19                    8:44 a.m.
20    Job No.: 1-165765
21    Pages: 251 - 295, Volume 2
22    Reported By:  Lee Bursten
```

**Page 252**

```
 1       Continued 30(b)(6) Videotaped Deposition
 2    of Lawson Software, Inc. by and through its
 3    corporate designee HENRIK BILLGREN and in his
 4    personal capacity, held at the offices of:
 5           Goodwin Procter LLP
 6           901 New York Avenue, Northwest
 7           Washington, D.C.  20001
 8           (202) 346-4000
 9
10
11
12       Pursuant to notice, before Lee Bursten,
13    Court Reporter and Notary Public in and for the
14    District of Columbia, who officiated in
15    administering the oath to the witness.
```

**Page 253**

```
 1              A P P E A R A N C E S
 2    ON BEHALF OF PLAINTIFF:
 3       JENNIFER A. ALBERT, ESQUIRE
 4       Goodwin Procter LLP
 5       901 New York Avenue, Northwest
 6       Washington, D.C.  20001
 7       Telephone: (202) 346-4000
 8
 9
10
11    ON BEHALF OF DEFENDANT:
12       WILLIAM D. SCHULTZ, ESQUIRE
13       Merchant & Gould PC
14       3200 IDS Center
15       80 South Eighth Street
16       Minneapolis, Minnesota  55402
17       Telephone: (612) 332-5300
18
19
20
21    ALSO PRESENT:
22       ANTONIO TROPEANO, Videographer
```

**Page 254**

```
 1                C O N T E N T S
 2    EXAMINATION OF HENRIK BILLGREN         PAGE
 3     By Ms. Albert                         256
 4     By Mr. Schultz                        288
 5     By Ms. Albert                         289
 6
 7
 8                E X H I B I T S
 9             (Attached to transcript.)
10    BILLGREN DEPOSITION EXHIBITS           PAGE
11    Exhibit 21   United States Patent      286
12                 Number 6,023,683
```

Billgren, Henrik - Vol. 2   10/22/2009   12:00:00 PM

255

1    P R O C E E D I N G S
2         THE VIDEOGRAPHER:  Here begins videotape
3    number 1 in the deposition of Henrik Billgren in
4    the matter of ePlus inc. versus Lawson Software,
5    Inc., in the United States District Court for the
6    Eastern District of Virginia, Richmond Division,
7    case number 3:09-CV-620 JRS.  Today's date is
8    October 22nd, 2009.  The time on the video monitor
9    is 8:44 a.m.
10        The video operator today is Antonio
11   Tropeano of Merrill LAD.  This video deposition is
12   taking place at Goodwin Procter, 901 New York
13   Avenue, Northwest, Washington, D.C., 20001.
14        Counsel, please voice identify yourselves and state
15   whom you represent.
16        MS. ALBERT:  Jennifer Albert with the law
17   firm of Goodwin Procter.  I represent the
18   plaintiff, ePlus incorporated.
19        MR. SCHULTZ:  William Schultz with
20   Merchant & Gould, and I represent Lawson Software,
21   Incorporated.
22        THE VIDEOGRAPHER:  The court reporter

256

1    today is Lee Bursten of Merrill LAD.  And the
2    witness is already sworn in.
3             HENRIK BILLGREN
4    having been previously duly sworn, testified as
5         follows:
6    FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
7    BY MS. ALBERT:
8    Q    I remind you, Mr. Billgren, that you
9    remain under oath from yesterday.  Do you
10   understand?
11   A    I understand.
12   Q    Okay.  Today we wanted to have a
13   demonstration of the M3 e-Procurement system.  And
14   can you explain for me the system that we're about
15   to see and how you've configured it for today's
16   demonstration?
17   A    We are about to enter what we call our
18   demo environment, which is an environment that we
19   use to demonstrate the general functionality of the
20   system, predominantly from a user's perspective.
21   Q    And have you made any special
22   configuration adjustments to the demonstration

257

1    environment in order to demonstrate the
2    functionality today?
3    A    Actually not.  This is the live
4    demonstration environment that is up and running.
5    Q    Can you go ahead and log in?
6         MR. SCHULTZ:  Do you want him to hit the
7    "Record"?
8    BY MS. ALBERT:
9    Q    Oh, yes, hit the "Record" first.
10   A    There?
11   Q    Yes.
12   A    Okay.
13   Q    And then go ahead and log into the
14   system.
15   A    So I connect with our demo environment
16   with a user name and a password.
17   Q    Now, can you select Supply Center and --
18   well, strike that.  Do you have all of the roles
19   available to you today, supplier role, buyer role,
20   content manager role?
