**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 3:09-CV-620 (REP)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LAWSON SOFTWARE, INC.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER
DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS
AND REVISED SUMMARY OF DAY 2 OF THE DEPOSITION OF
DALE CHRISTOPHERSON (OCT. 20, 2009)**

Plaintiff, *e*Plus, Inc. ("*e*Plus"), through counsel, hereby submits the following specific

objections to Defendant Lawson Software, Inc. ("Lawson")'s Counter-Deposition Designations

of the deposition of Dale Christopherson (October 20, 2009) and offers the following counter-

counter designations and revised summary:

**Specific Objections**

| Defendant's Counter Designations | *e*Plus's Objections to Defendant's Counter Designations | *e*Plus's Counter-Counter Designations |
|---|---|---|
| 362:18-363:2 | | |
| 370:10-371:2 | | |
| 372:8-12 | | |
| 388:22-389:4 | | |
| 447:3-15 | | |

**Revised Summary**

Designated testimony relates to:

Typically prospective clients for Procurement applications of the S3 Supply Chain Management suite issue a request for proposal. (325:11-19) Lawson reviews these RFPs to determine whether or not to bid on them. (325:20-326:1) If Lawson decides to bid on an RFP, Lawson prepares a response to the RFP. (326:2-5) Lawson has a team headed up by the account executive that drafts the RFP response. (326:6-11) There is usually also a technical support person that works on the team. (327:2-6) Lawson's RFP responses are vetted by a number of different personnel. (371:15-18) Lawson does not intend to mislead its prospective customers about the capability of its products. (371:11-14)

Lawson has a centralized place where it keeps answers to a lot of questions that have been asked in the past that they use in drafting RFP responses. (326:8-11; 328:22-329:6; 331:21-332:2) These standard answers come from a variety of sources, including the support organization and development. (329:17-330:1)

There are a number of product partners for the Lawson S3 Supply Chain Management suite, including Fisher Healthcare, Global Healthcare Exchange (or GHX), and Grainger. (341:21-342:10) Lawson product partners are complimentary to Punchout providers, so they can be Punchout trading partners. (342:11-20)

There are more than 1,000 Lawson S3 customers worldwide. (336:13-16) All current existing Lawson customers are covered by Lawson's ongoing maintenance and support. Included in the standard level of maintenance for Lawson software are all new releases, upgrades, enhancements, and fixes. (354:22-355:14) This applies to the Procurement applications of the S3 Supply Chain Management suite. *Id.*

The Lawson Knowledge Base can be accessed online at MyLawson.com. (348:3-11) Lawson customers do not pay extra for this service. (348:15-16) It is included in the maintenance fee. (348:17-19) Lawson provides training workbooks to customers that have attended Lawson classes on the Procurement applications in the Supply Chain Management suite. (352:11-16)

Lawson provides a remote diagnostics service that is included in the cost for the maintenance and support services. (350:11-14) Remote diagnostics involves having Lawson personnel conduct a WebEx session with a customer to see what the problem is that the customer is having. (349:13-350:10) A conference call with the customer is usually done in conjunction with the WebEx session. *Id.*

Lawson provides data conversion and data import services to its customers in connection with the implementation of the Procurement applications of the S3 product suite. (355:17-356:3; 356:6-11) Lawson's implementation services may also include pre-implementation planning, hardware installation, software installation, technical training for staff, interface development, train the trainer training, end user training, live support, and post live support. (362:5-17) There is not a typical solution or typical timeline for a solution because each customer is unique.

2

(362:18-363:2)  Post live implementation support involves assistance that Lawson provides to its customers for the first few months after bringing the software up into live production mode. (350:21-351:13)

When performing the vendor price agreement load, although a CSV file could come from anywhere, the CSV file for the load typically comes from the vendor (388:22-389:8).[1]  The catalog data import utility, or PO536 program, comes with the Lawson product as delivered. (447:16-20)  The customer decides whether to load content into the Item Master as the customer enters into agreements with suppliers.  A reason that the system does not come pre-loaded with data is because Lawson does not know the particular vendors with whom each of its customers have relationships.[2]  (447:3-15)  Lawson provides implementation services to assist its customers with importing vendor catalog data into the Item Master.  (447:21-448:3)

Lawson's Purchase Order module has commodities and commodity coding structures out of the box.  (366:8-11)  Lawson's Procurement applications include the ability to automatically convert a requisition to a purchase order out of the box.  (366:18-367:3)  Lawson's Procurement applications also include the ability to search vendor files from within these purchasing processes out of the box.  (367:10-17)  Lawson's Procurement applications include the ability to convert lines of requisitions to multiple purchase orders and/or different vendors out of the box. (368:4-14)

Lawson stated in one of its RFP responses that the Inventory Control module has the ability to track particular types of information for inventory items, including item description short, manufacturers, brand/model/part number, long text description, vendor and number.  (369:16-370:9)  The long text description was not unlimited text, but was limited to 30 or 20 characters. (370:10-371:2)

---

[1] Lawson suggests that this sentence read, "Typically when performing the vendor price agreement load, the CSV file for the load comes from the vendor.  (389:5-8)  The CSV file could come from anywhere.  (388:22-389:4)"  *e*Plus has revised the wording to more accurately reflect the testimony.

[2] Lawson has added the statement that the customer decides whether to load content into the Item Master as the customer enters into agreements with suppliers.  *e*Plus objects that this is an incomplete summary of the designated testimony and adds that the witness testified that a reason that the system does not come pre-loaded with data is because Lawson does not know the particular vendors with whom its customers have relationships.

Respectfully submitted,


_____/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
cmerritt@cblaw.com
hwillett@cblaw.com


Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
SRobertson@goodwinprocter.com
JAlbert@goodwinprocter.com
DYoung@goodwinprocter.com


Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
MSrapp@goodwinprocter.com
JClements@Goodwinprocter.com

*Attorneys for Plaintiff, ePlus Inc.*


Dated:  August 11, 2010


4

317

```
1        IN THE UNITED STATES DISTRICT COURT
2        FOR THE EASTERN DISTRICT OF VIRGINIA
3              Richmond Division
4    ----------------------------x
5    ePLUS iNC.,              )
6         Plaintiff,    ) Civil Action No.
7         v.              ) 3:09-CV-620 (JRS)
8    LAWSON SOFTWARE, INC.,    )
9         Defendant.    )
10   ----------------------------x
11            CONFIDENTIAL
12   Continued 30(b)(6) Videotaped Deposition of
13        Lawson Software, Inc.
14   by and through its corporate designee
15        DALE A. CHRISTOPHERSON
16           Washington, D.C.
17        Tuesday, October 20, 2009
18             9:14 a.m.
19
20   Job No.: 1-165452
21   Pages: 317 - 452, Volume 2
22   Reported By: Lee Bursten
```

318

```
1         Continued 30(b)(6) Videotaped Deposition
2    of Lawson Software, Inc. by and through its
3    corporate designee DALE A. CHRISTOPHERSON, held at
4    the offices of:
5         Goodwin Procter LLP
6         901 New York Avenue, Northwest
7         Washington, D.C.  20001
8         (202) 346-4000
9
10
11
12         Pursuant to notice, before Lee Bursten,
13   Court Reporter and Notary Public in and for the
14   District of Columbia, who officiated in
15   administering the oath to the witness.
16
17
18
19
20
21
22
```

319

```
1            A P P E A R A N C E S
2    ON BEHALF OF PLAINTIFF:
3         JENNIFER A. ALBERT, ESQUIRE
4         Goodwin Procter LLP
5         901 New York Avenue, Northwest
6         Washington, D.C.  20001
7         Telephone: (202) 346-4000
8
9
10
11
12   ON BEHALF OF DEFENDANT:
13         WILLIAM D. SCHULTZ, ESQUIRE
14         Merchant & Gould PC
15         3200 IDS Center
16         80 South Eighth Street
17         Minneapolis, Minnesota  55402
18         Telephone: (612) 332-5300
19
20
21   ALSO PRESENT:
22         ANTONIO TROPEANO, Videographer
```

320

```
1            C O N T E N T S
2    EXAMINATION OF DALE A. CHRISTOPHERSON    PAGE
3    By Ms. Albert              324
4    By Mr. Schultz             439
5    By Ms. Albert              447
6
7
8            E X H I B I T S
9         (Attached to transcript.)
10   CHRISTOPHERSON DEPOSITION EXHIBITS    PAGE
11   Exhibit 30   Answer Detail:  The      331
12        Proposal Automation
13        Suite
14   Exhibit 31   Compilation exhibit,     357
15        Lawson's Response to
16        Request for Proposal
17        Number 08-09
18   Exhibit 32   Compilation of files     380
19        related to  program
20        PO536
21   Exhibit 33   Compilation exhibit      390
22        relating to IC516
```

321

```
 1       E X H I B I T S   C O N T I N U E D
 2    CHRISTOPHERSON DEPOSITION EXHIBITS      PAGE
 3    Exhibit 34   Compilation of files     392
 4             related to IC11
 5    Exhibit 35   Compilation exhibit     393
 6             relating to program IC00
 7    Exhibit 36   Compilation exhibit     396
 8             relating to IC800
 9    Exhibit 37   Compilation exhibit     399
10             partly relating to
11             PunchoutSetupRequest.
12             java
13    Exhibit 38   Defendant Lawson        402
14             Software Inc.'s
15             Supplemental Responses
16             to Plaintiff ePlus
17             inc.'s Interrogatory
18             Numbers 4, 5, 6, 8, 10,
19             12, 14, 16, and 17
20    Exhibit 39   Purchase Order          409
21             Procedures Manual
22             Release 6.0
```

322

```
 1       E X H I B I T S   C O N T I N U E D
 2    CHRISTOPHERSON DEPOSITION EXHIBITS      PAGE
 3    Exhibit 40   Requisitions Procedures   413
 4             Manual Release 6.0
 5    Exhibit 41   Inventory Control        418
 6             Procedures Manual
 7             Release 6.0
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

323

```
 1              P R O C E E D I N G S
 2         THE VIDEOGRAPHER:  Here begins videotape
 3    number 1 in the deposition of Dale Christopherson,
 4    volume 2, in the matter of ePlus inc. versus Lawson
 5    Software, Inc., in the United States District Court
 6    for the Eastern District of Virginia, Richmond
 7    Division, case number 3:09-CV-620 JRS.  Today's
 8    date is October 20th, 2009.  The time on the video
 9    monitor is 9:14 a.m.
10         The video operator today is Antonio
11    Tropeano of Merrill LAD.  The video deposition is
12    taking place at Goodwin Procter, 901 New York
13    Avenue, Northwest, Washington, D.C.  Counsel,
14    please voice identify yourselves and state whom you
15    represent.
16         MS. ALBERT:  Jennifer Albert with the
17    firm of Goodwin Procter, representing the
18    plaintiff, ePlus incorporated.
19         MR. SCHULTZ:  William Schultz of Merchant
20    & Gould, representing Lawson Software,
21    Incorporated.
22         THE VIDEOGRAPHER:  The court reporter
```

324

