**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| *e*PLUS, INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 3:09-CV-620 (REP)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LAWSON SOFTWARE, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER**
**DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS AND**
**REVISED SUMMARY OF THE DEPOSITION OF JEFF FRANK**

Plaintiff, *e*Plus, Inc. ("*e*Plus"), through counsel, hereby submits the following specific

objections to Defendant Lawson Software, Inc. ("Lawson")'s Counter-Deposition Designations

of the deposition of Hannah Raleigh and offers the following counter-counter designations and

revised summary:

**Specific Objections**

| Defendant's Counter Designations | *e*Plus's Objections to Defendant's Counter Designations | *e*Plus's Counter-Counter Designations |
|---|---|---|
| 30:11-13 | | 30:14 – 31:2 |
| 39:15-16 | | |
| 43:20 – 44:11 | 602 | |
| 45:15-17 | | |

## **Revised Summary**

At the time of his deposition, Mr. Frank was the Vice President of Marketing for Lawson Software.  (11:12-14)  As Vice President of Marketing, Mr. Frank's duties include overseeing all aspects of Lawson's North American marketing.  (17:2-9)  Lawson promotes its e-procurement software products through a wide variety of activities including direct marketing, trade shows, advertising and e-mail marketing, direct mail and webinar events.  (17:10-18:16; 48:7-17)

One of Lawson's goals in developing its software products is to make the electronic procurement process more efficient, thereby saving its customers money.  (55:21-56:2)  Mr. Frank further testified that Lawson's eProcurement solution includes requisition, purchase order and catalogue punchout modules.  (56:6-57:3; 64:12-65:20)  Lawson's supply chain management software includes a requisition self service solution that allows customers to move the requisition process outside the purchasing department and put the power of requisitions in the hands of the individual departments and users and the ability to launch purchase orders automatically from requisitions.  (125:20 – 126:16; 127:11-20)  With its procurement punchout feature, Lawson has already pre-built the capability for its customers to integrate with a large universe of individual trading partners and digital marketplaces.  (123:5-124:5)

All external materials, such as responses to requests for proposals and collateral materials such as brochures are reviewed by the legal department to ensure that Lawson is presenting accurate information in the most positive form, that nothing misleading is being presented to the customer and that the communication is presented in a form people can understand.  (39:10-41:4; 48:18-49:20; 53:5-13)

The marketing group at Lawson is responsible for the content on Lawson's website (www.lawson.com).  (31:3-13)  Before content can be approved for placement on Lawson's website, that content must be reviewed by the product management organization and reviewed by the Lawson legal department to ensure that the content is accurate.  (31:14:33:3)  Among the items on Lawson's website is a 2001 white paper discussing the comparative benefits of electronic procurement as compared to traditional procurement.  (147:9-148:18; 149:11-151:13)

Lawson distributes a demonstration laptop to potential customers to show how Lawson's products work.  (74:22-75:15)  Lawson's intention is to distribute a demonstration product that accurately depicts the features and functionalities of its M3 and S3 products.  (75:16-76:14; 77:5-9)  He understands that Lawson's primary competitors include SAP and Ariba.  (29:11-15; 30:7-10; 164:10-170:2)  Mr. Frank testified that he had not heard of *e*Plus prior to its initiation of this suit.  (30:11-13)

Mr. Frank further understands that Lawson derives revenue from several sources including licensing fees, maintenance fees, service fees and contracting.  (88:6-91:18)  Lawson obtains license fees by selling its products to its customers.  (114:20-115:2)  Maintenance fees are associated with support and ongoing development and service fees include training and consulting fees.  (115:3-117:17)

LIBA/2108056.1

The sales operations group at Lawson is responsible for conducting competitive research.[1] (30:14 – 31:2)  Lawson conducts market research for business opportunities within business sectors that it is interested in.  (44:2-5)  Mr. Frank testified that Lawson subscribes to and reviews industry analyst reports from several entities including Gartner Group, Forrester and Aberdeen.  (44:6-16)  Mr. Frank considers publications from the Gartner Group to be the most reliable of the industry publications.  (44:17-45:11; 85:1-10)  Members of Lawson's marketing department subscribe to these industry reports.  (45:12-14)  At the time of his deposition, Lawson had stopped using Aberdeen industry reports.  (45:15-17)

---

[1] Lawson asks that the sentence "Lawson does not do any competitive research" be added here (citing 43:20-44:1).  *e*Plus objects to Lawson's counter-designation on foundation grounds and, therefore, objects to this proposed insertion into the summary.

3

Respectfully submitted,


_____/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
cmerritt@cblaw.com
hwillett@cblaw.com


Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
SRobertson@goodwinprocter.com
JAlbert@goodwinprocter.com
DYoung@goodwinprocter.com


Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
MSrapp@goodwinprocter.com
JClements@Goodwinprocter.com


*Attorneys for Plaintiff, ePlus Inc.*


Dated:  August 11, 2010


4

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

**Page 1**

1   IN THE UNITED STATES DISTRICT COURT

2   FOR THE EASTERN DISTRICT OF VIRGINIA

3     Norfolk Division

4 -----------------------------x

5 ePLUS iNC.,   )

6   Plaintiff, ) Civil Action No.

7   v.   ) 2:09-CV-232-HCM-TEM,

8 LAWSON SOFTWARE, INC., )

9   Defendant. )

10 -----------------------------x

11

12    CONFIDENTIAL

13

14   Videotaped Deposition of JEFF FRANK

15    Washington, D.C.

16    Friday, October 9, 2009

17     9:40 a.m.

18

19

20 Job No.: 1-165214

21 Pages: 1 - 255

22 Reported By: Lee Bursten

**Page 2**

1   Videotaped Deposition of JEFF FRANK, held

2 at the offices of:

3   Goodwin Procter LLP

4   901 New York Avenue, Northwest

5   Washington, D.C.  20001

6   (202) 346-4000

7

8

9

10   Pursuant to notice, before Lee Bursten,

11 Court Reporter and Notary Public in and for the

12 District of Columbia, who officiated in

13 administering the oath to the witness.

14

15

16

17

18

19

20

21

22

**Page 3**

1    A P P E A R A N C E S

2 **ON BEHALF OF PLAINTIFF:**

3   **SCOTT L. ROBERTSON, ESQUIRE**

4   **JENNIFER A. ALBERT, ESQUIRE**

5   **Goodwin Procter LLP**

6   **901 New York Avenue, Northwest**

7   **Washington, D.C.  20001**

8   Telephone: (202) 346-4000

9

10

11

12 ON BEHALF OF DEFENDANT:

13   WILLIAM D. SCHULTZ, ESQUIRE

14   Merchant & Gould PC

15   3200 IDS Center

16   80 South Eighth Street

17   Minneapolis, Minnesota  55402

18   Telephone: (612) 332-5300

19

20

21 ALSO PRESENT:

22   ANTONIO TROPEANO, Videographer

**Page 4**

1    C O N T E N T S

2 EXAMINATION OF JEFF FRANK   PAGE

3 By Mr. Robertson   9

4 By Mr. Schultz   244

5 By Mr. Robertson   246

6

7

8    E X H I B I T S

9   (Attached to transcript.)

10 FRANK DEPOSITION EXHIBITS   PAGE

11 Exhibit 1  Lawson Marketing & Organization 66

12 Exhibit 2  FY08-FY10 Business Plan 81

13 Exhibit 3  CEO Weekly Executive Meeting, 102

14   Tuesday, May 05, 2009

15 Exhibit 4  Indirect Purchasing - A 109

16   Competitive Advantage?

17 Exhibit 5  Procurement 113

18 Exhibit 6  Requisitions 121

19 Exhibit 7  Procurement Punchout 122

20 Exhibit 8  Purchase Order 124

21 Exhibit 9  Requisitions Self Service 126

22

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

5

1     E X H I B I T S   C O N T I N U E D

2     FRANK DEPOSITION EXHIBITS          PAGE

3     Exhibit 10 Americas Marketing Organization   128

4          - FY09

5     Exhibit 11 Purchase Order: Streamlining      131

6          the Purchasing Process

7     Exhibit 12 Using Lawson Procurement          133

8          Punchout with External Vendors

9     Exhibit 13 Lawson S3 Requisitions        139

10         Self-Service Overview

11    Exhibit 14 Supply Chain Management       143

12    Exhibit 15 e-Procurement:  Revolutionizing   147

13         the Healthcare Supply Chain

14    Exhibit 16 Lawson M3 e-Procurement       153

15    Exhibit 17 Welcome to the Lawson Web         157

16         Requisition:  A Guide for the

17         Beginning Requester

18    Exhibit 18 About Lawson          160

19    Exhibit 19 Strategy Review           161

20    Exhibit 20 Lawson Opportunity            168

21

22

---

6

1     E X H I B I T S   C O N T I N U E D

2     FRANK DEPOSITION EXHIBITS          PAGE

3     Exhibit 21 News:  Lawson Software Partners   172

4          with Global Healthcare Exchange

5     Exhibit 22 S3 Applications Portfolio     173

6     Exhibit 23 Marketing Overview            180

7     Exhibit 24 Lawson Products:  What's Next     188

8     Exhibit 25 Mainstreaming LPS/LGS Marketing   193

9     Exhibit 26 S3 Supply Chain Mgmt Launch       196

10         Kick-off

11    Exhibit 27 General LPD Guidance on RFP       198

12         Engagement

13    Exhibit 28 Response to Request for       201

14         Proposal:  CML Healthcare

15    Exhibit 29 Lawson Supplier Relationship      206

16         Management Briefing

17    Exhibit 30 Fourth Quarter Report Fiscal      207

18         2008

19    Exhibit 31 Battle Card:  Lawson M3       213

20         e-Procurement, September 2007

21

22

---

7

1     E X H I B I T S   C O N T I N U E D

2     FRANK DEPOSITION EXHIBITS          PAGE

3     Exhibit 32  List of customer IDs, names,     218

4          addresses, and SKU numbers

5     Exhibit 33  LPD Kickoff - M&D June 2009      220

6     Exhibit 34  Marketing Strategy and       222

7          Alignment

8     Exhibit 35  Lawson S3 Customer Marketing     223

9          Campaign

10    Exhiibt 36  11/08/2005 e-mail from       227

11         Griffith to Haithcox

12    Exhibit 37  VIP Promotion as of 5/7/2009     233

13    Exhibit 38  Quarterly Rolling Focus Market   241

14         Plan, Public Sector - Americas

15

16

17

18

19

20

21

22

---

8

1     P R O C E E D I N G S

2          THE VIDEOGRAPHER:  Here begins videotape

3     number 1 in the deposition of Jeff Frank in the

4     matter of ePlus inc. versus Lawson Software Inc.,

5     in the United States District Court for the Eastern

6     District of Virginia, Norfolk Division, Civil

7     Action Number 2:09-CV-232-HCM-TEM.,

8          Today's date is October 9th, 2009.  The

9     time on the video monitor is 9:40 a.m.  The video

10    operator today is Antonio Tropeano of Merrill LAD.

11    This video deposition is taking place at Goodwin

12    Procter, 901 New York Avenue, Northwest,

13    Washington, D.C., 20001.

14         Counsel, please voice identify yourselves

15    and state whom you represent.

16         MR. ROBERTSON:  My name is Scott

17    Robertson from Goodwin Procter, and I represent the

18    plaintiff, ePlus inc.

19         MR. SCHULTZ:  My name is William Schultz

20    from Merchant & Gould, and I represent Lawson

21    Software Inc.

22         THE VIDEOGRAPHER:  The court reporter

---

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

**9**

1   today is Lee Bursten of Merrill LAD.  Would the
2   reporter please swear in the witness.
3            JEFF FRANK
4       having been duly sworn, testified as follows:
5       EXAMINATION BY COUNSEL FOR PLAINTIFF
6   BY MR. ROBERTSON:
7       Q   Good morning, Mr. Frank.
8       **A   Good morning.**
9       Q   Thank you for your patience as we were
10   setting up there.  Can you just state your full
11   name for the record, sir.
12       A   Jeffrey Paul Frank.
13       Q   And who are you currently employed by,
14   Mr. Frank?
15       A   Lawson Software.
16       Q   Can you give me your work address, sir?
17       **A   That's a great -- 300 Saint Peter Street,**
18   **St. Paul, Minnesota.**
19       Q   And how about your home address?
20       **A   13949 Dublin Road, Apple Valley,**
21   **Minnesota, 55124.**
22       Q   Have you ever had your deposition taken

**10**

1   before, sir?
2       **A   I have not.**
3       Q   Has the process been explained to you by
4   your attorney?
5       **A   Yes.**
6       Q   Just to go over a few things, I'll be
7   asking a series of questions this morning.  And
8   I'll be referring to a number of documents that
9   we're going to mark as exhibits, and I'll be asking
10   about those as well.  If at any time you don't
11   understand my question or it's confusing to you,
12   just let me know and I'll try to restate it for
13   you.  Is that fine?
14       **A   Yes.**
15       Q   The only thing you need to do, so far
16   you're doing it quite well, you need to give verbal
17   answers to the questions instead of an mm-hmm or an
18   uh-uh, which doesn't show up in the transcript too
19   well, or just a nod of the head, which doesn't show
20   up at all.  You can do that for me, correct?
21       **A   Yes.**
22       Q   From time to time your attorney may

**11**

1   object to the form of one of my questions, or
2   perhaps he may even instruct you not to answer if
3   he feels it implicates an attorney-client
4   privilege.  With the exception of an instruction
5   not to answer, you can go ahead and answer my
6   questions, notwithstanding his objection.  Do you
7   understand that?
8       **A   Yes.**
9       Q   Any other questions you have about the
10   process?
11       **A   No.**
12       Q   Why don't we start with, what's your job
13   title at Lawson Software?
14       A   Vice president of marketing.
15       Q   How long have you held that position,
16   sir?
17       A   Approximately three years.  A little over
18   three years.
19       Q   How long have you been employed by Lawson
20   Software?
21       A   It will be seven years on January 2nd of
22   2010.

**12**

1       Q   Prior to your position as the VP of
2   marketing that you achieved three years ago, what
3   was your position at Lawson?
4       **A   Director of industry marketing.**
5       Q   Could you sum up for me in a sentence or
6   two how your responsibilities changed from the
7   director of industry marketing to the VP of
8   marketing?
9       **A   Scope of responsibilities, primarily.  It**
10   **expanded to all of the Americas, primary focus**
11   **being North America, as well as taking on some**
12   **additional responsibilities for areas such as media**
13   **relations, telemarketing, just to name a few.**
14       Q   How about the scope of the products
15   involved, did that change at all?
16       **A   Yes, it did.**
17       Q   In what way, sir?
18       **A   My promotion was shortly after the merger**
19   **between Lawson and Intentia.  So with that there**
20   **were additional product lines that were being sold**
21   **in the United States or in the Americas.**
22       Q   Intentia, that's a company that was

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

13

1   founded in Sweden?

2   **A   Correct.**

3   Q   That acquisition -- I'm sorry, was it a

4   merger or acquisition?

5   **A   Technically it was an acquisition, but we**

6   **tend to call it a merger.**

7   Q   And that occurred in 2006?

8   **A   Correct, closed in May of 2006.**

9   Q   I'm sorry.  Can you pronounce the name

10   for me?

11   **A   Intentia.**

12   Q   In what way did the merger with Intentia

13   change the nature of the scope of the products you

14   had responsibility for when you were promoted to VP

15   in marketing?

16   **A   Intentia's primary focus was on**

17   **enterprise resource planning products for**

18   **manufacturing and distribution industries, which**

19   **was an area that Lawson had not focused on**

20   **previously.**

21   Q   You used a couple of terms there, I would

22   like to go through what your understanding is of

14

1   those terms.  You said "enterprise resource

2   planning."  Can you give me a definition for what

3   you understand that to mean in the context of

4   Lawson's business operations?

5   **A   Broadly speaking it is the business**

6   **application software companies use to run their**

7   **business.  So it involves human resources,**

8   **financials, supply chain management, to name a few**

9   **areas.**

10   Q   And you said that the product that you

11   took responsibility for in January of 2010 after

12   the merger involved manufacturing and distribution

13   ERPs; is that right?

14   **A   That is correct.**

15   Q   Did that product have a name at Intentia?

16   **A   Movex was the product line name at**

17   **Intentia.**

18   Q   Was it rebranded after the merger to be

19   called M3?

20   **A   That's correct.**

21   Q   And you're also familiar with a product

22   known as S3 at Lawson Software, correct?

15

1   **A   Yes.**

2   Q   Was S3 a product that Lawson had as one

3   of its suite of ERP software products prior to the

4   merger with Intentia?

5   **A   Yes.**

6   Q   When you rebranded the -- is it Mavex?

7   **A   Movex, M-O-V-E-X.**

8   Q   -- Movex product to M3, was it just a

9   rebrand, or did Lawson actually write new code for

10   the functionality of the M3?

11   **A   It was a branding change.  But to the**

12   **best of my knowledge there was also some changes**

13   **made to the product to create better integration**

14   **with our S3 product line.**

15   Q   We'll go through some of the documents

16   that refer to M3 and S3 in a moment.  But at a high

17   level, can you tell me, other than the fact that

18   the M3 product focuses on manufacturing and

19   distribution, and I understand the S3 product

20   focuses more on service type of business sectors,

21   is there a difference in your mind as to the

22   functionality of what those ERP software solutions

16

1   provide?

2   **A   There is certainly -- yes.**

3   Q   Can you identify some of the differences

4   between M3 and S3 as far as how their functionality

5   performs?

6   **A   Certainly.  The largest difference would**

7   **be in terms of the supply chain area.  There are**

8   **functionality [sic] required in manufacturing and**

9   **distribution organizations that is not required for**

10   **services organizations.**

11   Q   Can you give me a for instance?

12   **A   Scheduling, manufacturing orders, just by**

13   **the fact that the nature of manufacturers need that**

14   **functionality.  It's not needed, for example, in a**

15   **healthcare organization.  They don't manufacture**

16   **anything.**

17   Q   And healthcare you would put into the

18   services sector?

19   **A   Correct.**

20   Q   Healthcare servicing sector is a big

21   aspect of Lawson's ERP business, isn't that fair to

22   say?

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

17

1      A   Yes.

2      Q   Let's go back to your job

3   responsibilities and duties as the vice president

4   of marketing at Lawson.  Can you give me a high

5   level overview of what those entail?

6      A   My overall focus is oversight for

7   Americas marketing, with the primary emphasis being

8   on North America.  And that includes really all

9   aspects of our marketing activities.

10     Q   What kind of marketing activities are you

11  involved in in the Americas?

12     A   Our primary focus, our primary

13  go-to-market approach is via industries.  So it is

14  our marketing activities from lead generation to

15  brand building evidence in our target markets or

16  industries.

17     Q   And how do you go about doing that to

18  those industry sectors?

19     A   We have teams that are organized,

20  marketing teams that are organized around those

21  industries.

22     Q   And how do they reach out to those

18

1   industries to promote Lawson's software ERP

2   solutions?

3      A   Through a wide variety of activities

4   ranging from direct marketing to events, trade

5   shows, electronic marketing, just to name a few

6   examples.

7      Q   How about advertisement?

8      A   Very limited advertising.

9      Q   Would advertising fall within your

10  responsibilities?

11     A   Yes.

12     Q   Trade shows.  What kind of trade shows

13  are involved?

14     A   Generally speaking, industry focus trade

15  shows.  So they will vary by our industries or

16  business units.

17     Q   I'll get to a document in a minute, but

18  refresh me.  M3, there is a little slogan you have

19  about "Make" --

20     A   "Make, move, maintain."

21     Q   And S3 has --

22     A   "Source, staff, serve."

19

1      Q   And the industries that would fall under

2   the M3 product would involve, among others I've

3   seen, fashion industry?

4      A   Correct.

5      Q   Food industry?

6      A   Food and beverage.

7      Q   Food and beverage.  And what other types?

8      A   Equipment service management and rental;

9   and manufacturing and distribution, which is kind

10  of a catchall group.

11     Q   Can you give me some examples of

12  customers that Lawson has for its M3 ERP solution

13  in the food industry, please.

14     A   In the food industry, a few examples

15  would be Smithfield Beef, Jelly Belly, just to name

16  a few.

17     Q   How about in the equipment service

18  management and rental industry?

19     A   Examples would be Wheeler Caterpillar,

20  Wagner Caterpillar, Finney, Zeppelin Caterpillar.

21     Q   And how about in the fashion industry?

22     A   Fashion industry, some examples would be

20

1   Acushnet.  That's the one that pops into my head.

2      Q   Acushnet, that's the golf manufacturer?

3      A   Yes, it owns Titleist brand, FootJoy.

4      Q   And how about for the S3 product sector?

5   We already mentioned healthcare.

6      A   Correct.

7      Q   What other types of service industries is

8   the S3 ERP software solution marketed to?

9      A   Public sector, an area that we call

10  service industry, which is again kind of a catchall

11  group.  And then also strategic human capital

12  management.

13     Q   Give me some examples of the public

14  sector industry that you would market to, this S3

15  product, please.

16     A   Examples of customers?

17     Q   Yes.

18     A   Sure.  Example of customers for public

19  sector include State of Michigan; Buncombe County,

20  North Carolina; City of Greensboro, North Carolina,

21  to name a few.

22     Q   And how about the strategic human capital

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

**21**

1   management, can you give me some examples of

2   businesses that Lawson has marketed its S3 ERP

3   solution to?

4      **A   McDonald's, Wal-Mart, to name a few.**

5      Q   Are all these customers you've named

6   currently or presently customers of Lawson?

7      **A   Yes.**

8      Q   In your duties and responsibilities as

9   the VP of marketing, do you interact at all with

10   the sales division of Lawson?

11      **A   Yes.**

12      Q   Who is the principal person that you

13   interact with on a daily basis in the sales

14   division?

15      **A   It varies by business unit.  We're**

16   **organized around business units.**

17      Q   And again, would those business units

18   fall along the lines we've been discussing here as

19   the various industry sectors?

20      **A   That's correct.**

21      Q   Is there somebody who is the overall head

22   of the sales division?

**22**

1      **A   There is typically a vice president or**

2   **director of sales.  But a head of sales, yes.**

3      Q   Would he be the counterpart for sales to

4   you as head of the marketing group?

5      **A   No.**

6      Q   The marketing group that you head up is

7   only for the Americas, I think you indicated,

8   right?

9      **A   I do have a few people outside the United**

10   **States in the area of media relations.**

11      Q   Who is your direct contact as your

12   supervisor in the marketing group?

13      **A   Travis White, who is Lawson's senior vice**

14   **president of marketing.**

15      Q   And is Mr. White in the Minneapolis

16   office?

17      **A   He is not.**

18      Q   Is he in Europe?

19      **A   He is based in our Stockholm office.**

20      Q   Was he originally an Intentia employee?

21      **A   No.**

22      Q   Let's just talk briefly about how the

**23**

1   companies -- the divisions the company is organized

2   in, if we can.  We mentioned sales, we mentioned

3   marketing.  Is there an R&D group?

4      **A   Yes.**

5      Q   Where is the R&D group principally

6   located in the United States?

7      **A   In St. Paul.**

8      Q   And is there an R&D group somewhere

9   located outside the United States?

10      **A   Yes.**

11      Q   And where would that be?

12      **A   We have R&D operations in Sweden as well**

13   **as in our Manila office in the Philippines.**

14      Q   Do you know where the M3 product was

15   developed for sale by Lawson, the location?

16      **A   Not the exact location, no.**

17      Q   Was it in the United States or outside

18   the United States?

19      **A   Originally developed outside the United**

20   **States.**

21      Q   How about S3?

22      **A   Primarily in the United States.**

**24**

1      Q   When you say M3 was primarily outside the

2   United States, was that because it was the Movex

3   product which was the predecessor prior to the

4   rebrand to M3?

5      **A   Correct.**

6      Q   Let me restate that question, because it

7   was confusing.  When you indicated that the M3

8   product was designed principally outside of the

9   United States, was that because it is a successor

10   to the Movex product which was developed in Sweden?

11      **A   That's correct.**

12      Q   The S3 product, was that developed

13   primarily within the United States?

14      **A   Yes.**

15      Q   How large is your United States marketing

16   group?

17      **A   Approximately 40 staff.**

18      Q   And all those approximately 40

19   individuals work for you within the United States?

20      **A   No, not all of them.**

21      Q   Okay.  Can you give me the breakdown?

22   Who do some of them work for, if not you?

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

```
                                                    25
 1       A   Roughly 25 report either directly or
 2   indirectly in to me.  And there are others that
 3   report up to other vice presidents within the
 4   marketing organization.
 5       Q   You may have mentioned this, I just
 6   forget.  Did you say you directly report to
 7   Mr. Travis?
 8       A   That's correct.
 9       Q   You have organizational charts, do you
10   not, for your marketing group; is that right?
11       A   We do.
12       Q   Is the marketing approach that Lawson
13   takes a regional approach or more of a global
14   approach?
15       A   I would say neither.
16       Q   Why is that?
17       A   The marketing approach that we take is
18   now more of a business unit approach.  So it's by
19   industry.
20       Q   And those business units transcend
21   boundaries, geographic boundaries, correct?
22       A   That's correct.
```

```
                                                    26
 1       Q   So when you're targeting a healthcare
 2   facility, for example, it doesn't matter from
 3   Lawson's perspective whether that is in Germany or
 4   in Maryland; is that right?
 5       A   Actually that's incorrect.
 6       Q   Why is that incorrect?
 7       A   So within our business units, then we
 8   look at which geographic regions we go to market.
 9   We don't go to market in all geographic areas in
10   each business unit.
11       Q   With respect to the ERP solutions we've
12   been talking about, Lawson markets to a variety of
13   geographic regions, correct?
14       A   Yes.
15       Q   What are the principal geographic regions
16   that Lawson has targeted for these ERP solutions?
17       A   Generally speaking, North America,
18   Europe, and Asia-Pacific.
19       Q   And what countries are you specifically
20   referring to when you say "Asia-Pacific"?
21       A   Primarily Australia, Singapore, mainland
22   China, Hong Kong, Japan.
```

```
                                                    27
 1       Q   Just briefly, can you give me your
 2   educational background starting after high school?
 3       A   I have an undergraduate degree in
 4   business from St. Cloud State University in
 5   Minnesota, as well as an MBA from St. Cloud State
 6   University.
 7       Q   And when did you graduate from
 8   undergraduate?
 9       A   Undergraduate, in 1986.
10       Q   And how about the MBA?
11       A   Approximately 1990.
12       Q   I think you indicated you were employed
13   with Lawson approximately seven years ago, around
14   2003?
15       A   January 2003, correct.
16       Q   What was your prior employment experience
17   before joining Lawson, just immediately before
18   joining?
19       A   I worked for Cerner Corporation.
20       Q   What was the nature of Cerner
21   Corporation's business?
22       A   Cerner is a healthcare information
```

```
                                                    28
 1   technology provider, vender in the healthcare
 2   space.
 3       Q   Did Cerner develop and distribute ERP
 4   solutions?
 5       A   No.
 6       Q   Did Cerner employ ERP solutions?
 7       A   Can you restate the question?
 8       Q   Sure.  Did Cerner utilize an ERP software
 9   solution in the operations of its business as a
10   healthcare provider?
11       A   Yes.
12       Q   Did it utilize Lawson's products?
13       A   To the best of my knowledge, no.
14       Q   And how long were you at Cerner, sir?
15       A   Approximately three years.
16       Q   And I don't think I asked you this, what
17   was your job title there?
18       A   Title was director of product marketing.
19       Q   And the products you were marketing were
20   healthcare services?
21       A   The products were clinical applications,
22   business applications to the healthcare market.
```

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

29

1   Q   And prior to your employment with Cerner

2   Corporation, where were you employed?

3   **A   An organization called Seymour Medical**

4   **Solutions.  It's now known as Probation Medical.**

5   Q   When did you join Cerner from Seymour?

6   **A   So it would have been 19 -- 2000,**

7   roughly.

