**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 3:09-CV-620 (REP)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LAWSON SOFTWARE, INC.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER
DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS AND
REVISED SUMMARY OF THE DEPOSITION OF MANUEL MATIAS**

Plaintiff, *e*Plus, Inc. ("*e*Plus"), through counsel, hereby submits the following specific

objections to Defendant Lawson Software, Inc. ("Lawson")'s Counter-Deposition Designations

of the deposition of Manuel Matias and offers the following counter-counter designations and

revised summary:

**Specific Objections**

| Defendant's Counter Designations | *e*Plus's Objections to Defendant's Counter Designations | *e*Plus's Counter-Counter Designations |
|---|---|---|
| 11:9-12 | | |
| 20:7-15 | 403 | |
| 27:18-28:11 | 403; 701 | |
| 29:2-14 | | |
| 43:7-44:24 | | |
| 47:13-48:5 | | |
| 49:4-17 | | |
| 50:23-51:4 | | |

**Revised Summary**

Designated testimony relates to:

Mr. Matias is an employee of Robert Wood Johnson University Hospital ("RWJUH").  (5:22-25)

Currently RWJUH licenses the Requisitions Self Service application and the Purchase Order, Requisitions, Inventory Control, and EDI modules.  (10:13-11:8; 11:13-15)  RWJUH also licenses the Microsoft add-ins from Lawson that are used in conjunction with the Lawson procurement software.  (11:16-12:2)  The Lawson system went live approximately four months prior to the deposition.  (12:4-8)  The implementation of the Lawson procurement software began in April 2009 and took approximately seven months.  (12:23-13:6)

The Item Master, which is called IC11, houses all inventory supplies, both stock and non-stock, and includes Lawson item numbers, item descriptions, units of measure, and manufacturer numbers for items.  (13:12-23)  RWJUH has approximately 36,000 items from approximately 3,000 vendors in its Item Master, including medical and surgical supplies, laboratory supplies, gastroenterologist supplies, screws, bolts, bandages, gauzes, IV solutions, reagents, hip implants, stents, gowns, gloves, and pacemakers.  (14:21-15:9; 16:7-10)  Some of the larger vendors for RWJUH are Owens & Minor, Medtronic, and Synthes.  (19:9-20)

The Requisitions Self-Service application allows users to search for items according to criteria that includes item description, manufacturer number, and catalog number.  (17:7-24)

Purchase orders are generated in the Lawson S3 system through the PO100 program.  (32:17-33:3)  Multiple purchase orders can be generated from a single requisition containing items from multiple vendors.  (77:17-78:7)  Purchase order acknowledgements received by RWJUH through Global Healthcare Exchange provide information on the availability of items ordered from vendors, such as whether the item has been back ordered.  (34:12-35:5; 36:16-20)

Mr. Matias provided a recorded demonstration of the Lawson S3 system used at RWJUH. (38:10-18; 42:3-43:6; 44:25-45:4; 48:6-49:3; 49:18-50:22; 51:5-51:8; 52:19-54:20; 55:8-13; 56:4-57:4; 60:12-62:25; 63:17-64:6; 64:10-65:5; 65:7-9; 65:23-25; 66:2-18; 70:20-73:20; 75:2-14; 78:16-82:8; 91:12-93:9)  Mr. Matias demonstrated searching for items from different manufacturers (e.g., gowns, solutions) and building requisitions for those items using the "search catalog" feature in Requisitions Self-Service as well as the RQ10 program in the Requisitions module.  *Id.*  Mr. Matias also demonstrated generating purchase orders from the requisitions created in Requisitions Self-Service.  *Id.*

Respectfully submitted,


_____/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
cmerritt@cblaw.com
hwillett@cblaw.com


Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
SRobertson@goodwinprocter.com
JAlbert@goodwinprocter.com
DYoung@goodwinprocter.com


Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
MSrapp@goodwinprocter.com
JClements@Goodwinprocter.com


*Attorneys for Plaintiff, ePlus Inc.*


Dated:  August 11, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS AND REVISED SUMMARY OF THE DEPOSITION OF MANUEL MATIAS**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis. MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonscrvicc@)merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

***Counsel for Defendant Lawson Software, Inc.***

_____/s/_____
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
dyoung@goodwinprocter.com

LIBW/1736775.2