## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| *e*PLUS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER
DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS AND
REVISED SUMMARY OF THE DEPOSITION OF HANNAH RALEIGH**

Plaintiff, *e*Plus, Inc. ("*e*Plus"), through counsel, hereby submits the following specific

objections to Defendant Lawson Software, Inc. ("Lawson")'s Counter-Deposition Designations

of the deposition of Hannah Raleigh and offers the following counter-counter designations and

revised summary:

**Specific Objections**

| Defendant's Counter Designations | *e*Plus's Objections to Defendant's Counter Designations | *e*Plus's Counter-Counter Designations |
|---|---|---|
| 11:6-16 | | |
| 17:10-13 | | |
| 43:4-7 | 401/402 | 42:16 – 43:3 |
| 45:6-11 | | |
| 118:19 – 119:5 | 401/402 | |
| 128:14-18 | | |
| 197:4-24 | | |
| 206:3-15 | | |
| 220:11-25 | 602 | |

## Revised Summary

At the time of her deposition, Ms. Raleigh was a Practice Director at Lawson Software.  (24:9-13)  Her duties include overseeing customer implementations of Lawson's products at new customers in the health care industry and significant implementations of current customers in the Eastern U.S.  (24:14-19; 25:6-20)  Lawson's professional services organization includes roughly 300 employees in the U.S.  (26:3-11)  Lawson designated Ms. Raleigh to testify on behalf of the company as to several topics relating to implementation of the Accused products including customization, implementation, installation, set-up, and maintenance of the S3 Supply Chain Management suite.  (10:3-13:10)

Lawson's professional services organization provides training, project management, installation, implementation, implementation consulting, upgrade consulting and some technical development for Lawson's customers.  (29:24-30:7; 33:10-18)  Implementation services includes business process assessments, assistance with designing the configuration of the Lawson software to meet the customer's business requirements, developing test scripts, assisting the customer with testing the software and assisting the customer with activation of the software to go live.  (32:17-33:9; 103:13-105:6)  While Lawson is not typically responsible for conducting actual system tests, it does typically assist its clients in conducting the system test.  (206:3-18)  Roughly 90% of all Lawson customers purchase these professional services.  (33:19-34:5)  To assist its customers, Lawson will deploy an implementation team which includes an implementation manager.  (106:7-13; 107:1 – 109:2)  Lawson recommends to its customers that Lawson professional services be involved in any major upgrades or installations.  (92:4-25; 164:25 – 165:24; 171:19 – 172:22)  When upgrading its customers, Lawson will assist[1] in data mapping and integration.  (110:3-23; 126:21 – 127:20)  In addition, Lawson will perform data migration services to migrate data from one application or environment level to the next application or environment level.[2]  (49:23 – 51:9; 161:8 – 163:9)  These services are necessary in situations where a customer is upgrading to a newer Lawson version, for example.[3]  (49:23-51:9)  Lawson does not typically help its customers with data extraction and cleaning and mapping efforts, but Lawson could assist in those areas if needed.  (197:4-24)  Two examples of customers for whom Lawson has either offered to provide implementation services or provided implementation services include the Jackson Health System and Pima County, Arizona.  (212:14 – 213:18; 215:18 – 220:10; 221:1 – 222:11; 183:13-21; 185:15 – 188:2; 188:21 – 196:1)  In connection with Lawson's proposal to Pima County, Lawson proposed to share responsibility for the migration of data from Pima County's legacy system into the Lawson procurement system, for performing a test load of data, for cleansing the data and for performing a full migration systems test.  (190:3-193:5)  For Jackson Health System, Lawson's implementation services included implementation of the procurement suite including the purchase order, requisitions, inventory control, requisitions self-service and EDI applications.  (209:8-14)  The implementation services Lawson provided to Jackson Health System also included conversion of data in Jackson's legacy system

---

[1] Lawson inserts the phrase "in some circumstances."  *e*Plus objects to this insertion as mischaracterizing the testimony.

[2] Lawson asks that this sentence be deleted *in toto*.  *e*Plus objects.

[3] Lawson asks that this sentence be deleted *in toto*.  *e*Plus objects.

2

vendor master and item master.  Lawson's consultants loaded the item master and vendor master data into the Lawson procurement system.  (212:20-213:18; 215:18-217:19; 222:13-228:6) Lawson did not assist or collaborate with Jackson in coding program logic to map data from legacy or non-Lawson systems to Lawson API file layout. (220:11-25)

Lawson also provides learning services which include instructor led training courses conducted on-site or online and access to an online knowledge base.  (30:20-31:8; 52:15-54:21; 82:10-83:25)  Lawson makes available to its customers a list of course offerings in a course catalog. (57:3 – 58:9)  Three examples of courses offered by Lawson include Inventory Control 8.1/9.0x, where a user is taught key setup components and processing functionality including item related setup, Procurement Attributes 8.1/9.0 which includes hands-on exercises for creating and using user defined and Lawson defined attributes and Requisition 8.1/9.0 where a student is taught the major features of Lawson's requisition self service module including searching the catalog for items, using shopping lists, ordering specials or services and ordering categories.  (58:21 – 63:4)

Every Lawson customer uses the learning services at some point.  (31:9-18)  Lawson customers must pay additional fees to use these professional services.  (31:19-32:1; 34:6-12)  These professional services are priced using a standard rate card.  (41:12-20)  Lawson may give its customers price discounts which are given on a customer-by-customer basis.  (42:16 – 43:7)  In 2009, Lawson derived between $20 and $25 million for professional services from its health care customers in the Eastern U.S. alone.  (38:18-39:9)  In the 12 months prior to her deposition, Lawson had taken 13 new supply chain management systems live.  (76:11-24)

Lawson provides installation training for between 90% and 100% of its new customers.  (101:11-16)  Lawson provides an installation guide for each licensed Lawson application.  (173:20-23) Lawson directly provides installation services for 80-85% of new installation projects.  (74:11-24; 75:3-16)  The relationship between Lawson and its customers is governed by a Statement of Work.  (119:20-120:13)  Any changes to an implementation project desired by a customer must be approved by Lawson.  *Id.*  If a customer modifies its software, Lawson will not provide support; it will continue to support non-modified areas.  (156:21-157:13)  Lawson follows up its installation services with quality assurance testing which includes identifying critical business processes, developing test scripts for those processes and facilitating the testing.  (97:3-98:1) Lawson also sometimes assists with configuration of the punchout application, including assisting vendors in configuring their punchout sites. (173:20-175:2; 178:3-19).

Lawson also provides its customers with managed services.  (35:4-7)  A Lawson customer can purchase four levels of support: bronze, silver, gold and platinum.  (143:17-21)  Lawson cannot support its customers unless they have a computer with an internet connection.  (155:15-156:2) Lawson is able to access its customer's system remotely to provide support.  (148:23-149:3)  The bronze level includes product upgrades, correction self-service tools and maintenance of customers' systems.  (143:7-22; 145:16-146:5)  The silver level includes all offerings of the bronze level as well as non-warranty support, 24/7 emergency support, priority queing, and online usage reports and statistics.  (146:6-147:2)  At the gold level, Lawson will provide application management services.  (43:21-44:3)  At the platinum level, Lawson physically hosts its customers' servers.  (35:4-22; 43:21-44:3).

Customers access hosted services through the Lawson computer network.  (36:14-37:11)  All of the standard procurement functionality can be performed via S3 procurement systems hosted by Lawson.  (37:12-38:5)  When performing hosted services, Lawson will also assist in the installation of hardware, such as providing mobile supply chain hand held devices.  (100:10-21)  One example of a customer for whom Lawson hosts the Lawson S3 system is Fayette Regional Medical Center who licenses Lawson's supply chain procurement software.  (47:19-48:1; 48:7-14)  At the time of Ms. Raleigh's deposition, Lawson provided hosted services for 13 of its customers.  (76:25 – 77:6)

Lawson customers are required to purchase maintenance services for at least the first year after they purchase the Lawson software.  (44:14-23)  If a customer does not renew its maintenance agreement, it is no longer eligible to receive upgrades and support services.  (44:24-45:5)  Ms. Raleigh was not aware of any restrictions placed on its customers with respect to earlier purchased versions.[4]  (45:6-11)

Lawson has numerous tools to assist its customers including online leaning suites, project team training, data migration workshops and on-site training courses.  (49:23-51:9; 93:20-94:8; 94:14-97:2)  These programs cover all aspects of the Lawson product suite including requisition self-service, configuration of punchout, conversion processing, inventory control and purchase order creation.  (132:22-134:14)  Lawson customers can also receive interactive support services online from a Lawson employee.  (86:7 – 87:10; 88:25 – 89:17)

Lawson's S3 inventory control application includes a native import/ export utility to upload data onto the system.  (77:25-79:10)  With respect to building an item database, Lawson's services include populating specific setup criteria and helping customers make decisions on how best to populate the setup criteria.  (101:24-102:15; 102:20-103:12)  This item database can be imported onto the Lawson system.  Lawson provides its customers with data import tools which may include UNSPC codes.  (16:25-17:9)  Lawson does not provide its clients with training concerning how to import UNSPSC tools into the procurement application.  (17:10-13)  Lawson trains its customers as to how to set up the item master database and the data validation rules for its S3 procurement applications using conversion workbooks, services and training.  (58:21-59:21; 81:3; 82:5)  Lawson provides its customers with file formats which specify the proper format for data files to be loaded into the Lawson system.  (84:19-85:5)  Lawson also can assist its customers in actually loading the data and with data cleaning for the vendor master database and the item master database.  (125:2-25)

---

[4] Lawson contends this sentence should read "A customer would be able to continue using the system at whatever version level it was currently using."  *e*Plus objects to this sentence as mischaracterizing testimony.

4

Respectfully submitted,


_____/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
cmerritt@cblaw.com
hwillett@cblaw.com


Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
SRobertson@goodwinprocter.com
JAlbert@goodwinprocter.com
DYoung@goodwinprocter.com


Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
MSrapp@goodwinprocter.com
JClements@Goodwinprocter.com


*Attorneys for Plaintiff, ePlus Inc.*



Dated:  August 11, 2010

Raleigh, Hannah   3/4/2010  12:00:00 AM

---

**Page 1**

1       IN THE UNITED STATES DISTRICT COURT
.         FOR THE EASTERN DISTRICT OF VIRGINIA
2             Richmond Division
3         CIVIL ACTION NO. 3:09-CV-620 (JRS)
4     ePLUS INC.
5         Plaintiff,
6     vs.
7     LAWSON SOFTWARE, INC.
8         Defendant.
9     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _X
10
11
12
13        Videotaped Deposition
14            of
15        HANNAH RALEIGH
16
17
18
19        1111 Brickell Avenue
.            Suite 2500
20          Miami, Florida
21
22
23
24        Thursday, March 4, 2010
25        8:43 a.m. - 4:30 p.m.

---

**Page 2**

1           A P P E A R A N C E S
2     For the Plaintiff:
3         JENNIFER A. ALBERT, ESQUIRE
.            Goodwin Procter LLP
4         901 New York Avenue, N.W.
.            Washington, DC  20001
5         (202) 346-4000
.     For the Defendant Lawson Software, Inc:
6
.         WILLIAM SCHULTZ, ESQUIRE
7         Merchant & Gould P.C.
.            3200 IDS Center
8         80 South 8th Street
.            Minneapolis, Minnesota  55402-2215
9         (612) 332-5300
10    Also Present:  Douglas Boggs, Videographer
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 3**

1
2             I N D E X
3     WITNESS              Direct
4     Hannah Raleigh
5     By Ms. Albert           6
6     By Mr. Schultz        229
7     By Ms. Albert         233
8
9         E X H I B I T   I N D E X
10    Exhibit     Description       Page No.
11       1    Second Notice of Deposition      9
12       2    Notice of Deposition            18
13       3    Article                         46
14       4    Press Release                   51
15       5    S3 Online Learning Suite        55
16       6    Learned In Real Time Virtual    57
.              Learning Labs
17
.         7    Answer Detail                  64
18
.         8    RFP Reference Guide           109
19
.         9    Learning Maps                 111
20
.        10    Lawson Implementation Approach 116
21
.        11    S3 Online Learning Library    129
22
.        12    Instructor-Led Training Course 135
23            Catalog
24       13    Lawson Support Operations     144
.              Handbook
25

---

**Page 4**

1         E X H I B I T   I N D E X
2     Exhibit     Description       Page No.
3       14    Lawson Global Support, Support 154
.             Operations Handbook
4
.       15    7.2.2.4 to 8.0.3 Application and 158
5             Environment Upgrade iSeries
.             Information Document and
6             Budgetary Estimate
7       16    Lawson Procurement Punch-Out  173
.             Installation Guide Version
8             9.0.0.X
9       17    Implementation Technical      178
.             Specifications Punch-Out
10            Connectivity
11      18    e-Procurement Implementation  180
.             Leaders Workbook
12
.       19    Lawson Response to Request for 183
13            Proposal Pima County Software and
.             Implementation Services for ERP
14            System
15      20    Lawson Response to Public Health 207
.             Trust/Jackson Health System
16
.       21    Lawson Professional Services  222
17            Statement of Work for Jackson
18
19
20
21
22
23
24
25

---

Raleigh, Hannah   3/4/2010  12:00:00 AM

5

1        THE VIDEOGRAPHER:  Here begins
2    videotape number one in the deposition of
3    Hannah Raleigh in the matter of ePlus
4    Incorporated versus Lawson Software,
5    Incorporated, et al.  It is filed in the
6    United States District Court, the eastern
7    district of Virginia.  The case number is
8    09CV232.  Today's date is March 4, 2001.
9    We're now starting at 8:43 on the video
10   monitor.
11       My name is Douglas Boggs, the video
12   technician for Merrill Legal Solutions.  The
13   deposition is being taken place at Hunton &
14   Williams in Miami, Florida.  The court
15   reporter today is Carol Williams of Merrill
16   Legal Solutions.
17       Would counsel please state their
18   appearance for this record.
19       MS. ALBERT:  Jennifer Albert with the
20   law firm of Goodwin Procter representing the
21   plaintiff ePlus Incorporated.
22       MR. SCHULTZ:  William Schultz of
23   Merchant and Gould, PC, representing Lawson
24   Software, Incorporated.
25

6

1    THEREUPON:
2        HANNAH RALEIGH,
3    was called as a witness and, being first duly
4    sworn, was examined and testified as follows:
5            EXAMINATION
6    BY MS. ALBERT:
7        Q.  Ms. Raleigh, can you please provide
8    your full name, residence address and business
9    address for the record.
10       A.  Sure.  Hannah Edmundson Austin Raleigh
11   Weber.  Well, my business address would -- I work
12   out of a home office.  Is that what you would
13   like me to provide?
14       Q.  That's fine.  Just an address for the
15   record.
16       A.  It's 3668 U.S. Highway 20, Nassau,
17   New York 12123.
18       Q.  Would you prefer that I refer to you as
19   Ms. Weber?
20       A.  Ms. Raleigh is fine.
21       Q.  My name is Jennifer Albert, and I
22   represent the plaintiff ePlus Incorporated in
23   this matter.
24       Do you understand that the answers you
25   are giving today are under oath, and you are

7

1    under the same obligation as if you were in court
2    to testify truthfully and completely?
3        A.  I do.
4        Q.  If any of my questions today are
5    unclear, let me know and I'll try and rephrase
6    them.  Is that acceptable?
7        A.  Yes.
8        Q.  If you need to take a break at any
9    time, please let me know.  I'll try to
10   accommodate you.  I may ask if a question is
11   pending that you complete the answer to that
12   question before breaking.
13       Are you taking any medication or drugs
14   that would affect your ability to answer my
15   questions truthfully and accurately?
16       A.  No.
17       Q.  Is there any reason that you feel that
18   you would not be able to give truthful and
19   accurate answers to my questions today?
20       A.  No.
21       Q.  Your counsel may object from time to
22   time, but unless your counsel specifically
23   instructs you not to answer one of my questions,
24   I expect that you would answer my questions.  Is
25   that acceptable?

8

1        A.  Yes.
2        Q.  The court reporter needs to take down
3    everything that we say today.  She can't take
4    down nonverbal responses or shakes of the head.
5    So you need to audibly voice the answers to my
6    questions.  Do you understand?
7        A.  Yes.
8        Q.  Have you ever been deposed before?
9        A.  Yes.
10       Q.  What -- in connection with what type of
11   matter were you deposed?
12       A.  In connection with another lawsuit
13   brought to Lawson.
14       Q.  So were you testifying on behalf of
15   Lawson --
16       A.  Yes.
17       Q.  -- in that matter?  Who was the other
18   party in the matter besides Lawson, do you
19   recall?
20       A.  I don't know what the official title
21   was.  They are former Lawson employees.
22       Q.  What was the nature of that matter?
23       A.  It was a wage-and-hours dispute.
24       Q.  Have you ever provided testimony before
25   in connection with a patent infringement matter?

Raleigh, Hannah   3/4/2010  12:00:00 AM

9

1      A.  No.
2      Q.  Let me -- the court reporter has marked
3   as Raleigh Exhibit 1.
4          (Thereupon, Second Notice of Deposition
5          was marked as Exhibit 1 for
6          identification.)
7      Q.  A copy of plaintiff ePlus
8   Incorporated's second notice of deposition of
9   defendant Lawson Software, Incorporated pursuant
10  to rule 30(b)(6) of the Federal Rules of Civil
11  Procedure.  Have you ever seen this corporate
12  deposition notice before?
13     A.  I believe so.
14     Q.  Can you turn to page 9 of the
15  deposition notice.  Do you see at the bottom of
16  the page there is a heading Topic Areas for Rule
17  30(b)(6) of Lawson?
18     A.  Yes.
19     Q.  And then the topics continue from that
20  page through the end of the document, do you see
21  that?
22     A.  Yes.
23     Q.  And do you understand that pages 9
24  through 14 of the notice set forth the topics for
25  which ePlus has requested that Lawson provide a

10

1   witness to testify on its behalf?
2      A.  Yes.
3      Q.  Do you understand that Lawson has
4   designated you to testify on its behalf
5   concerning some aspects of topic number 1, which
6   reads, "The architecture, functionality,
7   operation, customization, implementation,
8   installation, setup, and maintenance of Lawson's
9   Electronic Sourcing and Procurement Systems
10  and/or Services from 2003 to the present time,
11  including versions from 2003 to the present time
12  and any future releases during the pendency of
13  this litigation, including, but not limited, to
14  Lawson S3 Supply Chain Management suite, Lawson
15  M3 Supply Chain Management suite, Lawson
16  Procurement, Lawson Requisitions, Lawson
17  Requisitions Self Service, Lawson Inventory
18  Control, Lawson Purchase Order and Lawson
19  Procurement punchout and any Inventory Control
20  Module, Purchase Order Module, Order Entry
21  Module, Requisitions Module, Requisitions Self
22  Service Module, Retail Operations Module,
23  Purchasing Module, eProcurement Module, or any
24  other supply chain management suite or module"?
25     A.  Yes.  With the exception of M3.

11

1      Q.  So you understand that you're
2   designated to testify on Lawson's behalf
3   concerning topic number 1 with the exception of
4   the aspect related to the M3 system?
5      A.  Yes.
6          MR. SCHULTZ:  Just for the record,
7   Ms. Albert, I'm referring to an e-mail dated
8   February 22nd from Michael Strapp.
9          Ms. Raleigh is designated to testify as
10  to topic number one with respect to the
11  customization, implementation, installation,
12  set-up and maintenance of the Lawson S3
13  Supply Chain Management suite.
14          And that is the limitation on the
15  topics that she has been designated for for
16  topic one.
17     Q.  Thank you.  Ms. Raleigh, do you
18  understand that Lawson has also designated you to
19  testify on its behalf concerning certain aspects
20  of topic number 2?
21     A.  Yes.  With the exception of the M3,
22  Supply Chain Management suite.
23     Q.  With respect to topic number 1, are you
24  prepared to testify as to all matters known or
25  reasonably available to Lawson regarding the

12

1   aspects of that topic for which you have been
2   designated?
3      A.  Yes.
4      Q.  And with respect to topic number 2, are
5   you also prepared to testify as to all matters
6   known or reasonably available to Lawson regarding
7   the aspects of that topic for which you have been
8   designated?
9      A.  Yes.
10     Q.  Do you also understand that you have
11  been designated to testify on Lawson's behalf
12  with respect to topic number 3, which relates to
13  catalog creation, addition, integration and use
14  with Lawson's electronic sourcing and procurement
15  systems and or services?
16     A.  Yes.
17     Q.  And are you prepared to testify as to
18  all matters known or reasonably available to
19  Lawson regarding that topic?
20     A.  Yes.
21     Q.  Do you understand that Lawson has also
22  designated you to testify on its behalf
23  concerning topic number 4, which relates to data
24  management, catalog content management services
25  provided or made available to customers of

Raleigh, Hannah   3/4/2010  12:00:00 AM

13

1  Lawson's electronic sourcing and procurement
2  systems and/or services, including but not
3  limited to data acquisition, extraction, import,
4  normalization, cleansing, synchronization and
5  standardization services?
6      A.  Yes.
7      Q.  Are you prepared to testify as to all
8  matters known or reasonably available to Lawson
9  concerning topic number 4?
10     A.  Yes.
11         MR. SCHULTZ:  Before you continue, also
12  with respect to topics number 2 and 3, again,
13  I'm referring to a Michael Strapp e-mail
14  dated February 22, 2010.
15         With respect to category number two,
16  Ms. Raleigh is the deponent for the 30(b)(6)
17  deposition notice to the extent that topic
18  deals with catalog creation, addition,
19  integration and use provided by Lawson to its
20  customers, and with respect to category
21  number 3, data management and catalog content
22  management services provided by Lawson to its
23  customers.
24         MS. ALBERT:  I don't know if I
25  understand the distinction that you're

14

1  drawing between the words of that -- of the
2  topic and the limitations that you're placing
3  on it.  I'm not sure I understand.
4         MR. SCHULTZ:  Well, we received the
5  clarification with respect to the scope of
6  this witness' testimony, and that was in the
7  February 22, 2010 e-mail.
8         This witness was prepared for the
9  documents that are concerned in the February
10  22nd e-mail.
11         Other witnesses have already testified
12  with respect to topics 1 through 4 to
13  categories that were not listed in the
14  February 22nd e-mail.
15     Q.  Ms. Raleigh, what did you do in order
16  to prepare to testify today on Lawson's behalf?
17     A.  I met with a representative of Lawson's
18  attorney to understand the topics included in the
19  deposition.
20         I spoke with one of the consultants
21  that works with me -- works for me on our
22  procurement applications to clarify certain
23  aspects of my understanding.
24     Q.  With what attorney did you meet?
25     A.  Joshua Graham.

15

1      Q.  When did that meeting take place?
2      A.  Monday -- last Monday.
3      Q.  How long did the meeting last?
4      A.  Approximately two hours.
5      Q.  Did you review any documents in the
6  course of that meeting?
7      A.  No.
8      Q.  You said you spoke with a consultant.
9  With whom did you speak?
10     A.  Eric Swingler.
11     Q.  Can you spell that last name?
12     A.  S-w-i-n-g-l-e-r.
13     Q.  What is Mr. Swingler's position?
14     A.  He is a principal procurement
15  consultant.
16     Q.  Is he employed by Lawson?
17     A.  Yes.
18     Q.  What are his responsibilities as a
19  principal of procurement consultant?
20     A.  He is responsible for the training of
21  customers, implementation activities,
22  configuration, assistance, testing assistance,
23  all of the aspects of our implementation approach
24  with his designated customers.
25     Q.  Is there a particular industry group

16

1  for which he has responsibilities?
2      A.  Healthcare.
3      Q.  Are there other individuals with the
4  position of principal procurement consultant that
5  have responsibility for other industry verticals?
6      A.  Yes.
7      Q.  Do you know any of those persons that
8  would be referred to as a principal procurement
9  consultant for other industry verticals?
10     A.  Yes.
11     Q.  Who are those individuals?
12     A.  I don't have a list of -- I don't have
13  an org chart.
14     Q.  Do you recall any of their names?
15     A.  Not at the moment.
16     Q.  Would you need to refer to an
17  organizational chart in order to refresh your
18  recollection on that?
19     A.  Yes.
20     Q.  What did you discuss with Mr. Swingler?
21     A.  We discussed specifically the UNSPSC
22  codes and Lawson's involvement with those codes,
23  and we discussed the specific functionality of
24  the 832 EDI transaction.
25     Q.  And what did Mr. Swingler tell you with

Raleigh, Hannah   3/4/2010   12:00:00 AM

17

1   respect to Lawson's involvement with UNSPSC
2   codes?
3      A.   That we are not involved with assigning
4   items for a customer to UNSPSC codes.
5      Q.   Does Lawson provide its clients with
6   data import tools to input UNSPSC codes into the
7   application?
8      A.   Lawson provides its customers with data
9   import tools that could include that field.
10      Q.   Does Lawson provide its clients with
11   training concerning how to import UNSPSC tools
12   into the procurement application?
13      A.   No.
14      Q.   And what did Mr. Swingler tell you with
15   regard to the functionality of the EDI 832
16   transaction?
17      A.   He confirmed my understanding that the
18   832 transaction is meant for vendors to provide
19   their customers, so in our case, say, a hospital,
20   with updated pricing information regarding on
21   items that hospital or that that customer
22   has purchased from that vendor.
23      Q.   And that's an electronic transmission
24   from the vendor to the client; is that your
25   understanding?

18

1      A.   That's correct.
2      Q.   And if the client has installed
3   Lawson's EDI for supply chain management
4   application, the customer would be able to
5   receive that electronic transmission from the
6   vendor; is that correct?
7      A.   Depending on our relationship with the
8   vendor, they would be capable of receiving that.
9      Q.   Did you meet with or speak to any other
10   Lawson employees in order to prepare for your
11   deposition today, in addition to Mr. Swingler?
12      A.   No.
13      Q.   Did you review any documents on your
14   own, you know, outside of meetings with your
15   attorneys in order to prepare to testify today?
16      A.   Not specifically to prepare for the
17   testimony.
18      Q.   Just for the record, I will have the
19   reporter mark as Raleigh Exhibit 2 a copy of
20   plaintiff ePlus, Inc.'s notice of deposition of
21   Hannah Raleigh.
22         (Thereupon, Notice of Deposition was
23         marked as Exhibit 2 for
24         identification.)
25      Q.   Ms. Raleigh, have you ever seen the

19

1   document that has been marked as Exhibit 2 before
2   today?
3      A.   Yes.
4      Q.   Do you understand that you are
5   appearing here today in your individual capacity
6   in addition to your capacity as a representative
7   of Lawson?
8      A.   Yes.
9      Q.   Can you describe for me your
10   educational background starting after high
11   school?
12      A.   Certainly.  I have a bachelor's of
13   science degree from Northwestern University.
14      Q.   Was that degree in any particular
15   discipline?
16      A.   Psychological services.
17      Q.   When did you receive that degree?
18      A.   1996.
19      Q.   Did you have any postgraduate degrees?
20      A.   No.
21      Q.   Are you the inventor on any patents?
22      A.   No.
23      Q.   What was your first employment position
24   after you completed your education?
25      A.   Administrative assistant at Campbell

20

1   Software.
2      Q.   How long were you in that position?
3      A.   Six months.
4      Q.   What was your next position following
5   that position?
6      A.   Support consultant at Campbell
7   Software.
8      Q.   How long were you in that position?
9      A.   Six months.
10      Q.   What was your next position after
11   support consultant?
12      A.   Implementation consultant at Campbell
13   Software.
14      Q.   How long were you in that position?
15      A.   Nine months.
16      Q.   What types of systems were you
17   implementing in that position?
18      A.   We were implementing labor scheduling
19   and time and attendance systems.
20      Q.   What was your next position after
21   implementation consultant?
22      A.   That's when I moved to Lawson, so human
23   resources application consultant at Lawson
24   Software.
25      Q.   So around what time frame would this be

Raleigh, Hannah   3/4/2010  12:00:00 AM

---

21

1  that you moved to Lawson?
2  **A.   March of 1998.**
3  Q.   How long were you in the position as
4  human resource applications consultant?
5  **A.   18 months.**
6  Q.   What was your next position at Lawson?
7  **A.   Project leader.**
8  Q.   For what type of projects were you a
9  leader?
10  **A.   Implementations of Lawson's three**
11  **suites of software in healthcare organizations.**
12  Q.   When you say Lawson's three suites of
13  software, what suites are you referring to?
14  **A.   Human resources, financials and**
15  **procurement.**
16  Q.   So this would be in approximately the
17  what, November 1998 time frame, that you started
18  this position?
19  **A.   Roughly.**
20  Q.   How long were you in the position as
21  project leader at Lawson?
22  **A.   Let me think for a moment.  Roughly 15**
23  **months.**
24  Q.   So that takes us to early 2001 time
25  frame?

