IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| *e*PLUS INC., | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| v. | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| Defendant. | ) | |

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS AND REVISED SUMMARY OF THE DEPOSITION OF GUENTHER TOLKMIT**

Plaintiff, *e*Plus, Inc. ("*e*Plus"), through counsel, hereby submits the following specific objections to Defendant Lawson Software, Inc. Counter-Deposition Designations of the deposition of Guenther Tolkmit and offers the following revised summary:

**Specific Objections**

| Defendant's Counter Designations | ePlus's Objections to Defendant's Counter-Designations |
|---|---|
| 8:18-19 | |
| 10:18 – 11:10 | |
| 18:2-19; 19:11-18 | |
| 46:11 – 47:11 | 402 |
| | |
| 63:21 – 64:9 | |
| 64:14 – 65:5 | |
| | |
| | |
| | |
| 148:7-12 | |

2

| Defendant's Counter Designations | ePlus's Objections to Defendant's Counter-Designations |
|---|---|
| | |
| | |
| | |
| 177:16-18 | |
| 179:4-13 | |
| 180:17 – 181:8 | |
| 180:20 – 182:7 | |
| | |
| 226:19-22; 247:4-6; 247:18 – 248:7 | 247:4-6, 247:18-248:7 – 402 |

2

## **Guenther Tolkmit**

Guenther Tolkmit is currently employed at Lawson Software. (8:18-19)  At the time of his deposition, Guenther Tolkmit was the Senior Vice President of Product Development. (10:15-17)  He has held that title since 2006.  Before Lawson Mr. Tolkmit was employed at Intentia which merged with Lawson.  He was the Chief Technology Officer at Intentia and before that he was the Vice President of Support and Delivery. (10:18 – 11:10)  He had been an employee of Lawson Software for about three and a half years. (10:12-14)  In his role as SVP of Product Development, he is responsible for delivering on the requirements that are brought to the product management team. (11:11-19)  He manages product deadlines and the source code quality. (11:11-19) [1]

Lawson Software Production Factory (SPF) does quality assurance, system integration test, load test, and releases the product to the download page.  SPF does not change any code for individual customers. (46:11 – 47:11)  License management is the process by which Lawson builds a product out of the individual software modules that are available for license. (49:15-22)  The price list comprises the entities that Lawson deems to be saleable to customers. (50:1-51:1)  Some products that are marketed by Lawson are just different configurations of particular existing products. (52:6-53:6)

Lawson creates at least two sets of documents that are common to all of its products – release notes and installation notes. (62:19-63:4)  The release notes describe the differences between a current version of a product and the prior versions of that same product. (63:5-20)  It is a report of the net changes from version to version. (63:5-20)  All future new Lawson products will have release notes for the first version of the product which discuss the major features of the new product. (63:21 – 64:9)  Release notes will be issued each time Lawson releases an update of the product. (64:10-13)  Lawson introduced this release notes policy in August of 2009.  Before August 2009, release notes were released in some areas but not others. (64:14 – 65:5) [2]  The installation notes explain to a customer how to install a product, and they are provided to the customer along with their newly licensed software. (65:9-17)

---

[1] Lawson proposes to include, "Before working at Intentia, Mr. Tolkmit worked at Parsytec where he was the Chief Operating Officer.  As the Chief Operating Officer he was responsible for all sales, services and products.  When he joined Parsytec in 2001 he held the position of CEO. (18:2-19)  Before working at Parsytec Mr. Tolkmit worked at SAP where he was the Senior Vice President Venture Capital."  *e*Plus objects to the designated testimony underlying this sentence on relevance (FRE 402) grounds, and thus also objects to the inclusion of this sentence.

[2] Lawson proposes that the summary read, "All future Lawson products will have the first version of the release notes which discusses the major features of the new product. (63:21 – 64:9)  Release notes are created every time a new version of software is released. (64:10-13)  Lawson introduced the first version of the release notes in August of 2009.  Before August 2009 there was no consistent equivalent of these releases.  The new release notes were released in some areas but not others."  *e*Plus objects on the basis that this statement mischaracterizes the witness' testimony.  *e*Plus's version of the summary accurately reflects the portions of the transcript that were counter-designated by Lawson.

3

Lawson Smart Office is a user experience to provide an interface for Lawson's M3 and S3 products. (106:2-107:12)  The same source code for Smart Office is used for M3 and S3. (146:7-12)  Smart Office features the Process Flow Integrator, which is a workflow engine. (147:8-148:6)  Mr. Tolkmit is not sure if process flow integrator is used with the SCM suite S3 but knows that is used with the SCM suite of M3. (148:7-12)

The graph shown on page 277 of Exhibit 18 correctly represents the architecture of the product. (177:16-18)  The Lawson System Foundation and Process Flow are parts of the business process platform. (178:7-179:3)  Lawson System Foundation is written in JAVA code and is used across both M3 and S3. (180:14-19; 181:9-19)  The language of the platform technology foundation is actually multiple parts but it is mostly in JAVA. (180:17 – 181:8)  The S3 application foundation is code-specific to the S3 and can not also be used for the M3.  It is written in Cobalt [sp.] and RPG languages. (181:20 – 182:7)

As far as Mr. Tolkmit is aware, Lawson has not made any changes to its current products as a result of this current lawsuit, and Mr. Tolkmit's group has not undertaken any efforts to design around the *e*Plus patents in this suit.  (175:10-12; 227:1-6) [3]

---

[3] Lawson proposes to include the following sentences, "Mr. Tolkmit has never heard of Procure Plus or Content Plus.  (226:19-22)  Mr. Tolkmit has never heard of a product called ProcureNet (247:4-6)  Mr. Tolkmit was not aware of *e*Plus during his time at SAP or Parsytec.  He also was not aware the *e*Plus sued Lawson during his time at Lawson."  *e*Plus objects to the designated testimony underlying these sentences on relevance (FRE 402) grounds, and thus also objects to the inclusion of these summary sentences.

4

Respectfully submitted,

_____/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
SRobertson@goodwinprocter.com
JAlbert@goodwinprocter.com
DYoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
MSrapp@goodwinprocter.com
JClements@Goodwinprocter.com

*Attorneys for Plaintiff, ePlus Inc.*

Dated: August 11, 2010

5

# CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS AND REVISED SUMMARY OF THE DEPOSITION OF GUENTHER TOLKMIT**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis. MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonscrvicc@)merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

            */s/*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com

LIBW/1736775.2