**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LAWSON SOFTWARE, INC.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER
DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS
AND REVISED SUMMARY OF THE DEPOSITION OF
<u>WILLIAM R. YUHASZ AND VICKY M. WILLIAMS</u>**

Plaintiff, *e*Plus, Inc. ("*e*Plus"), through counsel, hereby submits the following specific

objections to Defendant Lawson Software, Inc. ("Lawson")'s Counter-Deposition Designations

of the deposition of William Yuhasz and Vicky Williams and offers the following counter-

counter designations and revised summary:

**<u>Specific Objections</u>**

| Defendant's Counter Designations | *e*Plus's Objections to Defendant's Counter Designations | *e*Plus's Counter-Counter Designations |
|---|---|---|
| 17:5-7 | | |
| 18:12-23 | 602 | |
| 23:23-24:9 | | |
| 34:11-23 | 701 | |
| 35:4-13; 35:21-36:5; 36:24-37:19 | 701; 106 (designation fails to include the entire question) | |
| 69:4-23 | | |
| 89:2-5 | | |

| Defendant's Counter Designations | *e*Plus's Objections to Defendant's Counter Designations | *e*Plus's Counter-Counter Designations |
|---|---|---|
| 91:9-15 | 602 | |

**Revised Summary**

Designated testimony relates to:

Mr. Yuhasz is the Director of Logistics Technology at Novant Health Inc. ("Novant Health"). (9:16-18)  His duties include providing the functional support for the supply chain technology at Novant Health.  (10:7-11)

Novant Health has been using Lawson's ERP software since 1999.  (12:6-12)  The company began using Requisitions Self-Service approximately five years ago.  (12:13-16)  Novant Health also uses the Inventory Control and Purchase Order modules.  (13:20-14:8)

The last upgrade to Requisitions Self-Service took place in December 2009.  (16:21-25)  Lawson did not assist in this upgrade.  (17:5-7)  The Lawson application technical team (which reports to Novant Health's information technology department) handled the more technical aspects of installing the software, then the business users at Novant Health handled configuration and testing.  (17:8-24)  The entire implementation took approximately four months.  (17:25-18:11)  No Lawson employees assisted in this upgrade process.  (18:12-17)  Delivery of the upgrade was through the Lawson application team.[1]  (18:18-23)

Novant Health has a maintenance agreement with Lawson that covers Requisitions Self-Service. (18:24-19:3)  The maintenance agreement covers ongoing upgrades, annual maintenance, and support center from Lawson.  (19:4-9)  The support center includes both 24-hour online capability as well as a telephone bank.  (19:10-14)  Novant Health used both of these services for the implementation of Requisitions Self-Service.  (19:17-19; 20:1-3)  Novant Health also has access to Lawson's online library of education materials, and has been provided with specific product guides on how to use Requisitions Self-Service.  (20:4-21:1)  Personnel from Lawson provided technical consulting and classroom training onsite at Novant Health with the initial implementation of Requisitions Self-Service approximately five years ago.  (21:2-23; 56:2-5)

Of Novant Health's estimated 13,000 employees, approximately 1,800 to 2,000 users have access to Requisitions Self-Service at Novant Health.  (23:12-19; 23:23-24:9)  Most of the products procured through Requisitions Self-Service are in the medical and surgical categories. (29:2-8)  There are also environmental-service products (e.g., paper towels) and physician-preference items (e.g., implants).  (103:14-104:1)  There are approximately 70,000 to 80,000 active items in the Item Master from approximately 10,000 vendors that can be ordered through Requisitions Self-Service in the Novant Health System.  (29:9-18; 101:23-102:23)  Among the largest vendors and manufacturers for Novant Health are Owens & Minor and Johnson & Johnson.  (105:18-106:5)

---

[1] Lawson contends that the following statement should be included:  "Delivery of the upgrade is coordinated through Novant Health's Lawson Application Team."  *e*Plus objects as the testimony provided from the witness was unclear.  The witness testified that he could not answer the question.  The witness also did not state that "Delivery of the upgrade is through Novant Health's Lawson Application team."  Rather, the witness testified that delivery of the upgrade is "through the Lawson application team."

