**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER
DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS AND
REVISED SUMMARY OF THE DEPOSITION OF LYNN S. CIMINO**

Plaintiff, *e*Plus, Inc. ("*e*Plus"), through counsel, hereby submits the following specific

objections to Defendant Lawson Software, Inc. ("Lawson")'s Counter-Deposition Designations

of the deposition of Lynn Cimino and offers the following counter-counter designations and

revised summary:

**Specific Objections**

| Defendant's Counter Designations | *e*Plus's Objections to Defendant's Counter Designations | *e*Plus's Counter-Counter Designations |
|---|---|---|
| 14:9-11 | | |
| 29:1-3 | | 29:8-14 |
| 29:15-19 | | |
| 30:5-9 | 602 | |
| 33:17-18 | | |
| 34:9-22 | | |
| 45:5-18 | 602 | |
| 62:5-8 | | |
| 73:15-20 | | |

| Defendant's Counter Designations | *e*Plus's Objections to Defendant's Counter Designations | *e*Plus's Counter-Counter Designations |
|---|---|---|
| 84:8-12 | 602 | |
| 153:3-16 | 602 | |
| 154:10-22 | 602 | |

### Revised Summary

Designated testimony relates to:

Ms. Cimino is the Financial Services Manager at South Jersey Healthcare System ("SJHS"). (15:17-19)  Her responsibilities include managing all of the non-clinical financial systems for the hospital.  (15:20-16:2)

SJHS currently licenses the Inventory Control, Requisitions, Purchase Order, and EDI modules and Requisitions Self-Service application from Lawson.  (13:7-11; 13:21-14:8)  SJHS intends to do away with paper requisitions and create electronic requisitions using Requisitions Self-Service once it is implemented.  (68:3-8)

The current Lawson S3 system used by SJHS was implemented between June and November of 2008.  (23:14-21)  Lawson provided onsite consultants at SJHS that assisted with the implementation of the system.  (23:22-25)  One of the consultants, Henry Reinhard, was a dedicated materials analyst that provided training on the functionality of the system.  (24:15-25:8)  He also helped with the data conversion for the Item Master.  *Id.*  SJHS obtained PDF versions of Lawson user manuals from Lawson, including user guides for the Inventory Control, Requisitions, and Purchase Order modules as well as the Requisitions Self-Service application. (12:3-13:1)

The Lawson S3 system item master at SJHS include gloves, gowns, masks, lotion, toothpaste, diapers, computer paper, and other equipment.  (20:10-23)  Some of the larger vendors for SJHS include Owens & Minor, Cardinal, and Medline.  (22:2-10)  Information found in the Item Master at SJHS includes item numbers, vendor information, units of measure, whether an item is a stock or non-stock item, item descriptions, and vendor part numbers but not item images. (18:25-19:6; 60:20-61:4; 61:16-62:4)

The information in SJHS's Item Master was initially uploaded using Microsoft add-ins but is not manually keyed in.  (19:7-11)  Lawson was not primarily responsible for importing the information through the add-ins, but provided onsite training to SJHS on using the Microsoft add-ins to upload data onto the Item Master.  (19:12-20:9)  The responsibility for Item Master management, which includes putting items into the Item Master and deleting items from the Item Master, was shared between Lawson and SJHS, but was ultimately SJHS's.[1]  (39:23-40:19) Lawson also shared responsibility with Lawson for the implementation of system functionality for the requisition of goods and services and was responsible for assisting SJHS with the data migration and conversion.  (40:20-42:1)  Lawson assisted SJHS in formatting, error checking, and running the APIs as part of the data conversion process.  (43:20-24)  Lawson provided work sessions on data migration.  (44:16-45:4)  The data conversion was verified and validated jointly by Lawson and SJHS.  (45:25-46:9)

---

[1] Lawson contends that the sentence should read, "The responsibility for Item Master management . . . was ultimately SJHS's."  ePlus objects that this sentence disregards the witness's testimony that the responsibility was shared between SJHS and Lawson.

The Lawson S3 system licensed by SJHS includes the functionality to search for items by item number, item description, universal product code, and manufacturer code. (30:10-14; 128:10-129:25)  It also includes the capability of automatically generating multiple purchase orders for non-stock items from a single requisition. (57:8-13; 124:1-12)  A single item in the Item Master can be set up to be ordered from two different vendors. (73:21-74:15; 75:4-76:3)  A requisition could be created for the item from either vendor. *Id.*

Lawson has a maintenance agreement with SJHS that covers support of the applications, including access to Lawson's knowledge base and the ability to enter support tickets. (33:1-6)  The license for the Lawson S3 software is paid for on an annual basis. (35:17-36:3)  SJHS is only permitted to modify the Lawson software to the extent permitted under an order form or as described in the product documentation. (80:5-81:11)

Ms. Cimino provided a recorded demonstration of the Lawson S3 software used at SJHS. (90:8-100:10; 101:15-105:12; 106:17-108:19; 112:4-116:3; 125:15-132:4; 132:6-134:8; 134:17-21; 135:9-16; 135-21-138:2; 142:5-23; 153:17-154:4; 155:4-12)  Ms. Cimino demonstrated searching for items from different manufacturers (e.g., copier paper, gloves, lotion, diapers, gowns) and building requisitions for those items using the "search catalog" feature in Requisitions Self-Service as well as the RQ10 program in the Requisitions module. *Id.*  Within the RQ10 program, Ms. Cimino demonstrated how to search for items by item description and manufacturer code. *Id.*

4

Respectfully submitted,


_____/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
cmerritt@cblaw.com
hwillett@cblaw.com


Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
SRobertson@goodwinprocter.com
JAlbert@goodwinprocter.com
DYoung@goodwinprocter.com


Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
MSrapp@goodwinprocter.com
JClements@Goodwinprocter.com


*Attorneys for Plaintiff, ePlus Inc.*


Dated:  August 11, 2010

1

```
1        IN THE UNITED STATES DISTRICT COURT
2        FOR THE EASTERN DISTRICT OF VIRGINIA
3              Richmond Division
4     -----------------------
5     ePLUS INC.,         ) Civil Action
6        Plaintiff,       ) No. 3:09-CV-620 (JRS)
7        vs.              )
8     LAWSON SOFTWARE, INC.,  )
9        Defendant.       )
10    -----------------------
11
12
13
14         Videotaped Deposition of
15            LYNN S. CIMINO
16         Bridgeton, New Jersey
17         Tuesday, March 2, 2010
18              9:58 a.m.
19
20
21
22
23    Job No.: 24-174475
24    Pages: 1 - 158
25    Reported by:  Elizabeth M. Kondor, CCR, CLR
```

2

```
1
2        VIDEOTAPED DEPOSITION OF
3            LYNN S. CIMINO
4
5
6
7     Held in the offices of:
8        Department of Human Resources
9        South Jersey Healthcare
10       333 Irving Avenue
11       Bridgeton, New Jersey
12
13
14       Taken pursuant to Federal Rules of Civil
15    Procedure, before Elizabeth M. Kondor, CCR, CLR
16    and Notary Public in and for the State of New
17    Jersey, who officiated in administering the oath
18    to the witness.
19
20
21
22
23
24
25
```

3

```
1              APPEARANCES
2
.     ON BEHALF OF PLAINTIFF:
3
4     MICHAEL STRAPP, ESQUIRE
5        -and-
6     JAMES D. CLEMENTS, ESQUIRE
.        Goodwin Procter, LLP
7        53 State Street
.        Exchange Place
8        Boston, Massachusetts 02109
.        (617) 570-1000
9
10
11
.     ON BEHALF OF DEFENDANT:
12    JOSHUA P. GRAHAM, ESQUIRE
13    Merchant & Gould, P.C.
.        3200 IDS Center
14    80 South Eighth Street
.        Minneapolis, Minnesota 55402-2215
15    (612) 332-5300
16
17    ON BEHALF OF THE WITNESS AND SOUTH JERSEY
.        HEALTHCARE:
18
.     MIKOLE BURKE-ANDERSON, ESQUIRE
19
.        2950 College Drive - Suite 1E
20    Vineland, New Jersey 08360
.        (856) 641-8632
21
22
.     ALSO PRESENT:
23
.     MIKE CILIBERTI, Video Specialist
24
25
```

4

```
1           EXAMINATION INDEX
2
3     WITNESS                    PAGE
4     LYNN S. CIMINO
5        Examination by Mr. Strapp.................7
6        Examination by Mr. Graham...............141
7        Further Examination by Mr. Strapp.......152
8        Further Examination by Mr. Graham.......154
9
10            EXHIBIT INDEX
11        (Exhibits attached.)
12    EXHIBIT      DESCRIPTION        PAGE
13    South Jersey 1   Subpoena for Production
14        of Documents..................9
15    South Jersey 2  Subpoena to Testify at
16        a deposition..................9
17    South Jersey 3  Document entitled
18        "Instructions"................9
19    South Jersey 4  Document entitled
20        "Lawson Professional
21        Services Statement of
22        Work for South Jersey
23        Health System, Inc."
24        (SJH000002 - 84)..............36
25
```

5

1          EXHIBITS CONTINUED
2    EXHIBIT       DESCRIPTION       PAGE
3    South Jersey 5  Informal RFP Requests
4          and Lawson's Response
5             (SJH000115 - 141)............51
6    South Jersey 6  Inventory Control User
7          Guide Version 9.0.1
8             (L0032249 - 549)............70
9    South Jersey 7  Purchase Order User
10         Guide Version 9.0.1
11            (L0052019 - 296)............72
12   South Jersey 8  Product order forms
13         and Master Terms and
14         Conditions Agreement
15         with Lawson
16            (SJH000099 - 114)............78
17   South Jersey 9  Follow-on Proposal from
18         Lawson in response to
19         the RFP
20            (SJH000142 - 191)............81
21   South Jersey 10  Lawson Requisitions
22         Self-Service User Guide
23         Version 9.0.1
24            (L0045474 - 553)............84
25   South Jersey 11  Recording of Demonstration...155

7

1          L Y N N  S.  C I M I N O, having been first duly
2    sworn, testified as follows:
3    EXAMINATION BY MR. STRAPP:
4          Q.    Good morning, Ms. Cimino.
5          A.    Good morning.
6          Q.    Have you ever had a deposition taken
7    before?
8          A.    No.
9          Q.    Today I'm going to be asking you
10   questions and you will provide answers.  If
11   there's ever an instance where you don't
12   understand my question, can you please let me
13   know?
14         A.    Yes.
15         Q.    And if you answer my question, I'll
16   assume that you understood it; is that fair?
17         A.    Yes.
18         Q.    The court reporter is going to be
19   taking down our questions and answers today on a
20   written transcript, so you'll need to answer
21   audibly to my questions.
22         Does that make sense?
23         A.    Yes.
24         Q.    How did you prepare for this
25   deposition today?

6

1          VIDEOGRAPHER:  Here begins Videotape
2    No. 1 in the deposition of Lynn Cimino in the
3    matter of ePlus, Incorporated versus Lawson
4    Software, Incorporated, in the US District Court,
5    for the Eastern District of Virginia, Case No.
6    309-CV-620.  Today's date is March 2, 2010 and the
7    time on the video monitor is 9:58 a.m.
8          The video operator today is Mike
9    Ciliberti, and this videotape deposition is taking
10   place at 333 Irving Avenue, Bridgeton, New Jersey.
11         Counsel, please voice identify
12   yourselves and state whom you represent.
13         MR. STRAPP:  Michael Strapp,
14   representing the plaintiff, ePlus.
15         MR. CLEMENTS:  James Clements,
16   representing plaintiff, ePlus.
17         MR. GRAHAM:  Joshua Graham,
18   representing defendant, Lawson Software.
19         MS. BURKE-ANDERSON:  Mikole
20   Burke-Anderson, associate general counsel, South
21   Jersey Healthcare.
22         VIDEOGRAPHER:  Would the reporter
23   please swear in the witness.
24
25

8

1          A.    I did Google ePlus and Lawson to find
2    out what this might pertain to, and that's
3    honestly about it, because I didn't have a whole
4    lot of direction as to what may be asked of me.
5          Q.    Okay.  And are you being represented
6    here by Ms. Mikole Burke-Anderson?
7          A.    I don't think I'm actually
8    represented by anybody.
9          MS. BURKE-ANDERSON:  You are not.
10         MR. STRAPP:  Okay.
11         THE WITNESS:  Okay.
12         MS. BURKE-ANDERSON:  As we are not a
13   party to this lawsuit.
14         THE WITNESS:  Okay.
15         MR. STRAPP:  Okay.
16         Q.    Did you meet with Ms. Burke-Anderson
17   to prepare for the deposition?
18         A.    No.
19         Q.    And did you speak with Mr. Graham
20   from Merchant & Gould to prepare for the
21   deposition?
22         A.    No.
23         Q.    Did you review any documents to
24   prepare for the deposition?
25         A.    I provided documents to Mikole based

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

9

1    on her request.
2        Q.    Okay.  And how did you go about
3    collecting those documents for Mikole?
4        A.    They're documents that I had when we
5    signed the contracts with Lawson Software, so they
6    were items that I already had.
7        Q.    And did you collect those documents
8    based on her direction about what the subpoena was
9    requesting?
10       A.    No.  I had those documents as part of
11   our signing with Lawson.
12       MR. STRAPP:  Can I mark these as
13   Exhibits South Jersey 1 through South Jersey 3,
14   please.
15       (Exhibits South Jersey 1 through
16   South Jersey 3 were received and marked for
17   identification.)
18       Q.    Do you understand that the testimony
19   that you're going to be providing today here is
20   under oath testimony?
21       A.    Yes.
22       Q.    And is there anything that would
23   prevent you today from giving full, complete and
24   honest answers to my questions?
25       A.    No.

10

1        Q.    The court reporter has just handed
2    you what have been marked as South Jersey Exhibits
3    1 through 3.
4        Have you seen any of these documents
5    before?
6        A.    No.
7        Q.    Okay.  I'll represent to you that
8    these are copies of subpoenas and schedules of
9    instructions that were served by ePlus on South
10   Jersey.
11       Do you understand that you are here
12   today representing South Jersey in response to the
13   subpoena for deposition testimony that was served
14   by ePlus?
15       A.    Yes.
16       Q.    And are you prepared today to provide
17   testimony on behalf of South Jersey regarding the
18   deposition topics that ePlus is seeking testimony
19   about?
20       A.    I believe so.  I don't know what
21   those topics are yet, but...
22       Q.    Okay.  So why don't we take a moment
23   to look and review Exhibit South Jersey 3, which
24   is entitled "Instructions."  And if you could turn
25   to page 10 of that document, you'll see that there

11

1    are a list of 11 topics there for the deposition.
2        If you could take a moment to review
3    them and let me know if there are any topics that
4    you're not prepared to testify about today?
5        A.    Okay.
6        Can I get a definition of what Lawson
7    Electronic Sourcing means to you?
8        Q.    To me, that would refer to any of the
9    software modules involved in the Lawson S3
10   Software Suite?
11       A.    Okay.  Then I feel comfortable
12   answering these questions, noting we don't have
13   the punchout application.
14       Q.    Okay.
15       A.    So I can only speak to the actual
16   modules that we do have here.
17       Q.    Okay.  Could you turn, please, now to
18   page 12 of that document that we're looking at,
19   Exhibit South Jersey 3, which is a schedule of
20   topics and requests for production of documents.
21       And my question is whether there are
22   any documents in the possession of South Jersey
23   that are responsive to these requests that have
24   not yet been produced to ePlus?
25       A.    I provided the contracts and our

12

1    software license.  I did not provide any user
2    manuals.
3        Q.    And does South Jersey have in its
4    possession any Lawson user manuals?
5        A.    I have downloads of their user
6    manuals, like, in PDF format, not printed
7    versions.
8        Q.    Okay.  Do you know which user manuals
9    are in PDF format that you have?
10       A.    I have probably most of them.  I have
11   the procurement, I have the inventory control, I
12   have the other applications, which I guess you're
13   not really interested in, HR, accounts payable,
14   invoice matching, that type of stuff.
15       Q.    Do you have the Requisitions User
16   Guide?
17       A.    I believe so.
18       Q.    Do you have the Inventory Control
19   User Guide?
20       A.    Yes.
21       Q.    Does South Jersey have in its
22   possession, the Purchase Order User Guide?
23       A.    Yes.
24       Q.    Does South Jersey have the
25   Requisitions Self-Service User Guide?

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

---

**13**

1    A.    Yes.

2    Q.    Are there any other documents that

3    are listed in this Schedule B that South Jersey

4    has in its possession, but that have not yet been

5    provided to ePlus?

6    A.    I don't believe so.

7    Q.    What software does South Jersey

8    currently license from Lawson?

9    A.    The purchase order module, the

10   requisition self-service, inventory control,

11   invoice matching.

12   Q.    Anything else?

13   A.    Do you want me to go through, like,

14   the human resources applications?

15   Q.    You don't need to go through the

16   particular module, but does South Jersey also

17   license the Human Resources Suite?

18   A.    We do.  We license -- it's fully RP,

19   so we have the financial module, the human

20   resource module, including payroll and benefits.

21   Q.    And what particular software

22   applications does South Jersey license from Lawson

23   that relate to procurement?

24   A.    The purchase order, inventory

25   control, requisition self-service, invoice

---

**14**

1    matching.

2    Q.    Are these -- are those software

3    applications all part of the Lawson S3 Software

4    Suite?

5    A.    Yes.

6    Q.    Does South Jersey license EDI from

7    Lawson?

8    A.    Yes, we do, sorry.

9    Q.    And has South Jersey at any point in

10   time licensed procurement punchout from Lawson?

11   A.    No.

12   Q.    When was the -- when did South Jersey

13   first license any of the procurement software from

14   Lawson?

15   A.    South Jersey had a very old version

16   of Lawson that was licensed in -- honestly, I'm

17   not positive.  It's -- several years ago, we

18   confined that original contract.  I don't know.

19   We recently upgraded that version to Version

20   9 in -- I guess April of '08 is when those

21   contracts were signed.

22   Q.    And in April of '08, did Lawson -- I

23   mean, did South Jersey license any new procurement

24   modules that it did not have at that point?

25   A.    Requisition self-service, and I

---

**15**

1    believe that was it, because I think we had the

2    invoice matching, even though it wasn't being

3    used, but that may be new, I'd really have to look

4    at the software license agreement that was signed

5    in '08 to know for sure.

