# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:09-cv-620 |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT LAWSON SOFTWARE, INC.'S OBJECTIONS TO PLAINTIFF'S DEPOSITION DESIGNATIONS AND SUMMARIES

**Henrik Billgren**

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 204:21-205:2; 205:10-16; 206:21-209:13; 209:21-210:14; 211:7-212:21; 214:17-215:6; 215:11-217:13; 217:22-218:6 | 401/402; 403 | Testimony relates to exhibit that is not relevant and to the extent relevant has a tendency to confuse the jury (relates to a customer not in the US) |
| 218:9-12, 17-21; 219:10-220-12 | 602; 901 | Exhibit lacks foundation (witness testified he was not familiar with the document or who created the document) |

| | | |
|---|---|---|
| 6:18-25<br>55:17-55:21<br>56:4-6<br>56:18-57:12<br>64:13-66:17<br>76:18-21<br>77:4-77:18<br>100:5-100:9<br>100:14-101:2<br>101:5-101:13<br>105:18-105:22<br>106:5-106:21<br>115:15-115:19<br>116:2-116:10<br>118:8-118:11<br>125:18-125:22<br>126:5-127:11<br>127:18-127:22<br>128:6-128:14<br>139:1-139:5<br>147:4-147:7<br>163:9-164:8<br>166:18-166:21<br>167:4-167:9<br>196:6-196:14<br>204:21-205:2<br>205:10-205:16<br>206:21-208:2<br>208:10-209:13<br>209:21-210:14<br>214:17-215:6<br>215:11-217:13<br>217:22-218:6<br>218:9-218:12 | Lack of Summary | See 03/15/10 Scheduling Order Sec. V(B)(2). |

**Dale Christopherson (10/19/09)**

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 68:4-69:6; 70:5-71:6 | 401/402; 403 | Lawson's subscription to industry reports is not relevant; to the extent it is, it confuses the jury that a mere subscription would provide notice of ePlus |
| 77:1-10 | 401/402; 403; MIL | ePlus's prior litigations are not relevant; any testimony would tend to confuse the |

2

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| | | jury; the testimony relates to a motion in limine excluding reference to settlement agreements |
| 105:10-13 | 407 | Testimony seeks subsequent remedial measures |
| 10:8-10:14<br>57:10-57:18<br>78:18-78:22<br>80:4-80:17<br>81:10-81:17<br>143:21-144:2<br>149:6-149:17<br>167:19-168:1<br>172:22-174:9<br>174:22-176:14<br>192:3-192:6<br>195:21-196:13<br>198:17-199:8<br>200:5-201:2<br>208:5-208:13<br>219:2-219:20<br>221:6-221:16<br>222:7-222:13<br>224:12-225:10<br>229:8-230:5<br>232:19-233:15<br>251:4-252:14<br>252:20-253:2<br>261:1-262:9<br>265:14-266:12<br>268:21-269:2<br>270:5-270:7<br>280:3-280:6<br>285:17-287:4<br>291:4-291:19 | Lack of Summary | See 03/15/10 Scheduling Order Sec. V(B)(2). |

**Dale Christopherson (10/20/10)**

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 330:21-331:3<br>331:14-331:17<br>356:13-356:19 | Lack of Summary | See 03/15/10 Scheduling Order Sec. V(B)(2). |

3

| | | |
|---|---|---|
| 357:12-357:18<br>358:4-358:7<br>372:2-372:7 | | |
| 51:6-21 | 401/402; 403; MIL | Improper reference to SAP and Ariba litigation |

