

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.

        Plaintiff,

v.                                       Civil No. 3:09cv620

LAWSON SOFTWARE, INC.,

        Defendant.


ORDER

      This matter is before the Court on the portion of
EPLUS' MOTION TO STIRKE (Docket No. 212) respecting the new
references to the Lawson V.5 and V.6 systems as they relate
to the Court's construction of "means for building a
requisition using data relating to selected matching items
and their associated sources."  For the reasons set forth
below, the motion is granted.


_____/s/_____ /s/
Senior United States District Judge

Richmond, Virginia
Date: August 13, 2010