**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 3:09-CV-620 (REP)** |
| | ) | |
| v. | ) | |
| | ) | |
| **LAWSON SOFTWARE, INC.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF *e*PLUS, INC.'S MOTION TO STRIKE THE EXPERT REPORT OF
PHILIP GREEN IN LIGHT OF THE COURT'S RULINGS ON
PLAINTIFF'S MOTION IN LIMINE NO. 7
AND DEFENDANT'S MOTION IN LIMINE NO. 3**

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
Srikanth K. Reddy (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000

Andrew N. Stein (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800

*Attorneys for Plaintiff,* ePlus*, Inc.*

Pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms.*, 509 U.S. 579 (1993), Plaintiff ePlus, Inc. ("ePlus") respectfully moves the Court to strike the expert report of Philip R. Green, Defendant Lawson Software, Inc.'s ("Defendant's") expert witness on the issue of damages, and to preclude Mr. Green from testifying at trial. The Court's recent rulings on the parties' respective *in limine* motions concerning the parties' expert opinions with respect to damages issues have eviscerated Mr. Green's opinions such that his proposed testimony lacks foundation and is not reliable or helpful to the trier of fact under Rule 702. Accordingly, ePlus respectfully requests that the Court strike Mr. Green's expert report.

Respectfully submitted,

August 18, 2010

_____/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff ePlus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert *(*admitted *pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements  (admitted *pro hac vice*)
Srikanth K. Reddy (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place

53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com
sreddy@goodwinprocter.com

Andrew N. Stein (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
astein@goodwinprocter.com

*Attorneys for Plaintiff, ePlus, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS, INC.'S MOTION TO STRIKE THE EXPERT REPORT OF PHILIP GREEN IN LIGHT OF THE COURT'S RULINGS ON PLAINTIFF'S MOTION IN LIMINE NO. 7 AND DEFENDANT'S MOTION IN LIMINE NO. 3**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com
*Counsel for Defendant Lawson Software, Inc.*

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

_____/s/_____
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com