IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Having considered the PLAINTIFF'S MOTION TO STRIKE THE EXPERT REPORT OF PHILIP GREEN IN LIGHT OF THE COURT'S RULINGS ON PLAINTIFF'S MOTION IN LIMINE NO. 7 AND DEFENDANT'S MOTION IN LIMINE NO. 3 (Docket No. ____), it is hereby **ORDERED** that the motion is granted, and the Expert Report of Philip Green Prepared Pursuant to Federal Rule 26(a)(2)(B) is stricken and Mr. Green is precluded from testifying at the trial of this matter. In light of this Court's grant of Plaintiff's Motion in Limine No. 7, what remains of Mr. Green's opinions is unreliable and will not assist the jury in understanding the evidence and determining a fact in issue.

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so **ORDERED**.

_____
Senior United States District Judge

Richmond, Virginia
Date: