IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING PLAINTIFF *e*PLUS, INC.'S BRIEF IN SUPPORT OF ITS MOTION TO STRIKE THE EXPERT REPORT OF PHILIP GREEN IN LIGHT OF THE COURT'S RULINGS ON PLAINTIFF'S MOTION *IN LIMINE* NO. 7 AND DEFENDANT'S MOTION *IN LIMINE* NO. 3**
<u>**UNDER SEAL**</u>

Plaintiff ePlus, Inc., by counsel, and in accordance with the November 16, 2009, Protective Order entered in this case, has filed UNDER SEAL its Brief in Support of its Motion to Strike Expert Report of Philip Green in Light of the Court's Rulings on Plaintiff's Motion *In Limine* No. 7 and Defendant's Motion *In Limine* No. 3, together with Exhibits A, B, and E thereto. Exhibits C, D, and F are attached hereto.

August 18, 2010                                  Respectfully submitted,

ePlus, Inc.

By Counsel

                /s/
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com
Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

*Attorneys for Plaintiff, ePlus inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of August, 2010, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

***Counsel for Defendant Lawson Software, Inc.***

                                          /s/
                          Craig T. Merritt (VSB #20281)
                          Counsel for Plaintiff *e*Plus, Inc.
                          **CHRISTIAN & BARTON, LLP**
                          909 East Main Street, Suite 1200
                          Richmond, Virginia 23219-3095
                          Telephone: (804) 697-4100
                          Facsimile: (804) 697-4112
                          cmerritt@cblaw.com

1075453