IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                           Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

## ORDER

For the reasons set forth during the August 17, 2010 conference call, it is hereby ORDERED that:

(1) the final pretrial conference is set for September 7, 2010 at 9:30 AM;

(2) the Plaintiff shall file its motion respecting the Defendant's damages expert by August 18, 2010. The Defendant shall file a response by August 24, 2010. The Plaintiff shall file a reply by August 27, 2010;

(3) the Defendant shall file its motion respecting damages by August 20, 2010. The Plaintiff shall file a response by August 27, 2010. The Defendant shall file a reply by August 31, 2010;

(4) the parties shall file a final pretrial order by August 26, 2010; and

(5) the expert reports of Lawson's newly identified

experts on invalidity and source code shall be served by August 25, 2010.

    It is so ORDERED.

                                     /s/       REP
                            Senior United States District Judge

Richmond, Virginia
Date: August 17, 2010