IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                              Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

ORDER

Having considered the PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL MATERIALS RELATING TO EXPERT TESTIMONY OF RUSSELL MANGUM III, PhD (Docket No. 383), and it being that the parties have (1) agreed that the Court may consider <u>i4i Limited v. Microsoft Corp.</u>, 598 F.3d 831 (Fed. Cir. 2010) and (2) agreed that the parties would use expert depositions in lieu of responses to expert rebuttal reports, it is hereby ORDERED that the motion is denied as moot.

It is so ORDERED.

                                      /s/      REP
                          Senior United States District Judge

Richmond, Virginia
Date: August 19, 2010