IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:09-cv-620 |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following enters his appearance as counsel of record for Defendant Lawson Software, Inc. in the above-captioned matter:

> Stephen D. Otero, VSB #38752
> steve.otero@troutmansanders.com
> TROUTMAN SANDERS LLP
> P.O. Box 1122
> Richmond, Virginia  23218-1122
> (804) 697-1236
> (804) 698-5117 (Fax)

LAWSON SOFTWARE, INC.

By: /s/ Stephen D. Otero
    Of Counsel

Dabney J. Carr, IV, VSB #28679
(dabney.carr@troutmansanders.com)
Robert A. Angle, VSB #37691
(robert.angle@troutmansanders.com)
Stephen D. Otero, VSB #38752
(steve.otero@troutmansanders.com)
Megan C. Rahman, VSB #42678
(megan.rahman@troutmansanders.com)
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
(804) 697-1200
(804) 697-1339 (Fax)

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN  55402
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 20th day of August, 2010, a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Craig T. Merritt
Henry I. Willett, III
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
rspendlove@goodwinprocter.com

Attorneys for Plaintiff

James D. Clements
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
jclements@goodwinprocter.com

                                        /s/
Stephen D. Otero, Esquire, VSB No. 38752
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339

*Counsel for Defendant Lawson Software, Inc*

1971876