IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| *e*PLUS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:09cv232-HCM-TEM |
| ) | |
| PERFECT COMMERCE, INC., ) | |
| SCIQUEST, INC., and ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| Defendants. ) | |

PLAINTIFF *e*PLUS INC.'S INITIAL DISCLOSURES
PURSUANT TO FED. R. CIV. P. 26(A)(1)

Pursuant to Fed. R. Civ. P. 26(a)(1), Plaintiff *e*Plus inc. ("*e*Plus") makes the following initial disclosures:

A.  IDENTIFICATION OF INDIVIDUALS PURSUANT TO RULE 26(A)(1)(A)

Pursuant to Rule 26(a)(1)(A), *e*Plus presently believes that the following individuals are likely to have discoverable information that *e*Plus may use to support its claims or defenses, excluding persons to be used solely for impeachment. The subjects of discoverable information for which these individuals are identified are also provided.

Farber, Kenneth
*e*Plus
13595 Dulles Technology Drive
Herndon, VA 20171-3413
Subject(s):   daily operations of *e*Plus Systems, development, sales, client
support and strategic product planning for *e*Plus Systems,
Procure$^+$, Content$^+$ and Document systems, *e*Plus organizational
structure, responses to potential customers' Request for
Proposals for electronic sourcing and procurement products and
services, competition against Defendants.



EXHIBIT A

REC'D AUG 1 3 2009

ePlus reserves the right to rely upon any additional documents obtained through further discovery and investigation, and any documents identified by the defendants.

## C. COMPUTATION OF DAMAGES

ePlus has incurred economic harm as a result of defendants' infringement of the patents-in-suit. Pursuant to 35 U.S.C. § 283, ePlus seeks injunctive relief from defendants' continued infringement of the patents-in-suit. In addition, pursuant to 35 U.S.C. § 284, ePlus seeks damages adequate to compensate it for defendants' infringement of the asserted patents-in-suit in the form of at least a reasonable royalty to compensate ePlus for defendants' patent infringement, together with pre- and post-judgment interest and costs as fixed by the Court. ePlus will also seek increased damages based upon defendants' willful infringement of the patents-in-suit. ePlus also seeks attorneys fees pursuant to 35 U.S.C. § 285 or other applicable law.

As to the calculation of the amount of damages to which ePlus is entitled, it is difficult at this time for ePlus to make any computation of damages based upon either reasonable royalty or other additional awards absent further discovery and disclosures by the defendants. However, ePlus is in the process of retaining experts to help form a more definite damages computation. ePlus reserves the right to modify its damages theories and calculations or to seek damages under different theories as appropriate in view of information to be discovered in this case and in view of further anticipated expert opinions on the subject of damages.

## D. INSURANCE AGREEMENTS

ePlus is not aware of any insurance agreements pertinent to this litigation.

ePLUS, INC.

Date: August 11, 2009

*[signature: Brent L. VanNorman]*

Gregory N. Stillman (VSB #14308)
Brent I. VanNorman (VSB #45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street
Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com
bvannorman@hunton.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
Robert D. Spendlove (VSB #75468)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com
rspendlove@goodwinprocter.com

James D. Clements *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
jclements@goodwinprocter.com

Attorneys for Plaintiff *e*Plus, Inc.