**APPENDIX 1**

### *e*PLUS INC.'S LIST OF WITNESSES INTENDED TO BE CALLED

| | Name | Address | Purpose |
|---|---|---|---|
| 1. | Henrik Billgren | Vendervagen 89<br>Nanderyd, Sweden | Fact |
| 2. | Dale Christopherson | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 3. | Lynn Cimino | South Jersey Healthcare<br>333 Irving Avenue<br>Bridgeton, NJ 08302 | Fact |
| 4. | Todd Dooner | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 5. | Kenneth Farber | *e*Plus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171-3413 | Fact |
| 6. | Jeff Frank | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 7. | Dean Hager | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 8. | Brooks Hilliard | Business Automation Associates, Inc.<br>11811 N. Tatum Boulevard<br>Suite 3031-113<br>Phoenix, AZ 85028 | Expert |
| 9. | Robert Irwin | Robert Wood Johnson University<br>Hospital<br>1 Robert Wood Johnson Place,<br>New Brunswick, NJ 08901 | Fact |
| 10. | James Johnson | 215 Appleglen Court<br>McDonald, PA 15057 | Fact |
| 11. | Robert Kinross | 6816 Ricker Court<br>Pittsburgh, PA 15202 | Fact |
| 12. | Keith Lohkamp | 3045 Totterdell Street<br>Oakland, CA 94611 | Fact |
| 13. | Elaine Marion | *e*Plus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171-3413 | Fact |
| 14. | Douglas Momyer | 2241 Old Washington Road<br>Pittsburgh, PA 15241 | Fact |
| 15. | Manuel Matias | Robert Wood Johnson University<br>Hospital<br>1 Robert Wood Johnson Place, | Fact |

| | | | |
|---|---|---|---|
| | | New Brunswick, NJ 08901 | |
| 16. | Patrick Niemeyer | 712 Payson Drive<br>St. Louis, MO 63132-3310 | Expert |
| 17. | Phillip Norton | *e*Plus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171-3413 | Fact |
| 18. | Kristy Oliver | Blount Memorial Hospital,<br>907 East Lamar Alexander Pkwy.<br>Maryville, TN 37804 | Fact |
| 19. | Kleyton Parkhurst | *e*Plus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171-3413 | Fact |
| 20. | Hannah Raleigh | Lawson Software, Inc.<br>3668 U.S. Highway 20<br>Nassau, NY 12123 | Fact |
| 21. | Robert Schriesheim | Lawson Software, Inc.<br>656 Maple Street<br>Winnetka, IL 60093 | Fact |
| 22. | Gene Tabachnick | Reed Smith LLP<br>225 Fifth Avenue, Suite 1200,<br>Pittsburgh, PA 15222 | Fact |
| 23. | Guenther Tolkmit | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 24. | Kenneth White | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 25. | Alfred Weaver, Ph. D. | University of Virginia<br>School of Engineering and Applied<br>Sciences<br>151 Engineer's Way<br>P.O. Box 400470<br>Charlottesville, VA 22904 | Expert |
| 26. | Vicky Williams | Novant Health, Inc.<br>4680 Duffer Court<br>Pfafftown, NC 27040 | Fact |
| 27. | William Yuhasz | Novant Health, Inc.<br>427 Beaten Path Road<br>Mooresville, NC 28117 | Fact |