# APPENDIX 2

**LAWSON SOFTWARE INC.'S LIST OF WITNESSES INTENDED TO BE CALLED**

| No. | Witness | Address | Purpose |
|---|---|---|---|
| 1. | Billgren, Henrik | Vendervagen 89<br>Nanderyd, Sweden | Fact |
| 2. | Christopher son, Dale | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 3. | Cimino, Lynn | South Jersey Healthcare<br>333 Irving Avenue<br>Bridgeton, NJ  08302 | Fact |
| 4. | Dooner, Todd | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 5. | Eng, Pamela | 7848 Pembridge Road<br>Manassas, Virginia  20112 | Fact |
| 6. | Farber, Ken | ePlus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA  20171 | Fact |
| 7. | Fielder-McEneny, Laurene | 3 Bowling Green<br>Colts Neck, NJ  07722 | Fact |
| 8. | Frank, Jeff | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 9. | Gounaris, Charles | 121 Doray Drive<br>Pittsburgh, PA  15237 | Fact |
| 10 | Green, Phillip | Hoffman Alvary & Company LLC<br>7 Wells Ave.<br>Newton, MA  02459 | Expert |
| 11 | Hager, Dean | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 12 | Hvass, Jeff | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 13 | Irwin, Robert | Robert Wood Johnson University Hospital<br>1 Robert Wood Johnson Place<br>New Brunswick, NJ  08901 | Fact |
| 14 | Jacobs, Albert | Technical Services Associates<br>2 Kacey Court<br>Mechanicsburg, PA,  17055 | Fact |
| 15 | Johnson, James | 215 Appleglen Court<br>McDonald, PA  15202 | Fact |
| 16 | Kinross, Robert | 6816 Ricker Court<br>Pittsburgh, PA  15202 | Fact |

2

| No. | Witness | Address | Purpose |
|---|---|---|---|
| 17 | Knuth, Keith | 16601 Imperial Way<br>Lakeville MN 55044 | Expert |
| 18 | Lawson, Richard | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 19 | Lohkamp, Keith | 3045 Totterdell Street<br>Oakland, CA  94611 | Fact |
| 20 | Matias, Manuel | Robert Wood Johnson University Hospital<br>1 Robert Wood Johnson Place<br>New Brunswick, NJ  08901 | Fact |
| 21 | Mencarini, Steven | 1921 Batten Hollow Road<br>Vienna, VA  22182 | Fact |
| 22 | Momyer, Douglas | 2241 Old Washington Road<br>Pittsburgh, PA  15421 | Fact |
| 23 | O'Connell, Jerry | Triple Rock Ranch<br>35701 Nine Mile Prairie Rd.<br>Greenough, MT  59823 | Fact |
| 24 | O'Loughlin, Johanna | Reed Smith LLP<br>225 Fifth Ave., Suite 1200<br>Pittsburgh, PA  15222 | Fact |
| 25 | Oliver, Kristy | Blount Memorial Hospital<br>907 East Lamar Alexander Pkwy.<br>Maryville, TN  37804 | Fact |
| 26 | Raleigh, Hannah | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 27 | Ramos, Jesus | Technical Services Associates<br>2 Kacey Court<br>Mechanicsburg, PA,  17055 | Fact |
| 28 | Shamos, Michael | Institute for Software Research<br>Carnegie Mellon University<br>Gates Hillman Complex 6707<br>5000 Forbes Avenue<br>Pittsburgh, PA  15213 | Expert |
| 29 | Staats, Preston | 804 Las Cimas Parkway<br>Austin, TX  78746 | Fact/<br>Expert |
| 30 | Tolkmit, Guenther | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 31 | White, Ken | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 32 | Williams, Vicky | Novant Health, Inc.<br>427 Beaten Path Road<br>Mooresville, NC  28117 | Fact |

LIBA/2111583.1

| No. | Witness | Address | Purpose |
| --- | --- | --- | --- |
| 33 | Wissing, Gerard | SAP, A.G.<br>3999 West Chester Pike<br>Newtown Square, PA | Fact |
| 34 | Yohasz, William Ray | Novant Health, Inc.<br>427 Beaten Path Road<br>Mooresville, NC  28117 | Fact |

4

LIBA/2111583.1