# APPENDIX 4

LIBW/1756355.3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| *e*PLUS INC.,                                )  |  |
|                                                       )  |  |
|        **Plaintiff,**                  )  | **Civil Action No. 3:09-CV-620 (REP)** |
|                                                       )  |  |
|        **v.**                          )  |  |
|                                                       )  |  |
| **LAWSON SOFTWARE, INC.,**   )  |  |
|                                                       )  |  |
|                                                       )  |  |
|                                                       )  |  |
|        **Defendant.**                )  |  |

**<u>*e*PLUS INC.'S EXHIBITS AS TO WHICH LAWSON SOFTWARE, INC.
OBJECTS AND THE GROUNDS FOR OBJECTION</u>**

## KEY TO OBJECTIONS

| Reference | Basis for Objection |
|---|---|
| 106 | Fairness requires admission of remainder of the document |
| 401/402 | The evidence in the exhibit is not relevant and is not admissible |
| 403 | Any relevance of the exhibit is substantially outweighed by the danger of unfair prejudice, confusion of the issues, misleading the jury, or considerations of unfair delay, waste or confusion of the issues, misleading the jury, or considerations of unfair delay, waste of time, or needless presentation of cumulative evidence. |
| 801/802/805 | The exhibit contains or is hearsay and no exception applies and/or the exhibit contains or is hearsay within hearsay and no exception applies. |
| 901 | The exhibit lacks authentication. |
| 1002 | Original required (Best Evidence) |
| 1003 | Poor duplicate – unfair to admit as duplicate (Best Evidence) |
| 1006 | The evidence in the exhibit includes improper summary of evidence. |
| Duplicate | The exhibit is duplicative of another exhibit(s) |
| FRCP 26 | Not timely disclosed |
| IL | The exhibit is not legible |
| MD | Exhibit is inadmissible because it contains more than one document or is an improper collection of documents |
| MIL | Subject of motion *in limine* |
| NT/T | The exhibit contains text in a foreign language that is not translated to English, or the translation is inaccurate |
| NR | Exhibit not received—all objections are reserved |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0004 | ePLUS0703539 | ePLUS0703780 | 2/8/2000 | File History for U.S. Patent No. 6,023,683 | 901 |
| PX-0011 | ePLUS0227032 | ePLUS0227054 | 10/2001 | Granada Research, Using the UNSPSC, United Nations Standard Products and Services Code, White Paper | 403, 801/802/805, 901 |
| PX-0012 | ePLUS0228130 | ePLUS0228196 | 9/15/2004 | Fisher Technology Group Web Pages and Press Releases "New Electronic Commerce Produce, SupplyLink, Revolutionizes Requisitioning and Procurement" and "FTG's ProcureNet Internet Mall Helps Companies Reach Bigger Audience, Sell On-line" | 401/402, 801/802/805, 901, MD, MIL, contains duplicate pages |
| PX-0013 | ePLUS0228217 | ePLUS0228221 | 8/13/1993 | Agreement of Exchange of Confidential Information, regarding the Fisher Scientific Electronic Catalog project between IBM and Fisher Scientific | 401/402, 403, 801/802/805, 901, MIL |
| PX-0017 | ePLUS0228538 | ePLUS0228593 | 06/2003 | "The Procurement and Sourcing Applications Report, 2002 - 2007" AMR Research Report | 401/402, 403, 801/802/805, 901, MIL |
| PX-0018 | ePLUS0229212 | ePLUS0229220 | 12/22/2003 | ePLUS Documents Regarding Patent Marking | 801/802/805 |
| PX-0019 | ePLUS0509214 | ePLUS0509228 | N/A | Fisher's Strategic Procurement System | 401/402, 801/802/805 |
| PX-0020 | ePLUS0509229 | ePLUS0509236 | 6/30/1995 | U.S.D/FTG Opportunity Management | 401/402, 801/802/805, 901, IL |
| PX-0023 | ePLUS0509252 | ePLUS0509256 | N/A | Electronic Sourcing Summary | 401/402, 801/802/805 |

4

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0025 | ePLUS0509285 | ePLUS0509306 | 3/16/1994 | Pilot and Comprehensive Electronic Sourcing Program System, prepared for Fisher Scientific by IBM | MD<br><br>For confidentiality agreement: 401/402, 403, 801/802/805, 901, MIL<br><br>For Pilot Program: 801/802/805 |
| PX-0027 | ePLUS0509332 | ePLUS0509347 | 1996 | Supply Link Technical Bulletin, 1st Quarter 1996 | 401/402, 403, 801/802/805, 901, MIL |
| PX-0029 | ePLUS0519771 | ePLUS0519789 | 11/2001 | "Complex Indirect Procurement: The Final Frontier for Savings," Aberdeen Group | 401/402, 403, 801/802/805, 901, MIL |
| PX-0031 | ePLUS0519825 | ePLUS0519833 | 10/22/2004 | Frequently Asked Questions from UNSPSC Website www.unspsc.org | 801/802/805, 901 |
| PX-0032 | ePLUS0519834 | ePLUS0520139 | 1998-2004 | Documents Downloaded From UNSPSC Website www.unspsc.org | 403, 801/802/805, 901, MD |
| PX-0033 | ePLUS0520140 | ePLUS0520947 | 1992-1993 | James Johnson 1992 - 1993 Calendar/Day Planner [JOHNSON 00001 - JOHNSON 00808] | 401/402, 801/802/805, R26, MD |
| PX-0034 | ePLUS0520948 | ePLUS0521686 | 1993-1994 | James Johnson 1993 - 1994 Calendar/Day Planner [JOHNSON 00809 - JOHNSON 01547] | 401/402, 801/802/805, R26, MD |

