IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING PLAINTIFF *e*PLUS, INC.'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO PRECLUDE EVIDENCE OF DAMAGES <u>UNDER SEAL</u>**

Plaintiff ePlus, Inc., by counsel, and in accordance with the November 16, 2009, Protective Order entered in this case, has filed UNDER SEAL its Brief in Opposition to Defendant's Motion to Preclude Evidence of Damages, together with Exhibits A through P thereto. Exhibit Q is attached hereto.

August 27, 2010                            Respectfully submitted,

                                           ePlus, Inc.

                                           By Counsel

                                           _____/s/_____
                                           Henry I. Willett, III (VSB #44655)
                                           Craig T. Merritt (VSB #20281)
                                           **CHRISTIAN & BARTON, LLP**
                                           909 East Main Street, Suite 1200
                                           Richmond, Virginia 23219-3095
                                           Telephone: (804) 697-4100
                                           Facsimile: (804) 697-4112
                                           cmerritt@cblaw.com
                                           hwillett@cblaw.com

                                           Scott L. Robertson *(admitted pro hac vice)*
                                           Jennifer A. Albert *(admitted pro hac vice)*
                                           David M. Young (VSB #35997)
                                           **GOODWIN PROCTER LLP**
                                           901 New York Avenue, N.W.
                                           Washington, DC 20001
                                           Telephone:  (202) 346-4000
                                           Facsimile:   (202) 346-4444
                                           srobertson@goodwinprocter.com
                                           jalbert@goodwinprocter.com
                                           dyoung@goodwinprocter.com

                                           Michael G. Strapp (*admitted pro hac vice*)
                                           James D. Clements  (*admitted pro hac vice*)
                                           **GOODWIN PROCTER LLP**
                                           Exchange Place
                                           53 State Street
                                           Boston, MA 02109-2881
                                           Telephone:  (617) 570-1000
                                           Facsimile:   (617) 523-1231
                                           mstrapp@goodwinprocter.com
                                           jclements@goodwinprocter.com

                                           *Attorneys for Plaintiff, ePlus inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of August, 2010, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

***Counsel for Defendant Lawson Software, Inc.***

                                                                 /s/
                                       Henry I. Willett, III (VSB #44655)
                                       Counsel for Plaintiff *e*Plus, Inc.
                                       **CHRISTIAN & BARTON, LLP**
                                       909 East Main Street, Suite 1200
                                       Richmond, Virginia 23219-3095
                                       Telephone: (804) 697-4100
                                       Facsimile: (804) 697-4112
                                       hwillett@cblaw.com

1077868