IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
|     Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| v. | ) |
| LAWSON SOFTWARE, INC., | ) |
|     Defendant. | ) |

**[PROPOSED] ORDER**

Having considered the PLAINTIFF'S MOTION TO STRIKE THE EXPERT REPORTS OF PRESTON STAATS AND KEITH KNUTH, Dkt. No. _____, it is hereby **ORDERED** that the motion is granted, and the Expert Report of Preston Staats Concerning Invalidity and the Expert Report of Keith Knuth Concerning Source Code are stricken, and Dr. Staats's and Mr. Knuth's testimony is excluded from the trial of this matter.

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so **ORDERED**.

Richmond, Virginia
Date: _____

_____
Senior United States District Judge