# EXHIBIT 14

```
 1           IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINA
 2                      Richmond Division

 3

 4

 5   ePlus, Inc.,

 6                    Plaintiff,

 7   versus                          309 CV 620

 8   Lawson Software, Inc.

 9                    Defendant

10

11

12

13       before:  HONORABLE ROBERT E. PAYNE
            Senior United States District Judge
14

15

16              August 10, 2010
                Richmond, Virginia
17

18

19             Phone Conference

20

21

22           Gilbert F. Halasz, RMR
             Official Court Reporter
23             U. S. Courthouse
               Richmond, Virginia
24              (804) 916-2248

25
```

```
 1      cetera.  I haven't heard word one, so I am
 2      deciding you decided to ride the horses you
 3      have got.
 4           MR. McDONALD:  No, we are planning on
 5      using additional experts.  We have been in
 6      negotiations with ePlus on an agreed time table
 7      for the service of the report and the
 8      depositions to get them all done before the
 9      trial.  I think we are going to be successful
10      with that.
11           THE COURT:  Okay.
12           MR. ROBERTSON:  This is Mr. Robertson.  We
13      didn't agree on a time table, Dan, let's be
14      fair.  We had a discussion about it yesterday.
15           THE COURT:  Wait a minute, Mr. Robertson.
16      He said, we were working with you.  He didn't
17      say -- and he said, I think we will be
18      successful.  You are saying you don't think you
19      will be.  That is a different animal.  But he
20      didn't say you reached an agreement.
21           MR. ROBERTSON:  You are accurate, Your
22      Honor.  Absolutely.
23           Obviously we would like to know who the
24      additional experts are as soon as possible.  We
25      would like to get a disclosure from and take
```

```
 1          their deposition in a meaningful way before
 2          trial.  The proposal has been made that they
 3          would give us, identify their validity expert
 4          by tomorrow.  They don't know when they would
 5          identify the source code expert they are
 6          aspiring to get and giving us a report.  We go
 7          from August 25 and produce the witnesses for
 8          deposition August -- the week of August 30.
 9              THE COURT:  Does that suit you?
10              MR. McDONALD:  That would suit me if we
11          could get that time.  I might have,
12          obviously -- two concerns I have.  I mean, it
13          is their burden on invalidity.  I would like to
14          be able to, obviously, respond to that.  So
15          that actually puts me in a tighter bind.
16          Secondly, I assume the spirit and letter of The
17          Court's scheduling order on the two disciplines
18          that what was not contemplated is that they get
19          to call another expert to get up and say, I
20          agree with Dr. Shamos.
21              THE COURT:  No, no.  They can't do that.
22              MR. McDONALD:  Secondly, I would think
23          your ruling on that, they are confined to the
24          second supplemental statement, means they still
25          can't go outside of that with respect to
```