# EXHIBIT 16

**From**: William D Schultz <WSchultz@merchantgould.com>
**To**: Robertson, Scott L
**Cc**: Clements, James D; Strapp, Michael; Daniel McDonald <DMcDonald@merchantgould.com>; Kirstin Stoll-DeBell <KStollDeBell@merchantgould.com>; Rachel Hughey <RHughey@merchantgould.com>; Joshua P. Graham <JGraham@merchantgould.com>
**Sent**: Thu Aug 26 11:21:41 2010
**Subject**: Preston Staats

Scott, on our meet and confer call this morning you represented that you were going to object to Preston Staats because he opines on the same issues as Dr. Shamos.  Lawson plans to offer only Mr. Staats with respect to 102 and 103 issues.  Dr. Shamos will not be used as a witness on those issues with the exception of the Lawson legacy system and its relation to Claim 6 of the '683 patent, which Mr. Staats will not address.  Therefore, there will will be no duplication of testimony.
We hope this addresses your concern completely regarding the Staats report.  If there are any other issues, please let us know.  We all have enough to do at this point, so we are hoping a motion is unnecessary.

Further, this email confirms that Mr. Staats is available for deposition in DC on August 31.  If you want to take his deposition, please confirm that date.

Will


**William Schultz**
Partner
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2215

**Telephone** (612) 336-4677
**Mobile** (612) 386-1232
**Fax** (612) 332-9081
**www.merchantgould.com**

**GUARDIANS OF GREAT IDEAS**®

Atlanta | Denver | Knoxville | Madison | **Minneapolis** | New York | Omaha | Seattle | Washington D.C.

Note: This e-mail message is confidential, and may be privileged, or otherwise protected by law. If you are not the intended recipient, please (1) Reply via e-mail to sender; (2) Destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) Refrain from copying or disseminating this communication by any means whatsoever. Thank you.