# EXHIBIT 17

**From:**   Kirstin Stoll-DeBell [KStollDeBell@merchantgould.com]
**Sent:**   Friday, August 27, 2010 4:58 PM
**To:**     Strapp, Michael; Robertson, Scott L; William D Schultz
**Cc:**     Clements, James D; Daniel McDonald; Rachel Hughey; Joshua P. Graham; cmerritt@cblaw.com;
           hwillett@cblaw.com; Albert, Jennifer A; Young, David M; LawsonService; ML-EPlus Goodwin
           Team; Carr, Dabney J.
**Subject:** RE: Preston Staats

Michael:

That schedule is too short, especially since we have not seen your motion.  We propose making our response
due on Friday.

I also want to reiterate that Staats is available for a deposition on Aug 31 and Knuth is available on September 3
and they won't be made available at a later time if your motion fails.  I will need to know if you change your mind
about deposing Dr. Staats today, per the e-mail I sent this morning.

Kirstin

---

**From:** Strapp, Michael [mailto:MStrapp@goodwinprocter.com]
**Sent:** Friday, August 27, 2010 2:27 PM
**To:** Robertson, Scott L; Kirstin Stoll-DeBell; William D Schultz
**Cc:** Clements, James D; Daniel McDonald; Rachel Hughey; Joshua P. Graham; cmerritt@cblaw.com;
hwillett@cblaw.com; Albert, Jennifer A; Young, David M; LawsonService; ML-EPlus Goodwin Team; Carr, Dabney
J.
**Subject:** RE: Preston Staats

Kirstin,

As set forth in Scott's email below, we will file a motion to exclude Dr. Staats and Mr. Knuth this Monday, August
30.  In light of the September 7 final pretrial conference and the September 13 trial date, we propose an expedited
briefing schedule whereby Lawson files its opposition this Wednesday, September 1 and ePlus files a reply on
Friday, September 3.  Please let me know before this Monday whether this briefing schedule is acceptable.

Sincerely,

Michael Strapp
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
617-570-1658 (office)
917-518-3828 (cell)
617-523-1231 (fax)
mstrapp@goodwinprocter.com
www.goodwinprocter.com

---