# EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| | ) Civil Action No. 2:09cv232 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT LAWSON SOFTWARE, INC.'S IDENTIFICATION OF EXPERT WITNESSES PURSUANT TO THE RULE 16(b) SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's Rule 16(b) Scheduling Order, Defendant Lawson Software, Inc. ("Lawson") hereby discloses the following expert witnesses whose testimony it may rely on in this case:

1. **Frances M. McCloskey**

    a) **Contact Information:**

    1) <u>Business Address</u>

        Financial Advisors, LLC
        450 Baker Building
        706 Second Ave. S.
        Minneapolis, MN 55402

    2) <u>Residence Address</u>

        5110 Knox Avenue S.
        Minneapolis, MN 55419

    b) **Areas of Expertise:**

    Forensic Accounting, Damage Claim Calculations and other litigation matters.

    c) **Issues for Which Ms. McCloskey's Testimony May Be Proffered:**

Damages

2. **John V. Carlis**

   a) **Contact Information:**

   1) <u>Business Address</u>

      Computer Science Department
      University of Minnesota
      4-192 EE/CSCI Building
      200 Union Street, SE
      Minneapolis, MN 55455

   2) <u>Residence Address</u>

      5208 Meadow Ridge
      Edina, MN 55439

   b) **Areas of Expertise:**

   Database Management Systems, Software Engineering and Bioinformatics

   c) **Issues for Which Mr. Carlis' Testimony May Be Proffered:**

   Invalidity and Unenforceability

3. **Dr. Michael Shamos**

   a) **Contact Information:**

   1) <u>Business Address</u>

      School of Computers Science
      4515 Newell Simon Hall
      Carnegie Mellon University
      Pittsburgh, PA 15213

   2) <u>Residence Address</u>

      605 Devonshire Street
      Pittsburgh, PA 15213

   b) **Areas of Expertise:**

Electronic Commerce, Computer Systems for Electronic Commerce and Proceeding Before the Patent Office

c) **Issues for Which Mr. Shamos' Testimony May Be Proffered:**

Invalidity and Unenforceability

Lawson identifies the above experts without prejudice and reserves the right to identify additional experts if necessary. Lawson also reserves the right to have the above identified experts testify with respect to additional issues within their areas of expertise if necessary.

Dated:  October 1, 2009

LAWSON SOFTWARE, INC.

/s/ Will Schultz

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone:  (612) 332-5300
Facsimile:  612) 332-9081
dmcdonald@merchantgould.com
wschultz@merchantgould.com
rhughey@merchantgould.com
jgraham@merchantgould.com
alagatta@merchantgould.com

Stephen E. Noona
(VSB No.25367)
Kaufman & Canoles, P.C.
150 West Main Street, Suite 2100
Norfolk, VA  23510
Telephone: (757) 624-3000
Facsimile: (757) 624-3169

*Counsel for Defendant Lawson Software, Inc.*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| ePLUS, INC., ) | |
| ) | |
| ) | Civil Action No. 2:09cv232 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2009, I caused the following documents:

1. Defendant Lawson Software, Inc.'s Identification of Expert Witnesses Pursuant to the Rule 16(b) Scheduling Order; and

2. Certificate of Service

to be served on the following individuals via electronic mail:

Goodwin Proctor ePlus team at ePlusGoodwinService@goodwinprocter.com
Gregory N. Stillman at gstillman@hunton.com
Brent L. VanNorman at bvannorman@hunton.com

Dated: October 1, 2009

*Kristin M. Drieman* (signature)
Kristin M. Drieman