IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09cv620(REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF *e*PLUS, INC.'S REQUEST FOR EXPEDITED TREATMENT FOR ITS
MOTION TO STRIKE THE EXPERT REPORTS
OF PRESTON STAATS AND KEITH KNUTH**

Plaintiff *e*Plus, Inc. ("*e*Plus") respectfully requests that the Court grant expedited treatment for *e*Plus's Motion to Strike the Expert Reports of Preston Staats and Keith Knuth. The basis for the motion is that Defendant Lawson Software, Inc.'s Report of Expert Preston Staats Concerning Invalidity and Report of Keith Knuth Concerning Source Code, both served on August 25, 2010, contravene this Court's August 2, 2010 order on Defendant's Motion *in Limine* No. 5 that permitted Defendant to disclose new expert reports.  Indeed, the Court's Order was intended to cure any "disadvantage" that Defendant might have with respect to any issues on which Defendant had not already disclosed any proposed expert testimony while not permitting overlapping expert testimony.  Defendant used the additional expert reports to offer overlapping testimony that necessitates further rebuttal from *e*Plus.

*e*Plus respectfully requests expedited treatment for this motion because the trial is only two weeks away.  During the limited time remaining, *e*Plus will be consumed with its final trial preparations and expedited resolution of this motion may alleviate *e*Plus's expenditure of substantial time and resources addressing these new and improper expert reports.

*e*Plus therefore proposes the following briefing schedule for its motion:

- Defendant's Opposition Brief – Wednesday, September 1
- *e*Plus Reply Brief – Friday, September 3
- Hearing or Telephonic Conference with Court – as soon as Court is available after September 3.

For the above reasons, *e*Plus respectfully requests that the Court provide expedited treatment for its motion.

Respectfully submitted,

August 30, 2010

_____/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff ePlus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert *(*admitted *pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements  (admitted *pro hac vice*)
Srikanth K. Reddy (admitted *pro hac vice*)

2

**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com
sreddy@goodwinprocter.com

Andrew N. Stein (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018
Telephone: (212) 813-8800
astein@goodwinprocter.com

*Attorneys for Plaintiff, e*Plus, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS, INC.'S REQUEST FOR EXPEDITED TREATMENT FOR ITS MOTION TO STRIKE THE EXPERT REPORTS OF PRESTON STAATS AND KEITH KNUTH**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com
*Counsel for Defendant Lawson Software, Inc.*

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

                              /s/
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com