IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                                Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

### ORDER

Having reviewed PLAINTIFF ePLUS' REQUEST FOR EXPEDITED TREATMENT FOR ITS MOTION TO STRIKE THE EXPERT REPORTS OF PRESTON STAATS AND KEITH KNUTH (Docket No. 457) and the response thereto, it is hereby ORDERED that the request is granted. It is further ORDERED that:

(1) Lawson shall file its response to PLAINTIFF ePLUS' MOTION TO STRIKE THE EXPERT REPORTS OF PRESTON STAATS AND KEITH KNUTH (Docket No. 455) by September 3, 2010;

(2) ePlus shall file its reply by September 6, 2010; and

(3) oral argument shall be held on September 7, 2010.

It is so ORDERED.

                                          /s/       REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: August 31, 2010