IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                                     Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

ORDER

It is hereby ORDERED that the Final Pretrial Conference scheduled for 9:30 a.m. September 7, 2010 is continued generally until further order of the Court.

It is further ORDERED that the Court will hear oral arguments on the following motions at 9:30 a.m. September 7, 2010:

(1) PLAINTIFF ePLUS INC.'S MOTION TO STRIKE THE EXPERT REPORT OF PHILIP GREEN IN LIGHT OF THE COURT'S RULINGS ON PLAINTIFF'S MOTION *IN LIMINE* NO. 7 AND DEFENDANT'S MOTION *IN LIMINE* NO. 3 (Docket No. 439);

(2) DEFENDANT LAWSON SOFTWARE, INC.'S MOTION TO PRECLUDE EPLUS FROM PRESENTING ANY NEW DAMAGES THEORIES OR FROM SEEKING DAMAGES AT TRIAL (Docket No. 447); and

(3) PLAINTIFF ePLUS INC.'S MOTION TO STRIKE THE EXPERT REPORTS OF PRESTON STAATS AND KEITH KNUTH (Docket No. 455).

It is so ORDERED.

                                                             /s/      REP
                                        Robert E. Payne
                                        Senior United States District Judge

Richmond, Virginia
Date: September 3, 2010