# EXHIBIT B

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINA
 2                       Richmond Division

 3

 4

 5   ePlus, Inc.,

 6                       Plaintiff,

 7   versus                          309 CV 620

 8   Lawson Software, Inc.

 9                       Defendant

10

11

12

13         before:  HONORABLE ROBERT E. PAYNE
              Senior United States District Judge
14

15

16               August 10, 2010
                 Richmond, Virginia
17

18

19               Phone Conference

20

21

22           Gilbert F. Halasz, RMR
             Official Court Reporter
23           U. S. Courthouse
             Richmond, Virginia
24             (804) 916-2248

25
```

```
 1          the parties would be able to explore further
 2          that which had been disclosed in their reports
 3          and to allow the experts an opportunity to
 4          respond to each other's criticisms and that
 5          whatever was in those transcripts would be
 6          considered part of the expert disclosures --
 7               MR. CARR:  Judge --
 8               MR. MERRITT:  -- and usable at trial.
 9               THE COURT:  What is the position of
10          Lawson?
11               MR. McDONALD:  Your Honor, this is Dan
12          McDonald.
13               My recollection of that -- and there was
14          nothing that ePlus supplied that is
15          inconsistent with my recollection -- is that to
16          streamline the case we stopped the third round
17          of experts.  We had two rounds.  We had the
18          original report and rebuttal expert, written
19          reports in this case.  We didn't have a third
20          round of surrebuttal reports.  And the
21          agreement was any surrebuttal would be covered
22          by the depositions as well as any inquires
23          people wanted to go into regarding the original
24          reports that the experts provided.  Certainly
25          there is nothing even about what I heard
```