CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                         DATE: Sept. 07, 2010

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE  Eplus<br>v.<br>Lawson Software, Inc. | CASE NO: 3:09cv00620<br>JUDGE: Payne<br>COURT REPORTER: Peppy Peterson |

FILED SEP - 7 2010 CLERK, U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING (✓) OTHER: _____

APPEARANCES: Parties by ( )/with (✓) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )       OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )       ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Arguments heard by counsel on various motions. See transcript for rulings made by the Court.

Counsel for Plaintiff(s)  Scott L. Robertson, Esp.   Jennifer A. Alberti, Esp.   Michael Strapp, Esp.
Craig T. Merritt, Esp.   Henry L. Willett, III, Esp.

Counsel for Defendant(s)  Daniel W. McDonald, Esp.
Dabney J. Carr, IV, Esp.   Kirstin Stoll, Esp.

SET: 9:30 a.m.   BEGAN: 9:40 a.m.   ENDED: 2:45 p.m.   TIME IN COURT: 3 hrs. 45 mins.
RECESSES: