FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                      Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

**ORDER**

For the reasons set forth on the record on September 7, 2010, it is hereby ORDERED that:

(1) the Plaintiff's MOTION TO STRIKE THE EXPERT REPORT OF PHILIP GREEN IN LIGHT OF THE COURT'S RULINGS ON PLAINTIFF'S MOTION IN LIMINE NO. 7 AND DEFENDANT'S MOTION IN LIMINE NO. 3 (Docket No. 439) is granted;

(2) the Defendant's MOTION TO PRECLUDE THE PLAINTIFF FROM PRESENTING ANY NEW DAMAGES THEORIES OR FROM SEEKING DAMAGES AT TRIAL (Docket No. 447) is granted;

(3) the Plaintiff's MOTION TO STRIKE THE EXPERT REPORTS OF PRESTON STAATS AND KEITH KNUTH (Docket No. 455) is granted as to Staats and as to Knuth, except that Knuth may testify to source code:

It is so ORDERED.

/s/  REP
Senior United States District Judge

Richmond, Virginia
Date: September 7, 2010