

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                                Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

For the reasons set forth during the conference call on September 8, 2010, it is hereby ORDERED that:

(1) the final pretrial conference is set for September 27, 2010 at 10:00 AM; and

(2) the jury trial will begin on January 4, 2011 at 9:30 AM.

It is so ORDERED.

                                              /s/        REP
                              Senior United States District Judge

Richmond, Virginia
Date: September 10, 2010

REP