# APPENDIX 1

### *e*PLUS INC.'S LIST OF WITNESSES INTENDED TO BE CALLED

|     | **Name** | **Address** | **Purpose** |
| --- | --- | --- | --- |
| 1.  | Dale Christopherson | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 2.  | Lynn Cimino | South Jersey Healthcare<br>333 Irving Avenue<br>Bridgeton, NJ 08302 | Fact |
| 3.  | Kenneth Farber | *e*Plus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171-3413 | Fact |
| 4.  | Jeff Frank | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 5.  | Dean Hager | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 6.  | Brooks Hilliard | Business Automation Associates, Inc.<br>11811 N. Tatum Boulevard<br>Suite 3031-113<br>Phoenix, AZ 85028 | Expert |
| 7.  | Robert Irwin | Robert Wood Johnson University Hospital<br>1 Robert Wood Johnson Place,<br>New Brunswick, NJ 08901 | Fact |
| 8.  | James Johnson | 215 Appleglen Court<br>McDonald, PA 15057 | Fact |
| 9.  | Robert Kinross | 6816 Ricker Court<br>Pittsburgh, PA 15202 | Fact |
| 10. | Keith Lohkamp | 3045 Totterdell Street<br>Oakland, CA 94611 | Fact |
| 11. | Elaine Marion | *e*Plus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171-3413 | Fact |
| 12. | Douglas Momyer | 2241 Old Washington Road<br>Pittsburgh, PA 15241 | Fact |
| 13. | Manuel Matias | Robert Wood Johnson University Hospital<br>1 Robert Wood Johnson Place,<br>New Brunswick, NJ 08901 | Fact |
| 14. | Patrick Niemeyer | 712 Payson Drive<br>St. Louis, MO 63132-3310 | Expert |
| 15. | Phillip Norton | *e*Plus, Inc.<br>13595 Dulles Technology Drive | Fact |

LIBA/2111582.2

|     |                      |                                                                                                                                 |        |
| --- | -------------------- | ------------------------------------------------------------------------------------------------------------------------------- | ------ |
|     |                      | Herndon, VA 20171-3413                                                                                                          |        |
| 16. | Kristy Oliver        | Blount Memorial Hospital,<br>907 East Lamar Alexander Pkwy.<br>Maryville, TN 37804                                              | Fact   |
| 17. | Kleyton Parkhurst    | *e*Plus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171-3413                                                        | Fact   |
| 18. | Hannah Raleigh       | Lawson Software, Inc.<br>3668 U.S. Highway 20<br>Nassau, NY 12123                                                               | Fact   |
| 19. | Gene Tabachnick      | Reed Smith LLP<br>225 Fifth Avenue, Suite 1200,<br>Pittsburgh, PA 15222                                                         | Fact   |
| 20. | Guenther Tolkmit     | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102                                                           | Fact   |
| 21. | Kenneth White        | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102                                                           | Fact   |
| 22. | Alfred Weaver, Ph. D. | University of Virginia<br>School of Engineering and Applied Sciences<br>151 Engineer's Way<br>P.O. Box 400470<br>Charlottesville, VA 22904 | Expert |
| 23. | Vicky Williams       | Novant Health, Inc.<br>4680 Duffer Court<br>Pfafftown, NC 27040                                                                 | Fact   |
| 24. | William Yuhasz       | Novant Health, Inc.<br>427 Beaten Path Road<br>Mooresville, NC 28117                                                            | Fact   |

3

LIBA/2111582.2