# APPENDIX 2

### LAWSON SOFTWARE INC.'S LIST OF WITNESSES INTENDED TO BE CALLED

| No. | Witness | Address | Purpose |
|---|---|---|---|
| 1. | Christopherson, Dale | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 2. | Cimino, Lynn | South Jersey Healthcare<br>333 Irving Avenue<br>Bridgeton, NJ  08302 | Fact |
| 3. | Dooner, Todd | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 4. | Eng, Pamela | 7848 Pembridge Road<br>Manassas, Virginia  20112 | Fact |
| 5. | Farber, Ken | ePlus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA  20171 | Fact |
| 6. | Fielder-McEneny, Laurene | 3 Bowling Green<br>Colts Neck, NJ  07722 | Fact |
| 7. | Frank, Jeff | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 8. | Gounaris, Charles | 121 Doray Drive<br>Pittsburgh, PA  15237 | Fact |
| 9. | Hager, Dean | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 10. | Hvass, Jeff | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 11. | Irwin, Robert | Robert Wood Johnson University Hospital<br>1 Robert Wood Johnson Place<br>New Brunswick, NJ  08901 | Fact |
| 12. | Johnson, James | 215 Appleglen Court<br>McDonald, PA  15202 | Fact |
| 13. | Kinross, Robert | 6816 Ricker Court<br>Pittsburgh, PA  15202 | Fact |
| 14. | Knuth, Keith | 16601 Imperial Way<br>Lakeville MN 55044 | Expert |
| 15. | Lawson, Richard | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 16. | Lohkamp, Keith | 3045 Totterdell Street<br>Oakland, CA  94611 | Fact |
| 17. | Matias, Manuel | Robert Wood Johnson University Hospital<br>1 Robert Wood Johnson Place | Fact |

LIBA/2114515.2

| No. | Witness | Address | Purpose |
|---|---|---|---|
|  |  | New Brunswick, NJ  08901 |  |
| 18. | Momyer, Douglas | 2241 Old Washington Road<br>Pittsburgh, PA  15421 | Fact |
| 19. | O'Loughlin, Johanna | Reed Smith LLP<br>225 Fifth Ave., Suite 1200<br>Pittsburgh, PA  15222 | Fact |
| 20. | Oliver, Kristy | Blount Memorial Hospital<br>907 East Lamar Alexander Pkwy.<br>Maryville, TN  37804 | Fact |
| 21. | Raleigh, Hannah | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 22. | Shamos, Michael | Institute for Software Research<br>Carnegie Mellon University<br>Gates Hillman Complex 6707<br>5000 Forbes Avenue<br>Pittsburgh, PA  15213 | Expert |
| 23. | Staats, Preston | 804 Las Cimas Parkway<br>Austin, TX  78746 | Fact |
| 24. | Tolkmit, Guenther | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 25. | White, Ken | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN  55102 | Fact |
| 26. | Williams, Vicky | Novant Health, Inc.<br>427 Beaten Path Road<br>Mooresville, NC  28117 | Fact |
| 27. | Yuhasz, William Ray | Novant Health, Inc.<br>427 Beaten Path Road<br>Mooresville, NC  28117 | Fact |

LIBA/2114515.2