# APPENDIX 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

<u>*e*PLUS INC.'S EXHIBITS AS TO WHICH THERE ARE NO OBJECTIONS</u>

## KEY TO OBJECTIONS

| Reference | Basis for Objection |
|---|---|
| 106 | Fairness requires admission of remainder of the document |
| 401/402 | The evidence in the exhibit is not relevant and is not admissible |
| 403 | Any relevance of the exhibit is substantially outweighed by the danger of unfair prejudice, confusion of the issues, misleading the jury, or considerations of unfair delay, waste or confusion of the issues, misleading the jury, or considerations of unfair delay, waste of time, or needless presentation of cumulative evidence. |
| 801/802/805 | The exhibit contains or is hearsay and no exception applies and/or the exhibit contains or is hearsay within hearsay and no exception applies. |
| 901 | The exhibit lacks authentication. |
| 1002 | Original required (Best Evidence) |
| 1003 | Poor duplicate – unfair to admit as duplicate (Best Evidence) |
| 1006 | The evidence in the exhibit includes improper summary of evidence. |
| Duplicate | The exhibit is duplicative of another exhibit(s) |
| FRCP 26 | Not timely disclosed |
| IL | The exhibit is not legible |
| MD | Exhibit is inadmissible because it contains more than one document or is an improper collection of documents |
| MIL | Subject of motion *in limine* |
| NT/T | The exhibit contains text in a foreign language that is not translated to English, or the translation is inaccurate |
| NR | Exhibit not received—all objections are reserved |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0001 | ePLUS0703516 | ePLUS0703538 | 2/8/2000 | Certified Copy of U.S. Patent No. 6,023,683 | |
| PX-0002 | ePLUS0222976 | ePLUS0222997 | 4/25/2000 | Certified Copy of U.S. Patent No. 6,055,516 | |
| PX-0003 | ePLUS0222998 | ePLUS0223017 | 1/7/2003 | Certified Copy of U.S. Patent No. 6,505,172 | |
| PX-0004 | ePLUS0703539 | ePLUS0703780 | 2/8/2000 | File History for U.S. Patent No. 6,023,683 | |
| PX-0005 | ePLUS0703781 | ePLUS0704219 | 4/25/2000 | Certified Copy of File History for U.S. Patent No. 6,055,516 | |
| PX-0006 | ePLUS0705241 | ePLUS0706891 | 1/7/2003 | Certified Copy of File History for U.S. Patent No. 6,505,172 | |
| PX-0007 | ePLUS0205134 | ePLUS0205164 | 7/25/2001 | Certified Record of Assignment for U.S. Patent No. 6,023,683 | |
| PX-0008 | ePLUS0205165 | ePLUS0205178 | 9/11/2000 | Certified Record of Assignment for U.S. Patent No. 6,055,516 | |
| PX-0009 | ePLUS0223066 | ePLUS0223079 | 9/11/2000 | Certified Record of Assignment for U.S. Patent No. 6,505,172 | |
| PX-0010 | ePLUS0461894 | ePLUS0461935 | 1/27/1998 | U.S. Patent No. 5,712,989 | |
| PX-0012 | | | | WITHDRAWN | |
| PX-0013 | ePLUS0228217 | ePLUS0228221 | 8/13/1993 | Agreement of Exchange of Confidential Information, regarding the Fisher Scientific Electronic Catalog project between IBM and Fisher Scientific | |

4

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0014 | | | | WITHDRAWN | |
| PX-0015 | | | | WITHDRAWN | |
| PX-0016 | | | | WITHDRAWN | |
| PX-0018 | | | | WITHDRAWN | |
| PX-0019 | | | | WITHDRAWN | |
| PX-0020 | | | | WITHDRAWN | |
| PX-0022 | | | | WITHDRAWN | |
| PX-0023 | | | | WITHDRAWN | |
| PX-0024 | | | | WITHDRAWN | |
| PX-0025 | ePLUS0509285 | ePLUS0509306 | 3/16/1994 | Pilot and Comprehensive Electronic Sourcing Program System, prepared for Fisher Scientific by IBM | |
| PX-0026 | | | | WITHDRAWN | |
| PX-0028 | | | | WITHDRAWN | |
| PX-0030 | | | | WITHDRAWN | |
| PX-0033 | | | | WITHDRAWN | |
| PX-0034 | | | | WITHDRAWN | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0035 | | | | WITHDRAWN | |
| PX-0036 | | | | WITHDRAWN | |
| PX-0037 | | | | WITHDRAWN | |
| PX-0038 | ePLUS0524036 | ePLUS0524058 | 2/8/1994 | Revisions to draft - "Pilot and Comprehensive Electronic Sourcing Program System" prepared by IBM for Fisher Scientific | |
| PX-0039 | | | | WITHDRAWN | |
| PX-0044 | | | | WITHDRAWN | |
| PX-0045 | | | | WITHDRAWN | |
| PX-0046 | | | | WITHDRAWN | |
| PX-0047 | | | | WITHDRAWN | |
| PX-0048 | | | | WITHDRAWN | |
| PX-0049 | | | | WITHDRAWN | |
| PX-0050 | | | | WITHDRAWN | |
| PX-0051 | | | | WITHDRAWN | |
| PX-0052 | | | | WITHDRAWN | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0053 | | | | WITHDRAWN | |
| PX-0054 | | | | WITHDRAWN | |
| PX-0055 | | | | WITHDRAWN | |
| PX-0056 | | | | WITHDRAWN | |
| PX-0057 | | | | WITHDRAWN | |
| PX-0058 | | | | WITHDRAWN | |
| PX-0059 | | | | WITHDRAWN | |
| PX-0060 | | | | WITHDRAWN | |
| PX-0061 | | | | WITHDRAWN | |
| PX-0062 | | | | WITHDRAWN | |
| PX-0063 | | | | WITHDRAWN | |
| PX-0064 | | | | WITHDRAWN | |
| PX-0065 | | | | WITHDRAWN | |
| PX-0066 | | | | WITHDRAWN | |
| PX-0067 | | | | WITHDRAWN | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0068 | | | | WITHDRAWN | |
| PX-0069 | | | | WITHDRAWN | |
| PX-0070 | | | | WITHDRAWN | |
| PX-0071 | | | | WITHDRAWN | |
| PX-0072 | | | | WITHDRAWN | |
| PX-0073 | | | | WITHDRAWN | |
| PX-0074 | | | | WITHDRAWN | |
| PX-0075 | | | | WITHDRAWN | |
| PX-0076 | | | | WITHDRAWN | |
| PX-0077 | | | | WITHDRAWN | |
| PX-0078 | | | | WITHDRAWN | |
| PX-0079 | | | | WITHDRAWN | |
| PX-0080 | | | | WITHDRAWN | |
| PX-0081 | | | | WITHDRAWN | |
| PX-0082 | | | | WITHDRAWN | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0083 | | | | WITHDRAWN | |
| PX-0084 | | | | WITHDRAWN | |
| PX-0085 | | | | WITHDRAWN | |
| PX-0086 | | | | WITHDRAWN | |
| PX-0087 | | | | WITHDRAWN | |
| PX-0088 | | | | WITHDRAWN | |
| PX-0089 | | | | WITHDRAWN | |
| PX-0090 | | | | WITHDRAWN | |
| PX-0091 | | | | WITHDRAWN | |
| PX-0092 | | | | WITHDRAWN | |
| PX-0093 | | | | WITHDRAWN | |
| PX-0094 | | | | WITHDRAWN | |
| PX-0095 | | | | WITHDRAWN | |
| PX-0096 | | | | WITHDRAWN | |
| PX-0097 | L0061098 | L0061299 | 11/2008 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 06 – Requisitions User Guide Version 9.0.1. | |

