# APPENDIX 4

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**<u>*e*PLUS INC.'S EXHIBITS AS TO WHICH LAWSON SOFTWARE, INC.
OBJECTS AND THE GROUNDS FOR OBJECTION</u>**

## KEY TO OBJECTIONS

| Reference | Basis for Objection |
|---|---|
| 106 | Fairness requires admission of remainder of the document |
| 401/402 | The evidence in the exhibit is not relevant and is not admissible |
| 403 | Any relevance of the exhibit is substantially outweighed by the danger of unfair prejudice, confusion of the issues, misleading the jury, or considerations of unfair delay, waste or confusion of the issues, misleading the jury, or considerations of unfair delay, waste of time, or needless presentation of cumulative evidence. |
| 801/802/805 | The exhibit contains or is hearsay and no exception applies and/or the exhibit contains or is hearsay within hearsay and no exception applies. |
| 901 | The exhibit lacks authentication. |
| 1002 | Original required (Best Evidence) |
| 1003 | Poor duplicate – unfair to admit as duplicate (Best Evidence) |
| 1006 | The evidence in the exhibit includes improper summary of evidence. |
| Duplicate | The exhibit is duplicative of another exhibit(s) |
| FRCP 26 | Not timely disclosed |
| IL | The exhibit is not legible |
| MD | Exhibit is inadmissible because it contains more than one document or is an improper collection of documents |
| MIL | Subject of motion *in limine* |
| NT/T | The exhibit contains text in a foreign language that is not translated to English, or the translation is inaccurate |
| NR | Exhibit not received—all objections are reserved |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0011 | ePLUS0227032 | ePLUS0227054 | 10/2001 | Granada Research, Using the UNSPSC, United Nations Standard Products and Services Code, White Paper (from www.unspsc.org) | 403, 801/802/805, 901 |
| PX-0017 | ePLUS0228538 | ePLUS0228593 | 06/2003 | "The Procurement and Sourcing Applications Report, 2002 - 2007" AMR Research Report | 401/402, 403, 801/802/805, 901, MIL |
| PX-0027 | ePLUS0509332 | ePLUS0509347 | 1996 | Supply Link Technical Bulletin, 1st Quarter 1996 | 401/402, 403, 801/802/805, 901, MIL |
| PX-0029 | ePLUS0519771 | ePLUS0519789 | 11/2001 | "Complex Indirect Procurement: The Final Frontier for Savings," Aberdeen Group | 401/402, 403, 801/802/805, 901, MIL |
| PX-0031 | ePLUS0519825 | ePLUS0519833 | 10/22/2004 | Frequently Asked Questions from UNSPSC Website www.unspsc.org | 801/802/805, 901 |
| PX-0032 | ePLUS0519834 | ePLUS0520139 | 1998-2004 | Documents Downloaded From UNSPSC Website www.unspsc.org | 403, 801/802/805, 901, MD |
| PX-0041 | ePLUS0524455 | ePLUS0524462 | 08/2003 | "Supplier Relationship Management: Creating Value by Completing the Chain" An IDC Executive Brief, August 2003 | 401/402, 403, 801/802/805, 901 |
| PX-0042 | ePLUS0524465 | ePLUS0524465 | 2/14/2005 | Smartmoney.com article: Ariba to Pay ePlus $37M to Settle Infringement Suit | 801/802/805, 401/402, 403, 901, MIL |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0043 | ePLUS0524597 | ePLUS0524622 | 2/12/2005 | Settlement & License Agreement between Ariba, Inc. and ePLUS, Inc., dated February 12, 2005 | 801/802/805, 401/402, 403, MIL |
| PX-0130 | L0261972, L0262041, L0262044, L0262059, L0262133, L0262265, L0262268, L0262307, L0262790, L0262843, | L0261972, L0262041, L0262044, L0262059, L0262133, L0262265, L0262268, L0262307, L0262790, L0262843, | N/A | 2010.03.01 Todd Dooner Deposition - Exhibit 08 - Various documents falling within Bates range of RFP Express | 106, 401/402, 403, 801/802/805, MD, F |
