# APPENDIX 5

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**LAWSON SOFTWARE, INC.'S EXHIBITS AS TO WHICH THERE ARE NO OBJECTIONS**

Pursuant to Section V(D)(6) of the Court's Scheduling Order, Plaintiff ePlus, Inc. ("ePlus"), through counsel, hereby submits the following general and specific objections to Defendant Lawson Software, Inc. ("Lawson")'s Trial Exhibit List:

**General Objections**

1. <u>Documents excluded pursuant to the Court's rulings on motions in limine</u>. Defendant's Trial Exhibit List includes nearly 100 documents which the Court has already ordered be excluded from trial either explicitly or implicitly.

2. <u>Documents not previously disclosed during discovery or pursuant to Court Order</u>. ePlus also objects generally to the introduction of any evidence which, though it may be relevant to Lawson's defenses, was not previously disclosed during discovery, in its responses to ePlus's interrogatories or disclosed in Defendant's Court Ordered Second Supplemental Statement of Invalidity Defenses.

3.      <u>Relevance</u>.  *e*Plus objects generally to Lawson's introduction of any evidence having no tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable and to the introduction of evidence wherein the probative value of that evidence is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

4.      <u>Exhibits not disclosed</u>.  *e*Plus reserves its right to present additional objections to exhibits not yet disclosed to *e*Plus by Lawson, including, but not limited to, Lawson Trial Exhibits DX 118, DX 119, DX 151, DX 152, DX 162, DX 368, DX 369 and DX 370.

5.      <u>Duplicative Exhibits</u>.  *e*Plus objects generally to Lawson's practice of including the same exhibit multiple times on its Trial Exhibit List.

6.      <u>Exhibits not properly described</u>.  *e*Plus objects generally to all Lawson exhibits not properly described including exhibits described as "excel spreadsheet" or impermissibly grouped exhibits.

**KEY TO OBJECTIONS**

| Reference | Basis for Objection |
|---|---|
| 106 | Fairness requires admission of remainder of the document |
| 401/402 | The evidence in the exhibit is not relevant and is not admissible |
| 403 | Any relevance of the exhibit is substantially outweighed by the danger of unfair prejudice, confusion of the issues, misleading the jury, or considerations of unfair delay, waste or confusion of the issues, misleading the jury, or considerations of unfair delay, waste of time, or needless presentation of cumulative evidence. |
| 801/802/805 | The exhibit contains or is hearsay and no exception applies and/or the exhibit contains or is hearsay within hearsay and no exception applies. |
| 901 | The exhibit lacks authentication. |
| 1002 | Original required (Best Evidence) |
| 1003 | Poor duplicate – unfair to admit as duplicate (Best Evidence) |
| 1006 | The evidence in the exhibit includes improper summary of evidence. |
| Duplicate | The exhibit is duplicative of another exhibit(s) |
| FRCP 26 | Not timely disclosed |
| IL | The exhibit is not legible |
| MD | Exhibit is inadmissible because it contains more than one document or is an improper collection of documents |
| MIL | Subject of motion *in limine* |
| NT/T | The exhibit contains text in a foreign language that is not translated to English, or the translation is inaccurate |
| NR | Exhibit not received—all objections are reserved |

