# APPENDIX 1

### *e*PLUS INC.'S LIST OF WITNESSES INTENDED TO BE CALLED

|     | **Name** | **Address** | **Purpose** |
| --- | --- | --- | --- |
| 1.  | Dale Christopherson | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 2.  | Lynn Cimino | South Jersey Healthcare<br>333 Irving Avenue<br>Bridgeton, NJ 08302 | Fact |
| 3.  | Kenneth Farber | *e*Plus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171-3413 | Fact |
| 4.  | Jeff Frank | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 5.  | Dean Hager | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 6.  | Brooks Hilliard | Business Automation Associates, Inc.<br>11811 N. Tatum Boulevard<br>Suite 3031-113<br>Phoenix, AZ 85028 | Expert |
| 7.  | Robert Irwin | Robert Wood Johnson University Hospital<br>1 Robert Wood Johnson Place,<br>New Brunswick, NJ 08901 | Fact |
| 8.  | James Johnson | 215 Appleglen Court<br>McDonald, PA 15057 | Fact |
| 9.  | Robert Kinross | 6816 Ricker Court<br>Pittsburgh, PA 15202 | Fact |
| 10. | Keith Lohkamp | 3045 Totterdell Street<br>Oakland, CA 94611 | Fact |
| 11. | Elaine Marion | *e*Plus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171-3413 | Fact |
| 12. | Douglas Momyer | 2241 Old Washington Road<br>Pittsburgh, PA 15241 | Fact |
| 13. | Manuel Matias | Robert Wood Johnson University Hospital<br>1 Robert Wood Johnson Place,<br>New Brunswick, NJ 08901 | Fact |
| 14. | Patrick Niemeyer | 712 Payson Drive<br>St. Louis, MO 63132-3310 | Expert |
| 15. | Phillip Norton | *e*Plus, Inc.<br>13595 Dulles Technology Drive | Fact |

2

|     |                     |                                                                                                                              |        |
| --- | ------------------- | ---------------------------------------------------------------------------------------------------------------------------- | ------ |
|     |                     | Herndon, VA 20171-3413                                                                                                       |        |
| 16. | Kristy Oliver       | Blount Memorial Hospital, 907 East Lamar Alexander Pkwy. Maryville, TN 37804                                                 | Fact   |
| 17. | Kleyton Parkhurst   | *e*Plus, Inc. 13595 Dulles Technology Drive Herndon, VA 20171-3413                                                           | Fact   |
| 18. | Hannah Raleigh      | Lawson Software, Inc. 3668 U.S. Highway 20 Nassau, NY 12123                                                                  | Fact   |
| 19. | Gene Tabachnick     | Reed Smith LLP 225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222                                                            | Fact   |
| 20. | Guenther Tolkmit    | Lawson Software, Inc. 380 Saint Peter Street St. Paul, MN 55102                                                              | Fact   |
| 21. | Kenneth White       | Lawson Software, Inc. 380 Saint Peter Street St. Paul, MN 55102                                                              | Fact   |
| 22. | Alfred Weaver, Ph. D. | University of Virginia School of Engineering and Applied Sciences 151 Engineer's Way P.O. Box 400470 Charlottesville, VA 22904 | Expert |
| 23. | Vicky Williams      | Novant Health, Inc. 4680 Duffer Court Pfafftown, NC 27040                                                                    | Fact   |
| 24. | William Yuhasz      | Novant Health, Inc. 427 Beaten Path Road Mooresville, NC 28117                                                               | Fact   |

3

LIBA/2111582.2