IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                          Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

For the reasons set forth on the record during the September 24, 2010 conference call, it is hereby ORDERED that Defendant's Counterclaims One (Invalidity) and Two (Non-infringement) (Docket No. 136) are severed.

It is so ORDERED.

                                    /s/        /REP/
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: September 24, 2010