IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



| | |
|---|---|
| ePLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

### STIPULATED ORDER REGARDING BRIEFING SCHEDULES
### PURSUANT TO FINAL PRETRIAL CONFERENCE

Plaintiff ePlus Inc. ("ePlus") and Defendant Lawson Software, Inc. ("Lawson"), by and through their undersigned counsel, do hereby stipulate and agree to the schedule as set forth below for the briefs ordered by the Court during the Final Pretrial Conference on September 27-28, 2010 in the above-captioned matter:

1. ePlus shall file its brief in support of its Motion to Exclude Incomplete Documents (Dx121, Dx122) Pursuant to the Federal Rules of Evidence by October 21, 2010; Lawson shall file its response brief by November 1, 2010; ePlus shall file its reply brief by November 8, 2010.

2. ePlus shall file its brief in support of its Motion to Exclude Exhibits Not Timely Disclosed (Dx97, Dx98, Dx112) Pursuant to Prior Court Orders by October 21, 2010; Lawson shall file its response brief by November 1, 2010; ePlus shall file its reply brief by November 8, 2010.

3. ePlus shall file its brief in support of its Motion Regarding Admissibility of Accused Lawson Products and Documents related thereto (Px253, Px455, Px456, Px506) by



October 21, 2010; Lawson shall file its response brief by November 1, 2010; ePlus shall file its reply brief by November 8, 2010.

    4.    Lawson shall file its brief in support of its Motion for Separate Bench Trial on Issues of Willfulness and Injunctive Relief by October 21, 2010; ePlus shall file its response brief by November 1, 2010; Lawson shall file its reply brief by November 8, 2010.

It is SO ORDERED this 18 day of October, 2010

Richmond, Virginia

                              /s/
                              Robert E. Payne
                              Senior United States District Judge

**SEEN AND AGREED:**

Craig T. Merritt, VSB #20281
Henry I. Willett, III, VSB # 44655
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young, VSB #35997
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com

*Counsel for Plaintiff ePlus Inc.*


**SEEN AND AGREED:**

_____
Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com


Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
Lawsonservice@merchantgould.com

*Counsel for Defendant Lawson Software, Inc.*