IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF *e*PLUS, INC.'S MOTION TO EXCLUDE DEFENDANT'S PROPOSED TRIAL EXHIBITS RELATING TO INVALIDITY THEORIES NOT DISCLOSED IN THE COURT-ORDERED SECOND SUPPLEMENTAL INVALIDITY STATEMENT OR RELIED UPON BY DEFENDANT'S INVALIDITY EXPERT**

Pursuant to Rule 37 of the Federal Rule of Civil Procedure and Rules 401, 402, and 403 of the Federal Rules of Evidence, Plaintiff *e*Plus, Inc. ("*e*Plus") respectfully moves the Court to exclude from evidence at trial Defendant Lawson Software, Inc.'s ("Defendant's") exhibits DX 97, DX 98 and DX 112.  DX 97 and DX 98 relate to versions of the alleged prior art J-CON system that differ from the April 1994 version relied upon by Defendant for its invalidity contentions.  DX 112 is an undated video that Defendant contends is related to the IBM TV/2 search engine.

As acknowledged by Defendant, none of these exhibits were disclosed by Defendant in its Court-Ordered Second Supplemental Statement of Invalidity Defenses.  Moreover, Defendant's invalidity expert Dr. Shamos does not rely on DX 112 in any capacity and does not rely on DX 97 or DX 98 to support his so-called obviousness opinions.

These documents have little or no relevance, were not disclosed pursuant to the Court-Ordered disclosure requirements, would be misleading and unfairly prejudicial, and are therefore inadmissible pursuant to Rule 37 of the Federal Rule of Civil Procedure and Rules 401, 402, and 403 of the Federal Rules of Evidence.

*e*Plus therefore respectfully requests that the Court grant this motion and exclude Defendant's exhibits DX 97, DX 98 and DX 112 from evidence at trial, as well as any testimony, expert opinion, or argument relating to them.  A proposed Order is attached to this motion.

Respectfully submitted,

October 21, 2010

/s/
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

                        Michael G. Strapp (*admitted pro hac vice*)
                        James D. Clements  (*admitted pro hac vice*)
                        **GOODWIN PROCTER LLP**
                        Exchange Place
                        53 State Street
                        Boston, MA 02109-2881
                        Telephone:  (617) 570-1000
                        Facsimile:   (617) 523-1231
                        mstrapp@goodwinprocter.com
                        jclements@goodwinprocter.com

                        Attorneys for Plaintiff, *e*Plus Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS, INC.'S MOTION TO EXCLUDE DEFENDANT'S PROPOSED TRIAL EXHIBITS RELATING TO INVALIDITY THEORIES NOT DISCLOSED IN THE COURT-ORDERED SECOND SUPPLEMENTAL INVALIDITY STATEMENT OR RELIED UPON BY DEFENDANT'S INVALIDITY EXPERT**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

              /s/
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com