**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| *e*PLUS INC.,           )<br>                         )<br>         Plaintiff,   )<br>                         )<br>         v.            )<br>                         )<br>LAWSON SOFTWARE, INC.,   )<br>                         )<br>                         )<br>         Defendant.    )  | Civil Action No. 3:09-CV-620 (REP) |

**[PROPOSED] ORDER**

Pursuant to Rule 37 of the Federal Rule of Civil Procedure and Rules 401 402, and 403 of the Federal Rules of Evidence, Plaintiff *e*Plus, Inc. ("*e*Plus") has moved for an Order of the Court to exclude Defendant Lawson Software, Inc.'s ("Lawson's") exhibits DX 97, DX 98 and DX 112.  Upon consideration of the arguments of the parties, *e*Plus's motion is hereby GRANTED.  Lawson is precluded from offering at trial exhibits DX 97, DX 98 and DX 112, as well as any testimony, expert opinion, or argument concerning these exhibits.

The Clerk is directed to send a copy of this Order to all parties of record.

It is so ORDERED.

November __, 2010                                   _____
                                                    UNITED STATES DISTRICT JUDGE