# EXHIBIT D

# J-CON Manual

## Volume 1

Part No. E9096
April 1994

Cooperative Computing, Inc., P.O. Box 160700, Austin, TX 78716 (512) 328-2300

SAP_0807586



EXHIBIT
DX 96
09 cv 620

L0123414

Case 3:09-cv-00620-REP   Document 493-4   Filed 10/21/10   Page 3 of 13 PageID# 12005

# J-CON Manual
## Table of Contents

**About This Manual  (Volume 1)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Jan  94

**Chapter 1      Using J-CON  (Volume 1)**

    Overview  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1     Jan  94
    System Operation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 2     Feb  94
    The Console and Terminal  . . . . . . . . . . . . . . . . . . . . . . . . Section 3     Jan  94
    Use the Menus and Run Programs  . . . . . . . . . . . . . . . . . . . Section 4     Mar  94
    Print Reports and Send Messages . . . . . . . . . . . . . . . . . . . . Section 5     Jan  94
    Jobber Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 6     Jan  94
    Appendix A: Set Up Terminals, Printers, and Modems . . . . . . . . . . . .     Jan  94

**Chapter 2      Point-of-Sale/Total Recall  (Volume 1)**

    Overview  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1     Jan  94
    The Point-of-Sale Screen . . . . . . . . . . . . . . . . . . . . . . . . . . Section 2     Feb  94
    Start the Sale  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 3     Mar  94
    Enter Line Items  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 4     Jan  94
    Release a Ticket . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 5     Feb  94
    Print Invoices and Receipts . . . . . . . . . . . . . . . . . . . . . . . . Section 6     Feb  94
    Control Credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 7     Feb  94
    Use the Special Functions . . . . . . . . . . . . . . . . . . . . . . . . . Section 8     Mar  94
    Edit and Void Invoices  . . . . . . . . . . . . . . . . . . . . . . . . . . Section 9     Jan  94
    Use Inventory Inquiry . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 10    Mar  94
    Appendix A: Set Up Point-of-Sale and PartSource . . . . . . . . . . . . . . .     Feb  94
    Appendix B: Status Messages Used in Warehouse Inquiry  . . . . . . . . . .     Jan  94

**Chapter 3      PartFinder, JobFinder, and InterChange  (Volume 1)**

    Overview  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1     Jan  94
    PartFinder . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 2     Feb  94
    JobFinder . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 3     Jan  94
    InterChange . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 4     Feb  94
    Update PartFinder, InterChange, and PartSource  . . . . . . . . . Section 5     Feb  94
    Appendix A: Set Up PartFinder and InterChange . . . . . . . . . . . . . . . .     Feb  94
    Appendix B: Alphabetical List of Related Items  . . . . . . . . . . . . . . .     Jan  94
    Appendix C: List of PartFinder Abbreviations . . . . . . . . . . . . . . . . .     Jan  94

SAP_0807587

L0123415

**Chapter 4     Purchasing and Receiving  (Volume 1)**

Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1     Jan  94
Set and Maintain the Stock Quantity  . . . . . . . . . . . . . . . . Section 2     Jan  94
The Flow of Purchasing and Receiving . . . . . . . . . . . . . . . Section 3     Jan  94
Compute Purchase Orders . . . . . . . . . . . . . . . . . . . . . . . Section 4     Jan  94
Print Purchase Orders . . . . . . . . . . . . . . . . . . . . . . . . . Section 5     Feb  94
Edit Purchase Orders  . . . . . . . . . . . . . . . . . . . . . . . . . Section 6     Jan  94
Receive Purchase Orders . . . . . . . . . . . . . . . . . . . . . . . Section 7     Feb  94
Print Receiving Results . . . . . . . . . . . . . . . . . . . . . . . . Section 8     Feb  94
Print Outstanding Purchase Orders . . . . . . . . . . . . . . . . . Section 9     Jan  94
Add or Edit Vendor Data  . . . . . . . . . . . . . . . . . . . . . . . Section 10    Feb  94
Print Vendor Data  . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 11    Jan  94
Interstore Stock Transfer System  . . . . . . . . . . . . . . . . . . Section 12    Jan  94
Manual Vendor Returns . . . . . . . . . . . . . . . . . . . . . . . . Section 13    Feb  94
Appendix A: Set Up Purchasing and Receiving . . . . . . . . . . . . . . . . .     Jan  94
Appendix B: Error Messages and Purchase Order Recovery . . . . . . . . .     Jan  94

