IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF *e*PLUS INC.'S MOTION TO EXCLUDE INCOMPLETE ALLEGED PRIOR ART DOCUMENTS PURSUANT TO FEDERAL RULES OF EVIDENCE**

Pursuant to Rules 106, 402, and 403 of the Federal Rules of Evidence, Plaintiff *e*Plus Inc. ("*e*Plus") respectfully moves the Court to exclude from evidence at trial Defendant Lawson Software, Inc.'s ("Defendant's") exhibits DX-121 and DX-122. As acknowledged by Defendant, these exhibits are incomplete excerpts from manuals allegedly concerning P.O. Writer software. These excerpts have little or no relevance, would be misleading and unfairly prejudicial, and are therefore inadmissible pursuant to Rules 402 and 403. Furthermore, because in fairness the remainder of the larger document or documents from which the excerpts are drawn should be considered contemporaneously by the jury, the excerpts are inadmissible pursuant to Rule 106.

*e*Plus therefore respectfully requests that the Court grant this motion and exclude Defendant's exhibits DX-121 and DX-122 from evidence at trial, as well as any testimony, expert opinion, or argument relating to them. A proposed Order is attached to this motion.

Respectfully submitted,

October 21, 2010                                    /s/
                                               Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC.'S MOTION TO EXCLUDE INCOMPLETE ALLEGED PRIOR ART DOCUMENTS PURSUANT TO FEDERAL RULES OF EVIDENCE**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

/s/
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com