# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

Pursuant to Rules 106, 402, and 403 of the Federal Rules of Evidence, Plaintiff *e*Plus Inc. ("*e*Plus") has moved for an Order of the Court to exclude Defendant Lawson Software, Inc.'s ("Lawson's") exhibits DX-121 and DX-122. Upon consideration of the arguments of the parties, *e*Plus's motion is hereby GRANTED. Lawson is precluded from offering at trial exhibits DX-121 or DX-122, as well as any testimony, expert opinion, or argument concerning these exhibits.

The Clerk is directed to send a copy of this Order to all parties of record.

It is so ORDERED.

November __, 2010

_____
UNITED STATES DISTRICT JUDGE