# EXHIBIT F

**Laurene J. McEneny**
Three Bowling Green
Colts Neck, NJ  07722
Home: 732.933.0863
Mobile: 732.749.3749
Personal Email: Laurene.McEneny@gmail.com

May 17, 2010

**Goodwin Procter LLP**
The New York Times Building
25th Floor
620 Eighth Avenue
New York, NJ  10018

RE: Response to Subpoena to Produce Documents in **Civil Action No. 3:09-cv-620(JRS)**

Dear Sir / Madam -

As commanded by subpoena (cover attached), enclosed please find:

1) Notes regarding my interaction with Lawson's attorney, Rachel Hughey
2) Documentation regarding the interactions (including emails, proposed contract, etc.)
3) One USB SanDisk which contains larger files requested:
    a. Subpoena from Merchant & Gould
    b. Letter from Rachel Hughey (Merchant & Gould)
    c. Declaration signed by me in March 2006 (prior to ePlus / SAP trial)
    d. My testimony of April 13th and 14th, 2006

I will be out of the country on vacation from May 18th to the 28th, so I will not be available to answer any questions regarding these materials during that time.

Regards,


Laurene (Fielder) McEneny



Cc: James D. Clements (via email: jclements@goodwinprocter.com)