# EXHIBIT H

TENTH EDITION

(APRIL 1993)

Software Revision 10.0

American Tech, Inc. provides this manual "as is" without warranty of any kind, either expressed or implied. American Tech, Inc. may make improvements and or changes in the product(s) and or program(s) described in this manual at any time and without notice.

This publication could contain technical inaccuracies or typographical errors. Changes are periodically made to the information herein; these changes will be incorporated in new editions of this publication.

No part of this work may be reproduced or used in any way for or by any means - graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems - without express permission from American Tech, Inc.

Requests for copies of this product and for technical information about the system should be made to American Tech, Inc. at:

> Colonial Commons
> 670 N. Beers Street
> Holmdel
> New Jersey 07733

**P.O. WRITER** and **P.O. WRITER PLUS** are registered trademarks of American Tech, Inc. © Copyright 1993.

**IBM** is a registered trademark of International Business Machines, Inc.

**Norton Editor** is a registered trademark of Peter Norton Computing, Inc.



SAP_0803283

DEPOSITION EXHIBIT
Lawson 103
6 /10 /10
ERIC J. FINZ

L0126501

# Purchasing - Table Of Contents

**About This Manual**

**Support**
Warranty Service
Support Plans

**Before You Begin**

**Chapter 1. Getting Started**

This chapter explains what the package contains, what hardware and software are required, and gives you the basic information needed to install and start the software on your Personal Computer.

**Chapter 2. Tutorial**

This chapter provides a guided tour through each of the Purchasing Module Submodules. You will learn the fundamentals of using the P.O. WRITER PLUS Purchasing Module programs.

**Chapter 3. Implementing P.O. WRITER PLUS**

This chapter discusses implementation methods for current and new users of P.O. WRITER PLUS.

**Chapter 4. Using P.O. WRITER PLUS Purchasing Module**

The purpose of this chapter is to expand on what you learned from the lessons in the Tutorial. Additional features and functions of the system are discussed. Report examples are also provided.

**Chapter 5. Warning And Error Messages**

This chapter contains a listing and explanation of the Warning and Error Messages contained in the Purchasing Module. This chapter does not include DOS error messages which may be displayed as the result of a hardware problem.

**Appendix A. Index**

This appendix contains an Index for the P.O. WRITER PLUS Purchasing Module Manual.

**Appendix B.**

This appendix contains a listing of the Standard ASCII Collating Sequence used in the P.O. WRITER PLUS programs.

SAP_0803284

L0126502

## About This Manual

This manual is designed for reference use and to demonstrate how to utilize the Purchasing Module of P.O. WRITER PLUS. Illustrations are used to depict the major features and functions of the system.

Chapter 1 (Getting Started) contains the start-up procedures. Chapter 2 (Tutorial) is designed to teach you the fundamentals of using each of the submodules that make up the Purchasing Module. Chapter 3 (Implementation) is designed to share ideas and concepts for you to consider as you prepare to integrate the system into your Purchasing Department. Chapter 4 (Using P.O. WRITER PLUS) provides more detailed information about the "subtleties" of the system. Chapter 5 (Error Messages) lists the Warning and Error Messages found in the system. The Appendix contains an Index for this Manual.

## Support Policy

### Warranty Service

After receipt of the executed License Agreement, original diskettes are warranted against defects due to faulty materials or workmanship for a period of 30 days. Faulty diskettes will be replaced at no charge.

### Support Plans

After the free 30-day telephone support period has elapsed, American Tech, Inc. assists clients via telephone in accordance with the plans outlined in the Client Support Program. Please contact an American Tech representative for more information.

SAP_0803285

L0126503

## Before You Begin

If you have not operated a PC before, please be sure to read your Guide to Operations Manual in order to become more familiar with the major components of your PC.

Although you do not need to be experienced with PC's to use **P.O. WRITER PLUS,** you should understand the meaning of, and how to use the following (DOS) commands:

> BACKUP
> CD (change directory)
> CHKDSK (check disk)
> COPY
> DEL (delete)
> DIR (directory)
> ERASE
> FORMAT
> MKDIR (make directory)
> RENAME
> RESTORE
> TYPE

Refer to your DOS User's Guide for additional information regarding the commands listed above.

SAP_0803286

L0126504

# 1. Getting Started - Table Of Contents

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-1

What You Need . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-2

About The Keyboard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-3

Daily Start-Up Procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-5

General Comments About Using The System . . . . . . . . . . . . . . .1-6

Reminders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-8

SAP_0803287

L0126505

# 1.    Getting Started

## Introduction

P.O. WRITER PLUS is a comprehensive, yet easy - to - use software package. It will help you increase your productivity in purchasing by 30% - 40%.

