# Exhibit C

VIDEOTAPED DEPOSITION OF KEITH DAVID LOHKAMP, VOLUME 1
CONDUCTED ON TUESDAY, OCTOBER 20, 2009

1 (Pages 1 to 4)

---

Page 1

```
 1    UNITED STATES DISTRICT COURT
 2    FOR THE EASTERN DISTRICT OF VIRGINIA
 3           Richmond Division
 4   ------------------------------x
 5   ePLUS, INC.,            )
 6         Plaintiff, )
 7    v.           ) Civil Action No.
 8   LAWSON SOFTWARE, INC.,   ) 3:09-cv-620(JRS)
 9         Defendant.  )
10   ------------------------------x
11
12   VIDEOTAPED DEPOSITION OF KEITH DAVID LOHKAMP
13   INDIVIDUALLY AND AS CORPORATE DESIGNEE OF
14          LAWSON SOFTWARE, INC.
15           Washington, D.C.
16          Tuesday, October 20, 2009
17             9:48 a.m.
18
19
20   Job No.: 1-165454
21   Pages 1 - 274, Volume 1
22   Reported By: Joan V. Cain
```

Page 2

```
 1    Videotaped Deposition of KEITH DAVID LOHKAMP,
 2   individually and as corporate designee of LAWSON
 3   SOFTWARE, INC., held at the law offices of:
 4
 5        GOODWIN PROCTER, LLP
 6        901 New York Avenue, Northwest
 7        Washington, D.C. 20001
 8        (202) 346-4000
 9
10       Pursuant to Notice, before Joan V. Cain,
11   Certified Court Reporter and Notary Public in and
12   for the District of Columbia.
```

Page 3

```
            A P P E A R A N C E S

 ON BEHALF OF PLAINTIFF:
    SCOTT L. ROBERTSON, ESQUIRE
    ROBERT D. SPENDLOVE, ESQUIRE
    GOODWIN PROCTER, LLP
    901 New York Avenue, Northwest
    Washington, D.C. 20001
    Telephone: (202) 346-4000

 ON BEHALF OF DEFENDANT:
    RACHEL C. HUGHEY, ESQUIRE
    WILLIAM D. SCHULTZ, ESQUIRE
    MERCHANT & GOULD
    3200 IDS Center
    80 South Eighth Street
    Minneapolis, Minnesota 55402-2215
    Telephone: (612) 332-5300

 ALSO PRESENT:
    Akim Graham, Videographer
```

Page 4

```
            CONTENTS

 EXAMINATION OF KEITH DAVID LOHKAMP        PAGE
   By Mr. Robertson                9

            EXHIBITS
        (Attached to the Transcript.)
 LOHKAMP DEPOSITION EXHIBITS              PAGE
 Exh. 1  Lawson Software Procurement       114
         Applications, 4/16/02
 Exh. 2  Punchout Partner Program          135
 Exh. 3  Vendor Agreement Import Overview, 142
         Release 8.03
 Exh. 4  Lawson Procurement Punchout Trading 146
         Partner List
 Exh. 5  Lawson EDI for Supply Chain       152
         Management Trading Partner List,
         Version 9.01, November 2008
 Exh. 6  Updating Item Information using the 155
         Catalog Import Process 8.1 FactSheet
 Exh. 7  Lawson Software Investor Relations 159
         News
```

VIDEOTAPED DEPOSITION OF KEITH DAVID LOHKAMP, VOLUME 1
CONDUCTED ON TUESDAY, OCTOBER 20, 2009

19 (Pages 73 to 76)

Page 73

1  A  I don't remember the exact details. I
2  remember it had to do something with a catalog
3  and -- in procurement.
4  Q  Did you obtain any information from the
5  ePlus booth at the VHA Leadership Conference in
6  2003?
7  A  I'm not certain if I did.
8  Q  Did -- have you made an effort to review
9  any of the documentation you have, hard copy
10 documentation as to whether or not you obtained any
11 information at the VHA Leadership Conference in
12 2003?
13 A  No.
14 Q  You didn't make that effort?
15 A  Well, I don't have that -- any
16 documentation from that.
17 Q  Well how do you know that if you didn't
18 make the effort?
19 A  So I -- I guess --
20 Q  Let me rephrase it.
21 A  Yeah.
22 Q  Did you go back and review your hard copy

Page 74

1  files to determine whether you had any ePlus
2  information as to any of its product offerings?
3  A  Yes, I did.
4  Q  Okay. And as a result of that review, did
5  you uncover anything?
6  A  No.
7  Q  Other than that VHA Leadership Conference
8  in 2003 in which you visited an ePlus booth, is
9  there any other source of information as to ePlus
10 that you were aware of prior to the lawsuit?
11 A  I did see ePlus listed in the Forrester
12 eProcurement Wave.
13 Q  eProcurement Wave?
14 A  Yes.
15 Q  What do you mean by that, sir?
16 A  It is a Forrester report they do on the
17 procurement market.
18 Q  Do you recall when you most recently
19 reviewed a Forrester eProcurement Wave that included
20 information as to ePlus?
21 A  Within the past week.
22 Q  How about prior to the last week, have you

Page 75

1  reviewed Forrester reports that included the
2  eProcurement Wave that referenced ePlus?
3  A  Yes.
4  Q  Okay. Do you recall when that was?
5  A  I'm not certain of the date. I believe it
6  was in 2008.
7  Q  2008?
8  A  Yes.
9  Q  How about prior to 2008, do you recall ever
10 reviewing a Forrester report that referenced ePlus?
11 A  Not that I can recall.
12 Q  Are you aware, sir, that my client ePlus
13 was involved in a lawsuit back in 2005 involving
14 Ariba?
15 A  Yes, I am.
16 Q  And when did you learn that information?
17 A  As part of this suit.
18 Q  Prior to your awareness of this lawsuit
19 involving Lawson, were you ever aware that ePlus was
20 involved in a lawsuit with Ariba?
21 A  Not that I can recall.
22 Q  How about SAP, were you aware prior to the

Page 76

1  filing of this lawsuit that ePlus was involved in
2  litigation with SAP?
3  A  Not that I can recall.
4  Q  Were you aware that industry reports like
5  Gartner and Forrester and others reported on the
6  litigation between ePlus and Ariba?
7      MS. HUGHEY: Objection, foundation.
8      THE WITNESS: No, I'm not aware.
9  BY MR. ROBERTSON:
10 Q  You have any occasion to ever see any news
11 accounts involving litigation by ePlus with any
12 other company involving the same patents that are at
13 issue in this case?
14 A  Not that I can recall.
15     MR. ROBERTSON: We've been going about an
16 hour and 22 minutes. Do you want to take a short
17 break? Thanks. Okay.
18     THE VIDEOGRAPHER: This marks the end of
19 Volume 1, Tape No. 1 in the deposition of Keith
20 Lohkamp. Going off the record. The time is 11:02
21 a.m.
22     (Recess.)

L.A.D. REPORTING & DIGITAL VIDEOGRAPHY
(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026 (410)539-3664