IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF *e*PLUS INC.'S MOTION REGARDING RELEVANCE
### AND DISCLOSURE OF ACCUSED LAWSON SYSTEMS

Pursuant to Rules 402 and 403 of the Federal Rules of Evidence, Plaintiff *e*Plus Inc., ("*e*Plus") moves the Court for an order regarding the relevance of the Lawson System Foundation and ProcessFlow products, and respectfully requests that the Court find that the relevant designated testimony from Guenther Tolkmit and William Yuhasz, the Lawson ProcessFlow Administration Guide (PX-456), and the Lawson System Foundation Architecture Guide (PX-506) are admissible at trial.  Lawson System Foundation and ProcessFlow are relevant to *e*Plus's infringement case because they are used in performing the functionality recited in the asserted claims, they are components of the accused Lawson systems, they are essential to the operation of those systems, and they are tightly interwoven with the other identified Lawson software applications and modules that are also components of the accused infringing systems.  *e*Plus has consistently and repeatedly identified Lawson System Foundation and ProcessFlow as components of the accused infringing Lawson systems.

*e*Plus therefore respectfully requests that the Court grant this motion and find that testimony and exhibits regarding Lawson System Foundation and Lawson ProcessFlow are relevant, including the relevant designated testimony from Guenther Tolkmit and William Yuhasz, the Lawson ProcessFlow Administration Guide (PX-456), and the Lawson System Foundation Architecture Guide (PX-506). A proposed Order is attached to this motion.

                                  Respectfully submitted,

October 21, 2010                                  /s/
                                                Henry I. Willett, III (VSB #44655)
                                                Craig T. Merritt (VSB #20281)
                                                **CHRISTIAN & BARTON, LLP**
                                                909 East Main Street, Suite 1200
                                                Richmond, Virginia 23219-3095
                                                Telephone: (804) 697-4100
                                                Facsimile: (804) 697-4112
                                                hwillett@cblaw.com
                                                cmerritt@cblaw.com

                                                Scott L. Robertson *(admitted pro hac vice)*
                                                Jennifer A. Albert *(admitted pro hac vice)*
                                                David M. Young (VSB #35997)
                                                **GOODWIN PROCTER LLP**
                                                901 New York Avenue, N.W.
                                                Washington, DC 20001
                                                Telephone: (202) 346-4000
                                                Facsimile:  (202) 346-4444
                                                srobertson@goodwinprocter.com
                                                jalbert@goodwinprocter.com
                                                dyoung@goodwinprocter.com

        Michael G. Strapp (*admitted pro hac vice*)
        James D. Clements  (*admitted pro hac vice*)
        **GOODWIN PROCTER LLP**
        Exchange Place
        53 State Street
        Boston, MA 02109-2881
        Telephone:  (617) 570-1000
        Facsimile:   (617) 523-1231
        mstrapp@goodwinprocter.com
        jclements@goodwinprocter.com
        Attorneys for Plaintiff, *e*Plus Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of October, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC.'S MOTION REGARDING RELEVANCE AND DISCLOSURE OF ACCUSED LAWSON SYSTEMS**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

/s/
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com