IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC.,                    ) | |
|                                  ) | |
|     Plaintiff,              ) | Civil Action No. 3:09-CV-620 (REP) |
|                                  ) | |
| v.                               ) | |
|                                  ) | |
| LAWSON SOFTWARE, INC.,           ) | |
|                                  ) | |
|                                  ) | |
|                                  ) | |
|     Defendant.              ) | |

**[PROPOSED] ORDER**

Pursuant to Rules 402 and 403 of the Federal Rules of Evidence, Plaintiff *e*Plus Inc. ("*e*Plus") has moved for an Order of the Court regarding the relevance of the Lawson System Foundation and ProcessFlow products. Upon consideration of the arguments of the parties, *e*Plus's motion is hereby GRANTED. The Court finds Lawson System Foundation and Lawson ProcessFlow are relevant to the accused systems, and finds that the relevant designated testimony from Guenther Tolkmit and William Yuhasz, the Lawson ProcessFlow Administration Guide (PX-456), and the Lawson System Foundation Architecture Guide (PX-506) are admissible at trial.

The Clerk is directed to send a copy of this Order to all parties of record.

It is so ORDERED.

November __, 2010                 _____
                                                                     UNITED STATES DISTRICT JUDGE