# **EXHIBIT 22**

# Merchant & Gould

An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, MN  55402-2215
Telephone: 612.332.5300
Fax: 612.332.9081
www.merchantgould.com

Direct Contact | Rachel C. Hughey
612-336-4688
rhughey@merchantgould.com

May 21, 2010

Andrew N. Stein **Via E-mail**
**Goodwin Procter LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018

Re:  ePlus, Inc. v. Lawson Software, Inc.
     Case No.:  09-620 (REP)
     M&G No.:  16391.0001USZA

Dear Andrew:

I write in response to your letter I received last night regarding L0415816.  Please identify each SKU you assert should be included and identify exactly where that SKU product is accused of infringing in ePlus's Initial Infringement Expert Report of Alfred C. Weaver, filed on May 5, 2010.

Yours very truly,

*Rachel C Hughey*

Rachel C. Hughey

Atlanta | Denver | Knoxville | Madison | Minneapolis | New York | Omaha | Seattle | Washington, D.C.