# EXHIBIT 24

## Page 1

```
 1      IN THE UNITED STATES DISTRICT COURT
 2        FOR THE EASTERN DISTRICT OF VIRGINIA
 3            RICHMOND DIVISION
 4   ePlus Inc.,            )
 5         Plaintiff,   )
 6   vs.              ) CIVIL ACTION NO.
 7                )  2:09-CV-232
 8   PERFECT COMMERCE, INC.,   )
 9   SCIQUEST, INC., LAWSON    )
10   SOFTWARE, INC., and VERIAN )
11   TECHNOLOGIES, INC.,       )
12         Defendants.   )
13   _____)
14        VIDEOTAPED 30(b)(6) DEPOSITION OF NOVANT HEALTH
15        INC., by and through its corporate designees,
16        WILLIAM RAY YUHASZ and VICKY MILLER WILLIAMS
17            (Taken by Plaintiff)
18          Winston-Salem, North Carolina
19           Friday, February 19, 2010
20
21
22
23
24         Reported in Stenotype by
        Dorothy J. M. McGrath, RPR, Shorthand Reporter
25   Transcript Produced by Computer-aided Transcription
```

## Page 2

```
 1               APPEARANCES
 2   For the Plaintiff:
       SCOTT L. ROBERTSON, Esquire
 3     Goodwin Procter LLP
       901 New York Avenue, Northwest
 4     Washington, District of Columbia 20001
       (202) 346-4000
 5     -and-
       JAMES D. CLEMENTS, Esquire
 6     Goodwin Procter LLP
       Exchange Place
 7     53 State Street
       Boston, Massachusetts 02109
 8     (617) 570-1000
 9   For the Defendants:
       JOSHUA P. GRAHAM, Esquire
10     Merchant & Gould, PC
       3200 IDS Center
11     80 South Eighth Street
       Minneapolis, Minnesota 55402-2215
12     (612) 332-5300
13   For the Deponent:
       MARK A. STAFFORD, Esquire
14     Nelson, Mullins, Riley & Scarborough LLP
       The Knollwood, Suite 530
15     380 Knollwood Street
       Winston-Salem, North Carolina 27103
16     (336) 774-3333
17
18   Also Present: John B. Morris (Novant Health)
19
20        VIDEOTAPED 30(b)(6) DEPOSITION OF NOVANT
     HEALTH, INC., by and through its corporate designees
21   WILLIAM RAY YUHASZ and VICKY MILLER WILLIAMS,
     witnesses called on behalf of Plaintiff, before
22   Dorothy J. M. McGrath, RPR, Notary Public in and for
     the State of North Carolina, at Novant Health,
23   119 Brookstown Avenue, One Salem Tower,
     Winston-Salem, North Carolina, on Friday,
24   February 19, 2010, commencing at 8:42 a.m.
25
```

## Page 3

```
 1            INDEX OF EXAMINATIONS
 2   By Mr. Robertson . . . . . . . . . . . . . . .5
     By Mr. Graham . . . . . . . . . . . . . . .159
 3   By Mr. Robertson . . . . . . . . . . . . . 167
 4
 5            INDEX OF EXHIBITS
 6   NUMBER         DESCRIPTION          MARKED
 7   N1   Subpoena . . . . . . . . . . . . . . . . 29
 8   N2   Lawson Software Product License . . . . . 45
        Agreement (NOV0729 - 832)
 9
     N3   Lawson Software, Inc., Services . . . . . 49
10      Confirmation (L0156778)
11   N4   Product Order Form, Lawson Software . . . 50
        Consumer Agreement (L0156759 - 763)
12
     N5   Lawson Software, Inc., Services . . . . . 53
13      Agreement (NOW0725 - 728)
14   N6   Requisition Self-Service RSS 9 . . . . . . 57
        Training Manual, November 2009
15      (NOV0838 - 868)
16   N7   Supply Chain NMG Ambulatory Care . . . . . 63
        Manual (NOV0870 - 904)
17
     N8   Lawson/SciQuest Procure-to-Pay . . . . . . 71
18      (P2P) Solutions Overview for Novant
        Health (LE00509459 - 464)
19
     N9   Series of E-mail with Various . . . . . . 78
20      Attached Documents (NOV0394 - 443)
21   N10 E-mail with Attached Presentation . . . . 90
        Referencing Novant Responses to RFP
22      Question (ePLUS0911571 - 582)
23   N11 Document Titled Novant Health P2P . . . . 95
        Project Dated 1/16/2009 (LE00504119
24      - 121)
25
```

