# EXHIBIT 26

Log In   Register   Subscribe

HOME   REVIEWS   NEWS & OPINION   DOWNLOADS   BUSINESS   SHOP   SEARCH



Home > Solutions > Encyclopedia > runtime engine

Search:    [Search Encyclopedia]   Browse the index

Definition of: **runtime engine**

Software that certain applications depend on to run in the computer. The runtime engine must be running in the computer in order for the application to execute. It provides common routines and functions that the applications require, and it typically converts the program, which is in an interim, intermediate language, into machine language.

One might call an operating system a runtime engine because it is always required. Indeed, it "is" the essential runtime engine. However, an operating system is not classified as a runtime engine, but it would fall into the "runtime environment" category (see runtime environment).

**Runtime Examples**
Java programs require the Java Virtual Machine runtime engine in order to run (see Java). The same goes for Visual Basic programs, which cannot be executed natively in the computer. They need the runtime module that converts the Visual Basic code into the machine language of the computer. In a Windows PC, the actual VB runtime module is named VBRUNxxx.DLL, where xxx is the version number (300, 400, 500, etc.).

Microsoft's .NET platform uses the Common Language Runtime (CLR) engine to compile .NET applications into machine language before executing them (see CLR). Adobe's AIR runtime engine lets applications run without the browser (see Adobe AIR). See runtime library, runtime version and runtime environment.



**RELATED TERMS:**
CLR
Java
runtime environment
runtime library
runtime version
Adobe AIR

Search:    [Search Encyclopedia]   Browse the index



Copyright © 1981- 2010
The Computer Language Company Inc.
All rights reserved.

THIS COPYRIGHTED DEFINITION IS FOR PERSONAL USE ONLY.
All other reproduction is strictly prohibited without permission from the publisher.

what's this?

**Boston Coupons**
1 ridiculously huge coupon a day. It's like doing Boston at 90% off!
www.Groupon.com/Boston

**newsletters**
Get PCMag.com's **FREE** email newsletters delivered to your inbox.

1. Make your selections:
☑ Daily News Alert

2. Select email format:
HTML

It's easy, just follow the steps.

Want more? Check out our other newsletters here.

Manage your newsletter subscriptions here.

☑ PCMag.com Small Business Update
☑ PCMagCast Update
☑ Productwire: First Looks Update
☑ Security Watch
☑ TechSaver
☑ Utility Library Update
☑ PCMag Announcements

**3. Enter email address:**


---

**Sponsors**

Adobe® eLearning Suite 2 – A complete eLearning authoring toolbox

Nero 10 HD- All the power of HD plus more

Mozy.com keeps your files safe. Powerful online backup for only $4.95!

Download a FREE 60-Day Trial of Norton AntiVirus 2011 right HERE!

Buy Spyware Doctor with AntiVirus 2010 from PC Tools to safeguard your PC!

Is your PC slow? Take a FREE scan with Registry Reviver to find the cause of these problems today!

Get the PC Magazine Editors' Choice Online BackUp Solution! Free Trial!

Boost productivity with cutting edge computers from HP and AMD.

Get the business phone service that gives you more: Internet fax, online meetings, call recording and softphone.

Upgrade today with new laptops and desktops from HP and Intel.

PCMag Editors' Choice for drive imaging software- ShadowProtect 4.0

Capture any size PC image in a snap. Share it just as fast. Try Snagit free today.

Brother Printers Rated #1 in Reliability. Learn More at Brother.com.

Get more from your stay, for one low rate at Residence Inn

BUY 1 GET 1 FREE! Buy an IdeaCentre A310 get an S10-3 netbook FREE! .

---

Home > Solutions > Encyclopedia > runtime engine

### ABOUT PCMAG.COM

Contact Us             Advertise
About Us               Reprints & Permissions
Newsletters            Site Map
RSS Feeds

### PC MAGAZINE DIGITAL EDITION



Issue Index
Customer Service
Subscribe

### REVIEWS

Editors' Choice
Desktops
Laptops
Cell Phones
Printers
Networking
Software
Digital Cameras
HDTV
Netbooks
Security
MP3 Players
Windows 7
Shop for Tech
Review Roundups
Inside PC Labs

### DOWNLOADS

Shareware
Utilities

### NEWS & OPINION

Tech News
Lance Ulanoff
John C. Dvorak
Dan Costa
Sascha Segan
Tim Bajarin
Michael J. Miller

### PCMAG NETWORK

AppScout
ExtremeTech
Gearlog
GoodCleanTech
PCMag.com
Security Watch
Smart Device Central
TechSaver
PCMag Radio & After Hours
CrankyGeeks
DL.TV
PCMag Mobile

### TIPS

Ask the Experts
Build It/DIY
Buying Guide
Encyclopedia
Forum

### PCMAG EVERYWHERE

Twitter (@pcmag)
TweetMixx
Facebook
YouTube
Mixx
Google Buzz

### BUSINESS

Whitepapers

---

Use of this site is governed by our Terms of Use and Privacy Policy

Copyright © 1996-2010 Ziff Davis, Inc. All Rights Reserved. PC Magazine is a registered trademark of Ziff Davis, Inc. Reproduction in whole or in part in any form or medium without express written permission of Ziff Davis, Inc. is prohibited.



Contact Us
Ziff Davis, Inc.
Link to Us