# EXHIBIT 3

Page 1238

```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION

-----------------------------------------

ePLUS, INC.,

                           Plaintiff;

     v.                                     CIVIL ACTION
                                              3:05CV281
SAP AMERICA, INC., et al.

                           Defendants.
-----------------------------------------
                 JURY TRIAL - VOLUME VIII

                     April 10, 2006
                    Richmond, Virginia
                       9:30 a.m.


BEFORE:       HONORABLE JAMES R. SPENCER
              United States District Judge
                     AND A JURY


APPEARANCES:  JENNIFER A. ALBERT, ESQ.
              THOMAS J. CAWLEY, ESQ.
              MAYA M. ECKSTEIN, ESQ.
              SCOTT L. ROBERTSON, ESQ.

                       Counsel for Plaintiff;

              LLOYD R. DAY, JR., ESQ.
              ROBERT GALVIN, ESQ.
              DABNEY J. CARR, IV, ESQ.
              ROBERT A. ANGLE, ESQ.

                       Counsel for Defendants.


              JEFFREY B. KULL
              OFFICIAL COURT REPORTER.
```

Page 1291

1 from February to July, July 1st, around there, so
2 somewhere during that time is when we started to run
3 into problems.
4 Q   Would you highlight the dates on the right of that
5 line? I'm sorry, could you tell this to me again?
6 A   This is saying February 14th to July 1st is when
7 the pilot phase ran.
8 Q   Of what year?
9 A   1994. All this was 1994.
10 Q   So is it fair to say then that Fisher was aware of
11 the need for the super index before July 1st of 1994?
12 A   Or around there. Very close to there.
13 Q   Could you have built the TV/2 system for use with
14 a catalog like Fisher without using something like this
15 super index?
16 A   You could have certainly built it, but it wouldn't
17 be usable system.
18 Q   Why not?
19 A   Because the searches would be too slow. It would
20 be quicker to look in the book.
21 Q   Did IBM publicize the use of this super index in
22 conjunction with TV/2?
23 A   Not to the general public. Fisher knew about it.
24 Q   Now, Ms. Eng, we talked about a bunch of
25 technologies that I'm sure many of us in this room have

Page 1292

1 never heard of before today. I'm wondering, did you
2 prepare a graphic that can help us summarize all the
3 things you were talking about?
4 A   I did.
5 Q   Would you put up that last graphic. Put up the
6 complete graphic. Thank you. Ms. Eng, can you tell
7 us, then, looking at the demonstrative Eng 9, which are
8 the IBM technologies that a programmer would need to
9 know to prepare an electronic catalog that could be
10 used by TV/2 working with an ordering system like
11 Fisher RIMS?
12 A   Okay. You would need, where it says TV/2 tools
13 here is really the conversion program I was talking
14 about that took the files from the publisher format to
15 the TV/2 tags. So you would need to know or have one
16 of these conversion programs. You would also need to
17 know the tagging language that we used, the GML's of
18 the TV/2 extensions, to tag the data. You would have
19 to have a TV/2 compiler that produced the .INF file
20 with the index and have the super index built into the
21 compiler and the TV/2 program. And then you would have
22 to have these application programming interfaces,
23 API's, so you would be able to grab data from the TV/2
24 side to send to the RIMS side.
25 Q   So going through those, Ms. Eng, the TV/2 tools,

Page 1293

1 that conversion tool, did IBM ever make that publicly
2 available other than giving it to Fisher or selling it
3 to Fisher?
4 A   No.
5 Q   And the TV/2 tags that you mentioned, did IBM ever
6 publish those or make those publicly available?
7 A   As far as I know, all of these things, we just
8 gave them to Fisher. Because they weren't really
9 publicly available, all the things I just talked
10 about.
11 Q   Thank you. Ms. Eng, if you wouldn't mind taking a
12 look at Tabs 4 and 5 in your book, these are the '683
13 patent and the '516 patent that we have been hearing
14 quite a lot about in the Court. And I'd like to ask
15 you if you have ever read these patents before.
16 A   Yes, I have.
17 Q   When did you first see them?
18 A   About a month or so ago.
19 Q   When you read through these patents, did you
20 notice, did either of these patents describe the use of
21 a mark-up language to create electronic product
22 catalogs for use with TV/2?
23       MR. ROBERTSON: I object. This calls for
24 legal conclusions. This witness hasn't offered an
25 expert report. There is going to be an expert who is

Page 1294

1 going to be testifying later today addressing a number
2 of these issues. This is inappropriate.
3       MS. TURNER: I'm merely asking based on her
4 knowledge of the TV/2 program whether those elements
5 appear in a patent she read. It is not a legal
6 conclusion.
7       THE COURT: I'm going to sustain the
8 objection. It really doesn't -- any of us can read it
9 and then come to a conclusion. She wouldn't be an
10 appropriate witness for it. The objection is
11 sustained.
12 BY MS. TURNER:
13 Q   Now, Ms. Eng, I'd like to talk to you a little bit
14 about a statement you made earlier regarding working
15 with IBM for marketing.
16 A   Right.
17 Q   Were you involved in marketing TV/2 here in the
18 United States?
19 A   Yes.
20 Q   When did you become involved in marketing TV/2
21 here?
22 A   Probably 1992.
23 Q   And how do you know it was around then?
24 A   Well, I know it was definitely before Fisher, we
25 started with Fisher, and it was before April of 1993

15 (Pages 1291 to 1294)

