# EXHIBIT 8

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| | ) Civil Action No. 3:09-cv-620 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT LAWSON SOFTWARE, INC.'S SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendant Lawson Software, Inc., ("Lawson") hereby supplements its Initial Disclosures as set forth below. These disclosures are in addition to, and not meant to replace, Lawson's Initial Disclosures filed on August 11, 2009.

**(A.) Individuals Likely to Have Discoverable Information**

In addition to the information disclosed in its Initial Disclosures filed on August 11, 2009, Lawson states the following individuals are likely to have discoverable information:

| WITNESS | ADDRESS (IF KNOWN) | SUBJECT MATTER |
|---|---|---|
| Jesus Ramos<br>*Lawson identified this witness in discovery at least as early as April 9, 2010* | Mechanicsburg, PA<br><br>c/o Merchant & Gould PC<br>80 S. Eighth Street<br>Minneapolis, MN 55402 | Jesus Ramos has worked at Technical Services Associates since 1985 and has knowledge regarding the prior art Gateway system. |
| Al Jacobs<br>*Lawson identified this witness in discovery at least as early as April 9, 2010* | Mechanicsburg, PA<br><br>c/o Merchant & Gould PC<br>80 S. Eighth Street<br>Minneapolis, MN 55402 | Al Jacobs works at Technical Services Associates and has knowledge regarding the prior art Gateway system. |
| Preston Staats<br>*Lawson identified this witness in discovery at least as early as April 9, 2010* | Austin, TX<br><br>c/o Merchant & Gould PC<br>80 S. Eighth Street | Preston Staats testified at the SAP trial regarding the J-CON system. He worked at Cooperative Computing, Inc. |

| | Minneapolis, MN 55402 | starting in 1977. CCI developed computer systems for people who sold automotive parts. He worked there until he sold his interest in 2003. He has knowledge regarding the prior art J-CON system. |
|---|---|---|
| Charles Gounaris<br>*Lawson identified this witness in its August 11, 2009 initial disclosures* | Pittsburgh, PA<br><br>c/o Merchant & Gould PC<br>80 S. Eighth Street<br>Minneapolis, MN 55402 | In addition to the information Lawson already provided, Lawson states as follows: Charles Gounaris is a former IBM employee who worked with Fisher Scientific related to the combination of RIMS and TV/2. He has knowledge regarding the prior art TV/2 and RIMS systems. |
| Pamela Eng<br>*Lawson identified this witness in its August 11, 2009 initial disclosures* | Manassas, VA<br><br>c/o Merchant & Gould PC<br>80 S. Eighth Street<br>Minneapolis, MN 55402 | In addition to the information Lawson already provided, Lawson states as follows: Pamela Eng is a former IBM employee who worked with Fisher Scientific related to the combination of RIMS and TV/2. She has knowledge regarding the prior art TV/2 and RIMS systems) |
| Arthur Parsells<br>*Lawson identified this witness in discovery at least as early as April 23, 2010* | Tulsa, OK<br><br>c/o Merchant & Gould PC<br>80 S. Eighth Street<br>Minneapolis, MN 55402 | Arthur Parsells worked on the development of the SABRE system and has knowledge regarding this system. |
| Laurene Fielder<br>*Lawson identified this witness in discovery at least as early as April 9, 2010* | 3 Bowling Grn<br>Colts Neck, NJ 07722<br>732-933-0863 | Laurene Fielder worked at PurchasingNet, Inc. and developed the product P.O. Writer. She has knowledge regarding the prior art P.O. Writer system. |
| Jerry O'Connell<br>*Lawson identified this witness in discovery at least as early as April 26, 2010* | Greenough, MT<br><br>c/o Merchant & Gould PC<br>80 S. Eighth Street<br>Minneapolis, MN 55402 | Jerry O'Connell worked at Structured Computer Systems, Inc. and on the Reality purchase order module and has knowledge regarding this prior art system). |
| Kenneth Farber | ePlus | Kenneth Farber has |

