# EXHIBIT D

```
Wednesday  February  1, 2006 1:40 PM                          Page : 1

                              Note Report


   KIRKLAND & ELLIS*                         312-861-2000    GEN
   200 E. Randolph Drive                     312-861-3101 Marty
   Chicago, IL                               312-861-3212
   60601                                     1-312-649-3893  FAX
   _____

   June  9, 1993 4:33 PM MASTER Manual
   SHIPPED CSP ROLLOUT VERSION 10.0, 3 1/2 MU 5-7:
   P-1173
   SC-1173
   R-1587
   FAX/EDI
   W/ PRINT OPTION PR8-3, CONVERSION, GUIDED TOUR AND PASSWORDS
   5-7 DISKETTES, AND ALL NECESSARY DOCUMENTATION...CG

   February  8, 1993 1:40 PM MASTER Manual
   REC'D FAXED COPY OF CHECK WITH LA.  PLEASE SEND PW'S...JS

   January  7, 1993 1:56 PM MASTER Manual
   SHIPPED PURCHASE VERSION 9.0 - MU-5-7
   PM-9436
   RM-9279
   FAX/EDI-VERSION 9.0

   ALONG WITH INV #10084-$11,390 FOR PRODUCT & CSP.  ALSO SENDING
   PR8-3 W/SAMPLE FORMS & TRAINING INFO...MC
```



EXHIBIT
DX 125
09 CV 620

DEPOSITION EXHIBIT
Lawson 97
6/10/10
ERIC J. FINZ

Defendant's Exhibit
655

onfidential

POWriter_0000019
ePLUS0219493

SENT BY:Xerox Telecopier 7021 ; 9-29-93 ; 1:05PM ;   CHICAGO-LIBRARY→AMERICAN TECH   ;# 3
09/24/93  14:15      AMERICAN TECH INC → 1 312 861 2200                    NO.906  P003

FEB-01-'93 MON 17:13   ID:AMERICAN TECH      TEL NO:281-346-3182           #526 P02

# P.O. WRITER PLUS LICENSE AGREEMENT

| MODULES | VERSION (CHECK ONE) |
|---|---|
| ☒ Purchasing Module | ☐ Single User - Can be installed on one computer only. |
| ☒ Receiving Module | |
| ☐ Vendor Performance Module | ☐ Multi-User (to 4 users) - Can be installed on one file server with a maximum of 4 users. |
| ☐ Inventory Control Module | |
| ☐ A/P Interface Module | ☒ Multi-User (5 to 7 users) - Can be installed on one file server with a maximum of 7 users. |
| ☐ Data Interface Utility | |
| ☐ Ad Hoc Reporting Module | ☐ Multi-User (8 to 10 users) - Can be installed on one file server with a maximum of 10 users. |
| ☒ Fax-RDI Interface | |

## 1. PRODUCT DESCRIPTION
a. P.O. WRITER PLUS software and User's Manual for each module ordered.
b. 30 days of telephone support upon receipt of this agreement.

FILE

## 2. WARRANTY
Upon receipt of this agreement, original diskettes are warranted against defects due to faulty materials or workmanship for 30 days. Faulty diskettes will be replaced at no charge. American Tech, Inc. warrants that Client's use of the P.O. WRITER PLUS software and User's Manuals will not infringe any patent, copyright, trademark, trade names, or trade secret of any third party. American Tech, Inc. warrants that P.O. WRITER PLUS will operate and function as specified in the User's Manual for each module ordered.

## 3. ENHANCEMENT/SUPPORT PLAN
Thirty (30) days of telephone support is included in the price of P.O. WRITER PLUS software. American Tech offers a CLIENT SUPPORT PROGRAM which may be purchased separately. CLIENT SUPPORT PROGRAM is described on the reverse side of this agreement. Please indicate below whether you wish to participate in the CLIENT SUPPORT PROGRAM.

## 4. REPRODUCTION
Client acknowledges the proprietary nature of P.O. WRITER PLUS and agrees not to make copies of P.O. WRITER PLUS software or User's Manuals, except Client may make copies of the software for archive and back-up purposes.

## 5. OWNERSHIP
Client agrees not to sell or transfer rights granted in this license agreement to any other party, or to transfer the location of the software from the address set forth below.

## 6. LIABILITY
American Tech, Inc. shall not be liable to Client for any consequential damages resulting from the Client's use or misuse of the program, except as set forth herein.

---

### CLIENT SUPPORT PROGRAM

Please check one:

☒ Participant - 1 year

☐ Participant - 2 year (receive a 20% discount on second year)

☐ Non-Participant

*(See reverse side for details)*

COMPANY: Kirkland & Ellis

Name: Thomas W. Scharbach

Title: Information Systems Manager

Signature: _____

Date: February 1, 1993

COMPANY ADDRESS:

Street: 200 East Randolph Drive

City: Chicago

Confidential

POWriter_0000020
ePLUS0219494