# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 3:05cv281 |
| | ) |
| v. | ) |
| | ) |
| SAP AMERICA, INC., and SAP AG, | ) |
| | ) |
| Defendants. | ) |

FILED MAR 24 2006
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## ePLUS, INC.'S OBJECTIONS TO SAP AMERICA, INC. AND SAP AG'S PROPOSED TRIAL EXHIBITS

[Remainder of page intentionally left blank]

## *e*Plus, Inc.'s Objections to SAP America, Inc. and SAP AG's Proposed Trial Exhibits

| Ex. # | Date | Author | Recipient | Cc | Description | BegBates | EndBates | Objections |
|---|---|---|---|---|---|---|---|---|
| 1 | 2/8/2000 | Johnson, J. | | | U.S. Patent Number: '683 | EP011104 | EP011124 | None |
| 2 | 4/25/2000 | Johnson, J. | | | U.S. Patent Number: '516 | EP011160 | EP011180 | None |
| 3 | 1/7/2003 | Johnson, J. | | | U.S. Patent Number: '172 | EP131866 | EP131884 | None |
| 4 | 1/27/1998 | Johnson, J. | | | U.S. Patent 5,712,989 | EP167659 | EP167700 | None |
| 5 | 3/13/1989 | Dworkin, R. | | | U.S. Patent 4,992,940 | SAP_0796947 | SAP_0796962 | None |
| 6 | 6/7/1994 | King, Jr., John | | | U.S. Patent 5,319,542 | EP167701 | EP167709 | None |
| 7 | 00/00/00 | | | | Patent '683 Prosecution History | | | None |
| 8 | 00/00/00 | | | | Patent '516 Prosecution History | | | None |
| 9 | 00/00/00 | | | | Patent '172 Prosecution History | | | None |
| 10 | 10/31/2005 | Dragseth, J. | Merritt, D. | | 683 Opinion Letter and Supporting Exhibits | SAP_7000329 SAP_3522091 SAP_3523813 | SAP_7000368 SAP_3522587 SAP_3524514 | A, H, R, UP |
| 11 | 11/3/2005 | Dragseth, J. | Merritt, D. | | 516 Opinion Letter and Supporting Exhibits | SAP_7000399 SAP_3523260 | SAP_7000435 SAP_3523812 | A, H, R, UP |
| 12 | 11/3/2005 | Dragseth, J. | Merritt, D. | | 172 Opinion Letters and Supporting Exhibits | SAP_7000369 SAP_3522618 | SAP_7000398 SAP_3523222 | A, H, R, UP |
| 13 | 1/20/2006 | Court | | | Claim Construction Order pursuant to 11/17/05 Markman Hearing | | | None |
| 14 | 4/18/2005 | ePlus | | | ePlus v. SAP Complaint | | | None |
| 15 | 12/20/2005 | Davis, E. | | | Initial Invalidity Expert Report of Professor Edward Davis (with exhibits) | | | A, H, R, UP |
| 16 | 12/20/2005 | Davis, E. | | | Curriculum Vitae of Edward Davis | | | R, UP |

Authenticity (A)  
Hearsay (H)  
Incomplete (I)  
Partial Document/Designations (PD)

Rule 403 [Unduly prejudicial, misleading, confusion, etc.] (UP)

Relevancy (R)  
Subject to Court Order (CO)  
Untimely Designated (UD)  
Untimely Produced (UN)

Not Sufficiently Designated so as to Permit Formulation of Objections (ID)  
Subject to Pending Motion in Limine (ML)

| Ex. # | Date | Author | Recipient | Cc | Description | BegBates | EndBates | Objections |
|---|---|---|---|---|---|---|---|---|
| 317 | 7/11/2003 | | | | Catalog Access Service and UI | SAP_0834563 | SAP_0834594 | A, H, R, UP |
| 318 | 7/30/2003 | Johnson, M. | Lepore, B. | | Emails Re: ePlus Press Release - ePlus awarded Patent on Electronic Cross-Catalog Searching | SAP_1376076 | SAP_1376079 | None |
| 319 | 7/31/2003 | | | | ePlus Named to iSource Business Magazine's Top 100 | EP026860 | EP026861 | None |
| 320 | 6/15/1995 | | | | PurchasingNet P.O Writer Plus Version 10 Manual Set: Purchasing Software Manual & Tutorial; Data Interface Utility; Requisitioning; Requisitioning Interface; Inventory Control | SAP_0803283 | SAP_0804203 | A, H, R, UP, UD, CO, ML |
| 321 | 8/1/2003 | | | | "Supplier Relationship Management: Creating Value by Completing the Chain," An IDC Executive Brief | SAP_3276862 | SAP_3276869 | A, H, R, UP |
| 322 | 8/18/2003 | | | | Microsoft, eBay, Others Feel Sting of Patents | | | A, H, R, UP, ID, UN, UD |
| 323 | 8/20/2003 | Schmidthals, A. | Larosa, J. | Graham, D. Schmid, S. Cummings, R. Schiemann, H. Wee, S. Olds, T. | RE: mySAP ERP & SCE | SAP_2644304 | SAP_2644306 | A, H, R, UP |
| 324 | 9/22/2003 | Pelletier, R. | Parkhurst, K. Farber, K. | Webb, C. Tager, B. | FW: Old documentation regarding REALITY | EP017253 | EP017254 | H, R, UP |

Authenticity (A)  
Hearsay (H)  
Incomplete (I)  
Partial Document/Designations (PD)

Rule 403 [Unduly prejudicial, misleading, confusion, etc.] (UP)

Relevancy (R)  
Subject to Court Order (CO)  
Untimely Designated (UD)  
Untimely Produced (UN)

Not Sufficiently Designated so as to Permit Formulation of Objections (ID)  
Subject to Pending Motion in Limine (ML)