# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| EPLUS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>PERFECT COMMERCE, INC., SCIQUEST, INC., LAWSON SOFTWARE, INC., and VERIAN TECHNOLOGIES, INC.,<br><br>    Defendants. | Civil Action No. 2:09-CV-232-HCM-TEM |

**DEFENDANTS PERFECT COMMERCE, LLC, SCIQUEST, INC., AND LAWSON SOFTWARE, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS**

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendants Perfect Commerce, LLC, SciQuest, Inc., and Lawson Software, Inc. (collectively "Defendants"), request that Plaintiff, ePlus, Inc., ("ePlus"), produce the following documents and things requested below, in accordance with the Definitions and Instructions that follow.  The requested documents and things must be produced for copying and inspection at the offices of Morgan, Lewis & Bockius, 1111 Pennsylvania Avenue, N.W., Washington, D.C. 20004, within thirty (30) days of the date of service of these requests, or at such other time and location as the parties may agree.

**DEFINITIONS AND INSTRUCTIONS**

1. "ePlus," "You," "Your," and "Plaintiff" means Plaintiff ePlus, Inc., its predecessors and successors, parents, subsidiaries, divisions, affiliates, and other organizational

1

negotiations or communications relating to any such charge.

67. All documents and things produced by or to Plaintiff or that will be produced by or to Plaintiff in any civil action other than this action alleging infringement or involving a declaratory judgment of non-infringement, invalidity or unenforceability concerning one or more claims of any of the patents-in-suit, including without limitation, deposition transcripts, deposition exhibits, trial exhibits, motions for summary judgment and supporting and opposing memoranda and proofs (affidavits, declarations, exhibits, and the like).

68. All documents and things produced by or to Plaintiff in the civil action *ePlus, Inc. v. SAP America, Inc., et al.*, Case No. 3:05-cv-00281-JRS filed in the Eastern District of Virginia.

69. All documents and things produced by or to Plaintiff in the civil action *ePlus, Inc. v. Ariba, Inc.*, Case No. 1:04-cv-00612-LMB-BRP filed in the Eastern District of Virginia.

70. All documents and things under Plaintiff's possession, custody, or control that were produced by or to Fisher Scientific in any civil action other than this action alleging infringement or involving a declaratory judgment of non-infringement, invalidity or unenforceability concerning one or more claims of any of the patents-in-suit, including without limitation, deposition transcripts, deposition exhibits, trial exhibits, motions for summary judgment and supporting and opposing memoranda and proofs (affidavits, declarations, exhibits, and the like).

71. All documents evidencing or relating to each Defendant's alleged use or infringement of any alleged invention disclosed, described, or claimed in any patent-in-suit, including without limitation all documents establishing or otherwise showing when and how Plaintiff first learned of any such alleged use or infringement.