# EXHIBIT I

TENTH EDITION

(APRIL 1993)

Software Revision 10.0

American Tech, Inc. provides this manual "as is" without warranty of any kind, either expressed or implied. American Tech, Inc. may make improvements and or changes in the product(s) and or program(s) described in this manual at any time and without notice.

This publication could contain technical inaccuracies or typographical errors. Changes are periodically made to the information herein; these changes will be incorporated in new editions of this publication.

No part of this work may be reproduced or used in any way for or by any means - graphic, electronic, or mechanical, including photocopying, recording, taping, or information storage and retrieval systems - without express permission from American Tech, Inc.

Requests for copies of this product and for technical information about the system should be made to American Tech, Inc. at:

Colonial Commons
670 N. Beers Street
Holmdel
New Jersey 07733

P.O. WRITER and P.O. WRITER PLUS are registered trademarks of American Tech, Inc. © Copyright 1993.

IBM is a registered trademark of International Business Machines, Inc.

Norton Editor is a registered trademark of Peter Norton Computing, Inc.

SAP_0803283

ePLUS0291785

# Purchasing - Table Of Contents

**About This Manual**

**Support**

> Warranty Service
>
> Support Plans

**Before You Begin**

**Chapter 1. Getting Started**

This chapter explains what the package contains, what hardware and software are required, and gives you the basic information needed to install and start the software on your Personal Computer.

**Chapter 2. Tutorial**

This chapter provides a guided tour through each of the Purchasing Module Submodules. You will learn the fundamentals of using the P.O. WRITER PLUS Purchasing Module programs.

**Chapter 3. Implementing P.O. WRITER PLUS**

This chapter discusses implementation methods for current and new users of P.O. WRITER PLUS.

**Chapter 4. Using P.O. WRITER PLUS Purchasing Module**

The purpose of this chapter is to expand on what you learned from the lessons in the Tutorial. Additional features and functions of the system are discussed. Report examples are also provided.

**Chapter 5. Warning And Error Messages**

This chapter contains a listing and explanation of the Warning and Error Messages contained in the Purchasing Module. This chapter does not include DOS error messages which may be displayed as the result of a hardware problem.

**Appendix A. Index**

This appendix contains an Index for the P.O. WRITER PLUS Purchasing Module Manual.

**Appendix B.**

This appendix contains a listing of the Standard ASCII Collating Sequence used in the P.O. WRITER PLUS programs.

SAP_0803284

ePLUS0291786

## About This Manual

This manual is designed for reference use and to demonstrate how to utilize the Purchasing Module of P.O. WRITER PLUS. Illustrations are used to depict the major features and functions of the system.

Chapter 1 (Getting Started) contains the start-up procedures. Chapter 2 (Tutorial) is designed to teach you the fundamentals of using each of the submodules that make up the Purchasing Module. Chapter 3 (Implementation) is designed to share ideas and concepts for you to consider as you prepare to integrate the system into your Purchasing Department. Chapter 4 (Using P.O. WRITER PLUS) provides more detailed information about the "subtleties" of the system. Chapter 5 (Error Messages) lists the Warning and Error Messages found in the system. The Appendix contains an Index for this Manual.

## Support Policy

**Warranty Service**

After receipt of the executed License Agreement, original diskettes are warranted against defects due to faulty materials or workmanship for a period of 30 days. Faulty diskettes will be replaced at no charge.

**Support Plans**

After the free 30-day telephone support period has elapsed, American Tech, Inc. assists clients via telephone in accordance with the plans outlined in the Client Support Program. Please contact an American Tech representative for more information.

SAP_0803285

ePLUS0291787

## Before You Begin

If you have not operated a PC before, please be sure to read your Guide to Operations Manual in order to become more familiar with the major components of your PC.

Although you do not need to be experienced with PC's to use P.O. WRITER PLUS, you should understand the meaning of, and how to use the following (DOS) commands:

BACKUP
CD (change directory)
CHKDSK (check disk)
COPY
DEL (delete)
DIR (directory)
ERASE
FORMAT
MKDIR (make directory)
RENAME
RESTORE
TYPE

Refer to your DOS User's Guide for additional information regarding the commands listed above.

SAP_0803286

ePLUS0291788

# 1. Getting Started - Table Of Contents

Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-1

What You Need . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-2

About The Keyboard . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-3

Daily Start-Up Procedure . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-5

General Comments About Using The System . . . . . . . . . . . . . . . .1-6

Reminders . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .1-8

SAP_0803287

ePLUS0291789

# 1.    Getting Started

## Introduction

P.O. WRITER PLUS is a comprehensive, yet easy - to - use software package. It will help you increase your productivity in purchasing by 30% - 40%.

P.O. WRITER PLUS reduces clerical effort and provides management information which will allow you to decrease purchase prices, reduce inventory, increase on - time deliveries, and improve overall vendor performance.

P.O. WRITER PLUS is easy to use. It is menu-driven so even computer novices can learn it quickly.

The P.O. WRITER PLUS Purchasing Module is a collection of programs designed to enable you to easily:

☐ Store, update and retrieve critical purchasing data.

☐ Create and print Requests for Quote, Purchase Orders, Amendments, Blanket Orders and Releases.

☐ Review management summary data on screen or by generating hard copy reports.

The Purchasing Module is the "foundation" of the P.O. WRITER PLUS family of programs. Other Modules available are: Receiving, Vendor Performance, Accounts Payable Interface, Inventory Control, Requisitioning, and Ad-Hoc Reporting Module. Connectivity Modules include: Data Interface Utility, Remote Requisitioning, Remote Requisitioning Interface, FAX/EDI Interface, EDI X.12 Translation, and Bar Code Interface Programs

You DO NOT have to be experienced with computers to take full advantage of the capabilities of the P.O. WRITER PLUS Purchasing Module. The system is "menu driven" so that even the most inexperienced PC user will find the system easy to use. On-line HELP Screens are also available should you require assistance.

The examples provided in Chapter 2 (Tutorial) were designed to be as meaningful to the Purchasing Professional as possible. If, however, you have any questions about using the Purchasing Module to meet a specific need, please call American Tech to discuss your unique requirement with your Client Support Representative.

SAP_0803288

ePLUS0291790

Case 3:09-cv-00620-REP   Document 503-9 · Filed 11/01/10   Page 8 of 261 PageID# 12832

## What You Need

To use the Purchasing Module of P.O. WRITER PLUS you need:

1. The P.O. WRITER PLUS - PURCHASING MODULE Package which includes:

     - 5 1/4" or 3 1/2" floppy program disks

     - Purchasing Module User's Guide

2. IBM Disk Operating System (DOS) Version 3.30 (or higher)

3. An IBM (or 100% compatible) PC with 640K Memory
   (System Minimum)

4. A 40 Mb Hard Disk Drive (System Minimum)

5. A CGA, EGA, VGA, or Monochrome Monitor

6. A Printer (Must be able to print 132 character reports)

7. A Novell or any Net-Bios compatible network (for Multi-User version of
   P.O. WRITER PLUS)

**NOTE:**  *The quality of your printer determines the number of parts a Purchase Order form can have when P.O. WRITER PLUS is used. If you have a P.O. form with 4 or more parts, consult your local hardware dealer (or internal Data Processing group) for additional information regarding impact printers.*

SAP_0803289

ePLUS0291791

## About The Keyboard

With P.O. WRITER PLUS, keyboard entry mainly consists of entering short codes to indicate your selection. It is not necessary to be a skilled typist to use P.O. WRITER PLUS. Even if you do not know how to type, you will have no difficulty making keystrokes to enter short commands like DIR and COPY (DOS commands), or commands like Y (yes) or N (no). Most command words/codes are short and easy to remember. Knowing how to type is helpful, but is not an essential skill for using P.O. WRITER PLUS.

Every effort has been taken to make the use of the Function Keys consistent in each module of the P.O. WRITER PLUS system. (For example, the F9 key is always used to page forward on any screen in any module of the system.)

### Keys And Their Functions

| | |
|---|---|
| **F1** | Access the context sensitive Help Screens |
| **F2** | Moves the cursor to the P.O. Line No. field in the P.O. Create and Amendment Submodules. Once the cursor is in the LN field, F2 moves the cursor down through the field. |
| | In File Maintenance, F2 deletes a record. |
| **F3** | Moves the cursor to the BUYER field in P.O. Create and Amendment. |
| **F4** | Moves the cursor to the FUNCTION field in P.O. Create and Amendment. |
| | In the Item Master Screen, F4 opens the Additional Data window. |
| | In the Vendor Master Screen, F4 allows you to view/update extended notes. |
| **F5** | Moves the cursor down the DESCRIPTION field in P.O. Create and Amendment. |
| **F6** | Moves the cursor up the DESCRIPTION field in P.O. Create and Amendment Submodules. |
| **F7** | Moves the cursor to the P.O. NO. field in P.O. Create and Amendment. |
| **F8** | Used to add, change or delete information in the Item Master Files while in the ITEM field in P.O. Creation and Amendment. |
| | Used to add, change or delete information in the Vendor Master Files from the P.O. History Card, or the VENDOR field in P.O. Create. |
| | Used to add, change, or delete information in any Master File while in P.O. Create or Amendment. |

SAP_0803290

ePLUS0291792

| | |
|---|---|
| **F9** | Page forward on the Order Creation Screens, Master File Review Screens and windows, or on any other Inquiry screen in the system. |
| **F10** | Page backward on the Order Creation Screens, Master File Review Screens and windows, or an any other inquiry screen in the system. |
| **TAB** | Moves the cursor forward from field to field. |
| **[ENTER]** | Commands the computer to process your request. |
| **Esc** | Display the last screen that you were working with (usually a menu). |
| **UP ARROW** | Moves the cursor back to the previous field. |
| **DOWN ARROW** | Moves the cursor forward from field to field. |

## KEY COMBINATIONS:

| | |
|---|---|
| **SHIFT-F1** | Allows you to enter a text file name and review the content of the file before including it on an order. This key combination works in the P.O. Creation and Amendment Submodules of the system. |
| **SHIFT-F2** | Calls your text editor from within the P.O. Creation and Amendment Submodules. P.O. WRITER PLUS comes with a default editor. This default can be changed by use of the Configuration Program. |
| **SHIFT-F3** | Selects an item from a list using the "point and shoot" method. Highlight the item in the list and press SHIFT-F3 to select that item. |
| **SHIFT-F4** | Invokes the P.O. WRITER PLUS window feature. For example, in the P.O. Creation and Amendment Submodules any Master File can be reviewed by placing the cursor in the desired field. Press SHIFT-F4 to display all master records. |
| **SHIFT-F5** | Accesses the P.O. WRITER PLUS Adjustment window in the P.O. Creation, Amendment, and Reprint Submodules. |
| **SHIFT-F7** | When the cursor is in the ITEM NUMBER field in P.O. Create/Amendment, displays the P.O. History Card for that item. |
| **SHIFT-F9** | Accesses the P.O. Note window in P.O. Create or Amendment. |
| **SHIFT-F10** | Returns to the Main Menu. |
| **CTRL-BRK** | Halts the processing of reports and inquiries. |
| **CTRL-F4** | Invokes the Free Form Text Window while in the P.O. Creation or Amendment Screens. Cursor must be in the DESCRIPTION field. |

SAP_0803291

ePLUS0291793

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 11 of 261 PageID# 12835

## Daily Start-Up Procedure

To start P.O. WRITER PLUS:

1. Start your computer and enter the current date and time if necessary. The date that you enter is used extensively by the P.O. WRITER PLUS system. It will appear on each order and report created, etc.

   If your system defaults to an incorrect date, use the DOS DATE command to correct your calendar. (Refer to your DOS User's Manual.)

2. Set the default subdirectory to \POWRITER by typing:

   **CD\POWRITER   [ENTER]**

3. Start the P.O. WRITER PLUS system by typing:

   **POWRITER   [ENTER]**

The P.O. WRITER PLUS Main Menu displays.

SAP_0803292

ePLUS0291794

## General Comments About Using The System

**P.O. WRITER PLUS** is a "menu driven" system. As such you are not expected to memorize complicated commands.

As shown below, to make a selection from any P.O. WRITER PLUS Menu:

– In the YOUR SELECTION field, type the number next to the desired function



*Making A Selection From A Menu*

– Press **[ENTER]**

After making your selection, the screen for your choice displays.

SAP_0803293

ePLUS0291795

**P.O. WRITER PLUS** employs an intuitive screen approach. This means that what you need to do is evident from the prompts on each screen.

Below is a picture of the Item Master Screen.



**At the top of each screen is the menu or screen title. The title indicates the function of the menu or screen.**

**Keys that provide access to additional functions are displayed near the screen bottom.**

**The SYSTEM MESSAGE BAR provides information when an action needs to be taken. It also displays the status of a function and any error messages.**

SAP_0803294

ePLUS0291796

## Reminders

1. Make sure that your printer is on, has paper (or forms) and is in good working condition.

2. ALWAYS return to the P.O. WRITER PLUS Main Menu before turning off your computer. Failure to do so may result in damage to your data files. With a Multi-User version of P.O. WRITER PLUS, failure do to so will prevent access to the maximum amount of users you are licensed for.

3. Use the Reorganization Utility (see Chapter 6, Utilities) as part of your regular data file maintenance procedures.

4. BACKUP your data files (and text files) EVERY DAY !!

5. Alternate sets of Backup Diskettes. (Plan to replace these disks every few months.)

SAP_0803295

ePLUS0291797

# 2. Purchasing Tutorial - Table of Contents

2-1. Introduction . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2-1

2-2. Building The Master Files . . . . . . . . . . . . . . . . . . . . . . . . . .2-3

    Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-3
    Major Points To Remember . . . . . . . . . . . . . . . . . . . . . . . 2-24

2-3. Creating The First Purchase Order For An Item . . . . . . . . . . .2-25

    Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-25
    Major Points To Remember . . . . . . . . . . . . . . . . . . . . . . . 2-36

2-4. Creating A Second P.O. For An Item . . . . . . . . . . . . . . . . . . .2-37

    Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-37
    Major Points To Remember . . . . . . . . . . . . . . . . . . . . . . . 2-50

2-5. Using The Hold File . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2-51

    Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-51
    Major Points To Remember . . . . . . . . . . . . . . . . . . . . . . . 2-66

2-6. Purchase Order Reprint . . . . . . . . . . . . . . . . . . . . . . . . . . . .2-67

    Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-67
    Major Points To Remember . . . . . . . . . . . . . . . . . . . . . . . 2-71

2-7. Buying Material Without Item Numbers . . . . . . . . . . . . . . . . .2-73

    Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-73
    Major Points To Remember . . . . . . . . . . . . . . . . . . . . . . . 2-77

2-8. Entering Multiple Items On An Order . . . . . . . . . . . . . . . . . . .2-79

    Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-79
    Major Points To Remember . . . . . . . . . . . . . . . . . . . . . . . 2-88

2-9. Request For Quote . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2-89

    Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-89
    Major Points To Remember . . . . . . . . . . . . . . . . . . . . . . . 2-94

SAP_0803296

ePLUS0291798

**2-10. Using The "Similar To" Feature** ........................ .2-95

    Comments .................................................. 2-95
    Major Points To Remember ................................. 2-98

**2-11. Batch Printing Orders** ............................... .2-97

    Comments .................................................. 2-97
    Major Points To Remember ................................ .2-101

**2-12. Purchase Order Amendments** ......................... .2-103

    Comments ................................................. 2-103
    Major Points To Remember ................................ .2-110

**2-13. File List/Inquiry Submodule** .......................... .2-111

    File Inquiries .............................................. .2-113
    File Listings .............................................. .2-115
    Major Points To Remember ................................ .2-120

**2-14. Running Reports** .................................... .2-121

    Comments ................................................. 2-121
    Writing A Report To File .................................. .2-130
    Batch Printing Reports .................................... .2-134
    Major Points To Remember ................................ .2-135

**2-15. Adding Extended Description** ......................... .2-137

    Comments ................................................. 2-137
    Extended Description Window .............................. .2-138
    The Text File Interface .................................... .2-145
    Multiple Text Files On A P.O. .............................. .2-152
    Using The P.O. WRITER PLUS Text Editor .................. .2-155
    Major Points To Remember - Extended Description Window ... .2-161
    Major Points To Remember - Text File Interface ............ .2-162
    Free Form Text Window ................................... .2-163
    Major Points To Remember - Free Form Text Window ........ .2-175

**2-16. Using The Line Window** .............................. .2-177

    Comments ................................................. 2-177
    Ordering Fractional Quantities ............................ .2-185
    Major Points To Remember ................................ .2-193
    Major Points to Remember (cont.) ......................... .2-194

SAP_0803297

ePLUS0291799

**2-17. Blanket, Release, And Contract Orders** . . . . . . . . . . . . . . . . .2-195

    Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-195
    Using The Line Window . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-203
    Blanket Vs. Contract Orders . . . . . . . . . . . . . . . . . . . . . . . . . 2-208
    Major Points To Remember . . . . . . . . . . . . . . . . . . . . . . . . . . 2-209
    Major Points To Remember (cont.) . . . . . . . . . . . . . . . . . . . . . . 2-210

**2-18. Using The Price Factor** . . . . . . . . . . . . . . . . . . . . . . . . . . . .2-211

    Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-211
    Major Points To Remember . . . . . . . . . . . . . . . . . . . . . . . . . . 2-217

**2-19. Creating P.O.'s From A Catalogue** . . . . . . . . . . . . . . . . . . . . .2-219

    Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-219
    Major Points To Remember . . . . . . . . . . . . . . . . . . . . . . . . . . 2-229

**2-20. Adding Tax To A P.O.** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .2-231

    Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-231
    How P.O. WRITER PLUS Calculates Tax . . . . . . . . . . . . . . . . . . 2-236
    Major Points To Remember . . . . . . . . . . . . . . . . . . . . . . . . . . 2-237

**2-21. Attaching A Note To A P.O.** . . . . . . . . . . . . . . . . . . . . . . . . . .2-239

    Comments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-239
    Major Points To Remember . . . . . . . . . . . . . . . . . . . . . . . . . . 2-242

SAP_0803298

ePLUS0291800

# 1.   Introduction

This Tutorial is designed to acquaint you with the features and functions of P.O. WRITER PLUS. After completing all of the following lessons, you should be familiar enough with the Purchasing Module to begin implementing it in your Purchasing Department.

The Tutorial is a training tool. Each new user should go through the tutorial prior to implementing the system. If you would simply like a quick overview of P.O. WRITER PLUS, the "Guided Tour" is more appropriate than this tutorial.

### Before You Start

Make sure that P.O. WRITER PLUS has been installed according to the instructions in the *System Administrator's Guide*.

Also, read Chapter 1 - Getting Started of this User's Guide to get acquainted with the general operation of P.O. WRITER PLUS.

It is recommended that you use the sample data provided in each lesson. Data entered in Lesson 1 is used in Lesson 2, etc. Data entered in the Purchasing Module is also used in the Receiving, Vendor Performance, Accounts Payable Interface, and Inventory Control Modules.

The data files can be reinitialized after you have completed the Guided Tour or Tutorial for the first time. You may wish to reinitialize the data files between user training sessions or before you begin to enter "live data" for either test or production purposes.

If the system displays an error message not described in the Tutorial, refer to *Chapter 5 - Error Messages* for an explanation and solution.

**STOP!**   *This Tutorial assumes that you are starting out with new data files. For information on how to initialize data files, see the System Administrator's Guide.*

SAP_0803299

ePLUS0291801

This Chapter is divided into 2 sections:

*Tutorial* - These chapters give instructions on the basic features of P.O. WRITER PLUS. The information found in these chapters is essential to understanding and using P.O. WRITER PLUS.

*Tutorial - Advanced Features* - The information found in *Advanced Features* takes you beyond the basics. While not essential to using P.O. WRITER PLUS, the features and functions described in these chapters will allow you to utilize P.O. WRITER PLUS to the fullest extent.

This Tutorial should take approximately 4 hours to complete.

Should you have any questions, please contact your Client Support Representative at **American Tech, Inc.**

SAP_0803300

ePLUS0291802

# 2.   Building The Master Files

## Comments

The "foundation" of the P.O. WRITER PLUS system is a group of 13 files, referred to as the Master Files. They contain information about what you buy, who you buy from, who does the buying, etc. Information maintained in these files is used to create a Purchase Order.

In the following lesson you will learn how to enter information into each of these files. You will also learn about numeric and alphanumeric fields.

If you have just installed P.O. WRITER PLUS, your screen displays a DOS prompt (ex. C>).

Enter the following command at the DOS prompt (C>)

- To display the P.O. WRITER PLUS Main Menu as shown below, type C: > POWRITER   [ENTER]



*Fig.2-1. P.O. Writer Plus Main Menu*

The above menu contains selections for all P.O. WRITER PLUS Modules. This Manual discusses the features and functions of the Purchasing Module only.

**NOTE:**   Make sure your CAPS LOCK is on at all times!

---

*American Tech, Inc.*

2-3

SAP_0803301

ePLUS0291803

To access File Maintenance:

–    In the YOUR SELECTION field, type 6   **[ENTER]**

The FILE MAINTENANCE Menu displays.



*Fig.2-2. File Maintenance Menu*

You will be adding one record to each Master File.

Begin this lesson by creating a record for a purchased item. Complete the following steps to display the Item Master Screen.

SAP_0803302

ePLUS0291804

– To select ITEM FILE, type 1   [ENTER]

```
                    I T E M   M A S T E R
                 F I L E   M A I N T E N A N C E

ITEM NUMBER          [                  ]

DESCRIPTION #1       [                          ]
DESCRIPTION #2       [                          ]
UNIT OF MEASURE      [   ]
STANDARD COST        [          0.0000]
CURRENCY             [              ]
PRICING U/M          [   ]
PRICE FACTOR         [   0.0000]
LEAD TIME            [   0]
COMMODITY            [          ]
CATALOG ID           [          ]
STATUS               [ ]
TAX-1                [ ]              TAX-2    [ ]

LAST ACCESS DATE  [   /   /   ]
ADDITIONAL DATA »
F1 = Help  F2 = Delete  F9/F10 = Next/previous item  Shift-F4 = View items
F4 = View/update extended description/user data/inventory data
SYSTEM MESSAGE:
```

*Fig.2-3. Item Master Screen*

The Standard Cost, Price Factor, and Lead Time fields shown above are numeric
fields. This means that they will only accept numbers (0-9). The other fields shown
are considered alphanumeric fields and will accept both numbers (0-9) and characters (A-Z and symbols). Each field is optional.

From a data entry standpoint, a field that contains a decimal point is treated as two
separate fields in P.O. WRITER PLUS. In the case of the Standard Cost field, the
cursor will first be located in the "dollar side" of the field. Enter dollar information
and press the TAB key to move the cursor to the "cents side" of the field. Enter
cents information and TAB to the next field to continue.

SAP_0803303

ePLUS0291805

– Enter the sample data as shown below.

```
                     I T E M   M A S T E R
                 F I L E   M A I N T E N A N C E

    ITEM NUMBER      [A1000        ]

    DESCRIPTION #1   [CARTON 12 X 12 X 12 ]
    DESCRIPTION #2   [WHITE KRAFT       ]
    UNIT OF MEASURE  [EA ]
    STANDARD COST    [        0.7000]
    CURRENCY         [USD      ]
    PRICING U/M      [EA ]
    PRICE FACTOR     [   0.0000]
    LEAD TIME        [   3]
    COMMODITY        [PACKAGE   ]
    CATALOG ID       [BEST BUY ]
    STATUS           [A]
    TAX-1            [N]              TAX-2   [ ]

    LAST ACCESS DATE [  /  /  ]
    ADDITIONAL DATA »
    F1 = Help  F2 = Delete  F9/F10 = Next/previous item  Shift-F4 = View items
    F4 = View/update extended description/user data/inventory data
    [SYSTEM MESSAGE]
```

*Fig.2-4. Adding An Item Master Record*

– Press Esc

A window displays with the word SAVE highlighted.

– Press [ENTER]

This saves A1000 and returns you to a blank ITEM MASTER screen. SAVE AND EXIT saves the record and returns you to the FILE MAINTENANCE Menu. EXIT does not save the record and returns you to the FILE MAINTENANCE Menu.

An ITEM MASTER Record is displayed by typing the ITEM NUMBER and pressing   [ENTER]

– To redisplay the ITEM MASTER Record, type A1000   [ENTER]

The System displays the ITEM MASTER information for Item A1000. At this point, you can add additional data or change existing data.

**NOTE:**   *The F9 & F10 keys can be used to page through and view all*
*P.O. WRITER PLUS Master Files. Also, the SHIFT-F4 keys can be used to view a list of any*
*Master File.*

SAP_0803304

ePLUS0291806

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 24 of 261 PageID# 12848

There is also a window available to add additional information for an item in the ITEM MASTER screen. This allows you to VIEW/UPDATE ADDITIONAL DATA pertaining to A1000.

