# EXHIBIT J

# GOODWIN | PROCTER

Jennifer A. Albert
202.346.4322
JAlbert@goodwinprocter.com

Goodwin Procter LLP
Counselors at Law
901 New York Avenue NW
Washington, DC 20001
T: 202.346.4000
F: 202.346.4444

December 16, 2009

## Via E-Mail

William D. Schultz
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215

**Re:    *ePlus, Inc. v. Lawson Software, Inc.*
        Civil Action No. 3:09cv620 (REP)**

Dear Will:

This letter follows-up on *e*Plus's items outstanding from yesterday's meet and confer.

**_e_Plus Production of Expert Reports
From *SAP* and *Ariba* Litigations**

*e*Plus has produced, or will produce, all expert reports from the *SAP* litigation except for two which include third-party confidential information. (We found one expert report of Dr. Weaver from the *SAP* case which had been inadvertently omitted from our production. It will be produced in our next production.)

We have produced all non-confidential reports from the *Ariba* litigation and have produced three confidential reports in redacted form (one of Dr. Weaver, one of Mr. Yerman and one of Mr. Sims.)

With respect to those expert reports from the *SAP* case and *Ariba* case that we have not produced, as you are aware, we are bound by Protective Orders entered by the Courts in those cases. Pursuant to those Protective Orders, we contacted both Ariba's and SAP's counsel to seek permission to produce their documents to you.

Ariba has indicated that it will not consent to the production in this litigation of documents containing its confidential information. Six of the expert reports submitted in the *Ariba* litigation include Ariba's confidential information: the Weaver Initial Infringement Expert Report, the Frieder Initial Infringement Report, the Jeffay

GOODWIN | PROCTER

William D. Schultz
December 16, 2009
Page 2

Noninfringement Report, the Manbeck Report, the Sims Report and the Yerman Report.
Therefore, we are not authorized to produce them.

Although SAP's counsel has authorized us to produce documents containing its
confidential information, it did not have authority to grant authorization for us to produce
documents that include third parties' confidential information: the Weaver Initial
Infringement Report, the Frieder Initial Infringement Report, the Jeffay Noninfringement
Report, the Manbeck Report, the Sims Report and the Yerman Report. The two expert
reports from the *SAP* litigation that have not been produced include multiple third parties'
confidential information which we are not authorized to produce and cannot produce
according to the Protective Order entered by the Court in that litigation.

If Lawson receives permission from Ariba and the affected third parties and/or obtains
orders from the *Ariba* and *SAP* Courts modifying the Protective Orders from those cases
to enable us to produce the remaining expert report materials, *e*Plus will produce such
materials thereafter.

**_e_Plus Production of Trial Exhibits and
Demonstratives from _SAP and Ariba_ Litigations**

To our knowledge, *e*Plus has produced all of the trial exhibits from both the *Ariba* and
*SAP* litigations. *See* ePLUS 0201751- ePLUS 0206913, ePLUS 0207001- ePLUS
0229212, ePLUS 0428561, ePLUS 0489172- 0488495, ePLUS 0529226- ePLUS
0529234, ePLUS 0705220- ePLUS 0715581- ePLUS 0940840- ePLUS 0940861.

*e*Plus has also produced all demonstratives from both trials that are in its possession,
custody or control. *See* ePLUS 0206919- ePLUS 0207000, ePLUS 0229221- ePLUS
0229490, ePLUS 0526323- ePLUS 0526334.

*e*Plus has also produced several lists of trial exhibits. Some of them may be found at
ePLUS 0232752- ePLUS 0232778, ePLUS 0232790- ePLUS 0232837, ePLUS
0237388- ePLUS 0237464 and ePLUS 0237465- ePLUS 0237571. There may be other
trial exhibit lists in the productions as well.

**_e_Plus Production of Allegedly Excessively Large Documents**

We have investigated the Bates ranges identified in your letter of November 16 with
respect to documents you contend have excessively large Bates ranges. They appear to
all be related to the IDS that was submitted to the PTO in connection with the
reexamination of the '683 Patent. The manner in which the documents were produced to
Lawson is the same manner in which the documents are retained in *e*Plus's database. Of

GOODWIN | PROCTER

William D. Schultz
December 16, 2009
Page 3

course, *e*Plus's IDS is publicly available from the PTO's PAIR website and Lawson may access the PTO's database to retrieve copies of these same documents.

With respect to production issues, we have noted on numerous occasions to Lawson that Lawson's productions have not been in compliance with our Agreed Discovery Plan which was entered by the Court. The parties agreed in their Discovery Plan that "[d]ocuments shall be produced in single page TIFF format, except for nonstandard file types such as databases and spreadsheets, which should be produced in native format. The OCR of each document and/or extracted text with metadata shall also be exchanged." ¶ 12, Agreed Discovery Plan.

A number of Lawson's productions have been in native format without OCR and/or extracted text with metadata, as is required under the parties' Discovery Plan. There are currently almost 86,000 files which Lawson has produced in native format without OCR or extracted text with metadata as is required. *e*Plus is incurring significant cost to have Lawson's native productions put into the proper format. When *e*Plus has produced native files to Lawson, it has done so in a manner which complies with the Discovery Plan and has provided either OCR and/or extracted text with metadata. This is not a difficult thing for your production vendor to do. We would appreciate it if you could comply with the Discovery Plan with respect to your productions going forward. Moreover, a listing of the files for which we currently require either OCR and/or extracted text with metadata is attached. We would appreciate your prompt attention to providing us either OCR or extracted text with metadata for such files.

**Cost Estimate For Processing Feld Production**

Our production vendor has estimated the costs associated with processing the Feld production (*e.g.*, TIFFs and Bates-labelling) at $4500-$5000.

Please let us know if you have a proposal with regard to this production.

Sincerely,

Jennifer A. Albert

cc:     Dabney Carr, IV
        Robert Angle
        Craig Merritt
        Henry Willett