# EXHIBIT K

```
 1                IN THE UNITED STATES DISTRICT COURT

 2               FOR THE EASTERN DISTRICT OF VIRGINIA

 3                         RICHMOND DIVISION

 4

 5    ---------------------------------------
                                             :
 6     ePLUS, INC.                           :   Civil Action No.
                                             :   3:09CV620
 7     vs.                                   :
                                             :
 8     LAWSON SOFTWARE, INC.                 :   September 27, 2010
                                             :
 9    ---------------------------------------

10

11       COMPLETE TRANSCRIPT OF THE FINAL PRETRIAL CONFERENCE

12              BEFORE THE HONORABLE ROBERT E. PAYNE

13                  UNITED STATES DISTRICT JUDGE

14
      APPEARANCES:
15
      Scott L. Robertson, Esquire
16    Michael G. Strapp, Esquire
      Jennifer A. Albert, Esquire
17    Goodwin Procter, LLP
      901 New York Avenue NW
18    Suite 900
      Washington, D.C.  20001
19                                             Volume I of II
      Craig T. Merritt, Esquire
20    Christian & Barton, LLP
      909 East Main Street
21    Suite 1200
      Richmond, Virginia  23219-3095
22    Counsel for the plaintiff

23

24                    Peppy Peterson, RPR
                      Official Court Reporter
25                 United States District Court
```

1   time.  I don't think it requires them to do it.  I
2   think she can say, Pony up the rest of it, can't you?
3           MS. ALBERT:  Yes.  And, Your Honor,
4   respectfully, our expert did point out in his report
5   that this was an incomplete, undated document.
6           THE COURT:  Well, you used it at the trial.
7           MS. ALBERT:  We did not use it at trial.
8   It's been used against ePlus.  And, respectfully, they
9   have had access to this.  The proffering witness is
10  their consultant, their paid consultant.  They could
11  have obtained the entire document from her.  It is
12  unduly prejudicial to us not to have the complete
13  document.  We don't know what the rest of the document
14  says about the operation of the system.
15          THE COURT:  How was it used against you in
16  the SAP trial?
17          MS. ALBERT:  Well --
18          THE COURT:  And how did it hurt you?
19          MR. ROBERTSON:  It was offered as a
20  defendant's exhibit, Your Honor.  Judge Spencer didn't
21  go through an exercise that we're enjoying here today.
22  He basically admitted 99 percent of the exhibits.
23          THE COURT:  You enjoy that better than this?
24  Is that what you're saying?
25          MR. ROBERTSON:  It was never challenged.  I