# EXHIBIT L

# Kristin M. Drieman

**From:** Kirstin Stoll-DeBell
**Sent:** Monday, November 01, 2010 11:55 AM
**To:** Kristin M. Drieman
**Subject:** FW: PO Writer Exhibits

---

**From:** Kirstin Stoll-DeBell
**Sent:** Thursday, September 23, 2010 10:57 AM
**To:** 'Albert, Jennifer A'; 'Clements, James D'; Strapp, Michael
**Cc:** William D Schultz; Kristin M. Drieman; Daniel McDonald
**Subject:** PO Writer Exhibits

As discussed this morning, we are withdrawing our objections to PX-482 and PX-483.

We are also withdrawing our exhibits DX-142 and DX-124.

We will amend the description of DX-121. We suggest: "Tutorial for Purchasing Module manual, P.O. Writer Version 10.0 (McEneny Depo. Ex. 6)" - is this acceptable to you? If not, please let us know how you would change it.

We will also amend the description of DX-122. We suggest "Chapter 1 for Purchasing Module manual, P.O. Writer Version 10.0 (McEneny Depo. Ex. 103)" - is this acceptable to you? If not, please let us know how you would change it.

Finally, we ask that you reconsider your objections to DX-136 and DX-139. Both were listed in Dr. Shamos's report and the second supplemental invalidity contentions.

**Kirstin L. Stoll-DeBell**
Partner
Merchant & Gould P.C.
1050 Seventeenth Street, Suite 1950
Denver, Colorado 80265-0100

**Telephone** (303) 357-1640
**Mobile** (303) 941-8888
**Fax** (303) 357-1671
www.merchantgould.com

# GUARDIANS OF GREAT IDEAS ®

Atlanta | **Denver** | Knoxville | Madison | Minneapolis | New York City | Omaha | Seattle | Washington D.C.

Note: This e-mail message is confidential, and may be privileged, or otherwise protected by law. If you are not the intended recipient, please (1) Reply via e-mail to sender; (2) Destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) Refrain from copying or disseminating this communication by any means whatsoever. Thank you.