# EXHIBIT M

**Kristin M. Drieman**

| | |
|---|---|
| **From:** | Kristin M. Drieman |
| **Sent:** | Wednesday, October 27, 2010 2:57 PM |
| **To:** | 'ePlus Goodwin Service' |
| **Subject:** | ePlus v. Lawson |
| **Attachments:** | L070.zip |

Attached pleae find Lawson production documents, L0417616-0418038.

Thanks.

**Kristin M. Drieman**
Litigation Paralegal
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
USA

**Telephone** (612) 336-4703
**Fax** (612) 332-9081
**www.merchantgould.com**

**GUARDIANS OF GREAT IDEAS** [®]

Atlanta | Denver | Knoxville | Madison | **Minneapolis** | New York | Seattle | Washington D.C.

Note:  This e-mail message is confidential and may be privileged or otherwise protected by law.  If you are not the intended recipient, please: (1) reply via e-mail to sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.  Thank you.