IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING PLAINTIFF *e*PLUS, INC.'S REPLY BRIEF IN FURTHER SUPPORT OF ITS MOTION REGARDING RELEVANCE AND DISCLOSURE OF ACCUSED LAWSON SYSTEMS
<u>UNDER SEAL</u>**

Plaintiff *e*Plus, Inc., by counsel, and in accordance with the November 16, 2009, Protective Order entered in this case, has filed UNDER SEAL its Reply Brief in Further Support of its Motion Regarding Relevance and Disclosure of Accused Lawson Systems together with Exhibits 30, 31 & 32 thereto. Exhibits 27, 28 & 29 are attached hereto.

November 8, 2010
                Respectfully submitted,

                *e*Plus, Inc.

                By Counsel

                _____/s/_____
                Henry I. Willett, III (VSB #44655)
                Craig T. Merritt (VSB #20281)
                **CHRISTIAN & BARTON, LLP**
                909 East Main Street, Suite 1200
                Richmond, Virginia 23219-3095
                Telephone: (804) 697-4100
                Facsimile: (804) 697-4112
                cmerritt@cblaw.com
                hwillett@cblaw.com

                Scott L. Robertson *(admitted pro hac vice)*
                Jennifer A. Albert *(admitted pro hac vice)*
                David M. Young (VSB #35997)
                **GOODWIN PROCTER LLP**
                901 New York Avenue, N.W.
                Washington, DC 20001
                Telephone:  (202) 346-4000
                Facsimile:   (202) 346-4444
                srobertson@goodwinprocter.com
                jalbert@goodwinprocter.com
                dyoung@goodwinprocter.com

                Michael G. Strapp (*admitted pro hac vice*)
                James D. Clements  (*admitted pro hac vice*)
                **GOODWIN PROCTER LLP**
                Exchange Place
                53 State Street
                Boston, MA 02109-2881
                Telephone:  (617) 570-1000
                Facsimile:   (617) 523-1231
                mstrapp@goodwinprocter.com
                jclements@goodwinprocter.com

                *Attorneys for Plaintiff, ePlus inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of November, 2010, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

                                                             /s/
                                    Henry I. Willett, III (VSB #44655)
                                    Counsel for Plaintiff *e*Plus, Inc.
                                    **CHRISTIAN & BARTON, LLP**
                                    909 East Main Street, Suite 1200
                                    Richmond, Virginia 23219-3095
                                    Telephone: (804) 697-4100
                                    Facsimile: (804) 697-4112
                                    hwillett@cblaw.com

1099475