# EXHIBIT 28

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S INFRINGEMENT CLAIM CHARTS**

Plaintiff, *e*Plus inc., by Counsel, and in accordance with Section V(J)(4) of Pretrial Schedule A to the Scheduling Order submitted as Exhibit A to the Agreed Discovery Plan filed with the Court on November 18, 2009 (Docket No. 121-2), hereby submits its infringement claim charts, which are attached hereto as Exhibit 1 (United Sates Patent No. 6,055,516) (FILED UNDER SEAL), Exhibit 2 (United States Patent No. 6,023,683) (FILED UNDER SEAL), and Exhibit 3 (United States Patent No. 6,505,172) (FILED UNDER SEAL). Also attached are Appendices A-C which are Plaintiff's preliminary analyses of the functions and structures in the patent specifications corresponding to the means-plus-function elements of the asserted claims of U.S. Patent No. 6,023,683; 6,055,516 and 6,505,172, respectively.

Date: December 22, 2009

Respectfully submitted,

*e*Plus inc.

By counsel

/s/ Henry I. Willett, III
Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
**CHRISTIAN & BARTON, L.L.P.**
909 East Main Street, Suite 1200
Richmond, VA 23219
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com
cmerritt@cblaw.com

Jennifer A. Albert (*admitted pro hac vice*)
Scott L. Robertson (*admitted pro hac vice*)
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
jalbert@goodwinprocter.com
srobertson@goodwinprocter.com
dyoung@goodwinprocter.com

Lana S. Shiferman (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
lshiferman@goodwinprocter.com
jclements@goodwinprocter.com

Counsel for Plaintiff, *e*Plus inc.

2

LIBW/1726712.1