# **EXHIBIT 29**



Merchant & Gould
An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact | **612.371.5233**
**jgraham@merchantgould.com**

December 11, 2009

<u>**VIA EMAIL**</u>

Jennifer A. Albert, Esq.
**Goodwin Procter LLP**
901 New York Avenue NW
Washington, DC 20001

*Re:*   *ePlus, Inc. v. Lawson Software, Inc.*
          *Case No. 2:09-cv-232*

Dear Jennifer:

     This letter responds to your letter of December 11, 2009. You have continued to ignore Judge Payne's actual words at the November 13 Status Conference. In your letter, you provided a quote from that Conference, but failed to acknowledge the very next lines of the transcript:

> THE COURT: . . .
> The identification of the potential infringing products, that will be done as part of the process we just talked about, right?
>
> MR. ROBERTSON: Yes, sir.

The Court required, and Mr. Robertson agreed to, identify the potentially infringing products as part of the process of Lawson calculating its revenues.

     ePlus's infringement claim charts, however, did not specifically identify which combination of Lawson's products potentially infringe. For example, it is unclear whether ePlus is alleging that the combination of Lawson's Requisition, Purchase Order, and Inventory, without any other modules, infringes; or if Lawson's Requisition Self Service is also required to allegedly infringe; or if Lawson's Procurement Punchout is also required to infringe; etc. Without knowing the specific combination of Lawon's modules that ePlus is accusing of infringing, Lawson cannot provide an accurate calculation of revenues generated by potentially infringing products.

Atlanta | Denver | Knoxville | Omaha | Minneapolis | Seattle | Washington DC

Jennifer A. Albert, Esq.
December 11, 2009
Page 2

     We will be available on Monday, December 14, 2009, for a meet-and-confer. Please confirm that you will be available at 4pm Central Time on that date.

                                      Sincerely,

                                      Joshua P. Graham