# EXHIBIT N

# APPENDIX 6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| *e*PLUS, INC., | ) |
| | ) |
| | )    Civil Action No. 3:09-cv-620 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

## LAWSON SOFTWARE, INC.'S EXHIBITS AS TO WHICH *e*PLUS INC. OBJECTS AND THE GROUNDS FOR OBJECTION

Pursuant to Section V(D)(6) of the Court's Scheduling Order, Plaintiff *e*Plus, Inc. ("*e*Plus"), through counsel, hereby submits the following general and specific objections to Defendant Lawson Software, Inc. ("Lawson")'s Trial Exhibit List:

### General Objections

1. <u>Documents excluded pursuant to the Court's rulings on motions in limine</u>. Defendant's Trial Exhibit List includes nearly 100 documents which the Court has already ordered be excluded from trial either explicitly or implicitly.

2. <u>Documents not previously disclosed during discovery or pursuant to Court Order</u>. *e*Plus also objects generally to the introduction of any evidence which, though it may be relevant to Lawson's defenses, was not previously disclosed during discovery, in its responses to *e*Plus's interrogatories or disclosed in Defendant's Court Ordered Second Supplemental Statement of Invalidity Defenses.

3. <u>Relevance</u>. *e*Plus objects generally to Lawson's introduction of any evidence

.

2

having no tendency to make the existence of any fact that is of consequence to the determination

of the action more probable or less probable and to the introduction of evidence wherein the

probative value of that evidence is substantially outweighed by the danger of unfair prejudice,

confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of

time, or needless presentation of cumulative evidence.

4.      Exhibits not disclosed.  *e*Plus reserves its right to present additional objections to

exhibits not yet disclosed to *e*Plus by Lawson, including, but not limited to, Lawson Trial

Exhibits DX 118, DX 119, DX 151, DX 152, DX 162, DX 368, DX 369 and DX 370.

5.      Duplicative Exhibits.  *e*Plus objects generally to Lawson's practice of including

the same exhibit multiple times on its Trial Exhibit List.

6.      Exhibits not properly described.  *e*Plus objects generally to all Lawson exhibits

not properly described including exhibits described as "excel spreadsheet" or impermissibly

grouped exhibits.

**KEY TO OBJECTIONS**

| Reference | Basis for Objection |
|---|---|
| 106 | Fairness requires admission of remainder of the document |
| 401/402 | The evidence in the exhibit is not relevant and is not admissible |
| 403 | Any relevance of the exhibit is substantially outweighed by the danger of unfair prejudice, confusion of the issues, misleading the jury, or considerations of unfair delay, waste or confusion of the issues, misleading the jury, or considerations of unfair delay, waste of time, or needless presentation of cumulative evidence. |
| 801/802/805 | The exhibit contains or is hearsay and no exception applies and/or the exhibit contains or is hearsay within hearsay and no exception applies. |
| 901 | The exhibit lacks authentication. |
| 1002 | Original required (Best Evidence) |
| 1003 | Poor duplicate – unfair to admit as duplicate (Best Evidence) |
| 1006 | The evidence in the exhibit includes improper summary of evidence. |
| Duplicate | The exhibit is duplicative of another exhibit(s) |
| FRCP 26 | Not timely disclosed |
| IL | The exhibit is not legible |
| MD | Exhibit is inadmissible because it contains more than one document or is an improper collection of documents |
| MIL | Subject of motion *in limine* |
| NT/T | The exhibit contains text in a foreign language that is not translated to English, or the translation is inaccurate |
| NR | Exhibit not received—all objections are reserved |

