IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS INC., )
 )
      Plaintiff, ) Civil Action No. 3:09-CV-620
 ) (REP)
    v. )
 )
LAWSON SOFTWARE, INC., )
 )
      Defendant. )

F I L E D
NOV 17 2010
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## STIPULATED ORDER REGARDING PROPOSED JURY INSTRUCTIONS

Plaintiff ePlus Inc. ("ePlus") and Defendant Lawson Software, Inc. ("Lawson"), by and through their counsel, have advised that they stipulate and agree to the following schedule for the filing of proposed jury instructions and objections thereto:

    1. The parties shall file a complete set of their revised proposed jury instructions and proposed verdict forms with the Clerk on or before November 17, 2010.

    2. The parties shall file objections to the opposing party's proposed jury instructions and verdict form by November 24, 2010.

    3. Counsel shall make every effort to resolve objections, to consolidate jury instructions, and to tender an agreed set of instructions to the Court. On December 3, 2010, ePlus shall file (a) a set of all instructions as to which the parties are

in agreement; and (b) a separate set of instructions as to which there remains a dispute, and, with respect to each such instruction, shall briefly state the points on which the parties are still in dispute.

Upon consideration of the stipulation, it is ORDERED that Section V(E) of Pretrial Schedule A of the Scheduling Order entered March 15, 2010 [Doc. No. 186] is hereby AMENDED to incorporate the foregoing schedule.

It is SO ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 17, 2010