IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| | ) Civil Action No. 3:09-CV-620 (REP) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF *e*PLUS INC.'S REVISED PROPOSED VERDICT FORM**

Plaintiff *e*Plus, Inc., ("*e*Plus") hereby provides the attached revised proposed verdict form for the trial in the above-captioned matter, pursuant to the Scheduling Order, as amended, in this case. *e*Plus reserves its right to amend, supplement, or modify this proposed verdict form as the case proceeds through trial and based upon conferences with opposing counsel. *e*Plus does not concede, by submitting the proposed verdict form, that Defendant has met its evidentiary burdens with respect to any of the issues to which the proposed form pertains. Neither does *e*Plus waive any objections relating to issues that are or have been the subject of pending motions, including motions *in limine*. Finally, *e*Plus does not, by omitting a proposed verdict question with respect to damages, waive its objections pertaining to the Court's rulings excluding damages issues from the trial of this action.

**VERDICT**

We, the jury, find as follows:

**I.    INFRINGEMENT**

**(As to each claim, a "YES" answer is a finding for *e*Plus.  A "NO" answer is a finding for Lawson.)**

    1.    Do you find that *e*Plus has proven that it is more likely than not that Lawson has infringed claim 3 of the '683 patent, either directly or indirectly?

    Check one:    YES _____    NO _____

    2.    Do you find that *e*Plus has proven that it is more likely than not that Lawson has infringed claim 26 of the '683 patent, either directly or indirectly?

    Check one:    YES _____    NO _____

    3.    Do you find that *e*Plus has proven that it is more likely than not that Lawson has infringed claim 28 of the '683 patent, either directly or indirectly?

    Check one:    YES _____    NO _____

    4.    Do you find that *e*Plus has proven that it is more likely than not that Lawson has infringed claim 29 of the '683 patent, either directly or indirectly?

    Check one:    YES _____    NO _____

    5.    Do you find that *e*Plus has proven that it is more likely than not that Lawson has infringed claim 1 of the '516 patent, either directly or indirectly?

    Check one:    YES _____    NO _____

6. Do you find that *e*Plus has proven that it is more likely than not that Lawson has infringed claim 2 of the '516 patent, either directly or indirectly?

Check one:   YES _____   NO _____

7. Do you find that *e*Plus has proven that it is more likely than not that Lawson has infringed claim 6 of the '516 patent, either directly or indirectly?

Check one:   YES _____   NO _____

8. Do you find that *e*Plus has proven that it is more likely than not that Lawson has infringed claim 9 of the '516 patent, either directly or indirectly?

Check one:   YES _____   NO _____

9. Do you find that *e*Plus has proven that it is more likely than not that Lawson has infringed claim 21 of the '516 patent, either directly or indirectly?

Check one:   YES _____   NO _____

10. Do you find that *e*Plus has proven that it is more likely than not that Lawson has infringed claim 22 of the '516 patent, either directly or indirectly?

Check one:   YES _____   NO _____

11. Do you find that *e*Plus has proven that it is more likely than not that Lawson has infringed claim 29 of the '516 patent, either directly or indirectly?

Check one:   YES _____   NO _____

12. Do you find that *e*Plus has proven that it is more likely than not that Lawson has infringed claim 1 of the '172 patent, either directly or indirectly?

Check one:   YES _____   NO _____

## II. WILLFULNESS

13. If you have found that Lawson has infringed any of the *e*Plus patent claims, do you also find by clear and convincing evidence that Lawson's infringement has been willful?

Check one:   YES _____   NO _____

## III. VALIDITY

**(As to each claim, a "YES" answer is a finding for Lawson. A "NO" answer is a finding for *e*Plus.)**

14. Do you find that Lawson has proven by clear and convincing evidence that claim 3 of the '683 patent is invalid?

Check one:   YES _____   NO _____

15. Do you find that Lawson has proven by clear and convincing evidence that claim 26 of the '683 patent is invalid?

Check one:   YES _____   NO _____

16. Do you find that Lawson has proven by clear and convincing evidence that claim 28 of the '683 patent is invalid?

Check one:   YES _____   NO _____

17. Do you find that Lawson has proven by clear and convincing evidence that claim 29 of the '683 patent is invalid?

Check one:   YES _____   NO _____

18. Do you find that Lawson has proven by clear and convincing evidence that claim 1 of the '516 patent is invalid?

Check one:   YES _____   NO _____

19. Do you find that Lawson has proven by clear and convincing evidence that claim 2 of the '516 patent is invalid?

Check one:   YES _____   NO _____

20. Do you find that Lawson has proven by clear and convincing evidence that claim 6 of the '516 patent is invalid?

Check one:   YES _____   NO _____

21. Do you find that Lawson has proven by clear and convincing evidence that claim 9 of the '516 patent is invalid?

Check one:   YES _____   NO _____

22. Do you find that Lawson has proven by clear and convincing evidence that claim 21 of the '516 patent is invalid?

Check one:   YES _____   NO _____

-5-

    23.    Do you find that Lawson has proven by clear and convincing evidence that claim 22 of the '516 patent is invalid?

    Check one:    YES _____    NO _____

    24.    Do you find that Lawson has proven by clear and convincing evidence that claim 29 of the '516 patent is invalid?

    Check one:    YES _____    NO _____

    25.    Do you find that Lawson has proven by clear and convincing evidence that claim 1 of the '172 patent is invalid?

    Check one:    YES _____    NO _____

**INSTRUCTION: CONTINUE AND SIGN VERDICT FORM ON NEXT PAGE**

You each must sign this Verdict Form.

Dated: _____            _____
                                                                                            FOREPERSON


_____            _____


_____            _____


_____            _____


_____            _____


_____            _____

Respectfully submitted,

Dated:  November 17, 2010                               /s/
David M. Young (VSB #35997)
Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
Counsel for Plaintiff *e*Plus, Inc.
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com
cmerritt@cblaw.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff
*e*Plus, Inc.

## CERTIFICATE OF SERVICE

      I certify that on this 17th day of November, 2010, I will electronically file the foregoing **PLAINTIFF *e*PLUS INC.'S REVISED PROPOSED VERDICT FORM** with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Joshua P. Graham, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
Megan C. Rahman
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com
megan.rahman@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

                                              /s/
                           David M. Young
                           Virginia State Bar #35997
                           Attorney for Plaintiff *e*Plus, Inc.
                           **GOODWIN PROCTER LLP**
                           901 New York Avenue, N.W.
                           Washington, DC 20001
                           Telephone:  (202) 346-4000
                           Facsimile:   (202) 346-4444
                           dyoung@goodwinprocter.com