```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF VIRGINIA
                      Richmond Division
```

ePLUS, INC.,

    Plaintiff,

v.                                      Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.


ORDER

Having reviewed PLAINTIFF ePLUS INC.'S MOTION REGARDING RELEVANCE AND DISCLOSURE OF ACCUSED LAWSON SYSTEMS (Docket No. 498) and the supporting and opposing memoranda, and finding that the Lawson System Foundation and ProcessFlow are relevant to the plaintiff's infringement case because: (1) there is evidence that they are used in performing the functionality recited in the asserted claims; (2) there is evidence that they are components of the accused systems; (3) there is evidence that they are essential to the operation of the accused systems; and (4) they are closely interconnected with other identified software applications and modules that are components of the accused infringing systems, and further finding that the Lawson System Foundation and ProcessFlow are relevant components of the accused S3 systems and further finding that those components were timely disclosed by the plaintiff, it is hereby ORDERED that the PLAINTIFF ePLUS INC.'S MOTION REGARDING RELEVANCE AND DISCLOSURE OF ACCUSED LAWSON SYSTEMS

(Docket No. 498) is granted and that Plaintiff's Exhibit 456 and Plaintiff's Exhibit 506 are admissible.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                                          /s/   REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: November 19, 2010