# Exhibit B

## ##: **Exhaustion**

Where a patent holder has granted a third party a license in a patent, the patent holder may not prevent that third party from practicing the claimed invention except as provided for by the license agreement. Activities by a licensed third party that are within the third party's rights under the license, do not constitute either direct or indirect patent infringement.

**Authority:** *Quanta Computer, Inc. v. LG Elecs., Inc.*, 553 U.S. 617 (2008).