**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF *e*PLUS INC.'S MOTION TO ENFORCE PRIOR COURT ORDERS**

Pursuant to Rules 26 and 37 of the Federal Rules of Civil Procedure, Rules 402, 403, and 701 of the Federal Rules of Evidence, and prior Court Orders, Plaintiff *e*Plus Inc., ("*e*Plus") respectfully moves the Court to exclude testimony and evidence that has either been excluded by the Court already or is clearly inadmissible in light of recent Court orders.  Defendant Lawson Software, Inc. ("Defendant") has expressed its intention to introduce at trial (1) excluded expert non-infringement and invalidity opinions in the guise of lay witness testimony through Jeff Hvass and Richard Lawson; (2) expert testimony from Keith Knuth that runs afoul of the Court's directive limiting Mr. Knuth's testimony "just to source code"; and (3) testimony, including expert opinions, regarding the J-CON and P.O. Writer systems that is inadmissible in light of recent Court Orders..

*e*Plus therefore respectfully requests that the Court grant this motion and enter an Order (1) excluding Mr. Hvass from testifying at trial; (2) precluding Mr. Lawson from testifying about prior versions of the Lawson systems; (3) limiting Mr. Knuth's testimony to those few

paragraphs of his expert report in which he analyzes the accused source code; (4) precluding

Defendant from offering testimony or other evidence concerning the now inadmissible J-CON

system; (5) precluding Defendant from offering testimony or other evidence concerning its

allegation that the P.O. Writer system renders obvious any asserted claim; and (6) precluding

Defendant from offering testimony or other evidence concerning its allegation that P.O. Writer

prior art anticipates claims 3, 28 and 29 of the '683 patent.

                                        Respectfully submitted,

December 7, 2010                        _____/s/_____
                                        Craig T. Merritt (VSB #20281)
                                        Henry I. Willett, III (VSB #44655)
                                        **CHRISTIAN & BARTON, LLP**
                                        909 East Main Street, Suite 1200
                                        Richmond, Virginia 23219-3095
                                        Telephone: (804) 697-4100
                                        Facsimile: (804) 697-4112
                                        cmerritt@cblaw.com

                                        Scott L. Robertson *(admitted pro hac vice)*
                                        Jennifer A. Albert *(admitted pro hac vice)*
                                        David M. Young (VSB #35997)
                                        **GOODWIN PROCTER LLP**
                                        901 New York Avenue, N.W.
                                        Washington, DC 20001
                                        Telephone:  (202) 346-4000
                                        Facsimile:   (202) 346-4444
                                        srobertson@goodwinprocter.com
                                        jalbert@goodwinprocter.com
                                        dyoung@goodwinprocter.com

                                        Michael G. Strapp (admitted *pro hac vice*)
                                        **GOODWIN PROCTER LLP**
                                        Exchange Place
                                        53 State Street
                                        Boston, MA 02109-2881
                                        Telephone:  (617) 570-1000
                                        Facsimile:   (617) 523-1231
                                        mstrapp@goodwinprocter.com

                                        *Counsel for Plaintiff, ePlus, Inc.*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 7th day of December, 2010, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC.'S MOTION TO ENFORCE PRIOR COURT ORDERS**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

***Counsel for Defendant Lawson Software, Inc.***

_____/s/_____
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com