# APPENDIX 1

# (FILED UNDER SEAL)