# APPENDIX 2

# Appendix 2

# Evidence Relied Upon by Dr. Shamos
# for Claims 3, 28, and 29 of the '683 Patent

| Claim | Claim Element | Claim Language | Evidence Relied Upon By Dr. Shamos |
|---|---|---|---|
| 3 | Preamble | An electronic sourcing system comprising: | DX-141 and Excluded DX-121 |
| | 3(a) | at least two product catalogs containing data relating to items associated with the respective sources; | DX-117 |
| | **3(b)** | ***means for selecting the product catalogs to search;*** | ***Excluded DX-121 Only*** |
| | **3(c)** | ***means for searching for matching items among the selected product catalogs;*** | ***Excluded DX-121 Only*** |
| | 3(d) | means for building a requisition using data relating to selected matching items and their associated source(s); | DX-141 |
| | 3(e) | means for processing the requisition to generate one or more purchase orders for the selected matching items; and | DX-133 and Excluded DX-121 |
| | 3(f) | means for converting data related to a selected matching item and an associated source to data relating to an item and a different source. | DX-117 |
| 28 | 28(a) | maintaining at least two product catalogs on a database containing data relating to items associated with the respective sources; | DX-117 |
| | 28(b) | selecting the product catalogs to search; | DX-117, Excluded DX-121, and Excluded DX-122 |
| | **28(c)** | ***searching for matching items among the selected product catalogs;*** | ***Excluded DX-121 Only*** |

| Claim | Claim Element | Claim Language | Evidence Relied Upon By Dr. Shamos |
|---|---|---|---|
| | 28(d) | building a requisition using data relating to selected matching items and their associated source(s); | DX-141 |
| | 28(e) | processing the requisition to generate one or more purchase orders for the selected matching items; and | DX-133, DX-141, and Excluded DX-121 |
| | 28(f) | converting data relating to a selected matching item and an associated source to data relating to an item and a different source. | DX-117 |
| 29 | 29(a)[1] | maintaining at least two product catalogs on a database containing data relating to items associated with the respective sources; | DX-117 |
| | 29(b) | selecting the product catalogs to search; | DX-117, Excluded DX-121, and Excluded DX-122 |
| | *29(c)* | *searching for matching items among the selected product catalogs;* | *Excluded DX-121 Only* |
| | 29(d) | building a requisition using data relating to selected matching items and their associated source(s); | DX-141 |
| | 29(e) | processing the requisition to generate one or more purchase orders for the selected matching items; | DX-133, DX-141, and Excluded DX-121 |
| | 29(f) | converting data relating to a selected matching item and an associated source to data relating to an item and a different source; and | DX-117 |
| | 29(g) | determining whether a selected matching item is available in inventory. | DX-117 and DX-126 |

---

[1] Because claim 29 of the '683 patent is dependent from claim 28, the claim elements from claim 28 ((a)-(f)) have been repeated for clarity.