# EXHIBIT 7

VIDEOTAPED DEPOSITION OF JEFFREY L. HVASS
CONDUCTED ON TUESDAY, JUNE 8, 2010

1 (Pages 1 to 4)

```
                                                    1
 1    IN THE UNITED STATES DISTRICT COURT
 2    FOR THE EASTERN DISTRICT OF VIRGINIA
 3              Richmond Division
 4
 5    - - - - - - - - - - - - - - +
                                  |
 6    ePLUS iNC.,                 |
                                  |
 7         Plaintiff,             |
                                  |
 8                                | Civil Action No.
         vs.                      | 3:09-CV-620 (JRS)
 9                                |
       LAWSON SOFTWARE, INC.,     |
10                                |
           Defendant.             |
11                                |
       - - - - - - - - - - - - - -+
12
13         Videotaped 30(b)(6) Deposition of
14              LAWSON SOFTWARE, INC.
15        BY AND THROUGH ITS REPRESENTATIVE
16              JEFFREY L. HVASS
17               Washington, DC
18                June 8, 2010
19                 10:00 a.m.
20    Job No. 1-180349
21    Pages 1 - 252
22    Reported by:  Michele E. Eddy, RPR, CRR, CLR
```

```
                                                    2
 1          Videotaped Deposition of
 2             JEFFREY L. HVASS
 3
 4    Held at the offices of:
 5        GOODWIN PROCTER, LLP
 6        901 New York Avenue, Northwest
 7        Washington, DC  20001
 8        (202) 346-4000
 9
10
11
12
13
14
15
16        Pursuant to Notice, before Michele E. Eddy,
17    Registered Professional Reporter, Certified Realtime
18    Reporter, and Notary Public in and for the District of
19    Columbia.
20
21
22
```

```
                                                    3
 1             A P P E A R A N C E S
 2
 3    ON BEHALF OF THE PLAINTIFF:
 4         MICHAEL STRAPP, ESQUIRE
 5         Goodwin Procter
 6         Exchange Place
 7         53 State Street
 8         Boston, Massachusetts  02109
 9         Telephone:  (617) 570-1658
10         - AND -
11         JAMES D. CLEMENTS, ESQUIRE
12         JENNIFER A. ALBERT, ESQUIRE
13         Goodwin Procter
14         901 New York Avenue, Northwest
15         Washington, DC  20001
16         Telephone:  (202) 346-4000
17
18
19
20
21
22
```

```
                                                    4
 1          ATTENDANCE, Continued
 2
 3    ON BEHALF OF THE DEFENDANT:
 4         WILLIAM D. SCHULTZ, ESQUIRE
 5         Merchant & Gould
 6         3200 IDS Center
 7         80 South Eighth Street
 8         Minneapolis, Minnesota  55402
 9         Telephone:  (612) 332-5300
10
11    ALSO PRESENT:
12         David Bayles, Videographer
13         Brooks L. Hilliard, CMC, CCP
14
15
16
17
18
19
20
21
22
```

9

1    A   Yes.
2    Q   On how many occasions?
3    A   One other time.
4    Q   And what were -- what were the circumstances
5    of the lawsuit in which you were deposed?
6    A   I had sued a home builder on a water
7    intrusion issue in my home.
8    Q   Have you ever testified at a trial?
9    A   No, I have not.
10       (Exhibit 1 was marked for identification and
11   attached to the deposition transcript.)
12   BY MR. STRAPP:
13   Q   I've asked the court reporter to mark as
14   Exhibit 1 plaintiff ePlus' Fifth Notice of Deposition,
15   and it's now in front of you.  Could you take a
16   moment, please, to review pages 10 and 11 of the
17   document.  There are a list of eight deposition
18   topics.  After you've had a moment to review them, I
19   want to ask a few questions about those topics,
20   please.
21   A   Okay.
22   Q   Do you understand that Lawson Software has

10

1    designated you as a corporate representative to
2    provide deposition testimony here today about each of
3    these topics on pages 10 and 11?
4    A   Yes.
5    Q   And are you prepared to testify on behalf of
6    Lawson with respect to topics 1 through 8 on pages 10
7    and 11 of this deposition notice?
8    A   Yes.
9    Q   Do you believe that you have the requisite
10   knowledge to provide testimony today about each of the
11   topics?
12   A   Yes.
13   Q   Can you -- are you -- let me ask you a
14   question as well.  Are you prepared to provide
15   demonstrations of the Lawson Legacy software systems
16   that your counsel has indicated you will be
17   demonstrating today?
18   A   Yes.
19   Q   Turn to page 12 for a moment of the
20   deposition notice.  Do you see that there are two
21   topics listed on that page?
22   A   Uh-hmm, yes.

11

1    Q   Please -- please take a moment to review
2    those topics.
3    A   Okay.
4    Q   Do you understand that ePlus requested from
5    Lawson the opportunity to inspect a live, fully
6    functional version of Lawson Software release 6.0?
7    A   Yes.
8    Q   And can you tell me now here today which
9    versions of the Lawson Software system you will be
10   providing ePlus with an opportunity to inspect?
11   A   Today I can show you 5.0, 6.0 and 6.1
12   systems.
13   Q   And are you prepared as Lawson's corporate
14   representative to demonstrate how these three
15   different versions of the Lawson Software systems
16   function?
17   A   Yes.
18   Q   How did you prepare for the deposition
19   today?
20   A   First I went through and read the
21   documentation that was provided me by Lawson on the
22   existing systems of 6.0 and 5.0.  And then I got on

12

1    operational systems about a week ago and went through
2    them and refreshed my knowledge.  And then reviewed
3    with counsel what the matters were to be discussed
4    today.
5    Q   Which documentation did you review to become
6    familiar with the Lawson 6.0 and 5.0 systems?
7    A   I was provided by Lawson's counsel user and
8    training guides on 6.0 and 5.0 applications that were
9    provided to me, and I reviewed them and then got
10   online to see the -- see the systems running live
11   again.
12   Q   Do you recall any of the specific titles or
13   the modules that those user and training guides for
14   6.0 and 5.0 pertain to?
15   A   The purchase order guide was the main one.
16   It was purchase order training specifically.  And
17   there was general ledger in there also were the main
18   two guides I looked at.
19   Q   And then you testified that you also got
20   online to see the systems running live.
21   A   That's correct.
22   Q   Can you explain to me what you -- what you