# EXHIBIT 15

```
 1                IN THE UNITED STATES DISTRICT COURT
 2              FOR THE EASTERN DISTRICT OF VIRGINIA
 3                         RICHMOND DIVISION
 4
 5     ---------------------------------------
                                              :
 6      ePLUS, INC.                           :   Civil Action No.
                                              :   3:09CV620
 7      vs.                                   :
                                              :
 8      LAWSON SOFTWARE, INC.                 :   September 28, 2010
                                              :
 9     ---------------------------------------
10
11         COMPLETE TRANSCRIPT OF THE FINAL PRETRIAL CONFERENCE
12              BEFORE THE HONORABLE ROBERT E. PAYNE
13                  UNITED STATES DISTRICT JUDGE
14
       APPEARANCES:
15
       Scott L. Robertson, Esquire
16     Michael G. Strapp, Esquire
       Jennifer A. Albert, Esquire
17     Goodwin Procter, LLP
       901 New York Avenue NW
18     Suite 900
       Washington, D.C.  20001
19                                               Volume II of II
       Craig T. Merritt, Esquire
20     Christian & Barton, LLP
       909 East Main Street
21     Suite 1200
       Richmond, Virginia  23219-3095
22     Counsel for the plaintiff
23
24                    Peppy Peterson, RPR
                    Official Court Reporter
25               United States District Court
```

```
 1   APPEARANCES:  (cont'g)

 2   Dabney J. Carr, IV, Esquire
     Robert A. Angle, Esquire
 3   Troutman Sanders, LLP
     Troutman Sanders Building
 4   1001 Haxall Point
     Richmond, Virginia  23219
 5
     Daniel W. McDonald, Esquire
 6   Kirstin L. Stoll-DeBell, Esquire
     William D. Schultz, Esquire
 7   Merchant & Gould, PC
     80 South Eighth Street
 8   Suite 3200
     Minneapolis, Minnesota  55402
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          MR. ROBERTSON:  I'll withdraw the objection to that,
2    Your Honor.
3          THE COURT:  Next one, 123:8 through 124:25.
4          MR. ROBERTSON:  This has to do with the data
5    interface utility, and my notes reflect that Dr. Shamos doesn't
6    rely on it.  Whether the underlying document wasn't objected
7    to, the fact is, it doesn't have any tendency to prove a fact
8    that is in dispute, makes it not relevant for purposes of any
9    invalidity analysis that Dr. Shamos might be offering.  I
10   understand he cited it, but -- it was considered, but he has no
11   opinions with regard to it.
12         THE COURT:  If he has no opinions with respect to it,
13   then I don't see how it's relevant.
14         MS. STOLL-DeBELL:  Your Honor, I think it's rebuttal
15   testimony because this database data interface utility is a
16   mechanism to automatically load catalog data into PO Writer,
17   very similar to Lawson's PO-536 that ePlus is relying on to say
18   Lawson's system has catalogs and Lawson infringes.  And so this
19   testimony and that document are rebuttal evidence.
20         It was cited in our second supplemental invalidity
21   contentions and was listed in Dr. Shamos's report.  Albeit he
22   didn't put a cite to that specific document in his claim chart,
23   I do think it's rebuttal testimony to their infringement
24   position.
25         THE COURT:  How does it come in if he didn't testify

```
 1

 2

 3           I certify that the foregoing is a correct transcript

 4   from the record of proceedings in the above-entitled matter.

 5

 6

 7   _____/s/_____                    _____
     P. E. Peterson, RPR                            Date
 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```