```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683010923
Cashier ID: lgarrett
Transaction Date: 12/07/2010
Payer Name: Troutman Sanders
---------------------------------
PRO HOC VICE
 For: Troutman Sanders
 Case/Party: D-VAE-3-11-CR-PROHAC-001
 Amount:         $50.00
---------------------------------
CHECK
 Check/Money Order Num: 538441
 Amt Tendered:  $50.00
---------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

3:09CV620
```