IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                             Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

### ORDER

It appearing, from the letter delivered to the Court dated November 22, 2010, that ePlus, Inc. is withdrawing its objection to DEFENDANT LAWSON SOFTWARE, INC.'S MOTION TO BAR PLAINTIFF EPLUS INC. FROM PRESENTING ITS CLAIMS FOR WILLFULNESS AND INJUNCTION RELIEF TO THE JURY (Docket No. 496), it is hereby ORDERED that DEFENDANT LAWSON SOFTWARE, INC.'S MOTION TO BAR PLAINTIFF EPLUS INC. FROM PRESENTING ITS CLAIMS FOR WILLFULNESS AND INJUNCTION RELIEF TO THE JURY is denied as moot.

It is so ORDERED.

                                         /s/     REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: December 8, 2010