# EXHIBIT A

```
                IN THE UNITED STATES DISTRICT COURT

               FOR THE EASTERN DISTRICT OF VIRGINIA

                         RICHMOND DIVISION


     ------------------------------------
                                         :
     ePLUS, INC.                         :   Civil Action No.
                                         :   3:09CV620
     vs.                                 :
                                         :
     LAWSON SOFTWARE, INC.               :   September 27, 2010
                                         :
     ------------------------------------


         COMPLETE TRANSCRIPT OF THE FINAL PRETRIAL CONFERENCE

              BEFORE THE HONORABLE ROBERT E. PAYNE

                   UNITED STATES DISTRICT JUDGE


     APPEARANCES:

     Scott L. Robertson, Esquire
     Michael G. Strapp, Esquire
     Jennifer A. Albert, Esquire
     Goodwin Procter, LLP
     901 New York Avenue NW
     Suite 900
     Washington, D.C.  20001
                                              Volume I of II
     Craig T. Merritt, Esquire
     Christian & Barton, LLP
     909 East Main Street
     Suite 1200
     Richmond, Virginia  23219-3095
     Counsel for the plaintiff



                       Peppy Peterson, RPR
                      Official Court Reporter
                   United States District Court
```

```
 1    are there, those are the ones you probably want.  There's six
 2    exhibits that take up about ten boxes, and I think we can
 3    probably talk about them without you actually having them up.
 4              THE COURT:  Thanks, Mr. Carr.  We ought to be able to
 5    get all 13 of them up here somewhere.  Thank you very much.
 6              Starting with the pretrial order, Roman numeral
 7    III-A, are there any objections to any of these witnesses?  Do
 8    I have anything to deal with with Appendix 1 to the pretrial
 9    order?  None, all right.
10              Next is appendix -- I don't have -- okay, Appendix 2
11    is Lawson's witnesses.  Any objection to any of these
12    witnesses?  All right, none.
13              All right, we have ePlus's exhibits as to which there
14    are no objections and ePlus exhibits as to which Lawson objects
15    on the grounds stated therefor.  In order to deal with that,
16    what you are saying is you suggest we go through groupings.
17    Group one is UNSPC white papers; is that right?  What is a
18    UNSPC white paper?  It's your objection.  Speak up.
19              MS. STOLL-DeBELL:  Your Honor, our objection is that
20    these --
21              THE COURT:  Pull that thing a little closer to you
22    so the court reporter and I can hear.  If you'd like to, you
23    can kind of move that screen off a little bit toward Mr.
24    Schultz -- there you go.  All right.  Now, what is a UNSPC
25    white paper?
```