# EXHIBIT D

VIDEOTAPED DEPOSITION OF JEFFREY L. HVASS
CONDUCTED ON TUESDAY, JUNE 8, 2010

1 (Pages 1 to 4)

---

Page 1

```
 1    IN THE UNITED STATES DISTRICT COURT
 2    FOR THE EASTERN DISTRICT OF VIRGINIA
 3              Richmond Division
 4
 5   ---------------+
                    |
 6   ePLUS iNC.,    |
                    |
 7       Plaintiff, |
                    |
 8                  | Civil Action No.
       vs.          | 3:09-CV-620 (JRS)
 9                  |
     LAWSON SOFTWARE, INC., |
10                  |
         Defendant. |
11                  |
     ---------------+
12
13       Videotaped 30(b)(6) Deposition of
14           LAWSON SOFTWARE, INC.
15       BY AND THROUGH ITS REPRESENTATIVE
16             JEFFREY L. HVASS
17              Washington, DC
18               June 8, 2010
19               10:00 a.m.
20   Job No. 1-180349
21   Pages 1 - 252
22   Reported by: Michele E. Eddy, RPR, CRR, CLR
```

Page 2

```
 1        Videotaped Deposition of
 2            JEFFREY L. HVASS
 3
 4    Held at the offices of:
 5       GOODWIN PROCTER, LLP
 6       901 New York Avenue, Northwest
 7       Washington, DC 20001
 8       (202) 346-4000
 9
10
11
12
13
14
15
16      Pursuant to Notice, before Michele E. Eddy,
17   Registered Professional Reporter, Certified Realtime
18   Reporter, and Notary Public in and for the District of
19   Columbia.
20
21
22
```

Page 3

```
 1            A P P E A R A N C E S
 2
 3    ON BEHALF OF THE PLAINTIFF:
 4       MICHAEL STRAPP, ESQUIRE
 5       Goodwin Procter
 6       Exchange Place
 7       53 State Street
 8       Boston, Massachusetts  02109
 9       Telephone: (617) 570-1658
10       - AND -
11       JAMES D. CLEMENTS, ESQUIRE
12       JENNIFER A. ALBERT, ESQUIRE
13       Goodwin Procter
14       901 New York Avenue, Northwest
15       Washington, DC  20001
16       Telephone: (202) 346-4000
17
18
19
20
21
22
```

Page 4

```
 1    ATTENDANCE, Continued
 2
 3    ON BEHALF OF THE DEFENDANT:
 4       WILLIAM D. SCHULTZ, ESQUIRE
 5       Merchant & Gould
 6       3200 IDS Center
 7       80 South Eighth Street
 8       Minneapolis, Minnesota  55402
 9       Telephone: (612) 332-5300
10
11    ALSO PRESENT:
12       David Bayles, Videographer
13       Brooks L. Hilliard, CMC, CCP
14
15
16
17
18
19
20
21
22
```

MERRILL LAD
(202)861-3410 (800)292-4789 (301)762-8282 (703)288-0026

**Page 17**

1  A   And then from 1997 through 1999, I worked in
2  our partner program setting up and working with
3  partners of Lawson who help resell our software. And
4  I was the -- I trained our partners on how to sell and
5  install and run Lawson in a demonstration environment.
6  I also helped them present our solutions. And I had a
7  team of three or four individuals who also helped in
8  the presentation of our software.
9      And then in 2000 -- actually 1999, Lawson
10 set up a new division to sell our software to
11 professional services organizations, and I was a
12 product specialist there and a manager of the
13 presentation staff. And I did that job through 2002.
14     And in 2002 I went back into the general
15 pool of presenters again, our solution consultants, in
16 our services industries area, did that from 1992 to,
17 excuse me, 2002 through 2005.
18     And then in 2005 through 2008, I was in our
19 government segment of selling Lawson Software to
20 government, schools and institutions.
21     And then in 2008 through 2010, I've been in
22 our services industries group presenting our solutions

