# EXHIBIT I

## Merchant & Gould
An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchant-gould.com

A Professional Corporation

Direct Contact

kstolldebell@merchantgould.com
303.357.1640.

December 9, 2010

Jennifer A. Albert                                                              **Via E-Mail**
**Goodwin Procter LLP**
901 New York Avenue NW
Washington, DC 20001

Re:   ePlus, Inc. v. Lawson Software, Inc.
      Case No.: 09-620
      M&G No.: 16391.0001USZA

Dear Jennifer:

This responds to your letter to me dated November 23, 2010 regarding what prior art invalidity theories Lawson intends to assert at trial with regard to the P.O. Writer and JCON systems.

Deposition Designations:

You included a list of Lawson's deposition designations for Ms. McEneny that you believe should be withdrawn because they relate to excluded exhibits DX-121 and DX-122. We agree with most of your list. Specifically, we believe the following designations need to be withdrawn because they relate directly to DX-121 and DX-122:

- P. 91:15-92:5 (ePlus's designation) (relates to DX-122)
- P. 92:13-22 (ePlus's designation) (relates to DX-122)
- P. 93:10-18 (ePlus's designation) (relates to DX-122)
- P. 94:5-10 (Lawson's designation) (relates to DX-122)
- P. 98:6-25 (ePlus's designation) (relates to DX-121)
- P. 99:19-100:10 (ePlus's designation) (relates to DX-121)
- P. 101:4-102:3 (ePlus's designation) (relates to DX-121)
- P. 102:5-8 (ePlus's designation) (relates to DX-121)
- P. 102:7-13 (ePlus's designation) (relates to DX-121)

Jennifer A. Albert
December 9, 2010
Page 2

- P. 102:21-104:19 (ePlus's designations) (relates to DX-121)

- P. 126:1-24 (Lawson's designation) (relates to DX-122)

- P. 142:3-17 (Lawson's designation) (relates to DX-121)

- P. 143:6-18 (Lawson's designation) (relates to DX-121)

- P. 158:8-160:7 (Lawson's designation) (relates to DX-121))

However, we do *not* believe that the following testimony should be withdrawn because it relates to general questions regarding PO Writer and/or admitted exhibits, and does *not* relate specifically to the excluded exhibits:

- P. 95:4-96:5 (general question not tied to a document)

- P. 160:22-161:15 (general question not tied to a document)

- P. 161:16 to 166:16 (consists either of general questions or questions relating to exhibit 115 (introduced at 161:16), which is DX-141, which is admitted into evidence)

Please let me know if you disagree with any of the foregoing. I am happy to discuss any of these in further detail.

Invalidity Theories:

Regarding our invalidity theories, we will respond to these issues in our opposition to your latest motion to strike.

Yours truly,

*Kirstin L. Stoll-DeBell*

Kirstin L. Stoll-DeBell