IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09cv620 |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

### ePLUS'S UNOPPOSED MOTION TO EXTEND TIME TO FILE ITS REPLY TO ITS MOTION TO ENFORCE COURT ORDERS

Plaintiff ePlus, Inc. ("ePlus"), by counsel, respectfully submits this motion requesting an extension of the time for ePlus to file its reply to its Motion to Enforce Court Orders (Docket No. 525). The current deadline for filing the reply is Friday, December 17, 2010, as set forth by Local Rule 7. ePlus requests an extension to file its reply on Tuesday, December 21, 2010.

Defendant Lawson Software, Inc. is unopposed to this motion.

A Consent Order providing for this extension is attached as Exhibit A. The parties will file an endorsed copy of the Consent Order with the Court.

WHEREFORE, ePlus respectfully requests that the Court grant this motion and enter the Consent Order attached hereto as Exhibit A.

ePLUS, Inc.

By: _____/s/_____
     Of Counsel

Craig T. Merritt, VSB #20281
Henry I. Willett, III, VSB # 44655
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young, VSB #35997
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

*Attorneys for Plaintiff ePlus Inc.*

2

## CERTIFICATE OF SERVICE

  I hereby certify that on the 15th day of December, 2010, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

            /s/ Craig T. Merritt
            Craig T. Merritt (VSB #20281)
            CHRISTIAN & BARTON, LLP
            909 East Main Street, Suite 1200
            Richmond, VA 23219-3095
            Tel: (804) 697-4100
            Fax: (804) 697-4112
            Email: cmerritt@cblaw.com

            Counsel for Plaintiff *e*Plus, Inc.

1108844