# EXHIBIT 17

**From:** Albert, Jennifer A
**Sent:** Wednesday, October 07, 2009 12:20 PM
**To:** 'William D Schultz'; 'lawsonservice@merchantgould.com'
**Cc:** 'senoona@kaufcan.com'; gstillman@hunton.com; bvannorman@hunton.com
**Subject:** ePlus v. Lawson Software:   Problems with Lawson's S3 demo system

Will:

We appreciate Kristin Drieman's additional instructions last night on how to access the S3 Requisition Self-Service program ("the Program").  However, now that we've been able to do this, there are a few issues that I need to bring to your attention.

First, the punchout feature of the Program is not enabled.  After selecting "punchout" from the "find/shop" menu, an error appears that says "Punchout session could not start[.]  Your requester has no e-Procurement services configured[.]"

Second, when using the "search catalog" feature of the Program, you are unable to search by manufacturer/supplier/vendor name.  It seems that this demonstration system has not been configured for this, even though the user guide indicates that it can be.  *See* L0045474 @ 5498-5500.  For example, when searching the catalog for the string "J&J", no items are returned even though there are J&J items in the catalog.  It does not appear that the system has been configured to search of all of the available fields of the item data.

Third, we cannot access the "approve a requisition" functionality, as there is no "Requisition Approvals bookmark."  *See* L0045474 @ 5541.

Fourth, there is a dearth of data feeding the program (i.e., there are very few items from only three manufacturers that can be chosen for requisition).

Fifth, the Program freezes after each click when it has been left idle for more than approximately 10 seconds; however, if in continuous use immediately after login, no freezing occurs.

Please let me know how we can best address these issues as soon as possible.  It is important to have this system operational and configured for its full functionality with the upcoming depositions of Lawson personnel.  If we cannot have access to a system that is configured for all of the functionality described in your User Manuals, we may need to keep the depositions open and re-call the witnesses at Lawson's cost.

Thank you for your attention to this matter.


Jennifer A. Albert
Goodwin | Procter LLP
901 New York Avenue NW
Washington, D.C. 20001

202-346-4322 (direct phone)
202-346-4000 (general phone)
202-346-4444 (fax)
JAlbert@goodwinprocter.com