# EXHIBIT 28

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| ePLUS iNC., | ) |
| | ) |
| | ) Civil Action No. 2:09cv232-HCM-TEM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON COMMERCE, INC., | ) |
| SCIQUEST, INC., LAWSON | ) |
| SOFTWARE, INC. and VERIAN | ) |
| TECHNOLOGIES, INC. | ) |
| | ) |
| Defendants. | ) |

PLAINTIFF ePLUS iNC.'S SECOND SET OF INTERROGATORIES
TO DEFENDANT LAWSON SOFTWARE, INC.

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff ePlus inc., ("ePlus"), hereby requests that, within thirty (30) days of the date of service of these interrogatories, and in accordance with the following definitions and instructions, Defendant Lawson Software, Inc. ("Lawson") answer separately, in writing, and under oath, by an officer or duly authorized agent of Lawson, the following interrogatories.

The following interrogatories are continuing, and Lawson must promptly supplement its answers in accordance with Federal Rule 26 as additional or corrected information comes to its attention and that of its attorneys.

**DEFINITIONS & INSTRUCTIONS**

The Definitions and Instructions sections of ePlus's First Set of Interrogatories to Lawson shall apply to all interrogatories below and are incorporated herein by reference.

## INTERROGATORIES

**Interrogatory No. 15.**

State in detail all facts and contentions and identify all documents that support or refute Lawson's allegation under Lawson's First Defense, as set forth in Lawson's Answer, that the Complaint fails to state a claim upon which relief can be granted, including a statement as to whether this defense is based on any affirmative defense or legal theory not already found in or set forth by or subsumed by Lawson's other defenses and whether this defense is based on any facts different from or in addition to those supporting such other Lawson defenses, and stating such facts as required in the first sentence of this Interrogatory.

**Interrogatory No. 16.**

For each claim of each of the patents in suit, state in detail all facts and contentions and identify all documents that support or refute Lawson's allegations under Lawson's Second Defense, as set forth in Lawson's Answer, that Lawson has not infringed, contributed to the infringement of, or induced the infringement of any valid claim of the patents-in-suit, and is not liable for infringement thereof and, with respect to each fact or contention, explain why such fact or contention would support a finding of non-infringement.

**Interrogatory No. 17.**

For each claim of each of the patents in suit, state in detail all facts and contentions and identify all documents that support or refute Lawson's allegations under Lawson's Third Defense, as set forth in Lawson's Answer, that one or more claims of each of the patents in suit are invalid for failing to comply with the provisions of the patent laws of the United States and, with respect to each fact or contention, explain why such fact or contention would render the patent claim invalid under 35 U.S.C. § 101.

August 26, 2009

Respectfully submitted,

*Jennifer A. Albert*

Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB # 45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street
Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com

Scott L. Robertson (Admitted *pro hac vice*)
Jennifer A. Albert (Admitted *pro hac vice*)
David M. Young (VSB #35997)
Robert D. Spendlove (VSB #75468)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

Lana S. Shiferman (Application for
  admission *pro hac vice* pending)
James D. Clements (Admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

Attorneys for Plaintiff
*e*Plus inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of August, 2009, I will serve PLAINTIFF *e*PLUS iNC.'S SECOND SET OF INTERROGATORIES TO DEFENDANT LAWSON SOFTWARE, INC., on the following counsel of record, as indicated:

*via electronic mail:*

>Stephen E. Noona (VSB #25367)
>Kaufman & Canoles, P.C.
>150 West Main Street, Suite 2100
>Norfolk, VA   23510
>Telephone:  (757) 624-3289
>Facsimile:  (757) 624-3169
>senoona@kaufcan.com
>***Counsel for Defendants Perfect Commerce, LLC,***
>***and  Lawson Software, Inc.***

*via electronic mail:*

>Daniel Johnson, Jr. *(admitted pro hac vice)*
>Rita E. Tautkus *(admitted pro hac vice)*
>Morgan, Lewis & Bockius, LLP
>One Market, Spear Street Tower
>San Francisco, CA   94105-1596
>Telephone:  (415) 442-1392
>Facsimile:  (415) 442-1001
>djjohnson@morganlewis.com
>rtautkus@morganlewis.com
>***Counsel for Defendant Lawson Software, Inc.***

*via electronic mail:*

>Robert W. Busby, Jr. (VSB #41312) *(admitted pro hac vice)*
>Bradford A. Cangro *(admitted pro hac vice)*
>Morgan, Lewis & Bockius LLP
>1111 Pennsylvania Ave., NW
>Washington, DC   20004-2541
>Telephone:  (202) 739-5970
>Facsimile:  (202) 739-30001
>rbusby@morganlewis.com
>bcangro@morganlewis.com
>***Counsel for Defendant Lawson Software, Inc.***

LIBW/1716350.1

2

*via electronic mail:*

Kenneth W. Brothers *(admitted pro hac vice)*
Matthew J. Ricciardi *(admitted pro hac vice)*
Dickstein, Shapiro LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Telephone:  (202) 420-4128
Facsimile:  (202) 420-2201
brothersk@dicksteinshapiro.com
ricciardim@dicksteinshapiro.com
**Counsel for Defendant Perfect Commerce, LLC**

_____
Mary Kell Powers