# EXHIBIT 30

Case 3:09-cv-00620-REP   Document 535-15   Filed 12/21/10   Page 2 of 8 PageID# 14537
VIDEOTAPED DEPOSITION OF JEFFREY L. HVASS
CONDUCTED ON TUESDAY, JUNE 8, 2010

1 (Pages 1 to 4)

**Page 1**

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE EASTERN DISTRICT OF VIRGINIA
3   Richmond Division
4
5   - - - - - - - - - - - - - - - +
                                    |
6   ePLUS iNC.,                     |
                                    |
7       Plaintiff,      |
                        |
8                       | Civil Action No.
    vs.                 | 3:09-CV-620 (JRS)
9                       |
LAWSON SOFTWARE, INC.,      |
10                          |
    Defendant.      |
11                  |
    - - - - - - - - - - - - - - - +
12
13       Videotaped 30(b)(6) Deposition of
14       LAWSON SOFTWARE, INC.
15       BY AND THROUGH ITS REPRESENTATIVE
16       JEFFREY L. HVASS
17       Washington, DC
18       June 8, 2010
19       10:00 a.m.
20   Job No. 1-180349
21   Pages 1 - 252
22   Reported by:  Michele E. Eddy, RPR, CRR, CLR

**Page 2**

1       Videotaped Deposition of
2       JEFFREY L. HVASS
3
4   Held at the offices of:
5       GOODWIN PROCTER, LLP
6       901 New York Avenue, Northwest
7       Washington, DC  20001
8       (202) 346-4000
9
10
11
12
13
14
15
16       Pursuant to Notice, before Michele E. Eddy,
17   Registered Professional Reporter, Certified Realtime
18   Reporter, and Notary Public in and for the District of
19   Columbia.
20
21
22

**Page 3**

1           A P P E A R A N C E S
2
3   ON BEHALF OF THE PLAINTIFF:
4       MICHAEL STRAPP, ESQUIRE
5       Goodwin Procter
6       Exchange Place
7       53 State Street
8       Boston, Massachusetts  02109
9       Telephone:  (617) 570-1658
10      - AND -
11      JAMES D. CLEMENTS, ESQUIRE
12      JENNIFER A. ALBERT, ESQUIRE
13      Goodwin Procter
14      901 New York Avenue, Northwest
15      Washington, DC  20001
16      Telephone:  (202) 346-4000
17
18
19
20
21
22

**Page 4**

1   ATTENDANCE, Continued
2
3   ON BEHALF OF THE DEFENDANT:
4       WILLIAM D. SCHULTZ, ESQUIRE
5       Merchant & Gould
6       3200 IDS Center
7       80 South Eighth Street
8       Minneapolis, Minnesota  55402
9       Telephone:  (612) 332-5300
10
11  ALSO PRESENT:
12      David Bayles, Videographer
13      Brooks L. Hilliard, CMC, CCP
14
15
16
17
18
19
20
21
22

VIDEOTAPED DEPOSITION OF JEFFREY L. HVASS
CONDUCTED ON TUESDAY, JUNE 8, 2010

4 (Pages 13 to 16)

13

1  mean by you got online to see the systems running
2  live?
3      A   I had two interfaces put on my machine, and
4  one was to get on a UNIX server for the 5.0 and 6.0
5  systems, and then I also got a user interface to get
6  on the 6.1 system, which is in the AS/400 system.  And
7  then I signed on to our systems and then brought up
8  each of the application modules and reviewed them and
9  processed transactions and got them running in the
10  system and set up some data so systems could run.
11      Q   Who put the two interfaces on your machine?
12      A   A gentleman by the name of Roger Shimada did
13  that work for me from Lawson.
14      Q   And where did he obtain those interfaces to
15  put on your machine?
16      A   From Lawson's corporate MIS group supplied
17  those.
18      Q   Can you describe for me what each of those
19  interfaces consist of?
20      A   One is an IBM piece of software that
21  provides a 5150 emulation to a 6.1 AS/400 system.
22  Another one is a UNIX Telnet session that provides the

