# EXHIBIT 31

VIDEOTAPED DEPOSITION OF MICHAEL IAN SHAMOS, Ph.D., J.D.
CONDUCTED ON WEDNESDAY, JUNE 16, 2010

1 (Pages 1 to 4)

### Page 1

```
 1    UNITED STATES DISTRICT COURT
 2   FOR THE EASTERN DISTRICT OF VIRGINIA
 3         Richmond Division
 4   ---------------------------------x
 5   ePLUS, iNC.,            )
 6           Plaintiff,  )
 7      v.             ) Civil Action No.
 8   LAWSON SOFTWARE, INC.,    ) 3:09-cv-620(REP)
 9           Defendant.  )
10   ---------------------------------x
11
12        VIDEOTAPED DEPOSITION OF
13       MICHAEL IAN SHAMOS, Ph.D., J.D.
14            Washington, DC
15          Wednesday, June 16, 2010
16             10:06 a.m.
17
18
19
20   Job No.: 1-181012
21   Pages 1 - 252
22   Reported By: Joan V. Cain
```

### Page 2

```
 1      Videotaped Deposition of MICHAEL IAN SHAMOS,
 2   Ph.D., J.D., held at the law offices of:
 3
 4        GOODWIN PROCTER, LLP
 5        901 New York Avenue, Northwest
 6        Washington, DC 20001
 7        (202) 346-4000
 8
 9      Pursuant to Notice, before Joan V. Cain,
10   Court Reporter and Notary Public in and for the
11   District of Columbia.
```

### Page 3

```
 1           A P P E A R A N C E S
 2
 3   ON BEHALF OF PLAINTIFF:
 4      JENNIFER A. ALBERT, ESQUIRE
 5      SCOTT L. ROBERTSON, ESQUIRE
 6      GOODWIN PROCTER, LLP
 7      901 New York Avenue, Northwest
 8      Washington, DC 20001
 9      Telephone:  (202) 346-4000
10
11   ON BEHALF OF DEFENDANT:
12      KIRSTIN L. STOLL-DEBELL, ESQUIRE
13      MERCHANT & GOULD
14      Suite 1950
15      1050 Seventeenth Street
16      Denver, Colorado 80265
17      Telephone:  (303) 357-1670
18
19   ALSO PRESENT:
20      Akim Graham, Videographer
```

### Page 4

```
 1           C O N T E N T S
 2
 3   EXAMINATION OF MICHAEL IAN SHAMOS, Ph.D., J.D. PAGE
 4     By Ms. Albert            7
 5     By Ms. Stoll-DeBell         245
 6
 7           E X H I B I T S
 8        (Attached to the Transcript.)
 9   SHAMOS DEPOSITION EXHIBITS          PAGE
10   Exh. 1 Rebuttal Report of Expert Michael I.   24
11       Shamos, Ph.D., J.D. Concerning
12       Non-Infringement
13   Exh. 2 Report of Expert Michael I. Shamos,   32
14       Ph.D., J.D. Concerning Invalidity
15   Exh. 3 Document Entitled Chapter 20:      65
16       Application Changes, bearing Bates
17       Nos. L 0373955 through '4057
18   Exh. 4 Document Entitled 8.0.3 Inventory    73
19       Control Release Notes bearing Bates
20       Nos. L 0030416 through '420
```

VIDEOTAPED DEPOSITION OF MICHAEL IAN SHAMOS, PH.D., J.D.
CONDUCTED ON WEDNESDAY, JUNE 16, 2010

16 (Pages 61 to 64)

61

1  corroborate your statement that the requisition
2  module has had essentially the same basic structure,
3  function, and operation since at least version 5.0,
4  do you?
5     A   I don't know what you mean.  I see a list
6  of citations there.
7     Q   You don't cite any documentation relating
8  to version 5.0 in that list of citations; is that
9  accurate?
10    A   I cite the summary of 5.0 and 6.0
11 differences.  That's the last citation.
12    Q   You don't contend, do you, that there have
13 been no changes to the requisition module since the
14 release of version 5.0 of the Lawson Software?
15    A   No.
16    Q   You understand that there have been
17 modifications to that module since version 5.0; is
18 that correct?
19    A   Having owned and operated software
20 companies, typically one doesn't change the release
21 number unless there's been some change to the
22 software.

62

1     Q   And what's the current release number of
2  the Lawson Procurement software?
3     A   I don't recall the number sitting here.
4     Q   Do you recall whether it's in the -- around
5  version 9.0?
6     A   I don't.
7     Q   Why do you cite to documentation relating
8  to version 9.0 in paragraph 23?
9     A   Because that was the latest documentation
10 that I was able to review.
11    Q   Turn to paragraph 26 on page 8, if you
12 would.  And there you state that, "The Inventory
13 Control module has had essentially the same basic
14 structure, function, and operation since at least
15 Version 5.0 through the current release."
16        Do you see that?
17    A   Yes.
18    Q   You don't contend, do you, that there have
19 been no changes to the inventory control module of
20 the Lawson Procurement software since version 5?
21    A   No, I don't contend that.
22    Q   You're aware that there have indeed changes

63

1  to the Inventory Control module since version 5,
2  correct?
3     A   Yes.
4     Q   Can you turn to paragraph 29 of your
5  report?  That's on page 9.
6     A   Yes.
7     Q   There you state, "The Purchase Order module
8  has had essentially the same structure, function,
9  and operation since at least Version 5.0 through the
10 current release."  Do you see that?
11    A   Yes.
12    Q   And you don't contend, do you, that there
13 have been no changes to the Purchase Order module of
14 the Lawson Procurement software since version 5.0?
15    A   No.  I'm sure there have been because the
16 summary of 5.0 and 6.0 differences, for example,
17 lists PO, which is the Purchase Order module.
18    Q   In order to render your opinions that the
19 mod- -- these modules have been essentially the same
20 from version 5.0 to the present, did you review
21 manuals from each of versions 5.0, 6.0, 7.0, 8.0,
22 and 9.0 to assess the modifications that have been

64

1  made to the Lawson Procurement software over time?
2     A   No.  I think we established that I haven't
3  looked at 5.0 manuals.
4     Q   Have you looked at manuals relating to
5  version 7.0?
6     A   Not if they're not listed here.
7     Q   Have you looked at manuals relating to
8  version 8.0?
9     A   Again, not if they're not listed here.  And
10 so typically -- I mean, it's hypothetically possible
11 that, for example, some feature was introduced in --
12 in version 7 and then removed in version 8 and so is
13 no longer present in version 9.  It's conceivable.
14 I have no evidence whatsoever that that ever
15 occurred.  So typically versions build on previous
16 versions.  They add features rather than deleting
17 them, and so the inference is that if features are
18 present in 6.0 and in 9.0, they were also present in
19 7 and 8.
20    Q   Did you review any release notes that
21 Lawson issued to its customers describing the
22 changes that were made to the software from one