# EXHIBIT 39

# INVALIDITY ANALYSIS OF JOHNSON ET AL. U.S. PATENTS 6,023,683, 6,055,516, AND 6,505,172

Citations to references are exemplary only and not intended to be exhaustive.

A cell with light green shading indicates an entire claim that is anticipated by the reference in its column (possibly also asserted to be obvious)

A cell with light yellow shading indicates an entire claim that is not asserted to be anticipated by the reference in its column but is obvious without the need for a combination with any other reference.

A cell with light blue shading indicates a claim as a whole that is invalid for reasons other than §102 or §103.

**A** indicates that the reference discloses the element or step
**E** indicates that a claim element or step is not enabled
**I** indicates that a claim element or step is indefinite
**N** indicates that the element or step is not asserted to be disclosed in the reference or obvious in light of the reference
**O** indicates that the element or step is obvious in light of the reference alone, without the need for a combination with any other reference
**S** indicates that a claim element or step is non-statutory, including being a hybrid claim
**W** indicates that a claim element or step lacks written description

## ASSERTED CLAIMS

| | P.O. WRITER | J-CON |
|---|---|---|
| **'172 Patent** | | |
| 1. An electronic sourcing system comprising: | A | A |
| a database containing data relating to items associated with at least two vendors maintained so that selected portions of the database may be searched separately | A | A |
| means for entering product information that at least partially describes at least one desired item | A | A |
| means for searching for matching items that match the entered product information in the selected portions of the database | A | A |
| means for generating an order list that includes at least one matching item selected by said means for searching | A | A |
| means for building a requisition that uses data obtained from said database relating to selected matching items on said order list | A | A |
| means for processing said requisition to generate purchase orders for said selected matching items. | A | A |
| **'516 Patent** | | |
| 1. An electronic sourcing system comprising: | A | A |
| a collection of catalogs of items stored in an electronic format; | A | A |

| | | |
|---|---|---|
| a first set of pre-determined criteria associated with said collection of catalogs; | A | A |
| a second set of pre-determined criteria associated with items from each of said catalogs; | A | A |
| a catalog selection protocol, said catalog selection protocol relying on said first set of predetermined criteria to select less than said entire collection of catalogs, and including matching a vendor identification code with a subset of said collection of catalogs, wherein said subset of catalogs includes both a vendor catalog from a predetermined vendor and a second catalog from a predetermined third party that is one of a manufacturer and a competing vendor, said predetermined third party selling items corresponding to items in said vendor catalog; and | A | A |
| a search program, said search program relying on said second set of criteria to select specific items from said catalogs determined from said catalog selection protocol. | A | A |
| 2. An electronic sourcing system as recited in claim 1, wherein catalogs comprising said collection of catalogs are stored in separate databases. | A | A |
| 6. An electronic sourcing system as recited in claim 1, wherein said second set of predetermined criteria includes at least one of a catalog number and item textual information. | A | A |
| 9. An electronic sourcing system comprising: | A | A |
| <mark>a collection of catalogs of items stored in an electronic format;</mark> | A | A |
| a first identification code associated with a first item in a first catalog; | A | A |
| a second identification code associated with a second item in a second catalog, said first item and said second item being generally equivalent, and wherein a selection of one identification code from one of said first and second catalogs provides the other identification code from the other of said catalogs. | A | A |
| 21. An electronic sourcing system comprising: | A | A |
| a requisition module including data fields, user-generated criteria entered into at least one of said data fields to generate at least partial criteria corresponding to a desired item; | A | A |
| a catalog collection searching module, said searching module including a collection of catalogs of items stored in an electronic format, | A | A |
| a catalog selection criteria used to select less than said entire collection, | A | A |
| said searching module being used to generate additional search-module criteria for said data fields of said requisition module; | A | A |
| a multiple purchase order generation module, said purchase order generation module creating multiple purchase orders from a single requisition created with said user-generated criteria and said search-module criteria; | A | A |
| wherein each of at least two catalogs include a generally equivalent item from a different source, said requisition module working in combination with said catalog searching module to determine multiple sources for said item; | A | A |

| | | |
|---|---|---|
| wherein said multiple sources is limited by said catalog searching module providing a match according to said user-generated criteria, said search-module criteria and a determination system that located items are generally equivalent; and | A | A |
| wherein said determination system includes a cross reference table matching an identification code from a first located item with a second identification code from a second located item. | A | A |
| 22. An electronic sourcing system as recited in claim 21, wherein said determination system includes an identical identification code for each of said located items. | A | A |
| 29. An electronic sourcing system comprising: | A | A |
| a collection of catalogs of items stored in an electronic format; | A | A |
| a first set of pre-determined criteria associated with said collection of catalogs; | A | A |
| a second set of pre-determined criteria associated with items from each of said catalogs; | A | A |
| a catalog selection protocol, said catalog selection protocol relying on said first set of predetermined criteria to select less than said entire collection of catalogs, and including matching a vendor identification code with a subset of said collection of catalogs, wherein said subset of catalogs includes both a vendor catalog from a predetermined vendor and a second catalog from a predetermined third party; | A | A |
| a search program, said search program relying on said second set of criteria to select specific items from said catalogs determined from said catalog selection protocol; and | A | A |
| a cross reference table linking a vendor item catalog number from said vendor with an item catalog number from said predetermined third party. | A | A |
| **'683 Patent** | | |
| 3. An electronic sourcing system comprising: | A | A |
| at least two product catalogs containing data relating to items associated with the respective sources; | A | A |
| means for selecting the product catalogs to search; | A | A |
| means for searching for matching items among the selected product catalogs; | A | A |
| means for building a requisition using data relating to selected matching items and their associated source(s); | A | A |
| means for processing the requisition to generate one or more purchase orders for the selected matching items; and | A | A |
| means for converting data related to a selected matching item and an associated source to data relating to an item and a different source. | A | A |
| 6. An electronic sourcing system comprising: | A | A |
| a database containing data relating to items associated with at least two sources; | A | A |
| means for searching for matching items in the database; | A | A |
| means for building a requisition using data relating to selected matching items and their associated source(s); | A | A |
| means for processing the requisition to generate one or more purchase orders for the selected matching items; and | A | A |

| | | |
|---|---|---|
| means for converting data related to a selected matching item and an associated source to data relating to an item and a different source. | A | A |
| 26. A method comprising the steps of: | A | A |
| maintaining at least two products catalogs on a database containing data relating to items associated with the respective sources; | A | A |
| selecting the product catalogs to search; | A | A |
| searching for matching items among the selected product catalogs; | A | A |
| building a requisition using data relating to selected matching items and their associated source(s); | A | A |
| processing the requisition to generate one or more purchase orders for the selected matching items; and | A | A |
| determining whether a selected matching item is available in inventory. | A | A |
| 28. A method comprising the steps of: | A | A |
| maintaining at least two products catalogs on a database containing data relating to items associated with the respective sources; | A | A |
| selecting the product catalogs to search; | A | A |
| searching for matching items among the selected product catalogs; | A | A |
| building a requisition using data relating to selected matching items and their associated source(s); | A | A |
| processing the requisition to generate one or more purchase orders for the selected matching items; and | A | A |
| converting data relating to a selected matching item and an associated source to data relating to an item and a different source. | A | A |
| 29. The method of claim 28 further comprising the step of determining whether a selected matching item is available in inventory. | A | A |