# EXHIBIT 3

## Clements, James D

| | |
|---|---|
| **From:** | Strapp, Michael |
| **Sent:** | Tuesday, January 26, 2010 3:11 PM |
| **To:** | 'William D Schultz' |
| **Cc:** | Albert, Jennifer A; Clements, James D |
| **Subject:** | RE: ePlus v. Lawson |

Will,

I write concerning your January 21 letter to Jennifer Albert.

First, in the letter you mention that Lawson will identify an individual with knowledge about implementation of the S3 system at a customer's site. Please let us know as soon as possible who that individual is and when he or she will be available for a deposition.

Second, you contend in the January 21 letter that Lawson has "adequately and fully responded to Interrogatory No. 24." For the reasons set forth in Jennifer Albert's January 19 letter we respectfully disagree. Please let me know when you are available to meet and confer on this issue.

Regards,

Michael

---

**From:** Abigail E. Ries [mailto:ARies@merchantgould.com]
**Sent:** Thursday, January 21, 2010 5:04 PM
**To:** ML-ePlus Goodwin Service
**Cc:** Craig Merritt; Henry Willett; Kimberly Perkins; Leslie Blacka; Perry Coburn; Stephanie VanBurent; LawsonService
**Subject:** RE: ePlus v. Lawson

Please see the attached letter regarding discovery issues.

Thanks.

**Abigail Ries**
**Legal Assistant**
**Merchant & Gould P.C.**
**3200 IDS Center**
**80 South 8th Street**
**Minneapolis, Minnesota 55402-2215**

**Telephone (612) 332-5300**
**Fax (612) 332-9081**
**aries@merchantgould.com**
**www.merchantgould.com**

### GUARDIANS OF GREAT IDEAS [®]

**Atlanta | Denver | Knoxville | Madison | Minneapolis | Omaha | Seattle | Washington D.C.**

Note: This e-mail message is confidential, and may be privileged, or otherwise protected by law. If you are not the intended recipient, please (1) Reply via e-mail to sender; (2) Destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) Refrain from copying or disseminating this communication by any means whatsoever. Thank you.

6/17/2010