# EXHIBIT 6

                                                                 1

1              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
2                      RICHMOND DIVISION

3    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                      :
4     ePLUS, INC.,                    :
                                      :
5                    Plaintiff,       :
      v.                              :  Civil Action
6                                     :  No. 3:09CV620
     LAWSON SOFTWARE, INC.,           :
7                                     :  March 26, 2010
                     Defendant.       :
8    _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _:

9

10

11         COMPLETE TRANSCRIPT OF **CONFERENCE CALL**
              BEFORE THE HONORABLE ROBERT E. PAYNE
12               UNITED STATES DISTRICT JUDGE

13

14

15    APPEARANCES: (All via telephone)

16    Scott L. Robertson, Esq.
      GOODWIN PROCTER
17    901 New York Avenue, NW
      Washington, D.C.   20001
18
      Craig T. Merritt, Esq.
19    Henry I. Willett, III, Esq.
      CHRISTIAN & BARTON
20    909 E. Main Street, Suite 1200
      Richmond, VA   23219-3095
21
               Counsel for the plaintiff ePlus
22

23
                  DIANE J. DAFFRON, RPR
24                OFFICIAL COURT REPORTER
                UNITED STATES DISTRICT COURT
25

1   rulings ahead of time.  You kind of have to wait and
2   see what happens in the course of the case.  And if
3   somebody doesn't give you the information in discovery
4   that you ask for that's pertinent to their defense and
5   they want to raise it, you say, I want to move the
6   strike the defense because they said we weren't
7   entitled to this and they didn't give it to us.  Then
8   wham, the door is shut on it.  That's part of
9   practicing law is knowing how to do that stuff.
10          Is implementation by the customer any longer
11  asserted, Mr. McDonald, as necessary before
12  infringement can occur?
13          MR. McDONALD:  I'm not sure what the word
14  "implementation" means here, Your Honor.  What I think
15  he may be talking about is when specific situations
16  have come up, for example, where third party customers
17  that ePlus deposed either said they didn't implement
18  certain modules or features that were in the product.
19  That might be one category he might be talking about.
20          Another one has to do with when they load up
21  the data, where do they get it from?  Does Lawson load
22  the data up for them or not?  If that's what he means
23  by implementation, those are certainly still relevant
24  issues, Your Honor, but the word "implementation" just
25  isn't very clear to me in terms of what exactly that

1  Mr. Robertson is asking us to do.
2          THE COURT:  When were these interrogatories
3  filed, Mr. Robertson?
4          MR. ROBERTSON:  I believe -- I think it
5  was -- I'm not sure, Your Honor.  I think it was
6  October of 2009.  It's been several months.
7          THE COURT:  Well, it's too late to be asking
8  that.  If you didn't understand that word, you should
9  have asked about that back a long time ago.  Answer
10 the interrogatory.
11         I, frankly, don't understand how it is a
12 defense to infringement to say you sold Payne
13 something, but Payne didn't use all of it.  If you
14 sold it to me, that's an infringement, it seems to me.
15 So I don't really understand the issue, but you-all
16 know enough and you can use the dictionaries to get
17 your definitions.  Answer it.
18         All right.  That takes care of everything
19 that you all have got pending right know, doesn't it?
20         MR. ROBERTSON:  Well, Your Honor, we had one
21 issue with respect to non-infringement contentions,
22 but I think we can work that out with Lawson.
23         THE COURT:  Good.  That will be good.
24         All right.  Now, I don't know if there's
25 enough time in my lifetime and yours to try a case

1   sir.
2           THE COURT:  That briefing is going to be
3   finished or has it been finished now?
4           MR. ROBERTSON:  It will be finished on
5   Monday, Your Honor.
6           THE COURT:  Monday.  All right.  Thank you.
7           MR. ROBERTSON:  Thank you, Your Honor.
8           THE COURT:  You-all take care.  Bye.
9
10          (The proceedings were adjourned at 11:16
11  a.m.)
12          I, Diane J. Daffron, certify that the
13  foregoing is a true and accurate transcription of my
14  stenographic notes.
15
                        /s/                      3/30/10
16          _____      _____
             DIANE J. DAFFRON, RPR, CCR         DATE
17
18
19
20
21
22
23
24
25