# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| ePLUS iNC., | ) |
| | ) |
| | ) Civil Action No. 2:09cv232-HCM-TEM |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| PERFECT COMMERCE, INC., | ) |
| SCIQUEST, INC., LAWSON | ) |
| SOFTWARE, INC. and VERIAN | ) |
| TECHNOLOGIES, INC. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF ePLUS INC.'S THIRD SET OF INTERROGATORIES
TO DEFENDANT LAWSON SOFTWARE, INC.**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff ePlus inc., ("ePlus"), hereby requests that, within thirty (30) days of the date of service of these interrogatories, and in accordance with the following definitions and instructions, Defendant Lawson Software, Inc. ("Lawson") answer separately, in writing, and under oath, by an officer or duly authorized agent of Lawson, the following interrogatories.

The following interrogatories are continuing, and Lawson must promptly supplement its answers in accordance with Federal Rule 26 as additional or corrected information comes to its attention and that of its attorneys.

**DEFINITIONS & INSTRUCTIONS**

The Definitions and Instructions sections of ePlus's First Set of Interrogatories to Lawson shall apply to all interrogatories below and are incorporated herein by reference.

LIBA/2027858.1

## INTERROGATORIES

**Interrogatory No. 21.**

Identify all agreements, contracts, requests for proposals, responses to requests for proposals, Statements of Work, licenses, arrangements, permissions, term sheets, memoranda of understanding and letters of intent, regarding any implementation, installation, or consultation services provided by Lawson in connection with the integrations and/or use of any Lawson Electronic Sourcing and Procurement System(s) and/or Service(s), including but not limited to Lawson Punchout, with any online supplier site, e-commerce hub, digital marketplace, supplier network, supplier portal, and/or Lawson Digital Depot.

**Interrogatory No. 22.**

Identify all online supplier sites, e-commerce hubs, digital marketplaces, supplier networks, supplier catalogs and/or supplier portals, ever accessed by, integrated with, linked to or used in connection with any Lawson Electronic Sourcing and Procurement System(s) and/or Service(s), including but not limited to Lawson Punchout.

**Interrogatory No. 23.**

Identify all entities (including online supplier sites or exchanges, catalog content providers, e-commerce hubs, digital marketplaces, supplier networks, supplier portals and/or content and/or data management service providers) with which Lawson has entered into any business relationship (including any partnering relationship, joint venture, affiliation, or contractual relationship) to provide customers of Lawson's Electronic Sourcing and Procurement System(s) and/or Service(s), including but not limited to Requisition Self Service, with access to supplier catalog data and/or data and content management services (including vendor data acquisition, data extraction and import into Lawson Electronic Sourcing and Procurement System(s) and/or Service(s), cleansing, normalization, standardization and/or synchronization of

vendor data, classification of vendor data to commodity code taxonomies, and/or other data and content management services), and identify all requests for proposals, responses to requests for proposals, Statements of Work, agreements, contracts, licenses, term sheets, memoranda of understanding, letters of intent or other documents memorializing such relationships.

September 11, 2009

Respectfully submitted,

*/s/ Jennifer A. Albert*

Gregory N. Stillman (VSB #14308)
Brent L. VanNorman (VSB # 45956)
**HUNTON & WILLIAMS LLP**
500 East Main Street
Suite 1000
Norfolk, VA 23510
Telephone: (757) 640-5300
Facsimile: (757) 625-7720
gstillman@hunton.com

Scott L. Robertson (Admitted *pro hac vice*)
Jennifer A. Albert (Admitted *pro hac vice*)
David M. Young (VSB #35997)
Robert D. Spendlove (VSB #75468)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

Lana S. Shiferman (Admitted *pro hac vice*)
James D. Clements (Admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

Attorneys for Plaintiff
*e*Plus inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of September, 2009, I will serve Plaintiff *e*Plus inc's THIRD SET OF INTERROGATORIES TO DEFENDANT LAWSON SOFTWARE, INC., on the following counsel of record as indicated:

*via electronic mail:*

>Stephen E. Noona (VSB #25367)
>Kaufman & Canoles, P.C.
>150 West Main Street, Suite 2100
>Norfolk, VA 23510
>Telephone: (757) 624-3289
>Facsmile: (757) 624-3169
>senoona@kaufcan.com

>*Counsel for Defendant Lawson Software, Inc.*

>Daniel Johnson, Jr. (*admitted pro hac vice*)
>Rita Tautkus (*admitted pro hac vice*)
>Morgan, Lewis & Bockius, LLP
>One Market, Spear Street Tower
>San Francisco, CA 94105-1596
>Telephone: (415) 442-1392
>Facsimile: (415) 442-1001
>djjohnson@morganlewis.com
>rtautkus@morganlewis.com

>*Counsel for Defendant Lawson Software, Inc.*

4

LIBA/2027858.1

Robert W. Busby, Jr. (VSB#41312) (*admitted pro hac vice*)
Bradford A. Cangro (*admitted pro hac vice*)
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004-2541
Telephone: (202) 739-5970
Facsimile: (202) 739-3001
rbusby@morganlewis.com
bcangro@morganlewis.com

*Counsel for Defendant Lawson Software, Inc.*


Daniel W. McDonald
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215

*Counsel for Defendant Lawson Software, Inc.*

*[signature: Jennifer A. Albert]*

5

LIBA/2027858.1