# Exhibit A

```
                              Eplvol1 (2).txt
0001
 01
 02             IN THE UNITED STATES DISTRICT COURT
 02           FOR THE EASTERN DISTRICT OF VIRGINIA
 03                     RICHMOND DIVISION
 03
 04   ----------------------------------------
 04
 05   ePLUS, INC.,
 05
 06
 06
 07                                Plaintiff;
 07
 08       v.                                     CIVIL ACTION
 08                                              3:05CV281
 09   SAP AMERICA, INC., et al.
 09
 10
 10                                Defendants.
 11
 11   -----------------------------------------
 12                    JURY TRIAL - VOLUME I
 12
 13                       March 28, 2006
 13                     Richmond, Virginia
 14                         10:00 a.m.
 14
 15                       AND A JURY
 15
 16   BEFORE:        HONORABLE JAMES R. SPENCER
 16                  United States District Judge
 17
 17
 18   APPEARANCES:   JENNIFER A. ALBERT, ESQ.
 18                  THOMAS J. CAWLEY, ESQ.
 19                  MAYA M. ECKSTEIN, ESQ.
 19                  SCOTT L. ROBERTSON, ESQ.
 20
 20                         Counsel for Plaintiff;
 21
 21                  LLOYD R. DAY, JR., ESQ.
 22                  ROBERT GALVIN, ESQ.
 22                  DABNEY J. CARR, IV, ESQ.
 23                  ROBERT A. ANGLE, ESQ.
 23
 24                         Counsel for Defendants.
 24
 25                  JEFFREY B. KULL
 25                  OFFICIAL COURT REPORTER
0002
 01                   P-R-O-C-E-E-D-I-N-G-S
 02           THE CLERK:  Case Number 05CV281:  EPlus,
 03   Inc. versus SAP America, Inc.  Mr. Scott L. Robertson,
 04   Mr. Thomas J. Cawley, Ms. Maya M. Eckstein, and Ms.
 05   Jennifer A. Albert represent the plaintiff.  Mr. Lloyd
 06   R. Day, Jr., Mr. Robert Galvin, Mr. Dabney Jefferson
 07   Carr, IV, and Mr. Robert A. Angle represent the
 08   defendant.  Are counsel ready to proceed?
 09           MR. DAY:  Yes, Your Honor.
 10           MR. ROBERTSON:  Plaintiff is ready, Your
 11   Honor.
 12           THE COURT:  All right.  I just want to check
                              Page 1
```

```
                                Eplvol1 (2).txt
13   and see if we had any preliminary matters before I
14   bring in the jury.
15               MR. ROBERTSON:  Yes, Your Honor, if we
16   could.  Just a few housekeeping matters which i would
17   like to address.  I understand that the Court has
18   bifurcated the case and has alloted us 12 days to do
19   the trial.  I would assume that under the bifurcation,
20   we should allot a portion of those 12 days should we
21   need them after the liability phase is completed to
22   damages and its willfulness issue.  I was wondering how
23   the Court intended to allot that time.  That is, does
24   the Court intend to submit the liability case to the
25   jury at the close of our evidence, have them render a
0003
01   verdict, if they find liability, then we would start
02   with the damages and the willfulness phase of the case?
03   Is that what the Court contemplates?
04               THE COURT:  That's how I plan to do it.
05               MR. ROBERTSON:  Should we then take those 12
06   days and allot, I would imagine that the damages and
07   willfulness case would take at a minimum two days given
08   the witnesses that we need to put on for damages.  We
09   have two damages experts, as the Court is aware,
10   probably several lay witnesses.  I think it would be
11   brief, but I think it would take two full days.  Should
12   we contemplate that we have ten days to put on our
13   evidence?
14               THE COURT:  I hope it takes six days.  The
15   way it is going to work is, whatever is necessary for
16   both sides to put on their full cases, with the Court
17   pushing you along, and whether that's six days, eight
18   days, or ten days, whatever will be will be.  And after
19   that you will have sufficient time to do your damages.
20   I'm hopeful that we can get this in quicker than the 12
21   days.  But sometimes it goes longer than 12 days.
22               MR. ROBERTSON:  Fair enough.  Our concern is
23   that we put our case on in, say, four days and then the
24   defendants take ten, 12, 15 days, whatever it is, to
25   put their case on.
0004
01               THE COURT:  It would never happen.
02               MR. ROBERTSON:  I was just hoping we would
03   have some sort of equal allotment of time to present
04   our cases.
05               THE COURT:  No, I'm not going to do that.
06   But I guarantee you, if you are finished in four days,
07   we won't be here ten more days.
08               MR. ROBERTSON:  I understand, Your Honor.
09   One last housekeeping matter, Your Honor.  The
10   plaintiffs would like to invoke the Federal Rule of
11   Evidence 615 with respect to the exclusion of lay
12   witnesses.
13               THE COURT:  Oh, sure.
14               MR. ROBERTSON:  Thank you.
15               THE COURT:  Absolutely.  Mr. Day?
16               MR. DAY:  I just have one housekeeping
17   matter, and that is that we have one witness, a local
18   witness, who is scheduled or was scheduled for a
19   vacation, and her daughter has already left.  And she
20   has to leave on April 7th.  April 7th is the last day
21   she could be in Court.  And I just wanted to bring that
22   to the Court's attention because I've requested
23   cooperation from opposing counsel that if the need
                                   Page 2
```

```
                                  Eplvol1 (2).txt
24   arises to take her out of order, that perhaps we could
25   accommodate her schedule.
0005
01             THE COURT:  Sure.  That will be no problem.
02             MR. DAY:  Thank you very much, Your Honor.
03             THE COURT:  All right.  All of those folk who
04   are presently in Court who anticipate being called as
05   witnesses in this matter will have to leave to await
06   their call.  This does not apply to the experts.  We
07   will allow them to sit through the entire proceedings,
08   but any other witnesses will have to leave the
09   courtroom to await their call.
10             MR. ROBERTSON:  Your Honor, with the
11   exception of our corporate representative for both
12   sides?
13             THE COURT:  Sure.
14        All right, let's bring in the jury, please.
15        (The venire entered the courtroom.)
16        You all can go ahead and have a seat.  All right,
17   Madam Clerk, would you call the roll, please?
18             THE CLERK:  Jurors, as I call your name,
19   please stand, answer present, and then be seated.
20        Bonita Faye Abernathy.
21        Present.
22        Richard Dunn Ballou.
23        Present.
24        John Lawrence Bryant.
25        Present.
0006
01        Towanda Juanita Carney.
02        Present.
03        Jerry Wayne Childs, Jr.
04        Present.
05        Felicia Danette Crenshaw.
06        Present.
07        Ross Marcus Dangler.
08        Present.
09        Jessie Yolanda Davis.
10        Present.
11        Danella Marlene Divens.
12        Present.
13        Lula C. Ferrell.
14        Present.
15        Eugene Joseph Fortin.
16        Present.
17        Edward Lee Gholson.
18        Present.
19        William Stuart Gitchell.
20        Present.
21        Anna Sharon Hamlet.
22        Present.
23        Deborah Owen Heverman.
24        Present.
25        Marcia Moorefield Holloway.
0007
01        Present.
02        James Robert Johnson, III.
03        Present.
04        Gloria Johnson Kenney.
05        Present.
06        Lucas Allen Killmeier.
07        Present.
08        Brenda Kathleen Martin.
                                     Page 3
```