IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePlus, Inc.,
    Plaintiff,

v.　　　　　　　　　　　　　　　　　　Civil Action No. 3:09CV00620

Lawson Software, Inc.,
    Defendant,

Order

It is hereby Ordered that the parties in the above case may bring one cellular telephone into the courthouse and also may bring them to the conference rooms adjacent to Judge Payne's Courtroom for the jury trial in the above civil case beginning **January 4, 2011,** until the completion of the trial.

The following persons are designated by the parties to be responsible for bringing the cellular telephone into the courthouse and conference rooms.

Michael Strapp

Will Schultz

The Clerk shall deliver a copy of this Order to the United States Marshal, and send a copy electronically to counsel of record.

    December 30, 2010　　　　　　　/s/
            Date　　　　　　　　　　　　Robert E. Payne
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge