IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

      Plaintiff,

v.                               Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

      Defendant.

### ORDER

For the reasons set forth on the record during the conference call on December 30, 2010, it is hereby ORDERED that Plaintiff's REQUEST TO SEQUESTER WITNESSES PURSUANT TO FEDERAL RULE OF EVIDENCE 615 (Docket No. 536) is GRANTED.

It is so ORDERED.

                                        /s/         REP
                               Robert E. Payne
                               Senior United States District Judge

Richmond, Virginia
Date: January 3, 2011