IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

      Plaintiff,

v.                              Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

      Defendant.

## ORDER

For the reasons set forth on the record during the conference call on December 30, 2010, it is hereby ORDERED that Plaintiff's MOTION TO ENFORCE PRIOR COURT ORDERS (Docket No. 525) is GRANTED IN PART and DENIED IN PART as follows:

    (1) Mr. Hvass is precluded from testifying at trial;

    (2) Mr. Lawson is not precluded from testifying at trial provided he confines his testimony to the background of Defendant's company, its competitors, and the development of the accused Lawson systems with respect to the process that occurs when there is demand for a new feature by a customer, enough customers desire the new feature, a committee then decides the economic and technical feasibility of the new feature, and such process does not include reverse engineering or stealing from ePlus;

(3) the Plaintiff's objections to Defendant offering testimony or other evidence concerning the J-CON system and to Defendant offering testimony or other evidence concerning its allegation that the P.O. Writer system renders obvious any asserted claim are both denied as not related to a previous order; and

(4) the Plaintiff's objection to Defendant offering testimony or other evidence concerning its allegation that P.O. Writer prior art anticipates claims 3, 28, and 29 of the '683 patent is denied as moot because Defendant will not assert that allegation at trial.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: January 3, 2011