**CIVIL JURY MINUTE SHEET**

# United States District Court

| | |
|---|---|
| **DISTRICT** Eastern District of Virginia – Richmond | |

CASE TITLE ePlus, Inc.

v.

Lawson Software, Inc.

DOCKET NO.: 3:09CV00620

Date: January 4, 2011

Judge: Payne

Reporter: Peppy Peterson + Diane Daffron, OCRS

**Appearances:** Parties by/with counsel (✓) _____, pro se ( ) Jury (✓) Jury polled ( )
All present ( ) Appearances same as on _____ ( ) See Page _____ ( )

**Matter came on for:** Jury Trial (✓) Further jury trial proceedings ( ) _____ ( )

Jury sworn and examined on voir dire (✓) Jury empaneled; sworn to try issue(s) (✓)

Witnesses excluded on motion of: Defendant _____ ( ) Motions before trial ( )

Opening Statements (✓) Opening statements waived ( )

Plaintiff(s) adduced evidence (✓) Rested ( ) Motion after plaintiff(s) rested ( )

Defendant(s) adduced evidence ( ) Rested ( ) Motion after defendant(s) rested ( )

Rebuttal evidence adduced ( ) Sur–Rebuttal evidence adduced ( ) Evidence concluded ( )

Arguments ( ) Jury charged by the Court ( ) Objections and/or exceptions to charge noted by:
Plaintiff(s) ( ) Defendant(s) ( ) None ( )

Alternate Juror(s) discharged ( ) Jury retired ( ) Inquiries of the Jury received; answered ( )
See Page _____ ( )

Jury returned verdict in favor of the plaintiff(s) in the sum of $_____ ( )

Jury returned verdict in favor of the defendant(s) ( ) Jury unable to agree ( ) Mistrial declared ( )

Jury discharged ( ) Motion(s) after verdict ( ) Clerk to enter judgment on Jury verdict ( )

...................................................................................................

**Motion(s) or Additional Notations:** The Court ordered that lunch be provided for the jurors.
Court adjourned at 5:10 p.m. to return tomorrow at 9:00 a.m. for further
trial proceedings.

**Counsel for the Plaintiff(s):** Scott L. Robertson, Esquire      Michael G. Strapp, Esquire
Craig T. Marritt, Esquire      David Young, Esquire
Jennifer A. Albert, Esquire

**Counsel for the Defendant(s):** Daniel W. McDonald, Esquire      William D. Schultz, Esquire
Dabney J. Carr, IV, Esquire
Kirstin L. Stoll-DeBell, Esquire

Case set: 9:30 a.m.   Began: 9:40 a.m.   Ended: 5:   Time in Court: 6 Hrs. 10 Mins.

Luncheon Recess: 1:30 PM – 2:15 PM   /   Jury Out: _____ M – _____ M