| CIVIL JURY TRIAL MINUTE SHEET | DATE: Jan 5, 2011 |
|---|---|
| United States District Court | Eastern District of Virginia - Richmond Division |
| CASE TITLE: ePlus, Inc. v. Lawson Software, Inc. | CASE NO: 3:09CV00620 <br> JUDGE: Payne <br> COURT REPORTER: Diane Daffron / Peppy Peterson OCRS |

FILED JAN 5 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR:  JURY TRIAL (✓) DAY 2   MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( ) EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )       OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE (✓) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )          ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT ( )   ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY       * JURY OUT: _____
DEFENDANT ( )  GOVERNMENT ( )  NONE NOTED ( )                ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )  ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $_____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( )   MISTRIAL DECLARED ( )   JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( )  TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: Plaintiff continued to adduce evidence. The Court ordered lunch be provided for jurors. Lunch recess had. Plaintiff continued to adduce evidence. Jurors home at 5:20 p.m. Court adjourned at 5:25 p.m.

Counsel for the Plaintiff(s): Scott L. Robertson, Esq.      Michael G. Strapp, Esq.
                              Craig T. Merritt, Esq.         David Yung, Esq.
                              Jennifer A. Albert, Esq.

Counsel for the Defendant(s): Daniel W. McDonald, Esq.       Kirstin L. Stoll-DeBell, Esq.
                              Dabney J. Carr, IV, Esq.       William D. Schultz, Esq.

SET: 9:00 a.m.  BEGAN: 9:30 a.m.  VOIR DIRE: —   ENDED: 5:25  TIME IN COURT: 5 hrs. 50 mins.

RECESSES: (20)  Lunch: 1 hr.