# CIVIL JURY TRIAL MINUTE SHEET

DATE: January 6, 2011

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: ePlus, Inc. v. Lawson Software, Inc. | CASE NO: 3:09cv00620 |
| | JUDGE: Payne |
| | COURT REPORTER: Diane Daffron / Peppy Peterson |

**MATTER COMES ON FOR:** JURY TRIAL (✓) Day 3   MOTIONS BEFORE TRIAL: _____

## TRIAL PROCEEDINGS:

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( ) EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE (✓) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT ( )   ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY   *JURY OUT: _____
DEFENDANT ( )  GOVERNMENT ( )  NONE NOTED ( )            **JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )   ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $ _____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( )   MISTRIAL DECLARED ( )   JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: Plaintiff continued to adduce evidence. The Court ordered lunch be provided for the jurors. Lunch recess had. Plaintiff continued to adduce evidence. Jurors home at 5:00 p.m. to return tomorrow at 9:00 a.m. for further trial proceedings.

Counsel for the Plaintiff(s): Scott L. Robertson, Esq., Michael G. Strapp, Esq., Craig T. Merritt, Esq., David Young, Esq., Jennifer A. Albert, Esq.

Counsel for the Defendant(s): Daniel W. McDonald, Esq., Dabney J. Carr IV, Esq., Kirstin L. Stoll-DeBell, Esq., William D. Schultz, Esq.

SET: 9:00 a.m.   BEGAN: 9:20 a.m.   VOIR DIRE: _____   ENDED: 5:15 p.m.   TIME IN COURT: 5 hrs. 55 mins.

RECESSES: 20, 1 hr., 20