# CIVIL JURY TRIAL MINUTE SHEET

DATE: Jan 7, 2011

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>e-Plus, Inc.<br>      v.<br>Lawson Software, Inc., | CASE NO: 3:09CV00620<br><br>JUDGE: Payne<br><br>COURT REPORTER: Diane Daffron, Peppy Peterson, OCRS |

MATTER COMES ON FOR:   JURY TRIAL ( X )  **DAY 4**   MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE (  )  EMPANELED, SWORN TO TRY ISSUE (  )

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) (  )  DEFENDANT(S) (  )  COURT (  )

OPENING STATEMENTS MADE (  )      OPENING WAIVED (  )

PLAINTIFF(S) ADDUCED EVIDENCE ( ✓ ) RESTED (  )  MOTION (  ) _____

DEFENDANT(S) ADDUCED EVIDENCE (  )  RESTED (  )  MOTION (  ) _____

REBUTTAL EVIDENCE ADDUCED (  )   SUR-REBUTTAL EVIDENCE ADDUCED (  )

EVIDENCE CONCLUDED (  )        ARGUMENTS OF COUNSEL HEARD (  )

JURY CHARGED BY THE COURT (  )     ALTERNATE JUROR(S) DISCHARGED (  )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY    * JURY OUT: _____
DEFENDANT (  )   GOVERNMENT (  )   NONE NOTED (  )       ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED (  )   ADDITIONAL CHARGE (  )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) (  ) MONETARY AWARD $_____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) (  ) _____

JURY UNABLE TO AGREE (  )   MISTRIAL DECLARED (  )   JURY DISCHARGED (  )

CLERK TO ENTER JUDGMENT ON VERDICT (  )   TRIAL EXHIBITS RETURNED TO COUNSEL (  )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: See page 2, attached, for minute entry.

---

Counsel for the Plaintiff(s): Scott L. Robertson, Esq.   Michael G. Strapp, Esq.  Craig T. Merritt, Esq.
                                 David Young, Esq.          Jennifer A. Alber, Esq.

Counsel for the Defendant(s): Daniel W. McDonald, Esq.   William D. Schultz, Esq. Dabney J. Carr, IV, Esq.
                                 Kirstin L. Stoll-Debell, Esq.

SET: 9:00 a.m.  BEGAN: 9:10 a.m.  VOIR DIRE: ___   ENDED: 5:20 p.m.  TIME IN COURT: 6 hrs. 50 mins.

RECESSES: 20 mins.; Lunch 1 hr.

<u>Minute Continuation Sheet</u> : Matter came on continuation of Jury Trial Proceedings (Day 4). Jurors appeared; all present. Plaintiff continued to adduce evidence. Lunch recess had. Plaintiff continued to adduce evidence. Jurors sent home at 5:05 p.m. to return Tuesday, January 11 at 9:00 a.m. for further trial proceedings. Court adjourned at 5:20 p.m.