# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF *e*PLUS, INC.'S MOTION TO PRECLUDE EVIDENCE OR ARGUMENT OF NON-INFRINGEMENT DUE TO DEFENDANT'S FAILURE TO PROVIDE DISCOVERY RELATING TO CUSTOMER-SPECIFIC IMPLEMENTATIONS OF ACCUSED PRODUCT MODULES**

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100

*Attorneys for Plaintiff, ePlus Inc.*

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000

Pursuant to Fed. R. Civ. P. 37(b)(2)(A), Plaintiff *e*Plus, Inc. ("*e*Plus") respectfully moves that the Court preclude Defendant Lawson Software, Inc. ("Lawson") from presenting any evidence or argument of non-infringement to the effect that *e*Plus has not proven or cannot prove which (or how many) components or modules of its accused systems that Lawson has implemented on a customer-by-customer basis.  Notwithstanding a Court Order (Order of March 30, 2010 (Dkt. No. 194)), that compelled Lawson to provide a complete interrogatory answer on this very topic, Lawson refused to comply and to disclose this information.

Lawson now seeks to take advantage of its own refusal to provide relevant discovery, as it has become evident from Lawson's cross-examination of witnesses that it intends to argue at trial that there is insufficient proof to show which components or modules of its accused systems that it implemented on a customer-by-customer basis, and how often that has occurred.  During a previous conference with the Court and the parties held on March 26, the Court ordered Lawson to provide the information sought by *e*Plus and stated, "***And if somebody doesn't give you the information in discovery that you ask for that's pertinent to their defense they want to raise it, you say, I want to move the strike the defense because they said we weren't entitled to this and they didn't give it to us.  Then wham, the door is shut on it***."  (Conf. Call Tr., 3/26/10) at 20:20-24 (emphasis added).

As the Court's admonition reflects, Lawson should not now be permitted to argue there is insufficient proof of facts that it refused to disclose in response to the Court's Order.  *e*Plus therefore respectfully requests that the Court now exclude from the trial of this action any evidence and/or argument by Lawson to the effect that *e*Plus has not proven or cannot prove for which of Lawson's customers (or in what amount) Lawson has implemented its accused products and systems.

Respectfully submitted,

January 11, 2011

_____/s/_____
Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com
cmerritt@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
Counsel for Plaintiff *e*Plus, Inc.
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231
mstrapp@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of January, 2011, I will electronically file the foregoing

**PLAINTIFF *e*PLUS, INC.'S MOTION TO PRECLUDE EVIDENCE OR ARGUMENT OF NON-INFRINGEMENT DUE TO DEFENDANT'S FAILURE TO PROVIDE DISCOVERY RELATING TO CUSTOMER-SPECIFIC IMPLEMENTATIONS OF ACCUSED PRODUCT MODULES**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
Megan C. Rahman
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com
megan.rahman@troutmansanders.com

***Counsel for Defendant Lawson Software, Inc.***

_____/s/_____
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com