21   A    Yes.
22   Q    Can you log in as a supplier to the

258

1    Supply Center?  So you're clicking on the Supply
2    Center link on the home page there.  And what is
3    this screen?
4    A    This then, I'm now selected that I want
5    to log on to the Supply Center.  Then I have to
6    check on which role I'm going to log in as.  And --
7    Q    Can you log in for the role appropriate
8    to an individual who would be uploading a supplier
9    catalog as an Excel spreadsheet?
10   A    Yes.  I will log on as a supplier here.
11   Q    And now you're presented with a page
12   that's entitled "Supply Center Home."  What are all
13   the activities that a supplier can perform by
14   accessing this Supply Center home page?
15   A    First, he sees the ongoing orders.  Is it
16   okay if I refer to the conversation yesterday, or
17   not?  Possibly not.  These are the orders that's
18   been posted for me as a supplier that I should
19   ship, and whatever ongoing other things, activities
20   I might have.
21   Q    Okay.  And what would you do in order to
22   upload your supplier catalog in an Excel format?

259

1  A   I'm not -- I don't have an Excel.  This
2  is the demo environment.  I can't sort of have an
3  Excel spreadsheet that I will upload.  But I can
4  display by clicking on catalogs how the supplier
5  would view his catalogs or his uploaded product
6  lists, which is what I just did.
7      Q   So the page we've been presented is the
8  catalogs page.  And I note that there's a tab,
9  "View Catalogs," which appears to be the tab that
10 we're at right now.
11     A   Yes.
12     Q   And what functionality can be done if you
13 click on the -- if you enter something in the user
14 interface labeled "Catalog Name"?
15     A   You want me to enter something there?
16     Q   Well --
17     A   It's a filter of -- it's a filter of what
18 you see in your list view.
19     Q   So if you wanted to look for a particular
20 catalog name, you could enter that catalog name
21 into that user interface and just search for that
22 specific catalog, is that correct?

260

1  A   Filter for it.
2  Q   And what functionality is available if
3  you use the status user interface there?
4  A   It's the same.
5  Q   All right.  Can you display for us one of
6  the catalogs?
7  A   Display a catalog?
8  Q   Yes.
9  A   So this supplier, I think this is the
10 name, Ideal whatever, Hardware, he has these
11 catalogs.  And I click on one.  And come the header
12 of what is mentioned here as the catalog of this
13 list of products.  It's just information of the
14 header.  And inside this catalog you have various
15 products that are either approved products, which
16 are -- if I may, if I click there, these are the
17 products that is used by the buyer, can be used by
18 the buyer to do a requisition.
19     Q   And then if you click on the tab "Catalog
20 Products," what's displayed there?
21     A   It's products that I'm planning to bring
22 into this very catalog, products that could be

261

1  ready for update to be used if I were to add a new
2  product, for instance.
3      Q   And if you clicked on the tab labeled
4  "Catalog Files," what functions can be performed?
5      A   There I would see generated files and
6  uploaded files that I might have in preparations of
7  my product list slash catalog.
8      Q   Can you go back to "Catalog Details,"
9  please.
10     A   Of the product.
11     Q   So down below, with "Results," are those
12 the various different items that are in the catalog
13 that are available to be published to the Meta
14 Catalogue in the Buy Center?
15     A   Yes.  These are the products that the
16 buyer can view and create a requisition for.
17     Q   And can you click on one of those items?
18     A   Yes.
19     Q   So that's the item detail for that
20 particular item, and it includes the various
21 attributes or fields of data associated with that
22 item; is that correct?

262

1  A   Yes.
2  Q   So what would be the process that would
3  be used by the supplier in order to upload a
4  supplier catalog as an Excel spreadsheet into the
5  system?
6  A   He would upload the spreadsheet in as a
7  catalog file, and then he would approve; maybe
8  amend some of these details that you see here,
9  price or delivery time, then approve.  And when he
10 has approved them, they will be part of this
11 approved product details and can be used by the
12 buyer in a requisition.
13     Q   Can you log out as the supplier and log
14 in as a purchase manager or a content manager?
15     A   Still in the Supply Center.  Where do you
16 want me to be?  Maybe I'll go in the beginning.
17     Q   I want to show the interface for the
18 suppliers and the agreements and the catalogs that
19 would be available to the content manager or the
20 purchase manager, and then show an uploaded
21 supplier catalog.  I want to know the process that
22 would be used to -- after the supplier has approved

263

1  the catalog items, to publish those items into the
2  Meta Catalog available in the Buy Center.
3      A   By just approving the uploaded list of
4  products, that catalog, then they are published,
5  they are now.  So if I now log on as a requester, I
6  will be able to view these products.