```
 1    today is Lee Bursten of Merrill LAD, and the
 2    witness is already sworn in.  You can begin.
 3         DALE A. CHRISTOPHERSON
 4    having been previously duly sworn, testified as
 5             follows:
 6    FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
 7    BY MS. ALBERT:
 8       Q   Mr. Christopherson, I remind you, you
 9    remain under oath from yesterday.  Do you
10    understand that?
11       A   Yes.
12       Q   I just wanted to follow up on one item
13    from yesterday, whether you were able to find out
14    the high level functionality of the Vendor
15    Self-Service application.
16       A   Yes, I was.
17       Q   Could you please explain that.
18       A   The Vendor Self-Service application
19    essentially is an application that allows vendors
20    to be able to connect to the customer and find out
21    status of invoices they've submitted, and then the
22    subsequent payments of those.
```

Christopherson, Dale - Vol. 2  10/20/2009  4:10:00 PM

325

1    Q   Can you use the Vendor Self-Service
2    application as a portal to transmit purchase orders
3    to the vendors, for example?
4        A   No.  It's a case where it's coming from
5    the vendor, going to the customer.  It's not a case
6    of sending purchase orders over.
7        Q   Can the vendor use it as a portal to
8    transmitted purchase order acknowledgements or
9    advance ship notices?
10       A   No.
11       Q   Switching subjects, can you describe the
12   process pursuant to which Lawson would be awarded a
13   contract for the Procurement applications of the S3
14   Supply Chain Management suite?
15       A   That's going to depend on each customer,
16   as far as their procurement process goes.
17       Q   Would a prospective client typically
18   issue a request for proposal?
19       A   Typically, yes.
20       Q   And would Lawson typically develop a
21   response to that RFP?
22       A   They would review that RFP to see if it's

326

1    one that we want to in fact bid on.
2        Q   And that if they do want to bid on that,
3    would they go about preparing a response to that
4    RFP?
5        A   Yes.
6        Q   And how are responses to RFPs drafted?
7        A   There is a team that would draft those,
8    headed up by the account executive.  We've got a
9    centralized place where a lot of questions have
10   been asked in the past with respect to answers to
11   those questions that they are able to pull from.
12       Q   How is an account executive selected for
13   a particular prospective client's bid?
14       A   I do not know.
15       Q   Who would know the answer to that?
16       A   I would talk to one of the sales
17   directors.
18       Q   Who are the sales directors?
19       A   I don't recall all of them off -- I don't
20   recall them, actually.  I would have to look at an
21   org chart.
22       Q   Do you recall any of them?

327

1        A   No, I don't.
2        Q   Who is responsible for drafting the
3    actual answers in the response to an RFP?
4        A   That is usually with the account
5    executive, and there's usually a technical support
6    person that's working with them.
7        Q   So for example if the RFP had aspects
8    related to some of your products that you're
9    responsible for, would someone from your staff
10   assist the account executive in drafting the
11   response to the RFP?
12       A   Only if they're asking some very specific
13   detailed technical questions, then we would.
14       Q   Does anyone typically review responses to
15   RFPs before they're submitted to the prospective
16   client?
17       A   Yes, they are.
18       Q   Who reviews those?
19       A   It's reviewed withinside of the sales
20   team.  If there's anything where they've had to get
21   responses outside that aren't the standard
22   responses, then the areas within the company that

328

1    are -- that own that particular space, if it's a
2    change maybe in support policies, support team
3    would read it.  If it was questions about maybe the
4    type of web security, then that would -- and it's
5    with the self-evident applications, that would come
6    to my team, since we handle that.
7        If it was inside the Lawson System
8    Foundation, it would go to that team and they would
9    review those.
10       Q   Who is responsible for determining the
11   pricing that you're going to propose to the
12   prospective client?
13       A   That is all withinside of the sales
14   organization.  And then depending on the amount of
15   discounts, then there is an approval matrix that
16   they have to follow.  So depending on the
17   percentage of discount.
18       Q   How do you determine any applicable
19   discounts?
20       A   That's up for the sales team, what they
21   feel that they need to win that business.
22       Q   And you said that there was a location

329

1   where there were standard responses to RFP

2   questions?

3      A   Yes.

4      Q   So is there some sort of centralized

5   repository where those are maintained?

6      A   Yes, there is.

7      Q   What's the name of that repository?

8      A   I don't recall.  I've been on that only a

9   couple of times ever.

10      Q   Is there a standardized repository for

11   the S3 product line versus the M3 product line?  Is

12   it one central repository?

13      A   The last time I was in there, which was

14   this -- sometime this summer, I did see M3

15   responses.  Also when I was doing some queries.  So

16   there was M3 and S3 in there.

17      Q   Who provided the standard answers that

18   are included in that database?

19      A   It comes from a variety of sources.

20   Again, if it's to deal with support, it's come from

21   the support organization, or at least they have

22   reviewed it before it goes in there.  The same with

330

1   development.

2      Q   Who is responsible for maintaining the

3   information in that database?

4      A   There is a team withinside of the sales

5   organization that maintains that, the sales support

6   team.

7      Q   And who has access to the information

8   that's contained in that database?

9      A   That would be -- I don't know everyone

10   that has access.  Clearly the sales folks do.  I

11   know that I do.  Other than that, I would go back

12   to that team and ask that team.

13      Q   Do you know how often those standard

14   answers are updated?

15      A   As needed, those are updated.  It would

16   be a question to ask of the sales support team, how

17   often they're actually doing it.

18      Q   So who maintains the information in that

19   database and makes sure it's up to date?

20      A   The sales support team is doing that.

21      MS. ALBERT:  Let me have the reporter

22   mark as Christopherson Exhibit 30 a document

331

1   entitled "Answer Detail:  The Proposal Automation

2   Suite."  It bears production numbers LE 00352046

3   through 2342.

4      (Christopherson Exhibit 30 was marked for

5   identification and attached to the deposition

6   transcript.)

7   BY MS. ALBERT:

8      Q   Are you familiar with the document that's

9   been marked as Christopherson Exhibit 30?

10      A   It's the first time that I've seen at

11   least the cover letter.  I haven't looked any

12   further into it.  But looking at it right now, I've

13   not seen this before.

14      Q   Could you take a minute to peruse it, and

15   let me know if this might be a printout of the

16   standard answers to RFPs that you were describing.

17      A   It does look to be.

18      Q   And was this a document that was prepared

19   in the ordinary course of Lawson's business?

20      A   Not sure what you're asking.

21      Q   Do you know whether it's a typical part

22   of Lawson's business, to prepare the answers that

332

1   are found in this database and maintain them?

2      A   Yes.  Mm-hmm.

3      Q   If you look at the first page, there's a

4   file identifier there up at the top, Database

5   F:\RFP Machine\Data.  Does that assist you in

6   identifying the document as being the standardized

7   answers to RFPs that you were referring to?

8      A   All that refers to is the specific

9   database withinside of LotusNotes, since it's got

10   the MVB designation.  Actually maybe not within

11   LotusNotes.  But that F colon, you can't tell what

12   machine that's from.

13      Q   It says there, "Lawson S3 data."  Do you

14   know if this is just the section of the

15   standardized answers that relate to the S3 product

16   suite?  Or product line, excuse me.

17      A   I could not answer that question.  I

18   certainly have not gone through this entire

19   document.  Typically the interface that I use to

20   review the answers are not a document such as this.

21      Q   What's the way that you would typically

22   retrieve the information, the standardized answers

333

1   to --

2     **A**  I would be online in a web browser doing

3   **queries.**

4     Q  And what database do you query?

5     **A**  I -- all I'm going against is a specific

6   **URL that I've got saved as a Favorites on my IE or**

7   **Internet Explorer.  And then I provide my log-in**

8   **information.**

9     Q  Do you know what that URL is?

10     **A**  No, I do not.  That's why I have it saved

11   **as my Favorites.**

12     Q  Do you know if the database to which you

13   are referring was searched for documents responsive

14   to ePlus's document request for this litigation?

15     **A**  An e-mail had been sent out to do that.

16     Q  Do you know if the information from the

17   database to which you were referring was actually

18   collected?

19     **A**  I do not know that.

20     Q  Do you know if the document marked as

21   Christopherson Exhibit 30 is the most up-to-date

22   version of the standardized RFP answers?

334

1     **A**  I do not.

2     Q  Is there any way you could tell if there

3   was the most -- if this was the most up-to-date

4   version?

5     **A**  The only way you would be able to tell is

6   **if there was some sort of date on this actual**

7   **publication.  There's no date.  There's an**

8   **alternate way, and that was clearly that if you**

9   **were to update an answer, it would show a date in**

10   **the "Modified" field.  And you could see if that --**

11   **you know, as a test, if you went and edited**

12   **something or added something, to see if that date**

13   **showed up just as you printed it, and then**

14   **obviously you would know.**

15     But in this particular case, I'm not sure

16   **how many pages are in this, I see answers back to**

17   **2006 as far as editing dates or modified dates.**

18   **But whether or not this is the most up to date,**

19   **that I can't say.**

20     Q  Yes, I was going to mention that the

21   latest date I can find on any answer in this

22   document is in 2006.

335

1     **A**  Mm-hmm.

2     Q  I can't find anything later than that.

3     **A**  Right.

4     Q  So that was leading me to believe that

5   perhaps there is a more up-to-date version of this

6   document.

7     **A**  I would believe that you do not have the

8   **most up-to-date document because of that.**

9     MS. ALBERT:  Counsel, I would ask that

10   you provide the most up-to-date version of the

11   proposal automation Suite or the standardized

12   answers to RFPs.

13     MR. SCHULTZ:  And I believe that has been

14   produced in some of the recent productions, because

15   the topic was discussed in a previous deposition,

16   and that was collected and produced.  It may not be

17   in the same format as this.  I don't know that,

18   though.

19     MS. ALBERT:  Do you know what day it was

20   produced?

21     MR. SCHULTZ:  I don't.  I have sent an

22   e-mail to get that information.  But Minneapolis

336

1   time is an hour behind.  So as soon as I get that,

2   I will let you know.

3     MS. ALBERT:  Okay.  Thank you.

4   BY MS. ALBERT:

5     Q  Could you turn to page 23 of the

6   document, and that has the Bates number ending

7   2068.

8     **A**  Okay.

9     Q  Do you see in the middle of the page, "We

10   serve customers worldwide," there are a number

11   of corporate logos shown there?

12     **A**  Yes.

13     Q  How many customers of S3 are there

14   worldwide?

15     **A**  Greater than 1,000.  I don't have the

16   **exact number.**

17     Q  Do you know how many S3 customers license

18   products in the Procurement applications?

19     **A**  As I answered yesterday, I do not know

20   **that.**

21     Q  Who would know the answer to that?

22     **A**  You would -- I believe I had said

Christopherson, Dale - Vol. 2  10/20/2009  4:10:00 PM

337

1    yesterday it might be a bit challenging to get,
2    because you would actually have to review all of
3    the contracts to find that information.  Or they
4    may have a system somewhere, perhaps in support or
5    something, that might know that.
6        Q   Of the 1,000 customers, do you know how
7    many users total there are for the S3 product line?
8        A   First of all, I did not say there was
9    1,000 customers.
10       Q   Of the greater than 1,000 customers, do
11   you know how many total users there are?
12       A   No, I do not.
13       Q   Is there any way to find out that
14   information?
15       A   Again, you would go through the same
16   process.
17       Q   Can you turn to page 28 of the document
18   with the Bates number ending 2073.
19       A   Okay.
20       Q   Do you see under the answer number 35,
21   there's some information about Lawson's profits?
22       A   Mm-hmm.

338

1        Q   And it says Lawson's profits for the past
2    three years are -- for 2006 it was $218,234,000, do
3    you see that?
4        A   Mm-hmm.
5        Q   Do you know what Lawson's profits were
6    for fiscal year 2009?
7            MR. SCHULTZ:  Before we answer that, what
8    category is this referring to?  This seems like
9    it's not for Mr. Christopherson, but would be in
10   another category.
11           MS. ALBERT:  Well, I do have a category
12   related to implementation and setup, maintenance,
13   use, installation, operation.
14           MR. SCHULTZ:  We're getting into the
15   pricing, though.  We've designated Keith Lohkamp on
16   that.
17           MS. ALBERT:  That's fine.  Are you going
18   to instruct him not to answer?
19           MR. SCHULTZ:  I'm not.  I'm just saying,
20   if you're asking him on questions he's not
21   designated for, don't expect him to have the
22   information.  He's not here and prepared to have

339

1    that information.  Other witnesses have that
2    information.
3            MS. ALBERT:  That's fine.  I can still
4    ask my question to see what his knowledge is.
5            MR. SCHULTZ:  Sure.  It's just that he's
6    not designated for that information.  So we would
7    object to this line of questioning as being beyond
8    the scope of the 30(b)(6) designation.
9    BY MS. ALBERT:
10       Q   You can answer.
11       A   Can you re-ask the question?
12       Q   Do you know what Lawson's profits were
13   for fiscal year 2009?
14       A   I do not personally know.
15       Q   Can you turn to pages 30 and 31 of the
16   document.
17       A   Okay.
18       Q   And do you see, answer number 38, there's
19   the question, "What percentage of revenues were
20   from sales/license fees or services?"
21       A   Yes.
22       Q   And then on the next page, on page 31, it

340

1    gives information for 2006, 2005, and 2004?
2        A   Yes.
3        Q   Do you know what percentage of Lawson's
4    revenues were from license fees for 2009?
5        A   I've seen the numbers, but I do not
6    recall what they were.
7        Q   Do you know what percentage of Lawson's
8    revenues for fiscal year 2009 were attributable to
9    maintenance?
10       A   Again, I've seen the number, but I don't
11   recall what it was.
12       Q   And what about for consulting, do you
13   know what percentage of Lawson's revenues for
14   fiscal year 2009 were attributable to consulting?
15       A   I've seen the number, again, but I don't
16   recall what it was.
17       Q   Can you turn to pages 37 through 40 of
18   the document.
19       A   Okay.
20       Q   Starting on page 37, there's a title,
21   "Lawson Product Partners."  Can you explain what a
22   Lawson product partner is?

341

1    A   Let me take a look and get a chance to

2  read this first.

3    Q   Sure.

4    A   Okay.  What they are is, there are

5  products that are either embedded potentially

6  inside of the software, or it may be shipped with

7  the software, it may be shipped separately.

8  They're in some cases complementary products.

9       For instance, they may need an ability to

10  be able to print payroll checks.  They may need --

11  if you're going to do payroll in the U.S. and

12  Canada, for instance, then we have a partnership

13  with a company, BSI, which they handle all of the

14  tax percentages based on each -- you know, the

15  Federal government, the Canadian governments, the

16  provincial governments, the state governments, the