8   Q   You're aware that in the ERP space, there

9   are a number of competitors, correct?

10   **A   Yes.**

11   Q   Can you name some of the competitors, the

12   principal competitors that Lawson views as in the

13   marketplace competing for your business sectors?

14   **A   SAP, Oracle, McKesson, Tyler, Munis, just**

15   **to name a few.**

16   Q   Tyler, T-Y-L-E-R?

17   **A   Correct.**

18   Q   And Nunis?

19   **A   Actually pronounced Munis, M-U-N-I-S.**

20   MR. ROBERTSON:  I think refreshments have

21   arrived.  Why don't we take a short two-minute

22   recess.

30

1   THE VIDEOGRAPHER:  We're going off the

2   record.  The time is 10:02 a.m.

3   (Discussion off the record.)

4   THE VIDEOGRAPHER:  We're now back on the

5   record.  The time is 10:03 a.m.

6   BY MR. ROBERTSON:

7   Q   How about Ariba, does Lawson ever compete

8   with Ariba in the ERP space?

9   **A   To the best of my knowledge we do on**

10   occasion, yes.

11   Q   Prior to this lawsuit, had you heard of

12   ePlus before?

13   **A   No.**

14   Q   Do you do any competitive research as

15   part of the marketing department responsibilities?

16   I say "you," I mean generally the marketing

17   department.

18   **A   Very limited.  It's not one of the**

19   **responsibilities of the marketing department.**

20   Q   Is it the responsibility of any other

21   department that you know of?

22   **A   It falls primarily with product**

31

1   management and sales, through a sales operations

2   group.

3   Q   Does the marketing department have any

4   responsibility for the content of the Lawson

5   website?

6   **A   Yes.**

7   Q   Can you tell me the nature of that

8   responsibility?

9   **A   Lawson marketing has overall**

10   **responsibility for the Lawson.com website and any**

11   **of our web properties, so is responsible for**

12   **developing and delivering the content for the**

13   **website.**

14   Q   So people from the marketing department

15   have drafted the information that's available with

16   respect to the product features and functionality

17   on the website?

18   **A   They would be involved with the process.**

19   Q   Is it the marketing department that

20   actually loads that content once it's prepared?

21   **A   Yes.**

22   Q   Does the marketing department take steps

32

1   to ensure that the information contained on the

2   website is as accurate as possible?

3   **A   Yes.**

4   Q   How does the marketing department go

5   about doing that, sir?

6   **A   Really there's two parts to the process.**

7   **In the case of product-type functionality, it goes**

8   **through a review by the product management**

9   **organization.  And then with any of the content**

10   **that we place on our website, it goes through a**

11   **legal review.**

12   Q   And what's the purpose of the legal

13   review?

14   **A   To make sure that the content is**

15   **accurate.**

16   Q   And is that because potential customers

17   and other interested parties are going to be

18   accessing information from the website and you want

19   it to be as accurate as possible?

20   **A   I believe that is one of the reasons,**

21   **yes.**

22   Q   Is it fair to say that you want people to

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

33

1   be able to rely on the information that's provided
2   to them on the website?  Correct?
3       A   Yes.
4       Q   Does the company's website provide to
5   your knowledge white papers that describe the
6   features and functionality of the company's
7   products?
8       A   It contains white papers.  I can't speak
9   to whether it describes specific functionality of
10  the products.
11      Q   Do you know what the purpose of the white
12  papers are that are loaded onto the company's
13  website?
14      A   Yes.
15      Q   What's that, sir?
16      A   It ranges.  So it ranges from specific
17  product information to white papers on general
18  industry issues and topics that have nothing to do
19  with software.  So it can be for a wide variety of
20  reasons, purposes.
21      Q   But there are white papers that are
22  available on the company's website that are

34

1   directed to Lawson's products, correct?
2       A   Yes.
3       Q   And again, it's Lawson's intention that
4   these white papers provide accurate information to
5   whoever is viewing them with respect to the
6   features and functionality of the company's
7   products, right?
8       A   Yes.
9       Q   You mentioned before that obviously
10  marketing needs to interface with the sales
11  division.  What's the nature of the interaction
12  between the two, if you can first explain it to me
13  on a high level.
14      A   We are, again, organized around business
15  units.  And each business unit has a leader, a
16  general manager.  And as a part of that leadership
17  team there is a director of marketing, who would be
18  typically a part of my team.  But there are other
19  directors of marketing that don't report to me.
20  And they would work with other leaders, which would
21  include a director or vice president of sales.
22          So our working relationship is actually

35

1   quite close.
2       Q   Is the marketing department at all ever
3   involved in the RFP process that is often employed
4   in the sales of ERP solutions?
5       A   In some cases.
6       Q   Can you tell me the nature of the
7   involvement by giving me some examples that
8   marketing would be involved?
9       A   Generally speaking, if there is a
10  question on the RFP that the individual responding
11  to the RFP doesn't know the answer to or is unique
12  so it's not a part of our library of RFP responses,
13  they may come to marketing for information.
14      Q   I think we both know what we're talking
15  about, but just so it's clear on the record, in
16  many instances when a potential customer wants to
17  obtain a Lawson product such as an ERP solution,
18  they will provide you with a series of questions in
19  what's called an RFP or request for proposal.
20      A   Correct.
21      Q   And Lawson responds to those questions,
22  correct?

36

1       A   That's correct.
2       Q   Okay.  Would you say that specifically
3   talking about the ERP solutions and focused now on
4   M3 and S3, that the majority of the licensing of
5   those products occurs through the RFP process?
6       A   I can't answer that question.
7       Q   Let me see if I can restate it.  Lawson
8   goes out and licenses its ERP solutions to a number
9   of customers, correct?
10      A   Correct.
11      Q   Do you know whether that is direct
12  marketing, or whether in most instances the
13  customer issues an RFP to obtain information with
14  respect to the products?
15      A   I would say it's not uncommon for us to
16  receive requests for proposals that come directly
17  to Lawson.  So it hasn't been through a direct
18  marketing type process.
19      Q   Who has primary responsibility for
20  responding to the RFPs?  Is it the sales division
21  or the marketing division?
22      A   Sales division.

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

---

37

1    Q   Is there a person in the Americas who
2    would have that primary responsibility for ensuring
3    that the RFPs -- excuse me, the responses to RFPs
4    are accurate?
5    **A   To the best of my knowledge that**
6    **individual is the account executive.**
7    Q   And the account executive, is that
8    organized by industry, or is that just a particular
9    account sales representative who has a number of
10   customers and he completes -- that's a bad
11   question.  Let me start over.
12   **A   Sure.**
13   Q   The account executive, how is he
14   organized?  By industry, or otherwise?
15   **A   By industry, or what we call business**
16   **unit.**
17   Q   Is there an account executive for each
18   business unit?
19   **A   Yes.**
20   Q   Is there more than one account executive
21   for each business unit?
22   **A   Yes.**

---

38

1    Q   So there may be multiple account
2    executives for a particular business unit, right?
3    **A   That's correct.**
4    Q   And each account executive is the person
5    primarily responsible for ensuring the accuracy of
6    a response to an RFP for a particular customer?
7    **A   That is my understanding.**
8    Q   But I think you indicated that
9    occasionally there may be a question with respect
10   to a particular response that they may seek input
11   from marketing, right?
12   **A   That's correct.**
13   Q   Can you give me any examples of those
14   types of questions that come to marketing from the
15   sales division with respect to the RFP process?
16   **A   Some examples that come to mind are**
17   **number of customers we have in a particular**
18   **industry or segment of an industry.  We'll get**
19   **questions on which types of events and associations**
20   **we are affiliated with, generally tending to be**
21   **marketing focussed.**
22   Q   So a potential customer, let's say for

---

39

1    example in the healthcare industry, is curious to
2    how many other healthcare providers are presently
3    Lawson's customers for these ERP solutions, right?
4    **A   Right.**
5    Q   And they want to know what's the size of
6    the company and the revenues it generates, to see
7    if Lawson is equipped to handle their needs, isn't
8    that right?
9    **A   That would be an example.**
10   Q   You mentioned in one of your answers that
11   there is a library of RFPs.  Do you recall that
12   testimony?
13   **A   I stated there is a library of RFP**
14   **responses.**
15   Q   Are those actual responses to potential
16   customer inquiries in the RFP process?
17   **A   No.**
18   Q   What is it?
19   **A   It is a library of approved responses,**
20   **templated responses to standard types of questions,**
21   **comment types of questions that we receive.**
22   Q   So it is not unusual in this RFP process

---

40

1    for customers to have the same types of questions
2    about the features and functionality of a product,
3    say an M3 or an S3; is that correct?
4    **A   That's correct.**
5    Q   So the company has anticipated those
6    questions or through experience understands what
7    those questions are, and prepares a stock set of
8    answers that can be plugged in for the RFP process,
9    correct?
10   **A   That's correct.**
11   Q   And just like the website, is it Lawson's
12   intention that those templates or stock answers to
13   these common questions be as accurate as possible
14   with respect to the features and functionalities of
15   the products?  Correct?
16   **A   Correct.**
17   Q   It's not Lawson's intent to mislead
18   anybody about the features and functionality of its
19   software products, right?
20   **A   That's correct.**
21   Q   So if we were looking at a response to an
22   RFP with respect to the features and functionality

---

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

41

1    of an ERP solution such as M3 or S3, we should be
2    able to rely on the accuracy of that information,
3    correct?
4        A   That's correct.
5        Q   Where is this library of stock answers or
6    templates for responses to RFPs physically located?
7        A   I don't know the answer to that.
8        Q   Is it accessible through an Intranet
9    website in the company?
10       A   I don't know that specific answer.
11       Q   Are there responses to -- strike that.
12   Let me start over.  If you needed to obtain a
13   template or a stock answer for a common question in
14   the RFP process for an ERP software solution, how
15   would you go about doing that?
16       A   My understanding is our sales force has
17   access, our sales force understands where that
18   information is located.
19       Q   Is it something they can obtain through
20   the company's electronic computer network?
21       A   I don't know the answer to that.
22       Q   Who in the sales department would be

42

1    familiar with where that information can be
2    obtained?
3        A   Who by name?
4        Q   Yes, sir.
5        A   Our vice president of sales operations,
6    Mike Poling.  I'm assuming the sales leaders across
7    any of our business units would have that
8    information.
9        Q   How about the account executives, is it
10   your understanding that they can readily access
11   that information when responding to RFPs?
12       A   Yes.
13       Q   Do you know through your experience
14   whether or not there are templates or stock answers
15   to RFPs specifically with respect to the M3
16   product?
17       A   I don't know for sure.
18       Q   How about, do you know whether or not
19   there are stock answers or templates in response to
20   common questions with respect to the S3 product?
21       A   Yes, there are.
22       Q   Why is it that you know about the S3 and

43

1    not about the M3?
2        A   Primarily because my focus being
3    primarily -- North America is our core market for
4    S3 or service industries, and it's more of an
5    evolving market for M3.
6        Q   I've seen documentation that indicates
7    that Lawson for ERP has a majority of the
8    market sector for service industries in the United
9    States.  Is that correct?
10       A   Could you repeat the question?
11       Q   Sure.  Let me just ask it straight out.
12   Does Lawson have a majority of the market for ERP
13   solutions to the service industry in the United
14   States, to your knowledge?
15       A   No.
16       Q   Who does?
17       A   I don't know the answer to that.
18       Q   Would it be SAP or Oracle, one of those?
19       A   Most likely.
20       Q   What if any kind of market research does
21   the marketing department do?
22       A   We really don't do any competitive

44

1    research at this time.
2        Q   Do you do any market research with
3    respect to business opportunities in these industry
4    sectors you've been talking about?
5        A   Yes.
6        Q   Are there any industry reports that
7    Lawson relies upon to understand the needs of the
8    ERP market?
9        A   Yes.
10       Q   Can you give me some examples?
11       A   Examples would be through our
12   relationships with some of the industry analysts
13   such as Gartner Group, Forrester, just to name a
14   few.
15       Q   Aberdeen?
16       A   In the past, yes.
17       Q   Which of those three that we just
18   mentioned would you consider to be most reliable as
19   far as information concerning the ERP market?
20       A   Gartner.
21       Q   Does the company rely on some of the
22   information with respect to the ERP market that's

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

45

1    provided by Gartner in its reports?

2    A   I wouldn't characterize it as "rely."  We

3    utilize the information.

4    Q   How often does the company receive

5    reports from Gartner as to the ERP market?

6    A   On an ongoing basis.

7    Q   Do you know how frequent they are issued,

8    quarterly, monthly?

9    A   There's a variety of reports that Gartner

10   puts out.  So they're based on different times

11   throughout the year.  So it's ongoing.

12   Q   Does the marketing group specifically

13   subscribe to those publications?

14   A   We do.

15   Q   You said you used to use Aberdeen in the

16   past.  Why don't you use Aberdeen anymore?

17   A   A company decision.

18       MR. ROBERTSON:  While I'm thinking about

19   it, I'm not sure I've seen this library of stock

20   answers or templates with respect to the RFP

21   process.  So I just request that that be provided.

22   I'm pretty sure it would fall within the scope of

46

1    our document request.  But I just want to put that

2    on the record.

3        MR. SCHULTZ:  I've got that written down.

4    BY MR. ROBERTSON:

5    Q   I understood you to indicate you did

6    little if any competitive research.  How about

7    specific customer research?  Do you go out and

8    research customers that fall within your industry

9    sectors that might be potential buyers or licensors

10   of Lawson products?

11   A   Within marketing, it's typically done

12   more at a larger segment level, a segment of the

13   market as opposed to a unique or individual

14   organization.  That would be done at the sales

15   level.

16   Q   I think you indicated that there were

17   some direct or targeted marketing with respect to

18   customers.  Who does that?  The marketing

19   department or the sales department?

20   A   Primarily marketing.

21   Q   And how do you get your leads as to what

22   specific potential customer may be interested in a

47

1    Lawson Software product?

2    A   Just for point of clarification, when you

3    say "customer," are you talking about an existing

4    Lawson customer or, more broadly, the market?

5    Q   I guess I'm talking about a potential

6    customer.  Let's break it down, since you raise an

7    interesting point.  Sometimes -- obviously there's

8    a number of software solutions that Lawson offers,

9    correct?

10   A   Correct.

11   Q   And one of the things that marketing

12   wants to do is expand its product line to its

13   existing customer base, correct?

14   A   Yes.

15   Q   The other thing Lawson wants to do is

16   reach out and find new customers for its software

17   products, correct?

18   A   That's correct.

19   Q   So when we were talking about the direct

20   or targeted marketing for customers, that's done

21   both to existing customers and to potential

22   customers?

48

1    A   Correct.

2    Q   Who provides the lead for a potential new

3    customer to Lawson to reach out through this direct

4    marketing campaign?

5    A   It could come via marketing, or through

6    sales generating it itself.

7    Q   What's involved in the direct marketing

8    process?  Is there literature, brochures, you know,

9    e-mail spamming?  What's the process for direct

10   targeted marketing of a potential new customer?

11   A   We don't spam.  But it really runs the

12   spectrum from the development of collateral or

13   brochures.  We do e-mail marketing, trade show

14   marketing, direct mail, to webinar, web-type

15   events.  So we really use the full range of

16   different types of marketing activities to reach

17   both potential customers and existing customers.

18   Q   The marketing brochures you talked about

19   that are utilized in this direct marketing effort,

20   does that fall within the marketing department's

21   responsibilities?

22   A   Yes.

Frank, Jeffrey Paul   10/9/2009   9:40:00 AM

49

1    Q    So marketing is responsible for the
2    content of those brochures, correct?
3    A    Yes.
4    Q    Like your website and your responses to
5    RFPs, does Lawson make efforts to ensure that the
6    information contained in these brochures with
7    respect to the products is accurate?
8    A    It does.
9    Q    And like the website, does Lawson also
10   make efforts to have a legal review of the
11   brochures to see that the information is accurate?
12   A    Yes.  All of that type of external
13   information, including RFPs, goes through a legal
14   review.
15   Q    I'm sorry.  So the RFPs also go through a
16   legal review?
17   A    To the best of my knowledge, yes.
18   Q    Is that done by in-house counsel at
19   Lawson?
20   A    To the best of my knowledge, yes.
21   Q    Do you know how many in-house counsel
22   Lawson currently employs in its United States

51

1    A    That's correct.
2    Q    Just for the record, why don't you
3    describe what a webinar is.
4    A    A webinar is where Lawson will put on an
5    event that is delivered online via the web, and
6    will typically include both a video portion as well
7    as an audio portion.  People access it via that
8    laptop or a combination of their laptop or a
9    computer as well as phone.  And we are delivering
10   various types of information via an online event.
11   People participate virtually.
12   Q    Who would be some of the potential
13   targets for a webinar demonstration?
14   A    It could be any of the customers or
15   potential customers in our target markets.
16   Q    Would a salesperson or a marketing person
17   potentially reach out to a new customer to make a
18   webinar presence so that the customer can
19   understand the features and functionality of a
20   software product that Lawson is offering?
21   A    Potentially.
22   Q    Is marketing responsible for the content

50

1    operations?
2    A    I don't.
3    Q    More than five?
4    A    I couldn't say.
5    Q    How do you know then, though, that the
6    responses to RFPs go through legal review?
7    A    Just based on my interaction with sales.
8    Q    Is that with respect to every response to
9    an RFP that goes to a customer, it goes through
10   legal review first?
11   A    That is my understanding.
12   Q    And again, that's to ensure that nothing
13   misleading is being presented to the customer in
14   describing the features and functionality of the
15   software products being offered?
16   A    Among other reasons, yes.
17   Q    What other reasons can you think of?
18   A    Make sure we are presenting our product
19   information in the most positive form.
20   Communication that people can understand, etc.
21   Q    Besides the brochures, you mentioned
22   webinars, correct?

52

1    of the webinar demonstrations?
2    A    I wouldn't characterize them as
3    demonstrations.  But for the webinars, yes.
4    Q    I believe I've seen some printouts of
5    webinars that I think have been produced in this
6    case, or are available on the website.  Let me ask
7    you first, do you know whether or not there's any
8    links in the website that would permit a
9    potential -- any audience to view a webinar?
10   A    Generally speaking they are available to
11   anybody, after the individual goes through a
12   registration process.
13   Q    So you have to register online, and then
14   a web page is made available where there are links
15   to observe a webinar presentation?
16   A    That's true for a recorded webinar, an
17   event that's already taken place.
18   Q    Are the webinars sometimes targeted to a
19   specific product such as M3 or S3?
20   A    Yes.
21   Q    I think I've seen some webinars in which
22   they have actual screenshots of user interfaces,

53

1    demonstrating how a particular product such as M3
2    or S3 is to be utilized by a customer.  Are you
3    aware of that?
4        **A   That would not be unusual.**
5        Q   And again, as with the website, responses
6    to RFPs and the brochures, it's Lawson's intention
7    that the webinars present accurate information with
8    respect to the features and functionalities of the
9    Lawson Software products, correct?
10       **A   That's correct.**
11       Q   Did they also go through legal review, to
12   your knowledge?
13       **A   To the best of my knowledge, yes.**
14       Q   I might have asked this.  Did I ask
15   whether marketing is responsible for the content of
16   the webinars?
17       **A   Yes, I believe you did.**
18       Q   And what was your answer?
19       **A   Yes.**
20       Q   Do you need to get information with
21   respect to that from any other group?
22       **A   Yes.**

54

1        Q   And what group would that be?
2        **A   It typically, again, would involve -- if**
3    **it's product-related, it would involve direct**
4    **involvement of our product management organization.**
5        Q   Is the R&D department part of the product
6    management department?
7        **A   No.**
8        Q   It's a separate division of the company?
9        **A   That's correct.**
10       Q   At a high level, what is product
11   management responsible for?
12       **A   At a high level, the way I would describe**
13   **it is responsible for identifying the needs in the**
14   **marketplace for products, product functionality,**
15   **translating those needs into product requirements.**
16       Q   How does the product management
17   department go about doing that and identifying
18   marketplace needs for products?
19       **A   As far as I know, I'm not a part of that**
20   **organization, it's a variety of activities, from**
21   **speaking with our customers, speaking with our**
22   **sales organization, getting input from a variety of**

55

1    sources.
2        Q   Back to this ERP enterprise resource
3    planning, you indicated that it's your
4    understanding that M3 and S3 are software
5    manifestations of ERP, correct?
6        **A   That's correct.**
7        Q   Within an M3 or an S3 ERP product,
8    though, I think you indicated there are a number of
9    electronic services that can be provided such as
10   human resource services, financial services,
11   accounting services, and supply change -- excuse
12   me, supply chain management, correct?
13       **A   That's correct.**
14       Q   What's your understanding as to what
15   supply chain management is?
16       **A   The way I would describe supply chain**
17   **management is helping organizations manage their**
18   **procurement, inventory control process, taking cost**
19   **out of their business through managing their**
20   **supplies more effectively.**
21       Q   It's one of the goals of Lawson to make
22   the electronic procurement process more efficient,

56

1    thereby saving its customers money, correct?
2        **A   Generally speaking, yes.**
3        Q   Have you heard the term "e-Procurement"
4    before?
5        **A   Yes.**
6        Q   And M3 and S3 products have an
7    e-Procurement solution, correct?
8        **A   It would depend exactly how you're**
9    **defining e-Procurement.**
10       Q   What's your understanding of what
11   e-Procurement is?
12       **A   E-Procurement would be automating the**
13   **procurement process by -- and one example would be**
14   **putting it online, removing paper from the process,**
15   **and building connections between the customer**
16   **organization and the various suppliers that they**
17   **work with.**
18       Q   As you've just defined it, is it your
19   understanding that M3 has an e-Procurement
20   solution?
21       **A   To the best of my knowledge, yes.**
22       Q   And let me ask the same question, as you

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

---

57

1   defined it, is it your understanding that S3 has an
2   e-Procurement solution?
3       A   Yes.
4       Q   We talked about a number of different
5   functionalities that are available with the M3 and
6   S3 product.  Can a customer buy those separately?
7   Do you understand the question?
8       A   No, I don't.
9       Q   Is the customer required, when it
10  licenses, for example, an M3 product, to have
11  implemented all of the suite of solutions that M3
12  offers, for example?
13      A   I'm not involved in the sales process.  I
14  can't answer the question at that level of detail.
15      Q   Let me ask it a different way, though.
16  Do you know whether or not customers just purchase
17  specific solutions from an M3 or an S3 ERP product?
18      A   My general understanding is it's more
19  common on the S3, less common on the M3 side.
20      Q   And maybe, again, this is not a fair
21  question to you, but do you know whether or not
22  with respect to the sale or license of an M3

---

58

1   product, whether or not the company can
2   specifically price the various software solutions
3   being offered?
4       A   I don't.
5       Q   Sales would be the people who would be
6   able to tell me about that?
7       A   Pricing at Lawson is managed by product
8   management.  Obviously the execution of the pricing
9   is done by sales.
10      Q   So product management would be the
11  division of the company that could break out the
12  costs for the various software solutions within an
13  ERP such at M3 or S3?
14      A   By "costs," do you mean that -- the
15  prices that we charge to our customers?
16      Q   Yes.
17      A   Yes.
18      Q   Were you asked to collect documents as
19  part of this lawsuit?
20      A   I was.
21      Q   Did you do the search, or did someone do
22  the search for you?

---

59

1       A   A combination.
2       Q   Where did you specifically look when you
3   were asked to gather documents responsive to
4   requests in this case?
5       A   I specifically looked on my laptop, my
6   computer, as well as on my -- on the shared drive
7   that the marketing organization uses.
8       Q   Your laptop, do you know how long you've
9   had that?
10      A   The particular physical laptop I have
11  today, I have had for I think about six months.
12      Q   Do you know whether or not, when you
13  received the new laptop six years ago, any of the
14  data was transferred over to the new laptop?
15      A   To the best of my knowledge -- I've had
16  three laptops over the course of my time at
17  Lawson -- that when I moved to the new laptop, all
18  of the hard drive contents were moved onto the new
19  laptop.
20      Q   Do you know whether or not Lawson
21  archives e-mails as part of its operations?
22      A   I don't know for certain.

---

60

1       Q   Do you know whether or not e-mails on
2   your laptop were searched as part of the production
3   in this case?
4       A   My understanding is they were.
5       Q   You indicated you had searched your
6   laptop and the shared drive with respect to
7   marketing information.  Did you look anywhere else
8   for hard copy documents, or was it just in
9   electronic format?
10      A   We looked at hard copy as well.
11      Q   And did you identify any hard copy
12  documents responsive?
13      A   I did not.
14      Q   You did not?
15      A   I did not.
16      Q   Did somebody else?
17      A   We -- I also worked with our director of
18  marketing communications, because it is our
19  marketing communications organization that
20  typically works more with our collateral, our
21  brochures, and they did a similar type of search.
22      Q   And who would that individual be, sir?

---

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

61

1    A   Kim Ross.

2    Q   And did Ms. Ross attempt to collect

3  marketing brochures and internal marketing

4  documents responsive to the requests?