---

22

1  **A.   Yes.**
2  Q.   What were your responsibilities as a
3  project leader?
4  **A.   To work with my customers, my assigned**
5  **customers, to plan, staff and oversee their**
6  **implementations of Lawson's products.**
7  Q.   You said this was in the healthcare
8  vertical; is that correct?
9  **A.   That's correct.**
10  Q.   Do you know approximately how many
11  implementation projects you were involved in as a
12  project leader that would have related to
13  procurement implementations?
14  **A.   It's difficult for me to give you an**
15  **exact number.**
16  Q.   Do you have any sort of educated
17  estimate?
18  **A.   Four, that I can recall.**
19  Q.   Do you recall which clients those were?
20  **A.   Yes.**
21  Q.   What were the clients for which you did
22  procurement implementations?
23  **A.   Clarian Health Partners, Methodist**
24  **Hospitals of Dallas, Alton Oschner medical**
25  **foundation or Oschner hospital.  However, that**

---

23

1  **was an upgrade as I recall, not an**
2  **implementation.  I'm sorry, I can't recall.**
3  Q.   Then you said that you started a new
4  position at Lawson in early 2001.  What was that
5  position?
6  **A.   Client service manager.**
7  Q.   How long were you in that position?
8  **A.   Until June of 2003.**
9  Q.   What were your responsibilities as a
10  client service manager?
11  **A.   They were the same as the project**
12  **leader responsibilities with the added**
13  **responsibility of direct management of**
14  **consultants.**
15  Q.   So did you have responsibilities for
16  the same three product suites, HR, financials and
17  procurement in the position as client service
18  manager?
19  **A.   Yes.**
20  Q.   And were you also in the healthcare
21  vertical?
22  **A.   Yes.**
23  Q.   What position did you assume in June of
24  2003?
25  **A.   Project manager.**

---

24

1  Q.   How long were you in that position?
2  **A.   Until February of 2006.**
3  Q.   What were your responsibilities as a
4  project manager?
5  **A.   They were the same as the client**
6  **service -- the same as the project leader.  So it**
7  **removed the direct management of employees from**
8  **that role.**
9  Q.   In February of 2006 what position did
10  you assume?
11  **A.   Practice director.**
12  Q.   How long were you in that position?
13  **A.   I'm currently in that position.**
14  Q.   What are your responsibilities as
15  practice director?
16  **A.   To oversee customer implementations of**
17  **Lawson's products at new customers and**
18  **significant implementations of current customers**
19  **in the eastern region of the United States.**
20  Q.   How does the position as practice
21  director differ from your prior positions?
22  **A.   The prior positions I was a -- I was**
23  **directly responsible for individual projects.**
24  **This position is sort of one level above that, so**
25  **I don't directly manage the projects myself.  I**

---

Raleigh, Hannah   3/4/2010   12:00:00 AM

25

1 manage the teams and oversee the teams who are
2 managing and implementing the software.
3    Q.   Do you have individuals who report to
4 you?
5    A.   Yes.
6    Q.   How many employees report to you?
7    A.   Currently 12.
8    Q.   What are their functional
9 responsibilities?
10    A.   Project managers and business
11 consultants.
12    Q.   Now, in connection with your position
13 as practice director, do you still have
14 responsibilities for the same three product
15 suites that you have mentioned previously, the
16 HR, the financials and procurement?
17    A.   Yes.  Generally speaking, yes.  But
18 essentially any product my customer purchases
19 would be within my purview.  Lawson's product
20 suite has grown over the years.
21    Q.   To whom do you report?
22    A.   Martin Jokinen.
23    Q.   Can you spell that?
24    A.   Martin, M-a-r-t-i-n, Jokinen,
25 J-o-k-i-n-e-n.

26

1    Q.   What is Mr. Jokinen's position?
2    A.   Vice-president, health care delivery.
3    Q.   What is the size of the Lawson
4 professional services organization, do you know
5 how many employees?
6    A.   Globally?
7    Q.   Yes.  Let's start there.
8    A.   I believe it's roughly 1500.
9    Q.   And how many are located in the United
10 States?
11    A.   Roughly 300.
12    Q.   Have you heard of something referred to
13 as a global solutions center?
14    A.   Yes.
15    Q.   What is that?
16    A.   The global solutions center -- I'm
17 sorry.  I have used the same terminology to refer
18 to different aspects of our organization at
19 different times.  I think what you're referring
20 to is our organization in Manila, our offshore
21 organization.
22    Q.   Is there a global solutions center in
23 the United States?
24    A.   Not at this time.
25    Q.   What do -- what types of activities are

27

1 conducted at the global solutions center in
2 Manila?
3    A.   Mainly technical work, which we would
4 define as including -- loosely including
5 development, customization, in some cases
6 support.
7    Q.   What types of support services would be
8 offered by the global solutions center?
9    A.   Customer support for software issues.
10    Q.   What types of customer support services
11 are offered, specifically by the global solutions
12 center?
13    A.   I don't know that I can answer your
14 question.
15    Q.   Is a help desk run out of the global
16 solutions center?
17    A.   There are members of our help desk that
18 reside in the -- in Manila.
19    Q.   Does Lawson ever make use of partners
20 outside of Lawson to assist in the delivery of
21 professional services?
22    A.   Yes.
23    Q.   In what circumstances?
24    A.   There are circumstances in which our
25 customers ask that we use delivery partners to

28

1 assist in the implementations.
2       There are circumstances in which we do
3 not have internally either the bandwidth or the
4 correct skills for the work that our customer
5 wants us to do, and we might source resources
6 from a third party or a partner.
7       We also have partners that are
8 complimentary partners to our product that we
9 might again not have a skill set in our
10 organization.
11       Our customers also can choose other
12 companies to implement Lawson.  So sometimes it's
13 not that Lawson chose a partner to work on a
14 project, but that the customer chose the other
15 company.
16    Q.   Are there particular entities that are
17 certified as a Lawson partner for implementation
18 services?
19    A.   There is a certification program.  And
20 there are certain entities who have some
21 certified consultants.  The entire practice is
22 not certified in any way.  But specific
23 consultants might be certified.
24    Q.   Are there some specific entities that
25 Lawson regularly recommends to clients for

Raleigh, Hannah   3/4/2010  12:00:00 AM

29

1   assistance in connection with installation or
2   implementation of the S3 Supply Chain Management
3   applications?
4       A.   No.
5       Q.   Do you know how many S3 Supply Chain
6   Management implementation projects Lawson has had
7   in the last 12 months?
8       A.   No.  I don't have that number.
9       Q.   How could you find out that number?
10      A.   I could find out that number.
11      Q.   Maybe at a break we could try to get
12  that information.
13          MR. SCHULTZ:  We can try.
14      Q.   Do you know how many Lawson S3 Supply
15  Chain Management client systems have gone live in
16  the last 12 months?
17      A.   Not offhand, no.
18      Q.   Would there be a way that you could
19  find that information out?
20      A.   Yes.
21      Q.   Could we try to find out the answer to
22  that question perhaps on a break as well?
23          MR. SCHULTZ:  We could.
24      Q.   What are all the different types of
25  services provided by Lawson's professional

30

1   services organization?
2       A.   Generally speaking, we provide training
3   services.  We provide project management
4   services.  We provide implementation consulting.
5   We provide upgrade consulting.  And we provide
6   services for technical development, such as
7   interface development, customization development.
8       Q.   Does the Lawson professional service
9   organization offer services that are referred to
10  as business consulting?
11      A.   Yes.
12      Q.   How would you describe the various
13  services that fall under that rubric?
14      A.   It's a very broad category.  Our
15  consultants are referred to as business
16  consultants.  So essentially any of the services
17  that they might provide in the variety of
18  different settings or circumstances would be
19  considered business consulting.
20      Q.   Does the Lawson professional service
21  organization offer services that are referred to
22  as learning services?
23      A.   Yes.
24      Q.   How would you describe the types of
25  services that fall under that category?

31

1       A.   Generally, those services could include
2   public instructor led training in one of our
3   offices or on-site instructor led training for a
4   specific customer at their site or a variety of
5   different online learning services, such as
6   webex's virtual labs and even an online learning
7   library of static courses that could be viewed on
8   demand.
9       Q.   Do you know for what percentage of S3
10  Supply Chain Management licensees Lawson provides
11  learning services?
12      A.   I would estimate that over a course --
13  over the course of a customer's engagement with
14  Lawson, meaning their entire life cycle as a
15  customer, I would venture a guess that every
16  customer probably at some point or another
17  accesses these types of learning services, one
18  type or another.
19      Q.   Do some learning services -- are some
20  learning services provided standard with the
21  license fee that a customer would pay?
22      A.   No.
23      Q.   So learning services are an extra fee
24  in addition to a license fee or a maintenance
25  fee?

32

1       A.   That's correct.
2       Q.   You indicated that the Lawson
3   professional services organization does provide
4   services that would be referred to as
5   implementation upgrade services, correct?
6       A.   That's correct.
7       Q.   How would you describe the nature of
8   those types of services?
9       A.   Upgrade services generally focus on the
10  explanation of the differences between the
11  customer's current version and the version to
12  which they will be upgrading, advising the
13  customer on the appropriate configuration of any
14  new functionality included in the new version,
15  and assisting a customer with the testing of
16  their data in the new version.
17      Q.   How would you describe the nature of
18  services provided that would be referred to as
19  implementation services?
20      A.   Those services might include business
21  process assessment, so understanding how the
22  customer does business today on their current
23  software and relating that to how they will do
24  business using the Lawson Software.
25          Assistance with designing the

Raleigh, Hannah   3/4/2010  12:00:00 AM

33

1    configuration of the Lawson Software to meet
2    those customer's business requirements.  That
3    could be done on paper or perhaps with the
4    customer actually into the system or both.
5         Assisting a customer with developing
6    test scripts and assisting the customer with
7    actually testing the software and assisting a
8    customer with their activation of the software to
9    go live.
10        Q.   Do installation services fall under the
11   heading of implementation consulting?
12        A.   They would, but they are not performed
13   by business consultants.  They are performed by
14   systems consultants.  So -- but, yes, they would
15   be part of an implementation.
16        Q.   Does Lawson's professional services
17   organization provide installation services?
18        A.   Yes.
19        Q.   For what percentage of S3 Supply Chain
20   Management licensees does Lawson provide
21   implementation and upgrade services?
22        A.   Again, because our customers don't just
23   do their first implementation, but they will also
24   do upgrades and many other types of projects
25   throughout the life cycle of their relationship

34

1    with Lawson, I would say over the course of that
2    relationship, it's possible that, you know, 90
3    percent or more of Lawson's customers engage in
4    some way with Lawson professional services at
5    some time for some form of assistance.
6         Q.   And Lawson charges additional fees to
7    its clients for implementation and upgrade
8    consulting services in addition to these for the
9    license to the software itself; is that correct?
10        A.   That's correct.  When our customers
11   choose Lawson professional services to do that
12   work, that's correct.
13        Q.   Does Lawson's professional service
14   organization offer services that are referred to
15   as packaged services?
16        A.   Yes.  At times we have used that
17   phrase.
18        Q.   How would you describe the types of
19   services that fall under that designation?
20        A.   Typically a packaged service would
21   include potentially some actual content, some
22   prebuilt content that would accelerate a
23   customer's implementation of a particular feature
24   or function.
25        And typically those packaged services

35

1    include also the consulting and/or learning
2    services associated with helping the customer use
3    what is in that package.
4         Q.   Does the Lawson professional service
5    organization offer services that are referred to
6    as managed services?
7         A.   Yes.
8         Q.   What are the nature of the services
9    that fall under that designation?
10        A.   Those services fall into predominantly
11   two categories.  One would be application
12   management services where Lawson professionals
13   perform the system maintenance on behalf of a
14   customer.
15        The second category would be referred
16   to as hosting services where Lawson physically
17   hosts the customer server and provides
18   application management services.
19        Q.   Are there S3 Supply Chain Management
20   licensees who receive managed services from
21   Lawson's professional services organization?
22        A.   Yes.
23        Q.   Do you have any idea how many clients?
24        A.   I don't know.
25        Q.   How could you find that information

36

1    out?
2         A.   I could find that information out.  I
3    would need to work with that part of our
4    organization.
5         Q.   Can we add that to the list of
6    questions to try to find an answer to?
7         MR. SCHULTZ:  I'm sorry, what
8    specifically are we asking?
9         MS. ALBERT:  For what percentage of --
10   or what number of S3 Supply Chain Management
11   licensees does Lawson provide managed
12   services, in other words, systems maintenance
13   or hosting services.
14        Q.   Can you describe the nature of the
15   hosted environments that Lawson provides for its
16   S3 Supply Chain Management clients that utilize
17   that services?
18        A.   The nature of it would be a server
19   physically located in space that Lawson owns or
20   is -- leases.
21        Q.   For example, if there was a client that
22   Lawson hosted its procurement system, would the
23   system hosted by Lawson include an item master
24   database?
25        A.   Yes.

Raleigh, Hannah   3/4/2010  12:00:00 AM

37

1    Q.   How is data loaded into those item
2    master databases that are on systems hosted by
3    Lawson?
4    A.   The same way it's loaded into systems
5    that are not hosted by Lawson.  There is no
6    difference.
7    Q.   How do the clients access these hosted
8    systems in order to conduct procurement
9    activities?
10   A.   Through the Internet, essentially,
11   through our network.
12   Q.   So clients could use these hosted
13   procurement systems to search for items to
14   requisition; is that correct?
15   A.   Yes.  To perform all of the business
16   functions that they use on the software.
17   Q.   So they could use these procurement
18   systems that are hosted by Lawson to search for
19   items in an item master database that they wish
20   to requisition?
21   A.   Let me make one point of clarification.
22   The system is not Lawson's system.  It is
23   physically housed in a Lawson facility, but it is
24   the customer's system.  It's the customer's.
25   Q.   But all the functionality that the S3

38

1    procurement applications are capable of could be
2    accessed by the client on those procurement
3    systems hosted in the Lawson facilities, correct?
4    A.   On their own system, yes, on the
5    customer's own system, yes.
6    Q.   What were the -- what were Lawson's
7    total revenues attributable to professional
8    services for fiscal year 2009?
9    A.   I don't have that number handy.
10   Q.   Could we try --
11   MR. SCHULTZ:  That also seems outside
12   of the scope of the 30(b)(6).  We will object
13   to that as being outside the scope.
14   Q.   Well, in your individual capacity do
15   you have any knowledge of that information?
16   A.   Could you rephrase the question or
17   restate the question?
18   Q.   What were Lawson's total revenues
19   attributable to professional services for fiscal
20   year 2009?
21   A.   I can tell you that my practice, which
22   is only one portion of Lawson's professional
23   services organization, the revenues were
24   somewhere between 20 and $25 million.  I could
25   get an exact figure if that's needed.

39

1    Q.   And you're responsible for the eastern
2    region?
3    A.   Of healthcare.
4    Q.   Of healthcare.  What geographic region
5    constitutes the eastern region?
6    A.   Roughly from the tip of -- the northern
7    tip of Main to the southern tip of Florida, from
8    the Atlantic ocean to the western edge of Ohio,
9    to Tennessee and Alabama.
10   Q.   Do you have any projections for
11   professional service revenues for fiscal year
12   2010?
13   MR. SCHULTZ:  The same objection with
14   respect to this as to the 30(b)(6).
15   Q.   You can answer if you know.
16   MR. SCHULTZ:  Her answer will be in her
17   individual capacity.
18   You may answer.
19   A.   We do have projections.  We have a
20   forecast that I have handy.
21   Q.   Where would that information be
22   maintained?
23   A.   The forecast for fiscal year 2010?
24   Q.   Correct.
25   A.   That would be maintained in Lawson's

40

1    budgeting system and potentially other systems as
2    well.
3    Q.   Are records of service contracts stored
4    electronically?
5    A.   Yes.
6    Q.   In what databases are those records
7    stored?
8    A.   The contracts themselves are scanned
9    and stored in a system called Web Now.  Or I
10   should say that's our way of accessing them.
11   Q.   How far back do those records go?
12   A.   I don't know.
13   Q.   How are your sales of professional
14   services to customers documented or tracked?
15   A.   The sales are documented in our
16   salesforce.com system and potentially others as
17   well.
18   Q.   What type of service revenues are
19   tracked?
20   A.   All types of service revenues.
21   Q.   Does -- are Lawson's maintenance
22   revenues recorded?
23   MR. SCHULTZ:  If it would be all right,
24   I'm going to have a continuing objection with
25   respect to revenues as not being part of the

41

1  30(b)(6).
2  MS. ALBERT:  That's fine.  Your
3  objection is noted.
4  **A.   I don't know where maintenance revenues**
5  **are stored.  It could be in a number of different**
6  **systems.**
7  Q.   Are maintenance revenues tracked in a
8  manner that differs from the way that you track
9  other types of service revenues?
10  **A.   Maintenance revenues are not considered**
11  **service revenues.**
12  Q.   Does Lawson have any sort of
13  standardized pricing structure for service
14  contracts?
15  A.   Yes.
16  Q.   How are those priced?
17  A.   Lawson has a rate card, which we use
18  internally to know -- it changes, so to know what
19  our list rates are for all of the different kinds
20  of service types that we would provide.
21  MS. ALBERT:  The videographer has
22  informed me that we need to take a short
23  break to change the videotape.
24  THE VIDEOGRAPHER:  This marks the end
25  of videotape one in the deposition of Hannah

42

1  Raleigh.  We're going to go off the record at
2  9:40.,
3  (Off the Record.)
4  THE VIDEOGRAPHER:  This is videotape
5  two of Hannah Raleigh.  We're back on the
6  record at 9:52.,
7  MR. SCHULTZ:  Before you start, I just
8  wanted to clarify my objection with respect
9  to the 30(b)(6) 2 outside the scope
10  objection.
11  What I'm objecting to is the questions
12  that deal with revenues or pricing of the
13  Lawson systems.  We just have a continued
14  objection with respect to that as outside the
15  scope of the 30(b)(6) categories.
16  Q.   Ms. Raleigh, before the break we were
17  talking about standardized pricing for service
18  contracts, and you mentioned a rate card.  Can
19  you describe for me how prices are set with
20  respect to implementation and upgrade type
21  services?
22  A.   How they are set?  Can you clarify the
23  question?
24  Q.   Well, does this rate card provide some
25  sort of standardized rates for implementation and

43

1  upgrade type services?
2  A.   It provides our list rates off of which
3  discounts would be calculated.
4  Q.   How do you determine if particular
5  discounts are to be accorded to a client?
6  A.   That determination is made by an
7  executive team on a customer-by-customer basis.
8  THE VIDEOGRAPHER:  I'm just going to
9  make a request on the record to counsel that
10  you produce a copy of the rate card that is
11  used in connection with the pricing of
12  service contracts.
13  MR. SCHULTZ:  That information has been
14  provided.
15  Q.   Do you know why revenues related to
16  gold and platinum maintenance plans are tracked
17  as services?
18  A.   When you refer to gold and platinum, I
19  believe you're referring to Lawson's managed
20  services and hosting services.
21  Q.   So under the gold level of maintenance
22  plan, can a client receive services that would be
23  included in the bronze and silver, and then in
24  addition to that -- those types of services also
25  have hosting services?

44

1  A.   Platinum we refer to hosted customers.
2  Gold would refer to the application management
3  services that we talked about earlier.
4  Q.   Do you know whether there are standard
5  prices for each level of maintenance service?
6  A.   There is a standard calculation that is
7  used to determine pricing for those different
8  levels.
9  Q.   Do you know how it is determined?
10  A.   No.
11  Q.   Do you know whether it's a percentage
12  of the license fees?
13  A.   I don't believe so.
14  Q.   With respect to clients for whom a new
15  Lawson S3 Supply Chain Management system has been
16  installed and implemented, do you know whether
17  Lawson requires a one-year initial support period
18  for that system?
19  A.   Maintenance -- obviously, maintenance
20  is a required component, as far as the initial
21  service or whatever you just said, the period.  I
22  think that's a portion of the overall maintenance
23  agreement.
24  Q.   What happens if a licensee does not
25  renew maintenance?  You indicated that it's a

45

1  required component.  If a licensee does not renew
2  maintenance, does their license terminate?
3      A.   My understanding is that they are no
4  longer eligible to receive upgrades and support
5  services if they do not renew their maintenance.
6      Q.   But would they still be able to use a
7  system that was installed at whatever version
8  level they were currently using?
9      A.   I'm not aware of any restrictions that
10 we put on our customers around the use of a
11 system that they purchased.
12     Q.   Do you know what percentage of Lawson's
13 overall revenues are attributable to professional
14 services?
15     A.   I don't have that number handy, but
16 that would be part of our annual filing.
17     Q.   Do you know how profits for
18 professional services are determined?
19     A.   I'm not involved in that process.
20     Q.   Do you know if there are any particular
21 costs that are allocated to providing
22 implementation services?
23     A.   Yes.
24     Q.   How would you determine the costs that
25 are allocated to providing implementation

46

1  services?
2      A.   I guess not so much related to
3  providing the implementation services, but the
4  cost of employing the services professionals
5  is -- is a known cost.
6      Q.   So the salaries associated with the
7  individuals who provide professional services is
8  a cost that is allocated to services?
9      A.   Salaries and other aspects of their
10 employment with Lawson, yes.
11     Q.   Are there -- strike that.
12          Let me have the reporter mark as
13 Raleigh Exhibit 3 an article entitled Lawson
14 Professional Services Introduces Managed Services
15 and Lawson 9 Migration Program Professional
16 Services Portfolio Strengthened With New Programs
17 Designed To Help Customers Maximize The Return On
18 Their Loss And Investment.  It has Bates numbers
19 ePlus 0942090 through 95.
20          (Thereupon, Article was marked as
21          Exhibit 3 for identification.)
22     Q.   Ms. Raleigh, have you ever seen this
23 article before?
24     A.   No.
25     Q.   If you look in the -- on the right

47

1  towards the top, there is a date there, April 10,
2  2006.  Do you recall the introduction of Lawson's
3  managed services in 2006?
4      A.   Yes.
5      Q.   I think you described managed -- how do
6  managed services differ from hosted services?
7      A.   The primary difference would be that in
8  managed services, the customer hosts their own
9  physical server on their premise.
10     Q.   I think I had asked before about the
11 number of clients for which Lawson -- or the
12 number of licensees of S3 Supply Chain Management
13 applications for which Lawson provides hosted
14 services.  Were you able to find out that
15 information at the break?
16          MR. SCHULTZ:  Not at the break at this
17 time.  We have put in a request for that
18 information.
19     Q.   Do you know the identities of any
20 clients that license the S3 Supply Chain
21 Management applications for which Lawson provides
22 hosted services?
23     A.   Yes.  I'm aware of one.
24     Q.   Which client is that?
25     A.   Fayette Regional Medical Center, I

48

1  think is what they are called.
2      Q.   Were you involved with implementation
3  of that system in some way?
4      A.   I have been involved with work that
5  they have done since they originally implemented
6  Lawson.
7      Q.   Do you know what applications they
8  license?
9      A.   I believe they license, again generally
10 speaking, Lawson's three main S3 suites of
11 applications:  So human resources, financials and
12 supply chain procurement.  There may be some
13 other products they also license that are not
14 included in those broad categories.
15     Q.   Can you turn to the third page of
16 Exhibit 3.  In the first full paragraph on that
17 page, the second sentence reads, "Lawson recently
18 launched its remote services lab developed to
19 help customers reduce the time and costs
20 associated with the migration and allow customers
21 to focus on other aspects of their business."
22          Are you familiar with the remote
23 services lab that is referred to in that
24 sentence?
25          MR. SCHULTZ:  Before you answer that,

49

1    Lawson will object to Exhibit 3 as lack of
2    foundation and hearsay.
3        A.  I would need to refer back.  I need to
4    read back through this to know exactly what they
5    are referring to at that time.
6        Q.  Why don't you go ahead and review the
7    document if that would help you.
8        A.  Thank you.  Yes.  I'm familiar with the
9    remote services lab.
10       Q.  What is that remote services lab?
11       A.  That was a program that we initiated to
12   provide customers with a remote delivery option
13   for upgrading their loss in applications during a
14   period where we had a large number of customers
15   who needed to do upgrades.
16       Q.  You referred to that program in the
17   past tense.  Does Lawson still offer that remote
18   services lab?
19       A.  I don't believe so.  We do provide
20   remote services for a variety of different
21   reasons, but I don't believe that that offering
22   is still active at this time.
23       Q.  Do you see in the sentence that we were
24   referring to the term "migration"?
25       A.  Uh-huh.

50

1        Q.  Do you have an understanding of what
2    that term means?
3        A.  Yes.
4        Q.  What is meant by the term "migration"?
5        A.  In this context migration is referring
6    to the movement of a customer's data from one
7    application or environment level to the next
8    application or environment level.  So it's an
9    upgrade, essentially.
10       Q.  What types of services would be
11   involved in the migration project?
12       A.  In this setting, primarily what they
13   are referring to is the system's consulting, the
14   actual running of the migration programs that
15   move the data and reorganize it to work in our
16   newer version.
17       Q.  In the next paragraph, there is a
18   reference to the Lawson 9 migration program.  Do
19   you see that?
20       A.  Yes.
21       Q.  To what does that refer?
22       A.  That is the same migration.  It is the
23   migration of data, upgrade, essentially, of data
24   from prior versions to version 9.
25       Q.  And the Lawson professional service

51

1    organization would provide services to its
2    clients to assist them with upgrading from one
3    version of a system to the next release version
4    of that system; is that correct?
5        A.  To some customers, yes.
6        Q.  If the customer paid the fees
7    associated with such a project, would Lawson
8    provide those services?
9        A.  Yes.
10       Q.  Let me have the reporter mark as
11   Raleigh Exhibit 4, a copy of a press release
12   entitled Lawson Software Introduces Lawson Online
13   Learning Suites, bears production numbers
14   L0066191 through 193.
15            (Thereupon, Press Release was marked as
16            Exhibit 4 for identification.)
17       Q.  Ms. Raleigh, have you ever seen the
18   press release that has been marked as Raleigh
19   Exhibit 4 before?
20       A.  No.
21       Q.  Does it appear to be a Lawson press
22   release?
23       A.  Yes.
24       Q.  Does Lawson maintain copies of press
25   releases of this type on the Lawson.com website?

52

1        A.  Yes.
2        Q.  Do you see at the bottom of the page
3    there is a URL down there?
4        A.  Yes.
5        Q.  Do you know from what website -- or to
6    what website that URL is a reference?
7        A.  No.
8        Q.  Are you familiar with any site referred
9    to as PHX.corporate?
10       A.  No.
11       Q.  Do you have any reason to believe that
12   this is not a Lawson press release?
13       A.  I haven't read the whole thing, but no,
14   not from my initial review.
15       Q.  Do you recall Lawson's introduction of
16   online learning suites in April of 2009?
17       A.  Just a point of clarification, this is
18   new Lawson online learning suites.  This was not
19   a net new offering in 2009.
20       Q.  So prior to 2009 Lawson had offered
21   online learning suites of some sort?
22       A.  Yes.
23       Q.  Do you know what the new online
24   learning suites, are those referred to by the
25   four bullet points in the middle of the page?