3

The items available through Requisitions Self-Service have textual descriptions, part numbers, vendor or manufacturer numbers, images, pricing availability, inventory availability, and vendor information.  (31:20-34:10; 104:6-105:3)  Certain forms allow the user to search by vendor as one of the criteria.  (32:25-33:5)  The manufacturer provides pricing and description information for the items.  (36:6-23)  Novant Health obtains images from vendor's websites to use as the images for the items in Requisitions Self-Service.  (161:5-22)  Though the data used in the Requisitions Self-Service is originally provided by the manufacturer, which data are included in the Requisitions Self-Service is determined by Novant Health.  (35:4-13; 35:21-36:5)

The Requisitions Self-Service application at Novant Health includes UNSPSC classification that allows users to search for items according to their UNSPSC codes.  (84:18-85:20)[2]  The UNSPSC classification permits users to find items from multiple vendors that have the same UNSPSC code.  (85:13-17)

Delivery tickets generated by the Purchase Order module, include information on whether an ordered item was not available in inventory.[3]  (68:4-70:25)  If one requisition is created that includes items from two vendors, the Lawson S3 system will generate two separate purchase orders for the requisition corresponding to the two vendors.  (155:14-155:25)

In 2009, Lawson and SciQuest submitted a response to a procure-to-pay request for proposal (RFP) from Novant Health.  (71:11-72:2; 78:9-80:3)  The RFP response stated that the solution proposed by Lawson and SciQuest would include the ability to import catalog data from suppliers.  (85:25-86:12)  In the response, Lawson stated that this is standard functionality offered to suppliers via their supplier portal.  (86:13-16)  The RFP response also stated that with the solution the user can search, find, and manage products via taxonomy and category searching and display.  (86:22-87:22)  The RFP response further stated that the solution would allow the user to search for the same item across multiple suppliers.  (88:2-21)  Novant had submitted the same RFP to *e*Plus, who provided Novant with information as to the functionality that *e*Plus could provide in accordance with the RFP requirements.  (75:5-76:2)

Mr. Yuhasz and Ms. Williams provided a demonstration of the Lawson S3 system used at Novant Health.  (42:7-22; 106:2-5; 107:8-19; 108:3-109:3; 109:9-113:24; 117:21-121:6; 123:8-125:11; 127:15-130:6; 130:19-137:21; 148:10-149:20; 150:9-151:19)  Mr. Yuhasz demonstrated searching for items from different manufacturers (e.g., stents, paper towels, mops) and building

---

[2] Lawson contends that this sentence should read, "Though the feature is very rarely used, if used at all, the Requisitions Self-Service application at Novant Health includes UNSPSC classification that allows users to search for items according to their UNSPSC codes."  *e*Plus objects because the witness' testimony on this point was speculation.  He indicated that he was guessing the extent to which Novant users used this feature.

[3] Lawson contends that this statement should also include that the delivery ticket is also generated by data from the original user and the receiver of the product delivered.  *e*Plus objects as the witness twice testified that the delivery ticket itself is generated by the Purchase Order module.  The witness testified only that *the information* on the delivery ticket *comes from* the original user and the receiver of the product delivered.

4

requisitions for those items using Requisitions Self-Service. *Id.* Mr. Yuhasz demonstrated the search functionality of the "search catalog," "categories," and "shopping list" features within Requisitions Self-Service. *Id.* The categories in Requisitions Self-Service were associated with the UNSPSC taxonomy. *Id.*

Respectfully submitted,


_____/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
cmerritt@cblaw.com
hwillett@cblaw.com


Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
SRobertson@goodwinprocter.com
JAlbert@goodwinprocter.com
DYoung@goodwinprocter.com


Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
MSrapp@goodwinprocter.com
JClements@Goodwinprocter.com


*Attorneys for Plaintiff, ePlus Inc.*


Dated:  August 11, 2010

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER
DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS
AND REVISED SUMMARY OF THE DEPOSITION OF
WILLIAM R. YUHASZ AND VICKY M. WILLIAMS**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis. MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonscrvicc@)merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

_____/s/_____
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
dyoung@goodwinprocter.com