6    Q.    And before South Jersey upgraded its

7    software in April of '08, had it also already

8    licensed older versions of purchase order from

9    Lawson?

10   A.    Yes.

11   Q.    And was it already licensing, at that

12   point, EDI from Lawson?

13   A.    Yes.

14   Q.    And was it already licensing

15   inventory control from Lawson?

16   A.    Yes.

17   Q.    What is your current title at South

18   Jersey?

19   A.    I'm the financial systems manager.

20   Q.    And what kind of responsibilities do

21   you have in that role?

22   A.    I manage all of the financial

23   systems, the nonclinical financial systems, for

24   the hospital.  Lawson is one major area of

25   responsibility, in addition to Sorian for our

---

**16**

1    scheduling, our registration and our billing

2    systems.

3    Q.    And is there -- are there any

4    employees of South Jersey that work under your

5    direction?

6    A.    Yes.  I have five direct reports.

7    Q.    And what kind of responsibilities do

8    those reports have?

9    A.    Two of those employees currently

10   support Lawson, two are working on the Sorian side

11   and one is kind of working with our electronic

12   medical record implementation.

13   Q.    What are the names of the employees

14   who support the Lawson Software?

15   A.    Matthew Daph and Gene Goss.  Both are

16   new employees to South Jersey Health System after

17   the implementation of Lawson.

18   Q.    And do they have specific areas of

19   responsibility with respect to the Lawson

20   Software?

21   A.    Matthew primarily handles the HR

22   payroll.  Gene primarily handles the invoice

23   matching and the procurement applications.  Gene

24   has been employed with us for two months and would

25   not be able to speak.

---

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

---

17

1    Q.    Are -- who is permitted at South
2    Jersey to utilize the Procurement Suite of
3    software from Lawson?
4    A.    All of our employees in the materials
5    management department have different
6    responsibilities, our buyers, our warehouse and
7    storeroom personnel, our accounts payable
8    department, with regard to invoice matching.  Then
9    there's IT personnel who had access to the
10   information as well.
11   Q.    Approximately how many employees are
12   there in the materials management department at
13   South Jersey?
14   A.    There's less than 50.  I could get
15   you an accurate count.  I honestly don't know.
16   Q.    How long have you been working with
17   Lawson Software?
18   A.    Since April of '08.
19   Q.    And how long have you been employed
20   by South Jersey?
21   A.    Twenty years.
22   Q.    Who was responsible for the Lawson
23   Software applications at South Jersey prior to
24   April of '08?
25   A.    There was a materials analyst who

---

18

1    primarily supported that, who no longer works with
2    South Jersey.
3    Q.    Are you familiar with the term Item
4    Master?
5    A.    Yes.
6    Q.    And do you know approximately how
7    many items are available in the Item Master that
8    South Jersey has on its Lawson Software?
9    A.    No.  I know we did a major cleansing
10   prior to Go Live on our Version 9 and cut that
11   number down dramatically.  I could find that out
12   for you, but I wouldn't want to hedge a guess.
13   Q.    Okay.  Do you know whether it's more
14   or less than 10,000 items?
15   A.    Less than 10,000, I would say.
16   Q.    Would you say more or less than 5,000
17   items?
18   A.    No, I don't want to guess.
19   Q.    Okay.  Do you know approximately how
20   many different vendors South Jersey uses within
21   the Lawson procurement system?
22   A.    Just procurement vendors?
23   Q.    Yes.
24   A.    No.
25   Q.    What types of item data are included

---

19

1    in the Item Master?
2    A.    You have -- what we call the Lawson
3    number is the item number, you have the vendor
4    information, unit of measure, whether it's a stock
5    or nonstock type item, the description of the
6    item, secondary description of the item.
7    Q.    And how is that information imported
8    into the Item Master?
9    A.    Now, it's manually keyed in there.
10   Initially, we uploaded it through the Microsoft
11   add-ins.
12   Q.    Did Lawson assist in that process of
13   the importation of the information through the
14   Microsoft add-ins?
15   A.    We had consultants on site who may
16   have assisted, but we were trained in how to use
17   the add-ins, so we primarily did that ourselves.
18   Q.    And who provided South Jersey with
19   the training on how to use the add-ins; was that
20   Lawson personnel?
21   A.    Yes.
22   Q.    Were those employees of the Lawson
23   Professional Services Group?
24   A.    Yes.
25   Q.    And was that training provided on

---

20

1    site at South Jersey?
2    A.    Yes.
3    Q.    Do you know approximately how long
4    the training lasted for?
5    A.    It wasn't a formal training class.
6    We had the consultants on site, so it was kind of
7    more like a work session as needed with different
8    things, so there were various consultants at
9    different times.
10   Q.    What type of products are available
11   in the Lawson System at South Jersey, like, for
12   example, are there surgical gloves, stents; what
13   type of items are available in the Item Master?
14   A.    There's a variety of items.  There
15   are gloves, there are gowns, there's masks,
16   there's lotion, toothpaste, diapers, a lot of
17   equipment.  I don't really know what it's used
18   for, but patient care related.
19   Q.    Are there also office supplies
20   available in the Item Master?
21   A.    Office supplies are not.  There may
22   be some computer paper, stuff like that, nonstock
23   items, that are in there.
24   Q.    Okay.  And most of the items
25   nonstock items or are they Lawson -- are they

---

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

21

1  South Jersey inventory that are available in the
2  Item Master?
3  A.  I don't know a breakdown of the two.
4  I would say that there's probably more nonstock
5  items in there than inventory, but that would be a
6  guess.
7  Q.  Does South Jersey maintain its own
8  inventory of items in stock?
9  A.  Yes.
10  Q.  And are the personnel in the
11  Materials Management Group at South Jersey
12  permitted to order nonstock items from vendors
13  using the Lawson System?
14  A.  Yes.
15  Q.  And do they need to receive approval
16  from manager level employees before those
17  requisitions can be approved?
18  A.  The buyers themselves -- our process
19  here is, whoever is requesting it would get
20  management approval, so if I was requesting
21  something from IS, I would have my IS management
22  approval, so by the time it went to the buyer,
23  they would already have the approvals, they
24  wouldn't really be seeking any materials
25  management approval to order that item, if that

22

1  answers the question you're asking.
2  Q.  Is it possible for you to determine
3  who the largest vendors are that -- the vendors
4  who supply the most goods in your Item Master; are
5  you aware of that information?
6  A.  I would say Owens & Minor is one of
7  our prime vendors.
8  Q.  Okay.  Any other prime vendors that
9  you can think of?
10  A.  Cardinal, and perhaps Medline.
11  Q.  What services did Lawson provide for
12  South Jersey when South Jersey upgraded its
13  software in April of 2008; what installation and
14  implementation services?
15  A.  Lawson actually contracted with a
16  third party for the installation of the
17  applications and all of that software.  Lawson
18  provided consulting services to us, which
19  consisted of training, more of a work session type
20  environment, not really formal training classes.
21  Everything was done on our facility.  We didn't go
22  out to any formal Lawson training.
23  Q.  Who was the third party that Lawson
24  contracted with for the installation of the
25  applications and the software?

23

1  A.  Blue Horseshoe.
2  Q.  And how long did that process of the
3  installation of the software take?
4  A.  We had a test environment done in
5  production, so we had two weeks time, pretty much
6  one for each environment.
7  Q.  Once the two-week period was over,
8  the system went live with the new software
9  version?
10  A.  No.  The system was ready for us to
11  start working with the consultants to build it, to
12  test it, to go live.
13  Q.  I see.
14  A.  It was implemented -- installed in
15  June of '08; we went live with materials and
16  finance November 1st of '08; HR payroll, January
17  1st of '09.
18  Q.  So between June of '08 and November
19  of '08, was an implementation period after the new
20  software was installed?
21  A.  Yes.
22  Q.  And during that implementation period
23  were there Lawson personnel that were on site here
24  in Bridgeton, New Jersey at South Jersey?
25  A.  Yes.

24

1  Q.  And do you know approximately how
2  many Lawson personnel were here at South Jersey
3  during that period from June of '08 through
4  November of '08?
5  A.  The total number of people that we
6  had or --
7  Q.  Yes, the total number.
8  A.  I believe we had seven different
9  consultants that came and went through that time.
10  There was one dedicated materials analyst, one for
11  finance.  It ended up being two for HR payroll,
12  because they switched.  We had to bring in another
13  one to do invoice matching.  And then there were
14  some assistant consultants brought in.
15  Q.  Do you recall the name of the
16  dedicated materials analyst from Lawson that was
17  here during the implementation phase?
18  A.  Yes.
19  Q.  What was the name?
20  A.  Henry Reinhard.
21  Q.  And what kind of tasks was Henry
22  Reinhard performing during that implementation
23  period from June of '08 through November of '08?
24  A.  He provided training on the system,
25  functionality.  He helped with data conversion,

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

25

1  what we needed to do when, kind of a step by
2  step --
3      (Interruption by the court reporter.)
4      A.   He provided training, the
5  functionality, how to use the system, the order in
6  which we needed to implement things, you know, how
7  stuff builds on the next.  He provided staff
8  training sessions.
9      Q.   And I think you mentioned data
10  conversion as well?
11      A.   He didn't really do the data
12  conversion, but he would assist if there were
13  questions on how Lawson 724 converts to Lawson
14  9.  That was our upgrade, so it was a major
15  upgrade, missing one of Lawson's major releases,
16  though.
17      Q.   What was involved in the process of
18  converting the data from the Lawson 724 System to
19  the Lawson 9 System with respect to the Supply
20  Chain Management Suite?
21      A.   There was a cleansing of the Item
22  Master to get rid of items that were no longer
23  used.  There was a vendor merging, if you will.
24  Prior to Lawson 9, we didn't have a
25  fully-integrated system, so our vendors that were

26

1  in materials had different numbers in instances
2  from the vendors that were in our accounts payable
3  system, so since it was becoming one system, we
4  needed to merge those vendors together, so that
5  was a major undertaking.  There was -- whatever
6  was new to Lawson 9, that needed to be populated.
7  You know, like, we have requesting locations that
8  tie back to GL categories.  All of that had to be
9  worked.  All of the account numbers that items
10  would be expensing against needed to be reworked,
11  because with bringing GL onto the system as well,
12  there was a whole new chart of account structure.
13      Q.   Does GL stand for general ledger?
14      A.   Yes.
15      Invoice matching was a completely new
16  application for us, so all of that set-up needed
17  to be done.
18      Q.   You mentioned that there was much
19  that was new to Lawson 9 that needed to be
20  populated.
21      Did that include populating the Item
22  Master of the procurement for the Procurement
23  Suite?
24      A.   The Item Master wasn't new.
25      Q.   Okay.  Was there a data conversion

27

1  involved?
2      A.   Yes.
3      Q.   And can you recall what was the
4  process involved for the data conversion for the
5  Item Master for the Lawson 9 software?
6      A.   The Item Master that was in the
7  Lawson 724 environment was dumped out and it was
8  looked through to find the items that needed to be
9  removed.  Once they were confident on what items
10  they then wanted to have in the new Lawson 9 Item
11  Master, that was uploaded via the add-ins.
12      Q.   And how was Lawson involved in that
13  process of converting data for the Item Master for
14  the Lawson 9 software?
15      A.   They provided assistance on field
16  values.  They did not perform the conversion.
17      Q.   Were there any Lawson APIs that were
18  used during that process of the data conversion?
19      A.   If the add-ins used APIs, then yes.
20      Q.   Okay.  Now, the data that was already
21  in the Item Master from the earlier version of
22  Lawson, Lawson 724, how had that data come to be
23  in the earlier version of the Item Master?
24      A.   How was it initially populated?
25      Q.   Exactly.

28

1      A.   I don't know.
2      Q.   You mentioned that the Lawson
3  personnel that was on site here during the
4  implementation phase assisted with training.
5      Can you provide some specifics about
6  the type of training that was offered by Lawson
7  during that time period with respect to
8  procurement and supply chain?
9      A.   They would hold work sessions.  One,
10  in particular, I remember, was on vendor returns.
11  That was something that we weren't using, so they
12  kind of did a session on how it would work, what
13  we needed to do to make that process work.
14      Q.   Was there training provided with
15  respect to using the search functionality within
16  the requisition self-service?
17      A.   Requisition self-service is not live
18  currently, so that wasn't really worked on during
19  our initial implementation.  That's a project
20  we've picked up during '09, so we really didn't
21  have the Lawson personnel on site at that time.
22  Towards the end of their, I guess,
23  contract with us for training services, Henry did
24  provide some assistance on how that would work,
25  but that work was primarily done on our own.

29

```
1    Q.   When did South Jersey go live with
2    requisition self-service?
3    A.   We have not gone live yet.
4    Q.   Is there a plan in place about when
5    you expect to go live with requisition
6    self-service?
7    A.   No.
8    Q.   Do you know whether South Jersey
9    intends to use requisition self-service in the
10   future?
11   A.   I believe, yes.  And we have most of
12   the work done and ready, but then we had a
13   turn-over of staff and it just wasn't feasible to
14   really move forward with it at that time.
15   Q.   Do you know whether South Jersey
16   intends to use procurement punchout in the future?
17   A.   That's not something that we've ever
18   contracted with.  We inquired pricing, but nothing
19   we've actually submitted for budget approval.
20   Q.   Was there any training done on using
21   the search functionality within the requisitions
22   module during the implementation phase of Lawson
23   9?
24   A.   To search for an item?
25   Q.   Correct.
```

30

```
1    A.   I mean, there was training on how to
2    use search in general.  The search for the Item
3    Master is no different than a search for anything
4    else.
5    Q.   Are there advanced search
6    functionalities available in the requisition
7    module that South Jersey has in place from Lawson?
8    A.   No, I'm not aware of any advanced
9    search functionality.
10   Q.   Do you know whether there's a search
11   by catalog functionality available?
12   A.   I'm not sure what you mean by search
13   by catalog.  I mean, you can search by item
14   number, by description.
15   Q.   Can you search by -- are you familiar
16   with the term UNSPSC?
17   A.   Yes, we don't use them.
18   Q.   You don't use UNSPSC?
19   A.   Correct.
20   Q.   Okay.
21   A.   Now, in requisition self-service,
22   maybe that's where you're getting that advanced
23   search functionality.  In there, you can search by
24   description, item, that sort of stuff.  Again, you
25   can set up keyword searches.  But we're not using
```

31

```
1    that, so I'm not well-versed in that.
2    Q.   Has Lawson provided you with -- has
3    Lawson provided South Jersey with training for
4    requisition self-service, even if you're not using
5    it currently?
6    A.   No.
7    Q.   Is there any contract with Lawson in
8    place for Lawson to provide, in the future,
9    training for requisition self-service?
10   A.   No.
11   Q.   Has any new data been imported into
12   the Item Master since the Lawson 9 System went
13   live in November of '08?
14   A.   Imported or added?
15   Q.   Added.
16   A.   We've added items, yes.
17   Q.   What about imported?
18   A.   We have imported purchasing classes
19   against existing items, but we have not -- once
20   the initial Item Master was populated, we didn't
21   go back and reload anything during import.
22   Q.   Okay.  When items were added -- have
23   been added, can you explain to me what the process
24   entails of adding items to the Item Master?
25   A.   Our purchasing staff actually adds
```

32

```
1    the items, so I can speak in general.  They have
2    to give it a Lawson number, the description,
3    whatever the required fields are, they're going to
4    kind of assign that to a vendor.  They're going to
5    put stock unit of measure, purchase unit of
6    measure, transaction unit of measure.  They will
7    then link that, if it's an inventory item, to what
8    inventory location they want that item to be
9    available from.
10   Q.   What about if it's a nonstock item?
11   A.   If it's a nonstock item, they have to
12   put some -- well, there's GL categories either
13   way, but it's a little bit different set-up
14   depending on whether it's inventory or not.  If
15   it's a nonstock item, they wouldn't have to tie
16   that to an inventory location, so it would be
17   built in just strictly Item Master, not taken to
18   the next step.
19   Q.   So when items are added, it's done on
20   an item-by-item basis?
21   A.   Yes.
22   Q.   Does Lawson currently provide any
23   training services to South Jersey?
24   A.   We're not contracted with Lawson for
25   any training services.
```

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

33

1    Q.    What kind of maintenance services
2    does Lawson provide to South Jersey?
3    A.    Under our maintenance agreement is
4    really just support of the applications.  That
5    gives us access to their knowledge base, the
6    ability to enter support tickets.
7    Q.    And do you know -- I know that Lawson
8    has different categories of maintenance service.
9    Do you know what the classification of your
10   maintenance package is?  I think they call it,
11   like, gold, silver or bronze.
12   A.    I believe we're at bronze.
13   Q.    Okay.
14   A.    We have the lowest level that's
15   offered.
16   Q.    All right.
17   A.    We don't have a dedicated support
18   rep, we don't have.
19   Q.    And do you know what type of
20   maintenance has been performed on the customer
21   procurement system over the past couple of years?
22   A.    Maintenance by who?
23   Q.    By Lawson.
24   A.    Lawson has provided assistance in
25   ticket problem solving.  They have not done

34

1    anything on the system for us.
2    Q.    Is that assistance provided over the
3    phone?
4    A.    It's usually through their
5    interactive web support.  It can be provided over
6    the phone.  They have, on occasion, connected via
7    WebEx session to actually look at the system, but
8    that's pretty rare.
9    Q.    Has there been any maintenance
10   performed by someone from Lawson here live at
11   South Jersey since the Lawson 9 System went live
12   in November of '08?
13   A.    Not since the week after Go Live.
14   Q.    Has Lawson -- does Lawson place any
15   contractual restrictions on the ability of South
16   Jersey to modify the software that they provided?
17   A.    We have an application called design
18   studio which allows us to modify screens, forms,
19   that type of thing, so in that regard, we're able
20   to make modifications, but we can't take their
21   code and, you know, make it our own and that sort
22   of thing, if that is answering your question.
23   Q.    Does Lawson require South Jersey to
24   periodically update the software in case of bug
25   fixes or upgrades or other reasons?