**Hannah Raleigh**

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 38:18-39:9; 41:12-20; 43:4-7; 43:15-45:11 | Outside the scope of 30(b)(6) designation | The witness was not designated to discuss revenues (see objections at 38:11-13 and 40:23-41:3) |
| 68:22-24 | 401/402; 403 | Whether RFP responses go through legal review is not relevant and tends to confuse the jury as to whether review is necessary |
| 77:11-16, 21-24 | Outside the scope of 30(b)(6) designation | The question was phrased for individual knowledge |
| 102:12-15; 10220-105:6 | 401/402; 403 | The question goes outside the scope of the accused products; any combination of non-accused products is likely to confuse the jury |
| 111:10-114:17; 115:5-116:14 | 602; 901; 403 | Witness was not familiar with the document; document was for limited internal use and would tend to confuse the jury related to scope of document |
| 116:18-123:6 | 602; 901; 403 | Witness was not familiar with the document; witness further testified the document includes methodology that does not happen |
| 158:11-159:11; 161:8-162:9; 163:10-168:19; 171:19-172:22 | 602; 901; 403 | Witness testified she was not familiar with exhibit |
| 221:1-222:11 | Outside the scope of the 30(b)(6) designation | The witness was not designated to discuss revenues (see objections at 38:11-13 and 40:23-41:3) |
| 6:7-6:13<br>14:15-14:23<br>15:8-15:17<br>17:14-18:8<br>47:5-47:9<br>55:19-55:22<br>56:1-56:4<br>64:7-64:16<br>68:22-68:24 | Lack of Summary | See 03/15/10 Scheduling Order Sec. V(B)(2). |

| | | |
|---|---|---|
| 109:6-109:9<br>111:10-116:14<br>116:18-118:18<br>128:3-128:13<br>128:19-129:5<br>129:9-129:12<br>129:20:130:1<br>130:8-131:7<br>134:25-135:21<br>136:1-142:10<br>81:7-181:24<br>182:3-182:18<br>197:25-198:11<br>198:17-202:22<br>204:13-206:2<br>206:16-206:18<br>206:20-209:3<br>209:21-212:10<br>213:25-215:7 | | |

**Todd Dooner**

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 239:14-17 | 401/402; 403 | Vague and ambiguous as to "ability to conduct searches for items that match a search query" |
| 20-22; 240:2 | 401/402; 403 | Vague and ambiguous as to "data resulting from a search query" |
| 240:4-12, 15-18 | 401/402; 403 | Vague and ambiguous, as to "the ability to process a requisition and generate one or more purchase orders"; compound |
| 240:20-21; 241:2 | 401/402; 403 | Vague and ambiguous as to "at least two product catalogs" |
| 240:11-14 | 401/402; 403 | Vague and ambiguous as to "load vendor item data" |
| 250:14-254:6 | 801; 403 | Document is hearsay; only use would be to confuse jury |
| 8:8-8:13<br>35:22-36:13<br>39:3-39:8<br>67:15-67:19<br>165:13-166:10<br>272:17-273:8<br>284:16-287:12 | Lack of Summary | See 03/15/10 Scheduling Order Sec. V(B)(2). |

| | | |
|---|---|---|
| 288:7-288:16 | | |
| 289:2-289:11 | | |
| 289:17-290:14 | | |
| 291:8-291:13 | | |
| 292:11-292:14 | | |
| 293:4-293:20 | | |
| 294:9-295:4 | | |
| 295:19-296:21 | | |
| 297:17-298:21 | | |
| 313:2-314:17 | | |
| 315:6-315:8 | | |
| 316:17-317:3 | | |
| 317:8-317:19 | | |
| 318:5-318:17 | | |
| 319:17-320:3 | | |
| 320:19-321:16 | | |
| 322:8-322:11 | | |
| 323:2-323:22 | | |
| 325:1-325:18 | | |
| 326:3326:17 | | |
| 327:19-329:19 | | |
| 330:2-333:6 | | |
| 336:1-336:13 | | |
| 336:18-336:20 | | |
| 339:17-340:4 | | |
| 341:6-341:10 | | |
| 345:5-345:7 | | |
| 348:2-348:5 | | |
| 355:4-355:7 | | |
| 355:12-355:18 | | |
| 356:4-356:13 | | |
| 359:4-360:16 | | |
| 365:12-365:19 | | |
| 367:14-368:22 | | |
| 369:10-370:8 | | |
| 370:14-370:17 | | |
| 372:1-372:4 | | |
| 376:14-377:3 | | |
| 377:7-377:15 | | |
| 381:5-381:19 | | |
| 406:3-408:1 | | |

**Jeffrey Frank**

Lawson objects to the designation of Jeffrey Frank to the extent ePlus relies on that testimony as a testimony of Lawson Software, Inc.  Mr. Frank was not designated as a 30(b)(6) deponent for any topic.