5

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0035 | ePLUS0521687 | ePLUS0522445 | 1994-1995 | James Johnson 1994 - 1995 Calendar/Day Planner [JOHNSON 01658 - JOHNSON 02417] | 401/402, 801/802/805, R26, MD |
| PX-0036 | ePLUS0522446 | ePLUS0523167 | 1995-1996 | James Johnson 1995 - 1996 Calendar/Day Planner [JOHNSON 02418 - JOHNSON 03139] | 401/402, 801/802/805, MD |
| PX-0037 | ePLUS0523168 | ePLUS0523907 | N/A | Printouts Of Floppy Disks Produced By James Johnson Regarding Invention Development [JOHNSON 03726 - JOHNSON 04366] | 401/402, 801/802/805, R26, MD |
| PX-0038 | ePLUS0524036 | ePLUS0524058 | 2/8/1994 | Revisions to draft - "Pilot and Comprehensive Electronic Sourcing Program System" prepared by IBM for Fisher Scientific | 801/802/805 |
| PX-0040 | L0071720 | L0071828 | 6/29/2009 | Lawson's Response to Target Corporation's Electronic Request for Information | 801/802/805 |
| PX-0041 | ePLUS0524455 | ePLUS0524462 | 08/2003 | "Supplier Relationship Management: Creating Value by Completing the  Chain" An IDC Executive Brief, August 2003 | 401/402, 403, 801/802/805, 901 |
| PX-0042 | ePLUS0524465 | ePLUS0524465 | 2/14/2005 | Smartmoney.com: Ariba to Pay ePLUS $27M to Settle Infringement Suit | 801/802/805, 401/402, 403, 901, MIL |
| PX-0043 | ePLUS0524597 | ePLUS0524622 | 2/12/2005 | Settlement & License Agreement between Ariba, Inc. and ePLUS, Inc., dated February 12, 2005 | 801/802/805, 401/402, 403, MIL |
| PX-0045 | ePLUS0524883 | ePLUS0524883 | N/A | Photo of a CD ePLUS Procure+ | 106, 401/402 |
| PX-0046 | ePLUS0524884 | ePLUS0524884 | N/A | Photo of a CD ePLUS Procure+ | 106, 401/402 |

6

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0047 | ePLUS0714215 | ePLUS0714726 | 06/2004 | Procure+ Client Server System Admin Guide V 6.606 (Part 1) | 401/402, MIL |
| PX-0048 | ePLUS0714727 | ePLUS0715117 | 06/2004 | Procure+ Client Server System Admin Guide V 6.606 (Part 2) | 401/402, MIL |
| PX-0095 | LE00220071 | LE00220080 | N/A | 2009.10.22 Deposition of Henrik Billgren - Exhibit 17 - EPR 6 Requirements | 901 |
| PX-0113 | LE00124594 | LE00124617 | 4/26/2001 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 23 & 2009.10.20 Deposition of Keith Lohkamp - Exhibit 08– Design Analysis Vendor Catalog Load | 901 |
| PX-0118 | LE00429167; LE00597098 | LE00597104-8 | 9/3/2008 | 2009.10.20 Deposition of Dale Christopherson – Exhibit 31 – Compilation exhibit, Lawson's Response to Request for Proposal Number 08-09 | 801/802/805, MD, F |
| PX-0119 | SOURCE-CODE | SOURCE-CODE | N/A | 2009.10.20 Deposition of Dale Christopherson – Exhibit 32 – Compilation of files related to program PO536 | MD, F |
| PX-0120 | SOURCE-CODE | SOURCE-CODE | N/A | 2009.10.20 Deposition of Dale Christopherson – Exhibit 33 – Compilation of files related to program IC516 | MD, F |
| PX-0121 | SOURCE-CODE | SOURCE-CODE | N/A | 2009.10.20 Deposition of Dale Christopherson – Exhibit 34 – Compilation of files related to program IC11 | MD, F |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0122 | SOURCE-CODE | SOURCE-CODE | N/A | 2009.10.20 Deposition of Dale Christopherson – Exhibit 35 – Compilation of files related to program IC00 | MD, F |
| PX-0123 | SOURCE-CODE | SOURCE-CODE | N/A | 2009.10.20 Deposition of Dale Christopherson – Exhibit 36 – Compilation of files related to program IC800 | MD, F |
| PX-0124 | SOURCE-CODE | SOURCE-CODE | N/A | 2009.10.20 Deposition of Dale Christopherson – Exhibit 37 – Compilation of files related to PunchoutSetupRequest, java | MD, F |
| PX-0130 | L0261972, L0262041, L0262044, L0262059, L0262133, L0262265, L0262268, L0262307, L0262790, L0262843, | L0261972, L0262041, L0262044, L0262059, L0262133, L0262265, L0262268, L0262307, L0262790, L0262843, | N/A | 2010.03.01 Todd Dooner Deposition - Exhibit 08 - Various documents falling within Bates range of RFP Express | 106, 401/402, 801/802/805, MD, F |
| PX-0139 | ePLUS0010605 | ePLUS0010606 | 12/12/2001 | 2009.12.16 Kenneth Farber Deposition- Exhibit 17 - Manage+ Demo Request Form | 401/402 |
| PX-0140 | ePLUS0434494 | ePLUS0434515 | 03/2008 | 2009.12.17 Deposition of Kenneth Farber - Exhibit 23 - eProcurement - Indalex 3/2008, Procure+ 6.x Hosted, and Procure+ & OPS documents | 401/402 (for pp. 268-269), 801/802/805, 901 |