9

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0098 | L0045474 | L0045553 | 05/2009 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 07 – Lawson Requisitions Self-Service User Guide Version 9.0.1 | |
| PX-0099 | ePLUS0621206 | ePLUS0621233 | N/A | 2009.10.19 Deposition of Dale Christopherson – Exhibit 08, 2009.10.09 Deposition of Jeffrey Frank – Exhibit 13  & 2009.10.20 Deposition of Keith Lohkamp - Exhibit 17– Lawson S3 Requisitions Self-Service Overview | |
| PX-0100 | L0046293 | L0046332 | 11/2006 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 09 – Lawson Procurement Punchout Administration Guide Version 9.0 | |
| PX-0101 | ePLUS0621234 | ePLUS0621280 | 8/21/2008 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 10 & 2009.10.20 Deposition of Keith Lohkamp - Exhibit 18 – Empower Your People with Requisition Self-Service and Procurement Punchout | |
| PX-0102 | L0135034 | L0135092 | 10/19/2007 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 11 & 2009.10.20 Deposition of Keith Lohkamp - Exhibit 21 – Lawson S3 Requisitions Self-Service and Procurement Punchout Field Enablement | |
| PX-0103 | L0135319 | L0135328 | 9/16/2009 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 12 – Procurement Punchout FAQ | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0104 | LE00017985 | LE00017991 | 9/17/2009 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 13 & 2009.10.20 Deposition of Keith Lohkamp - Exhibit 02 – presentation entitled "Punchout Partner Program" | |
| PX-0105 | L0046359 | L0046363 | 02/2009 | 2009.10.19 Deposition of Dale Christopherson-Exhibit 14 / 2009.10.20 Deposition of Keith Lohkamp - Exhibit 04– Lawson Procurement Punchout Trading Partner List, Version 8.Xand 9.0 | |
| PX-0106 | LE00230177 | LE00230185 | N/A | 2009.10.19 Deposition of Dale Christopherson – Exhibit 15 – Lawson Software Americas Inc. Procurement Punchout Partner Agreement | |
| PX-0107 | LE00230211 | LE00230215 | 1/16/2007 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 16 -  Services Order Form | |
| PX-0108 | L0052019 | L0052126 | 11/2008 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 17 – Purchase Order User Guide Version 9.0.1 | |
| PX-0109 | LE00187614 | LE00187632 | 9/19/2009 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 18 – presentation entitled "S3 EDI for Supply Chain Management" | |
| PX-0110 | L0046221 | L0046292 | 11/2008 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 19, 2009.10.16 Deposition of Dean Hager – Exhibit 05 & 2009.10.20 Deposition of Keith Lohkamp - Exhibit 05  – Lawson EDI for Supply Chain Management Trading Partner List Version 9.0.1. | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0111 | L0043347.1 | L0043347.50 | N/A | 2009.10.19 Deposition of Dale Christopherson – Exhibit 20 & 2010.03.01 Todd Dooner Deposition - Exhibit 12 – Release 9.0.1, Purchase Order File Layouts | |
| PX-0112 | L0032249 | L0032516 | 11/2008 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 22 – Inventory Control User Guide Version 9.0.1. | |
| PX-0113 | LE00124594 | LE00124617 | 4/26/2001 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 23 & 2009.10.20 Deposition of Keith Lohkamp - Exhibit 08– Design Analysis Vendor Catalog Load | |
| PX-0114 | L0000812 | L0000822 | 9/5/2002 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 24 – Product Development Requirements Document | |
| PX-0115 | L0000775 | L0000785 | 7/29/2003 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 25 – Product Development Design Document | |
| PX-0116 | L0003304 | L0003319 | 2/7/2003 | 2009.10.19 Deposition of Dale Christopherson – Exhibit 26 – PO536PD - Vendor Price Agreement Load | |
| PX-0117 | LE00352046 | LE00352342 | 11/6/2006 | 2009.10.20 Deposition of Dale Christopherson – Exhibit 30 – Answer Detail: The Proposal Automation Suite | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0118 | LE00429167; LE00597098 | LE00597104-8 | 9/3/2008 | 2009.10.20 Deposition of Dale Christopherson – Exhibit 31 – Compilation exhibit, Lawson's Response to Request for Proposal Number 08-09 | |
| PX-0119 | SOURCE-CODE | SOURCE-CODE | N/A | 2009.10.20 Deposition of Dale Christopherson – Exhibit 32 – Compilation of files related to program PO536 | |
| PX-0120 | SOURCE-CODE | SOURCE-CODE | N/A | 2009.10.20 Deposition of Dale Christopherson – Exhibit 33 – Compilation of files related to program IC516 | |
| PX-0121 | SOURCE-CODE | SOURCE-CODE | N/A | 2009.10.20 Deposition of Dale Christopherson – Exhibit 34 – Compilation of files related to program IC11 | |
| PX-0122 | SOURCE-CODE | SOURCE-CODE | N/A | 2009.10.20 Deposition of Dale Christopherson – Exhibit 35 – Compilation of files related to program IC00 | |
| PX-0123 | SOURCE-CODE | SOURCE-CODE | N/A | 2009.10.20 Deposition of Dale Christopherson – Exhibit 36 – Compilation of files related to program IC800 | |
| PX-0124 | SOURCE-CODE | SOURCE-CODE | N/A | 2009.10.20 Deposition of Dale Christopherson – Exhibit 37 – Compilation of files related to PunchoutSetupRequest, java | |
| PX-0125 | LE00120322 | LE00120364 | 2006 | 2010.03.01 Todd Dooner Deposition - Exhibit 03 - RSS XML 8.1.0.51 and RSS XML 9.0.0.2 Academy | |