| PX-0139 | ePLUS0010605 | ePLUS0010606 | 12/12/2001 | 2009.12.16 Kenneth Farber Deposition- Exhibit 17 - Manage+ Demo Request Form | 401/402 |
| PX-0140 | ePLUS0434494 | ePLUS0434515 | 03/2008 | 2009.12.17 Deposition of Kenneth Farber - Exhibit 23 - eProcurement - Indalex 3/2008, Procure+ 6.x Hosted, and Procure+ & OPS documents | 401/402 (for pp. 268-269), 801/802/805, 901 |
| PX-0141 | ePLUS0818140 | ePLUS0818196 | 08/2008 | 2009.12.17 Deposition of Kenneth Farber - Exhibit 24 - August 2008 e+ Analyst Briefing | 401/402 |
| PX-0142 | ePLUS0813431 | ePLUS0813510 | 11/2008 | 2009.12.17 Deposition of Kenneth Farber - Exhibit 25 - November 2008 e+ Enterprise Supply Management - An Overview of ePLUS Solutions | 401/402 |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0143 | ePLUS0911573 | ePLUS0911582 | N/A | 2009.12.17 Deposition of Kenneth Farber - Exhibit 33 - Novant Health Procurement-Current State | 801/802/805 |
| PX-0144 | ePLUS0611525 | ePLUS0611526 | 3/17/2009 | 2009.12.17 Deposition of Kenneth Farber - Exhibit 35 - 2009.03.17 Email from Pinkerton to Thomas re: Novant schematic.pptx & attached Novant schematic.pptx | 401/402 |
| PX-0146 | ePLUS0913891 | ePLUS0913904 | 3/17/2009 | 2009.12.17 Deposition of Kenneth Farber - Exhibit 38 - 2009.03.17 Email from Thomas to Halpern, Karns, Farber, Pinkerton and Frenette & attached 2009.03.20 ePLUS Response to: Novant Health Procure to Pay System | 401/402, 403 |
| PX-0187 | LE00163689 | LE00163703 | 8/16/2002 | 2009.10.20 Deposition of Keith Lohkamp - Exhibit 01 - Lawson Software Procurement Applications | 801/802/805, 901 |
| PX-0199 | ePLUS0942090 | ePLUS0942095 | 2/4/2010 | 2010.03.04 Deposition of Hannah Raleigh - Exhibit 03 - Article titled "Lawson Professional Services Introduces Managed Services and Lawson 9 Migration Programs; Professional Services Portfolio Strengthened With New Programs Designed to Help Customers Maximize the Return on Their Lawson Investment" | 801/802/805, 901 |
| PX-0246 | NOV0870 | NOV0904 | N/A | 2010.02.19 Deposition of Third Party - Novant - Exhibit 07 - Supply Chain NMG Ambulatory Care Manual | 401/402, 403, 901 |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0253 | L0156785 | L0156786 | 6/2/2006 | 2010.02.19 Deposition of Third Party - Novant - Exhibit 14 - Lawson Software, Inc., Services Order Form | 403, 901 |
| PX-0275 | L0261603 | L0262981 | N/A | RFP Express | 401/402, 403, 801/802/805, 901, MD |
| PX-0281 | ePLUS0003631 | ePLUS0003677 | N/A | ePLUS Systems Response to Gannett E-Procurement Supplier Questions, Issues or Items Requiring Further Explanation | 401/402 |
| PX-0282 | ePLUS0009339 | ePLUS0009340 | 5/29/2003 | Press Release: ePLUS Awarded Patent on Electronic Cross-Catalog Searching | 401/402, 403, 801/802/805, MIL |
| PX-0284 | ePLUS0026860 | ePLUS0026861 | 7/31/2003 | Press release: "ePLUS Named to iSource Business Magazine's Top 100" | 401/402, 403, 801/802/805, MIL |
| PX-0285 | ePLUS0026955 | ePLUS0026957 | 1/21/2004 | Press release: "ePLUS Achieves Two Consecutive Quarters of Top Ranking in Aberdeen's Supply Chain Top Fifty" | 401/402, 403, 801/802/805, MIL |
| PX-0286 | ePLUS0027032 | ePLUS0027033 | 6/25/2004 | Press release: ePLUS Named to 2004 Supply & Demand Chain Executive Magazine's Top 100 | 401/402, 403, 801/802/805 |
| PX-0287 | ePLUS0027388 | ePLUS0027401 | 2003 | Content+ Product Content Management for the Enterprise, An Executive White Paper | 401/402, 403, |