| Def. No. | Plt. No. | Description of Exhibit | Bates Number |
|---|---|---|---|
| DX-1 | | U.S. Patent No. 6,023,683 (Kinross Depo. Exh. 1) | ePLUS0207001-0207021 |
| DX-2 | | U.S. Patent No. 6,055,516 (Kinross Depo. Exh. 2) | ePLUS0207022-0207042 |
| DX-3 | | U.S. Patent No. 6,505,172 (Kinross Depo. Exh. 3) | ePLUS0131866-0131884 |
| DX-4 | | WITHDRAWN AS DUPLICATE | |
| DX-5 | | Declaration and Power of Attorney filed on 08/10/94 from the '683 File History (Kinross Depo. Exh. 5) | L0132817-0132820 |
| DX-6 | | WITHDRAWN | |
| DX-7 | | U.S. Patent No. 5,712,989 (Kinross Depo. Exh. 7) | L0260803-0260844 |
| DX-8 | | WITHDRAWN AS DUPLICATE | |
| DX-9 | | WITHDRAWN AS DUPLICATE | |
| DX-10 | | SupplyLink (Kinross Depo. Exh. 10) | ePLUS0481583-0481593 |
| DX-11 | | WITHDRAWN | |
| DX-12 | | WITHDRAWN | |
| DX-13 | | WITHDRAWN | |
| DX-14 | | WITHDRAWN | |
| DX-15 | | WITHDRAWN | |
| DX-16 | | WITHDRAWN | |
| DX-17 | | WITHDRAWN | |
| DX-18 | | WITHDRAWN | |
| DX-19 | | WITHDRAWN | |
| DX-20 | | WITHDRAWN | |
| DX-21 | | WITHDRAWN | |
| DX-22 | | Amended Schedule A – Topics for Depositions (Farber Depo. Exh. 13) | |
| DX-23 | | WITHDRAWN | |
| DX-24 | | WITHDRAWN AS DUPLICATE | |
| DX-25 | | WITHDRAWN | |
| DX-26 | | WITHDRAWN | |
| DX-27 | | WITHDRAWN | |
| DX-28 | | WITHDRAWN | |
| DX-29 | | WITHDRAWN | |
| DX-30 | | Procure+ 6.6 Sales Data Sheet dated 10/21/02 (Farber Depo. Exh. 21) | ePLUS0037213-0037224 |
| DX-36 | | WITHDRAWN | |
| DX-37 | | WITHDRAWN | |
| DX-39 | | WITHDRAWN | |
| DX-40 | | WITHDRAWN | |
| DX-42 | | WITHDRAWN | |
| DX-45 | | Email dated 02/15/08 from Drew Burford to Paul Jarboe and Jay Raulerson regarding Lawson Meeting (Farber Depo. Exh. 36) | ePLUS0864667 |
| DX-46 | | WITHDRAWN | |
| DX-47 | | WITHDRAWN | |
| DX-48 | | WITHDRAWN AS DUPLICATE | |
| DX-49 | | WITHDRAWN AS DUPLICATE | |
| DX-50 | | WITHDRAWN | |
| DX-51 | | WITHDRAWN AS DUPLICATE | |
| DX-52 | | WITHDRAWN AS DUPLICATE | |
| DX-53 | | WITHDRAWN | |
| DX-54 | | WITHDRAWN AS DUPLICATE | |
| DX-55 | | WITHDRAWN | |

| Def. No. | Plt. No. | Description of Exhibit | Bates Number |
|---|---|---|---|
| DX-57 | | WITHDRAWN | |
| DX-58 | | WITHDRAWN | |
| DX-59 | | WITHDRAWN | |
| DX-60 | | WITHDRAWN AS DUPLICATE | |
| DX-61 | | Fisher RIMS Brochure | L0260595-0260606 |
| DX-62 | | Fisher RIMS Trademark Application No. 74/384676 (Certified Copy) | |
| DX-63 | | WITHDRAWN | |
| DX-65 | | WITHDRAWN AS DUPLICATE | |
| DX-66 | | WITHDRAWN | |
| DX-67 | | Purchase Order User Guide Version 9.0.1 dated November 2008 | L0044082-0044359 |
| DX-68 | | WITHDRAWN AS DUPLICATE | |
| DX-69 | | WITHDRAWN AS DUPLICATE | |
| DX-70 | | WITHDRAWN | |
| DX-71 | 101 | Empower your People with Requisition Self-Service and Procurement Punchout (Christopherson Depo. Ex. 10) | ePlus0621234-0621280 |
| DX-72 | 111 | Purchase Order File Layout: Release 9.0.1. (Christopherson Depo. Ex. 20) | L0043347.1 – L0043347.50 |
| DX-76 | 176 | Lawson Procurement Punchout Administration Guide Version 9.0 dated November 2006 | L0046293-0046332 |
| DX-77 | 126 | P11 Requisitions Self-Service: What's New in Version 8.0.3 for April 27-28, 2004 (Dooner Depo. Exh. 4) | LE02761084-002761113 |
| DX-78 | 127 | Application Design Document for S3 Item Search Center; Revision 1.1 (Dooner Depo. Exh. 5) | LE00192055-00192062 |
| DX-79 | 30 | WITHDRAWN | |
| DX-80 | | WITHDRAWN | |
| DX-81 | | WITHDRAWN | |
| DX-82 | | WITHDRAWN | |
| DX-83 | | WITHDRAWN | |
| DX-84 | 161 | SUNY Upstate Medical University Hospital: Welcome to the Lawson Web Requisition: A Guide for the Beginning Requester (Lohkamp Depo. Exh. 15) | ePLUS0241397-0241416 |
| DX-85 | 102 | Lawson S3 Requisitions Self-Service and Procurement Punchout Field Enablement dated 10/19/07 (Lohkamp Depo. Exh. 21) | L0135034-0135092 |
| DX-96 | | J CON Manual Vol. 1 | L0123414-0124584 |
| DX-99 | | WITHDRAWN | |
| DX-100 | | WITHDRAWN | |
| DX-101 | | WITHDRAWN | |
| DX-102 | | Pilot and Comprehensive Electronic Sourcing Program System prepared for Fisher Scientific dated 03/16/94 (Gounaris Depo. Exh. 7) | ePLUS0214268-0214289 |
| DX-103 | | WITHDRAWN | |
| DX-105 | | IBM Technical Viewer/2 General Information Manual (Gounaris Depo. Exh. 10) | G000002-000011 |
| DX-106 | | WITHDRAWN AS DUPLICATE | |
| DX-107 | | IBM Technical Viewer/2 (Gounaris Depo. Exh. 11) | G000030-000033 |
| DX-108 | | WITHDRAWN | |
| DX-109 | | WITHDRAWN | |