**Chapter 5     Forecasting New Stock Quantities  (Volume 1)**

Overview  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1     Jan  94
Calculate the Proposed Stock Quantities . . . . . . . . . . . . . . Section 2     Jan  94
Print the Proposed Stock Quantities . . . . . . . . . . . . . . . . Section 3     Jan  94
Edit the Proposed Stock Quantities . . . . . . . . . . . . . . . . . Section 4     Jan  94
Post the Proposed Stock Quantities to the JIF . . . . . . . . . . . Section 5     Jan  94
How J-CON Calculates the Proposed Stock Quantities . . . . . . Section 6     Jan  94
Appendix A: Data Fields That Affect Forecasting . . . . . . . . . . . . . .     Jan  94

**Chapter 6     Customer Information  (Volume 1)**

Overview  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1     Jan  94
Add Customers  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 2     Jan  94
Group and Classify Customers . . . . . . . . . . . . . . . . . . . . Section 3     Feb  94
Display and Print Customer Information . . . . . . . . . . . . . . . Section 4     Feb  94
Edit and Delete Customer Information  . . . . . . . . . . . . . . . Section 5     Feb  94
Sort Customers  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 6     Jan  94
Print Customer Mailing Labels  . . . . . . . . . . . . . . . . . . . . Section 7     Jan  94
Change Customer Numbers . . . . . . . . . . . . . . . . . . . . . . Section 8     Jan  94
Appendix A: Customer Information Fields Explained . . . . . . . . . . . . .     Feb  94

SAP_0807588

L0123416

**Chapter 7    Pricing  (Volume 1)**

Overview  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1        Jan  94
Create Pricing Plans . . . . . . . . . . . . . . . . . . . . . . . . . Section 2        Mar  94
Change Pricing Plans  . . . . . . . . . . . . . . . . . . . . . . . . Section 3        Mar  94
Pricing Plan Reports . . . . . . . . . . . . . . . . . . . . . . . . . Section 4        Mar  94
Other Pricing Tools  . . . . . . . . . . . . . . . . . . . . . . . . . Section 5        Mar  94
Appendix A: Set Up Pricing  . . . . . . . . . . . . . . . . . . . . . . . . .           Mar  94
Appendix B: Use Billing Schedules  . . . . . . . . . . . . . . . . . . . . . .          Jan  94


Index  (Volume 1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .        Feb  94


**Chapter 8    Inventory Information  (Volume 2)**

Overview  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1        Feb  94
Manufacturer Information  . . . . . . . . . . . . . . . . . . . . . . Section 2        Jan  94
Subline Information  . . . . . . . . . . . . . . . . . . . . . . . . . . Section 3        Jan  94
Part Information . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 4        Feb  94
Inventory Information Reports . . . . . . . . . . . . . . . . . . . Section 5        Feb  94
Appendix A: Set Up Inventory Information . . . . . . . . . . . . . . . . . . .           Feb  94
Appendix B: Part Information Fields Explained . . . . . . . . . . . . . . . . .          Feb  94