P.O. WRITER PLUS reduces clerical effort and provides management information which will allow you to decrease purchase prices, reduce inventory, increase on - time deliveries, and improve overall vendor performance.

P.O. WRITER PLUS is easy to use. It is menu-driven so even computer novices can learn it quickly.

The P.O. WRITER PLUS Purchasing Module is a collection of programs designed to enable you to easily:

☐  Store, update and retrieve critical purchasing data.

☐  Create and print Requests for Quote, Purchase Orders, Amendments, Blanket Orders and Releases.

☐  Review management summary data on screen or by generating hard copy reports.

The Purchasing Module is the "foundation" of the P.O. WRITER PLUS family of programs. Other Modules available are: Receiving, Vendor Performance, Accounts Payable Interface, Inventory Control, Requisitioning, and Ad-Hoc Reporting Module. Connectivity Modules include: Data Interface Utility, Remote Requisitioning, Remote Requisitioning Interface, FAX/EDI Interface, EDI X.12 Translation, and Bar Code Interface Programs

You DO NOT have to be experienced with computers to take full advantage of the capabilities of the P.O. WRITER PLUS Purchasing Module. The system is "menu driven" so that even the most inexperienced PC user will find the system easy to use. On-line HELP Screens are also available should you require assistance.

The examples provided in Chapter 2 (Tutorial) were designed to be as meaningful to the Purchasing Professional as possible. If, however, you have any questions about using the Purchasing Module to meet a specific need, please call American Tech to discuss your unique requirement with your Client Support Representative.

SAP_0803288

L0126506

## What You Need

To use the Purchasing Module of P.O. WRITER PLUS you need:

1. The P.O. WRITER PLUS - PURCHASING MODULE Package which includes:

   - 5 1/4" or 3 1/2" floppy program disks

   - Purchasing Module User's Guide

2. IBM Disk Operating System (DOS) Version 3.30 (or higher)

3. An IBM (or 100% compatible) PC with 640K Memory
   (System Minimum)

4. A 40 Mb Hard Disk Drive (System Minimum)

5. A CGA, EGA, VGA, or Monochrome Monitor

6. A Printer (Must be able to print 132 character reports)

7. A Novell or any Net-Bios compatible network (for Multi-User version of
   P.O. WRITER PLUS)

**NOTE:**  *The quality of your printer determines the number of parts a Purchase Order form can have when P.O. WRITER PLUS is used. If you have a P.O. form with 4 or more parts, consult your local hardware dealer (or internal Data Processing group) for additional information regarding impact printers.*

SAP_0803289

L0126507

## About The Keyboard

With **P.O. WRITER PLUS**, keyboard entry mainly consists of entering short codes to indicate your selection. It is not necessary to be a skilled typist to use **P.O. WRITER PLUS**. Even if you do not know how to type, you will have no difficulty making keystrokes to enter short commands like DIR and COPY (DOS commands), or commands like Y (yes) or N (no). Most command words/codes are short and easy to remember. Knowing how to type is helpful, but is not an essential skill for using **P.O. WRITER PLUS**.

Every effort has been taken to make the use of the Function Keys consistent in each module of the **P.O. WRITER PLUS** system. (For example, the F9 key is always used to page forward on any screen in any module of the system.)

### Keys And Their Functions

**F1**      Access the context sensitive Help Screens

**F2**      Moves the cursor to the P.O. Line No. field in the P.O. Create and Amendment Submodules. Once the cursor is in the LN field, F2 moves the cursor down through the field.

In File Maintenance, **F2** deletes a record.

**F3**      Moves the cursor to the BUYER field in P.O. Create and Amendment.

**F4**      Moves the cursor to the FUNCTION field in P.O. Create and Amendment.

In the Item Master Screen, F4 opens the Additional Data window.

In the Vendor Master Screen, F4 allows you to view/update extended notes.

**F5**      Moves the cursor down the DESCRIPTION field in P.O. Create and Amendment.

**F6**      Moves the cursor up the DESCRIPTION field in the P.O. Create and Amendment Submodules.

**F7**      Moves the cursor to the P.O. NO. field in P.O. Create and Amendment.

**F8**      Used to add, change or delete information in the Item Master Files while in the ITEM field in P.O. Creation and Amendment.