## Page 4

```
 1          INDEX OF EXHIBITS (CONTINUED)
 2   N12 Series of Training Documents, . . . . . . 96
        Manual Instructions, and
 3      Presentation Slides (NOV0453 - 697)
 4   N13 Addendum to Lawson Software Product . . . 98
        License Agreement (L0156732 - 733)
 5
     N14 Lawson Software, Inc., Services . . . . . 99
 6      Order Form (L0156785 - 786)
 7   N15 Printout of Screen Shots Showing . . . . 173
        System Being Utilized
```

Page 97

1  out recently for purposes of responding to the
2  subpoena?
3      MR. YUHASZ: If the -- these documents -- and
4  I'm going to have to defer to Vicky to answer.
5      MR. STAFFORD: Okay. Did you hear the
6  question?
7      MS. WILLIAMS: Uh-huh. These documents
8  probably existed in hard copies. These were printed
9  off or e-mailed -- the electronic copy was e-mailed.
10 These documents were prepared over a period of time
11 to use for just -- by training in our department.
12     MR. ROBERTSON: Okay. Much like the other
13 document we saw earlier, it's just sort of the
14 internal manual that shows people how to do --
15     MS. WILLIAMS: Right.
16     MR. ROBERTSON: -- go through the procurement
17 process of requisition self-service?
18     MS. WILLIAMS: Yes, and these are totally
19 prepared by us.
20     MR. ROBERTSON: And you -- you captured screen
21 shots in here with respect to the Lawson RSS
22 application; is that right?
23     MS. WILLIAMS: I'm not sure if there was -- if
24 there's RSS screen prints in here. My team doesn't
25 use RSS as much as the end requisitioners would.

Page 98

1  Buyers don't create requisition.
2      MR. ROBERTSON: Okay. All right. That's all I
3  have on that document. Thanks.
4  (EXHIBIT NUMBER N13 WAS MARKED FOR IDENTIFICATION.)
5      MR. ROBERTSON: Let me show you what I've
6  marked as Novant Exhibit Number 13 and ask you to
7  take a look at that, if you will. It's a two-page
8  document, bears the Bates Label L0156732 [dash] 33.
9  Have you seen that before, sir?
10     MR. YUHASZ: No.
11     MR. ROBERTSON: It's entitled, "Addendum to
12 Lawson product software license agreement," and it's
13 with the client named Novant Health. Do you see
14 that?
15     MR. YUHASZ: Yes.
16     MR. ROBERTSON: And it's dated sometime in
17 March of 2004. Do you see that?
18     MR. YUHASZ: Yes.
19     MR. ROBERTSON: Is that about the time that
20 Novant was implementing the RSS solution?
21     MR. YUHASZ: It was probably when we were
22 considering, right.
23     MR. ROBERTSON: All right -- under -- the
24 products under agreement, section 1.0, you see
25 there's a column that says business management

Page 99

1  system?
2      MR. YUHASZ: Yes.
3      MR. ROBERTSON: And then there's an entry for a
4  design studio. Do you see that?
5      MR. YUHASZ: Yes.
6      MR. ROBERTSON: Do you know what the design
7  studio is?
8      MR. YUHASZ: Yes. My knowledge of that is it's
9  an application for the Lawson application technical
10 team under information technology to be able to
11 change the look, feel, and processing of an online
12 form -- Lawson online form.
13     MR. ROBERTSON: Do you know if the design
14 studio was utilized with respect to the requisition
15 self-service application to do --
16     MR. YUHASZ: My -- my knowledge is that design
17 studio is not -- does not -- cannot be used with
18 RSS.
19     MR. ROBERTSON: Okay. You didn't change the
20 look and feel of RSS as part of the implementation?
21     MR. YUHASZ: No, my understanding has always
22 been you can't.
23     MR. ROBERTSON: Okay. Thanks.
24 (EXHIBIT NUMBER N14 WAS MARKED FOR IDENTIFICATION.)
25     MR. ROBERTSON: Let me show you what's been