Page 1295

1  because that's when I had my son. Before I was
2  pregnant with him, I was going around marketing, going
3  to trade shows and things like that.
4  Q   You are marketing this TV/2, but to your
5  knowledge, was TV/2 commercially available?
6  A   Well, we were marketing TV/2 but we were really
7  marketing it so that we could get service contracts
8  such as the one we did with Fisher, so we could help
9  people get their data into electronic format. We were
10 a Federal Division, I think I mentioned. So we started
11 working with the Navy in contracts that we were working
12 with to try to get their data in. But they were kind
13 of slow to write contracts. So then we started doing
14 it with commercial customers.
15 Q   So when you say you were trying to get the service
16 contracts like the one with Fisher, do you recall about
17 how much money the Fisher contract was for?
18 A   Not exactly, but probably over like half a
19 million.
20 Q   Was TV/2 a final release IBM product?
21 A   No. I don't think so. I think Fisher was the
22 first customer really to use it in a production
23 environment.
24 Q   Did any other customers to your knowledge ever use
25 TV/2 in a production environment?

Page 1296

1  A   Not that I know of. No.
2  Q   Was it an off-the-shelf product?
3  A   No. It was more written by the people in the
4  development lab in the UK. They were also trying to
5  get service contracts.
6  Q   So was it commercially available as far as you
7  know?
8  A   No. Not as far as I know.
9  Q   Now, how did IBM market TV/2 in the United
10 States?
11 A   In the United States, we went to trade shows. We
12 actually built a video. We were working with the UD
13 and we got some of their sample stuff and we built a
14 few sample demos of our own. We built a video around
15 that. We would go to trade shows. If we got more
16 interest we would go to customer sites and do a little
17 bit more of a demo.
18 Q   What customers did you demo this for besides
19 Fisher?
20 A   Besides Fisher, we demo'd it to like some
21 equipment manufacturers. Caterpillar I can remember; a
22 couple I don't remember their names. And we did it
23 also for one of the catalogs that sold clothing.
24 Q   Now, the trade shows you mentioned, do you recall
25 anywhere, the location of where those were, any of

Page 1297

1  them?
2  A   I remember one in Texas. I remember one in
3  Washington, D.C. But I don't really remember the
4  specifics.
5  Q   That was all around what time frame again?
6  A   It was before we started working really heavily on
7  Fisher, so probably 1992, early 1993.
8  Q   What kind of materials did you use to help market
9  TV/2?
10 A   The video that I mentioned. We had a couple
11 brochures that came from the UK.
12 Q   Did any of the marketing materials you just
13 mentioned describe using TV/2 as part of an ordering
14 system or procurement system?
15 A   All of those, I believe, did.
16 Q   Okay. I'd like to put up Defendant's Exhibit 515
17 if we could. Let's start with that one. Ms. Eng, do
18 you recognize this document?
19 A   Yes. This is one of the sales marketing documents
20 from the UK.
21 Q   Okay. And does this document discuss anywhere
22 using TV/2 as part of a procurement system?
23 A   Yes.
24 Q   Can you tell us where?
25 A   Do you know which number it is?

Page 1298

1  Q   I believe it is Tab 1 in your book.
2  A   If you look at a couple pages in to the third
3  page.
4  Q   The page ending with the numbers 016 at the
5  bottom?
6  A   Yes. Right here, there is a paragraph. It says,
7  You can also create a shopping list just by selecting
8  items and passing that list to another application.
9  For example, you might select parts to be ordered from
10 the exploded drawing in a parts catalog. The parts
11 list could then be sent directly to your parts ordering
12 system, all without moving from your PS/2.
13 Q   And was this document given out to anybody here in
14 the U.S.?
15 A   Yes. This was part of our marketing material.
16 Q   Was it available at the trade shows?
17 A   Yes.
18 Q   Why don't we take a look at Defendant's Exhibit
19 99. This is Tab 2 in your book. This is the other
20 marketing document that you were mentioning?
21 A   Right.
22 Q   Does this marketing document also refer to using
23 TV/2 as part of a procurement system?
24 A   Yes.
25 Q   Take a look at the page ending 078. That's

Page 1299

1  EPFS000078. At the top it says, About this book. What
2  did you understand to be the purpose of this document?
3  A   This really is just general information. It just
4  gives a very high-level view of the Technical Viewer/2,
5  what it can do, the features.
6  Q   Does this document describe anywhere the details
7  that you talked about earlier about tags and the
8  compiler?
9  A   No.
10 Q   And when was this document published?
11 A   1991.
12 Q   All right. Ms. Eng, if you could turn, please, to
13 the page ending 083. Is this the page that you were
14 referring to when you said that the document mentioned
15 use with a procurement system?
16 A   Right. This is almost the same language as the
17 other one. In the middle here --
18 Q   The part, A basis for application development?
19 A   Right. It says, Technical Viewer/2 enables
20 information providers to develop applications around
21 the information to give added value to the user. For
22 example, in addition to finding a part number from a
23 parts catalog, users can extract that information and
24 transfer it electronically to their data processing
25 system. They can then make immediate online requests

Page 1300

1  for stock availability and price information.
2  Q   So what did you understand this paragraph to be
3  saying TV/2 could be used for?
4  A   Well, this is kind of what gave TV/2 its value
5  here. As I said, this is added value to the user. It
6  allowed TV/2 to integrate with other applications.
7  Q   Such as what?
8  A   An order system, an inventory system.
9  Q   You also mentioned a video. Do you recall by any
10 chance the name of that video?
11 A   It has a weird name. IETM.
12 Q   What does that stand for?
13 A   Interactive Electronic Technical Manuals.
14 Q   When was that video made?
15 A   That video was made before I got pregnant, so
16 sometime in 1992.
17 Q   Was that video ever shown to anybody?
18 A   Yes.
19 Q   To whom?
20 A   To the people that we demo'd to. We took it to
21 the trade shows. We took it with us going on customer
22 visits. If we went on a customer visit they might have
23 already seen it because then we did a more in-depth
24 demo.
25 Q   How was that video used at trade shows?