|  | c/o Goodwin Procter LLP<br>901 New York Avenue NW<br>Washington, DC 20001 | knowledge of ePlus [relevant to invalidity, noninfringement, damages]. |
|---|---|---|
| Phillip Norton | ePlus<br><br>c/o Goodwin Procter LLP<br>901 New York Avenue NW<br>Washington, DC 20001 | Phillip Norton has knowledge of ePlus [relevant to invalidity, noninfringement, damages]. |
| Steven Mencarini | ePlus<br><br>c/o Goodwin Procter LLP<br>901 New York Avenue NW<br>Washington, DC 20001 | Steven Mencarini has knowledge of ePlus [relevant to invalidity, noninfringement, damages]. |
| Harry Debes | Lawson<br><br>c/o Merchant & Gould PC<br>80 S. Eighth Street<br>Minneapolis, MN 55402 | Harry Debes has knowledge of Lawson [relevant to invalidity, noninfringement, damages]. |
| Richard Lawson | c/o Merchant & Gould PC<br>80 S. Eighth Street<br>Minneapolis, MN 55402 | Richard Lawson has knowledge of Lawson [relevant to invalidity, noninfringement, damages]. |
| Hannah Raleigh | Lawson<br><br>c/o Merchant & Gould PC<br>80 S. Eighth Street<br>Minneapolis, MN 55402 | Hannah Raleigh has knowledge of Lawson [relevant to invalidity, noninfringement, damages]. |
| Guenther Tolkmit | Lawson<br><br>c/o Merchant & Gould PC<br>80 S. Eighth Street<br>Minneapolis, MN 55402 | Guenther Tolkmit has knowledge of Lawson products [relevant to invalidity, noninfringement, damages]. |
| Robert Schriesheim | c/o Merchant & Gould PC<br>80 S. Eighth Street<br>Minneapolis, MN 55402 | Robert Schriesheim has knowledge of Lawson financials [relevant to invalidity, noninfringement, damages]. |
| Kenneth White | Lawson<br><br>c/o Merchant & Gould PC<br>80 S. Eighth Street<br>Minneapolis, MN 55402 | Kenneth White has knowledge of Lawson financials [relevant to invalidity, noninfringement, damages]. |
| Vicky Williams | Novant Health, Inc.<br>2085 Frontis Plaza Boulevard<br>Winston-Salem, NC 27103 | Vicky Williams has knowledge as a Lawson customer [relevant to |

| | | |
|---|---|---|
| | | invalidity, noninfringement, damages]. |
| William Ray Yuhasz | Novant Health, Inc.<br>2085 Frontis Plaza Boulevard<br>Winston-Salem, NC 27103 | William Ray Yuhasz has knowledge as a Lawson customer [relevant to invalidity, noninfringement, damages]. |
| Lynn Cimino | South Jersey Health System<br>333 Irving Avenue<br>Bridgeton, NJ 08332 | Lynn Cimino has knowledge as a Lawson customer [relevant to invalidity, noninfringement, damages]. |
| Robert Irwin | Robert Wood Johnson University Hospital<br>One Robert Wood Johnson Place<br>New Brunswick, NJ 08903 | Robert Irwin has knowledge as a Lawson customer [relevant to invalidity, noninfringement, damages]. |
| Manuel Matias | Robert Wood Johnson University Hospital<br>One Robert Wood Johnson Place<br>New Brunswick, NJ 08903 | Manuel Matias has knowledge as a Lawson customer [relevant to invalidity, noninfringement, damages]. |
| Kristy Oliver | Blount Memorial Hospital<br>907 East Lamar Alexander Parkway<br>Maryville, Tennessee 37804 | Kristy Oliver has knowledge as a Lawson customer [relevant to invalidity, noninfringement, damages]. |
| Johanna O'Loughlin | Reed Smith<br>225 Fifth Avenue<br>Pittsburgh, PA 15222 | Johanna O'Loughlin has knowledge of the Fisher prior art [relevant to invalidity, noninfringement, damages]. |

In addition, Lawson Incorporates all of its discovery responses, including names of individuals disclosed in its discovery responses and in letters to ePlus.

**(B.) Documents and Things Relevant to Disputed Facts**

In addition to the information disclosed in its Initial Disclosures filed on August 11, 2009, Lawson incorporates all of its discovery responses, including all documents disclosed in its discovery responses.

4

Dated: May 18, 2010

LAWSON SOFTWARE, INC.

*Rachel C Hughey*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
Merchant & Gould
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
dmcdonald@merchantgould.com
wschultz@merchantgould.com
rhughey@merchantgould.com
jgraham@merchantgould.com
alagatta@merchantgould.com

Kirstin L. Stoll-DeBell, *pro hac vice*
Merchant & Gould
1050 Seventeenth Street
Suite 1950
Denver, CO 80265
Telephone: (303) 357-1670
Facsimile: (303) 357-1671
kstoll-debell@merchantgould.com

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
**Troutman Sanders LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339

*Counsel for Defendant Lawson Software, Inc.*