– To open the ADDITIONAL DATA window, press **F4**



*Fig.2-5. Additional Data Window*

– To select VIEW/UPDATE EXTENDED DESCRIPTION, press **[ENTER]**

SAP_0803305

ePLUS0291807

Once again, entry in this window is not mandatory...but it's there if you need it.



*Fig. 2-6. Extended Description Window*

**EXTENDED DESCRIPTION** allows you to enter up to 400 additional characters of description with word-wrap capabilities. This description can print on PO's or can be used for reference only. The default size of the extended description is 10 lines of 40 characters. It can be changed to 20 lines of 20 characters in the SETUP program.

–   To close the EXTENDED DESCRIPTION window, press **Esc**

–   To highlight USER DEFINED FIELDS, press **TAB**

–   Press   **[ENTER]**

SAP_0803306

ePLUS0291808



*Fig.2-7. User Defined Fields For Item Master*

P.O. WRITER PLUS contains 12 USER DEFINED fields. 4 are resident in the ITEM MASTER. Each of these is 20 characters long and can be used for any purpose. The titles can be changed to reflect the actual use of these fields by going into the SETUP program.

Exit the USER DEFINED FIELDS window and access INV.CONTROL DATA.

- To close the USER DEFINED FIELDS window, press **Esc**

- To move the cursor bar to INV.CONTROL DATA, press **TAB** twice

- Press **[ENTER]**

SAP_0803307

ePLUS0291809



*Fig.2-8. Inventory Control Master File*

The data displayed here will be used in the Inventory Control Module of P.O. WRITER PLUS Purchasing Module. The Inventory Control Module allows Reorder Point/Reorder Quantity or the Min./Max. ordering technique to be used.

–   To return to the FILE MAINTENANCE Menu, press **Esc** three times

SAP_0803308

ePLUS0291810

P.O. WRITER PLUS keeps a record of your Vendors in the VENDOR MASTER FILE.

−   To access the VENDOR MASTER screen, press **2**   **[ENTER]**

The VENDOR MASTER FILE MAINTENANCE screen displays.

Add Vendor Number 12345....**Best Buy Supply** as shown.

*Fig.2-9. Vendor Master File*

Use the **TAB** key to move from field to field. P.O. WRITER PLUS automatically enters the dashes when entering phone numbers or fax numbers if you enter one string of characters.

SAP_0803309

ePLUS0291811

P.O. WRITER PLUS also comes with a "Vendor Notebook". Up to 999 pages of free form notes and comments can be recorded using this feature.

– To VIEW/UPDATE Vendor Notes, press **F4**



*Fig.2-10. Vendor Notebook*

When entering information in the Vendor Notebook, use the **[ENTER]** key to go to the next line. Page forward through the notes using the **F9** key, and backward using the **F10** key to see more than one page of Vendor Notes.

**NOTE:**   *The F9 key is used to page forward and the F10 key is used to page backward throughout P.O. WRITER PLUS.*

– To exit the Vendor Notebook, press **Esc**

To save this VENDOR MASTER and return to the FILE MAINTENANCE Menu:

– Press **Esc**

– To highlight SAVE AND EXIT, press TAB   **[ENTER]**

– To select the BILL TO FILE, type 3   **[ENTER]**

SAP_0803310

ePLUS0291812

Enter the sample BILL TO MASTER record as shown.

```
BILL TO CODE    [1   ]
BILL TO NAME    [OUR COMPANY NAME                ]
                [OUR DIVISION NAME HERE          ]

                    ADDRESS

STREET          [OUR STREET ADDRESS             ]
ADDRESS 2       [                               ]
CITY            [OUR TOWN           ]
STATE           [OS]
ZIPCODE         [12345    ]        COUNTRY [                ]


         F2 to delete a record
         F9 - Next code    F10 - Previous code    Shift-F4 - View codes

SYSTEM MESSAGE
```

*Fig.2-11. Bill To Master File*

—  **Press Esc**

—  To highlight SAVE AND EXIT, press TAB   **[ENTER]**

—  To display the SHIP TO FILE MAINTENANCE Screen, Type **4**   **[ENTER]**

SAP_0803311

ePLUS0291813

Enter the sample SHIP TO MASTER record as shown.

*Fig. 2-12. Ship To Master File*

- Press **Esc**

- To highlight SAVE AND EXIT, press **TAB** [ENTER]

- To display the BUYER FILE MAINTENANCE Screen, type **5** [ENTER]

SAP_0803312

ePLUS0291814

Enter the sample BUYER MASTER record as shown below.



*Fig.2-13. Buyer Master File*

– Press **Esc**

– To highlight SAVE AND EXIT, press **TAB**    **[ENTER]**

– To display the AUTHORIZATION FILE MAINTENANCE Screen, type **6**    **[ENTER]**

SAP_0803313

ePLUS0291815

Enter the AUTHORIZATION MASTER record as shown below.



*Fig.2-14. Authorization Master File*

– Press **Esc**

– To highlight SAVE AND EXIT, press **TAB**   **[ENTER]**

– To display the SPECIAL INSTRUCTION FILE MAINTENANCE Screen, type **7**   **[ENTER]**

SAP_0803314

ePLUS0291816

Enter the sample SPECIAL INSTRUCTION MASTER record as shown below.



*Fig.2-15. Special Instructions Master File*

– Press Esc

– To highlight SAVE AND EXIT, press TAB    [ENTER]

– To display the ACCOUNTING CODE FILE MAINTENANCE Screen, type 8    [ENTER]

SAP_0803315

ePLUS0291817

Enter the sample ACCOUNTING CODE MASTER record as shown below.



*Fig.2-16. Account Code Master File*

-     Press **Esc**

-     To highlight SAVE AND EXIT, press **TAB**    **[ENTER]**

-     To display the REQUISITIONER FILE MAINTENANCE Screen, type 9    **[ENTER]**

SAP_0803316

ePLUS0291818

Enter the sample REQUISITIONER FILE MASTER record as shown below.



*Fig.2-17. Requisitioner Master File*

— Press Esc

— To highlight SAVE AND EXIT, press TAB   [ENTER]

— To display the BUYING COMPANY FILE MAINTENANCE Screen, type 10   [ENTER]

SAP_0803317

ePLUS0291819

The BUYING COMPANY MASTER File should contain your company name and
address as you would like it to appear at the top of the printed Purchase Order.

Enter the Buying Company Information as shown below.



*Fig.2-18. Buying Company Master File*

— Press Esc

— To highlight SAVE AND EXIT, press TAB   [ENTER]

— To display the SHIP VIA ADDITIONS FILE MAINTENANCE Screen, type 11   [ENTER]

SAP_0803318

ePLUS0291820

Enter the SHIP VIA CODE as shown below.



*Fig. 2-19. Ship Via Master File*

Note that 9 codes have already been assigned in **P.O. WRITER PLUS**. These codes will be discussed in a later lesson.

– Press **Esc**

– To highlight SAVE AND EXIT, press **TAB**   [ENTER]

– To display the F.O.B. ADDITIONS FILE MAINTENANCE Screen, type **12**  [ENTER]

SAP_0803319

ePLUS0291821

Enter the F.O.B. CODE information as shown below.



*Fig. 2-20. FOB Master File*

There are 4 codes that have already been assigned in **P.O. WRITER PLUS**. These codes will be discussed in a later lesson.

– Press **Esc**

– To highlight SAVE AND EXIT, press TAB    **[ENTER]**

– To display the TAX CODE ADDITIONS FILE MAINTENANCE Screen, type **13**    **[ENTER]**

SAP_0803320

ePLUS0291822

Enter the TAX CODE ADDITIONS information as shown below.



*Fig.2-21. Tax Code Master File*

There are 2 Tax Codes that are already assigned in P.O. WRITER PLUS. These will
be discussed in a later lesson.

—    Press Esc

—    To highlight SAVE AND EXIT, press TAB    **[ENTER]**

—    To return to the P.O. WRITER PLUS Main Menu, press Esc again

SAP_0803321

ePLUS0291823

## Major Points To Remember

☐ The 13 Master Files are the "foundation" of P.O. WRITER PLUS.

☐ Fields can be numeric or alphanumeric. Numeric fields accept numbers (0-9) only. Alphanumeric fields accept numbers (0-9) and characters (A-Z and special characters).

☐ The TAB key moves the cursor forward. The UP ARROW key moves the cursor back one field. These two keys perform the same function in any submodule of P.O. WRITER PLUS.

☐ The Esc key allows you to save information and/or return to the previous screen.

☐ The F2 key allows you to delete records in Master Files.

☐ The F9 & F10 keys can be used to display and page through all P.O. WRITER PLUS Master Files.

☐ The SHIFT-F4 keys can be used to display a list of Master File entries.

SAP_0803322

ePLUS0291824

# 3.   Creating The First Purchase Order For An Item

## Comments

In this lesson you will create a Purchase Order for Item Number A1000. You will begin to see how P.O. WRITER PLUS uses the information you enter into the Master Files to help you create a P.O. quickly.

You will also notice in this lesson that P.O. WRITER PLUS maintains two other files for you, the P.O. Header File (POHDR.DAT) and the P.O. Line File (POLN.DAT). Both of these files contain the information that is used to create your History Card. In this lesson your History Card will be blank since you have not purchased Item Number A1000 before. You will see the History Card begin to build in later lessons.

The P.O. WRITER PLUS Main Menu should be displayed on your screen.



```
[1] P.O. CREATE
[2] P.O. CREATE USING CATALOGUE          [10] SUPPLIER PERFORMANCE MODULE
[3] P.O. REPRINT                         [11] A/P INTERFACE MODULE
[4] P.O. AMENDMENT                       [12] INVENTORY CONTROL MODULE
[5] SUMMARY REPORTS - PURCHASING         [13] FAX/EDI INTERFACE MODULE
[6] FILE MAINTENANCE - PURCHASING        [14] REQUISITION INTERFACE
[7] FILE LIST/INQUIRY- PURCHASING        [15] AD HOC REPORTS/INQUIRIES
[8] BATCH PRINT                          [U] UTILITIES - DELETE/REORGANIZE
[9] RECEIVING MODULE                     [B] BACKUP
                                         [E] EXIT
```

American Tech, Inc.

*Fig.3-1. P.O. Writer Plus Main Menu*

- To select P.O. CREATE, type 1  **[ENTER]**

The PURCHASE ORDER CREATION SELECTION Screen displays as shown on the following page.

SAP_0803323

ePLUS0291825

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 43 of 261 PageID# 12867



*Fig.3-2. P.O. Selection Screen*

Notice there are 3 ways to begin to create a Purchase Order:

1.  Create a P.O. by entering an Item Number in the first field on this screen and pressing [ENTER] to display the History Card for that item.

2.  Create a Purchase Order that is similar to an existing Purchase Order by entering the similar to P.O. Number in the second field.

3.  Purchase Orders or Requisitions can be retrieved from the Hold File by entering the P.O. or Requisition Number into the third field shown above. An order that is retrieved from the Hold File can be completed in the Create Submodule or placed back into the Hold File for later use.

The second and third methods of creating an order will be discussed in later lessons.

A Purchase Order can also be created using a catalogue. This will be discussed in a later chapter.

SAP_0803324

ePLUS0291826

In this lesson you will use the first method of creating a Purchase Order.

–   In the ENTER ITEM NUMBER field type **A1000**   [ENTER]

The PURCHASE ORDER HISTORY CARD for Item Number A1000 displays as shown below.



*Fig. 3-3. Blank P.O. History Card For Item A1000*

Since this is the first time that you are buying this item using P.O. **WRITER PLUS** there is no historical information in the P.O. History File.

SAP_0803325

ePLUS0291827

You will be purchasing Item Number A1000 from Vendor Number 12345.

– In the ENTER VENDOR NUMBER field type 12345    [ENTER]

The P.O. CREATION SCREEN displays.

The system completes certain fields for you automatically using the information you entered into the Item and Vendor Master Files in Lesson 2.



*Fig.3-4. P.O. Creation Screen*

You must supply additional information before the Purchase Order can be printed.

**NOTE:**   **P.O. WRITER PLUS** *comes with "blank" records pre-loaded into each Master File. These blank records allow you to bypass a field or fields in the P.O. Header without entering any data. If you wish to make an entry mandatory, the blank record in the Master File can be deleted. (For more information, see Chapter 4 - Using P.O. WRITER PLUS.)*

SAP_0803326

ePLUS0291828

Before you continue, review the Purchase Order Creation HELP Screen. This screen provides additional information regarding valid functions and selections. It also shows your logical location within the system.

— To view the HELP screen, press **F1**



*Fig. 3-5. Help Screen For P.O. Creation*

The Function Keys have been programmed to move the cursor to designated locations on the P.O. Creation Screen as shown above. (See Chapter 1 - Getting Started for additional information.)

— To return to the P.O. CREATION Screen press **Esc**

SAP_0803327

ePLUS0291829

To create a Purchase Order for Item Number A1000, type the information shown on the screen below - OR - follow the steps on the following pages.

Remember to use your TAB key to move the cursor forward from field to field and the UP ARROW key to move back. Use the Function Keys as you need them. (You may wish to experiment with the use of the Function Keys at this time to become more familiar with their use.)

**NOTE:**  *If you accidentally press the Esc key while the Purchase Order Creation Screen is displayed, the SYSTEM MESSAGE BAR DISPLAYS:*

ARE YOU SURE?

Ignore the message and continue. If you want to escape to the P.O. Creation Selection Screen, press the Esc key again.



*Fig.3-6. Creating P.O. #2001 For Item A1000*

*American Tech, Inc.*

SAP_0803328

ePLUS0291830

Complete the following steps to create Purchase Order Number 2001 for Item Number A1000:

– In the P.O. Number field type **2001**

(Automatic P.O. Number assignment is discussed in a later lesson.)

– To move the cursor to the SHIP-TO code location press **TAB** twice

– In the SHIP-TO code location type **1**

When the **TAB** key is pressed the information for SHIP TO code 1 automatically displays.

– To move to the NOTE field press **TAB**

– Type **CONFIRMING TO MARY SMITH**

The Order Type default in the P.O. Creation Submodule of P.O. **WRITER PLUS** is N (new) as shown. TAB past this field to the SHIP VIA field to continue.

– Type **U** (UPS)

This is a SHIP VIA code that was precoded in the system.

– In the F.O.B. field type **OP** (Our Plant)

(Again, OP is a standard selection in P.O. **WRITER PLUS**. Additional F.O.B. codes can be added to the F.O.B. Master File through File Maintenance.)

– TAB to the CONFIRM field. Type a **Y** (yes)

– TAB to the BILL-TO field. Type **1**

– TAB to the REFERENCE NUMBER field. Type **PKG-1000**

The REFERENCE NUMBER field can represent a requisition, contract number, product line or anything else you desire.

– TAB to the REQ.# field. Type **65783**

– TAB to the REQ. ID field. Type **1**

SAP_0803329

ePLUS0291831

The system completes the TAX-1 field according to the way you entered the tax status in the Item Master File. The tax code could be changed at this point to either Y (yes), N (no) or any other valid tax code that you have entered into the Tax Master File.

The TAX-2 field is for instances where there may be a second tax applied. This will be discussed in a later chapter.

– **TAB** to the DEPT field. Type **105**

– **TAB** to the DUE field. Type **060193**

Since the system fills in the TERMS from the Vendor Master File, you can **TAB** past (or skip) this field. (The terms could be changed at this point. For this example, however, leave them Net 30.)

– **TAB** to the ACCOUNT NUMBER field. Type G/L **1234567890**

The next two fields are USER DEFINED fields. These fields can be defined in the SETUP file. This will be covered in a later lesson. Leave these fields blank.

– To move the cursor to the QUANTITY field, press **TAB** seven times

Notice again that **P.O. WRITER PLUS** has completed part of the P.O. for you with information contained in the Item Master File for Item No. A1000.

– In the Quantity field type **1000**

– Press **F5**

The cursor moves to the first line of the DESCRIPTION field.

– To move the cursor to the first blank line of DESCRIPTION, press **F5** twice and type:

THIS IS ADDITIONAL (press F5 to move cursor)

INFORMATION TO DES- (press F5 to move cursor)

CRIBE ITEM NUMBER (press F5 to move cursor)

A1000.

*American Tech, Inc.*

SAP_0803330

ePLUS0291832

– To move the cursor to the BUYER field press F3. Type **1**

– TAB to the AUTHORIZATION field. Type **1**

– TAB to the SPECIAL INSTRUCTIONS field. Type **1**

A Purchase Order can be checked at any time to verify that the information that has been entered is valid. (For example: If the P.O. Number has already been used, the system indicates that the number needs to be changed.

– To check P.O. Number 2001, press     **[ENTER]**

Your P.O. CREATION Screen looks as follows after the order has been checked.



*Fig.3-7. P.O. 2001 After "Checking"*

If there is an error, the system indicates the error in the System Message Bar at the bottom of the screen. The cursor will automatically move to the field containing the error. Make the necessary correction.

If necessary, check the order again to verify your correction.

In addition to editing the codes, the system also retrieves the standard cost from the Item Master File for Item Number A1000 and extends the price. The standard cost can be changed on the P.O. Creation Screen.

SAP_0803331

ePLUS0291833

Complete the following steps to print your first Purchase Order.

–   To move the cursor to the FUNCTION location press **F4**

–   Type **P** (print).

–   Check to make sure that your printer is on.

–   To print P.O. Number 2001 press    **[ENTER]**

The SYSTEM MESSAGE displays

                PURCHASE ORDER ADDED – PRESS ESC

SAP_0803332

ePLUS0291834

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 52 of 261 PageID# 12876

The Purchase Order looks as shown below when it is printed.

In addition to being printed, P.O. Number 2001 will automatically be stored in the P.O. History Files.

```
                                        ** P U R C H A S E   O R D E R **

                                                P.O. NUMBER: 2001
                                                       DATE:  06/01/93
                                                    PAGE NO:   1
                                                 ORDER TYPE:  NEW

VENDOR NO: 12345          SHIP VIA: UPS                    F.O.B.: OUR PLANT

VEND: BEST BUY SUPPLY            SHIP TO: OUR COMPANY HERE
      BROWN BOX DIVISION                  OUR DIVISION OR LOCATION
      692 HANOVER ST.                     OUR STREET HERE
      CLEVELAND          OH 44112         OUR CITY HERE        OS 12345
      US                                  USA

NOTE: CONFIRMING TO MARY SMITH

TERMS: NET 30          TAX-1: NO   |B|
                                   |I| OUR COMPANY NAME
ACCT: G/L 1234567890    TAX-2:     |L| OUR DIVISION NAME HERE
                                   |L| OUR STREET ADDRESS
DEPT:  105        DUE DATE: 06/15/93 | OUR TOWN           OS 12345
                                   |T| USA
REF #: PKG-1000    CONFIRM: YES   |O|

 LN | ITEM NUMBER |  DESCRIPTION     | U/M | QUANTITY | PRICE PER

 001| A1000       | CARTON 12 X 12 X 12| EA |   1000   |     .7800
                  | WHITE KRAFT      |     |          |
                  | THIS IS ADDITIONAL|    |          |
                  | INFORMATION TO DES-|   |          |
                  | CRIBE ITEM NUMBER |    |          |
                  | A1000            |     |          |



REQUISITIONER: SUE WARNER      REQ. NO: 65783  | PAGE TOTAL     780.00

SPECIAL INSTRUCTIONS: ALL MATERIAL MUST BE     |
                      INSPECTED.               |
                      SEND INVOICES TO ACCTS.  |
                      PAYABLE IN TRIPLICATE.   | P.O. TOTAL     780.00

BUYER: ED SNYDER              AUTHORIZATION: BOB THOMPSON

X _____            X _____
```

*Fig. 3-8. Printed Copy of P.O. 2001*

SAP_0803333

ePLUS0291835

## Major Points To Remember

☐ P.O. WRITER PLUS allows an unlimited amount of transactions to be stored in the History Files. The last 10 are displayed on the P.O. History Card.

☐ A Purchase Order is created by entering a minimal amount of information. By indicating a code, P.O. WRITER PLUS retrieves the majority of the associated information for you from the Master Files. This means that information such as a vendor name, address, etc., need only to be typed into the Master File ONCE.

☐ You can check your data on the P.O. Creation Screen at any time - leave the FUNCTION field blank and press    **[ENTER]**

☐ In the P.O. Creation Submodule, the system defaults to an Order Type of N (new). Quotes, Blanket Orders, Releases, Contracts, Service, and Lease orders can also be created in this submodule by changing the ORDER TYPE field to: **Q** (Quote), **B** (Blanket), **R** (Release), **C** (Contract), **L** (Lease), and **S** (Service). See Chapter 4, Using P.O. WRITER PLUS, for additional information regarding editing rules for these Order Types.

☐ By entering a **P** (print) in the FUNCTION location, the system will write the P.O. to the printer and the P.O. History File. Other valid functions are: **U** (Update - the P.O. is only written to the History File), **H** (Hold - the order is written to the Hold File), **S** (Spool - the P.O. is written to the History File and to the batch printing file). Function **V** provides a WYSIWYG (What You See Is What You Get) display of the P.O. This allows you to view the P.O. exactly as it will be printed.

SAP_0803334

ePLUS0291836

# 4.   Creating A Second P.O. For An Item

## Comments

Once you have created a Purchase Order for an item using P.O. WRITER PLUS, subsequent buys become faster. This is because P.O. WRITER PLUS displays the general information contained on the last P.O. you created for that item from the selected vendor. The Purchase Order information is retrieved from the P.O. History Files (POHDR.DAT) and POLN.DAT).

You will also review the "scroll" and "point and shoot" features of P.O. WRITER PLUS. This feature allows you to view the contents of the Item, Vendor, or Hold Files on your monitor. All or selected ranges of a file can be viewed.

In this lesson, you will also see how P.O. WRITER PLUS allows you to "window" to all Master Files. This can be done at anytime during the order creation process. The window feature allows you to view and pick data from the Master File without knowing the assigned number code.

You will also see how the P.O. WRITER PLUS WYSIWYG (What You See Is What You Get) feature allows you to see a purchase order before it is printed. This preview includes text files, adjustments, tax amounts, etc.

If you have just completed Lesson 3 you will still have the P.O. CREATION Screen displayed. If this is the case:

− To return to the PURCHASE ORDER Selection Screen, press Esc

If you are starting at the Main Menu:

− To select P.O. CREATE, type 1   [ENTER]

SAP_0803335

ePLUS0291837

Say that you need to order a 12 X 12 X 12 CARTON, but can't remember the Item Number.

– Press **SHIFT-F4**

The FILE INQUIRIES Menu displays. From this Menu, you can view information in the ITEM, VENDOR, HOLD and FREE FORM Text Files. Only the ITEM File will be discussed here.



*Fig.4-1. File Inquiries Menu*

There are various ways to view the files or selected ranges of each file.

**NOTE:**    *All P.O. WRITER PLUS Master Files are sorted using the ASCII Collating Sequence (see the Character Sort Summary in the Appendix of this Manual for additional information).*

1. *ITEM*: By entering a Y in the DISPLAY ALL selection field the system allows you to view the entire Item Master File. The file will be displayed in Item Number sequence. The F9 key will advance your view of the file one screen at a time. F10 will move you backward in the file one screen at a time. Each screen contains 15 Items.

2. *ITEM: STARTING WITH* - Because your Item Master File can become very large, you will probably use the STARTING WITH feature most frequently to scroll through your Item Master File. You can view a piece of your file by entering a number or part of your Item Numbers. You can scroll forward and backward using the F9 and F10 keys. Each screen contains 15 Items.

3. *ITEM - DESC. SORT*: By typing Y in the DISPLAY ALL field the system allows you to view the entire Item Master File. The file will be sorted and displayed by the Item's *name* (regardless of the Item Number). The first twenty characters of the Item's name are considered. Use the F9 key to page down and the F10 key to page up when the Item Master File is displayed in name sequence.

4. *ITEM - DESC. SORT/STARTING WITH*: Because your Item Master File can become very large, you may want to display only a portion of the file after it has been sorted by the Item's name. The STARTING WITH feature can be used to accomplish this by entering a letter or letters. The first twenty characters of the Item's name are considered.

5. *ITEM - COMMODITY SORT* - In the ITEM MASTER File, a 10 character COMMODITY code can be assigned to each item. A listing of items grouped by COMMODITY can be reviewed using the same methods listed above. For example, a code of PACKAGE was assigned to Item Number A1000. If PKG was typed in the STARTING WITH field, all items assigned this COMMODITY code would display.