**Specific Objections**

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/ 402 | 403 | 801/ 802/ 805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-11 | | Response to Second Office Action dated 05/26/98 from the '683 File History (Kinross Depo. Exh. 11) | L0132884-0132910 | X | | | | | | | | | | | | | | | |
| DX-25 | | ProcureNet Internal Listing dated 04/13/01 (Farber Depo. Exh. 16) | ePLUS0070332-0070338 | | X | | | | | | | | | | | X | | | |
| DX-31 | | Lawson Insight II for IBM AS/400 Auto Installation Guide for Version 7.2.2.2 | L0345798-0345979 | | X | X | | | | | | | X | | | X | | | |
| DX-32 | | Lawson Insight Inventory Control Release 7.0.7 Technical Text | L0359390-0359607 | | X | | | | | | | | X | | | X | | | |
| DX-33 | | Lawson Insight Inventory Control Release 7.0.7 User Text | L0359608-0360482 | | X | X | | | | | | | X | | | X | | | |
| DX-34 | | Lawson Insight Inventory Control Release 7.0.7 Data File Text | L0358883-00359389 | X | X | X | | | | | | | X | | | X | | | |
| DX-35 | | Lawson Software Release 6.0 | L0004381-00004386 | | | | | | | | | | X | | | X | | | |
| DX-36 | | Requisitions Training Manual Release 6.0 09/01/94 | L0009986-0010038 | | | | | | | | | | X | | | X | | | |
| DX-37 | | Unix Upgrade Release Notes Release 5.x to 6.0 dated February 1995 | L0015260-15289 | | | | | | | | | | X | | | X | | | |
| DX-38 | | Purchase Order Conversion Workbook Release 6.1 dated [1]November 1995 | L0014150-0014247 | | X | X | | | | | | | X | | | X | | | |
| DX-39 | | Inventory Control Conversion Manual Release 6.0 dated February 1994 | L0012800-0012836 | | | | | | | | | | X | | | X | | | |
| DX-40 | | Purchase Order Conversion Manual Release 6.0 dated April 1994 | L0012492-0012517 | | X | | | | | | | | X | | | X | | | |
| DX-41 | | Lawson Purchase Order Release 6.0 Enhancement Design dated October 30, 1992 | L0024261-0024357 | | X | X | | | | | | | X | | | X | | | |

---

[1] Excluded by Court Order.

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/402 | 403 | 801/802/805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-42 | | Lawson Unix Upgrade Manual Release 6.x to 6.0 dated February 1995[2] | L0015320-0015614 | | X | X | | | | | | | X | | | X | | | X |
| DX-43 | | Lawson Purchase Order Release 6.0 User Text | L0015615-0016422 | | X | X | | | | | | | | | | X | | | |
| DX-44 | | 05/23/93 Letter to Lawson from Maurice Blauch from Aircraft Service Int's | L0021190 | | X | X | | | | | | | X | | | X | | | |
| DX-50 | | License Agreement between ePlus and ProcureNet (Farber Depo. Exh. 59) | ePlus0949000-09490017 | | X | X | | | | | | | | | | | | | |
| DX-53 | | ProcureNet, Inc. Form S-1 (Farber Depo. Exh. 63) | ePlus0448712-0448851 | | X | | | | | | | | | | | | | | |
| DX-56 | | Letter from SEC to ProcureNet, Inc. regarding withdrawal of Registration Statement on Form S-1 dated 11/10/000 (Farber Depo. Exh. 66) | | | X | | | | | | | | | | | | | | |
| DX-58 | | ePlus 2001 10-K (Farber Ex. 71) | ePLUS0139447-0139555 | | | | | | | | | DX 54 | | | | | | | |
| DX-62 | | Fisher RIMS Trademark Application No. 74/384676 (Certified Copy) | | | X | X | | | | | | | | | | | | | |
| DX-63 | | P.O. Writer Plus V. 10 Manual[3] | L0126155-0127601 | | | | | | | | | | | | X | | | | |
| DX-64 | | UNIVERSE for UNIX Getting Started Release 2.1 dated February 1994 | L0013572-0013711 | | X | X | | | | | | | X | | | X | | | |
| DX-73 | | Lawson Software Purchase Order Procedures Manual Release 6.0 dated 01/94 (Christopherson Depo. Exh. 39)[4] | L0013146-013295 | | X | | | | | | | | X | | | X | | | |

---

[2] Exhibit is not accurately described.

[3] Exhibit is not properly designated.

[4] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/ 402 | 403 | 801/ 802/ 805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-74 | | Lawson Software Requisitions Procedures Manual Release 6.0 dated 01/94 (Christopherson Depo. Exh. 40)[5] | L0009725-0009773 | | X | | | | | | | | X | | | X | | | |
| DX-75 | | Lawson Software Inventory Control Procedures Manual Release 6.0 dated 01/01/94 (Christopherson Depo. Exh. 41)[6] | L0012837-0013145 | | X | X | | | | | | | | | | X | | | |
| DX-80 | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ended March 31 (Green Expert Report Exh. C)[78] | | | X | X | X | | | | X | | | | | | | | |
| DX-81 | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ended March 31 (Green Expert Report Exh. C-1)[9] | | | X | X | X | | | | X | | | | | | | | |
| DX-83 | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ended March 31 (Green Expert Report Exh. C-2)[1011] | | | X | X | X | | | | X | | | | | | | | |
| DX-86 | | Printout of notes titled "Systems are running on two platforms: HP-UX PA-RISC and IBM I" (Hvass Depo. Exh. 2)[1213] | | | X | X | | | | | | | X | | | X | | | |
| DX-87 | | wip60_mod.txt (Hvass Depo. Exh. 6)[1415] | | | X | X | | | | | | | X | | | X | | | |

---

[5] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[6] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[7] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.