**Page 18**

1  to our clients and to new prospects.
2      Q   Let's go back to 1990. You mentioned in
3  1990, you transitioned to become a sales
4  representative for procurement software distribution?
5      A   Yeah, we sell our purchase order inventory
6  and requisition modules as what we call procurement
7  for internal supply of items. We also have an order
8  entry system that we were selling at that point, and
9  that would be called our distribution area,
10 distributing products for profit.
11     Q   And what were your responsibilities as a
12 sales representative for that division?
13     A   I managed a territory in the East Coast. I
14 found prospects. I made sure they were qualified, did
15 the sales presentations, closed accounts and made sure
16 they were happy after -- once they were installed.
17     Q   What version of the procurement software was
18 being sold in 1990 by Lawson?
19     A   The 5.0 systems were coming to market.
20 That's what I was selling.
21     Q   When you say they were coming to market,
22 were they already available -- commercially available

**Page 19**

1  in 1990 or were they not yet commercially available?
2      A   They were not commercially available. They
3  were on our sales servers and we were allowed to
4  present them at that point.
5      Q   You were presenting them to prospective
6  customers, but you weren't yet commercially selling
7  them to customers?
8      A   Once there was a sale, then there became --
9  we could contract and supply the software, but it
10 wasn't considerably generally accepted or generally
11 available at that point, which it became in 1991.
12     Q   When in 1991 did the 5.0 system become
13 generally available?
14     A   I don't have a specific date.
15     Q   Do you recall whether it was the first half
16 or the second half of the year?
17     A   It would be in the first half of the year,
18 somewhere in there.
19     Q   And you said that your next role at Lawson
20 was as -- you moved into the presentation of software
21 from '91 through '97; is that correct?
22     A   Right, that's correct.

**Page 20**

1      Q   And was that presentation of specific types
2  of software?
3      A   I did all of our financial systems then. So
4  general ledger, accounts payable, accounts receivable,
5  asset management. I did those, and I also did
6  procurement, purchase order inventory requisitions.
7  And then I also did our order entry systems.
8      Q   And when in 1991 did you transition to that
9  role?
10     A   It would have been in June when we switched
11 the sales force over. That was our fiscal --
12 beginning of the calendar year for '92.
13     Q   And by that point was version 5.0 of Lawson
14 Software already commercially available?
15     A   Yes, from my understanding, it was, yes.
16     Q   What were your responsibilities in
17 presenting the procurement software, was it to
18 potential customers or to --
19     A   Potential customers or existing customers
20 that did not have those systems yet.
21     Q   Okay. And what were your responsibilities
22 as a presenter of the procurement software to

**Page 33**

1  which the system is running, was first commercially
2  available?
3  A  I have no idea, no.
4  Q  Do you know when the PA-RISC operating
5  system was first commercially available?
6  A  No.
7  Q  Do you know when the IBM iSeries -- is that
8  a server?
9  A  It's a server style. It's the successor for
10 the AS/400 series. The AS/400 came out in -- it goes
11 -- well, the system 38 was first before that, which
12 was in 1980. In 1988 came the IBM AS/400 series, and
13 the iSeries is something probably in the early 2000s,
14 from my understanding.
15 Q  So the IBM iSeries is a server that you
16 believe was first available in the early 2000s; is
17 that right?
18 A  Yes, the iSeries specifically.
19 Q  And which system that you're going to be
20 demonstrating today is running on the IBM iSeries?
21 A  The 6.1 system.
22 Q  So the 5.0 and the 6.0 systems will be

**Page 34**

1  running on HP UNIX server?
2  A  That is correct.
3  Q  And the 6.1 system will be running on the
4  IBM i server?
5  A  Correct.
6  Q  Where are these servers, the HP UNIX server
7  and the IBM i server physically located?
8  A  They're located in St. Paul at our third
9  floor of the Lawson offices.
10 Q  So these are servers that are owned and
11 maintained by Lawson at their premises?
12 A  Yes.
13 Q  Can you tell me what, besides this
14 demonstration that we're doing today, what else does
15 Lawson use the HP UNIX system for currently?
16 A  HP under UNIX, and they also have a Windows
17 version, are systems that we support for our current
18 product line.
19 Q  So you have Lawson Software 9.0 running on
20 this HP UNIX server?
21 A  Yes.
22 Q  And you're not -- you don't have any idea