14

1  interface that goes into our UNIX systems.
2      Q   And what is the release date of the IBM
3  software that provides the 50 -- is it 5150 emulation?
4      A   Yes, it might be 5150 or 5250.  I'm not
5  sure.  It's the green screen version of the systems.
6  It copyrights -- copyrights back to the 1980s.  That's
7  all I know about that specific version.
8      Q   And what's the release date of the emulator
9  that allows you to -- is it Telnet --
10      A   Telnet.
11      Q   -- UNIX system?
12      A   I don't know what the date is.
13      Q   And is that -- are those interfaces licensed
14  by Lawson Software?
15      A   Yes, I assume they are.
16      Q   Are they licensed from IBM?
17      A   I don't know.
18      Q   When were these interfaces placed on your
19  work station at Lawson?
20      A   Last Thursday they were put on my system.
21      Q   And did you ask -- what was the name of the
22  gentleman who placed them?

15

1      A   Roger Shimada.
2      Q   How do you spell his last name?
3      A   I couldn't tell you.  I could get it for you
4  if you need it.
5      Q   Well, let me back up a minute.  Are these --
6  are these systems that you're familiar with from your
7  personal experience at Lawson?
8      A   Yes.
9      Q   How long have you been employed at Lawson?
10      A   27 years.
11      Q   So you began working at Lawson in 1983?
12      A   1983 is correct.
13      Q   Can you briefly review for me the various
14  positions you've held at Lawson starting with your
15  first job there in 1983?
16      A   I was hired in -- on May 2nd of 1983 to be a
17  system 38 sales representative for Lawson in the
18  western half of the United States.  I did that job for
19  approximately three years.
20          In 1986 I became a regional sales manager.
21  I moved out to California in 1987 to start Lawson's
22  first remote office, and I was a regional sales

16

1  manager there until 1990.
2          In 1990 I came back to the twin cities,
3  Minneapolis and St. Paul, and I was a sales
4  representative for our procurement distribution
5  systems for about a year through 1991.
6          And then Lawson broke its sales force up
7  into salespeople that managed the accounts and people
8  who demonstrate and managed the actual presentation of
9  our software.  I did that job from 1991 through 1997.
10      Q   Let me just stop you there for a second.
11      A   Go ahead.
12      Q   You said Lawson broke its sales force up
13  into sales people that managed the accounts into
14  salespeople who demonstrated and managed the
15  presentation.
16      A   Of our software.
17      Q   Of the software.
18          Which side of that divide were you on from
19  the --
20      A   I was on the presentation of the software
21  systems.
22      Q   Okay, go ahead.  I'm sorry.

VIDEOTAPED DEPOSITION OF JEFFREY L. HVASS
CONDUCTED ON TUESDAY, JUNE 8, 2010

5 (Pages 17 to 20)

17

1    A   And then from 1997 through 1999, I worked in
2   our partner program setting up and working with
3   partners of Lawson who help resell our software. And
4   I was the -- I trained our partners on how to sell and
5   install and run Lawson in a demonstration environment.
6   I also helped them present our solutions. And I had a
7   team of three or four individuals who also helped in
8   the presentation of our software.
9       And then in 2000 -- actually 1999, Lawson
10  set up a new division to sell our software to
11  professional services organizations, and I was a
12  product specialist there and a manager of the
13  presentation staff. And I did that job through 2002.
14      And in 2002 I went back into the general
15  pool of presenters again, our solution consultants, in
16  our services industries area, did that from 1992 to,
17  excuse me, 2002 through 2005.
18      And then in 2005 through 2008, I was in our
19  government segment of selling Lawson Software to
20  government, schools and institutions.
21      And then in 2008 through 2010, I've been in
22  our services industries group presenting our solutions

18

1   to our clients and to new prospects.
2       Q   Let's go back to 1990. You mentioned in
3   1990, you transitioned to become a sales
4   representative for procurement software distribution?
5       A   Yeah, we sell our purchase order inventory
6   and requisition modules as what we call procurement
7   for internal supply of items. We also have an order
8   entry system that we were selling at that point, and
9   that would be called our distribution area,
10  distributing products for profit.
11      Q   And what were your responsibilities as a
12  sales representative for that division?
13      A   I managed a territory in the East Coast. I
14  found prospects. I made sure they were qualified, did
15  the sales presentations, closed accounts and made sure
16  they were happy after -- once they were installed.
17      Q   What version of the procurement software was
18  being sold in 1990 by Lawson?
19      A   The 5.0 systems were coming to market.
20  That's what I was selling.
21      Q   When you say they were coming to market,
22  were they already available -- commercially available