7      Q   Okay.  Can you log in as a requester?
8      A   Yes.
9      Q   Or buyer.
10     A   Yes.  I'll log in as a buyer.
11     Q   Now, what screen is presented here?
12     A   I am now displayed on this side the
13  products that I am allowed to do a REQ on.  And
14  they are organized in product group structure.
15     Q   And to the right of that?
16     A   To the right of that I will have a list
17  of my most recent requisitions.  And you can
18  actually have drafts or templates ongoing of
19  requisitions.
20     Q   Okay.  Can you go ahead and expand the
21  fields, expand the catalog product hierarchies
22  there?

264

1      A   So we have hand tools consist of hammers,
2  hammers consist of steel hammers and titanium
3  hammers, and steel hammers shows me the actual
4  product in the list.
5      Q   Now, on the top of that, there are some
6  filters shown there, product information, supplier,
7  and product group.  If I go back before you -- go
8  back to the search interface without having any
9  results displayed.  Can you click on "Search"?
10     A   On "Search"?
11     Q   Yes.  Did you click on -- okay.  Can you
12  explain how to use the filters that are shown
13  there?  "Product Information," if the user used
14  that user interface to input a term there, what
15  would happen?
16     A   You enter something, and then you click
17  "Search."
18     Q   Does the search engine submit that input
19  query to the catalog database and search for items
20  that match that search query?
21     A   Yes.  It uses what you put in here, in
22  the field, and it goes to the one product

265

1  information -- the product database for the
2  products that's been uploaded and approved by the
3  suppliers, and it displays, with this filter on,
4  everything that contains "hammer" in the product
5  group.
6      Q   And what if you used the Product
7  Information user interface, how does the search
8  engine use that filter?
9      A   If I used what?
10     Q   The Product Information user interface.
11     A   Yes.
12     Q   How does the search engine make use of
13  that filter?
14     A   In the very same manner.  It will filter,
15  it will locate.  So yes, in very same manner, it
16  will locate anything that contains "hammer" in the
17  field "Product Information."
18     Q   And would the search, if you input a
19  search query in the supplier input box, would the
20  search engine search the database under the
21  supplier attribute for items that have supplier
22  names matching that input query?

266

1      A   Could you repeat the question?
2          MS. ALBERT:  Can you read that back,
3  please?
4          (Requested portion of record read.)
5          THE WITNESS:  Yes.
6  BY MS. ALBERT:
7      Q   Can you clear those fields.  Can you
8  input, under the supplier filter, the term
9  "Siemens"?
10     A   Like this?
11     Q   Yes.  And hit "Search."  Oh.  You don't
12  have the same data.  Can we see the catalog
13  products that are available, can you just show me
14  all of the products that are loaded into the
15  catalog?
16     A   How do you mean?
17     Q   Can you just display for me all of the
18  catalog items that are loaded into the
19  demonstration system?
20     A   This depends on how the data has been
21  defined.  If it's been defined at this particular
22  supplier Siemens, that this user or buyer in this

267

1   case should not buy items or is not allowed to buy
2   from this, then that doesn't display.
3       Q   Have you enabled the supplier field for
4   searching today?
5       A   I don't understand that question. It's
6   always been enabled. This is a standard screen.
7   It's always looked like this. Whatever I put in
8   here, an "S," all suppliers that has an S in them
9   pops up. It's a filter. It's not a logical,
10  thinking thing, selecting for Siemens. It's just a
11  filter on -- so S-I, for instance, will then
12  show -- and there is no one who has those letters.
13  S-O, possibly, I don't know.
14      I don't know the database in its full
15  extent.
16      Q   Can you show me --
17      A   This obviously -- because S-O then
18  detects a supplier here called Lawson France. The
19  data here is not representative of any customer in
20  any real life situation.
21      Q   Okay.
22      A   It is pure playful data with no relevance

268

1   really, and cannot be used to describe anything of
2   the functionality in the system, really.
3       Q   Well --
4       A   The content of the data.
5       Q   I mean, don't you use the demo system to
6   show customers how your system works?
7       A   Yes.
8       Q   So you want to be able to show the
9   functionality of the actual product by using the
10  demo system, don't you?
11      A   Yes. But typically what we do in a
12  customer demonstration is that you prepare with a
13  customer his situation, what type of transaction he
14  wants to do, and then you investigate to figure
15  out -- and it might -- actually in real cases you
16  might actually come up with real items, that they
17  want -- indirect material that they want to
18  procure, and to make the demonstration, the
19  presentation more live and a better fit for their
20  specific requirements, you do that.