17  individual local governments and stuff.

18       So instead of Lawson keeping up on all of

19  those tax changes, we rely on BSI, with an

20  interface we have with BSI.

21    Q   Are there any product partners that are

22  associated with any of the procurement applications

342

1  within the S3 Supply Chain Management suite?

2    A   Yes.

3    Q   Could you name those?

4    A   If you go down on page 37, you'll -- I'm

5  not going to be able to name all of them, but I'll

6  give you some examples.  You've got Fisher

7  Healthcare, you've got Global Healthcare Exchange

8  or GHX as we referred to it yesterday.  Those are

9  two.  Granger is another one, that's three right in

10  a row that demonstrate that.

11    Q   What products do those companies provide

12  that are embedded into the Lawson S3 procurement

13  products or are complementary thereto?

14    A   They're complementary to Punchout

15  providers.

16    Q   So a Lawson product partner could be a

17  Punchout trading partner?

18    A   Correct.

19    Q   And turning to page 39 of this document,

20  what are Lawson's service partners?

21    A   Lawson's service partners are partners

22  that may work with us on implementations.

343

1    Q   Do any service partners work with Lawson

2  on implementations relating to the Procurement

3  applications within the S3 Supply Chain Management

4  suite?

5    A   Yes.

6    Q   Which partners are those?

7    A   I couldn't specifically identify which

8  ones do that and which ones do not do that.

9    Q   Who would know the answer to that?

10    A   I would look -- Keith may know that.

11  Also the person managing the actual partners and

12  who that is, Keith would know, as far as what their

13  specific skills and abilities are.

14    Q   For what percentage of implementations of

15  the Procurement applications within the S3 Supply

16  Chain Management suite does Lawson perform all of

17  the implementation services versus having a service

18  partner assist?

19    A   I do not know that.

20    Q   Who would know the answer to that?

21    A   Keith may have an idea.  I think

22  withinside of the services or professional services

344

1  team, they should have a much better understanding

2  of that.

3    Q   Could you turn to page 46 of the

4  document.  That has the Bates number ending with

5  2091.

6    A   Okay.

7    Q   The question -- well, the answer number

8  54, the question related to that says, "How do you

9  price maintenance?"  And the answer is,

10  "Maintenance is priced annually at a percentage of

11  the software fee."  Do you know what the

12  maintenance fees are related to the Procurement

13  applications within the S3 Supply Chain Management

14  suite?

15    A   They're consistent across all if not

16  most -- most if not all of the S3 applications.  I

17  don't know what the current percentage is for this

18  fiscal year.

19    Q   Who would know the answer to that?

20    A   The maintenance renewal team would know

21  that.

22    Q   Who is on the maintenance renewal team?

Christopherson, Dale - Vol. 2  10/20/2009  4:10:00 PM

345

1      A   I would go to Rick Kantor for that

2   question.

3      Q   Could you go to pages 173 through 174,

4   and refer to the answer number 243 that's at the

5   bottom of page 173 and carries over to page 174.

6      A   Yes.

7      Q   The question was, "Do you provide source

8   code?"  And the answer given was, "Lawson provides

9   source code to the client for the majority of the

10  Lawson-owned software.  Lawson will escrow the

11  source code for the remaining Lawson-owned software

12  if so requested by the customer."

13         Do you know with respect to the

14  Procurement applications within the Supply Chain

15  Management suite whether Lawson provides the source

16  code to the client?

17     A   Yes, I do know.

18     Q   What's the answer?

19     A   It varies with the particular product.

20     Q   For example, with respect to

21  Requisitions, does Lawson provide the source code

22  to the customer?

346

1      A   For RQ Requisition, the answer is, for

2   that particular 4GL application, yes.

3      Q   What about with respect to Requisitions

4   Self-Service, does Lawson provide the source code

5   to the client?

6      A   No.

7      Q   For Procurement Punchout, does Lawson

8   provide the source code to the client?

9      A   No.

10     Q   For Purchase Order, does Lawson provide

11  the source code to the client?

12     A   Yes.

13     Q   For Inventory Control, does Lawson

14  provide the source code to the client?

15     A   Yes.

16     Q   For the EDI application, does Lawson

17  provide the source code to the client?

18     A   No.

19     Q   For Process Flow 9, does Lawson provide

20  the source code to the client?

21     A   No.

22     Q   For Vendor Self-Service, does Lawson

347

1   provide the source code to the client?

2      A   No.

3      Q   Could you turn to page 203.

4      A   Okay.

5      Q   With respect to answer number 289,

6   there's a reference in the answer to Lawson

7   Interactive Support.  Can you describe what Lawson

8   Interactive Support is?

9      A   Sure.  Essentially it's a mechanism that

10  allows customers to create in simplest terms a chat

11  session with a support engineer.

12     Q   Do customers having the S3 Supply Chain

13  Management applications pay extra for having this

14  interactive support service?

15     A   No, that's part of standard maintenance

16  fees.

17     Q   Do you know if that comes with each level

18  of the maintenance, for example is there a gold,

19  silver, and bronze level of maintenance?

20     A   There are different levels of

21  maintenance.  That comes with the basic level, and

22  of course that's included in all levels above.

348

1      Q   Can you turn to page 204.

2      A   Okay.

3      Q   Answer -- or question number 209, you

4   ask, "Do you provide an online knowledge base?"

5   And the answer indicates that "The Lawson Knowledge

6   Base offers customers a single point of access to a

7   comprehensive collection of Lawson product-specific

8   knowledge."

9         Where is this online knowledge base

10  retained?

11     A   You can access that at MyLawson.com.

12     Q   So can any S3 Supply Chain Management

13  customer access that knowledge base?

14     A   Yes.

15     Q   Do customers pay extra for this service?

16     A   No, they do not.

17     Q   Is that included in the standard license

18  fee?

19     A   It's included in maintenance.

20     Q   Could you turn to page 212.

21     A   Okay.

22     Q   And -- I don't know what question this

Christopherson, Dale - Vol. 2  10/20/2009  4:10:00 PM

349

1   is. I believe the question number was on the prior
2   page. It looks like it was the answer number 299.
3   And it refers to various types of support. Can you
4   describe what onsite support is?
5       A   Let me go ahead and read what's here
6   first.
7       Q   Sure.
8       A   Sure. It's a case where the customer, at
9   an additional cost, as mentioned here in the first
10  sentence, may elect to have one of our support
11  people actually go to the customer site to work
12  with them.
13      Q   And what is the nature of the support
14  type referred to as remote diagnostics?
15      A   I'll go ahead and read that also.
16          Okay. In that particular case,
17  essentially when working with customers, we believe
18  that basically a picture is worth a thousand words,
19  if you would. Sometimes in their description of
20  the problem, they might be missing a key step, like
21  "I hit the tab key." They might have missed
22  telling us that, and that was in fact maybe an

350

1   important part of recreating their issue, so we're
2   unable to recreate their issue.
3           We go into WebEx, which allows us to
4   remotely connect to their system, watch them
5   actually do their processes, so that we can
6   actually see on their system the exact nature of
7   the issue and the exact steps. And we usually are
8   on a conference call at the same time, so we can
9   hear them, talk them through, they can tell us
10  exactly what they're doing.
11      Q   And does that type of remote diagnostic
12  support come standard when you buy the maintenance
13  and support services?
14      A   Yes.
15      Q   Is it standard with a particular level of
16  maintenance and support?
17      A   No.
18      Q   Is it standard for the basic level of
19  maintenance and support?
20      A   Yes.
21      Q   What is post live implementation support?
22      A   Let me go ahead and read this one too.

351

1           Okay. This particular support is one
2   where, when customers are first getting up in the
3   software, in the actual live production mode,
4   obviously some of the users have had exposure
5   through what we call conference room pilot.
6           But when you've got a lot of new users,
7   they may be finding things that maybe they've
8   not -- maybe because the conference team pilot
9   didn't do things in the business process that
10  they're trying to do, that someone new is trying to
11  do, really got close attention, so that we make
12  sure the customer is successful in those first few
13  months.
14      Q   Do you know for -- what percentage of
15  customers that Lawson provides implementation
16  services for also subscribe to this post live
17  implementation support?
18      A   I do not know.
19      Q   Who would know the answer to that?
20      A   That would be the support team.
21      Q   Is there a head of support?
22      A   Yes, there is.

352

1       Q   Who is that?
2       A   Head of all of support, or head of M3/S3
3   support out separately?
4       Q   Who is the head of S3 support?
5       A   I would go to Nancy Anderson.
6       Q   Who is the head of M3 support?
7       A   The M3 I don't work with, so I couldn't
8   answer. I would have to go look at the org chart.
9       Q   Can you turn to page 217.
10      A   Okay.
11      Q   Answer number 307 relates to training
12  documentation. Does Lawson provide training
13  workbooks for customers who license the Procurement
14  applications in the Supply Chain Management suite?
15      A   For those who have attended the class,
16  yes.
17      Q   So what percentage of customers attend
18  the classes for the S3 SCM Procurement
19  applications?
20      A   I do not know that.
21      Q   Who would know the answer to that?
22      A   It would be withinside of the services

353

1  organization.

2      Q   Are the training workbooks available in

3  some sort of centralized repository?

4      A   They would be maintained by the Lawson

5  Learning Group.  Whether or not they're using a

6  central repository, I do not know that.

7      MS. ALBERT:  Counsel, we would request

8  all training materials relevant to the Procurement

9  applications within the S3 Supply Chain Management

10  suite as well as the M3 Supply Chain Management

11  suite.

12      MR. SCHULTZ:  My understanding is that

13  was among the information that was requested

14  yesterday, and that's being collected.

15      MS. ALBERT:  Thank you.

16  BY MS. ALBERT:

17      Q   Can you turn to page 219.

18      A   Okay.

19      Q   Answer number 311 relates to online

20  documentation provided.  And it references this

21  support.lawson.com website that we've been

22  mentioning throughout yesterday and today.  It has

354

1  a very comprehensive list there of types of

2  materials located at support.lawson.com.  Do you

3  know if all of those types of materials are

4  available for the procurement modules of the Supply

5  Chain Management product suite?

6      A   I believe they are.

7      MS. ALBERT:  Counsel, we would ask for

8  all of these types of documentation listed here

9  that are available for the S3 Supply Chain

10  Management Procurement applications.

11      MR. SCHULTZ:  I believe this information

12  has been produced.  But I'll check into that.

13      MS. ALBERT:  Well, I don't know that

14  we've ever seen any of the training documentation,

15  the download instructions, the conversion

16  workbooks.  I'm not sure that we've seen the

17  interface file layouts, for example.

18      MR. SCHULTZ:  I will look into that.

19  BY MS. ALBERT:

20      Q   Could you turn to page 220, please.

21      A   Sure.  Okay.

22      Q   Answer number 314 relates to the

355

1  question, "Are new software releases included in

2  the ongoing maintenance contract?"  What's the

3  answer to that with respect to the Procurement

4  applications of the S3 Supply Chain Management

5  product suite?

6      A   The answer on page 221, which is,

7  "Lawson's maintenance program includes all new

8  releases, upgrades, enhancements, and fixes."

9      Q   So that is correct with respect to the

10  Procurement applications?

11      A   Yes.

12      Q   And that comes standard when you

13  subscribe to the standard level of maintenance?

14      A   Correct.

15      Q   Can you turn to page 245, please.

16      A   Okay.

17      Q   The answer here provides a general

18  overview for S3 implementation.  And there are a

19  number of different phases, I guess, if you will,

20  in the implementation process, one of which is data

21  conversion, migrating your legacy system data.  Do

22  you know if Lawson will provide data conversion

356

1  services with respect to customers who license the

2  Procurement applications of the S3 product suite?

3      A   Yes.

4      Q   Can you turn to page 248, please.

5      A   Okay.

6      Q   Answer number 357 relates to conversion

7  data import.  Will Lawson perform conversion and

8  data import services in connection with

9  implementations of the Procurement applications of

10  the S3 Supply Chain Management product suite?

11      A   Yes.

12      Q   That's all for that document.

13      MS. ALBERT:  Let me have the reporter

14  mark as Christopherson Exhibit 31 a copy of a

15  document entitled "Lawson's Response to Request for

16  Proposal Number 08-09."  And -- well, this is a

17  compilation exhibit, because some of the portions

18  of this are native files.  So I'm not going to read

19  all the Bates numbers into the record.

20      MR. SCHULTZ:  What do you mean, it's a

21  compilation exhibit?

22      MS. ALBERT:  There were attachments to

Christopherson, Dale - Vol. 2  10/20/2009  4:10:00 PM

357

1    the RFP that were native files.

2          MR. SCHULTZ:  Okay.  That's fine.

3          (Christopherson Exhibit 31 was marked for

4    identification and attached to the deposition

5    transcript.)

6          THE WITNESS:  Okay.

7    BY MS. ALBERT:

8        Q    Can you identify this document?

9        A    I can read what it says.

10       Q    Have you ever seen it before?

11       A    No, I've not.

12       Q    Does it appear to be a copy of Lawson's

13   response to a request for proposal submitted to

14   Cherry Creek Schools?

15       A    Yes.

16       Q    Have you ever seen any of Lawson's

17   responses to RFPs before?

18       A    Yes.

19       Q    Does this appear to be a standard type of

20   response to RFP?

21       A    Sometimes you're not allowed to -- the

22   particular vendor may -- not the vendor, but the

358

1    customer may have certain formats and stuff.  So it

2    can vary and stuff.  But I don't see anything that

3    suggests it's not a response from Lawson.

4        Q    Is this a standard type of document

5    that's prepared and maintained in the ordinary

6    course of Lawson's business?

7        A    Yes.

8        Q    Do you know who authored this particular

9    response to the RFP?

10       A    I do not.

11       Q    If you look on the page with the Bates

12   number ending 9168, do you see at the bottom there,

13   there's a Lawson Software authorized signature, and

14   it indicates Brian Murphy, VP government and

15   education?

16       A    I see that.

17       Q    And then to the right of that there's

18   Lawson Software primary engagement contact, Matt

19   Denning, account executive, do you see that?

20       A    I do.

21       Q    Would that help to indicate that those

22   individuals had some responsibilities in connection

359

1    with the preparation of this response to RFP?

2        A    Yes.

3        Q    Where are responses to requests for

4    proposal maintained?

5        A    The sales organization would have that.

6        Q    Is there a centralized repository for

7    those?

8        A    I do not know if there is or not.

9        Q    Who would you ask to find out the answer

10   to that question?

11       A    Go to the sales support team.  Clearly

12   Brian is an individual, I know I also could ask him

13   too.

14       Q    If you had to find all of the contracts

15   that were in effect that had relevance to the

16   Procurement applications for the S3 Supply Chain

17   Management product suite, how would you go about

18   locating those?

19       A    I would go to the WebNow system, as I

20   discussed yesterday.

21          MS. ALBERT:  The WebNow system, we would