5    **A   Yes.**

6    Q   Where did she look, do you know?

7    **A   She looked, again, on the shared drives,**

8  **network drives that marketing uses, as well as our**

9  **physical inventory of collateral; and because of**

10  **the timing involved in the -- the timespan involved**

11  **in the case, going back to some old floppy disk**

12  **type storage that had been used in past years.**

13    Q   I want to ask you a general question

14  about the types of documents that the marketing

15  group generates, because I've seen a variety of

16  types, including quarterly reports, some

17  PowerPoints.  I haven't seen a lot of brochures.

18  But we'll go back and look and see if we can find

19  those.  What kind of reports for example does the

20  marketing group generate for management?

21    **A   We generate typically on a -- well, on a**

22  **weekly basis we report -- create a report, very**

62

1  **high level report up to the CEO group, the CEO and**

2  **his direct reports.**

3       **On a quarterly basis we produce a set of**

4  **reports that is based on our performance in terms**

5  **of lead generation activity, impacting the**

6  **marketplace, as well as we work in conjunction with**

7  **the general managers of the business units to**

8  **create quarterly reports around performance of the**

9  **business unit, trends in the market places,**

10  **performance of the business unit.**

11    Q   The report you generate for the CEO,

12  that's a weekly report?

13    **A   That's correct.**

14    Q   Who is the principal author of that?

15    **A   It is actually -- it's built up from our**

16  **marketing directors and leaders of our different**

17  **areas within marketing, goes up to -- for my group**

18  **it would come up to me, I would consolidate it, it**

19  **goes up to our senior vice president of marketing.**

20    Q   Does that report have a name?

21    **A   Weekly CEO report.**

22    Q   You mentioned that there's a quarterly

63

1  report that you produce, it's based on your

2  performance in terms of lead generation activity.

3  What do you mean by that?

4    **A   That's one example.  But it's basically**

5  **looking at the -- what we call the key performance**

6  **indicators that we track within marketing.  An**

7  **example of that would be the number of leads that**

8  **marketing generated in the quarter, the amount of**

9  **pipeline, sales pipeline that the marketing**

10  **department created, among other things.**

11    Q   When you say "sales pipeline," would it

12  have sales figures in the report, as to leads that

13  led to business?

14    **A   Yes.**

15    Q   Where do you get that revenue information

16  from?  The sales department?

17    **A   Marketing has access to -- the primary**

18  **tool Lawson uses is Salesforce.com.  Both marketing**

19  **and sales have access to it.**

20    Q   There was another report you mentioned, I

21  think it's done on a quarterly basis.

22    **A   There is a quarterly business unit or**

64

1  industry report.

2    Q   Is that done by marketing, or is that

3  done by the business units?

4    **A   It's a joint effort.**

5    Q   Does that report have a name?

6    **A   Really just quarter -- quarterly business**

7  **unit report.**

8    Q   And we mentioned the website content and

9  white papers which were also generated by the

10  marketing department?

11    **A   Generally speaking, yes.**

12    Q   We were talking about the supplier chain

13  management solution that's offered by Lawson, and

14  specifically you gave me a definition for

15  e-Procurement, which I understood you to indicate

16  was a supplier chain management tool, correct?

17    **A   A supply chain management tool, correct.**

18    Q   That e-Procurement has a number of

19  components, would that be fair to say?

20    **A   Yes.**

21    Q   Specifically it has a number of software

22  modules that can make up the supply chain

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

65

1    management tool, right?
2       A   That's correct.
3       Q   For example, there is a requisition
4    module you're familiar with?
5       A   That's correct.
6       Q   Is there a purchase order module?
7       A   That's correct.
8       Q   Are you familiar with a punchout
9    catalogue module?
10      A   Yes.
11      Q   And when Lawson is providing this
12   electronic procurement solution, those modules form
13   the basis of the supply chain flow for the
14   purchasing process, correct?
15      A   They are components of the Supply Chain
16   Management product.
17      Q   That permit a customer seeking to obtain
18   product, for example, from a specific vendor to
19   complete the purchasing process, right?
20      A   That is my understanding.
21          MR. ROBERTSON:  I'm going to move on to
22   some documents, so maybe you want to take a short

66

1    ten-minute break?  We've been going a little more
2    than an hour.  But I'm happy to move forward.  It's
3    up to you.
4           MR. SCHULTZ:  It's up to the witness.
5    Why don't we take a five-minute break.
6           MR. ROBERTSON:  Then I'll get a little
7    organized, and that way we can move a little
8    faster.
9           MR. SCHULTZ:  That would be fine.
10          MR. ROBERTSON:  Thanks.
11          THE VIDEOGRAPHER:  Going off the record.
12   The time is 10:42 a.m.
13          (Recess.)
14          THE VIDEOGRAPHER:  We're now back on the
15   record.  The time is 10:51 a.m.
16          (Frank Exhibit Number 1 was marked for
17   identification and attached to the deposition
18   transcript.)
19   BY MR. ROBERTSON:
20      Q   Mr. Frank, I've handed you what I've
21   marked as Exhibit Number 1, which for the record
22   has a Bates label of LE 00161038 through 46.  It's

67

1    entitled "Lawson Marketing & Organization."  I ask
2    you, have you seen this document before, sir?
3       A   Off the top of my head I can't say I
4    have, but it looks generally familiar.
5       Q   Anders Ekman, does he or she work for
6    you?  I assume it's a he.
7       A   It's a he.  No, he reports to Travis
8    White.
9       Q   If you'll look at the next page, and just
10   so you see it there, you have to -- is yours
11   one-sided or two-sided?
12      A   One-sided.
13      Q   Okay.  Mine is two-sided.  The next page
14   which ends with the Bates label -- when I say
15   "Bates label" I mean the number at the lower right
16   hand corner.  That ends with 39, do you see that?
17      A   I do.
18      Q   Right above it at page 2 there's a date,
19   September 20, 2009, do you see that?
20      A   Yes.
21      Q   That's fairly recent.  Do you know
22   whether or not that's the actual date of this

68

1    document, or perhaps that's the date when it was
2    printed?
3       A   I believe it's the date when it was
4    printed.
5       Q   Can you give me a ballpark about how
6    current this document would be?
7       A   May I page ahead?
8       Q   Excuse me?
9       A   May I page ahead?
10      Q   By all means, please, look at whatever
11   you want to look at.
12      A   So I'm on page 4, and ending 041, and
13   based on some of the names that I see here, I'm
14   estimating this is about a year and a half to two
15   years old.
16      Q   Is that because some of the names have
17   changed?
18      A   People are no longer with the company,
19   and approximate employment -- and they have left
20   approximately [sic].
21      Q   Page 4 in Exhibit 1 is a marketing
22   organization chart, correct?

69

1    A   It is.

2    Q   And you're listed there as Americas

3    marketing, right?

4    A   Correct.

5    Q   There's a Martin Hill for EMEA marketing,

6    do you see that?

7    A   Yes.

8    Q   Do you know what EMEA stands for?

9    A   Europe, Middle East, and Africa.

10   Q   Then here is Mr. Anders Ekman, who is

11   the marketing communications vice president,

12   correct?

13   A   Correct.

14   Q   Then there's Peter Quinn, who is

15   marketing operations, do you see that?

16   A   Yes.

17   Q   What is Mr. Quinn's responsibility in

18   marketing operations, how do they differ from

19   yours?

20   A   Marketing operations is focused more on

21   the processes and tools and technology that we use

22   within marketing across all of the other groups to

70

1    be more efficient, more effective.

2    Q   What are some of those tools and

3    technology you use to be more efficient and

4    effective?

5    A   Examples of those probably would be --

6    the biggest would be our use of Salesforce.com as

7    our CRM solution.  But it also includes products

8    like Eloqua, which we use for e-mail marketing.  We

9    have a product we use with our reference program.

10   So any type of tool technology that the department

11   uses.

12   Q   And CRM stands for --

13   A   Customer relationship management.

14   Q   What's changed with this chart with

15   respect to the current marketing hierarchy?

16   A   The main change would be the corporate

17   communications, Terry Blake, he is still an

18   employee of Lawson, no longer a part of the

19   marketing organization.  And we have essentially

20   moved the corporate communications group into some

21   of the other areas.  And then the two names that

22   you see on the dotted line for ANZ, which stands

71

1    for Australia, New Zealand, Asia and Japan, those

2    two individuals are no longer with the company.

3    Q   Why are those individuals in those boxes

4    for ANZ and Asia and Japan a dotted line?

5    A   Basically just because of a corporate

6    decision, how we would organize that region of the

7    world.

8    Q   What corporate decision led to it being a

9    dotted line as opposed to a bold, straight line?

10   A   In short because Asia-Pacific is really

11   more of a startup business for Lawson, and because

12   of just the physical remoteness, geographic

13   remoteness of the area, it was decided that the

14   marketing staff within that group would report up

15   to the general manager of -- for Asia-Pacific.

16   That's a business unit at Lawson.

17   Q   Do you know what the purpose of this

18   document was, why it was created?

19   A   I'll just page through some of the others

20   just to get a better sense of it.  My sense would

21   be this document was used at a point where maybe we

22   had some organizational changes, or at the start of

72

1    a fiscal year, and it was meant to communicate to

2    Mr. Ekman's group how we're organized, how we're

3    structured, how we'll work.

4    Q   Was Mr. Ekman new to his position about

5    the time this document was created?

6    A   No.

7    Q   How long has Mr. Ekman been with the

8    company?  Your best estimate.

9    A   I don't know the total length of time,

10   but Mr. Ekman joined Lawson from Intentia as a part

11   of the merger.

12   Q   Do you know whether there is an updated

13   organizational chart for the marketing group?

14   A   There is.

15   Q   Do you know whether or not that was one

16   of the documents you collected when you were asked

17   to produce documents in the case?

18   A   I don't recall.

19       MR. ROBERTSON:  Just again, Will, I don't

20   think I've seen an updated organizational chart,

21   but if you have a Bates range you want to direct us

22   to, I would appreciate it.  We looked for one, and

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

73

1  this is what we found.
2  BY MR. ROBERTSON:
3      Q   There is at page 6 of the document a
4  corporate organizational chart for the marketing
5  communications department.  Do you see that?
6      A   Yes.
7      Q   And I'm not going to ask you whether or
8  not this has changed in any way, but is it
9  structured still in the same way, with these teams?
10     A   In general, yes.
11     Q   What's the design team do?
12     A   The design team is creative group.  So
13  creating art, photography, creative for any variety
14  of marketing activities.
15     Q   Brochures, the website?
16     A   Website, brochures.  Other types of
17  campaigns.  Marketing campaigns.
18     Q   Do the webinars fall within that?
19     A   The design team would have a role to play
20  in the webinars.
21     Q   For example, I see one individual on the
22  design team is a senior multimedia producer.  Do

74

1  you have any idea what that would involve?
2      A   We -- yes.
3      Q   What would that be?
4      A   It would include things -- we create
5  Flash presentations, Flash demos that we use as a
6  part of our marketing activities.
7      Q   And then those are online presentations?
8      A   Wouldn't necessarily need to be.
9      Q   Could be just a Flash -- what do you mean
10  when you use the term "Flash demo"?
11     A   Flash is basically a technology.  And
12  it's a technology that basically delivers almost
13  like a video type presentation.  Think of
14  PowerPoint, only animated and in more of a video
15  format.  We use it as a part of our marketing
16  activities, but it wouldn't necessarily be limited
17  to online.
18     Q   Would that for example be a video type
19  demonstration of the features and functionality of
20  a product such as an M3 or an S3?
21     A   It could be.
22     Q   Are you aware that the sales force for

75

1  Lawson employs laptops that have demonstrations
2  that can be presented for product functionality and
3  features to customers?
4      A   I don't know if I would describe it that
5  way, but that they have demo laptops.
6      Q   What's the purpose of the demo laptop, to
7  your understanding?
8      A   My understanding is it is for use by our
9  solution consultants in presentations to customer
10  prospects to show how the product works.
11     Q   Do you know whether or not there is a
12  customer demo for the M3 solution?
13     A   I believe there is.
14     Q   And how about for the S3 solution?
15     A   Yes.
16     Q   Like the webinar and the responses to
17  RFPs and the brochures, is it Lawson's intent to
18  have a demonstration that accurately depicts the
19  features and functionality of the M3 and S3
20  products?
21     A   Yes.
22     Q   Do you know whether or not those demos

76

1  also go through the legal review process?
2      A   I don't know.
3      Q   Those demos are not actually performing a
4  procurement process, for example, when they're
5  presented to potential customers, isn't that right?
6      A   I'm not following your question.
7      Q   Let me rephrase it.  They're meant to be
8  illustrative, not an actual functioning product,
9  isn't that right?
10     A   I would say that's not entirely true.
11     Q   And why is that not entirely true?
12     A   My understanding is, in our
13  demonstrations, in many cases we're demonstrating
14  the actual live product in a demo environment.
15     Q   Let me see if I understand it, because I
16  sort of view live product as distinct from
17  demonstration.  I kind of want to understand what
18  you mean there.  Do you mean that the salesperson
19  can use a demo laptop to actually go through, in
20  the sense of electronic procurement, the purchase
21  of a good from a supplier to demonstrate its
22  functionality?

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

77

1    A  I don't know the answer to that.

2    Q  Who would, if you can think of a name?

3    A  At the highest level, I would say Mike

4    Poling, our vice president of sales operations.

5    Q  It's Lawson's intention, though, to

6    accurately depict the functionality of the product

7    that's being demonstrated to the potential

8    customer?

9    A  That's correct.

10   Q  If you'll look at the page 9 of Exhibit

11   Number 1, it's entitled "Global Marketing Program,

12   Toolbox Content."

13   A  Yes.

14   Q  And it's broken down into several boxes.

15   I don't know exactly how it's organized.  But, for

16   example, and I think these are some of the things

17   you talked about before, the toolbox for the

18   marketing department is to conduct events such as

19   seminars, breakfast meetings, and roundtable

20   discussions, correct?

21   A  That's correct.

22   Q  And you also mentioned the webinars,

79

1    A  No.

2    Q  Where do you advertise, if you are going

3    to do it?

4    A  Typically, if we do any advertising at

5    all, it would be online, on different types of

6    websites, industry websites, association websites;

7    or in conjunction with a particular event, like say

8    for example a trade show, if they have a

9    publication that comes out in conjunction with a

10   trade show, we might advertise just to indicate our

11   presence at the event.

12   Q  Under the heading "Evidence," there were

13   brochures, customer profiles, white papers and fact

14   sheets.  Do you see that?

15   A  Yes.

16   Q  We've spoken about the brochures and the

17   white papers.  What's a customer profile, sir?

18   A  Customer profile, another way to describe

19   it would be a case study.  It's essentially focused

20   on an individual customer providing information.

21   It can run the gamut, but essentially their

22   relationship with Lawson, why they chose Lawson,

78

1    correct?

2    A  That's correct.

3    Q  And we talked about trade shows, correct?

4    A  Correct.

5    Q  In each of these instances, again,

6    Lawson's attempting to provide accurate information

7    with respect to the functionality of the software

8    products it's offering during these events, right?

9    A  Correct.

10   Q  There's a box entitled "Ongoing," do you

11   see that?

12   A  Yes.

13   Q  You mentioned direct mailings.  Is that

14   the targeted marketing that goes to specific

15   customers?

16   A  That's an example.

17   Q  And there are advertisements listed here.

18   You said you do limited advertisement; is that

19   right?

20   A  That's correct.

21   Q  Do you know what your budget was for

22   fiscal year 2009 for advertising?

80

1    what benefit they're getting from Lawson.

2    Q  And fact sheets, what would those be,

3    sir?

4    A  Fact sheets are essentially baseline core

5    information on our company and on our business

6    units.  Number of customers, etc.

7    Q  The sales toolkits box, do you see that?

8    A  Yes.

9    Q  What are PPTs, is that PowerPoints?

10   A  PowerPoint presentations, for short.

11   Q  Objection handling, what would that be?

12   A  Based on how I would interpret it is

13   giving the salespeople essentially responses for

14   different types of objections they may receive from

15   prospects.

16   Q  What do you mean by "objections"?  What

17   are they?

18   A  An example would be, you're priced too

19   high.

20   Q  I don't see here the demos that we were

21   talking about just a few minutes ago.  Do they fall

22   under any bullet point here, or --

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

81

1    A  Which demos are you referring to?

2    Q  The sales force demos that are utilized

3  to show a potential customer the functionality of a

4  particular software solution.

5    A  Correct.  These are all marketing

6  activities.  That would fall under sales.

7    Q  That's all I have for that document, sir.

8  We'll just collect a pile there.

9    (Frank Exhibit Number 2 was marked for

10  identification and attached to the deposition

11  transcript.)

12  BY MR. ROBERTSON:

13    Q  Let me hand you what I've marked as

14  Exhibit Number 2.  And why won't you take a minute

15  just to peruse that, if you would.

16    A  Okay.

17      Okay.

18    Q  Have you seen these types of documents

19  before, this Lawson Software fiscal year business

20  plan?

21    A  I have.

22    Q  Let me just put for the record, this is

82

1  marked LE 00106758 through 795.  And this one is

2  for fiscal year 2008 through 2010.  Do you see

3  that?

4    A  Yes.

5    Q  Is this produced by the product

6  management division?

7    A  Historically, yes.

8    Q  Does marketing have any input on these

9  types of documents?

10    A  There is a broader -- I believe it's a

11  part of this plan.  I was looking to see if it was

12  there or not.  But there is typically a marketing

13  section of the business plan.

14    Q  Why don't you take a look at the table of

15  contents and tell me if you think there's any

16  section in there that would come under the

17  marketing --

18    A  In this particular plan, no.

19    Q  Do you know if there's another business

20  plan for fiscal year 2008, 2009, or 2010 that has a

21  marketing section that was contributed by your

22  department?

83

1    A  There is.

2    Q  Was there one for fiscal year 2009?

3    A  Based on my knowledge, this is typically

4  done on an annual basis now.  I can speak to -- at

5  least for the last two years there was a marketing

6  section that was a part of the company business

7  plan.

8    Q  You see this document is specifically

9  directed to the ERP market.  Why don't you take a

10  look at page 2 -- or excuse me, page 3, Lawson

11  strategy, total ERP market.

12    A  Okay.

13    Q  And it's relying on a Gartner Group study

14  that indicated that worldwide ERP license fees for

15  this market is approximately $6 billion, do you see

16  that?  Second paragraph, starts "According to

17  Gardner group."

18    A  I do.

19    Q  Is that consistent with your

20  understanding of what the potential market is for

21  ERP license fees annually worldwide?

22    A  I couldn't speak to that, given the time

84

1  frame.

2    Q  Why don't you take a look at the page

3  that ends with the Bates label 61.  There are some

4  observations that are being made.  Do you see that?

5    A  Yes.

6    Q  And if you refer back, I believe this

7  information comes from this Gartner report that's

8  being referenced here.

9    A  I believe that is the case, yes.

10    Q  The first bullet point says, "78 percent

11  of the ERP market is in western Europe and the

12  United States."  Do you see that?

13    A  Yes.

14    Q  Is that consistent with your

15  understanding of how the market breakdown is for

16  ERP?

17    A  Generally speaking, yes.

18    Q  Is it also your understanding that the

19  United States represents the largest market for a

20  single cost of entry?

21    A  That's really beyond my scope of

22  knowledge.

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

85

1    Q   You did indicate, though, that you found

2  the Gartner reports to be of general reliability

3  for the information contained therein; is that

4  right?

5    A   I believe that I stated in Lawson as a

6  company typically uses Gartner more than any other

7  industry analyst.

8    Q   Is that because you find Gartner to be

9  more reliable than the other industry analysts?

10    A   Generally speaking, yes.

11    Q   The next page has a heading, "Lawson

12  Geographic Strategy."  Are you with me?

13    A   Yes.

14    Q   And the first sentence states that

15  "Lawson's geographic focus is complex."  Do you see

16  that?

17    A   Yes.

18    Q   And then we're talking about these M3 and

19  S3 ERP solutions.  Do you see that?

20    A   Yes.

21    Q   Is it true for the fiscal year 2008

22  through 2009 that the highest growth potential are

86

1  the countries listed there?

2    A   This would be in the past.  Again, this

3  document is dated 2006.  So it was based on the

4  market in 2006.  So I believe at that time that

5  would have been the perception.

6    Q   Has the reality changed from the

7  perception in 2006, to your knowledge?

8    A   In some cases it may have.

9    Q   Has the United States had high growth

10  potential from 2006 in the M3 ERP solution?

11    A   I can't speak to that, because I don't

12  know what we're measuring it against.

13    Q   The next full -- actually the last

14  paragraph on the page says, "Lawson also has

15  several countries with a high number of installed

16  customers."  Do you see that?

17    A   Yes.

18    Q   Is it true that with respect to the

19  United States, that S3 is one of those countries?

20    A   It depends on the business units in the

21  industry.

22    Q   What particular business units in the S3

87

1  industry have high growth potential?

2    A   Healthcare, public sector and strategic

3  human capital management.

4    Q   Let's specifically go to the report for

5  healthcare, which begins at page Bates labeled 68

6  at the bottom.  It's page 11 I believe of the

7  document.

8    A   Okay.

9    Q   So is it accurate that for healthcare,

10  the lead product line is S3 financials?

11    A   That is not accurate today.

12    Q   What is it today?

13    A   Today it would be human capital

14  management.

15    Q   That's the HCM there, right?

16    A   Correct.

17    Q   Materials management, is that part of the

18  Supply Chain Management?

19    A   Yes.

20    Q   When this report was generated in 2006,

21  there were approximately 460 customers for

22  healthcare; is that right?

88

1    A   At that time.

2    Q   Is the number higher or lower now?

3    A   Higher.

4    Q   Do you know approximately what it is?

5    A   Between 500 and 550.

6    Q   Under sample customers, there's a series

7  of line items that involve license fees,

8  maintenance, services and contracting.  Do you see

9  that?

10    A   I do.

11    Q   It's fair to say that for a product such

12  as S3, Lawson generates revenues for all four of

13  those categories, isn't that right?

14    A   Yes.

15    Q   So for example, when Lawson obtains a

16  contract for a new customer for S3, there's an

17  initial licensing component revenue that's created,

18  that's generated?

19    A   That's correct.

20    Q   And then there is fees associated with

21  maintaining the operations of that software

22  solution, in this case S3, for that particular

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

89

1   customer, correct?

2       A   That's correct.

3       Q   And there are also services that are

4   associated that are provided to the customer with

5   respect to the S3 product, correct?

6       A   In some cases.

7       Q   And Lawson generates revenues for

8   providing services with respect to the S3 product

9   as indicated here in Exhibit 2, correct?

10      A   That's correct.

11      Q   There's also a line item for contracting.

12  What do you understand the revenues associated with

13  contracting to concern?

14      A   My understanding, the way I would

15  describe it, is contracting is essentially a subset

16  of the license fees.  It is the -- when we first

17  sign a contract with a customer, it's recognized as

18  license contracting, and then it goes through a

19  revenue recognition process.  It's considered

20  license contracting until it transfers or

21  translates to revenue.  So it would be a subset of

22  the license fees.

90

1       Q   Just so I understand, then, are we --

2   with respect to the $11.6 million that's identified

3   here as contracting, is that a subset of the $24.4

4   million that are the license fees?

5       A   That's the way I would interpret it.

6       Q   Do you know what the "1H'07" stands for

7   next to the contracting item?

8       A   First year -- or first half fiscal year

9   '07.

10      Q   If the contracting is the initial fee

11  that's associated with a new customer that's

12  licensed a product, is it listed here as just the

13  first half of '07 because it hasn't been rolled up

14  into the fiscal year for the license fee?

15      A   I'm not quite sure how I would interpret

16  it in this particular case.

17      Q   But at least with respect to an S3

18  product, Lawson enjoys revenue streams from

19  licensing, maintenance, and servicing, correct?

20      A   That's correct.

21      Q   And would that be consistent with respect

22  to each customer that licenses the S3 product, that

91

1   Lawson enjoys revenues from licensing, maintenance,

2   and servicing?

3       A   Not necessarily.

4       Q   Would there be any instances where Lawson

5   just received license fees and no maintenance fees?

6       A   Initially, no.  Maintenance is typically

7   required.  But over the course of time a customer

8   may choose to drop maintenance.

9       Q   At least for fiscal year 2006 in the

10  healthcare industry, it would appear that the main

11  source of revenue was maintenance fees, isn't that

12  right?

13      A   Looking at these numbers, yes, that's the

14  way I would interpret it.

15      Q   In fact it's almost three times as large

16  as the license fees that were realized from sales

17  to the healthcare industry in 2006, correct?

18      A   That's correct.

19      Q   Who at the company would be most

20  knowledgeable about the breakdown of the revenues

21  that are associated with the S3 product?  Let's

22  start with that.

92

1       A   I really can't name one, one individual.

2       Q   What division would it fall within?

3   Sales?

4       A   Actually if you're looking purely at the

5   numbers, it would probably be within our finance

6   organization.

7       Q   And would the same be true for M3?

8       A   Yes.

9       Q   If you turn the page, and I don't want to

10  belabor this, the next two pages discuss the

11  fashion and food and beverage, do you see that?

12      A   Yes.

13      Q   And I believe you indicated earlier that

14  M3 is the product that's directed to these industry

15  sectors, correct?

16      A   Fashion, food and beverage, that's

17  correct.

18      Q   And would you agree with me that it

19  similarly shows that revenues are generated from

20  the product for license fees, maintenance fees,

21  servicing, and contracting for both these industry

22  sectors?  Correct?

93

1  A  That's correct.

2  Q  Just flipping the page, again, the same

3  is true for wholesale distribution and service and

4  rental, correct?

5  A  That is correct.

6  Q  And then you also mention the public

7  sector, which was a customer of the S3 product, do

8  you see that?  I'm sorry, I'm referring to page 16

9  of the document, it ends with the Bates label 73.

10  A  I do.  At that time public sector was

11  called government and education.

12  Q  And one of the lead product lines for the

13  S3 for government and education listed here, now

14  called the public sector, is Procurement, correct?

15  A  I don't know if I would characterize it

16  as lead product.  But it is one of the products

17  that we sell into public sector.

18  Q  And again, licensing fees, maintenance,

19  servicing, and contracting are all associated with

20  that product offered to the public sector, correct?

21  A  That's correct.

22  Q  If you turn to the page that ends with

94

1  the Bates label 76 of Exhibit Number 2, there's a

2  heading there, "Customer Add-on Modules Strategy."