Raleigh, Hannah   3/4/2010  12:00:00 AM

53

1     A.   Yes.
2     Q.   So within Lawson's online learning
3     suites offering, it has an on demand collection
4     of courses; is that correct?
5     A.   That's correct.
6     Q.   And it has a simulation collection of
7     courses; is that correct?
8     A.   Yes.
9     Q.   And these simulation collections of
10    courses, do they simulate the operations of
11    actual Lawson applications?
12    A.   Yes.
13    Q.   Do you know whether there are any
14    simulation collections that relate to the S3
15    Supply Chain Management suite?
16    A.   I believe so.
17    Q.   Are there any courses in the simulation
18    collection that relate to the S3 Supply Chain
19    Management procurement applications?
20    A.   That's the same as the prior question,
21    I believe.  I believe so.  I haven't used them
22    myself.
23    Q.   Then also within these online learning
24    suites, Lawson offers an interactive webcast
25    collection; is that correct?

54

1     A.   Yes.
2     Q.   And then Lawson also offers a virtual
3     lab collection; is that correct?
4     A.   Yes.
5     Q.   What is the difference between the
6     courses and the virtual lab collection versus the
7     simulation collection?
8     A.   The simulation collection would be --
9     let me see the best way to describe it -- sort of
10    like recorded or -- they are simulations of
11    business processes performed and captured for the
12    purpose of training a student versus a virtual
13    lab, which would be more like an instructor led
14    training opportunity.
15    Q.   Would the virtual lab courses offer
16    students the capability of interacting in a live
17    manner with a simulation system or --
18    A.   There would be live interaction with
19    the instructor.  Whether or not they use a
20    simulation system for the virtual lab, I'm not --
21    I don't know.
22    Q.   And does Lawson charge fees in
23    connection with the various courses offered under
24    these four collections of courses?
25    A.   Yes.

55

1     Q.   Do you know how the fees are
2     determined?
3     A.   They are different subscription
4     methods.  There is the ability for a customer to
5     use them on a one-by-one basis.  So pay as you
6     go, if you will.  Or the ability for a customer
7     to purchase a one-year subscription to anything
8     included in the library.
9     Q.   Let me have the reporter mark as
10    Raleigh Exhibit 5 a document entitled S3 Online
11    Learning Suite bearing production numbers
12    L0133903 through 906.
13         (Thereupon, S3 Online Learning Suite
14         was marked as Exhibit 5 for
15         identification.)
16    Q.   Are you familiar with the document that
17    has been marked as Raleigh Exhibit 5?
18    A.   I haven't seen it before.
19    Q.   Do you know whether Lawson maintains --
20    does this appear to be a standardized type of
21    document utilized by Lawson?
22    A.   Yes.
23    Q.   What type of document is it?
24    A.   I don't know if we call them white
25    papers or brochures.

56

1     Q.   To whom does Lawson distribute
2     documents of this type?
3     A.   This type of document would be
4     available to customers on Lawson.com typically.
5     Q.   And if you could turn to page -- the
6     second and third page of this document.  Do you
7     see there a heading On Demand Collection,
8     Simulation Collection, Interactive Webcast
9     Collection and Virtual Lab Collection?
10    A.   Yes.
11    Q.   So these are the four collections of
12    courses that were referenced in Exhibit 4; is
13    that accurate?
14    A.   Yes.
15    Q.   Do you know how many courses there are
16    in the on demand collection that relate to
17    the S3 Supply Chain Management suite?
18    A.   I don't know.
19    Q.   Do you know whether there are indeed
20    courses within that collection that relate to the
21    Supply Chain Management suite?
22    A.   Yes.
23    Q.   Do you know whether there are courses
24    in each of the other three collections that
25    relate to the S3 Supply Chain Management suite?

Raleigh, Hannah   3/4/2010  12:00:00 AM

57

1    A.   I am fairly certain that there are in
2    each of those categories.
3    Q.   Let me have the reporter mark as
4    Raleigh Exhibit 6 a document entitled Learned In
5    Real Time Virtual Learning Labs.  It bears
6    production numbers L0134023 through 30.
7    (Thereupon, Learned In Real Time
8    Virtual Learning Labs was marked as
9    Exhibit 6 for identification.)
10    Q.   Are you familiar with the document that
11    has been marked as Raleigh Exhibit 6?
12    A.   No.
13    Q.   Do you know -- does the document marked
14    as Raleigh Exhibit 6 appear to be a standardized
15    type of document used in Lawson's business?
16    A.   Yes.
17    Q.   What type of document is Exhibit 6?
18    A.   I would call it a course catalog.
19    Q.   And to whom does Lawson make available
20    course catalogs of the type illustrated in
21    Exhibit 6?
22    A.   Our customers.
23    Q.   Does Lawson maintain copies of course
24    catalogs of the type illustrated in Exhibit 6 on
25    its website, Lawson.com?

58

1    A.   I don't believe so.
2    Q.   How are course catalogs of this type
3    distributed to customers?
4    A.   I believe they are distributed on my
5    Lawson.com.
6    Q.   Who has access to my Lawson.com?
7    A.   Our customers and our employees and
8    potentially our third party partners as well.
9    I'm not sure about that.
10    Q.   Are you familiar with the course
11    offerings that would be referred to as Lawson
12    virtual learning labs?
13    A.   Yes.
14    Q.   Is this another type of training course
15    that Lawson offers to its customers?
16    A.   Yes.
17    Q.   Are virtual learning labs the same
18    thing that was referred to in the prior two
19    exhibits as the virtual lab collection?
20    A.   I believe so.
21    Q.   Can you turn to page 5 of Exhibit 6.
22    That has the Bates number ending with 27.  Do you
23    see at the top of the page there is a course
24    entitled Inventory Control, 8.1/9.0X?
25    A.   Yes.

59

1    Q.   So is that a course that Lawson offers
2    to its customers?
3    A.   Yes.
4    Q.   And the text under that course title
5    indicates that this is a two-day course that
6    provides instructions on the key setup components
7    and processing functionality of the inventory
8    control application.  The key setup components
9    deal with both company structural elements and
10    with item related setup.  Do you see that?
11    A.   Yes.
12    Q.   So does the training offered by Lawson
13    in this course include training to its customers
14    on how to set up the item master associated with
15    the inventory control application?
16    A.   Yes.  I think that's a fair deduction.
17    Q.   What is meant by the term item related
18    setup?
19    A.   This would likely refer to all of the
20    setup parameters in Lawson required to add an
21    item to the item master.
22    Q.   Can you turn to the next page of
23    Exhibit 6.  Do you see on that page the course
24    entitled Procurement Attributes 8.1 and 9.0?
25    A.   Yes.

60

1    Q.   The description of that course is that
2    it is a one-day course that identifies the
3    available procurement attributes in application
4    release 8.1 and 9.0 that includes hands-on
5    exercises for creating and using a user-defined
6    attribute, as well as a Lawson procurement
7    attribute.
8    Do you know what is meant by the term
9    "user defined attribute" there?
10    A.   I don't know specific to this course.
11    Q.   Do you have any understanding as it
12    would relate to Lawson's procurement
13    applications?
14    A.   No.  I can tell you that Lawson has
15    attribute -- user defined attributes in other
16    areas of the system that are defined by the
17    customer, depending upon what they would want to
18    track.
19    Q.   Do you know what is meant by the use of
20    the term "hands-on exercises"?
21    A.   Yes.
22    Q.   What is meant by that term?
23    A.   Typically, that means that the customer
24    participating in this training opportunity has
25    the ability to try out a particular piece of

Raleigh, Hannah   3/4/2010   12:00:00 AM

61

1   functionality, attempt to do whatever it is that
2   we are teaching them how to do.
3       Q.   That would include use of a procurement
4   system in connection with that course?
5       A.   It would include use of Lawson's
6   training system.
7       Q.   And does Lawson's training system have
8   the procurement applications installed?
9       A.   Yes.
10      Q.   Do you see the course entitled
11  Requisition Self Service 8.1/9.0 on that page?
12      A.   Yes.
13      Q.   And the description of that course is
14  that it introduces the major features of
15  requisitions -- requisition self-service, such as
16  requisition approvals, receiving, and the
17  "shopping experience," which includes searching
18  the catalog for items, using shopping lists,
19  ordering specials or services and ordering
20  categories.  And it further indicates that this
21  course provides hands-on exercises on the
22  shopping experience.
23           So would it be correct, then, that the
24  course offered by Lawson enables its customers to
25  have an experience using a Lawson demonstration

62

1   system that would have the requisition
2   self-service application installed?
3       A.   A training system, yes.
4       Q.   What is the difference between a
5   demonstration system and a training system?
6       A.   We use a demonstration system to
7   demonstrate our products to customers in a sales
8   cycle.  A demonstration could be configured
9   differently, uniquely to a prospect's interests
10  or desires.
11           Whereas, a training system would be
12  defined solely for the purpose of training
13  customers of all different types and all
14  different interests.
15      Q.   Where are -- where are hands-on
16  courses, such as the two that we have been
17  referring to, where are those courses offered?
18      A.   These courses are offered remotely or
19  virtually, so they are -- they happen in
20  cyberspace, I guess.
21      Q.   So how does a client access these
22  courses?
23      A.   By a webex or URL of some sort and the
24  telephone, likely a telephone.
25      Q.   Does a client have to schedule these

63

1   courses in advance or are these on demand type
2   courses?
3       A.   These particular courses, I believe,
4   are scheduled in advance or registered for.
5       Q.   Does Lawson maintain recordings of any
6   prior offerings of these courses?
7       A.   I don't know.
8       Q.   The course below the Requisition Self
9   Service course is entitled Requisitions 8.1/9.0.
10  Do you know what the difference between that
11  course and the Requisition Self Service course
12  is?
13      A.   Yes.
14      Q.   What would be the difference between
15  those two courses?
16      A.   They are two different products in
17  Lawson's offering.
18      Q.   So the Requisitions course would be
19  directed to the requisitions application, and
20  then the Requisition Self Service course would be
21  specific to that requisition self service
22  application?
23      A.   That's correct.
24      Q.   Let me have the reporter mark as
25  Raleigh Exhibit 7, a document entitled Answer

64

1   Detail, the Proposal Automation Suite, bears
2   production numbers LE00352046 through 2342.
3           (Thereupon, Answer Detail was marked as
4   Exhibit 7 for identification.)
5           MS. ALBERT:  I'm building muscles in
6   this case.
7       Q.   Before we get to Exhibit 7,
8   Ms. Raleigh, can you describe the process which
9   Lawson would use to -- pursuant to which Lawson
10  could be awarded a contract for the procurement
11  modules of the S3 Supply Chain Management suite?
12      A.   The process differs from prospect to
13  prospect.
14      Q.   Would a prospective client typically
15  issue a request for proposal?
16      A.   Sometimes.
17      Q.   Do you know in approximately how many
18  circumstances the process would be initiated by a
19  request for proposal?
20      A.   I don't know offhand.
21      Q.   What are the other means by which the
22  process would be initiated, other than a request
23  for proposal issued by a prospect?
24      A.   It could be a direct, you know,
25  discussion between a customer and a

65

1  representative of Lawson in which they indicate
2  their desire to learn more about Lawson.  It
3  could be a trade show contact.  It's a variety of
4  ways in which customers could indicate they
5  wanted to work with us.
6      Q.   Are you or have you over the course of
7  your career at Lawson been involved with drafting
8  responses to requests for proposal?
9      A.   Indirectly, not directly.
10     Q.   In what indirect manner have you been
11 involved with requests for proposals?
12     A.   At times the people who are directly
13 responsible for answering those RFPs have
14 validated their answers to certain questions with
15 me based on my experience.
16     Q.   Are you familiar with the process that
17 the individuals who are directly responsible for
18 drafting RFP responses do so?
19     A.   A technical process?  Is that what
20 you're referring to?
21     Q.   I just want to know at a high level how
22 Lawson goes about drafting responses to RFPs.
23     MR. SCHULTZ:  With respect to this line
24 of questioning on the RFPs, in drafting
25 response us to RFPs, this is not a part of

66

1  the topics for the 30(b)(6), but you may ask
2  the questions in her individual capacity.  We
3  object to this as to outside the scope of the
4  30(b)(6).
5      A.   In my individual capacity, I would say,
6  no, I don't have -- I don't have a specific
7  knowledge of how that process works.
8      Q.   Who's responsible for drafting RFP
9  responses?
10     A.   A variety of different people,
11 depending on the subject of the RFP.  So, for
12 instance, if the RFP includes product or also
13 includes a request for a proposal of services,
14 there might be two different teams of people who
15 would work on it or collaborate on it.
16     Q.   So in connection with implementation
17 projects in which you have been involved, who has
18 responsibilities for drafting Lawson's RFP
19 responses for those projects?
20     A.   For the implementation portion?
21     Q.   Yes.
22     A.   We have a -- are you looking for a
23 specific person's name or for a group?
24     Q.   Well, first let's start at the group
25 level.  What group has responsibilities for that?

67

1      A.   Our business development group.
2      Q.   Within that business development group,
3  who would have responsibilities in the area of
4  the S3 Supply Chain Management suite?
5      A.   There are a number of different people
6  in that group, all of whom would be capable of
7  responding to an RFP, that would include S3
8  Supply Chain Management products.
9      Q.   Who are those people?
10     A.   Alan Wordsworth, Tim Nicholson, Karen
11 Bruschke, Charlie Phillips and Steve Christensen.
12     Q.   What is Mr. Wordsworth's position?
13     A.   Business development manager.
14     Q.   Does he have responsibilities for any
15 particular industry vertical or product line?
16     A.   Healthcare.
17     Q.   What is Mr. Nicholson's position?
18     A.   Client solutions executive.
19     Q.   Does he have responsibilities for any
20 particular industry vertical or product line?
21     A.   Healthcare.
22     Q.   What is Ms. Bruschke's position?
23     A.   It's the same for all of them, client
24 service executive or client solutions executive
25 in healthcare.

68

1      Q.   You indicated that these individuals
2  have responsibility for preparing sections of
3  responses to RFPs that relate to professional
4  services.
5      Are there other individuals who have
6  responsibilities for preparing the portions of
7  RFP responses that relate to the technical or
8  functional aspects of the applications that are
9  going to be involved in the project?
10     A.   Yes.
11     Q.   What is the general business group that
12 such individuals come from or are in?
13     A.   I don't know exactly what they call the
14 group, but it's the solutions consultants and the
15 solution consulting manager.
16     Q.   Are there particular individuals who
17 have responsibility for reviewing responses to
18 requests for proposal that are prepared prior to
19 their dissemination to the prospect?
20     A.   I don't know if there are specific
21 people with that job.
22     Q.   Do you know if the responses to RFPs
23 undergo a legal review prior to release?
24     A.   I believe they do.
25     Q.   Who is responsible for determining the

69

1    pricing that Lawson proposes to a prospective
2    client?
3         A.   A team of people.  For services or for
4    the products?
5         Q.   Well, let's start with services.  Who
6    is responsible for determining the pricing of the
7    services for a particular prospect?
8         A.   It would be a team that would include
9    my manager, the VP of healthcare delivery.  It
10   could also include the general manager of
11   healthcare.  It would also include the business
12   development manager and the client solutions
13   executive and to a certain extent the practice
14   director, like myself.
15        Q.   Does each industry vertical have
16   responsibilities for pricing its own service
17   offerings for bids on potential contracts?
18        A.   All guided by the same rate card that
19   we referred to earlier, but, yes, each vertical
20   would have their own team associated with their
21   customer, their prospects.
22        Q.   How is an account executive assigned
23   for a particular response to an RFP and
24   subsequent project if a contract is awarded?
25        A.   Somewhat based on region or territory.

70

1         Q.   Are there particular account executives
2    that deal with specific industry verticals?
3         A.   Yes.
4         Q.   And then within those verticals,
5    specific account executives have responsibilities
6    for specific territories?
7         A.   Yes.
8         Q.   So within the healthcare vertical, what
9    would be the various account executives and their
10   different regions?
11        A.   You're looking for actual names?
12        Q.   Yes.
13        A.   I would probably need to refer to an
14   org chart to be able to give it to you exactly
15   and a territory chart.
16        Q.   Do you know in your region the
17   different account executives?
18        A.   Yes.  We have -- we have certain
19   account executives that sell to prospects.  We
20   have a different group of account executives that
21   sell to existing customers.  So I'm struggling a
22   little bit with what group you're actually asking
23   about.
24        Q.   So what account executives are
25   responsible for selling to prospects within your

71

1    region?
2         A.   Pat Heyman.
3         Q.   Any others?
4         A.   Jay Fogarty.  I think that's it.
5         Q.   What about account executives who have
6    responsibility for selling to existing clients
7    within your region, who would those individuals
8    be?
9         A.   Brett Weiss, Brian Walker, Frits
10   Hoffman, Zak Kauss, Megan Evans, Mike Riley.  I'm
11   trying to think if I have forgotten anybody.  I
12   think that's it.
13        Q.   Now, with respect to Raleigh Exhibit 7,
14   are you familiar with something referred to as
15   the proposal automation suite?
16        A.   No.
17        Q.   Are you familiar with a database or a
18   repository of standard answers to RFP questions?
19        A.   I'm aware of it.  I'm not familiar with
20   it.
21        Q.   Do you know if the document marked as
22   Raleigh Exhibit 7 was produced from the
23   repository of standardized answers to RFP
24   questions?
25        A.   I don't know.

72

1         Q.   Within the database of standardized RFP
2    responses that you're familiar with, do you know
3    who prepared the answers to those questions?
4         A.   No.
5         Q.   Do you know who is responsible for
6    maintaining the information in that database?
7         A.   No.
8         Q.   Can you turn to page 30 of Exhibit 7.
9    That's on the page with the Bates number ending
10   2075.  Under the heading Services, do you see
11   there is a listing for consulting, and then there
12   is a listing for total services.
13             Do you know what the difference is
14   between revenues that would be attributable to
15   consulting versus total service revenues?
16             MR. SCHULTZ:  Before you answer, I will
17        object to this as lack of foundation with
18        respect to this document, Exhibit 7.
19             THE WITNESS:  Do you want me to answer?
20             MR. SCHULTZ:  You may answer.
21        A.   My -- I believe that this would -- that
22   the total services would include both the
23   business consulting and systems consulting we
24   referred to earlier and also learning services.
25   There may be other types of revenue also included

Raleigh, Hannah   3/4/2010  12:00:00 AM

---

73

1   in there. But that's --

2   Q.  Can you turn to the next page of the

3   document. Do you see on that page there are some

4   percentages of Lawson's total revenues, and they

5   are broken out by revenues attributable to

6   license fees, revenues attributable to

7   maintenance and revenues attributable to

8   consulting.

9        Do you know what percentage of Lawson's

10  total revenues were attributable to consulting

11  services for fiscal year 2009?

12  A.  I don't have that at my fingertips.

13  Q.  Do you have any kind of estimate for

14  the range?

15  A.  I would guess it's probably consistent

16  with the numbers that are on the page.

17  Q.  Can you turn to page 44 of the

18  document. That's on the page that the Bates

19  number ends with 2089.

20       There is a question on that page

21  related to third-party requirement for

22  implementation. And the answer below the first

23  sentence indicates that Lawson does not require

24  that you work with third parties for

25  implementation.

---

74

1        The next sentence indicates that Lawson

2   does have service partners who are certified to

3   provide specialized consulting and implementation

4   services.

5        Do you see that?

6   A.  Yes.

7   MR. SCHULTZ:  What page are you on?

8   I'm sorry.

9   MS. ALBERT:  On page 44.

10  MR. SCHULTZ:  Thank you.

11  Q.  Do you know for what percentage of

12  implementation Lawson provides the implementation

13  services versus third parties?

14  A.  It depends on the type of

15  implementation.

16  Q.  What do you mean by that?

17  A.  Upgrade versus new implementation

18  versus an add on, you know, a small project to

19  add on another suite to an existing customer. It

20  would depend.

21  Q.  With respect to new installation type

22  implementations, for what percentage of those

23  projects does Lawson provide the services versus

24  third parties?

25  A.  Are we specifically referring to supply

---

75

1   chain implementations?

2   THE COUR REPORTER:  I didn't hear you.

3   A.  Are we specifically referring to supply

4   chain implementations or any implementation?

5   Q.  Well, if you know the information with

6   respect to supply chain implementations, let's

7   just go directly to that. For what percentage of

8   new installations in the Supply Chain Management

9   area does Lawson provide the services versus

10  third parties?

11  A.  I don't know.

12  Q.  What about just in general for any type

13  of new installation of Lawson applications, for

14  what percentage of those projects does Lawson

15  provide the services versus third parties?

16  A.  80 to 85 percent.

17  MS. ALBERT:  And the videographer has

18  indicated that we need to take a short break

19  to change the tape.

20  THE VIDEOGRAPHER:  This is the end of

21  videotape two in Hannah Raleigh. We're going

22  to go off the record at 10:50.,

23       (Off the Record.)

24  THE VIDEOGRAPHER:  This is videotape

25  two of Hannah Raleigh. We're on the record

---

76

1   at 10:58.,

2   MS. ALBERT:  Just for point of

3   clarification, is this videotape number

4   three?

5   THE VIDEOGRAPHER:  I'm sorry. This is

6   videotape number three.

7   Q.  Ms. Raleigh, over the break were you

8   able to find out the answers to any of the

9   pending questions that we had outstanding?

10  A.  Yes.

11  Q.  Were you able to find out the answer to

12  the question about how many supply chain

13  management systems went live within the last 12

14  months?

15  A.  Yes. The answer is 13.

16  Q.  Do you know any of the clients

17  associated with those systems?

18  A.  I do.

19  Q.  What are the clients that you're

20  familiar with?

21  A.  Jackson Memorial Hospital, Appalachian

22  Regional healthcare system, Suny Downstate

23  Medical Center. Those are the three that I'm

24  most familiar with.

25  Q.  And were you able to find out the

---

77

1  answer to the question concerning the number of
2  Supply Chain Management systems for which Lawson
3  provides hosted or managed services?
4      A.   Yes.
5      Q.   How many is that?
6      A.   13 total.
7      Q.   Are you aware of the identities of any
8  of the clients for which Lawson provides those
9  services?
10      A.   I didn't ask for that information.
11      Q.   Are you, just in your own individual
12  capacity, aware of any clients for which Lawson
13  provides hosted services that have systems in the
14  Supply Chain Management area?
15      A.   The one that I gave previously, Fayette
16  Regional Medical Center.
17      MR. SCHULTZ:  I just object to that as
18  vague, because the first question was hosted
19  and managed and this question was just
20  hosted.  Just to clarify that.
21      Q.   Is the system -- are the services that
22  Lawson provides to Fayette in the nature of
23  hosted services?
24      A.   Yes.
25      Q.   Turning back to Exhibit 7.  Could you

78

1  turn to page 196 of that document.  There is a
2  question on that page that relates to integrate
3  business process and implementation.  And under
4  the answer it indicates that -- there is a
5  bullet --
6      Well, first of all, the answer states
7  that "Lawson's general approach to interfaces,
8  integration and data conversion is as follows:
9  During the implementation process, if interfaces,
10  integration or data conversions are required,
11  Lawson professional services consultants consider
12  the nonLawson applications abilities for
13  exporting and importing data, what condition the
14  data from/to the nonLawson system would be in
15  upon interfacing with Lawson, and if any changes
16  need to be made to that format, and in what time
17  frame the data transfers would need to occur
18  (real time or batch)."
19      Further down in the answer it indicates
20  that "interface, integration and conversion
21  options/tools may include but are not limited
22  to," and the first bullet states that Lawson has
23  native import/export utilities for a number of
24  its applications that can be utilized for data
25  conversion, interfaces or integration."

79

1      Do you know if there are native
2  import/export utilities that are included in the
3  S3 procurement applications?
4      A.   Yes.
5      Q.   Are there?
6      A.   Yes.
7      Q.   Such utilities?  Are there
8  import/export utilities associated with Lawson's
9  S3 inventory control application?
10      A.   Yes.
11      Q.   Are there import/export utilities that
12  are native to Lawson's S3 purchase order
13  application?
14      A.   I don't know.
15      Q.   What is the native import/export
16  utility that is associated with Lawson's S3
17  inventory control application, do you know?
18      A.   I don't know the name or number of the
19  form, but there is an import utility for the
20  loading of an item master into Lawson.
21      Q.   Below that bullet, the next bullet
22  states, "All Lawson forms have their own APIs
23  that can be accessed by a common tools, such as
24  Microsoft Excel for data extraction and upload,
25  either on a one-time conversion basis or on an

80

1  ongoing interface/application basis."
2      Do you know whether Lawson forms that
3  are associated with the S3 procurement
4  applications have APIs of this nature?
5      A.   Yes.
6      Q.   Yes, they do have such APIs?
7      A.   Yes, they do.
8      Q.   The four letter bullet point states
9  that "for the most robust conversion and
10  integration requirements, Lawson offers a
11  disparate data integration tool known as process
12  flow integrator."
13      Do you know whether that tool -- or can
14  this process flow integrator tool be used for
15  data conversion from a legacy system to a newly
16  installed Lawson S3 procurement system?
17      A.   Probably could.  But I haven't
18  experienced that.
19      Q.   Have you had experience with the native
20  import/export utilities for data conversion that
21  are included in the S3 procurement applications?
22      A.   Yes.
23      Q.   Have you had experience with the one
24  that you mentioned that relates to loading the
25  item master database?

Raleigh, Hannah   3/4/2010  12:00:00 AM

81

1    A.  I have experience with customers who
2    have used that, yes.
3    Q.  The last bullet point on that page
4    indicates that "Lawson data validation rules
5    apply for every transaction as they would for an
6    online entry."
7        Does Lawson provide data validation
8    rules for data conversions from legacy systems to
9    newly installed Lawson S3 procurement systems?
10   A.  I'm not sure I would say that we
11   provide the rules, but the rules are part of the
12   software.
13   Q.  So can you describe functionally any
14   data validation rules that apply or that are a
15   part of the software with respect to S3
16   procurement applications?
17   A.  I could give an example.
18   Q.  What is an example?
19   A.  An example might be a required
20   character length.  So a character -- a field must
21   be nine characters.  And if we attempt to import
22   10, the rule would prevent that data from being
23   brought into the system.
24   Q.  Does Lawson provide instructions or
25   training to its clients to familiarize them with

82

1    the data validation rules that would apply with
2    respect to Lawson's S3 procurement applications?
3    A.  Yes.  We have conversion workbooks, so
4    documentation, whether or not we provide services
5    or training, it would depend.
6    Q.  Can you turn to page 204 of the
7    exhibit, and the Bates number on that page ends
8    with 2249.
9    A.  Yes.
10   Q.  Do you see answer number 290, the
11   question there asks, "Do you provide an online
12   knowledge base?"
13       And below that the answer indicates
14   that "the Lawson knowledge base offers customers
15   a single point of access to a comprehensive
16   collection of Lawson products specific
17   knowledge."
18       And the fourth bullet point indicates
19   that "documents on the knowledge base include
20   background concepts."  Do you see that?
21   A.  Yes.
22   Q.  What is -- what are background
23   concepts?
24   A.  I don't know specifically what this
25   refers to.  A background concept could refer to a

83

1    business process that is somehow impacted by the
2    software.
3    Q.  This answer also indicates that "the
4    Lawson knowledge base includes documentation
5    topics."  Can you describe what is meant by the
6    term "documentation topics"?
7    A.  I don't know specifically what that is
8    meant to refer that is unique in this list.
9    Q.  This also indicates that the knowledge
10   base includes procedures.  Do you know what types
11   of documentation is made available by Lawson on
12   the knowledge base that would be referred to as
13   procedures?
14   A.  It could be procedures for executing a
15   particular function in the software, procedures
16   for running a report.
17   Q.  The next page continues some other
18   types of documentation that is included in the
19   knowledge base, including how-to guidelines.  Can
20   you describe what is meant by that term?
21   A.  Again, I don't know how that is unique
22   from the previous.  But there is in the knowledge
23   base some documents that would help a customer
24   determine how to set something up or how to
25   accomplish a particular function.