35

1    A.    Lawson provides patches that they
2    suggest we apply to the system.  I have not been
3    forced to put something on to the system yet.
4    Q.    And when Lawson provides these
5    patches, is it South Jersey's practice to upgrade
6    it with the patches offered by Lawson?
7    A.    Only if we're experiencing the
8    problem that the patch will fix, so South Jersey
9    does not apply most of the patches that Lawson
10   provides.
11   Q.    Are there any uses of the Lawson
12   Software that are prohibited by Lawson?
13   A.    I would think in their contract, yes.
14   I can't disclose a lot of stuff about it.  I mean,
15   we're licensing the software from Lawson.  They
16   own it.
17   Q.    What's the term of your license
18   agreement with Lawson for the Procurement Suite
19   and the Supply Chain Management Suite; is it a
20   yearly --
21   A.    It's a yearly maintenance.
22   Q.    Okay.  And are you required to renew
23   it at the end of each year for the following year?
24   A.    We're -- yes.  I mean, if we don't
25   pay our maintenance bill, we won't have support.

36

1    That's all I'm required to do, is pay my
2    maintenance bill.  There's nothing else that I
3    need to sign or do as part of that process.
4         (Exhibit South Jersey 4 as received
5    and marked for identification.)
6    Q.    The court reporter has handed you
7    what has been marked as South Jersey 4.  And for
8    the record, we have -- the document is Bates
9    stamped SJH 2 through SJH 84.  It is entitled
10   "Lawson Professional Services, Statement of Work
11   for South Jersey Health System, Inc."
12   Are you familiar with this document?
13   A.    Yes.
14   Q.    And can you describe for me what it
15   is?
16   A.    This is a summary on detail of what
17   we contracted with Lawson for our implementation
18   and our Go Live with the Lawson 9 upgrade.
19   Q.    And what was your role in that
20   process?
21   A.    Picking through this to make it say
22   what I wanted it to say.  I have intimate
23   knowledge of it.
24   Q.    Okay.  So you were personally
25   involved in negotiating this Statement of Work

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

37

1   with Lawson?
2       A.   Yes.
3       Q.   And who was your counterpart on the
4   Lawson side that you were dealing with with
5   respect to this document?
6       A.   Karen and -- can I look at this?
7       Q.   Sure.
8       A.   I think her name is on here.
9            Our account executive and Karen
10  Bruschke is primarily who it went back and forth
11  with.
12      Q.   And how much -- what was the time
13  period during which you were negotiating this
14  Statement of Work with Lawson?
15      A.   I think it went over a month's time.
16  I don't know exactly from start to finish.  There
17  were several revisions of this Statement of Work.
18      Q.   What's the -- what's your
19  understanding about the purpose of this Statement
20  of Work?
21      A.   This is what contractually Lawson was
22  obligated to do for us, what their
23  responsibilities were, what South Jersey's
24  responsibilities were, what work was actually
25  going to be performed.

38

1       Q.   Does the Statement of Work define, as
2   well, what type of services that Lawson would
3   provide to South Jersey with respect to the
4   implementation and installation of the Lawson 9
5   Software?
6       A.   Yes.
7       Q.   Could you take a look, please, at
8   page 6 of the document, which is Bates stamped SJH
9   7?
10      A.   Uh-huh.
11      Q.   Do you see here there's a Section 3.4
12  entitled "Business Process Scope"?
13      A.   Yes.
14      Q.   And.
15           Can you explain to me what you
16  understand that Section 3.4 to mean?
17      A.   This is a summary of the applications
18  that were going to be implementing, what general
19  category it fell under, and then specific business
20  processes that would be part of that.
21      Q.   Do you see at the top of page 7,
22  Bates stamped SJH 8, there's a box under the
23  heading for the column "Application Suite," it
24  says, "Supply Chain Management," and to the right
25  of it, it says, "Inventory Control"?

39

1       A.   Yes.
2       Q.   Do you see there there's a list of
3   various business processes?
4       A.   Yes.
5       Q.   Is it your understanding that Lawson
6   was to be responsible for the business processes
7   listed here on page 7?
8       A.   Responsible in what regard?
9       Q.   Well, this is defined in the scope of
10  the project for the new Lawson Software that was
11  going to be installed, correct?
12      A.   The whole document, yes.
13      Q.   And what's your understanding about
14  the specific business processes here; what's the
15  reason they're included in this document?
16      A.   These are examples of processes that
17  would fall under the inventory control module of
18  Lawson.
19      Q.   Okay.
20      A.   This area doesn't dictate whose
21  responsible for doing what regarding that business
22  process.
23      Q.   Okay.  One of the business processes
24  listed here is "Item Master Management."
25           Do you see that?

40

1       A.   Yes.
2       Q.   And what's your understanding of what
3   that business process involves?
4       A.   The ability to know how to put items
5   into the Item Master, to change information for
6   existing items, to be able to delete an item, once
7   it's in the Item Master, what else it might need
8   to go from there.  Like, if it's inventory, then
9   you have to put it to an inventory location.
10      Q.   And who was responsible for the Item
11  Master management; was it Lawson or South Jersey
12  or was it a shared responsibility?
13      A.   I was going to say it's shared.  I
14  mean, ultimately, South Jersey was responsible for
15  Item Master management.
16      Q.   But to the extent it was shared, what
17  responsibilities did Lawson have?
18      A.   They provided training and assistance
19  in how it should be set up.
20      Q.   Turning back to the page before, page
21  6, SJH 7, do you see there's -- under the
22  "Business Processes" list, one of the processes is
23  "Requisition of Goods and Services"?
24      A.   Yes.
25      Q.   What's that process meant to

41

1   describe?
2       A.   How requisitions get into the system
3   to become purchase orders.
4       Q.   And whose responsibility within the
5   Statement of Work was it to implement the
6   requisition of goods and services?
7       A.   That's a shared responsibility,
8   again.
9       Q.   If you take a look at page 9 of the
10  document, SJH 10, there's a Section 3.5, "Data
11  Migration and Conversions."
12       Do you see that section?
13      A.   Yes.
14      Q.   What do you understand data migration
15  and conversions to refer to?
16      A.   Getting the data out of the old
17  system into the new.
18      Q.   And whose responsibility was it under
19  the Statement of Work for the data migration and
20  conversion?
21      A.   South Jersey's.
22      Q.   And was Lawson responsible for
23  assisting South Jersey in that process?
24      A.   They were responsible, yes, to
25  assist, but it was our responsibility to actually

42

1   do the conversion.
2       Q.   Do you see there's a chart at the
3   bottom of page 9, South Jersey SJH 10, that has
4   "Item Number CV-04"?
5       A.   Yes.
6       Q.   And the "Conversion Component" listed
7   there is "Item Master."
8       A.   Yes.
9       Q.   Do you see that?
10      A.   Yes.
11      Q.   Do you see that there's a designation
12  here of "IC811" for the "Conversion Method"?
13      A.   Yes.
14      Q.   Do you know what that refers to.
15  IC811?
16      A.   IC811 would be a standard Lawson
17  import, that if we followed their specified
18  guidelines, we could upload the Item Master using
19  that program.
20      Q.   And what were the specified
21  guidelines that Lawson provided with respect to
22  using the IC811 import program?
23      A.   I don't know.  I don't believe we use
24  IC811.  I believe we used the Lawson add-ins to
25  upload our Item Master.

43

1       Q.   Do you have an understanding about
2   how the IC811 program is -- the functionality of
3   that program?
4       A.   I can speak to general knowledge of
5   how an import program would work, not specifically
6   IC811.
7       Q.   Okay.  And what's your general
8   knowledge of how an import program would work?
9       A.   There's a defined file layout that
10  you have to populate your data into that format,
11  and if you do that correctly, when you run the
12  program, it will then take your data and import it
13  into the proper fields in the new database
14  structure.
15      Q.   Do you see above this chart here, in
16  section 3.5, there's a sentence that reads,
17  "Lawson will assist SJHS personnel in formatting,
18  error checking and running the API's"?
19      A.   Yes.
20      Q.   Did Lawson assist South Jersey
21  personnel in formatting, error checking and
22  running the API's as part of the data conversion
23  process?
24      A.   Yes.
25      Q.   Can you describe for me what that

44

1   assistance entailed?
2       A.   Knowledge of what needed to be
3   populated in the field, if there was an error, how
4   to go about resolving what that error would be.
5       Q.   So Lawson provided you with that
6   knowledge necessary for how to populate the fields
7   and how to handle errors?
8       A.   They provided assistance where there
9   was questions with it.  I mean, a lot of it is
10  pretty self-explanatory.
11      Q.   Okay.  On the next page of the
12  document, page 10, Bates stamped SJH 11, there's
13  an "Activity" described in that chart on the page
14  as "Data Migration Workshops," it says,
15  "Responsible, Lawson."
16       Did Lawson provide for South Jersey
17  data migration workshops to define the data
18  migration process for South Jersey?
19      A.   Not as a formal class.  It would just
20  be assistance from the consultant as the tasks
21  were being performed.
22      Q.   And do you see on the chart there's
23  also an item listed -- an "Activity" listed,
24  "Training in data migration tools"?
25      A.   Yes.

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

---

45

1    Q.   Did Lawson provide training in data
2    migration tools to South Jersey?
3    A.   Again, not in a formal class, but as
4    part of a work session.
5    Q.   Do you see there's also an "Activity"
6    listed, "Test load sample data"?
7    A.   Yes.
8    Q.   Do you know what that activity refers
9    to?
10   A.   I would believe that that was to load
11   up a small portion of our file to make sure it was
12   formatted properly before running it full out.
13   Q.   And did Lawson handle that for South
14   Jersey?
15   A.   I'm going to say no.  They, together
16   with South Jersey, would go through the steps, but
17   they didn't take anything and specifically do a
18   conversion on their own for us.
19   Q.   On the next page, page 11, SJH 12,
20   there's a list of six items under the heading
21   "Data Migration and Conversion Additional
22   Assumptions."
23   Do you see where I'm referring to?
24   A.   Yes.
25   Q.   And do you see Item 6 says, "The data

---

46

1    to be converted will be verified and validated
2    during the planning phase which will be conducted
3    jointly by Lawson and SJH"?
4    A.   Yes.
5    Q.   Is it correct that the data
6    conversion was conducted jointly -- excuse me,
7    that the data conversion was verified and
8    validated jointly by Lawson and South Jersey?
9    A.   Yes.
10   Q.   Okay.  Can you turn, please, to page
11   13, Bates label SJH 14?
12   Do you see there's a chart under the
13   heading "Interface Scope"?
14   A.   Yes.
15   Q.   And there's an "Interface
16   Description" with the "Interface ID, IF-02."  The
17   description reads, "Outbound Item Master to ORMIS
18   Surgery System."
19   A.   Yes.
20   Q.   Could you describe for me, please,
21   what the ORMIS Surgery System is?
22   A.   I'm not intimately familiar with
23   ORMIS, but it is the system that they use in
24   surgery in the OR to schedule their cases and
25   their patients.

---

47

1    Q.   And what was involved with the
2    outbound Item Master to ORMIS Surgery System?
3    A.   We take -- not every item in our Item
4    Master, but those that ORMIS needs, we have them
5    flagged, and we will take an extract out of our
6    Item Master for them to import into the ORMIS
7    System, so that's now a daily process.  ORMIS will
8    pick up that item and charging, cost information,
9    to use in their billing process.
10   Q.   And who performs that extraction?
11   A.   It's now an automated process.
12   Lawson -- I guess it would be part of Lawson
13   Professional Services.  They have an offshore
14   interface group who actually created this
15   interface for us.
16   Q.   So Lawson created the interface
17   between its Item Master within the Procurement
18   Suite and the ORMIS Surgery System that now runs
19   automatically?
20   A.   Yes.  I believe Lawson had a standard
21   job that did this that they just tweaked to meet
22   our needs, so it's a customized interface for us
23   built off of one of their existing programs.
24   Q.   Could you turn, please, to page 44 of
25   the document?  It's got the label on the bottom,

---

48

1    SJH 45.
2    Do you see item 19 there entitled
3    "Appendix E:  IF-02 Item Master to ORMIS Surgery
4    System Interface"?
5    Is this a description of the
6    customized interface between the Item Master and
7    the ORMIS Surgery System that was developed by
8    Lawson Professional Services.
9    A.   This is copies of the Lawson to ORMIS
10   interface that was running in the Lawson 724
11   version.  I don't believe Lawson created this
12   initial customization.  You can see there's the
13   name Frank Gonzales in here.  He was kind of a
14   third party contracted, who I believe did this
15   program.  You can see it's a copy of Lawson's
16   standard IC527 interface that was modified and
17   then became ZC527 for our purposes.  So this was
18   the basis of how this new interface for Lawson 9
19   would be developed.
20   Q.   Do you recall preparing a Request for
21   Proposal that was sent to Lawson in 2007?
22   A.   We didn't do a formal RFP, more kind
23   of a spreadsheet, answer these questions type
24   thing, yes.
25   Q.   And did South Jersey submit that,

---

49

1    what's characterized as an informal RFP, to any
2    other companies besides Lawson?
3        A.    Yes.
4        Q.    What other companies did you provide
5    this RFP to?
6        A.    To McKesson, I believe it went to
7    PeopleSoft, and it may have gone to SAP, but I
8    don't believe it did.
9        Q.    And were you responsible for --
10       A.    I'm sorry, it also went to Microsoft.
11       Q.    Were you the individual at South
12   Jersey responsible for compiling that RFP?
13       A.    Each functional area put their
14   questions together.  I was responsible for
15   gathering all of that and submitting out to the
16   companies.
17       Q.    And how long of an evaluation period
18   was there to evaluate the responses to RFPs that
19   you received?
20       A.    It was a several-month process.
21       Q.    Did each of the companies that you
22   submitted the RFP to provide you with a response?
23       A.    We got responses from Microsoft, from
24   Lawson, from McKesson.
25       Q.    At the time that you submitted this

50

1    RFP, had you -- were you using any supply chain or
2    procurement software besides the software that you
3    had from Lawson?
4        A.    We use Atpar for handhelds.
5        Q.    Atpar or Aptar?
6        A.    Atpar, A-T-P-A-R.  They provide
7    handhelds that we can upload requisitions from.
8        Q.    Do you still use Atpar?
9        A.    Yes.
10       Q.    Do you use any other procurement or
11   supply chain software besides the software from
12   Lawson and Atpar?
13       A.    We use EDI, which goes out through
14   GHX, so I don't know if you would consider that
15   using their software.  I mean, GHX is our vendor
16   for all EDI transactions.
17       Q.    The EDI, though, is licensed from
18   Lawson?
19       A.    Yes.
20       Q.    Has Lawson ever submitted an RFP to a
21   company called ePlus?
22       A.    I have no idea.
23       Q.    Okay.  Before you received this --
24   well --
25       A.    I've never heard of ePlus prior to

51

1    this deposition.
2        Q.    You're answering questions I didn't
3    even ask.
4        A.    Sorry.
5        Q.    You're reading my mind.
6        MR. GRAHAM:  Did you mean to ask
7    whether or not South Jersey had submitted an RFP
8    to ePlus?
9        MS. BURKE-ANDERSON:  You asked her
10   ePlus.  How could she speak to ePlus and Lawson?
11       MR. STRAPP:  Right.  Let me ask a
12   different question.
13       MS. BURKE-ANDERSON:  Okay.
14       Q.    Has South Jersey ever submitted an
15   RFP to ePlus?
16       A.    Not to my knowledge.
17       (Exhibit South Jersey 5 as received
18   and marked for identification.)
19       Q.    You now have in front of you South
20   Jersey 5.  This is a cover e-mail and a series of
21   documents.
22       Are you familiar with this series of
23   documents, Ms. Cimino?
24       A.    So far, yes.
25       Yes.

52

1        VIDEOGRAPHER:  Going off the record
2    at 11:02.,
3        (Off the record.)
4        VIDEOGRAPHER:  Back on the record at
5    11:03.,
6    BY MR. STRAPP:
7        Q.    Can you please describe for me what
8    the series of documents marked as South Jersey 5
9    is?
10       A.    This is our informal RFP request and
11   Lawson's response to that request.
12       Q.    And is it correct that you received
13   this response from Lawson to the RFP in February
14   of 2007?
15       A.    It was February of 2007?  Okay, yes,
16   I didn't realize it went back that far.
17       Q.    Why did you decide to choose Lawson
18   over the other companies who you had submitted the
19   RFP to?
20       A.    My personal opinion was, Lawson
21   Software provided the best solution for South
22   Jersey Healthcare.  McKesson's was not fully
23   integrated, where Lawson was.  Microsoft was too
24   new into the product mix to be willing to take a
25   chance.