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 30:7-10 | 401/402; 403; MIL | Lawson's competition with Ariba is not relevant and would only tend to confuse the jury; the testimony relates to a motion in limine excluding reference to settlement agreements |
| 49:9-20; 50:12-20 | 401/402; 403 | Whether Lawson's website goes through legal review is not relevant and tends to confuse the jury as to whether review is necessary |
| 53:11-14 | 401/402; 403 | Whether Lawson's marketing materials (responses to RFPs and brochures) goes through legal review is not relevant and tends to confuse the jury as to whether review is necessary |
| 74:22-76:14; 77:5-9 | 403 | Testimony of employee laptop demos will tend to confuse the jury with respect to functionality of ePlus content on demonstration laptop |
| 148:4-11 | 401/402; 403 | Whether Lawson's marketing materials goes through legal review is not relevant and tends to confuse the jury as to whether review is necessary |
| 227:16-228:13; 229:5-230:4, 9-16 | 801; 901; 403 | The document is not authenticated, contains hearsay, and contains dollar figures that relate to products not in suit, which will confuse the jury |
| 9:9-9:15<br>35:2-36:1<br>36:19-36:22<br>38:13-38:21<br>46:16-47:14<br>50:12-52:3<br>109:19-110:14<br>111:5-111:8<br>111:19-112:6<br>125:1-125:15<br>152:1-153:9 | Lack of Summary | See 03/15/10 Scheduling Order Sec. V(B)(2). |

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 168:9-168:15 | | |
| 227:16-228:13 | | |
| 229:5-230:4 | | |
| 230:9-230:16 | | |

**Guenther Tolkmit**

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 175:10-12 | 407 | Testimony seeks subsequent remedial measures |
| 227:1-6 | 407 | Testimony seeks subsequent remedial measures |
| 51:16-55:10<br>175:22-176:5<br>176:18-176:22<br>177:4-177:15<br>189:8-190:2<br>227:1-227:6 | Lack of Summary | See 03/15/10 Scheduling Order Sec. V(B)(2). |

**Vicky Williams and William Yuhasz (Novant)**

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 63:6-25 | 401/402; 403 | Document is created by Novant; will confuse jury as to functions added by Novant not associated with Lawson |
| 68:4-70:25 | 401/402; 403 | Document created by Novant; will confuse jury as to functions added by Novant not associated with Lawson |
| 99:25-101:13 | 602; 901; 403 | Witness not familiar with exhibit; testimony is based on document to which witness has no personal knowledge |
| 45:12-45:13<br>45:15-45:16<br>45:18-45:24<br>46:9-46:22<br>47:3-47:17<br>49:1-49:25<br>53:1-53:9<br>56:15-56:20<br>56:24-57:20<br>63:6-63:25 | Lack of Summary | See 03/15/10 Scheduling Order Sec. V(B)(2). |

| | | |
|---|---|---|
| 90:17-90:23<br>91:5-91:8<br>91:16-91:20<br>99:25-101:13<br>122:2-122:19<br>137:23-137:25<br>138:15-138:17<br>172:15-172:21<br>173:8 | | |

**Dean Hager**

Lawson objects to the designation of Dean Hager to the extent ePlus relies on that testimony as a testimony of Lawson Software, Inc. Mr. Hager was not designated as a 30(b)(6) deponent for any topic.

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 105:3-105:12; 108:9-109:5; 109:20-112:9; 113:22-115:3; 115:22-116:9 | 602; 901 | Witness had not seen the document |
| 126:2-126:12; 128:9-129:3; 129:12-131:6 | 602; 901 | Witness had not seen the document |

**Keith Lohkamp (10/20/09 and 10/21/09)**

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 66:17-21;<br>67:11-14;<br>67:19-68:2;<br>72:5-7;<br>78:8-15;<br>72:16-73:3;<br>73:4-7;<br>74:7-17;<br>75:4-8;<br>96:15-17;<br>97:8-13;<br>74:18-21;<br>75:12-15 | Outside the scope of 30(b)(6) designation | The witness was not designated to discuss knowledge of the Ariba lawsuit or knowledge of ePlus. (*See* 251:8-252:13 (witness designated to discuss topics 1, 2, 3, 5, 6 & 7 of ePlus's First Deposition Notice and topics 17 & 18 of ePlus's Second Deposition Notice; witness was not designated to discuss topics 10-12 of ePlus's Second Deposition Notice).) |
| 109:5-11 | 401/402; 403; 901 | Whether Lawson's website goes through legal review is not relevant and tends to confuse the jury as to whether review is |