8

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0141 | ePLUS0818140 | ePLUS0818196 | 08/2008 | 2009.12.17 Deposition of Kenneth Farber - Exhibit 24 - August 2008 e+ Analyst Briefing | 401/402 |
| PX-0142 | ePLUS0813431 | ePLUS0813510 | 11/2008 | 2009.12.17 Deposition of Kenneth Farber - Exhibit 25 - November 2008 e+ Enterprise Supply Management - An Overview of ePLUS Solutions | 401/402 |
| PX-0143 | ePLUS0911573 | ePLUS0911582 | N/A | 2009.12.17 Deposition of Kenneth Farber - Exhibit 33 - Novant Health Procurement-Current State | 801/802/805 |
| PX-0144 | ePLUS0611525 | ePLUS0611526 | 3/17/2009 | 2009.12.17 Deposition of Kenneth Farber - Exhibit 35 - 2009.03.17 Email from Pinkerton to Thomas re: Novant schematic.pptx & attached Novant schematic.pptx | 401/402 |
| PX-0146 | ePLUS0913891 | ePLUS0913904 | 3/17/2009 | 2009.12.17 Deposition of Kenneth Farber - Exhibit 38 - 2009.03.17 Email from Thomas to Halpern, Karns, Farber, Pinkerton and Frenette & attached 2009.03.20 ePLUS Response to: Novant Health Procure to Pay System | 401/402, 403 |
| PX-0173 | LE00553268 | LE00553268 | 11/8/2005 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 36 – 11/08/2005 e-mail from Griffith to Haithcox re Help Needed: Top 10 clients | 401/402, 403, 801/802/805, 901 |
| PX-0176 | L0046293 | L0046332 | 11/2006 | 2009.10.16 Deposition of Dean Hager – Exhibit 04 – Lawson Procurement Punchout Administration Guide, Version 9.0, Nov. 2006 | 901 |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0177 | LE00181432 | LE00181459 | N/A | 2009.10.16 Deposition of Dean Hager – Exhibit 06 – Presentation by Kirsch entitled "Lawson Procurement Punchout" | 901 |
| PX-0182 | LE00720814 | LE00720815 | 11/30/2008 | 2009.10.16 Deposition of Dean Hager – Exhibit 18 – Lawson's Financial Position, Quarter Ended Nov. 30, 2008 | 401/402, 403 |
| PX-0184 | LE00652103 | LE00652103 | N/A | 2009.10.16 Deposition of Dean Hager – Exhibit 24 – VsTarget | 106, 401/402 (for p. 252), 901 |
| PX-0187 | LE00163689 | LE00163703 | 8/16/2002 | 2009.10.20 Deposition of Keith Lohkamp - Exhibit 01 - Lawson Software Procurement Applications | 801/802/805, 901 |
| PX-0193 | LE00351001 | LE00351012 | 7/29/2009 | 2009.10.20 Deposition of Keith Lohkamp - Exhibit 19 - S3/SHCM Group Weekly Leadership Meeting | 401/402, 901 |
| PX-0199 | ePLUS0942090 | ePLUS0942095 | 2/4/2010 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 03 - Article titled "Lawson Professional Services Introduces Managed Services and Lawson 9 Migration Programs; Professional Services Portfolio Strengthened With New Programs Designed to Help Customers Maximize the Return on Their Lawson Investment" | 801/802/805, 901 |
| PX-0204 | L0115497 | L0115522 | N/A | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 09 - Learning Maps | 403, 901 |
| PX-0205 | L0067967 | L0067977 | N/A | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 10 - Lawson Implementation Approach | 403, 901 |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0210 | LE02782644 | LE02782669 | 03/2005 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 15 - 7.2.2.4 to 8.0.3 Application and Environment Upgrade iSeries Information Document and Budgetary Estimate | 403, 901 |
| PX-0220 | LE00594047 | LE00594052 | 2/12/2007 | First Thing Monday - AMR Research | 401/402, 801/802/805, 901 |
| PX-0228 | B002775 | B002779 | 7/29/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 05 - E-mail string from K. Rice to K. Oliver | 403 |
| PX-0229 | B002766 | B002769 | 8/1/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 06 - E-mail from K. Rice to K. Oliver | 403 |
| PX-0230 | B000945 | B001051 | 11/18/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 07 - E-mail from K. Rice to K. Oliver | 403 |
| PX-0231 | B000877 | B000879 | 11/20/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 08 - E-mail from K. Rice to R. Storey, cc'ing K. Oliver | 403 |
| PX-0232 | B000837 | B000841 | 12/3/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 09 - E-mail from K. Rice to R. Storey, cc'ing K. Oliver | 403 |
| PX-0233 | B000842 | B000880 | 12/3/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 10 - E-mail from K. Rice to R. Storey, cc'ing K. Oliver | 403 |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0235 | B000222 | B000222 | 12/31/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 12 - E-mail from K. Rice to K. Oliver, cc'ing R. Storey | 403 |
| PX-0239 | B002243 | B002253 | 9/10/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 16 - E-mail from K. Rice to R. Storey, cc'ing K. Oliver | 403 |
| PX-0246 | NOV0870 | NOV0904 | N/A | 2010.02.19 Deposition of Third Party - Novant - Exhibit 07 - Supply Chain NMG Ambulatory Care Manual | 401/402, 403, 901 |
| PX-0253 | L0156785 | L0156786 | 6/2/2006 | 2010.02.19 Deposition of Third Party - Novant - Exhibit 14 - Lawson Software, Inc., Services Order Form | 403, 901 |
| PX-0270 | N/A | N/A | 3/2/2010 | 2010.03.02 Deposition of Third Party - South Jersey (Lynn Cimino) - Exhibit 11 - Recording of Demonstration | MIL |
| PX-0271 | N/A | N/A | 3/2/2010 | South Jersey Screen Shot Demo Files 1 and 2 | MIL |
| PX-0275 | L0261603 | L0262981 | N/A | RFP Express | 401/402, 801/802/805, 901, MD |
| PX-0278 | LE00116782 | LE00116806 | 8/1/2005 | 2009.10.26 Deposition of Kenneth White – Exhibit 15 – Product Catalog Information | 401/402, 403 |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0279 | L0288394 | L0288394 | FY 2008 | 2010.04.21 Deposition of Kenneth White – Exhibit 16 – Lawson Q4 FY2008 Forecast vs, Budget Fully Allocated Non-GAAP View Financial Spreadsheet | 401/402, 403 |
| PX-0281 | ePLUS0003631 | ePLUS0003677 | N/A | ePLUS Systems Response to Gannett E-Procurement Supplier Questions, Issues or Items Requiring Further Explanation | 401/402 |
| PX-0282 | ePLUS0009339 | ePLUS0009340 | 5/29/2003 | Press Release: ePLUS Awarded Patent on Electronic Cross-Catalog Searching | 401/402, 403, 801/802/805, MIL |
| PX-0283 | ePLUS0009390 | ePLUS0009391 | 2003 | Content+ Supplier Portal: Harness the Power of Rich, Online Catalog Content | 401/402 |