13

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0126 | LE02761084 | LE02761113 | 4/27/2004-4/28/2004 | 2010.03.01 Todd Dooner Deposition - Exhibit 04 - P11 Requisitions Self-Service: What's New in Version 8.0.3 | |
| PX-0127 | LE00192055 | LE00192062 | 12/3/2008 | 2010.03.01 Todd Dooner Deposition - Exhibit 05 - Application Design Document for S3 Item Search Center | |
| PX-0128 | ePLUS0241302 | ePLUS0241303 | 2002 | 2010.03.01 Todd Dooner Deposition - Exhibit 06 & 2009.10.09 Deposition of Jeffrey Frank – Exhibit 11 - Purchase Order: Streamlining the Purchasing Process | |
| PX-0129 | LE00163483 | LE00163502 | 2001 | 2010.03.01 Todd Dooner Deposition - Exhibit 07 & 2009.10.09 Deposition of Jeffrey Frank - Exhibit 15 - Lawson Software e-Procurement: Revolutionizing the Healthcare Supply Chain | |
| PX-0131 | LE03258750 | LE03258766 | 02/2006 | 2010.03.01 Todd Dooner Deposition - Exhibit 10 - Lawson Requisitions Self-Service Installation Guide | |
| PX-0132 | L0060405.001 | L0060405.054 | 2008 | 2010.03.01 Todd Dooner Deposition - Exhibit 11 - Requisitions File Layouts, Release  9.0.1 | |
| PX-0133 | LE02511014 | LE02511175 | 04/2009 | 2010.03.01 Todd Dooner Deposition - Exhibit 13 - Lawson Supply Chain Management Conversion Guide | |
| PX-0134 | LE00394180 | LE00394308 | 04/2007 | 2010.03.01 Todd Dooner Deposition - Exhibit 14 - System Utilities Reference Guide | |
| PX-0135 | ePLUS0941453 | ePLUS0942028 | 2009 | 2010.03.01 Todd Dooner Deposition - Exhibit 15 - S3 Help texts | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0136 | LE02932685 | LE02932765 | N/A | 2010.03.01 Todd Dooner Deposition - Exhibit 16 - Requisitions Self-Service 8.1, 9.0 | |
| PX-0137 | L0234779 | L0234810 | 05/2008 | 2010.03.01 Todd Dooner Deposition - Exhibit 17 - Lawson Procurement Punchout Installation Guide | |
| PX-0138 | L0030197.001 | L0030197.052 | 2/24/2010 | 2010.03.01 Todd Dooner Deposition - Exhibit 21 - Inventory Control Conversion File Layouts; Release 8.1 | |
| PX-0145 | ePLUS0864667 | ePLUS0864667 | 2/15/2008 | 2009.12.17 Deposition of Kenneth Farber - Exhibit 36 - 2008.02.15 Email from Burford to Jarboe and Raulerson re: Lawson Meeting | |
| PX-0147 | | | | WITHDRAWN | |
| PX-0148 | | | | WITHDRAWN | |
| PX-0149 | L0092739 | L0092829 | 1/6/2006 | Lawson RFP Response to Holland Hospital (January 6, 2006) | |
| PX-0150 | LE00106758 | LE00106795 | 02/2007 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 02 & 2009.10.12 Deposition of Robert Schreisheim – Exhibit 06– Lawson Software FY08-FY10 Business Plan | |
| PX-0151 | | | | WITHDRAWN | |
| PX-0152 | | | | WITHDRAWN | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0153 | ePLUS0241023 | ePLUS0241025 | 5/7/2009 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 05 – Excerpt from Lawson website "Procurement" | |
| PX-0154 | ePLUS0241049 | ePLUS0241051 | 5/7/2009 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 06 – Excerpt from Lawson website "Requisitions" | |
| PX-0155 | ePLUS0241026 | ePLUS0241028 | 5/7/2009 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 07 – Excerpt from Lawson website "Procurement Punchout" | |
| PX-0156 | ePLUS0241032 | ePLUS0241034 | 5/7/2009 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 08 – Excerpt from Lawson website "Purchase Order" | |
| PX-0157 | ePLUS0241043 | ePLUS0241045 | 5/7/2009 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 09 – Excerpt from Lawson website "Requisitions Self Service" | |
| PX-0158 | ePLUS0444140 | ePLUS0444170 | N/A | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 12  & 2009.10.20 Deposition of Keith Lohkamp - Exhibit 16– Using Lawson Procurement Punchout with External Vendors | |
| PX-0159 | ePLUS0210818 | ePLUS0210821 | N/A | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 14 – Supply Chain Management - Realize Your Vision of End-to-End Process Efficiency, Cost Savings, and Service Excellence | |
| PX-0160 | | | | WITHDRAWN | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0161 | ePLUS0241397 | ePLUS0241416 | N/A | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 17 & 2009.10.20 Deposition of Keith Lohkamp - Exhibit 15 – Lawson Web Requisition Guide for the Beginning Requester | |
| PX-0162 | | | | WITHDRAWN | |
| PX-0163 | LE00144419 | LE00144468 | 1/26/2007 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 19 – Presentation titled "Strategy Review" | |
| PX-0164 | LE00145303 | LE00145327 | 09/2009 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 20 – Lawson Opportunity | |
| PX-0165 | L0065569 | L0065571 | 2/26/2007 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 21 – Lawson Software Partners with Global Healthcare Exchange | |
| PX-0166 | LE00231500 | LE00231520 | 10/27/2008 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 22, 2009.10.16 Deposition of Dean Hager – Exhibit 20  & 2009.10.21 Deposition of Keith Lohkamp - Exhibit 25 – Lawson S3 Applications Portfolio | |
| PX-0167 | LE00111972 | LE00111994 | 08/2009 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 25 – Presentation titled "Mainstreaming LPS/LGS Marketing" | |
| PX-0168 | LE00286037 | LE00286081 | 3/29/2007 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 26 – Presentation titled "S3 Supply Chain Mgmt Launch Kick-off" | |