7

LIBW/1756355.11

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0289 | ePLUS0030544 | ePLUS0030761 | 06/2004 | Procure+ Client/Server System Administration Guide Version 6.606 June 2004 | 401/402, 403 |
| PX-0294 | ePLUS0133477 | ePLUS0133478 | 12/26/2001 | Ariba Rides Aberdeen Award, article by Tom Kaneshige in E-Business News | 801/802/805, 401/402, 403, MIL |
| PX-0295 | ePLUS0134589 | ePLUS0134655 | 9/15/2004 | Cornerstone Article "A 'Net' Solution for both Buying and Selling Organizations" | MD, 401/402, 403, 801/802/805, 901 |
| PX-0298 | ePLUS0432883 | ePLUS0432883 | N/A | ePLUS 's Response to Novant Health Request for Proposal, Procure to Pay - 1674 Appendix A | 401/402 |
| PX-0299 | ePLUS0434089 | ePLUS0434096 | 9/27/2006 | ePLUS Proposal For: HanesbrandsInc – eProcurement Solution for Indirect Spend | 401/402 |
| PX-0300 | ePLUS0434516 | ePLUS0434517 | 09/2006 | Procure+ Hosted & Content + SP – Hanes | 401/402 |
| PX-0306 | ePLUS0529154 | ePLUS0529159 | 2008 | ePLUS Product Information Management, Fueling Supply Management | 401/402, 403 |
| PX-0308 | ePLUS0529164 | ePLUS0529177 | 09/2008 | How's and Why's Of Automating Procurement, e+ Executive White Paper on Successful eProcurement Implementation | 401/402, 403 |
| PX-0309 | ePLUS0529178 | ePLUS0529191 | 09/2008 | Content+ Advanced, e+ Executive White Paper on Product Content Management for the Enterprise | 401/402, 403 |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0314 | ePLUS0612276 | ePLUS0612293 | N/A | Responding to an RFx- Wolters Kluwer | 401/402, 801/802/805, 901 |
| PX-0316 | ePLUS0935319 | ePLUS0937229 | 10/24/2007 | Emails relating to ePLUS's Proposal to Blue Cross Blue Shield of NC | 401/402 |
| PX-0317 | ePLUS0940765 | ePLUS0940776 | 8/28/2009 | Settlement and License Agreement between ePLUS inc. and Perfect Commerce, LLC and Exhibits A and B | 401/402, 403, MIL |
| PX-0318 | ePLUS0940777 | ePLUS0940801 | 12/11/2006 | Patent License and Settlement Agreement among SAP America, Inc., SAP AG and ePLUS inc. | 401/402, 403, MIL[1][2] |
| PX-0319 | ePLUS0940802 | ePLUS0940814 | 8/19/2009 | Settlement and License Agreement between ePLUS, Inc. and SciQuest, Inc. and Exhibits A and B | 401/402, 403, MIL |
| PX-0320 | ePLUS0940815 | ePLUS0940835 | 7/7/2009 | Settlement and License Agreement between ePLUS inc. and Verian Technologies, Inc. and Exhibits A and B | 401/402, 403, MIL |
| PX-0325 | ePLUS0940869 | ePLUS0940871 | 2/17/2005 | Gartner Publication re Ariba-ePLUS Settlement Could Spark More Patent Lawsuits | 401/402, 403, 801/802/805, 901, MIL |
| PX-0326 | ePLUS0940872 | ePLUS0940873 | 7/8/2008 | Article from Supply Demand Chain Executive: "Ariba Settles Patent Infringement Litigation with ePLUS" | 401/402, 403, 801/802/805, 901, MIL |

---

[1] Lawson objects to this document subject to its motions in limine but reserves the right to use the document for other purposes.

[2] In an August 24, 2010 email from K. Stoll-DeBell, Lawson identified this document as having been stipulated to (DX-57 and DX-219). *e*Plus therefore contends that the document should be admissible.