| Def. No. | Plt. No. | Description of Exhibit | Bates Number |
|---|---|---|---|
| DX-110 | | WITHDRAWN AS DUPLICATE | |
| DX-113 | | WITHDRAWN AS DUPLICATE | |
| DX-114 | | WITHDRAWN AS DUPLICATE | |
| DX-115 | | WITHDRAWN | |
| DX-116 | | WITHDRAWN | |
| DX-117 | | Guided Tour - Version 10.1 (McEneny Depo. Exh. 2) | L0126514-0126701 |
| DX-118 | | WITHDRAWN | |
| DX-119 | | WITHDRAWN | |
| DX-120 | | WITHDRAWN AS DUPLICATE | |
| DX-126 | | Inventory Control Version 10.0: Office Copy (McEneny Depo. Exh. 98) | L0126147-0126395 |
| DX-127 | | WITHDRAWN | |
| DX-128 | | WITHDRAWN | |
| DX-129 | | Data Interface Utility Version 10.0 (McEneny Depo. Exh. 101) | L0126423-0126481 |
| DX-130 | | EDI Interface User's Guide (McEneny Depo. Exh. 102) | L0126482-0126500 |
| DX-131 | | WITHDRAWN | |
| DX-132 | | WITHDRAWN | |
| DX-133 | | P.O. Writer requisition interface menu (McEneny Depo. Exh. 107) | L0126965-0126980 |
| DX-134 | | WITHDRAWN | |
| DX-135 | | WITHDRAWN | |
| DX-137 | | WITHDRAWN | |
| DX-138 | | WITHDRAWN | |
| DX-140 | | Purchase Requisitioning System Administrator's Guide Version 10.0 (McEneny Depo. Exh. 114) | L0127256-0127296 |
| DX-141 | | Requisitioning Module Version 10.0 Office Copy (McEneny Depo. Exh. 115) | L0127505-0127601 |
| DX-143 | | Requisitions User Guide Version 9.0.1 dated November 2008 (Christopherson Depo. Exh. 6) | L0061098-0061299 |
| DX-144 | | WITHDRAWN | |
| DX-145 | | WITHDRAWN | |
| DX-146 | | WITHDRAWN | |
| DX-147 | | WITHDRAWN | |
| DX-148 | | WITHDRAWN | |
| DX-149 | | WITHDRAWN | |
| DX-150 | | WITHDRAWN | |
| DX-151 | | WITHDRAWN | |
| DX-152 | | WITHDRAWN | |
| DX-153 | | WITHDRAWN | |
| DX-154 | | WITHDRAWN | |
| DX-155 | | WITHDRAWN | |
| DX-156 | | WITHDRAWN | |
| DX-157 | | WITHDRAWN | |
| DX-158 | | WITHDRAWN | |
| DX-159 | | WITHDRAWN | |
| DX-160 | | WITHDRAWN | |
| DX-161 | | WITHDRAWN | |
| DX-162 | | WITHDRAWN | |
| DX-163 | | WITHDRAWN | |
| DX-164 | | WITHDRAWN | |
| DX-165 | | WITHDRAWN | |
| DX-166 | | WITHDRAWN | |
| DX-167 | | WITHDRAWN | |
| DX-168 | | CUE Files | L0345001 |