**Chapter 9    Physical Inventory  (Volume 2)**

Overview  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1        Jan  94
Work with Physical Inventory Files  . . . . . . . . . . . . . . . . Section 2        Jan  94
Print Count Sheets and Inventory Control Sheets . . . . . . . . . Section 3        Jan  94
Enter Counts or Recounts  . . . . . . . . . . . . . . . . . . . . . . Section 4        Jan  94
Print Recount Sheets . . . . . . . . . . . . . . . . . . . . . . . . . . Section 5        Jan  94
Work with Add-On Parts  . . . . . . . . . . . . . . . . . . . . . . . Section 6        Jan  94
Print the Physical Inventory Reports . . . . . . . . . . . . . . . . Section 7        Feb  94
Post the Counts to the JIF . . . . . . . . . . . . . . . . . . . . . . Section 8        Feb  94
Delete Physical Inventory Files  . . . . . . . . . . . . . . . . . . . Section 9        Jan  94


**Chapter 10    Manufacturer Conversion Tables  (Volume 2)**

Overview  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1        Jan  94
Work with Manufacturer Conversion Tables  . . . . . . . . . . . . Section 2        Jan  94

SAP_0807589

L0123417

**Chapter 11   Advanced Database Maintenance  (Volume 2)**

Overview ...................................... Section 1    Jan  94
How ADM Works ................................ Section 2    Jan  94
Request ADM Updates .......................... Section 3    Feb  94
Post the Update File ......................... Section 4    Jan  94
Delete Request Files and Update Files ........ Section 5    Jan  94
CCINET ....................................... Section 6    Jan  94
Reports ...................................... Section 7    Jan  94
Other ADM Functions .......................... Section 8    Jan  94
Appendix A: Set Up CCINET and ADM ......................    Feb  94
Appendix B: Error Messages on the Processing Status Report ........    Jan  94

**Chapter 12   The Accounts Receivable System  (Volume 2)**

Overview ...................................... Section 1    Jan  94
Customer Accounts Receivable Information ............. Section 2    Jan  94
Display Customer Accounts Receivable Information ........ Section 3    Jan  94
Apply Payments and Journal Entries .................... Section 4    Jan  94
The Payment Report .................................. Section 5    Jan  94
Correct Posting Errors ............................... Section 6    Jan  94
The Accounts Receivable Post Report .................. Section 7    Jan  94
Handle Delinquent and Bad Debt Customers ............. Section 8    Jan  94
Pay Off Installment Balances ......................... Section 9    Jan  94
Enter Paidouts ...................................... Section 10   Jan  94
Change the Accounting Method for a Customer ......... Section 11   Jan  94
Troubleshoot Accounts Receivable ..................... Section 12   Jan  94
Appendix A: Set Up Accounts Receivable .....................    Jan  94
Appendix B: Common Jobber Accounts Receivable ...............    Jan  94

**Chapter 13   Closing the Day  (Volume 2)**

Overview ...................................... Section 1    Jan  94
Print the Invoice Status Report ...................... Section 2    Jan  94
Handle Invoices ..................................... Section 3    Jan  94
Balance the Cash .................................... Section 4    Jan  94
Work with Profit Exceptions .......................... Section 5    Jan  94
Start Automatic End-Of-Day Processing ................ Section 6    Jan  94
Appendix A: Set Up Closing the Day .........................    Jan  94

SAP_0807590

L0123418

**Chapter 14    Ending the Month and Year  (Volume 2)**

| | | | |
|---|---|---|---|
| Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Section 1 | Jan | 94 |
| End-of-Month Information . . . . . . . . . . . . . . . . . . . . . . . | Section 2 | Jan | 94 |
| Calculate Service and Special Charges . . . . . . . . . . . . . . . | Section 3 | Jan | 94 |
| Print an Aged Accounts Receivable Report . . . . . . . . . . . . . | Section 4 | Jan | 94 |
| Print Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Section 5 | Jan | 94 |
| Print Paidouts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Section 6 | Jan | 94 |
| Purge and Age Accounts Receivable . . . . . . . . . . . . . . . . | Section 7 | Jan | 94 |
| End-of-Year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Section 8 | Jan | 94 |
| Appendix A: Set Up Service Charges and Special Charges . . . . . . . . . | | Jan | 94 |