Used to add, change or delete information in the Vendor Master Files from the P.O. History Card, or the VENDOR field in P.O. Create.

Used to add, change, or delete information in any Master File while in P.O. Create or Amendment.

SAP_0803290

L0126508

| | |
|---|---|
| **F9** | Page forward on the Order Creation Screens, Master File Review Screens and windows, or on any other inquiry screen in the system. |
| **F10** | Page backward on the Order Creation Screens, Master File Review Screens and windows, or an any other inquiry screen in the system. |
| **TAB** | Moves the cursor forward from field to field. |
| **[ENTER]** | Commands the computer to process your request. |
| **Esc** | Display the last screen that you were working with (usually a menu). |
| **UP ARROW** | Moves the cursor back to the previous field. |
| **DOWN ARROW** | Moves the cursor forward from field to field. |

## KEY COMBINATIONS:

| | |
|---|---|
| **SHIFT-F1** | Allows you to enter a text file name and review the content of the file before including it on an order. This key combination works in the P.O. Creation and Amendment Submodules of the system. |
| **SHIFT-F2** | Calls your text editor from within the P.O. Creation and Amendment Submodules. **P.O. WRITER PLUS** comes with a default editor. This default can be changed by use of the Configuration Program. |
| **SHIFT-F3** | Selects an item from a list using the "point and shoot" method. Highlight the item in the list and press SHIFT-F3 to select that item. |
| **SHIFT-F4** | Invokes the **P.O. WRITER PLUS** window feature. For example, in the P.O. Creation and Amendment Submodules any Master File can be reviewed by placing the cursor in the desired field. Press SHIFT-F4 to display all master records. |
| **SHIFT-F5** | Accesses the **P.O. WRITER PLUS** Adjustment window in the P.O. Creation, Amendment, and Reprint Submodules. |
| **SHIFT-F7** | When the cursor is in the ITEM NUMBER field in P.O. Create/Amendment, displays the P.O. History Card for that item. |
| **SHIFT-F9** | Accesses the P.O. Note window in P.O. Create or Amendment. |
| **SHIFT-F10** | Returns to the Main Menu. |
| **CTRL-BRK** | Halts the processing of reports and inquiries. |
| **CTRL-F4** | Invokes the Free Form Text Window while in the P.O. Creation or Amendment Screens. Cursor must be in the DESCRIPTION field. |

SAP_0803291

L0126509

## Daily Start-Up Procedure

To start P.O. WRITER PLUS:

1. Start your computer and enter the current date and time if necessary. The date that you enter is used extensively by the P.O. WRITER PLUS system. It will appear on each order and report created, etc.

   If your system defaults to an incorrect date, use the DOS DATE command to correct your calendar. (Refer to your DOS User's Manual.)

2. Set the default subdirectory to \POWRITER by typing:

   **CD\POWRITER   [ENTER]**

3. Start the P.O. WRITER PLUS system by typing:

   **POWRITER   [ENTER]**

The P.O. WRITER PLUS Main Menu displays.

SAP_0803292

L0126510

## General Comments About Using The System

P.O. WRITER PLUS is a "menu driven" system. As such you are not expected to memorize complicated commands.

As shown below, to make a selection from any P.O. WRITER PLUS Menu:

– In the YOUR SELECTION field, type the number next to the desired function



*Making A Selection From A Menu*

– Press  [ENTER]

After making your selection, the screen for your choice displays.

SAP_0803293

L0126511

P.O. WRITER PLUS employs an intuitive screen approach. This means that what you need to do is evident from the prompts on each screen.

Below is a picture of the Item Master Screen.



*At the top of each screen is the menu or screen title. The title indicates the function of the menu or screen.*

*Keys that provide access to additional functions are displayed near the screen bottom.*

*The SYSTEM MESSAGE BAR provides information when an action needs to be taken. It also displays the status of a function and any error messages.*

SAP_0803294

L0126512

## Reminders

1. Make sure that your printer is on, has paper (or forms) and is in good working condition.

2. ALWAYS return to the P.O. WRITER PLUS Main Menu before turning off your computer. Failure to do so may result in damage to your data files. With a Multi-User version of P.O. WRITER PLUS, failure do to so will prevent access to the maximum amount of users you are licensed for.

3. Use the Reorganization Utility (see Chapter 6, Utilities) as part of your regular data file maintenance procedures.

4. BACKUP your data files (and text files) EVERY DAY !!

5. Alternate sets of Backup Diskettes. (Plan to replace these disks every few months.)

SAP_0803295

L0126513