Page 100

1  marked as Novant Exhibit 14 and ask you to take a
2  look at that, sir. And while you do, let me just
3  for the record say it's a document -- two-page --
4  two pages entitled, "Lawson Software, Inc., services
5  order form." It's dated in the June of 2006 time
6  frame.
7      The question -- first question is, have
8  you seen this document before?
9      MR. YUHASZ: No.
10     MR. ROBERTSON: Okay. It's -- it's an order
11 form that is with Novant Health. Do you see that
12 under client information?
13     MR. YUHASZ: Yes.
14     MR. ROBERTSON: Okay. The services that are
15 desired are technical consulting for installation
16 and migration on the test server. Do you see that?
17     MR. YUHASZ: Yes.
18     MR. ROBERTSON: Do you know if this was in
19 connection with the RSS application?
20     MR. YUHASZ: By the information -- if you look
21 under the work order request, the information under
22 the client information and the work order request
23 row --
24     MR. ROBERTSON: Where were you looking at, sir?
25     MR. YUHASZ: Work order request.

101
1  MR. ROBERTSON: Okay. Yeah.
2  MR. YUHASZ: And it says LSF9.
3  MR. ROBERTSON: Yes.
4  MR. YUHASZ: That would indicate that is for
5  the environment portion of Lawson that supports
6  every application under -- running on the Lawson
7  server --
8  MR. ROBERTSON: Okay.
9  MR. YUHASZ: -- and so that was -- this was a
10 technical installation of the environment services
11 or main infrastructure of the Lawson application.
12 MR. ROBERTSON: Which would support the RSS?
13 MR. YUHASZ: Yes.
14 MR. ROBERTSON: Okay. Thanks. That's all I
15 have on that question -- on that document. Excuse
16 me. Let me just ask some general questions about
17 requisition self-service right now, and -- and if
18 necessary, let's include the purchase order module
19 that, you know, is part of the procurement process
20 and perhaps inventory control if -- if it calls for
21 it.
22 MR. YUHASZ: Okay.
23 MR. ROBERTSON: Okay. With that in mind, I
24 think you indicated earlier that there were
25 approximately 10,000 different vendors that provide

102
1  items that are available for purchase through the
2  RSS system; is that right?
3  MR. YUHASZ: Yes.
4  MR. ROBERTSON: Okay. Do you know
5  approximately how many total items of those 10,000
6  vendors are perhaps available?
7  MR. YUHASZ: That we have established in -- as
8  an active status in our item master that's available
9  for ordering?
10 MR. ROBERTSON: Yes?
11 MR. YUHASZ: That's what that would indicate.
12 I would say it's between 70 and 80,000.
13 MR. ROBERTSON: Okay. And maybe informally off
14 the record we discussed this, but there -- will
15 there be duplicate items that will be available from
16 multiple vendors of those 50,000 items or so --
17 excuse -- 70 to 80,000?
18 MR. YUHASZ: I would have to say just because
19 of the large number of items that there's -- there
20 are probably duplicates --
21 MR. ROBERTSON: I think --
22 MR. YUHASZ: -- to separate -- to different
23 vendors.
24 MR. ROBERTSON: I'm sorry. I think before we
25 started the deposition, we had one such example in

103
1  mind, and that was a stent, I believe, was one that
2  you may be able to source from multiple vendors; is
3  that right?
4  MR. YUHASZ: Yes.
5  MR. ROBERTSON: Okay. I understood you to say
6  that the items were medical or surgical supplies; is
7  that right?
8  MR. YUHASZ: Primarily.
9  MR. ROBERTSON: Okay. What other --
10 MR. YUHASZ: The majority --
11 MR. ROBERTSON: I'm sorry.
12 MR. YUHASZ: The majority.
13      (DISCUSSION OFF THE RECORD)
14 MR. ROBERTSON: What other types of products
15 other than medical or surgical supplies are
16 available to a purchaser using the RSS system at
17 Novant?
18 MR. YUHASZ: The next category would be EVS or
19 environmental services, and that would include your
20 cleaners, your paper towels, toilet paper.
21 MR. ROBERTSON: All right. Any -- after that,
22 what's maybe the next category of items that might
23 be available to a user of the RSS system at Novant?
24 MR. YUHASZ: The others would be what we
25 consider physician preference items such as implants