Page 1301

1  A   Well, just a high level description of the
2  product, what you can do with it. So it is just kind
3  of like a commercial. We would just keep running it
4  over and over and over and as people walked around they
5  would look at it and if it piqued their interest, they
6  would ask us more questions. Then we also had a
7  computer we took with us and we could actually show
8  them the demo or answer their specific questions about
9  different pieces of the tool.
10 Q   Was that video ever shown to Fisher Scientific?
11 A   Yes. I think so.
12 Q   Now, if we could have Defendant's Exhibit 896, I'm
13 going to play just a couple of minutes of this video.
14 Did it mention use of TV/2 with a parts ordering
15 system?
16 A   Yes.
17 Q   If we could, Bill, play Defendant's Exhibit 986.
18     (Videotape played.)
19     (Videotape stopped.)
20 BY MS. TURNER:
21 Q   Do you recognize this video?
22 A   Yes.
23 Q   Was that you who appeared in it?
24 A   Yes.
25 Q   What is this video showing us?

Page 1302

1  A   Showing you basically the features of Technical
2  Viewer/2 and what you can do with it, that you could
3  link to another. I know it is an old application.
4  Q   Did it say anything about using TV/2 with a parts
5  ordering system?
6  A   Yes. In fact, one of our demos, because the UK
7  was trying to market it with a lot of the European auto
8  dealers, that's why we had a lot of parts information
9  in there.
10 Q   Did it say anything about using it with a
11 procurement system?
12 A   I think it said order inventory. You could use it
13 with ordering.
14 Q   Thank you. Now, Ms. Eng, when were you first
15 contacted by anyone regarding this case?
16 A   Late last year.
17 Q   Who contacted you?
18 A   A girl named Christa.
19 Q   Was she one of the lawyers for SAP?
20 A   Yes.
21 Q   And have you met with SAP's attorneys before
22 today?
23 A   Yes.
24 Q   About how many times?
25 A   Three, I think.

17 (Pages 1299 to 1302)

Page 1335

1  TV/2, right?
2  A  Specifically for building demos or building
3  data, trying to put data in specific demos.
4  Q  So the answer to my question would be yes, it
5  was available to TV/2?
6  A  It was available to us internally, yes.
7  Q  You're aware that IBM also did demonstrations
8  throughout Europe, correct?
9  A  I am aware.
10  Q  And made publicly known demonstrations to --
11  are you aware of Volkswagen and Audi?
12  A  I don't know the specifics. I know it was
13  the auto industry. But, I don't know specifically
14  which ones.
15  Q  And do you know that IBM was marketed at
16  trade shows in Paris in 1990 and 1992?
17  A  Not specifically.
18  Q  These .INF files, they are a well-known type
19  of format anyway in the '94 time frame, weren't they?
20  A  Not that I am aware of.
21  Q  You're not aware of?
22  A  They were special to TV/2.
23  Q  You weren't aware there were other uses for
24  those .INF files in 1994?
25  A  No.

Page 1336

1  Q  You mentioned in Defendant's Exhibit No. 176.
2  Specifically, it was a chart you were referenced to
3  tab, I think, it was Item 39. Do you recall that?
4  A  Do you know which tab that is?
5  Q  Sorry.
6  A  Seven?
7  Q  Six, I believe.
8  A  Okay.
9  Q  I think on that chart it is the third page.
10  Did I understand that -- I think you were directed to
11  by counsel to number 39, left-hand column, is that
12  right?
13  A  I don't remember talking about this language.
14  Q  Maybe I'm mistaken.
15  A  I remember talking about line 38.
16  Q  Where was the one you referenced with respect
17  to this so-called super index?
18  A  Only thing I referenced in this is the time
19  frame of the pilot which was on page two, the last
20  item, number 34.
21  Q  Okay. Now, it doesn't say there anything
22  about a super index, right?
23  A  Not on this schedule, no.
24  Q  Well, there's some pretty detailed stuff here
25  in this schedule, isn't there? Convert and tag data,

Page 1337

1  for example, that's item number 25, that's not high
2  level, is it?
3  A  Right. But, we started the pilot on, right
4  around the time of this document. And we didn't get
5  into that need until somewhere in the pilot. So I
6  don't think it would be in this document.
7  Q  There was some testimony in a movie about one
8  of the marketing brochures about utilizing the TV/2 for
9  parts ordering system. Do you recall that?
10  A  Yes.
11  Q  IBM never built an overall system for
12  requisitioning and purchase orders, checking
13  availability, doing cross-referencing, utilizing the
14  TV/2 engine, did it?
15  A  We built a demo system to show that. But, we
16  didn't have a full system. At least we didn't.
17  Q  You did that as part of the project with
18  Fisher?
19  A  No. We had that before. In the video, that
20  was pre-Fisher. You could see the parts integration,
21  the parts ordering system, you saw the customers and
22  the icons for ordering and loading the customer
23  information.
24  Q  Did you ever market that to anybody?
25  A  Yeah. That's what we were trying to market

Page 1338

1  to.
2  Q  You were suggesting that would be a use
3  for --
4  A  Yes.
5  Q  Do you have any documents showing it was ever
6  built by IBM?
7  A  It was the demo that was built.
8  Q  That was a movie I saw.
9  A  And that was showing people running our
10  system that we showed at demonstrations.
11  Q  Did it use the TV/2 search engine?
12  A  Yes.
13  Q  Was this ever publicly offered for sale?
14  A  Not that I know of.
15  Q  And other than this movie you showed, do you
16  have any documentation it was ever sold?
17  A  That it was -- that we had a demo?
18  Q  That, was it a demo, only for purposes of
19  demoing?
20  A  Yes. It was a figure prototype to show you
21  could link other systems.
22  Q  Were you aware in this electronic sourcing
23  chart that a lot of these dates slipped, that is, that
24  they moved further down the line?
25  A  They could have moved a little bit. But,

26 (Pages 1335 to 1338)

Page 1635

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION

----------------------------------------

ePLUS, INC.,

                         Plaintiff;

     v.                                    CIVIL ACTION
                                           3:05CV281
SAP AMERICA, INC., et al.

                         Defendants.
----------------------------------------
              JURY TRIAL - VOLUME X

                 April 12, 2006
                 Richmond, Virginia
                    9:30 a.m.


BEFORE:       HONORABLE JAMES R. SPENCER
              United States District Judge
                    AND A JURY

APPEARANCES:  JENNIFER A. ALBERT, ESQ.
              THOMAS J. CAWLEY, ESQ.
              MAYA M. ECKSTEIN, ESQ.
              SCOTT L. ROBERTSON, ESQ.

                         Counsel for Plaintiff;

              LLOYD R. DAY, JR., ESQ.
              ROBERT GALVIN, ESQ.
              DABNEY J. CARR, IV, ESQ.
              ROBERT A. ANGLE, ESQ.

                         Counsel for Defendants.


              JEFFREY B. KULL
              OFFICIAL COURT REPORTER
```

ePLUS0201384

Page 1768

1  (Witness stood aside.)
2  Call your next witness.
3      MR. DAY: SAP calls Preston Staats, Your
4  Honor.
5      PRESTON STAATS,
6  called as a witness by and on behalf of the defendant,
7  having been first duly sworn by the Clerk, was examined
8  and testified as follows:
9      DIRECT EXAMINATION
10 BY MR. DAY:
11 Q  Good afternoon, Mr. Staats.
12 A  Good afternoon.
13 Q  Would you please keep your voice up and speak into
14 the microphone if you could. And introduce yourself to
15 the jury.
16 A  Yes, my name is Preston Staats.
17 Q  And where do you live, sir?
18 A  I live in Austin, Texas.
19 Q  How long have you lived in Austin?
20 A  I have lived in Austin since 1977.
21 Q  Did you go to college?
22 A  Yes, I did.
23 Q  And where did you go to college?
24 A  I went to college in Houston, Texas at Rice
25 University.

Page 1769

1  Q  After college, what did you do?
2  A  After college I was in the U.S. Navy for
3  six-and-a-half years. I served in nuclear submarines.
4  Q  Did you graduate from college?
5  A  Yes, I have a Bachelor of Science in electrical
6  engineering.
7  Q  When did you graduate?
8  A  In 1965.
9  Q  And when were you in the Navy?
10 A  From 1965 until 1971.
11 Q  What did you do after the Navy?
12 A  I went back to Rice University and received my
13 doctorate in electrical engineering.
14 Q  And after you received your doctorate in
15 electrical engineering, what did you do?
16 A  I worked as a consulting engineer. I was based in
17 the Washington, D.C. area.
18 Q  What kind of consulting did you do?
19 A  I worked with other engineers similarly trained as
20 myself. We principally worked for firms that had
21 electric power plants, some nuclear plants, some not.
22 But mostly utilities.
23 Q  How long did you work as a consultant?
24 A  Between three and four years.
25 Q  And what did you do after your consulting work?

Page 1770

1  A  After I left consulting I joined my brother in our
2  company, Cooperative Computing, Inc., or CCI as we
3  referred to it as.
4  Q  When was that?
5  A  In 1977, early 1977.
6  Q  What does CCI stand for?
7  A  It stood for Cooperative Computing, Inc. We
8  wanted to provide computer solutions to businesses. We
9  were interested in doing it in a long term basis with
10 our customers in a cooperative manner, not just sell
11 them and then go sell somebody else, so the name was
12 put into the company name, Cooperative Computing.
13 Q  And what kinds of businesses did CCI develop
14 computer systems for?
15 A  We developed computer systems for people who sold
16 automotive parts.
17 Q  How long did you work with CCI?
18 A  I worked with CCI until my brother and I sold our
19 interest in the company in 2003.
20 Q  And during that time frame, what were your
21 responsibilities at CCI? What was your job? What did
22 you do?
23 A  I was co-owner and Executive Vice-president of the
24 company. We used to joke a little bit in the early
25 days about the responsibilities. We were a small

Page 1771

1  start-up company. My brother was responsible for
2  sales. He and I both wrote the computer programs,
3  de-bugged computer programs, and developed the product
4  that we sold, and then I had responsibility for all the
5  other things that go into running a company.
6  Q  So give us some examples of the other things that
7  you did.
8  A  Sure. Human relations, hiring people, handling
9  payroll, getting paid for the goods and services,
10 sending out the invoices, seeing that we had an office
11 to house ourselves in. Just everything involved in
12 running a business.
13 Q  You started this business in 1976-1977, about
14 then?
15 A  Yes. The company was formed in late 1976 and I
16 joined in early 1977.
17 Q  You sold it in 2003?
18 A  Correct.
19 Q  When you sold the business, how many employees did
20 you have?
21 A  Approximately 2,000 employees.
22 Q  Now, during the time frame that you were with CCI,
23 what kinds of computer systems did you develop?
24 A  Well, we developed computer systems, as I said,
25 for the automotive after market. I developed some

Page 1772

1  graphics to help me explain to the jury what the
2  systems did and how they worked.
3  Q   How did you prepare these graphics?
4  A   I was told that I was going to discuss with you
5  all and explain how our systems worked. So I put
6  together the thoughts and ideas that I wanted to convey
7  to you to help understand what I spent 23 years doing.
8  And then I worked with the SAP attorneys and their
9  graphics artists to actually put these into PowerPoint
10 slides.
11 Q   Did the graphics you prepared reflect your
12 products at a point in time prior to August, 1993?
13 A   Yes, they do.
14 Q   What steps have you taken to insure that your
15 graphics reflect your products as of a time period
16 prior to August, 1993?
17 A   Well, the first part is personal experience. As I
18 said, this was a small start-up business. The first
19 office we had in Austin, Texas was a spare bedroom in
20 my house. I have fond memories of my year-and-a-half
21 old son playing on the floor while I wrote computer
22 programs and the like in the office. And then the
23 other is reviewing manuals and documents that I have
24 from those time periods.
25 Q   As CCI developed these systems over this time

Page 1773

1  period, did it periodically or routinely prepare
2  documentation and manuals about the systems that it
3  developed?
4  A   Yes, we did.
5  Q   And have you had access to those prior documents
6  and manuals?
7  A   Yes, I have.
8  Q   Have you produced copies of them in this
9  litigation at the request of counsel?
10 A   Yes, I have.
11 Q   Well, let's start with your graphics and maybe you
12 can tell us a little bit about CCI.
13 A   Okay.
14 Q   What are we looking at here?
15 A   We are looking at a 1982 Oldsmobile, a car that
16 would be a classic example of a kind of car that our
17 customers would sell auto parts to repair.
18 Q   And the term J-CON underneath, we are going to be
19 talking about the J-CON system?
20 A   J-CON was a principal product, one of our two
21 principal products that we developed. Actually, the
22 second product we brought on the market.
23 Q   When you first joined CCI in 1977, how were auto
24 parts typically distributed at that time?
25 A   Well, let me show you. The basic idea of the

Page 1774

1  industry is that you have got a problem with your car
2  and you need to get it fixed so you take it to a
3  mechanic. You talk to the mechanic. The mechanic
4  decides what work needs to be done. And generally
5  speaking, that's going to involve needing some auto
6  parts. So he calls an auto parts store and he and the
7  auto parts store, they are called jobbers in the trade,
8  they talk about the work that's going to be done and
9  decide what parts will be required to do the job.
10     The next step is that the mechanic knows he needs
11 spark plugs, as I pictured here, perhaps a water pump
12 if that's the problem. But there are thousands of
13 spark plugs on the market, hundreds of water pumps, and
14 every one of those doesn't fit in your car. So the
15 jobber has got to decide which specific spark plug and
16 which specific water pump is the right one for your
17 car. Once he does that, which he would do by looking
18 through these catalogs that he had in his store --
19 Q   How would he do that? How would a jobber at that
20 point in time identify just the right spark plug for my
21 Oldsmobile?
22 A   Basically, what he would have to do, and these
23 catalogs, a typical store would have ten, twelve feet
24 of paper catalogs, from me to counsel worth of
25 catalogs. First he would have to know what catalog

Page 1775

1  contained spark plugs. Then he would go find that
2  catalog. Then he would have to read through the
3  catalog, find the spark plugs for your car, see if that
4  was the right one he was looking for, if he had it. If
5  not, he would have to pull down another catalog.
6  Perhaps in this case the CarQuest catalog. He would
7  look through that catalog until he found the right
8  parts. Then he would just repeat this process over and
9  over again until he had the specific list of part
10 numbers he needed to fix your car today.
11     The next step, of course, is to see if he actually
12 has those parts. Because again, as I said before, this
13 whole process is driven by the fact that you have a
14 problem with your car and you want it back this
15 afternoon when you get off work. So it is a same-day
16 operation. He would check his local inventory.
17 Hopefully, he would have all of the parts that he
18 needed in his own inventory in his store. If not, he
19 would generally check the inventory of the sister
20 stores. It is very common for a parts store to have
21 two or three other stores that they are affiliated with
22 in a close area. If that didn't produce all the parts,
23 then he would need to check with his warehouse
24 vendors. Since I've shown a picture of a CarQuest auto
25 parts store here, the first thing he would do would be

36 (Pages 1772 to 1775)

Page 1792

1  A   Yes, it was. In fact, they were eager to
2  subscribe to that.
3  Q   When did you integrate PartFinder into the J-CON
4  system?
5  A   In 1988.
6  Q   Are there any documents that would corroborate the
7  fact that in 1988, the PartFinder database was
8  integrated into J-CON?
9  A   Yes, I do have some documents that I have
10 provided.
11 Q   Bill, would you bring up, I think it is
12 Defendant's Exhibit 92, which is the PartFinder
13 manual. Now, first all, Dr. Staats, I think you have
14 some notebooks there of exhibits.
15 A   Yes, I do.
16 Q   And could you just show the jury if you would,
17 please, how extensive the PartFinder manual is? I
18 think it is Tab 10 in the notebook.
19 A   Oh, in the first book.
20 Q   It would be in Volume I.
21 A   Yes, okay. This is quite a task here. This is
22 the PartFinder. Let's see, yes, this is the manual for
23 using PartFinder. Actually, the date on it, it is the
24 revised version from October of 1989. You can see it
25 is -- that's the manual right there.

Page 1793

1  Q   That's Defendant's Exhibit 92, and we have a cover
2  of it up on the screen here.
3  A   Yes, it is.
4  Q   Could we look at the table of contents of this
5  manual, and if you could blow that up for us a little
6  bit, the whole table of contents, see what the subjects
7  are that the manual addressed. Please explain this.
8  A   First, there is the introduction, it is
9  PartFinder, CCI's Electronic Catalog. We discussed how
10 it organizes parts into part groups. That's groups of
11 catalogs. Then it talks about how to use PartFinder to
12 display and sell parts. That's to find the parts that
13 we need to fix your car this afternoon. It talks about
14 starting PartFinder. You are typically in the
15 Point-Of-Sale screen where you have started to enter
16 the information for the repair of your car. You move
17 to PartFinder, and then you select your catalogs. I'll
18 talk about this more later. The search criteria, so
19 selecting parts. And then after you have selected the
20 parts that will do the job for your car, it talks about
21 returning to Point-Of-Sale with those parts, and then
22 some shortcuts and on-screen help, which I might add in
23 1988 was kind of crude compared to what you see today,
24 but it was there nevertheless because this manual, we
25 tried to have them not have to go take -- this is a lot

Page 1794

1  smaller than the paper catalogs we replaced, but we
2  really didn't want them to have to go look in paper
3  catalogs at all. We wanted them to use the computer.
4  Q   Return to Point-Of-Sale. Point-Of-Sale was a
5  component in J-CON, right?
6  A   Point-Of-Sale was a component of J-CON. It was
7  the program that you actually used to display the parts
8  that were necessary to fix the car the mechanic was
9  trying to repair, yes.
10 Q   It is from Point-Of-Sale and then J-CON where you
11 could then check inventory, check price, place orders
12 to the warehouse?
13 A   Yes.
14 Q   We are going to walk through this in some detail
15 in a moment. I just wanted to give a little overview
16 of what we are looking at here. Could you turn,
17 please, Bill, to Page 9073. And the first paragraph in
18 particular, if you could just pull up the title of the
19 paragraph. Now, did you actually call the PartFinder
20 database an electronic catalog?
21 A   Yes, we did. As I said, we called it the
22 electronic catalog. Maybe we were a bit presumptuous,
23 but it was our electronic catalog available to our
24 customers, yes.
25 Q   Is this the overall general description that was

Page 1795

1  published by CCI in your manuals?
2  A   This is directly out of our manual. It is says,
3  PartFinder is J-CON's electronic catalog system that
4  you use together with Point-Of-Sale. You use it to
5  look up parts and sell them. With PartFinder, you can
6  forget that time-consuming search through
7  manufacturers' catalogs. They can just work on the
8  keyboard of the computer, find the parts needed to fix
9  your car, get those parts out to them.
10 Q   By when was J-CON with PartFinder on sale in the
11 United States?
12 A   1988.
13 Q   Could we have Defendant's Exhibit 1032. And would
14 you please tell the jury what Defendant's Exhibit 1032
15 is?
16 A   This is a PartFinder enrollment form. This is a
17 form that we actually developed to help our customers
18 sign up for PartFinder, let us know what electronic
19 catalogs they wanted to have, and as you mentioned, we
20 did charge for this service. So it set up how we were
21 going to do that.
22 Q   Could we have Page 641 of this, please? So what
23 did this enrollment form do? What was this for?
24 A   This enrollment form, actually, we would send out.
25 Because catalogs, as I said, were replaced on a yearly

Page 1796

1  basis, but that doesn't mean it was done on the 1st of
2  January every year. It happened all throughout the
3  year. So every month we would send an updated database
4  to our customers. We needed to know where to send it.
5  Of course we did pay for it, or they paid for it, so we
6  wanted billing information. Then if you look on the
7  rest of the form below that, you can see this middle
8  section, the part that says J-CON Equipment
9  Information, PartFinder Terminal Assignment, and the
10 like.
11 Q  Does this --
12 A  I was going to say this just shows, you know, what
13 tailored this product so we could deliver it on the
14 right type of tape format, the right kind of computer,
15 and then which terminals, which CRT's were going to be
16 set up to run PartFinder. So this enrollment form gave
17 us the ability to do everything we needed to deliver
18 this product and make it work for our customers.
19 Q  You said that PartFinder, J-CON with PartFinder
20 was on sale by 1988.
21 A  Yes, it was.
22 Q  How many, approximately by 1988, how many J-CON
23 customers did you have, did CCI have, who had installed
24 J-CON systems in the U.S.?
25 A  In 1988, somewhere between 4,000 and 6,000 J-CON

Page 1797

1  systems.
2  Q  All over the U.S.?
3  A  All over the U.S. Yes, all over the U.S.
4  Q  And by 1990, how many J-CON systems had PartFinder
5  installed and were running?
6  A  Between 1,000 and 2,000. This was a product our
7  customer base was really looking for and adopting.
8  Q  Bill, if we could go back to Defendant's Exhibit
9  92. We are going to be looking at a moment at some
10 screenshots. Do you have an ability to just walk
11 through the document? If you could just give the jury
12 and us just an overview, four or five seconds of this,
13 what this document looks like. By the way, Dr. Staats,
14 as we are looking at this, who prepared and wrote these
15 manuals?
16 A  By this time in our company's history we actually
17 had a couple of people who worked for us that wrote the
18 manuals. In the early days, that was another one of my
19 duties that I was delighted to give up.
20 Q  By this time --
21 A  We had a couple people that actually that was
22 their job, was to write manuals for our company.
23 Q  We are looking, as we go through this document, we
24 are seeing a couple of screenshots, drawings of
25 screenshots here.

Page 1798

1  A  Yes.
2  Q  Did the manual actually detail the screenshots
3  that a user of a PartFinder catalog could use to
4  interact with the system?
5  A  Yes, it did. The idea of this manual was a
6  training manual so that a counterman could use this
7  manual to learn how to use PartFinder. And some of
8  these screenshots are ones that I have put into my
9  graphics to explain to the jury how the process
10 worked.
11 Q  Okay. By 1989, did J-CON with PartFinder maintain
12 electronic catalogs on a database?
13 A  Absolutely.
14 Q  Did the electronic catalogs in PartFinder contain
15 items for sale?
16 A  Yes, they did.
17 Q  Were those items associated with their respective
18 sources in the J-CON system?
19 A  Yes, they were.
20 Q  What sources were they associated with?
21 A  They were associated with manufacturers and with
22 vendors.
23 Q  In what way was the item associated with its
24 manufacturer?
25 A  The part was associated with the manufacturer

Page 1799

1  because it was actually in that manufacturer's
2  electronic catalog in our database.
3  Q  In what way was an item associated with its
4  vendor?
5  A  Every manufacturer was associated with a vendor
6  that the auto parts store bought those parts from.
7  Q  Now, if a J-CON user wanted to identify the vendor
8  for a particular product in the PartFinder database,
9  was he able to do that in 1988?
10 A  Absolutely.
11 Q  In 1988 was it possible to search only selected
12 portions of the PartFinder database if you wanted?
13 A  Yes, it was.
14 Q  In 1988 was it possible for a PartFinder user to
15 select a particular subset of manufacturer catalogs to
16 search?
17 A  Yes, it was.
18 Q  In 1988, were there any criteria associated with
19 the product catalogs in PartFinder that allowed a user
20 of the system to select specific catalogs to search?
21 A  Yes, there were.
22 Q  What data from the product catalogs did the
23 PartFinder electronic catalog include?
24 A  It included all of the data in these catalogs.
25 Q  So everything in those catalogs was included?

ePLUS0201425

Page 1812

1  Q   And now we are looking in a different exhibit. We
2  are looking at Exhibit 185. Could you bring that up,
3  Bill, please, what Defendant's Exhibit 185 is? Could
4  you also blow up the date at the bottom? So this is an
5  April, 1994 version of the J-CON manual, Volume I?
6  A   That is correct.
7  Q   Can you tell us why you are using this document
8  for these screenshots?
9  A   Yes. This is the oldest document I have that
10 actually shows what the screen looked like on a
11 warehouse inquiry.
12 Q   Okay. And do you have -- were you able to find
13 any earlier documents than this document that
14 illustrated what the screen looked like on a warehouse
15 inquiry?
16 A   No, I was not.
17 Q   But was this functionality installed and in place
18 in J-CON as of 1992?
19 A   This functionality was absolutely on the J-CON
20 system as of 1992. And in fact, it looked like this.
21 Our customers were charter members of the If It Ain't
22 Broke Don't Fix It Club. They wanted new stuff. They
23 didn't want us going back and touching old stuff.
24 Q   I think you said 1992.
25 A   Quite frankly, I think 1988. It was in there as

Page 1813

1  of 1988.
2  Q   As of 1988?
3  A   Absolutely.
4  Q   So I'm sorry now, let's go back to your
5  presentation.
6  A   This is what it looked like. What it showed was
7  the warehouse you were connected to. It showed your
8  selected part. Now remember, this is the J-CON
9  computer that you are looking at, but it is running on
10 the A-DIS computer at the warehouse. It shows the
11 quantity available at the warehouse. They have got 408
12 of this part that you didn't have any of. It shows
13 that the dealer, that's the jobber, is going to pay
14 $.94 for this part. There's six of them that you
15 want. Therefore, you are going to pay a total of
16 $5.64. And it would then go to this item prompt and if
17 you type the word End, it generated a purchase order to
18 the CarQuest warehouse, and return control back to the
19 J-CON system. And now you have ordered the first part
20 on that screen.
21 Q   That was a way to check inventory at an affiliated
22 warehouse, just by pressing the F10 key. And that
23 would immediately go out and check electronically the
24 inventory for that selected part?
25 A   That is correct.

Page 1814

1  Q   And how would you check inventory of the
2  non-affiliated warehouse?
3  A   It is actually very similar. This part here that
4  I am displaying is an Auto Value rotor. It is not
5  going to be at the CarQuest warehouse. You have to go
6  to the Auto Value warehouse for that. Highlight it.
7  You enter a code, single letter code for the Auto Value
8  warehouse and press F10, and it contacts the Auto Value
9  warehouse. And then you go through the same process.
10 You can see now you are talking about the Auto Value
11 warehouse. It shows you the availability and price.
12 It is the same screen. It is the same type computer.
13 Everything is the same. You are just talking to
14 somebody else doing the same thing. Enter End. You
15 have generated a second purchase order to a second
16 computer at a second location, the Auto Value
17 warehouse. It returns control back to the J-CON
18 system. You have completed ordering the parts to
19 repair your car this afternoon.
20 Q   Now, in 1989, were users of the J-CON system able
21 to check -- strike that. When you punched out to an
22 A-DIS system at a remote warehouse, whether it was a
23 competing vendor or an affiliated vendor, did J-CON
24 automatically fill the warehouse inquiry screen with
25 data related to the selected part?

Page 1815

1  A   Yes.
2  Q   And these warehouses' databases were maintained
3  separately from the databases in J-CON?
4  A   Yes. They were different databases.
5  Q   Are there any documents that show what warehouse
6  inquiry functionality existed in J-CON prior to August,
7  1994?
8  A   Yes.
9  Q   So let's bring up Defendant's Exhibit 1037 first
10 of all, if we could. And if you can go to Page 069.
11 This is the J-CON RDB guide dated March, 1993. Can you
12 tell us what this document is?
13 A   This is a book, training manual basically, that we
14 developed and put out in March of 1993 for the jobbers
15 who were using J-CON to assist them in training new
16 employees and learning how to use the J-CON system in
17 their store.
18 Q   Go to Page 90 in this, please. Bates Number 90.
19 And can you tell us, Dr. Staats, what we are looking at
20 here?
21 A   Well, it is talking about warehouse inquiry. It
22 indicates that if you have a serving warehouse, you can
23 check the price and availability of a part not in your
24 stock. And you can also order those parts if you need
25 them. And then the page discusses one way of doing

46 (Pages 1812 to 1815)

Page 1816

1  warehouse inquiry of which there were a number, and
2  indicates there's other ways to do it as well.
3  Q   Okay. And do you have any examples of how a
4  warehouse inquiry screen was used in the United States
5  prior to August, 1994?
6  A   The only picture I have is the August, 1994
7  picture.
8  Q   Is that Defendant's Exhibit 185?
9  A   That was a while ago.
10 Q   February of 1994?
11 A   Yes, February of 1994 J-CON manual, yes.
12 Q   Let's bring that up and take a look at Page
13 7586. That's the manual. And if we could look at Page
14 7720 of the manual. And if we could pull up the
15 writing above it, not just the screen. So what does
16 this portion of the manual describe, Dr. Staats?
17 A   What it is talking here about is that if you are
18 going to inquire into other than your primary vendor --
19 I'm sorry. This is showing that if you start warehouse
20 inquiry not from Point-Of-Sale but from the main menu
21 of the J-CON system, you actually have to enter the
22 vendor number to do it, and then, or it says you can
23 just hit Enter if it is your default vendor and it
24 shows you the screen.
25 Q   Let's go back to your architecture diagram if we

Page 1817

1  could.
2  A   Certainly.
3  Q   And you have on the J-CON system above PartFinder
4  an alternate parts file depicted there.
5  A   Yes, I do.
6  Q   You also have that in the warehouse host.
7  A   That is correct.
8  Q   Could you please explain what that is and what it
9  was used for?
10 A   Certainly. Alternate part file was a part file
11 that was used in case PartFinder or your mechanic
12 requested a particular part for the repair of your car
13 and that part wasn't available. Let's take for
14 example, the CarQuest filter, CQ68. The system would
15 automatically recommend a competing equivalent part
16 that could be used in its place. The first example of
17 that CarQuest CQ68 filter could be instead you could
18 use the Auto Value 51791. As you can see by the
19 picture going down, it repeated over and over and over
20 for various other CarQuest parts. There would be Auto
21 Value parts you could use that were equivalent. And
22 you could use them in case you didn't have the CarQuest
23 part.
24 Q   Who built these cross-reference tables?
25 A   CCI built the computer programs and the data file

Page 1818

1  structure into the J-CON system, but the jobber himself
2  had to actually make the association between a CarQuest
3  CQ68 and an Auto Value 51791. We gave them the tools
4  to do it, but they had to actually do it.
5  Q   So the determination of what part was equivalent
6  to another part had to be made by the jobber and
7  entered into the system?
8  A   Correct.
9  Q   Once the jobber entered that information into the
10 system, the system then determined for the jobber what
11 parts were equivalent?
12 A   Absolutely. After that, it was an automatic
13 process.
14 Q   Is the alternate part functionality described in
15 any of the J-CON manuals?
16 A   Yes, it is.
17 Q   Let's take a look at Defendant's Exhibit 91,
18 please. What is this manual?
19 A   This is the Point-Of-Sale manual for J-CON.
20 Q   And could we take a look at the table of
21 contents? Then just bring up the date first.
22 A   This happens to be that first manual we discussed
23 earlier, the October of 1989 date. It was the same as
24 the date of the PartFinder manual we looked at before.
25 Q   All right. And if we could look at Page 9012.

Page 1819

1  There you go. First half of the page. You see a
2  reference to alternate parts overview.
3  A   Yes. As it says here, there are times when you
4  don't have enough of a certain part to fill a
5  customer's need. However, there may be another part
6  that will fit the application and enable you to make
7  the sale. For each part, you can set up an alternate
8  part. Then, in Point-Of-Sale, you can substitute the
9  alternate part whenever you do not have enough of the
10 original to fill the needed order. It did that
11 automatically.
12 Q   How did it do it?
13 A   Well, the computer database had the two parts tied
14 together, and if you entered an order for the first
15 part and it didn't have as many as you asked for, it
16 just automatically went and checked the second part.
17 Q   Go to a look-up table and see a cross-reference to
18 an equivalent part and then return that part?
19 A   Absolutely. We run the computer code to do that
20 automatically.
21 Q   In 1989, did the J-CON alternate parts function
22 provide the ability to substitute an equivalent part
23 for a selected part?
24 A   Yes, it did.
25 Q   And would the alternate part be from a different