SAP_0803337

ePLUS0291839

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 57 of 261 PageID# 12881

The cursor is located in the ITEM - DISPLAY ALL field.

— To display the entire contents of the ITEM MASTER File, type **Y**   [ENTER]

A listing of the entire ITEM MASTER File displays. (At this time, A1000 is the only item in the file.)



*Fig.4-2. Listing of Item Master File*

SAP_0803338

ePLUS0291840

At this point, you are unsure of the lead time for this item, and would like to review the Master File.

–   To view the ITEM MASTER File, press **F3**



*Fig. 4-3. Reviewing A Master File From Inquiry List*

The ITEM MASTER for A1000 displays. You can see that the LEAD TIME is 3 days.

–   To return to the ITEM MASTER list, press **ANY KEY**

**P.O. WRITER PLUS** allows you to select any Master Record using the "point and shoot" method.

–   To select Item A1000, press **SHIFT-F3**

The **PURCHASE ORDER CREATION** Selection Screen displays with A1000 entered in the **ENTER ITEM NUMBER** field.

SAP_0803339

ePLUS0291841

To create the second Purchase Order for Item Number A1000:

–   To display the Purchase Order History Card, press    **[ENTER]**



*Fig.4-4. P.O. History Card For Item A1000*

The Purchase Order History Card displays pertinent information regarding the last 10 transactions for the selected Item Number. You can see that summary information from P.O. Number 2001 displays above for Item Number 1234567.

Say that you want to purchase Item Number A1000 from Best-Buy Packaging again.

–   In the VENDOR field, type **12345**   **[ENTER]**

The P.O. Creation Screen displays.

**NOTE:**   *Although the History Card shows the last 10 purchases, the P.O. History Files (POHDR.DAT & POLN.DAT) can contain an unlimited number of Purchase Orders for a given Item Number. The History File is only limited by the size of your hard disk.*

SAP_0803340

ePLUS0291842

The screen below shows all of the information pertaining to the last purchase of Item Number A1000 from Vendor Number 12345. This information was retrieved from the P.O. History Files.



*Fig.4-5. Creating Second P.O. For Item A1000*

The system retrieves the additional description that you entered for Item Number A1000 in Lesson 3. As you can see by this, the system allows you to enter and easily retrieve more than the forty characters of description that are typed in the Item Master File.

**NOTE:**     *If you do not wish to retrieve information from the previous P.O., you can tell the system to pull information from the Item Master File. This is defined in the Setup File (see the System Administrator's Guide for complete details).*

Say that you want to change the following items on the new Purchase Order for Item Number A1000. The Ship Via, F.O.B., and Tax codes are not "precoded" selections in P.O. WRITER PLUS, but were codes that you entered into the Master Files in Lesson 2.

Using your **TAB** and **FUNCTION KEYS**, change the information in the following fields:

–    In the P.O. NUMBER field, type **2002**

–    In the NOTE field, type **ATTENTION: SALES DEPARTMENT**

–    In the SHIP VIA field, type **J**

–    To move the cursor to the F.O.B. field, press **TAB**

**STOP.**

SAP_0803341

ePLUS0291843

P.O. WRITER PLUS allows you to view the contents of any Master File while you are creating an order. This is done through the use of "windows". By completing the following steps you will learn how to view the contents of the F.O.B. Master File.

— To display the F.O.B. Master File window as shown below, press **SHIFT-F4**



*Fig.4-6. P.O. Creation Screen - F.O.B. Window*

**NOTE:**   *The F.O.B. codes listed above are the codes that have been "precoded" in the system. Codes entered into the F.O.B. Master File through File Maintenance can be viewed by pressing the F9 (page forward) key (see note at bottom of window shown above).*

SAP_0803342

ePLUS0291844

–    To view the F.O.B. entry you made in Lesson 2, press **F9**



*Fig. 4-7. F.O.B. Window Showing User Added Codes*

–    To select code OL, press **SHIFT-F3**

OL automatically appears in the F.O.B. field.

You can view the contents of any Master File in the **P.O. WRITER PLUS** system by placing your cursor in the selected field and pressing **SHIFT-F4**.

You can select any code from the Master File by moving the cursor to the desired code and pressing **SHIFT-F3**

SAP_0803343

ePLUS0291845

P.O. WRITER PLUS provides a Due Date Calculator. By entering the days, weeks, months, or years in the Due Date Window, the system adds the respective time to the P.O. Date.

– To move the cursor to the DUE DATE field, press **TAB**

– Press **SHIFT-F4**

As you can see in the window below, you can enter the DUE DATE in days, weeks, months, or years. The system adds the time entered to the P.O. DATE. The P.O. DATE is in the upper-left of the screen. By default, the P.O. DATE is pulled from the system date.



*Fig.4-8. Creating P.O. 2002*

– To let the system calculate the DUE DATE, enter the amount for the desired selection - day, weeks, months or years.

– Press **ESC**

The system calculates the DUE DATE based on your selection, and places the entry in the DUE DATE field.

SAP_0803344

ePLUS0291846

&ndash;   Using your **TAB** and **FUNCTION KEYS**, finish editing your Order Creation Screen so that it looks like the screen shown below.



*Fig. 4-9. Creating P.O. 2002*

&ndash;   To "CHECK" your Screen press    **[ENTER]**

&ndash;   To move the cursor to the FUNCTION field press **F4**

SAP_0803345

ePLUS0291847

P.O. WRITER PLUS has a WYSIWYG (What You See Is What You Get) feature. This allows you to see your Purchase Order before you print it.

−   To view the P.O., press **V**   [ENTER]

The P.O. looks as shown below. Use the Arrow Keys to scroll vertically and horizontally.

**NOTE:**   *The P.O. shown below is the default print option supplied with* **P.O. WRITER PLUS**. *If you have selected another print option, the appearance of your P.O. may differ than the one below.*



*Fig.4-10. Creating P.O. 2002*

−   To print Purchase Order Number 2002 type **P** (print)    [ENTER]

SAP_0803346

ePLUS0291848

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 66 of 261 PageID# 12890

The Purchase Order looks like the one shown below.

```
                              ** P U R C H A S E   O R D E R **

                                 P.O. NUMBER: 2002
                                        DATE: 06/01/93
                                     PAGE NO:    1
                                  ORDER TYPE: NEW
    ----------------------------------------------------------------
    VENDOR NO: 12345        SHIP VIA: JIM'S TRUCKING      F.O.B.: OUR LOCATION
    ----------------------------------------------------------------
    VEND: BEST BUY SUPPLY           SHIP TO: OUR COMPANY HERE
          BROWN BOX DIVISION                 OUR DIVISION OR LOCATION
          692 HANOVER ST.                    OUR STREET HERE
          CLEVELAND          OH 44112        OUR CITY HERE        OS 12345
          US                                 USA

    NOTE: ATTENTION: SALES DEPARTMENT
    ----------------------------------------------------------------
    TERMS: NET 30          TAX-1: NO    |B|
    ----------------------------------  |I| OUR COMPANY NAME
    ACCT: G/L 1234567890    TAX-2:      |L| OUR DIVISION NAME HERE
    ----------------------------------  |L| OUR STREET ADDRESS
    DEPT:  105        DUE DATE: 06/15/93 | OUR TOWN           OS 12345
    ----------------------------------  |T| USA
    REF #: PKG-1000   CONFIRM: YES      |O|
    ----------------------------------------------------------------
    LN | ITEM NUMBER  |   DESCRIPTION    | U/M | QUANTITY  | PRICE PER
    ----------------------------------------------------------------
    001 | A1000       | CARTON 12 X 12 X 12 | EA |   2000   |    .7800
        |             | WHITE KRAFT       |    |          |
        |             | THIS IS ADDITIONAL |   |          |
        |             | INFORMATION TO DES-|   |          |
        |             | CRIBE ITEM NUMBER  |   |          |
        |             | A1000              |   |          |




    ----------------------------------------------------------------
    REQUISITIONER: SUE WARNER    REQ. NO: 65783   PAGE TOTAL   1560.00
    ----------------------------------------------------------------
    SPECIAL INSTRUCTIONS: ALL MATERIAL MUST BE  |
                          INSPECTED.            |
                          SEND INVOICES TO ACCTS. ----------------------
                          PATABLE IN TRIPLICATE. | P.O. TOTAL   1560.00
    BUYER: ED SNYDER          AUTHORIZATION: BOB THOMPSON

    X _____        X _____
```

*Fig.4-11. P.O. 2002 When Printed*

SAP_0803347

ePLUS0291849

**Major Points To Remember**

☐ The FILE INQUIRIES Menu is accessible from the P.O. CREATION Screen. From this Menu, you can view information in the ITEM, VENDOR, AND HOLD FILES.

☐ P.O. WRITER PLUS displays a History Card for an item if the item has been added to the Item Master File. The History Card provides summary information about the last ten transactions. Specifically, the History Card contains the Date of Order, Order Type (New, Blanket, Release, Quote, Amendment, or Contract), Amendment Number, Vendor Number, Vendor Name, Quantity on the Order, Unit of Measure, and the Price Per Unit on Order.

☐ P.O. WRITER PLUS can display general information from the last P.O. you created for the specified item from the selected Vendor (including additional description for the item); *OR* P.O. WRITER PLUS can pull the information from the Item Master File instead. The method can be defined in the Setup File (see the System Administrator's Guide for complete information).

☐ Any code can be changed on the P.O. Creation Screen. "Precoded" codes or valid codes from the Master Files can be used.

☐ The contents of a P.O. WRITER PLUS Master File can be viewed from the Order Creation Screen (in the P.O. Create and Amendment Submodules) by placing the cursor in the requested field and pressing SHIFT-F4

☐ You can select any code from the Master File by moving the cursor to the desired code and pressing SHIFT-F3

☐ P.O. WRITER PLUS has a WYSIWIG feature. This allows you to review a P.O. on-screen before you print it. The display included extended totals, tax amounts, adjustments, text files, etc.

SAP_0803348

ePLUS0291850

# 5.   Using The Hold File

## Comments

In the following lesson you will learn how to use the Hold File in the Purchase Order Creation Submodule. The Hold File can be used to store purchase requisitions or partially completed orders.

You will also learn that a Vendor can be added to the Vendor Master File directly from the Purchase Order Creation Submodule. Also, any Master File can be updated from the P.O. Creation Screen.

If you have just completed Lesson 4 you will still have the P.O. CREATION Screen displayed.

– To return to the PURCHASE ORDER CREATION Selection Screen, press **Esc**

    *OR*

– If you are starting at the Main Menu type **1** [ENTER]

This lesson begins by starting to create another order for Item Number A1000, and placing it in the HOLD FILE.

– In the ENTER ITEM NUMBER field on the PURCHASE ORDER CREATION Selection Screen, type **A1000**   [ENTER]

The History Card for A1000 diplays as shown below.



*Fig.5-1. P.O. History Card For Item A1000*

SAP_0803349

ePLUS0291851

In this example, you want to purchase Item Number A1000 from Vendor Number NAPC-1 (North American Packaging Corporation) instead of from Vendor Number 12345 (Best-Buy Supply Corporation). You think that Vendor Number NAPC-1 may already exist in the Vendor Master File, but you want to double check.

As with the Item File in the previous lesson, in P.O. WRITER PLUS you can view the Vendor Master Files from the P.O. Creation and Amendment Submodules at any time by pressing **SHIFT-F4**

– To view the VENDOR MASTER DISPLAY Screen as shown below, press **SHIFT-F4**



*Fig. 5-2. Vendor Master Display Screen*

The file can be displayed similarly to the Item Master detailed in the previous lesson.

The cursor is located in the Vendor (DISPLAY ALL) field.

– To display all vendors, type **Y   [ENTER]**

*American Tech, Inc.*

SAP_0803350

ePLUS0291852

As you can see, the only vendor on file is BEST BUY SUPPLY.



*Fig. 5-3. Vendor Display List*

–   To return to the Purchase Order History Card for Item Number A1000, press Esc twice

SAP_0803351

ePLUS0291853

There is an alternate approach to determine that Vendor Number NAPC-1 is not
in the Vendor Master File. You could enter the Vendor Number into the ENTER
VENDOR NUMBER field and press [ENTER].

–  In the ENTER VENDOR NUMBER FIELD, type **NAPC-1**   [ENTER]

The SYSTEM MESSAGE displays:

```
VENDOR NOT ON FILE; PRESS F8 KEY TO ADD VENDOR
```



*Fig.5-4. P.O. History - Vendor Selection*

Since Vendor Number NAPC-1 is not on file, you will need to enter the new vendor
into the Master File before you can complete your Purchase Order. You can enter
a vendor into the system in one of two ways:

1.  Escape back to the Main Menu and go into the File Maintenance Submodule. Select
    Vendor Master and enter the new vendor as you did in Lesson 2.,

*OR*

2.  Enter the new vendor into the Vendor Master File from the History Card.

In this example, the Vendor Master will be added from the P.O. HISTORY CARD.

*American Tech, Inc.*

SAP_0803352

ePLUS0291854

– To display the Vendor Master Screen as shown below, press **F8**



*Fig.5-5. Vendor Master Screen*

The system automatically places the new Vendor Number in the Vendor Number field as shown above.

(If this is not the correct Vendor Number, press the Esc key one time to return to the History Card Screen. Enter a new number and press **F8** to continue.)

SAP_0803353

ePLUS0291855

— Type the information shown below for Vendor Number NAPC-1



*Fig.5-6. Adding Vendor Number NAPC-1*

— To add the vendor, press **Esc**

— To highlight and select SAVE AND EXIT, press **TAB   [ENTER]**

Any Master File, including a vendor, can be added from the P.O. CREATION Screen. This is done by placing your cursor in the selected field and pressing the F8 key. If desired, this can be restricted using the P.O. WRITER PLUS Security Module.

SAP_0803354

ePLUS0291856

The P.O. HISTORY CARD displays with the new vendor automatically placed in the VENDOR field.

– To display the Purchase Order Creation Screen, press   **[ENTER]**

Since you have never purchased Item Number A1000 from Vendor Number NAPC-1 before, the Purchase Order Creation Screen does not contain historical information regarding the last buy from this vendor.

Using your **TAB** and **FUNCTION KEYS,** complete your screen as shown below.



*Fig.5-7. P.O. Creation Screen For P.O. 2003*

(Press the F1 key for HELP and for information regarding the Function Keys if necessary.)

– To CHECK your new Purchase Order press   **[ENTER]**

---

SAP_0803355

ePLUS0291857

The system edits header information first. Header information is any information above or below the body of the order matrix on your screen.

If you have completed the steps on the previous pages correctly, the SYSTEM MESSAGE BAR displays:

    QUANTITY FOR ITEM ON LINE 001 MUST BE INCLUDED

Say that the quantity shown on the Purchase Requisition has been crossed-out and changed four times. You probably want to call the Requisitioner before completing the order. Naturally the person is not in and you have other orders to complete. You want to save the order as is until it can be completed at a later time.

To do this you will use the H (HOLD) feature in P.O. WRITER PLUS.

To place any order into the Hold File:

–   To move the cursor to the FUNCTION field, press **F4**

–   Type H   **[ENTER]**

The SYSTEM MESSAGE BAR displays:

    PURCHASE ORDER ADDED TO HOLD FILE – PRESS Esc

SAP_0803356

ePLUS0291858

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 76 of 261 PageID# 12900

The following is a list of a few key facts about the use of the Hold File.

1. Orders can only be sent to the Hold File from the Purchase Order Creation Submodule (you cannot hold an order from the Amendment Submodule, for example).

2. An order can be placed in the Hold File from the P.O. Creation Submodule regardless of the ORDER TYPE (N, B, C, Q, R, L, OR S).

3. Orders can be sent to the Hold File even when errors exist (invalid codes, required fields not completed, etc.).

4. Orders sent to the Hold File do not effect the Open Purchase Order File (in the Receiving Module) in any way.

5. Requisitions can be entered and stored in the Hold File pending the review, completion, or approval by the Purchasing Department.

6. You may add or change information to a held Purchase Order and store it back into the Hold File as many times as you like. It can be stored using the same Order Number or you can change the Order Number at any time.

7. You may add, insert, change, or delete lines in the "body" of the Purchase Order, as well as update any of the header information.

8. You also have the option of changing the Order Number when you are ready to complete the order and add it to the Purchase Order History Files. (Remember that any Order Type - New, Blanket, Contract, Quote, or Release - is stored in the Purchase Order History Files.) This feature should be used when converting requisitions into finished Purchase Orders.

9. Select P (print), S (spool), or U (update) to complete the Purchase Order. The Purchase Order will be automatically deleted from the Hold File when it is written to the Purchase Order History File.

SAP_0803357

ePLUS0291859

At some point you may wish to view a summary of the orders that are stored in the Hold File. (Orders can also be batch printed from the Hold File. A hard copy report, Hold File Log, is also available. See Chapter 4.)

To view a summary of the orders in the Hold File:

−   Return to the Main Menu by pressing **Esc**

−   To select FILE LIST/INQUIRY, type **7   [ENTER]**

The FILE LISTINGS AND INQUIRIES Menu displays.



*Fig.5-8. File Listings And Inquiries Menu*

−   To select FILE INQUIRIES, type **1   [ENTER]**

The FILE INQUIRIES Menu diplays. This is the same menu used previously to view the Item and Vendor Masters.

**NOTE:**   *Additional information regarding File Listings (hard copy lists) will be provided in a later lesson.*

−   To move your cursor to the DISPLAY ALL field next to HOLD FILE, press **F5** 6 times

−   Type **Y   [ENTER]**

The system displays:

        PLEASE WAIT...PROCESSING P.O. HOLD FILE

SAP_0803358

ePLUS0291860

After the file is processed, the P.O. / REQ. HOLD FILE Screen displays as shown:



*Fig.5-9. P.O./Req Hold File Listing Screen*

As you can see, Order Number 2003 has been stored in the Hold File.

The SYSTEM MESSSAGE displays:

        END OF FILE REACHED

If there had been more orders in the Hold File you could have used the **F9** key to page forward and **F10** key to page back through the file.

The **F9** and **F10** keys are consistently used to page forward and page back in any submodule of the system. This is also true in each of the P.O. WRITER PLUS Modules (Receiving, Inventory, Vendor Performance, and Accounts Payable Interface).

–   To return to the Main Menu, press **Esc** 3 times

SAP_0803359

ePLUS0291861

Say that you also want to add the Requisitioner's name to Purchase Order Number 2003. This can be done directly from the P.O. Create Screen.

– To select P.O. CREATE, type 1   **[ENTER]**

The Purchase Order Creation Selection Screen displays.

– To move the cursor to the ENTER P.O. NUMBER OR REQUISITION NUMBER field, press **TAB** twice

– Type **2003**   **[ENTER]**

Order Number 2003 is retrieved from the Hold File.

The system will automatically bring in the order and display the Purchase Order Creation Screen as shown below.



*Fig.5-10. P.O. Retrieved From Hold File*

SAP_0803360

ePLUS0291862

Using the TAB and Function Keys, add the following information to complete this order.

   —  To move the cursor into the DATE field and change the date to yesterday's date press **UP ARROW**

   —  Type a REQ. ID of **F.LEWIS**

   —  To add this REQ. ID, press **F8**

The REQUISITIONER MASTER Screen displays.

   —  Complete the screen as shown below:



*Fig.5-11. Adding A Requisitioner*

   —  Press **Esc**

   —  To highlight SAVE AND EXIT, press **TAB**

   —  Press   **[ENTER]**

SAP_0803361

ePLUS0291863

– Type a DUE DATE of **061593**

– Add a QUANTITY of **2000**

– Type a PRICE PER UNIT of **.25**

– To CHECK your order press   **[ENTER]**

Your order looks as follows:



*Fig. S-12. P.O. 2003 Completed*

SAP_0803362

ePLUS0291864

**NOTE:**    *If you are using the Hold File to store requisitions, you can change the Requisition Number (2003) to a P.O. Number and then complete the Purchase Order.*

As you will recall, the valid FUNCTION types in the P.O. Creation Submodule are P (print), U (update), S (spool), and H (hold), and V (view).

In this example you will use the U Function. Again, the UPDATE selection will write the order to the Purchase Order History Files.

This Function type might be used if you decide to key historical information into your P.O. History File or if you also want to store data regarding verbal orders.

Orders that are stored in the P.O. History File can be printed at a later date through the Reprint Submodule (explained in a later lesson).

–    To move the cursor into the FUNCTION field, press **F4**

–    Type **U**    **[ENTER]**

The SYSTEM MESSAGE displays:

        PURCHASE ORDER ADDED – PRESS ESC

The order is placed in the Purchase Order History File.

SAP_0803363

ePLUS0291865

## Major Points To Remember

☐ A Master File can be added from the Purchase Order Creation Submodule by pressing F8 in the appropriate field.

☐ There are two types of information contained on a Purchase Order: header information and body information.

☐ Purchase requisitions and partially completed orders can be sent to the Hold File from the Purchase Order Creation Submodule (only). (Refer to ten major points about the Hold File in this lesson.)

☐ Orders in the Hold File can be reviewed through use of the File Listings Submodule. Orders contained in the Hold File can be batch printed or reviewed in hard copy form (hard copy reports will be discussed in a later lesson).

☐ The system will automatically display the "DOS DATE" in the date field on the P.O. Creation Screen. This date can be changed by using the **UP ARROW** key to move into the date field from the P.O. Number field.

SAP_0803364

ePLUS0291866

# 6.    Purchase Order Reprint

## Comments

There may be times when you want to review an order on the monitor or may simply need a copy of a Purchase Order that has already been placed in the Purchase Order History File. The Purchase Order Reprint Submodule will allow you to review or reprint an order from the P.O. History File regardless of the Order Type.

P.O. WRITER PLUS allows you to reprint or review an order that exists in the Purchase Order History File without affecting the status of the order.

SAP_0803365

ePLUS0291867

If you have not already done so, use the Esc key to return to the Main Menu.

Complete the following to access the P.O. REPRINT Submodule.

– In the YOUR SELECTION field, type **3**   **[ENTER]**

The Purchase Order Reprint Screen displays.



*Fig.6-1. P.O. Reprint Screen*

SAP_0803366

ePLUS0291868

In the previous lesson you created Purchase Order Number 2003. You placed this order in the P.O. History File without printing the order using the U (update) Function. Complete the following to print P.O. Number 2003 using the Reprint Submodule.

— In the Purchase Order Reprint Selection Screen, type **2003**

The system retrieves the order from the Purchase Order History Files and displays it as shown below.



*Fig.6-2. P.O. 2003 Retrieved From History Files*

Notice that the cursor is automatically positioned in the FUNCTION field.

Check to make sure that your printer is on.

Type P (print)    **[ENTER]**

Order 2003 prints as shown on the following page.

**NOTE:**   *If the order you selected was a multiple page order, you could use the F9 and F10 keys to review each page of the order.*

---

SAP_0803367

ePLUS0291869

Purchase Order Number 2003 looks as follows:

```
                          ** P U R C H A S E   O R D E R **

                              P.O. NUMBER: 2003
                                     DATE: 08/01/93
                                  PAGE NO:    1
                               ORDER TYPE: NEW
-------------------------------------------------------------------
VENDOR NO: NAPC-1        SHIP VIA: TRUCK            F.O.B.: OUR PLANT

VEND: NORTH AMERICAN PACKAGING     SHIP TO: OUR COMPANY HERE
      CORPORATION                           OUR DIVISION OR LOCATION
      9045 AMERICAN WAY AVE.                OUR STREET HERE
      SUITE 3                               OUR CITY HERE        OS 12345
      ST. LOUIS          MO 45678           USA
      USA
NOTE:
-------------------------------------------------------------------
TERMS: 2/10 NET 30      TAX-1: NO   |B|
                                    |I| OUR COMPANY NAME
ACCT:  G/L 1234567890    TAX-2:     |L| OUR DIVISION NAME HERE
                                    |L| OUR STREET ADDRESS
DEPT: 105      DUE DATE: 06/15/93   | | OUR TOWN            OS 12345
                                    |T| USA
REF #: PKG-2000    CONFIRM: YES     |O|
-------------------------------------------------------------------
 LN | ITEM NUMBER  |   DESCRIPTION    | U/M | QUANTITY | PRICE PER
001 | A1000        | CARTON 12 X 12 X 12| EA |   2000   |    .2500
    |              | WHITE KRAFT      |     |          |
    |              |                  |     |          |
    |              |                  |     |          |
    |              |                  |     |          |
    |              |                  |     |          |
    |              |                  |     |          |
    |              |                  |     |          |
    |              |                  |     |          |
    |              |                  |     |          |
    |              |                  |     |          |
    |              |                  |     |          |
    |              |                  |     |          |
    |              |                  |     |          |
-------------------------------------------------------------------
REQUISITIONER: F.LEWIS    REQ. NO: 1467  | PAGE TOTAL     500.00

SPECIAL INSTRUCTIONS:                    |
                                         ------------------------
                                         | P.O. TOTAL     500.00
-------------------------------------------------------------------
BUYER:                       AUTHORIZATION:

X _____          X _____
```

*Fig.6-3. Reprint Of P.O. 2003*

SAP_0803368

ePLUS0291870

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 88 of 261 PageID# 12912

## Major Points To Remember

☐ The Purchase Order Reprint Submodule of P.O. WRITER PLUS allows you to review or reprint an order which exists in the P.O. History File.

☐ The **F9** and **F10** keys can be used to page forward and page back through an order.

☐ The only valid FUNCTION types in this submodule are **P** (print) and S (spool).

SAP_0803369

ePLUS0291871

*American Tech, Inc.*

SAP_0803370

ePLUS0291872

# 7. Buying Material Without Item Numbers

## Comments

Some of the items that you may buy using P.O. WRITER PLUS will not have an Item (or Part) Number. Other items may be spot buys and you simply do not want to add the item into the Item Master File. Regardless of the situation, P.O. WRITER PLUS will allow you to purchase material without using a valid Item Number.

The following lesson will teach you how to use the ASTERISK FEATURE in P.O. WRITER PLUS.

SAP_0803371

ePLUS0291873

If you have not already done so, use the Esc key to return to the
P.O. WRITER PLUS Main Menu.

The Asterisk Feature in P.O. WRITER PLUS can be used in the Purchase Order
Creation and Purchase Order Amendment Submodules. For example purposes,
you will be working in the P.O. Creation Submodule during this lesson. (The
Amendment Submodule will be discussed in a later lesson.)

—   To select P.O. CREATE, type 1   [ENTER]

—   Enter *OAK DESK as shown below in the ENTER ITEM NUMBER field.

*Fig.7-1. P.O. Creation With An Asterisk Item*

—   To display the Purchase Order Creation Screen, press   [ENTER]

**NOTE:**   *When an ASTERISK ITEM is typed in the ENTER ITEM NUMBER field on the Purchase Order
Selection Screen, the P.O. History Card is not displayed.*

When an asterisk is the first character in the Item Number field, the system does
not validate the item against the Item Master File. Additional characters can follow
the "*" (such as "OAK DESK") in our lesson example.

SAP_0803372

ePLUS0291874

    —   To move the cursor to the CO: field, press **UP ARROW**

    —   In the CO: field, type **1**

    —   Press **TAB**

The system retrieves and displays the first line of the Buying Company Master. The complete Master File information will print on the Purchase Order.

Complete your screen as shown below. Remember that you can CHECK your order at any time by leaving the FUNCTION field blank and pressing    **[ENTER]**

**NOTE:**   *Be sure to enter the ORDER TYPE (N = new). The system does NOT default to N if you are using the Asterisk Feature.*



*Fig.7-2. Asterisk Feature - Creating P.O. 2004*

Check to make sure that your printer is on.

    —   To move the cursor to the FUNCTION field, press **F4**

    —   Type **P**  **[ENTER]**

    —   To print Purchase Order Number 2004, press    **[ENTER]**

SAP_0803373

ePLUS0291875

Your Purchase Order Number 2004 looks as follows:

Notice that the Buying Company is printed on the top of the Purchase Order.

```
OUR COMPANY NAME AND
DIVISION PRINT HERE                        ** P U R C H A S E   O R D E R **
OUR STREET ADDRESS
PRINTS HERE                                      P.O. NUMBER: 2004
OUR CITY HERE       ST 12345                           DATE: 06/01/93
USA                                                 PAGE NO:    1
                                                 ORDER TYPE: NEW
-----------------------------------------------------------------------
VENDOR NO: 12345          SHIP VIA: TRUCK              F.O.B.: OUR PLANT
-----------------------------------------------------------------------
VEND: BEST BUY SUPPLY              SHIP TO: OUR COMPANY HERE
      BROWN BOX DIVISION                    OUR DIVISION OR LOCATION
      692 HANOVER ST.                       OUR STREET HERE
      CLEVELAND        OH 44112             OUR CITY HERE       OS 12345
      US                                    USA

NOTE: ATTN: SALES DEPT.
-----------------------------------------------------------------------
TERMS: NET 30              TAX-1: YES  |B|
                                       |1| OUR COMPANY NAME
ACCT:  G/L 1234567890      TAX-2:      |L| OUR DIVISION NAME HERE
                                       |L| OUR STREET ADDRESS
DEPT: 105          DUE DATE: 06/15/93  |L| OUR TOWN            OS 12345
                                       |T| USA
REF #: FURN-001     CONFIRM: YES       |O|

-----------------------------------------------------------------------
LN |  ITEM NUMBER  |   DESCRIPTION    | U/M | QUANTITY | PRICE PER
                                                                       
001 |*OAK DESK      | THIS SPACE CAN BE|     |     1    | 2499.0000
    |               | USED TO DESCRIBE |     |          |
    |               | THE DESK THAT YOU|     |          |
    |               | ARE ORDERING.    |     |          |
    |               |                  |     |          |
    |               |                  |     |          |
    |               |                  |     |          |
    |               |                  |     |          |
    |               |                  |     |          |
    |               |        *         |     |          |
    |               |                  |     |          |
    |               |                  |     |          |
-----------------------------------------------------------------------
REQUISITIONER: SUE WARNER    REQ. NO: 73828 | PAGE TOTAL    2499.00
-----------------------------------------------------------------------
SPECIAL INSTRUCTIONS: ALL MATERIAL MUST BE  |
                      INSPECTED.            | TAX 5.2500%    131.20
                      SEND INVOICES TO ACCTS.|
                     .PAYABLE IN TRIPLICATE. | P.O. TOTAL    2630.20
-----------------------------------------------------------------------
BUYER: ED SNYDER            AUTHORIZATION: BOB THOMPSON

  X _____          X _____
```

*Fig.7-3. Printed Copy Of P.O. 2004*

SAP_0803374

ePLUS0291876

## Major Points To Remember

☐ The "*" (as the first character in the Item Number field) indicates to the system that you are going to buy an item that does not exist in the Item Master File. This feature allows you to purchase items that do not have Item Numbers.

☐ You can use up to 199 lines of description to describe an "*" item. (Text files can also be used to further describe asterisk items. The Text File Interface feature of P.O. WRITER PLUS is described in a later lesson.)

Although not specifically demonstrated in this lesson:

☐ "*" items can be added to any order (New, Blanket, Contract, Quote, Release, Amendment).

☐ "*" items can be "mixed" with standard Item Number purchases on any order.

☐ You can create orders with multiple "*" items on the order.

☐ "*" item orders are stored in the P.O. History File in the same way that any other order is stored.

☐ "*" items are passed to the Open Purchase Order File (if you are using the Receiving Module) in the same way that standard Item Number material information is passed.

☐ "*" item management summary information appears on the Dollars Purchased by Item Report (see Reports Submodule information).

☐ "*" items appear on Price Analysis Reports. This provides P.O. History for "*" items.

SAP_0803375

ePLUS0291877

2-78

American Tech, Inc.

SAP_0803376

ePLUS0291878

# 8.    Entering Multiple Items On An Order

## Comments

Since a typical Purchase Order contains more than one line item, you will need to learn how to add multiple line items on an order. As you learned in the previous lesson, you can mix asterisk ("*") items and items with valid Item Numbers on any type of order. In this lesson, however, you will be creating a Purchase Order for two items. Each item will have a valid Item Number.

In this lesson you will also learn that P.O. WRITER PLUS allows you to enter an adjustment (positive or negative) on an order.

SAP_0803377

ePLUS0291879

In this lesson you are going to create a Purchase Order for Item Numbers A1000 and A2000. Since Item Number A2000 has not been added to the Item Master File, complete the steps below to add the record.

Return to the Main Menu if you have not already done so.

– To select P.O. CREATE, press **1**   **[ENTER]**

The P.O. Creation Selection Screen displays.

– In the ENTER ITEM NUMBER field, type **A1000**

– To display the P.O. History Card for Item Number A1000, press   **[ENTER]**

– In the VENDOR NUMBER FIELD, type **12345**   **[ENTER]**

The P.O. Creation Screen displays.

– Using your **TAB** and **FUNCTION KEYS**, complete your screen so that it looks like the screen shown on the top of the following page. (Press **F1** to refer to your HELP Screen if necessary.)

*American Tech, Inc.*

SAP_0803378

ePLUS0291880



*Fig.8-1. Multiple Items On A Purchase Order*

— To CHECK your order, press     **[ENTER]**

— To move the cursor to the ITEM NUMBER field, press **F2** seven times, then **TAB**

— To display the Item Master File Screen, press **F8**

SAP_0803379

ePLUS0291881

– Type the information shown below



*Fig.8-2. Adding An Item Master From P.O. Create*

– To add the record to the Item Master, press Esc

– Highlight SAVE AND EXIT and press   **[ENTER]**

SAP_0803380

ePLUS0291882

— Using your **TAB**, **[ENTER]**, and **FUNCTION KEYS**, complete your screen so that it looks like the screen shown below.



*Fig.8-3. Creating P.O. 2005 With Multiple Items*

When you press **TAB** to move the cursor from the ITEM NUMBER field, the system automatically brings the description and U/M in from the Item Master File. If Item Number A2000 had already been purchased using P.O. **WRITER PLUS**, the system would have brought in the latest description from one of the P.O. History Files (POLN.DAT). A description from the P.O. History File might be longer than the standard two lines of twenty characters that are available in the Item Master File.

SAP_0803381

ePLUS0291883

Say that you want to include additional description for line number 002.

- Use the F5 and F6 keys to move the cursor within the description column. Add THIS IS ADDITIONAL INFORMATION FOR THIS as shown below.



*Fig. 8-4. Adding Description On P.O. 2005*

SAP_0803382

ePLUS0291884

– To display your second P.O. Screen, press **F9**

Notice that the header information stays the same and the body of the order has been cleared for you. You have 20 screens to work with in the P.O. WRITER PLUS P.O. Create and Amendment Submodules.

– To move your cursor to the first line of description on this page, press **F5**

– Type **ITEM ON THIS P.O.**

– Press **F5**

– Type **NUMBER 2005**

Your screen looks as follows:



*Fig.8-5. P.O. 2005 - Second Page*

– To CHECK this page of your order, press   **[ENTER]**

– To display page 1 of your order, press **F10**

SAP_0803383

ePLUS0291885

Say that you have a $50.00 credit due from Best-Buy Packaging Corporation.

You decide to reflect this credit on P.O. Number 2005.

**P.O. WRITER PLUS** allows you to reflect an Adjustment (positive or negative) through the use of the Adjustment Window. The adjustment can be either a percentage or fixed amount. This window can be accessed at any time during the order creation process.

- To display the Adjustment Window, press SHIFT-F5

- Using the TAB key to move from the dollars side of the Adjustment Field to cents, modify your Adjustment Window so that it looks as follows:



*Fig.8-6. Adjustment Window*

- To close the Adjustment Window, press Esc

**NOTE:** *The Adjustment Amount of $50.00 is NOT reflected in the P.O. TOTAL field on the P.O. Creation Screen. It will be reflected in the total of the printed Purchase Order, or can be seen using the P.O. WRITER PLUS WYSIWYG feature (Function type V).*

SAP_0803384

ePLUS0291886

   —  To move the cursor to the FUNCTION field, press **F4**

Check to make sure that your printer is on.

   —  To print the P.O., type **P**   **[ENTER]**

Your Multiple Item Purchase Order Number 2005 looks as follows:

*Fig.8-7. Printed Copy of P.O. 2005*

SAP_0803385

ePLUS0291887

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 105 of 261 PageID# 12929

## Major Points To Remember

☐ When an item has not been purchased before, the system will use the item's description from the Item Master File as the default. If the item has been purchased before (and the P.O. is still in the History File), then the system will display the item's description from the P.O. History File. This description may be longer than the standard forty characters used to describe an item in the Item Master File.

☐ There are 200 lines available to purchase material on in P.O. WRITER PLUS.

☐ The F9 and F10 keys are used to page forward and page back through an order.

☐ Each page of an order has to be CHECKED before the order can be processed.

☐ A positive or negative Adjustment can be added to an order at any time during the order creation process. This can be either a fixed amount or a percentage. Use SHIFT-F5 to access the Adjustment Window.

☐ The Adjustment amount is not reflected in the P.O. TOTAL field on the Purchase Order Creation Screen. It is reflected in the total of the printed Purchase Order.

SAP_0803386

ePLUS0291888

# 9.    Request For Quote

## Comments

A Request for Quote can be created using P.O. WRITER PLUS. In this lesson you will learn how to use the Quote (Q) Order Type in the Purchase Order Creation Submodule of the system.

Creating a Request for Quote (RFQ) using P.O. WRITER PLUS is very similar to creating any other type of order in the system.

If you have not already, return to the P.O. WRITER PLUS Main Menu.

–  To display the P.O. Creation Selection Screen, press **1**    **[ENTER]**

An RFQ can be initiated by entering an Item Number, a Similar To Order Number, or by retrieving an order from the Hold File. In this lesson you will create your first RFQ by entering an Item Number.

–  In the ENTER ITEM NUMBER field, type **A1000**    **[ENTER]**

The History Card displays.

As you can see by reviewing the History Card, the only type of Orders created to date for Item Number A1000 have been N (new) orders.

–  In the ENTER VENDOR NUMBER field, type **12345**   **[ENTER]**

The system displays the P.O. Creation Screen and includes information about the last time you purchased Item Number A1000 from Vendor Number 12345.

---

SAP_0803387

ePLUS0291889

– Change your screen so that it looks as follows:

**NOTE:**    *Remember to change the ORDER TYPE from* **N** *to* **Q***, and change the PRICE to 0!*



*Fig. 9-1. Creating A Request For Quote*

– To CHECK your order, press    **[ENTER]**

The system does NOT display a message in the SYSTEM MESSAGE BAR prompting you for a PRICE PER UNIT. This is because the system edits the screen differently when the Order Type is Q. Other than not forcing a price per unit, the system will edit the screen for an RFQ exactly the same way as it would if the Order Type were N (new).

– To move the cursor to the FUNCTION field, press **F4**

SAP_0803388

ePLUS0291890

– Type **P**   [ENTER]

The Request For Quote prints as shown below.

```
                              ***   REQUEST FOR QUOTE   ***

                                        R.F.Q. NO.: 00000001
                                             DATE: 06/01/93
                                          PAGE NO:    1
                                        ORDER TYPE: QUOTE

VENDOR NO: 12345        SHIP VIA: JIM'S TRUCKING    ·F.O.B.: OUR LOCATION

VEND: BEST BUY SUPPLY            SHIP TO: OUR COMPANY HERE
      BROWN BOX DIVISION                  OUR DIVISION OR LOCATION
      692 HANOVER ST.                     OUR STREET HERE
      CLEVELAND        OH 44112           OUR CITY HERE        OS 12345
      US                                  USA

NOTE: ****REQUEST FOR QUOTE****

TERMS: NET 30           TAX-1: NO   |B|
----------------------------------- |I| OUR COMPANY NAME
ACCT: G/L 1234567890    TAX-2:      |L| OUR DIVISION NAME HERE
----------------------------------- |L| OUR STREET ADDRESS
DEPT: 105           DUE DATE: 06/15/93 |  OUR TOWN            OS 12345
----------------------------------- |T| USA
REF #: PKG-1000         CONFIRM: YES |O|

LN | ITEM NUMBER  |  DESCRIPTION    | U/M | QUANTITY | PRICE PER

001 | A1000        | CARTON 12 X 12 X 12 | EA  |  2000    |
    |              | WHITE KRAFT        |     |          |
    |              | SPECIFICATION FOR CARTON A1000: DOUBLE
    |              | WALL CONSTRUCTION.  "FRAGILE" IS TO BE
    |              | PRINTED ON ALL SIDES.  ALL ADDRESS
    |              | INFORMATION TO BE PRINTED IN STANDARD
    |              | BLACK.             |     |          |
    |              | THIS IS ADDITIONAL |     |          |
    |              | INFORMATION TO DES-|     |          |
    |              | CRIBE ITEM NUMBER  |     |          |
    |              | A1000              |     |          |



REQUISITIONER: SUE WARNER    REQ. NO: 65783  | PAGE TOTAL

SPECIAL INSTRUCTIONS: ALL MATERIAL MUST BE    |
                      INSPECTED.              |
                      SEND INVOICES TO ACCTS. |-----------------
                      PAYABLE IN TRIPLICATE.  | R.F.Q. TOTAL

BUYER: ED SNYDER              AUTHORIZATION: BOB THOMPSON

X _____            X _____
```

*Fig. 9-2. Printed Copy of Request For Quote*

SAP_0803389

ePLUS0291891

## ADDITIONAL NOTES

Multiple items can be added to an RFQ in the same way that you would add multiple line items on any order.

RFQs can be placed in the Hold File like any other type of order by pressing F4 and entering an H (hold).

RFQs can be modified through the Amendment Submodule (where you want to add the Vendor's quoted price to the order). The Order Type will remain Q.

RFQs can easily be converted into Purchase Orders by using the Similar To selection on the P.O. Creation Selection Screen. If you have amended the RFQ to include the Vendor's response (price, terms, etc.), you will note that these changes will be included when the order is retrieved from the History File.

SAP_0803390

ePLUS0291892

    –   To display the P.O. Creation Selection Screen, press **Esc**

    –   Type **A1000**    **[ENTER]**

The History Card displays as shown below.



*Fig. 9-3. History Card With RFQ Order*

Notice above that RFQ Order Number Q0000001 is now displayed on your History Card and that the Order Type shown is Q (quote). Also, the price per unit column is blank.

If you were to amend this order now to include the new price from Vendor Number NAPC-1, you would see the new price displayed in the price per unit column the next time you reviewed this screen.

SAP_0803391

ePLUS0291893

## Major Points To Remember

☐ A Request for Quote is created in the P.O. Creation Submodule of P.O. WRITER PLUS.

☐ The Order Type Q is used to create a Request for Quote

☐ The system will NOT force a PRICE PER UNIT if an Order Type Q is used.

☐ Multiple line items can be added to an RFQ.

☐ RFQs can easily be created for multiple vendors by simply changing the Order Number and the Vendor Number in their respective fields.

☐ A vendor's response can be added to an RFQ through the Amendment Submodule (discussed later).

☐ An RFQ can easily be converted into a Purchase Order by using the Similar To feature in P.O. WRITER PLUS .

☐ RFQs can be added to the Hold File and completed at a later time.

☐ An Order Type Q will be displayed on an item's History Card after the RFQ is printed.

SAP_0803392

ePLUS0291894

# 10.   Using The "Similar To" Feature

## Comments

The P.O. WRITER PLUS "Similar To" feature allows you to extract a previously created Purchase Order from the P.O. History Files. This P.O. can then be used as a "template" for creating a new Purchase Order. This allows you to make the minor changes to create the new P.O., without having to start from "scratch".

In this lesson, you will be using the "Similar To" feature to create a new Purchase Order.

Also, you will be adding this Purchase Order to the History Files by using the S (Spool) Function type. This Function type allows you to "batch print" your P.O.'s. This will be detailed in a following lesson.

**NOTE:**   *A "Similar To" Purchase Order can have 0 as a valid entry in the QTY. field. This allows you to use a P.O. as a template without having to remove items from the new order.*

SAP_0803393

ePLUS0291895

For this example, you will be creating a new P.O. similar to Purchase Order 2001, created in an earlier lesson.

If you have not already done so, return to the P.O. **WRITER PLUS** Main Menu.

— To select P.O. CREATE, type 1   **[ENTER]**

— To move the cursor to the SIMILAR TO P.O. NUMBER field, press **TAB**

— Type **2001**   **[ENTER]**

An exact replica of P.O. 2001 displays.



*Fig. 10-1. P.O. 2001, To Be Used As A Template*

By assigning a new P.O. Number, and making the necessary changes, a new P.O. will be created for Item A1000.

SAP_0803394

ePLUS0291896

– In the P.O. NO. field, type **2007**

– In the REQ. ID field, type **F.LEWIS**

– In the QUANT. field, type **500**

– To CHECK your P.O., press   **[ENTER]**

Your Purchase Order Creation screen looks as shown below.



*Fig. 10-2. P.O. 2007, Created Using "Similar To"*

– To move the cursor to the Function field, press **F4**

This order will now be placed in the Spool File. The Spool File is used when you wish to create a P.O., but not print it immediately. The Spool File allows you to print a number of P.O.'s at one time using the P.O. WRITER PLUS Batch Print Feature. The Batch Print Feature will be discussed in a later lesson.

– In the FUNCTION field, type **S**   **[ENTER]**

The SYSTEM MESSAGE Bar displays:

   PURCHASE ORDER ADDED – PRESS Esc

P.O. Number 2007 is now added to both the P.O. History Files, and the Spool File.

SAP_0803395

ePLUS0291897

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 115 of 261 PageID# 12939

## Major Points To Remember

☐ The P.O. WRITER PLUS "Similar To" feature allows you to extract a previously created Purchase Order to be used as a "template" for creating a new Purchase Order. This allows you to make the minor changes to create the new P.O., without having to start from "scratch".

☐ The Spool File is used when you wish to create a P.O., but not print it immediately. The Spool File allows you to print a number of P.O.'s at one time using the P.O. WRITER PLUS Batch Print Feature.

☐ In Version 9.0 and above, a "Similar To" Purchase Order can have 0 as a valid entry in the QTY. field. This allows you to use a P.O. as a template without having to remove items from the new order.

SAP_0803396

ePLUS0291898

# 11.   Batch Printing Orders

## Comments

P.O. WRITER PLUS allows you to print orders as you create them, or you can print them in batch mode.

In the previous lesson you learned that by placing an S (spool) in the FUNCTION field on the P.O. Creation Screen the system would place a copy of the order in the P.O. History AND Spool Files.

In the following lesson you will learn how to batch print those orders that have been "spooled".

SAP_0803397

ePLUS0291899

If you have not already done so, return to the P.O. WRITER PLUS Main Menu.

In the previous lesson you used the FUNCTION S to place Purchase Order Number 2007 in the Spool File (PRT.DAT).

– To select BATCH PRINT, type 8   [ENTER]

The system displays the following screen.



[PRINT]

    [1] PURCHASE ORDERS

    [2] ALL REQUISITIONS/P.O.'s IN HOLD FILE

    [3] SELECTED REQUISITIONS/P.O.'s IN HOLD FILE

    [4] VENDOR LABELS

    [5] VENDOR ROLODEX CARDS

    [6] REPORT FILES

*Fig.11-1. Batch Print Menu*

Complete the following steps to batch print P.O. Number 2007:

The entire contents of the spool file can be printed, or just a segment. To print a segment of the spool file, you would enter the number of the first P.O. that you would like to print. In this example, the entire contents will be printed.

– To select PURCHASE ORDERS, type 1   [ENTER]

– In the ALL P.O.'S IN SPOOL FILE field, type **Y**   [ENTER]

The system displays the message:

      MAKE SURE FORMS ARE ALIGNED PROPERLY IN PRINTER.
      PRESS ANY KEY WHEN READY.

Align your forms (or paper).

– To begin printing, press **ANY KEY**

After the P.O.'s have printed, the system prompts:

SAP_0803398

ePLUS0291900

## DO YOU WANT TO SAVE THESE P.O.'S TO REPRINT

– If you wish to save the entire contents of the spool file to be reprinted, type **Y**   **[ENTER]**

– To discard the contents of the spool file, type **N**   **[ENTER]**

Your printed Purchase Order Number 2007 looks as follows:

*Fig. 11-2. Printed Copy of P.O. 2007, From Spool File*

SAP_0803399

ePLUS0291901

The system automatically returns to the Main Menu when all orders contained in the Spool File (PRT.DAT) have been sent to the printer.

Although not specifically demonstrated, the following points should also be noted:

–   You can reprint a range of P.O.'s in the spool file (assuming you have elected to save the contents of the spool file).

–   When the FUNCTION S (spool) is used, the system places a copy of your order in both the P.O. History AND Spool Files.

–   Any Order Type (N,B,Q,R, C, S, L) can be spooled.

–   Orders are printed in the same sequence that they were added to the Spool File (no sort on Order Number, Order Type, etc.)

–   Selection #2 on the Batch Print Selection Menu will allow you to print all orders in the Hold File (HOLD.DAT).

–   Selection #3 on the Batch Print Selection Menu will allow you to print selected orders (up to 20) from the Hold File (HOLD.DAT).

SAP_0803400

ePLUS0291902

## Major Points To Remember

☐ The FUNCTION S is used to place orders in the History File and Spool File.

☐ The Spool File is called PRT.DAT.

☐ Any Order Type can be spooled.

☐ Orders are printed in the same sequence that they were added to the Spool File.

☐ The contents of the Spool File can be saved. This allows you to reprint the contents of the Spool File. If you choose not save contents of the Spool File, it is purged by the system.

☐ A segment of the spool file can be printed. This is accomplished by designating the first P.O. number you want printed.

SAP_0803401

ePLUS0291903

*American Tech, Inc.*

SAP_0803402

ePLUS0291904

# 12.   Purchase Order Amendments

## Comments

Once an order has been created using P.O. WRITER PLUS the order can be amended using the Amendment Submodule (regardless of Order Type). Both "header" and "line item" information can be modified. New items and description can be added to an order.

P.O. WRITER PLUS maintains the original order information AND the amended information in the Amendment History File (POARC.DAT).

SAP_0803403

ePLUS0291905

If you have not already done so, return to the P.O. **WRITER PLUS** Main Menu.

–    To access the Amendment Submodule, type **4**    **[ENTER]**

The Amendment Submodule Screen displays as shown below.



*Fig. 12-1. The Amendment Submodule Screen*

In this lesson you will be amending Purchase Order Number 2005 which you created in a previous lesson.

–    In the ENTER PURCHASE ORDER NUMBER field, type **2005**    **[ENTER]**

SAP_0803404

ePLUS0291906

The system retrieves P.O. 2005 from the History Files.



*Fig. 12-2. Review of Order*

Any order that currently exists in the History Files (POHDR.DAT & POLN.DAT) can be retrieved by placing the Order Number in the Amendment Submodule - REGARDLESS OF THE ORIGINAL ORDER TYPE.

(For example, you may want to amend a Request for Quote by adding the Vendor's response to the order.)

The system automatically displays the message:

      PRESS SHIFT-F5 TO REVIEW ADJUSTMENT

This message appears in the SYSTEM MESSAGE BAR when an adjustment (positive or negative) has been applied to the order. This message also appears in the P.O. CREATION (SIMILAR TO or from the HOLD FILE) and REPRINT Submodules when an adjustment is present.

This message will remain in the SYSTEM MESSAGE BAR until the order is CHECKED and the SYSTEM MESSAGE is cleared or another SYSTEM MESSAGE appears.

SAP_0803405

ePLUS0291907

The adjustment can be changed or deleted at any time during the amendment process by pressing SHIFT-F5. This prompts the system to display the Adjustment Window just as it did in the P.O. Creation Submodule.

– To display the Adjustment Window as shown below, press **SHIFT-F5**



*Fig.12-3. Reviewing The Adjustment Window*

If you wished to change the adjustment for this order you could do so now. For example purposes, DO NOT change the adjustment.

– To return to the Amendment Screen, press **Esc**

SAP_0803406

ePLUS0291908

– To review the Amendment Submodule HELP Screen as shown below, press **F1**



*Fig.12-4. Amendment Help Screen*

## NOTES:

– The FUNCTION KEYS have been programmed to move the cursor in exactly the same way in the Amendment Submodule as in the P.O. Creation Submodule.

– The Ship-Via and F.O.B. selection defaults are identical to those available in the P.O. Creation Submodule.

– The valid ORDER TYPES are N, and D (Cancellation).

– Valid FUNCTION TYPES are **P** (print), **U** (update), and **S** (spool) - ONLY!

**IMPORTANT:**    *You CANNOT place an order in the HOLD FILE from the Amendment Submodule.*

– To exit the HELP SCREEN, press **Esc**

SAP_0803407

ePLUS0291909

Using the TAB and FUNCTION KEYS, modify the QUANTITY and PRICE PER UNIT on line 002 as shown on the screen below. Remember, to CHECK your screen leave the FUNCTION field blank and press [ENTER].



*Fig. 12-5. Amending A P.O.*

—   To move the cursor to the FUNCTION field, press F4

—   To print the P.O., type P   **[ENTER]**

SAP_0803408

ePLUS0291910

The first amendment for Purchase Order Number 2005 looks as shown below:

*Fig. 12-6. Printed Copy of P.O. 2005 - Amended*

SAP_0803409

ePLUS0291911

*Tutorial*

## Major Points To Remember

☐ Header and line item information can be modified on an existing order using the Amendment Submodule. (Modify header information on page one only.)

☐ If an adjustment is associated with an order, the system will display the message **PRESS SHIFT-F5 TO REVIEW ADJUSTMENT** in the SYSTEM MESSAGE BAR when the order is displayed. Ignore the message if you do not wish to modify the adjustment, or display the Adjustment Window and modify the adjustment as required. The adjustment reminder message appears when appropriate in the Create, Reprint and Amendment Submodules.

☐ Additional items and description can be added to an order in the Amendment Submodule.

☐ Line items can be deleted from an order in the Amendment Submodule. If an entire line item (including the line number) is deleted, then the Open Purchase Order Record will also be deleted from the Receiving Module.

☐ Valid Order Types in the Amendment Submodule are N and D.

☐ Valid FUNCTION types in the Amendment Submodule are P (print), S (spool), and U (update). Orders CANNOT be placed in the HOLD File from the Amendment Submodule.

**NOTE:** *When an order is deleted, the Order Type is changed in the P.O. History File to D. Orders that have been assigned the Order Type D are NOT deleted from the History File. Because the system maintains an audit trail, you will be able to easily see the date that an order was deleted. (See Lesson 13, File List/Inquiry Submodule for more information.)*

*American Tech, Inc.*

SAP_0803410

ePLUS0291912

# 13.   File List/Inquiry Submodule

As you learned in Lesson 1 of this User's Guide, the 13 Master Files are the "foundation" of the P.O. WRITER PLUS system. You have also learned that P.O. WRITER PLUS allows you to add orders to the Hold and P.O. History Files.

In the following lesson you will learn how to perform inquiries and print the contents of the data files maintained by the system.

You will also be introduced to the "wildcard" feature. The wildcard feature allows you to substitute "!" for any character(s) in the STARTING WITH field in FILE INQUIRY. The wildcard can also be used in any STARTING WITH field throughout P.O. WRITER PLUS.

SAP_0803411

ePLUS0291913

If you have not already done so, use the Esc key to return to the Main Menu.

–    To select FILE LIST/INQUIRY, type **7**    **[ENTER]**

The FILE LISTING AND INQUIRIES Screen displays as shown.



*Fig. 13-1. File Listings And Inquiries Screen*

The FILE LISTINGS AND INQUIRIES Screen provides two methods of displaying data:

1.) FILE INQUIRIES – Provides access to a file view program. This allows the contents of the Item and Vendor Master Files to be reviewed on-screen. A summary of the orders currently in the Hold File can also be viewed.

2.) FILE LISTINGS – Provides you with a way to print the contents (total or partial) of any Master File and the P.O. History and Hold Files. A FILE LIST can also be directed to a file. This allows you to view or edit the FILE LIST on-screen. The resultant file can be printed using the Batch Print Submodule.

SAP_0803412

ePLUS0291914

## File Inquiries

As you will recall, the Item and Vendor Master Files can be viewed from within the
P.O. Creation and Amendment Submodules as well as by using the above screen.
You have also learned that the summary of the contents of the Hold File can be
viewed by using the P.O. HOLD selection on the screen shown below.

**NOTE:**   *File Inquiries have been demonstrated in previous lessons. This lesson will provide a quick
review and demonstrate the P.O. WRITER PLUS wildcard feature.*

–   To select FILE INQUIRIES, type 1   [ENTER]

The File Inquiries Screen displays as shown.



*Fig.13-2. File Inquiries Screen*

SAP_0803413

ePLUS0291915

—   To move the cursor to the ITEM - DESC. SORT STARTING WITH column, press TAB 3
    times

—   Type JAR   [ENTER]

The system displays a list as shown below.



*Fig. 13.3. Inquiry Of Item Master - Using Wildcard*

The system sorts the Item Master File's FIRST LINE OF DESCRIPTION. It then
displays any item whose second and third letters of description is AR - regardless of
the first letter.

For example, if your Item Master File contained items whose description starts with
BAR or JAR, these items would have displayed also.

—   To return to the FILE LISTINGS AND INQUIRIES Screen, press **Esc** twice

SAP_0803414

ePLUS0291916

## File Listings

Using the File Listings Selection Screen, you can print all or selected portions of information from any of your Master Files and the P.O. History File. You can also direct the output to a file. Output directed to a file can then be viewed or edited on-screen. These files can also be printed using the Batch Print Submodule.

– To select FILE LISTINGS, type **2** [ENTER]

There are two FILE LISTINGS Screens - the first is for the Item and Vendor files:



*Fig. 13-4. File List Screen For Items And Vendors*

SAP_0803415

ePLUS0291917

– To select other files, press **F9**

The FILE LISTINGS Screen displays for the remainder of the Master Files:



– To return to the Item/Vendor files screen, press **F10**

SAP_0803416

ePLUS0291918

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 136 of 261 PageID# 12960

The entire contents of a Master File can be printed - type a Y(es) in the ALL:Y=YES column next to the desired file.

*OR*

Type a FROM and TO range to print a segment of any Master File.

FOR EXAMPLE: If you wanted to print all Item Master Records for Item Numbers 1 through 20000, you would enter a 1 in the FROM column and 20000 in the TO column immediately to the right of the file name ITEM.

If you want to print a hard copy listing of all Vendors whose names begin with C, you would type the following:

          FROM                              TO

[ C                          ]        [ CZZZZZZZZZZZZZZZZZZ ]


REMINDER: The ASCII Collating Sequence is used by **P.O. WRITER PLUS**. (Refer to the appendix for additional information.)

SAP_0803417

ePLUS0291919

Say that you want to print a hard copy audit trail for Purchase Order Numbers 2002 and 2003.

– To select other files, press **F9**

– In the OUTPUT TYPE: Printer or File field, type **P**

Move the cursor to the P.O. HISTORY FILE - FROM field:

– Press **F5** 9 times

– Press **TAB**

– Type **2002**

– To move the cursor to the TO field, press **TAB**

– Type **2003**

The FILE LISTINGS Screen looks as shown below.



Check to make sure that your printer is on and has paper.

– To print a listing for Purchase Order Numbers 2002 and 2003, press   **[ENTER]**

SAP_0803418

ePLUS0291920

The printout of the listing looks as shown below:

```
06/01/93              PURCHASE ORDER MASTER                    PAGE:   1

NUMBER: 2002      DATE: 06/01/93
VENDOR:    12345      ORDER TYPE:    N     REFERENCE NO.: PKG-1000
BILL TO:   1          CONFIRM:       Y     ACCOUNT CODE:  G/L 1234567890
SHIP TO:   1          SHIP VIA:      J     TERMS:         NET 30
BUYER:     1          F.O.B.:        OL    REQUISITIONER: 1
AUTH. CODE: 1         INSTRUCTIONS: 1      REQ. NO.:      65783
BUYING CO.:           TAX TYPE 1:    N     USER-DEFINED-5:
DUE DATE:   06/15/93  TAX TYPE 2:          USER-DEFINED-6:
DEPARTMENT: 105       ADJUSTMENT:
NOTE: ATTENTION: SALES DEPARTMENT
=================================================================
RECORD: 001
LINE: 001                   QTY.:      2000.0000   ACCT:
ITEM: A1000                 PRICE:        .7800    REQ#:
DESC: CARTON 12 X 12 X 12   FACTOR:     1.0000     REQ'R:
DUE:   06/15/93             TAX 1:                 USER-7:
                            TAX 2:                 USER-8:

RECORD: 002
DESCRIPTION: WHITE KRAFT

RECORD: 003
DESCRIPTION: THIS IS ADDITIONAL

RECORD: 004
DESCRIPTION: INFORMATION TO DES-

RECORD: 005
DESCRIPTION: CRIBE ITEM NUMBER

RECORD: 006
DESCRIPTION: A1000


NUMBER: 2003      DATE: 06/01/93
VENDOR:    NAPC-1     ORDER TYPE:    N     REFERENCE NO.: PKG-2000
BILL TO:   1          CONFIRM:       Y     ACCOUNT CODE:  G/L 1234567890
SHIP TO:   1          SHIP VIA:      T     TERMS:         2/10 NET 30
BUYER:                F.O.B.:        CP    REQUISITIONER: F.LEWIS
AUTH. CODE:           INSTRUCTIONS:        REQ. NO.:      1467
BUYING CO.:           TAX TYPE 1:    N     USER-DEFINED-5:
DUE DATE:   06/15/93  TAX TYPE 2:          USER-DEFINED-6:
DEPARTMENT: 105       ADJUSTMENT:
NOTE:
=================================================================
RECORD: 001
LINE: 001                   QTY.:      2000.0000   ACCT:
ITEM: A1000                 PRICE:        .2500    REQ#:
DESC: CARTON 12 X 12 X 12   FACTOR:     1.0000     REQ'R:
DUE:   06/15/93             TAX 1:                 USER-7:
                            TAX 2:                 USER-8:
```

*Fig.13-5. Printed Copy of P.O. Master File Listing*

SAP_0803419

ePLUS0291921

## Major Points To Remember

☐ The File Listings Submodule provides you with a way to access ALL or SELECTED segments of information contained in your P.O. WRITER PLUS data files.

☐ The Item and Vendor Master Files can be viewed or listed by code (ITEM NUMBER or VENDOR NUMBER) or by description (ITEM DESCRIPTION or VENDOR NAME). If desired, Item Listings can be printed with their Extended Description

☐ The wildcard (!) can be substituted for any character(s), in any STARTING WITH field in P.O. WRITER PLUS.

☐ The ASCII Collating Sequence is used in P.O. WRITER PLUS.

☐ All records in a file can be printed by entering a Y in the ALL column.

☐ Selected records can be printed by using the FROM and TO columns.

☐ Although not specifically demonstrated, a single record can be printed by using the FROM column alone. (For example, you may want to print an audit trail for a single P.O. by entering the P.O. Number in the FROM field.)

SAP_0803420

ePLUS0291922

# 14.   Running Reports

## Comments

Reports in P.O. WRITER PLUS can be sent directly out to a printer, or written to a file. In the first part of this lesson reports are sent to the printer. The second part of this lesson details writing reports to a file.

Reports can also be run using the P.O. WRITER PLUS wildcard feature in any STARTING WITH field. (Introduced in *Chapter 13 - FILE LIST/INQUIRY SUBMODULE*)

For a complete list of P.O. WRITER PLUS reports, with examples, see Chapter 4.

To generate any report in the Purchasing Module, complete the following steps:

1. Select the TYPE (Dollar Commitments, Price Analysis, etc.) of report you wish to run from the Summary Reports Selection Menu.

2. Select the SPECIFIC report that you wish to run from the Report Menu.

3. Complete the report screen with the desired date range, *"codes"*, etc. (depending on which report you select). At the prompt "OUTPUT TYPE: Printer or File", type P or F   **[ENTER]**

4. Depending on the report you have selected, determine whether you want to run the report in Descending Dollar Sequence, or Totals Only (as opposed to detail).

5. If output is P(Printer), make sure that the printer is on. The printer must be capable of printing 132 characters across the page for most Purchase History Reports.

6. If you must halt a report during processing, press **CTRL-BREAK**

The amount of time required to complete a report depends greatly on the amount of data in your files.

In the following lesson you will create two hard copy reports.

Additional information regarding report options is provided in *Chapter 4 - Using P.O. WRITER PLUS*

**NOTE:**   *One of the reports that you will create in the following lesson will be 132 characters wide. Check your printer to make sure that it is on and has wide carriage paper in it. If you are using an 80 character printer, put the printer in compressed print mode (16.6 or 17 Characters Per Inch) to allow all 132 characters to print. (Refer to the User's Manual that came with your printer for additional data.) Otherwise, the report will "wrap around" and will be difficult to read.*

---

SAP_0803421

ePLUS0291923

If you have not already done so, return to the P.O. WRITER PLUS Main Menu.

– To select SUMMARY REPORTS - PURCHASING, type **5 [ENTER]**

The SUMMARY REPORTS Menu displays as shown.



*Fig. 14-1. Summary Reports Menu*

– To select the DOLLAR COMMITMENT reports, press **1** **[ENTER]**

The DOLLAR COMMITMENTS Menu displays as shown on the next page.

SAP_0803422

ePLUS0291924

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 142 of 261 PageID# 12966



*Fig.14-2. Dollar Commitment Reports*

To select DOLLAR COMMITMENTS - BY ITEM, type **4**   **[ENTER]**

SAP_0803423

ePLUS0291925

The DOLLAR COMMITMENTS - BY ITEM NUMBER Screen displays.

Say you want to run a Dollar Commitments by Item Number Report for all items in your data base from January 1, 1993 to the present.

– In the FROM field, type **010193**

– In the TO field, type **TODAY'S DATE**

– In the OUTPUT TYPE: PRINTER OR FILE field, type **P**

– The report can be run in Item or Descending Dollar sequence. In the DESCENDING DOLLAR SEQUENCE field, type **N**

– In the ALL ITEMS field, type **Y**

Your screen looks similar to the one below.



*Fig. 14-3. Dollar Commitment Report Screen*

Check to make sure that your printer is on and has paper.

– To begin processing, press   **[ENTER]**

SAP_0803424

ePLUS0291926

Your DOLLAR COMMITMENTS (PURCHASED) BY ITEM Report looks similar to the one shown below.

```
06/01/93                DOLLARS   PURCHASED              Page:  1
                           BY ITEM

                  FROM  01/01/93  TO  12/31/94

        ITEM       DESCRIPTION #1        DESCRIPTION #2        DOLLARS

       *OAK DESK                                              2,499.00
        A1000      CARTON 12 X 12 X 12   WHITE KRAFT          4,790.00
        A2000      CARTON 10" X 10" X    10" (STD. WHITE)       240.00




                                              TOTAL          7,529.00

                                     NUMBER OF ITEMS                3
```

*Fig.14-4. Printed Copy of Dollar Commitment Report*

**NOTE:**  *Asterisk Items will be displayed on the Dollar Commitments Report By Item. Asterisk Items appear before valid Item Numbers. Items are listed by Item Number (sorted using the ASCII Collating Sequence). An item's description is retrieved from the Item Master File. (Since Asterisk Items do not exist in the Item Master File, no description is displayed.)*

When the system has finished processing and sending the report to the printer, the System Message Bar displays:

REPORT  COMPLETED

–  To return to the SUMMARY REPORTS Menu, press **Esc** twice

SAP_0803425

ePLUS0291927

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 145 of 261 PageID# 12969

–   To display the PRICE ANALYSIS Menu, type **2**   **[ENTER]**



*Fig.14-5. Price Analysis Menu*

–   To display the PRICE ANALYSIS BY VENDOR screen, type **2**   **[ENTER]**

Say that you want to create a Price Analysis by Vendor Report. This report will be
for all vendors whose 5 character Vendor Number ends with 345. The wildcard (!)
feature can be used in the STARTING WITH field in place of the first 2 characters.

SAP_0803426

ePLUS0291928

– Use your **TAB** key to move the cursor from field to field and complete the screen as shown below.



*Fig. 14-6. Price Analysis Using Wildcards*

Make sure that the printer is on and has wide carriage (132 character) paper, or that your printer is set to compressed print mode.

**NOTE:** You can run a Price Analysis report and get detailed infomation, or request Totals Only!

Also, you can display and select vendors from a list. To select the vendor from a list, press SHIFT-F4. Select the method of display (by VENDOR NAME, NUMBER, ALL, or SELECTED). When the vendor list displays, press SHIFT-F3 to select the vendor. This allows you to run reports by vendor without knowing the Vendor Master code. This can be done for any report by vendor.

– To print the Price Analysis Report, press   **[ENTER]**

SAP_0803427

ePLUS0291929

The printed Price Analysis By Vendor Report looks similar to the one shown below.



*Fig.14-7. Printed Copy of Price Analysis Report*

SAP_0803428

ePLUS0291930

The Vendor's Number and name appear as part of the heading on the report. Each item that was purchased from that vendor during the time period specified will be printed (sorted by Item Number) and totalled. The STANDARD PRICE (eighth column from the left) is extracted from the Item Master File as the report executes. This number is used to calculate the variance and % variance. Asterisk Items are not included on Price Analysis Reports.

When the system finishes processing and sending the output to the printer, the SYSTEM MESSAGE BAR displays:

    REPORT  COMPLETED

– To return to the SUMMARY REPORTS MENU press **Esc** twice

SAP_0803429

ePLUS0291931

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 149 of 261 PageID# 12973

## Writing A Report To File

### Comments:

In the P.O. WRITER PLUS Reports Submodule, writing reports to a file allows for several advantages:

- You may view the report on-screen instead of waiting for a hard copy

- Edit the report to change headings, nomenclature, etc. (accomplished through the P.O. WRITER PLUS Utilities menu, described later in this manual)

- Batch Print a group of reports. The P.O. WRITER PLUS Batch Print feature puts your reports in a queue file, allowing full use of your system (except printing) while producing printed reports.

- Reports written to a file are stored on your hard disk, and can be removed by using the Reports Delete Utility described in the Utilities section of the System Administrator's Guide.

Previously, all output was directed to the printer. In this part of the lesson, you will direct the same reports to a file.

SAP_0803430

ePLUS0291932

If you have not already done so, return to the P.O. WRITER PLUS Main Menu.

– To access the Summary Reports Submodule, type 5    [ENTER]

– To access the Price Analysis Menu, type 2    [ENTER]

– To select Price Analysis By Vendor, type 2    [ENTER]

You will run the same report as earlier in the lesson, but direct the output to a file.

Edit your screen as shown below. Substitute the TO: date with TODAY'S date.

In the field OUTPUT TYPE: PRINTER OR FILE [ ] an F has been typed to direct the report to a file.



*Fig.14-8. Directing A Report To A File*

– To process the report, press   [ENTER]

The Price Analysis By Vendor Report displays. The ARROW KEYS and PAGE DOWN keys are active to allow for scrolling through the report. If a report contains more information than fits on one screen, these keys are used to view the full report.

SAP_0803431

ePLUS0291933

In the P.O. **WRITER PLUS** Reports Submodule, a Help Window is available which shows the active keys and their functions:

–   To return to the Price Analysis By Vendor Screen, press **Esc**

–   To display the Help Window as shown below, press **F1**



*Fig.14-9. Help Screen For Reports*

–   To close the Help Window, press **Esc**

–   To return to the Price Analysis Reports Menu, press **Esc**

SAP_0803432

ePLUS0291934

Once a report is written to a file, P.O. WRITER PLUS allows you to view that report on-screen.

– To select BY VENDOR, type **2**   [ENTER]

The menu has the additional message:

    REPORT ALREADY EXISTS

The date that the report was generated also displays, as shown below.



*Fig. 14-10. Report Already Exists Prompt*

– To view the report, press **SHIFT-F2**

The same keys listed in the Help Window are active, allowing you to view the full report.

– To return to the Main Menu, press **Esc**

---

SAP_0803433

ePLUS0291935

## Batch Printing Reports

P.O WRITER PLUS allows you to Batch Print reports that are written to a file.

– To select BATCH PRINT, type **8**   **[ENTER]**

– To select REPORT FILES, type **6**   **[ENTER]**

As shown below, the report written to a file in the Reports Submodule is listed in the menu. The menu also displays the report type (which P.O. WRITER PLUS module the report was created in); a description of the report; the date the report was created; and the size of the file.

Make sure your printer is on and has paper.



*Fig.14-11. Batch Print Screen*

– To put the Price Analysis By Vendor Report in the print queue, type **Y** in the PRINT field

– To move the cursor to the FUNCTION field, press **F4**

– To print the reports, type **P**   **[ENTER]**

You may get the following DOS prompt :

          NAME OF LIST DEVICE: [PRN]

– If you get the above prompt, press  **[ENTER]**

P.O. WRITER PLUS *"dumps"* the report file into the queue, and returns you to the PRINT REPORT FILES Menu. While your printer is processing the reports, your computer is now free for all functions (with the exception of printing).

SAP_0803434

ePLUS0291936

## Major Points To Remember

☐ Reports can be either printed or written to a file by entering a "P" or "F" respectively in the **OUTPUT TYPE: PRINTER OR FILE** Field.

☐ Reports can be generated by:

– Select the TYPE (Dollar Commitments, Price Analysis, etc.) of report you wish to run from the Summary Reports Selection Menu.

– Select the SPECIFIC report that you wish to run from the Report Menu.

– Complete the report screen with the desired date range, *"codes"*, etc. (depending on which report you select). At the prompt "OUTPUT TYPE: Printer or File", type P or F  **[ENTER]**

– When applicable, select DESCENDING DOLLAR SEQUENCE, or TOTALS ONLY.

– If output is P(rinter), make sure that the printer is on. The printer must be capable of printing 132 characters across the page for most Purchase History Reports. Select report TYPE.

☐ Most P.O. WRITER PLUS Purchasing Module Reports can be run to ALL or SELECTED codes within a date range that is specified by the user.

☐ Reports written to a file can be viewed on-screen.

☐ Reports written to a file can be edited using the P.O. **WRITER PLUS** Utilities option.

☐ Reports written to a file can be printed using the Batch Print option. This allows you to print reports without tying up the computer for a lengthy period of time.

☐ The wildcard (!) can be substituted for any character(s), in any STARTING WITH field in P.O. **WRITER PLUS**.

☐ If you must halt a report from processing, press **CTL-BREAK**.

SAP_0803435

ePLUS0291937

SAP_0803436

ePLUS0291938

# 15.   Adding Extended Description

## Comments

In previous lessons, you have seen that extended description can be typed directly in the DESCRIPTION field while creating or amending a Purchase Order. (Extended description is any description beyond that entered in the 2 DESCRIPTION fields in the Item Master)

In this lesson, you will learn 3 more methods of adding extended description:

### 1. EXTENDED DESCRIPTION WINDOW

The Extended Description Window allows for the addition of up to 400 additional characters.

### 2. TEXT FILE INTERFACE

P.O. WRITER PLUS allows you to supply extended item descriptions, instructions, and an unlimited number of standard clauses with text files. A text file MUST be in ASCII (American Standard Code for Information Interchange) format. You can create your text files with any word processor or editor that has the capability of creating ASCII files.

### 3. FREE FORM TEXT WINDOW

Another way to add extended text to a P.O. is through the Free Form Text Window. This window can be used to add description for Item Master files, *and* "*" items.

The Free Form text window allows up to 4000 characters of description, and provides word wrapping. Also, depending upon the P.O. WRITER PLUS Print Option you have selected, the Free Form text window can be 20 or 40 characters wide. This is defined in the Configuration File.

In the first part of this lesson, description will be added using the Extended Description Window.

SAP_0803437

ePLUS0291939

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 157 of 261 PageID# 12981

## Extended Description Window

The Extended Description Window allows for the addition of up to 400 additional characters. The Extended Description Window provides a word wrap feature, making it easy to use. Description added in this window can be printed on the P.O., or used for reference only. The size of the Extended Description Window can be defined in the Configuration File. The default size of the window is 10 lines of 40 characters. It can be changed to 20 lines of 20 characters. The Extended Description Window is accessible from the Item Master File, or directly while creating a Purchase Order.

**NOTE:**   *Although the size of the Extended Description Window can be changed in the Configuration File, you should determine your preference before using this feature. Changing the size in the Configuration File after text has been added will cause irregular line breaks!*

SAP_0803438


ePLUS0291940

If you have not already done so, return to the P.O. WRITER PLUS Main Menu.

– To select FILE MAINTENANCE, type **6**   **[ENTER]**

The FILE MAINTENANCE Menu displays.

– To select ITEM FILE, type **1**   **[ENTER]**

Extended description will be added for Item A1000

– To display the Item Master, type **A1000**   **[ENTER]**

– To access the ADDITIONAL DATA window, press **F4**

The ADDITIONAL DATA window displays as shown below.



*Fig. 15-1. Additional Data Window*

SAP_0803439

ePLUS0291941

– To access the Extended Description Window, press   **[ENTER]**

Fill in the Extended Description Window as shown below:



*Fig.15-2. Extended Description Window*

At the bottom of the window is a prompt:

PRINT ON P.O.?   [   ]     Y or N

Information added in this window can be used for reference only (by typing N), or it can be printed on the Purchase Order (by typing Y).

In this example, you will be telling the system that you wish to print the extended description on the Purchase Order.

After you have finished typing the extended description for A1000:

– To move the cursor to the bottom of the window, press **F4**

– In the Print On P.O. field, type **Y**

– To save your changes and close the window, press **Esc**

– With SAVE CHANGES highlighted, press   **[ENTER]**

The extended description is now saved, and is added to Item A1000.

– To return to the Main Menu, press **Esc**

SAP_0803440

ePLUS0291942

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 160 of 261 PageID# 12984

You will now create a new P.O. for Item A1000, including the extended description that was entered in the Item Master.

- To select P.O. CREATE, type 1   **[ENTER]**

- In the ENTER ITEM NUMBER field, type A1000   **[ENTER]**

The PURCHASE ORDER HISTORY card displays, showing the last 10 purchases of this item.



*Fig.15-3. P.O. History Card For A1000*

- In the ENTER VENDOR NUMBER field, type 12345   **[ENTER]**

---

SAP_0803441

ePLUS0291943

The Purchase Order Creation Screen displays. Notice in the screen below that a Y
appears in the bar between the DESCRIPTION and U/M fields. This indicates:

1. Text has been added in the EXTENDED DESCRIPTION field for Item A1000.

2. A Y was entered in the Print on P.O. field in the Extended Description Window.

If an N was entered in the Print on P.O. field in the Extended Description Window,
an N would appear in this bar. This indicates that text has been added in the
Extended Description Window *for reference only*.



*Fig.15-4. Extended Description Indicated*

Also notice that the description added in Lesson 2 still appears in the DESCRIP-
TION field. If necessary, all 3 methods of adding description can be used on the
same item.

SAP_0803442

ePLUS0291944

The Extended Description Window can be accessed like any other Master File while creating a P.O.

– In the P.O. NO. field, type 2010

– To move the cursor to the DESCRIPTION field, press **F5**

– To open the Extended Description Window, press **SHIFT-F4**



*Fig.15-5. Extended Description Access in P.O. Create*

At this point you have several options:

1. You can simply review the windows contents, and close it.

2. The contents of the window could be edited.

3. The Print on P.O. specification could be changed to N, so that the EXTENDED DESCRIPTION in this window would not print on the P.O.

At this point, the Extended Description Window could be used to add description to an Item for the first time. This extended description is then saved with the Item the same as if it were entered in the Item Master File.

– To close the Extended Description Window, press **Esc**

– To move the cursor to the FUNCTION field, press **F4**

– To print the P.O., type **P**   **[ENTER]**

---

SAP_0803443

ePLUS0291945

Your printed P.O. looks as follows:

*Fig.15-6. Printed P.O 2010 With Extended Description*

Notice that the text typed in the Extended Description Window is printed above the text that was typed directly in the DESCRIPTION field.

If even more extended description is required, a text file can still be added to this Purchase Order.

SAP_0803444

ePLUS0291946

## The Text File Interface

P.O. WRITER PLUS allows you to supply extended item descriptions, instructions, and an unlimited number of standard clauses with text files. A text file MUST be in ASCII (American Standard Code for Information Interchange) format*. You can create your text files with any word processor or editor that has the capability of creating ASCII file output.

Text files can be stored in the same subdirectory as P.O. WRITER PLUS, in another subdirectory, or even on diskette. You may have and use as many text files as you need, with the only limit being available disk space.

In this lesson you will learn two ways to access text files from within the P.O. WRITER PLUS system. You will also learn how to use the text file feature in both the P.O. Creation and Amendment Submodules.

**NOTE:**   *P.O. WRITER PLUS comes with a "default editor" which will be used in the following lesson. The "default" can be changed so that you can access any editor or word processing package from within the P.O. WRITER PLUS system. (The editor or word processing package must take less than 256K of RAM.) Changing system defaults is discussed in the System Administrator's Guide.*

IMPORTANT - If a file is NOT in ASCII format, you will notice that the system will display *"unique"* characters (the "club" symbol, musical notes, etc.) on your monitor when you attempt to view the text file. ASCII files have been *"stripped"* of *"unique"* characters and will be easy to read.

   – If you have not already done so, return to the P.O. WRITER PLUS Main Menu.

In this lesson you will be creating and amending a Purchase Order for Item Number B1234567, a 30" x 30" x 30" brown carton. Since Item Number B1234567 does not currently exist in the Item Master File, add this item to the Item Master File through the File Maintenance Submodule.

SAP_0803445

ePLUS0291947

– To select FILE MAINTENANCE, type **6**   **[ENTER]**

– To select ITEM FILE, type 1   **[ENTER]**

– Enter the Item Master record for B1234567 as shown below.



*Fig.15-7. Item Master For B1234567*

– When you are done typing the information above, press **Esc**

– To highlight SAVE AND EXIT, press **TAB**

– Press   **[ENTER]**

– Use the Esc key to return to the Main Menu

– To select P.O. CREATE, type **1**   **[ENTER]**

– In the ENTER ITEM NUMBER field, type **B1234567**   **[ENTER]**

The PURCHASE ORDER HISTORY Card displays.

– In the ENTER VENDOR NUMBER field, type **NAPC-1**   **[ENTER]**

The P.O. CREATION Screen displays.

SAP_0803446

ePLUS0291948

– Using your **TAB** and **FUNCTION KEYS**, complete your screen so that it looks as follows

Remember to CHECK your Purchase Order.



*Fig. 15-8. Purchase Order Creation - P.O 2011*

Say that you want to include information on this new order from a text file which contains specifications for Item Number B1234567. In this example the text file has been named B1234567 for easy reference.

**P.O. WRITER PLUS** allows you to reference one or more text files when creating an order. Text files can be used on any type of order (New, Blanket, Release, Contract, Request for Quote, or Cancellation). As mentioned earlier, the text file MUST be an ASCII file. The text file(s) can be created using any line editor or word processing package capable of creating an ASCII file.

**P.O. WRITER PLUS** comes with a default text editor. In the final lesson of this Tutorial you will learn how to change this default so that you can easily access your favorite word processing package directly from the P.O. WRITER PLUS P.O. Creation and Amendment Submodules.

In this lesson, however, you will be using the default editor and two ASCII files that were created for your use with this Tutorial. These two files were included on your **P.O. WRITER PLUS** disks and were placed on your hard disk - in your subdirectory called \POWRITER - when you installed the system.

SAP_0803447

ePLUS0291949

For example purposes, say that you want to review the text file called B1234567 before including it on the final printed Purchase Order.

– To display the following message, press **SHIFT-F1**



```
             TYPE THE NAME OF THE ASCII TEXT FILE
                 THEN PRESS THE ENTER KEY
```

*Fig.15-9. System Prompt For Text File Review*

The system prompts you to type the name of the ASCII text file.

– Type **B1234567    [ENTER]**

SAP_0803448

ePLUS0291950

The system displays the contents of the text file - FOR REVIEW ONLY. Your screen looks as follows.



SPECIFICATION FOR NUMBER: B1234567

30" x 30" x 30", BROWN FOLDING CARTON,
DOUBLE WALL THICKNESS.  PRINT LOGO USING
PMS-92 STANDARD RED.  USE BLACK INK FOR
COMPANY NAME, DIVISION NAME, ADDRESS, ZIP,
ETC.  INDICATE WITH ARROWS ON BOTH SIDES OF
CARTON "THIS END UP".  USE PMS-92 STANDARD
RED FOR ARROWS AND VERBAGE.

END OF TEXT FILE: PLEASE PRESS ENTER KEY

*Fig.15-10. Text File B1234567 Diplayed For Review*

–     To return to the P.O. Creation Screen, press    **[ENTER]**

Complete the following steps to include the text file named B1234567 on Purchase Order Number 2011.

–     To move the cursor to the DESCRIPTION field, press **F5**

–     To move the cursor to the first blank line in the DESCRIPTION field, press **F5** twice

SAP_0803449

ePLUS0291951

–   Type ^B1234567

The "^" character is referred to as a caret. A caret is typed by pressing SHIFT-6
on your regular keypad.

Your DESCRIPTION field looks as shown below.



*Fig.15-11. Description Field With Text File Name*

–   To move the cursor to the FUNCTION field, press **F4**

–   Type P   **[ENTER]**

SAP_0803450

ePLUS0291952

Your printed Purchase Order Number 2011 with text file B1234567 looks as follows:

*Fig.15-12. Printed Copy Of P.O. 2011, With Text File*

SAP_0803451

ePLUS0291953

## Multiple Text Files On A P.O.

As mentioned earlier, multiple text files can be added to an order. Also, they can be used along with the Extended Description Window. There is no predefined limit to the number of text files that can be added to an order. The only limitation you need to be aware of is that P.O. **WRITER PLUS** will not print an order that is greater than 99 PAGES long.

Complete the following steps to add another text file to Purchase Order Number 2011. The new text file is named POLICY.

— To return to the Main Menu, press **Esc**

— To select P.O. AMENDMENT, type **4**    **[ENTER]**

— In the PURCHASE ORDER NUMBER field, type **2011**    **[ENTER]**

The P.O. Amendment Screen displays.

**NOTE:**    *If you wish to review the text file called POLICY before adding it to your order, press* **SHIFT-F1**. *Follow the instructions displayed on the screen to complete the review process.* **SHIFT-F1** *works the same way in the Amendment Submodule as in the P.O. Create Submodule.*

— Using the **TAB** and **FUNCTION KEYS**, edit your screen so that it looks as follows:



*Fig.15-13. Multiple Text Files*

Check to make sure that your printer is on and has paper.

−   To print your first Amendment to Purchase Order Number 2011, type **P** **[ENTER]**

Your printed Purchase Order Number 2011 looks as follows:

*Fig. 15-14. Printed Copy of P.O. 2011, With 2 Text Files*

SAP_0803453

ePLUS0291955

To this point you have learned that pressing SHIFT-F1 allows you to ACCESS and DISPLAY an ASCII text file that exists outside of P.O. WRITER PLUS. (By this we mean that the text file is a unique file and is not part of any P.O. WRITER PLUS Master (data) File.)

The two ASCII text files that you have used exist in the same subdirectory with the P.O. WRITER PLUS Programs and data files. As you will recall the subdirectory name is \POWRITER.

Text files DO NOT have to be maintained in the \POWRITER subdirectory in order for them to be used by the system. In fact, from a file and disk maintenance standpoint it is probably better if your text files are placed in a separate subdirectory. (Refer to your DOS Manual for additional information regarding subdirectories.)

If you choose to adopt the approach of maintaining a separate subdirectory for text files, REMEMBER that you must include a path statement before your text file name so that P.O. WRITER PLUS (and your line editor) can locate the file on your hard disk.

For example, say that your specification file called B1234567 was located in a subdirectory called \TEXTFILE. If you want to review B1234567 from the P.O. Create or Amendment Submodule, you would press SHIFT-F1. When the systems prompt for a file name you would type:

\TEXTFILE\B1234567

instead of B1234567 which you have used to this point.

**NOTE:**   *Keep subdirectory and file names as BRIEF as possible. The combination of the subdirectory name, "\" characters, and file name should NOT exceed 19 characters in total. (In the above example a total of 18 characters were used. By this example you can see that it is easy to consume characters quickly!)*

SAP_0803454

ePLUS0291956

## Using The P.O. WRITER PLUS Text Editor

In addition to simply accessing and reviewing a text file from the P.O. Creation and Amendment Submodules you can also create, edit, and delete ASCII text files.

Complete the following steps to learn how to use the text editor feature of **P.O. WRITER PLUS.**

- Use the **Esc** key to return to the Main Menu.

- To select P.O. CREATE, type **1**   **[ENTER]**

- In the ENTER ITEM NUMBER field, type **B1234567**   **[ENTER]**

The P.O. History Card displays.

- In the ENTER VENDOR NUMBER field, type **NAPC-1**   **[ENTER]**

The P.O. Creation Screen displays.

- To access the text editor, press **SHIFT-F2**

The program begins executing and the following displays on your screen:



```
TYPE THE NAME OF THE ASCII TEXT FILE
  TO BE CREATED OR EDITED USING ED
     THEN PRESS THE ENTER KEY
```

*Fig.15-15. Accessing The P.O. WRITER PLUS Editor*

**NOTE:**   *If the program returns to the P.O. Create Screen, make sure that the DOS file COMMAND.COM is located in the same subdirectory as P.O. WRITER PLUS.*

SAP_0803455

ePLUS0291957

—   Type B1234567   [ENTER]

The system accesses the P.O. WRITER PLUS text editor and displays the text file as shown below.



*Fig. 15-16. Reviewing Text File B1234567*

—   To display the Help Screen for the P.O. WRITER PLUS text editor, press F1

SAP_0803456

ePLUS0291958

The **P.O. WRITER PLUS** text editor employs the same commands and keystroke combinations commonly used in most popular word processors.



*Fig.15-17. P.O. WRITER PLUS' Text Editor Help Screen*

– To exit the text editor's Help Screen, press **ANY KEY**

Notice in the Help Screen, the **ALT-X** key combination is for "QUIT SESSION".

– To leave the text editor and return to the Purchase Order Screen, press **Alt-X**

---

SAP_0803457

ePLUS0291959

Using the **TAB** and **FUNCTION KEYS**, edit your P.O. Creation Screen so that it
looks as follows.



*Fig. 15-18. Adding A Text File To A P.O.*

– To move the cursor to the FUNCTION field, press **F4**

– To print P.O. Number 2008, type **P**    **[ENTER]**

SAP_0803458

ePLUS0291960

P.O. 2008 containing text file B1234567 looks as shown below.

```
                              ** P U R C H A S E   O R D E R **

                              P.O. NUMBER:  2008
                                     DATE:  06/01/93
                                  PAGE NO:  1
                               ORDER TYPE:  NEW
-------------------------------------------------------------
VENDOR NO: NAPC-1        SHIP VIA: JIM'S TRUCKING      F.O.B.: OUR PLANT
-------------------------------------------------------------
VEND: NORTH AMERICAN PACKAGING      SHIP TO: OUR COMPANY HERE
      CORPORATION                            OUR DIVISION OR LOCATION
      9045 AMERICAN WAY AVE.                 OUR STREET HERE
      SUITE 3                                OUR CITY HERE        OS 12345
      ST. LOUIS          MO 45678            USA
      USA
NOTE: ATTENTION: SALES DEPARTMENT
-------------------------------------------------------------
TERMS: 2/10 NET 30          TAX-1: NO   |D|
                                        |I| OUR COMPANY NAME
ACCT:  G/L 1234567890        TAX-2:     |L| OUR DIVISION NAME HERE
                                        |L| OUR STREET ADDRESS
DEPT:  105        DUE DATE: 06/15/93     | | OUR TOWN            OS 12345
                                        |T| USA
REF #: PKG-1000      CONFIRM:  YES      |O|
-------------------------------------------------------------
LN  | ITEM NUMBER  |  DESCRIPTION   | U/M | QUANTITY | PRICE PER
001 | B1234567     | CARTON: 30" X 30" X | EA |   5000 |   .2900
    |              | 30" (STD. BROWN)    |    |        |
                     SPECIFICATION FOR NUMBER: B1234567

                     30" X 30" X 30", BROWN FOLDING CARTON,
                     DOUBLE WALL THICKNESS.  PRINT LOGO USING
                     PMS-92 STANDARD RED.  USE BLACK INK FOR
                     COMPANY NAME, DIVISION NAME, ADDRESS, ZIP,
                     ETC.  INDICATE WITH ARROWS ON BOTH SIDES OF
                     CARTON "THIS END UP".  USE PMS-92 STANDARD
                     RED FOR ARROWS AND VERBAGE.

-------------------------------------------------------------
REQUISITIONER: SUE WARNER    REQ. NO: 901227  | PAGE TOTAL    1450.00
                                              |
SPECIAL INSTRUCTIONS: ALL MATERIAL MUST BE    |
                      INSPECTED.              |
                      SEND INVOICES TO ACCTS.  --------------------------
                      PAYABLE IN TRIPLICATE.  | P.O. TOTAL    1450.00
BUYER: ED SNYDER                    AUTHORIZATION: BOB THOMPSON

X _____              X _____
```

*Fig.15-19. Printed Copy of P.O. 2008 With Text File*

SAP_0803459

ePLUS0291961

If the text file called B1234567 had been located in a subdirectory called \TEXTFILE, then your P.O. Creation Screen would have looked as follows:



*Fig. 15-20. Importing A Text File From A Subdirectory*

**REMINDER:**

Keep subdirectory and file names BRIEF. You can see in the above example that the combination of the caret " ^ ", the backslash "\", the subdirectory name, and the file name almost exceeded the 20 character limit.

SAP_0803460

ePLUS0291962

## Major Points To Remember - Extended Description Window

☐ The Extended Description Window allows for the addition of up to 400 additional characters.

☐ The Extended Description Window provides a word wrap feature, making it easy to use.

☐ Description added in this window can be printed on the P.O., or used for reference only.

☐ The size of the Extended Description Window can be defined in the Configuration File. The default size of the window is 20 lines of 20 characters. It can be changed to 10 lines of 40 characters.

☐ The Extended Description Window is accessible from the Item Master File, or directly while creating a Purchase Order.

SAP_0803461

ePLUS0291963

## Major Points To Remember - Text File Interface

☐ A text file may be any ASCII file.

☐ You can review a text file while creating or amending an order by pressing **SHIFT-F1**.

☐ You can also create, review, or update a text file while creating or amending an order by pressing **SHIFT-F2**.

☐ P.O. WRITER PLUS comes with a default text editor. The default can be changed.

☐ ASCII text files can be stored in the \POWRITER subdirectory, in another subdirectory, or on diskette.

☐ An ASCII text file (or multiple text files) can be used on an order regardless of the Order Type.

☐ An ASCII text file (or multiple text files) can be added to an order by preceding the file name with the caret ("^") character.

☐ The complete file name, including the "^", must fit in the DESCRIPTION field (on the P.O. Screen). This limits you to 19 characters for the name. This includes any disk identifier or subdirectory name.

☐ ASCII text files can be added in the description field at any time (in the middle of an item's description, in between line items, after the last line item on the order, etc.)

☐ Although not specifically demonstrated, it is important to know that the system does NOT check to make sure that a text file that you added to an order exists until you input a P or S and press the enter key.

☐ If the text file cannot be found when it is time to print or spool your order, you will receive an error message in the System Message Bar indicating which text file cannot be located. Correct the problem (create the file, include a path name, etc.) and try to print the order again. The order is not written to the P.O. History File (or printed) until all text file names are correct.

If you cannot fix the problem immediately, you can place the order in the HOLD File from the P.O. Creation Submodule until the problem can be resolved.

SAP_0803462

ePLUS0291964

## Free Form Text Window

Another way to add extended text to a P.O. is through the Free Form Text Window. This window can be used to add description for Item Master files, *and* "*" items. Through this window you can create text templates.

The Free Form text window allows up to 4000 characters of description, and provides word wrapping. Also, depending upon the P.O. WRITER PLUS Print Option you have selected, the Free Form text window can be 20 or 40 characters wide. This is defined in the Configuration File.

Text added in the Free Form text window differs from text added in the Extended Description window in that it is *not* tied to the Item Master File. It is tied directly to the P.O. This will be explained in further detail later in this lesson.

SAP_0803463

ePLUS0291965

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 183 of 261 PageID# 13007

If you have not already done so, return to the **P.O. WRITER PLUS** Main Menu.

–   To select P.O. Create, type 1   [ENTER]

–   In the ENTER ITEM NUMBER FIELD, type *OAK DESK   [ENTER]

**NOTE:**    *Remember, "*" items should only be used for 1-time purchases!*

The P.O. Creation Screen displays.

–   Fill in the P.O. information as shown below.



*Fig. 15-21. P.O. Create Screen*

–   To move the cursor to the DESCRIPTION field, press **F5**

–   To move the cursor down 1 line, press **F5**

–   Press **CTRL-F4**

SAP_0803464

ePLUS0291966

The FREE FORM text window displays as shown below.



*Fig. 15-22. Free Form Text Window*

**NOTE:**    *The Free Form text window should be opened on the first available line of blank description!*

— Type text In the Free Form text window as shown on the following page

SAP_0803465

ePLUS0291967

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 185 of 261 PageID# 13009



*Fig.15-23. Adding Text In The Free Form Text Window*

- Press **Esc**

- To save your entry, press   **[ENTER]**

A window displays prompting you to name the text file. At this time you can enter
a name for the file, or let the system assign one for you. If you choose to let the
system assign the name, a 6 digit file name is assigned. The system assigns numbers
starting with 000001. The system automatically assigns the next available number.

- To name the file, type DESK   **[ENTER]**

SAP_0803466

ePLUS0291968

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 186 of 261 PageID# 13010

The Free Form text window closes, and the DESCRIPTION field now contains the name of the file as shown below.



*Fig.15-24. Text Filename In Description Field*

- To move the cursor to the FUNCTION field, press F4

- To print the P.O., type P   [ENTER]

SAP_0803467

ePLUS0291969

The printed P.O. looks as shown below.

```
                              ** P U R C H A S E   O R D E R **

                                   P.O. NUMBER:  2090
                                          DATE:  06/01/93
                                       PAGE NO:   1
                                    ORDER TYPE:  NEW

VENDOR NO: 12345         SHIP VIA:
                                                F.O.B.:

VEND: BEST BUY SUPPLY               SHIP TO:
      BROWN BOX DIVISION
      692 HANOVER ST.
      CLEVELAND       OH 44112
      US

NOTE:

TERMS: NET 30           TAX-1:    |B|
ACCT:                   TAX-2:    |I|
                                  |L|
DEPT:              DUE DATE: 06/15/93   |T|
REF #:             CONFIRM:  NO    |O|

LN |  ITEM NUMBER   |    DESCRIPTION    | U/M | QUANTITY |  PRICE PER
001  *OAK DESK       | EXECUTIVE OAK DESK | EA  |    1    |   1459.0000
                     | THIS IS ADDITIONAL INFORMATION ADDED
                     | THROUGH THE FREE FORM TEXT WINDOW.

REQUISITIONER:                REQ. NO:     | PAGE TOTAL    1459.00
SPECIAL INSTRUCTIONS:
                                           | P.O. TOTAL    1459.00
BUYER:
                        AUTHORIZATION:
X _____     X _____
```

SAP_0803468

ePLUS0291970

The Free Form text file named DESK can be recalled on a new P.O. It can be used as is, or modified and resaved.

– To exit the P.O. Creation Screen, press ESC

– In the ITEM NUMBER field, type *MAPLE DESK   [ENTER]

Fill in the P.O. information as shown below.



*Fig. 15-25. P.O. Creation Screen*

– To move the cursor to the DESCRIPTION field, press F5

– To move the cursor down one line, press F5

– In the DESCRIPTION field, type *TEXT DESK

– To open the Free Form text window and display the text file DESK, press CTRL-F4

SAP_0803469

ePLUS0291971

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 189 of 261 PageID# 13013

The file can be used as is, or modified.

– Modify the file as shown below.



*Fig. 15-26. Modifying Free Form Text*

– After making the changes, press **ESC**

The system prompts SAVE CHANGES/DON'T SAVE CHANGES.

– To save changes, press   **[ENTER]**

The system prompts for a filename.

– Type **DESK-MAPLE**   **[ENTER]**

– To move the cursor to the FUNCTION field, press **F4**

– To print the P.O., type **P**   **[ENTER]**

SAP_0803470

ePLUS0291972

## Additional Information Regarding the Free Form Text Window

As stated earlier, text added in the Free Form window is tied directly to the P.O. This means that 2 or more text files can share the same name, but the contents may differ. Although text files can share the same name, each one is a unique file. This is because they are tied to the P.O. number.

When using a previously created Free Form text file on a new P.O., the contents may differ from what you expect. If a Free Form text files appears on more than one P.O., the content is always pulled from the P.O. with the highest number!

A list of Free Form text files, and their contents, can be viewed through FILE LIST/INQUIRIES.

–   Return to the P.O. **WRITER PLUS** Main Menu

–   To select FILE LIST/INQUIRY, type 7    [ENTER]

The FILE LIST/INQUIRIES Menu displays as shown.



*Fig.15-27. File List/Inquiry Menu*

–   To select FILE INQUIRIES, type 1 .   [ENTER]

SAP_0803471

ePLUS0291973

Free Form text files can be displayed by filename, or by P.O. Number.

*Fig.15-28. File Inquiry Screen*

- In the DISPLAY ALL column for FREE FORM TEXT - BY NAME , type Y   [ENTER]

SAP_0803472

ePLUS0291974

A list of all Free Form text files displays.

**NOTE:**    *The list of text files is displayed in order by TEXT NAME, using the ASCII Collating Sequence (for more information regarding the ASCII Collating Sequence, see Apendix B).*

In the example below, several text files have the name DESK. They are made unique by the P.O. number displayed in the first column. Each file named DESK actually contains different description.



*Fig. 15-29. List of Text Files*

The contents of a text file can be displayed:

−    To highlight the text file press **TAB**

−    To view the file, press **SHIFT-F4**

SAP_0803473

ePLUS0291975

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 193 of 261 PageID# 13017

The Free Form text window opens as shown below.



*Fig.15-30. Reviewing Contents of Text File*

Text files can be viewed, but not edited in the Inquiry Screen.

SAP_0803474

ePLUS0291976

## Major Points To Remember - Free Form Text Window

☐ The Free Form text window can be used to add description to both Item Master and "*" items.

☐ The Free Form text window allows up to 4000 additional characters of description, and provides word wrapping.

☐ The Free Form text window can be set to 20 or 40 characters wide, depending upon your P.O. WRITER PLUS Print Option.

☐ Text files can be given a name, or the system will assign a six digit filename for you.

☐ Two or more text files can share the same name, but their contents may differ. This is because Free Form text files are tied directly to the Purchase Order.

☐ If a Free Form text file with the same name appears on more than one P.O., the content is always pulled form the P.O. with the highest number.

☐ A list of Free Form text files, and their contents, can be viewed through FILE LIST/INQUIRIES.

☐ Free Form text files are deleted with the Purchase Order. This is accomplished using UTILITIES.

SAP_0803475

ePLUS0291977

SAP_0803476

ePLUS0291978

# 16.   Using The Line Window

## Comments

There may be times when one or more items on your P.O. may require different information than that contained in the "header" of the Purchase Order. For example, you may wish to charge a different Account Code for a particular item. Information entered in the Line Window over-rides the header information. This allows you to enter different information for each item on your Purchase Order.

The P.O. WRITER PLUS Line Window can be used for any or all Line Items on a Purchase Order.

The P.O. WRITER PLUS Line Window Fields are:

- DUE DATE

- ACCOUNT #

- REQ. #

- REQ ID

- DEPT. #

- TAX-1

- TAX-2

- FRACTIONAL QTY. - If you must order a FRACTIONAL quantity of an item, this field is used instead of the QUANT field on the P.O. CREATION screen.

- The TAX-1 AND TAX-2 fields are used when some of the Line Items on the P.O. have tax applied, while others don't; or when items have varying tax amounts applied.

There are also 2 USER DEFINED FIELDS available. These are defined in the P.O. WRITER PLUS Setup File.

NOTE:    *The Print Option that you have selected determines if the information in the Line Window is printed on the Purchase Order. Your Print Option may not print any or all of the entry in the Line Window Fields. If this is the case, the Line Window can be used for reference only!*

---

*American Tech, Inc.*

SAP_0803477

ePLUS0291979

In an earlier lesson, you created a multiple line P.O. and assigned it Number 2005. In this lesson, you will create a P.O. using the SIMILAR TO feature, and use the Line Window to change the information for one of the items.

If you have not already done so, return to the P.O. WRITER PLUS Main Menu.

–   To select P.O. CREATE, type 1   **[ENTER]**

–   To move the cursor to the SIMILAR TO P.O. NUMBER Field, press **TAB**



*Fig.16-1. Similar To - P.O. 2005*

–   Type **2005**   **[ENTER]**

An exact replica of P.O. Number 2005 displays.

SAP_0803478

ePLUS0291980

As shown below, next to the TOTAL field is a "W".



Fig.16-2. Line Window Column

This is the Line Window column. The Line Window is accessible in the same manner as any other window in P.O. WRITER PLUS... by placing the cursor in the field (in this case column), and pressing SHIFT-F4.

SAP_0803479

ePLUS0291981

- In the P.O. NO. field, type 2009

- To move the cursor to the DESCRIPTION field, press **F5**

- To move the cursor to the Line Window field, press **TAB** 5 times

- To open the Line Window for Item A1000, press **SHIFT-F4**



*Fig. 16-3. Line Window For A1000*

As you can see in the header of the window, this information pertains to LINE 001 - ITEM A1000

When a Purchase Order contains multiple Line Items, use the F9 and F10 keys to page forward and backwards through the Line Window for each Line Item.

SAP_0803480

ePLUS0291982

For this example, Item A1000 requires a different DUE DATE, ACCOUNT #, and REQ. ID.

Also, Item A1000 requires 5.25% tax, while Item A2000 does not. (Remember, in Lesson 2, a Tax Code of "J" was added for 5.25%)

- In the DUE DATE field, type **061593**

- In the ACCOUNT # field, type **G/L 092687**

- In the REQ. ID field, type **1**

- In the TAX-1 field, type **J**

Your Line Window looks as follows:



*Fig.16-4. Line Window Entry For A1000*

- To close the Line Window, press **Esc**

**NOTE:**   *You can select a Master File code by opening a window and using the "point & shoot" method. This is accomplished in the same manner as in the "header" fields. For example, place the cursor in the Account # field. Press SHIFT-F4. A window displays all Account Code Master Files. Highlight the desired file. Press SHIFT-F3 to select the Account Code.*

SAP_0803481

ePLUS0291983

In the Line Window column there is now a **Y**. This indicates that information has been added to this window.



**— Line Window Indication**

*Fig.16-5. Line Window Entry Indication*

SAP_0803482

ePLUS0291984

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 202 of 261 PageID# 13026

## THE SETUP FILE AND THE LINE WINDOW

There are several options in the P.O. WRITER PLUS Setup File that affect the Line Window:

- The Setup File can force the ACCOUNT # to be verified against the Master File (the default is NO).

- The Setup File can force the REQ. ID to be verified against the Master File (again, the default is NO).

- In the Setup File, you can specify whether the information in the Line Window will be used the next time you create a P.O. for this item.

- In the Setup File you can specify whether the Due Date in the Line Window will be used the next time you create a P.O. for this item.

For more information on the Setup File, see *Chapter 4 - Using P.O. WRITER PLUS.*

- To CHECK the P.O., press     **[ENTER]**

Again, the P.O. TOTAL field does not reflect the 5.25% TAX amount added to Line Item 001. It will be added to the total on the printed Purchase Order.

- To move the cursor to the FUNCTION field, press **F4**

- To print the P.O., type **P**     **[ENTER]**

SAP_0803483

ePLUS0291985

As stated at the beginning of this lesson, the P.O. WRITER PLUS Print Option that
you have selected will determine the appearance of the final printed
Purchase Order.

```
                                       ** P U R C H A S E   O R D E R **

                                       P.O. NUMBER:  2009
                                              DATE:  06/01/93
                                           PAGE NO:  1
                                        ORDER TYPE:  NEW
      ------------------------------------------------------------------
      VENDOR NO: 12345          SHIP VIA: JIM'S TRUCKING      F.O.B.: OUR LOCATION
      ------------------------------------------------------------------
      VEND: BEST BUY SUPPLY              SHIP TO: OUR COMPANY HERE
            BROWN BOX DIVISION                    OUR DIVISION OR LOCATION
            692 HANOVER ST.                       OUR STREET HERE
            CLEVELAND         OH 44112            OUR CITY HERE       OS 12345
            US                                    USA

      NOTE: ATTENTION: SALES DEPARTMENT
      ------------------------------------------------------------------
      TERMS: NET 30            TAX-1: NO  |B|
      ------------------------------------|I| OUR COMPANY NAME
      ACCT: G/L 1234567890     TAX-2:     |L| OUR DIVISION NAME HERE
      ------------------------------------|L| OUR STREET ADDRESS
      DEPT:  105        DUE DATE: 06/15/93 |  OUR TOWN            OS 12345
      ------------------------------------|T| USA
      REF #: PKG-1000    CONFIRM: YES     |O|
      ------------------------------------------------------------------
      LN  | ITEM NUMBER  |  DESCRIPTION      | U/M | QUANTITY | PRICE PER
      ------------------------------------------------------------------
      001 | A1000        | CARTON 12 X 12 X 12| EA  |  2000    |    .7800
          |              | WHITE KRAFT       |     |          |
          |              | THIS IS ADDITIONAL|     |          |
          |              | INFORMATION TO DES-|    |          |
          |              | CRIBE ITEM NUMBER |     |          |
          |              | A1000             |     |          |
      002 | A2000        | CARTON 10" X 10" X|  EA |  1000    |    .2400
          |              | 10" (STD. WHITE)  |     |          |
          |              | THIS IS ADDITIONAL|     |          |
          |              | INFORMATION FOR THIS|   |          |
          |              | ITEM ON THIS P.O. |     |          |
          |              | NUMBER 2005       |     |          |
      ------------------------------------------------------------------
      REQUISITIONER: SUE WARNER    REQ. NO: 65783  | PAGE TOTAL      1800.00
      ------------------------------------------------------------------
      SPECIAL INSTRUCTIONS: ALL MATERIAL MUST BE    | ADJUSTMENT       50.00-
                            INSPECTED.              | TAX      1:      81.90
                            SEND INVOICES TO ACCTS. |----------------------
                            PAYABLE IN TRIPLICATE.  | P.O. TOTAL     1831.90
      ------------------------------------------------------------------
      BUYER: ED SNYDER            AUTHORIZATION: BOB THOMPSON

      X _____    X _____
```

*Fig. 16-6. Printed Copy of P.O. 2009*

SAP_0803484

ePLUS0291986

## Ordering Fractional Quantities

The P.O. WRITER PLUS Line Window is also used to order FRACTIONAL QUANTITIES of an item.

If you have not already done so, return to the P.O. CREATION Selection screen:



*Fig.16-7. P.O. Creation Selection Screen*

SAP_0803485

ePLUS0291987

For this example, you will add an Item Master Record for A3000.

- To access the ITEM MASTER FILE MAINTENANCE Screen, press F8

- Enter the Item Master Record as shown below.

Notice that the UNIT OF MEASURE AND PRICING UNIT OF MEASURE is "M". This is one way to indicate that this item is purchased in lots of 1000.

*Fig. 16-8. Item Master - Adding Item A3000*

- Press **Esc**

- To highlight SAVE AND EXIT, press TAB

- Press **[ENTER]**

The P.O. CREATION Selection Screen displays.

- In the ENTER ITEM NUMBER field, type A3000

SAP_0803486

ePLUS0291988

The blank PURCHASE ORDER HISTORY card displays for item A3000. Notice that the U/M field contains an "M"



*Fig.16-9. History Card For A3000 With U/M of "M"*

- In the ENTER VENDOR NUMBER field, type **12345** **[ENTER]**

SAP_0803487

ePLUS0291989

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 207 of 261 PageID# 13031

The P.O. Creation Screen displays. Enter the information as shown for P.O. 2012:



Fig. 16-10. P.O 2012 - Screen Entry

- To CHECK the P.O., press   **[ENTER]**

The SYSTEM MESSAGE displays:

        QUANTITY FOR ITEM ON LINE 001 MUST BE ENTERED

The cursor is now located in the QUANT field.

- To move the cursor to the Line Window column, press **TAB** 3 times.

- To open the Line Window for A3000, press **SHIFT-F4**

SAP_0803488

ePLUS0291990

Item A3000 is usually ordered in lots of 1000. In this case, you need to order 5,250. The FRACTIONAL QUANTITY is the only field that needs to be entered for this item. The rest of the information will be pulled from the header.

— To move the cursor to the FRACTIONAL QTY. field, press **TAB** 11 times

— Type **5**

— Press **TAB**

The cursor moves to the right of the decimal.

— Type **25**

Your Line Window for Item A3000 looks as shown below:



*Fig. 16-11. Line Window For A3000*

— To close the Line Window, press **Esc**

SAP_0803489

ePLUS0291991

Notice that the Line Window column displays an F. This indicates that there is a FRACTIONAL QUANTITY entered for this Line Item. Also, the QUANT field is blank



*Indication of Fractional Qty.*

*Fig.16-12. Line Window Column Indicating Fractional Qty.*

— To CHECK your P.O., press **[ENTER]**

As shown, the TOTAL column for Line Item 001 and the P.O. TOTAL are automatically filled in.

**NOTE:**   *The actual factor of:*

**PRICE (7.5) X FRACTIONAL QUANTITY (5.250) = 39.375**

*In this case, **P.O. WRITER PLUS** rounds the price up to the nearest cent (39.38).*



*Fig.16-13. P.O. Screen With Totals*

SAP_0803491

ePLUS0291993

To print P.O. number 2012:

–   Press **F4**

–   In the FUNCTION FIELD, type **P**   **[ENTER]**

Your printed P.O. looks as follows. Notice that when the P.O. is printed, the
FRACTIONAL QUANTITY from the Line Window is printed in the QUANTITY
field.



*Fig. 16-14. Printed Copy of P.O. 2012*

SAP_0803492

ePLUS0291994

## Major Points To Remember

☐ Information entered in the Line Window over-rides the header information. This allows you to enter different information for each item on your Purchase Order.

☐ The P.O. WRITER PLUS Line Window Fields are:

   – DUE DATE

   – ACCOUNT #

   – REQ. #

   – REQ ID

   – DEPT. #

   – TAX-1

   – TAX-2

   – FRACTIONAL QTY. - If you must order a FRACTIONAL quantity of an item, this field is used instead of the QUANT. field on the P.O. CREATION screen.

   – The TAX-1 AND TAX-2 fields are used when some of the Line Items on the P.O. have tax applied, while others don't; or when items have varying tax amounts applied.

☐ The P.O. WRITER PLUS Print Option that you have selected determines if the information in the Line Window is printed on the Purchase Order. Your Print Option may not print any or all entry in the Line Window Fields. If this is the case, the Line Window can be used for reference only!

SAP_0803493

ePLUS0291995

## Major Points to Remember (cont.)

☐ There are several options in the P.O. WRITER PLUS Setup File that affect the Line Window:

– The Setup File can force the ACCOUNT # to be verified against the Master File (the default is NO).

– The Setup File can force the REQ. ID to be verified against the Master File (again, the default is NO).

– In the Setup File, you can specify whether the information in the Line Window will be used the next time you create a P.O. for this item.

– In the Setup File, you can specify whether the Due Date from the Line Window will be used the next time you create a P.O. for this item.

☐ While in the Line Window, you can use the "point & shoot" method of selecting Master Files.

☐ P.O. WRITER PLUS automatically rounds the TOTAL PRICE to the nearest cent.

SAP_0803494

ePLUS0291996

# 17.   Blanket, Release, And Contract Orders

## Comments

In addition to creating standard Purchase Orders, P.O. WRITER PLUS also gives you the ability to easily create and store Blanket, Release, and Contract Orders. In this lesson you will learn how to use the Blanket (B), Release (R), and C (Contract) ORDER TYPES in the system. You will also learn the diffences between a Blanket and Contract Order within P.O. WRITER PLUS. This will allow you to determine which order type to use in a specific situation.

In this lesson you will create a Blanket Order, and then prepare a Release against that Blanket.

You will also create an order which specifies a delivery schedule for a single item. In this part of the lesson, you will use the P.O. WRITER PLUS Line Window. (For detailed information regarding the Line Window, see *Chapter 2-16, Using The Line Window*.)

**NOTE:**   *Additional instruction is also provided regarding the way the system retrieves and displays an item's description from the History File. The system's method for retrieving description is NOT unique to Order Types "B" or "R" in the Purchase Order Creation Module. (Refer to Chapter 4 of this Manual for additional information.)*

A Blanket or Contract Purchase Order is created in much the same way that a standard P.O. is created in P.O. WRITER PLUS. These orders are created in the P.O. Creation Submodule of the system. Again, for this example you will create a Blanket Purchase Order.

SAP_0803495

ePLUS0291997

If you have not already done so, return to the P.O. WRITER PLUS Main Menu

–   To select P.O. CREATE, type 1  [ENTER]

In the first field on the P.O. Creation Selection Screen, type A2000  [ENTER]

Review the History Card.

–   In the VENDOR NUMBER FIELD, type NAPC-1 [ENTER]

The P.O. Creation Screen displays.

–   Complete your screen as shown below. *Note that the ORDER TYPE below has been changed to B (for Blanket). Also, the vendor has given a price of .2300 for this order!*



*Fig.17-1. Blanket Order Creation*

When you CHECK your screen the system is not giving you an error message indicating that you must enter a QUANTITY or DUE DATE for line number 001. This is because the system edits the screen differently when the Order Type is B. Other than not forcing a quantity or due date, the system will edit the screen for a Blanket Order exactly the same way as it would if the Order Type were N (new). You can type the quantity and due date information into the appropriate fields if you desire.

SAP_0803496

ePLUS0291998

- To move the cursor into the FUNCTION field, press **F4**

- To print the P.O., type **P**  **[ENTER]**

Blanket Purchase Order Number B1000 looks as shown below.

```
                              ** P U R C H A S E   O R D E R **

                                      P.O. NUMBER:  B1000
                                             DATE:  06/01/93
                                          PAGE NO:     1
                                       ORDER TYPE:  BLANKET
---------------------------------------------------------------------
VENDOR PO: NAPC-1        SHIP VIA: TRUCK        F.O.B.: SHIPPING POINT
---------------------------------------------------------------------
VEND: NORTH AMERICAN PACKAGING     SHIP TO: OUR COMPANY HERE
      CORPORATION                           OUR DIVISION OR LOCATION
      9065 AMERICAN WAY AVE.                OUR STREET HERE
      SUITE 3                               OUR CITY HERE        OS 12345
      ST. LOUIS         MO 45678            USA
      USA
NOTE: CONFIRMING TO ROBERT ROGERS
---------------------------------------------------------------------
TERMS: 2/10 NET 30        TAX-1: NO   |B|
                                      |I| OUR COMPANY NAME
ACCT:  G/L 1234567890     TAX-2:      |L| OUR DIVISION NAME HERE
                                      |L| OUR STREET ADDRESS
DEPT:  105        DUE DATE:  /  /      |L| OUR TOWN             OS 12345
                                      |T| USA
REF #: PKG-1000   CONFIRM:  YES        |O|
---------------------------------------------------------------------
LN | ITEM NUMBER  |    DESCRIPTION    | U/M | QUANTITY  | PRICE PER
---------------------------------------------------------------------
001| A2000        | CARTON 10" X 10" X | EA  |           |      .2300
   |              | 10" (STD. WHITE)   |     |           |
   |              | THIS IS A BLANKET  |     |           |
   |              | ORDER FOR ONE YEAR |     |           |
   |              | (6-1-93 TO 5-31-94)|     |           |
   |              | QUANTITY > 12,000  |     |           |
   |              |                    |     |           |
   |              |                    |     |           |
   |              |                    |     |           |
   |              |                    |     |           |
   |              |                    |     |           |
   |              |                    |     |           |
   |              |                    |     |           |
---------------------------------------------------------------------
REQUISITIONER: F.LEWIS    REQ. NO: 591215  | PAGE TOTAL
SPECIAL INSTRUCTIONS: ALL MATERIAL MUST BE  |
                      INSPECTED.            |
                      SEND INVOICES TO ACCTS.|
                      PAYABLE IN TRIPLICATE. | P.O. TOTAL
---------------------------------------------------------------------
BUYER: ED SNYDER              AUTHORIZATION: BOB THOMPSON

X  _____          X  _____
```

*Fig.17-2. Printed Copy of Blanket P.O. B1000*

SAP_0803497

ePLUS0291999

**NOTE:**    *Order Number B1000 is used as an example Order Number only. P.O. WRITER PLUS does not force the use of any numbering*

Say that you want to prepare a Release against the Blanket Purchase Order you have just created. For example purposes, you will be creating one order with a three month delivery schedule specified for Item Number A2000.

–   To return to the P.O. Creation Selection Screen, press **Esc**

–   In the ENTER ITEM NUMBER field type **A2000 [ENTER]**

Review the History Card as shown below.



*Fig. 17.3. History Card With Blanket Order*

The Blanket Order Number B1000 is shown on the above History Card.

Under the T heading (between the Order Date and P.O. Number columns), an Order Type of B is displayed. (Any order's current Order Type status - N, B, Q, R, C - will be shown in this column. Orders that are currently in the Hold File are NOT included on the History Card.)

SAP_0803498

ePLUS0292000

– In the VENDOR NUMBER FIELD, type NAPC-1  [ENTER]

The P.O. Creation Screen displays as shown below.



*Fig. 17-4. Review of Order*

Your screen looks like Order Number B1000. This is because the last time that you purchased Item Number A2000 from Vendor Number NAPC-1 was when you created Blanket Order Number B1000!

Since the third through sixth lines of description were specific to the original Blanket Order you can delete them by completing the steps outlined below.

– To move the cursor to the third line of description, press **F5** three times

– Press **SPACE BAR**

– To move the cursor to the fourth line of description, press **F5**

Notice that the third line of description has been erased.

– Repeat the above steps to delete the remaining description lines (fourth through sixth).

– To move the cursor to the P.O. Number field, press **F7**

SAP_0803499

ePLUS0292001

When you have completed the steps listed on the previous page, edit the header information so that it looks like the screen shown below.

Notice that the ORDER TYPE should be changed to **R** (Release) and **B1000** should appear in the Reference Number field.

**NOTE:** *Placing the original Blanket Order Number (B1000) In the Reference Number Field on a Release Order establishes a relationship between the two orders. This allows you to use the Blanket/Release Analysis Report. The system returns a warning if the Reference Number field is blank.*

Complete the header information as follows:



*Fig.17-5. Preparing A Release Against Blanket Order*

You will now add Line Items 002 & 003 to Purchase Order B1000-1

- To position the cursor for Line Item 002, press **F2 3 times**

- In the LN field, type **002**

- Press **TAB**

- In the ITEM NUMBER field, type **A2000**

- Press **TAB**

Again, the system has retrieved the additional extended description for Item A2000 from the P.O. History Files. At this point, you could remove the unwanted description in the same manner used previously. Since there is another Line Item still to be added to this P.O., the description will not be removed yet.

SAP_0803500

ePLUS0292002

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 220 of 261 PageID# 13044

– To position the cursor for Line Item 003, press **F2** 5 times

– In the LN field, type **003**

– Press **TAB**

– In the ITEM NUMBER field, type **A2000**

– Press **TAB**

**NOTE:**   *As shown below, the system has retrieved the first 2 lines of description for item A2000 on LINE 003, and has overwritten the added description for LINE 002. This is because P.O. WRITER PLUS retrieves previous description until it sees the next line LINE ITEM.*



*Fig. 17-6. Additional Description Ends At Next Line Item*

– Remove the additional description for LN 003 (starting with THIS IS A BLANKET) by using **F5, F6,** and **SPACE BAR**

SAP_0803501

ePLUS0292003

– For each LINE ITEM, type a quantity of 1000

P.O. B1000-1 now looks as shown below.



– To CHECK the P.O., press   **[ENTER]**

– The SYSTEM MESSAGE Bar displays:

NO DUE DATE IN HEADER OR LINE FOR 001

When an ORDER TYPE of R(elease) is indicated, the system prompts for a DUE DATE, as opposed to B(lanket) which does not. The DUE field in the header has been left blank. This is because each of the Line Items on P.O. B1000-1 will have a different DUE DATE. This can be accomplished using the P.O. WRITER PLUS Line Window.

SAP_0803502

ePLUS0292004

## Using The Line Window

The P.O. WRITER PLUS Line Window allows unique information to be entered for each Line Item on a Purchase Order. The Line Window will now be used to add a different DUE DATE for each item on P.O. B1000-1. (The Line Window is discussed in detail in *Chapter 16 - Using The Line Window*)

The cursor is now located in the DUE field in the header.

- To move the cursor to the DESCRIPTION field, press **F5**

- To move the cursor to the W column (Line Window), press **TAB 5 times**

The Line Window (W) column is shown below.



*Fig. 17-7. The Line Window Column*

- To display the Line Window For LN 001, press **SHIFT-F4**

SAP_0803503

ePLUS0292005

The Line Window displays as shown below. At the top of the Line Window is an indication of the LINE (001) and ITEM (A2000).



*Fig.17-8. Line Window*

—  In the DUE DATE field, type 070193

—  To view the next line (LN 002), press F9

The "header" of the Line Window now displays:

> LINE: 002   ITEM: A2000

—  In the DUE DATE field, type 080193

—  To view the next line, (003), press F9

—  The "header" of the Line Window now displays:

> LINE: 003   ITEM: A2000

—  In the DUE DATE field, type 090193

—  To close the Line Window, press Esc

SAP_0803504

ePLUS0292006

The Line Window column (W), displays a Y for each Line Item as shown below.



*Fig.17-9. Line Window Column After Due Date Entry*

– To CHECK your P.O., press **[ENTER]**

The SYSTEM MESSAGE indicating NO DUE DATE disappears.

– To move your cursor to the FUNCTION FIELD, press **F4**

– Type **P  [ENTER]**

Release B1000-1 prints as shown on the following page.

SAP_0803505

ePLUS0292007

Your printed Release Order Number B1000-01 looks as follows:

Again, the P.O. WRITER PLUS Print Option that you have selected determines what the printed P.O. will look like!

Fig. 17-10. Printed Copy of P.O. B1000-1 (Release Order)

SAP_0803506

ePLUS0292008

Review the PURCHASE ORDER HISTORY Card for Item A2000.

– To display the P.O. Creation Selection Screen, press Esc

– In the ENTER ITEM NUMBER field, type A2000 [ENTER]

Review the History Card as shown below.



*Fig.17-11. History Card For A2000 Showing Release Orders*

Notice that each line on B1000-01 is displayed as a unique entry and that each entry has an Order Type of R for easy reference.

SAP_0803507

ePLUS0292009

## Blanket Vs. Contract Orders

Though not demonstrated, a Contract Order is created in the same manner as a Blanket Order (A contract is created by designating an ORDER TYPE of C). There are some very important differences in the way P.O. WRITER PLUS handles these two Order Types. It is important that you consider these differences in order to make the appropriate choice between the two Order Types.

### Blanket:

When you create a Blanket Order, there is no Dollar Commitment. When you run a Dollars Commitment report, the amounts included on Blanket Orders will not be reflected.

A Blanket Order does not create an Open Purchase Order Record. Any Open Purchase Order Report or Inquiry (performed in the Receiving Module) will not reflect items on these orders.

Releases Orders are written against Blanket Orders. When a Release Order is written, the amount on the Release Order will be reflected on Dollar Commitment Reports. Also, an Open Purchase Order Record is created for the items on the Release Order.

### Contract Orders

When you create a Contract Order, there *is* a Dollar Commitment. When you run a Dollars Commitment report, the amounts included on Contract Orders will be reflected.

A Contract Order creates an Open Purchase Order Record. Any Open Purchase Order Report or Inquiry (performed in the Receiving Module) *will* reflect items on these orders.

Releases are not made against Contract Orders.

SAP_0803508

ePLUS0292010

## Major Points To Remember

☐ Blanket, Release and Contract orders are created in much the same way that a standard (new) Purchase Order is created.

☐ When the system sees an Order Type of B (Blanket) or C (Contract) it does NOT force a QUANTITY or DUE DATE.

☐ When the system sees an Order Type of R (Release) it WILL edit the QUANTITY and DUE DATE fields for valid data.

☐ Blanket Orders:

  – There is no Dollar Commitment;

  – Does not create an Open Purchase Order Record;

  – Releases Orders are written against Blanket Orders. When a Release Order is written, the amount on the Release Order will be reflected on Dollar Commitment Reports. Also, an Open Purchase Order Record is created for the items on the Release Order.

☐ Contract Orders:

  – There *is* a Dollar Commitment;

  – A Contract Order creates an Open Purchase Order Record;

  – Releases are NOT written against Contracts.

☐ P.O. WRITER PLUS will retrieve an item's description from the P.O. History File where possible. It will display as much information as it can until:

  a.) A new line number is detected – OR –

  b.) Screen Line Number 200 is reached.

SAP_0803509

ePLUS0292011

## Major Points To Remember (cont.)

☐ The Line Window feature can be used to enter unique due dates for each Line Item.

**NOTE**   *Because of the way the system retrieves description, it is recommended that you build your orders one line at a time using the CHECK feature frequently.*

*FOR EXAMPLE: Enter the Line Number, Item Number, Quantity, and Price Per Unit. Press the enter key so that the system can retrieve any possible long description for you. Edit the description once it has been displayed!*

*If you type description for an Item Number BEFORE the line has been checked, the system will simply overwrite your description with description from the History File or Item Master File.*

SAP_0803510

ePLUS0292012

# 18.   Using The Price Factor

## Comments

There are times when you may purchase an item and the unit of measure and the cost per unit may not be the same. Steel is an example. Steel is typically ordered in pounds. However, the pricing unit of measure is typically a cost per hundred-weight.

The price factor mechanism in P.O. WRITER PLUS provides you with a way to convert the unit price to reflect the "pricing unit of measure".

SAP_0803511

ePLUS0292013

For example purposes, say that you buy Bar Stock (Item Number SB100) from United States Steel Company. U.S. Steel states all of their prices in terms of a price per hundred weight. The price for Item Number SB100 was currently quoted at $43.00 per 100 pounds. However, you still buy SB100 in pounds (unit of measure = LBS).

Before you can prepare your first Purchase Order using the Price Factor feature you will need to create an Item Master record for Item Number SB100.

–   Return to the P.O. **WRITER PLUS** Main Menu.

–   To access the File Maintenance Submodule, type **6**   **[ENTER]**

–   To access the Item Master Screen, type **1**   **[ENTER]**

–   Add the record shown below to the Item Master File.

(Be sure to enter your Price Factor as: .010)



*Fig. 18-12. Adding Item Master With Price Factor*

**NOTE:**     *The PRICING U/M field is for reference only!*

–   Press **Esc**

–   To highlight SAVE AND EXIT, press **TAB**

–   Press   **[ENTER]**

SAP_0803512

ePLUS0292014

– To access the Vendor Master Screen, type **2**   **[ENTER]**

– Add the following record to the Vendor Master File:

*Fig. 18-13. Adding Vendor Master With Price Factor*

**NOTE:**   *If you have any trouble adding the previous two records to the appropriate Master File, refer to Lesson 2 (Building the Master Files) of this Tutorial for assistance.*

As you have learned in previous lessons, you could have also entered the Vendor and Item records from within the P.O. Creation Submodule.

Complete the following steps to begin the process of creating your first Purchase Order for an item that uses a Price Factor.

– To return to the Main Menu, press Esc

– To access the P.O. Creation Submodule, press **1**   **[ENTER]**

– In the ENTER ITEM NUMBER field, type **SB100**   **[ENTER]**

– In the ENTER VENDOR NUMBER field, type **USS-100**   **[ENTER]**

The P.O. Creation Screen displays.

SAP_0803513

ePLUS0292015

– Complete your screen so that it looks as follows. Remember to use the **FUNCTION KEYS, TAB** key, and **[ENTER]** to **CHECK** your screen.



*Fig. 18.14. Creating A P.O Using The Price Factor*

After you **CHECK** your screen you will notice that the system completed the extension for Item Number SB100 as follows:

**QUANTITY ORDERED** x **PRICE PER UNIT** x **PRICE FACTOR** = **TOTAL**

In this case:

| | | | |
|---|---|---|---|
| | QUANTITY ORDERED: | 10,000 | POUNDS |
| X | PRICE PER UNIT: | $43.00 | CWT |
| X | PRICE FACTOR: | .010 | |
| | | $4,300 | |

SAP_0803514

ePLUS0292016

- To move the cursor to the FUNCTION field, press **F4**

- To print the P.O., type **P**   **[ENTER]**

Purchase Order Number 2006 prints as shown below.



*Fig. 18-15. Printed Copy of P.O. 2006*

SAP_0803515

ePLUS0292017

## ADDITIONAL NOTES

If a Price Factor exists in the Item Master File for the item you are purchasing (AT THE TIME THE ORDER IS BEING CREATED!), then the system will use the current Price Factor as part of the extension calculation.

The Price Factor that is used when the order is being created is stored in the P.O. History File.

The Price Factor feature cannot be used for Asterisk (*) items since Asterisk Items do not exist in the Item Master File.

The Price Factor feature can be used regardless of the Order Type (N,B,R,Q,C etc.) being used.

SAP_0803516

ePLUS0292018

## Major Points To Remember

☐ The Price Factor feature is used when the buying unit of measure and the pricing unit of measure are not the same.

☐ P.O. WRITER PLUS checks the Item Master File to determine if a Price Factor exists for each Item Number you enter (EACH TIME YOU CREATE AN ORDER FOR ANY ITEM).

☐ If a Price Factor exists in the Item Master File, the system will calculate an item's extended total as follows:

QTY. ORDERED x PRICE PER UNIT x PRICE FACTOR = TOTAL

☐ If the Price Factor field is blank in the Item Master File, the system uses a 1 as a Price Factor during the calculation.

☐ The Price Factor used when an order is created is stored in the P.O. History File.

☐ The Price Factor feature can be used regardless of the Order Type (N,B,R,Q,C, etc.) being used.

SAP_0803517

ePLUS0292019

*American Tech, Inc.*

SAP_0803518

ePLUS0292020

# 19.   Creating P.O.'s From A Catalogue

## Comments

This lesson introduces a new method of creating Purchase Orders - from a catalogue. Creating a Purchase Order using the P.O. WRITER PLUS Catalogue feature is fast and easy.

In this lesson, you'll be creating a multiple item Purchase Order from the catalogue for Best Buy Supply Corporation.

Also in this lesson, you will see the importance of using your ITEM DESCRIP-TION fields to organize your items for quick reference.

SAP_0803519

ePLUS0292021

As Item Master Records have been added throughout this User's Guide, the CATALOGUE ID field has been updated as shown below.

Fig. 19-1. Assigning An Item To A Catalogue

Entry in this field assigns this item to a catalogue - in this case the catalogue for Best Buy Supply Corporation.

SAP_0803520

ePLUS0292022

If you have not already done so, return to the P.O. WRITER PLUS Main Menu.

– To select P.O. CREATE USING CATALOGUE, type **2**   [ENTER]

The CREATE ORDER FROM CATALOGUE Screen displays as shown below.



*Fig. 19-2. Create Order From Catalogue Screen*

The first field is the CATALOGUE ID: field. In this field the CATALOGUE ID (as assigned in the Item Master File) is entered.

SAP_0803521

ePLUS0292023

This field can be "windowed" to in the same manner as the **P.O. WRITER PLUS** Master Files in P.O. Create.

–   To display a list of valid CATALOGUE ID'S, press **SHIFT F4**

As shown below, a window opens displaying the list of CATALOGUE ID'S. At this time the list consists of only of BEST BUY.



*Fig. 19.3. Valid Catalogue ID Window*

Looking at the screen above, the same keys that are used to scroll lists throughout **P.O. WRITER PLUS** are also used in this window. A CATALOGUE ID can also be selected using the "point and shoot" method.

–   To select BEST BUY, press **SHIFT-F3**

The CATALOGUE ID window closes, and the CATALOGUE ID: field displays:

        BEST BUY.

SAP_0803522

ePLUS0292024

Looking at your CREATE ORDER FROM CATALOGUE Screen, you can see that lists of items are displayed exactly as if you were performing a FILE INQUIRY (*This is demonstrated in Chapter 2-4 - Creating A Second P.O. For An Item*).

This P.O. will be for 2 different cartons. The requisitioner has supplied a description of the cartons, but not the Item Number.

Since you know that you need to order cartons, the Best Buy Catalogue will be sorted using the ITEM DESCRIPTION SEQUENCE - STARTING WITH method.

–    To move the cursor to the ITEM DESCRIPTION SEQUENCE - STARTING WITH field, press **TAB** 3 times

–    Type **CAR**

Your screen looks as shown below:



*Fig. 19-4. Item Description Sequence - Starting With*

–    Press    **[ENTER]**

SAP_0803523

ePLUS0292025

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 243 of 261 PageID# 13067

The system sorts and displays all items in the Best Buy Catalogue that start with the letters CAR, as shown below.



*Fig. 19-5. Best Buy Catalogue - Sorted By Item Desc.*

**NOTE:**   *This demonstrates the importance of setting up the ITEM DESCRIPTION fields in a logical manner. Starting all of the description for these items with CARTON made it simple to create this list - and most important, possible to order these items easily without knowing the item number.*

In this example, the catalogue is composed of all items for Best Buy Supply. Another method for organizing a catalogue may be by item classification or commodity.

For example, a CATALOGUE ID could be set up called STATIONERY. This catalogue would contain all stationery items regardless of what vendor they are purchased from. Your Item Master Description fields may be set up as:

```
PEN - BLUE FINE POINT
PEN - BLACK MEDIUM POINT
PENCIL - # 2 LEAD
```

SAP_0803524

ePLUS0292026

If the Extended Description Window has been used for an item, it can be reviewed
at this point.

The cursor is located in the QTY. field next to ITEM A1000

– To view the Extended Description Window for Item A1000, press SHIFT-F4

The Extended Description appears for *review only*!



*Fig.19-6. Reviewing The Extended Description Window*

– To close the Extended Description Window, press Esc

SAP_0803525

ePLUS0292027

For this example, you will create a P.O. for items A1000 and A3000.

– In the QTY. field for A1000, type **1000**

– To move the cursor to the QTY. field for A3000, press **TAB** twice

– Type **500**

– Press **TAB**

Your screen looks as shown below:



*Fig. 19-7. Selecting Items From The Catalogue*

If desired, another catalogue display can be performed. This is accomplished by pressing **CTRL-F5**, and repeating the previous steps.

– To select these items for the P.O., press **F7**

SAP_0803526

ePLUS0292028

The Purchase Order Creation Screen displays. As shown below, the ITEM NUM-BER field contains items A2000 and A3000. The QUANT field contains the quantities designated in the Catalogue Screen.



*Fig. 19-8. P.O. Creation From Catalogue*

**NOTE:**   Items in the Best Buy Catalogue can be purchased from any vendor.

Also, the CATALOGUE designation does not determine the vendor for the Purchase Order.

The VENDOR field contains the last vendor that the first item on this P.O. (in this case A2000) was purchased from. The last P.O. created for A2000 was for Vendor Number 12345 - Best Buy Supply. If the last P.O. for A2000 was for Vendor Number NAPC-1 (North American Packaging), NAPC-1 would be displayed in the VENDOR field.

An item does not have to be in a catalogue to be purchased using this method.!

SAP_0803527

ePLUS0292029

To create P.O. 2014:

– In the P.O. NO. field, type **2014**

– To move the cursor to the FUNCTION field, press F4

Type P   **[ENTER]**

P.O. 2014 looks as shown:

*Fig. 19-9. Printed Copy of P.O. 2014*

SAP_0803528

ePLUS0292030

## Major Points To Remember

☐ The CATALOGUE ID field in the Item Master Record is used to assign an item to a catalogue.

☐ To display a list of valid CATALOGUE ID'S, press SHIFT F4

☐ Set up the DESCRIPTION FIELD(S) contained in the Item Master File in a logical manner. This will allow you to order from a catalogue easily, without knowing the item number.

☐ In this lesson, the catalogue was composed of all items for Best Buy Supply. Another method of organizing a catalogue may be by item classification or commodity.

☐ If the Extended Description Window has been used for an item, it can be reviewed.

☐ The CATALOGUE designation does not determine the vendor for the Purchase Order. The default vendor is determined by the previous purchase for the first item on the Purchase Order.

☐ An item does not have to be in a catalogue to be purchased using this method.

SAP_0803529

ePLUS0292031

*American Tech, Inc.*

SAP_0803530

ePLUS0292032

## 20.   Adding Tax To A P.O.

### Comments

P.O. WRITER PLUS allows you to add tax to your P.O. in a variety of ways. Tax can be added for any or all items on a Purchase Order, or of course, not at all. Different tax rates can be applied for each item on a Purchase Order. The tax rate for an item can be assigned in the Item Master File, but most commonly it will be applied at the time you are creating your Purchase Order.

In this lesson, you will learn how to apply tax in several different ways.

This lesson will explain the usage of each TAX field throughout P.O. WRITER PLUS.

SAP_0803531

ePLUS0292033

Begin by looking at the FILE MAINTENANCE - TAX CODES menu shown
below. This is where all of your Tax Codes must be set up (to review setting up a Tax
Code, see *Chapter 1 - Building The Master Files*).



*Fig.20-1. Tax Additions Master File*

As you can see above, there are 2 default Tax Codes - Y (YES) and N (NO).

When a Y is typed in any TAX field throughout P.O. WRITER PLUS, tax is NOT
calculated. The printed P.O. will have TAX: YES indicated in the tax field. This is
only an indication that tax applies.

To actually calculate tax on a Purchase Order, a TAX CODE must be set up with
the TAX PERCENTAGE defined.

SAP_0803532

ePLUS0292034

Next look at the P.O. Creation Screen shown below. Notice that there are 2 TAX fields - TAX-1 AND TAX-2.



*Fig. 20-2. Header Tax Fields*

These are referred to as the Header Tax fields.

The Header Tax fields apply to all items on the Purchase Order.

SAP_0803533

ePLUS0292035

Tax can be applied on a per line basis using the P.O. WRITER PLUS Line Window. This allows you to assign each item on your P.O. a different (or no) tax rate. Tax Codes entered in these fields are referred to as Line Tax fields. *(For more information, see Chapter 2-16, Using The Line Window).*



*Fig. 20-3. Line Tax Fields*

When a Line Tax field is used, it will over-ride any entry in a Header Tax field. If the Line Tax fields are not used, the calculation defaults to the Header Tax fields.

Again, Header Tax and Line Tax fields can be used for any item, and in any combination.

SAP_0803534

ePLUS0292036

Another place that TAX fields are located is in the Item Master File (found in File Maintenance).

*Fig.20-4. Item Master Tax Fields*

These TAX fields are used mostly for reference. This is because entry in these fields are carried over only on the first purchase of this item from a vendor. On subsequent purchases, the Tax Code will default to the P.O. History files.

Also, these TAX fields are only used when the item is LINE 001 on a Purchase Order.

SAP_0803535

ePLUS0292037

## How P.O. WRITER PLUS Calculates Tax

P.O. WRITER PLUS calculates tax on a line - by - line basis. This allows for entry of variable tax percentages on one Purchase Order.

For example, the Header TAX-1 field contains a code indicating 5% tax. The extended price for Line Item 001 is $100.00.

Line 002 has a different tax percentage. This has been defined in the Line Window. The TAX-1 field in the Line Window contains a code indicating 6%. Line Item 002 has an extended price of $200.00

| Line Item | Ext. Price | X | Tax % | = | Line Total |
|-----------|-----------|---|-------|---|-----------|
| 001 | 100.00 | X | .05 | = | $5.00 |
| 002 | 200.00 | X | .06 | = | $12.00 |
|  |  |  | TAX TOTAL |  | $17.00 |

SAP_0803536

ePLUS0292038

## Major Points To Remember

☐ Tax can be added for any or all items on a Purchase Order, or not at all.

☐ Different tax rates can be applied for each item on a Purchase Order.

☐ The tax rate for an item can be assigned in the Item Master File, but most commonly it will be applied at the time you are creating your Purchase Order.

☐ When a Y is typed in any TAX field throughout P.O. WRITER PLUS, tax is NOT calculated. The printed P.O. will have TAX: YES in the tax field. This is only an indication that tax applies.

☐ To calculate tax on a Purchase Order, a TAX CODE must be set up with the TAX PERCENTAGE defined.

☐ The Header Tax fields apply to all items on the Purchase Order.

☐ Tax can be applied on a per line basis using the P.O. WRITER PLUS Line Window. This allows you to assign each item on your P.O. a different (or no) tax rate.

☐ Header Tax and Line Tax fields can be used for any item, and in any combination.

☐ P.O. WRITER PLUS calculates tax on a line - by - line basis. This allows for entry of variable tax percentages on one Purchase Order.

SAP_0803537

ePLUS0292039

2-240                                                                                      *American Tech, Inc.*

SAP_0803538

ePLUS0292040

## 21.    Attaching A Note To A P.O.

### Comments

P.O. WRITER PLUS allows you to "attach" a note to a Purchase Order. This is accomplished through the P.O. Note Window. This note can be used for internal comments, specifications, expediting instructions, messages for the receiving department, etc. Since the P.O. Note is for internal use, it does not print with the Purchase Order.

Each P.O. can have up to 999 pages of P.O. Notes. Each P.O. Note Window can contain up to 800 characters of text.

SAP_0803539

ePLUS0292041

In an earlier lesson, P.O. Number 2014 was created. In this lesson, it will be amended for the purpose of adding a P.O. Note.

–   Display the P.O. WRITER PLUS Main Menu

–   To select P.O. AMDENDMENT, type **4  [ENTER]**

–   In the ENTER PURCHASE ORDER NUMBER field, type **2014    [ENTER]**

P.O. Number 2014 displays as shown below.



*Fig.21-1. P.O. 2014*

–   To open the P.O. Note Window, press **SHIFT-F9**

SAP_0803540

ePLUS0292042

– Type the P.O. Note as shown below:



*Fig.21-2. The P.O. Note Window*

– When you have finished typing the note, press **ESC**

– To save your changes and close the window, press **[ENTER]**

– To move the cursor to the FUNCTION FIELD, press **F4**

– To update the P.O., type **U [ENTER]**

The P.O. is now added to the history files, with the P.O. Note "attached".

---

SAP_0803541

ePLUS0292043

Case 3:09-cv-00620-REP   Document 503-9   Filed 11/01/10   Page 261 of 261 PageID# 13085

## Major Points To Remember

☐ The P.O. Note is "attached" to the Purchase Order for which it is created.

☐ Since the P.O. Note is for internal use, it does not print with the Purchase Order.

☐ Each P.O. can have up to 999 pages of P.O. Notes. Each P.O. Note Window can contain up to 800 characters of text.

SAP_0803542

ePLUS0292044