[8] Lawson objects to ePlus, Inc's objections to DX-80, DX-81, DX-103, DX-109, DX-120, DX-121, DX-122, DX-124, DX-158, DX-232, DX-233, DX-349, DX-351, DX-352, DX-353, DX-354, DX-356, DX-357, DX-358, DX-359, DX-360, DX-361, DX-363, and DX-364 as untimely.

[9] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.

[10] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.

[11] Lawson objects to ePlus, Inc.'s Objections to DX-83 and DX-99 under FRE 401/402 and 801/802/805 as untimely.

[12] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[13] Excluded by Court Order.

[14] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/ 402 | 403 | 801/ 802/ 805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-88 | | Support Mod.txt (Hvass Depo. Exh. 7)[16] | | | X | X | | | | | | | X | | | X | | | |
| DX-89 | | Cyclical_mod.txt (Hvass Depo. Exh. 8)[17][18] | | | X | X | | | | | | | X | | | X | | | |
| DX-90 | | Screen shots by Jeff Hvass (Hvass Depo. Exh. 5)[19][20] | | | X | X | | | | | | | X | | | X | | | |
| DX-91 | | Jeff Hvass demonstration of 5.0 Support[21][22] | | | X | X | | X | X | | | | | | | X | | | |
| DX-92 | | Jeff Hvass demonstration of 5.0 Cobdeliv[23][24] | | | X | X | | X | X | | | | | | | X | | | |
| DX-93 | | Jeff Hvass demonstration of 6.0[25][26][27] | | | X | X | | X | X | | | | | | | X | | | |
| DX-94 | | Jeff Hvass demonstration of 6.1[28][29] | | | X | X | | X | X | | | | | | | X | | | |

---

[15] Excluded by Court Order.

[16] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[17] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[18] Excluded by Court Order.

[19] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[20] Excluded by Court Order.

[21] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[22] Excluded by Court Order.

[23] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[24] Excluded by Court Order.

[25] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[26] Excluded by Court Order.

[27] Excluded by Court Order.

[28] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103

[29] Excluded by Court Order.

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/ 402 | 403 | 801/ 802/ 805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-95 | | CD of Demonstration taken during Deposition of Jeff Hvass[30] | ePLUS0949076 | | X | X | | X | X | | | | | | | X | | | |
| DX-99 | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ended March 31 (Green Expert Report Exh. C-3)[31] | | | X | X | X | | | | X | | | | | | | | |
| DX-100 | | ProcureNet Inc. Statement of Profit and Loss Fiscal Years ended December 31 (Green Expert Report Exh. D)[32] | | X | X | X | X | | | | X | | | | | | | | |
| DX-101 | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ended May 31 (Green Expert Report Exh. E)[33][34] | | | X | X | X | | | | X | | | | | | | | X |
| DX-103 | | Lawson Software Total Accused License Revenue Fiscal Years ended May 31 (Green Expert Report Exh. J)[35] | | | X | X | X | | | | X | | | | | | | | |
| DX-104 | | Technical Viewer/2[36] | G0000362-0000375 | X | X | | | | | | | | | | X | | | | |
| DX-109 | | Lawson Software, Inc. Total Accused Maintenance Revenue Fiscal Years Ended May 31 (Green Expert Report Exh. J-2)[37] | | | X | X | X | | | | X | | | | | | | | |
| DX-111 | | 5799-IBM Technical Viewer/2 (Pages from Eng Depo. Exh. 3) | ePlus0210933-0210938 | X | | | X | | | | | | | | | | | | |

---

[30] Excluded by Court Order.

[31] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.

[32] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.

[33] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.

[34] Lawson objects to ePlus, Inc.'s Objections to DX-101 under FRE 401/402, 801/802/805 and 1006 as untimely.

[35] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.

[36] Excluded by Court Order.

[37] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 1006.

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/402 | 403 | 801/802/805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-112 | | Video – Interactive Electric Technical Manuals | L0290560 | | | X | | | | | | | | | | | | | |
| DX-118 | | Reserved for updated Lawson License and Maintenance Revenue Spreadsheet[38] | | | | | | OBJECTIONS RESERVED | | | | | | | | | | | |
| DX-119 | | Reserved for updated Lawson Services Revenue Spreadsheet[39] | | | | | | OBJECTIONS RESERVED | | | | | | | | | | | |
| DX-120 | | Tenth Edition Software Revision 10.0 dated 04/93 (McEneny Depo. Exh. 5) | L0126501-0126513 | X | | | | | | | | | | | | | | | X |
| DX-121 | | Purchased Tutorial- Table of Contents re: P.O. Writer (McEneny Depo. Exh. 6) | L0126718-0126964 | X | | | | | | | | | | | | | | | X |
| DX-122 | | P.O. Writer Tenth Edition Software 10.0 (McEneny Depo. Exh. 103)[40] | L0126501-0126513 | X | | | | | | | | | | | | | | | X |
| DX-124 | | We've Got Connections! re: P.O. Writer Plus Version 6.0 (McEneny Depo. Exh. 96) | ePlus0219612-0219617 | | X | | | | | | | | | | | | | | |
| DX-127 | | Ad Hoc Reporting Version 10.0 ((McEneny Depo. Exh. 99) | L0126396-0126402 | | X | | | | | | | | | | | | | | |
| DX-128 | | Bar Code Interface Version 10.0 ((McEneny Depo. Exh. 100) | L0126403-0126422 | | X | | | | | | | | | | | | | | |
| DX-131 | | P.O. Writer Plus Fax Module Version 10.0 (McEneny Depo. Exh. 105) | L0126702-0126717 | | X | | | | | | | | | | | | | | |
| DX-132 | | P.O. Writer Receiving Manual for Version 10.0 (McEneny Depo. Exh. 106) | L0127297-0127504 | | X | | | | | | | | | | | | | | |
| DX-134 | | Security Administrator's Guide Version 10.0 (McEneny Depo. Exh. 108) | L0126981-0126999 | | X | | | | | | | | | | | | | | |

---

[38] Lawson may update its license and maintenance spreadsheet depending on the Court's ruling on Lawson's pending motion in limine.

[39] Lawson may update its license and maintenance spreadsheet depending on the Court's ruling on Lawson's pending motion in limine.

[40] Exhibit is not properly described.

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/ 402 | 403 | 801/ 802/ 805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-135 | | Stock Requisitioning & Kitting System Administrator's Guide (McEneny Depo. Exh. 109) | L0127000-0127019 | | X | | | | | | | | | | | | | | |
| DX-136 | | Stock Requisitioning & Kitting Version 10.0 (McEneny Depo. Exh. 110) | L0127020-0127102 | | X | | | | | | | | | | | | | | |
| DX-137 | | Supplier Rating Report dated 02/03/93 (McEneny Depo. Exh. 111) | L0127103-0127137 | | X | | | | | | | | | | | | | | |
| DX-138 | | System Administrator's Guide Version 10.0 (McEneny Depo. Exh. 112) | L0127138-0127227 | | X | | | | | | | | | | | | | | |
| DX-139 | | Version Upgrade Kit Version 10.0 (McEneny Depo. Exh. 113) | L0127228-0127255 | | X | | | | | | | | | | | | | | |
| DX-142 | | Buyers' Guide to Software for Purchasing dated 11/23/89 (McEneny Depo. Exh. 118) | ePLUS0219905-0219910 | | X | X | | | | | | | | | | | | | |
| DX-145 | | Diagram of the Gateway P.O with Fisher CSR (Pages of Ramos Depo. Exh. 5) | JR000206 | | X | X | | X | | | | | | | | | | | |
| DX-147 | | Vendor Function and Cost Comparison dated 03/17/94 (Ramos Depo. Exh. 7) | ePLUS0501578-0501579 | | | | X | X | | | | | | | | | | | |
| DX-150 | | Gateway Screenshots | L0128494-128564 | | | X | X | X | | | | | | | X | | | X | | |
| DX-151 | | Reserved for summary of updated Lawson License Revenue Spreadsheet | | OBJECTIONS RESERVED | | | | | | | | | | | | | | | |
| DX-152 | | Reserved for summary of updated Lawson Maintenance Revenue Spreadsheet | | OBJECTIONS RESERVED | | | | | | | | | | | | | | | |
| DX-153 | | Gateway DOS Product Overview | L0128368-0128395 | | | | | | | | | | X | | | X | | | |
| DX-154 | | Gateway Newsletter dated 01/91 | L0128358-0128361 | | X | X | | | | | | | | | | | | | |
| DX-155 | | Gateway Purchasing Manual dated 12/93 | L0127887-0128208 | | X | | | | | | | | | | | | | | |
| DX-157 | | Gateway Inventory Process User Manual | L0128209-0128356 | | X | | | | | | | | | | | | | | |

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/402 | 403 | 801/802/805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-158 | | Fisher/Gateway Interface dated 06/04/90 (Jacobs Depo. Ex. 4) | ePLUS0219328-0219336 | | X | | X | | | | | | | | | | | | |
| DX-159 | 495 | Letter from Tom Side to David Wilson dated 07/16/90 (Jacobs Depo. Ex. 5) | ePLUS0219337 | | X | X | | | | | | | | | | | | | |
| DX-160 | 496 | TSA, Inc. letter to Fisher regarding file structures dated 10/29/90 (Jacobs Depo. Ex. 6) | ePLUS0216634-0216641 | | X | X | | | | | | | | | | | | | |
| DX-161 | 497 | TSA, Inc. Proposal to Provide Re-engineering of Procurement System prepared for New York University Medical Center dated 05/12/94 (Jacobs Depo. Ex. 7) | ePLUS0497214-0497222 | | X | X | | | | | | | | | | | | | |
| DX-162 | 498 | Letter from Kathy Detar-Gennuso (Fisher Scientific) to Dave Wilson regarding purchase order file transmission dated 11/30/89 (Jacobs Depo. Ex. 8) | ePLUS0501468-0501474 | | X | X | X | | | | | | | | | | | | |
| DX-163 | | Letter from Ann Mull (Fisher Scientific) to NYU Medical Center regarding purchase order without transmission structure (Jacobs Depo. Ex. 9) | ePLUS0218057-0218061 | | | | X | X | | | | | | | | | | | |
| DX-165 | | Gateway System Management Manual dated 12/1993 (Jacobs Depo. Ex. 11) | ePLUS0213143-0213404 | | X | | | | | | | | | | | | | | |
| DX-166 | | Gateway Inventory Processes User Manual dated 12/1993 (Jacobs Depo. Ex. 12) | ePLUS0213405-0213552 | | X | | | | | | | | | | | | | | |
| DX-167 | | Reserved for updated Lawson Services Revenue Spreadsheet | | OBJECTIONS RESERVED | | | | | | | | | | | | | | |
| DX-170 | | REALITY Purchase Order Module | EP019996-020239 | | X | | | | | | | | X | | | X | | | |
| DX-171 | | UNIVERSE Release Notes 2.1 dated July 1994[41] | L0014416-0014532 | | X | | X | | | | | | X | | | X | | | |

---

[41] Excluded by Court Order.

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/ 402 | 403 | 801/ 802/ 805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-172 | | UNVERSE for UNIX Developer's Workbench Release 2.1 dated January 1994[42] | L0017726-0017890 | | X | | X | | | | | | X | | | X | | | |
| DX-173 | | UNIVERSE CASE and 4GL Release 2.1 dated April 1994[43] | L0017891-0018119 | | X | | | | | | | | X | | | X | | | |
| DX-175 | | UNIVERSE for UNIX Database administration Release 2.1 dated March 1994 | L0025716-0025938 | | X | | | | | | | | X | | | X | | | |
| DX-181 | | Lesson Four Process Bids | LE02060596-02060609 | X | X | | | | | | | | | | | | | | |
| DX-186 | | Purchase Order Procedures Manual Version 7.2.0 dated February 1999 | LE01078665-01078888 | | X | X | | | | | | | X | | | X | | | |
| DX-190 | | Chapter 20 Application Changes from Release 6.0 (Shamos Depo. Exh. 3)[44] | L0373955-0374057 | X | X | X | | | | | | | X | | | X | | | |
| DX-191 | | Requisitions Procedures Manual Version 7.2.1 dated April 1999 | LE01101046-01101231 | | X | X | | | | | | | X | | | X | | | |
| DX-192 | | Purchase Order Procedures Manual Version 7.2.1 dated April 1999 | LE01100551-01100774 | | X | X | | | | | | | X | | | X | | | |
| DX-193 | | Procurement Management Technical Guide Version 7.2.1 dated April 1999 | LE00354500-00354727 | | X | X | | | | | | | X | | | X | | | |
| DX-195 | | Requisitions Procedures Manual Version 7.2.0 dated February 1999 | LE01078889-01079072 | | X | X | | | | | | | X | | | X | | | |
| DX-211 | | Fisher Scientific International 1994 Annual Report; dated 1994 (O'Loughlin Depo. Exh. 41) | L0343632-0343667 | | X | X | | | | | | | | | | | | | |
| DX-212 | | Fisher Scientific International Form 10-K for 1992 (O'Loughlin Depo. Exh. 42) | L0343548-0343586 | X | X | X | | | | | | | | | | | | | |
| DX-213 | | Fisher Scientific International Form 10-K for 1993 (O'Loughlin Depo. Exh. 43) | L0343587-0343631 | | X | X | | | | | | | | | | | | | |
| DX-230 | | IBM Technical Viewer/2 General Information Manual | G0000012-29 | | | | | | | | | X | | | | | | | |

---

[42] Excluded by Court Order.

[43] Excluded by Court Order.

[44] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/ 402 | 403 | 801/ 802/ 805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-232 | | File History of U.S. Patent No. 6,055,516 (Certified Copy) | L0132511-0132698 | | | | | | | | | X | | | | | | | X |
| DX-233 | | File History of U.S. Patent No. 6,023,683 (Certified Copy) | L0132699-0132936 | | | | | | | | | | | | | | | | X |
| DX-234 | | Notice of Allowability regarding Application No. 08/288,577 (U.S. Patent No. 6,023,683) dated 11/20/98 | L0132912-0132916 | X | | | | | | | | | | | | | | | |
| DX-236 | | Notice of Allowability regarding Application No. 09/532,557 (U.S. Patent No. 6,505,172) dated 03/27/01 | L0132089-0132094 | X | | | | | | | | X | | | | | | | |
| DX-237 | | File History of Reexamination No. 90/008,104[45][46] (Certified Copy) | | | X | X | | | | | | | | | | X | | | |
| DX-238 | | Decision on Request for Reexamination 90/008,104 dated 10/28/06[47][48] (Certified Copy) | | | X | X | | | | | | | | | | X | | | |
| DX-239 | | File History of Reexamination No. 90/009,636 (U.S. Patent No. 6,055,516)[49][50] (Certified Copy) | | | X | X | | | | | | | | | | X | | | |
| DX-240 | | Order Granting/Denying Request for Ex Parte Reexamination for Reexamination No. 90/009,636 dated 01/15/10[51][52] | | | X | X | | | | | | | | | | X | | | |

[45] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[46] Excluded by Court Order.

[47] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[48] Excluded by Court Order.

[49] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[50] Excluded by Court Order.

[51] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[52] Excluded by Court Order.

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/402 | 403 | 801/802/805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-241 | | File History of Reexamination No. 95/000,487 (U.S. Patent No. 6,505,172)[53] (Certified Copy) [54] | | | X | X | | | | | | | | | | X | | | |
| DX-242 | | Order Granting/Denying Request for Inter Partes Reexamination for Reexamination No. 95/000,487 dated 10/23/09[55][56] | | | X | X | | | | | | | | | | X | | | |
| DX-243 | | File History of Reexamination No. 90/011,066[57][58] (Certified Copy) | | | X | X | | | | | | | | | | X | | | |
| DX-246 | | U.S. Patent No. 4,984,155: Geier [59] (Certified Copy) | ePlus0137907-0137924 | | X | | | | | | | X | | | | X | | | |
| DX-247 | | 5.0 Source Code[60] | L0172985 | | X | X | | X | X | | | | | | | X | | | |
| DX-248 | | 6.1 Source Code[61] | L0345246 | | X | X | | X | X | | | | X | | | X | | | |
| DX-249 | | 6.1 Source Code from Ciber[62][63] | L0417613 | | X | X | | X | X | | | | | | | X | | | |
| DX-250 | | 7.2.4 Source Code | L0135743 | | X | | | | | | | X | | | | X | | | |

---

[53] Excluded by Court Order.

[54] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[55] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[56] Excluded by Court Order.

[57] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[58] Excluded by Court Order.

[59] Excluded by Court Order.

[60] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[61] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[62] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[63] Excluded by Court Order.

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/ 402 | 403 | 801/ 802/ 805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-256 | | PHYSICAL: Bendix-Philips 1966 Thru 1969 Auto Radio Replacement Parts Price List[64] | | | X | | OTHER OBJECTIONS RESERVED PENDING INSPECTION | | | | | | | | | | | | |
| DX-257 | | PHYSICAL: Sears 1984 Fall/Winter Catalog | | | X | | OTHER OBJECTIONS RESERVED PENDING INSPECTION | | | | | | | | | | | | |
| DX-258 | | PHYSICAL: Montgomery Wards Fall/Winter 1984 Catalog | | | X | | OTHER OBJECTIONS RESERVED PENDING INSPECTION | | | | | | | | | | | | |
| DX-259 | | PHYSCIAL: Address book | | | X | | OTHER OBJECTIONS RESERVED PENDING INSPECTION | | | | | | | | | | | | |
| DX-260 | | PHYSICAL: Rolodex | | | X | | OTHER OBJECTIONS RESERVED PENDING INSPECTION | | | | | | | | | | | | |
| DX-261 | | PHYSICAL: Verizon Yellow pages January 2008 for Area Code 804 | | | X | | OTHER OBJECTIONS RESERVED PENDING INSPECTION | | | | | | | | | | | | |
| DX-262 | | Designated portions of Steve Mencarini Deposition dated May 26, 2010 | | X | | | X | | | | | Discovery Designation | | | | | | | |
| DX-272 | | ePlus 2008 10-K | ePlus0432996-073 | | | | | | | | | X | | | | | | | |
| DX-274 | | ePlus 2009 10-K | ePlus0528741-824 | | | | | | | | | X | | | | | | | |
| DX-276 | | Lawson Software Acquisition History[65] | L0344871-0344872 | | X | | X | | X | | | | | | | X | | | |
| DX-277 | | 01/28/04 Letter to Lawson enclosing Value Added Reseller Agreement between Micro Focus and Lawson[66] | L0344941-0344952 | | X | | X | | | | | | | | | X | | | |
| DX-291 | | ePlus Acquisition of Structured Computer Services and SourceSys Inc. Valuation Methodologies and Valuations | ePlus0139230-51 | | X | X | X | | | | | | | | | | | | |
| DX-295 | | April 14, 1999 ProcureNet / Fisher Agreement | ePlus0700136-155 | | X | X | | X | | | | X | | | | | | | |

---

[64] Physical Exhibits are available for Inspection.

[65] Excluded by Court Order.

[66] Excluded by Court Order.

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/ 402 | 403 | 801/ 802/ 805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-296 | | ProcureNet Internal Listing 4/15/01 | ePlus0134665-0134957 | | X | | X | | | | | | X | | X | X | | | |
| DX-307 | | IBM OEM Software Agreement[67] | L0344898-0344903 | | X | | | | | | | | | | | | | | |
| DX-308 | | Value Added Industry Remarketer Agreement Exhibit 10.24 dated 08/13/01[68] (Green Depo. Exh. 4) | L0145818-0145865 | | X | | | | | | | | | | | X | | | |
| DX-309 | | Lawson Associates Inc. Application Partner Agreement with Arbor Software Corporation dated 08/13/01[69] (Green Depo. Exh. 5) | L0145866-0145917 | | X | | | | | | | | | | | X | | | |
| DX-310 | | IBM WebSphere License (Lawson Exh. 126)[70] | L0344875-0344897 | | X | | | | | | | | | | | X | | | |
| DX-311 | | Micro Focus License (Lawson Exh. 127)[71] | L0344977-0344998 | | X | | | | | | | | | | | X | | | |
| DX-323 | | Lawson Software Inc. Client Legal Audit Documents | LE02698476-478 | | X | | | | | | | | | | | | | | |
| DX-324 | | Lawson Insight AS/400 BOM – Release 7.1.5 | LE01364204-207 | | X | X | X | | | | | | X | | | | | | |
| DX-327 | | 6.1 Product Launch Feature / Benefit Document | L0026861-881 | | X | X | | | | | | | X | | | X | | | |
| DX-331 | | Baxter Healthcare Corporation: ASAP Express[72] | L0340559-0340571 | | X | X | | | | | | | | | | X | | | |
| DX-332 | | Lawson Software Inventory Control Conversion Manual release 6.0[73] | L0012800-0012836 | | X | X | | | | | | | X | | | X | | | |

---

[67] Excluded by Court Order.

[68] Excluded by Court Order.

[69] Excluded by Court Order.

[70] Excluded by Court Order.

[71] Excluded by Court Order.

[72] Excluded by Court Order.

[73] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/ 402 | 403 | 801/ 802/ 805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|------|------|-----------------------|--------------|-----|----------|-----|----------------|-----|------|------|------|-----|---------|----|----|-----|------|----|-------|
| DX-333 | | Summary of 5.0 and 6.0 Differences – IC, PO and RQ[74] | L0017230-0017236 | | X | X | | | | | | | X | | | X | | | |
| DX-334 | | "Beyond Business Process Redesigning Redefining Baxter's Business Network, MIT Sloan Management Review; Short et al., dated Fall 1992[75][76] | L0343527-0343543 | | X | X | | | | | | | X | | | X | | | |
| DX-340 | | Report of Credit Suisse First Boston on Lawson Software dated 11/24/03 | | | | | | | | | | | X | | | | | | |
| DX-341 | | J.P. Morgan Securities Equity Research regarding Lawson Software dated 09/26/03 | | | | | | | | | | | X | | | | | | |
| DX-342 | | Report by McDonald Equity Research regarding Ariba, Inc. dated 05/21/02[77] | | | X | | | | | | | | X | | | | | | |
| DX-343 | | Report by Morgan Stanley regarding Ariba dated 05/01/02[78] | | | X | | | | | | | | X | | | | | | |
| DX-344 | | Report by Robinson-Humphrey regarding Clarus Corp. dated 07/26/01 | | | X | | | | | | | | X | | | | | | |
| DX-345 | | Report by Robert Stephens regarding Commerce One, Inc. dated 01/24/02[79] | | | X | | | | | | | | X | | | | | | |
| DX-346 | | Report by Salmon Smith Barney regarding Ariba, Inc. dated 05/01/02[80] | | | X | | | | | | | | X | | | | | | |

---

[74] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[75] Lawson offers this exhibit pursuant to the Court's rulings on the motions in limine and pursuant to Federal Rule of Evidence 103.

[76] Excluded by Court Order.

[77] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.

[78] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.

[79] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.

[80] Lawson reserves the right to remove all or portions of this exhibit based on the Court's findings on the pending motions in limine.

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/ 402 | 403 | 801/ 802/ 805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-349 | | ePlus Return on Investment for Technology Acquired for ProcureNet (Green Expert Report Exh. F) | | | X | X | X | | | | X | | | | | | | | |
| DX-350 | | Lawson Software Expectations for Procurement Software for Fiscal Years Ended May 31 (Green Expert Report Exh.  G) | | | X | X | X | | | | X | | | | | X | | | |
| DX-351 | | Lawson Software License Revenue vs. Consulting Revenue Quarterly Data: 1Q2006-3Q2010 (Green Expert Report Exh. H) | | | X | X | X | | | | X | | | | | | | | |
| DX-352 | | Lawson Software Customers that Purchased Procurement Software License Fiscal Years 2005-2009 (Green Expert Report Exh. I) | | | X | X | X | | | | X | | | | | | | | |
| DX-353 | | Lawson Software Profits on Accused Revenue Fiscal Years Ended May 31 (Green Expert Report Exh. J-1) | | | X | X | X | | | | X | | | | | | | | |
| DX-354 | | Lawson Software Count of Allegedly Infringing Licenses Sold Fiscal Years Ended May 31 (Green Expert Report Exh. J-3) | | | X | X | X | | | | X | | | | | | | | |
| DX-355 | | Lawson Software Lump Sum as a Percent of Procurement Software Revenue & Operating Profits Fiscal Years Ended May 31 (Green Expert Report Exh.  K) | | | X | X | X | | | | X | | | | | X | | | |
| DX-356 | | Lawson Software Procurement Software:  License Earnings Fiscal Years Ended May 31 (Green Expert Report Exh. K-1) | | | X | X | X | | | | X | | | | | | | | |
| DX-357 | | Lawson Software Procurement Software:  Maintenance Earning Fiscal Years Ended May 31 (Green Expert Report Exh. K-2) | | | X | X | X | | | | X | | | | | | | | |
| DX-358 | | Lawson Software Customer Numbers:  Purchases of IC, PO & RQ Applications (Green Expert Report Exh. L) | | | X | X | X | | | | X | | | | | | | | |

| Def. No. | Plt. No. | Description of Exhibit | Bates Number | 106 | 401/ 402 | 403 | 801/ 802/ 805 | 901 | 1002 | 1003 | 1006 | DUP | FRCP 26 | IL | MD | MIL | NT/T | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-359 | | Lawson Software Customer Numbers Purchases of FINPRO (Green Expert Report Exh. L-1) | | | X | X | X | | | | X | | | | | | | | |
| DX-360 | | Lawson Software Customer Numbers: Purchases of M3EPR (Green Expert Report Exh. L-2) | | | X | X | X | | | | X | | | | | | | | |
| DX-361 | | Lawson Software Customer Numbers: Purchases of PROC (Green Expert Report Exh. L-3) | | | X | X | X | | | | X | | | | | | | | |
| DX-363 | | Lawson Software Total Accused License Revenue November 1, 2003-March 31, 2010 | | | X | X | X | | | | X | | | | | | | | |
| DX-364 | | Lawson Software Total Accused License Revenue May 19, 2009 – August 6, 2010 | | | X | X | X | | | | X | | | | | | | | |
| DX-368 | | 1006 Summaries | | OBJECTIONS RESERVED | | | | | | | | | | | | | | | |
| DX-369 | | Reserved for Exhibits related to new Reserved for invalidity expert | | OBJECTIONS RESERVED | | | | | | | | | | | | | | | |
| DX-370 | | Reserved for Exhibits related to new source code expert | | OBJECTIONS RESERVED | | | | | | | | | | | | | | | |
| DX-371 | | Oxford English Dictionary definition of "Published" | N/A | | X | | X | | | | | | | | | | | | |

20