**Page 35**

1  about when that HP UNIX server was first available?
2  A  No, not the specific style. Lawson's been
3  running on the HP series since the early 1990s.
4  Q  So there's a specific type of HP UNIX server
5  that Lawson runs its certain software on?
6  A  That's correct.
7  Q  Do you know what that model number is for
8  that specific type of HP UNIX server?
9  A  No, I do not.
10 Q  Who at Lawson would know the specifics about
11 the HP UNIX server that the systems that you'll be
12 demonstrating today, the 5.0 and 6.0 systems, will be
13 running on?
14 A  Roger Shimada would know that.
15    MR. STRAPP: Would it be possible, maybe
16 this question is better directed at your counsel, to
17 determine at a break some more information about that
18 HP UNIX server, both the model number and the date it
19 was available?
20    MR. SCHULTZ: Yes, we could do that.
21    MR. STRAPP: Thank you.
22 A  The model number is on page 4.

**Page 36**

1  Q  Okay.
2  A  It tells you the model, processor, memory
3  and disc that's on that particular piece of hardware.
4  Q  Okay. So it's the model RP3440 for the HP
5  UNIX server?
6  A  That's correct.
7  Q  And I assume Roger could tell us at a break
8  when that model RP3440 was first available?
9  A  He could or you would have to do research
10 because he doesn't buy those systems or acquire them.
11 He's just a tech that supports them.
12 Q  But he could find out someone who might know
13 that information.
14 A  Most likely he could find it.
15 Q  Okay. Let's look at page 4 while we're on
16 it. The HP UNIX has a system name prhtec01. Is that
17 a Lawson system name for that particular server?
18 A  Yes.
19 Q  And the operating system running on that
20 server is the PA-RISC operating system?
21 A  That is correct.
22 Q  And what version of the PA-RISC operating

**Page 177**

1  module we're looking at for Lawson 6.0?
2  A   Requisition Self-Service used a shopping
3  basket concept. It also used an idea of segregating
4  items into categories. And that was something that we
5  had a purchase order.
6      When -- when Requisition Self-Service became
7  available, those categories became requisition lists.
8  So I could say corporate, here's my list for computer.
9  And I worked in the government sector, so we had
10 police items and we had maintenance items, and they
11 became -- you could click on that and then go right
12 into a specified list and just select items you want
13 and drop them right into the shopping basket.
14 Q   So you could search by category in
15 Requisition Self-Service, by category of items?
16 A   Well, those categories actually -- they
17 weren't a search. We predefined them. So you just
18 selected one -- say you were at a location and you had
19 office supplies and let's say non-stocked items. You
20 could click on those and it would just show you the
21 default items that were defined. And then you could
22 go into that list and click on the ones you wanted or

**Page 178**

1  put a quantity and click add or just click add and it
2  would drop them into the shopping cart.
3      It also had the ability to suspend a
4  shopping cart, which is something requisitions does
5  not do as a shopping cart. It also could print from
6  there, so we could print off in the requisition
7  system. So I'm on a remote location, I want to print
8  it, I print it locally.
9      So it had a bunch more functionality than
10 "standard" requisition, but the Requisition
11 Self-Service also runs through RQ10 to actually create
12 the record. So the RQ Self-Service had more
13 functionality from a look and feel standpoint, but it
14 also created the record from RQ10. You could do no
15 more or no less from RQ10 from creating a final record
16 in the system.
17 Q   But from the point of view of the user, it
18 had a lot more different functionality than
19 requisitions did?
20 A   It was simpler.
21 Q   Do you think it would be acceptable to a
22 Lawson customer today using Lawson Software 9.0, if

**Page 179**

1  you told them you can't use 9.0 anymore, we're going
2  to have to switch you back to Lawson 5.0 or Lawson 6.0
3  with respect to the procurement software, would that
4  be okay for a customer today?
5  A   An impossible -- excuse me, a customer would
6  not be happy with that functionality.
7      MR. STRAPP: Why don't we take a five-minute
8  break.
9      THE VIDEOGRAPHER: Going off the record.
10 The time is 3:19 p.m.
11     (A brief recess was taken.)
12     THE VIDEOGRAPHER: Back on the record. The
13 time is 3:40 p.m.
14 BY MR. STRAPP:
15 Q   Can you go back to the requisitions module
16 in 6.0 that we were looking at, please.
17 A   Okay, uh-hmm.
18 Q   All right. Now, can you run a search in the
19 requisitions module for a particular description?
20 A   I'm going to the item master file now and I
21 do a select and I get to pick which one I want. Say
22 it's item master. Then here I do a find as a function

**Page 180**

1  key and then you can do the item description search
2  right here. Like I would say I use item, and then I
3  press enter and then it finds the first one with an
4  item. And then the find next key for the next item,
5  next item, next item.
6  Q   Okay, now, if you -- let's build a
7  requisition with one of the -- with the first item
8  that showed up after you ran that search.
9  A   So I'm going to go back and I'm going to
10 clear the whole form out now. Do you want me to do a
11 search or just pick one?
12 Q   Why don't you do a search.
13 A   Okay, I'll just do it on books here.
14 Q   Okay.
15 A   So there's paperback books, I find it, I
16 press enter, type a quantity in and then I can at this
17 point -- do you want any more items at this point or
18 just to be finished with the requisition?
19 Q   Let's just be finished with the requisition.
20     So you're building the requisition. Now
21 that you've built the requisition, can you see the
22 associated vendor with this particular item?

**Page 189**

1  the dot zero dot 1, 2, 3. And so the functionality is
2  the same, but patches get installed to fix minor
3  issues within the software.
4     Q   You also mentioned, there was a question
5  regarding would the customer be happy if they --
6  using -- a customer of the 9.0 system had to go back
7  and use a 5.0 or 6.0 system. And you said -- what --
8  what do you recall saying?
9     A   I said in the Requisition Self-Service area,
10  they would not be happy with it.
11     Q   Why not?
12     A   It's not that they lose functionality. It's
13  that they look and feel significantly easier to work
14  with in the Requisition Self-Service module.
15     Q   Okay. When you say they don't lose
16  functionality, what do you mean?
17     A   When you go to Requisition Self-Service, it
18  always processes through the standard requisition
19  program, so they can do functionally all of the same
20  things that they can do in RQ10, but it's not in the
21  nice user interface of a shopping basket.
22     Q   Other than the shopping basket, is there any

**Page 190**

1  functionality on the requisition process that's
2  different from a customer who's using only RQ to a
3  customer who's using RSS?
4     A   No, they're the same functions.
5     Q   And the RSS also incorporates the
6  functionalities of the PO and IC?
7     A   Through that process it always goes in --
8  the Requisition Self-Service creates a requisition.
9  It goes through the approval. Once it's in that part,
10  it's in the back office and it's following the back
11  office systems, the purchase order, inventory and
12  matching systems.
13     Q   Okay. So when you say the back office,
14  that's the purchase order, the inventory control and
15  the requisitions modules?
16     A   That is correct.
17     Q   You also mentioned that with an RSS there
18  are categories. Is that the same thing -- is there a
19  similar thing to categories with respect to the 6.0
20  and 5.0 systems?
21     A   Yes, those are -- the original idea was
22  creating a template so when a requisition user went

**Page 191**

1  in, they could -- they could go on to a template,
2  bring up all the items in that template and then
3  select the ones they wanted to use in RQ10. That
4  template is -- is still there today, and when you
5  bring up Requisition Self-Service, the template
6  becomes the catalog. So there's no more rekeying to
7  it. It just comes up under a different name. The
8  reason it's in a different name is because users in
9  this current environment don't understand the
10  template, but they understand how to buy off a catalog
11  since it's a common metaphor in today's business
12  world.
13     Q   So the term catalog that's used is the same
14  thing as the template that was used in 5.0 and 6.0?
15     A   It's identical.
16     Q   Are you familiar with webrec?
17     A   Not personally, no.
18     Q   Are you familiar with webrec being the
19  predecessor to the RSS program?
20     A   I've heard the name, but I never used it in
21  any kind of detailed fashion at Lawson.
22     Q   You mentioned that there's a self-evident

**Page 192**

1  application or SEA. What is that?
2     A   It was a precursor to Requisition
3  Self-Service. We also had them in human resources and
4  in payroll that were designed, this is to prove out
5  the concept of going on the web. And as those designs
6  were proved out, then they became commercially
7  available and we -- we renamed them things like
8  Requisition Self-Service, Manager Self-Service, Human
9  Resources Self-Service, those kind of ideas.
10     Q   When you brought up -- switching topics now.
11  When you brought up the 5.0 system that was developed
12  on the 2.0 environment from 1993, do you recall that?
13     A   Yes.
14     Q   And that was on the product line cobdeliv?
15     A   That is correct.
16     Q   It had no data in it, correct?
17     A   It has very limited data. In inventory it
18  appears as none.
19     Q   When -- when software code was delivered to
20  customers in the 5.0, 6.0 Legacy systems, was it ever
21  delivered with code -- with data?
22     A   With data? No, it's never delivered with

**193**

1    data because the customer brings in their data.
2    Q   Is the code as of today in the 9.0 system
3    delivered with data?
4    A   No, it's not delivered with any data.
5    Q   So the software has always been delivered
6    the same way, from 9.0 all the way back to 5.0?
7    A   That is correct.
8    Q   And that is without data.
9    A   That is correct.
10   Q   There was also some discussion about whether
11   you could search in the Legacy systems, the 5.0 and
12   6.0 systems, regarding stock and non-stock items. Do
13   you recall that testimony?
14   A   Yes, I do.
15   Q   Do you recall that testimony where you
16   talked about where you could fill in the fields to --
17   to list the stock and non-stock items?
18   A   Meaning that on a user defined field, are
19   you asking about using a user defined field to help
20   select stock and non-stock?
21   Q   That's correct.
22   A   Okay, one of the things that users have

**194**

1    done, that's why the field is there, there's a user
2    defined field 1 in Lawson, it's the item master
3    record, that is searchable and selectable. And they
4    could put a code in there like NON, non-stock, and
5    then that's the only list we would bring up. So they
6    could select those rather than have them mixed within
7    the system.
8    Q   There was a discussion about whether that
9    would be changing the source code. Would that be
10   changing the source code?
11   A   In this case, no.
12   Q   Would it be more akin to adding data?
13   A   It's a matter of data entry, not a matter of
14   changing the system function.
15   Q   So similar to a Lawson customer who adds
16   data to the system, the Lawson customer could add the
17   non-stock and stock variations to the system?
18   A   Absolutely.
19   Q   In the 6.0 system, you had gone through and
20   you did a search. Do you recall doing a search and
21   there was a question whether there was -- the search
22   results were of matching items to your search; do you

**195**

1    recall that?
2    A   Yes, I do.
3    Q   Did the search result that came back match
4    the search criteria that you entered into the Lawson
5    system?
6    A   Yes. As designed it brings up the first
7    record of the matching function.
8    Q   And then you're able to do the find next
9    which also brings up the next match to your search
10   criteria, correct?
11   A   That is correct.
12   Q   Do you recall doing a search in the 6.0
13   system in the requisition module where you were able
14   to do a search for a product in the requisitions
15   module?
16   A   Yes, on the item master field in the
17   requisition line, you can search on the item-by-item
18   description, item number, or the selected item for a
19   first user defined field, sales class, purchasing
20   class and inventory class.
21   Q   And counsel did not have you go through the
22   requisition process in the 5.0 system, that would do

**196**

1    the same functionality. My question to you is, did
2    the 5.0 system have the same functionality as the 6.0
3    system that would allow you to do a search for
4    matching items and then bring those matching items to
5    a requisition?
6    A   Yes, but by description and item number.
7    Q   So the only difference was that in -- in
8    terms of the input that you have rather than the
9    functionality itself?
10   A   It's exactly the same function. 6.0 has
11   more ability to give you more categories to search on.
12   Q   There was also discussion regarding doing a
13   search by a vendor. Do you recall that discussion?
14   A   We had a discussion. I never showed it in
15   the system.
16   Q   Okay. I would like you to show that in the
17   system doing a search by a vendor.
18       MR. SCHULTZ: Jimmy, if we could bring up
19   the recording, please.
20   Q   If you could describe to us as the recording
21   is getting set up where you are.
22       MR. CLEMENTS: It's recording now.

**Page 205**

1  Q  What are the current systems -- okay, so
2  those are the current systems, the PO536 and the
3  IC811, correct?
4  A  That is correct.
5  Q  What are the equivalents to the PO536 and
6  the IC811 of the 5.0 and 6.0 systems?
7  A  Okay, so if I go -- I'm going to go in -- is
8  it okay to go in and show you those -- those updates
9  in the system?
10 Q  Yeah. I would like you to go into the 6.0
11 system, if you would, please.
12 A  Okay. And so in the system -- this is an
13 inventory. There's a function for interfaces and
14 conversions, and there's an item master load file that
15 will bring in item master records called IC911.
16 Q  Okay. So the equivalent of IC811 that's in
17 the current system in the version 6 system is IC911?
18 A  That is correct.
19 Q  Is there a PO913 that's equivalent to the
20 PO536?
21 A  I'm going over into the purchase order
22 system right now and going into interfaces, and there

**Page 206**

1  is a purchase order interface. There's also a header
2  load -- and what was the program number?
3  Q  PO913.
4  A  913. This is the item vendor load that will
5  load in vendors with items and prices from an upload
6  from a batch file. And this one -- Lawson supplies
7  the database structure. And if you feed the data from
8  the prior system into Lawson or from what they call a
9  vendor supplied price list, which is commonly referred
10 to as a catalog, it would load those into the system
11 as the vendor, the price, the effective date and the
12 next effective date and price into the system. And
13 this was in the 6.0 system as a standard product
14 delivery.
15 Q  Are you familiar -- familiar with the EDI
16 transaction?
17 A  Yes, I am.
18 Q  And are you familiar with the current system
19 that uses IC800?
20 A  Yes, I am.
21 Q  What is the equivalent in the 5.0 and 6.0
22 systems?

**Page 207**

1  A  Well, what I'm showing you now online, in
2  PO540, Lawson could -- could create in the 6.0 system
3  an EDI file and then this is -- takes that flat file
4  and takes the Lawson purchase orders, puts them into
5  the electronic interface, and then it could be sent
6  and transmitted by standard EDI software.
7  Q  So the 5.0 and 6.0 systems supported EDI?
8  A  That is correct.
9  Q  Could you go to IC11.1, please?
10 A  Say that one more time, please. IC --
11 Q  IC11.1. What is IC11.1?
12 A  That's the item master file. And would you
13 like some data brought into it, too?
14 Q  Yes, please.
15    And what did you just do?
16 A  I just went in and brought up the item
17 group, and I did a next function to bring up the first
18 item within the system.
19 Q  And that displayed the data for the
20 particular item that is in the item master?
21 A  That is correct.
22 Q  The functionality of the current version of

**Page 208**

1  POICNRQ, has it changed since version 5?
2  A  The additional -- the baseline functionality
3  of setting up items, creating a purchase order and
4  those major functions are you talking about or
5  specific -- the later releases, 8.0, 9.0, you'll see
6  more fields and more functionality within the
7  inventory master, but the same base system existed.
8  In fact it's the same program number.
9     If I went into 9.0 today, I could go in and
10 type in IC11.1 and it would bring me to exactly the
11 same function in the system, the item master file.
12 Q  In the additional fields, those additional
13 fields could have been written into the 5.0 and 6.0
14 systems?
15 A  They could have been. Our customers weren't
16 asking for them then; and as they did, we put them
17 into the system as additional releases.
18 Q  But there were the user defined fields that
19 the customers could have filled in?
20 A  Absolutely.
21    MR. SCHULTZ: Okay. Nothing further at this
22 time.

**209**

1  FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
2  BY MR. STRAPP:
3      Q   Okay. So we have some additional questions.
4  We would like to introduce some additional exhibits as
5  well.
6          First, you were just asked by counsel for
7  Lawson whether the functionality of the current
8  versions of purchase order, inventory control and
9  requisitions have changed since version 5. Do you
10 recall being asked that question?
11     A   Yes.
12     Q   And is it fair to say that the functionality
13 of those modules that Lawson purchased -- is it your
14 testimony that the functionality of those modules
15 within the procurement software that Lawson offers has
16 not changed since version 5 in the early '90s?
17     A   **It has had additional functions brought into**
18 **it, but the -- the substance of creating a**
19 **requisition, creating a purchase order, creating a**
20 **receiver and creating a match business-wise are**
21 **identical.**
22     Q   So is it fair to say, then, that customers

**210**

1  of Lawson using Lawson 9.0, if they were told by
2  Lawson that they needed to switch back to the
3  procurement modules available in the early '90s with
4  version 5.0 wouldn't have a problem since the basic
5  functionality is the same?
6      A   **The functionality would not cause them any**
7  **issues. How it navigates and works on their current**
8  **systems wouldn't even exist.**
9      Q   In other words, they would not be able to
10 use those systems today? Current customers of Lawson
11 Software using version 9 would not be able to use
12 Lawson Software 5.0 today, right?
13     A   **They could if they had the existing hardware**
14 **in the old operating systems.**
15     Q   And are you aware of a single customer of
16 Lawson Software that would be capable of running
17 Lawson 5.0 today?
18     A   **Not 5.0, but I do know of 6.0 ones, they do**
19 **exist. Nothing in major number, but they still are**
20 **there.**
21     Q   And would it be an available and acceptable
22 alternative for a customer using 9.0 today to be told

**211**

1  by Lawson, sorry, you can't use 9.0 anymore, you need
2  to use the procurement modules for 5.0?
3      A   **We have never done that for a client.**
4      Q   And you never would, correct?
5      A   **No, it wouldn't be good business practice.**
6      Q   You testified just recently that Lawson 5.0
7  has capability of search functionality within the
8  requisitions module in the 5.0; is that correct?
9      A   That is correct.
10     Q   Could you pull up -- well, to clarify,
11 there's two different versions of Lawson 5.0. There's
12 -- that you would demonstrate today. One is the one
13 running on UNIX Universe 2.0 from 1993 that has no
14 data in inventory and item master, correct?
15     A   That is correct.
16     Q   So we can't go into that to build a
17 requisition or search because there's no data,
18 correct?
19     A   That is correct.
20     Q   So let's open up the version of 5.0 that's
21 either the cyclical or support version running on UNIX
22 Universe 2.1 from 1995, and if you could go into the

**212**

1  requisitions module, I would like to see the search
2  functionality you were describing.
3          So are you now in the requisitions module
4  for 5.0?
5      A   That is correct.
6          MR. SCHULTZ: Jimmy, could we take a break?
7          MR. STRAPP: Sure, let's go off the record
8  for a minute, please.
9          THE VIDEOGRAPHER: Going off the record.
10 The time is 4:48 p.m.
11         (Discussion off the record.)
12         THE VIDEOGRAPHER: Back on the record. The
13 time is 4:49 p.m.
14 BY MR. STRAPP:
15     Q   All right. So we're now in requisitions
16 module 5.0?
17     A   That is correct.
18     Q   All right. And can you demonstrate for me
19 how to run a search here?
20     A   So you can go in and do a select and find
21 your items and then put in a group number or
22 description like ZEZ and find the item and then drop