19

1   in 1990 or were they not yet commercially available?
2       A   They were not commercially available. They
3   were on our sales servers and we were allowed to
4   present them at that point.
5       Q   You were presenting them to prospective
6   customers, but you weren't yet commercially selling
7   them to customers?
8       A   Once there was a sale, then there became --
9   we could contract and supply the software, but it
10  wasn't considerably generally accepted or generally
11  available at that point, which it became in 1991.
12      Q   When in 1991 did the 5.0 system become
13  generally available?
14      A   I don't have a specific date.
15      Q   Do you recall whether it was the first half
16  or the second half of the year?
17      A   It would be in the first half of the year,
18  somewhere in there.
19      Q   And you said that your next role at Lawson
20  was as -- you moved into the presentation of software
21  from '91 through '97; is that correct?
22      A   Right, that's correct.

20

1       Q   And was that presentation of specific types
2   of software?
3       A   I did all of our financial systems then. So
4   general ledger, accounts payable, accounts receivable,
5   asset management. I did those, and I also did
6   procurement, purchase order inventory requisitions.
7   And then I also did our order entry systems.
8       Q   And when in 1991 did you transition to that
9   role?
10      A   It would have been in June when we switched
11  the sales force over. That was our fiscal --
12  beginning of the calendar year for '92.
13      Q   And by that point was version 5.0 of Lawson
14  Software already commercially available?
15      A   Yes, from my understanding, it was, yes.
16      Q   What were your responsibilities in
17  presenting the procurement software, was it to
18  potential customers or to --
19      A   Potential customers or existing customers
20  that did not have those systems yet.
21      Q   Okay. And what were your responsibilities
22  as a presenter of the procurement software to

VIDEOTAPED DEPOSITION OF JEFFREY L. HVASS
CONDUCTED ON TUESDAY, JUNE 8, 2010

9 (Pages 33 to 36)

33

1   which the system is running, was first commercially
2   available?
3       A   I have no idea, no.
4       Q   Do you know when the PA-RISC operating
5   system was first commercially available?
6       A   No.
7       Q   Do you know when the IBM iSeries -- is that
8   a server?
9       A   It's a server style.  It's the successor for
10  the AS/400 series.  The AS/400 came out in -- it goes
11  -- well, the system 38 was first before that, which
12  was in 1980.  In 1988 came the IBM AS/400 series, and
13  the iSeries is something probably in the early 2000s,
14  from my understanding.
15      Q   So the IBM iSeries is a server that you
16  believe was first available in the early 2000s; is
17  that right?
18      A   Yes, the iSeries specifically.
19      Q   And which system that you're going to be
20  demonstrating today is running on the IBM iSeries?
21      A   The 6.1 system.
22      Q   So the 5.0 and the 6.0 systems will be

34

1   running on HP UNIX server?
2       A   That is correct.
3       Q   And the 6.1 system will be running on the
4   IBM i server?
5       A   Correct.
6       Q   Where are these servers, the HP UNIX server
7   and the IBM i server physically located?
8       A   They're located in St. Paul at our third
9   floor of the Lawson offices.
10      Q   So these are servers that are owned and
11  maintained by Lawson at their premises?
12      A   Yes.
13      Q   Can you tell me what, besides this
14  demonstration that we're doing today, what else does
15  Lawson use the HP UNIX system for currently?
16      A   HP under UNIX, and they also have a Windows
17  version, are systems that we support for our current
18  product line.
19      Q   So you have Lawson Software 9.0 running on
20  this HP UNIX server?
21      A   Yes.
22      Q   And you're not -- you don't have any idea

35

1   about when that HP UNIX server was first available?
2       A   No, not the specific style.  Lawson's been
3   running on the HP series since the early 1990s.
4       Q   So there's a specific type of HP UNIX server
5   that Lawson runs its certain software on?
6       A   That's correct.
7       Q   Do you know what that model number is for
8   that specific type of HP UNIX server?
9       A   No, I do not.
10      Q   Who at Lawson would know the specifics about
11  the HP UNIX server that the systems that you'll be
12  demonstrating today, the 5.0 and 6.0 systems, will be
13  running on?
14      A   Roger Shimada would know that.
15          MR. STRAPP:  Would it be possible, maybe
16  this question is better directed at your counsel, to
17  determine at a break some more information about that
18  HP UNIX server, both the model number and the date it
19  was available?
20          MR. SCHULTZ:  Yes, we could do that.
21          MR. STRAPP:  Thank you.
22      A   The model number is on page 4.

36

1       Q   Okay.
2       A   It tells you the model, processor, memory
3   and disc that's on that particular piece of hardware.
4       Q   Okay.  So it's the model RP3440 for the HP
5   UNIX server?
6       A   That's correct.
7       Q   And I assume Roger could tell us at a break
8   when that model RP3440 was first available?
9       A   He could or you would have to do research
10  because he doesn't buy those systems or acquire them.
11  He's just a tech that supports them.
12      Q   But he could find out someone who might know
13  that information.
14      A   Most likely he could find it.
15      Q   Okay.  Let's look at page 4 while we're on
16  it.  The HP UNIX has a system name prhtec01.  Is that
17  a Lawson system name for that particular server?
18      A   Yes.
19      Q   And the operating system running on that
20  server is the PA-RISC operating system?
21      A   That is correct.
22      Q   And what version of the PA-RISC operating

Case 3:09-cv-00620-REP   Document 535-15   Filed 12/21/10   Page 6 of 8 PageID# 14541
VIDEOTAPED DEPOSITION OF JEFFREY L. HVASS
CONDUCTED ON TUESDAY, JUNE 8, 2010

45 (Pages 177 to 180)

177

1    module we're looking at for Lawson 6.0?
2        A   Requisition Self-Service used a shopping
3    basket concept. It also used an idea of segregating
4    items into categories. And that was something that we
5    had a purchase order.
6            When -- when Requisition Self-Service became
7    available, those categories became requisition lists.
8    So I could say corporate, here's my list for computer.
9    And I worked in the government sector, so we had
10   police items and we had maintenance items, and they
11   became -- you could click on that and then go right
12   into a specified list and just select items you want
13   and drop them right into the shopping basket.
14       Q   So you could search by category in
15   Requisition Self-Service, by category of items?
16       A   Well, those categories actually -- they
17   weren't a search. We predefined them. So you just
18   selected one -- say you were at a location and you had
19   office supplies and let's say non-stocked items. You
20   could click on those and it would just show you the
21   default items that were defined. And then you could
22   go into that list and click on the ones you wanted or

178

1    put a quantity and click add or just click add and it
2    would drop them into the shopping cart.
3            It also had the ability to suspend a
4    shopping cart, which is something requisitions does
5    not do as a shopping cart. It also could print from
6    there, so we could print off in the requisition
7    system. So I'm on a remote location, I want to print
8    it, I print it locally.
9            So it had a bunch more functionality than
10   "standard" requisition, but the Requisition
11   Self-Service also runs through RQ10 to actually create
12   the record. So the RQ Self-Service had more
13   functionality from a look and feel standpoint, but it
14   also created the record from RQ10. You could do no
15   more or no less from RQ10 from creating a final record
16   in the system.
17       Q   But from the point of view of the user, it
18   had a lot more different functionality than
19   requisitions did?
20       A   It was simpler.
21       Q   Do you think it would be acceptable to a
22   Lawson customer today using Lawson Software 9.0, if

179

1    you told them you can't use 9.0 anymore, we're going
2    to have to switch you back to Lawson 5.0 or Lawson 6.0
3    with respect to the procurement software, would that
4    be okay for a customer today?
5        A   An impossible -- excuse me, a customer would
6    not be happy with that functionality.
7            MR. STRAPP:  Why don't we take a five-minute
8    break.
9            THE VIDEOGRAPHER:  Going off the record.
10   The time is 3:19 p.m.
11           (A brief recess was taken.)
12           THE VIDEOGRAPHER:  Back on the record.  The
13   time is 3:40 p.m.
14   BY MR. STRAPP:
15       Q   Can you go back to the requisitions module
16   in 6.0 that we were looking at, please.
17       A   Okay, uh-hmm.
18       Q   All right. Now, can you run a search in the
19   requisitions module for a particular description?
20       A   I'm going to the item master file now and I
21   do a select and I get to pick which one I want. Say
22   it's item master. Then here I do a find as a function

180

1    key and then you can do the item description search
2    right here. Like I would say I use item, and then I
3    press enter and then it finds the first one with an
4    item. And then the find next key for the next item,
5    next item, next item.
6        Q   Okay, now, if you -- let's build a
7    requisition with one of the -- with the first item
8    that showed up after you ran that search.
9        A   So I'm going to go back and I'm going to
10   clear the whole form out now. Do you want me to do a
11   search or just pick one?
12       Q   Why don't you do a search.
13       A   Okay, I'll just do it on books here.
14       Q   Okay.
15       A   So there's paperback books, I find it, I
16   press enter, type a quantity in and then I can at this
17   point -- do you want any more items at this point or
18   just to be finished with the requisition?
19       Q   Let's just be finished with the requisition.
20           So you're building the requisition.  Now
21   that you've built the requisition, can you see the
22   associated vendor with this particular item?

189

1    the dot zero dot 1, 2, 3.  And so the functionality is
2    the same, but patches get installed to fix minor
3    issues within the software.
4        Q    You also mentioned, there was a question
5    regarding would the customer be happy if they --
6    using -- a customer of the 9.0 system had to go back
7    and use a 5.0 or 6.0 system.  And you said -- what --
8    what do you recall saying?
9        A    I said in the Requisition Self-Service area,
10   they would not be happy with it.
11       Q    Why not?
12       A    It's not that they lose functionality.  It's
13   that they look and feel significantly easier to work
14   with in the Requisition Self-Service module.
15       Q    Okay.  When you say they don't lose
16   functionality, what do you mean?
17       A    When you go to Requisition Self-Service, it
18   always processes through the standard requisition
19   program, so they can do functionally all of the same
20   things that they can do in RQ10, but it's not in the
21   nice user interface of a shopping basket.
22       Q    Other than the shopping basket, is there any

190

1    functionality on the requisition process that's
2    different from a customer who's using only RQ to a
3    customer who's using RSS?
4        A    No, they're the same functions.
5        Q    And the RSS also incorporates the
6    functionalities of the PO and IC?
7        A    Through that process it always goes in --
8    the Requisition Self-Service creates a requisition.
9    It goes through the approval.  Once it's in that part,
10   it's in the back office and it's following the back
11   office systems, the purchase order, inventory and
12   matching systems.
13       Q    Okay.  So when you say the back office,
14   that's the purchase order, the inventory control and
15   the requisitions modules?
16       A    That is correct.
17       Q    You also mentioned that with an RSS there
18   are categories.  Is that the same thing -- is there a
19   similar thing to categories with respect to the 6.0
20   and 5.0 systems?
21       A    Yes, those are -- the original idea was
22   creating a template so when a requisition user went

191

1    in, they could -- they could go on to a template,
2    bring up all the items in that template and then
3    select the ones they wanted to use in RQ10.  That
4    template is -- is still there today, and when you
5    bring up Requisition Self-Service, the template
6    becomes the catalog.  So there's no more rekeying to
7    it.  It just comes up under a different name.  The
8    reason it's in a different name is because users in
9    this current environment don't understand the
10   template, but they understand how to buy off a catalog
11   since it's a common metaphor in today's business
12   world.
13       Q    So the term catalog that's used is the same
14   thing as the template that was used in 5.0 and 6.0?
15       A    It's identical.
16       Q    Are you familiar with webrec?
17       A    Not personally, no.
18       Q    Are you familiar with webrec being the
19   predecessor to the RSS program?
20       A    I've heard the name, but I never used it in
21   any kind of detailed fashion at Lawson.
22       Q    You mentioned that there's a self-evident

192

1    application or SEA.  What is that?
2        A    It was a precursor to Requisition
3    Self-Service.  We also had them in human resources and
4    in payroll that were designed, this is to prove out
5    the concept of going on the web.  And as those designs
6    were proved out, then they became commercially
7    available and we -- we renamed them things like
8    Requisition Self-Service, Manager Self-Service, Human
9    Resources Self-Service, those kind of ideas.
10       Q    When you brought up -- switching topics now.
11   When you brought up the 5.0 system that was developed
12   on the 2.0 environment from 1993, do you recall that?
13       A    Yes.
14       Q    And that was on the product line cobdeliv?
15       A    That is correct.
16       Q    It had no data in it, correct?
17       A    It has very limited data.  In inventory it
18   appears as none.
19       Q    When -- when software code was delivered to
20   customers in the 5.0, 6.0 Legacy systems, was it ever
21   delivered with code -- with data?
22       A    With data?  No, it's never delivered with

VIDEOTAPED DEPOSITION OF JEFFREY L. HVASS
CONDUCTED ON TUESDAY, JUNE 8, 2010

53 (Pages 209 to 212)

209

1      FURTHER EXAMINATION BY COUNSEL FOR PLAINTIFF
2    BY MR. STRAPP:
3      Q   Okay.  So we have some additional questions.
4    We would like to introduce some additional exhibits as
5    well.
6          First, you were just asked by counsel for
7    Lawson whether the functionality of the current
8    versions of purchase order, inventory control and
9    requisitions have changed since version 5.  Do you
10   recall being asked that question?
11     **A   Yes.**
12     Q   And is it fair to say that the functionality
13   of those modules that Lawson purchased -- is it your
14   testimony that the functionality of those modules
15   within the procurement software that Lawson offers has
16   not changed since version 5 in the early '90s?
17     **A   It has had additional functions brought into**
18   **it, but the -- the substance of creating a**
19   **requisition, creating a purchase order, creating a**
20   **receiver and creating a match business-wise are**
21   **identical.**
22     Q   So is it fair to say, then, that customers

210

1    of Lawson using Lawson 9.0, if they were told by
2    Lawson that they needed to switch back to the
3    procurement modules available in the early '90s with
4    version 5.0 wouldn't have a problem since the basic
5    functionality is the same?
6      **A   The functionality would not cause them any**
7    **issues.  How it navigates and works on their current**
8    **systems wouldn't even exist.**
9      Q   In other words, they would not be able to
10   use those systems today?  Current customers of Lawson
11   Software using version 9 would not be able to use
12   Lawson Software 5.0 today, right?
13     **A   They could if they had the existing hardware**
14   **in the old operating systems.**
15     Q   And are you aware of a single customer of
16   Lawson Software that would be capable of running
17   Lawson 5.0 today?
18     **A   Not 5.0, but I do know of 6.0 ones, they do**
19   **exist.  Nothing in major number, but they still are**
20   **there.**
21     Q   And would it be an available and acceptable
22   alternative for a customer using 9.0 today to be told

211

1    by Lawson, sorry, you can't use 9.0 anymore, you need
2    to use the procurement modules for 5.0?
3      **A   We have never done that for a client.**
4      Q   And you never would, correct?
5      **A   No, it wouldn't be good business practice.**
6      Q   You testified just recently that Lawson 5.0
7    has capability of search functionality within the
8    requisitions module in the 5.0; is that correct?
9      **A   That is correct.**
10     Q   Could you pull up -- well, to clarify,
11   there's two different versions of Lawson 5.0.  There's
12   -- that you would demonstrate today.  One is the one
13   running on UNIX Universe 2.0 from 1993 that has no
14   data in inventory and item master, correct?
15     **A   That is correct.**
16     Q   So we can't go into that to build a
17   requisition or search because there's no data,
18   correct?
19     **A   That is correct.**
20     Q   So let's open up the version of 5.0 that's
21   either the cyclical or support version running on UNIX
22   Universe 2.1 from 1995, and if you could go into the

212

1    requisitions module, I would like to see the search
2    functionality you were describing.
3          So are you now in the requisitions module
4    for 5.0?
5      **A   That is correct.**
6          MR. SCHULTZ:  Jimmy, could we take a break?
7          MR. STRAPP:  Sure, let's go off the record
8    for a minute, please.
9          THE VIDEOGRAPHER:  Going off the record.
10   The time is 4:48 p.m.
11         (Discussion off the record.)
12         THE VIDEOGRAPHER:  Back on the record.  The
13   time is 4:49 p.m.
14   BY MR. STRAPP:
15     Q   All right.  So we're now in requisitions
16   module 5.0?
17     **A   That is correct.**
18     Q   All right.  And can you demonstrate for me
19   how to run a search here?
20     **A   So you can go in and do a select and find**
21   **your items and then put in a group number or**
22   **description like ZEZ and find the item and then drop**