21      That's generic, and it has nothing to do
22  with e-Procurement, but that's typically what we do

269

1   with any kind of product, live potential customer
2   demonstrations.
3       Q   Can you show me just a display of all the
4   items that you currently have in the database
5   available to this buyer? Just to show me each
6   screen of all items that have been loaded.
7       A   So first I clear, then I search. Then I
8   should be displayed here --
9       Q   Can you scroll down, please?
10      A   Then unfortunately, maybe I shouldn't use
11  that word, but you need to page to the next page.
12      Q   Yes. Can you do that? Okay, go a little
13  slower so I can see, please.
14      A   Okay. Do you want me to start from the
15  beginning again?
16      Q   That's --
17      A   I can do that.
18      Q   Can you scroll or click next?
19      (Witness complies.)
20      Q   Can you click next, please?
21      (Witness complies.)
22      Q   Can you click next, please?

270

1   (Witness complies.)
2       Q   Can you click next, please?
3       (Witness complies.)
4       Q   Can you click next, please?
5       (Witness complies.)
6       A   Yes.
7       Q   All right. Can we do a search for IBM in
8   the supplier input box?
9       A   Yes, we can.
10      Q   And now you've submitted that search to
11  the search engine. It's searched your Meta Catalog
12  and returned a hit list of items that matched the
13  input search query; is that correct?
14      A   Yes. We search what we call the
15  product -- the list of all the products that this
16  buyer can buy.
17      Q   If I want to narrow it down, the search,
18  can you input into the product information input
19  box the term "laptops"?
20      A   Box the term "laptops" -- how do you
21  mean.
22      Q   In the user interface for Product

**271**

1   Information, can you input "laptops"?
2   A   With an "S"?
3   Q   I don't know if it matters.
4   A   It does.
5   Q   Oh, okay.
6   A   Because laptop is laptop. Laptops are
7   laptops.
8   Q   Okay. Can you select the third matching
9   item in the hit list there, the third one down?
10  And let's show the item detail page. And now this
11  is the detail page for this catalog item, and
12  showing the various fields of data associated with
13  this item in the catalog database; is that correct?
14  A   These are the datas that has been
15  provided by the supplier and uploaded by the
16  supplier, in this case IBM, and approved to be
17  shown so that the buyer requester can ultimately
18  order it or request it.
19  Q   So we have a picture of the item,
20  correct?
21  A   Yes.
22  Q   And we have the product name associated

**272**

1   with the item; is that correct?
2   A   Yes.
3   Q   We also have in the item detail page the
4   product group hierarchy that's associated with this
5   particular item; is that correct?
6   A   Yes, that's correct.
7   Q   And then a description of the item, the
8   price, the supplier name, correct?
9   A   Yes.
10  Q   And now the delivery time field, it says
11  "Three days" there. What does that mean?
12  A   The intention with the information is
13  that the supplier indicates how long it will take
14  from -- I assume from when he is informed about
15  that you want to have this specific item, this
16  T61p.
17  Q   So it gives you some information that the
18  supplier has this item available in stock because
19  he's able to ship it to you in three days?
20  A   No. It doesn't give me any indication of
21  what he has or not has in stock.
22  Q   What happens if you click on the

**273**

1   "Details" URL there?
2   A   Like in all Microsoft windows, you will
3   be able to get to a web page.
4   Q   Can we click that?
5   A   Open up another window.
6   Q   What would you expect to see there?
7   A   I would have expected that the supplier
8   might have instead of written an entire -- how you
9   say that in English -- an entire book as a
10  description, that he indicated to a URL page where
11  the buyer, the requisitioner in this case, if
12  that's the English word for it, can go in and read
13  for himself the information about this particular
14  product.
15  Q   And do you know if sometimes, when you
16  link out to that external URL, the supplier has
17  some availability information located there?
18  A   I wouldn't know that.
19  Q   Can you go back to our item detail page?
20  Can you keep scrolling down there? Or that's the
21  end there.
22  A   I'm at the bottom.

**274**

1   Q   Can you add that to the shopping cart,
2   because we want to requisition that item.
3   A   I clicked on "Order."
4   Q   This order item page, what is this page
5   used for?
6   A   This is the information that is copied
7   from the product information in the product
8   database list from the supplier. And now I'm
9   determining really how much, what quantity, how
10  many. I can also enter some account information.
11  And I can sort of request a delivery date.
12  Q   And is this information going to be used
13  to build a requisition by the system?
14  A   Yes.
15  Q   Can you go ahead and input that we want
16  to order 100 of these?
17  A   A hundred.
18  Q   And what happens if you click "Continue"?
19  Now, what screen is displayed here, labeled
20  "Account Demand," what is this used for?
21  A   This is meant that in this requisition,
22  the requisitioner can add additional information on

275

1  whom ultimately should pay for these hundred
2  laptops in this case, if there is a project in his
3  organization ongoing. So it's just more detailed
4  accounting information.
5      Q   Is this also going to be used by the
6  system to build a requisition?
7      A   It is information that is connected to
8  the requisition, yes, and other accounting details.
9      Q   Can we add the item to the shopping cart?
10     A   Yes, we can.
11     Q   Now, the screen that's displayed here
12  labeled "Shopping Cart," what is this screen?
13     A   It displays the items that I now have in
14  my shopping cart. So this is a self-service
15  functionality, meaning that the buyer or the
16  requisitioner should go in here, create his or her
17  shopping cart, and when they are done, they create
18  a requisition out of what they wanted to buy today.
19  They might come back tomorrow or another day.
20     Q   Can we go back and continue searching for
21  additional items to add to the shopping cart?
22     A   Yes.

276

1      Q   Let's go back and use the catalog
2  hierarchy to search for items. Can we expand the
3  hierarchy tree?
4      A   Yes. Hand tools.
5      Q   I just want to --
6      A   Hammers.
7      Q   I can't remember what the items were.
8      A   I've expanded now into something.
9      Q   Yes, let's click on steel hammers. And
10  it doesn't really matter, let's select one of these
11  and display the item detail page. Let's go ahead
12  and click "Order." Let's buy ten of these or
13  requisition ten of these. Click "Continue."
14     A   Yes.
15     Q   And then add that to the shopping cart.
16  Now, if you go back and click on the ThinkPad T61p,
17  the product name there, and go back to the item
18  detail page. If I click on the product group --
19  can you click on the product group?
20     A   Which one?
21     Q   The laptops. What would you expect to be
22  returned as results?

277

1      A   I would expect -- what we do is that we
2  filter on laptops, the product group laptops, as
3  you see. So I would expect to see all other
4  laptops that I'm allowed to requisition or purchase
5  or buy. So if I should sort of want to buy another
6  one or...
7      Q   Right. So if you had had --
8      A   Or similar.
9      Q   -- other laptops in addition to those
10  supplied by IBM, that product catalog hierarchy
11  would have returned in addition to the IBM laptops
12  other laptops available from other suppliers; is
13  that correct?
14     A   If I would have had other products listed
15  here that's been sort of coded or uploaded or ended
16  by another supplier in the same product group, that
17  would have been displayed, yes.
18     Q   Thank you. Can we go back to our
19  shopping cart that we're building. And now we have
20  two line items, each associated with a different
21  supplier; is that correct?
22     A   Yes.

278

1      Q   And can we take the next step and click
2  "Create Requisition"? And what will happen when
3  you click that?
4      A   I will just be presented with how the
5  requisition will look before I finally, as a buyer,
6  sort of agree with myself to send it off. I could
7  enter a comment or whatever. And then I send it
8  off for approval.
9      Q   So now the system took the information
10  from the shopping cart, and the other information
11  that you had filled out with the various screens,
12  and built this requisition; is that correct?
13     A   Yes. The information that I had in what
14  you saw as the shopping cart is now about to be
15  formalized to become a requisition in the
16  requisition database, so that the next step in the
17  approval process, the approver can approve this
18  requisition.
19     Q   Okay. Can we send this for approval?
20     A   Yes.
21     Q   And now the screen that's been generated
22  is entitled "Requisition Details." What is the

279

1  function of this screen?
2  A  It's just a confirmation screen that what
3  you just had on the other screen is now a
4  requisition.
5  Q  Okay.  And can we view the authorization
6  process?  What screen is presented here?
7  A  It's just the status, it says that it's
8  pending, and an authorizer needs to come in and
9  authorize it.
10 Q  So can we log out as the buyer and log
11 back in as the authorizer?
12 A  Yes, we can.
13 Q  What screen is shown there?
14 A  This has nothing to do with
15 e-Procurement.  This is something else.  Do you
16 want Autocomplete on?
17     MR. SCHULTZ:  It's an Internet Explorer.
18 Click "No" for this.
19 BY MS. ALBERT:
20 Q  Click "No," I guess.  So now you're going
21 to click on the "Approve" button; is that correct?
22 A  Yes.  I am.  And I want to log on as an

280

1  authorizer.
2  Q  And what screen is presented to the
3  authorizer here, entitled "Requisitions"?
4  A  Up will come the requisitions that is
5  pending him or hers approval.  In this demo
6  environment with these profiles, they connect
7  together, so that what we require is then -- it
8  could have been different individuals, but it's now
9  connected so that this approver will see what we
10 just required.
11 Q  And I see two requisitions that are
12 pending there.  Is the first requisition with the
13 ThinkPad and the hammer, that's the one that we
14 just built; isn't that correct?
15 A  It is the one we just built, yes.
16 Q  So how would the authorizer go about
17 approving that requisition?
18 A  He would either -- he can view it.  And
19 he can also view individual details of each of the
20 lines.  And then he just clicks "Approve."
21 Q  Go ahead and approve it.
22 A  He's presented with a confirmation

281

1  screen, again, and an ability for the authorizer to
2  enter information to the buyer, saying whatever.
3  Q  Okay.  Can we go ahead and approve that
4  requisition?  Now, what will happen once the
5  requisition is approved?  What will the system do?
6  A  Now an order is created, and --
7  Q  We have two separate order numbers listed
8  there.
9  A  Yes, we have.
10 Q  One for the ThinkPad that's going to IBM,
11 and a second order for the steel hammer that's
12 going to the machinery and equipment supplier; is
13 that correct?
14 A  That is correct.
15 Q  So can we log out and log back in as the
16 supplier in order to view the order?  Or one of the
17 orders.  Would you log out and then log into the
18 Supply Center to view --
19 A  I cannot guarantee that we will hit these
20 orders, because I -- I'm logging on with a preset
21 supplier.
22 Q  Now, where would an item that was just

282

1  posted be found?  Under the status section of the
2  Supply Center home?
3  A  Yes.
4  Q  And if the supplier wanted to go in and
5  view an order and say, I'm not able to fulfill
6  those at this time, the product is on backorder,
7  what would the supplier do?
8  A  He would just have to comment on what he
9  can do or not.  I don't actually have --
10 Q  Well, can you --
11 A  -- that flow.
12 Q  That looks like one we just did, I think.
13 So you had put in the "Delivery Comment" field --
14 A  Yes.
15 Q  -- some information saying, I'm out of
16 stock, it's on backorder; is that correct?
17 A  Yes.
18 Q  I think that's the end of what I would
19 like to see demonstrated.  Can you hit -- I think
20 you can hit F9 to stop the recording.  Hit F9.
21 A  F9.
22 Q  Or I think you can hit down there too,

Billgren, Henrik - Vol. 2   10/22/2009 12:00:00 PM

283

1  with the Camtasia. And hit "Stop." Thank you.
2   **A   Thank you.**
3       MS. ALBERT: Can we take a short recess?
4       MR. SCHULTZ: Yes.
5       THE VIDEOGRAPHER: We're going off the
6  record. The time is 9:26 a.m.
7       (Recess.)
8       THE VIDEOGRAPHER: We're now back on the
9  record. The time is 9:34 a.m.
10  BY MS. ALBERT:
11   Q   Mr. Billgren, there were a couple of
12  items yesterday that you just indicated you needed
13  to refresh your recollection on. I wanted to see
14  if you were able to remember anything overnight.
15  Do you have any recollection of what the base
16  license fee is associated with the e-Procurement
17  application?
18   **A   In an amount in dollars, you mean?**
19   Q   Yes.
20   **A   No, I did not recollect the details of**
21  **that.**
22   Q   Do you have any recollection of the

284

1  number of total customers of the e-Procurement
2  application?
3   **A   We have to the best of my knowledge just**
4  **shy of or below 30 customers.**
5   Q   And are any of those -- do any of those
6  customers have users in the United States?
7   **A   Yes. One, to my knowledge.**
8   Q   And were you able to recollect the name,
9  the new name of the Colony Liquor company?
10   **A   I was.**
11   Q   And what's that name?
12   **A   It is Empire Merchant North.**
13   Q   Were you able to recollect where the file
14  formats for the catalog import might be located?
15  You indicated yesterday that Lawson provides
16  standard templates for the Excel spreadsheet or the
17  XML format used by a supplier to upload their
18  supplier catalog into the Supply Center. And
19  yesterday you couldn't recollect where those file
20  formats are located. Have you been able to
21  recollect overnight?
22   **A   To my recollection yesterday, it was**

285

1  indicated in the documentation that those templates
2  existed and could be used when you were sort of
3  doing what you just said. But they are part of the
4  training materials. Exactly where they are
5  physically located, I don't know. They are
6  probably somewhere in the implementation package of
7  our solution.
8       MS. ALBERT: Counsel, can you provide us
9  a copy of those templates?
10       MR. SCHULTZ: We will look into that,
11  yes.
12  BY MS. ALBERT:
13   Q   Have you ever seen a copy of any of the
14  ePlus patents that are in suit here?
15   **A   I have viewed one of those patents.**
16   Q   Do you recall which patent you have
17  viewed?
18   **A   Not -- not by numbers. I think it was...**
19   Q   Pardon me?
20   **A   No, not by numbers.**
21       MS. ALBERT: Let me go ahead and mark as
22  Billgren Exhibit 21 a copy of United States Patent

286

1  Number 6,023,683.
2       (Billgren Exhibit 21 was marked for
3  identification and attached to the deposition
4  transcript.)
5  BY MS. ALBERT:
6   Q   Mr. Billgren, do you recall if the patent
7  that's been marked as Exhibit 21, which I'll refer
8  to as the '683 patent, is that the patent that you
9  have reviewed?
10   **A   To the best of my understanding, yes.**
11   Q   When did you review this patent?
12   **A   Within the last weeks.**
13   Q   So had you ever seen this patent before
14  the lawsuit was filed?
15   **A   No.**
16   Q   What was the nature of your review of
17  this patent?
18   **A   Define "nature."**
19   Q   What did your review process consist of?
20   **A   Review process?**
21   Q   You said you had reviewed the patent.
22  What was --

Billgren, Henrik - Vol. 2   10/22/2009  12:00:00 PM

287

1  A  Yes, it was my -- probably my non-native
2  English. I have gone over it on a high level to
3  try to understand what from my perspective this was
4  about. I wouldn't call it a review process.
5  Q  Can you turn to column 24 of the patent.
6  You see there are column -- well, if you turn past
7  the figures pages --
8  A  Okay.
9  Q  -- at the start of the text, there are
10  columns at the top, column numbers.
11  A  Yes.
12  Q  Can you turn to column 24? And starting
13  at the bottom of column 24 through the end of the
14  patent, that's the section we refer to as the
15  claims.
16  A  Yes.
17  Q  Did you undertake a review of the claims
18  of the '683 patent?
19  A  I -- again, maybe not "review" is the
20  right word, but I read them on a high level.
21  Q  Did you review either of the other two
22  patents that are involved in the suit?

288

1  A  No.
2      MS. ALBERT: That concludes my initial
3  examination. I reserve the right for recross
4  pending counsel's redirect. I want to note that
5  I'm not concluding the 30(b)(6) portion of the
6  deposition, given that there are some topics for
7  which Mr. Billgren was designated that he lacked
8  complete knowledge.
9      And additionally I'm leaving the 30(b)(6)
10  portion open in view of the fact that we are still
11  receiving document productions from Lawson, and
12  there may be relevant documents included in those
13  productions. So therefore I'm recessing the
14  30(b)(6) portion of the deposition.
15      EXAMINATION BY COUNSEL FOR DEFENDANT
16  BY MR. SCHULTZ:
17  Q  Mr. Billgren, you just testified that
18  there were just below 30 customers in total, and
19  that's throughout the world, right?
20  A  Yes.
21  Q  And you also testified there was just one
22  customer in the United States?

289

1  A  Yes. To my knowledge there's only one
2  customer using e-Procurement in the United States.
3  Q  And you're talking about e-Procurement
4  when you're talking about those customers, correct?
5  A  Yes. I'm only referring to e-Procurement
6  when we said just below 30 customers, yes.
7  Q  Of the 30 customers that are worldwide
8  using the e-Procurement system, do any of those 30
9  customers -- what's the number of the 30 customers
10  that actually would use it in the United States?
11  A  The one customer that I mentioned
12  earlier.
13  Q  So other than that one, the other 30 do
14  not use it in the United States, is that your
15  understanding?
16  A  That's my understanding, yes.
17      MR. SCHULTZ: Nothing further at this
18  time.
19      MS. ALBERT: I have one recross question.
20      FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
21  BY MS. ALBERT:
22  Q  Are there any customers of M3 that also

290

1  have the e-Procurement application integrated with
2  the M3 system?
3  A  Other -- I'm not sure I understood.
4  Outside of -- yes, please continue.
5  Q  You testified about these just under 30
6  customers that have the e-Procurement application.
7  Do those customers -- are you counting them as only
8  having the e-Procurement application and no other
9  M3 application?
10  A  Whether each and every of them have M3
11  integrated or another ERP integrated, I don't have
12  that details on top of my head. But the 30 is the
13  sole who has e-Procurement, either as a standalone,
14  some of them are standalone, some of them are
15  integrated with M3.
16  Q  So there would be no other M3 customers
17  unaccounted for in that 30 number that might also
18  have the e-Procurement application integrated with
19  an M3 system?
20  A  That will be -- you have to -- my English
21  stops me there.
22  Q  In addition to the 30 customers that

Billgren, Henrik - Vol. 2   10/22/2009  12:00:00 PM

291

1  you've mentioned, are there any other customers
2  that have the M3 system that then also have the
3  e-Procurement system as an add-on integrated to it?
4      A   Now I understand.  No, not to my
5  knowledge.
6      MS. ALBERT:  Okay.  Thank you.  And
7  again, I'm leaving open the 30(b)(6) portion of the
8  deposition.
9      THE VIDEOGRAPHER:  This marks the end of
10  tape number 1 in the deposition of Mr. Billgren.
11  We're going off the record.  The time is 9:46 a.m.
12      (Signature having not been waived, the
13  deposition of HENRIK BILLGREN was adjourned at
14  9:46 a.m.)

292

1           * * *
2      ACKNOWLEDGEMENT OF DEPONENT
3      I, HENRIK BILLGREN, do hereby acknowledge
4  that I have read and examined the foregoing
5  testimony, and the same is a true, correct and
6  complete transcription of the testimony given by
7  me, and any corrections appear on the attached
8  Errata sheet signed by me.
9
10  _____  _____
11      (DATE)           (SIGNATURE)

293

1      CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC
2      I, Lee Bursten, the officer before whom
3  the foregoing deposition was taken, do hereby
4  certify that the foregoing transcript is a true and
5  correct record of the testimony given; that said
6  testimony was taken by me stenographically and
7  thereafter reduced to typewriting under my
8  direction; and that I am neither counsel for,
9  related to, nor employed by any of the parties to
10  this case and have no interest, financial or
11  otherwise, in its outcome.
12      IN WITNESS WHEREOF, I have hereunto set
13  my hand and affixed my notarial seal this 26th day
14  of October, 2009.
15  My commission expires: June 30, 2014.
16
17
18
19  _____
20  LEE BURSTEN
21  NOTARY PUBLIC IN AND FOR
22  THE DISTRICT OF COLUMBIA

294

1      E R R A T A   S H E E T
2  IN RE:  ePLUS iNC. v. LAWSON SOFTWARE, INC.
3  RETURN BY: _____
4  PAGE   LINE    CORRECTION AND REASON
5  ____  ____   _____
6  ____  ____   _____
7  ____  ____   _____
8  ____  ____   _____
9  ____  ____   _____
10 ____  ____   _____
11 ____  ____   _____
12 ____  ____   _____
13 ____  ____   _____
14 ____  ____   _____
15 ____  ____   _____
16 ____  ____   _____
17 ____  ____   _____
18 ____  ____   _____
19 ____  ____   _____
20 ____  ____   _____
21 _____   _____
22     (DATE)          (SIGNATURE)

Billgren, Henrik - Vol. 2   10/22/2009  12:00:00 PM

|  | 295 |
|---|---|
| 1 | ERRATA SHEET CONTINUED |
| 2 | IN RE: ePLUS iNC. v. LAWSON SOFTWARE, INC. |
| 3 | RETURN BY: _____ |
| 4 | PAGE   LINE   CORRECTION AND REASON |
| 5 | ____  ____  _____ |
| 6 | ____  ____  _____ |
| 7 | ____  ____  _____ |
| 8 | ____  ____  _____ |
| 9 | ____  ____  _____ |
| 10 | ____  ____  _____ |
| 11 | ____  ____  _____ |
| 12 | ____  ____  _____ |
| 13 | ____  ____  _____ |
| 14 | ____  ____  _____ |
| 15 | ____  ____  _____ |
| 16 | ____  ____  _____ |
| 17 | ____  ____  _____ |
| 18 | ____  ____  _____ |
| 19 | ____  ____  _____ |
| 20 | ____  ____  _____ |
| 21 | _____  _____ |
| 22 | (DATE)         (SIGNATURE) |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS AND REVISED SUMMARY OF THE DEPOSITION OF HENRIK BILLGREN (OCT. 22, 2009)**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis. MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonscrvicc@)merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

　　　　　　　　　　　　　　　　　　　　*/s/*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444

LIBW/1736775.2

2

dyoung@goodwinprocter.com

LIBW/1736775.2