22   request that a search be conducted of the WebNow

360

1    system for all such contracts.

2          MR. SCHULTZ:  You have all of the

3    contracts.

4          MS. ALBERT:  Okay.

5          MR. SCHULTZ:  I should clarify that.

6    You're getting all of them.

7          MS. ALBERT:  All right.  Thank you.

8          MR. SCHULTZ:  It's an ongoing process, as

9    you know.

10   BY MS. ALBERT:

11       Q    Can you turn to the page with the Bates

12   number LE 00429073.

13       A    Okay.

14       Q    Underneath the heading "Lawson

15   Professional Services," the first sentence reads,

16   "Lawson is pleased to present Lawson Professional

17   Services as the prime implementation vendor."  For

18   how many contracts relating to the Procurement

19   applications of the Supply Chain Management suite

20   is Lawson the prime implementation vendor?

21       A    I do not know that.

22       Q    Who would know the answer to that?

Christopherson, Dale - Vol. 2  10/20/2009  4:10:00 PM

361

1      A   You would have to review the contracts to

2   see.

3      Q   You don't have any kind of information,

4   just -- strike that.  Do you have any kind of sense

5   of whether it's greater than 50 percent of such

6   contracts?

7      A   I do not.

8      Q   Do you know how many total

9   implementations relating to Procurement

10  applications in the Supply Chain Management product

11  suite Lawson has performed in the past six years?

12     A   I do not.

13     Q   Who would know the answer to that?

14     A   I would go to either the services

15  organization or look at the contracts based on that

16  date range.

17     Q   So did you contact any people in the

18  sales organization in order to educate yourself to

19  testify relating to the implementation topic for

20  which you were designated by Lawson to testify on

21  its behalf?

22     A   In sales organization, no.

362

1      Q   Can you go to pages 3 through 4 of the

2   proposal, and those are on the pages with the Bates

3   numbers ending 9175 through 9176.

4      A   Okay.

5      Q   Underneath the heading "Project

6   Definition and Scope," at the bottom of page 3,

7   bridging over to page 4, there are different tasks

8   relating to the implementation of this project,

9   pre-implementation planning, hardware installation,

10  software installation, technical training for

11  school staff, conversion assistance, interface

12  development, train the trainer training, end user

13  training, live support, and post live support.

14      Will Lawson provide all of these types of

15  implementation services as part of an

16  implementation project?

17     A   They could.

18     Q   What's the typical timeline for

19  implementation of a full Procurement solution in

20  connection with the S3 Supply Chain Management

21  Procurement applications?

22     A   There's not a typical solution or a

363

1   typical timeline for the solution.  Each customer

2   is unique.

3      Q   So on page 4 of Exhibit 31, it indicates

4   under "Proposed timeline" that this proposal

5   provides for a 17-month implementation for this

6   particular project.  Is that within the range of a

7   typical implementation time, or do you think that's

8   a greater amount of time or a lesser amount of

9   time?

10     A   Greater amount of time or lesser amount

11  of time for what?

12     Q   For implementation of procurement aspects

13  of the Supply Chain Management suite.

14     A   Couldn't tell you.  This document so far,

15  from what we reviewed, hasn't identified what

16  products.

17     Q   If you look on that same sentence I was

18  just referring to, it refers to the implementation

19  of Lawson's Financial Procurement, Human Capital

20  Management, and Work Order products.

21     A   Mm-hmm.  Into the next area, yes.

22     Q   Does that assist you in identifying some

364

1   of the products that are involved in this

2   implementation?

3      A   That's three of the large suites of 4GL.

4   So that's an awful lot of conversion.

5      Q   So do you think that's a -- the 17-month

6   implementation timeline is a longer one than is

7   typical?

8      A   Again, it depends on the size of the

9   customer, the customer's requirements.  For three

10  product suites with a customer this size, that's

11  not untypical.

12     Q   How is -- do you know how implementation

13  services are priced?  Is it a per day consulting

14  fee?

15     A   It again depends on the specific

16  contract.

17     Q   So what are the types of charges that

18  could be applicable, how do they vary?

19     A   It could be a daily charge.  If it's

20  going to be someone there for a long time, they may

21  break that down in more of a monthly or weekly

22  charge.  It may be a fixed bid, a fixed price for

Christopherson, Dale - Vol. 2  10/20/2009  4:10:00 PM

365

1     the entire job also.

2         Q   Can you turn to page 42 of the document.

3     It has the Bates number ending with 9214.

4         A   Okay.

5         Q   This section of the response to the RFP

6     is "Responses to Functional/Technical

7     Requirements."  Is it typical to have in a response

8     to an RFP responses to functional and technical

9     requirements type questions from the prospective

10    customer?

11        A   Typically, yes.

12        Q   And if you'll just look on this page,

13    there's codes for helping identify -- it's the

14    answer key to be used in connection with the

15    answers that follow.  I just want to give you a

16    frame of reference there.

17        A   Okay.

18        Q   Can you turn to page ending with the

19    Bates number ending 9345.  And this section of the

20    functional technical responses relates to the

21    functional category of purchasing.  Do you see

22    that?

366

1         A   Yes.  Mm-hmm.

2         Q   So can you turn to the next page, sorry.

3         A   Okay.

4         Q   There's a question number PO 9.02, asking

5     about commodities and a commodity coding structure,

6     do you see that?

7         A   That's correct.  Yes, I do.

8         Q   And Lawson responds to Cherry Creek that

9     its PO product has commodities and commodity coding

10    structures out of the box; is that correct?

11        A   That's correct.

12        Q   Can you turn to the next page with the

13    Bates number ending 9347.

14        A   Okay.

15        Q   Do you see the question PO 27.00 on that

16    page?

17        A   I do.

18        Q   And Cherry Creek asked about the

19    capability of Lawson's product to automatically

20    convert a requisition to a purchase order and

21    cross-reference one to the other.  And Lawson

22    responded to Cherry Creek that its product had the

367

1     ability to automatically convert a requisition to a

2     purchase order out of the box; is that correct?

3         A   That is correct.

4         Q   Can you turn to the next page, with the

5     Bates number ending 9348.

6         A   Okay.

7         Q   Do you see the question PO 4.200 on that

8     page?

9         A   Yes.

10        Q   And there Cherry Creek asked about the

11    ability to search vendor files from within

12    purchasing processes, i.e. Requisition and Purchase

13    Order.  Lawson responded to Cherry Creek that its

14    product had the ability to search vendor files from

15    within these purchasing processes out of the box,

16    correct?

17        A   That is correct, they do.

18        Q   Can you turn to the page with the Bates

19    number ending 9351.

20        A   351?

21        Q   Right.

22        A   Okay.

368

1         Q   On that page there's the question PO

2     73.00, do you see that?

3         A   I do.

4         Q   There Cherry Creek asked about the

5     ability of the product to convert lines of

6     requisitions to multiple purchase orders and/or

7     different vendors.  Do you see that?

8         A   I do.

9         Q   And Lawson responded to Cherry Creek's

10    question that its product had that ability to

11    convert lines of requisitions to multiple purchase

12    orders and/or different vendors out of the box,

13    correct?

14        A   Correct.

15        Q   Can you turn to the page with the Bates

16    number ending 358.

17        A   Okay.

18        Q   Do you see question number PO 161.00 on

19    that page?

20        A   I do.

21        Q   Cherry Creek asked about the ability to

22    generate various catalogs including vendor

Christopherson, Dale - Vol. 2  10/20/2009  4:10:00 PM

369

1  catalogs, stockroom catalogs, textbook catalogs, or
2  food service catalogs in print and online.  How
3  does -- and Lawson responded that the product had
4  this capability out of the box, correct?
5  **A  Lawson did provide that response, yes.**
6  Q  How does the product do that?  How does
7  it perform that functionality?
8  **A  Me reading that one, that would be one**
9  that I would be asking the sales team what did they
10  mean by that response.
11  Q  And who would you ask on the sales team?
12  **A  I would be asking, going back to the**
13  front cover letter, the gentleman that was listed
14  on the right hand side, not Brian Murphy but the
15  other gentleman.
16  Q  Can you turn to the page with the Bates
17  number ending 376.
18  **A  Okay.**
19  Q  There are a number of questions there
20  relating to the Inventory module.  And Cherry Creek
21  asked about the ability to maintain and track
22  particular types of information for inventory items

370

1  including item description short, manufacturers,
2  brand/model/part number, long text description,
3  vendor number, you know, and a full list there
4  through question 9.29.
5  And Lawson responded that all of those --
6  that the Inventory Control module does have the
7  ability to maintain and track all of that
8  information about an item out of the box, correct?
9  **A  They did indicate that, yes.**
10  Q  Do you have any reason to doubt the
11  accuracy of that response?
12  **A  I would have to review those.**
13  Q  Go ahead and review them.
14  **A  Okay.  I've reviewed them.  There's at**
15  least one that I would immediately question.
16  Q  Which one is that?
17  **A  Response number INV 9.03.  The long text**
18  description, keyword being unlimited text.
19  Q  Is there a limit on the number of
20  characters in the long text description field?
21  **A  Yes, there is.**
22  Q  What's that limit?

371

1  **A  I don't recall offhand if that number is**
2  30 or 20 characters.
3  Q  And then the other responses are
4  accurate?
5  **A  The other ones, there's a few that --**
6  that I would have to then go back to someone such
7  as Jill Richardson to ask if those are in fact
8  covered in the application.  But that first one
9  that I mentioned I definitely know is not
10  unlimited.
11  Q  For the other ones, I mean, Lawson
12  doesn't intend to mislead its prospective customers
13  about the capability of its products, does it?
14  **A  That's correct.**
15  Q  And these responses to RFPs are vetted,
16  as you indicated earlier, by a number of different
17  personnel, correct?
18  **A  Correct.  Mm-hmm.**
19  Q  For what percentage of customers
20  licensing the Procurement applications within the
21  S3 Supply Chain Management suite does Lawson
22  provide ongoing maintenance and support?

372

1  **A  Could you re-ask that question again?**
2  Q  For what percentage of customers
3  licensing the Procurement applications within the
4  S3 Supply Chain Management suite does Lawson
5  provide ongoing maintenance and support?
6  **A  All existing customers today are under**
7  maintenance.
8  Q  So 100 percent; is that correct?
9  **A  No, that's not correct.  For existing**
10  customers.  A customer may have since moved on to a
11  different system some time ago, an older customer.
12  Clearly then they're no longer under maintenance.
13  Q  Could you turn to the page with the Bates
14  number LE 00597098.  It's one of the attachments to
15  the main document.  It should be a small document,
16  about six pages.
17  **A  Unfortunately everything is loose except**
18  for the last one.
19  Q  I think it's before that.
20  **A  Just before?**
21  Q  There's a staple, some stapled pages on
22  the part you already flipped over.

373

1  A  Oh, sure enough, there are.  Okay.

2  Q  Do you see --

3  A  Okay.  Which --

4  Q  There's a document entitled "Lawson

5  Software customer agreement master terms and

6  conditions," bearing Bates number LE 0059708 -- or

7  7098 through 103.

8  A  Yes, I do.

9  Q  Do you know if this is the standard terms

10  and conditions applicable to licensing Lawson

11  Software?

12  A  It does appear to have a lot of the

13  normal language that we have in their terms and

14  conditions.  There clearly -- and since this one

15  isn't a signed one, and looks like if it was in

16  fact attached as the proposal, as you suggested

17  earlier, this is a representative of then what the

18  master terms and conditions would be, then it

19  should be a standard one at that particular time of

20  this proposal.

21  Q  So does Lawson use a master terms and

22  conditions that is applicable across the board to

374

1  all of its software, or are there varying master

2  terms and conditions by application or product

3  line?

4  A  The exceptions would be for different

5  countries.  There may be some uniqueness.  But

6  within North America or within the United States

7  specifically, this would be the one I would expect

8  to see at that time.

9  Q  Can you turn to the next attachment after

10  that software customer agreement.  There's one --

11  A  Is that the addendum?

12  Q  Yes, addendum to customer agreement,

13  master terms and conditions, bearing Bates number

14  LE 00597091 through 96.

15  A  Okay.

16  Q  What is that document?

17  A  It's the addendum to the customer

18  agreement master terms and conditions, where it

19  appears probably during negotiation.  If we in fact

20  won this deal.  Or perhaps as part of the

21  requirements, they had certain requirements that

22  they may want within the terms of the agreement.

375

1  And as a result there's proposed language marking

2  the specific paragraphs in the prior document we

3  discussed, as far as how those would be changed or

4  deleted, modified.

5  Q  So this is just tailored specifically to

6  what Cherry Creek was requesting?

7  A  Correct, yes.

8  Q  Thank you.  I think I'm done with that

9  exhibit.

10  MS. ALBERT:  Could we take a brief couple

11  of minute break?

12  MR. SCHULTZ:  Yes.

13  THE VIDEOGRAPHER:  We're going off the

14  record.  The time is 10:22 a.m.

15  (Recess.)

16  THE VIDEOGRAPHER:  We're now back on the

17  record.  The time is 10:34 a.m.

18  BY MS. ALBERT:

19  Q  Mr. Christopherson, I'm going to shift

20  gears here a little bit.  In what language is the

21  S3 Supply Chain Management source code written?

22  A  Which product?

376

1  Q  Are there different languages for

2  different products?

3  A  Yes, there are.

4  Q  What's the language that the source code

5  for the Purchase Order module is written in?

6  A  That's Lawson Fourth Generation Language.

7  Q  What is the Fourth Generation Language?

8  A  I'm not sure what your question is.

9  Q  Is it Java?  Is it, you know, COBOL, is

10  it Assembler?

11  A  It's Lawson's Fourth Generation Language,

12  proprietary to Lawson.

13  Q  A proprietary language?

14  A  Correct.

15  Q  Okay.  And what about the Requisitions

16  application, in what language is that application

17  written?

18  A  That is the same.

19  Q  And the Requisitions Self-Service

20  application, in what language is that written?

21  A  The Requisitions Self-Service, I know it

22  has some JavaScript in it.  It may have some Java

Christopherson, Dale - Vol. 2  10/20/2009  4:10:00 PM

377

1  in it.  And then some HTML.

2       Q   In what language is the Procurement

3  Punchout application written?

4       A   I'm pretty sure that's all in Java.

5       Q   In what language is the Inventory Control

6  application written?

7       A   Lawson Fourth Generation Language.

8       Q   In what language is the EDI application

9  written?

10      A   That one, I'm not sure if that's in

11 either C or Java.

12      Q   Do you know in what language the source

13 code for the e-Procurement application of the M3

14 product line is written?

15      A   No, I do not.

16      Q   Who would know the answer to that?

17      A   Someone from M3 team.

18      Q   Who is on the M3 team responsible for

19 writing the source code?

20      A   It's an M3 development team.

21      Q   Do you know anyone who is on that M3

22 development team?

378

1       A   I know two of the vice presidents on that

2  team.

3       Q   Who are those persons?

4       A   Erik Svensen and Peter Cornelius.

5       Q   Where are they located?

6       A   In Sweden.

7       Q   Is there any Assembler code included in

8  the Procurement applications of the S3 Supply Chain

9  Management suite?

10      A   None that I'm aware of.

11      Q   I found some Assembler code, so I just

12 didn't know what it related to.  Was the source

13 code for the relevant M3 applications produced?

14      A   For the relevant M3 applications?

15      Q   Correct.

16      A   I do not know if it was or not.

17      MS. ALBERT:  I haven't located any of it,

18 so I request that counsel produce it.

19      MR. SCHULTZ:  You haven't located the M3

20 source code?

21      MS. ALBERT:  It's not included in what we

22 have.

379

1       MR. SCHULTZ:  I will follow up on that.

2  My understanding was it was produced.

3       MS. ALBERT:  Well, I'm looking for some

4  particular applications, and they're nowhere to be

5  found in what we have.  And I couldn't find

6  anything that indicates that it's associated with

7  M3 in the source code that we have.

8  BY MS. ALBERT:

9       Q   Did you produce the database schema for

10 the Item Master associated with the Inventory

11 Control master?  Or Inventory Control module, I'm

12 sorry.

13      A   The Inventory Control module, that can

14 all be derived first from the source code.

15      Q   Yes, I was asking if you produced that in

16 the source code that was produced.

17      A   That should be in with the source code.

18      Q   What particular file or utility should I

19 search for to locate that?

20      A   The schema can be derived from the WS

21 file, which is also known as working storage.

22      Q   From which particular working storage

380

1  file can that be derived?

2       A   From within IC, and I don't recall the

3  specific program.  It might be IC10, IC20,

4  something of that nature, one of the earlier ones.

5       Q   And what about, from where can I derive

6  the database schema for the Vendor Master included

7  in the Inventory Control application?

8       A   Same place.

9       MS. ALBERT:  Let me have the reporter

10 mark as Christopherson Exhibit 32 a compilation of

11 files related to the program PO536.  And these are

12 native files, so there are no Bates numbers.

13      (Christopherson Exhibit 32 was marked for

14 identification and attached to the deposition

15 transcript.)

16 BY MS. ALBERT:

17      Q   Within this Exhibit 32, I first want to

18 refer to the part that is clipped together with the

19 small binder clip.

20      A   They were both small binder clips.

21      Q   Well, not the one that was enclosing the

22 entire exhibit, but the one within the exhibit.

Christopherson, Dale - Vol. 2  10/20/2009  4:10:00 PM

381

1   A   Okay.

2   Q   Do you see on the top of the first page,

3   there's a heading, "PO536PD 10.1.5"?

4   A   Yes.

5   Q   What is the function of the PD part of

6   the code associated with PO536?

7   A   Where the main logic and compilations of

8   the program actually occur.

9   Q   Is there any kind of meaning of the

10  acronym PD?

11  A   Because Lawson 4GL, when it finally gets

12  to a compiler, it goes through a series of programs

13  withinside of Lawson System Foundation that

14  converts 4GL into eventually COBOL program.

15  Withinside of the COBOL program there's different

16  divisions.  One of the divisions is called a

17  procedure division, as I described yesterday.  And

18  that's what PD is abbreviated to.

19  Q   It stands for procedures division?

20  A   We don't refer to it as procedures

21  division, because we don't talk about COBOL.  We

22  talk about Lawson 4GL.

382

1   Q   Do you see on the first page there's a

2   comment line number 1, read input file and update

3   vendor agreement line file?

4   A   Yes.

5   Q   Where is the input file coming from?

6   A   The customer would provide that.

7   Q   Is there any place where the data is

8   stored that this program uses?

9   A   Which data?

10  Q   The input file referenced there.

11  A   The input file is read, and then my

12  understanding of the 536 program, there are several

13  phases that you go through, because you don't

14  commit the load right into the system.  You check

15  for errors and things in some of the earlier

16  phases.  But if it gets all the way through, then

17  yes, it's read and input into the Vendor and Item

18  Master files.

19  Q   Now, within Exhibit 32, I've included

20  some other -- I don't know, would you refer to

21  these separate parts as files or utilities?  How

22  would you refer to these?

383

1   A   These are other components of the program

2   that -- so they're files withinside of the Lawson

3   4GL system for the PO536 program.

4   Q   So I've included here PO536PD, PO536WS,

5   and then there are some other things, PO536.MNU1,

6   PO536.MSGTIN, PO536 _ Error1.WRK1,

7   PO536_Import.WRK7, PO536 _ Sort2.WRK2, and

8   PO536_Sort.WRK 7.

9   Are there any other times or components

10  associated with PO536 that are not included within

11  this exhibit?

12  A   I do not know.

13  Q   Who has responsibilities for maintaining

14  or updating the PO536 program?

15  A   My team does.

16  Q   Is there a particular person within your

17  team?

18  A   No, there's not.

19  Q   Anyone from your whole team could work on

20  this program?

21  A   Not anyone.  There's a few people that

22  wouldn't work on it.  But the majority of my Supply

384

1   Chain team would.

2   Q   What's the function of the WS part of the

3   program?

4   A   The WS, again, going back to -- was the

5   program -- or as the files come together, that

6   particular file is used to establish the working

7   storage division withinside a COBOL program.

8   Q   What's the function of a working storage

9   division?

10  A   It defines the variables and the size of

11  the variables that will be used withinside of the

12  procedure division.

13  Q   If you look on the first page of PO536PD,

14  towards the bottom of that page, I guess it's three

15  lines up from the bottom, there's a statement,

16  "Initialize ICITEUWRWS."  Can you tell me what

17  that's a reference to, what procedure or program?

18  A   That's another working storage area.

19  Q   Is there a program that that working

20  storage area is associated with?

21  A   Clearly that working storage section is

22  at least part of this procedures division.

Christopherson, Dale - Vol. 2  10/20/2009  4:10:00 PM

385

1    Q   Is there a particular --

2    A   So it's related obviously to PO536.

3    Q   Is there a particular functionality

4    performed by ICITEUWR?

5    A   The key is that it's WS at the end, so

6    that's working -- it's initializing, zeroing out

7    any of the variables that are going to be used by

8    that program, so that you're assured that there is

9    nothing by chance sitting on the computer memory in

10   those areas.  So it's going to set them to the

11   default starting values.

12   Q   Thank you.  Can you turn to the fifth and

13   sixth pages of PO536PD.

14   A   Fifth and sixth?

15   Q   Right.

16   A   Okay.

17   Q   At the bottom of the fifth page there's a

18   comment reading, "Missing info needed to create

19   vendor agreement."  And then continuing on to the

20   next page, there are a number of if/and statements,

21   "if" and "and" statements, do you see that?

22   A   I see numerous "if" statements.  Then

386

1    there are some "and" statements at the very bottom.

2    Q   Right.

3    A   Okay.

4    Q   Can you tell me what's being done in this

5    part of the program?

6    A   Essentially they're setting values into

7    the working storage area, depending on specific

8    logic that essentially flags based on the setup of

9    the program or setup withinside of Purchase

10   Order -- actually in this case -- yes, Purchase

11   Order system.

12   Q   Are these the -- are they setting the

13   values or attributes for each item that is going to

14   be input into the Item Master pursuant to a vendor

15   agreement?

16   A   They're setting up some of the fields,

17   but not all of the fields.  Because the if/and on

18   page 6 only covers two particular fields.

19   Q   Does it continue over to the seventh

20   page?

21   A   And adds two additional fields.

22   Q   Can you turn to page 8 of PO536PD.

387

1    A   Just for clarity, is that the one that

2    about one third down has 072 added so we get into

3    the UN codes?

4    Q   Correct.  That's the section I was going

5    to refer you to, that talked about "Edit

6    UNSPSC-PARMS."  Can you tell me, following that,

7    with the various if/and statements, what function

8    is being performed by the program there?

9    A   It's determining if there's values in the

10   file that -- if they contain the UNSPSC for the

11   different segments, families, and classes, as it

12   reads through an item, as it's coming through.

13   Q   Can you turn to the next page, which is I

14   think page 9 of PO536PD.

15   A   Mm-hmm.

16   Q   Underneath line 74 relating to

17   "Edit-User-PARMS," can you tell me what function is

18   being performed by the if/and and if/or statements

19   following that?

20   A   It's essentially setting the user defined

21   fields for particular items.  And when it's setting

22   them, it's setting them to the appropriate value,

388

1    whether it be zeros if it's a numeric field or

2    spaces if it's an alpha field.

3    Q   Can you turn to page 15 of PO536PD.

4    A   It's 15, just so we're clear, has the one

5    towards the bottom, bottom quarter, "1220 Load Work

6    Record"?

7    Q   Correct.

8    A   Okay.

9    Q   And underneath that line that you

10   referred to, about three lines down, there's a

11   statement, "Perform 800-Read CSV-Import."  And then

12   following that, it continues over to the next page

13   with a number of move statements.  Do you see that?

14   A   Yes.

15   Q   Can you tell me what is being done in

16   that portion of the program?

17   A   What's happening at that particular point

18   is that we're moving the values as read from the

19   CSV file, then over to the working storage file --

20   or not working storage file, but working storage

21   memory position in the computer.

22   Q   So those would be -- the CSV file is what

389

1    the supplier would send with the item information,
2    the price information, the item description, and
3    that sort of thing?
4        A    A CSV file could come from anywhere.
5        Q    But for example, when we were talking
6    about the vendor price agreement load, typically
7    the CSV file would come from the vendor?
8        A    Typically.
9        Q    Can you turn to the portion of Exhibit 32
10   labeled PO536_Import.WRK 7.
11       A    That was one of the other files, I
12   assume?
13       Q    Right.
14       A    Okay.
15       Q    Are you there?
16       A    I am.
17       Q    About four lines down from the top of the
18   page there's a statement, "Key:PO536 Import."  Do
19   you see that?
20       A    I do.
21       Q    Can you tell me what this file relates
22   to?

390

1        A    That's the import file structure.
2        Q    So is this the structure for the CSV file
3    that would come from the vendor, for example?
4        A    This is the structure that -- the way
5    PO536 would recognize the structure.
6        Q    And so do you know if Lawson provides
7    these field structures to the vendors to facilitate
8    the import of vendor price agreements into the Item
9    Master?
10       A    The vendor wouldn't get this.  This is
11   the way the program recognizes the files.  The
12   vendor would get the file layouts such as we looked
13   at yesterday.
14       Q    Okay.  Thank you.  We're done with that
15   exhibit.
16           MS. ALBERT:  Can I have the reporter mark
17   as Christopherson Exhibit 33 another compilation
18   exhibit that relates to IC516.
19           (Christopherson Exhibit 33 was marked for
20   identification and attached to the deposition
21   transcript.)
22           THE WITNESS:  Okay.

391

1        BY MS. ALBERT:
2        Q    What is the function of the IC516
3    program?
4        A    It's to load items into the Item Master
5    from a CSV file.
6        Q    And what does the IC516PD file do versus
7    the IC516WS file?
8        A    They're just two of the files that would
9    make up the IC516 program.
10       Q    Should there be some other files
11   associated with the IC516 program?
12       A    The attachment or the thing that you've
13   given me, there's also the IC516 message file or
14   MSG.  There's the PGM file.  And there's the
15   items -- the item -- let's see.  DE, and then CSV
16   work file.  So there are a few other that you've
17   handed me.
18       Q    And would the CSV file that's loaded into
19   the Item Master typically come from a vendor?
20       A    It is one of the places that it could.
21   Keep in mind, earlier, we were talking about
22   services earlier today, data conversion from legacy

392

1    systems.  So this would be one of the load programs
2    that would be standard, because typically we're not
3    installing Lawson into a brand-new business; it's a
4    business that's been there.  They need to take
5    their data out of a system and load it in.
6           So they've already got items in their
7    Item Master today.  This is a way to load them.  So
8    it's more typical to see it used for that purpose.
9        Q    Thank you.
10           MS. ALBERT:  Let me have the reporter
11   mark as Christopherson Exhibit 34 a compilation of
12   files related to IC11.
13           (Christopherson Exhibit 34 was marked for
14   identification and attached to the deposition
15   transcript.)
16       BY MS. ALBERT:
17       Q    What's the purpose of the IC11 program?
18       A    I do not know specifically what it is to
19   do.
20       Q    Is the IC11 program used for the UNSPSC
21   commodity code load function?
22       A    If we looked at the Inventory Control

393

1 manual user guide, that would tell us. With the
2 sheer number of programs that I'm responsible for,
3 I don't recall every one. Looking at working
4 storage, it does not appear to be.
5 Q What does it appear to be?
6 A I do not know. But I don't see anything
7 that we're talking about, the commodity codes and
8 stuff withinside of the working storage. And that
9 sets the variables that would be used within the
10 program.
11 Q Do you know if this is another program
12 associated with loading particular attributes of
13 items into fields of the Item Master database?
14 A Again, I don't know what the program is.
15 I've been able to identify what it's not in the one
16 case.
17 Q All right. Thank you.
18 MS. ALBERT: Let me have the reporter
19 mark as Christopherson Exhibit Number 35 another
20 compilation exhibit relating to the program IC00.
21 (Christopherson Exhibit 35 was marked for
22 identification and attached to the deposition

394

1 transcript.)
2 BY MS. ALBERT:
3 Q Do you know what the program IC00 relates
4 to, what functionality?
5 A Other than it being one of the programs
6 inside of Inventory Control, I don't recall
7 offhand.
8 Q In the Inventory Control manual, I had
9 identified that program IC00.5 is supposed to be
10 the program for the keyword setup code. Would
11 IC00.5 be included within IC00?
12 A Yes.
13 Q How could I find it within this program?
14 A And now that you've refreshed my memory
15 on that particular part, the IC00 is all or most of
16 the setup program. It's the setup program for IC,
17 Inventory Control.
18 Q So where can I find the portion of that
19 setup program that relates to the keyword setup?
20 A The key for -- it would be inside of the
21 PD file.
22 Q Okay. Is there a particular line that

395

1 you can reference me to that might start the
2 keyword setup?
3 A Looking through it here quickly, and --
4 yes, 26900 appears to be the beginning of that.
5 Q Line 26900?
6 A Yes. And that appears to be the fourth
7 page from the back of the PD. It's section 5000,
8 "Create Keyword Setup," abbreviated "keyword."
9 Q "KWD"?
10 A Yes.
11 Q Right.
12 A I should mention, now that I've had a
13 chance to look at this, obviously this one I've
14 looked at in a little more detail, there's one file
15 for a program such as this where it's an online
16 file as opposed to an import that you do not have,
17 and that is the actual screen file that you've not
18 given me. I would have first looked at that, and
19 that would have helped identify where this is.
20 Q What would be the header for a screen
21 file?
22 A SCR is one possible. It would be a .SCR

396

1 extension.
2 Q So I would look for IC00.SCR?
3 A Yes.
4 Q And how would that assist me in locating
5 the keyword setup code?
6 A That defines -- the first thing it does
7 is it defines the screen layout. And the key that
8 you had mentioned before is that you were on
9 IC00.5, which would be the fifth tab. You can look
10 and see what the fifth tab is, and within that one
11 being executed, that would have helped us identify
12 that we were looking for the 5000 section.
13 Q Thank you.
14 MS. ALBERT: Let me have the reporter
15 mark as Christopherson Exhibit 36 a compilation
16 exhibit relating to IC800.
17 (Christopherson Exhibit 36 was marked for
18 identification and attached to the deposition
19 transcript.)
20 BY MS. ALBERT:
21 Q Do you know what the IC800 program is
22 used for?

397

1    A  I do not.

2    Q  Would it be related to the keyword search

3  load?

4    A  I do not know.

5    Q  If you look at the top of the first page,

6  with respect to the comments there under IC800PD,

7  it says at line 1200, "Spins through all itemmast,

8  itemsku, itemupc, itemupn1, itemupn2 and itemndc

9  for the Search Group (item group) past in it will

10  then call the Keyword Based Search object for all

11  ICK-Kwd-Origin fields used."

12    Does that assist you in determining the

13  functionality for IC800?

14    A  No.

15    Q  Who would know the functionality of

16  IC800?

17    A  I would talk -- again, members of my

18  Supply Chain team.  Specifically I would probably

19  start with Jill Richardson.  It may be a program

20  that she's not intimately familiar with either.

21  And then she may have to go to one of the 4GL

22  developers.

398

1    Q  What are the variables itemmast, itemsku,

2  itemupc, that we referenced up in those -- that

3  comment line?

4    A  It's a comment, so those are not

5  necessarily variable names.

6    Q  Do you know what they refer to?

7    A  They're referring -- the first one, I do

8  not know exactly what they're referring to.  The

9  SKU, which would obviously be the SKU code for the

10  item, the UPC in the second one, the UPN, UPN 2 and

11  the NDC, so those would be the respective numbers

12  for items.

13    Q  Do you know where the data related to

14  those attributes of items would be stored?  Would

15  that information be in the Item Master?

16    A  Yes.

17    Q  And then if you look at the portion of

18  Exhibit 36 that's the IC800WS.

19    A  Mm-hmm.

20    Q  It talks about loading the Item Master.

21  Do you see that?

22    A  Yes, I do.

399

1    Q  Do you know what the functionality of

2  that portion of the program is?

3    A  Again, as with all WS files, that simply

4  sets the variables that will be used by the PD.

5  And it establishes whether or not it's

6  alphanumeric, the size of that respective variable.

7    Q  I think I'm done with that exhibit.

8    MS. ALBERT:  Let me have the reporter

9  mark as Christopherson Exhibit 37 a compilation

10  exhibit -- I don't know how to identify this.  Part

11  of it relates to PunchoutSetupRequest.java.

12    (Christopherson Exhibit 37 was marked for

13  identification and attached to the deposition

14  transcript.)

15  BY MS. ALBERT:

16    Q  Can you identify for me the source code

17  that's found in Exhibit 37?

18    A  I'm taking a look at it now.  It's -- the

19  files after the first particular one appear to be

20  the source code that's associated with the Punchout

21  servlet.

22    Q  And with respect to the first portion of

400

1  the exhibit, would that be the Punchout

2  configuration file?

3    A  That is a Punchout configuration file.

4  This specific one appears to be the one that Dwight

5  Delancy, who is the person who is normally testing

6  with partners, would be using for his particular

7  system.

8    Q  Are there other Punchout configuration

9  files?

10    A  Yes.  For every vendor that a customer

11  would have set up, this file would be -- would have

12  the appropriate setup items.  So in this particular

13  case, he's set up to be able to go to -- I haven't

14  counted them, but it looks to be roughly close to a

15  dozen, between eight and 12 different vendors on

16  his test system.

17    Q  Do you know if the Punchout configuration

18  file that comes standard with the product as

19  shipped has these -- is configured for these

20  vendors?

21    A  No, because the relationship exists

22  between the customer and the vendor.  So the

401

1    configuration settings may not be the same.  In

2    fact they shouldn't be the same.

3        Q    What is the code that actually generates

4    the XML file that's sent in order to punch out to

5    vendors to begin a Punchout transaction?

6        A    That would be the Punchout servlet.

7        Q    And is that Punchout servlet contained in

8    Exhibit 37?

9        A    Yes.  I believe the majority of what

10   you're going to be looking for is probably in that

11   Punchout JS file, which is the next file.  Dot JS.

12       Q    What are the JavaScript files that are

13   associated with performing the Punchout

14   functionality?

15       A    I do not know.

16       Q    Who would know that?

17       A    Dwight Delancy would.

18       Q    What are the Java files that are

19   associated with performing Punchout functionality?

20       A    Dwight would know that.

21       Q    That's all I have for that exhibit.

22       MS. ALBERT:  Let me have the reporter

402

1    mark as Christopherson Exhibit 38 a document

2    entitled "Defendant Lawson Software Inc.'s

3    Supplemental Responses to Plaintiff ePlus inc.'s

4    Interrogatory Numbers 4, 5, 6, 8, 10, 12, 14, 16,

5    and 17."

6        (Christopherson Exhibit 38 was marked for

7    identification and attached to the deposition

8    transcript.)

9        MS. ALBERT:  I've been informed by the

10   videographer that we need to change the tape, so

11   let's just take a brief break before we get into

12   this document so he can change the tape.

13       MR. SCHULTZ:  Do you want to just change

14   it and keep going?

15       MS. ALBERT:  Sure.

16       THE VIDEOGRAPHER:  This marks the end of

17   tape number 1 in the deposition of

18   Mr. Christopherson.  We're going off the record.

19   The time is 11:19 a.m.

20       (Pause in the proceedings.)

21       THE VIDEOGRAPHER:  This marks the

22   beginning of tape number 2 in the deposition of

403

1    Mr. Christopherson.  We're going back on the

2    record.  The time is 11:21 a.m.

3    BY MS. ALBERT:

4        Q    Mr. Christopherson, have you seen the

5    document that's been marked as Christopherson

6    Exhibit 38 prior to today?

7        A    Yes, I have.

8        Q    And did you assist counsel in preparing

9    some of the responses included in this document?

10       A    I know I did review the responses.  There

11   may have been one or two edits.  I know I did on a

12   few of the different interrogatories.  Whether or

13   not this one, I don't recall that.

14       Q    Let me direct your attention to

15   interrogatory number 4.  And that interrogatory

16   asked Lawson to "State in detail all facts and

17   contentions that support or refute Lawson's

18   allegations, if any, that any of the patents in

19   suit are invalid under 35 USC Sections 102 or 103,

20   identifying all prior patents, literature,

21   publications, systems, processes, or devices,

22   including prior knowledge, public uses, sales, and

404

1    offers for sale that Lawson contends either alone

2    or in combination invalidate one or more claims of

3    any of the patents in suit through a claim chart

4    that identifies each element of each claim of the

5    patents asserted to be invalid and explains where

6    each element of the respective claim is shown in

7    such prior patent literature, publications, system,

8    process, device, public use, sale or offer for

9    sale."

10       Do you recall assisting counsel in any

11   way with respect to the response to that particular

12   interrogatory?

13       A    If you -- on that particular one, I don't

14   recall much participation on my side on that.

15       Q    Do you see on page 2, under the initial

16   response to interrogatory number 4, that Lawson

17   responded that "The patents in suit are either

18   anticipated or rendered obvious by at least one or

19   more of the following prior art references and

20   systems"?  And then the second line from the bottom

21   of the page, there's a reference to Lawson

22   Software.  Do you see that?

405

1    A  Yes, I do see that.

2    Q  Do you know which particular Lawson

3  Software applications Lawson contends anticipate or

4  render obvious any of the claims of the patents in

5  suit?

6    A  I believe back in -- is that appendix A,

7  that that then begins to go through each of the

8  claims.  And then Lawson Software is mentioned in

9  some of those.  Whether or not it mentions specific

10  applications or specific programs, we would have to

11  go back and look at that.

12    Q  Did you assist counsel in compiling the

13  information in appendix A?

14    A  No, I did not.

15    Q  Do you know who compiled the information

16  in appendix A?

17    A  No, I do not.

18    Q  And you testified yesterday that you were

19  not employed by Lawson until -- I think you said

20  1998; is that correct?

21    A  1997.

22    Q  1997.  So you were not employed by Lawson

406

1  prior to 1995, correct?

2    A  Correct.

3    Q  Is there anyone still at Lawson in the

4  area of Procurement with respect to the S3 product

5  line that -- strike that.  Is there anyone still

6  employed at Lawson in the technical area of

7  Procurement with respect to the S3 product line?

8    A  Yes.

9    Q  And who is that, who are those persons?

10    A  Todd Dooner and Keith Schmitz are two

11  people.

12    Q  Whose employment at Lawson predates 1995?

13    A  That is correct.

14    Q  Do you know if they assisted counsel in

15  preparing the response to this interrogatory?

16    A  I do not know.

17    Q  You were designated by Lawson to testify

18  on its behalf with regard to topic number 25 of the

19  second deposition notice relating to "the

20  architecture, functionality and operation of any

21  Lawson electronic sourcing and procurement system

22  and/or service that Lawson contends is prior art to

407

1  the patents in suit including the Lawson software

2  identified in Lawson's answer to ePlus's

3  interrogatory number 4"; is that correct?

4    A  That's correct.

5    Q  What did you do to educate yourself to

6  testify with respect to that topic?

7    A  On that particular part I sat down with

8  Mr. Dooner, and we reviewed source code that we had

9  for version 5 all with file dates that were 1993

10  and prior.

11    Q  Was that source code produced to counsel

12  for ePlus?

13    A  I know that it was on my legal hold drive

14  for -- to go to ePlus.  I know that our counsel

15  asked me again about that on Wednesday of last

16  week.  I told them it was there.  I also did

17  forward that over to counsel again on I believe it

18  was either Wednesday afternoon or Thursday last

19  week.  So there's been ample opportunity, I know,

20  to get it to counsel.

21    MS. ALBERT:  Counsel, if that has not yet

22  been produced, we would ask that you produce a

408

1  copy.

2    MR. SCHULTZ:  I will look into that.

3  BY MS. ALBERT:

4    Q  Can you turn to page 7 of the appendix.

5    A  Mm-hmm.  Okay.

6    Q  And at the bottom of that page, on the

7  left hand part of the chart --

8    A  Page 7 of the appendix?  My mistake.

9  Okay.

10    Q  At the bottom of page 7 on the left hand

11  side of the chart, there's a number 6.  Do you see

12  that?

13    A  I do.

14    Q  That starts claim 6 of the '683 patent.

15    A  Mm-hmm.

16    Q  And the first element of claim 6 calls

17  for a database containing data relating to items

18  associated with at least two sources.  Do you see

19  that?

20    A  Yes.  Mm-hmm.

21    Q  Then continuing over at page 8 of the

22  appendix A, do you see there's an entry on the

409

1  chart relating to Lawson Software available prior

2  to August 10, 1994?

3  **A  Mm-hmm.**

4  Q  And then there are -- the statement

5  there, "Version 6.0 of Lawson's Purchase Order

6  module enabled a user to associate items with

7  multiple vendors," do you see that?

8  **A  I do.**

9  Q  And then there are some references to

10  some Bates numbers of some documents.

11  **A  Yes.**

12  MR. SCHULTZ:  Ms. Albert, as you're

13  getting ready over there, we have produced the

14  version 5 of the S3 applications.  It was produced

15  last week.

16  MS. ALBERT:  Okay.  Thank you.

17  Let me have the reporter mark as

18  Christopherson Exhibit 39 a document entitled

19  "Purchase Order Procedures Manual Release 6.0."  It

20  bears production numbers L 0013146 through 295.

21  (Christopherson Exhibit 39 was marked for

22  identification and attached to the deposition

410

1  transcript.)

2  BY MS. ALBERT:

3  Q  You can keep this interrogatory answer

4  open.

5  **A  Mm-hmm.**

6  Q  Have you ever seen the manual that's been

7  marked as Christopherson Exhibit 39 before?

8  **A  Yes.**

9  Q  When was the first time that you saw it?

10  **A  I believe I saw this one in the last**

11  **couple of weeks.**

12  Q  When you were at Lawson, you had no

13  responsibilities with respect to Purchase Order

14  release 6.0; is that correct?

15  **A  For the integration of that, certain**

16  **maintenance packs or release levels after February**

17  **1997, I would have.**

18  Q  So this would have still been --

19  customers would have still been deploying release

20  6.0 in the 1997 time period?

21  **A  Correct.**

22  Q  Let's go ahead and turn --

411

1  MR. SCHULTZ:  Before we go ahead, I just

2  want to confirm that I have -- that in the original

3  there is a double duplication on the second page.

4  MS. ALBERT:  That's the same -- that's

5  the way mine appears as well.

6  MR. SCHULTZ:  And that's the way the

7  witness' appears as well.  I just wanted to

8  confirm.

9  MS. ALBERT:  That may have been how it

10  was in the database with the image.  I don't know.

11  MR. SCHULTZ:  Okay.  Thank you.

12  BY MS. ALBERT:

13  Q  I want to refer to the page L 0013209

14  through 10 that's referenced in the claim chart of

15  appendix A of the answer to interrogatory number 4.

16  And I want to go to that page in Exhibit 39.

17  **A  What is the page you're looking for?**

18  Q  With respect to the claim chart, page 8

19  of the claim chart, appendix A of Exhibit 38.  Do

20  you see the reference there to L 0013209 through

21  10?

22  **A  Yes, I do.**

412

1  Q  And I believe that those pages can be

2  found within Christopherson Exhibit 39.

3  **A  Okay.  Okay.  Okay.**

4  Q  Can you just confirm for me that the

5  process on these two pages in Exhibit 39 has no

6  relationship to the requisition process?

7  **A  I'm not sure what you mean by "no**

8  **relationship to the requisition process."**

9  Q  It doesn't refer at all on these two

10  pages to the requisition process, does it?

11  MR. SCHULTZ:  I object to the form.

12  Vague.

13  THE WITNESS:  It's data that's used as an

14  outcome of the requisition process.

15  BY MS. ALBERT:

16  Q  What tells you that on these two pages?

17  **A  That's data that's associated into the**

18  **Item Master.  It's not saying that.  Taking two**

19  **pages out of context of what the Purchase Order --**

20  **if you go back to the actual manual itself, this is**

21  **a high level of the Purchase Order process, which**

22  **does set up certain items for -- or set up certain**

413

1 data that is used if a requisition does flow into a
2 purchase order.
3     Q   Where does it say anything in this
4 section of the Purchase Order manual about
5 requisitions?
6     A   It doesn't say.
7     Q   Right.  Can you turn to -- oh, no, let me
8 go on.  Sorry.  I may come back to Exhibit 39, so
9 keep it available.
10    A   I'll set it aside.
11        MS. ALBERT:  Let me ask the reporter to
12 mark as Christopherson Exhibit 40 a document
13 entitled "Requisitions Procedures Manual Release
14 6.0."  It bears production numbers L 0009725
15 through 773.
16        (Christopherson Exhibit 40 was marked for
17 identification and attached to the deposition
18 transcript.)
19        THE WITNESS:  Okay.
20 BY MS. ALBERT:
21    Q   Can you tell me what this document is
22 that's been marked as Christopherson Exhibit 40?

414

1     A   It's the release 6 version of the
2 Requisitions process, and gives a high level
3 description of that process.
4     Q   Where is this manual retained?
5     A   This particular manual would have been
6 retained and maintained by the documentation team.
7     Q   So does Lawson maintain documentation
8 relating to various prior releases of its products?
9     A   Until the point of decommission, yes.
10    Q   Has release 6.0 been decommissioned?
11    A   For a number of years, yes, it has.
12    Q   So do you know from where this particular
13 document was collected?
14    A   I do not.
15    Q   Who would you ask to find out that
16 information?
17    A   I would almost have to go back to legal
18 to see if they know where they got it from.
19    Q   So this is not regularly maintained by
20 Lawson anymore; is that correct?
21    A   That's correct.  The technical writers
22 would not be maintaining this.

415

1     Q   Going back to appendix A of the answer to
2 interrogatory number 4 that's in Exhibit 38, can
3 you turn to page 9 of that appendix.
4     A   Okay.
5     Q   And there's an element of claim 6 that
6 refers to means for building a requisition using
7 data relating to selected matching items and their
8 associated sources; do you see that?
9     A   Yes, I do.
10    Q   Then on the right hand side of the chart
11 there's a reference to Lawson software available
12 prior to August 10, 1994; do you see that?
13    A   Yes, I do.
14    Q   And it states there that version 6.0 of
15 the Lawson requisition module enabled users to
16 create a requisition from a standard order; do you
17 see that?
18    A   Yes, I do.
19    Q   And it refers to a page there, L 0009741,
20 do you see that?
21    A   I do.
22    Q   And I believe that page is found in the

416

1 document that's been marked as Christopherson
2 Exhibit 40.  Can you turn to that page.
3     A   Okay.  Mm-hmm.
4     Q   First of all, what's a standard order?
5     A   I'm not sure how that word is actually
6 being used on that particular page.  Standard order
7 in my mind reflects non-special order.  So
8 something you would typically keep in inventory.
9 Or it might at least be in your Item Master.  It's
10 in your Item Master.  Not everything in Item Master
11 do you necessarily keep in inventory.  You may
12 order it frequently.
13    Q   Is a standard order one that you can save
14 and call up and reissue?
15    A   I'm not sure.
16    Q   So with respect to the claim chart in
17 appendix A, Lawson cited this page as supporting
18 the proposition that this particular module
19 included a means for building a requisition using
20 data relating to selecting matching items and their
21 associated sources.  It doesn't discuss anywhere on
22 this page performing a search for selected matching

417

1   items in a vendor catalog and building a

2   requisition using the search results, does it?

3       **A   It does not, no.**

4       Q   Let's turn back to Exhibit 39.  And also

5   in that claim chart on page 9 of appendix A,

6   there's a reference there to page L 0013226; do you

7   see that?

8       **A   I do.**

9       Q   Can you turn to that page in Exhibit 39.

10      **A   Okay.**

11      Q   Can you just review the information on

12  that page.

13      **A   I'll get the context of that page first.**

14      **Okay.**

15      Q   With respect to this procedure of

16  creating a basic purchase order, as it's described

17  in this manual on the particular page cited, the

18  user is manually inputting the item into the

19  purchase order, isn't that true?

20      **A   Yes, they are.**

21      Q   This page is not describing the search of

22  a vendor catalog for a matching item, is it?

418

1       **A   It is not.**

2       Q   And it's not describing the process for

3   building a requisition, is it?

4       **A   It is not.**

5       Q   We may need those manuals.  But I want

6   to --

7       **A   Okay.  I'll just set those aside but keep**

8   **them handy.**

9       MS. ALBERT:  Let me ask the reporter to

10  mark as Christopherson Exhibit 41 a document

11  entitled "Inventory Control Procedures Manual

12  Release 6.0."  It bears production numbers L

13  0012837 through 3145.

14      (Christopherson Exhibit 41 was marked for

15  identification and attached to the deposition

16  transcript.)

17  BY MS. ALBERT:

18      Q   With respect to Exhibit 41, do you know

19  where that document is maintained?

20      **A   It wouldn't be maintained anymore at**

21  **Lawson, since it is a decommissioned product**

22  **anymore, by the information development or**

419

1   technical writing team.

2       Q   Do you know from whose files this

3   document was located?

4       **A   I do not.**

5       Q   Can you turn to page 10 of appendix A of

6   Exhibit 38.  That's the interrogatory answer.

7       **A   Okay.**

8       Q   And with reference to the part of the

9   claim chart on that page, there's an element of

10  claim 6 that describes means for converting data

11  related to a selected matching item and an

12  associated source, to data relating to an item in a

13  different source.  Do you see that?

14      **A   Yes, I do.**

15      Q   And then on the right hand side of the

16  chart there's a reference to Lawson software

17  available prior to August 10, 1994.  Do you see

18  that?

19      **A   Yes.**

20      Q   And it indicates there that version 6.0

21  of -- oh, hang on a second.  I'm sorry.  Yes,

22  version 6.0 of Lawson's Requisition module enabled

420

1   users to indicate a replacement item for any item

2   entered into Item Master.  And it cites page L

3   0012924, do you see that?

4       **A   Yes, I do.**

5       Q   And I believe that page is found in

6   Exhibit 41.  Can you turn to that page.

7       **A   Okay.**

8       Q   Can you just take a minute to familiarize

9   yourself with the process being described on that

10  page.

11      **A   Okay.**

12      Q   This page doesn't discuss anything about

13  converting an item to a different source, does it?

14      MR. SCHULTZ:  I object to form.  Vague.

15      THE WITNESS:  It does have the screenshot

16  at the top, and it does have "replacement item"

17  listed.  There's no list, there's a blank in this

18  particular case, but it's on the screen, the IC11

19  and 11.1 screen.

20  BY MS. ALBERT:

21      Q   Does this particular page discuss

22  anything about requisitioning an item?

421

1      A   No.  This is not about requisitions.
2   This particular manual is about inventory control,
3   so setting up items within the Item Master.
4      Q   So it's not talking about replacing an
5   item that was included on a requisition with a
6   different item, is it?
7      A   Within IC, and the Item Master, the
8   replacement item, once it's identified withinside
9   of the Requisition program, if it has been
10   identified -- if it's identified that a replacement
11   item exists, so in this particular case item number
12   1013 on the screenshot, if there was an item
13   number, let's say 1014, that was in that particular
14   field, if that item was out of stock or was not
15   available or -- you were going to have to go and
16   purchase it, and there was an item that was in
17   stock, and let's say that was 1014 as a replacement
18   item, Requisitions would then replace that.
19      It does not discuss that there.  But it
20   does show the requisition item on the screen.
21      Q   Also referring back to the claim chart on
22   page 10 of appendix A.

422

1      A   Mm-hmm.
2      Q   In the interrogatory answer, there's
3   another reference to page L 0012942, do you see
4   that?
5      A   942?
6      Q   Yes.  Can you turn to that page in
7   Exhibit 41.
8      A   Yes.
9      Q   Why don't you take a minute to
10   familiarize yourself with the procedure discussed
11   on that page.
12      A   Okay.
13      Q   This particular procedure is -- has
14   reference to after an order has already been
15   placed; isn't that correct?
16      A   Or in the process of being, but yes.
17   It's either in the process of being placed or it's
18   after it's been replaced -- been placed.
19      Q   So it's not referring to a requisition,
20   is it?
21      A   That is correct.
22      Q   That's all I have for all of those

423

1   exhibits.  And I just have one cleanup topic.
2      A   Sure.  Wow.  I'll hand you the next five
3   manuals for that.
4      Q   Do you recall yesterday you indicated
5   that you were designated to testify on Lawson's
6   behalf with respect to Lawson's search for
7   documents and things in response to ePlus's
8   document requests, including the files and
9   documents searched, including but not limited to
10   the files and documents of past and present
11   employees of Lawson, methods, procedures, search
12   requests, and/or document retention policies used
13   by Lawson to comply with ePlus's document requests?
14      A   Yes.
15      Q   And are you prepared to testify on that
16   topic?
17      A   To the best of my ability.
18      Q   What was done --
19      MR. SCHULTZ:  Before you get into that
20   topic, that was a cross-designated topic, just to
21   put that on the record.  Are we talking 25?
22      MS. ALBERT:  I'm talking about topic 12

424

1   in the first notice.
2      MR. SCHULTZ:  Right.  Which was also
3   Brian Grout.
4      MS. ALBERT:  Correct.  That's fine.
5      MR. SCHULTZ:  Okay.
6   BY MS. ALBERT:
7      Q   Do you have any particular
8   responsibilities for topic 12 that are different
9   from Mr. Grout's responsibilities for topic 12?
10      A   Mr. Grout would be handling most of the
11   actual -- the collection, since he works in IT.
12      Q   And what were your responsibilities with
13   respect to topic 12?
14      A   In my particular case it was to ensure
15   that I identified locations that we would have
16   design documents or share drive that we use on my
17   team; also to provide any documentation that I had,
18   to make my system available to be imaged, and to
19   archive off e-mails that were potentially relevant
20   to this.
21      Q   Who else from Lawson was involved in the
22   document collection efforts besides yourself and

425

1    Mr. Grout?

2        A   I know that in the case of the PC

3    imaging, there was the PC tech shop that were doing

4    the actual imaging of the PCs. In my case, my

5    specific case, I had to bring that down to the tech

6    shop. And I stayed with that PC the entire time as

7    they were working with it. I also pulled back some

8    of the source code from quite some time ago. Ryan

9    Duer was the one, the specific sys admin in ITS who

10   pulled that source code off of the magnetic tapes

11   for me.

12       Q   What individuals' PCs were imaged?

13       A   I do not know that. Brian would be a

14   better person to know.

15       Q   Did you make any efforts to collect files

16   from past employees of Lawson that might be

17   relevant to the litigation?

18       A   I did not. We had in early -- actually

19   let me clarify that. In the early stages when --

20   in May, June time frame, we were trying to identify

21   if we had some documentation from back in '94 and

22   prior. And there was a couple of key business

426

1    analysts that were working on the document. We

2    attempted to get in touch with them to see if they

3    had anything that relates to when RQ was being

4    created.

5        And the business analysts did not.

6        Q   Who were the business analysts that you

7    contacted?

8        A   I don't recall off the top of my head at

9    this point. It was several months ago. I had

10   never met the person. It was other members of my

11   team who said this was the business analyst. If

12   anyone had the designs, and when we started this,

13   taking the idea concept into a design stage, it

14   would have been this person.

15       Q   How did Lawson determine the relevant

16   products for which to collect documents?

17       A   The relevant documents, based on looking

18   at the patents. And it was pretty clear up front

19   that we weren't talking about any of the HR

20   products, for instance. So we were quickly able to

21   determine just by looking at the words, obviously

22   Purchase Order, Requisitions, the fact that we're

427

1    dealing with -- the patents called for catalogs,

2    and multiple vendors.

3        We figured Punchout was probably in that

4    also. EDI, that's part of that process. As we

5    looked at how things had been set up, then we

6    realized that Inventory Control would be part of

7    that process also.

8        Q   Who made the decision regarding which

9    were the relevant products for which to collect

10   documents?

11       A   In the early stages, that was myself in

12   discussions with legal.

13       Q   Did you use search terms to filter out

14   relevant documents?

15       A   Search terms to filter -- yes.

16       Q   Did you have a list of the search terms

17   that were used?

18       A   I do not, no.

19       Q   Has the list of search terms been

20   modified over the course of the litigation?

21       A   Like I said, I was only involved in the

22   very early stages of things, and at that point then

428

1    legal took over, at that point working with Brian

2    Grout.

3        Q   How did you determine the search terms to

4    use to filter out the documents?

5        A   There was no filtering out of documents

6    in the early stages. It was rather, let's see what

7    documents we might have. So after it became a

8    filtering process, I was no longer involved at that

9    point.

10       Q   Did you take into account the different

11   names for the Lawson products that you, know, have

12   changed over time, when you conducted your search

13   for responsive documents?

14       A   Again, I was not involved, as I moved on,

15   with legal and ITS conducting those searches.

16       Q   Who would I talk to if I wanted to know

17   that information?

18       A   I would have talked to Brian Grout.

19       Q   How did Lawson determine the personnel

20   from which to collect documents?

21       A   That would be a question to ask Brian

22   Grout.

429

1    Q   If Mr. Grout didn't know, then who should

2    I talk to?

3        A   Then at that point it would have been

4    Lawson's legal that I would have talked to.

5        Q   Did Lawson search any centralized

6    repositories for responsive documents?

7        A   I do know that they took a snapshot of my

8    e-mail system, which is a centralized system.  I do

9    know that they also asked for specific share drives

10   that my team was using, and that also is a

11   centralized system.

12       Q   What share drives were collected?

13       A   We have a share drive, University NT

14   Develop is the name of the server.  Actually it's

15   University NT, and then Develop is the top level.

16   Withinside of that you get into procurement

17   directories and stuff that have design documents.

18       Q   Do you know if a search was made of the

19   support.lawson.com website?

20       A   I do not, no.

21       Q   Who would I ask if I wanted to find out

22   that information?

430

1        A   Brian again.

2        Q   Who would I ask if Mr. Grout didn't know?

3        A   If Brian didn't know, then I would

4    probably go to maybe Nancy Anderson.  Her team did

5    get the e-mail message that came out from Lawson's

6    legal department asking everyone to do --

7        MR. SCHULTZ:  Wait.  Wait.  I ask that

8    the witness be cautioned not to answer anything

9    that was attorney-client privileged.

10       THE WITNESS:  Thank you.

11   BY MS. ALBERT:

12       Q   Was a search conducted of the

13   MyLawson.com website for responsive documents?

14       A   I do not know.

15       Q   Who would I ask if I wanted to know that

16   information?

17       A   I would go to Brian.

18       Q   And who would I ask if Brian Grout didn't

19   know?

20       A   I would ask Brian if Brian didn't know.

21   Brian was in charge of the collection of documents.

22       Q   Do you know if a search was conducted of

431

1    the repository where the training manuals are

2    located?

3        A   I do not know that.

4        Q   And who would I ask if I wanted to

5    determine that?

6        A   I would go to Brian also.

7        Q   And what if Mr. Grout didn't know?

8        A   Then I would ask Brian who I should go

9    talk to about that.

10       Q   What if he referred to you?

11       A   I would look at Brian and I would say,

12   come on, Brian, you know I'm not in charge of

13   training.

14       Q   Do you know if a search was conducted of

15   the competitive intelligence folks' drives?

16       A   I do not know.

17       Q   Who would I ask if I wanted to determine

18   that?

19       A   I would go to Brian Grout, again.

20       Q   How did Lawson go about collecting the

21   source code for the accused products?

22       A   For the source code, I know that at one

432

1    point we were asked to turn over the source code as

2    delivered in the last version that came from the

3    product delivery system. ITS collected that.  And

4    that obviously is the 4GL systems.  The other ones

5    that are not delivered in source code format to the

6    customers, I do not know how they specifically got

7    those from the developers that maintain that system

8    or those systems.

9        Q   And I already asked this, I think, but

10   I'll ask it again, just because it relates to this

11   topic.

12       A   Sure.

13       Q   Has the source code for the M3

14   Procurement modules been produced?

15       A   I do not work with M3.

16       Q   Who would you ask to locate the source

17   code for the M3 Procurement modules?

18       A   I would first go to Brian Grout to see if

19   they had been in fact turned over.

20       Q   Have all the guides for each module in

21   the S3 Supply Chain Management procurement area

22   been produced?

Christopherson, Dale - Vol. 2  10/20/2009  4:10:00 PM

433

1      A   All of the guides that I'm aware of.  And
2   we've certainly gone over quite a few guides
3   yesterday and today.
4      Q   Have all of the guides associated with
5   the M3 Supply Chain Management Procurement modules
6   been produced?
7      A   Again, I do not work with M3, so...
8      Q   Do you know who was responsible for
9   collecting the guides associated with the M3 Supply
10  Chain Management Procurement modules?
11     A   Brian would have been the one ultimately
12  responsible.
13     Q   Did Lawson collect and produce responsive
14  documents relating to the Vendor Self-Service
15  application?
16     A   Say that again.
17     Q   Did Lawson collect and produce documents
18  relating to the Vendor Self-Service application?
19     A   Yes, and we reviewed some of those
20  yesterday.
21     Q   Did Lawson search any backup tapes or
22  backup servers for relevant documents?

434

1      A   I know that specifically I did have Ryan
2   Duer search for files predating '93.  He did return
3   back several systems -- or not systems, in their
4   whole case, but rather some areas where we had
5   deliverable code such as the 50 code.
6      Q   And what about with respect to just more
7   recent versions of the systems?  Were searches
8   conducted for those?
9      A   That would be a question you should ask
10  Mr. Grout on.
11     Q   What efforts did Lawson take to locate
12  legacy Intentia documents?
13     A   That is -- Intentia is associated with
14  the M3 product line.  And I'm not knowledgeable on
15  the M3 product line.
16     Q   Do you know who is responsible for
17  collecting documents relating to the M3 product
18  line?
19     A   It would have been the M3 team working in
20  conjunction with Mr. Grout.
21     Q   Was the Online Learning Library searched
22  for documents responsive to ePlus's document

435

1   requests?
2      A   Those sort of documents I would
3   categorize as training materials also.  So I would
4   refer back to my previous answer.
5         MS. ALBERT:  So again, counsel, we're
6   going to request production of materials from the
7   Online Learning Library relating to the relevant
8   Procurement applications from the S3 Supply Chain
9   Management suite and the M3 Supply Chain Management
10  suite.
11        MR. SCHULTZ:  That's the same thing we
12  talked about this morning, which is in process.
13        MS. ALBERT:  Okay.
14  BY MS. ALBERT:
15     Q   Is there a website or e-mail address
16  known as competitiveinfo@lawson.com?
17     A   I'm not aware of it.
18     Q   So do you know if a search was done of
19  that mailbox, competitiveinfo@lawson.com?
20     A   I do not know that.
21     Q   Who would know that?
22     A   Brian Grout would know that.

436

1         MS. ALBERT:  Counsel, we would request
2   that a search be conducted of the mailbox
3   competitiveinfo@lawson.com for relevant documents
4   responsive to the request.
5         MR. SCHULTZ:  I will look into that.
6   BY MS. ALBERT:
7      Q   Did you check the e-mail archives for
8   responsive documents?
9      A   In my specific case I did.
10     Q   What about in the case of the other
11  custodians?
12     A   That would be a question I would ask
13  Mr. Grout.
14     Q   Did you collect e-mail from Melissa Gray?
15     A   That would be a question to ask
16  Mr. Grout.
17     Q   Did you collect e-mail from Ginger Haan?
18     A   That would be a question to ask
19  Mr. Grout.
20     Q   Did you collect e-mail from Pete
21  Alexander?
22     A   That would be a question to ask

437

1   **Mr. Grout.**

2     Q  Did you collect e-mails from anyone with

3   competitive intelligence responsibilities?

4     **A  That would be a question to ask**

5   **Mr. Grout.**

6     Q  What type of search was done for

7   documents detailing the revenues associated with

8   each of the accused products?

9     **A  I do not know.**

10    Q  Who would know the answer to that?

11    **A  I would start with a discussion with**

12   **Mr. Grout.**

13    Q  And if Mr. Grout had no knowledge of

14   that, who would I check with?

15    **A  I would ask him for recommendations.**

16    Q  Are there specific reports that can be

17   generated that will detail the license fees,

18   maintenance and support fees, consulting services

19   fees associated with each of the accused products?

20    **A  I'm not aware of any.**

21    Q  Do you know, is there a specific database

22   where information relating to these types of fees

---

438

1   is maintained?

2    **A  Say that again, the question.**

3    Q  Is there a specific database where

4   information relating to license fees, maintenance

5   and support fees, implementation fees, consulting

6   fees, is maintained?

7    **A  There very well may.  I don't have access**

8   **to that.  If there is one that exists, I'm not**

9   **aware of it.**

10    Q  Who would you ask to determine the answer

11   to that question?

12    **A  I would have to think about that for**

13   **some.**

14     MS. ALBERT:  I believe that's all the

15   questions.  But I'm not concluding the 30(b)(6)

16   deposition.  There are many topics that

17   Mr. Christopherson had gaps in his knowledge.  And

18   additionally we've been receiving very large

19   productions of documents, and there may very well

20   be relevant documents that we have only just

21   recently received and not had an opportunity to

22   review, that may be related to some of the topics

---

439

1   in this 30(b)(6) deposition.

2     So I'm going to leave the deposition

3   open.

4     MR. SCHULTZ:  Let's take a quick break,

5   maybe five minutes.

6     MS. ALBERT:  Sure.

7     THE VIDEOGRAPHER:  We're going off the

8   record.  The time is 12:10 p.m.

9     (Recess.)

10     THE VIDEOGRAPHER:  We're now back on the

11   record.  The time is 12:14 p.m.

12     EXAMINATION BY COUNSEL FOR DEFENDANT

13   BY MR. SCHULTZ:

14    Q  Mr. Christopherson, you talked about your

15   roles at Lawson.  Could you describe the functions

16   of your responsibilities again, please.

17    **A  Currently I'm in charge of product**

18   **development withinside of the S3 suite for the**

19   **Fourth Generation Language applications, which are**

20   **primarily in three suite areas:  The HR, the**

21   **Financials, and the Supply Chain side.**

22     **Outside of the 4GL applications I also**

---

440

1   **have the self-evident applications, which there's**

2   **self-evident applications in each of the other**

3   **three suites that we talked about, so there's an HR**

4   **one, there's one for Requisitions Self-Service, for**

5   **the Supply Chain that we've talked about the last**

6   **two days, then also in the Financials area.  EDI**

7   **and Service Automation.**

8    Q  With that full range of products that you

9   deal with, do you work with other people at Lawson?

10    **A  On a daily basis.**

11    Q  What other areas do you work with at

12   Lawson?

13    **A  I work with practically every area in**

14   **Lawson on a daily basis.**

15    Q  Do you work with sales?

16    **A  Yes.**

17    Q  Do you work with product management?

18    **A  Yes.**

19    Q  Do you work with administration?

20    **A  Yes.**

21    Q  Do you work with executives?

22    **A  Yes.**

441

1     Q   In connection with all of the people you
2   work at Lawson, had you ever heard of ePlus or
3   talked with anyone else at Lawson about ePlus prior
4   to receiving this lawsuit?
5     **A   No, I had not.**
6     Q   Had you ever talked to anyone or did you
7   know of -- well, let me break that down into two
8   questions.  Did you know of ePlus prior to this
9   lawsuit?
10    **A   I did not.**
11    Q   Did you talk with anyone at Lawson who
12  indicated that they knew about ePlus prior to this
13  lawsuit being filed?
14      MS. ALBERT:  Asked and answered.
15      THE WITNESS:  What was -- I have not.
16  BY MR. SCHULTZ:
17    Q   Were you aware personally of any of the
18  patents that were involved in this lawsuit prior to
19  it being filed?
20      MS. ALBERT:  Asked and answered.
21      THE WITNESS:  No.
22  BY MR. SCHULTZ:

442

1     Q   Were you aware of anyone at Lawson who
2   knew of the patents involved with this lawsuit
3   prior to it being filed?
4       MS. ALBERT:  Objection --
5       THE WITNESS:  No.
6       MS. ALBERT:  -- asked and answered.
7   BY MR. SCHULTZ:
8     Q   Your answer to that was "no"?
9     **A   Right.**
10    Q   Did you have an opportunity to look at
11  the patents that are involved in this case?
12      MS. ALBERT:  Objection, asked and
13  answered.
14      THE WITNESS:  Yes, I did.
15      MS. ALBERT:  Give me a little time to
16  state my objection.
17      THE WITNESS:  Okay, I will.
18  BY MR. SCHULTZ:
19    Q   Just to make sure, you had a --
20    **A   Yes, I did have a chance to review those**
21  **in the middle of May, for the first time.**
22    Q   And did you have an opportunity to

443

1   compare the information that was in the patents, in
2   the claims that are in the patents to the software
3   that Lawson currently uses?
4       MS. ALBERT:  Objection, asked and
5   answered.
6       THE WITNESS:  Yes, in the middle of May
7   we sat down, or I sat down on my development team
8   in the Supply Chain area, and not everyone on the
9   team but certain key people such as Mr. Dooner, who
10  has been at the company since 1990 and worked on
11  the Requisition product, Requisitions Self-Service,
12  since that time, or his entire time at Lawson; and
13  then also Jill, the business analyst, Jill
14  Richardson; Dwight Delancy; and then -- let's see,
15  we talked also to Brent on the EDI side.
16      The conclusion we came up with, just, you
17  know, the development team, is that we didn't feel
18  that we were infringing on the patent at that time.
19      MS. ALBERT:  Objection.  I ask that the
20  answer be stricken.  This witness is incompetent to
21  provide testimony on infringement.  Calls for
22  expert testimony.

444

1   BY MR. SCHULTZ:
2     Q   Mr. Christopherson, let's talk about your
3   educational background.
4     **A   Sure.**
5     Q   What is your degree in?
6     **A   My degree is in management information**
7   **systems.**
8     Q   What is that?
9     **A   Management information systems, that**
10  **essentially is a curriculum of not just computer**
11  **programming, but it's also project management.**
12  **It's managing in today's world computerized**
13  **systems, of which programming is also obviously**
14  **part of that.**
15    Q   And what job experience have you had
16  since you -- and during the time that you were
17  obtaining that degree?
18    **A   I've been a software developer, project**
19  **manager.  I was director of a technology center in**
20  **Florida where we worked primarily with the**
21  **telephone companies, and both land line telephone**
22  **applications along with cellular telephones.  Along**

445

1    that lines, at the same time I moved into Lawson,
2    involved with the ERP software since my entire time
3    at Lawson.
4         And additionally, when I was back in the
5    time where it was Titan Corporation, I was working
6    providing intelligence analysis also.
7    Q   How many years have you been working in
8    the software development, management, and director
9    areas?
10   A   It's got to be over 20 years.
11   Q   After reading the patents and having
12   knowledge of Lawson's software, did you continue to
13   use Lawson software?
14        MS. ALBERT:  Asked and answered.
15        THE WITNESS:  Continued to use Lawson
16   software.  Today Lawson uses Lawson software.
17   BY MR. SCHULTZ:
18   Q   And you didn't stop selling Lawson
19   software after comparison of the patents and your
20   software?
21        MS. ALBERT:  Asked and answered.
22        THE WITNESS:  That really wouldn't be my

446

1    decision, as far as to stop sell that particular
2    product.  But the product management team, in
3    working their own separate analysis, working with
4    other people in the company, they decided to
5    continue selling it.  They didn't see an issue.
6    BY MR. SCHULTZ:
7    Q   As Lawson Software is delivered in the
8    box, does Lawson provide any content in its Item
9    Master database?
10   A   That Item Master database, in fact once
11   you install -- from a clean install, so it assumes
12   there's no customer data already there such that
13   you've upgraded it, but if it's a fresh install, if
14   you were to go and look at the number of records in
15   the Item Master file, there's zero records.  There
16   is no content.
17        MR. SCHULTZ:  I have no questions at this
18   time.  However, as the deposition is kept open, I
19   will reserve the right to ask additional questions
20   at a later time.
21        MS. ALBERT:  I have a little bit of
22   recross.

447

1         FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
2    BY MS. ALBERT:
3    Q   With respect to content in the Item
4    Master database as delivered, isn't it true that
5    the content would be loaded into a database as a
6    customer enters into agreements with particular
7    suppliers?
8    A   They may not load -- they may or may not
9    load.  That's up to the customer to decide that.
10   Q   But given that Lawson doesn't know the
11   particular vendors with whom each of its customers
12   have relationships, that would be a reason why
13   there wouldn't be any data preloaded into the
14   products as delivered, correct?
15   A   Correct.
16   Q   And Lawson does provide the catalog data
17   import utility that we referred to, and we saw the
18   source code PO536, that comes with the product as
19   delivered, correct?
20   A   Correct.
21   Q   And also you testified earlier that
22   Lawson will provide implementation services to

448

1    assist its customers with importing vendor catalog
2    data into the Item Master, correct?
3    A   Correct.
4         MS. ALBERT:  Thank you.  No further
5    questions.
6         MR. SCHULTZ:  Nothing further at this
7    time.
8         THE VIDEOGRAPHER:  This marks the end of
9    day number 2 in the deposition of
10   Mr. Christopherson.  We're going off the record.
11   The time is 12:23 p.m.
12        (Signature having not been waived, the
13   deposition of DALE A. CHRISTOPHERSON was adjourned
14   at 12:23 p.m.)
15
16
17
18
19
20
21
22

Christopherson, Dale - Vol. 2 10/20/2009 4:10:00 PM

449

1                    * * *

2          ACKNOWLEDGEMENT OF DEPONENT

3          I, DALE A. CHRISTOPHERSON, do hereby

4    acknowledge that I have read and examined the

5    foregoing testimony, and the same is a true,

6    correct and complete transcription of the testimony

7    given by me, and any corrections appear on the

8    attached Errata sheet signed by me.

9

10   _____ _____

11      (DATE)        (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22

450

1          CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2          I, Lee Bursten, the officer before whom

3    the foregoing deposition was taken, do hereby

4    certify that the foregoing transcript is a true and

5    correct record of the testimony given; that said

6    testimony was taken by me stenographically and

7    thereafter reduced to typewriting under my

8    direction; and that I am neither counsel for,

9    related to, nor employed by any of the parties to

10   this case and have no interest, financial or

11   otherwise, in its outcome.

12         IN WITNESS WHEREOF, I have hereunto set

13   my hand and affixed my notarial seal this 26th day

14   of October, 2009.

15   My commission expires: June 30, 2014.

16

17

18

19   _____

20   LEE BURSTEN

21   NOTARY PUBLIC IN AND FOR

22   THE DISTRICT OF COLUMBIA

451

1               E R R A T A   S H E E T

2    IN RE:  ePLUS iNC. v. LAWSON SOFTWARE, INC.

3    RETURN BY: _____

4    PAGE   LINE    CORRECTION AND REASON

5    ____  ____   _____

6    ____  ____   _____

7    ____  ____   _____

8    ____  ____   _____

9    ____  ____   _____

10   ____  ____   _____

11   ____  ____   _____

12   ____  ____   _____

13   ____  ____   _____

14   ____  ____   _____

15   ____  ____   _____

16   ____  ____   _____

17   ____  ____   _____

18   ____  ____   _____

19   ____  ____   _____

20   ____  ____   _____

21   _____  _____

22      (DATE)        (SIGNATURE)

452

1          E R R A T A   S H E E T   C O N T I N U E D

2    IN RE:  ePLUS iNC. v. LAWSON SOFTWARE, INC.

3    RETURN BY: _____

4    PAGE   LINE    CORRECTION AND REASON

5    ____  ____   _____

6    ____  ____   _____

7    ____  ____   _____

8    ____  ____   _____

9    ____  ____   _____

10   ____  ____   _____

11   ____  ____   _____

12   ____  ____   _____

13   ____  ____   _____

14   ____  ____   _____

15   ____  ____   _____

16   ____  ____   _____

17   ____  ____   _____

18   ____  ____   _____

19   ____  ____   _____

20   ____  ____   _____

21   _____  _____

22      (DATE)        (SIGNATURE)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 11th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER
DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS
AND REVISED SUMMARY OF DAY 2 OF THE DEPOSITION OF
DALE CHRISTOPHERSON (OCT. 20, 2009)**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis. MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonscrvicc@)merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

_____/s/_____
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com