3  A  Yes.

4  Q  Do you have an understanding as to what

5  this add-on modules strategy is?

6  A  I would have to take a look at it.

7  Q  Take a minute.

8  A  Okay.

9  Q  So can you answer my question now?

10  A  Could you restate the question?

11  Q  Sure.  Do you have an understanding as to

12  what the add-on modules strategy is?

13  A  I do.

14  Q  What is that, sir?

15  A  At a high level, it's essentially looking

16  for opportunities in our existing customer base to

17  sell products that the customers don't currently

18  have.

19  Q  These are additional software solutions?

20  A  That is correct.

21  Q  And they could be added to the existing

22  S3 or M3 software applications?

95

1  A  That's correct.

2  Q  If you'll turn to the next page, sir,

3  that ends with the Bates label 77, you'll see

4  there's a chart there under the heading "S3 Add-on

5  Application Modules."

6  A  Yes.

7  Q  And there are it looks like some industry

8  sectors that we've talked about like healthcare and

9  retail at the top.  Do you see that?

10  A  I do.

11  Q  Do you recall that with respect to

12  healthcare, the document identified at the time

13  that there were 460 customers?  Is that correct?

14  A  That's correct.

15  Q  So that number appears to correlate to

16  the number of customers in this particular sector,

17  do you see that?

18  A  I do.

19  Q  And there's a summary, it appears, in the

20  last column for the total customers, correct?

21  A  I'm not sure where you're looking.

22  Q  There are four columns:  Healthcare,

96

1  retail, other, and total.

2  A  Oh, yes.  I see that.

3  Q  And it appears that the numbers at the

4  top add up to the total customers of 1,706?

5  A  That's correct.

6  Q  And it appears that one of the add-on

7  application modules for S3 involves supply chain

8  management.  Do you see that?

9  A  I do.

10  Q  Is this talking about the opportunity to

11  add those types of modules to the existing S3

12  customer base?

13  A  That is my understanding.

14  Q  And so it's a projection, then, as to

15  what the potential is of adding a specific add-on

16  module to an existing customer S3 application,

17  right?

18  A  It's the maximum opportunity, customers

19  who don't have those particular products.

20  Q  Okay.  So just for example in Supply

21  Chain Management, the total there of the

22  opportunity in your words is 759 potential add-ons

Frank, Jeffrey Paul  10/9/2009  9:40:00 AM

97

1   of a total customer base of 1706; is that fair to

2   say?

3       **A   That is correct.**

4       Q   So then can we deduce from that that the

5   majority of the total customers already have Supply

6   Chain Management module as part of their S3

7   solution that they've licensed?

8       **A   I would interpret it as that they have**

9   **some component of Supply Chain Management, yes.**

10      Q   And one of the components listed here

11  is -- well, let me just go through them.

12  There's -- Requisitions Self-Service is a component

13  of the Supply Chain Management?

14      **A   Is that a question?**

15      Q   Yes.

16      **A   Yes, it is.**

17      Q   And there's also a Procurement Punchout

18  software module that can be added on.

19      **A   Yes.**

20      Q   Vendor Self-Service, what's that?

21      **A   I'm not directly familiar with the**

22  **product.  But in general it allows the vendors to**

98

1   **communicate back and forth with the customer using**

2   **Lawson.**

3       Q   And there's EDI for SCM, do you see that?

4       **A   Yes.**

5       Q   Do you know what EDI stands for?

6       **A   Electronic data interchange.**

7       Q   And SCM is Supply Chain Management?

8       **A   That is correct.**

9       Q   And EDI is the method by which vendors

10  and potential purchasers communicate their data

11  over a network, isn't that right?

12      **A   Yes.  It's essentially a standard form of**

13  **data communication.**

14      Q   Would there be documentation within the

15  company that would be able to identify every

16  customer of the S3 or M3 Supply Chain Management

17  tools?  Do you want me to restate that question?

18  Does the company have documentation that would do a

19  breakdown of the software solutions that are

20  offered to a specific customer for S3 or M3?

21      **A   Offered, or licensed?**

22      Q   Licensed.

99

1       **A   Licensed, yes.**

2       Q   What I deduce from this chart is that

3   someone is tracking which applications of S3 a

4   specific customer has.

5       **A   That's correct.**

6       Q   I deduce that because someone has figured

7   out there is potential for additional add-on

8   modules for S3 applications that the customer

9   doesn't currently have.

10      **A   That's correct.**

11      Q   Who would be the person or persons at

12  Lawson who could specifically tell us, for example,

13  if a customer had a Supply Chain Management

14  solution as part of their S3 license?

15      **A   There are -- I would say there are a**

16  **variety of people.  That data is tracked really in**

17  **two different places.  Obviously it's a part of the**

18  **contract with the customer.  It's also tracked**

19  **within our customer relationship management**

20  **product, which is Salesforce.com.**

21      Q   Can someone run a query against the

22  shared drive of Lawson's database to generate a

100

1   report as to each specific customer that had an S3

2   or M3 solution that involved supply chain

3   management?

4       **A   I don't know the answer to that.**

5       Q   But someone maintains data with respect

6   to which customers have Supply Chain Management as

7   part of their S3 or M3 solution, correct?

8       **A   Yes.**

9       Q   In fact someone must have accessed that

10  data in order to be able to create the potential

11  for add-on application modules that are depicted in

12  this chart, right?

13      **A   Yes.**

14          MR. ROBERTSON:  I don't know if such a

15  query has been done.  I'm going to get to a

16  customer list I think I have later, and maybe the

17  witness can answer questions as to how that was

18  generated, or maybe that's for another person on

19  another day.  But we'll -- obviously it's the kind

20  of information we're going to be seeking.  So I'm

21  just giving you a heads-up on that.

22  BY MR. ROBERTSON:

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

101

1      Q    Let me ask you a question.  With respect
2  to these potential for add-on modules, is there
3  somebody who actually can price what the module
4  would cost to the customer if it were added onto an
5  S3 solution?
6      A    That would typically or would always be
7  done as part of a sales process, a sales
8  engagement.
9      Q    Is that a way of saying it varies by
10  customer?
11     A    Potentially.
12     Q    Can you turn to the next page, which ends
13  with 78.  There's an "M3 Add-on Application
14  Modules."
15     A    Okay.
16     Q    And again, are we talking here in this
17  chart about the potential for add-on modules to
18  existing M3 customers?
19     A    I'm just going to take a look at it a
20  little closer.
21     Q    Sure.
22     A    The idea is generally the same.  The

102

1  difference, I believe, looking at it, is the
2  numbers you see here are not the opportunity, but
3  the existing customers who have the product.  So
4  it's just the opposite.
5      Q    I see.  So from this chart it looks that
6  there are 26 customers using the e-Procurement
7  solution available with the M3 product?
8      A    That's the way I'm interpreting the
9  table.
10     Q    And it seems across the board that there
11  is -- it's used by food and beverage, fashion,
12  distribution, discrete, process and asset --
13     A    Intensive.
14     Q    Intensive.  Is that what the chart
15  depicts?
16     A    Yes.
17     Q    That's all I have on that document, sir.
18         (Frank Exhibit Number 3 was marked for
19  identification and retained by counsel.)
20  BY MR. ROBERTSON:
21     Q    I hand you what I've marked as Exhibit
22  Number 3.  I ask if you would take a look at that

103

1  for a moment.  And for the record, while you're
2  doing that, let me identify the document as a CEO
3  weekly executive meeting dated Tuesday, May 5,
4  2009, that has the Bates label LE 00110144 through
5  62.  It says "Fourth Quarter Fiscal 2009" on the
6  first page.  Let me know when you've finished
7  perusing the document.
8      A    I have.
9      Q    Have you seen documents of this type
10  before, sir?
11     A    I have.
12     Q    Do you know what the purpose of this
13  document is?
14     A    Generally speaking, the purpose of the
15  document is to provide a rollup of reports from the
16  various departments, business units within the
17  organization to the senior leadership group.
18     Q    How often is the rollup done?  On a
19  quarterly basis?
20     A    For this particular report, it's a weekly
21  basis.
22     Q    So once a week the CEO gets a rollup of

104

1  various financial information that's occurred for
2  the prior week?
3      A    It would be typically -- yes.  That's
4  accurate.
5      Q    Because -- let's just take a look at the
6  page that has the Bates label that ends 46.  It's
7  page 3 of 19 of the document.
8      A    Okay.
9      Q    And this chart here is entitled Lawson
10  Software fiscal '09 fourth quarter forecasted
11  results.  Do you see that?
12     A    I do.
13     Q    Is this a prediction of the revenues that
14  will be realized in the fourth quarter of fiscal
15  year '09, or are these revenues that have been --
16  are expected to be received during that fourth
17  quarter?
18     A    My understanding is it would be a
19  combination.  So it would be a combination of what
20  was forecasted or budgeted for the quarter, and
21  then results to date, progress to date.
22     Q    And help me, how can I tell that from

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

105

1   this document, that it includes both forecasted and
2   results or progress to date?
3   **A   I'm not the best person to interpret the**
4   **financial columns.  But in general, forecast would**
5   **be forecast of a record; second column would be**
6   **what the forecasts or budget for the quarter would**
7   **be; last week would be essentially where the**
8   **organization was at at that point.**
9   Q   This chart doesn't break down by product;
10   is that fair to say?
11   **A   I believe that is correct.**
12   Q   It's talking about contracting and
13   license fees and maintenance and services fees
14   associated with a multitude of products; is that
15   right?
16   **A   Correct.**
17   Q   Can you take a look at page 9 of 19 of
18   Exhibit Number 3.  And you'll see two charts there
19   for the S3 markets by sales stage and the M3
20   markets by sales stage.
21   **A   Yes.**
22   Q   And it's a color coded chart, correct?

106

1   **A   That's correct.**
2   Q   And there are several bars that are color
3   coded.  For S3 there's a bar for healthcare,
4   service industry, public sector, SHCM, and then
5   there's a total.  Do you see that?
6   **A   I do.**
7   Q   What's SHCM?
8   **A   Strategic human capital management.**
9   Q   And just so I understand this chart,
10   orange indicates the percentage of the sales that
11   have actually been closed or won?
12   **A   That would be my interpretation as well.**
13   Q   So this is actually, if you look at the
14   various colors that are indicated, this is
15   indicating, like the document in general, both
16   actual and potential sales; is that right?
17   **A   Completed and potential, correct.**
18   Q   Because some of them talk about "We have
19   a qualified lead," and others have a qualified
20   sales pursuit.  Do you see that?
21   **A   I do.**
22   Q   Those would fall under the rubric of

107

1   potential, I take it?
2   **A   That's correct.**
3   Q   And these numbers at the bottom that you
4   see here, 10,000, 6900, on market rollup, are those
5   actuals, or are those in thousands of dollars?
6   **A   I can't say for sure.  I don't believe**
7   **them to be actuals.**
8   Q   It would be a little light, wouldn't it?
9   **A   Yes.**
10   Q   If you take a look at the page that's
11   marked 11 of 19 of Exhibit Number 3, this executive
12   meeting report.
13   **A   Okay.**
14   Q   There's an S3 cash receipts.
15   **A   Yes.**
16   Q   For fourth quarter of fiscal year '09.
17   Do you see that?
18   **A   I do.**
19   Q   I just want to understand, why is it that
20   that first column indicates the cash receipts are
21   for March through May?  Why would that be part of
22   the fourth quarter fiscal year '09?

108

1   **A   Our -- because of our fiscal year.**
2   **Lawson's fiscal year runs June to May.**
3   Q   I see.
4   **So May is the end of our fiscal year, Q4.**
5   Q   Okay.  And so this has your projections
6   and your actuals that were received, is that right,
7   for the S3 cash receipts for that quarter?
8   **A   Yes.  But this is specific to**
9   **maintenance.**
10   Q   And how do you know that, sir?
11   **A   I'm looking up at the top of the upper**
12   **left hand corner, where it says "Maintenance**
13   **Revenue."**
14   Q   Would we expect to find a similar chart
15   with respect to licensing and perhaps servicing?
16   **A   I don't know the answer to that.**
17   Q   Does the marketing group have any input
18   on this weekly CEO report?
19   **A   It does.**
20   Q   What's the nature of that involvement?
21   **A   If you turn to page 12 of 19, you will**
22   **see the marketing report.  This is actually the**

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

109

1    report I referenced earlier this morning.

2       Q   Do you have principal responsibility for

3    providing information with respect to the Americas

4    in this report?

5       A   That's correct.

6       Q   Do you know how long Lawson has been

7    generating reports of this nature?

8       A   Not precisely.

9       Q   As long as you've been vice president of

10   marketing, since 2007?

11      A   I can't say for sure.

12      Q   More than the last fiscal year?

13      A   Yes.

14      Q   That's all I have for that document, sir.

15          (Frank Exhibit Number 4 was marked for

16   identification and attached to the deposition

17   transcript.)

18   BY MR. ROBERTSON:

19      Q   I'll show you what I've marked as Exhibit

20   Number 4.  I'll ask you to take a moment to peruse

21   that.  For the record, let me indicate that it's a

22   document that's entitled "Lawson Indirect

110

1    Purchasing, a Competitive Advantage."  And it has

2    the Bates label of ePlus 0240737 through 739.

3          Does this appear to be a printout of a

4    web page from the Lawson.com website?

5       A   Yes, it does.

6       Q   And is this the type of content you were

7    talking about earlier that marketing would generate

8    for incorporation into the information that's

9    available at the website?

10      A   Yes.

11      Q   In this particular web page, we're

12   talking about this electronic procurement or

13   e-Procurement solution, correct?

14      A   That is correct.

15      Q   You see the heading that is entitled

16   "Simply put" -- the paragraph, I'm sorry, that

17   begins "Simply put"?

18      A   I'm not seeing it.

19      Q   It's the third paragraph down under

20   the --

21      A   Okay.  Yes.

22      Q   It's saying here, "Simply put, Lawson M3

111

1    e-Procurement helps to make the purchasing process

2    faster and smoother and enables," colon, then

3    there's a number of bullet points; is that correct?

4       A   That's correct.

5       Q   And this is the content that you had

6    indicated earlier that Lawson makes every effort to

7    make sure is as accurate as possible, right?

8       A   That is correct.

9       Q   What is meant by "indirect purchasing,"

10   in contradistinction to direct purchasing, if you

11   know?

12      A   I do not know.

13      Q   Would part of this indirect procurement

14   process -- I'm looking at the first sentence of the

15   first paragraph.  It automates the steps of

16   requisitioning and authorization, correct?

17      A   To the -- I basically would just be

18   stating what's in the document.

19      Q   I just want to know if this Procurement,

20   if that's consistent with your understanding of the

21   procurement process, that the M3 Procurement

22   product that's offered automates the steps of

112

1    requisitioning and authorizing.

2       A   That's correct.

3       Q   And it also automates the steps through

4    generation and transmission of a purchase order as

5    well, correct?

6       A   Correct.

7       Q   And the product also automates the

8    invoicing and payment during the process, correct?

9       A   That is correct.

10      Q   You don't have -- do you have any reason

11   to take issue with any of the statements that are

12   made here as to the functionality of the automated

13   procurement process for the M3 e-Procurement

14   solution?

15      A   I do not.

16      Q   One of the bullet points under the

17   heading that was "Simply put," if I can direct you

18   back to that paragraph, which says, "The M3

19   e-Procurement helps make the process faster,

20   smoother, and enables," I just want to direct you

21   to a couple of those bullet points.  Do you see

22   that?

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

113

1    A  Yes.

2    Q   The third bullet point down says that the

3    Lawson M3 e-Procurement solution helps suppliers or

4    enables suppliers "to manage and upload product and

5    services catalogue content."  Do you see that?

6    A  I do.

7    Q   And that's an accurate statement,

8    correct?

9    A  Again, I can't speak to it directly.

10   Q   You have no reason to believe that that's

11   inaccurate information, do you?

12   A  I do not.

13       MR. ROBERTSON:  That's all I have for

14   that document, sir.  I understand we have to change

15   the tape, so why don't we take a five-minute recess

16   again, if you like.

17       THE WITNESS:  Great.

18       THE VIDEOGRAPHER:  This marks the end of

19   tape number 1 in the deposition of Mr. Frank.

20   We're going off the record.  The time is 11:44 a.m.

21       (Recess.)

22       (Frank Exhibit Number 5 was marked for

114

1    identification and attached to the deposition

2    transcript.)

3        THE VIDEOGRAPHER:  This marks the

4    beginning of tape number 2 in the deposition of

5    Mr. Frank.  We're now back on the record.  The time

6    is 11:50 a.m.

7    BY MR. ROBERTSON:

8    Q   During the break I handed you a document

9    that I've marked as Exhibit Number 5.  But before

10   we get to that, Mr. Frank, I wanted to go back to

11   the issue of the revenue streams that were

12   associated with the Lawson products.  In particular

13   we looked at that one document, revenue streams

14   associated with S3 and M3, do you recall that?

15   A  Yes.

16   Q   And from memory, I believe it was

17   licensing, maintenance, servicing, and contracting.

18   Is that right?

19   A  That is correct.

20   Q   License fees I think I understand.  Those

21   are the fees that are associated with providing the

22   product to a new customer or probably on an annual

115

1    basis when it's licensed; is that right?

2    A  That's correct.

3    Q   The maintenance fees, those are fees that

4    Lawson charges to make sure that the software is

5    operating properly and maintained and functional;

6    is that fair to say?

7    A  I wouldn't describe it quite that way.

8    Q   How would you describe maintenance

9    revenue?

10   A  There's really two components to

11   maintenance.  So one is ongoing support.  So when

12   customers have questions, run into issues, need

13   questions answered around the use of the software,

14   they'll call our help desk.  So it's access to help

15   desk and support.  The other aspect of it is the

16   ongoing development of the product that comes in

17   the form of patches and fixes and new versions of

18   the product.

19   Q   Upgrades?

20   A  Upgrades, correct.

21   Q   And there are revenues associated with

22   upgrades or patches, correct?

116

1    A  In some cases.

2    Q   How about training?  Does Lawson derive

3    any revenue from training their customers on how to

4    use the software solutions such as M3 and S3?

5    A  It does.

6    Q   Where would training fall within those

7    four categories we were talking about, licensing,

8    maintenance, servicing, and contracting?

9    A  It would fall under services.

10   Q   There's a 24/7 online availability to

11   customers who have questions or problems associated

12   with their software solutions such as M3 and S3,

13   correct?

14   A  I believe that is the case.  I can't say

15   for sure.

16   Q   Do you know whether or not Lawson charges

17   for that service?

18   A  I can't say.

19   Q   How about, do they have call-in numbers

20   that people can call in if they have problems with

21   their operational functionality of the solution?

22   A  We do.

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

---

**117**

1    Q   Does Lawson charge for those services?

2    A   As a part of the maintenance -- it's part

3    of the maintenance package.

4    Q   How about the actual implementation or

5    installation of the software for a customer?  Are

6    there revenues that Lawson derives from that?

7    A   Potentially.

8    Q   Would that fall under the heading of

9    services?

10   A   That's correct.

11   Q   Does Lawson charge for any consulting

12   services that it provides with respect to these ERP

13   software solutions we've been talking about?

14   A   It may, yes.

15   Q   What bucket would we put the consulting

16   services in under revenues?

17   A   Services.

18   Q   Let's take a look at Exhibit Number 5,

19   which appears to be a printout from the Lawson

20   website entitled "Procurement," bearing Bates label

21   ePlus 0241023 through 028.  Have you had a chance

22   to just peruse that?

---

**118**

1    A   I have.

2    Q   So this is an e-Procurement solution

3    we've been talking about as part of the S3 Supply

4    Chain Management; is that right?

5    A   I wouldn't say e-Procurement

6    specifically, but procurement generally.

7    Q   Well, does Lawson offer a procurement

8    solution that's not software-based?

9    A   It does not.

10   Q   If you see at the top, there seems to be

11   a series of kind of a drill-down of the pages to

12   get to this particular page.  We started at the

13   home, went through software, S3 Supply Chain

14   Management Solutions and Procurement, correct?

15   A   That's correct.

16   Q   So this particular procurement page is

17   talking about a software solution that is part of

18   the S3 Supply Chain Management tool, correct?

19   A   That is correct.

20   Q   And again, you have no reason to question

21   the accuracy of any of the statements on this

22   particular web page, which is vetted by your

---

**119**

1    department and legal, correct?

2    A   Vetted by product management and legal,

3    correct.

4    Q   But you're responsible for the content,

5    your department, marketing?

6    A   Our department is responsible for

7    ultimately generating and posting the content.

8    Q   So the requisition functionality of this

9    procurement process simplifies the process of

10   creating a routing purchase request, correct?

11   A   Based on what it says on the website,

12   that's correct.

13   Q   You have no reason to doubt that, right?

14   A   I do not.

15   Q   There's a heading for inventory control.

16   Do you see that?

17   A   Yes.

18   Q   Do you know whether or not the

19   Procurement solution for this S3 Supply Chain

20   Management has the capability of being able to

21   determine whether a product that has been requested

22   by a buyer is actually available in the vendor's

---

**120**

1    inventory?

2    A   I don't have that specific level of

3    knowledge.

4    Q   The heading under "Purchase Order"

5    indicates that this Procurement solution of the S3

6    Supply Chain Management "Helps smooth the process

7    of acquiring goods and services," do you see that?

8    A   I do.

9    Q   That's an accurate statement, to your

10   knowledge?

11   A   To my knowledge, yes.

12   Q   Why don't you -- it appears to be two

13   separate printouts of a web page in this one

14   Exhibit 5.  I think I have it again.  So rather

15   than go through it twice, why don't we just refer

16   to it.  It starts with the Bates label 26 at the

17   bottom, and it's entitled "Procurement Punchout."

18   Do you see that?

19   A   Actually I don't have that.

20   Q   It's not part of it?

21   A   No.

22   Q   Okay.  Well then, we'll come to that,

---

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

121

1   I'll either get it after the break, or I think I
2   have another copy of it at a later point.
3       MR. SCHULTZ:  The version we got ends
4   with the Bates label ending 25.
5       MR. ROBERTSON:  Okay.  It shouldn't have
6   been put together in one exhibit in any event.  So
7   I do think I have it separate.  So when I get to
8   that, we'll do it.  Let me mark the next exhibit as
9   Exhibit 6.
10      (Frank Exhibit Number 6 was marked for
11   identification and attached to the deposition
12   transcript.)
13   BY MR. ROBERTSON:
14      Q   I'll ask you to peruse that for a moment.
15   For the record, let me indicate it has a Bates
16   label ePlus 0241049 through 51.  It appears to be,
17   again, a printout of a web page from the Lawson
18   website, with the heading "Requisitions."  Do you
19   agree with me?
20      A   I do.
21      Q   Again, we're talking about the software
22   S3 Supply Chain Management solution, correct?

122

1       A   That is correct.
2       Q   And it's your understanding that a
3   requisition module is part of that Procurement
4   solution, right?
5       A   Yes.
6       Q   To your understanding, can you do a
7   purchase of a good from a supplier without a
8   requisition module?
9       A   I don't know the answer to that.
10      Q   But at least it's your understanding that
11   part of the S3 Supply Chain Management procurement
12   solution involves a requisition process?
13      A   A requisition product, correct.
14      Q   That's all I have for that, sir.
15      (Frank Exhibit Number 7 was marked for
16   identification and attached to the deposition
17   transcript.)
18   BY MR. ROBERTSON:
19      Q   Let me show you what I've marked as
20   Exhibit Number 7, which was that page I had as part
21   of my Exhibit Number 5.  Just for the record, it
22   appears, again, to be a printout of the web page

123

1   from the Lawson website bearing Bates label ePlus
2   0241026 through 28.  And it's entitled "Procurement
3   Punchout."  Do you see that?
4       A   I do.
5       Q   Are you familiar with a Procurement
6   Punchout solution as part of the S3 Supply Chain
7   Management?
8       A   In general terms, yes.
9       Q   What's your understanding?
10      A   Generally speaking, that it allows
11   customers, users to punch out to their suppliers'
12   websites to order products.
13      Q   The second paragraph under "Procurement
14   Punchout" indicates, with "Lawson Procurement
15   Punchout, you enjoy prebuilt integration to a large
16   universe of individual trading partners and digital
17   marketplaces."  Do you see that?
18      A   I do.
19      Q   Is it your understanding, as part of the
20   Procurement Punchout, Lawson has already prebuilt
21   in the capability of integrating to a large
22   universe of individual trading partners and other

124

1   digital marketplaces?
2       A   Based on just the document itself, yes.
3       Q   You have no reason to doubt the accuracy
4   of that statement, do you?
5       A   No.
6       Q   Do you know whether or not Lawson enters
7   into contracts with trading partners that provide
8   availability of products for customers?
9       A   I don't know.
10      Q   Would that be someone from the product
11   management group that would be knowledgeable?
12      A   I believe so.
13      Q   You've never seen any documents that
14   indicate that Lawson enters into agreements with
15   trading partners that supply goods to its
16   purchasing customer base?
17      A   No.
18      Q   That's all I have for that document, sir.
19      (Frank Exhibit Number 8 was marked for
20   identification and attached to the deposition
21   transcript.)
22   BY MR. ROBERTSON:

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

125

1    Q   Let me show you what I'm going to mark as
2    Exhibit Number 8, and ask you to take a look at
3    that.  Again, while you're looking through that,
4    this appears to be the printout of a web page from
5    the Lawson website under the Procurement solutions
6    for S3 Supply Chain Management, entitled "Purchase
7    Order."  It has the Bates label of ePlus 0241032
8    through 34.
9        Have you had a chance to look at that,
10   sir?
11   A   I have.
12   Q   Is it your understanding that a purchase
13   order functionality is part of the S3 Supply Chain
14   Management Procurement solution?
15   A   Yes.
16   Q   And the purchase order is how the
17   customer actually consummates the transaction with
18   the vendor who is supplying the good?
19   A   I can't speak to that directly.
20   Q   What do you understand the purchase order
21   functionality of this Supply Chain Management
22   solution to be?

126

1    A   Generally speaking I describe it as the
2    actual communication document that formally
3    recognizes a purchase through a vendor.
4    Q   And it indicates the purchase order can
5    be launched automatically through the Lawson
6    requisitions or through your buyers.  Do you see
7    that?
8    A   I do.
9    Q   Is that consistent with your
10   understanding of the purchase order module within
11   the Lawson S3 Supply Chain Management solution?
12   A   Based on what I see in this
13   documentation, yes.
14   Q   You have no reason to doubt the accuracy
15   of it, do you?
16   A   I do not.
17   Q   That's all I have for that document, sir.
18       (Frank Exhibit Number 9 was marked for
19   identification and attached to the deposition
20   transcript.)
21   BY MR. ROBERTSON:
22   Q   Let me show you what I've marked as

127

1    Exhibit Number 9 and ask you to take a look at
2    that, sir.  While you're doing that, let me
3    indicate it again appears to be a printout of a web
4    page from the Lawson website for the S3 Supply
5    Chain Management solution, and it has the Bates
6    label ePlus 0241043 through 45.
7        Is my representation consistent with your
8    understanding, that it's a printout from the
9    website?
10   A   Yes.
11   Q   Are you familiar with what the
12   Requisitions Self-Service solution is of the S3
13   Supply Chain Management?
14   A   At a high level, yes.
15   Q   And what's your understanding, sir?
16   A   That it allows organizations, customers,
17   to move the requisition process outside the
18   purchasing department and put the power of
19   requisitions in the hands of the departments and
20   users.
21   Q   Is there anything in here on this web
22   page that you would like to point out as being

128

1    inaccurate?
2    A   No.
3    Q   That's all I have for that document, sir.
4    Let me show you what I've marked as Exhibit Number
5    10.
6        (Frank Exhibit Number 10 was marked for
7    identification and attached to the deposition
8    transcript.)
9    BY MR. ROBERTSON:
10   Q   I'll ask you to look at that, if you
11   would, sir.  And for the record, this is a document
12   entitled Americas Marketing Organization, fiscal
13   year '09.  It indicates it was a draft which was
14   revised on -- I believe it's April 11, 2008.  And
15   it has the Bates label of LE 00158358 through 62.
16   Have you had an opportunity to look at that, sir?
17   A   I have.
18   Q   Have you seen this document before?
19   A   I have.
20   Q   Do you know whether or not there was a
21   final version of this document, as this appears to
22   be a draft?

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

129

1    A  There would have been, yes.

2    Q  Now, we had talked about the corporate

3  hierarchy of the marketing department.  Do you

4  recall that?

5    A  I do.

6    Q  Why don't you look at the page that ends

7  60.

8    A  Okay.

9    Q  Is that chart accurate as of today?

10    A  No.

11    Q  What's not accurate about it, or what's

12  changed?

13    A  Our organizational structure has changed.

14  Again, this is based on fiscal year '09 which,

15  using Lawson's fiscal year, ended in June -- or at

16  the end of May 2009.  So we just started a new

17  fiscal year on June 1.  We had fairly significant

18  organizational changes.

19    Q  Do you know whether or not there would be

20  a new Americas marketing organization document for

21  fiscal year '10 that would accurately reflect the

22  existing structure of the marketing department?

130

1    A  I do.

2    Q  And does it exist?

3    A  It does.

4    MR. ROBERTSON:  Perhaps we overlooked it,

5  but this was the only one I could find that says

6  current for the marketing structure of the

7  department.  If one exists, I request that it could

8  be produced.

9    MR. SCHULTZ:  We'll look into it.

10    MR. ROBERTSON:  Thank you.

11  BY MR. ROBERTSON:

12    Q  The last page of the document, Mr. Frank,

13  has "Americas Marketing - Headcount."  Do you see

14  that?

15    A  I do.

16    Q  Does FTE stand for full time equivalent?

17    A  That's correct.

18    Q  And so there are 22 individuals as of the

19  date of this, in the marketing department, full

20  time equivalents, working there; is that right?

21    A  That is correct.

22    Q  I think earlier you indicated you thought

131

1  it was approximately 40 total worldwide and 25 in

2  your group?  Don't let me mischaracterize your

3  testimony.  I thought I understood you to say there

4  were 25 in your group in the Americas.

5    A  That's correct.  So a total of

6  approximately 40 that are based in the U.S., in

7  marketing.  Of those 40, 25 in my organization.

8    (Frank Exhibit Number 11 was marked for

9  identification and attached to the deposition

10  transcript.)

11  BY MR. ROBERTSON:

12    Q  I'll show you what I'm going to be

13  marking as Exhibit Number 11 and ask you to take a

14  look at that.  For the record, it's a document

15  bearing the Lawson logo that ends ePlus 0241302

16  through 303.  It's entitled "Purchase Order:

17  Streamlining the Purchasing Process."  Do you see

18  that?

19    A  I do.

20    Q  It's my understanding that this was a

21  printout that was available from a link on the

22  Lawson website.  Is that consistent with your

132

1  understanding?

2    A  I don't know the answer to that.

3    Q  Do you know if this is the type of

4  document that would be created by marketing to

5  provide information concerning the purchase order

6  process for a Lawson procurement product?

7    A  I do.

8    Q  And what is the answer to that question?

9  Is it?

10    A  Yes.

11    Q  Would this be vetted with legal before it

12  was made available?

13    A  Yes.

14    Q  Is there any way you can tell the date

15  this document was created, by information contained

16  in it or otherwise?

17    A  Yes.  On the second page, lower right

18  hand corner.

19    Q  There's a copyright of 2002.

20    A  Correct.

21    Q  So you believe it to be sometime in 2002?

22    A  That is -- yes.  And -- should be created

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

133

1   in 2002.

2       Q   There's a disclaimer at the lower left

3   hand corner, do you see that?

4       **A   Yes.**

5       Q   Let me just read it for the record,

6   because it says, "This information pertains to

7   tentative products under development that have not

8   yet been made commercially available to customers

9   by Lawson.  Lawson may make changes, cease

10  development, or modify the timetable of these

11  products at any time without notice."

12      Do you see that?

13      **A   I do.**

14      Q   Do you know whether or not since 2002,

15  Lawson implemented a purchase order process as part

16  of its Procurement suite?

17      **A   I can say Lawson has a purchase order**

18  **application.**

19      Q   That's all I have for that document, sir.

20      (Frank Exhibit Number 12 was marked for

21  identification and attached to the deposition

22  transcript.)

134

1   BY MR. ROBERTSON:

2       Q   Let me show you what I'm marking as

3   Exhibit Number 12.  I'll ask you to take a look at

4   that for a minute.  For the record, it's a color

5   printout downloaded from the Lawson website that

6   bears the Bates label ePlus 0444140 through 170,

7   entitled "Using Lawson Procurement Punchout with

8   External Vendors."  Do you see that?

9       **A   I do.**

10      Q   We had talked about webinars earlier this

11  morning with respect to descriptions of the

12  functionality and features of some of Lawson's

13  software solutions.  Do you recall that?

14      **A   I do.**

15      Q   Mr. Lohkamp, he is one of the management

16  personnel in the product management group?

17      **A   That's correct.**

18      Q   And is Mr. Fritch to your knowledge

19  within the product management group?

20      **A   He is a customer.**

21      Q   I see.  Does this appear to be a

22  PowerPoint presentation that includes -- that

135

1   consists of a webinar demonstration of the

2   functionality of Lawson Procurement Punchout with

3   external vendors?

4       **A   I believe that is the case, yes.**

5       Q   You had indicated that like the website

6   and like the brochures, that Lawson attempts to

7   provide accurate information in its webinar

8   presentations, correct?

9       **A   Correct.**

10      Q   And just refresh me, the webinars are

11  also vetted by legal?

12      **A   Yes.**

13      Q   Just the page that ends with the page

14  label 42, there's a heading, "Lawson Procurement

15  Punchout Features."  Do you see that?

16      **A   I do.**

17      Q   Why don't you look at those features and

18  tell me if that's consistent with your

19  understanding as to the Procurement Punchout

20  functionality.

21      **A   This really goes beyond my level of**

22  **knowledge of the product.**

136

1       Q   Turning the page, you see "Procurement

2   Punchout Partners Sample"?

3       **A   Yes.**

4       Q   Are these the vendors that make available

5   their information and catalogues as to the goods

6   they're offering for sale?

7       **A   I can't say for sure, but that would be**

8   **my interpretation.**

9       Q   Can you turn to the page that ends with

10  the Bates label 148.

11      **A   Okay.**

12      Q   You see the acronym at the top, SCIS?

13      **A   Yes.**

14      Q   Do you have an understanding of what that

15  means?

16      **A   I do not.**

17      Q   Can you turn back two pages, I'm sorry,

18  to the one that ends 146.

19      **A   Okay.**

20      Q   You see it says "Supply Chain Information

21  Systems"?

22      **A   Yes.**

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

137

1    Q   That's a service offered by Lawson, isn't

2   that right?

3    A   That is incorrect.

4    Q   Who is that?

5    A   My understanding, just looking at the

6   rest of the content, this is the content that was

7   presented by Trinity Health, Lawson's customer.  So

8   it's their internal name for the project or

9   department.

10    Q   So do you know whether or not this

11   Procurement Punchout with external vendors was

12   actually implemented at Trinity Health?

13    A   I can't say for sure.

14    Q   By reviewing this document, would that

15   appear to be the case?

16    A   That would appear to be the case.

17    Q   And turning to the page that ends 148

18   again, so it says that one of the supply chain

19   information system project objectives which was

20   achieved at all live sites includes the shared

21   catalogue of items and vendors.  Do you see that?

22    A   I do.

138

1    Q   Would that be a service that Lawson would

2   provide as part of this Procurement Punchout?

3    A   I can't say for sure.

4    Q   Is it consistent with your understanding

5   of one of the services Lawson can provide for this

6   Procurement Punchout?

7    A   It is, however it could be a situation

8   where Trinity Health did something in terms of

9   modifications to the system specific to their

10   organization.

11    Q   The next page that ends with 149 has a

12   "Phased Lawson Rollout," do you see that?

13    A   I do.

14    Q   It says, "Approximately 6500 users

15   currently using Lawson Requisitions Self-Service,"

16   do you see that?

17    A   I do.

18    Q   Is that consistent with your

19   understanding, as of approximately the time this

20   webinar would have been created, that 6500 users

21   were using Lawson Requisitions Self-Service?

22    A   My interpretation of that bullet point is

139

1   at Trinity Health, there were 6500 employees using

2   Lawson Requisitions Self-Service.

3    Q   I see.  I understand.  That's all I have

4   with that document, sir.

5    (Frank Exhibit Number 13 was marked for

6   identification and attached to the deposition

7   transcript.)

8   BY MR. ROBERTSON:

9    Q   Let me just hand you what I'm going to

10   mark as Exhibit 13.  I'll ask you to take a minute

11   to look at that document while you do.  Let me

12   state for the record it appears to be another

13   webinar demo downloaded from the Lawson website

14   that has the Bates label ePlus 0621206 through 233.

15   And is that representation consistent with your

16   observation, this appears to be a webinar that

17   is providing an overview of the Lawson's S3

18   Requisitions Self-Service?

19    A   I can't say -- yes, it does.

20    Q   I don't want to walk you through all the

21   representations that are made about the capability

22   of the Lawson Requisitions Self-Service, but again,

140

1   this would be the type of document that would be

2   vetted both by Mr. Lohkamp's project -- product

3   management group and vetted by legal, correct?

4    A   That is correct.

5    Q   If you look at the page that ends with

6   the Bates label 210, does that appear to you to be

7   an actual user interface that could be employed

8   in -- excuse me, with the Requisitions Self-Service

9   software solution offered by Lawson?

10    A   Yes.

11    Q   Just so I can understand the structure of

12   this document, looking at the page, 210, there

13   seems to be sort of a menu on the side of various

14   functionality that's going to be projected during

15   the webinar.  Is that fair to say?

16    A   You're talking on the far -- the gray

17   box?

18    Q   Yes, sir.

19    A   Yes, I believe that's a part of the web

20   technology.  It's not a part of the Lawson product.

21    Q   In fact there are durations, time

22   durations there which show how long the actual

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

141

1    presentation goes on; is that right?

2    **A    That's my interpretation.**

3    Q    But to the left of that gray box is what

4    appears to be a depiction of the user interface

5    that someone would be employing if they were going

6    to be using the Lawson self-service requisition

7    process, correct?

8    **A    I believe that is the case.**

9    Q    One of the things you see at the top is a

10   dropdown menu.  You're familiar with that term?

11   **A    Yes.**

12   Q    And one of the things that's highlighted

13   there in that dropdown menu is something that

14   indicates "Search Catalogue," do you see that?

15   **A    I do.**

16   Q    And if you look again to the right of

17   that gray box, there's going to be a webinar

18   presentation here as to how one would actually

19   search catalogues for items they would wish to

20   purchase, correct?

21   **A    I'm not sure about that.**

22   Q    If you turn to the next page, there

142

1    actually is now a presentation of the search

2    catalogue functionality of this self requisition

3    process that's now running?

4    **A    Correct.**

5    Q    And there's a search engine at the top

6    that you can input a specific query for an item

7    that someone might want to purchase?

8    **A    I see that.**

9    Q    Is that consistent with how the Lawson

10   Requisitions Self-Service software solution

11   performs?

12   **A    It gets beyond my level of knowledge.  So**

13   **I would be going just based on what we see here.**

14   Q    All right.  But just flipping through,

15   again, in the next several pages, all of these

16   appear to be user interface screenshots for the

17   product, correct?

18   **A    I've gone through 1218.  As far as I've**

19   **gone, yes, that is the case.**

20   Q    Have you ever used the Lawson S3

21   Requisitions Self-Service module?

22   **A    I have not.**

143

1    Q    That's all I have with that document,

2    sir.

3        (Frank Exhibit Number 14 was marked for

4    identification and attached to the deposition

5    transcript.)

6    BY MR. ROBERTSON:

7    Q    Let me mark this as Exhibit Number 14.

8    I'll hand it to you and ask if you would look at

9    that for a second, sir.  Just for the record, it's

10   marked ePlus 0240818 through 821.  And it is

11   entitled "Supply Chain Management" under the Lawson

12   logo.  Have you seen documents of this type before,

13   sir?

14   **A    I have.**

15   Q    Is this a document that might be

16   available on the Lawson website through a link?

17   **A    Potentially.**

18   Q    Well, in what capacity did you see this

19   type of document?

20   **A    Again, potentially on our website.  It's**

21   **also a document that would typically be available**

22   **to our sales force, that they could download for**

144

1    **use with prospects and customers, as well as the**

2    **type of documentation we would take to a trade show**

3    **or other type of event.**

4    Q    Would the marketing department be

5    responsible for the content of this document?

6    **A    Yes.**

7    Q    And would you, like the other documents

8    you've talked about, brochures, the webinars, and

9    the website, have vetted this both with product

10   management and legal?

11   **A    Yes.**

12   Q    The last -- excuse me, second to last

13   page that ends 820, I direct you to the bullet

14   points at the right hand column.

15   **A    Yes.**

16   Q    You see it says, "Lawson Supply Chain

17   Management Suite Applications," colon?

18   **A    I do.**

19   Q    Are all those consistent with your

20   understanding of the applications available with

21   the Lawson Supply Chain Management product?

22   **A    At the time that this was printed, yes.**

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

145

1    Q    And it was printed, it appears, in 2006;

2    is that right?  There's a copyright at the last

3    page, at the bottom.

4    **A    Yes, when it would have been created.**

5    Q    You say at the time it was printed that

6    would be consistent with your understanding of the

7    applications available.  What if anything has

8    changed?

9    **A    Just off the top of my head, one of the**

10   **products that is not listed here that's available**

11   **today is a product called Point of Use, which is a**

12   **product specifically used in the healthcare**

13   **industry.  There may be others that have been**

14   **added, but that's one that I know is missing.**

15   Q    Is there anything that's there that is no

16   longer part of this Lawson Supply Chain Management

17   suite of applications?

18   **A    Not that I'm aware of.**

19   Q    So it's your understanding, for example,

20   that Procurement, Requisitions Self-Service,

21   Procurement Punchout, Vendor Self-Service, and EDI

22   or EDI Professional for Supply Chain Management are

146

1    all part of the suite of applications?

2    **A    To the best of my knowledge, yes.**

3    MR. ROBERTSON:  Do you want to take the

4    lunch break, Will?  Why don't we take a break now.

5    We've been going for a long time, forging through a

6    lot of documents.  I'll get organized so after the

7    lunch break we can move swiftly through.

8    MR. SCHULTZ:  That's fine, thanks.

9    THE VIDEOGRAPHER:  We're going off the

10   record.  The time is 12:28 p.m.

11   (Whereupon, at 12:30 p.m., a lunch recess

12   was taken.)

147

1    AFTERNOON SESSION

2    (1:24 p.m.)

3    THE VIDEOGRAPHER:  We're now back on the

4    record.  The time is 1:24 p.m.

5    (Frank Exhibit Number 15 was marked for

6    identification and attached to the deposition

7    transcript.)

8    BY MR. ROBERTSON:

9    Q    Let me show you what's been marked as

10   Exhibit Number 15, Mr. Frank, and ask you to take a

11   look at that.  While you're doing that, let me

12   state for the record that it's a document entitled

13   "Lawson Software e-Procurement:  Revolutionizing

14   the Healthcare Supply Chain, a Lawson Software

15   White Paper," which bears the Bates label of LE

16   00163483 through 502.

17   Have you had a chance to look at it, sir?

18   **A    Yes.**

19   Q    We talked about white papers during the

20   morning session; you recall that, correct?

21   **A    I do.**

22   Q    Would this be an example of one of those

148

1    Lawson white papers that provide information with

2    respect to certain product offerings?

3    **A    Yes.**

4    Q    Would this be a document that would be

5    vetted by Lawson product management and the legal

6    department before it was being made available to a

7    potential audience?

8    **A    Today, yes.  I notice this a 2001**

9    **document.  I was looking at the logo, it's two**

10   **logos old.  It was before my time at Lawson.  But**

11   **based on today's process, yes.**

12   Q    And this is before the acquisition or the

13   merger with Intentia, correct?

14   **A    Correct.  That was 2006.**

15   Q    And the S3 product is a product that's

16   directed to the healthcare supply industry, isn't

17   it?

18   **A    Among other service industries, yes.**

19   Q    Let me ask you this.  Did the desire to

20   expand into the service industry motivate Lawson to

21   some degree in the acquisition of Intentia?

22   **A    I'm not sure I'm following your question.**

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

149

1    Q   Well, I understood from your earlier

2    testimony that one of the strengths of Lawson's

3    product line was in the manufacturing sector, and

4    that -- actually I have it the opposite way.

5        A   Correct.

6        Q   Okay.  Thank you.  So you had a service

7    solution prior to the acquisition of Intentia, and

8    Intentia brought the Movex or the manufacturing ERP

9    side of it to the equation?

10       A   That's correct.

11       Q   The focus of this document I want to

12   direct you to is beginning at page 488, going over

13   to 489.  And what it's doing there, it's my

14   understanding, is making a comparison between

15   traditional procurement and electronic procurement.

16   Do you see that?

17       A   I do.

18       Q   Would you agree with me that the goal of

19   a supply chain management solution is to streamline

20   and make the procurement process more efficient

21   than the traditional procurement process?

22       A   Among other things, yes.

150

1        Q   And would you agree with me that one of

2    the goals of Supply Chain Management solution is to

3    reduce the costs that have been historically

4    associated with the purchase process for, you know,

5    a business?

6        A   Yes.

7        Q   And this chart here, the Lawson Software

8    document "Revolutionizing the Healthcare Supply

9    Chain," is attempting to illustrate how the

10   e-Procurement process is more efficient and creates

11   cost savings than the traditional process, correct?

12       A   Yes.

13       Q   And indeed, under the chart on the page

14   that ends 488, it talks about how many "touches" or

15   human interventions need to occur in the

16   traditional procurement process as compared to the

17   electronic procurement process, correct?

18       A   That's correct.

19       Q   From a marketing standpoint, do you

20   believe that the electronic procurement process is

21   an improvement over the traditional human

22   intervention procurement process?

151

1        A   Generally speaking, yes.

2        Q   I mean, from a marketing perspective it's

3    one of the things that Lawson attempts to tout,

4    that the electronic procurement saves money and

5    reduces or streamlines the entire process, isn't

6    that right?

7        A   Based on this document, yes.

8        Q   But do you have any reason to believe as

9    you sit here today that the argument being made

10   here, essentially, that electronic procurement is

11   more efficient and less costly than the traditional

12   procurement process, is not true?

13       A   No.

14       Q   Is this white paper indeed an example of

15   Lawson touting that streamlined, more efficient,

16   less costly process with respect to one of its

17   products?

18       A   I don't know the answer to that.  I was

19   looking through the document to see how much of

20   this is based on existing product functionality

21   that's offered versus future development.  And just

22   paging through the document, I don't see that.

152

1        Q   Without regard to the document, you can

2    put it aside for a minute, would you agree with me

3    that one of the things that Lawson urges to its

4    potential customers is that its electronic software

5    solution for procurement is going to be more

6    efficient and less costly than the traditional

7    human intervention process?

8        A   Our position is our solutions could help

9    them be more efficient.

10       Q   And how does it do that?  Is it -- I'm

11   sorry.

12       A   I'll let you finish if you like.

13       Q   Is it by reducing the human intervention?

14       A   That would be one of the elements.

15       Q   How about speeding up the process, would

16   that be one of the elements?

17       A   Yes.

18       Q   How about the ability to be able to

19   choose among multiple vendors to find the best

20   price point for a desired product?

21       A   I can't speak to that specifically.

22       Q   Well, as the head of marketing for the

153

1    Americas, what do you think the advantages are to

2    the electronic procurement process offered by

3    Lawson over the traditional human intervention

4    process?

5        A    At a high level, reduction in use of

6    paper, automating the process, the use of

7    notifications of alerts, alerts that make the

8    process just more effective as well as more

9    efficient.

10       Q    Thank you.  That's all I have for that

11   document.

12           (Frank Exhibit Number 16 was marked for

13   identification and attached to the deposition

14   transcript.)

15   BY MR. ROBERTSON:

16       Q    Let me show you that I'm marking as

17   Exhibit Number 16.  I'll ask you to take a minute

18   to peruse that, sir.

19       A    Okay.

20           Okay.

21       Q    This document is entitled "Lawson M3

22   e-Procurement Sales & Presales Presentation."  It

154

1    appears that the author was Alfred Gerum, senior

2    product manager at Lawson.  It bears the Bates

3    label LO 134163 through 202.  My question is, have

4    you seen a document of this type before?

5        A    I have not.

6        Q    And this would be generated by the

7    product management department at Lawson, is that

8    right?

9        A    Based on the individual's title.

10       Q    Are you aware of a Mr. Alfred Gerum who

11   works at Lawson?

12       A    I am not familiar with him.

13       Q    When you acquired -- strike that.  Prior

14   to the acquisition of Intentia in 2006, did Lawson

15   offer a product called M3?

16       A    It did not.

17       Q    So it was the Movex product that was

18   acquired through that transaction, that was

19   rebranded M3 after 2006, correct?

20       A    That's correct.

21       Q    And so we can I think reasonably deduce

22   from that that this document, which I don't see

155

1    bears a date, must be sometime after that

2    acquisition, correct?

3        A    That's correct.

4        Q    Do you know whether such a document

5    exists for Lawson's S3 e-Procurement?

6        A    I do not.

7        Q    Do you know what the purpose for this

8    document would be?

9        A    Not exactly, no.

10       Q    Fair enough.  Do you think -- what's your

11   best estimate as to whether this would be a

12   document for internal consumption or a document

13   prepared for presentation to potential customers?

14       A    Based on what I see, my assessment would

15   be this is an internal only document.

16       Q    And why would you deduce that?

17       A    Initially just by looking at the cover,

18   the title "Sales," "Presales presentation," I

19   believe what he's inferring by that is a

20   presentation to sales and presales.  As opposed to

21   this is the presentation that we give to prospects.

22       Q    I'm not going to have a lot of questions

156

1    about this since you're not familiar with it, but

2    you are somewhat familiar with the M3 e-Procurement

3    product solution offered by Lawson, right?

4        A    Only at a very high level.

5        Q    But if you'll turn to page 3 in the

6    document that ends at the Bates label 165.

7        A    Okay.

8        Q    One of the things that Mr. Gerum in this

9    sales presentation is representing is that one of

10   the benefits or a requirement for M3 Procurement is

11   its ease of use.  Do you see that?

12       A    I do.

13       Q    In your view is the Lawson M3

14   e-Procurement solution easy to use?

15       A    I don't know the answer to that.

16       Q    How about catalogue management?  Are you

17   aware that the M3 Procurement has a requirement of

18   catalogue management?

19       A    I am not.

20       Q    Have you seen -- let me direct you to

21   page 6 of the document.  Have you seen similar

22   documents to this where they have a purchase flow

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

157

1    with electronic procurement?

2    **A   The page ending 167 --**

3    Q   168, sir.

4    **A   I'm sorry.  Would you repeat the**

5    **question?**

6    Q   Sure.  Understanding that you're not

7    familiar with this particular document, have you

8    seen similar documents that have an illustration of

9    the purchase flow of e-Procurement?

10   **A   No, I have not.**

11   Q   That's all I have with that, sir.

12       (Frank Exhibit Number 17 was marked for

13   identification and attached to the deposition

14   transcript.)

15   BY MR. ROBERTSON:

16   Q   Let me show you what I'm marking as

17   Exhibit Number 17.  Take a minute to look at that.

18   I'll identify it for the record.  It's a document

19   entitled "Welcome to Lawson Web Requisition:  A

20   Guide for the Beginning Requester."  And it has the

21   joint logo of Lawson Software and SUNY Upstate

22   Medical University.  It has a Bates label of ePlus

158

1    0241397 through 416.  I'll ask you, when you're

2    done looking through it, whether you've seen this

3    document or documents of its type before.

4    **A   I have not.**

5    Q   Do you have any idea who at Lawson would

6    be responsible for creating or generating this

7    document?

8    **A   I would be guessing.**

9    Q   But you don't believe it would be

10   marketing?

11   **A   Correct.**

12   Q   Do you know what the purpose of this

13   document would be?

14   **A   Again, guessing, it appears to be more of**

15   **a training tool as opposed to a sales or marketing**

16   **document.**

17   Q   Does it look like a training tool for a

18   particular customer?

19   **A   I would be guessing, but it looks like it**

20   **may have been something developed specifically for**

21   **SUNY Upstate Medical University.**

22   Q   Is there a particular department or

159

1    division within Lawson that's responsible for

2    customer training for the software solutions?

3    **A   At the highest level it's Lawson**

4    **Professional Services.**

5    Q   And that's a separate department or

6    division from the Product Management?

7    **A   Correct.**

8    Q   Who is in charge of Lawson Professional

9    Services?

10   **A   At this time the individual's name is**

11   **Scott Swoish.**

12   Q   Is Mr. Swoish located in the United

13   States?

14   **A   He is.**

15   Q   In Minnesota?

16   **A   No.  I believe he's located in Atlanta.**

17   Q   Is there any way for you to determine

18   approximately when this document might have been

19   created?  I don't see any copyright.

20   **A   Correct.  The only -- I can't say for**

21   **sure.  The only thing that gives me any indication,**

22   **again, is the logo, and -- the Lawson Software**

160

1    **logo, which is 2001 or before.**

2    Q   Thank you.  That's all I have for that

3    document.

4        (Frank Exhibit Number 18 was marked for

5    identification and attached to the deposition

6    transcript.)

7    BY MR. ROBERTSON:

8    Q   Let me show you what I'm marking as

9    Exhibit Number 18, a fairly voluminous document, so

10   take your time.  And just for the record, it's a

11   document entitled "About Lawson."  It has a Bates

12   label of LE 00015099 through 15161.  My initial

13   question is, have you seen this document before, or

14   documents of its type?

15   **A   I'm not familiar with this document, no.**

16   Q   Can I infer from that that you don't

17   believe that such a document would have been

18   created by the marketing department?

19   **A   That is my belief.**

20   Q   I'm just trying to date the document.

21   Again, I don't see a copyright on it.  But I do

22   note that it does reference the page ending 104,

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

161

1    the Intentia acquisition.

2       A   Correct.  It would certainly be sometime

3    in that time frame.  But it may have preceded the

4    actual acquisition.

5       Q   And the page that ends 103, there is a

6    June 2006 reference.  So it would appear to be

7    generated after 2006.  But other than that, is

8    there anything in the document that would help you?

9       A   No.  That would probably be the best

10   indicator.

11      Q   Do you have any notion who might have

12   been the author of this exhibit?

13      A   I don't.

14      Q   Do you have any idea what the purpose of

15   this exhibit might be, Exhibit 18?

16      A   I would be guessing.  It has components

17   from a lot of different areas within Lawson.  But I

18   would be guessing who compiled it and what its

19   exact purpose was for.  I haven't seen it before.

20      Q   Okay.  That's all I have for that, sir.

21          (Frank Exhibit Number 19 was marked for

22   identification and attached to the deposition

162

1    transcript.)

2    BY MR. ROBERTSON:

3       Q   Let me show you what I'm going to mark as

4    Exhibit 19 and ask you to take a minute to look at

5    that.  It's a fairly voluminous document.  While

6    you're looking at it, for the record let me state

7    that it's entitled "Strategy Review."  It appears

8    the author is one Dean Hager.  It's dated January

9    26th, 2007.  It appears to be a multi-page

10   PowerPoint with a Bates label LE 0144419 through

11   468.

12          My first question is, have you seen this

13   document before, sir?

14      A   I have not seen this particular document,

15   no.

16      Q   Have you seen documents of its type, or

17   iterations of it?

18      A   Yes.

19      Q   And when would that have occurred?

20      A   It would have occurred in roughly the

21   same time frame.  There are slides and elements of

22   this presentation which were used in other

163

1    documents and presentations.

2       Q   Who is Mr. Hager?

3       A   He is currently our executive vice

4    president of S3 industries.  At that time I believe

5    he would have been our executive vice president of

6    product management.

7       Q   Do you know why a document entitled

8    "Strategy Review" would have been authored by

9    Mr. Hager at about this time?

10      A   Yes.

11      Q   And what is the reason?

12      A   He had overall responsibility for product

13   management as well as our industries, and led our

14   effort around bringing Lawson and Intentia together

15   on product lines and industries.

16      Q   So in this January 2000 time period

17   Lawson was still digesting Intentia, for all

18   intents and purposes; is that fair to say?

19      A   It would have been approximately six to

20   seven months post merger of the companies, is the

21   way I would characterize it.

22      Q   Who is larger, Intentia or Lawson?

164

1       A   Roughly equal size companies.  It depends

2    what measurement you use.

3       Q   Let's start with number of employees.

4       A   Almost equal.

5       Q   And how about revenues, year of

6    acquisition or merger?

7       A   Very close.

8       Q   Were there any product lines that

9    Intentia had that did not continue at Lawson?

10      A   Today, yes.  But that happened over the

11   course of time.

12      Q   Would it be fair to say that the M3

13   product was one of the driving forces in the

14   acquisition or merger?

15      A   Yes.

16      Q   What about the customer market in Europe,

17   was that one of the synergies that Lawson was

18   hoping to leverage in the merger?

19      A   Yes.

20      Q   Prior to the acquisition, was Lawson a

21   player in the Europe market?

22      A   Define "player."

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

---

165

1      Q   Good point.  Did Lawson derive more than

2  a quarter of its revenues from sales to the

3  European market?

4      **A   No.**

5      Q   Can you give me -- I think we've talked

6  about the Pacific Rim market, the European/Middle

7  East market, and the Americas.  What percentage of

8  Lawson's revenue in 2009 approximately is derived

9  from each of those geographic regions?

10     **A   So I would have to speak to our fiscal**

11 **year 2009, which ended --**

12     Q   May 31?

13     **A   Correct.  Roughly speaking, about 50**

14 **percent in the -- North America, United States or**

15 **Americas.  About 40 percent in EMEA, so Europe,**

16 **Middle East, and Africa.  And about 10 percent in**

17 **Asia-Pacific, rough terms.**

18     Q   Can you do the same for me in relative

19 percentages for those same regions prior to the

20 acquisition of Intentia?

21     **A   For Lawson?**

22     Q   Yes.

---

166

1      **A   Yes.**

2      Q   What would it be?

3      **A   It would be roughly 95 percent U.S.,**

4  **North America.  A few percent for Europe.  A few**

5  **percent for Asia-Pacific.**

6      Q   Has Lawson's total revenues with respect

7  to the America geographic region grown since 2006,

8  or fallen off?

9      **A   I don't know the answer to that exactly,**

10 **off the top of my head.**

11     Q   Can you turn to the page of Exhibit

12 Number 19, it ends with the Bates label 424.  It

13 talks about product lines.

14     **A   Okay.**

15     Q   "1H Software Contracting."  What does 1H

16 stand for?  First half?

17     **A   I believe that is the case.**

18     Q   That's been a projection for where they

19 think they're going to be, since this is dated

20 January of 2007, in the first half of this year?

21     **A   Actually my interpretation would be,**

22 **because this is dated January, we would have**

---

167

1  **completed roughly the first half of that fiscal**

2  **year.  So this is actually results.  But I don't**

3  **know that for sure.**

4      Q   So just prior to 2006, Lawson wasn't

5  offering the M3 product in the United States,

6  correct, prior to the acquisition?

7      **A   Prior to the closing of the acquisition.**

8      Q   So does this indicate by the first half

9  of the 2000 year fiscal year, the M3 product is

10 roughly competing with the S3 product, if you're

11 looking at the total revenues there?

12     **A   That is the way I would interpret it.**

13     Q   Prior to 2006, prior to the merger,

14 Lawson wasn't making any M3 sales in the United

15 States, correct?

16     **A   Correct.**

17     Q   But within a half a year following the

18 merger, the total revenues generated from sales of

19 M3 were roughly comparable, within a couple of

20 million dollars, $3 million or so, of the S3 sales;

21 is that right?

22     **A   That's correct.**

---

168

1      Q   Have the M3 sales in the United States

2  grown every year since the merger?

3      **A   I don't know the answer to that.**

4      Q   That's all I have for that document, sir.

5          (Frank Exhibit Number 20 was marked for

6  identification and attached to the deposition

7  transcript.)

8  BY MR. ROBERTSON:

9      Q   Let me show you what I've marked as

10 Exhibit Number 20.  I'll ask you to take a moment

11 to look at that.  This document is entitled "Lawson

12 Opportunity."  It again appears to have been

13 authored by Dean Hager.  It has the Bates label LE

14 00145303 through 327.  Let me know when you're done

15 looking at it.

16     **A   Okay.  I have a general sense for the**

17 **document.**

18     Q   Have you seen this document before?

19     **A   No.**

20     Q   Have you seen documents of its type?

21     **A   Yes.**

22     Q   Do you know why Mr. Hager would be

---

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

169

1  preparing a document entitled "Lawson Opportunity"?

2  **A   I believe, looking at the charts that are**

3  **included in this, it's a PowerPoint presentation.**

4  **This is much of the same content of the previous**

5  **document we reviewed, the business plan document**

6  **earlier this morning.**

7  Q   Does that suggest to you it was created

8  about the same time as that business plan document?

9  **A   Yes. I would interpret it that way.**

10  Q   Why don't you turn to the page that ends

11  305, it says "Customer Base Trend."

12  **A   Okay.**

13  Q   I want to try and interpret what this

14  chart is attempting to depict. The column --

15  first, there's a column that has SAP, Oracle,

16  Infor, Intentia, and Lawson. Do you see that?

17  **A   I do.**

18  Q   SAP and Oracle are competitors of Lawson,

19  right?

20  **A   That's correct.**

21  Q   Was Infor a competitor of Lawson?

22  **A   Yes.**

170

1  Q   Is it still a competitor?

2  **A   Yes.**

3  Q   And can you determine whether or not this

4  document was created after or before the Intentia

5  acquisition?

6  **A   I can't say whether it was before or**

7  **after the official merger of the companies. But I**

8  **would say about that time.**

9  Q   And what does the 60 and 70 refer to next

10  to the "Intentia" and "Lawson"? Is that the number

11  of customers?

12  **A   To be honest with you, I don't know.**

13  Q   Why don't you take a look at the page

14  that ends 315, fiscal year '07 Growth Initiatives -

15  Expand Healthcare Footprint. There's two columns,

16  "Rationale" and "Initiatives." Do you see that?

17  **A   Oh, 315. I'm sorry. Okay.**

18  Q   Since 2007, has Lawson expanded the

19  healthcare footprint in the S3 product?

20  **A   Define "expanded footprint."**

21  Q   Increased its revenues, increased its

22  customer base.

171

1  **A   Increased customer base, yes.**

2  Q   It indicates here that Lawson has the

3  number 2 market position, former number 1. Do you

4  see that?

5  **A   I do.**

6  Q   Who is the number 1 market position now,

7  if you know, in this healthcare footprint?

8  **A   I don't know what they were using for a**

9  **basis of the definition for the measurement. So I**

10  **can't say.**

11  Q   That's all I have in that document, sir.

12  We talked a little bit before about some of the

13  tools in the toolbox that marketing uses in order

14  to promote Lawson products. Do you recall that?

15  **A   Yes.**

16  Q   And one of the things I think I recall

17  seeing were press releases. Do you recall that?

18  **A   Yes.**

19  Q   And the marketing department is

20  responsible for issuing the content of those press

21  releases?

22  **A   It is.**

172

1  Q   I'll show you that document, sir.

2  (Frank Exhibit Number 21 was marked for

3  identification and attached to the deposition

4  transcript.)

5  BY MR. ROBERTSON:

6  Q   For the record, while you're looking at

7  this, this appears to be a press release available

8  at the Lawson website, I believe.

9  MR. SCHULTZ:  Is this Exhibit 21?

10  MR. ROBERTSON:  Yes. I should have said

11  that for the record. Thank you.

12  BY MR. ROBERTSON:

13  Q   Exhibit 21 appears to be a press release,

14  with a Bates label L 0065569 through 71. And let

15  me ask you, after you've had an opportunity to look

16  at it, if you've seen this document before.

17  **A   I may have. But I don't recall the**

18  **specific news release.**

19  Q   The last page of Exhibit 21 has contacts,

20  do you see that, Joe Thornton, is it Weber

21  Shandwick, Jenny Meyers, or Karen Conway, do you

22  see all that?

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

173

1     A  I do.

2     Q  Are any of those people in the marketing

3  department?

4     A  Yes.

5     Q  Which?

6     A  Joe Thornton.

7     Q  Is he in marketing communications?

8     A  He is our director of media relations.

9     Q  Would press releases of this type, like

10  the brochures, the website, the webinars, and the

11  white papers, and the web pages, be vetted by

12  product management and legal before they're issued?

13     A  Yes.

14     Q  That's all I have for that document,

15  thanks.

16        (Frank Exhibit Number 22 was marked for

17  identification and attached to the deposition

18  transcript.)

19  BY MR. ROBERTSON:

20     Q  Let me show you what I'm marking as

21  Exhibit Number 22 and ask you to take a look at

22  that.  And for the record, it's a document entitled

174

1  "Lawson S3 Applications Portfolio."  It appears to

2  be dated October 27, 2008.  It bears the Bates

3  label of LE 00231500 through 520.

4     A  Okay.

5     Q  Have you seen documents of this type

6  before?

7     A  Not this particular document.

8     Q  How about documents of its type?

9     A  Looking just at the cover, it indicates

10  that some of the content was taken from the

11  corporate communications quarterly report, which is

12  a report that the marketing department generates.

13     Q  Is that one of the reports that you

14  mentioned this morning when I asked what type of

15  documents the marketing department generates?

16     A  It is.

17     Q  This appears also to be a quarterly

18  report, is that accurate?

19     A  It's hard to say if the time -- I can't

20  say for sure if it's for a particular quarter or a

21  different period of time.

22     Q  It says product report cards, fiscal year

175

1  09 Q1, do you see that, Q1 year end?

2     A  It says "Q1 year end."  That's why I'm

3  not sure if they're talking about quarter, or for

4  the year ending Q1, if it's a rolling 12 months.

5     Q  Do you know what the purpose of this

6  document is?

7     A  I believe it is to communicate

8  essentially traction or sales revenue for -- at a

9  product level as opposed to at an industry level.

10     Q  Do you know who the audience for this

11  document is?

12     A  I do not.

13     Q  Is it intended to be internal, or would

14  it be for external consumption?

15     A  I believe it would be exclusively

16  internal.

17     Q  And what leads you to believe that?

18     A  Well, one indicator would be, it says

19  "Lawson - Company Confidential - Internal Use

20  Only."

21     Q  Sensitive information as to product

22  trends and sales?

176

1     A  Correct.

2     Q  Is this intended to be what it states,

3  essentially a report card on how the S3 portfolio

4  is doing?

5     A  That would be my interpretation.  This

6  would be a document created by the product

7  management organization.

8     Q  Looking at the page that ends with the

9  Bates label 503, on the left there's a pie chart,

10  do you see that?

11     A  I do.

12     Q  I know it's difficult to read, but for

13  this fiscal year '09 Q1 company wide charts, is

14  this pie chart attempting to depict which

15  geographic regions, down to the specific country,

16  were responsible for the contracting share of the

17  overall pie?

18     A  My interpretation, it is contracting for

19  the entire year fiscal 2009 for S3.

20     Q  So for fiscal year 2009, 60 percent of

21  the contracting revenues came from America; is that

22  right?

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

177

1      A   I'm having trouble seeing the number.

2   But it's the large blue section.

3      Q   Is that consistent with your

4   understanding as to the percentage of S3 sales that

5   would have occurred in fiscal year 2009?

6      A   Generally speaking, yes.

7      Q   Why don't you take a look, there's a

8   chart on the right that's probably easier to read,

9   and at the top it says "FY08 Contracting" and "FY09

10  Contracting."  And then it says percent of total

11  contracting, 60.02.

12     A   I see that.

13     Q   Is that consistent with your

14  understanding of what the contracting revenue says

15  of what sales of the S3 product were in those

16  fiscal years?

17     A   Based on the numbers I see here, yes,

18  that's how I would interpret it.

19     Q   Why the big drop-off between fiscal year

20  '08 contracting and fiscal year '09 contracting?

21  Is it because only half the year has been reported

22  at this time?  Let me not suggest an answer.  The

178

1   percentages are roughly the same, but there's a

2   large drop-off.

3      A   I would -- off the top of my head I don't

4   know the reason for that.

5      Q   Okay.  Turn to the page that is 6 of 21

6   of the document, it ends with the Bates label 505.

7      A   Okay.

8      Q   These are FY09 Q1 company wide charts,

9   and there's a number of columns here.  On the right

10  side it says "Maintenance Revenues, FY08 Top Ten

11  SKUs," do you see that?

12     A   I do.

13     Q   What is attempted -- were they attempting

14  to depict here?

15     A   I can't say for sure.  I didn't create

16  the report.  I would interpret it as this is taking

17  our maintenance revenue, breaking it down at a

18  product level.

19     Q   So one of the products is a purchase

20  order system, PO, do you see that?

21     A   I do.

22     Q   And one is a PHS, Procurement Process

179

1   Suite.  Do you see that?

2      A   I do.

3      Q   Would those SKUs, those product

4   offerings, be within the rubric of the procurement

5   solutions we've been talking about today?

6      A   I can't say for sure.  But that would be

7   my interpretation.

8      Q   Going on to the next page, there are

9   again company-wide charts identifying top ten

10  clients for total revenues, which include license,

11  maintenance and service revenues, then broken down

12  further to just license revenues, just maintenance

13  revenue, just service revenue.  Do you see that?

14     A   I do.

15     Q   And would that be -- and we're talking

16  about just the report card on the S3 applications.

17  So that's how I should understand those tables,

18  total revenues and then broken down of the three

19  categories we talked about earlier?

20     A   I can't say for sure, because -- I can

21  tell you there are M3 customers on this list as

22  well.

180

1      Q   Do you have customers who are both M3 and

2   S3?

3      A   Yes.

4      Q   We touched upon this morning as

5   well, but the differences between M3 and S3 have to

6   do with the industry sectors and some of the

7   particular needs of an industry sector such as for

8   manufacturing.  I think one of the examples you

9   gave were completion of a product, date the product

10  would be manufactured and completed.

11     A   Correct.

12     Q   Is that the kind of functional

13  difference, the difference between having to

14  provide for a manufacturing industry's needs versus

15  a servicing industry's needs?

16     A   It's much deeper than that.  But it goes

17  beyond my level of knowledge of the products.

18     Q   That's all I have for that document.

19         (Frank Exhibit Number 23 was marked for

20  identification and attached to the deposition

21  transcript.)

22  BY MR. ROBERTSON:

181

1    Q   Let me show you what's been marked as
2  Exhibit Number 23.  Why don't you take a minute to
3  look at that.
4        MR. ROBERTSON:  And for the record, this
5  is a document that is entitled "Marketing
6  Overview."  It bears the name of Mr. Frank.  And
7  it's dated June 27th, 2008.  It bears the Bates
8  label of LE 00110178 through 204.
9  BY MR. ROBERTSON:
10   Q   Have you seen this document before, sir?
11   A   I have.
12   Q   And did you in Frank -- in fact author
13  it, Mr. Frank?
14   A   I did.
15   Q   And what was the purpose of the document?
16   A   It's a PowerPoint presentation, and it is
17  a presentation that is typically used with new
18  sales staff as a part of their training
19  orientation.
20   Q   So that's the intended audience?
21   A   Correct, internal sales audience.
22   Q   Did you make the presentation to internal

182

1  sales?
2   A   In some cases.
3   Q   Is it a presentation that's made more
4  than once?
5   A   Yes.
6   Q   Do you know if this is the most recent
7  version of the document?
8   A   It is not.
9   Q   You've used the term before, "a
10  collateral."  And I see it's used here in "Sales
11  Empowerment," in "Sales toolkits," page 194, "Make
12  collateral easy to find."  What do you mean by the
13  word "collateral" used in that way?
14   A   "Collateral" is a general term we use
15  that includes really any type of marketing
16  materials, so it could include brochures, white
17  papers, case studies, etc.  We generally just call
18  it collateral.
19   Q   So it's information that might assist the
20  sales department in expanding business?
21   A   Among other things, yes.
22   Q   What would be some of the other things?

183

1   A   It would be materials we would use as a
2  part of our marketing campaigns.
3   Q   Is that -- some collateral we were
4  talking about -- let me ask you this.  Is some of
5  the collateral we were talking about the model
6  templates or answers for responses to RFPs?
7   A   No.
8   Q   Is it statistics on customers that have
9  purchased products?
10   A   No.
11   Q   Maybe I misunderstood, then.  Can you
12  give me some examples of the collateral that you're
13  talking about?
14   A   Sure.  Collateral would be more external
15  facing documents.  So brochures, case studies,
16  white papers, things that would actually be given
17  to a customer or a prospect.
18   Q   And does the marketing department
19  maintain the collateral?
20   A   Yes.
21   Q   Is there a centralized repository of it?
22   A   Yes.

184

1   Q   And where is that located?
2   A   It is located in a system we call Lawson
3  Publish on Demand.
4   Q   Publish on Demand.  Okay.  Is that
5  electronic format or hard copy, or both?
6   A   It is -- it's an online web-based
7  resource where the documents can be downloaded
8  electronically or they can be printed as well.
9   Q   This online resource, is it available to
10  customers that register, as we discussed earlier?
11   A   No.
12   Q   It's only available internally to Lawson
13  personnel?
14   A   That's correct.
15   Q   Primarily the sales force and marketing?
16   A   Primarily.  But it's available to anyone
17  in the company.
18   Q   So pretty much everything we've been
19  talking about today that involved brochures and
20  white papers and webinars are all part of this
21  collateral and available to the sales force and to
22  other Lawson personnel?

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

185

1   A   No.  Not everything.

2   Q   How would it be restricted?

3   A   You would not find webinars or PowerPoint

4   presentations.  Typically those wouldn't be

5   external.

6   Q   If you turn to page 18 of the

7   presentation, that's 195, that's not an actual

8   picture of the materials, is it?

9   A   No.  It's meant to be humorous.

10   Q   Is that -- the next page there that ends

11   196, it says "Sales Toolkits," is this a depiction

12   of the internal Intranet site that makes these

13   things available?  I could download some of these

14   things you've been talking about?

15   A   Yes.  That's correct.

16   Q   Are any of these collateral documents

17   you've been talking about, are they all generated

18   by marketing?

19   A   In which specific location?

20   Q   I'm confused.  I thought they were

21   available through an Intranet site that people

22   could access.

186

1   A   That is correct.  But you're actually --

2   what you're looking at on the page ending 196 is

3   actually one of our sales toolkits which is online,

4   but this is not Lawson Publish on Demand.

5   Q   Do you know whether or not the collateral

6   was searched for responsive documents, the

7   collateral library was searched for responsive

8   documents in this case?

9   A   To my understanding, it was.

10   Q   Why don't you turn to the next page, that

11   ends 197.  There are a number of -- you said

12   there's a menu on the right hand side, it says

13   "Click a section to expand."

14   A   Yes.

15   Q   Some of the things that are available are

16   brochures, customer presentations, example

17   newsletter, correct?

18   A   Correct.

19   Q   And then there's things that are called

20   internal only resources.  Do you see that?

21   A   I do.

22   Q   Is that a resource that is by definition

187

1   not intended to be shared with potential customers?

2   A   That's correct.

3   Q   Do you know whether or not those

4   resources were searched to provide responsive

5   documents in this litigation?

6   A   My understanding is they were.

7   Q   If you'll turn to the page that ends 199,

8   there's a corporate slide deck, "More than 120

9   slides." Do you see that?

10   A   I do.

11   Q   What is the corporate slide deck, sir?

12   A   It is a set of PowerPoint slides that

13   includes kind of corporate overview.  We have it

14   broken out by different categories.  You can see it

15   there, by customers, by products, by industries,

16   etc.

17   Q   What does LPS stand for?

18   A   Lawson Professional Services.

19   Q   You'll see at the page that ends 203,

20   there's a "Lawson New Two-Day Course:  Value

21   Delivery." Is that a two-day course for the sales

22   force?  Sorry, I'll let you catch up.  Or is that a

188

1   two-day course that's provided to potential

2   customers?

3   A   I'm not sure.

4   Q   That's all I have for that document, sir.

5       (Frank Exhibit Number 24 was marked for

6   identification and attached to the deposition

7   transcript.)

8   BY MR. ROBERTSON:

9   Q   Let me show you what I've marked as

10   Exhibit Number 24.  I'll ask you to take a look at

11   that.  While you're doing that, for the record,

12   it's entitled "Lawson Products:  What's Next." It

13   appears Mr. Frank may have been the author of the

14   document.  It's Bates labeled LE 00139675 through

15   99.

16   A   Okay.

17   Q   Have you seen this document before?

18   A   I have.

19   Q   And are you in fact the author of the

20   document?

21   A   I am.

22   Q   And what was the purpose of the document?

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

189

1    A   In Asia-Pacific and in Europe over the
2    last few years, since the merger of the companies,
3    we've put on annual events called "What's Next."
4    It's essentially to give our customers an idea of
5    what the company's been doing. And one of the
6    years I presented at the Asia-Pacific events,
7    specific to Lawson's products.
8    Q   Can you assist me then in attempting to
9    provide a time frame for when this document might
10   have been presented?
11   A   It would have been presented in August
12   time frame of 2007.
13   Q   Was the main purpose of this to provide
14   information with respect to the M3 and S3 products?
15   A   Primarily M3.
16   Q   Why would it have been primarily M3 as
17   opposed to S3?
18   A   In Asia-Pacific, the vast majority of our
19   customers are M3 customers.
20   Q   Can you tell me, Lawson has the M3 ERP
21   and S3 ERP. Do those two products account for the
22   majority of the revenues that Lawson generates,

190

1    that is, combined, compared to other products?
2    A   So you're asking specifically about
3    license software or license revenue?
4    Q   Let's start with that.
5    A   M3/S3 combined, yes.
6    Q   Do you draw a distinction between license
7    as opposed to maintenance? That is, let me ask it
8    a different way. Does M3/S3 account for the
9    majority of revenues for Lawson for maintenance
10   fees?
11   A   Yes.
12   Q   How about for service fees?
13   A   Yes, same would be true.
14   Q   Combined for fiscal year 2009 for S3 and
15   M3, what percentage of the total revenues of the
16   company would be attributable to those products as
17   opposed to any other product offering by Lawson?
18   A   I don't know the exact number, but a
19   majority.
20   Q   More than 50 percent?
21   A   More than 50 percent.
22   Q   What's the other major product line that

191

1    Lawson offers besides M3 and S3?
2    A   There are several. So we have
3    essentially five product lines; M3, S3, strategic
4    human capital management, and then we also have the
5    Lawson business development platform, and user
6    productivity platform. Those are comprised of
7    various products.
8    Q   If you'll take a look at the page that
9    ends with the Bates label 691, there is a chart
10   that has "Total Cost of Ownership - Average Cost
11   Per User."
12   A   Yes.
13   Q   And so we're talking here primarily, if I
14   understood you, to talk about M3. Is this chart
15   attempting to depict and track the total average
16   cost per user for the M3 product based on the
17   volume of users?
18   A   No.
19   Q   Tell me what it's trying to depict.
20   A   It is actually all Lawson customers. So
21   it would include S3 as well. But beyond that it is
22   the average cost per user.

192

1    Q   And you've got two price points for
2    Oracle and SAP, do you see that?
3    A   Yes.
4    Q   And so do you know whether the source of
5    that was as listed below, this Aberdeen Group
6    report?
7    A   Yes, this is all data from Aberdeen.
8    Q   The Lawson data I presume is data Lawson
9    generated, not Aberdeen; or is that not accurate?
10   A   Actually it's Aberdeen's data.
11   Q   Do you know whether it was accurate?
12   A   It was Aberdeen's report. So I can't
13   speak to the accuracy.
14   Q   Maybe I misunderstood. I want to just
15   understand this for a second. I see three points
16   on here, Lawson, Oracle and SAP. So the only data
17   available for Lawson was its cost per user at
18   approximately, it looks like, 150 or so users?
19   A   That's correct.
20   Q   And the only available data for SAP was
21   its cost per user at approximately, I don't know,
22   somewhere like 400?

Frank, Jeffrey Paul  10/9/2009  9:40:00 AM

193

1     A   Mm-hmm.

2     Q   And Oracle less than that, something like

3   380, maybe?  I'm just trying to read the chart.

4     A   **Understand -- oh, so to help you**

5   **understand the chart, so the line that you see is**

6   **an aggregation of all of the vendors that**

7   **participated in the study.**

8     Q   I see.

9     A   **The dot that you see for the three**

10  **vendors including Lawson is based on that vendor's**

11  **average number of users across its customer base.**

12  **So Lawson, we're more of a mid-market company.  We**

13  **don't have as many average users.**

14    Q   I see.  I understand.  That's all I have

15  on that document, sir.

16        (Frank Exhibit Number 25 was marked for

17  identification and attached to the deposition

18  transcript.)

19  BY MR. ROBERTSON:

20    Q   Let me show you what I've marked as

21  Exhibit Number 25 and ask you to take a look at

22  that.  While you're doing that, let me identify it

194

1   for the record.  It's a document entitled

2   "Mainstreaming LPS/LGS Marketing."  It appears to

3   be dated August 2009, and the author is listed as

4   Vicki Griffith from marketing.  When you've had a

5   chance to look at that, let me know.

6     A   **I have.**

7     Q   This is a fairly recent document,

8   correct?

9     A   **Yes.**

10    Q   Does Ms. Griffith work for you?

11    A   **She's he's an indirect report, not a**

12  **direct report.**

13    Q   Who does she directly report to?

14  Mr. Travis?

15    A   **Peter Quinn.**

16    Q   Does Mr. Quinn work for you?

17    A   **No, he reports to Travis White.**

18    Q   Do you know what the purpose of the

19  document was?

20    A   **Generally speaking, just to give the**

21  **marketing leadership team an understanding of the**

22  **services and support business.**

195

1     Q   LPS stands for Lawson Professional

2   Services, and LGS stands for...

3     A   **Lawson Global Support.**

4     Q   And Lawson Professional Services provides

5   services for the S3 and M3 products; is that right?

6     A   **Yes.**

7     Q   Does Lawson Global Support provide

8   support for the M3 and S3 products?

9     A   **Yes.**

10    Q   That's all, thanks.

11        MR. ROBERTSON:  Why don't we take a

12  break.  We've been slogging through a lot of

13  documents.

14        MR. SCHULTZ:  Okay.

15        THE VIDEOGRAPHER:  This marks the end of

16  tape number 2 in the deposition of Mr. Frank.

17  We're going off the record.  The time is 2:29 p.m.

18        (Recess.)

19        THE VIDEOGRAPHER:  This marks the

20  beginning of tape number 3 in the deposition of

21  Mr. Frank.  We are now back on the record.  The

22  time is 2:39 p.m.

196

1         MR. ROBERTSON:  While I'm looking for it,

2   why don't I give it to the witness.

3         MR. SCHULTZ:  Is it right under there?

4         MR. ROBERTSON:  Yes, thank you.

5         (Frank Exhibit Number 26 was marked for

6   identification and attached to the deposition

7   transcript.)

8   BY MR. ROBERTSON:

9     Q   Exhibit Number 26, Mr. Frank, did I mark

10  that?

11    A   **Yes.**

12    Q   Okay.  It's a document, for the record,

13  entitled "S3 Supply Chain Management launch

14  kick-off:  Procurement Punchout and Procurement

15  Card Self-Service."  It appears to have been

16  authored by a Sharon Bottensek, product management

17  operations.  It has a Bates label LE 00286037

18  through 81.  My question is, have you seen this

19  document before?

20    A   **I don't believe so, not that I recall.**

21    Q   Do you know what the purpose of this

22  document would have been?

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

197

1      A   Yes.

2      Q   And what would that be, sir?

3      A   It would be for an internal launch event

4   which would involve cross-functional groups across

5   the company, rolling out particular products noted

6   on the cover.

7      Q   Was this to educate these

8   cross-functional groups as to the features and

9   functionality of this new product rollout?

10     A   Among other things, yes.

11     Q   What would some of the other things be?

12     A   Typically it would involve timelines for

13   the launch process, key dates, as well as plans,

14   responsibilities, those types of things.

15     Q   Would the company want to be as accurate

16   as possible in the representations as to the

17   features and functionality of the rollout of this

18   new product to its internal cross-functional

19   groups?

20     A   Generally speaking, yes, we would want to

21   be as accurate as possible.  But it is an internal

22   document.

198

1      Q   That's all I have for that.

2          (Frank Exhibit Number 27 was marked for

3   identification and attached to the deposition

4   transcript.)

5   BY MR. ROBERTSON:

6      Q   Let me show you what's been marked as

7   Exhibit 27 and ask you to take a look at that.  We

8   talked a little bit this morning about the

9   responses to requests for proposal.  Do you recall

10   that?

11     A   I do.

12     Q   And those were requests made by potential

13   or even existing customers as to some of the

14   features and functionality of the software products

15   that Lawson is offering?

16     A   Yes.

17     Q   This document is entitled "General LPD

18   Guidance on Request for Proposal Engagement."  It

19   appears to have been authored by an Irene Orf,

20   O-R-F, global director SPF, Q409, dated April 2009.

21   It has the Bates number LE 00320958 through 5974.

22   Have you seen this document before?

199

1      A   I have not.

2      Q   Do you know -- strike that.  What does

3   SPF stand for, director of SPF?

4      A   I don't know.

5      Q   Do you know what the purpose of the

6   document would have been?

7      A   I can only infer from the -- what I'm

8   seeing.  LPD stands for Lawson Product Development.

9   I believe it's a document to give guidance to our

10   sales organization around how to involve LPD in the

11   RFP process.

12     Q   And LPD, again, stands for Lawson

13   Product --

14     A   Development.

15     Q   You had mentioned that sales is primarily

16   responsible for responding to the request for

17   proposal, they sometimes seek guidance from

18   marketing with respect to stock answers to common

19   questions.  You've now indicated that LPD sometimes

20   can provide guidance.  Is there any other

21   department or division of Lawson that provides

22   input with respect to responses to requests for

200

1   proposal?

2      A   The one that I know for sure is product

3   management.  But there certainly could be others.

4      Q   If you look at the page that ends 966,

5   there's a page that says "RFP Express Tool

6   Overview" dated December 5, 2008.  Do you see that?

7      A   Yes, I'm on that page.

8      Q   And it appears to have been authored by

9   an MJ Martis-Bailey of the sales support team.  Is

10   there -- I'm turning to two pages after that

11   document.  It appears to be a user interface, a

12   screenshot of a user interface that has the Lawson

13   logo on it.  And it says, "Users can use a

14   Google-type search against multiple databases."

15         Is there an internal search engine of

16   multiple databases that provides information to

17   help respond to RFPs?

18     A   I'm not specific with the -- I'm not

19   aware of the details or by name.  But this is,

20   generally speaking, the reference tool, the library

21   that I referred to earlier today.

22     Q   That had the template answers or the --

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

201

1      A   That's correct.

2      Q   -- to common questions?  Okay.  Do you

3   know whether or not someone can actually just cut

4   and paste from this Intranet website to fill out an

5   RFP?

6      A   I don't know.

7      (Frank Exhibit Number 28 was marked for

8   identification and attached to the deposition

9   transcript.)

10   BY MR. ROBERTSON:

11      Q   Let me show you what I've marked as

12   Exhibit Number 28, which is entitled "A Response to

13   Request for Proposal:  CML Healthcare."  It's dated

14   April 30, 2009.  It says it's prepared by Steve

15   Porter, account executive, Lawson Software.  And it

16   has the Bates label L 0068848 through 942.  Once

17   you have had a chance to look at that, why don't

18   you let me know.

19      A   Okay.

20      Q   I doubt you've seen specifically this

21   document.  But have you seen documents of its type

22   before?

202

1      A   I've had very limited exposure to our RFP

2   responses.

3      Q   But this is consistent with your

4   testimony earlier that the responses are typically

5   prepared by the account executive for the customer;

6   is that right?

7      A   That's correct.

8      Q   And does this document appear to have

9   been prepared by Lawson or by CML Healthcare?  Let

10   me just indicate, to me it says "Lawson Proprietary

11   and Confidential" on each page.  So my question is,

12   does Lawson take the questions in the RFP and input

13   them into their own format?  If you know.

14      A   I don't know the answer to that.

15      Q   This particular proposal appears to have

16   been for a supply chain information system; is that

17   right?

18      A   Based on the front cover, yes.

19      Q   And if you turn to the executive summary

20   section, 1.0, that begins at page 852, there's a

21   discussion of the applications that are going to be

22   included in this package that's being offered.

203

1      A   Yes.

2      Q   And one of it is EDI, correct?

3      A   Correct.

4      Q   And the Requisitions Self-Service that we

5   talked about this morning.

6      A   Yes.

7      Q   And Procurement Punchout, which we also

8   discussed.

9      A   Yes.

10      Q   So it's anticipated that's some of the

11   software solutions that Lawson is offering to CML

12   Healthcare to respond to its request, correct?

13      A   Correct.

14      Q   I'm not going to take you through this in

15   detail, but just by way of example, if you'll turn

16   to the page that ends 865, there appear to be a

17   number of what are called corporate requirements in

18   the description.  Are you with me?

19      A   I'm on 865, but I don't see --

20      Q   "Corporate Requirements" is at the top,

21   the heading, and then it's "Requirement," and it's

22   dated on this page, I mean it's numbered 2, 3, 4,

204

1   5.

2      A   Yes.

3      Q   Next to it there's a description, for

4   example 2 has, "Will initial training be performed

5   at onsite or at your facilities?  Please describe."

6   Do you see that?

7      A   I do.

8      Q   Just so I can understand the nature of

9   this document.  Then there's explanation or

10   comments.  That's where Lawson answers the question

11   that's being posed, correct?

12      A   Correct.  The column "Description," my

13   understanding is, that is the question from the

14   potential customer.

15      Q   So example number 6 here, it says, "What

16   training materials (e.g., manuals, videotapes,

17   CD-ROM, multimedia) are provided?  Please list."

18   And the response goes on to say, "For classroom

19   training, there will be user guides and training

20   workbooks," and "There are web-based training

21   sessions available to our Online Learning Suite,"

22   correct?

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

205

1    **A   Correct.  That is Lawson's response.**

2    Q   So that's how I can understand the

3    document, there were the requests, the common

4    questions, then Lawson goes through and provides

5    its answers, like for example if you go through to

6    the page that ends 876.

7    **A   Okay.**

8    Q   Number 5 there says, "How many customers

9    with fully implemented systems do you have?"  And

10    Lawson is responding, we have 900 customers for one

11    or more of our supply chain applications including

12    300 healthcare customers, correct?

13    **A   That is Lawson's response.**

14    Q   Which would have been particularly

15    relevant to CML Healthcare, to see that you have

16    implemented for many healthcare customers, right?

17    **A   Apparently so.**

18    Q   And again, these RFPs, you indicated, you

19    attempt to be as accurate as possible, and they're

20    vetted by legal?

21    **A   That is my understanding.**

22    Q   Do you know who has responsibility at

206

1    Lawson for determining the cost proposals set forth

2    in the responses to RFPs?

3    **A   I don't.**

4    Q   Does the account executive have authority

5    to do that costing?

6    **A   I know the account executive has a role,**

7    **and there are limitations around what an account**

8    **executive can do from a pricing perspective.  But I**

9    **don't know the formal process.  Marketing's not**

10    **involved.**

11    Q   Thank you, that's all.

12    (Frank Exhibit Number 29 was marked for

13    identification and attached to the deposition

14    transcript.)

15    BY MR. ROBERTSON:

16    Q   Let me show you what's been marked as

17    Exhibit 29.  While you're looking at it, let me

18    read into the record, it's entitled "Lawson

19    Supplier Relationship Management Briefing."  It

20    appears to have been authored by Keith Lohkamp,

21    product strategist, SCM.  It has a copyright of

22    2006.  And it bears the Bates label of LE 00215560

207

1    through 24.  That's odd.

2    I'm informed that this was produced in

3    native file, so there's one Bates file, and then

4    these were printed out from the native file.

5    Have you seen this document before, sir?

6    **A   No.**

7    Q   Do you know what the purpose of the

8    document would have been?

9    **A   I don't.**

10    Q   Do you know, would the intended audience

11    be internal or external, if you know?

12    **A   I don't know.**

13    Q   Thank you, that's all I have for that.

14    (Frank Exhibit Number 30 was marked for

15    identification and attached to the deposition

16    transcript.)

17    BY MR. ROBERTSON:

18    Q   Let me show you what I've marked as

19    Exhibit Number 30.  I'll ask you to take a look at

20    that.  It's entitled "Lawson Fourth Quarter Report,

21    Fiscal 2008."  It says, "Marketing and Sales:

22    Color Commentary By Industry, Region,

208

1    Services/Support, and Key Products."  It's

2    assembled by corporate communications, and it bears

3    the Bates label of LE 00309688 through 9750.

4    Let me know when you've finished

5    reviewing it.

6    **A   I have.**

7    Q   Have you seen documents of this type

8    before?

9    **A   I have.**

10    Q   Is this one of the documents that you

11    indicated this morning that the marketing

12    department makes a contribution to on a quarterly

13    basis?

14    **A   Yes, it is.**

15    Q   So for example, if you look at --

16    actually, strike that.  Why don't you look at the

17    table of contents and see if you can identify

18    anything there that marketing would have

19    contributed to.

20    **A   Where you see the strategic verticals and**

21    **regions, each of those would have had a marketing**

22    **director associated with that organization, with**

209

1   that group, and would have contributed a part of
2   the process.
3       Q   On the very next page there's a number of
4   news releases.  And marketing would have been the
5   author of the content of those news releases?
6       A   Yes.
7       Q   They're all underlined, suggesting to me
8   that I might be able to link through to the actual
9   news release.  Is that available in the electronic
10  format of this document?
11      A   I would be guessing, but I believe that's
12  the case, that's why it would be underlined.
13      Q   Who is the audience for documents of this
14  type?
15      A   Primarily our CEO and CFO, as a part of
16  the preparation process for earnings calls.  But
17  it's also distributed to senior leadership across
18  the company.
19      Q   At page 13 there's a "Competitive
20  Behavior/Analysis:  Competition Overall."
21      A   I'm sorry, what page?
22      Q   13 of the document.  It ends with the

210

1   Bates label 700.
2       A   Okay.
3       Q   Is marketing responsible for the
4   information contained herein, or would that be some
5   other business group within Lawson?
6       A   Another business group at Lawson.
7       Q   Who would that be?
8       A   Generally this information would be
9   coming from the sales operations organization, and
10  possibly product management.
11      Q   So this fourth quarter report would be
12  the quarter ending May 31, 2008; is that right?
13      A   That is correct.
14      Q   Does this break out the sales by product,
15  whether it be M3 or S3?  Or is it just on a global
16  basis?  I don't see it.
17      A   I believe it gives some basic product
18  information.  But that's not the intent of the
19  document.
20      Q   You talked about the strategic verticals.
21  For example, there's one at page 15 of the document
22  that ends with the Bates label 702, public sector.

211

1   You've got -- the document has top wins and losses
2   listed.
3       A   Yes.
4       Q   So you see you have here Greenville
5   schools, South Carolina, revenue was $1.175
6   million, license for 200 users, $3.8 million or so
7   for services, and $219,600 for annual maintenance
8   based on the new business deal.  Do you see that?
9       A   I do.
10      Q   And this particular deal included S3 core
11  suites of EFM, HCM and SCM, correct?
12      A   That's what it states, yes.
13      Q   And SCM, again, would be Supply Chain
14  Management?
15      A   Correct.
16      Q   So that software solution was sold as
17  part of the S3 suite to Greenville, South Carolina
18  schools?
19      A   At a high level, yes.  But the components
20  that were actually sold within Supply Chain
21  Management could vary greatly by deal.  Essentially
22  if there's one product from the suite included, it

212

1   will be listed as a Supply Chain Management deal.
2       Q   There are some details that are listed
3   with respect to the specific modules that are
4   provided in that sale, for example.  If you look at
5   the next page, first line, there was Procurement
6   Punchout, and there was Self-Service, which I might
7   infer to be the self-service requisition module.
8       A   I'm not sure.
9       Q   But again, if you look down at the City
10  of Lafayette, about halfway through, they're
11  identifying in the middle there, or actually two
12  lines up from the bullet point City of Avondale,
13  Arizona, again, Procurement Punchout, Self-Service,
14  seem to be part of the Supply Chain Management
15  module.
16      A   That's correct.
17      Q   It says, "Deal includes all S3 core
18  suites."  And then it, open parentheses, includes
19  EFM, HCM, and SCM, do you see that?
20      A   You're still in the City of Lafayette?
21      Q   Yes, sir.
22      A   I see that.

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

---

213

1    Q    So SCM, Supply Chain Management, is
2  considered a core S3 suite?
3    A    That's correct.
4    Q    That's all I have on that document.
5        (Frank Exhibit Number 31 was marked for
6  identification and attached to the deposition
7  transcript.)
8  BY MR. ROBERTSON:
9    Q    Let me show you what I've marked as
10  Exhibit Number 31.  It's a two-page document
11  entitled "Lawson Battle Card:  Lawson M3
12  e-Procurement, September 2007."  And it has the
13  Bates label L 0134159 to 60.  Have you had an
14  opportunity to look through it?
15    A    I have.
16    Q    Have you seen this document before?
17    A    No.
18    Q    It says at the bottom, "Lawson
19  E-Procurement Internal Sales Sheet, for Internal
20  Use Only - Not for Distributions to Clients."  Do
21  you see that?
22    A    I do.

---

214

1    Q    Can I infer from your answer that you
2  haven't seen it before, that this would not be
3  something that marketing would generate?
4    A    Marketing actually would generate this
5  document.
6    Q    With input from product management?
7    A    With input from a number of groups,
8  including product management.
9    Q    And since it's for internal use only, who
10  would be the intended audience for this document?
11    A    Sales organization.
12    Q    And what would the sales organization do
13  with such an internal document, if it could be
14  distributed to clients?
15    A    It's essentially meant to be a primer to
16  make sure they're up to speed on the latest key
17  messaging, latest customers, wins, those types of
18  things.
19    Q    For lack of a better word, is it kind of
20  a cheat sheet to use when you're talking --
21    A    Sure, it's another way of characterizing
22  it.

---

215

1    Q    So the salesperson can use this to
2  provide detailed information about, in this
3  instance, the M3 e-Procurement software solution as
4  of September 2007 to a potential customer?
5    A    Potentially.
6    Q    What else would they use it for?
7    A    Some of the content is not intended to be
8  communicated externally.  So it's for their
9  knowledge, but it's not information that can be
10  directly then communicated to prospects or
11  customers.
12    Q    Can you give me an example of something
13  that is not intended to be communicated to a
14  potential client or customer?
15    A    Typically it will include information --
16  I don't see it in this particular one, but like our
17  prospect size.  And actually you will see that in
18  this one, it's the last piece, where we talk about
19  our target market, what types of organizations we
20  market.  That's not the type of information we
21  would communicate externally.
22    Q    You indicated earlier that -- when we

---

216

1  were discussing that chart that compared Lawson to
2  Oracle and SAP, that Lawson's, for lack of a better
3  word, core customers were more of a mid-size
4  company; is that right?
5    A    We had a lower average number of users
6  per customer.
7    Q    Is it generally true that the larger the
8  number of users, the lower the pricing is for the
9  product?
10    A    I can't answer that.
11    Q    For customer size, is it better that
12  Lawson target larger number of users or lower
13  number of users?
14    A    Again, I can't answer that question.
15    Q    Do you know who within marketing would
16  have been -- prepared this document or would have
17  been the author of it?
18    A    The person primarily responsible for it
19  is typically the marketing director for the given
20  business unit or area.
21    Q    This document seems to straddle several
22  business sectors, including -- they have reference

---

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

217

1    customers of automotive and office supplies and

2    manufacturing, correct, under "Reference Customers"

3    on the second page?

4        **A   Yes.**

5        Q   Would there be a similar type of document

6    for S3 e-Procurement?

7        **A   I don't know.**

8        Q   It says -- the title of this document is

9    "Battle Card."  Is that sort of, here's your

10   weaponry to go to war to win the business?

11       **A   I wouldn't say that.  It's a common term**

12   **used in sales and marketing.  We see it across many**

13   **different companies, many companies I've worked**

14   **for.  It's a standard term that's used.**

15       Q   Would it be the objective of marketing

16   with input from product management to provide an

17   accurate description of the functions and

18   description of the M3 Procurement in this document?

19       **A   Generally speaking, yes, we would want**

20   **the information to be accurate.  But again, it is**

21   **focused on an internal audience.**

22       Q   You're not trying to mislead your

218

1    internal sales force, are you?

2        **A   No.**

3        **(Frank Exhibit Number 32 was marked for**

4    **identification and attached to the deposition**

5    **transcript.)**

6    BY MR. ROBERTSON:

7        Q   Was that 31?

8        **A   31, yes.**

9        Q   Let me show you what I'm marking as

10   Exhibit 32 and ask you to take a minute to look at

11   it.  It appears to be a list that contains customer

12   IDs and customer names, addresses, and SKU numbers.

13   And I gather it was printed --

14       MR. ROBERTSON:  Was this produced in

15   native format and that's why there's no Bates

16   label?

17       MS. ALBERT:  Yes.

18   BY MR. ROBERTSON:

19       Q   You see the Bates label at the top, L

20   0135749?  The general question I have is, have you

21   seen this document before, or documents of its

22   type?

219

1        **A   I have not.**

2        Q   Can you tell by looking at it if this

3    appears to be a list of customers for certain

4    product offerings of Lawson?

5        **A   I can't say for sure what the purpose is.**

6        Q   The SKU number at the right, do you see

7    that?

8        **A   I do.**

9        Q   Underneath it there are a number of

10   acronyms, I guess, or there are letters, typically

11   there are two, sometimes three letters that appear

12   in that column throughout the document.  Do you see

13   that?

14       **A   I do.**

15       Q   Do you recognize any of those SKU

16   numbers?  Or SKU letters, excuse me.

17       **A   Specifically, no.  But I recognize them**

18   **as the internal codes that we use to identify**

19   **specific products.**

20       Q   So would RQ likely be requisition?  Do

21   you know if that's --

22       **A   I don't know for sure.**

220

1        Q   Do you know whether PO would be purchase

2    order?

3        **A   I can't say for sure.**

4        Q   Internally, do you know what IC would be

5    used for?

6        **A   I couldn't say for sure.**

7        Q   How about SIP?

8        **A   Couldn't say for sure.**

9        Q   Who is knowledgeable about the SKU

10   designations that are used for the various software

11   modules, which division of the company?

12       **A   Product management.**

13       Q   That's all I have for that document.

14       **(Frank Exhibit Number 33 was marked for**

15   **identification and attached to the deposition**

16   **transcript.)**

17   BY MR. ROBERTSON:

18       Q   Let me show you what I'm going to mark as

19   Exhibit Number 33.  I'll ask you to take a look at

20   that.  While you're doing that I'll state for the

21   record, it is a document entitled "LPD kickoff -

22   M&D, June 2009."  There's a typo in it, it should

Frank, Jeffrey Paul   10/9/2009   9:40:00 AM

221

1   be "Understanding Customer Industries."  And it has
2   the Bates label LE 00015771 through 805.
3         And my first question is, have you seen
4   this document before?
5   **A   No.**
6         Q   And LPD stands for Lawson Product
7   Development, correct?
8   **A   That's correct.**
9         Q   M&D stands for?
10  **A   Manufacturing and distribution.**
11        Q   And Mr. Cornelius, who appears to be the
12  author of this document, is in the LPD group; is
13  that right?
14  **A   Yes.**
15        Q   Would marketing have any input in a
16  document of this type?
17  **A   LPD could potentially use some marketing**
18  **materials or content.  But we're not involved, no.**
19        Q   Would this be for internal use and
20  education?
21  **A   I can't say for sure, but based on what**
22  **I'm seeing, I would assume that's what it's for.**

222

1         Q   That's all I have for that document.
2         (Frank Exhibit Number 34 was marked for
3   identification and attached to the deposition
4   transcript.)
5   BY MR. ROBERTSON:
6         Q   I'll show you what I've marked as Exhibit
7   Number 34.  I'll ask you to take a moment to look
8   at that while I identify it.  It's called
9   "Marketing Strategy and Alignment:  M3 North
10  America Kickoff."  It bears the name of Jeff Frank,
11  VP Americas marketing, dated July 10, 2008, bearing
12  the Bates label LE 00110164 through 176.
13        Have you seen this document before,
14  Mr. Frank?
15  **A   Yes.**
16        Q   Were you the author of it?
17  **A   Yes.**
18        Q   This document appears to me to be very
19  similar to the other exhibit we saw for the
20  presentation you made at the Asian conference.
21  **A   No.  Not to that document.**
22        Q   If you pull out Exhibit Number 23, I'm

223

1   sorry.  It was a marketing overview document you
2   did about two weeks prior.  It just occurred to me
3   that several of the slides were similar or the
4   same.
5   **A   Yes.  That's accurate.**
6         Q   And so I understood what the purpose of
7   Exhibit Number 23, this marketing overview
8   presentation you made, did I misunderstand, I
9   thought this document, Exhibit Number 23, was for
10  that presentation you made to the Asian group.
11  **A   For "What's Next"?  Actually this**
12  **presentation, 23, was what's used -- had been used**
13  **for sales orientations, training.**
14        Q   So what was the purpose of Exhibit 34?
15  Which is this marketing strategy and alignment,
16  North American kickoff.
17  **A   This was a sales kickoff meeting for M3**
18  **groups in North America.**
19        Q   That's all I have on that one.
20        (Frank Exhibit Number 35 was marked for
21  identification and attached to the deposition
22  transcript.)

224

1   BY MR. ROBERTSON:
2         Q   Let me show you what's been marked
3   Exhibit Number 35.  This document is entitled
4   "Lawson S3 Customer Marketing Campaign," second
5   half fiscal '09.  It bears the name of Jeff Frank,
6   revised December 12, 2008, bearing Bates label LE
7   00263420 through 424.  Have you had a chance to
8   look at that, Mr. Frank?
9   **A   I have.**
10        Q   Were you in fact the author of the
11  document?
12  **A   I was.**
13        Q   And was this document prepared for
14  internal purposes?
15  **A   Yes.**
16        Q   And what was the purpose?
17  **A   This was an early version, overview of a**
18  **campaign that we were developing for the second**
19  **half of our fiscal year 2009.**
20        Q   With respect to the S3 software product?
21  **A   That's correct.**
22        Q   And you said an early version.  Was there

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

225

1    a final version prepared?

2       A   There would have been subsequent versions

3    created, yes.

4       Q   Did you utilize this version internally,

5    or can you tell from the cover page that it wasn't

6    actually utilized?

7       A   This would have been used internally.

8       Q   I guess what I'm trying to understand is,

9    you said it was an early version.  So I guess I'm

10   wondering, was this a draft that you never actually

11   utilized, or was there a final version of this that

12   became the one you used?

13      A   This would have been used, but there were

14   updated versions.  This particular campaign evolved

15   into a program we called Lawson VIP.

16      Q   And were there internal presentations and

17   PowerPoints prepared with respect to Lawson VIP?

18      A   Yes.

19      Q   And does that include the S3 software

20   product?

21      A   It does.

22      Q   Does it also include the M3 software

226

1    product?

2       A   It does not.

3       Q   What does VIP stand for?

4       A   It was Value Improvement Program.

5       Q   And why did you have that program just

6    for S3 and not M3?

7       A   It's a company decision.

8       Q   Is there a separate program for M3 that

9    would be corresponding to the S3 Value Improvement

10   Program?

11      A   Yes.

12      Q   And what would that be called?

13      A   M3 VIP.

14      Q   Okay.  And would marketing have produced

15   a campaign document for that?

16      A   Yes.

17      Q   Do you know whether or not you authored

18   such a document?

19      A   I did not.

20      Q   Do you know who authored it?

21      A   I believe it was authored by Dieter

22   Rosconi.

227

1       Q   Does he work for you?

2       A   He does not.

3       Q   Who does he work for?

4       A   Martin Hill.

5       Q   Who is Martin Hill?

6       A   He is vice president of marketing for

7    EMEA.

8       Q   And that -- what's EMEA again?

9       A   Europe, Middle East.

10      Q   Okay.

11      A   Primarily Europe.

12          (Frank Exhibit Number 36 was marked for

13   identification and attached to the deposition

14   transcript.)

15   BY MR. ROBERTSON:

16      Q   Let me show you what I'm going to mark as

17   Exhibit Number 36, which appears to be an e-mail

18   string that is dated -- the first e-mail is dated

19   November 8, 2005 from a Vicki Griffith at Lawson.

20   It bears the Bates label LE 00553268.  And I

21   believe you appear to be copied on that e-mail.  Do

22   you see that?

228

1       A   I do.

2       Q   And it appears that the initial e-mail

3    went out on November 7, 2005, from a Steffan

4    Haithcox at Lawson.  You appear to have also been

5    copied on that.  The subject line was, "Help

6    needed:  Top 10 clients."  Do you see that?

7       A   I do.

8       Q   In essence Mr. Haithcox indicates to the

9    recipients that he needs help because he has a

10   meeting with a CFO the following week that has

11   approximately 150,000 employees and $30 billion in

12   revenue, do you see that?

13      A   Yes, I do.

14      Q   And one of the hurdles he identifies is

15   scaleability.  Do you see that?

16      A   Yes.

17      Q   And by "scaleability," do you understand

18   that to mean whether Lawson has the capability to

19   provide a product that could accommodate a company

20   of that size and revenue?

21      A   That's my interpretation.

22      Q   In other words, that Lawson needs to

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

229

1   provide this potential healthcare client with a
2   software solution that can scale to the size of a
3   company that is the prospective customer; correct?
4       A   That's how I would interpret it.
5       Q   And so Mr. Haithcox would like the
6   recipients of this e-mail to identify some top ten
7   clients that have revenue numbers, employee numbers
8   that might be comparable to this potential target;
9   is that fair to say?
10      A   Yes.
11      Q   So the response from Vicki Griffith
12  identifies a number of customers that have
13  significant employees and significant revenues, for
14  example Sara Lee Corporation has 130,000 employees
15  and $19 billion in revenue last year.  Do you see
16  that?
17      A   I do.
18      Q   And after Sara Lee, for example, it says
19  "Fin/HR/Proc."  Do you see that?
20      A   I do.
21      Q   Would that suggest to you that Lawson is
22  providing Sara Lee Corporation with software

230

1   solutions involving finance, human resources and
2   procurement?
3       A   At a very high level, yes.  What
4   particular applications they have, I don't know.
5       Q   Understood.  That level of detail is
6   certainly not provided in this e-mail response,
7   correct?
8       A   Correct.
9       Q   One of the companies that's identified
10  here as of November 2005 is Gannett.  Do you see
11  that?
12      A   Yes.
13      Q   And at a high level it appears that the
14  software solutions being offered are Finance,
15  Procurement, and LRS, do you see that?
16      A   Yes.
17      Q   Refresh me, LRS stands for?
18      A   It at that time stood for Lawson
19  Reporting Suite.
20      Q   Do you know from your own personal
21  knowledge whether Gannett was a Lawson customer in
22  November of 2005?

231

1       A   I don't know.
2       Q   From time to time, though, in your role
3   as the vice president of marketing for the
4   Americas, you do provide anecdotal information as
5   to customers of the company, to other outside
6   customers; is that right?  Let me rephrase the
7   question.
8           One of the things I understood you to
9   indicate was that sometimes customers are
10  interested to see whether or not you are servicing
11  similar customers in their industry sector,
12  correct?
13      A   Yes.
14      Q   Is it marketing that pulls this
15  information together?
16      A   In some cases, yes.
17      Q   Can marketing -- strike that.  Vicki
18  Griffith, is she in your marketing group?
19      A   She is, yes.
20      Q   So Vicki was able to access information
21  in November of 2005 to identify the top ten clients
22  of the company with respect to revenues and

232

1   employees; is that right?
2       A   Yes.
3       Q   Is that something you could access if you
4   needed to, to provide to a potential client so that
5   they could see that Lawson had the scaleability to
6   handle its software needs?
7       A   It is something I -- it is data I have
8   access to.  Generally speaking I wouldn't be the
9   person communicating that to a customer or
10  prospect.  It would be the account executive.
11      Q   Do you know if Steffan Haithcox was in
12  sales or in marketing or some other department?
13      A   At that time I believe he was in an
14  industry strategy director role.
15      Q   And what department or division of the
16  company would that be?
17      A   Product management.
18      Q   Do you know if Sara Lee is still a client
19  of the company?
20      A   I don't know for sure.
21      Q   Do you know whether Lawson still provides
22  procurement software to Gannett?

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

233

1      A   No, I don't know.

2          (Frank Exhibit Number 37 was marked for

3      identification and attached to the deposition

4      transcript.)

5   BY MR. ROBERTSON:

6      Q   Let me show you what's been marked as

7      Exhibit Number 37.  I'll ask you to take a minute

8      to look at that.  The cover page indicates that it

9      is VIP promotion as of May 7, 2009.  It bears a

10     Bates label of LE 00110275.  I believe what was

11     printed out afterwards was in native format,

12     because it all has the same Bates label.

13         And can you tell me if you recognize what

14     this document is?

15     A   I do.

16     Q   What is it, sir?

17     A   Well, there are three elements to it.

18     The first two I recognize.  The first document is a

19     summary report on the progress performance of the

20     S3 VIP program.

21     Q   How can you tell it's S3 and not M3?

22     A   Based on the numbers, and actually the S3

234

1      program took place in Q3 and Q4 of our last fiscal

2      year.  The M3 program is taking place during Q1 and

3      Q2 of this fiscal year.  And the second form I

4      recognize generally as a pipeline report.

5      Q   And what's a pipeline report?

6      A   It is reporting on the status of

7      opportunities in the sales pipeline.

8      Q   The first column in the second page of

9      Exhibit Number 37 is an opportunity name?

10     A   Yes.

11     Q   And then the next column is entitled

12     "Account Name."  Do you see that?

13     A   Yes.

14     Q   What's the difference between an

15     opportunity name and an account name?

16     A   The account name is the customer's name,

17     as we track it in our customer relationship

18     management system.  The opportunity name is tied to

19     a specific business opportunity, deal, so to speak,

20     with that customer.  It typically involves product

21     names in many cases.

22     Q   So just looking at -- well, let's use

235

1      Gannett.  Do you see that?  It's about seven or

2      eight names down.

3      A   I do.

4      Q   It says "Gannett/VIP-PFI, LSF."  Are PFI

5      and LSF software solutions that Lawson has a

6      potential opportunity to sell to Gannett or license

7      to Gannett?

8      A   That's what the opportunity name

9      indicates, yes.

10     Q   Do you know what PFI or LSF stands for,

11     what software solution?

12     A   Yes.

13     Q   What is it?

14     A   PFI stands for Process Flow Integrator.

15     And LSF stands for Lawson System Foundation.

16     Q   Since there's an account name for Gannett

17     Supply Corporation, would this suggest to you that

18     Gannett Supply has an open account with Lawson?

19     A   Yes.

20     Q   So under "Account Name," would all these

21     be existing customers of Lawson?

22     A   Yes, because it's for the VIP program

236

1      that was specifically for Lawson customers.

2      Q   And again, this would be in quarter 3 and

3      quarter 4 of fiscal year 2009?

4      A   That's the general time frame for the

5      program.  I can't speak to when this pipeline

6      report was generated.

7      Q   The next column says "Amount," then

8      underneath it says "(converted)."

9      A   Yes.

10     Q   What's being depicted there?

11     A   I can't say for sure.

12     Q   Is that the potential value of selling

13     those additional software solutions to the company?

14     A   Based on the header, I don't recognize

15     that terminology.  I can't say for sure.

16     Q   Is there anywhere in this document where

17     it indicates whether or not this opportunity was

18     realized?

19     A   Yes.

20     Q   Where is that, sir?

21     A   Well, I should actually clarify that by

22     saying there's a location where you can see the

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

237

1  status of the opportunity.  And that is in the
2  "Stage" column.
3      Q   And there are numbers between 1 and 4, it
4  appears, on this first page.
5      A   Correct.
6      Q   Okay.
7      A   And that is an indication of at what
8  point it is in the sales process.
9      Q   With 1 being early in the process and 4
10  being very late in the process?
11      A   In terms of general time frame, yes.
12  Progress, yes.
13      Q   Is there a particular indicator or
14  demarcation point that would permit you to move
15  from level 1 to level 2, level 3 to level 4,
16  correspondingly?
17      A   Yes.  Sales has definitions that they
18  follow.
19      Q   Can you -- like 1 being made the initial
20  contact, and 4 being closed the deal?
21      A   Not those specifically, but there are
22  defined criteria.

238

1      Q   As you sit here today, can you give me
2  your best memory as to, you know, what the
3  signposts are along the road from 1 to 4?  So
4      A   The range is actually from 1 to 7.  So 1
5  would be what we call a sales accepted lead.  So
6  that typically means it's a lead that came from
7  marketing or that sales created on its own.  And
8  it's basically the initial stage, where sales takes
9  it over, all the way through to 7, which is a
10  closed deal that we won.
11      Q   So Gannett on this first page had reached
12  stage 3 of the process?
13      A   That is -- that's correct.
14      Q   Can you help me out if there were any
15  stage 7s?  I don't see one through the first four
16  pages.
17      A   I don't see any.
18      Q   Was there a final generated with respect
19  to this VIP program with respect to S3 as to the
20  existing customers of Lawson?
21      A   By "report," what do you mean
22  specifically?

239

1      Q   A report similar to this, which would
2  identify -- or strike that.  Any kind of report
3  that says or indicates that the VIP promotion
4  actually resulted in a consummated contract for
5  these business opportunities.
6      A   Yes.
7      Q   And what was that report entitled, if it
8  had one?
9      A   I don't know that there would be a
10  specific title.  But it would be reports similar to
11  the first version at a summary level, as well as a
12  more detailed results report, pipeline report.
13      Q   Okay.  At the back end or in the middle
14  part of this report is a number of -- it appears to
15  be names of businesses.  Do you know what that is?
16      A   I do not.
17      Q   Do you recognize any of these as existing
18  customers of Lawson for their software solutions?
19      A   Yes.
20      Q   Does it appear that the majority are
21  Lawson customers?
22      A   I can't say the majority.  But certainly

240

1  there are many names on here that I recognize as
2  Lawson customers.
3      Q   There's then another two-page part of
4  this report that starts out with stage, sales rep,
5  number of opportunities, and value in U.S. dollars.
6  Do you see that?
7      A   Is that this?
8      Q   It looks like that.
9      A   Okay.
10      Q   They all have the same number, so it's
11  hard for me to -- it says "Stage" at the left hand
12  corner, then "6 - Closed/Won."
13      A   Okay, I can see it.
14      Q   Can you tell me what's intended to be
15  depicted here?
16      A   I can't say for sure.
17      Q   But there is a number of Lawson sales
18  representatives, correct?
19      A   Yes.
20      Q   It looks like there are a number of
21  opportunities that correspond to each name of the
22  sales rep; is that right?

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

241

1    A   That's correct.

2    Q   And the value in U.S. dollars, is that of

3    the opportunity, or is that of a closed or won

4    deal?

5    A   That's a good example of one.  I can't

6    say for sure, or I can't say this is tied to VIP.

7    There's no header that would indicate it.

8    Q   Finally there's a last page that appears

9    to be a chart, it only has two lines on it.  It has

10   an opportunity name and an account name.  Do you

11   know why this page stands alone here?

12   A   I don't.  It looks very similar to the

13   previous pages we looked at.

14   Q   I believe we have come to the final

15   document.

16       (Frank Exhibit Number 38 was marked for

17   identification and attached to the deposition

18   transcript.)

19   BY MR. ROBERTSON:

20   Q   Although I will take an opportunity to

21   have a short recess to make sure that's the case

22   and see if we have any final follow-up.  This is a

242

1    document that's been marked as Exhibit 38.  It is

2    entitled "Quarterly Rolling Focus Market Plan:

3    Public Sector - Americas, FY09."  It is written by

4    Ken Munson, marketing director, and Kristin

5    Paulson, marketing communications manager.  It

6    appears to have a date of July 7, 2008.  It's

7    version 5.0, bearing LE 00160078 through 132.

8        Take a moment to peruse that, let me know

9    when you're done.

10   A   Okay.

11   Q   Is this a document generated by the

12   marketing department?

13   A   Yes.

14   Q   Does Mr. Munson and Ms. Paulson work for

15   you?

16   A   Ken Munson did at the time.  He's no

17   longer with the company.  But Kris Paulson, yes.

18   Q   And is this a document that's typically

19   generated on a quarterly basis by the marketing

20   department?

21   A   It's called a quarterly document.  But

22   it's really developed annually, and then minor

243

1    updates made from quarter to quarter.

2    Q   What's the purpose of this document?

3    A   It's essentially a marketing plan.

4    Q   And is it directed to both the S3 and M3

5    products?

6    A   No.

7    Q   Since it's only the public sector, it's

8    only directed to the S3 product?

9    A   Exactly.  Yes.

10   Q   Do you know if there is a more recent

11   version of this document that's been prepared for

12   fiscal year 2010?

13   A   Yes.

14   Q   And has it been prepared?

15   A   It has been prepared, yes.

16       MR. ROBERTSON:  Why don't we take a short

17   break and I'll review with my colleague and see if

18   we're done.

19       MR. SCHULTZ:  Okay.  Thank you.

20       THE VIDEOGRAPHER:  Going off the record.

21   The time is 3:40 p.m.

22       (Recess.)

244

1        THE VIDEOGRAPHER:  We're now back on the

2    record.  The time is 3:44 p.m.

3        MR. ROBERTSON:  Thank you, Mr. Frank,

4    that's all the questions I have.

5        MR. SCHULTZ:  I do have a couple of

6    questions for Mr. Frank.

7        EXAMINATION BY COUNSEL FOR DEFENDANT

8    BY MR. SCHULTZ:

9    Q   Mr. Frank, could you describe again what

10   your job position is at Lawson?

11   A   My title is vice president of marketing.

12   Q   And what is your job duties as vice

13   president of marketing?

14   A   My primary focus is on the Americas, so I

15   have oversight, overall responsibility for Lawson's

16   marketing activities in the Americas with primary

17   focus being on North America.

18   Q   And in any of those job responsibilities,

19   do those involve duties and responsibilities

20   specifically to Lawson's Procurement software?

21   A   Yes.

22   Q   In your various job duties at Lawson,

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

245

1  have you had an occasion to talk with customers?

2  **A   Yes.**

3  Q   Have customers ever brought up to you

4  anything specific about Lawson's procurement

5  systems?

6  **A   To the best of my recollection, I've had**

7  **situations where they've commented on our matching**

8  **functionality, but generally been very**

9  **complimentary.**

10  Q   Earlier today you talked about the

11  revenues and the comparison of revenues on the M3

12  and S3 as compared to any of the other products

13  that Lawson sells.  Is the Procurement just a part

14  of the M3 and S3?

15  **A   There is a procurement product that is a**

16  **part of the S3 product line, and there's a**

17  **procurement product that is part of the M3 product**

18  **line.**

19  Q   So there are other products that are a

20  part of the M3 and S3 product lines?

21  **A   Yes, absolutely.**

22  Q   Have customers ever talked to you -- who

246

1  have talked to, you ever mentioned ePlus?

2  **A   No.**

3  Q   Have customers who have talked to you

4  ever mentioned ePlus's patent?

5  **A   No.**

6  Q   Or any of the patents that ePlus has?

7  **A   No.**

8  Q   Have the customers that you've talked to

9  ever mentioned any other company's procurement

10  software?

11  **A   Not to the best of my recollection.**

12  Q   Have you heard of ePlus's patents before

13  you heard about this lawsuit?

14  **A   No.**

15  MR. SCHULTZ:  I have nothing further.

16  Thank you, Mr. Frank.

17  THE WITNESS:  You're welcome.

18  MR. ROBERTSON:  Just a couple of

19  questions in response to Mr. Schultz's questions.

20  FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF

21  BY MR. ROBERTSON:

22  Q   He asked you about had you spoken to

247

1  customers about Lawson's procurement systems.  And

2  you mentioned the matching functionality; do you

3  recall that?

4  **A   Yes.  I believe the question was have**

5  **customers spoken to me.**

6  Q   Okay.  One of the specific things you

7  identified was the matching functionality, I

8  thought I understood you to say.

9  **A   That's correct.**

10  Q   What do you mean by "the matching

11  functionality"?

12  **A   Again, to the best of my recollection,**

13  **this would be several years ago, we made some**

14  **changes to our matching functionality, and in**

15  **particular in the healthcare industry.  I don't**

16  **think our customers really understood the changes**

17  **and the benefits that they would receive.  And**

18  **there were some negative feedback related to**

19  **Lawson's matching functionality at that time.**

20  Q   Okay.  I understood there to be some

21  potential negative feedback.  But what I want to

22  understand is what is the matching functionality,

248

1  what functionality does the matching -- what's

2  being matched?

3  **A   That really gets beyond my level of**

4  **knowledge.  The particular scenario was in a**

5  **meeting we had related to CUE, which is our**

6  **conference and user exchange, where we had a group**

7  **of customers together talking at a very high level.**

8  **It was brought up to my attention.  So I passed it**

9  **along to the product management team.**

10  Q   Was it matching, for example, one

11  vendor's good to another vendor's good, to make

12  comparisons between the two?

13  **A   I don't know -- I don't believe so.  I**

14  **believe matching -- again, this is not my area of**

15  **expertise, so it goes beyond my detailed knowledge.**

16  **But it has to do with matching purchase orders to**

17  **invoices.**

18  Q   When I was asking about the revenues

19  associated with S3 and M3 and how they compared to

20  the other products being offered by Lawson, did you

21  understand my question to be referring only to

22  procurement functionality that's available with S3

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

249

1   or M3?

2       A   I was answering it from the standpoint of

3   overall M3 and S3 revenue as a percentage of

4   overall revenue.

5       Q   That's how I was intending you to

6   understand the question.  But I also understood you

7   to indicate that if we wanted to, we could

8   determine the revenues associated with a particular

9   module being offered as part of the S3 or M3

10  offering; is that accurate?

11      A   Is my interpretation of that accurate, or

12  was my --

13      Q   Is that possible?  If I wanted to look at

14  a particular customer who had an S3 application

15  that included several of the modules we looked at,

16  like Finance, Human Resource, and Procurement, and

17  I wanted to see how much the Procurement solution,

18  what pricing was associated with that Procurement

19  solution as part of the overall contract with that

20  customer, could I do that?

21      A   I don't know the answer to that.

22      Q   Because I thought you had indicated that

250

1   that was possible before.  So I'm glad we clarified

2   that.

3       A   Well, I believe the question was could

4   you run a query to generate that information.  And

5   I think my answer was no.

6       Q   We looked at one example of an RFP.  It

7   was a healthcare provider.  Do you recall that?

8       A   Yes, I do.

9       Q   And it was getting an S3 application

10  which included Procurement; do you recall that?

11      A   I do.

12      Q   Do you know whether or not internally

13  Lawson does a cost analysis to determine what

14  revenue should be attributed to one software module

15  as opposed to the other software modules that are

16  being offered as a suite of solutions in that S3

17  product?

18      A   I don't know what specific assessments or

19  analysis is done.

20      Q   Do you know which division would likely

21  have that information?

22      A   Most likely product management and/or

251

1   finance.

2       Q   You in your role as the vice president of

3   marketing don't go out and actually pitch specific

4   products to customers, isn't that right?

5       A   That's correct.

6       Q   The front line people who do that are the

7   sales force, correct?

8       A   Correct.

9       Q   They would be the persons most likely to

10  know whether or not they competed directly against

11  ePlus for a particular customer, isn't that fair to

12  say?

13      A   Yes.

14      Q   Certainly more likely than yourself?

15      A   Correct.

16      Q   Since this lawsuit was filed, have you

17  had an opportunity to look at any of the ePlus

18  patents?

19      A   No.

20      MR. ROBERTSON:  That's all I have.

21      MR. SCHULTZ:  Nothing further.

22      MR. ROBERTSON:  Thank you very much,

252

1   Mr. Frank.

2       THE WITNESS:  Thank you.

3       THE VIDEOGRAPHER:  This marks the end of

4   tape number 3 in the deposition of Mr. Frank.  This

5   also marks the end of the deposition.  We're going

6   off the record.  The time is 3:52 p.m.

7       (Signature having not been waived, the

8   deposition of JEFF FRANK was concluded at

9   3:52 p.m.)

10              *   *   *

11          ACKNOWLEDGEMENT OF DEPONENT

12      I, JEFF FRANK, do hereby acknowledge that

13  I have read and examined the foregoing testimony,

14  and the same is a true, correct and complete

15  transcription of the testimony given by me, and any

16  corrections appear on the attached Errata sheet

17  signed by me.

18

19  _____  _____

20      (DATE)          (SIGNATURE)

21

22

Frank, Jeffrey Paul   10/9/2009  9:40:00 AM

253

1   CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2       I, Lee Bursten, the officer before whom

3   the foregoing deposition was taken, do hereby

4   certify that the foregoing transcript is a true and

5   correct record of the testimony given; that said

6   testimony was taken by me stenographically and

7   thereafter reduced to typewriting under my

8   direction; and that I am neither counsel for,

9   related to, nor employed by any of the parties to

10  this case and have no interest, financial or

11  otherwise, in its outcome.

12      IN WITNESS WHEREOF, I have hereunto set

13  my hand and affixed my notarial seal this 13th day

14  of October, 2009.

15  My commission expires: June 30, 2014.

16

17

18

19  _____

20  LEE BURSTEN

21  NOTARY PUBLIC IN AND FOR

22  THE DISTRICT OF COLUMBIA

255

1   E R R A T A   S H E E T   C O N T I N U E D

2   IN RE:  ePLUS iNC. v. LAWSON SOFTWARE, INC.

3   RETURN BY: _____

4   PAGE   LINE   CORRECTION AND REASON

5   _____  _____  _____

6   _____  _____  _____

7   _____  _____  _____

8   _____  _____  _____

9   _____  _____  _____

10  _____  _____  _____

11  _____  _____  _____

12  _____  _____  _____

13  _____  _____  _____

14  _____  _____  _____

15  _____  _____  _____

16  _____  _____  _____

17  _____  _____  _____

18  _____  _____  _____

19  _____  _____  _____

20  _____  _____  _____

21  _____  _____

22    (DATE)         (SIGNATURE)

254

1   E R R A T A   S H E E T

2   IN RE:  ePLUS iNC. v. LAWSON SOFTWARE, INC.

3   RETURN BY: _____

4   PAGE   LINE   CORRECTION AND REASON

5   _____  _____  _____

6   _____  _____  _____

7   _____  _____  _____

8   _____  _____  _____

9   _____  _____  _____

10  _____  _____  _____

11  _____  _____  _____

12  _____  _____  _____

13  _____  _____  _____

14  _____  _____  _____

15  _____  _____  _____

16  _____  _____  _____

17  _____  _____  _____

18  _____  _____  _____

19  _____  _____  _____

20  _____  _____  _____

21  _____  _____

22    (DATE)         (SIGNATURE)

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER
DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS AND
REVISED SUMMARY OF THE DEPOSITION OF JEFF FRANK**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis. MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonscrvicc@)merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

***Counsel for Defendant Lawson Software, Inc.***

_____/s/_____
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
dyoung@goodwinprocter.com

LIBW/1736775.2