84

1    Q.  Then the next type of documentation is
2    referred to as "year end manuals."  Do you know
3    what is meant by that term?
4    A.  Yes.  There are certain portions of the
5    software that have specific year-end procedures,
6    most commonly this is payroll related.  So this
7    might refer to manuals that teach a customer or
8    document what a customer must do at year end with
9    the software.
10   Q.  This answer indicates "The knowledge
11   base further includes something referred to as
12   release notes."  Do you know what is meant by the
13   term "release notes"?
14   A.  Yes.
15   Q.  What does that mean?
16   A.  Release notes are typically
17   documentation of either a patch or a new release
18   of the software, new version.
19   Q.  Below that the answer indicates that
20   "File layouts are made available in the knowledge
21   base."  Do you know what is meant by the term
22   "file layouts"?
23   A.  Yes.
24   Q.  What is meant by that?
25   A.  File layouts typically refer to the --

85

```
1    such as the conversion guides we talked about
2    earlier that would tell a customer in what format
3    a file must be in order to be uploaded into
4    Lawson or what file or format it would be in if
5    it were exported from Lawson.
6        Q.   The document also indicates that "The
7    knowledge base includes program changes, database
8    changes, supports frequently asked questions."
9    And then the last entry there is "error
10   messages."
11       Do you know what types of documentation
12   in the nature of error messages are included in
13   the knowledge base?
14       A.   Yes.  Often Lawson's software produces
15   an error message when something doesn't happen
16   appropriately, and customers will use the
17   knowledge base to search for an error message to
18   understand what that error message may mean.
19       Q.   Are there any other types of
20   documentation that you're aware of that would be
21   included in the knowledge base, other than those
22   listed in Exhibit 7?
23       A.   None that I can think of.
24       Q.   Are customers entitled to access the
25   Lawson knowledge base as part of their license
```

86

```
1    fees?
2        A.   I don't believe so.
3        Q.   How does a customer obtain access to
4    the Lawson knowledge base?
5        A.   I believe it is a part of your
6    maintenance fees.
7        Q.   Can you turn to page 207 of the
8    exhibit.  Answer number 295 relates to the types
9    of online support services.
10       And the next page provides the answer
11   that "Lawson provides online support through our
12   customer website support.Lawson.com."
13       And the types of online support include
14   the Lawson knowledge base that we were discussing
15   earlier.
16       The next item is referred to as case
17   reporting.  Are you familiar with that type of
18   service?
19       A.   Yes.
20       Q.   What is the nature of that type of
21   service?
22       A.   This would enable a customer to report
23   call in or -- not call in, but use the online
24   tool to log a case with our support organization
25   when they feel the software isn't doing what it
```

87

```
1    is supposed to do.
2        Q.   What happens once the case is logged
3    with online support?
4        A.   A support center employee responds to
5    it and works with the customer.
6        Q.   Is that type of service specific to a
7    specific level of support or is that offered with
8    the basic level of support?
9        A.   It's offered with the basic level of
10   support.
11       Q.   The next bullet refers to something
12   called "case management."  Do you know what types
13   of services fall under that heading?
14       A.   Yes.
15       Q.   Can you describe for me?
16       A.   This would allow a customer to see what
17   cases they have open, get updates on the status
18   of those cases, close cases.
19       Q.   The next type of service is referred to
20   as "user setup and security."  Are you familiar
21   with the nature of those types of services?
22       A.   I believe so.
23       Q.   What is your understanding of those
24   types of services?
25       A.   I believe this specifically refers to
```

88

```
1    the setup of users of the customer
2    support.lawson.com. portal, if you will, and the
3    security associated with each user.
4        Q.   The next bullet point indicates that
5    "product downloads are available through
6    support.Lawson.com."
7        The bullet after that refers to "Lawson
8    community."  Are you familiar with what is meant
9    by the term "Lawson community"?
10       A.   Somewhat.
11       Q.   What is your understanding of those
12   services?
13       A.   This provides a forum in which our
14   customers can interact with one another.
15       Q.   Then the final bullet refers to "Lawson
16   interactive support."  Are you familiar with
17   those types of services?
18       A.   Yes.
19       Q.   What is the nature of those types of
20   services?
21       A.   That is what I was referring to under
22   the case reporting.  That's what happens after a
23   case is reported interactively, and the customer
24   will work with the support person on their case.
25       Q.   With respect to that interactive
```

89

1    communication, is that via telephone, via e-mail
2    or a multiple means of communication?
3        A.   It could involve different means, but
4    most purely this would be interactive support
5    live chat or, you know, it's via the Internet.
6        Q.   Do Lawson support services personnel
7    ever log on to a client system remotely to try to
8    assess problems?
9        A.   Yes.
10       Q.   And is there a particular level of
11   support services that a client needs to subscribe
12   to in order to have these types of remote access
13   support services provided?
14       A.   No.
15       Q.   Does that come with the basic level of
16   support?
17       A.   I believe so, yes.
18       Q.   Is there anywhere where documentation
19   is maintained concerning these case reports or
20   trouble tickets or the provision of this
21   interactive support?
22       A.   I believe that all of the transcripts
23   of all of those support cases are maintained in
24   the system.
25       MS. ALBERT:  Counsel, we would ask that

90

1    Lawson produce copies of case reports and
2    documentation relating to interactive support
3    services provided and remote services
4    provided with respect to clients who had S3
5    procurement type systems.
6        MR. SCHULTZ:  I will look into that.
7    We will produce that if we have that.
8        MS. ALBERT:  Thank you.
9        Q.   Can you turn to page 212 of the
10   exhibit.  The question on this page relates to
11   other types of support.  There is a heading
12   related to on-site support.
13       And it indicates that "Lawson provides
14   on-site support on a billable basis from the
15   global support center and Lawson's professional
16   services group at the current prevailing rates."
17       Do you know for what percentage of
18   customers Lawson provides on-site support
19   services of this nature?
20       A.   I don't know.
21       Q.   Do you see further down that page there
22   is a heading entitled Post Live Implementation
23   Support?
24       A.   Yes.
25       Q.   And under that heading the first

91

1    sentence reads, "To ensure a smooth
2    implementation, Lawson can provide go live and
3    post live support."
4        Do you know for what percentage of
5    customers Lawson provides go live and post live
6    support services?
7        A.   I would refer back to the earlier
8    statement that Lawson provides between 80 and 85
9    percent of our new initial customer
10   implementation with some services that could
11   include go live or post live services.
12       Q.   What is meant by the term "go live
13   services"?  Can you describe the nature of those
14   services?
15       A.   Typically, those services would -- it
16   could entail a number of different types of
17   consulting, but its presence during the
18   customer's initial turnup of the software in a
19   support capacity.
20       Q.   And what type of services are provided
21   under the heading Post Live Support?
22       A.   Typically, this is referring to ongoing
23   support of customer's live operations during the
24   first several times they attempt to do something.
25       So the example they give here is the

92

1    first month end or the first quarter end, we
2    might provide services at that time.  That could
3    be considered post live services.
4        Q.   Can you turn to page 238 of the
5    exhibit.  There is an answer number 344 on that
6    page where the question asked, "Is a conversion
7    tool provided for upgrades?"
8        The answer indicates, "Lawson delivers
9    data conversion utilities for upgrading the
10   application from one release to the next.  We
11   recommend that Lawson professional services be
12   involved for a major upgrade."
13       Why does Lawson recommend that Lawson
14   professional services be involved with a major
15   upgrade and conversion services involved in such
16   upgrades?
17       A.   I would say we recommend it because of
18   the risk to the customer's production environment
19   involved in doing an upgrade.
20       Q.   How does having a Lawson professional
21   services, you know, personnel involved in that
22   project facilitate or diminish the risks involved
23   with that upgrade?
24       A.   We have experience performing upgrades
25   that would probably exceed that of our customers.

Raleigh, Hannah   3/4/2010  12:00:00 AM

93

1  Q.  Can you turn to page 245 of the
2  exhibit.  Under answer number 352, there are a
3  number of different, I guess, deliverables
4  described as part of an S3 implementation
5  project.  The first heading refers to an As Is
6  Assessment.
7      Do you have an understanding of the
8  meaning of that term?
9  A.  Yes.
10  Q.  What are the nature of the services --
11  or what is the deliverable associated with Lawson
12  providing an as is assessment to an S3 client?
13  A.  It may vary by customer.  Generally
14  speaking, this is a process whereby Lawson
15  consultants use interview tools or review
16  documentation that the customer provides to
17  familiarize themselves with the current -- the
18  customer's current operations on their legacy
19  software.
20  Q.  Once Lawson has provided this as is
21  assessment, what would be the next phase of a
22  typical S3 implementation project?
23  A.  Again, it depends on the customer, and
24  it depends on the implementation approach being
25  used.  But typically the next thing that would be

94

1  done is project team training.
2  Q.  What is involved with project team
3  training?
4  A.  This is instructor led training
5  specifically geared towards educating the project
6  team, not the end users, but the people who will
7  be setting up the software on the functionality
8  of the product and the processing.
9  Q.  The next heading refers to Designing
10  Your Lawson System.  Are Lawson professional
11  services personnel involved with the client in
12  connection with designing the client's Lawson
13  system to be implemented?
14  A.  Sometimes, yes.
15  Q.  And then Integration Development.  Do
16  you know what is meant by that term?
17  A.  Yes.
18  Q.  What does that term mean?
19  A.  Here it is referring specifically to
20  the process of getting your data out of your old
21  system and determining how to get it into Lawson.
22  Q.  So what is Lawson's involvement with
23  that stage of the implementation project?
24  A.  It depends on the customer and the
25  contract.

95

1  Q.  It says under that heading, the last
2  sentence reads, "Our consultants will work with
3  you to design your integration points and map the
4  data fields from your existing system to your new
5  Lawson system."
6      Do you know what is meant by the term
7  "map the data fields"?
8  A.  Yes.
9  Q.  What types of services are involved
10  with that?
11  A.  Typically, that involves helping a
12  customer to understand where a -- where a
13  particular field in a legacy system, where that
14  data would go in Lawson.
15  Q.  The next heading relates to Data
16  Conversion, Migrating Your Legacy System Data.
17  It indicates, "Our consultants will share with
18  you what similar organizations have done to help
19  make this decision and help you map the data
20  fields from your legacy system to your new Lawson
21  system."
22      So Lawson actually will assist the
23  customer with doing the mapping of the data
24  fields from the legacy system to the appropriate
25  data fields in the new Lawson system; is that

96

1  correct?
2  A.  We could.  I would say most often we
3  would provided advice in that regard.
4  Q.  And Lawson provides the client with the
5  correct formats that they need to use in order to
6  map the data fields from the legacy system to the
7  correct data fields in the new Lawson system,
8  correct?
9  A.  That's correct.
10  Q.  Then do most customers use the import
11  utility utilities that come native with the
12  applications as part of this data migration
13  process?
14  A.  Yes.  As one tool in a part of the
15  overall migration process, I would say customers
16  do typically use the native programs.
17  Q.  On the next page 246, continuing with
18  that topic relating to data migration.  The next
19  sentence reads, "Once the data is converted, it
20  must be reconciled to ensure conversion
21  accuracy."
22      Will Lawson assist the client with this
23  data reconciliation part of the process?
24  A.  Not typically.
25  Q.  Does Lawson sometimes assist the

97

1  clients with this?
2  A.  Rarely.
3  Q.  The next heading relates to quality
4  control, and it refers to -- first it says -- it
5  refers to the initial installation.
6  Does Lawson professional services
7  provide services to assist clients with the
8  actual installation of Lawson applications?
9  A.  Yes.  We do provide those services to
10  some customers.
11  Q.  Then it indicates that "Once the
12  initial installation is complete, your Lawson
13  consultants will help you conduct quality
14  assurance testing."
15  What is involved with quality assurance
16  testing services provided by Lawson?
17  A.  It could involve a number of different
18  types of tests.  But most generally, Lawson
19  consultants might help a customer to identify the
20  critical business processes that need to be
21  tested, might help them to develop test scripts
22  appropriate to those business processes, and then
23  would facilitate the actual testing of the system
24  most commonly with the customer doing the testing
25  with Lawson there to provide assistance and

98

1  support as they encounter problems.
2  Q.  Do you know for what percentage of
3  Lawson's S3 procurement system implementations it
4  has provided on-site installation services?
5  A.  I don't know.
6  Q.  Is there a way that you could find that
7  out?
8  A.  Are we talking about a particular time
9  period, like the last 12 months or ever?
10  Q.  Well, let's start with the last 12
11  months, but then I would want to find out maybe
12  for the last six years.
13  A.  It may be possible to get that
14  information.
15  Q.  Where would you go to find that out?
16  A.  I would probably need to -- probably
17  need to coordinate data from a variety of
18  different systems.
19  Let me clarify one thing.  Are you
20  asking for the customers that Lawson has been
21  involved in their implementation, or are we
22  talking all Lawson customers, whether or not
23  Lawson was involved in their implementation?
24  We may have been involved, you know,
25  with a customer but not with their supply chain

99

1  implementation or -- and, again, there are other
2  customers that do not choose Lawson to provide
3  services at all.
4  Q.  I'm asking for all S3 procurement
5  system implementations, the percentage of those
6  for which Lawson provided on-site installation
7  services.
8  A.  Installation services?
9  Q.  Right.  Can you turn to page 251 of the
10  exhibit.  On this page there is an answer
11  relating to the detailed implementation process
12  and the steps included in an implementation plan.
13  I want to ask for each one of these
14  steps in an implementation plan whether Lawson
15  would be involved with the client in conducting
16  that step.
17  So, for example, in implementation
18  planning, is the Lawson professional services
19  organization typically involved with that stage
20  of the implementation?
21  MR. SCHULTZ: Are you referring
22  specifically to Supply Chain Management?
23  Q.  Well, okay.  I can refer to -- let's go
24  specifically for Supply Chain Management
25  implementations.  Is Lawson typically involved

100

1  with the implementation planning stage of that
2  project?
3  A.  Sometimes.  Are we referring to just
4  customers where -- who have selected Lawson to
5  provide services?
6  Q.  Correct.
7  A.  Yeah.  I would say typically we're
8  involved with those if a customer has chosen to
9  implement their software.
10  Q.  Is Lawson typically involved with the
11  installation of hardware for S3 Supply Chain
12  Management implementations?
13  A.  Not typically.
14  Q.  What circumstances would Lawson be
15  involved with the installation of hardware?
16  A.  Certainly in an environment where we
17  are hosting the system, we would be involved in
18  the installation of hardware.  It's possible that
19  we could be involved in the installation of
20  hardware for, say, a small portion of the system,
21  such as mobile supply chain handhelds.
22  Q.  I think you have mentioned earlier
23  today that in almost every circumstance where
24  Lawson is involved with an implementation, you
25  provide product training of some sort to the

Raleigh, Hannah   3/4/2010  12:00:00 AM

101

1  client; is that correct?
2      MR. SCHULTZ:  Again, that's in the
3  supply chain?
4      Q.   Well, more generally, I think the
5  witness has already answered that for almost 100
6  percent of all implementations, Lawson provides
7  product training for the client.  Is that
8  correct?
9      A.   Over the course of their entire
10  relationship as a Lawson customer.
11      Q.   For what percentage of implementation
12  projects specifically would Lawson be involved
13  with providing product training to the client?
14      A.   Initial implementations.  So brand-new
15  customer, never used Lawson before, I would say
16  that number is between 90 and 100 percent.
17      Q.   What about for implementations that
18  relate to product upgrades, is there typically
19  product training provided by Lawson in connection
20  with product upgrade type projects?
21      A.   If the customer chooses Lawson for that
22  service, we can provide training in an upgrade,
23  yes.
24      Q.   I think you have testified that Lawson
25  does assist the client with respect to product

102

1  planning and system design in connection with
2  implementation projects; is that correct?
3      A.   Yes.  That's common.
4      Q.   Then, I think, you have already
5  indicated that Lawson can provide services to
6  assist clients with existing system conversion
7  and conversion of the data from the legacy system
8  into the proper formats for the Lawson -- the new
9  Lawson system; is that correct?
10      A.   We do provide some services that
11  support that process.
12      Q.   And with respect to the step of the
13  implementation plan relating to build database,
14  what are the nature of the services that Lawson
15  would provide that fall under that category?
16      MR. SCHULTZ:  We're talking S3 Supply
17  Chain Management, correct?
18      MS. ALBERT:  Well, just more generally
19  first, I guess.
20      A.   I don't think it necessarily matters
21  which part of the suite -- which suite we're
22  referring to.
23      Generally speaking, our involvement in
24  building the database refers to populating the
25  specific setup criteria or helping a customer to

103

1  make decisions and populate the setup criteria.
2      Q.   What do you mean by setup criteria?
3      A.   Lawson system is configurable, so the
4  way that a customer builds the system is by
5  establishing codes, if you will, and setting
6  parameters to work together in such a way that it
7  supports their desired business processes.
8      So an example could include choosing a
9  code in a name for the company and setting that
10  code up in the system.  That would be considered
11  data that is built into the system.  We would
12  assist the customer with doing that.
13      Q.   What is the difference between the
14  system's test phase and the operations test
15  phase?
16      A.   There are a lot of different forms of
17  testing and different phrases or terms used to
18  describe different types of testing.
19      Commonly a systems test will refer to a
20  test that uses -- that tests not just the
21  application unto itself but also the systems to
22  which it might integrate.
23      An operations test, again, I don't know
24  what they are specifically referring to here, but
25  that sometimes is called user acceptance testing

104

1  to ensure that the software, the system, the
2  processes, the configuration works as a part of
3  the overall operations of the business.
4      Q.   How, if at all, are the Lawson
5  professional services personnel involved with
6  systems testing for a client on an implementation
7  project?
8      A.   We're typically involved in a planning
9  and support capacity to help them again
10  understand what they should be testing and how to
11  organize their test and then support them as they
12  test when issues come up that need to be
13  addressed.
14      Q.   So do you also help the client actually
15  write the test protocols?
16      A.   Sometimes.
17      Q.   And then how, if at all, are Lawson
18  professional services personnel involved with
19  conducting operations tests for a client on an
20  implementation project?
21      A.   All of the same types of functions
22  would apply to the different tests types.
23      Q.   What is meant by final systems review?
24      A.   Again, this could refer to a number of
25  different things.  But typically, prior to going

105

1  live with the system, we help a customer to
2  assess their complete readiness, whether that be
3  the functionality of the software, the business
4  processes, or their infrastructure, you know,
5  load testing, those kinds of things to ensure
6  that the system is prepared to go live.
7      Q.  What is meant by roll out?
8      A.  Roll out would be another term for go
9  live.
10     Q.  Can you turn to page 253, please.
11  Under the heading Existing System Conversion, the
12  first sentence reads, "If you are replacing an
13  existing computer application and a conversion of
14  existing data is a possibility, then minimally a
15  comparative analysis of existing system data
16  fields to the new system should be conducted."
17     Who performs this comparative analysis
18  that is referenced in this phase of the
19  implementation project?
20     A.  Most commonly the customer will perform
21  that.
22     Q.  Down below there is a reference to a
23  conversion plan that outlines the approach,
24  timing and tasks to be completed.  Do you see
25  that?

106

1      A.  Yes.
2      Q.  Who is involved with generating the
3  conversion plan?
4      A.  Let's say it's a collaborate effort
5  between the customer and the Lawson project
6  manager.
7      Q.  You referred to a project team before
8  when we were talking about project team training.
9  Does the term "project team" as used by Lawson
10  refer to the client's personnel involved on an
11  implementation project versus Lawson personnel?
12     A.  Yes.  There could be other people
13  involved too, but, yes, the client.
14     Q.  Can you turn to page 268 of the
15  exhibit.  Under answer number 374, there are
16  provided some roles and responsibilities of the
17  Lawson personnel.
18     Can you describe at a high level what
19  the roles and responsibilities of the Lawson
20  strategic account manager on an implementation
21  project would be?
22     A.  Honestly, I'm not aware that Lawson
23  still has strategic account managers.  We did at
24  one time, but I don't think they are currently a
25  job title within the organization.

107

1      Q.  What would be the roles and
2  responsibilities of a Lawson project manager on
3  an implementation project?
4      A.  It depends.  It varies widely from
5  customer to customer.
6      Q.  Is a project manager the same thing as
7  a project leader?
8      A.  Not necessarily.
9      Q.  What are the distinctions between
10  somebody that would be referred to as a project
11  manager versus a project leader on an
12  implementation?
13     A.  Typically project leaders are used on
14  smaller projects, and typically their involvement
15  in a project is -- well, it's less.  So they
16  might be responsible for some specific
17  activities, and then only support a customer when
18  a customer comes and asks for help.
19     Whereas a project manager is more
20  likely to be working on a larger project and
21  involved in many more aspects of the entire
22  implementation.
23     Q.  The next Lawson personnel that is
24  referred to in this answer is somebody that would
25  have the title of functional application lead,

108

1  and that person's responsibilities are on page
2  270.
3      It indicates here in this answer that
4  "With respect to an implementation project, a
5  Lawson functional application lead will
6  participate in design, implementation and testing
7  of the applications, assist in the design of the
8  system configuration, map data from legacy system
9  to Lawson application," among their various
10  responsibilities listed there.
11     Is that accurate?
12     A.  Yes.  I would say our consultants have
13  been involved in all of those tasks to varying
14  degrees on different projects.
15     Q.  What is the distinction between a
16  Lawson functional application lead and a Lawson
17  technical lead?
18     A.  The application leads have knowledge of
19  the actual functional applications themselves,
20  the parameters, the data -- specific knowledge of
21  each particular application.
22     Whereas a technical lead would likely
23  have more of a systems or technical understanding
24  of the system.  So they would maybe understand
25  the underlying architecture or the infrastructure

109

1    that supports the application but not the
2    application details itself.
3         Q.   I think that's all for that exhibit.
4    I'm just trying to view some stuff and see if I
5    can cut down.
6         Let me have the reporter mark as
7    Raleigh Exhibit 8, a document entitled Lawson RFP
8    Reference Guide.  It has production numbers
9    LE00320976 through 1054.
10        (Thereupon, RFP Reference Guide was
11        marked as Exhibit 8 for
12        identification.)
13        Q.   Are you familiar with the document that
14   has been marked as Raleigh Exhibit 8?
15        A.   No.
16        Q.   Does it appear to be the type of
17   document maintained by Lawson as part of its
18   ordinary course of business?
19        A.   Yes.
20        Q.   Do you know if the people with
21   responsibilities for preparing RFPs utilize an
22   RFP reference guide of this type to assist them
23   with preparing responses to RFPs?
24        A.   I don't know.
25        Q.   Can you turn to page 45 of the exhibit,

110

1    please.
2         MR. SCHULTZ:  Object to foundation.
3         Q.   Under the heading Data
4    Conversion/Interface Options, the first paragraph
5    reads, "At Lawson we recognize that some
6    organizations require minimal assistance with
7    data conversion and interface processes while
8    others prefer more.
9         "For those organizations that like to
10   perform data conversion and prepare interfaces
11   themselves, Lawson supports this.  Our Lawson
12   consultants will assist with the mapping of data
13   from the legacy systems to Lawson."
14        The second paragraph reads, "Other
15   organizations need additional assistance.  Lawson
16   can format the legacy data to be extracted and
17   then load it into the new Lawson system."
18        So is that accurate that Lawson will
19   offer these type of services for those clients
20   that need some additional service -- assistance
21   with data conversion?
22        A.   It is true that we will create programs
23   that will do that in some circumstances.
24        MS. ALBERT:  The videographer has
25   indicated that we need to take a break to

111

1    change the tape.
2         THE VIDEOGRAPHER:  This is the end of
3    videotape three in the deposition of Hannah
4    Raleigh.  We're going off the record at
5    11:57.,
6         (Off the Record.)
7         THE VIDEOGRAPHER:  This is videotape 4
8    of Hannah Raleigh.  We're back on the record
9    at 12:03.,
10        Q.   Let me ask the reporter to mark as
11   Raleigh Exhibit Number 9, a document entitled
12   Lawson Learning Maps, bears production numbers
13   L011497 through 522.
14        (Thereupon, Learning Maps was marked as
15        Exhibit 9 for identification.)
16        Q.   Are you familiar with the document that
17   has been marked as Raleigh Exhibit 9?
18        A.   I don't think I have read it, but I'm
19   familiar with the content.
20        Q.   What is the purpose of the document?
21        A.   This document would help a new customer
22   understand the types of learning that they will
23   need based on their role in a Lawson
24   implementation.
25        Q.   What is meant by the term "Lawson

112

1    learning maps"?
2         A.   I believe the term "map" was meant to
3    refer to the -- again, mapping the types of
4    learning to the particular individual and their
5    role in implementation or in a client
6    organization and the sequence in which they would
7    take that training.
8         Q.   Can you turn to page 9 of the document.
9         A.   Yes.
10        Q.   There is a note on that page that
11   "Effective November 1, 2006, all new client
12   implementations, Lawson or partner led, all new
13   product implementations at existing clients
14   over" -- I guess that's $100,000, "and any new
15   project at an existing client over $100,000,
16   including upgrades, reimplementations and
17   redesign work require a formal learning plan."
18        What is meant by the term "formal
19   learning plan"?
20        A.   I'm thinking back to this point in
21   time.  It could refer to a document, a
22   deliverable of a project, that would formally map
23   out each individual in the project team and their
24   learning requirements and the timing -- which
25   classes they need to go to and when they are

Raleigh, Hannah   3/4/2010  12:00:00 AM

113

1    going to go to those classes.
2        It's possible that there was an online
3    tool or something that we deployed at this time
4    that maybe automated that process, but the
5    content of a learning plan is the same, whether
6    it's an online tool or a word document, for
7    instance, or an Excel spreadsheet.
8        Q.   Why did Lawson adopt this policy that
9    there was a requirement of a formal learning plan
10   for these types of implementations?
11       A.   I don't know all of the reasons behind
12   that decision at that time.
13       Q.   Do you know any of the reasons?
14       A.   I would imagine this was an attempt to
15   ensure that our customers had followed the
16   appropriate learning paths to help our support
17   organization to know that the types of support
18   they are providing is to customers who have been
19   appropriately trained.
20       Q.   Can you turn to page 10 of the exhibit.
21   The first sentence or the first paragraph reads,
22   "Project managers are expected to plan and
23   schedule the training courses outlined in the
24   learning plan.  In most cases, training is the
25   first activity experienced by a new Lawson

114

1    project team, so it creates a first and often
2    lasting impression of Lawson.
3        "It is also often the final activity as
4    end users are trained on their new Lawson
5    applications before going live -- before the go
6    live."
7        So am I correct that for most
8    implementation projects there is training
9    provided by Lawson at the beginning of the
10   implementation project, as well as training
11   provided by Lawson at the end or near the go live
12   part of the implementation project?
13       A.   It depends on the customer and the
14   project.  I would say that most commonly Lawson
15   does not provide the end-user training.  We do
16   offer that as a service, but most commonly we do
17   not provide that service to our customers.
18       Q.   Do the customers utilize Lawson
19   educational materials to provide the end-user
20   training themselves?
21       A.   Sometimes.
22       Q.   So the training that is referred to at
23   the beginning of an implementation is to the
24   members of the project team itself, correct?
25       A.   That's correct.

115

1        Q.   And then the training that comes
2    towards the end of an implementation is to the
3    end-user community, correct?
4        A.   That's correct.
5        Q.   Can you turn to page 17 of the exhibit.
6    Under the heading Lawson S3 Supply Chain
7    Management, there are a number of applications
8    listed there and associated courses.
9        So, for example, with respect to Lawson
10   procurement, there are courses listed there:
11   Lawson Procurement Workshop 9.0, Requisitions
12   9.0, Purchase Order 9.0, Inventory Control 9.0,
13   and Invoice Matching 9.0.
14       Do you know whether these courses are
15   currently offered by Lawson?
16       A.   Yes.  They are.  Can I clarify an
17   earlier statement?
18       Q.   Sure.
19       A.   In reviewing the document, as we have
20   been to go through these questions, I'm realizing
21   this was a document that was published for
22   internal use, not for our customers.
23       I had originally thought this was --
24   something targeted towards our customers, but it
25   appears, just from reviewing it, this is

116

1    actually -- this was published as an internal
2    document.
3        Q.   So what is the purpose for which this
4    will be used internally?
5        A.   It appears to be a document that was
6    meant to clarify a Lawson learning, you know,
7    policies and processes for our project managers
8    to help them be more effective in this stage or
9    this aspect of their role, their job.
10       This is information that was always
11   sort of known but not necessarily documented.  It
12   appears this was maybe an attempt to document
13   what had previously not been documented for our
14   staff.
15       Q.   All right.  Thank you for that
16   clarification.  I'm done with that document, I
17   think.
18       Let me have the reporter mark as
19   Raleigh Exhibit 10, a document entitled Lawson
20   Implementation Approach.  It bears production
21   numbers L0067967 through 978.
22       (Thereupon, Lawson Implementation
23   Approach was marked as Exhibit 10 for
24   identification.)
25       Q.   Are you familiar with the document that

117

1　has been marked as Raleigh Exhibit 10?
2　　A.　I'm familiar with the content, but I
3　don't think I have ever read the document.
4　　Q.　Are you familiar with Lawson's
5　Implementation Approach that is referred to as
6　stepwise?
7　　A.　Yes.
8　　Q.　Can you describe at a high level
9　what -- the fundamentals of Lawson's stepwise
10　implementation approach?
11　　A.　You know, step one is an implementation
12　methodology that Lawson uses to implement
13　products, to implement software with our
14　customers.
15　　　It follows the same general approach of
16　many other implementation methodologies.　It
17　organizes the work into particular streams and
18　the processes and gives the project team and our
19　customer team, you know, a way of understanding
20　where they are at any time in the course of the
21　implementation.
22　　Q.　So on the first page, it refers to
23　three phases in the stepwise methodology:　The
24　first being the defined phase, the second being
25　the established phase and the third being the

118

1　execute phase; is that correct?
2　　A.　Correct.
3　　Q.　Can you turn to the next page.　Under
4　the defined phase, there is a sentence in the, I
5　guess, the second full paragraph reading, "Lawson
6　solution consultants establish an alpha
7　prototype." Do you see that?
8　　A.　Yes.
9　　Q.　What is meant by the term "alpha
10　prototype"?
11　　A.　The idea behind this is that the
12　solution consultants who are a part of the sales
13　team and are, therefore, involved in
14　demonstrating to our prospects that they would
15　establish the initial "prototype" of the, you
16　know, of the system as it pertains to this
17　particular prospect's particular business
18　processes and requirements.
19　　Q.　So for a client for which Lawson was
20　providing implementation services in the nature
21　of an implementation of an S3 procurement system,
22　what would be the components of the alpha
23　prototype?
24　　A.　I have to be honest, this is a step of
25　our methodology that really doesn't happen.　This

119

1　does not get pursued.　It's something that Lawson
2　has been attempting to implement internally and
3　get to a point where we actually do this, but
4　this is really not something that Lawson does at
5　this time.
6　　Q.　So with respect to the define phase,
7　what would you say is the first activities that
8　Lawson engages in in that phase?
9　　A.　Again, all of the aspects of the define
10　phase happen during the sales cycle.　We do do a
11　statement of work that is performed.　The project
12　plan is not always performed, but the project
13　budget is typically established as a part of the
14　sales process.
15　　　A learning strategy and plan would be
16　devised and documented in the statement of work.
17　And some version of an IT solution description
18　would be defined as a way of helping the customer
19　to understand what the architecture of the system
20　is and what hardware and software components
21　would be required to run Lawson.
22　　Q.　Referring to page 3 of the exhibit, you
23　referenced a statement of work in -- I guess it's
24　the fourth paragraph on page 3, refers to the
25　statement of work.

120

1　　　It indicates that "The statement of
2　work is a key legal document linked to the master
3　agreement.　Lawson ensures that there are strict
4　change control processes in place so that your
5　project steering committee is aware of any
6　variations to the initial scope and approve the
7　variations prior to any work being done, thus
8　improving project governance and budget
9　visibility."
10　　　So in the circumstance where there is a
11　change in scope in a project, must Lawson approve
12　that change in scope?
13　　A.　Yes.
14　　Q.　Can you turn to page 4 of the exhibit.
15　Under the established phase of the implementation
16　project, it indicates that "One aspect of the
17　established phase is that the customer IT staff
18　attends a system foundation learning camp prior
19　to attending specific technical training in
20　managing the environment security and operational
21　routines."
22　　　Does Lawson professional services
23　provide this learning camp for the customer's IT
24　staff?
25　　A.　Yes.　That would be one of the

Raleigh, Hannah 3/4/2010 12:00:00 AM

121

1  offerings in the Lawson learning part offerings.
2  Q. And the next paragraph indicates that
3  "Lawson creates an IT operations handbook
4  defining how the IT environment should be
5  operated." Correct?
6  A. It depends, but, yes, that's one of the
7  services we can provide.
8  Q. And further down in that paragraph, it
9  indicates that "Training and data migration tools
10  will also occur during this phase."
11  So Lawson provides training to the
12  customer's IT staff in the Lawson data migration
13  tools during the established phase of the
14  project; is that correct?
15  A. Sometimes. Yes.
16  Q. Can you turn to page 5 of the exhibit.
17  Under the heading Training for Project Members,
18  one of the items is listed as prototype
19  validation.
20  And the next describes there that "As
21  the process enters and consultants work together
22  to validate each version of the prototype,
23  knowledge is further consolidated."
24  So is Lawson involved with validating
25  the customer's prototype system during this

122

1  phase?
2  A. Yes. Sometimes. This would probably
3  map back to the ideas of testing. So prototype
4  validation would be accomplished through testing,
5  and so the consultants participate in some
6  varying ways in the testing process or the
7  validation process.
8  Q. The second paragraph from the bottom of
9  the page reads that "Some data may have been
10  migrated and tested at this stage, however, the
11  acceptance test seems only sample data is being
12  used for the test."
13  Where does the sample data come from
14  that is used for acceptance testing?
15  A. It depends. It could be a subset of
16  the customer's intended data, or it could be
17  completely made-up data.
18  Q. Can you turn to page 7 of the exhibit.
19  At the bottom of the page there is a heading
20  relating to Project Change Control.
21  The first sentence under that heading
22  reads, "Strict project change control procedures
23  are built into stepwise to ensure that each
24  change request is approved by appropriate
25  authority levels and that the change order is

123

1  directly linked to the original statement of
2  work."
3  Does each change request for an
4  implementation project need to be approved by
5  Lawson?
6  A. Yes.
7  Q. Can you turn to page 9 of the document.
8  There is a heading on that page that relates to
9  Data Migration. It indicates that "Stepwise data
10  migration starts with the data review in the
11  define phase." Do you see that?
12  A. Uh-huh.
13  Q. It indicates that "Our standard
14  approach is that the extraction and cleansing of
15  data is the customer's responsibility."
16  Towards the bottom of that paragraph,
17  it states, "However, Lawson will assist with
18  extraction and mapping. Lawson will assist with
19  the cleansing for the vendor master and item
20  master." Is that correct?
21  A. I'm sorry. This document seems to have
22  some idiosyncrasies here. It refers to a
23  specific customer, which I don't know why that
24  is. I don't know where this came from. This
25  caught me off guard here for a second.

124

1  Again, I'm not sure where this document
2  came from or why it would suddenly start to refer
3  to a specific customer or their specific
4  agreement with Lawson.
5  Up until this point this document
6  appeared to be an internal document documenting
7  our methodology. But suddenly here in this
8  paragraph, it refers to the University of
9  Maryland Medical Center. I think that's the one
10  that it is. And it gets specifics about the fact
11  that they are using home grown legacy systems.
12  I don't know that I can assume that the
13  rest of that paragraph is a generic statement
14  versus something specifically stated to this
15  specific customer. I'm not sure what that means.
16  Q. Do you know with respect to University
17  of Maryland Medical Center whether Lawson
18  assisted that particular client with the data
19  cleansing effort for the vendor master and item
20  master?
21  A. I don't know. I'm not even sure that
22  Lawson was involved in their implementation. I'm
23  not even sure this is Maryland. It could be
24  Mississippi. I just don't know whether UM -- I'm
25  not sure what UMMC specifically refers to or why

Raleigh, Hannah   3/4/2010  12:00:00 AM

125

1    it's in this document at all.
2         Q.   Are there some Lawson clients that
3    Lawson assists the clients with the data
4    cleansing effort for the vendor master and the
5    item master?
6         A.   It's extremely rare.  I'm aware of two
7    examples where, although it was not originally
8    contracted for Lawson to provide that form of
9    assistance, the customer had actually outsourced
10   that assistance or had planned for their own
11   staff to do it, but ran into problems with that
12   and falling behind on their timeline, and Lawson
13   agreed to help them with that type of work.
14            This is really not data cleansing,
15   especially is not a type of work that Lawson
16   does.
17        Q.   What were the two clients that you're
18   aware of that Lawson assisted in connection with
19   the data cleansing effort for the vendor master
20   and item master?
21        A.   One was Shriners Hospital for children.
22        Q.   What was the other client?
23        A.   The other is Nebraska Methodist
24   something or other, Methodist Hospital or
25   Methodist health system.

126

1         Q.   Continuing below that paragraph, it
2    provides some bullet points relating to Lawson
3    responsibilities, one being collect sample data
4    for prototyping entered manually into the initial
5    data.
6             Does Lawson assist clients with those
7    types of activities in connection with
8    implementations of S3 Supply Chain Management
9    type systems?
10        A.   Again, I'm thrown by the fact there is
11   a specific customer reference in here, so I'm not
12   sure what this document is -- really is.
13            "Collect sample data for protyping,
14   enter manually."  We could.  That is not
15   something commonly that we tell our customers
16   that we will do.
17        Q.   At least perhaps on this occasion it
18   was communicated to UMMC that Lawson would
19   provide such services?
20        A.   I don't know.
21        Q.   We have referred today that Lawson will
22   collaborate with the client's IT team to assist
23   with data mapping in connection with data
24   conversion type services, correct?
25        A.   That's correct.

127

1         Q.   And Lawson does provide data mapping
2    tools to its clients to assist in connection with
3    data migration efforts on implementation
4    projects, correct?
5         A.   Data mapping tools?  I'm not sure
6    exactly what that would refer to.  Certainly
7    documentation, file formats, that sort of thing,
8    if that's considered a tool, then, yes, that's
9    something we would provide.
10        Q.   Then there are those import utilities
11   that are native to some of the applications,
12   correct?
13        A.   Right.  Those wouldn't necessarily be
14   data mapping tools.  But those would be data
15   loading tools.
16        Q.   And we have talked about the fact that
17   Lawson will provide workshops to educate its
18   clients on data migration requirements and
19   mapping, correct?
20        A.   Yes.
21        Q.   Lawson will also carry out training in
22   the data migration environment management
23   processes and tools for clients in connection
24   with implementation projects?
25        A.   I'm not sure exactly what that refers

128

1    to.  It's different from the previous bullet
2    point.
3         Q.   We have talked about today that -- I
4    think you mentioned already that Lawson will
5    support its customer's IT personnel in executing
6    initial tests on samples of extracted and
7    cleansed data in connection with data conversion
8    efforts?
9         A.   Yes, that's correct.
10        Q.   Then typically is it the client's
11   responsibility for confirming and validating
12   converted data?
13        A.   Yes.
14        Q.   Does Lawson ever assist in the process
15   of validating converted data?
16        A.   I would like to say never.  There may
17   be a case somewhere that I'm not aware of but
18   almost never.
19        Q.   Let's try to go quick on this one.  Let
20   me have the reporter mark as Raleigh Exhibit 11,
21   a document entitled S3 Online Learning Library,
22   Catalog of Web Based Training, bears production
23   numbers L0099017 through 1344.
24            (Thereupon, S3 Online Learning Library
25   was marked as Exhibit 11 for

129

1      identification.)
2      Q.  Can you identify the document that has
3   been marked as Raleigh Exhibit 11?
4      A.  It appears to be our online learning
5   library catalog of courses.
6      Q.  Do you know whether this is the most
7   recent version of the catalog?
8      A.  I don't know.
9      Q.  If you turn to the second page of the
10   exhibit, do you see there is a copyright notice,
11   indicating copyright 2007?
12      A.  Yes.
13      Q.  So does that assist you in determining
14   whether this is the most recent version of the
15   catalog?
16      A.  Not really.  It may be the most recent
17   version of the published catalog, but there may
18   have been additions to the library.  I don't know
19   if we have published a more recent version.
20      Q.  Who has responsibilities for
21   maintaining the content in the online learning
22   library?
23      A.  The learning organization.
24      Q.  Is the learning organization part of
25   Lawson professional services?

130

1      A.  Yes.
2      Q.  Who is the head of the learning
3   organization?
4      A.  If you didn't ask me, I could have told
5   you.  His name escapes me at the moment.  I can
6   get that information for you.  Allan Hupp, Allan
7   Hupp.
8      Q.  If you turn -- can you turn to page 1
9   of the exhibit, and the Bates number on that page
10   ends with 020.
11      A.  Yes.
12      Q.  Actually, on pages 1 and 2 there are
13   some headings, Interactive Webcast, Customer
14   Discussion Forums.  And then if you flip to page
15   2, the first heading on that page is On Demand
16   Courses.
17      Are those the three types of offerings
18   available under the category of Lawson's online
19   learning library?
20      A.  At that time they may have been.
21      Q.  What are the current offerings
22   available under the Lawson online learning
23   library?
24      A.  I don't know, but I would refer back to
25   one of the previous documents, exhibits, that

131

1   seem to have newer information.
2      Q.  You said that -- I think you said
3   earlier today that courses can be -- the fees
4   associated with courses can be assessed either on
5   a per course basis or a client can obtain an
6   annual subscription; is that correct?
7      A.  That's correct.
8      Q.  Do you know what the cost for the
9   annual subscription is?
10      A.  I don't know what the current cost is.
11      Q.  Do you know what the per course fees
12   are?
13      A.  I don't know what it is right now.  I
14   don't want to give you an incorrect number.
15      Q.  Can you turn to page 24 of the exhibit.
16   The second course on that page is entitled Vendor
17   Agreement, Import Version 8.03.  And it indicates
18   that "The course explains the process of
19   importing vendor agreements."  Do you know if
20   this course is currently offered by Lawson?
21      A.  I don't know.
22      Q.  Who would know the answer to that?
23      A.  Somebody in the learning organization
24   would be able to find out.
25      Q.  This is under the heading Procurement

132

1   Webcast.  Do you know if these webcasts for the
2   online learning library courses are recorded
3   somewhere?
4      A.  Yes.  I believe so.
5      MS. ALBERT:  Counsel, I would ask for
6   production of a copy of the course related to
7   vendor agreement import.
8      MR. SCHULTZ:  My understanding is not
9   all of the -- you have been provided the
10   recordings that we have.  That was in this
11   last production.
12      MS. ALBERT:  The last production?  How
13   many days ago?
14      MR. SCHULTZ:  Michael Strapp.  Can we
15   go off the record?
16      MS. ALBERT:  Sure.
17      THE VIDEOGRAPHER:  Off the video
18   record.
19      (Off the Record.)
20      THE VIDEOGRAPHER:  Back on the video
21   record.  12:37.,
22      Q.  Right below the course offering
23   relating to Vendor Agreement Import, there is one
24   entitled eProcurement Overview that provides --
25   introduces the major eProcurement features to

133

1  include requisition self-service with punchout
2  procurement tracking.
3       Do you know if Lawson currently offers
4  a course that would provide instruction relating
5  to those topics?
6       A.  It's likely that we do.
7       Q.  Can you turn to the next page, page 25.
8  The first course offering on that page is
9  entitled Web Methods and eProcurement
10  Configuration for Punchout.
11       Do you know if Lawson currently offers
12  an online course relating to configuration for
13  punchout?
14       A.  It's likely that we do.  I don't know
15  if it's this specific course or a different
16  course.  It's likely that we would.
17       Q.  Can you turn to page 27 of the exhibit.
18  And the title of the course at the bottom of that
19  page is Requisition Self Service, Version 8.0.3.
20       It indicates that "This course would
21  introduce you to the major requisitions self
22  service features, the basic shopping service
23  navigation and the setup processes needed to have
24  a successful shopping experience."
25       Do you know whether Lawson currently

134

1  offers an online course relating to the current
2  version of requisition self service that would
3  include these features?
4       A.  I don't know.  But it's likely.
5       Q.  Can you turn to page 64 of the exhibit.
6  The bottom course on that page refers to
7  Conversion Process Basics.  It indicates that
8  "This training course is designed for members of
9  a conversion team as the first step in learning
10  how to process conversions."
11       Do you know if Lawson currently offers
12  a course that would cover these types of
13  activities?
14       A.  I don't know, but it's likely.
15       Q.  That's all for that exhibit.
16       MS. ALBERT:  When do you want to take a
17  break?
18       MR. SCHULTZ:  Why don't we go off the
19  record.
20       THE VIDEOGRAPHER:  Off the video
21  record.  12:40.,
22       (Off the Record.)
23       THE VIDEOGRAPHER:  We're back on the
24  video record at 1:27.,
25       MS. ALBERT:  Let me have the reporter

135

1  mark as Raleigh Exhibit 12 a copy of a
2  document entitled Instructor-Led Training
3  Course Catalog, bears production numbers
4  L0073028 through 3134.
5       (Thereupon, Instructor-Led Training
6       Course Catalog was marked as Exhibit 12
7       for identification.)
8       Q.  Ms. Raleigh, can you identify the
9  document that has been marked as Exhibit 12?
10       A.  Yes.  It looks like our course catalog
11  for the courses that we teach in our public
12  offices or potentially at on-site customers.
13       Q.  As compared to the online courses,
14  would the instructor-led training courses be
15  where the instructor and the students were
16  present in the same location?
17       A.  Yes.  Most often that would be true.
18       Q.  And these are courses that would be
19  interactive between the participants and the
20  instructor?
21       A.  Yes.
22       Q.  Do you know if this is the most recent
23  version of the Instructor-Led Training Course
24  Catalog?
25       A.  I don't know.

136

1       Q.  Who is responsible for providing
2  instructor-led training?
3       A.  For providing the actual training?
4       Q.  Uh-huh.
5       A.  It can either be provided by our loss
6  and learning organization or by our business
7  consultants.
8       Q.  All of those groups of people, are they
9  all part of the loss and professional services
10  organization?
11       A.  Yes.
12       Q.  Can you turn to page 68 of the catalog
13  that is on the page with the Bates number ending
14  3096.
15       A.  Yes.
16       Q.  And the course described on this page
17  is entitled Inventory Control 8.0, and the course
18  description indicates that "Inventory Control 8.0
19  provides instruction on the key setup components
20  and processing functionality of the 8.0 loss in
21  inventory control application.  The key setup
22  components deal with both company structural
23  elements and item-related setup.
24       "The key areas of processing include
25  entering inventory control transactions

137

1  (receipts, transfers, issues, et cetera)
2  replenishing inventory and performing a physical
3  inventory.  This course provides hands-on
4  opportunities for learners to practice the
5  concepts and procedures as they are taught."
6      Does that last sentence indicate that
7  the course attendees can actually practice what
8  they learn on a loss and educational system or
9  training system?
10     A.  Yes.  On a loss and training database.
11     Q.  Underneath that text there is some
12  topics that are listed as being included in the
13  program -- or in the course, one being item
14  master setup.  Do you see that?
15     A.  Yes.
16     Q.  Do you know if Lawson still offers an
17  inventory control course that would include
18  instruction on item master setup?
19     A.  Yes, I believe so.
20     Q.  Who is the target audience for this
21  course?
22     A.  Well, the list of roles or customer
23  personnel that is listed here would all be
24  appropriate.
25     Q.  So some persons that are targeted for

138

1  the course would include implementation team
2  members, inventory control team members,
3  materials managers, inventory managers, and
4  warehouse managers?
5      A.  Yes, that's correct.
6      Q.  And it says at the top of the page that
7  the price for this course was $1650.  Do you have
8  any idea what the current price for a course of
9  this type would be?
10     A.  I don't know, but it would be on the
11  rate card that we discussed previously.
12     Q.  Can you turn to the next page of the
13  exhibit.  And this course is entitled Inventory
14  Control 8.1.  And the course description also
15  indicates that this course provides instruction
16  on the key setup components that deal with both
17  company structural elements and item-related
18  setup.
19     Do you see that?
20     A.  Yes.
21     Q.  Underneath the topics that are listed
22  as included in the course, one topic is item
23  master setup.  Do you see that?
24     A.  Yes.
25     Q.  Do you know how this course differs

139

1  from the one that is described on the prior page
2  of the exhibit?
3      A.  The only difference between these two
4  courses and the one on the following page is the
5  version of the software.
6      Q.  So the course on page 68 is for the
7  Inventory Control Version 8.0?
8      A.  Correct.
9      Q.  And the course on page 69 is for
10  Inventory Control Version 8.1.  And then there is
11  also a course described on page 70 that relates
12  to Inventory Control Version 9.0?
13     A.  That's right.
14     Q.  Can you turn to page 73 of the exhibit.
15     A.  Okay.
16     Q.  Do you see on that page there is a
17  course entitled Procurement Workshop 8.1?
18     A.  Yes.
19     Q.  This is an eight-day course that was
20  priced at $4400 per attendee, I guess that would
21  be; is that correct?
22     A.  At that time, yes.  That would be
23  correct.
24     Q.  The description of this course
25  indicates that it presents key concepts for

140

1  setting up and processing procurement
2  applications, which include inventory control,
3  requisitions, purchase order, and invoice
4  matching.
5      Do you know if Lawson continues to
6  offer an instructor-led training course with
7  subject matter such as indicated for the course
8  on this page?
9      A.  I believe so.
10     Q.  And the target audience for this type
11  of course would include project leaders,
12  purchasing managers, inventory managers, advanced
13  end users, MIS, and accounts payable managers; is
14  that correct?
15     A.  Yeah, that's correct.
16     Q.  Can you turn to page 75 of the exhibit.
17  Do you see at the top of that page there is a
18  course entitled Purchase Order 9.0?  Do you see
19  that course?
20     A.  Yes.
21     Q.  And the course description indicates
22  that Purchase Order 9.0 focuses on processes
23  performed in the 9 series purchase order
24  application.  And below that it indicates that
25  the topics included in the course are defining

141

1  price agreements with vendors.
2      Do you know what is meant by the term
3  "price agreement"?
4      A.   There is a screen in Lawson that allows
5  a customer to define the items and the pricing
6  associated with those items that they have on an
7  agreement with the customer, so ...
8      Q.   Is there a utility included with Lawson
9  that enables the import of that item data and the
10  associated prices?
11      A.   I believe that we saw that in a
12  previous document.  I don't remember what the
13  number was.  But it was like PO836 or 8 something
14  or other, 865.
15      Q.   PO536?
16      A.   536, that's probably what it is, yeah.
17      Q.   And this course also includes
18  instruction on creating purchase orders.  Do you
19  see that?
20      A.   Yes.
21      Q.   Do you know whether Lawson continues to
22  offer a purchase order instructor-led training
23  course with topics similar to those included on
24  page 75 of the exhibit?
25      A.   Yes, we do.

142

1      Q.   Can you turn to the next page, page 76.
2  On this page is a course entitled Requisitions
3  9.0.  It indicates under the course description
4  that this course presents all phases of the
5  requisition system, including requisition
6  creation, approval, processing and management.
7      Do you know whether Lawson still offers
8  a course with subject matter such as referred to
9  on page 76?
10      A.   Yes, we do.
11      Q.   That's it for that exhibit.
12      What organization within Lawson
13  provides -- is responsible for providing
14  maintenance and support services?
15      A.   I'm not sure exactly what you're
16  referring to.
17      Q.   I know earlier in the day we referred
18  to the different levels of maintenance services,
19  bronze, silver, gold, and platinum.  Do you
20  recall that?
21      A.   Uh-huh, yes.
22      Q.   What organization is responsible for
23  providing those services?
24      A.   It depends on the level that is
25  purchased.  So the platinum and gold is provided

143

1  by Lawson professionals or a component of it is
2  provided by LPS.
3      The basic maintenance and support is
4  provided by our support and delivery organization
5  for customers who are not hosted or don't have
6  application management services.
7      Q.   Can you describe the different types of
8  services that Lawson provides under the label of
9  maintenance and support services?
10      A.   I may not be able to fully explain all
11  of them.  But certainly in the realm of
12  maintenance, it would include upgrades to
13  licensed products, delivery of, obviously, of the
14  products that were purchased and associated third
15  party products that are required to run our
16  products.  I don't know what else is included in
17  maintenance.
18      The support services would include the
19  loss and interactive support that we referred to
20  earlier, the telephone, the 24 by 7 telephone
21  support.  There may be some other categories of
22  services that they provide that aren't.
23      Q.   You referred to product upgrades.
24  Would bug fixes and patches be product upgrades?
25      A.   Probably a separate category, but, yes,

144

1  they would be included in maintenance.
2      Q.   And then the -- we saw earlier today,
3  we discussed the various different types of
4  documentation that was made available at
5  support.Lawson.com.  Is that included within
6  maintenance and support services?
7      A.   Yes.
8      MS. ALBERT:   Let me ask the reporter to
9  mark as Raleigh Exhibit 13 a document
10  entitled Lawson Support Operations Handbook,
11  bears production numbers LE00638034 through
12  8145.
13      (Thereupon, Lawson Support Operations
14      Handbook was marked as Exhibit 13 for
15      identification.)
16      Q.   Are you familiar with the document that
17  has been marked as Raleigh Exhibit 13?
18      A.   I haven't read the document, but I'm
19  familiar with the contents.
20      Q.   What is the purpose of the document?
21      A.   It appears to be the document that we
22  publish to our customers to help them understand
23  our support protocols.
24      Q.   What do you mean by support protocols?
25      A.   The types of support we offer, the

145

1  limitations of our support, the ways of getting
2  support.
3     Q.   Can you turn to page 17 of the
4  document, and that has the Bates number ending
5  050.
6     A.   Yes.
7     Q.   Does this page illustrate the four
8  different levels of support that we have been
9  discussing, bronze, silver, gold, and platinum,
10  and the service offerings under each level?
11     A.   Yes, it does.  I'm not sure why it says
12  M3 in the upper right-hand corner.  I'm not sure
13  if this was specific to M3.  But it does seem to
14  illustrate those different levels that should be
15  the same for S3.
16     Q.   So the basic maintenance package at the
17  bronze level would include product upgrades,
18  updates, corrections, or corrections self-service
19  tools.  What is meant by corrections self-service
20  tools, do you know?
21     A.   What they are probably referring to
22  there is the fact that a customer can go online
23  to mylawson.com and search for a particular issue
24  or error message and discover whether or not
25  there has already been a patch created for that

146

1  particular issue.
2     So it's a way of identifying, you know,
3  solutions to problems that you found without
4  necessarily having to log a case and work with a
5  human being.
6     Q.   And does the way that the illustration
7  on this page work is that once you move up in the
8  level of support, you're entitled to the services
9  below your level plus additional services
10  available at that higher level?  Is that
11  accurate?
12     So for instance, if I move up from the
13  bronze level to the silver level, do I have
14  access to all of the services at the bronze
15  level?
16     A.   Yes.
17     Q.   And then I have access to the
18  additional services at the silver level, such as
19  the nonwarranty support, the 24 by 7 emergency
20  support, the priority queuing online usage
21  reports and statistics?
22     A.   That's correct.  I don't know whether
23  the gold and platinum includes silver.  So gold
24  and platinum would certainly include bronze.
25  Silver includes bronze.  I just don't know if

147

1  gold and platinum include silver.  It may.  I
2  don't know.
3     Q.   Can you describe the nature of the
4  services that are referred to as priority queuing
5  online usage reports and statistics?
6     A.   I believe they is supposed to be a
7  comma between "priority queuing" and "online
8  usage reports and statistics."
9     Q.   So what is meant by the term "priority
10  queuing" or what type of services are those?
11     A.   This would be a way for Lawson
12  customers to get their cases, their problems
13  prioritized higher than those of other customers.
14  They are paying an additional fee to be treated
15  like a special customer, essentially, and get
16  faster service.
17     Q.   What are the nature of the services
18  provided by Lawson that are referred to as online
19  usage reports and statistics?
20     A.   I believe this refers to reports of the
21  customer's usage of the support center, so how
22  many problem tickets did you log, how many of
23  them were, you know, training issues versus
24  procedural issues versus bug fix issues, maybe
25  how long those cases were open, how quickly they

148

1  were resolved, that sort of reporting.
2     Q.   We referred to the application
3  outsourcing services and the application
4  management services earlier.  But with respect to
5  the application management services where the
6  application still resides at the customer's
7  facility, can you describe a little bit how
8  Lawson goes about managing and administering the
9  client's systems, where those systems are still
10  maintained at the client's facility?
11     A.   So technically speaking, it would be
12  through some sort of Internet protocol, so
13  usually like a VPN, a virtual private network,
14  VPN, or some other, you know, networked way of
15  our personnel being able to access their system
16  remotely.
17     Q.   So if a customer has a problem and
18  Lawson is the manager, administrator of their
19  system, when they call the help desk, they will
20  be calling directly to a Lawson personnel versus
21  an internal IT person?
22     A.   Not necessarily.
23     Q.   But the Lawson personnel can remotely
24  access that client system and assist them with
25  problems as they arise?

149

1    A.   They can.  But the nature of the
2    problems will dictate where the -- who they call
3    for support in what situation.
4        Q.   So in what situations would the calls
5    go directly to Lawson versus an in-house IT
6    person?
7        A.   Customers typically have their own
8    support structures established inside their
9    organization.  It's somewhat of a customer's
10   decision as to how they triage calls.
11           For instance, an end user might be
12   trained to call a functional super user, right,
13   and that person triages the call and determines
14   whether it's a training issue or something like
15   that or if it requires the next step of
16   escalation to an IT person, who then can
17   determine if this is, you know, maybe the need
18   for a patch or it's a systems down or whatever.
19   Then that person might be then responsible for
20   calling Lawson.
21           If the system is down, just
22   inaccessible, that would probably be a situation
23   in which the call would be initiated from an IT
24   person at the customer directly to a Lawson
25   managed services representative to help them

150

1    actually get the system back online.
2        MS. ALBERT:  Let's take a brief break
3    to allow the videotape to be changed.
4        THE VIDEOGRAPHER:  This is the end of
5    videotape 4 of Hannah Raleigh.  We're going
6    off the record at 1:51.,
7        (Off the record.)
8        THE VIDEOGRAPHER:  This is videotape
9    number 5 of Hannah Raleigh.  We're back on
10   the record at 1:52.,
11       Q.   Ms. Raleigh, at the bottom of the page
12   that we were referring to, there is a reference
13   to additional options that are available from
14   Lawson such as health check.  Do you understand
15   what is meant by the term "health check"?
16       A.   I'm not familiar with that specific
17   offering.
18       Q.   Pager support, do you know the nature
19   of the services that would be provided by Lawson
20   that would be referred to as pager support?
21       A.   Yes.  Typically, when a customer has a
22   critical event happening during potentially
23   nonbusiness hours, they will prearrange for a
24   support person to wear a pager and be on call for
25   them if they should have a problem.

151

1        Q.   So a client can obtain those services
2    from Lawson for an additional fee?
3        A.   That's correct.
4        Q.   And then also for an additional fee, a
5    client could obtain services from Lawson whereby
6    Lawson would provide staffing for the customer's
7    internal support center; is that correct?
8        A.   Presumably.  I'm not aware of any
9    instances in which we have done that.
10       Q.   If a customer doesn't purchase at least
11   the basic level of maintenance and support, then
12   will the customer not be entitled to obtain
13   upgrades and updates and corrections to the
14   licensed software?
15       A.   That's correct.
16       Q.   Can you turn to page 20 of the exhibit.
17   Do you see the reference on that page to a
18   dedicated customer care manager?
19       A.   Yes.
20       Q.   In what circumstances will Lawson
21   provide a customer with a dedicated customer care
22   manager?
23       A.   I don't know how we decide where to
24   apply this customer care manager.  I do know that
25   in some cases it's Lawson's decision that in

152

1    order to best support a specific customer based
2    on their complexity or importance to our
3    business, we will assign that person to be
4    responsible for that customer.
5            What I don't know is whether or not the
6    customer has the ability to influence that
7    decision.
8        Q.   Can you turn to page 21 of the exhibit.
9    Under the Lawson total care gold level of
10   maintenance and support services, it indicates
11   that the customer can receive custom-tailored --
12   custom-tailored package of application management
13   services, and one such service could be Lawson
14   product database and security administration.
15           Do you see that?
16       A.   Yes.
17       Q.   What types of services does Lawson
18   provide that fall within the scope of database
19   administration?
20       A.   That could involve -- you know,
21   essentially it doesn't involve the data itself;
22   it involves the database.  So things such as
23   ensuring there is enough disk space or enough
24   database space for the data, dealing with bugs or
25   issues with the database itself, potentially you

Raleigh, Hannah    3/4/2010  12:00:00 AM

153

1    know, working with a third party to address
2    issues like that.
3         If it's an Oracle database, for
4    instance, maybe, you know, serving as a
5    go-between to work with Oracle on bug fixes,
6    issues of that nature, and certainly, you know,
7    understanding, being aware of, and being prepared
8    for or assisting with database version upgrades
9    if we need to move to the next level of the
10    database.
11         Q.   Can you turn to page 37 of the exhibit.
12    That's -- Bates number on that page ends with
13    070.
14         A.   Yes.
15         Q.   On that page there is a description of
16    services that are provided via remote access.  It
17    indicates that there is something called a WebEx
18    online support center, which is used as real-time
19    remote access and collaboration tools for
20    application sharing and problem diagnosis.
21         Is this the online chat that you --
22    type service that you referred to earlier, or is
23    this some other type of -- type of service that
24    is provided by Lawson?
25         A.   I don't believe that this is referring

154

1    to the online chat.  I believe this is referring
2    more to the ability of a support member --
3    support staff member to actually -- to WebEx in
4    but access over the Internet the customer system,
5    maybe take control of it to diagnose a problem or
6    to just watch what the customer is doing.
7         It's the ability for me to see what
8    your screen looks like, essentially, using the
9    Internet.
10         MS. ALBERT:  Let me ask the reporter to
11    mark as Raleigh Exhibit 14 a document
12    entitled Lawson Global Support, Support
13    Operations Handbook.  It bears production
14    numbers L0074483 through 513.
15         (Thereupon, Lawson Global Support,
16         Support Operations Handbook was marked
17         as Exhibit 14 for identification.)
18         Q.   Can you identify the document that has
19    been marked as Raleigh Exhibit 14?
20         A.   Again, this looks -- I'm not sure what
21    the -- I guess this was a newer version.  This
22    appears to be the document that we publish to our
23    customers to help them understand our support
24    protocols, again, what kind of support we
25    provide, what the limitations of our support are,

155

1    how to get support.
2         Q.   This document has a 2009 date versus
3    the one that was marked as Exhibit 13 has a 2008
4    date?
5         A.   Right.
6         Q.   Can you turn to page 25 of the exhibit.
7         A.   Yes.
8         Q.   There is a bullet point entitled
9    Technical Requirements, and that bullet reads,
10    "For each Lawson product there are technical
11    requirements that are necessary for Lawson to
12    support you."
13         Do you see that?
14         A.   Yes.
15         Q.   What are the technical requirements
16    that are necessary for Lawson to provide support
17    to its clients?
18         A.   I don't know specifically what this is
19    referring to.  Obviously, it's referring to
20    another document that would list those.  I would
21    guess that, you know, we're indicating that
22    obviously if you don't have the ability to use
23    the Internet, right, then we can't necessarily
24    help you via an LIS session.
25         Or if you don't have a computer, we're

156

1    not going to be able to help you that way.
2    Things of that nature.
3         Q.   Can you turn to page 27 of the
4    document.
5         A.   Yes.
6         Q.   There is a heading on that page
7    entitled Services Outside the Scope of Standard
8    Lawson Maintenance and Support.  And it provides
9    a listing of services that are considered to be
10    outside the scope of Lawson maintenance support
11    services.
12         One -- the first bullet reads, "Service
13    considered by Lawson as in-depth training on
14    software use and functionality."  That is
15    considered to be outside the scope of Lawson
16    maintenance support services, but will Lawson
17    provide this service for an additional fee?
18         A.   Generally, yes, but not through our
19    support organization.  Customers would be
20    referred to LPS.
21         Q.   Then the second bullet refers to
22    "Service for licensed products and data
23    structures that have been modified by the
24    customer."
25         So will Lawson not provide maintenance

Raleigh, Hannah   3/4/2010   12:00:00 AM

157

1    services for a customer's application if the
2    customer has made modifications to the
3    application?
4        A.   If they have made modifications to the
5    specific item that the customer is asking to be
6    supported on, then no.  If they have modification
7    in some other area, that doesn't invalidate their
8    support on everything.
9        Q.   But they could invalidate their support
10   for a specific problem if they had made a
11   modification to the software that related to that
12   issue?
13       A.   That's correct.
14       Q.   The third bullet indicates that
15   "Service for licensed products and data
16   structures where all required maintenance
17   releases have not been implemented by the
18   customer would be outside the scope of Lawson
19   maintenance and support services."
20       So if a customer is not current with
21   respect to the current versions of the
22   applications, Lawson will not provide support for
23   that customer?
24       A.   That's true.  Lawson has a
25   particular -- it's not just the current level,

158

1    but a particular set of levels that Lawson will
2    support.
3        Q.   So there are some backwards --
4    backwards releases that Lawson will continue to
5    support?
6        A.   That's correct.
7        Q.   But after a certain period of time,
8    Lawson shuts down support for prior releases?
9        A.   That's correct.
10       Q.   That's all for that document.
11       MS. ALBERT:  Let me have the reporter
12   mark as Raleigh Exhibit 15 a document
13   entitled 7.2.2.4 to 8.0.3 Application and
14   Environment Upgrade iSeries Information
15   Document and Budgetary Estimate, bears
16   production numbers LE02782644 through 669.
17       (Thereupon, 7.2.2.4 to 8.0.3
18       Application and Environment Upgrade
19       iSeries Information Document and
20       Budgetary Estimate was marked as
21       Exhibit 15 for identification.)
22       Q.   Are you familiar with the document that
23   has been marked as Raleigh Exhibit 15?
24       A.   Not this specific document, no.
25       Q.   Do you know what this type of document

159

1    is for, used for?
2        A.   Yes.
3        Q.   What is it used for?
4        A.   It appears to be an estimate or a
5    proposal to a specific customer for an upgrade
6    project.
7        Q.   One of the suites that was included
8    within this upgrade project was the procurement
9    suite; is that correct?  If you look at the cover
10   page.
11       A.   Yes, that's correct.
12       Q.   For what percentage of Lawson clients
13   does the Lawson Professional Services
14   organization provide services relating to
15   upgrades of the systems from one version to
16   another?
17       A.   It's a difficult question to answer
18   because a customer may choose us to help them
19   with one upgrade and then not choose us to help
20   them with another in the next one or choose
21   somebody else to help them with the next one.
22       So I'm not sure that that's a number
23   that I could produce for you.
24       Q.   Do you happen -- would you happen to be
25   able to tell me how many clients utilize Lawson

160

1    Professional Services to upgrade their
2    procurement suite from version 7 to version 8?
3        A.   I'm trying to think if that's data that
4    we have stored somewhere.  All of those upgrades
5    are done at this point.  So that would be
6    historical data.
7        Q.   Where would you look to find out that
8    information?
9        A.   I'm not sure that we have a system that
10   would give it at that level of specificity.
11       Q.   What about could you tell me how many
12   clients utilize Lawson Professional Services to
13   upgrade their procurement systems from version 8
14   to version 9?
15       A.   That might be a little bit easier to
16   get.
17       Q.   Where would you look to find out that
18   information?
19       A.   I would probably look in our services
20   automation system.
21       Q.   Would you be able to try to obtain that
22   information on a break?
23       A.   No, that's not something I could get on
24   a break.  That would -- it would require an
25   extensive research.

Raleigh, Hannah   3/4/2010  12:00:00 AM

161

```
1        Q.  I will ask on the record to undertake
2    that investigation and get back to us on that.
3            MR. SCHULTZ:  We will look into it
4        depending on the scope and breadth of what
5        needs to be done.  We will make a
6        determination as to any objections with
7        respect to that.
8        Q.  Can you turn to page 3 of the exhibit.
9    And the Bates number on that page ends with 646.
10       A.  Yes.
11       Q.  And this page describes some pieces of
12   Lawson's upgrade approach, at least with respect
13   to the series 8 upgrade, one being server
14   technology upgrade, another being application
15   data upgrade.
16           Under the application data upgrade
17   piece, the first sentence reads, "The recommended
18   strategy is to utilize the Lawson upgrade
19   software programs to perform the data
20   migration/upgrade of the Lawson data."
21           Why does Lawson recommend that its
22   upgrade software programs be used to perform the
23   data migration to migrate data from one version
24   of the Lawson system to the next version of the
25   Lawson system?
```

162

```
1        A.  Because those programs were designed
2        specifically for the purpose of unloading that
3        data from the version it's in, reorganizing it
4        into the new data structures required for the new
5        version, and loading it into the new version.
6            Without using those programs, it would
7        be an extremely manual process to move from one
8        version -- almost a reimplementation to move from
9        one version to the next.
10       Q.  Did Lawson provide upgrade software
11   programs to perform data migration with respect
12   to the upgrade of systems from version 8 to
13   version 9?
14       A.  Yes.
15       Q.  Are those upgrade programs different
16   utilities than the different data conversion
17   tools that we have been referring to earlier with
18   the file formats and that type of thing?
19       A.  Yes.
20       Q.  What are the nature of these upgrade
21   software programs?
22       A.  Again, they are utilities that -- it's
23   kind of a coordinated group of software utilities
24   that unload the data, reorganize the data, and
25   then reload the data into the new version.
```

163

```
1        Q.  So with respect to upgrades from
2    version 8 to version 9, is Lawson involved in
3    assisting its clients in utilizing these upgrade
4    software programs to perform data migration in
5    upgrade of the Lawson data from the Lawson
6    version 8 systems to the Lawson version 9
7    systems?
8        A.  Sometimes.  If a Lawson customer
9        chooses to help, yes, to help them.
10       Q.  Can you turn to page 6 of the exhibit.
11       A.  Yes.
12       Q.  Under the heading Prerequisite Upgrade
13   Setup, it indicates that in general, prior to an
14   upgrade, a client will need to be on a minimum
15   release level prior to being able to utilize the
16   upgrade utilities programs, et cetera, that
17   Lawson provides.
18           Why is this minimum release level
19   required by Lawson?
20       A.  Because the upgrade programs were
21       written to move the data from one specific
22       release to a different specific release.  So you
23       have to be at the right starting point in order
24       for the programs to work.
25       Q.  So if a client wasn't at that minimum
```

164

```
1    release level, would they need to subscribe or
2    pay an additional fee to get up to that minimum
3    release level?
4        A.  Maybe, maybe not.
5        Q.  How would you do an upgrade where a
6    client wasn't on the minimum release level
7    required?
8        A.  I think it depends on how far back they
9        are.  There are -- certainly there's -- if a
10       customer just needs to do an upgrade, for instance, a
11       maintenance service pack, which is something our
12       customers do by themselves frequently, often we
13       would just tell them to do that before we start
14       this project.
15           If they are not capable of doing that
16       on their own, then perhaps we would incorporate
17       that into the services of the project and take
18       that as a first step that we help them do.
19       Q.  For these system upgrades from one
20   version -- one Lawson version to another Lawson
21   version, does the Lawson Professional Services
22   organization work on-site with the clients to
23   assist with those upgrades?
24       A.  Sometimes.
25       Q.  Could you turn to page 7 of the
```

Raleigh, Hannah   3/4/2010   12:00:00 AM

---

165

1    exhibit.
2        A.   Yes.
3        Q.   There is a heading on that page
4    entitled Lawson Server Technology Upgrade, and
5    the last sentence under that paragraph says that
6    "It is highly recommended that Lawson assist with
7    this process."
8        Why is it highly recommended that
9    Lawson assist with the server technology upgrade
10   phase of an upgrade project?
11       A.   As with my prior statement, typically
12   when we make a recommendation of this nature,
13   it's because of the risk associated with the
14   event and our experience.
15       I will say that that strength of a
16   recommendation may have been made for one
17   version -- one upgrade path and not for another.
18   So it may not be a generic statement that every
19   time a customer does an upgrade we -- we highly
20   recommend that they use Lawson Professional
21   Services.
22       But for this particular 7224 to 803,
23   for iSeries, we made that -- we obviously made
24   that recommendation.
25       Q.   Can you turn to page 9 of the exhibit.

---

166

1        A.   Yes.
2        Q.   There is a heading on that page
3    entitled Application Data Upgrade.  And the text
4    under that heading reads, "The application data
5    upgrade is the second of the two major upgrade
6    tasks.  The application data upgrade updates the
7    data through the use of the upgrade programs
8    Lawson provides to transform the old version data
9    to the newer version data structure."
10       Then it indicates that there are two
11   options available.  Option number 1 is upgrade
12   while active option.  If you turn the page,
13   option number 2 is standard using upgrade
14   programs.
15       Do you know whether with respect to the
16   S3 procurement suite upgrades, which option most
17   clients select?
18       A.   At the time of this upgrade, most
19   clients would not need to do the upgrade while
20   active.  So most customers would choose the
21   standard upgrade.
22       Q.   What about with respect to upgrades
23   from Version 8 to Version 9?
24       A.   I believe it's the same answer, that
25   most customers are using a standard upgrade.

---

167

1        Q.   Under the option number 2 on page 10,
2    standard using upgrade programs, and this is the
3    option where the upgrade project would involve
4    the use of Lawson's upgrade programs to migrate
5    data onto a test server and eventually the
6    production server, the last sentence under that
7    paragraph states that "Lawson Professional
8    Services can provide on-site support to
9    facilitate this process or a client can take
10   advantage of remote assistance that is
11   available."
12       Do you know with respect to upgrades of
13   the S3 procurement suite whether clients -- more
14   clients used the on-site option or the remote
15   support option?
16       A.   It really depends on the customer and
17   the complexity of the upgrade.  I would say more
18   customers probably use the remote option.
19       Q.   Can you describe the assistance that
20   Lawson provides via the remote assistance option
21   in that circumstance?
22       A.   So with an upgrade, the vast majority
23   of the work of the upgrade is this technical
24   process of using the programs to unload the data,
25   reorganize it, and load it.

---

168

1        Typically, when we're doing this
2    remotely, we're doing it less with the -- you
3    know, more kind of on our own and not as much
4    with the customer's interaction, not that they
5    can't watch or you, know, trade back and forth.
6        But again, we would be accessing their
7    system via VPN or WebEx, some other type of
8    Internet protocol, and physically performing
9    those programs for them as opposed to doing it
10   on-site, potentially having more engagement with
11   the customer.
12       Q.   With respect to Lawson's S3 procurement
13   suite and the upgrade from version 8 to version
14   9, does Lawson have an upgrade program that would
15   be used to migrate data from a version 8 item
16   master database to a version 9 item master
17   database?
18       A.   Yes.  All of the data would be included
19   in that program -- in the programs.
20       Q.   Can you turn to page 13 of the exhibit.
21       A.   Yes.
22       Q.   And this portion of the exhibit is
23   describing system -- the system impact with
24   respect to the upgrade, and the first category of
25   impact is entitled Database Impact.  And it

---

169

1    indicates that "The following table represents
2    how much the database has changed in the new
3    release."
4        Do you see that?
5    A.  Yes.
6    Q.  And if you jump over to the next page,
7    under Database Impact it indicates that there
8    would be some database impact associated with
9    inventory control.  That has three diamonds
10   beside, I guess, the severity of the impact.  And
11   then the purchase order application also had a
12   system impact.
13       And this chart indicates that the
14   severity of the impact to the purchase order
15   application was five diamonds, and the impact to
16   the requisitions application was three diamonds.
17       With respect to system impacts that had
18   five diamonds, the text indicates that "That type
19   of impact would require a major database
20   restructuring.  Extensive and complicated program
21   logic is needed to map many fields from the old
22   database, implies heavy end users testing,
23   including period endings and possible parallel
24   processing."
25       For applications that had major system

170

1    impact that were assigned the five diamond level,
2    could you describe the types of services that
3    Lawson would provide the clients to assist with
4    the database restructuring at that level?
5    A.  I'm not sure you're understanding what
6    the document is intending to -- to say.
7    Q.  Well, what's your understanding of what
8    the document means?
9    A.  The major database restructuring, what
10   it's saying there is not that the customer needs
11   to restructure the database, but that in this --
12   you know, moving from this release to that
13   release, there is major database restructuring
14   that happened.
15       And as a result, the upgrade
16   programs -- this extensive and complicated
17   programming logic is needed to map many fields
18   from the old database.  That's all -- that
19   programming logic is in the upgrade programs
20   already.
21       So it's not that this is something that
22   needs to be done.  It's explaining what is, you
23   know, happening or what has already been done.
24   And the implication is, I think, what's important
25   here to a customer so that they can understand

171

1    that because of this major restructuring and
2    because of how significant and complex the
3    programming was to get your data from here to
4    here, you really need to test it very
5    strenuously.
6        These are the kinds of testing that you
7    would do.  You would want to make sure that you
8    do your period end testing, whether that's month
9    end, quarter end, year end, and you might want to
10   do parallel processing to ensure that, for
11   instance, if you are a payroll customer, that
12   you're able to get the exact same payroll out of
13   the new version as you were the old version.
14   Q.  So in connection with upgrade projects,
15   will Lawson Professional Services assist the
16   clients with the type of testing that you
17   mentioned?
18   A.  We can.
19   Q.  Can you turn to page 25 of the exhibit.
20   A.  Yes.
21   Q.  The last bullet on that page refers to
22   data verification programs for Lawson's
23   procurement or distribution suite.  And it
24   indicates that "Clients should be aware that the
25   installation and subsequent running of the Lawson

172

1    data verification programs by a certified Lawson
2    application consultant is a required step for any
3    client utilizing Lawson's procurement or
4    distribution suite.
5        "This will ensure the data quality
6    prior to the running of the Lawson upgrade
7    programs and is a preupgrade requirement.  We
8    strongly recommend Lawson Professional Services
9    assist in the execution of these programs."
10       Why was it strongly recommended that
11   Lawson's Professional Services organization
12   assist the clients in the execution of these data
13   verification programs?
14   A.  Again, because of our experience with
15   the programs themselves and the importance of
16   what they do to identify orphaned data and
17   cleanse or fix those orphaned records prior to
18   attempting to upgrade the data.
19       If we did not do this and attempted to
20   upgrade the data, the upgrade programs wouldn't
21   necessarily be able to upgrade some of the data,
22   which creates a bigger problem down the line.
23   Q.  Do you know what types of data are
24   verified by these data verification programs for
25   Lawson's procurement suite that are referenced in

Raleigh, Hannah   3/4/2010  12:00:00 AM

173

1  this paragraph?
2       A.  I don't know off the top of my head.
3  It is warehouse data and purchase order data.  I
4  don't know exactly which data sets that would
5  include, though.
6       MS. ALBERT:  Let me have the reporter
7  mark as Raleigh Exhibit 16, a copy of a
8  document entitled Lawson Procurement
9  Punch-Out Installation Guide Version 9.0.0.X.
10  It bears production numbers L0234779 through
11  810.
12       (Thereupon, Lawson Procurement
13  Punch-Out Installation Guide Version
14  9.0.0.X was marked as Exhibit 16 for
15  identification.)
16       Q.  Can you identify the document that has
17  been marked as Raleigh Exhibit 16?
18       A.  Yeah. It's the installation guide for
19  our procurement punch-out product.
20       Q.  Does Lawson provide an installation
21  guide for each Lawson application that is
22  licensed?
23       A.  Yes.  I believe so.
24       Q.  Is Lawson -- is the Lawson Professional
25  Service organization involved with implementation

174

1  of procurement systems that have punch-out
2  capabilities?
3       A.  Sometimes, yes.
4       Q.  What is the Lawson Professional Service
5  organization's role in connection with such
6  implementations?
7       A.  It would be similar to the roles that
8  we play in other implementations, but for a
9  punch-out-only project, the scope of the services
10  would be significantly smaller.
11       Q.  What are the nature of the types of
12  services that you provide in connection with a
13  punch-out implementation?
14       A.  Project management services, training
15  services, configuration, testing, go live
16  support, installation obviously.
17       Q.  So with respect to configuration
18  services, what are the nature of the services
19  that would be included in connection with
20  configuration of the punch-out implementation?
21       A.  From what I understand, there is not a
22  tremendous amount of configuration required in
23  the Lawson system for punch-out.  There is -- so
24  very little is the answer to your question.
25       I would say that probably the majority

175

1  of the LPS services related to punch-out would be
2  more related to testing and roll-out, perhaps.
3       Q.  In connection with testing, would that
4  be testing the connection of the customer's
5  system to the vendors that it wants to punch out
6  to?
7       A.  Yes.  Testing the connection and other
8  tests as well.
9       Q.  What are the types of testing that
10  would be involved with a punch-out
11  implementation?
12       A.  Typically, a customer who implements
13  punch-out is punching out to a vendor with whom
14  they have some sort of an agreement with
15  particular items and particular pricing.  It's
16  not always true.
17       But we might, you know, test with the
18  customer to make sure that when we do punch out,
19  we're actually seeing the vendor's site that is
20  appropriate to our organization.  So, you know,
21  that's connectivity, but it's also what do you
22  see when you actually get there.  Has the vendor
23  deployed the correct items per the contract that
24  uh-huh.  The customer might have with that
25  vendor.

176

1       Q.  And you indicated that not very much
2  configuration was required for a punch-out
3  implementation.  Is that because that the
4  application as delivered comes with -- is
5  preconfigured for a lot of functionality?
6       A.  Preconfigured?  Assuming that
7  requisition self-service is already deployed for
8  the customer and all we are implementing is
9  punch-out, we're really just adding another, call
10  it transaction to an existing business process.
11       So we currently use requisition
12  self-service.  We know how to do that.  All we're
13  adding is the ability to click on an icon that
14  then takes us to -- punches us out to a different
15  system.  So the configuration is more on the
16  vendor's system, this other, you know, Granger,
17  or whomever we're punching out to.  It's really
18  more on them than it is on our software.
19       Our software just has the map that
20  allows us -- the tunnel, if you will, that allows
21  us to punch out and bring back in.  That doesn't
22  really require any unique customer-specific
23  configuration.
24       Q.  Does Lawson provide specifications to
25  the vendors to assist in the implementation of a

Raleigh, Hannah   3/4/2010  12:00:00 AM

177

1  Lawson client system to punch out to that vendor
2  system?
3     A.   It depends. Lawson has a list of
4  customers with which we have established that
5  relationship, if you will. So the programming
6  has already been done to allow -- to kind of
7  build the tunnel, if you will, between the Lawson
8  system and that vendor's system.
9        In a case where a customer decides to
10  implement with a vendor who we do not -- we have
11  not yet established that pipeline, then, yes, our
12  development organization, not Lawson Professional
13  Services, but Lawson's development organization,
14  the product management or product ownership of
15  this product would get involved in helping to,
16  you know, develop that technical pipeline between
17  our system and the vendor's website.
18     Q.   That's all for that document.
19     MS. ALBERT: Let me ask the reporter to
20  mark as Raleigh 17 a document
21  entitled Vendor Implementation Technical
22  Specifications Punch-Out Connectivity, bears
23  production numbers L0002370 through 2384.
24     (Thereupon, Implementation Technical
25  Specifications Punch-Out Connectivity

178

1     was marked as Exhibit 17 for
2     identification.)
3     Q.   Are you familiar with the document that
4  is marked as Raleigh Exhibit 17?
5     A.   I'm familiar with the purpose.
6     Q.   What is the purpose of this document?
7     A.   It's exactly what you just asked me
8  before, do we provide specifications. This is
9  the specifications for the building of that
10  pipeline between the Lawson software and the
11  vendor's site.
12     Q.   So if a Lawson client has a vendor that
13  it is seeking to establish a punch-out connection
14  to and that trading partner is not already one of
15  the preestablished Lawson trading partners, then
16  Lawson will provide this specification to that
17  vendor to assist with the implementation of the
18  punch-out connection; is that correct?
19     A.   That's correct.
20     Q.   The date on the first page is
21  September 9, 2003. Do you see that?
22     A.   I do.
23     Q.   Do you know if there is a more recent
24  version of this document that's available?
25     A.   I don't know. But I doubt it.

179

1     Q.   Has any -- have any of the
2  specifications for establishing punch-out
3  connectivity changed from the 2003 time period to
4  the present?
5     A.   I'm not qualified to answer that
6  question. I don't do the programming so -- but
7  I'm not aware of anything that's changed.
8     Q.   Can you turn to page 3 of the exhibit,
9  and that has the Bates number 2372.
10     A.   Yes.
11     Q.   Under integration process, item number
12  2 refers to a systems review. And the text
13  states that "This step will be performed by team
14  members from the Lawson B to B integration team
15  along with team members from the B to B partner."
16        What is meant by the Lawson B to B
17  integration team?
18     A.   That would be the development to
19  product management organization, not LPS.
20     Q.   I was going to ask if those would be
21  comprised of members of the Lawson Professional
22  Services.
23     A.   Not typically.
24     Q.   That's all for that document.
25     MS. ALBERT: Let me have the reporter

180

1  mark as Raleigh Exhibit 18 a document
2  entitled e-Procurement Implementation Leaders
3  Workbook, and it bears production numbers
4  LE02260378 through 451.
5     (Thereupon, e-Procurement
6     Implementation Leaders Workbook was
7     marked as Exhibit 18 for
8     identification.)
9     Q.   Can you identify the document that has
10  been marked as Raleigh Exhibit 18?
11     A.   It appears to be the leader's guide for
12  what would be an instructor-led training course
13  on implementing e-Procurement.
14     Q.   So this would be the guide that the
15  instructor would use that provide the answers, if
16  you will, for the course; is that correct?
17     A.   Yes.
18     Q.   This course is specifically designed
19  for persons involved with e-Procurement
20  implementation; is that correct?
21     A.   Yes.
22     Q.   Was e-Procurement the prior brand name
23  that was used for a product that is currently
24  known as procurement punch-out?
25     A.   Yeah. It's the same product. I don't

Raleigh, Hannah   3/4/2010  12:00:00 AM

181

1    know what we call it now, but it is the same
2    product.
3        Q.   Do you know if there is a more current
4    version of this leader's workbook?  If you see on
5    the first page, the date is January 2003.
6        A.   I don't know.  But again, I doubt it.
7        Q.   Can you turn to page 2, and that Bates
8    number on that page ends with 382.
9        A.   Yes.
10       Q.   The description of this course
11   indicates that it provides the information in
12   hands-on experience necessary to configure Lawson
13   e-Procurement with 8.0.3 applications, create
14   purchase orders for transmitting, track
15   e-Procurement transactions, complete setup
16   activities with requisition self-service, and
17   execute the shopping experience.
18        Do you know if Lawson currently offers
19   a workshop that would have similar topics of
20   instruction?
21       A.   I don't believe this is a course that
22   is taught on a regularly scheduled basis, but
23   it's a course that would still be available to
24   customers who need it.
25       Q.   If you turn to page 2-7, and the Bates

182

1    number on that page ends with 399.
2        A.   Yes.
3        Q.   There is a heading on that page
4    entitled Import Connector Packs.  And the text
5    below that heading indicates that the connector
6    packs are predefined vendor profiles that were
7    created by Lawson.
8        Does Lawson continue to deliver
9    predefined vendor profiles of the type referenced
10   on this page?
11       A.   Of the type or these specific ones?
12       Q.   Well, of the type first.
13       A.   I don't know.  I assume so.
14       Q.   Do you know if Lawson continues to
15   deliver these specific connector packs mentioned
16   on this page?
17       A.   From my recollection of the list, yes.
18   These are all still included in the pack.
19       Q.   That's all for that document.
20       MS. ALBERT:  Let me have the reporter
21   mark as Raleigh Exhibit 19 a document
22   entitled Lawson Response to Request for
23   Proposal Pima County Software and
24   Implementation Services for ERP System, bears
25   production numbers L0104590 through 4828.

183

1        (Thereupon, Lawson Response to Request
2    for Proposal Pima County Software and
3    Implementation Services for ERP System
4    was marked as Exhibit 19 for
5    identification.)
6        THE VIDEOGRAPHER:  This marks the end
7    of videotape 5 of Hannah Raleigh.  We're
8    going off the record at 2:48.,
9        (Off the record.)
10       THE VIDEOGRAPHER:  This is videotape
11   number 6 in the deposition of Hannah Raleigh.
12   It is 2:53.,
13       Q.   Ms. Raleigh, can you identify the
14   document that's been marked as Raleigh
15   Exhibit 19?
16       A.   It appears to be an RFP response for a
17   particular prospect, Pima County.
18       Q.   Is -- would this particular prospect
19   fall within a particular industry vertical within
20   the Lawson organization?
21       A.   Yeah.  Public sector.
22       Q.   And who would be your colleague that
23   would have similar responsibilities to you in
24   connection with the public sector?
25       A.   Bob McCray.

184

1        Q.   And then you had indicated that you
2    report to a particular vice-president, and I
3    can't remember his name off the top of my head.
4    But who would be his analog, if you will, on the
5    public sector industry vertical?
6        A.   Susan Fox.
7        Q.   What is the -- which industry
8    vertical -- for what industry vertical does
9    Lawson derive the highest percentage of its
10   revenues?
11       A.   In S3, healthcare.
12       Q.   Where does the public sector fall
13   within the industry verticals with respect to
14   revenues related to the S3 product line?
15       A.   Implementation revenues?
16       Q.   Right.
17       A.   Maybe third.
18       Q.   What are all of the different industry
19   verticals with respect to the S3 product line?
20       A.   They are not all specific industry
21   verticals, but healthcare, public sector.  We
22   have one called services industries, which is a
23   little bit of a catchall, and strategic human
24   capital management, which is not a vertical at
25   all.  It's actually a product.

Raleigh, Hannah    3/4/2010    12:00:00 AM

185

1    Q.    So does Lawson derive a greater
2    percentage of its services revenue for the
3    services industry vertical than the public sector
4    vertical?
5    A.    I believe so, yes.
6    Q.    Were you at all involved in this
7    response to request for proposal issued to Pima
8    County?
9    A.    No.
10   Q.    Do you know whether Lawson won the
11   award of the contract relating to this request
12   for proposal?
13   A.    I don't know, but I don't think so.
14   It's not ringing any bells.
15   Q.    Can you turn to page 6 of the RFP
16   response.  The Bates number on that page ends
17   with 4600.
18   A.    Yes.
19   Q.    On this page it indicates that Lawson
20   was proposing a solution which would include the
21   procurement, requisition self-service procurement
22   punch-out, EDI for supply chain management, and
23   EDI professional for supply chain management.  Do
24   you see that?
25   A.    Yes.

186

1    Q.    Can you turn to page 12 of the
2    document.
3    A.    Yes.
4    Q.    The second paragraph under the heading
5    Process Flow Indicator reads, "Lawson utilizes
6    process flow integrator and application
7    programming interfaces for the development of
8    interfaces between Lawson and third-party
9    applications.  Interfacing with external systems
10   is facilitated by using our standard APIs that
11   may require interface development during
12   implementation."
13   Do you know in connection with
14   implementations relating to the S3 procurement
15   solutions, whether the Lawson Professional
16   Service organization will develop interfaces as
17   mentioned in this paragraph?
18   A.    Sometimes we will.
19   Q.    Can you turn to page 17.  That Bates
20   number on that page ends with 4611.
21   A.    Yes.
22   Q.    This page also discusses the process
23   flow integrator, and the second bullet point at
24   the top of the page indicates that "For the most
25   robust conversion integration requirements,

187

1    Lawson offers a disparate data integration tool
2    known as process flow integrator."
3    Underneath that bullet it indicates
4    that "This PFI can run data integration in either
5    real time or batch mode and is a full-featured
6    enterprise application integration tool that may
7    integrate both Lawson to non-Lawson systems as
8    well as non-Lawson to non-Lawson systems."
9    Next it indicates that "PFI is capable
10   of integrating virtually any disparate data
11   types, including standard integration formats,
12   such as flat files, EDI, FTP, HTTP, XML, CSV, EDI
13   A sync and by sync."
14   Next it indicates that PFI -- with
15   respect to PFI, "Lawson data validation rules
16   applies to every transaction as they would for an
17   online entry.  The client has the option to set
18   for hard stop or continue and invalidate as
19   encountered with errant lines, line items being
20   held in a separate queue for examination.
21   "Upon data correction, the job does not
22   have to be rerun from the beginning.  Only
23   offending transactions need to be processed."
24   Do you know if this process flow
25   integrator is used in connection with

188

1    implementations of S3 procurement systems?
2    A.    Yes, it can be.
3    Q.    What would be -- what situations would
4    you use process flow integrator versus those
5    other data conversion tools that Lawson provides?
6    A.    There's a few differences.  One, not
7    every customer owns process flow integrator.  So
8    as it mentions here, this is a more robust
9    solution that not every customer would purchase.
10   Customers -- some customers don't have this
11   option.
12   For customers who have purchased this
13   product, they might use it for any number of
14   different interface needs to move data, you know,
15   between the Lawson procurement suite and whomever
16   they interface with, whether that could be a
17   surgery system, OR inventory, whatever their
18   interface needs might be.  They could use this.
19   I don't have any specific examples of
20   any recent customers to offer you.
21   Q.    Can you turn to page 20 of the RFP
22   response.  That Bates number on that page ends
23   with 4614.
24   A.    Yes.
25   Q.    So under the heading Data Migration and

Raleigh, Hannah   3/4/2010  12:00:00 AM

189

1 Data Conversion, in the third paragraph it
2 indicates that Lawson was including the following
3 solutions within the response to the RFP:  1,
4 Lawson standard application programming
5 interfaces library included with the base system;
6 2, Lawson add-ins for MS office; 3, Lawson
7 process flow integrator.
8     So can you describe -- so we have been
9 describing the process flow integrator.  What are
10 the Lawson standard application program
11 interfaces that are used for data migration and
12 data conversion efforts as it relates to S3
13 procurement systems?
14     A.   Well, there are a variety of them.  I
15 don't know -- I can't list them all for you.
16     Q.   Do you know what some of them are or
17 what they relate to?
18     A.   It could -- they could relate to
19 loading of the item master.  It could relate to
20 loading of par locations, vendor agreements we
21 have talked about previously, shopping lists.
22         Vendor -- well, that's really not
23 supply chain as much as it AP.  I'm sure there
24 are others.
25     Q.   Is there a Lawson standard API

190

1 associated with loading of item master data?
2     A.   Yes, I believe so.
3     Q.   Under those bullets, the next sentence
4 reads, "Data migration and conversions refer to
5 any efforts associated with the analysis,
6 cleansing, loading, and reconciling of current or
7 historical data from other systems into Lawson
8 systems whether by manual or programmatic
9 methods."
10         The next sentence indicates that
11 "Lawson has assumed in this proposal the
12 migration of financial procurement and human
13 resources data elements as defined in Section
14 3.6."
15         Down below that, the last sentence of
16 the next paragraph indicates that "Typically our
17 approach to data conversion is one of joint
18 ownership of the data migration tasks with the
19 extraction and cleansing of data from the Legacy
20 system is the responsibility of our customer."
21         In what respects are the data
22 conversion efforts joint ownership between Lawson
23 and the client?
24     A.   Again, there is different tasks
25 associated with the overall process.  Some of

191

1 those tasks Lawson would be responsible for or
2 have ownership for, for instance, providing those
3 APIs, providing guidance or assistance with
4 understanding the APIs, providing plan --
5 conversion planning assistance or, you know,
6 advice on how to go about the process of
7 converting data.
8     Q.   The next paragraph below what I just
9 read reads, "Lawson typically supports our
10 customers by providing tools and consulting to
11 assist in the mapping of data and transfer of
12 Legacy data tables to equivalent Lawson tables,
13 training in the use of the tools, and consulting
14 on the verification of the migrated data."
15         So those would be aspects of a data
16 migration and conversion process that Lawson
17 takes ownership of?
18     A.   Sometimes.
19     Q.   What types of services does Lawson
20 provide that relate to the verification of
21 migrated data?
22     A.   Commonly, what we will provide is
23 advice on how to verify the data.  So for
24 instance, which reports could be run you know,
25 which -- you know, how to read the reports that

192

1 you run to assess whether or not the data is
2 correct, that sort of thing.
3     Q.   Can you turn to page 23 of the exhibit.
4     A.   Yes.
5     Q.   There is a chart on this page that has
6 certain activities, and then it indicates a party
7 that has, I guess, the primary responsibility for
8 that activity and then a party that would assist
9 in the activity.
10         It includes tasks such as extract data
11 from Legacy applications, data migration
12 workshops, migration strategy and process
13 description, migrate data, data cleansing and
14 rationalization, and training in data migration
15 tools.
16         And the chart continues on to the next
17 page and includes tasks including test load
18 sample data, test data within critical business
19 processes, full migration systems test, full
20 migration full scale test, and live migration.
21         For all tasks for which Lawson does not
22 have primary responsibility, it's assisting the
23 customer, correct?
24     A.   That's what it says on the page, yeah.
25     Q.   Is this a typical chart of

Raleigh, Hannah   3/4/2010   12:00:00 AM

193

1 responsibilities as far as a data migration and
2 conversion effort associated with an S3
3 procurement system implementation?
4      A.   To the best of my knowledge, that's
5 fairly typical.
6      Q.   Will the chart change depending on
7 particular clients?
8      A.   It could.  This chart has more steps
9 listed than the charts that I'm used to seeing in
10 our contracts is why I say it's fairly typical,
11 not that -- it just has more listed than we
12 typically list in our statements of work when we
13 actually sign a contract.
14      Q.   Would the steps included in this chart
15 that you would not typically see or which you're
16 not familiar with as being included in a data
17 conversion effort?
18      A.   Sorry.  Let me clarify.  All of the
19 steps here are included in a data conversion
20 effort.  It's just they're not always explicitly
21 stated in our documentation as -- with
22 responsible and assist associations linked to
23 them.
24           So for instance, in fact, everything on
25 the second page of this chart, all of these are

194

1 again included in the conversion or migration
2 process probably for every customer.  However, I
3 haven't typically seen these enumerated in this
4 way in our contracts.
5      Q.   What is the difference between a full
6 migration systems test and a full migration full
7 scale test?
8      A.   It probably is pointing towards those
9 two different kinds of testing.  Remember there's
10 a lot of different ways of referring to tests.
11 But the systems test to me would mean a test with
12 all of the data where we're testing processes
13 both within Lawson and processes that reach
14 outside of Lawson through interfaces or reports,
15 things like that.
16           And A full scale test might include all
17 of those processes but also perhaps include end
18 user participation to validate that the business
19 processes are appropriate for the business or
20 some other element of it.  Or it might include
21 stress testing of the system by putting
22 additional users on the system to ensure it can
23 handle the load.
24      Q.   With respect to the task relating to
25 data cleansing and rationalization, this chart

195

1 indicates that Lawson had proposed that the
2 county have primary responsibility for that task
3 and then Lawson would assist.
4           Under key assumptions, the last
5 assumption indicates that any Lawson rework
6 related to poor data quality will result in a
7 request under the project change control
8 procedure.
9           Have you been involved in a situation
10 where a client had primary responsibility for
11 data cleansing and rationalization, but then
12 Lawson had to come in and rework the data because
13 of poor data quality?
14      A.   Yes, but not necessarily rework the
15 data so much as maybe rework the project plan or
16 do additional work because of -- so for instance,
17 if they had incorrect data and we didn't know
18 that and we moved into a testing cycle and we
19 found it there, we might need to redo that
20 testing cycle once the data has been cleaned up.
21           So it doesn't necessarily mean that
22 we're reworking the actual data.
23      Q.   Can you turn to page 79 of the exhibit.
24 That page has the production number ending with
25 4673.

196

1      A.   Yes.
2      Q.   Under implementation phase one, there
3 is a bullet referring to integration data,
4 conversion, and customization.  It indicates that
5 Lawson was proposing to provide the county with
6 two resources relating to that task.
7           Do you know what the typical resource
8 level is in connection with integration data
9 conversion and customization efforts relating to
10 an S3 procurement system implementation?
11      A.   It really depends.  That's three very
12 different areas of the project, integration,
13 conversion, and customization.  The complexity of
14 any of those three could drive that number to be
15 low or high.
16      Q.   So you might have more than two
17 resources for a particular project and you might
18 have less than two resources for a particular
19 project?
20      A.   We might.  You -- we might have zero
21 resources working on, for instance, data
22 conversion but six resources working on
23 customizations that have nothing to do with data
24 conversion.  So it's not a particularly specific
25 notation there.

Raleigh, Hannah   3/4/2010  12:00:00 AM

197

1     Q.   Can you turn to page 115 of the
2   exhibit.
3     A.   Yes.
4     Q.   Under the heading Data Migration, the
5   second paragraph indicates, "Our standard
6   approach is that the extraction and cleansing of
7   data is the customer's responsibility.  Our
8   standard approach will be utilized for this
9   project based on the fact that the county is
10   currently using Legacy systems.  However, Lawson
11   will assist with extraction and mapping.  Lawson
12   will assist with the data cleansing effort for
13   the vendor master and item master."
14     So Lawson can provide assistance to
15   clients with respect to data extraction and
16   cleansing and mapping efforts for the vendor
17   master and item master if the customer wants such
18   services; is that correct?
19     A.   This paragraph contradicts itself.  So
20   I'm not sure what the true intent of the
21   paragraph was.  However, it is possible that
22   Lawson could help in those areas.  But those are
23   not areas, which we typically help our customers
24   with.
25     Q.   Well, in connection with this proposal,

198

1   Lawson proposed that the tasks that it was going
2   to -- or the services it was going to provide to
3   the client in connection with this data migration
4   effort would be collect sample data for
5   prototyping, enter manually into the initial
6   data.
7     So Lawson can provide services to
8   customers relating to collecting sample data and
9   entering it into a data version of a vendor
10   master and item master; is that correct?
11     A.   It could.
12     Q.   And then have you ever been involved
13   with a project where Lawson performed such
14   services?
15     A.   Probably.  I can't think of one in
16   particular.
17     Q.   Lawson also proposed to collaborate
18   with the IT team responsible and to ensure timely
19   and complete data mapping, and we have talked a
20   little bit about Lawson's services in connection
21   with data mapping.
22     And the next bullet says that Lawson
23   was going to provide the data mapping tools.  I
24   think you indicated that there are data mapping
25   tools that Lawson has that are specifically

199

1   related to data mapping with respect to the item
2   master of the inventory control application,
3   correct?
4     A.   Yes.  Again, the term "tools" may or
5   may not mean something, an actual software tool.
6     Q.   It could mean the file formats?
7     A.   Right.
8     Q.   And Lawson also proposed to execute
9   cross-functional workshops to define the data
10   migration requirements and mapping for the county
11   in connection with this proposal.
12     I think you said that's fairly typical
13   as far as a service that Lawson would provide for
14   a data migration effort in connection with an
15   implementation project; is that correct?
16     A.   Yes.
17     Q.   Then Lawson would carry out the
18   training and the data migration environment
19   management processes and tools.  That would also
20   be a fairly typical service that Lawson would
21   provide in connection with a procurement system
22   implementation project, correct?
23     A.   Yes.
24     Q.   Here Lawson proposed to support the
25   customer's IT responsible in executing initial

200

1   tests on samples of extracted and cleansed data.
2   Can you describe the types of services that
3   Lawson would provide relating to that task?
4     A.   What this probably means is that once
5   the customer has extracted and cleansed their
6   data and they attempt to load it, load a sample
7   of that data into the system the first time, we
8   will provide support to them should something go
9   wrong, should it not work properly.
10     Q.   The next bullet, even though it
11   indicates that these were services Lawson would
12   provide, it seems to suggest that the county was
13   going to be responsible for confirming and
14   validating converted data in this proposal.  Then
15   on the next page -- that's the end of, I think,
16   the services description.
17     On the next page there are some
18   different tests that are described relating to
19   the data migration efforts.  I think we talked
20   about the systems test and the --
21     A.   Full scale test.
22     Q.   Full scale test.  What is the nature of
23   the preliminary test of the full data migration
24   that occurs prior to the system test?
25     A.   So if you can imagine again a customer

201

1   has extracted and cleansed their data and they
2   are ready to begin trying to load it.  They may
3   begin with a test that loads just a small sample
4   of the data to ensure that, generally speaking,
5   they have the right fields in the right columns.
6        However, before we attempt to do a
7   systems test for which we will need all the data,
8   we would do what they are referring to here as
9   the preliminary test of the full data migration
10  to load the entire file into the system to ensure
11  that not only do which have the right data in the
12  right columns, but every piece of data that we're
13  loading is able to be loaded.
14       So as we said before, maybe it requires
15  nine digits and, uh-oh, we have one record that
16  has 10 digits, we want to know that, that that
17  record isn't going to load, and that would be
18  confirmed with this full data load test.
19     Q.   Can you turn to page 122 of the
20  exhibit.
21     A.   Yes.
22     Q.   Under item 2.8, that item relates to
23  integration and conversion development plan.  It
24  says the objective of that step, if you will, is
25  to develop a data migration and integration

202

1   strategy that identifies the requirements and
2   approach for the development of interfaces, data
3   conversion files, and any other development work.
4        Under that phase, the first task listed
5   is to provide data conversion template.  It
6   indicates that Lawson had the responsibility for
7   that task.
8        Is it fairly typical that in connection
9   with an S3 procurement system implementation,
10  that data -- that Lawson would have the
11  responsibility of providing the data conversion
12  template?
13     A.   Yes.
14     Q.   And then the second task listed is to
15  conduct a mapping and integration session for
16  conversions and interfaces.  This chart indicates
17  that Lawson had proposed to have responsibility
18  for conducting that task.
19       Is it typical in an implementation of
20  an S3 procurement system that Lawson would have
21  responsibility for that task?
22     A.   Yes.
23     Q.   Then the next task in this phase is to
24  document all conversion programs required in the
25  amount of Legacy data to convert.  The chart

203

1   indicates that Pima had primary responsibility
2   for that task and Lawson would assist.
3        Is that typical in an S3 procurement
4   system implementation, that Lawson would assist
5   the client with that task?
6     A.   I think it's typical that the customer
7   would have primary ownership.  Whether or not
8   Lawson provides assistance is somewhat variable.
9     Q.   In what circumstances will Lawson
10  provide assistance?
11     A.   Perhaps, again, with customers who are
12  looking for us to give them advice on what other
13  customers have done.  But these decisions are
14  very much the customer's specific decisions.
15     Q.   Why are these decisions customer's
16  specific decisions?
17     A.   It's -- the customer is responsible for
18  their data.  So it's up to them to determine what
19  data they want to convert and how much of it they
20  want to convert.
21       We have some guidelines or we can tell
22  a customer what we see typically, but ultimately,
23  it's the customer's system, it's their data, and
24  it's up to them to determine how much of it they
25  want and where they want to bring it from, if at

204

1   all.
2     Q.   Then the next task is listed as
3   documenting all interface programs required.  The
4   proposal indicates that Pima was to have primary
5   responsibility and Lawson was to assist.
6        Is that typical in connection with an
7   implementation of an S3 procurement system, that
8   Lawson will assist the customer with documenting
9   the interface programs required?
10     A.   Again, it's typical that the customer
11  would have primary ownership and whether or not
12  they need Lawson's assistance would vary widely.
13     Q.   Under the execute phase on that page,
14  item 3.1 relates to integration design.  And the
15  objective of that phase, or stage, if you will,
16  is to complete the development and unit testing
17  of any conversions, interfaces, files, custom
18  reports or other development activity required
19  for the project.
20       There are some tasks listed in the
21  integration and design stage: complete data
22  mapping, develop final data extract and mapping
23  programs, validate data integrity and system
24  tests, and complete custom reports.
25       The proposal indicates that Lawson

Raleigh, Hannah    3/4/2010   12:00:00 AM

205

1    would provide assistance to the client.  I guess
2    it's actually with the first and third and fourth
3    tasks.  Is it typical in connection with an S3
4    procurement system implementation that Lawson
5    will assist the client in performing those tasks?
6    A.    It's typical that Lawson would assist
7    in the data mapping task.  It would vary as to
8    whether or not Lawson participate -- or assisted
9    in or participated in all in validating data
10    integrity in completing custom reports.
11    Q.    Under stage 3.3, which relates to
12    develop system test plan, the objective of that
13    stage is to create a system test plan that will
14    be used to final test the entire system,
15    including conversions, interfaces, custom reports
16    and modifications prior to the final cut over to
17    production.
18          And it indicates that Lawson has
19    responsibility to develop the system test plan
20    and review the test methodology with the client.
21    Is it typical in an S3 procurement system
22    implementation that Lawson will have
23    responsibilities for development of the system
24    test plan?
25    A.    It may be common but not -- it happens,

206

1    but I wouldn't say it's even better than
2    50 percent of the cases, so ...
3    Q.    Under step 3.5, system test, the
4    objective of that step is to verify the Lawson
5    system, including conversions, interfaces, and
6    other development work, is able to execute and
7    support the Pima business processes in a
8    production environment.  The first task is to
9    conduct the system test, and Lawson had the
10    responsibility for that step.
11          Is it typical in connection with S3
12    procurement system implementations that Lawson
13    will have responsibility to actually conduct the
14    system test?
15    A.    No.
16    Q.    Does Lawson typically assist the client
17    in conducting the system test?
18    A.    Yes.
19    Q.    That's all for that exhibit.
20          MS. ALBERT:  Let me have the reporter
21    mark as Raleigh Exhibit 20 a copy of a
22    document entitled Lawson Response to Public
23    Health Trust/Jackson Health System, bears
24    production numbers L0096023 through 6329.
25          (Thereupon, Lawson Response to Public

207

1          Health Trust/Jackson Health System  was
2          marked as Exhibit 20 for
3          identification.)
4    Q.    Are you familiar with the document that
5    has been marked as Raleigh Exhibit 20?
6    A.    I haven't read the whole thing, but
7    yes, I'm familiar with it.
8    Q.    And what is it?
9    A.    It is a -- it's an RFP response for a
10    particular customer for the implementation.  I
11    don't know if this includes products as well.
12    Certainly it is for the implementation of our
13    system.
14    Q.    Did you assist in developing this
15    proposal?
16    A.    No.
17    Q.    Did you assist in connection with the
18    implementation project?
19    A.    Yes.
20    Q.    And if you turn to page 91, that's
21    on -- the Bates number on that page ends with
22    6117.
23    A.    Uh-huh.
24    Q.    Is that your resume that is included in
25    this --

208

1    A.    Yes.
2    Q.    -- proposal?
3          And what was the nature of your
4    involvement in this project?
5    A.    My involvement is ongoing.  I am the
6    practice director overseeing this implementation,
7    so I serve as an escalation point for the team --
8    for my team and for the customer team and oversee
9    many aspects of the implementation on the
10    services that we provide.
11    Q.    Did Lawson compete against anyone in
12    connection with this particular RFP?
13    A.    Lawson competed against other software
14    companies.  As far as the services, the
15    implementation services, I believe the customer's
16    decision was joint.  If they chose Lawson the
17    product, they also chose Lawson Professional
18    Services.  I don't believe there was a separate
19    competition related to the services.
20    Q.    Do you know what software vendors
21    Lawson competed with in connection with this RFP?
22    A.    Oracle and SAP.
23    Q.    Lawson received the award of the
24    contract --
25    A.    Yes.

Raleigh, Hannah   3/4/2010  12:00:00 AM

209

1    Q.  -- for this particular project; is that
2  correct?
3    A.  Yes.
4    Q.  Can you turn to page 38 of the
5  document.  The Bates number on that page ends
6  with 6064.
7    A.  Yes.
8    Q.  Did the project scope include the
9  procurement suite and specifically the purchase
10  order requisitions inventory control, requisition
11  self-service, case cards and EDI, standard and
12  Web methods applications referenced on this page?
13    A.  Case cards was not implemented, but the
14  rest of these items were implemented.
15    Q.  What is the stage of the project
16  currently?
17    A.  It's still in progress.  The
18  procurement and financial systems went live in
19  November.  The HR payroll system is going live
20  this month.
21    Q.  Can you turn to page 1 of the proposal.
22  Bates number on that page ends with 6027.
23    A.  Yes.
24    Q.  The second sentence on this page states
25  that "Lawson as prime contractor is partnering

210

1  the Siemens Medical Solutions to provide a highly
2  integrated ERP solution that is hosted remotely
3  out of data center."
4    Is this -- you didn't reference this
5  client earlier as being one that you're familiar
6  with that had hosted services.  Is this another
7  Lawson client that -- for which Lawson is
8  providing hosted services?
9    A.  Well, yes and no.  This document
10  reflects a point in time at which we were
11  partnering with Siemens Medical Solutions.
12  However, later in the sales process, prior to the
13  contract being awarded to Lawson, our
14  relationship with Siemens Medical Systems was
15  dissolved.
16    And so we contracted with Velocity
17  Technical Services to provide the hosting for
18  Jackson.  So Lawson -- yes and no, right?
19    So Jackson has a contract with Lawson
20  to provide hosting.  However, the actual provider
21  of the hosting is not Lawson; it is Velocity.
22    Q.  But so is Velocity a subcontractor to
23  Lawson in that situation?
24    A.  Yes.
25    Q.  Does the client have a separate

211

1  contract with Velocity, or is the contractual
2  relationship with Velocity strictly between
3  Lawson and Velocity?
4    A.  It's strictly between Lawson and
5  Velocity.  It was not included in my prior count
6  because of the fact that we don't consider this
7  our hosting customer.
8    Q.  The other customers that you referred
9  to earlier for which Lawson provides hosted
10  procurement systems, Jackson -- I think you
11  said -- did you say?
12    A.  I did not include Jackson.
13    Q.  You said Appalachian and Siemen
14  Medical.  Oh, no.  One of them was Fayette?
15    A.  Yes.
16    Q.  Okay.  So those 13 that you referred to
17  earlier as being supply chain management systems
18  that Lawson hosts, Jackson was not included
19  within that group of 13?
20    A.  That's correct.
21    Q.  How many circumstances or would you be
22  able to determine the number of clients for which
23  Lawson has subcontracted with another service
24  provider to provide hosting services to the
25  client for supply chain management-type systems?

212

1    A.  This is the only one that I'm aware of.
2  There's only two that I'm aware of at all, and
3  this is the only one that includes supply chain.
4    Q.  So where Velocity is a subcontractor to
5  Lawson, Lawson has the contractual
6  responsibilities to the client to provide the
7  hosting services that are included in the, I
8  guess, statement of work or contract between
9  Lawson and the client; is that correct?
10    A.  Yes.
11    Q.  Can you turn to page 19 of the RFP
12  response.
13    A.  Yes.
14    Q.  If I'm reading this RFP response
15  correctly, is a question that the client asked on
16  the left-hand column of the chart and then
17  Lawson's response to that question in the
18  right-hand column of the chart?
19    A.  That's how I would understand it.
20    Q.  So Jackson asked Lawson to describe the
21  process and the approximate timing associated
22  with performing automated data conversion of
23  master files, such as chart of accounts and item
24  master in a teaching hospital environment with
25  volume comparable to JHS.

213

1    And Lawson responded that "Lawson has
2    many years of experience converting health
3    information systems.  We have performed thousands
4    of data conversions of foreign systems.  Over the
5    years we have developed many tools that assist in
6    data conversions and uploads.
7    So with respect to the thousands of
8    data conversions of foreign systems, should I
9    interpret that that Lawson has performed
10   thousands of data conversions that related to
11   conversions of item masters, or would those
12   thousands include conversions related to chart of
13   accounts and item masters?
14   A.  I would say you could conclude that it
15   either refers to -- no.  It refers to data
16   conversion of master files in general.  Chart of
17   accounts and item master were examples of master
18   files.
19   Q.  So within that group of thousands of
20   data conversions, would there be any way to tell
21   how many of those data conversions related to the
22   item master conversions?
23   A.  No.  That's -- I don't think that's a
24   piece of information we would have available.
25   Q.  The tools that assist in data

214

1    conversions and uploads, those are the tools that
2    we have been discussing throughout the course of
3    the day, correct?
4    A.  That's correct.
5    Q.  I can't remember if I asked you this
6    before, but are there any differences in an S3
7    procurement system implementation where Lawson or
8    a Lawson partner is hosting the system versus an
9    implementation that takes place at the client's
10   facility?
11   A.  What type of differences are you
12   referring to?
13   Q.  Well, any type of difference.  I'm just
14   trying to say at a high level if you will, are
15   there any, you know, different phases of the
16   project or any tasks that differ when you're
17   conducting an S3 procurement system
18   implementation for a system that Lawson is going
19   to host or a Lawson partner is hosting versus a
20   circumstance where the system is going to reside
21   at the client's facility?
22   A.  I would say the only difference could
23   be in who actually loads the system onto the
24   server at the very outset of the project.  In a
25   case where Lawson, or in this case Velocity, is

215

1    hosting the system, Velocity will often perform
2    the initial installation versus Lawson
3    Professional Services performing that
4    installation.
5    Past the installation of the software
6    on to the server, there are no substantive
7    differences in the way that we implement.
8    MS. ALBERT:  The videographer has
9    indicated that we need to take a break to
10   allow the tape change.
11   THE VIDEOGRAPHER:  This is the end of
12   videotape 6 of Hannah Raleigh.  We're going
13   off the record at 3:50.,
14   (Off the record.)
15   THE VIDEOGRAPHER:  This is videotape 7
16   of Hannah Raleigh.  We're back on the video
17   record at 3:52.,
18   Q.  Can you turn to page 51 of the exhibit,
19   please.
20   A.  Yes.
21   Q.  Under the heading Conversions, it
22   indicates that the conversion data identified
23   below for this project is considered in the scope
24   of the project.  Jackson will be responsible for
25   extracting all data from non-Lawson systems.

216

1    Lawson will work with Jackson to load the data
2    using standard Lawson conversion programs out of
3    the box.
4    Down below it indicates that Lawson
5    will provide assistance and guidance --
6    assistance, guidance, and direction to Jackson
7    regarding conversions, modifications, and
8    interfaces.
9    Did Lawson provide that assistance,
10   guidance, and direction as indicated?
11   A.  Yes.
12   Q.  And the next bullet says, "Jackson will
13   be responsible for data conversion."  The last
14   sentence under that bullet reads, "Time has been
15   included in this proposal for Lawson to assist
16   Jackson resources in functional data mapping."
17   Did Lawson assist Jackson resources in
18   functional data mapping in connection with this
19   implementation?
20   A.  Yes.
21   Q.  Down below that there is a table.  It
22   has various conversion files that were included
23   in the proposal, one being the vendor master.  Do
24   you know whether the vendor master was one of the
25   files that was involved in the conversion project

Raleigh, Hannah   3/4/2010  12:00:00 AM

217

1   for Jackson?
2       A.   Yes, it was.
3       Q.   On the next page it indicates that the
4   item master was included or was proposed for
5   inclusion as one of the conversion files included
6   in the scope of the conversion effort for
7   Jackson.
8            Was that, in fact, the case that the
9   item master was included in the conversion
10  efforts for Jackson?
11      A.   Yes.
12      Q.   Then a little bit below item master,
13  there is a listing for PO vendor master.  Do you
14  see that?
15      A.   Yes.
16      Q.   Was the PO vendor master file included
17  within the scope of the conversion efforts and
18  services that Lawson provided to Jackson?
19      A.   Yes.
20      Q.   Can you turn to page 78 of the
21  document.
22      A.   Yes.
23      Q.   This table identifies certain
24  deliverables and the owner and then sister
25  collaborator in the deliverables.  One

218

1   deliverable is identified as software install,
2   and it indicates that Lawson was the owner of
3   that task.
4            Is that -- was that, in fact, the case,
5   that Lawson had responsibility for the software
6   installation for Jackson?
7       A.   Lawson did, but Velocity technical
8   services ultimately performed the installation on
9   our behalf.
10      Q.   Did Lawson provide functional project
11  team training to Jackson as indicated in the
12  proposal?
13      A.   No.  And the reason for that, if that's
14  your next question, is because after the time
15  that this document was written, there were
16  changes in the proposal in the ultimate contract.
17  So the ultimate contract differed from this
18  original proposal.
19      Q.   Did Lawson provide any project team
20  training to Jackson in connection with the
21  implementation project for Jackson?
22      A.   Not formal project team training in the
23  way that we have discussed previously today.
24      Q.   Did Lawson provide conversion workbooks
25  to Jackson as indicated in the proposal?

219

1       A.   Yes.
2       Q.   Did Lawson provide a conversion
3   workshop to Jackson as indicated in the proposal?
4       A.   Yes.
5       Q.   Did Lawson provide an integration
6   workshop with API file layouts to Jackson as
7   indicated in the proposal?
8       A.   I believe so.
9       Q.   Can you turn to the next page.  The
10  bottom chart on that page has certain tasks that
11  are identified as being -- as both Lawson and
12  Jackson having ownership and collaboration
13  responsibilities.
14           Did Lawson either have the primary --
15  well, was Lawson primarily responsible or did
16  Lawson collaborate with Jackson in providing the
17  advanced conversion workshop as identified in the
18  proposal?
19      A.   I would say we collaborated or
20  assisted.
21      Q.   Did Lawson collaborate or assist
22  Jackson in documenting required identified
23  interface programs in the estimated work effort
24  to complete the interfaces as indicated in the
25  proposal?

220

1       A.   I should have clarified before.  Your
2   questions are specific to the procurement
3   implementation.  That's right, right?
4       Q.   Okay.  Well, I can say they are, yes.
5   With respect to the implementation of the S3
6   procurement system, did Lawson assist or
7   collaborate with Jackson in documenting the
8   required identified interface programs and the
9   estimated work effort to complete the interfaces?
10      A.   Yes, for some of them.
11      Q.   And did Lawson assist and collaborate
12  with Jackson in coding program logic to map data
13  from Legacy or non-Lawson system to Lawson API
14  file layouts for both conversions and Lawson
15  inbound interfaces as indicated in the proposal?
16      A.   Not for the procurement suite.  I don't
17  believe so.
18      Q.   And what about with respect to coding
19  program logic to map data from non-Lawson systems
20  per layouts, did Lawson assist or collaborate
21  with Jackson in performing that task with respect
22  to, I guess, outbound conversion and interface
23  file maps?
24      A.   I don't believe so, not for the
25  procurement implementation.

Raleigh, Hannah   3/4/2010  12:00:00 AM

221

1    Q.   Can you turn to page 232.
2    A.   Yes.
3    Q.   Do you see on this page that the
4    proposed total price of the project to Jackson
5    was $22,801,525?
6    A.   Yes, but that's not just the cost of
7    the project.
8    Q.   What does that total price include?
9    A.   That includes the items listed on the
10   top of page 233, the license fees, support
11   maintenance fees, implementation fees, hosting
12   fees, third-party maintenance fees, third-party
13   license fees, performance bond costs, payment
14   bond costs.
15   Q.   So the fees related to the
16   implementation were $6,324,732?
17   A.   The proposal, not the actual fees
18   necessarily, but this was the proposal.
19   Q.   Do you know what the actual fees were?
20   A.   The project is not complete yet.
21   Q.   What are the actual fees that Jackson
22   has paid to date?
23   A.   For just the procurement
24   implementation?
25   Q.   Well, is there any way to determine the

222

1    implementation fees associated with just the
2    procurement aspect of the implementation project?
3    A.   Not really, because it's a fixed fee
4    implementation.  So we were paid on the basis of
5    particular milestones which would have included
6    consulting for more than one of the areas.
7    Financials and procurements, the
8    milestones were tied together.  So for every
9    milestone, it would have included both the
10   financial consulting and the procurement
11   consulting.
12   Q.   That's it for that document.
13   MS. ALBERT:  Let me ask the reporter to
14   mark as Raleigh Exhibit 21 a document
15   entitled Lawson Professional Services
16   Statement of Work for Jackson, bears
17   production numbers LE00645360 through 461.
18   (Thereupon, Lawson Professional
19   Services Statement of Work for Jackson
20   was marked as Exhibit 21 for
21   identification.)
22   Q.   Can you identify the document that has
23   been marked as Raleigh Exhibit 21?
24   A.   Yes.  It's a statement of work for the
25   project at Jackson Health System.

223

1    Q.   Can you turn to page 15 of the
2    document.
3    A.   Yes.
4    Q.   Under the heading Data Migration and
5    Conversion Scope, item 3.5.1.1 refers to master
6    file and configuration table value builds.
7    The text below that indicates that "The
8    data to be converted will be identified during
9    the design phase.  The loss and functional
10   consultants will provide assistance with data
11   mapping support, data loading support, and
12   executing uploads via Lawson's add-in tool to
13   build the required master files and
14   configuration/table -- or /setup table values."
15   Did the Lawson Professional Services
16   consultants provide this assistance as indicated
17   in the statement of work?
18   A.   For the procurement implementation?
19   Q.   Yes.
20   A.   Yes.
21   Q.   And did Lawson provide the customer
22   with the Lawson conversion manuals and file
23   layouts as indicated in the paragraph below?
24   A.   Yes.
25   Q.   Did Lawson provide a conversion work

224

1    session to review the Lawson standard conversion
2    programs and conversion process to Jackson?
3    A.   I believe so.
4    Q.   Can you turn to page 16.
5    A.   Yes.
6    Q.   This table relates to responsibilities
7    for master file and configuration table value
8    builds.  And one activity is data migration
9    workshops, and this table indicates that Lawson
10   would be responsible to provide cross-functional
11   workshops to define the data migration process
12   and mapping required.
13   Did Lawson, in fact, provide those data
14   migration workshops to Jackson?
15   A.   I believe so.
16   Q.   The next activity listed in the table
17   is migration strategy and process description.
18   Did Lawson provide Jackson with migration
19   strategy and process description?
20   A.   Yes.
21   Q.   Down below there is a task identified
22   as training and data migration tools.  And it
23   indicates that standard training/education
24   courses will be delivered by Lawson qualified
25   staff.

225

```
1          Did Lawson, in fact, provide these
2     training and educational courses relating to data
3     migration tools to Jackson?
4          A.   For the procurement implementation,
5     right?
6          Q.   Yes.
7          A.   I believe so.
8          Q.   The last task on that page is
9     identified as test load sample data.  It
10    indicated that the client would be responsible
11    for providing the sample data and that Lawson
12    would be responsible for executing the load of
13    the test data.
14         Did Lawson, in fact, provide the
15    execution of the load of the test data for
16    Jackson in connection with this project?
17         A.   I believe so.
18         Q.   Then can you turn to page 17.
19         A.   Yes.
20         Q.   The next activity is identified as
21    production data load.  And it indicated that
22    Lawson was responsible for executing the load,
23    the data load in connection with this task.
24         Did Lawson, in fact, perform those
25    services for Jackson?
```

226

```
1          A.   Insomuch as we pushed the button?  Yes.
2     I think that's the way that it is defined here.
3     We physically loaded the data.  We didn't -- the
4     data was handed to us, and we loaded it into the
5     system.  I do believe that's true, for the
6     procurement system.
7          Q.   Under full migration systems test it
8     indicated that Lawson would have responsibility
9     for that task.  Did Lawson, in fact, perform
10    services relating to a full migration systems
11    test for Jackson in connection with this
12    implementation project?
13         A.   Yes.
14         Q.   And did Lawson also provide the
15    full-scale -- full migration test that is
16    identified in this table for Jackson?
17         A.   I believe so, yes.
18         Q.   It also indicated that Lawson was
19    responsible for the live data migration.  Was
20    Lawson, in fact, responsible for the live data
21    migration for the Jackson system in this project?
22         A.   Yeah, I believe so.  Again, in terms of
23    actually taking the data provided to us and
24    loading into the system.
25         Q.   Down below that there is a table
```

227

```
1     identified as master file and configuration table
2     value builds in scope.  Do you know what that
3     title means?
4          A.   Yes.
5          Q.   What does that mean?
6          A.   It means that these are the master
7     files and the -- or the configuration tables that
8     are included in the scope of the project, whether
9     Lawson is responsible or the customer.  These are
10    the ones that are included in the scope of the
11    project.
12         Q.   So the scope of the project for Jackson
13    included the vendor master, the item master, the
14    vendor catalog; is that correct?
15         A.   That's correct.
16         Q.   And with respect to the vendor catalog,
17    Lawson indicated that catalog information is part
18    of Lawson's item master.  It would be converted
19    as a part of conversion item number 2 above.
20         Do you know what that item number 2
21    above refers to?
22         A.   The item master from Eclipses.
23         Q.   So Lawson told Jackson that the vendor
24    catalog data in the Eclipses item master would be
25    included as part of the data that would be
```

228

```
1     converted in connection with this project,
2     correct?
3          A.   Right.
4          Q.   And was that, in fact, included as part
5     of the project?
6          A.   To the best of my knowledge, yes.
7          Q.   I think that's all I have.  There are
8     some open questions.  Were you able on any of the
9     breaks to find out any additional information in
10    response to our open questions?
11         A.   I don't believe so.  I think we only
12    had one open question left.
13         MR. SCHULTZ:  What is the open
14    questions that you recall?
15         MS. ALBERT:  Now I can't remember them
16    all.  I would have to go back over the
17    transcript.
18         MR. SCHULTZ:  Let me look.  We answered
19    the question with respect to the supply
20    chain -- the hosting systems.  Why don't we
21    go off the record real quick.
22         THE VIDEOGRAPHER:  We're going to go
23    off the video record.  4:15.,
24         (Off the record.)
25         THE VIDEOGRAPHER:  We're back on the
```

229

1    video record.  4:17.,
2        MR. SCHULTZ:  We were talking off of
3    the record with respect to the information
4    that Ms. Raleigh was looking for.  The only
5    thing that is outstanding is for all S3
6    procurement implementation, the percentage to
7    which Lawson provided installation services.
8        By agreement of counsel, Lawson will
9    look up that information, and if it's
10   available, we will produce that information
11   in a letter.  Is that correct?
12       MS. ALBERT:  Fair enough.  So that
13   concludes my cross-examination.  I'll reserve
14   the right to ask recross depending on
15   Lawson's counsel's questions.
16            EXAMINATION
17   BY MR. SCHULTZ:
18       Q.   There was some questions that were
19   asked regarding the percentage of time that
20   Lawson -- a Lawson customer uses Lawson's
21   services.  In your answer you provided an 80 to
22   85 percent response.
23       Just to be clear, is that dealing with
24   80 to 85 percent of all of Lawson's products that
25   are sold and not just the S3 supply chain

230

1    management services?
2        **A.   That's correct.**
3        Q.   You also talked about that there were
4    13 customers that were either managed or hosted
5    by Lawson.  Could you provide a breakdown of
6    which is Lawson's hosted and which are the
7    managed services.
8        **A.   I recall seven customers are Lawson**
9    **hosted and six are managed services only.**
10       Q.   And then in addition to those 13, then
11   there is the Jackson, which is a contracted
12   third-party hosted site?
13       **A.   That's correct.**
14       Q.   So it would be accurate, there would be
15   a total of 14 that are either hosted or managed,
16   whether it's on Lawson's service or a third party
17   hosted site?
18       **A.   Right.  Contracted through Lawson.**
19       Q.   Do you recall -- if you could turn to
20   Exhibit 3, please.
21       **A.   Yes.**
22       Q.   In Exhibit 3, page 3, there was a
23   discussion about the Lawson 9 migration program.
24   Is that specific to the S3 supply chain
25   management system?

231

1        **A.   No.**
2        Q.   Does it have any relation to the supply
3    chain management system?
4        **A.   It would include the supply chain**
5    **management system, but other systems as well.**
6        Q.   If you could then turn to Exhibit 7,
7    please.  Exhibit 7 is answers to RFP.  Would you
8    agree that this exhibit includes answers to RFP
9    that are not related to the procurement services
10   or the procurement software that Lawson provides?
11       **A.   Yes.**
12       Q.   For the items that do relate to
13   Lawson's procurement services, are these
14   responses always used in a response to an RFP?
15       **A.   No, not always.**
16       Q.   So it would vary on the circumstance of
17   each particular potential customer?
18       **A.   Yes.  I would say this is used as a**
19   **resource.**
20       Q.   If you could turn to page 31 of that
21   exhibit, so Exhibit 7, please.
22       **A.   Yes.**
23       Q.   It lists there the revenues from
24   licensed fees, maintenance, and consulting fees.
25   This is not a breakdown of the Lawson procurement

232

1    systems, correct?
2        **A.   Correct.**
3        Q.   This includes all of Lawson's products,
4    right?
5        **A.   That's correct.**
6        Q.   And that would include the financials
7    and the human resources?
8        **A.   And many other things too, yes.**
9        Q.   There were several times today where
10   you were referred to a document that says Lawson
11   recommends or Lawson highly recommends.  Is it
12   always the case that the customer follows that
13   advice?
14       **A.   No.**
15       Q.   Is it often the case that the customer
16   does not follow that advice?
17       **A.   Depending on the specific advice, yes.**
18       Q.   If you could turn to Exhibit 15,
19   please.  This is an application and environment
20   upgrade for conversion 7.2.2.4 to 8.0.3, correct?
21       **A.   Yes.**
22       Q.   On the procurement suite, what are the
23   modules that are included in the procurement
24   suite that are related to this particular
25   migration or upgrade?  If you look on the first

Raleigh, Hannah   3/4/2010  12:00:00 AM

233

1    page.

2        **A.   According to the first page, purchase**

3    **order, inventory control, and requisitions.**

4        Q.   So requisition self-service is not part

5    of this?

6        **A.   Not according to the title page.**

7        Q.   If you look at Exhibit 20, please.

8    Exhibit 20 is Lawson response to Public Health

9    Trust, Jackson Health System.

10       **A.   Yes.**

11       Q.   There were several references in your

12   testimony to tables where it listed

13   responsibilities of Lawson and also Jackson.  You

14   can agree that the tables that are listed in that

15   did not necessarily have to do specifically with

16   the procurement software that Lawson was selling

17   to Jackson, correct?

18       **A.   That's correct.**

19           MR. SCHULTZ:  That's all I have.  Thank

20   you.

21

22

23               EXAMINATION

24   BY MS. ALBERT:

25       Q.   I have a couple of follow-ups.

234

1    Referring back to Mr. Schultz's question about

2    the 80 to 85 percent percentage of clients that

3    utilize Lawson Professional Services, you

4    clarified that that referred to all Lawson

5    products, not just the S3 product suite.

6           For what percentage of licensees of the

7    S3 procurement applications does Lawson provide

8    professional services?

9        **A.   I don't know the answer to that**

10   **question.**

11       Q.   How could you find out the answer to

12   that?

13       **A.   Again, are we speaking about a**

14   **particular time period?**

15       Q.   Say for the last six years.

16       **A.   That could be -- probably be determined**

17   **from a review of the statements of work from the**

18   **last six years for those new customers.**

19       Q.   So how could I or the identity of

20   all Lawson new licensees of the S3 procurement

21   applications within that six-year time frame and

22   then also determine whether or not those

23   licensees contracted with Lawson for professional

24   services?

25       **A.   That information would probably be**

235

1    **gathered from a combination of systems at Lawson,**

2    **including our contracts system that would have**

3    **both the contract for the license and also the**

4    **statement of work.**

5        Q.   And then within the last six years,

6    would there be any way to determine the

7    percentage of Lawson licensees of the S3

8    procurement applications that may have contracted

9    with the Lawson Professional Services

10   organization for upgrade services as opposed to

11   implementation of new systems?

12       **A.   Again, that information is probably**

13   **able to be found in our contract system based on**

14   **the service order forms or statements of work**

15   **that would have been written to do those**

16   **upgrades.**

17           MS. ALBERT:  So I'm going to make a

18   request on the record that counsel for Lawson

19   provide me with those two categories of

20   information.  I don't want to bring the

21   witness back, but I need to know that

22   information.

23           MR. SCHULTZ:  We will look to see if

24   it's available.  I'm not sure that it goes

25   back six years on the database.  But we can

236

1    look to see what's available, and we would be

2    willing to produce it if it is available.

3        Q.   Now, with respect to Mr. Schultz's

4    question to you about the 13 customers, supply

5    chain management customers for whom Lawson

6    provided either hosted services or managed

7    services, were those 13 customers within the

8    healthcare sector only, or was that 13 total

9    across all verticals?

10       **A.   13 total across all verticals.**

11           MS. ALBERT:  Thank you.  That concludes

12   my questioning.  And we have those few

13   outstanding issues and documents that I

14   requested to be produced.

15           MR. SCHULTZ:  We will look into whether

16   that information can be obtained.  If it can

17   be obtained, we will produce that subject to

18   any of the objections that I lodged earlier.

19           THE VIDEOGRAPHER:  That concludes the

20   video deposition of Hannah Riley consisting

21   of seven videotapes.  We are going to go off

22   the record at 4:30.,

23           (Deposition concluded at 4:30 p.m.)

24

25

Raleigh, Hannah   3/4/2010  12:00:00 AM

237

```
1         ACKNOWLEDGMENT OF DEPONENT
2         I, HANNAH RALEIGH, do hereby acknowledge
3     that I have read and examined the foregoing
4     testimony, and the same is a true, correct and
5     complete transcription of the testimony given by
6     me and any corrections appear on the attached
7     Errata sheet signed by me.
8
9
10    _____   _____
11        (DATE)           (SIGNATURE)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

239

```
1              E R R A T A   S H E E T
2     IN RE:  ePlus vs. Lawson Software
3     RETURN BY: _____
4     PAGE    LINE    CORRECTION AND REASON
5     _____  _____   _____
6     _____  _____   _____
7     _____  _____   _____
8     _____  _____   _____
9     _____  _____   _____
10    _____  _____   _____
11    _____  _____   _____
12    _____  _____   _____
13    _____  _____   _____
14    _____  _____   _____
15    _____  _____   _____
16    _____  _____   _____
17    _____  _____   _____
18    _____  _____   _____
19    _____  _____   _____
20    _____  _____   _____
21    _____  _____   _____
22    _____  _____   _____
23    _____  _____   _____
24    _____  _____   _____
       .    (DATE)        (SIGNATURE)
25
```

238

```
1      CERTIFICATE OF SHORTHAND REPORTER - NOTARY PUBLIC
2         I, Carol Williams, RMR, CRR, CMRS, CRI, CPI,
3     Registered Professional Reporter, the officer
4     before whom the foregoing proceedings were taken,
5     do hereby certify that the foregoing transcript
6     is a true and correct record of the proceedings;
7     that said proceedings were taken by me
8     stenographically and thereafter reduced to
9     typewriting under my supervision; and that I am
10    neither counsel for, related to, nor employed by
11    any of the parties to this case and have no
12    interest, financial or otherwise, in its outcome.
13        IN WITNESS WHEREOF, I have hereunto set my
14    hand and affixed my notarial seal this 9th day of
15    March, 2010.
16    My commission expires:
17    March 4, 2012
18
19
20    _____
21    NOTARY PUBLIC IN AND FOR THE
22    STATE OF FLORIDA
23
24
25
```

240

```
1          E R R A T A   S H E E T   C O N T I N U E D
2     IN RE:  ePlus vs. Lawson Software
3     RETURN BY: _____
4     PAGE    LINE    CORRECTION AND REASON
5     _____  _____   _____
6     _____  _____   _____
7     _____  _____   _____
8     _____  _____   _____
9     _____  _____   _____
10    _____  _____   _____
11    _____  _____   _____
12    _____  _____   _____
13    _____  _____   _____
14    _____  _____   _____
15    _____  _____   _____
16    _____  _____   _____
17    _____  _____   _____
18    _____  _____   _____
19    _____  _____   _____
20    _____  _____   _____
21    _____  _____   _____
22    _____  _____   _____
23    _____  _____   _____
24    _____  _____   _____
       .    (DATE)        (SIGNATURE)
25
       .
       .
```

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 11th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS AND REVISED SUMMARY OF THE DEPOSITION OF HANNAH RALEIGH**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis. MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonscrvicc@)merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

***Counsel for Defendant Lawson Software, Inc.***

_____/s/_____
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
dyoung@goodwinprocter.com

LIBW/1736775.2