53

1    Q.   Do you see on the cover e-mail that
2  has the label at the bottom right, SJH 115,
3  there's an e-mail from Brian Walker to you, dated
4  February 23, 2007?
5    A.   Yes.
6    Q.   And do you see in that e-mail that in
7  the second paragraph Mr. Walker writes, "The
8  proposals for license and services are estimates
9  based on your requirements in the RFP and
10  conversations I have had with Materials Management
11  around their desires to upgrade the current Lawson
12  applications and add new functionality (such as
13  Requisition Self Service, Lawson Business
14  Intelligence, etc.)"?
15    A.   Yes.
16    Q.   At the time, in February of 2007, was
17  it your understanding that South Jersey had a
18  desire to upgrade to requisition self-service?
19    A.   I believe that was the desire of the
20  materials management department.
21    Q.   And why did you decide at the time --
22  or, let's say, why did you decide in 2008, during
23  the implementation and installation phase, not to
24  upgrade to requisition self-service?
25    A.   We didn't have the time to bring

54

1  requisition self-service live at the time we
2  brought the four applications live.  We signed the
3  contracts in April, went live in October.  That's
4  not a lengthy time frame.
5    Q.   Do you know approximately how much
6  time would have been required to implement --
7  install and implement requisition self-service?
8    A.   The fact that we've been live for
9  over a year and still don't have it running, I'd
10  have to really hedge a guess, but...
11    Q.   But it's your understanding that
12  April of '08 to October of '08 was not enough
13  time -- not sufficient time to install and
14  implement requisition self-service?
15    A.   Not in conjunction with the other
16  modules that we needed to have up and running.
17    Q.   Can you take a look, please, at the
18  document with the label on the bottom right, SJH
19  121?
20         Do you see there's a chart that has
21  the title "South Jersey Health System Current
22  Lawson Applications"?
23    A.   Yes.
24    Q.   Is it your understanding that that
25  chart accurately reflects the number of users at

55

1  South Jersey as of February '07 for each of the
2  various Lawson applications that are listed in the
3  chart?
4    A.   Yes.
5    Q.   Do you know approximately how many
6  users are licensed to use the procurement --
7  Lawson procurement applications today?
8    A.   I'd have to look at our contracts.  I
9  believe we increased our number of users, but I
10  don't know what we went to.
11    Q.   Could you turn, please, to SJH 129?
12         Do you see there's a chart --
13  spreadsheet here entitled "South Jersey
14  Healthcare, MATERIAL MANAGEMENT ERP SYSTEM
15  PRIORITY LISTING"?
16    A.   Yes.
17    Q.   What's your understanding of what
18  this spreadsheet is meant to convey or reflect?
19    A.   This was a listing of what we wanted
20  to find in a materials management system and then
21  Lawson's comments on how they met that need.
22    Q.   And do you recall whether you were
23  satisfied, after reviewing Lawson's comments in
24  this document, that they could meet all of the
25  needs South Jersey had for a material management

56

1  ERP system?
2    A.   Yes.
3    Q.   If you take a look at Item 2 in this
4  chart, it's entitled "Inventory Control (IC)
5  Automatic Vendor Reordering - Perpetuals."
6    A.   Yes.
7    Q.   Is it your understanding that the
8  Lawson System has the capability of identifying
9  when items fall below a certain volume, such that
10  the system can be configured to automatically
11  place and transmit purchase orders to replenish
12  that item?
13    A.   Yes.
14    Q.   And is that true both for items that
15  are nonstock items and items in inventory?
16    A.   No, it would be for inventory items,
17  because if it's nonstock, we don't have a par
18  level.
19    Q.   If you take a look at page SJH 133,
20  Item 13, it's entitled "Web Requisitioning."
21    A.   Yes.
22    Q.   In the same chart that we're looking
23  at.
24    A.   Uh-huh.
25    Q.   Do you see under the column "Vendor

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

---

**57**

1  Comments," there is a statement by Lawson that
2  says, "Once on board, users benefit from many
3  advanced capabilities, such as the ability to
4  automatically generate multiple purchase orders
5  for stock, non-stock, and special-order items, as
6  well as services, from a single requisition"?
7      A.    Yes.
8      Q.    Is it your understanding that the
9  Lawson Software that's licensed by South Jersey
10  has the capability of automatically generating
11  multiple purchase orders for nonstock items from a
12  single requisition?
13      A.    Yes.
14      Q.    If you take look at the next page at
15  Item 14, "E-procurement - possibly punchout," is
16  it your understanding that part of the RFP -- part
17  of what South Jersey was considering purchasing in
18  2007 as part of its material management ERP system
19  was a punchout functionality within that system?
20      A.    We wanted to know if we had the
21  ability for punchout.  It was never a guarantee
22  that we would be purchasing.
23      Q.    And what's your understanding of the
24  reason why South Jersey decided not to purchase
25  punchout?

---

**58**

1      A.    Cost.
2      Q.    Have you had any discussions with
3  Lawson, since the installation and implementation
4  of Lawson 9, about adding procurement punchout?
5      A.    I think I asked our account executive
6  for pricing on that for our last budget year, but
7  that was really the extent of it.
8      Q.    Okay.  If you look at item 20 on page
9  SJH 136, it's entitled "Product substitution
10  Flexibility - Conversion Factor Issues linked to
11  one Lawson #."
12          Do you see that?
13      A.    Yes.
14      Q.    And do you see in the description, it
15  states, from Lawson, under "Vendor Comments,"
16  "Lawson can associate an item on the Item Master
17  to a Replacement Item should the primary item be
18  discontinued or backordered.  Users can be alerted
19  when a Replacement exists or the Replacement can
20  be put into production based on a specified date"?
21      A.    Yes.
22      Q.    Is it your understanding that the
23  software -- the procurement and supply chain
24  software licensed by South Jersey from Lawson has
25  the capability of associating a particular item on

---

**59**

1  the Item Master to a replacement or substitution
2  item?
3      A.    Yes.
4      Q.    And as implemented on the South
5  Jersey System, does the Lawson Software have that
6  capability?
7      A.    Yes, but I don't believe we're using
8  it.
9      Q.    Okay.  Do you know whether South
10  Jersey has used that functionality at any point
11  within the Lawson Software System?
12      A.    I'm going to say no.  We don't want
13  to have two different item numbers, and this will
14  require two different item numbers, and that's
15  just not a road we want to go down.
16      Q.    When you say it would require two
17  different item numbers, can you explain that?
18      A.    You have your primary item in your
19  Item Master and then you would have to link it to
20  what the substitute item was by item number.  We
21  don't want to have two different item numbers, we
22  want to use just one.
23      Q.    So it's your understanding that the
24  Lawson Software has the capability of linking a
25  primary item in the Item Master to a substitute or

---

**60**

1  equivalent item, but South Jersey is not currently
2  utilizing that capability?
3      A.    Correct.
4      Q.    Do you know whether that
5  functionality within the Lawson Software is such
6  that the item -- the primary item can be from one
7  vendor and the substitute item can be from a
8  second vendor?
9      A.    I would say yes.
10          MR. STRAPP:  We'll take a break.
11          VIDEOGRAPHER:  This marks the end of
12  Volume I, Tape No. 1 in the deposition of Lynn
13  Cimino.  Going off the record.  The time is 11:16.,
14          (Recess.)
15          VIDEOGRAPHER:  Back on the record.
16  Here marks the beginning of Volume I, Tape No. 2
17  in the deposition of Lynn Cimino.  The time is
18  11:33.,
19  BY MR. STRAPP:
20      Q.    Could you tell me whether the Item
21  Master that South Jersey has in it's Lawson
22  Software Suite includes a collection of items and
23  information about those items -- a collection of
24  items and associated information about each of
25  those items?

---

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

**61**

1    A.    Yes.
2    Q.    And does that associated information
3    about the items include part numbers?
4    A.    The vendor part number, yes.
5    Q.    Does it include price?
6    A.    Not in the Item Master.
7    Q.    Where is the price information
8    included?
9    A.    Well, we have most of our items on
10   contract or quote, so pricing would come in there.
11   Q.    So the pricing data is not available
12   when you're viewing the Item Master?
13   A.    The last price paid may be available,
14   but we're not putting in an item and putting in a
15   price on that item.
16   Q.    Does the information about the items
17   in the Item Master include a catalog number?
18   A.    The vendor number?
19   Q.    Yes.
20   A.    It has vendor information, yes.
21   Q.    So it will include a vendor name?
22   A.    It can.
23   Q.    Would it include some sort of vendor
24   identification code?
25   A.    The vendor part number or item

**62**

1    number, order number.
2    Q.    Will the items include a textural
3    description of what the item is?
4    A.    Yes.
5    Q.    Does the Item Master ever include
6    images of the item?
7    A.    We do not have any images in the
8    system.
9    Q.    Can you walk me, please, through the
10   steps of creating a requisition within the Lawson
11   Software for an item?  Let's say the item is, for
12   example, a Band-Aid.
13   A.    The process from start to finish
14   with, like, the end location requesting it or just
15   once it's in the system what happens to it?
16   Q.    Once it's in the system, how would a
17   user at South Jersey create a requisition for a
18   nonstock item, like, a Band-Aid, say, for example?
19   A.    A user would create a paper
20   requisition, route it around, get all the
21   approvals.  It would then go to the materials
22   department.  The buyer would not actually create
23   that as a requisition within Lawson, they would
24   just go right to a PO.
25        If it was an item that we used

**63**

1    through our handhelds, that would actually become
2    a req in the system.  So in that case, our staff
3    goes out to a par location, say the lab, for
4    example, they'll download the items to their
5    handheld, they'll go through their accounts on
6    hand, they'll upload that, the system does its
7    math, and anything that needs to be ordered will
8    then come through on a requisition, which the
9    buyers would then pull that req to turn it into a
10   PO.
11   Q.    Do the buyers ever create
12   requisitions within the Lawson System?
13   A.    Not as a general practice.
14   Q.    Are there ever occasions where that
15   happens?
16   A.    I'm not going to swear it never has
17   happened, but I don't see why a buyer would create
18   that as a requisition in the system.
19   Q.    Okay.  You mentioned that users
20   create paper requisitions.
21        Do users ever create electronic
22   requisitions directly on the Lawson System?
23   A.    No.
24   Q.    Are you familiar with the process of
25   creating an electronic requisition within the

**64**

1    Lawson System?
2    A.    Somewhat.
3    Q.    Would you be able to demonstrate that
4    today?
5    A.    Through requisition self-service --
6    Q.    Yes.
7    A.    -- or --
8    Q.    Well, let's start with requisition
9    self-service.
10   A.    I could probably walk you through
11   that, yes.
12   Q.    Okay.  And what about through the
13   requisition module?
14   A.    I could probably create a req in the
15   requisition module.  I wouldn't be able to
16   demonstrate the upload from a handheld.
17   Q.    Is the requisition self-service
18   demonstration that you could provide through a
19   test version of requisition self-service?
20   A.    Yes.
21   Q.    Does that test platform or test
22   version of requisition self-service include the
23   same item data as the Item Master that's available
24   on the live system?
25   A.    It will have most of the information.

---

**65**

1   The test system is not completely in sync with
2   production, so anything that's been added on the
3   production side since we've copied would not be
4   available.
5       Q.   Do you know when that copy was made
6   in the test system?
7       A.   Within the past two or three weeks.
8       Q.   So it will have almost everything
9   that's on the live system.
10      A.   I don't know what's been added since
11  it's been copied, but it should have most stuff.
12  It's more than ten items, so it's a very good
13  sampling of our live system.
14      Q.   Okay.  Have you personally received
15  training from Lawson Professional Services
16  employees on how to use requisition self-service?
17      A.   No.
18      Q.   And how have you come to learn how to
19  use the requisition self-service module?
20      A.   We had a custom work flow designed
21  for our requisition self-service, so the
22  consultant that we used - it was not a Lawson
23  person - kind of walked us through, and then just,
24  you know, overseeing the process of the
25  implementation that our lead analyst was working

---

**66**

1   on for the implementation, so I didn't personally
2   set up requisition self-service, but I've seen it
3   work.
4       Q.   Who was the consultant that was used
5   to create the custom work flow for the requisition
6   self-service?
7       A.   I don't recall his name.
8       Q.   Do you know what company he worked
9   for?
10      A.   ISH Consulting, I believe, but...
11      Q.   And was this individual, this
12  consultant, a subcontractor of Lawson?
13      A.   No.  South Jersey contracted directly
14  with that company.
15      Q.   Do you recall when this custom work
16  flow for the requisition self-service was set up?
17      A.   It was somewhere between March and,
18  I'm going to say, August of '09.
19      Q.   Do you recall why there was a custom
20  work flow set up for requisition self-service?
21      A.   We needed a custom work flow to match
22  our routing and our approval process.
23      Q.   Can you explain for me what you mean
24  when you use the term custom work flow?
25      A.   The custom work flow, it's written on

---

**67**

1   the Lawson process flow software, so that way it
2   can take our requisition and route it to the
3   appropriate approver, so it will -- the end user
4   puts in their electronic req, and then based on
5   what they put in there, will route to somebody for
6   approval, and then to the next level for approval,
7   or wherever it needs to go, until all approvals
8   have been met.  Then it would come in kind of as a
9   completed req ready to be imported into Lawson.
10      Q.   Is South Jersey currently licensing
11  requisition self-service from Lawson?
12      A.   Yes.
13      Q.   So there's a license fee paid by
14  South Jersey to Lawson for requisition
15  self-service currently?
16      A.   Well, the software was purchased.  We
17  pay ongoing maintenance.
18      Q.   Okay.  And there's a custom work flow
19  that's already in place for requisition
20  self-service?
21      A.   In test, yes.
22      Q.   And is there an estimated -- I might
23  have already asked you this, but let me ask you
24  again if I have, is there an estimated date on
25  which requisition self-service will be available

---

**68**

1   to South Jersey users?
2       A.   Not at this time.
3       Q.   So is it your understanding that
4   requisitions will be electronically created by
5   users at South Jersey once the requisition
6   self-service system is available?
7       A.   Yes.  The intent is to do away with
8   all paper requisitions.
9       Q.   Are you familiar with the catalog
10  search functionality within requisition
11  self-service?
12      A.   Somewhat.
13      Q.   Are you familiar with the
14  functionality of searching by category within
15  requisition self-service?
16      A.   Not specifically.
17      Q.   Is it possible to search within
18  requisition self-service by a manufacturer name?
19      A.   Like, a Zimmer name; like, our
20  product name?
21      Q.   No.  I mean, like Owens & Minor or
22  Cardinal, a vendor name maybe is a better way to
23  describe it.
24      A.   You can search for vendors, but not
25  for a specific item by vendor like that regard.

---

69

1      Q.     Does Lawson intend -- sorry, does
2    South Jersey intend to import UNSPSC codes to its
3    requisition self-service module?
4      A.     It hasn't really been discussed.
5    I think there's a general movement towards using
6    UNSPSC codes, but we haven't developed any plan of
7    action with that regard.
8      Q.     With respect to the system currently
9    in place for requisitions and purchase orders, you
10   mentioned that the requisitions are created on
11   paper by users at South Jersey, correct?
12     A.     Some are.  Some are done through
13   those handhelds.
14     Q.     Handhelds.
15            And the handheld is using the Atpar
16   System?
17     A.     Yes.
18     Q.     When a purchase order -- when a buyer
19   of the Materials Management Group in South Jersey
20   receives a paper requisition, can you describe for
21   me the steps that that buyer will take in order to
22   enter a purchase order into the system?
23     A.     The buyer will first verify that it
24   has the approvals that it needs.  If it doesn't,
25   it will send it back to the requesters themselves,

70

1    or if it's a capital item, it will go to finance
2    for coding and expenses.
3            Once all approvals are there, they
4    will then generate the purchase order using the
5    Lawson application.
6      Q.     And do they receive a purchase order
7    acknowledgment after the purchase order has been
8    submitted to the vendor for a nonstock item?
9      A.     Yes.
10     Q.     And does the purchase order
11   acknowledgment include information about whether
12   the nonstock item is available in inventory from a
13   particular vendor?
14     A.     We don't take the acknowledgments
15   back into the system, but I would believe that
16   what they're getting back from the vendor will
17   indicate whether it's on backorder or not.
18            (Exhibit South Jersey 6 was received
19   and marked for identification.)
20     Q.     The court reporter has handed you
21   what has been marked as South Jersey 6.  It's a
22   document entitled "Inventory Control User Guide,
23   Version 9.0.1."
24            Do you have that document in front of
25   you now?

71

1      A.     Yes.
2      Q.     Are you familiar with this document?
3      A.     I'm familiar with the Inventory
4    Control User Guide, but we're on Version 9.0, not
5    9.0.1, so I've never looked at the 9.0.1 Inventory
6    Control User Guide.
7      Q.     Okay.  Do you know when Version 9.0
8    of the Inventory Control User Guide was published
9    by Lawson?
10     A.     No.
11     Q.     Do you know whether there are any
12   differences between the User Guide Version 9.0 and
13   the User Guide Version 9.0.1?
14     A.     I don't know for certain.
15     Q.     Can you turn to page 78 of this
16   document, please?  It's got the Bates number on
17   the bottom right of L 32326.
18            Do you see there is a section here
19   entitled "Options for Setting up Item Master"?
20     A.     Yes.
21     Q.     And it states in the document, "You
22   can create a speed entry form to customize your
23   item setup process," and then there are steps
24   provided for creating a speed entry form.
25            Are you familiar with this speed

72

1    entry form that's described here?
2      A.     No.
3      Q.     Could you turn back a few pages to 73
4    at Bates number L 32321?
5      A.     Okay.
6      Q.     Do you see there's a section here
7    entitled "Setting up the Item Master"?
8      A.     Yes.
9      Q.     Do you know whether the steps
10   described in this section were followed by South
11   Jersey when it was setting up its Item Master for
12   the version of the Lawson Software that it
13   purchased in 2008?
14     A.     Did we follow these steps in this
15   order or -- I mean, this information, yes, was put
16   into the file that we used to upload into our Item
17   Master.
18     Q.     Okay.  Are the versions of the User
19   Guide that South Jersey has all Versions 9.0?
20     A.     Yes.
21            (Exhibit South Jersey 7 was received
22   and marked for identification.)
23     Q.     You now have in front of you South
24   Jersey 6, which is entitled "Purchase Order User
25   Guide, Version 9.0.1."

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

**73**

1  Are you familiar with Version 9.0
2  Purchase Order User Guide?
3  A.  Yes.
4  Q.  And does South Jersey use the Version
5  9.0 of the Purchase Order User Guide?
6  A.  Yes.
7  Q.  Do you know -- I'm sorry, I'm sorry,
8  this is Exhibit 7, not Exhibit 6.
9  What's the purpose of this Purchase
10  Order User Guide that South Jersey has in its
11  possession?
12  A.  It will walk you through steps in the
13  required set-up, and then it's just knowledge.  If
14  you're not sure of something, you can refer to it.
15  Q.  Okay.  And what was the purpose of
16  the Inventory Control User Guide that we just
17  looked at previously?
18  A.  For set-up on the inventory control
19  screens and functionality, and then general
20  information about how that works.
21  Q.  Can you turn to page 43, please, of
22  the document, Bates number L 52061?
23  Do you see there's a section entitled
24  "What is a Vendor Item"?
25  A.  Yes.

**74**

1  Q.  And the last sentence in that
2  paragraph states, "You can assign multiple vendor
3  items for the same vendor to one Lawson item."
4  Do you see that?
5  A.  Yes.
6  Q.  Do you have an understanding of what
7  that sentence means?
8  A.  Yes.
9  Q.  Can you explain, please?
10  A.  You have one item number in your Item
11  Master that you could purchase from two different
12  vendors, so you can set up the purchase
13  information for each of those vendors, what the
14  vendor's order number or item number would be and
15  information specific to the vendor.
16  Q.  And we were discussing earlier the
17  ability to set up a primary item and a substitute
18  item.
19  A.  Uh-huh.
20  Q.  Would it be the case that you could
21  set up the primary item, such that its purchased
22  from one vendor, and a substitute item, such as
23  its purchased from the second vendor, yet they
24  both have the same item number?
25  MR. GRAHAM:  Objection; calls for

**75**

1  speculation.
2  A.  I was going to say, I don't know, we
3  don't use the substitute items.
4  Q.  Well, if you have one item number in
5  the Item Master that's used for a particular item
6  that could be purchased from two different
7  vendors, how does the system know which vendor you
8  intend to purchase it from if you put in the one
9  item number that applies to the item from the two
10  vendors; is there a default primary vendor?
11  A.  I don't know that you mark one of
12  those vendors as primary over the other.  I don't
13  believe there's a field for that.  But because our
14  items are tied to contracts and we have a default
15  pricing scheme, the item that's on contract is
16  tied to the vendor, and that's how it would
17  default for us.
18  Q.  If the item that was on contract was
19  unavailable, could the user then purchase that
20  item from the second vendor?
21  A.  The user could purchase that item
22  from the second vendor any time they wanted to by
23  overriding the default vendor that's populated on
24  the PO.
25  Q.  So the two items with the same item

**76**

1  number from the two different vendors would either
2  be identical items or generally equivalent items?
3  A.  Yes.
4  Q.  Can you turn, please, to page 63.  It
5  has the Bates number L 52081.  There's a section
6  in the document entitled "Setting Up Vendor
7  Items," and it says under this heading that the
8  first step to set up a vendor item or to set up
9  multiple vendor items is to access vendor items PO
10  13.3.
11  Do you see that?
12  A.  Yes.
13  Q.  Are you familiar with the PO 13.3
14  program?
15  A.  I'm familiar with 13.1 more so,
16  but...
17  Q.  And what is the 13.1 program used to
18  do?
19  A.  That's where you actually assign the
20  vendor to that item, so my Band-Aids get assigned
21  to Owens or Medline or something like that.
22  Q.  Did Lawson run this 13.1 program or
23  was that implemented by South Jersey?
24  A.  13.1 is really a form, it's not
25  actually a program, so when you say run it, I

77

1  don't know what that really means.
2      Q.   Who compiles the information for the
3  form that has that 13.1 designation?
4      A.   South Jersey.
5      Q.   And does Lawson provide training on
6  how to complete that form?
7      A.   Yes.
8      Q.   Can the vendor identification code be
9  used as a -- is that a searchable field within
10  requisition self-service?
11      A.   I don't know.
12      Q.   Would you turn the page to page 64,
13  L 52082?  There's a heading here, "Setting Up a
14  Substitute Vendor Item?
15      A.   Uh-huh.
16      Q.   Are you familiar with the substitute
17  vendor item set-up procedure?
18      A.   No.
19      Q.   Can you turn, please, to page 90?  It
20  has the number on the bottom, L 52108.
21      A.   Okay.
22      Q.   Do you see there's a section entitled
23  "Interfacing Data"?
24      A.   Yes.
25      Q.   And it reads, in the paragraph

78

1  underneath the heading, "You must prepare the
2  non-Lawson interface files that contain the vendor
3  items and pricing information, transfer the
4  non-Lawson files to the server where your S3
5  Lawson System Foundation is installed, and load
6  each transferred file into the appropriate Lawson
7  interface file."
8      Do you know whether South Jersey ever
9  loaded onto its Lawson Software, non-Lawson
10  interface files with vendor items and pricing
11  information?
12      A.   We have contracts that are loaded in
13  the system, but we use the add-ins to upload our
14  contract information.
15      Q.   You haven't used PO 536, the vendor
16  price agreement load, to convert data?
17      A.   No.
18      (Exhibit South Jersey 8 was received
19  and marked for identification.)
20      Q.   You have in front of you now South
21  Jersey 8.
22      Do you recognize this document?
23      A.   Yes.
24      Q.   What is the document?
25      A.   This is our product order form and

79

1  our master terms and conditions agreement with
2  Lawson when we purchased our software for the
3  upgrade.
4      Q.   And I see that for South Jersey the
5  name of the individual who signed this document is
6  John DiAngelo.
7      Is he currently the CFO of South
8  Jersey?
9      A.   Yes.
10      Q.   And do you report to John DiAngelo?
11      A.   Indirectly.
12      Q.   Who is your direct manager?
13      A.   My direct manager is Carol Mosley.
14      Q.   What's her --
15      A.   Shall I keep going up the chain until
16  we get to John or --
17      Q.   Sure.  Well, let's start with --
18      A.   Carol?
19      Q.   Carol, yeah.
20      A.   Carol Mosley is the director of
21  business systems.  She in turn reports to Tom
22  Pasik, who is the CIO and chief information
23  officer, who directly reports to John DiAngelo.
24      Q.   Can you turn to Section 2.2.1 of this
25  master terms and conditions?  It's on page 3,

80

1  Bates number SJH 101.
2      A.   2.2.1?
3      Q.   Sorry, 2.2.3.
4      A.   Okay.
5      Q.   Do you see that it states there,
6  "Customer may copy the Lawson Documentation and
7  Service Deliverables for use with the
8  applicable Software under the License"?
9      A.   Yes.
10      Q.   And do you see in Section 2.2.1, it
11  says, "The Specified Customer identified in an
12  Order Form may copy the Software listed in that
13  Order Form only for backup and archival purposes"?
14      A.   Yes.
15      Q.   Is it your understanding that those
16  are the terms and conditions that apply to South
17  Jersey's use of the Lawson Software?
18      A.   Yes.
19      Q.   And if you take a look at Section
20  2.4.1, it states, "Customer may modify the Lawson
21  Products and Service Deliverables only to the
22  extent permitted under an Order Form or described
23  in the Documentation for those Products."
24      Do you understand that Lawson --
25  excuse me, that South Jersey is only permitted to

81

1    modify the Lawson Software to the extent permitted
2    under an order form or described in the
3    documentation?
4        A.   Yes.
5        Q.   And, generally, with respect to this
6    document, do you have an understanding that there
7    are certain restrictions on the use and
8    installation of the Lawson Software that South
9    Jersey has agreed to in connection with its
10   license of the software?
11       A.   Yes.
12           (Exhibit South Jersey 9 was received
13   and marked for identification.)
14       Q.   You have in front of you now what has
15   been marked as Exhibit South Jersey 9.  You'll see
16   that this is a series of documents and that the
17   first page of this series of documents is a cover
18   e-mail that has your name on it.
19       A.   Yes.
20       Q.   Are you familiar with this set of
21   documents?
22       A.   Yes.
23       Q.   Can you describe for me, please, what
24   it is?
25       A.   This was Lawson's proposal for the

82

1    software modules that we were going to implement,
2    the service that they were going to provide with
3    the costing to back that up, as well as, like,
4    their implementation approach.
5        Q.   Was this a follow-on proposal in
6    response to the RFP that was sent to Lawson
7    earlier in 2007?
8        A.   Yes.
9        Q.   If you take a look at the page with
10   the number SJH 145.
11       A.   Okay.
12       Q.   Do you see that there is some
13   information on software proposal details on that
14   page?
15       A.   Yes.
16       Q.   And there's a proposal here to add a
17   certain amount of users for modules of the supply
18   chain management system?
19       A.   Yes.
20       Q.   Do you have an understanding of what
21   the contract was that -- how the numbers compared
22   in the actual contract that was signed with Lawson
23   as compared to this proposal that was provided by
24   Lawson in 2007?
25       A.   Excuse me?

83

1        Q.   Let me ask that question again.
2        A.   Yeah.
3        Q.   I'm sorry.
4             Was this proposal accepted by South
5    Jersey in the form that it's presented here?
6        A.   I don't know without our actual
7    contract to compare.
8        Q.   Okay.  Do you know approximately what
9    the annual license fee is that's paid by South
10   Jersey to Lawson for the Lawson supply chain
11   management system?
12       A.   My maintenance is bundled together,
13   so specifically for supply chain, no.
14       Q.   What's the total fee that's paid to
15   Lawson on an annual basis by South Jersey?
16       A.   Somewhere in the neighborhood of
17   $90,000.
18       Q.   Take a look, please, at SJH 150.
19       A.   Okay.
20       Q.   And do you see there's a title for
21   this page, "OPTIONAL INTERFACE/CONVERSION
22   PACKAGE"?
23       A.   Yes.
24       Q.   And if you take a look towards the
25   middle of the page, there's a subheading,

84

1    "Procurement/Supply Chain Management Suite."
2        A.   Yes.
3        Q.   Can you tell me whether -- well,
4    underneath there's a separate subheading that
5    says "Conversion Package, Inventory Item Master
6    Conversion, Vendor Master Conversion."
7        A.   Yes.
8        Q.   Do you know whether South Jersey
9    agreed to this optional conversion package offered
10   by Lawson?
11       A.   I don't believe we did.  We did all
12   of our conversion ourselves.
13       Q.   But did Lawson assist you in any way
14   with respect to that conversion?
15       A.   To let us know what file layouts to
16   use, what data would go in the appropriate fields.
17       Q.   Do you know whether South Jersey has
18   in its possession, any Requisitions Self-Service
19   User Guide?
20       A.   Yes, I do.
21       Q.   And do you know what version of the
22   Requisitions Self-Service Guide?
23       A.   Not off the top of my head.
24           (Exhibit South Jersey 10 was received
25   and marked for identification.)

85

1  Q.   You now have in front of you what has
2  been marked as South Jersey 10. It's entitled
3  "Lawson Requisitions Self-Service User Guide,
4  Version 9.0.1."
5        Are you familiar with this document?
6  A.   I have a Requisitions Self-Service
7  User Guide.  Now that I see their version number
8  is similar to the applications, I'm going to say
9  I'm familiar with 9.0.0, again, not 9.0.1.
10  Q.   And did you download the 9.0.0
11  version of this User Guide from the Lawson
12  website?
13  A.   Yes.
14  Q.   Was that from my mylawson.com?
15  A.   Yes.
16  Q.   Could you turn, please, to page 26?
17  It has the Bates number on the bottom, L 45499.
18        Do you see there there's a "Form"
19  described as the "Keyword Search Setup" form?
20  A.   Yes.
21  Q.   Are you familiar with that form?
22  A.   I can't picture that form in my mind,
23  but, I mean, I know there is set-up for search
24  functions.
25  Q.   On the test version of requisition

86

1  self-service that you said you might be able --
2  you said you would be able to demonstrate, has
3  Lawson set up for that test system, keyword
4  searches?
5  A.   Lawson hasn't done any set up of our
6  requisition software.
7  Q.   I'm sorry.
8        Has South Jersey set up keyword
9  search set-ups using the form described here?
10  A.   I'm not positive.
11  Q.   And if you take a look at the next
12  page, page 27, Bates number L 45500, there's this
13  heading here, "Defining Categories."
14  A.   Yes.
15  Q.   On the test system of requisition
16  self-service that South Jersey has, has it set up
17  any categories as described on this document?
18  A.   I don't believe so.
19  Q.   You were talking earlier about a
20  custom work flow that was designed for requisition
21  self-service.
22  A.   Yes.
23  Q.   Can you describe for me what that
24  custom work flow includes, the specific
25  customization that was made available for South

87

1  Jersey's version of requisition self-service?
2  A.   It allowed us the ability to put a
3  purchasing class, if you would, that we could use
4  for routing the requisition.
5  Q.   Okay.  And what do you mean by a
6  purchasing class?
7  A.   If it's a capital item, it gets a
8  purchasing -- probably not -- purchasing class may
9  not be the real word to use, but if it's a capital
10  item, it would get that code to go along the
11  capital approval process.  If it's an IT item, it
12  would get that code so it could go along the IT
13  approval process.  If it's just a general
14  requisition, you kind of get miscellaneous to
15  flow-through, that approval process.
16  Q.   And did the custom work flow include
17  any additional customization besides designing who
18  approved certain items?
19  A.   It did provide some displays on the
20  screen for us so we could see -- I believe one of
21  the things was comments.  If you -- on our paper
22  racks, we have a justification section where we
23  put comments.  The comments weren't being
24  displayed on the screen that the approver would
25  see to know what the justification was for, so

88

1  that was added.  I think some formatting was done
2  along the pricing, so it would display decimals
3  and dollars and perhaps make the fields bigger or
4  a different color, that type of stuff.
5  Q.   Do the collection of items in the
6  Item Master within the requisition self-service
7  module that South Jersey is licensed include part
8  numbers?
9  A.   Can you repeat the question?
10  Q.   Sure.
11        The collection of items within the
12  Item Master for requisition self-service, does
13  that include the same information for each of
14  those items as would be available in the older
15  version of requisition, Item Master?
16  A.   I don't believe requisition
17  self-service has its own Item Master, so it's
18  referencing whatever is in the Lawson Item Master.
19        MR. STRAPP:  I think we should take a
20  break here.
21        VIDEOGRAPHER:  Going off the record.
22  The time is 12:18.,
23        (Luncheon recess.)
24        VIDEOGRAPHER:  Back on the record at
25  1:14.,

89

```
 1    BY MR. STRAPP:
 2       Q.    Ms. Cimino, you have in front of you
 3    a computer that is networked to the South Jersey
 4    intranet; is that correct?
 5       A.    To the hospital's network.
 6       Q.    To the hospital's network?
 7       A.    Yes.
 8       Q.    And on the hospital's network, the
 9    Lawson application -- the Lawson log-in portal is
10    available to all users; is that correct?
11       A.    To anybody who has access to the
12    Lawson application.
13       Q.    And you have access to the Lawson
14    application through the particular computer that's
15    in front of you right now?
16       A.    Yes.
17       Q.    And what is on the screen in front of
18    you currently?
19       A.    This is the log-in screen to our test
20    system.
21       Q.    Could you please log into the Lawson
22    System.
23             Could you select for me, on the left,
24    Requisition Self-Service.
25             MR. STRAPP:  Could we go off the
```

90

```
 1    record for one minute, please?
 2             VIDEOGRAPHER:  Going off the record
 3    at 1:16.,
 4             (Off the record.)
 5             VIDEOGRAPHER:  Back on the record at
 6    1:17.,
 7    BY MR. STRAPP:
 8       Q.    Could you please select Shopping
 9    under the Requisition Self-Service.
10       A.    I'm sorry, I have to log in as a
11    different user so you can see the requisition
12    self-service.
13       Q.    Okay.  Could you click on the
14    Find/Shop on the Menu list there and select Search
15    Catalog.
16             Can you search for an item that you
17    know is going to be in inventory, where there's
18    multiple items available for multiple vendors.
19       A.    You want me to search by description,
20    like, toothbrush?
21       Q.    Sure.
22       A.    Okay.
23       Q.    Can you tell from this display here
24    whether these are nonstock or stock items?
25       A.    No.  I can't -- I thought that those
```

91

```
 1    little checkmarks showed me if it was stock or
 2    nonstock.
 3       Q.    But they're not displaying here?
 4       A.    They're not displaying right now.
 5       Q.    Let's try searching for another item.
 6             Let's try to find one that's
 7    nonstock.
 8       A.    Now you're putting me on the spot to
 9    think of a nonstock item.
10       Q.    How about masks, would that be stock?
11             (No results.)
12       Q.    Paper.
13             Okay.  Could you scroll down here so
14    I can see that whole -- yes, exactly.
15       A.    Do you want me to keep going?
16       Q.    Yes, please.
17             Where it says, Paper Copier White,
18    there's a CA next to it.
19       A.    Uh-huh.
20       Q.    Does the CA stand for a particular
21    vendor?
22       A.    The CA stands for case per unit of
23    measure.
24       Q.    Oh, okay.
25             Could you click on that particular
```

92

```
 1    item that you're looking at there that says, Paper
 2    Copier White.
 3       A.    On the item number here, you mean?
 4       Q.    Yes, Item No. 1044001.
 5             And what's the vendor name here?
 6       A.    The vendor name?
 7       Q.    Yes.
 8       A.    Network Services/Dubin Paper.
 9       Q.    Could you go back to the list of
10    search results we just had.
11             Scroll down again, please.
12             Could you now click on 1044003.
13       A.    That's also Dubin Paper.
14       Q.    Okay.  Could you go back to the
15    search list again, please.
16             I'm looking to see whether there's
17    any additional nonstock items here that are from
18    different -- paper items that are from different
19    manufacturers other than Dubin, so let's scroll
20    down some more to see if we can find one.
21       A.    That's it then.
22       Q.    Could you scroll back up a little,
23    please.
24             How about the ECG Paper 2 Fold,
25    1021229.  Do you happen to know what a Paper 2
```

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

93

1  Fold is?
2      No?
3      A.    It's ECG paper with two folds in it,
4  is what it sounds like to me.
5      Q.    Oh, it's electrocardiogram paper?
6      A.    That would be my guess from that.
7      Q.    Okay.  Could you go back to the
8  search list one more time, please.
9        If you click on 1013019.
10     A.    1013019, this one?
11     Q.    Right.
12        Paper Recorder ECG.
13        All right.  I want to search for a
14  different item.
15        Up in the search box, yeah, let's go
16  back.
17        All right.  Let's try searching for
18  gloves or glove.
19        Okay.  There's one nonstock item.
20        Are there any others there?
21     A.    This one here.
22     Q.    That's it?
23     A.    Uh-huh.
24     Q.    Can we check to see if one of the
25  items that doesn't have a checkmark next to it is

94

1  also a nonstock item that could be ordered, like,
2  for example, glove, exam, latex, NS, small, right
3  there, 1014007.  That doesn't have any vendor
4  information.
5        Do you know whether that means that
6  that item has been discontinued or it can't be
7  ordered?
8      A.    No, it just means that they don't
9  have all the information set up in the Item
10  Master.
11     Q.    Okay.  And that's why there's no --
12  that's why it doesn't display whether it's
13  nonstock or stock, because there's not enough
14  information there to determine whether it's stock
15  or nonstock?
16     A.    It doesn't display the vendor
17  information because on the IC record it probably
18  doesn't exist.  I'm not really sure why the
19  nonstock and stock flags are not showing.  The
20  stock items at your location, she -- this user
21  could have various locations and it doesn't know
22  what location it's looking for yet.
23     Q.    Does the manufacturer code SEPM
24  indicate who the manufacturer of these gloves are?
25     A.    Yes, that's the manufacturer

95

1  information.
2      Q.    Do you know what manufacturer that
3  is, what that code refers to?
4      A.    No, I'd have to look that particular
5  code up.
6      Q.    Okay.  Let's go back.
7        There's manufacturer codes next to
8  each of these -- underneath each of these item
9  numbers, correct?
10        Do you recognize any of those
11  manufacturer codes -- do you recognize who the
12  manufacturers are based on any of those codes?
13     A.    The MEDL, I believe, is Medline.
14     Q.    Okay.  Do you know who ANSC is?
15     A.    No.
16     Q.    Or BURL?
17     A.    No.
18     Q.    Do you know who MOLN is?
19     A.    No.
20        Let's search for lotion.
21        Okay.  Can you click on the 1030363.
22        All right.  Now, could you go back,
23  please.
24        Can you tell by that description of
25  the item whether that's a stock or a nonstock, the

96

1  Lotion Cleansing 4IN1 8oz. Remedy that we just
2  looked at?
3      A.    I can't tell on description if it's
4  stock or nonstock.
5      Q.    Okay.  What about the -- can you
6  click on the last item here on this list, Lotion
7  Hand & Body?
8        Okay.  Let's -- all right, let's --
9  can you go back to -- go back -- could you click
10  on the Advanced Search tab up at the top of the
11  screen there.  Yeah, that one.
12        All right.  Now -- I'm sorry, I just
13  want to take a look, again, at the -- can you
14  click on the first item on the list now.
15        Thanks.
16        All right.  Let's go back.
17        Do you see how there's cost data
18  available for the last two items, but not for the
19  first two on this list?
20     A.    Uh-huh.
21     Q.    Where does -- the cost data that's
22  available for the items at the bottom of this
23  list, where does that reside; is that in the Item
24  Master?
25     A.    The cost is not in the Item Master.

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

97

1  I don't know specifically where it's pulling this
2  cost from, if it's coming because these items are
3  on contract or if it's defaulting in here the last
4  PO price.
5      Q.   If an item is on contract, does that
6  information get pulled into the Item Master?
7      A.   Not into the Item Master, but there's
8  a contracts screen where I would see the contract
9  information.
10     Q.   Okay.  And that contract information
11 would be viewable to someone using requisition
12 self-service?
13     A.   No.
14     Q.   So when I do a search and I see cost
15 data up there, is it going to be the case that
16 that cost data comes from the previous time that
17 this was purchased?
18     A.   I don't know.
19     Q.   Okay.  Can you click on the third
20 item here, 1030363.
21         Okay.  Now, go back, please, and
22 click on the fourth item.
23         Okay.  Now, up in the search box
24 there where you have Lotion, can you now go in
25 there and search instead for Medline?

98

1         Now, can you perform -- can you go in
2  the search and do Medline, space, lotion, and now
3  click Search.
4         All right.  Let's go back to Lotion,
5  so a search just for lotion.
6         And at the bottom there, let's select
7  1424153.
8         Okay.  Now, let's add that to the
9  cart, the Shopping Cart.
10         Okay.  Now, let's go back to the
11 lotion search again, and can you add 1030363.
12         Okay.  Let's delete the first item
13 from the shopping cart.
14         All right.  Select catalog search
15 again from Find/Shop at the top, search catalog.
16         And let's search for diaper.
17         Okay.  Scroll down.
18         All right.  Do you see where it says,
19 Diaper Huggies, Item 1430969?
20     A.   Uh-huh.
21     Q.   Let's select that.
22         And let's add that to the cart.
23         Okay.  Now, can you select Checkout
24 at the bottom of the screen.
25     A.   I don't know if you're done reading

99

1  the error.
2      Q.   No -- I am done, but...
3      A.   Okay.
4      Q.   Is this -- do you know what this
5  error is here?
6      A.   It's not taking my order --
7      Q.   For that item?
8      A.   -- because this account number that
9  this item has been set up to is nonexistent.
10     Q.   Okay.  So let's delete that from the
11 Shopping Cart.
12     A.   Okay.
13     Q.   Now, let's go back to the diaper list
14 again.
15         And let's scroll down here.
16         Could you select Diaper Huggies
17 medium.
18         All right.  Go back.
19         Scroll down again.
20         Could you select Diaper Goodnights
21 65lbs and over.
22         Okay.  Let's add this one.
23         So we have now, in the cart, two
24 different types of diapers, two types of diapers
25 from two different manufacturers right now.

100

1         Can you now try checking out both of
2  these.
3         Okay.  Now, when it says that the
4  order has been approved, what does that mean?
5      A.   It said the order was complete.  It
6  needs to be approved now.
7      Q.   Okay.
8      A.   So now, whoever is the approver for
9  this requester will get an alert to say that
10 there's an order pending your approval.
11     Q.   Okay.  Could you go back to the
12 Lawson portal window.
13         Let's log in again.
14     A.   Are you going to want to see req
15 self-service?  I'm not sure which user --
16     Q.   Yeah, I want to see req self-service.
17 I want to see the approval process for the
18 requisition now.
19     A.   I don't know that I can walk you
20 through the whole process, because I don't know if
21 it's all set up in here.
22     Q.   Okay.  So let's select -- is there an
23 in basket here?
24         Let's go to approvals under
25 requisition self-service.

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

101

1    Do you see that down at the bottom?
2    Should that -- all right, so you're
3    going to log in here.
4    It's not listing any requisitions
5    needing approval.
6    A.  Well, that's requisitions that she
7    would need to approve.  She doesn't have any.
8    Q.  I see.
9    So someone else would be approving
10   these requisitions?
11   A.  For her, yes.
12   Q.  Do you know who the right log-on
13   would be for that?
14   A.  No.
15   Q.  Okay.  Let's go back to the search
16   screen that we were in before the shopping tab
17   under requisition self-service.
18   Could we search Huggies there.
19   And let's select on Diaper Huggies
20   again.  It's the second on the list.
21   All right.  It says here that the
22   source vendor is School Health Corporation.
23   Do you see that?
24   A.  Yes.
25   Q.  And the manufacturer of this product

102

1    presumably is Huggies, right?
2    A.  There's no manufacturer information
3    listed for this item.
4    Q.  Okay.  But based on the description,
5    Diaper Huggies, would you assume that Huggies is
6    the manufacturer here?
7    A.  Actually, to me, Huggies is a brand
8    name and, like, Kimberly Clark would be the
9    manufacturer, or something like that.
10   Q.  Okay.  Let's go back to the search
11   box up there.
12   A.  Okay.
13   Q.  Can you search for two words, like,
14   with a bullion search capability here; do you
15   know?  You can probably put a space -- Huggies,
16   space, diapers.  It should work.  Let's try it.
17   Or Huggies Diaper, let's do it that way.
18   Okay, so that came up.
19   Now, let's add Diaper Huggies to the
20   Shopping Cart.
21   Okay.  Now, let's search again for
22   diaper without Huggies in the box.
23   And let's scroll down.
24   All right.  Let's select Diapers baby
25   SZ 6.  It's 1439010.

103

1    All right.  So this source vendor
2    here is Owens & Minor.
3    Do you see that?
4    A.  Yes.
5    Q.  And does the manufacturer code P&G
6    suggest that it's Procter & Gamble that is the
7    manufacturer here?
8    A.  Yes.
9    Q.  And the manufacturer for -- you think
10   the manufacturer for Huggies would be Kimberly
11   Clark?
12   A.  I don't know, but Huggies is not a
13   manufacturer.
14   Q.  Right, okay.
15   Now, let's first -- let's add this to
16   the Shopping Cart.
17   And let's delete the first item,
18   let's delete the Diaper Huggies from the Shopping
19   Cart.
20   And let's go back to Catalog Search
21   again on Find/Shop.
22   Yeah, search catalog there.
23   Let's search for gown.
24   All right.  Let's select 10001047,
25   Gown Magna 10X.

104

1    Let's go back.
2    Let's search for Gown Patient with
3    telepocket there.
4    A.  Do you want me to search or do you
5    want me to click --
6    Q.  Oh, no, no, sorry, click on that item
7    there.
8    Okay.  So the source vendor here is
9    Harbor Linen.
10   Do you know what the manufacturer
11   code HH stands for?
12   A.  No.
13   Q.  Okay.  Let's --
14   A.  It may be Harbor Healthcare.
15   Q.  Okay.  So that's a different vendor
16   than the vendor we had for the diaper, baby size
17   35 pounds and over in the cart?
18   A.  Yes.
19   Q.  Okay.  Let's add this item to the
20   shopping cart.
21   And let's select Checkout.
22   A.  I have a bad account number again.
23   Q.  All right.  Well, let's delete that.
24   Let's go back to the search results
25   we had for gown.

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

105

1    Scroll down, please.
2    Let's click gown, surgical, with
3    towel, small.
4    Okay.  So the vendor name here is
5    Owens & Minor and the manufacturer, it looks like
6    the code stands for Kimberley Clark.
7    Do you see that?
8    A.    I guess that's it.
9    Q.    Let's add that to the cart.
10   And let's check out here.
11   Okay.  So the order has been
12   successfully submitted, Status:  Needs Approval.
13   Now, is there a way for you to log
14   into the system -- or, you know, without logging
15   in, as you already are logged in, to approve the
16   requisition that was just entered?
17   A.    I can't approve this requisition as
18   logged in.
19   Q.    You can or can't?
20   A.    I cannot.  This user cannot approve
21   their own requisition.
22   Q.    Okay.  And do you know which user of
23   the system could approve that requisition?
24   A.    If it was set up normally, according
25   to our true hierarchy, I would think it would be

107

1    and --
2    A.    The approval process is all built in
3    process flow, and until it's approved, it doesn't
4    actually appear.  I don't know, I could try and
5    see if this number is there.
6    Q.    Let's try and see.
7    So when you enter RQ10, that's
8    opening up requisitions?
9    A.    Yes.
10   Q.    Okay.  Can you describe for me what
11   you're doing now?
12   A.    Well, I wrote down the requisition
13   number and then I tried to bring it up with that
14   requester, but this number is not tied to that
15   requester, so the number I wrote down for the
16   requisition that was approved in req self-service
17   is not in Lawson with that same number.
18   Q.    Could we try to electronically enter
19   a requisition within this requisition module?
20   A.    Sure.
21   I was going to just look and see by
22   the requester if I could find that requisition.
23   A.    Sure.  Let's do that first.
24   A.    I think this is the one we did,
25   43299, so when I typed the number in, I probably

106

1    her director, but I don't see where he's set up as
2    a user.  This is our test system.  We don't have
3    everything built in there.  I thought when I
4    originally logged in as a Lawson user that they
5    would have control over everything, so I can try
6    that.
7    Q.    Do you want to try that?
8    A.    I can try that for you.
9    Q.    Okay.
10   A.    It tells me the Lawson requester
11   itself does not exist.
12   Q.    Okay.
13   A.    So I don't really know who I need to
14   log in as to be able to approve this request.
15   I can peek through my notes, if you
16   don't mind.
17   Q.    Now, can you approve the requisition
18   that's been entered into the system through the
19   requisition module instead of the requisition
20   self-service module?
21   A.    I don't think the approvals exist in
22   the requisition -- within the Lawson requisition
23   model itself.
24   Q.    You have to go in and enter the
25   requisitions first in the requisition module

108

1    just typed it wrong.
2    Q.    Okay.
3    A.    Okay.  So this should be the
4    requisition that we generated in the requisition
5    self-service that needs approval.
6    Q.    Okay.  Now, could we review that
7    requisition here and approve it?
8    Like, how do we see what that
9    requisition is through this screen?
10   A.    I would have to release it.
11   Q.    Okay.
12   A.    It says it's already been released.
13   If I remember correctly, there is a
14   way that you can force these through, but it's a
15   different screen, it's not on the actual
16   requisition screen.  The whole intent of the req
17   self-service is to make it go through the
18   approvals and not release from here until
19   everything is there.
20   Q.    Right.
21   A.    There should be a way to force it to
22   release.  I don't know what that is offhand.
23   Q.    We're almost out of tape here, so
24   let's take a break, please.
25   VIDEOGRAPHER:  This marks the end of

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

109

1    Volume 1, Tape No. 2 in the deposition of Lynn
2    Cimino.  The time is 1:51.,
3        (Recess.)
4        VIDEOGRAPHER:  Back on the record.
5    Here marks the beginning of Volume 1, Tape No. 3
6    in the deposition of Lynn Cimino.  The time is
7    1:56.,
8    BY MR. STRAPP:
9    Q.   Okay.  Ms. Cimino, could you please
10   demonstrate for me, as best as you can, how, using
11   the Lawson System, the current live system
12   available at South Jersey, one would search for an
13   item, electronically request the item through a
14   requisition -- or let's say create the
15   requisition, approve the requisition and then
16   create a purchase order and view the purchase
17   order acknowledgment.
18   A.   Not in the live system.
19   Q.   Okay.
20   A.   In the test system, I can create a
21   requisition and turn it into a PO.  There is no
22   acknowledgment to see.  We don't take those back
23   into the system.
24   Q.   Okay.  Could you show us then --
25   demonstrate for us how you would request a

110

1    requisition and turn it into a purchase order?
2    A.   Okay.  Normally, we wouldn't create
3    the requisition in the system like this.  If I
4    wanted to just -- I would have my paper req, which
5    get turned directly into a PO.  If you want me to
6    try and walk through just creating a requisition,
7    releasing it and making a PO from that, --
8    Q.   Correct.
9    A.   -- I'll try for you.
10   Q.   Okay.  And you mentioned this is a
11   test system?
12   A.   Yes.
13   Q.   Is there any reason that you're using
14   the test system instead of the live system?
15   A.   Requisition self-service is not
16   installed in the live system.
17   Q.   Okay.  When you're going to create
18   the requisition here, are you going to be creating
19   it in requisition self-service or in --
20   A.   No.
21   Q.   You're going to create it in
22   requisition?
23   A.   I was going to create it -- I thought
24   that's what you wanted me to do.
25   Q.   Yeah.

111

1    Q.   Can you create it in the live version
2    of requisition?
3    A.   I don't want to.
4    Q.   Because you don't want to have an
5    actual requisition go out and someone is going to
6    go purchase whatever you --
7    A.   Correct, especially if you're going
8    to mess with inventory items.
9    Q.   Okay.  One more request, can you make
10   this requisition of a nonstock item, not an
11   inventory item?
12   A.   I can.
13   Q.   Okay.
14   A.   I mean, I would be willing to show
15   you a requisition in the live system and then try
16   and find the subsequent PO from there and show you
17   all of that in the live system, but I don't want
18   to add it in there.
19   Q.   Okay.  Why don't we first do it in
20   the test system.
21   A.   Okay.
22   Q.   And let's make it of an item that's a
23   nonstock item.
24   A.   Okay.
25   Q.   And, preferably, if you can do it, an

112

1    item that is available from more than one
2    manufacturer, more than one vendor, like a diaper,
3    for example.
4    A.   Okay.  So if I'm understanding you
5    correctly, you want me to create a requisition for
6    a diaper, but you also wanted a nonstock?
7    A.   Correct.
8    A.   And diapers, for the most part, I
9    think are stock.  Okay, well, we'll see what
10   happens.
11   Q.   Okay.  And as you walk through it,
12   describe for the record, please, each step of the
13   way.
14   A.   Okay.  So I'm logged into RQ10, which
15   is the base requisition form within Lawson.
16   I'm going to just choose a requester
17   that is already set up in here.
18   I was trying to find one that I
19   thought it would just approve on.
20   I have to indicate which requesting
21   location this is coming to so then I can get the
22   other defaults that come in, like, our purchase
23   from location and company.
24   And here is where I'm actually going
25   to go ahead and pick the items that I want.

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

113

1  Q.  Okay.
2  A.  So these are all my active items in
3  here.
4  Q.  These are nonstock or both stock and
5  nonstock?
6  A.  These are mixed stock and nonstock at
7  this point.  I'm not sure why, when I drop down,
8  it isn't working here.  I think that's just a
9  problem on the computer.
10  I was hoping to be able to search for
11  an item by description.
12  I'm searching for a description, like
13  a diaper, and that's not really recovering good
14  results for me.
15  Q.  Now, that search that you did was a
16  search was a search -- based on description, you
17  wanted to see where the description equaled -- had
18  the word diaper in it?
19  A.  Yes.
20  Q.  And it pulled up a certain amount of
21  items that have that description?
22  A.  Yes.
23  Q.  And now you're going to do a
24  requisition for one of those items?
25  A.  Yes.

114

1  I selected one.
2  Q.  And this is nonstock; how can you
3  tell that it's nonstock?
4  A.  I can't tell that it's nonstock at
5  this point.
6  Q.  But as you go through this process,
7  you'll be able to figure out whether it's nonstock
8  or inventory?
9  A.  When it goes into the PO, I'll be
10  able to tell if it's nonstock or inventory.
11  Q.  Okay.
12  A.  This was a bad item number, because
13  this is one that didn't have our account number
14  defined.
15  Q.  So do you want to go back and find
16  something else?
17  A.  I'll go back and search for the
18  description equals the diaper again and try and
19  pick a better one.
20  So it looks like it took this one.
21  Q.  That means the requisition has been
22  built now, it's been created?
23  A.  It hasn't actually said it's been
24  created yet.
25  No, it's a bad account number again.

115

1  I'm sorry, you're asking me to walk
2  through a process that we don't normally do, so
3  I'm a little bit -- I don't want to say I'm
4  struggling, but I'm struggling with trying to give
5  you what you want here.
6  Q.  Okay.
7  A.  What I'm trying to do now is just
8  find a valid account number that I can assign to
9  this so maybe it will approve, at least take the
10  requisition.
11  So it's telling me the requisition
12  number will be assigned.  I'm trying to release
13  the requisition.  And then it tells me it doesn't
14  like my code down here.
15  Okay.  So now I was able to add a
16  requisition.  I put in bogus GL account
17  information, but that's why we're in test.
18  Now it says that it's an unreleased
19  requisition.
20  So then I would have to release this
21  requisition.
22  Now it says that it's released, so
23  it's been processed.
24  Now it should be available to become
25  a PO.

116

1  So they do have a PO job that will
2  run and find the released requisitions to turn
3  them into the purchase orders.
4  Q.  Is that through PO20, you mentioned?
5  A.  Well, PO20 would allow me to just
6  create this PO from the start.  PO100 should
7  process any of the unreleased requisitions.  I'm
8  going to try PO100 and see if I can get your
9  requisition in there.
10  PO100 doesn't seem to be giving me an
11  option that I can pull it based on a specific
12  requisition.
13  I'm just creating my job to be able
14  to run this.
15  Q.  Okay.  Do you have to enter the
16  requisition number?
17  A.  I don't see a spot to enter a
18  specific requisition number.
19  Q.  And the requisition number -- is
20  there a requisition number field?
21  A.  That's what I'm not seeing.
22  Normally, when you're creating
23  purchase orders, you're running it for everything
24  that's there, not for one specific thing, so we're
25  structured that, based on the requisitions -- the

117

1  items that are being requested, they're tied to
2  purchasing agents, companies and they're running
3  this job based on their buyer profile, so whatever
4  is out there for them will get pulled in, so
5  you're asking me to do something that's not really
6  part of our process.
7      Q.   Can I see how, on your system, a
8  buyer would submit purchase orders to a vendor for
9  nonstock items?
10     A.   I can't exactly show you that.  I can
11  tell you how they would create a purchase order,
12  but then based on the transmission, they may fax
13  it to the vendor, it may go through EDI or they
14  may send a paper copy, so I can't actually show
15  you that.
16     Q.   Can we see a demonstration of how a
17  buyer would submit a purchase order using EDI?
18     A.   EDI is not working in the test
19  system.
20     Q.   Can we go into the live system and
21  see it?
22     A.   I can show you a PO and walk you
23  through that process, but I will not add one.
24     Q.   How about if we do it for something
25  that's, like, a cheap $5 item and I'll spot the

118

1  cash and we can just -- we can have an extra
2  diaper on site or something like that?
3      A.   No, N-O.
4      Q.   You can't do that?
5          Well, can we go all the way up to the
6  point where it would actually -- can you show me
7  how it would work then, at least on the live
8  system, without actually doing it?
9      A.   Just inquiring and showing you a PO
10  and then the steps that it would go through?
11     Q.   Yes, how you would go about
12  purchasing -- submitting a purchase order using
13  EDI on the live system.  Show me the steps that
14  you would go through to do that on the live
15  system.
16     A.   Okay.  So I'm going to log out of
17  test and I'm going to log into live.
18     Q.   So before we go into this, it looks
19  like you have the requisition self-service tab
20  available on the live system?
21     A.   The tab is here, but not everything
22  has been built and our custom work flow is not
23  here.
24     Q.   Okay.  If someone using the live
25  system clicked on shopping, would anything show up

119

1  here!  I mean, can you click on shopping so I can
2  see -- nothing -- it's not available, or it is
3  available?
4      A.   No, we don't have all the requesters
5  set up in the live location.
6      Q.   Okay.  Are any requesters set up yet
7  in the live location for requisition self-service?
8      A.   There's requesters that are set up in
9  the system, but they're not tied to the
10  requisition self-service yet, where it would
11  actively work.
12     Q.   I see.
13         Okay.  So we can't create a
14  requisition on the live system using requisition
15  self-service?
16     A.   Correct.
17     Q.   So you can create a requisition on
18  the live system for me or is that something that
19  you're unwilling to do or unable do?
20     A.   That's something I'm unable to do.
21     Q.   Unable to do, okay.
22     A.   I can show you a requisition that's
23  on the system, if you'd like to see one?
24     Q.   Yeah, let's see that.
25     A.   Okay.  So I'm going back to RQ10 and

120

1  I'm just picking a requester and bringing up a
2  requisition.
3      Q.   When it says handheld, does that mean
4  that the requisition was entered through the
5  handheld?
6      A.   Yes, which our requisitions right
7  now -- any requisition that's generated should be
8  coming from the handheld.  Once the requisition
9  self-service module is on, they will also be
10  feeding into requisition self-service.
11     Q.   Aren't some of the requisitions
12  generated by paper?
13     A.   Yes, and you shouldn't see them in
14  here.  It would be just in POs.
15     Q.   I see, okay.
16     A.   That's why I picked a handheld user,
17  because I knew there would be requisitions there.
18     Q.   Okay.
19     A.   So I don't know if you want -- what
20  you would like to see on this --
21     Q.   Let's just see one of the
22  requisitions that is in the system from this
23  particular user?
24     A.   Okay.  Well, here is the main -- the
25  header information for that requisition.

121

1    Q.    Okay.

2    A.    The miscellaneous tab is showing the

3    account unit that it's being expensed to.

4          Then these are all the lines that are

5    on this particular req, the different items that

6    they're trying to order.

7          Now, here you can see for this

8    particular item there's an item type down here of

9    I, and that's showing me that this it an inventory

10   item.

11   Q.    Okay.  Now, is the manager,

12   Mr. DiAngelo, the one who would approve this

13   particular requisition?

14   A.    Requisitions that are coming through

15   handhelds right now don't require approvals.

16   Q.    So he could, himself, approve this

17   requisition?  I mean, if it doesn't require an

18   approval, why is it still pending in the system

19   and not --

20   A.    Well, this one's not.  This one is

21   actually a closed and processed requisition.

22   Q.    And when it's closed and processed,

23   does that mean the purchase order has already been

24   generated?

25   A.    Yes.

122

1          So do you want to see an unreleased

2    one or one that's pending?

3          These requisitions should be, for the

4    most part, all inventory items.

5    Q.    Okay.  Can you create an

6    unreleased -- can you create, but not release, a

7    requisition for a nonstock item on the live

8    system?

9    A.    No.

10   Q.    And why not?

11   A.    Because I don't want to put bad data

12   into my production system, no matter how many

13   times you ask me.

14   Q.    I'm sorry, I'm not trying to badger

15   you, I'm just trying to understand what we're

16   dealing with here.

17         So, originally, you had mentioned

18   that you would be able to show me on the test

19   system how a purchase order is submitted -- or you

20   mentioned here you were going to walk me through

21   what it would look like to submit a purchase order

22   using EDI in the live system, even if you're not

23   going to actually do that, so could you show us

24   how that would be done?

25   A.    Okay.  So then once the req was here

123

1    and unreleased, when PO100 would run, it would

2    pick up the unreleased requisitions to do whatever

3    it needs to do.

4          So I can show you -- PO20 is where

5    you would create a purchase order.

6          I'm going to just pick a number to

7    show you that this is what a PO would look like.

8    Depending on the defaults that are set up for the

9    vendor, it would dictate the transmission method,

10   whether it goes out EDI or paper or fax.  I know

11   the Owens & Minor vendor is set up for EDI.

12   Q.    Okay.  Now, if it's set up for EDI

13   and you wanted to create a purchase order to Owens

14   & Minor, what steps would you take to do that?

15   A.    Once the PO is sitting here, there is

16   a PO120 job that runs.  That's a mass issue of PO.

17   I would run that job putting in my purchase order

18   number and then it would take that and it would

19   send it out to our carrier, GHX.

20   Q.    So would you receive a purchase order

21   acknowledgment back from Owens & Minor after using

22   that PO120 program?

23   A.    The purchase order acknowledgment

24   would go back to GHX and I could view it there.

25   We don't take that from GHX back into Lawson.

124

1    Q.    Could you create, on the system,

2    multiple purchase orders from a single

3    requisition?

4    A.    Yes, because the requisition has the

5    various items.  Depending on who the manufacturer

6    or who the vendor for the order is, it gets split

7    up on that PO.

8    Q.    So for example, if, in a requisition,

9    you had ordered two items from different vendors,

10   two purchase orders would be created, one to each

11   vendor?

12   A.    Yes.

13   Q.    And you mentioned that the PO

14   acknowledgment would go back to GHX.

15         GHX, is that the shipping carrier?

16   A.    GHX is our EDI administrator, our

17   intermediary.

18   Q.    Okay.  So EDI is a software program

19   that you're licensing from Lawson, but the company

20   that's managing it is GHX?

21   A.    Yeah, we transmit everything through

22   GHX.

23   Q.    I see.

24         Is there a way to view purchase

25   orders that have been submitted in the system

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

125

1  here?
2      A.   Yes.
3      Q.   Could we see that?
4      A.   Here is a purchase order that was
5  submitted.
6      Q.   Okay.  And is there a way to
7  determine whether the item that you are attempting
8  to purchase is available in the inventory of the
9  vendor?
10     A.   I cannot see that here in the system.
11     Q.   Okay.  Earlier, when we went into
12  this requisition system, you did a search where
13  you did description equals diaper.
14     A.   Yes.
15     Q.   What other fields are capable of --
16  can you search in, besides the description field,
17  within the RQ10 requisition program?
18     A.   Let me go back to RQ10.
19  I think it's going to just make me
20  put in some header information.
21     Q.   Just hold on for one second there.
22  On active items, when you click that
23  drop-down screen there, --
24     A.   Yes.
25     Q.   -- do you see it says, items by

126

1  universal product code, --
2      A.   Yes.
3      Q.   -- items by universal product number?
4      A.   Yes.
5      Q.   What are the universal -- what is a
6  universal product code; is that a code that's
7  associated with each item?
8      A.   That's the UPC code that's on, like,
9  the manufacturer's packaging in the little bar
10  code.
11     Q.   Right.
12  And what's the universal product
13  number; that's the number associated with each --
14     A.   That's built into that bar code.
15     Q.   Right.
16  Okay.  Is there any sort of hierarchy
17  that's used for the universal product numbers to
18  define the type of item that the number is
19  associated with, similar to the way that the
20  UNSPSC code works?
21     A.   I have no idea.
22     Q.   Okay.  So let's see, again, the
23  search fields that are available here.
24  Now, we were talking about -- you can
25  search by description.

127

1      Q.   What else can you search by?
2      A.   Well, here, because I don't have
3  everything up, I'm going to have to bring up a
4  requisition that's already here.
5      Q.   Okay.
6      A.   I don't know if my computer is just
7  really slow, but it doesn't seem like the
8  drop-downs are working for me.
9  So I'm searching -- you can search by
10  item number.
11     Q.   Okay.
12     A.   By description.
13     Q.   And would you be able to see
14  everything else you could search by if that drop
15  down worked?
16     A.   I'm trying to make this one -- if I
17  back up for you a second.
18  Okay, when you come first into this
19  search, it gives you options to search for active
20  items by this requesting location or by a specific
21  location by the product codes, and there's some
22  other ones here, but my scrolling is not working,
23  and I really don't know why.
24     Q.   Okay.
25     A.   Once I pick a way -- like, a type

128

1  that I want to search by here, so these active
2  items at the From location, then I can also search
3  based on the item number, the description, and,
4  again, I don't know why the drop-downs aren't
5  working to tell you what else is under here.
6  I was able to hit D, because I knew
7  description was there.  It must be a problem with
8  my laptop, to be honest with you, because I don't
9  have a problem on my desktop.
10     Q.   So you can first do a search for
11  particular matching items by location or by
12  universal product number or universal code.
13     A.   Uh-huh.
14     Q.   And then you can also -- well, let me
15  start over.
16  You can first select the particular
17  items that you want to search using one of those
18  methods there.  And then you can search among
19  whatever you've selected by using, you know, a
20  description word or by using text that matches
21  up with --
22     A.   Yes.  So you're first picking, how do
23  you want to search, you know, by some fields.  I'm
24  searching by items that are reacted by a certain
25  location.  Then within those items that fit that

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

129

1    initial qualification, am I searching for item
2    number, description or something else.
3         Q.    In that original drop-down menu
4    there, do you know if one of the ways that you can
5    search is by searching for manufacturer names or
6    vendor names?
7         A.    There's a manufacturer code search,
8    there's a manufacturer number search.
9         Q.    Okay.  So you can do it -- you can
10   first do a search by manufacturer number --
11        A.    Manufacturer code or number.
12        Q.    -- or manufacturer code for a vendor
13   item search?
14              And then once you've done that
15   search, you can search for matching items among
16   that manufacturer code?
17        A.    Right.
18              So now that I've picked by the
19   manufacturer code, this screen shows me the
20   manufacturer's information that's now available
21   for me to limit my search on.
22        Q.    Okay.
23        A.    Depending on the first item I pick,
24   you get different results to then be able to
25   search further by.

130

1         Q.    Okay.  Can we try to do that?
2         A.    I selected by manufacturer code
3    already.
4         Q.    Okay.  And now that we've selected by
5    manufacturer code, can we search for, let's say, a
6    particular description of an item in that code?
7         A.    It doesn't look like it's going to
8    let me search further by the description.  This
9    drop-down doesn't work.  I'm typing D, hoping it
10   will move.  It went to division, but it's not
11   moving any further to get to description.
12        Q.    Could we use another --
13        A.    Item description, okay.
14        Q.    Okay.  So now let's search for
15   C-A-T-H, catheter, maybe.
16              Okay.  So now we're seeing here
17   matching items among -- items that match up with
18   the C-A-T-H description among the manufacturers
19   that you've chosen here, searching by
20   manufacturer?
21        A.    Right.
22        Q.    Okay.  Now, once you select a
23   particular item within this list here, is there a
24   way to electronically create the requisition for
25   that item; is that what we've already gone through

131

1    here?
2         A.    No, we're -- well, where we started
3    was on the requisition creation, so I'm in here
4    physically creating this requisition, searching
5    for the stuff I want to put on it.
6         Q.    Okay.  So if we selected something
7    here, that could be added to the requisition?
8         A.    Yes.  If I selected something here,
9    it would pull it into that next line.
10        Q.    Okay.  So it looks like there's
11   multiple manufacturer codes here under code; do
12   you see that, ABT, ADDT?
13        A.    Yes.
14        Q.    And is that showing every
15   manufacturer code that's in the system; if you
16   scroll down, would it --
17        A.    It should be, yes.
18        Q.    Okay.  Is there a way to limit it to
19   only a particular manufacturer code or codes
20   instead of showing every manufacturer code?
21        A.    If I went in here and searched by
22   code -- again, I apologize because the background
23   is not working.  I'm hitting C to think that it
24   would let me search by code.  C is not resulting
25   anything for me.

132

1         Q.    Okay.  But you should be able to
2    search by manufacturer code here, and that would
3    limit it to the manufacturer's codes who match up
4    with whatever code you entered?
5              MR. GRAHAM:  Objection; speculation.
6         A.    I don't know.  I'm typing C, thinking
7    code would come up.  It's not.  So I want to say,
8    no, I can't search at this point just by code.
9              MR. CLEMENTS:  Could you try an
10   asterisk?  Because I think I remember it was an
11   asterisk, then code under that field.
12              THE WITNESS:  Okay.
13        A.    So if I said just A-N-G-I, which came
14   up first?
15        Q.    Right.
16        A.    So, yes, now I'm getting just that
17   code.
18        Q.    So now that you've done that search,
19   you have selected items that come from a
20   particular manufacturer, correct?
21        A.    Yes.
22        Q.    And now that you've limited your
23   search result to those items that come from a
24   particular manufacturer, you can do a further
25   narrowing search within those items for a

133

1    particular item description?  Like, for example,
2    you could go into this search result and search
3    for C-A-T-H; is that possible?
4        A.    I can do a multi-step search.
5        Q.    Okay.
6        A.    So here, where I have code equals the
7    A-N-G-I, I can add something and say, so where the
8    code equals this and --
9        Q.    The description item?
10       A.    -- the item's description --
11       Q.    Equals C-A-T-H?
12       A.    Well, I'm going to say like C-A-T-H.
13       Q.    Okay.
14       A.    So now I'm limiting that to just the
15   manufacturer code A-N-G-I with CATH and a
16   description.
17       Q.    Okay.  If we now go back and do
18   another search here for item description equals --
19   or like CATH, but we take out the first step in
20   the search here --
21       A.    Item description like CATH, now I
22   should have all items with a description of CATH
23   in there, regardless of who the manufacturer code
24   is.
25       Q.    Okay.  So now we could go in and

134

1    select something with the item description CATH
2    that comes from a manufacturer other than A-N-G-I,
3    correct?
4        A.    Yes.
5        Q.    And once we did that, we could then
6    create the requisition, approve it, submit the
7    purchase order?
8        A.    Yes.
9             MR. STRAPP:  Why don't we take a
10   short break.
11            VIDEOGRAPHER:  Going off the record.
12   The time is 2:31.,
13            (Recess.)
14            VIDEOGRAPHER:  Back on the record.
15   The time is 2:41.,
16   BY MR. STRAPP:
17       Q.    Could we go into the requisition
18   module that you already have up on the screen and
19   do a search by item description?
20       A.    What description?
21       Q.    Diapers again.
22            MR. CLEMENTS:  Could you stop for
23   just a moment?  Sorry, it looks like the host has
24   been switched back to Kevin again, so I'm not
25   getting your screen anymore.

135

1             MR. STRAPP:  Let's go off the record
2    for a minute.
3             VIDEOGRAPHER:  Going off the record
4    at 2:42.,
5             (Recess.)
6             VIDEOGRAPHER:  Back on the record at
7    2:44.,
8    BY MR. STRAPP:
9        Q.    Okay.  Now that we have the item
10   description up and we're searching for diaper, can
11   you run that search, please?
12            Let's select Diapers Huggies, please.
13       A.    Well, if I select it, it's going to
14   try and put it in my requisition.
15       Q.    Can we do that; is that possible?
16       A.    No.
17            MS. BURKE-ANDERSON:  I think maybe
18   you need to ask the question, what can you do
19   without creating a requisition, because that's, I
20   think, where we're getting...
21       Q.    Okay.  So what can you do to show me
22   what the Diapers Huggies item would have without
23   actually creating the requisition on your live
24   system?
25       A.    You want to see the Item Master

136

1    set-up for the Diapers Huggies?
2        Q.    Yes, let's see that.
3        A.    I can show you that.
4             I'm just going to write this item
5    number down.
6        Q.    And let me ask you one more question,
7    if we went into the test system, would you be able
8    to do what you're doing here on the live system
9    and actually create the requisition the same way
10   that you're doing it here -- showing me how it
11   could be done here?
12       A.    Well, we tried that once and it
13   didn't work out too well.  I can go back and try
14   again, but if you're wanting to see what the
15   information is about the item, let me show you the
16   Item Master record, see if that answers your
17   question; if not, I'll go back into test and try
18   and make one for you.
19       Q.    Okay.
20       A.    So IC11 is our Item Master set-up.
21            Now, here, like I could do on the
22   other screen, I can search by item.  So this is
23   the same search that we just had.  And I'll go
24   back and I'll look for the description, like
25   diaper.

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

137

1    I now select that same one, Huggies
2    Diaper.
3    Q.    Okay.
4    A.    And if I inquire, now this is the
5    information I have set up in the Item Master for
6    that particular item.
7    Q.    Does it have a vendor name in here?
8    A.    In this screen set-up, you don't tie
9    this item to the vendor.  If I drill around on
10   this item, I can probably see the vendor that it's
11   tied to.
12        Here I have PO vendor items and I can
13   see that it's tied to this vendor, School Health
14   Corporation.
15   Q.    Okay.  Now, can we go back to the
16   result that gave us a list of items with diaper as
17   the description?
18   A.    Okay.  So that's the list.
19   Q.    And let's select Diapers Goodnites
20   use -- yeah, 1439006.
21   A.    Okay.
22   Q.    Okay.  The manufacturer name here is
23   Kimberly Clark.
24        Can we drill around to see additional
25   vendor name information?

138

1    A.    Here, this item is tied to Owens &
2    Minor.
3    Q.    Okay.  Now, let's go back to the
4    requisition module that you had open a few minutes
5    ago.
6        Can you do a search by manufacturer
7    code?
8    A.    I'm not sure what you're wanting me
9    to look at.  I don't know if this is the right
10   place to look for it.
11   Q.    I want you to -- let's say, pull up
12   all items that include Procter & Gamble as the
13   manufacturer.
14   A.    Okay.  So I want to go back to the IC
15   set-up, and here are my items.
16        You want me to search by
17   manufacturer, and here I can't search by
18   manufacturer.
19   Q.    So could we try to do it through the
20   requisition?
21   A.    Uh-huh.
22        You said manufacturer name?
23   Q.    Let's do manufacturer code.
24   A.    Okay.  Primary search by manufacturer
25   code --

139

1    Q.    Right.
2    A.    -- and secondary by description?
3    Q.    Well, let's just do a search first
4    by --
5    A.    The code?
6    Q.    -- the code.
7    A.    What code?
8    Q.    Let's use -- is P&G a code, do you
9    know?  Do you want to try it and see if it works?
10   A.    I think it was just PG.
11   Q.    Just PG.
12   A.    No.
13   Q.    Let's try -- is it P&G?
14   A.    No, I did P asterisk.  I can go back
15   and do the P&G, if you want, specifically.
16   Q.    I want to see whether there's any --
17   what I'm looking for here is whether there's any
18   items in here that are exactly the same item from
19   the same manufacturer, but available from two
20   vendors or more than two vendors; in other words,
21   is there, for example, diapers from Procter &
22   Gamble -- the same sized diaper carried by two
23   different vendors here?
24        It doesn't look like there is here,
25   at least for Procter & Gamble.  It looks like

140

1    they're each different ones, but maybe if we do a
2    different -- search by different -- maybe if we do
3    a search by all manufacturer codes and just scroll
4    down and see whether any of the item descriptions
5    are identical, but yet have the same manufacturer
6    code, that could sort of show us if you're
7    carrying the same product by the same
8    manufacturer, but you're just carrying it from two
9    different vendors.
10        So let's just take out the P asterisk
11   there and sort it by manufacturer code, just all
12   active items by manufacturer code.
13   A.    Okay, so this is all items by
14   manufacturer code.
15   Q.    Okay.  But isn't this just limited to
16   the P asterisk?
17   A.    So now we're back to this.
18   Q.    Okay.  So -- like, for example, it
19   looks like the item description for -- well, those
20   are all slightly different, but I'm wondering if
21   any of these item descriptions are identical.
22        Can we scroll down here and see the
23   next down at the bottom there.
24        All right.  Let's keep on scrolling.
25   This might be a feudal search here, but just a

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

---

**141**

1　little further.
2　　　All right.  Let's call a halt to
3　this.
4　　　MR. STRAPP:  Can we take a break for
5　just a couple of minutes, please?
6　　　VIDEOGRAPHER:  Going off the record
7　at 2:53.,
8　　　(Recess.)
9　　　VIDEOGRAPHER:  Back on the record at
10　2:53.,
11　BY MR. STRAPP:
12　　Q.  Ms. Cimino, thank you for your time
13　and cooperation and assistance.  I appreciate it.
14　We have no further questions at this time.
15　　　MR. GRAHAM:  I just have a few
16　questions.  I'll try to keep it brief.
17　EXAMINATION BY MR. GRAHAM:
18　　Q.  Can we -- so looking at the screen
19　we're at right here, this is RQ10.
20　　　Can you click on the search button.
21　　　And this is the search that we've
22　been using today?
23　　A.  Yes.
24　　Q.  Okay.  So when you add -- when you
25　hit the plus sign over on the right side, that

---

**142**

1　adds an additional level -- an additional criteria
2　to filter through, right?
3　　A.  Yes, additional search options.
4　　Q.  Now, can you subtract that one?
5　　　And go head and put in P&G in there.
6　　　So these are all the items from the
7　Item Master that have the P&G code; is that
8　correct?
9　　A.  Yes.
10　　Q.  And when you did this search, do you
11　know if it went through the entire -- searched the
12　entire Item Master to find these results?
13　　A.  It was searching active items in the
14　Item Master.
15　　Q.  And what are active items versus
16　nonactive items?
17　　A.  In our Item Master, we can designate
18　that this is an active item or an inactive item.
19　So if we had it in there and we don't intend to
20　use it, we would make it inactive.
21　　Q.  Okay.  So this would be all the
22　active items that have the P&G code next to it?
23　　A.  Yes.
24　　Q.  Okay.  Can you click on search again?
25　　A.  Yes.

---

**143**

1　　Q.  And can you hit the add?
2　　A.  To add the other search lines?
3　　Q.  Yeah, I think so.
4　　A.  Okay.
5　　Q.  And then do an item description.
6　　　And diaper, we've been using that
7　one.
8　　　Okay.  Now, this time, when you click
9　filter, it's still going to look through all the
10　active items, but now it's going to search for two
11　criteria?
12　　A.  Yes.
13　　Q.  Okay.  So it's still searching all
14　the active items in the Item Master?
15　　A.  Yes.
16　　Q.  Okay.  It's not just searching the
17　ones that popped up on P&G, it's still searching
18　the entire Item Master?
19　　A.  As far as I know.  I mean, it should.
20　　Q.  Thank you.
21　　　Now, South Jersey upgraded its Lawson
22　System in April of 2008?
23　　A.  April of 2008 is when we signed the
24　contracts.
25　　Q.  Okay.  And you had an existing system

---

**144**

1　at that time -- an existing Lawson System at that
2　time?
3　　A.  For materials only, yes.
4　　Q.  And materials would be the
5　procurement?
6　　A.  Procurement, inventory.
7　　Q.  Do you recall when you originally
8　licensed that older system?
9　　A.  No.  I mean, we've had that for
10　years.
11　　Q.  Would it be before 1995?
12　　A.  I think yes.
13　　Q.  Now, walking through the installation
14　a little bit, you testified that the actual
15　installation of the upgrade was done by a third
16　party vendor?
17　　A.  Yes.
18　　Q.  Blue Horseshoe; is that correct?
19　　A.  Blue Horseshoe.
20　　Q.  After Blue Horseshoe had installed
21　the system, were there any items in the Item
22　Master of the upgraded system?
23　　A.  From the brand new install?
24　　Q.  Yes.
25　　A.  No.

---

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

145

1    Q.   Okay.  And did Blue Horseshoe also
2  help you install requisition self-service?
3    A.   Yes, I believe so.
4    Q.   And then another non-Lawson
5  consultant helped you to customize it?
6    A.   Yes.
7    Q.   To get the work flow customization?
8    A.   Yes.
9    Q.   Now, you testified that each year
10  South Jersey has to pay a maintenance fee; is that
11  correct?
12    A.   Yes.
13    Q.   Do you also have to pay a license
14  fee?
15    A.   No.
16    Q.   So if you stopped paying the
17  maintenance fee, you could still continue using
18  the system as it stands?
19    A.   That's my understanding.
20    Q.   And then you also have paid for
21  services from Lawson?
22    A.   We had, yes.
23    Q.   And you testified that you used
24  service tickets; is that right?
25       How do you request services from

146

1  Lawson?
2    A.   Well, the tickets I think you're
3  referring to are, when we have problems, we put a
4  support ticket in for assistance.  If I want to
5  purchase additional services, I would contact my
6  account manager and ask for a quote.
7    Q.   How many of those specific service
8  tickets do you put in on a new system?
9    A.   How many?
10    Q.   Yes.
11    A.   A few hundred.
12    Q.   A few hundred.
13       Do you -- and that would include not
14  only the procurement side, but also the human
15  resources and the financial?
16    A.   Yes.
17    Q.   Do you know approximately what
18  percent were related to the procurement?
19    A.   Not offhand.
20    Q.   Would it be significantly more or
21  less than from human resources or financial?
22    A.   I wouldn't hedge a guess.
23    Q.   And you also testified that you had
24  some interactive web support?
25    A.   Yes.

147

1    Q.   Is that different than the service
2  ticket?
3    A.   No, that's kind of how they work the
4  service ticket.
5    Q.   Okay.  And that would be the same for
6  the WebEx sessions?
7    A.   Yes.  You would initiate the request
8  initially and it would go interactive and then
9  there may be a phone call or there may be a WebEx
10  session to walk through the problem you're having.
11    Q.   So those are ways to correct the
12  problem you're having or help you walk through it?
13    A.   Yeah, or to get support.
14    Q.   Can you take a look at Exhibit South
15  Jersey 4?
16       MR. STRAPP:  Josh, I don't mean to
17  interrupt, but if you're done with the
18  demonstration, we can close out.
19    Q.   Let's hold on to that, South Jersey
20  4, for a second.
21       I have just a couple more questions
22  on this.
23       Can you log back into the Requisition
24  Self-Service site, go out of production into the
25  test.

148

1       Okay.  Can you do the Find/Shop,
2  Search Catalog and do a search for Lotion.
3       Can you add 1424153.
4       And also add 1030 -- yes, that one
5  right there.  That would be Item No. 1030363.
6       From the description you see on my
7  cart, the description of each item --
8       (Interruption.)
9       VIDEOGRAPHER:  Going off the record
10  at 3:01.,
11       (Off the record.)
12       VIDEOGRAPHER:  Back on the record at
13  3:02.,
14  BY MR. GRAHAM:
15    Q.   Pardon the interruption.
16       From the description under My Cart
17  for each of the items, is there any way to tell
18  what this lotion is used for?
19    A.   Well, looking at cleansing, I would
20  think that that would be more of a cleaning-type
21  lotion compared to just a regular hand and body
22  lotion, but to know what it's truly used for, no.
23    Q.   So from these descriptions, you can't
24  tell if one could be switched for the other one to
25  an enduser?

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

---

149

1    A.   To a nonclinical enduser, no.

2        Q.   Okay.  You can -- can you delete

3    those.

4             And can you do a search for diaper.

5             And can you add number 1430969.

6             And can you also add 1439010.

7        A.   Okay.

8        Q.   So, again, from the description here,

9    you wouldn't be able to tell if these diapers were

10   the same size?

11       A.   Not from the description.

12       Q.   Okay.  So there's no indication that

13   one can be used as a replacement for the other?

14       A.   The fact that one doesn't say what

15   size it is and one does would lead me to believe

16   that they couldn't be interchanged, but, no, I

17   couldn't be sure of that.

18       Q.   Thank you.

19            MR. GRAHAM:  I'm done with the --

20            MR. STRAPP:  Okay.  Do you want to go

21   off the record for a minute and just close it

22   down?

23            MR. GRAHAM:  Sure.  Let's go off the

24   record and close it down.

25            VIDEOGRAPHER:  Going off the record

---

150

1    at 3:04.,

2            (Off the record.)

3            VIDEOGRAPHER:  Back on the record at

4    3:06.,

5    BY MR. GRAHAM:

6        Q.   I had a couple of questions about the

7    ORMIS System.

8            And that interfaces with the Lawson

9    System; is that correct?

10       A.   Yes.

11       Q.   I believe you testified that certain

12   parts of the Item Master are sent over to ORMIS?

13       A.   Yes.

14       Q.   What does ORMIS do with those items?

15       A.   They take the item number and the

16   cost information to go with it for billing for the

17   patient, the cases that they're using those items

18   in, to be able to bill for it.

19       Q.   What does ORMIS send back to Lawson?

20       A.   Nothing.

21       Q.   A few questions about the substitute

22   replacement items.

23            You testified that South Jersey does

24   not use the substitute replacement in inventory

25   control?

---

151

1        A.   Correct.

2        Q.   And why doesn't it use those

3    functions?

4        A.   I think that's our discussion -- our

5    issue here.  We don't want to have multiple item

6    numbers for the same item.

7        Q.   And why not?

8        A.   I couldn't speak to that logic.  I

9    disagree with it personally, so...

10       Q.   There were also some questions about

11   the ability of the Lawson System to associate one

12   item in the Item Master with multiple vendors?

13       A.   Yes.

14       Q.   Does South Jersey actually do that?

15       A.   Yes.

16       Q.   And how does it decide which items to

17   associate with multiple vendors?

18       A.   I guess whoever we have contracts

19   with to get that item.

20       Q.   And then one of those vendors would

21   be a default vendor?

22       A.   I would say yes, although I don't

23   recall seeing any default order where you assign

24   the vendors to the item.

25       Q.   Now, discussing the purchase order

---

152

1    process a little bit, you testified when a

2    purchase order goes out, that South Jersey -- a

3    purchase order for a nonstock item goes out to a

4    vendor, the vendor will send a confirmation back

5    to South Jersey?

6        A.   Yes.

7        Q.   And that confirmation is not put into

8    the Lawson System?

9        A.   Correct.

10       Q.   So there's no way in the Lawson

11   System to determine whether or not South Jersey

12   has received a confirmation?

13       A.   Correct.

14       Q.   Thank you, Ms. Cimino.  That's all my

15   questions.

16            MR. STRAPP:  I just have a couple

17   more questions.

18   FURTHER EXAMINATION BY MR. STRAPP:

19       Q.   Ms. Cimino, you just testified that

20   South Jersey does have, in its Item Master,

21   particular items that have multiple vendors?

22       A.   Yes.

23       Q.   So, for example, you might have,

24   let's say, for example, the diaper size 6 from

25   Huggies that's available from one vendor and also

---

153

```
1    available from a second vendor, correct?
2         A.    Yes.
3         Q.    Now, is it possible, then, to do a
4    search in the requisition module that we were
5    looking at, whereby you search for diapers, you
6    pull up the Huggies diaper, size 6, and then you
7    can select it from the first vendor and request
8    a -- create a requisition and then select it
9    from the second vendor and create a requisition
10   also from that second vendor?
11        A.    When we're selecting the item to the
12   requisition, it's defaulting to a vendor.  In that
13   case, I don't believe we had multiple vendors tied
14   to it, so we have to really pick the item that had
15   the multiple vendors.  I don't know which one
16   would default in that case.
17        Q.    But if you had an item with multiple
18   vendors, which you said you did, --
19        A.    Yes.
20        Q.    -- and you found that item in the
21   Item Master, --
22        A.    Yes.
23        Q.    -- you could select -- create a
24   requisition from the first vendor and then you
25   could create a requisition from the second vendor
```

154

```
1    for the same item, correct?
2         A.    Yes.  One would default.  I would
3    have to override it to the second.  But could I
4    order ultimately from both vendors, yes.
5         MR. STRAPP:  I have no further
6    questions.
7         MR. GRAHAM:  Just one follow-up
8    question, sorry.
9         FURTHER EXAMINATION BY MR. GRAHAM:
10        Q.    Is there a way to determine, in the
11   system, which items have multiple vendors attached
12   to them by doing a search?
13        A.    Not that I can think of.
14        Q.    So I would have to know -- how would
15   you know which item had two vendors in order to do
16   the situation that Mr. Strapp just suggested?
17        A.    I could find it other ways, but not
18   through the Lawson search.  I mean, I could query
19   the database directly looking for certain codes or
20   multiple records and come back to that, so I
21   wouldn't necessarily have to, but as an enduser,
22   yeah, I would kind of have to know.
23        Q.    Thank you.
24        VIDEOGRAPHER:  This concludes the
25   deposition, Volume 1, Videotape No. 3, of Lynn
```

155

```
1    Cimino.  The time is 3:13.  Going off the record.
2         (The following statement was made off
3    the video record.)
4         MR. STRAPP:  I'd like to note on the
5    record that the demonstration provided today by
6    Ms. Cimino of the Lawson System was recorded and
7    that the recording of that demonstration will be
8    marked as Exhibit 11, South Jersey Exhibit 11 to
9    this deposition.
10        (Exhibit South Jersey 11 was received
11   and marked for identification and retained in the
12   computer by Mr. Clements.)
13        (TIME NOTED:  3:14 p.m.)
```

156

```
1              WITNESS'S CERTIFICATION
2
3         _____
4              LYNN S. CIMINO
5
6         On _____, 2010, the foregoing
7    deposition was submitted to LYNN S. CIMINO, the
8    witness, taken on Tuesday, March 2, 2010, for her
9    examination.
10        At which time the deposition was read by the
11   witness and any proposed changes desired were
12   subsequently entered upon the attached errata
13   sheet.
14        Thereafter, the deposition was duly witnessed
15   and signed by:
16
17        _____
18        Notary Public in and for the
19        County of _____
20        State of _____
21
22
23
24   _____
25   My Commission Expires
```

Cimino, Lynn - South Jersey  3/2/2010  12:00:00 AM

157

1   E R R A T A  S H E E T

2

3 WITNESS'S NAME _____

4 DATE OF DEPOSITION _____

5 CASE NAME _____

6

7 PAGE  LINE  CORRECTION

8 _____

9 _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 _____

20 _____

21 _____

22 _____

23 _____

24 _____

25 _____

---

158

1   C E R T I F I C A T E

2  I, ELIZABETH M. KONDOR, a Certified Court

3 Reporter, No. 30XI00117200, Certified LiveNote

4 Reporter, No. 060907-14 and Notary Public of the

5 State of New Jersey, do hereby certify that prior

6 to the commencement of the examination, LYNN S.

7 CIMINO was duly sworn by me to testify the truth,

8 the whole truth and nothing but the truth.

9  I DO FURTHER CERTIFY that the foregoing

10 is a true and accurate transcript of the testimony

11 as taken stenographically by and before me at the

12 time, place and on the date hereinbefore set

13 forth.

14  I DO FURTHER CERTIFY that I am neither a

15 relative nor employee nor attorney nor counsel of

16 any of the parties to this action, and that I am

17 neither a relative nor employee of such attorney

18 or counsel, and that I am not financially

19 interested in the action.

20

21 _____

22 Notary Public of the State of New Jersey

23 My Commission expires June 6, 2010.

24

25 Dated:  Tuesday, March 9, 2010

.

.

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC'S OBJECTIONS TO DEFENDANT'S COUNTER DEPOSITION DESIGNATIONS, COUNTER-COUNTER DESIGNATIONS AND REVISED SUMMARY OF THE DEPOSITION OF LYNN S. CIMINO**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould P.C.
3200 IDS Center
80 South Eighth Street
Minneapolis. MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonscrvicc@)merchantgould.com

Robert A. Angle (VSB# 37691)
Dabney J. Carr, IV (VSB #28679)
Troutman Sanders LLP
P.O. Box 1122
Richmond, VA  23218-1122
Telephone:  (804) 697-1238
Facsimile:  (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

_____/s/_____
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com