9

| | | |
|---|---|---|
| | | necessary; no foundation for question |
| 131:2-4 | 401/402, 403 | Vague as to "punchout capabilities" and "overall Lawson procurement application." |
| 161:1-166:8 | 602; 901 | Witness not working at Lawson at time of document |
| 227:18-228:14 | 602; 901 | Witness had not seen the document |
| 184:1-13<br>185:1-15<br>209:9-17<br>212:4-213:9<br>229:2-10<br>236:17-239:22<br>256:1-5<br>264:21-265:11<br>268:4-5<br>268:10-13<br>268:18-22<br>352:6-356:1<br>359:20-360:1<br>360:7-11<br>360:14-16<br>363:14-16<br>363:18-364:14<br>421:8-422:1<br>428:3-9<br>428:11 | Lack of Summary | See 03/15/10 Scheduling Order Sec. V(B)(2). |
| 75:12-15 | 401/402; 403; MIL | Improper reference to SAP and Ariba litigation |
| 361:20-363:1<br>363:14-364:11 | 407 | Improper reference to project on hold |

**Robert Schriesheim**

Lawson objects to the designation of Robert Schriesheim to the extent ePlus relies on that testimony as a testimony of Lawson Software, Inc. Mr. Schriesheim was not designated as a 30(b)(6) deponent for any topic.

| **Plaintiff's Designations** | **Lawson's Objections** | **Lawson's Summary** |
|---|---|---|
| 104:1-10 | 401/402; 403; MIL | Improper reference to SAP and Ariba litigation |

**Lynn Cimino**

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
| --- | --- | --- |
| 29:20-30:4<br>33:19-34:8<br>36:6-37:2<br>63:24-64:16<br>66:19-67:9<br>68:17-68:25<br>72:23-73:14<br>77:5-77:7<br>78:20-79:3<br>81:14-82:8<br>83:18-83:23<br>84:13-84:16<br>86:19-87:15<br>89:2-89:16<br>152:19-153:2 | See 03/15/10 Scheduling Order Sec. V(B)(2). | Lack of Summary |

**Robert Irwin**

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
| --- | --- | --- |
| 22:12-23:4<br>35:9-35:11<br>35:14-35:20<br>36:1-37:21<br>38:4-38:25<br>39:6-39:11<br>51:16-51:21<br>54:17-54:19<br>54:25-55:5<br>65:5-65:8<br>65:25-66:8<br>66:13-66:21 | Lack of Summary | See 03/15/10 Scheduling Order Sec. V(B)(2). |

**Manuel Matias**

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
| --- | --- | --- |
| 25:18-26:22<br>26:24-27:17<br>28:12-28:21<br>29:20-30:15<br>47:10-47:12 | Lack of Summary | See 03/15/10 Scheduling Order Sec. V(B)(2). |

**Kristy Oliver**

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 9:16-10:1<br>74:3-79:15 | Lack of Summary | See 03/15/10 Scheduling Order Sec. V(B)(2). |

**Ken White (10/26/09)**

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 37:18-39:3 | 401/402; 403 | It is not relevant who told Mr. White to pull the SKUs and it is prejudicial to suggest that it was Lawson employees who selected the SKUs |
| 176:9-176:21<br>215:1-218:12 | Lack of Summary | See 03/15/10 Scheduling Order Sec. V(B)(2). |

**Ken White (04/21/10)**

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 201:4-203:11 | Lack of Summary | See 03/15/10 Scheduling Order Sec. V(B)(2). |

                                                LAWSON SOFTWARE, INC.

                                                By   /s/
                                                      Of Counsel

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point, Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN  55402
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 11th day of August, 2010, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig T. Merritt
Henry I. Willett, III
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

James D. Clements
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
jclements@goodwinprocter.com

    /s/
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*