| PX-0284 | ePLUS0026860 | ePLUS0026861 | 7/31/2003 | Press release: "ePLUS Named to iSource Business Magazine's Top 100" | 401/402, 403, 801/802/805, MIL |
| PX-0285 | ePLUS0026955 | ePLUS0026957 | 1/21/2004 | Press release: "ePLUS Achieves Two Consecutive Quarters of Top Ranking in Aberdeen's Supply Chain Top Fifty" | 401/402, 403, 801/802/805, MIL |
| PX-0286 | ePLUS0027032 | ePLUS0027033 | 6/25/2004 | Press release: ePLUS Named to 2004 Supply & Demand Chain Executive Magazine's Top 100 | 401/402, 403, 801/802/805, MIL |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0287 | ePLUS0027388 | ePLUS0027401 | 2003 | Content+ Product Content Management for the Enterprise, An Executive White Paper | 401/402, 403, |
| PX-0289 | ePLUS0030544 | ePLUS0030761 | 06/2004 | Procure+ Client/Server System Administration Guide Version 6.606 June 2004 | 401/402, 403 |
| PX-0290 | ePLUS0037014 | ePLUS0037015 | 2003 | Procure+ : Gain Total Control of Your Procurement Process. (2003) | 401/402, 403 |
| PX-0292 | ePLUS0113979 | ePLUS0113984 | 2004 | ePLUS Company Profile: Excellence through Experience.  A Trusted Partner and Proven Leader in Enterprise Cost Management. | 401/402, 403 |
| PX-0293 | LE00216433 | LE00216453 | N/A | Lawson M3 e-Procurement Presentation | 401/402, 403 |
| PX-0294 | ePLUS0133477 | ePLUS0133478 | 12/26/2001 | Ariba Rides Aberdeen Award, article by Tom Kaneshige in E-Business News | 801/802/805, 401/402, 403, MIL |
| PX-0295 | ePLUS0134589 | ePLUS0134655 | 9/15/2004 | Cornerstone Article "A 'Net' Solution for both Buying and Selling Organizations" | MD, 401/402, 403, 801/802/805, 901 |
| PX-0297 | ePLUS0139995 | ePLUS0140017 | 9/30/1994 | Recordation Form Cover Sheet, Assignment regarding invention of Electronic Sourcing System and Method (Serial No. 08/288,577), Certificates of Merger of Fisher Scientific Company with and into Fisher Scientific Company L.L.C., Identification of Assignee and Assignment of Fisher Scientific International Inc. | 901 |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0298 | ePLUS0432883 | ePLUS0432883 | N/A | ePLUS 's Response to Novant Health Request for Proposal, Procure to Pay - 1674 Appendix A | 401/402 |
| PX-0299 | ePLUS0434089 | ePLUS0434096 | 9/27/2006 | ePLUS Proposal For: HanesbrandsInc – eProcurement Solution for Indirect Spend | 401/402 |
| PX-0300 | ePLUS0434516 | ePLUS0434517 | 09/2006 | Procure+ Hosted & Content + SP – Hanes | 401/402 |
| PX-0301 | ePLUS0442856 | ePLUS0442856 | 2006 | Screenshot : Welcome to Procure+ News and Information | 401/402 |
| PX-0302 | ePLUS0442857 | ePLUS0442857 | 2006 | Screenshot: Welcome to Procure+ | 401/402 |
| PX-0303 | ePLUS0529139 | ePLUS0529140 | 2006 | IT Outsourcing Success with ePLUS-Paving the Way for Continued Growth and Profitability | 401/402, 801/802/805 |
| PX-0305 | ePLUS0529152 | ePLUS0529153 | 2006 | Success with ePLUS: Harnessing eProcurement Efficiencies on a Global Scale | 401/402, 403 |
| PX-0306 | ePLUS0529154 | ePLUS0529159 | 2008 | ePLUS Product Information Management, Fueling Supply Management | 401/402, 403 |
| PX-0307 | ePLUS0529160 | ePLUS0529163 | 2009 | ePLUS eProcurement, Automating Spend with Procure+ | 401/402, 403 |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0308 | ePLUS0529164 | ePLUS0529177 | 09/2008 | How's and Why's Of Automating Procurement, e+ Executive White Paper on Successful eProcurement Implementation | 401/402, 403 |
| PX-0309 | ePLUS0529178 | ePLUS0529191 | 09/2008 | Content+ Advanced, e+ Executive White Paper on Product Content Management for the Enterprise | 401/402, 403 |
| PX-0310 | ePLUS0529192 | ePLUS0529193 | 2006 | Procurement Success ePLUS-Embracing a Strategic Focus | 401/402, 403 |
| PX-0311 | ePLUS0529194 | ePLUS0529207 | 09/2008 | Erasing the Barriers to Achieving eProcurement ROI, an Executive White Paper on Supplier Enablement | 401/402, 403 |
| PX-0312 | ePLUS0529214 | ePLUS0529214 | N/A | Procure+ SAS70 web page | 401/402, 403 |
| PX-0313 | ePLUS0529218 | ePLUS0529218 | N/A | e+ Product Information Management web page | 401/402, 403 |
| PX-0314 | ePLUS0612276 | ePLUS0612293 | N/A | Responding to an RFx- Wolters Kluwer | 401/402, 801/802/805, 901 |
| PX-0315 | ePLUS0710278 | ePLUS0710653 | 2003 | ePLUS Technology Solutions, Increase Profitability, Efficiency and Control Across Your Enterprise | 401/402, 403 |
| PX-0316 | ePLUS0935319 | ePLUS0937229 | 10/24/2007 | Emails relating to ePLUS's Proposal to Blue Cross Blue Shield of NC | 401/402 |
| PX-0317 | ePLUS0940765 | ePLUS0940776 | 8/28/2009 | Settlement and License Agreement between ePLUS inc. and Perfect Commerce, LLC and Exhibits A and B | 401/402, 403, MIL |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0318 | ePLUS0940777 | ePLUS0940801 | 12/11/2006 | Patent License and Settlement Agreement among SAP America, Inc., SAP AG and ePLUS inc. | 401/402, 403, MIL[1][2] |
| PX-0319 | ePLUS0940802 | ePLUS0940814 | 8/19/2009 | Settlement and License Agreement between ePLUS, Inc. and SciQuest, Inc. and Exhibits A and B | 401/402, 403, MIL |
| PX-0320 | ePLUS0940815 | ePLUS0940835 | 7/7/2009 | Settlement and License Agreement between ePLUS inc. and Verian Technologies, Inc. and Exhibits A and B | 401/402, 403, MIL |
| PX-0321 | ePLUS0940862 | ePLUS0940863 | 11/10/2009 | Letter from ePLUS Counsel to Perfect Commerce re Product Marking Requirement | 401/402, 403, MIL |
| PX-0322 | ePLUS0940864 | ePLUS0940865 | 11/10/2009 | Letter from ePLUS Counsel to SciQuest re Product Marking Requirement | 401/402, 403, MIL |
| PX-0323 | ePLUS0940866 | ePLUS0940866 | 11/24/2009 | Letter from SciQuest to ePLUS Counsel re Product Marketing Requirement | 401/402, 403, 801/802/805MIL |
| PX-0324 | ePLUS0940867 | ePLUS0940868 | 11/10/2009 | Letter from ePLUS Counsel to Verian Technologies, Inc. re Product Marketing Requirement | 401/402, 403, MIL |
| PX-0325 | ePLUS0940869 | ePLUS0940871 | 2/17/2005 | Gartner Publication re Ariba-ePLUS Settlement Could Spark More Patent Lawsuits | 401/402, 403, 801/802/805, 901, MIL |

[1] Lawson objects to this document subject to its motions in limine but reserves the right to use the document for other purposes.

[2] In an August 24, 2010 email from K. Stoll-DeBell, Lawson identified this document as having been stipulated to (DX-57 and DX-219).  *e*Plus therefore contends that the document should be admissible.

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0326 | ePLUS0940872 | ePLUS0940873 | 7/8/2008 | Article from Supply Demand Chain Executive: "Ariba Settles Patent Infringement Litigation with ePLUS" | 401/402, 403, 801/802/805, 901, MIL |
| PX-0327 | ePLUS0940874 | ePLUS0940875 | 2/14/2005 | article from IT Management "ePLUS Wins $37 Million Patent Infringement Suit Against Ariba" by Renee Boucher Ferguson | 401/402, 403, 801/802/805, 901, MIL |
| PX-0328 | ePLUS0940876 | ePLUS0940876 | 9/8/2005 | article published on infoworld.com "ePLUS Charges SAP with Patent Infringement" by John Blau | 401/402, 403, 801/802/805, 901, MIL |
| PX-0329 | ePLUS0940877 | ePLUS0940877 | 2/15/2005 | Article from NY Times-Tech Briefing "Software-Ariba Settles Patent Suit with ePLUS" | 401/402, 403, 801/802/805, 901, MIL |
| PX-0330 | ePLUS0940878 | ePLUS0940878 | 9/8/2005 | Article from Computerworld Networking&Internet "ePLUS charges SAP with Patent Infringement" by John Blau | 401/402, 403, 801/802/805, 901, MIL |
| PX-0335 | LE00497942 | LE00497943 | 10/22/2008 | Email from Megan Evans to Keith Lohkamp cc Steven Herbst regarding Issues at Novant Health | 401/402, 403 |
| PX-0342 | ePLUS0240726 | ePLUS0240736 | 2/11/2002 | IDII Software Newsletter, Vol. 3, No. 3, dated 2/11/2002, available at www.idii.com/esn/vol3num03.htm | 801/802/805, 401/402, 901 |
| PX-0343 | ePLUS0240822 | ePLUS0240822 | 9/2/2009 | "Lawson e-Procurement Description" available at www.spendsoftware.com/procurementsoftware/lawson-e-procurement.html | 801/802/805, 901 |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0344 | ePLUS0240827 | ePLUS0240828 | 3/24/2000 | Press release titled, "Lawson Unveils On-Line Procurement/Supply Chain System" | 401/402, 403, 801/802/805, 901 |
| PX-0348 | ePLUS0241625 | ePLUS0241656 | N/A | Univ. of Texas MD Anderson Cancer Center "Online Ordering Tutorial & User Guide" | 801/802/805, 901 |
| PX-0349 | ePLUS0432884 | ePLUS0432910 | 3/20/2009 | Response to: Novant Health Procure to Pay System by ePLUS | 401/402 |
| PX-0353 | ePLUS0942099 | ePLUS0942099 | 12/31/2009 | Letter from ePLUS Counsel to Ariba, Inc. re Ariba, Inc. Product Marking Requirement | 401/402, 403, 801/802/805, MIL |
| PX-0354 | ePLUS0942100 | ePLUS0942101 | 3/8/2010 | Letter from ePLUS Counsel to Ariba, Inc. re Ariba, Inc. Product Marking Requirement | 401/402, 403, 801/802/805, MIL |
| PX-0355 | ePLUS0942102 | ePLUS0942104 | 3/8/2010 | Letter from ePLUS Counsel to Perfect Commerce, LLC re Perfect Commerce Product Marking Requirement | 401/402, 403, 801/802/805, MIL |
| PX-0356 | ePLUS0942105 | ePLUS0942106 | 3/8/2010 | Letter from ePLUS Counsel to Verian Technologies, Inc. Re: Marking of ePLUS Patent Numbers | 401/402, 403, 801/802/805, MIL |
| PX-0357 | ePLUS0942107 | ePLUS0942107 | 3/9/2010 | Email from Ariba Counsel to ePLUS Counsel regarding Product Marking  Requirement | 401/402, 403, 801/802/805, MIL |
| PX-0358 | ePLUS0942108 | ePLUS0942108 | 3/9/2010 | Email from Perfect Commerce Counsel to ePLUS Counsel re Product Marking Requirement | 401/402, 403, 801/802/805, MIL |

19

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0387 | ePLUS0947887 | ePLUS0947887 | N/A | Lawson Procurement Punchout (PPO) (Video) | 401/402, 403, 801/802/805, 901 for: Any portion of the video including comments or discussion by non-Lawson person. |
| PX-0391 | ePLUS0948787 | ePLUS0948787 | N/A | Requisitions Self-Service (XML), version 8.0.3 (Video) | 401/402, 403, 801/802/805, 901 for: Any portion of the video including comments or discussion by non-Lawson person. |
| PX-0393 | ePLUS0948926 | ePLUS0948926 | N/A | Vendor Agreement Import 8.0.3 (Video) | 401/402, 403, 801/802/805, 901 for: Any portion of the video including comments or discussion by non-Lawson person. |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0395 | ePLUS0948946 | ePLUS0948947 | 10/30/2008 | Press Release: Ariba Wins Patent Case Against Emptoris; Google cache of: http://www.ariba.com/news/pressreleases.cfm?pressid=2787 | 401/402, 403, 801/802/805, 901, MIL |
| PX-0403 | L0135741 - L0135745; L0135746 - L0135747; L0258429; L0290559 | L0135741 - L0135745; L0135746 - L0135747; L0258429; L0290559 | N/A | Excerpts of Lawson Source Code S3 Version 9.0, Relied Upon by Patrick Niemeyer | 106, 403 |
| PX-0404 | L0343669 | L0343669 | 4/8/2010 | Requisition Self-Service 8.1/9.0 (Virtual Learning Lab) | 401/402, 403, 801/802/805, 901 for: Any portion of the video including comments or discussion by non-Lawson person. |
| PX-0408 | L0345050 | L0345050 | 4/19/2010 | Requisitions 8.1, 9.x (Virtual Learning Lab) | 401/402, 403, 801/802/805, 901 for: Any portion of the video including comments or discussion by non-Lawson person. |
| PX-0412 | LE00169833 | LE00169949 | 12/2001 | December 2001 Aberdeen Group: Best Practices in e-Procurement | 401/402, 403, 801/802/805, 901, R26 |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0416 | NOV0051 | NOV0112 | 3/20/2009 | Email from Megan Evans to Pat Burton regarding "Re: Novant Health Procure to Pay RFP" and attached documents in response to Pat Burton's Request for Proposal | 801/802/805, 901 |
| PX-0417 | ePLUS0442943 | ePLUS0442950 | 09/2007 | ePLUS Product Information Management : Overview and Product Description | 401/402, 403, R26 |
| PX-0423 | N/A | N/A | N/A | (Catalog+ splash screen) | 401/402, 403, 901, 1002, R26 |
| PX-0424 | N/A | N/A | 2008 | (2008 Procure+ splash screen) | 401/402, 403, 901, 1002, R26 |
| PX-0425 | N/A | N/A | 2007 | (2007 Procure+ splash screen) | 401/402, 403, 901, 1002, R26 |
| PX-0430 | L0290393.001 | L0290393.026 | 2005-2010 | Lawson Revenue Spreadsheet | 401/402, 403, MIL |
| PX-0431 | L0345002.01 | L0345002.31 | N/A | M3 Price Configurator | 401/402, 403 |
| PX-0432 | L0345021.01 | L0345021.48 | N/A | S3 Price Configurator | 401/402, 403 |
| PX-0434 | L0314204.0001 | L0314204.1745 | N/A | Updated License Fee Spreadsheet | 401/402, 403, MIL |
| PX-0435 | L0345165.0001 | L0345166.4172 | 6/1/2004 - 3/31/2010 | Lawson Maintenance and Licensing Revenue | 401/402, 403, MIL |
| PX-0436 | N/A | N/A | N/A | ePLUS – Corporate Overview: http://www.ePLUS.com/about_us.htm | 401/402, 801/802/805, R26 |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0437 | N/A | N/A | N/A | Lawson Global Support: http://www.lawson.com/wcw.nsf/pub/support_index | 401/402, R26 |
| PX-0438 | N/A | N/A | N/A | Lawson History: http://www.lawson.com/wcw.nsf/pub/About_8E1C1B | 401/402, R26 |
| PX-0441 | ePLUS0429528 | ePLUS0429543 | 2004 | Outsourced Procurement Services: Realizing the Promise of Strategic Sourcing; An Executive White Paper | 801/802/805, 901 |
| PX-0442 | ePLUS0429518 | ePLUS0429527 | 2005 | Purchasing, Content, and Supplier Enablement: One Size Does Not Fit All; An Executive White Paper | 801/802/805 |
| PX-0443 | N/A | N/A | 2010 | Printout from Perfect Commerce website showing marking of patents | 401/402, 403, 801/802/805, R26, MIL |
| PX-0444 | N/A | N/A | 2010 | Printout from SciQuest website | 401/402, 403, 801/802/805, R26, MIL |
| PX-0445 | ePLUS0429684 | ePLUS0429685 | 2007 | Harness the Power of Teamwork: Getting the Best of Both Worlds | 401/402, 801/802/805 |
| PX-0446 | ePLUS0528110 | ePLUS0528479 | 2007 | Procure+ Web: System Administration Guide (Draft) | 401/402, 801/802/805 |
| PX-0447 | ePLUS0027359 | ePLUS0027360 | 7/21/2003 | Industry view: ePLUS Awarded Patent on Electronic Cross-Catalog Searching | 401/402, 403, 801/802/805, 901, MIL |
| PX-0448 | ePLUS0433126 | ePLUS0433133 | 09/2007 | Procure+ Overview and Product Description of Procure+ v 6.8 | 401/402 |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0455 | LE02002976 | LE02003189 | 03/2009 | Lawson Smart Office Administration Guide, Version 9.0.3 | 401/402, 403 |
| PX-0456 | LE02480515 | LE02480957 | 11/2008 | Lawson ProcessFlow Administration Guide, Version 9.0 | 401/402, 403 |
| PX-0457 | LE01281910 | LE01281915 | 10/9/2003 | E-Procurement is Reaching Its Plateau of Productivity: E-procurement has been an overhyped application; however, its recent maturation is setting the stage for a comeback. The application is no longer just a "catalog" solution sold by unstable vendors (Gartner Research) | 401/402,403, 801/802/805, 901 |
| PX-0458 | LE01280576 | LE01280419 | 2/25/2004 | Lawson Workshop: Sourcing, Contracts & Procurement (Gartner Research) | 401/402, 403, 801/802/805, 901 |
| PX-0459 | LE00588805 | LE00588822 | 11/2004 | Market Analysis: Worldwide Accounting and Financial Management Applications 2004 – 2008 Forecast and 2003 Vendor Shares (IDC) | 401/402, 403, 801/802/805, 901 |
| PX-0460 | L0259404 | L0259404 | 4/21/2005 | Sourcing and Procurement Innovation: It's an Executive Priority (AMR Research) | 401/402, 403, 801/802/805, 901, R26 |
| PX-0461 | LE00588824 | LE00589037 | 08/2005 | Market Analysis: Worldwide Software, 2005 – 2009 Forecast Summary | 401/402, 403, 801/802/805, 901, R26 |
| PX-0462 | LE00241100 | LE00241317 | 2005 | EAM/ CMMS Solutions Worldwide Outlook (ARC Advisory Group) (2005) | 401/402, 403, 801/802/805, 901, R26 |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0463 | LE00216130 | LE00216165 | 2006 | The Procurement and Sourcing Applications Report, 2005-2010 (AMR Research) | 401/402, 403, 801/802/805, 901, R26 |
| PX-0464 | LE00215934 | LE00215937 | 12/27/2006 | Research Brief: The CPO's Agenda: Managing Performance, Reporting to the CFO (December 27, 2006) (Aberdeen Group) | 401/402, 403, 801/802/805, 901, R26 |
| PX-0465 | L0134636 | L0134642 | 7/3/2007 | Market Outlook: Sourcing and Procurement in a Demand-Driven World – A Transformation Guide for Vendors, Service Providers and BPOs (AMR Research) | 401/402, 403, 801/802/805, 901, R26 |
| PX-0466 | L0259043 | L0259067 | 4/20/2007 | The Forrester Wave: eProcurement Solutions, Q2 2007 | 401/402, 403, 801/802/805, 901, R26 |
| PX-0467 | LE00215599 | LE00215603 | 5/4/2007 | Research Brief: Enabling Suppliers, Enabling Savings (Aberdeen Group) | 401/402, 403, 801/802/805, 901, R26 |
| PX-0468 | LE00496665 | LE00496666 | 2/21/2008 | Memorandum from Keith Lohkamp to Keith Knuth re: Cleveland Clinic and Procurement Punchout | 401/402, 403 |
| PX-0469 | LE00314446 | LE00314458 | 5/18/2009 | Lawson: Actions & Decisions | 401/402, 403 |
| **REBUTTAL EXHIBITS** | | | | | |
| PX-0471 | G0024070 | G0024072 | 5/3/2010 | Email chain from Gounaris to Rolland | 401/402, 403, 801/802/805 |
| PX-0472 | G0009362 | G0009363 | 4/7/2010 | 2010.05.08 Deposition of Charles Gounaris - Exhibit 02 - Gournaris Retention Agreement (Lawson) | 401/402, 403, 801/802/805 |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0473 | N/A | N/A | 5/18/2010 | 2010.05.08 Deposition of Charles Gounaris - Exhibit 18 - Addendum to Gounaris Retention Agreement (Lawson) | 401/402, 403, 801/802/805 |
| PX-0474 | G0023619 | G0023620 | 7/9/2009 | 2010.05.08 Deposition of Charles Gounaris - Exhibit 14 - Gournaris Retention Agreement (SciQuest) | 401/402, 403, 801/802/805 |
| PX-0475 | G0023785 | G0023787 | 1/30/2006 | 2010.05.08 Deposition of Charles Gounaris - Exhibit 15 - Gournaris Retention Agreement (SAP) | 401/402, 403, 801/802/805, MIL |
| PX-0476 | G0024075 | G0024075 | 5/2/2010 | 2010.05.08 Deposition of Charles Gounaris - Exhibit 17 - Gounaris Invoice | 401/402, 403 |
| PX-0477 | ENG000346 | ENG000347 | 4/7/2010 | 2010.05.25 Deposition of Pamela Eng - Exhibit 02 - Eng Retention Agreement (Lawson) | 401/402, 403, 801/802/805 |
| PX-0478 | N/A | N/A | 4/23/2010 | 2010.05.24 Deposition of Jesus Ramos - Exhibit 02 - Ramos Retention Agreement | 401/402, 403, 801/802/805 |
| PX-0480 | N/A | N/A | 5/1/2010 | 2010.05.25 Deposition of Al Jacobs - Exhibit 02 - Jacobs Retention Agreement | 401/402, 403, 801/802/805 |
| PX-0481 | ePLUS0477908 | ePLUS0477908 | N/A | Gateway licensing terms | 106, 401/402 |
| PX-0482 | ePLUS0219477 | ePLUS0219483 | 2/1/2006 | 2010.06.10 Deposition of Laurene McEnemy - Exhibit 03 - License Agreement between American Tech and Household Credit | 401/402, 801/802/805 |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0483 | ePLUS0219491 | ePLUS0219492 | 2/1/2006 | 2010.06.10 Deposition of Laurene McEnemy - Exhibit 04 - License Agreement between American Tech and Bank of Texas | 401/402, 801/802/805 |
| PX-0484 | FM0000009 | FM0000009 | 4/28/2010 | Email chain between Laurene Fielder-McEneny and Hughey | 401/402, 801/802/805 |
| PX-0485 | N/A | N/A | 4/16/2010 | Staats Retention Agreement | 401/402, 403, 801/802/805 |
| PX-0486 | N/A | N/A | 4/27/2010 | 2010.06.14 Deposition of Gerald O'Connell - Exhibit 02 - O'Connell Retention Agreement | 401/402, 403, 801/802/805 |
| PX-0487 | ePLUS0062318 | ePLUS0062321 | 3/25/1999 | Memo from Pelletier re: Review of Reality - Cornerstone Gap Project | 401/402, 801/802/805 |
| PX-0488 | ePLUS0429781 | ePLUS0429807 | 7/10/2001 | License Agreement between Procurenet and World Savings & Loan Association | 401/402, 801/802/805, 801/802/805 |
| PX-0489 | ePLUS0817684 | ePLUS0817691 | 7/19/2001 | License Agreement between Procurenet and Michigan State University | 401/402, 801/802/805 |
| PX-0490 | ePLUS0858364 | ePLUS0858382 | 7/10/2001 | License Agreement between Procurenet and Amica Mutual Insurance Company | 401/402, 801/802/805 |
| PX-0491 | G0007233 | G0007234 | N/A | ProcureNet Corporate Backgrounder | 401/402, 801/802/805 |
| PX-0492 | N/A | N/A | 6/14/2010 | Jerry O'Connell Linked In Profile | 401/402, 801/802/805, 901, R26 |
| PX-0498 | ePLUS0704765 | ePLUS0704769 | 1993 | Kaware 3 Retrieval Systems | 401/402, 801/802/805 |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0499 | ePLUS0704849 | ePLUS0704861 | 1994 | Aldrich Catalog on Disk Reference Manual | 401/402, 801/802/805 |
| PX-0500 | N/A | N/A | N/A | Compilation of Lawson's Responses to Prospective Customers' Requests for Proposal | 401/402, 403, 1006, MIL |
| PX-0501 | N/A | N/A | N/A | Compilation of Lawson's Statements of Work for Customers | 401/402, 403, 1006, MIL |
| PX-0502 | L0417614 | L0417614 | N/A | Lawson's Revenue Sheet | 401/402, 403, 1006, MIL |
| PX-0503 | ePLUS0461848 | ePLUS0461869 | 3/16/1994 | Statement of Work between Fisher and IBM | 401/402, 403, 1006, MIL |
| PX-0504 | ePLUS0949018 | ePLUS0949018 | N/A | ePlus System Demonstration | 401/402, 403, 1006, MIL |
| PX-0505 | ePLUS0204875 | ePLUS0204883 | 9/22/2004 | The Declaration of Ross E. Dworkin | 401/402, 403, 1006, MIL |
| PX-0506 | L0330837 | L0330929 | 05/2008 | S3 Lawson System Foundation Architecture Guide Version 9.0 | 401/402, 403, 1006, MIL |
| PX-0507 | N/A | N/A | 07/2010 | Lawson's Annual Report (10-K) | 401/402, 403, 1006, MIL |
| PX-0508 | N/A | N/A | 11/2003-03/2010 | Accused License Revenue by SKU | 401/402, 403, 1006, MIL |
| PX-0509 | N/A | N/A | 11/2003-03/2010 | Accused Maintenance Revenue by SKU | 401/402, 403, 1006, MIL |
| PX-0510 | N/A | N/A | 11/2003-03/2010 | Accused Service Revenue by SKU | 401/402, 403, 1006, MIL |
| PX-0511 | N/A | N/A | 11/2003-03/2010 | Total Accused Combined Revenue Summary | 401/402, 403, 1006, MIL |

LIBW/1756355.3

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0512 | N/A | N/A | 11/2003-03/2010 | Total Accused License Revenue Summary | 401/402, 403, 1006, MIL |
| PX-0513 | N/A | N/A | 11/2003-03/2010 | Total Accused Maintenance Revenue Summary | 401/402, 403, 1006, MIL |
| PX-0514 | N/A | N/A | 11/2003-03/2010 | Total Accused Service Revenue | 401/402, 403, 1006, MIL |
| PX-0515 | N/A | N/A | N/A | FRE 1006 Summary of Lawson's Responses to Prospective Customers' Requests for Proposal. | 401/402, 403, 1006, MIL |

LIBW/1756355.3