17

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0169 | | | | WITHDRAWN | |
| PX-0170 | L0068848 | L0068943 | 4/30/2009 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 28 – Response to Request for Proposal CML Healthcare | |
| PX-0171 | LE00215560_1 | LE00215560_24 | 2006 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 29 – Lawson Supplier Relationship Management Briefing | |
| PX-0172 | LE00309688 | LE00309748 | 7/10/2008 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 30 & 2009.10.16 Deposition of Dean Hager – Exhibit 15 – Fourth Quarter Report Fiscal 2008 | |
| PX-0173 | LE00553268 | LE00553268 | 11/8/2005 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 36 – 11/08/2005 e-mail from Griffith to Haithcox re Help Needed: Top 10 clients | |
| PX-0174 | LE00160078 | LE00160132 | 7/7/2008 | 2009.10.09 Deposition of Jeffrey Frank – Exhibit 38 – Quarterly Rolling Focus Market Plan, Public Sector - Americas FY09 | |
| PX-0175 | | | | WITHDRAWN | |
| PX-0176 | | | | WITHDRAWN | |
| PX-0177 | LE00181432 | LE00181459 | N/A | 2009.10.16 Deposition of Dean Hager – Exhibit 06 – Presentation by Kirsch entitled "Lawson Procurement Punchout" | |
| PX-0178 | LE00181405 | LE00181408 | N/A | 2009.10.16 Deposition of Dean Hager – Exhibit 07 – presentation slides re Lawson eProcurement - Punchout | |

18

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0179 | | | | WITHDRAWN | |
| PX-0180 | ePLUS0240895 | ePLUS0240928 | 10/17/2007 | 2009.10.16 Deposition of Dean Hager – Exhibit 11 – Lawson Data Management Services | |
| PX-0181 | LE00503580 | LE00503588 | N/A | 2009.10.16 Deposition of Dean Hager – Exhibit 13 – Lawson Software Americas, Inc. Procurement Punchout Partner Agreement with PartsSource, Inc. | |
| PX-0182 | | | | WITHDRAWN | |
| PX-0183 | | | | WITHDRAWN | |
| PX-0184 | | | | WITHDRAWN | |
| PX-0185 | | | | WITHDRAWN | |
| PX-0186 | LE00130996 | LE00131021 | 2007 | 2009.10.16 Deposition of Dean Hager – Exhibit 26 – presentation by Hager entitled "Lawson Software, Company, Vision, Products, & Technology" | |
| PX-0188 | L0001888 | L0001888 | 3/29/2006 | 2009.10.20 Deposition of Keith Lohkamp - Exhibit 03 - Vendor Agreement Import Overview, Release 8.03 | |
| PX-0189 | L0001892 | L0001895 | 3/29/2006 | 2009.10.20 Deposition of Keith Lohkamp - Exhibit 06 - Updating Item Information using the Catalog Import Process 8.1 FactSheet | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0190 | LE00232215 | LE00232223 | 7/21/2008 | 2009.10.20 Deposition of Keith Lohkamp - Exhibit 09 & 2009.10.26 Deposition of Kenneth White – Exhibit 17  - Lawson Software Americas, Inc. Procurement Punchout Partner Agreement | |
| PX-0191 | LE00503589 | LE00503592 | 1/30/2009 | 2009.10.20 Deposition of Keith Lohkamp - Exhibit 10 - Lawson Services Order Form | |
| PX-0192 | | | | WITHDRAWN | |
| PX-0193 | | | | WITHDRAWN | |
| PX-0194 | LE00288631 | LE00288633 | 12/4/2008 | 2009.10.20 Deposition of Keith Lohkamp - Exhibit 20 - Lawson S3 Requisitions Self-Service Procurement Punchout and EDI Contracting Summary | |
| PX-0195 | L0067240 | L0067336 | 5/31/2009 | 2009.10.21 Deposition of Keith Lohkamp - Exhibit 24, 2009.10.12 Deposition of Robert Schreisheim – Exhibit 03 & 2009.10.26 Deposition of Kenneth White – Exhibit 02  - Lawson Form 10-K Report for the Fiscal Year Ending 5/31/09 | |
| PX-0196 | | | | WITHDRAWN | |
| PX-0197 | | | | WITHDRAWN | |
| PX-0198 | N/A | N/A | 10/21/2009 | 2009.10.21 Deposition of Keith Lohkamp - S3 Demonstration Demo | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0200 | L0066191 | L0066193 | 4/21/2009 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 04 - Press Release titled "Lawson Software Introduces Lawson Online Learning Suites" | |
| PX-0201 | L0133903 | L0133906 | 2009 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 05 - S3 Online Learning Suite | |
| PX-0202 | L0134023 | L0134030 | 4/9/2009 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 06 - Learn In Real Time Virtual Labs | |
| PX-0203 | LE00320976 | LE00321054 | 05/2006 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 08 - RFP Reference Guide | |
| PX-0204 | L0115497 | L0115522 | N/A | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 09 - Learning Maps | |
| PX-0205 | L0067967 | L0067977 | N/A | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 10 - Lawson Implementation Approach | |
| PX-0206 | L0099017 | L0099134 | 03/2007 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 11 - S3 Online Learning Library | |
| PX-0207 | L0073028 | L0073134 | 4/10/2006 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 12 - Instructor-Led Training Course Catalog | |
| PX-0208 | LE00638054 | LE00638145 | 08/2008 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 13 - Lawson Support Operations Handbook Version 2.17 | |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0209 | L0074483 | L0074513 | 2/27/2009 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 14 - Lawson Global Support, Support Operations Handbook | |
| PX-0210 | LE02782644 | LE02782669 | 03/2005 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 15 - 7.2.2.4 to 8.0.3 Application and Environment Upgrade iSeries Information Document and Budgetary Estimate | |
| PX-0211 | L0234779 | L0234810 | 05/2008 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 16 - Lawson Procurement Punch-Out Installation Guide Version 9.0.0.X | |
| PX-0212 | L0002370 | L0002384 | 9/9/2003 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 17 - Vendor Implementation Technical Specifications Punch-Out Connectivity | |
| PX-0213 | LE02260378 | LE02260451 | 01/2003 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 18 - e-Procurement Implementation Leaders Workbook | |
| PX-0214 | L0104590 | L0104828 | 6/5/2009 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 19 - Lawson Response to RFP for Pima County | |
| PX-0215 | L0096023 | L0096329 | 5/18/2006 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 20 - Lawson's RFP Response to Jackson Health System | |
| PX-0216 | LE00645360 | LE00645461 | 6/15/2008 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 21 - Lawson's Statement of Work for Jackson Health System | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0217 | L0100055 | L0100442 | 4/13/2007 | Lawson RFP Response Littleton Public Schools | |
| PX-0218 | L0104143 | L0104342 | 4/26/2005 | Lawson RFP Response to Paradise Valley | |
| PX-0219 | L0108835 | L0109038 | 12/14/2005 | Lawson RFP Response to Scottsdale | |
| PX-0220 | | | | WITHDRAWN | |
| PX-0221 | | | | WITHDRAWN | |
| PX-0222 | L0030416 | L0030420 | N/A | Shamos Deposition Exh.  4  Inventory Control Release Notes, Release 8.0.3 | |
| PX-0223 | L0043550 | L0043553 | N/A | Shamos Deposition Exh.  5 Purchase Order Release Notes, Release 8.0.3 | |
| PX-0224 | L0060691 | L0060694 | N/A | Shamos Deposition Exh.  6  Requisitions Release Notes, Release 8.0.3 | |
| PX-0225 | B000005 | B000077 | N/A | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 02 - Requisition Self-Service Lawson Training Presentation | |
| PX-0226 | L0083359 | L0083446 | 1/25/2007 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 03 - Lawson's Response to Request for Proposal Blount Memorial Hospital | |
| PX-0227 | B003802 | B003837 | 2/25/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 04 - Statement of Work for Blount Memorial Hospital | |

23

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0228 | B002775 | B002779 | 7/29/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 05 - E-mail string from K. Rice to K. Oliver | |
| PX-0229 | B002766 | B002770 | 8/1/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 06 - E-mail from K. Rice to K. Oliver | |
| PX-0230 | B000945 | B001051 | 11/18/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 07 - E-mail from K. Rice to K. Oliver | |
| PX-0231 | B000877 | B000879 | 11/20/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 08 - E-mail from K. Rice to R. Storey, cc'ing K. Oliver | |
| PX-0232 | B000837 | B000841 | 12/3/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 09 - E-mail from K. Rice to R. Storey, cc'ing K. Oliver | |
| PX-0233 | B000842 | B000880 | 12/3/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 10 - E-mail from K. Rice to R. Storey, cc'ing K. Oliver | |
| PX-0234 | B000817 | B000827 | 12/4/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 11 - E-mail from K. Rice to K. Oliver, cc'ing R. Storey | |
| PX-0235 | B000214 | B000222 | 12/31/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 12 - E-mail from K. Rice to K. Oliver, cc'ing R. Storey | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0236 | B003039 | B003071 | 9/9/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 13 - E-mail from K. Rice to K. Oliver | |
| PX-0237 | B003074 | B003076 | 2/23/2010 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 14 - Requisition Self-Service Blount Memorial Hospital | |
| PX-0238 | B003020 | B003031 | N/A | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 15 - Lawson Process Diagrams Presentation | |
| PX-0239 | B002243 | B002253 | 9/10/2008 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - Exhibit 16 - E-mail from K. Rice to R. Storey, cc'ing K. Oliver | |
| PX-0240 | N/A | N/A | 3/11/2010 | 2010.03.11 Deposition of Third Party - Blount (Kristy Oliver) - S3 Demonstration Demo | |
| PX-0241 | NOV0729 | NOV0832 | 7/1/1998 | 2010.02.19 Deposition of Third Party - Novant - Exhibit 02 - Lawson Software Product License Agreement | |
| PX-0242 | L0156778 | N/A | 12/27/2005 | 2010.02.19 Deposition of Third Party - Novant - Exhibit 03 - Lawson Software, Inc., Services Confirmation | |
| PX-0243 | L0156759 | L0156763 | 7/8/2008 | 2010.02.19 Deposition of Third Party - Novant - Exhibit 04 - Product Order Form, Lawson Software Consumer Agreement | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0244 | NOV0725 | NOV0728 | 9/9/2003 | 2010.02.19 Deposition of Third Party - Novant  - Exhibit 05 - Lawson Software, Inc., Services Agreement | |
| PX-0245 | NOV0838 | NOV0869 | 11/2009 | 2010.02.19 Deposition of Third Party - Novant  - Exhibit 06 - Requisition Self-Service RSS 9 Training Manual | |
| PX-0247 | LE00509459 | LE00509464 | N/A | 2010.02.19 Deposition of Third Party - Novant  - Exhibit 08 - Lawson/SciQuest Procure-to-Pay (P2P) Solutions Overview for Novant Health | |
| PX-0248 | NOV0394 | NOV0443 | 3/20/2009 | 2010.02.19 Deposition of Third Party-Novant-Exhibit 09-Series of E-mail with Various Attached Documents Including Lawson's Response to Novant's RFP | |
| PX-0249 | ePLUS0911571 | ePLUS0911582 | 3/17/2009 | 2010.02.19 Deposition of Third Party-Novant-Exhibit 10-E-mail with Attached Presentation Referencing Novant's Responses to ePlus's Questions on RFP | |
| PX-0250 | LE00504119 | LE00504121 | 1/16/2009 | 2010.02.19 Deposition of Third Party - Novant  - Exhibit 11 - Document Titled Novant Health P2P Project | |
| PX-0251 | NOV0453 | NOV0697 | N/A | 2010.02.19 Deposition of Third Party - Novant  - Exhibit 12 - Series of Training Documents, Manual Instructions, and Presentation Slides | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0252 | L0156732 | L0156733 | 3/25/2004 | 2010.02.19 Deposition of Third Party - Novant - Exhibit 13 - Addendum to Lawson Software Product License Agreement | |
| PX-0254 | N/A | N/A | 2/19/2010 | 2010.02.19 Deposition of Third Party - Novant - Exhibit 15 - Printout of Screen Shots Showing System Being Utilized | |
| PX-0255 | RWJ0-000002 | RWJ0-000008 | 8/29/2008 | 2010.03.10 Deposition of Third Party - Robert Wood Johnson (Robert Irwin) - Exhibit 02 - Six-page document, re, Product Order Form, Lawson Software Customer Agreement | |
| PX-0256 | RWJ-0000011 | RWJ-0000016 | 8/29/2008 | 2010.03.10 Deposition of Third Party - Robert Wood Johnson (Robert Irwin) - Exhibit 03 - Six-page document, re, Lawson Software Customer Agreement, Master Terms and Conditions | |
| PX-0257 | RWJ-0000048 | RWJ-0000060 | 10/17/2008 | 2010.03.10 Deposition of Third Party - Robert Wood Johnson (Robert Irwin) - Exhibit 04 - Multi-page document, re, Lawson Software Customer Agreement, Master Terms and Conditions | |
| PX-0258 | RWJ-000068 | RWJ-000084 | 8/22/2008 | 2010.03.10 Deposition of Third Party - Robert Wood Johnson (Robert Irwin) - Exhibit 05 - Multi-page document, re, Lawson Software Customer Agreement, Master Terms and Conditions (draft) | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0259 | RWJ-000086 | RWJ-000124 | 8/29/2008 | 2010.03.10 Deposition of Third Party - Robert Wood Johnson (Robert Irwin) - Exhibit 06 - Lawson Software America's, Inc., Statement Of Work For Robert Wood Johnson Hospital | |
| PX-0260 | RWJ-003998 | RWJ-004020 | 7/27/2009 | 2010.03.10 Deposition of Third Party - Robert Wood Johnson (Robert Irwin) - Exhibit 07 - Requisition Self-Service RSS Training Guide for Lawson Software, Prepared by Robert Wood Johnson University Hospital | |
| PX-0261 | RWJ-003860 | RWJ-003912 | N/A | 2010.03.10 Deposition of Third Party - Robert Wood Johnson (Robert Irwin) - Exhibit 08 - Lawson Implementation Buyer Training Guide Prepared by Robert Wood Johnson University Hospital | |
| PX-0262 | RWJ-004144 | RWJ-004165 | N/A | 2010.03.10 Deposition of Third Party - Robert Wood Johnson (Robert Irwin) - Exhibit 09 - System Admin Steps To Adding An Item | |
| PX-0263 | RWJ-004166 | RWJ-004175 | N/A | 2010.03.10 Deposition of Third Party - Robert Wood Johnson (Robert Irwin) - Exhibit 10 - Requisition Approval Training Guide | |
| PX-0264 | RWJ-002452 | RWJ-002525 | 6/28/2009 | 2010.03.10 Deposition of Third Party - Robert Wood Johnson (Robert Irwin) - Exhibit 11 - Procure Design Document For Robert Wood Johnson University Health | |

28

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0265 | N/A | N/A | 3/10/2010 | 2010.03.10 Deposition of Third Party - Robert Wood Johnson (Robert Irwin) - Exhibit 12 - Lawson S3 demo video | |
| PX-0266 | SJH000002 | SJH000084 | 4/9/2008 | 2010.03.02 Deposition of Third Party - South Jersey (Lynn Cimino) - Exhibit 04 - Lawson Professional Services Statement of Work for South Jersey Health Systems, Inc. | |
| PX-0267 | SJH000115 | SJH000141 | 2/16/2010 | 2010.03.02 Deposition of Third Party - South Jersey (Lynn Cimino) - Exhibit 05 - 2010.02.16 Email chain from Cimino to Burke-Anderson & attachments re: FW: Integrated Solution for South Jersey Healthcare – Lawson Response | |
| PX-0268 | SJH000099 | SJH000114 | 5/3/2008 | 2010.03.02 Deposition of Third Party - South Jersey (Lynn Cimino) - Exhibit 08 - 2008.05.03 Lawson Software Customer Agreement Master Terms & Conditions | |
| PX-0269 | SJH000142 | SJH000191 | 2/16/2010 & 2/22/2007 | 2010.03.02 Deposition of Third Party - South Jersey (Lynn Cimino) - Exhibit 09 - 2010.02.16 Email chain from Cimino to Burke-Anderson & attached 2007.06.15 Lawson Response to South Jersey Health System Proposal and Services Proposal | |
| PX-0270 | N/A | N/A | 3/2/2010 | 2010.03.02 Deposition of Third Party - South Jersey (Lynn Cimino) - Exhibit 11 - Recording of Demonstration | |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0271 | N/A | N/A | 3/2/2010 | South Jersey Screen Shot Demo Files 1 and 2 | |
| PX-0272 | | | | WITHDRAWN | |
| PX-0273 | L0135750 | L0135750 | N/A | 2009.10.26 Ken White Deposition - Exhibit 3 (ePLUS, Inc. v. Lawson Software, Inc.) - CD of Lawson Production L0135750-Lawson Financial Spreadsheet | |
| PX-0274 | | | | WITHDRAWN | |
| PX-0276 | L0294084 | L0294316 | 11/7/2007 | Lawson's Statement of Work to Deaconess Health System | |
| PX-0277 | L0209788 | L0209791 | 11/30/2007 | 2009.10.26 Deposition of Kenneth White – Exhibit 12 – Lawson Services Order Form | |
| PX-0278 | | | | WITHDRAWN | |
| PX-0279 | | | | WITHDRAWN | |
| PX-0280 | LE00206653 | LE00206992 | 3/22/2005 | Lawson RFP Response to Presbyterian | |
| PX-0283 | | | | WITHDRAWN | |
| PX-0288 | | | | WITHDRAWN | |
| PX-0290 | | | | WITHDRAWN | |
| PX-0291 | | | | WITHDRAWN | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0292 | | | | WITHDRAWN | |
| PX-0293 | | | | WITHDRAWN | |
| PX-0296 | LE00217620 | LE00217635 | 6/11/2007 | Lawson/GHX Briefing | |
| PX-0301 | | | | WITHDRAWN | |
| PX-0302 | | | | WITHDRAWN | |
| PX-0303 | | | | WITHDRAWN | |
| PX-0304 | ePLUS0529141 | ePLUS0529151 | 09/2008 | One Size Does Not Fit All, 9/2008e+ Executive White Paper on Purchasing, Content & Supplier Enablement | |
| PX-0305 | | | | WITHDRAWN | |
| PX-0307 | | | | WITHDRAWN | |
| PX-0310 | | | | WITHDRAWN | |
| PX-0311 | | | | WITHDRAWN | |
| PX-0312 | | | | WITHDRAWN | |
| PX-0313 | | | | WITHDRAWN | |
| PX-0315 | | | | WITHDRAWN | |
| PX-0321 | | | | WITHDRAWN | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0322 | | | | WITHDRAWN | |
| PX-0323 | | | | WITHDRAWN | |
| PX-0324 | | | | WITHDRAWN | |
| PX-0331 | L0157072 | L0157130 | 3/17/2000 | Lawson Software Product Contract Documentation between Lawson Associates, Inc. and XM Satellite Radio, Inc. and addenda | |
| PX-0332 | L0157131 | L0157225 | 3/17/2000 | Lawson Software Product Contract Documentation between Lawson Associates, Inc. and Hanesbrand/Sara Lee and addenda | |
| PX-0333 | L0178221 | L0210364 | 3/17/2000 | Lawson Software Product Contract Documentation between Lawson Associates, Inc. and Blue Cross/Blue Shield of NC and addenda | |
| PX-0334 | L0314909 | L0314961 | 3/17/2000 | Lawson Software Product Contract Documentation between Lawson Associates, Inc. and Indalex and addenda | |
| PX-0336 | LE03394917 | LE03394964 | 3/20/2009 | Lawson Response to Request for Proposal – Novant Health Procure To Pay System | |
| PX-0337 | LE03394965 | LE03394970 | N/A | Lawson/Sciquest Procure-to-Pay (P2P) Solutions Overview for Novant Health Presentation | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0338 | LE03394971 | LE03394972 | 3/19/2009 | Novant Health Non-Disclosure and Confidentiality Agreement between Novant Health, Inc. and Lawson Software Americas, Inc. | |
| PX-0339 | LE03443865 | LE03443865 | 5/19/2008 | Email from MJ Bechtel to Brett Weiss regarding Brett Weiss' Availability for Novant, Health, Inc-Punch Out | |
| PX-0340 | | | | WITHDRAWN | |
| PX-0341 | | | | WITHDRAWN | |
| PX-0346 | ePLUS0241502 | ePLUS0241540 | 04/2004 | Lawson Requisitions Self-Service User Guide, version 8.1 | |
| PX-0347 | ePLUS0241541 | ePLUS0241590 | 02/2004 | Lawson e-Procurement Administration Guide, version 8.1 | |
| PX-0350 | ePLUS0444080 | ePLUS0444107 | N/A | Presentation entitled "Lawson S3 Self- Service Overview" | |
| PX-0351 | | | | WITHDRAWN | |
| PX-0352 | | | | WITHDRAWN | |
| PX-0353 | | | | WITHDRAWN | |
| PX-0354 | | | | WITHDRAWN | |
| PX-0355 | | | | WITHDRAWN | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0356 | | | | WITHDRAWN | |
| PX-0357 | | | | WITHDRAWN | |
| PX-0358 | | | | WITHDRAWN | |
| PX-0359 | | | | WITHDRAWN | |
| PX-0360 | | | | WITHDRAWN | |
| PX-0361 | ePLUS0942185 | ePLUS0942291 | 4/20/2010 | Screen shots corresponding to PX-362 (April 20, 2010 S3 Video Demo:  RQ10.1, Dell Dimension) | |
| PX-0362 | ePLUS0942292 | ePLUS0942292 | 4/20/2010 | S3 Video Demo: RQ10.1, Dell Dimension (April 20, 2010) | |
| PX-0363 | ePLUS0942293 | ePLUS0942355 | 4/20/2010 | Screen shots corresponding to PX-364 (S3 Video Demo: Requisitions Self-Service, Search Catalog, Dell Dimension 8100) | |
| PX-0364 | ePLUS0942356 | ePLUS0942356 | 4/20/2010 | S3 Video Demo: Requisitions Self-Service, Search Catalog, Dell Dimension 8100 | |
| PX-0365 | | | | WITHDRAWN | |
| PX-0366 | | | | WITHDRAWN | |
| PX-0367 | ePLUS0942359 | ePLUS0942599 | 4/20/2010 | Screen shots corresponding to PX-368 (April 20, 2010 S3 Video Demo:  Punchout, Staples, Bow-Front Desk and Dell, Printer) | |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0368 | ePLUS0942600 | ePLUS0942600 | 4/20/2010 | S3 Video Demo:  Punchout, Staples, Bow-Front Desk and Dell, Printer (April 20, 2010) | |
| PX-0369 | ePLUS0942601 | ePLUS0942826 | 4/22/2010 | Screen shots corresponding to PX-370 (April 22, 2010 S3 Video Demo: Punchout, Dell, Laptop Case and Staples, Ballpoint Pens) | |
| PX-0370 | ePLUS0942827 | ePLUS0942827 | 4/22/2010 | S3 Video Demo: Punchout, Dell, Laptop Case and Staples, Ballpoint Pens (April 22, 2010) | |
| PX-0371 | | | | WITHDRAWN | |
| PX-0372 | | | | WITHDRAWN | |
| PX-0373 | | | | WITHDRAWN | |
| PX-0374 | ePLUS0942831 | ePLUS0942969 | 4/20/2010 | Screen shots corresponding to PX 376 (April 20, 2010 S3 Video Demo:  Requisitions Self-Service, Categories, Laptops and Glove Boxes) | |
| PX-0375 | | | | WITHDRAWN | |
| PX-0376 | ePLUS0942970 | ePLUS0942970 | 4/20/2010 | S3 Video Demo:  Requisitions Self-Service, Categories, Laptops and Glove Boxes (April 20, 2010) | |
| PX-0377 | ePLUS0947538 | ePLUS0947577 | 5/5/2010 | Screen shots corresponding to PX 378 (May 5, 2010 S3 Video Demo: Requisitions Self-Service, Categories, Ear Plugs and Carriage Bolts) | |

35

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0378 | ePLUS0947578 | ePLUS0947578 | 5/5/2010 | S3 Video Demo: Requisitions Self-Service, Categories, Ear Plugs and Carriage Bolts (May 5, 2010) | |
| PX-0379 | ePLUS0948949 | ePLUS0948998 | 5/5/2010 | Screen shots corresponding to PX 380 (May 5, 2010 S3 Video Demo:  Requisitions Self-Service, Halogen Lamps and Laptop Cases) | |
| PX-0380 | ePLUS0948999 | ePLUS0948999 | 5/5/2010 | S3 Video Demo:  Requisitions Self-Service, Halogen Lamps and Laptop Cases (May 5, 2010) | |
| PX-0381 | | | | WITHDRAWN | |
| PX-0382 | | | | WITHDRAWN | |
| PX-0383 | | | | WITHDRAWN | |
| PX-0384 | | | | WITHDRAWN | |
| PX-0385 | ePLUS0947649 | ePLUS0947864 | N/A | Procurement Overview for Release 8.x Training Course (screen shots) | |
| PX-0386 | | | | WITHDRAWN | |
| PX-0387 | | | | WITHDRAWN | |
| PX-0388 | | | | WITHDRAWN | |
| PX-0389 | | | | WITHDRAWN | |

36

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0390 | ePLUS0948757 | ePLUS0948786 | N/A | Requisitions Self-Service (XML), Version 8.0.3 Training Course (screen shots) | |
| PX-0392 | ePLUS0948869 | ePLUS0948925 | N/A | Vendor Agreement Import 8.0.3 Training Course (screen shots) | |
| PX-0394 | | | | WITHDRAWN | |
| PX-0395 | | | | WITHDRAWN | |
| PX-0396 | | | | WITHDRAWN | |
| PX-0397 | L0000949 | L0000967 | 2/4/2003 | Lawson Product Development Design Document For "Future Effective Catalog Costs" | |
| PX-0398 | L0000971 | L0000992 | 1/2/2002 | Test Script for Vendor Price Agreement Import Feature Introduced in Version 8.0.3 | |
| PX-0399 | L0037128 | L0037375 | 07/2006 | Procurement Management Technical Guide, Version 8.0.3 | |
| PX-0400 | | | | WITHDRAWN | |
| PX-0401 | | | | WITHDRAWN | |
| PX-0402 | L0067337 | L0067337 | N/A | Lawson Laptop Demonstration System S3 Version 9.0 | |

37

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0403 | L0135741 - L0135745; L0135746 - L0135747; L0258429; L0290559 | L0135741 - L0135745; L0135746 - L0135747; L0258429; L0290559 | N/A | Excerpts of Lawson Source Code S3 Version 9.0, Relied Upon by Patrick Niemeyer | |
| PX-0405 | L0344717 | L0344795 | 2007 | Requisitions Self-Service 8.1, 9.0:  The Shopping Experience, Virtual Learning Lab | |
| PX-0406 | L0344796 | L0344816 | 02/2009 | Requisition Self Service vLab Participant Guide (February 2009) | |
| PX-0407 | L0345049.001 | L0345049.096 | 2009 | IC File Layouts Release 9.0.1 | |
| PX-0408 | | | | WITHDRAWN | |
| PX-0409 | | | | WITHDRAWN | |
| PX-0410 | | | | WITHDRAWN | |
| PX-0411 | | | | WITHDRAWN | |
| PX-0413 | LE00507377 | LE00507396 | N/A | Lawson Solutions and Their Value | |
| PX-0414 | LE02003516 | LE02003552 | 06/2009 | Lawson Source Code Documentation - Doc for Developers: S3 Forms Scripting | |
| PX-0415 | | | | WITHDRAWN | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0416 | NOV0051 | NOV0112 | 3/20/2009 | Email from Megan Evans to Pat Burton regarding "Re: Novant Health Procure to Pay RFP" and attached documents in response to Pat Burton's Request for Proposal | |
| PX-0418 | LE00429638 | LE00429699 | N/A | Lawson Demonstration to Prospective Customers | |
| PX-0419 | LE00247964 | LE00248010 | 3/16/2006 | Lawson Supply Chain Management (SCM) 9.0 Suite | |
| PX-0426 | N/A | N/A | 4/23/2010 | Letter re Dooner Deposition & Dooner Verification | |
| PX-0427 | N/A | N/A | 4/19/2010 | Letter re Dooner Testimony (Answers in lieu of Continued Deposition) | |
| PX-0428 | N/A | N/A | 4/28/2010 | Letter re Raleigh Deposition (Answers in lieu of Continued Deposition) | |
| PX-0429 | N/A | N/A | 4/30/2010 | Letter from Lawson's Counsel to ePLUS Counsel enclosing Raleigh Verification | |
| PX-0431 | | | | WITHDRAWN | |
| PX-0432 | | | | WITHDRAWN | |
| PX-0433 | | | | WITHDRAWN | |
| PX-0436 | | | | WITHDRAWN | |
| PX-0438 | | | | WITHDRAWN | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0439 | LE00129945 | LE00130004 | 8/7/2009 | 2009.08.07 Lawson Strategic Plan FY10- For Lawson Leadership Team | |
| PX-0440 | N/A | N/A | 7/16/2010 | 2010 Lawson Software, Inc. 10-K | |
| PX-0441 | | | | WITHDRAWN | |
| PX-0442 | | | | WITHDRAWN | |
| PX-0445 | | | | WITHDRAWN | |
| PX-0449 | | | | WITHDRAWN | |
| PX-0450 | | | | WITHDRAWN | |
| PX-0451 | | | | WITHDRAWN | |
| PX-0452 | | | | WITHDRAWN | |
| PX-0453 | | | | WITHDRAWN | |
| PX-0454 | ePLUS0428913 | ePLUS0428915 | 5/15/2001 | Assignment from Fisher Scientific International Inc. to ePLUS, Inc. | |
| PX-0460 | | | | WITHDRAWN | |
| PX-0464 | | | | WITHDRAWN | |
| PX-0467 | | | | WITHDRAWN | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0469 | | | | WITHDRAWN | |
| PX-0470 | LE02388390 | LE02388669 | 01/2009 | 2010.03.01 Todd Dooner Deposition - Exhibit 20 - Doc for Developers, Lawson 4GL Application Program Interfaces | |
| | | | **REBUTTAL EXHIBITS** | | |
| PX-0471 | | | | WITHDRAWN | |
| PX-0478 | | | | WITHDRAWN | |
| PX-0479 | | | | WITHDRAWN | |
| PX-0480 | | | | WITHDRAWN | |
| PX-0481 | | | | WITHDRAWN | |
| PX-0482 | ePLUS0219477 | ePLUS0219483 | 7/11/1990 | 2010.06.10 Deposition of Laurene McEnemy - Exhibit 03 - License Agreement between American Tech and Household Credit | |
| PX-0483 | ePLUS0219491 | ePLUS0219492 | 1/24/1994 | 2010.06.10 Deposition of Laurene McEnemy - Exhibit 04 - License Agreement between American Tech and Bank of Texas | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0486 | | | | WITHDRAWN | |
| PX-0487 | | | | WITHDRAWN | |
| PX-0488 | | | | WITHDRAWN | |
| PX-0489 | | | | WITHDRAWN | |
| PX-0490 | | | | WITHDRAWN | |
| PX-0491 | | | | WITHDRAWN | |
| PX-0492 | | | | WITHDRAWN | |
| PX-0493 | | | | WITHDRAWN | |
| PX-0494 | | | | WITHDRAWN | |
| PX-0495 | | | | WITHDRAWN | |
| PX-0496 | | | | WITHDRAWN | |
| PX-0497 | | | | WITHDRAWN | |

LIBW/1756353.10

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PLAINTIFF ePLUS INC.'S CORRECTED LIST OF EXHIBITS WHICH MAY BE OFFERED IN REBUTTAL | | | | | |
| PX-0498 | ePLUS0704765 | ePLUS0704769 | 1993 | Kaware 3 Retrieval Systems | |
| PX-0499 | ePLUS0704849 | ePLUS0704861 | 1994 | Aldrich Catalog on Disk Reference Manual | |
| PLAINTIFF ePLUS INC.'S LIST OF INADVERTENTLY OMITTED EXHIBITS | | | | | |
| PX-0503 | ePLUS0461848 | ePLUS0461869 | 3/16/1994 | Statement of Work between Fisher and IBM | |

LIBW/1756353.10