9

LIBW/1756355.11

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0327 | ePLUS0940874 | ePLUS0940875 | 2/14/2005 | article from IT Management "ePLUS Wins $37 Million Patent Infringement Suit Against Ariba" by Renee Boucher Ferguson | 401/402, 403, 801/802/805, 901, MIL |
| PX-0328 | ePLUS0940876 | ePLUS0940876 | 9/8/2005 | article published on infoworld.com "ePLUS Charges SAP with Patent Infringement" by John Blau | 401/402, 403, 801/802/805, 901, MIL |
| PX-0329 | ePLUS0940877 | ePLUS0940877 | 2/15/2005 | Article from NY Times-Tech Briefing "Software-Ariba Settles Patent Suit with ePLUS" | 401/402, 403, 801/802/805, 901, MIL |
| PX-0330 | ePLUS0940878 | ePLUS0940878 | 9/8/2005 | Article from Computerworld Networking&Internet "ePLUS charges SAP with Patent Infringement" by John Blau | 401/402, 403, 801/802/805, 901, MIL |
| PX-0335 | LE00497942 | LE00497943 | 10/22/2008 | Email from Megan Evans to Keith Lohkamp cc Steven Herbst regarding Issues at Novant Health | 401/402, 403 |
| PX-0342 | ePLUS0240726 | ePLUS0240736 | 2/11/2002 | PX-342: IDII Software Newsletter, Vol. 3, No. 3, dated 2/11/2002, including article on Lawson e-Procurement for Healthcare, available at www.idii.com/esn/vol3num03.htm | 801/802/805, 401/402, 901 |
| PX-0343 | ePLUS0240822 | ePLUS0240822 | 9/2/2009 | "Lawson e-Procurement Description" available at www.spendsoftware.com/procurementsoftware/lawson-e-procurement.html | 801/802/805, 901 |
| PX-0345 | ePLUS0241483 | ePLUS0241493 | 09/2005 | Pasadena ISD Lawson Financial System Requisition Approval User's Manual | 401/402 |

LIBW/1756355.11

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0348 | ePLUS0241625 | ePLUS0241656 | N/A | Univ. of Texas MD Anderson Cancer Center "Online Ordering Tutorial & User Guide" | 801/802/805, 901 |
| PX-0349 | ePLUS0432884 | ePLUS0432910 | 3/20/2009 | Response to: Novant Health Procure to Pay System RFP by ePlus | 401/402 |
| PX-0391 | ePLUS0948787 | ePLUS0948787 | N/A | Requisitions Self-Service (XML) Training Course, version 8.0.3 (Video) | 401/402, 403, 801/802/805, 901 for: Any portion of the video including comments or discussion by non-Lawson person. |
| PX-0393 | ePLUS0948926 | ePLUS0948926 | N/A | Vendor Agreement Import 8.0.3 Training Course (video) | 401/402, 403, 801/802/805, 901 for: Any portion of the video including comments or discussion by non-Lawson person. |

11

LIBW/1756355.11

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0404 | L0343669 | L0343669 | 4/8/2010 | Requisition Self-Service 8.1/9.0 (Virtual Learning Lab) (video) | 401/402, 403, 801/802/805, 901 for: Any portion of the video including comments or discussion by non-Lawson person. |
| PX-0412 | LE00169833 | LE00169949 | 12/2001 | December 2001 Aberdeen Group: Best Practices in e-Procurement | 401/402, 403, 801/802/805, 901, R26 |
| PX-0417 | ePLUS0442943 | ePLUS0442950 | 09/2007 | ePLUS Product Information Management : Overview and Product Description | 401/402, 403, R26 |
| PX-0420 | N/A | N/A | 2/22/2010 | USPTO Classifications Order Index Classes 383-483 (from www.uspto.gov) | 401/402, 403, 901, MD |
| PX-0421 | N/A | N/A | 2/22/2010 | USPTO Classifications Order Index Classes 604-709 (from www.uspto.gov) | 401/402, 403, 901, MD |
| PX-0422 | N/A | N/A | N/A | U,S. Patent No. 5,712,989 from USPTO Patent Full-Text and Image Database | 401/402, 403, 901, MD |
| PX-0423 | N/A | N/A | N/A | (Catalog+ splash screen) | 401/402, 403, 901, 1002, R26 |
| PX-0424 | N/A | N/A | 2008 | (2008 Procure+ splash screen) | 401/402, 403, 901, 1002, R26 |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0425 | N/A | N/A | 2007 | (2007 Procure+ splash screen) | 401/402, 403, 901, 1002, R26 |
| PX-0430 | L0290393.001 | L0290393.026 | 2005-2010 | Lawson Revenue Spreadsheet | 401/402, 403, MIL |
| PX-0434 | L0314204.0001 | L0314204.1745 | N/A | Updated License Fee Spreadsheet | 401/402, 403, MIL |
| PX-0435 | L0345165.0001 | L0345166.4172 | 6/1/2004 - 3/31/2010 | Lawson Maintenance and Licensing Revenue | 401/402, 403, MIL |
| PX-0437 | N/A | N/A | N/A | Lawson Global Support: http://www.lawson.com/wcw.nsf/pub/support_index | 401/402, R26 |
| PX-0443 | N/A | N/A | 2010 | Printout from Perfect Commerce website showing licensing of ePlus patents | 401/402, 403, 801/802/805, R26, MIL |
| PX-0444 | N/A | N/A | 2010 | Printout from SciQuest website showing licensing of ePlus patents | 401/402, 403, 801/802/805, R26, MIL |
| PX-0446 | ePLUS0528110 | ePLUS0528479 | 2007 | Procure+ Web: System Administration Guide (Draft) | 401/402, 801/802/805 |
| PX-0447 | ePLUS0027359 | ePLUS0027360 | 7/21/2003 | Article from Industryview: ePlus Awarded Patent on Electronic Cross-Catalog Searching | 401/402, 403, 801/802/805, 901, MIL |
| PX-0448 | ePLUS0433126 | ePLUS0433133 | 09/2007 | Procure+ Overview and Product Description of Procure+ v 6.8 | 401/402 |
| PX-0455 | LE02002976 | LE02003189 | 03/2009 | Lawson Smart Office Administration Guide, Version 9.0.3 | 401/402, 403 |

LIBW/1756355.11

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0456 | LE02480515 | LE02480957 | 11/2008 | Lawson ProcessFlow Administration Guide, Version 9.0 | 401/402, 403 |
| PX-0457 | LE01281910 | LE01281915 | 10/9/2003 | E-Procurement is Reaching Its Plateau of Productivity: E-procurement has been an overhyped application; however, its recent maturation is setting the stage for a comeback. The application is no longer just a "catalog" solution sold by unstable vendors (Gartner Research) | 401/402, 403, 801/802/805, 901 |
| PX-0458 | LE01280376 | LE01280419 | 2/25/2004 | Lawson Workshop: Sourcing, Contracts & Procurement (Gartner Research) | 401/402, 403, 801/802/805, 901 |
| PX-0459 | LE00588805 | LE00588822 | 11/2004 | Market Analysis: Worldwide Accounting and Financial Management Applications 2004 – 2008 Forecast and 2003 Vendor Shares (IDC) | 401/402, 403, 801/802/805, 901 |
| PX-0461 | LE00588824 | LE00589037 | 08/2005 | Market Analysis: Worldwide Software, 2005-2009, Forecast Summary (IDC) | 401/402, 403, 801/802/805, 901, R26 |
| PX-0462 | LE00241100 | LE00241317 | 2005 | EAM/ CMMS Solutions Worldwide Outlook (ARC Advisory Group) (2005) | 401/402, 403, 801/802/805, 901, R26 |
| PX-0463 | LE00216130 | LE00216165 | 2006 | The Procurement and Sourcing Applications Report, 2005-2010 (AMR Research) | 401/402, 403, 801/802/805, 901, R26 |
| PX-0465 | L0134636 | L0134642 | 7/3/2007 | Market Outlook: Sourcing and Procurement in a Demand-Driven World – A Transformation Guide for Vendors, Service Providers and BPOs (AMR Research) | 401/402, 403, 801/802/805, 901, R26 |

14

LIBW/1756355.11

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0466 | L0259043 | L0259067 | 4/20/2007 | The Forrester Wave: eProcurement Solutions, Q2 2007 | 401/402, 403, 801/802/805, 901, R26 |
| PX-0468 | LE00496665 | LE00496666 | 2/21/2008 | Memorandum from Keith Lohkamp to Keith Knuth re: Cleveland Clinic and Procurement Punchout | 401/402, 403 |
| **REBUTTAL EXHIBITS** | | | | | |
| PX-0472 | G0009362 | G0009363 | 4/7/2010 | 2010.05.08 Deposition of Charles Gounaris - Exhibit 02 - Gournaris Retention Agreement (Lawson) | 401/402, 403, 801/802/805 |
| PX-0473 | N/A | N/A | 5/18/2010 | 2010.05.08 Deposition of Charles Gounaris - Exhibit 18 - Addendum to Gounaris Retention Agreement (Lawson) | 401/402, 403, 801/802/805 |
| PX-0474 | G0023619 | G0023620 | 7/9/2009 | 2010.05.08 Deposition of Charles Gounaris - Exhibit 14 - Gournaris Retention Agreement (SciQuest) | 401/402, 403, 801/802/805 |
| PX-0475 | G0023785 | G0023787 | 1/30/2006 | 2010.05.08 Deposition of Charles Gounaris - Exhibit 15 - Gournaris Retention Agreement (SAP) | 401/402, 403, 801/802/805, MIL |
| PX-0476 | G0024075 | G0024075 | 5/2/2010 | 2010.05.08 Deposition of Charles Gounaris - Exhibit 17 - Gounaris Invoice | 401/402, 403 |
| PX-0477 | ENG000346 | ENG000347 | 4/7/2010 | 2010.05.25 Deposition of Pamela Eng - Exhibit 02 - Eng Retention Agreement (Lawson) | 401/402, 403, 801/802/805 |
| PX-0484 | FM0000009 | FM0000009 | 4/28/2010 | Email chain between Laurene Fielder-McEneny and Hughey | 401/402, 801/802/805 |

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0485 | N/A | N/A | 4/16/2010 | Staats Retention Agreement | 401/402, 403, 801/802/805 |
| PX-0500 | N/A | N/A | N/A | Compilation of Lawson's Responses to Prospective Customers' Requests for Proposal | 401/402, 403, 1006, MIL |
| PX-0501 | N/A | N/A | N/A | Compilation of Lawson's Statements of Work for Customers | 401/402, 403, 1006, MIL |
| PX-0502 | L0417614 | L0417614 | N/A | Lawson's Revenue Sheet | 401/402, 403, 1006, MIL |
| PX-0504 | ePLUS0949018 | ePLUS0949018 | N/A | ePlus System Demonstration | 401/402, 403, 1006, MIL |
| PX-0505 | ePLUS0204875 | ePLUS0204883 | 9/22/2004 | The Declaration of Ross E. Dworkin | 401/402, 403, 1006, MIL |
| PX-0506 | L0330837 | L0330929 | 05/2008 | S3 Lawson System Foundation Architecture Guide Version 9.0 | 401/402, 403, 1006, MIL |
| PX-0507 | N/A | N/A | 07/2010 | Lawson's Annual Report (10-K) | 401/402, 403, 1006, MIL |
| PX-0508 | N/A | N/A | 11/2003-03/2010 | Accused License Revenue by SKU | 401/402, 403, 1006, MIL |
| PX-0509 | N/A | N/A | 11/2003-03/2010 | Accused Maintenance Revenue by SKU | 401/402, 403, 1006, MIL |
| PX-0510 | N/A | N/A | 11/2003-03/2010 | Accused Service Revenue by SKU | 401/402, 403, 1006, MIL |
| PX-0511 | N/A | N/A | 11/2003-03/2010 | Total Accused Combined Revenue Summary | 401/402, 403, 1006, MIL |
| PX-0512 | N/A | N/A | 11/2003-03/2010 | Total Accused License Revenue Summary | 401/402, 403, 1006, MIL |

LIBW/1756355.11

| Exhibit No. | Begin Bates | End Bates | Date | Description | Lawson's Objection(s) |
|---|---|---|---|---|---|
| PX-0513 | N/A | N/A | 11/2003-03/2010 | Total Accused Maintenance Revenue Summary | 401/402, 403, 1006, MIL |
| PX-0514 | N/A | N/A | 11/2003-03/2010 | Total Accused Service Revenue | 401/402, 403, 1006, MIL |
| PX-0515 | N/A | N/A | N/A | FRE 1006 Summary of Lawson's Responses to Prospective Customers' Requests for Proposal. | 401/402, 403, 1006, MIL |