| Def. No. | Plt. No. | Description of Exhibit | Bates Number |
|---|---|---|---|
| DX-169 | | WITHDRAWN | |
| DX-170 | | WITHDRAWN | |
| DX-174 | | WITHDRAWN | |
| DX-176 | | Inventory Control User Guide Version 9.0 dated May 2007 | L0031954-0032248 |
| DX-177 | | Procurement Management Technical Guide Version 8.0.3 dated October 2003 | L0042441-0042670 |
| DX-178 | | Requisitions User Guide Version 9.0 dated November 2006 | L0044870-0045068 |
| DX-179 | | WITHDRAWN | |
| DX-180 | | Lawson Supply Chain Management Conversion Guide Version 9.0.1 dated April 2009 | L0327408-0327569 |
| DX-182 | | CD of videotaped recording of data made during deposition on 03/02/10 (Cimino Depo Exh. 11) | |
| DX-183 | | WITHDRAWN | |
| DX-184 | | CD of Demonstration made during deposition of Manuel D. Matias (Robert Wood Johnson) dated 03/10/10 | |
| DX-185 | | WITHDRAWN | |
| DX-187 | | Lawson Software Americas, Inc. Statement of Work for Robert Wood Johnson University Hospital (Irwin Depo. Exh. 6) | RWJ000086-000124 |
| DX-188 | | Lawson Self Service RSS Training Guide Lawson Software regarding Robert Wood Johnson University Hospital dated 07/27/09 (Irwin Depo. Exh. 7) | RWJ003998-004020 |
| DX-189 | | Lawson Implementation Buyer Training Guide regarding Robert Wood Johnson University (Irwin Depo. Exh. 8) | RWJ003860-003912 |
| DX-194 | | WITHDRAWN | |
| DX-196 | | Response to Request for Proposal Blount Memorial Hospital dated 01/25/07 (Blount Depo. Exh. 3) | L0083359-0083446 |
| DX-197 | | Lawson Software Statement of Work for Blount Memorial Hospital (Blount Depo Exh. 4) | B003802-003837 |
| DX-198 | | E-mail communication from Katrina Rice to Kristy Oliver regarding Item Master Upload Template with attachment dated 12/04/08 (Blount Depo. Exh. 11) | B00817-00827 |
| DX-199 | | Email from Katrina Rice to Kristy Oliver enclosing presentation "RSS Requisitions" dated 09/09/08 (Blount Depo. Ex. 13) | B003039-003071 |
| DX-200 | | CD containing videotaped demonstration by Kristy Oliver during deposition dated 03/11/10 | |
| DX-201 | | WITHDRAWN | |
| DX-202 | | Requisition Self Service: RSS 9 Training Manual dated 11/09 (Novant Depo. Exh. 6) | NOV0838-0869 |
| DX-203 | | Customer Service Information presentation (Novant Depo. Exh. 7) | NOV0870-0904 |
| DX-204 | | Lawson/SciQuest Procure-to-Pay (P2P Solution Overview for Novant Health (Novant Depo. Exh. 8) | LE00509459-00509464 |
| DX-205 | | Email communications between Mary Segreti (Lawson) and Pat Burton (Novant) with Request For Proposal dated 03/20/09 (Novant Depo. Exh. 9) | NOV0394-0443 |

| Def. No. | Plt. No. | Description of Exhibit | Bates Number |
|---|---|---|---|
| DX-206 | | Email from Pat Burton (Novant) to Distribution regarding Novant responses to RFP questions dated 03/17/09 (Novant Depo. Exh. 10) | ePLUS0911571-0911582 |
| DX-207 | | Novant Health P2P Project dated 01/16/09 (Novant Depo. Exh. 11) | LE00504119-0504121 |
| DX-208 | | ProcessFlow 9.0.0.x Source Code | L0344999 |
| DX-209 | | Novant Screenshots captured during 02/19/10 Novant 30b6 deposition (Novant Depo. Exh. 15) | |
| DX-210 | | WITHDRAWN AS DUPLICATE | |
| DX-211 | | Fisher Scientific International 1994 Annual Report; dated 1994 (O'Loughlin Depo. Exh. 41) | L0343632-0343667 |
| DX-212 | | Fisher Scientific International Form 10-K for 1992 (O'Loughlin Depo. Exh. 42) | L0343548-0343586 |
| DX-213 | | Fisher Scientific International Form 10-K for 1993 (O'Loughlin Depo. Exh. 43) | L0343587-0343631 |
| DX-214 | | WITHDRAWN | |
| DX-215 | | 7.2.2.4 to 8.0.3. Application and Environment Upgrade iSeries Information Document and Budgetary Estimate dated 03/2005 (Raleigh Depo. Exh. 15) | LE02782644-02782669 |
| DX-216 | | Lawson Requisitions Self-Service User Guide Version 9.0.1 dated May 2009 | L0045474-0045553 |
| DX-217 | | Purchase Order User Guide Version 9.0.1 dated November 2008 | L0052019-0052296 |
| DX-218 | | Inventory Control User Guide Version 9.0.1 dated November 2008 | L0032249-0032549 |
| DX-219 | | WITHDRAWN | |
| DX-220 | | WITHDRAWN | |
| DX-221 | | WITHDRAWN | |
| DX-222 | | WITHDRAWN | |
| DX-223 | | WITHDRAWN | |
| DX-224 | | WITHDRAWN | |
| DX-225 | | WITHDRAWN | |
| DX-226 | | WITHDRAWN | |
| DX-227 | | WITHDRAWN | |
| DX-228 | | WITHDRAWN | |
| DX-229 | | WITHDRAWN | |
| DX-230 | | IBM Technical Viewer/2 General Information Manual | G0000012-29 |
| DX-231 | | WITHDRAWN | |
| DX-232 | | File History of U.S. Patent No. 6,055,516 (Certified Copy) | L0132511-0132698 |
| DX-233 | | File History of U.S. Patent No. 6,023,683 (Certified Copy) | L0132699-0132936 |
| DX-234 | | WITHDRAWN | |
| DX-235 | | WITHDRAWN AS DUPLICATE | |
| DX-236 | | WITHDRAWN | |
| DX-244 | | U.S. Patent No. 4,992,940: Dworkin (Certified Copy) | L0260625-0260640 |
| DX-245 | | U.S. Patent No. 5,319,542: King (Certified Copy) | ePLUS0130297-0130307 |
| DX-248 | | WITHDRAWN | |
| DX-251 | | 9.0.1 MSP2 Source Code | L0135741 |
| DX-252 | | 8.0.3 Source Code | L0135744 |
| DX-253 | | 9.0.1 Source Code | L0290559 |
| DX-254 | | 9.0.0 Source Code | L0135742 |
| DX-255 | | 8.1.0 Source Code | L0135745 |

| Def. No. | Plt. No. | Description of Exhibit | Bates Number |
|---|---|---|---|
| DX-256 | | WITHDRAWN | |
| DX-257 | | WITHDRAWN | |
| DX-258 | | WITHDRAWN | |
| DX-259 | | WITHDRAWN | |
| DX-260 | | WITHDRAWN | |
| DX-261 | | WITHDRAWN | |
| DX-262 | | WITHDRAWN | |
| DX-263 | | WITHDRAWN | |
| DX-264 | | WITHDRAWN AS DUPLICATE | |
| DX-265 | | WITHDRAWN AS DUPLICATE | |
| DX-266 | | WITHDRAWN | |
| DX-267 | | WITHDRAWN | |
| DX-268 | | WITHDRAWN | |
| DX-269 | | WITHDRAWN | |
| DX-270 | | WITHDRAWN | |
| DX-271 | | WITHDRAWN | |
| DX-272 | | WITHDRAWN | |
| DX-273 | | WITHDRAWN AS DUPLICATE | |
| DX-274 | | WITHDRAWN | |
| DX-275 | | WITHDRAWN AS DUPLICATE | |
| DX-278 | | WITHDRAWN | |
| DX-279 | | WITHDRAWN | |
| DX-280 | | WITHDRAWN | |
| DX-281 | | WITHDRAWN | |
| DX-282 | | WITHDRAWN | |
| DX-283 | | WITHDRAWN | |
| DX-284 | | WITHDRAWN | |
| DX-285 | | WITHDRAWN | |
| DX-286 | | WITHDRAWN | |
| DX-287 | | WITHDRAWN | |
| DX-288 | | WITHDRAWN | |
| DX-289 | | WITHDRAWN | |
| DX-290 | | WITHDRAWN | |
| DX-292 | | Excel Spreadsheet for ePlus Systems and Content Services (Magnum Depo. Exh. 134) | ePlus0949075 |
| DX-293 | | WITHDRAWN | |
| DX-294 | | WITHDRAWN | |
| DX-295 | | WITHDRAWN | |
| DX-296 | | WITHDRAWN | |
| DX-297 | | WITHDRAWN | |
| DX-298 | | WITHDRAWN | |
| DX-299 | | WITHDRAWN | |
| DX-300 | | WITHDRAWN | |
| DX-301 | | WITHDRAWN | |
| DX-302 | | WITHDRAWN | |
| DX-303 | | WITHDRAWN | |
| DX-304 | | WITHDRAWN | |
| DX-305 | | WITHDRAWN | |
| DX-306 | | WITHDRAWN | |
| DX-312 | | WITHDRAWN | |
| DX-313 | | WITHDRAWN | |
| DX-314 | | WITHDRAWN | |
| DX-315 | | WITHDRAWN | |
| DX-316 | | WITHDRAWN | |
| DX-317 | | WITHDRAWN | |
| DX-318 | | WITHDRAWN | |
| DX-319 | | WITHDRAWN | |

| Def. No. | Plt. No. | Description of Exhibit | Bates Number |
|---|---|---|---|
| DX-320 | | WITHDRAWN | |
| DX-321 | | Lawson Turnover Document – Release 9 | LE01336793-851 |
| DX-322 | | WITHDRAWN | |
| DX-323 | | WITHDRAWN | |
| DX-324 | | WITHDRAWN | |
| DX-325 | | WITHDRAWN | |
| DX-326 | | WITHDRAWN | |
| DX-328 | | WITHDRAWN | |
| DX-329 | | WITHDRAWN | |
| DX-330 | | WITHDRAWN | |
| DX-332 | | WITHDRAWN | |
| DX-335 | | Lawson Laptop Demonstration System S3 Version 9.0 | L0067337 |
| DX-336 | | WITHDRAWN | |
| DX-337 | | WITHDRAWN | |
| DX-338 | | ePlus Data (.csv file) | ePLUS0949077 |
| DX-339 | | WITHDRAWN | |
| DX-340 | | WITHDRAWN | |
| DX-341 | | WITHDRAWN | |
| DX-342 | | WITHDRAWN | |
| DX-343 | | WITHDRAWN | |
| DX-344 | | WITHDRAWN | |
| DX-345 | | WITHDRAWN | |
| DX-346 | | WITHDRAWN | |
| DX-347 | | WITHDRAWN | |
| DX-348 | | Application Design Documents for S3 Item Search Center (Weaver Depo. Exh. 10) | LE00192055-00192062 |
| DX-349 | | WITHDRAWN | |
| DX-351 | | WITHDRAWN | |
| DX-352 | | WITHDRAWN | |
| DX-353 | | WITHDRAWN | |
| DX-354 | | WITHDRAWN | |
| DX-355 | | WITHDRAWN | |
| DX-356 | | WITHDRAWN | |
| DX-357 | | WITHDRAWN | |
| DX-358 | | WITHDRAWN | |
| DX-359 | | WITHDRAWN | |
| DX-360 | | WITHDRAWN | |
| DX-361 | | WITHDRAWN | |
| DX-362 | | Lawson EDI for Supply Chain Management Installation Guide Version 9.0.1.x dated November 2008 | LE03273818-03273832 |
| DX-363 | | WITHDRAWN | |
| DX-364 | | WITHDRAWN | |
| DX-365 | | WITHDRAWN | |
| DX-366 | | WITHDRAWN | |
| DX-367 | | WITHDRAWN | |
| DX-368 | | WITHDRAWN | |
| DX-369 | | WITHDRAWN | |