**Chapter 15    Management Reports  (Volume 2)**

| | | | |
|---|---|---|---|
| Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Section 1 | Jan | 94 |
| Daily Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Section 2 | Feb | 94 |
| Monthly Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Section 3 | Feb | 94 |
| Stock Adjustment Reports . . . . . . . . . . . . . . . . . . . . . . . | Section 4 | Feb | 94 |
| Appendix A: Set Up Management Reports . . . . . . . . . . . . . . . . . . | | Jan | 94 |

**Chapter 16    Price Labels  (Volume 2)**

| | | | |
|---|---|---|---|
| Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Section 1 | Jan | 94 |
| Description of Labels . . . . . . . . . . . . . . . . . . . . . . . . . . | Section 2 | Jan | 94 |
| Quantity of Labels . . . . . . . . . . . . . . . . . . . . . . . . . . . | Section 3 | Jan | 94 |
| Print Labels for Price Changes and Store Start-Ups . . . . . . . . | Section 4 | Jan | 94 |
| Print Labels for Stock Orders . . . . . . . . . . . . . . . . . . . . . | Section 5 | Jan | 94 |
| Print Labels for Special Situations . . . . . . . . . . . . . . . . . . | Section 6 | Jan | 94 |
| Print Labels for Shelves . . . . . . . . . . . . . . . . . . . . . . . . | Section 7 | Apr | 94 |
| Appendix A: Set Up the Price Labeling System . . . . . . . . . . . . . . . | | Jan | 94 |

**Chapter 17    System Security  (Volume 2)**

| | | | |
|---|---|---|---|
| Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Section 1 | Jan | 94 |
| Layers of Security . . . . . . . . . . . . . . . . . . . . . . . . . . . | Section 2 | Feb | 94 |
| Control Terminal Run Privileges . . . . . . . . . . . . . . . . . . . | Section 3 | Feb | 94 |
| Set Up Password Privileges . . . . . . . . . . . . . . . . . . . . . . | Section 4 | Feb | 94 |
| Set Up Point-of-Sale Security Options . . . . . . . . . . . . . . . | Section 5 | Feb | 94 |
| Appendix A: Jobber Options That Affect Security . . . . . . . . . . . . . . | | Jan | 94 |

| | | |
|---|---|---|
| **Jobber Options  (Volume 2)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Feb | 94 |
| **Index  (Volume 2)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | Apr | 94 |

SAP_0807591

L0123419

# J-CON Manual

## Volume 2

Part No. E9096
April 1994

Cooperative Computing, Inc., P.O. Box 160700, Austin, TX  78716 (512) 328-2300

SAP_0808130

L0123957

# J-CON Manual
## Table of Contents

About This Manual  (Volume 1) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Jan  94

**Chapter 1    Using J-CON  (Volume 1)**

    Overview  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1    Jan  94
    System Operation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 2    Feb  94
    The Console and Terminal  . . . . . . . . . . . . . . . . . . . . . . . Section 3    Jan  94
    Use the Menus and Run Programs . . . . . . . . . . . . . . . . . . Section 4    Mar  94
    Print Reports and Send Messages . . . . . . . . . . . . . . . . . . . Section 5    Jan  94
    Jobber Options . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 6    Jan  94
    Appendix A: Set Up Terminals, Printers, and Modems . . . . . . . . . . . . .    Jan  94

**Chapter 2    Point-of-Sale/Total Recall  (Volume 1)**

    Overview  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1    Jan  94
    The Point-of-Sale Screen . . . . . . . . . . . . . . . . . . . . . . . . . . Section 2    Feb  94
    Start the Sale . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 3    Mar  94
    Enter Line Items  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 4    Jan  94
    Release a Ticket . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 5    Feb  94
    Print Invoices and Receipts . . . . . . . . . . . . . . . . . . . . . . . . Section 6    Feb  94
    Control Credit . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 7    Feb  94
    Use the Special Functions . . . . . . . . . . . . . . . . . . . . . . . . . Section 8    Mar  94
    Edit and Void Invoices . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 9    Jan  94
    Use Inventory Inquiry . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 10    Mar  94
    Appendix A: Set Up Point-of-Sale and PartSource . . . . . . . . . . . . . . .    Feb  94
    Appendix B: Status Messages Used in Warehouse Inquiry  . . . . . . . . . .    Jan  94

**Chapter 3    PartFinder, JobFinder, and InterChange  (Volume 1)**

    Overview  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1    Jan  94
    PartFinder . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 2    Feb  94
    JobFinder . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 3    Jan  94
    InterChange . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 4    Feb  94
    Update PartFinder, InterChange, and PartSource . . . . . . . . . . Section 5    Feb  94
    Appendix A: Set Up PartFinder and InterChange . . . . . . . . . . . . . . . . .    Feb  94
    Appendix B: Alphabetical List of Related Items  . . . . . . . . . . . . . . .    Jan  94
    Appendix C: List of PartFinder Abbreviations . . . . . . . . . . . . . . . . . .    Jan  94

SAP_0805131

L0123958

**Chapter 4      Purchasing and Receiving  (Volume 1)**

Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1      Jan  94
Set and Maintain the Stock Quantity . . . . . . . . . . . . . . . Section 2      Jan  94
The Flow of Purchasing and Receiving . . . . . . . . . . . . . . . Section 3      Jan  94
Compute Purchase Orders . . . . . . . . . . . . . . . . . . . . . . Section 4      Jan  94
Print Purchase Orders . . . . . . . . . . . . . . . . . . . . . . . . Section 5      Feb  94
Edit Purchase Orders . . . . . . . . . . . . . . . . . . . . . . . . Section 6      Jan  94
Receive Purchase Orders . . . . . . . . . . . . . . . . . . . . . . Section 7      Feb  94
Print Receiving Results . . . . . . . . . . . . . . . . . . . . . . . Section 8      Feb  94
Print Outstanding Purchase Orders . . . . . . . . . . . . . . . . . Section 9      Jan  94
Add or Edit Vendor Data . . . . . . . . . . . . . . . . . . . . . . Section 10     Feb  94
Print Vendor Data . . . . . . . . . . . . . . . . . . . . . . . . . . Section 11     Jan  94
Interstore Stock Transfer System . . . . . . . . . . . . . . . . . . Section 12     Jan  94
Manual Vendor Returns . . . . . . . . . . . . . . . . . . . . . . . Section 13     Feb  94
Appendix A: Set Up Purchasing and Receiving . . . . . . . . . . . . . . . . .      Jan  94
Appendix B: Error Messages and Purchase Order Recovery . . . . . . . . .          Jan  94


**Chapter 5      Forecasting New Stock Quantities  (Volume 1)**

Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1      Jan  94
Calculate the Proposed Stock Quantities . . . . . . . . . . . . . . Section 2      Jan  94
Print the Proposed Stock Quantities . . . . . . . . . . . . . . . . Section 3      Jan  94
Edit the Proposed Stock Quantities . . . . . . . . . . . . . . . . . Section 4      Jan  94
Post the Proposed Stock Quantities to the JIF . . . . . . . . . . . Section 5      Jan  94
How J-CON Calculates the Proposed Stock Quantities . . . . . . Section 6      Jan  94
Appendix A: Data Fields That Affect Forecasting . . . . . . . . . . . . . .        Jan  94


**Chapter 6      Customer Information  (Volume 1)**

Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1      Jan  94
Add Customers . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 2      Jan  94
Group and Classify Customers . . . . . . . . . . . . . . . . . . . Section 3      Feb  94
Display and Print Customer Information . . . . . . . . . . . . . . Section 4      Feb  94
Edit and Delete Customer Information . . . . . . . . . . . . . . . Section 5      Feb  94
Sort Customers . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 6      Jan  94
Print Customer Mailing Labels . . . . . . . . . . . . . . . . . . . Section 7      Jan  94
Change Customer Numbers . . . . . . . . . . . . . . . . . . . . . Section 8  ·     Jan  94
Appendix A: Customer Information Fields Explained . . . . . . . . . . . . .        Feb  94

SAP_0808132

L0123959

Case 3:09-cv-00620-REP   Document 493-4   Filed 10/21/10   Page 11 of 13 PageID# 12013

**Chapter 7    Pricing  (Volume 1)**

Overview ................................... Section 1        Jan  94
Create Pricing Plans ........................... Section 2        Mar  94
Change Pricing Plans .......................... Section 3        Mar  94
Pricing Plan Reports .......................... Section 4        Mar  94
Other Pricing Tools ........................... Section 5        Mar  94
Appendix A: Set Up Pricing ............................        Mar  94
Appendix B: Use Billing Schedules .........................        Jan  94


**Index  (Volume 1)** ...........................................        Feb  94


**Chapter 8    Inventory Information  (Volume 2)**

Overview ................................... Section 1        Feb  94
Manufacturer Information ......................... Section 2        Jan  94
Subline Information ............................. Section 3        Jan  94
Part Information ............................... Section 4        Feb  94
Inventory Information Reports ..................... Section 5        Feb  94
Appendix A: Set Up Inventory Information .....................        Feb  94
Appendix B: Part Information Fields Explained ..................        Feb  94


**Chapter 9    Physical Inventory  (Volume 2)**

Overview ................................... Section 1        Jan  94
Work with Physical Inventory Files ................... Section 2        Jan  94
Print Count Sheets and Inventory Control Sheets ......... Section 3        Jan  94
Enter Counts or Recounts ......................... Section 4        Jan  94
Print Recount Sheets ............................ Section 5        Jan  94
Work with Add-On Parts .......................... Section 6        Jan  94
Print the Physical Inventory Reports ................... Section 7        Feb  94
Post the Counts to the JIF ........................ Section 8        Feb  94
Delete Physical Inventory Files ..................... Section 9        Jan  94


**Chapter 10    Manufacturer Conversion Tables  (Volume 2)**

Overview ................................... Section 1        Jan  94
Work with Manufacturer Conversion Tables ............. Section 2        Jan  94

SAP_0808133

L0123960

**Chapter 11    Advanced Database Maintenance  (Volume 2)**

Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1      Jan  94
How ADM Works . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 2      Jan  94
Request ADM Updates . . . . . . . . . . . . . . . . . . . . . . . . . Section 3      Feb  94
Post the Update File . . . . . . . . . . . . . . . . . . . . . . . . . Section 4      Jan  94
Delete Request Files and Update Files . . . . . . . . . . . . . . . Section 5      Jan  94
CCINET . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 6      Jan  94
Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 7      Jan  94
Other ADM Functions . . . . . . . . . . . . . . . . . . . . . . . . . Section 8      Jan  94
Appendix A: Set Up CCINET and ADM . . . . . . . . . . . . . . . . . .      Feb  94
Appendix B: Error Messages on the Processing Status Report . . . . . . . .      Jan  94


**Chapter 12    The Accounts Receivable System  (Volume 2)**

Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1      Jan  94
Customer Accounts Receivable Information . . . . . . . . . . . . . Section 2      Jan  94
Display Customer Accounts Receivable Information . . . . . . . . Section 3      Jan  94
Apply Payments and Journal Entries . . . . . . . . . . . . . . . . . Section 4      Jan  94
The Payment Report . . . . . . . . . . . . . . . . . . . . . . . . . . Section 5      Jan  94
Correct Posting Errors . . . . . . . . . . . . . . . . . . . . . . . . . Section 6      Jan  94
The Accounts Receivable Post Report . . . . . . . . . . . . . . . . Section 7      Jan  94
Handle Delinquent and Bad Debt Customers . . . . . . . . . . . . Section 8      Jan  94
Pay Off Installment Balances . . . . . . . . . . . . . . . . . . . . . Section 9      Jan  94
Enter Paidouts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 10     Jan  94
Change the Accounting Method for a Customer . . . . . . . . . . Section 11     Jan  94
Troubleshoot Accounts Receivable . . . . . . . . . . . . . . . . . . Section 12     Jan  94
Appendix A: Set Up Accounts Receivable . . . . . . . . . . . . . . . . . .      Jan  94
Appendix B: Common Jobber Accounts Receivable . . . . . . . . . . . . . .      Jan  94


**Chapter 13    Closing the Day  (Volume 2)**

Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1      Jan  94
Print the Invoice Status Report . . . . . . . . . . . . . . . . . . . . Section 2      Jan  94
Handle Invoices . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 3      Jan  94
Balance the Cash . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 4      Jan  94
Work with Profit Exceptions . . . . . . . . . . . . . . . . . . . . . Section 5      Jan  94
Start Automatic End-Of-Day Processing . . . . . . . . . . . . . . . Section 6      Jan  94
Appendix A: Set Up Closing the Day . . . . . . . . . . . . . . . . . . . . .      Jan  94

SAP_0808134

L0123961

**Chapter 14   Ending the Month and Year  (Volume 2)**

      Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1    Jan  94
      End-of-Month Information . . . . . . . . . . . . . . . . . . . . . . . . Section 2    Jan  94
      Calculate Service and Special Charges . . . . . . . . . . . . . . . . Section 3    Jan  94
      Print an Aged Accounts Receivable Report . . . . . . . . . . . . . Section 4    Jan  94
      Print Statements . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 5    Jan  94
      Print Paidouts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 6    Jan  94
      Purge and Age Accounts Receivable . . . . . . . . . . . . . . . . . Section 7    Jan  94
      End-of-Year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 8    Jan  94
      Appendix A: Set Up Service Charges and Special Charges . . . . . . . . . .    Jan  94

**Chapter 15   Management Reports  (Volume 2)**

      Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1    Jan  94
      Daily Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 2    Feb  94
      Monthly Reports . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 3    Feb  94
      Stock Adjustment Reports . . . . . . . . . . . . . . . . . . . . . . . Section 4    Feb  94
      Appendix A: Set Up Management Reports . . . . . . . . . . . . . . . . . . .    Jan  94

**Chapter 16   Price Labels  (Volume 2)**

      Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1    Jan  94
      Description of Labels . . . . . . . . . . . . . . . . . . . . . . . . . . Section 2    Jan  94
      Quantity of Labels . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 3    Jan  94
      Print Labels for Price Changes and Store Start-Ups . . . . . . . . Section 4    Jan  94
      Print Labels for Stock Orders . . . . . . . . . . . . . . . . . . . . Section 5    Jan  94
      Print Labels for Special Situations . . . . . . . . . . . . . . . . . Section 6    Jan  94
      Print Labels for Shelves . . . . . . . . . . . . . . . . . . . . . . . Section 7    Apr  94
      Appendix A: Set Up the Price Labeling System . . . . . . . . . . . . . . . .    Jan  94

**Chapter 17   System Security  (Volume 2)**

      Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 1    Jan  94
      Layers of Security . . . . . . . . . . . . . . . . . . . . . . . . . . . Section 2    Feb  94
      Control Terminal Run Privileges . . . . . . . . . . . . . . . . . . . Section 3    Feb  94
      Set Up Password Privileges . . . . . . . . . . . . . . . . . . . . . Section 4    Feb  94
      Set Up Point-of-Sale Security Options . . . . . . . . . . . . . . . Section 5    Feb  94
      Appendix A: Jobber Options That Affect Security . . . . . . . . . . . . . .    Jan  94

**Jobber Options  (Volume 2)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Feb  94

**Index  (Volume 2)** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .    Apr  94

SAP_0808135

L0123962