104
1  for procedure.
2  MR. ROBERTSON: How about pharmaceuticals? Are
3  they available?
4  MR. YUHASZ: No. I mean, not in the -- very
5  few, very small, not controlled substances that --
6  MR. ROBERTSON: We briefly touched on some of
7  the data that's available when someone is making a
8  purchase of a particular item using RSS. Do you
9  recall that?
10 MR. YUHASZ: Say that again.
11 MR. ROBERTSON: The -- the information that's
12 available with respect to a particular item --
13 MR. YUHASZ: Oh, yes.
14 MR. ROBERTSON: Okay. Where we talked about
15 pricing information, right?
16 MR. YUHASZ: Correct.
17 MR. ROBERTSON: And -- and product descriptions
18 are available, correct?
19 MR. YUHASZ: Yes.
20 MR. ROBERTSON: And the identification perhaps
21 of the manufacturer?
22 MR. YUHASZ: Yes.
23 MR. ROBERTSON: And who the actual supplier is
24 would be available?
25 MR. YUHASZ: Yes.

VIDEOTAPED DEPOSITIONS OF WILLIAM R. YUHASZ AND VICKY M. WILLIAMS
CONDUCTED ON FRIDAY, FEBRUARY 19, 2010

44 (Pages 173 to 176)

### Page 173

1  MR. ROBERTSON:  All right.
2  MR. STAFFORD:  The representatives will read
3  and sign.  Thank you.
4  VIDEO TECHNICIAN:  This completes the --
5  30(b)(6) deposition of William Ray Yuhasz and
6  Vicky Williams.  The number of tapes used were four.
7  Going off the record, the time is 13:34.
8  (EXHIBIT NUMBER N15 WAS MARKED FOR IDENTIFICATION.)
9  (SIGNATURE RESERVED)
10  (DEPOSITION CONCLUDED AT 1:34 P.M.)

### Page 174

STATE OF NORTH CAROLINA
COUNTY OF FORSYTH

REPORTER'S CERTIFICATE

I, Dorothy J. M. McGrath, RPR, a Notary Public, do hereby certify that there came before me on Friday, February 19, 2010, the person hereinbefore named who was by me duly sworn to testify to the truth and nothing but the truth of his or her knowledge concerning the matters in controversy in this cause; that the witness^ was thereupon examined under oath, the examination reduced to typewriting under my direction, and the deposition is a true record of the testimony given by the witness^.

I further certify that I am neither attorney or counsel for, nor related to, or employed by any attorney or counsel employed by the parties hereto or financially interested in the action.

IN WITNESS WHEREOF, I have hereto set my hand this 26th day of February, 2010.

_____
Dorothy J. M. McGrath, Notary Public
Notary Public Number 20030710028

### Page 175

STATE OF NORTH CAROLINA
COUNTY OF FORSYTH

REPORTER'S CERTIFICATE

I, Dorothy J. M. McGrath, RPR, a Notary Public, do hereby certify that there came before me on Friday, February 19, 2010, the person hereinbefore named who was by me duly sworn to testify to the truth and nothing but the truth of his or her knowledge concerning the matters in controversy in this cause; that the witness was thereupon examined under oath, the examination reduced to typewriting under my direction, and the deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney or counsel for, nor related to, or employed by any attorney or counsel employed by the parties hereto or financially interested in the action.

IN WITNESS WHEREOF, I have hereto set my hand this 26th day of February, 2010.

_____
Dorothy J. M. McGrath, Notary Public
Notary Public Number 20030710028

### Page 176

WITNESS'S CERTIFICATE

I, WILLIAM RAY YUHASZ, do hereby certify that I have read and understand the foregoing transcript and believe it to be a true, accurate, and complete transcript of my testimony, subject to the attached list of changes, if any.

_____
WILLIAM RAY YUHASZ

This deposition was signed in my presence by _____, on the \_\_\_\_\_ day of _____, 2010.

_____
Notary Public

My commission expires: