# EXHIBIT 6

1

```
1            IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
2                  RICHMOND DIVISION

3   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                      :
4    ePLUS, INC.,                     :
                                      :
5                    Plaintiff,       :
     v.                               :   Civil Action
6                                     :   No. 3:09CV620
    LAWSON SOFTWARE, INC.,            :
7                                     :   March 26, 2010
                     Defendant.       :
8   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _:

9

10

11          COMPLETE TRANSCRIPT OF CONFERENCE CALL
            BEFORE THE HONORABLE ROBERT E. PAYNE
12               UNITED STATES DISTRICT JUDGE

13

14

15   APPEARANCES: (All via telephone)

16   Scott L. Robertson, Esq.
     GOODWIN PROCTER
17   901 New York Avenue, NW
     Washington, D.C.   20001
18
     Craig T. Merritt, Esq.
19   Henry I. Willett, III, Esq.
     CHRISTIAN & BARTON
20   909 E. Main Street, Suite 1200
     Richmond, VA   23219-3095
21
             Counsel for the plaintiff ePlus
22

23

24              DIANE J. DAFFRON, RPR
               OFFICIAL COURT REPORTER
              UNITED STATES DISTRICT COURT
25
```

1    rulings ahead of time.  You kind of have to wait and

2    see what happens in the course of the case.  And if

3    somebody doesn't give you the information in discovery

4    that you ask for that's pertinent to their defense and

5    they want to raise it, you say, I want to move the

6    strike the defense because they said we weren't

7    entitled to this and they didn't give it to us.  Then

8    wham, the door is shut on it.  That's part of

9    practicing law is knowing how to do that stuff.

10          Is implementation by the customer any longer

11   asserted, Mr. McDonald, as necessary before

12   infringement can occur?

13          MR. McDONALD:  I'm not sure what the word

14   "implementation" means here, Your Honor.  What I think

15   he may be talking about is when specific situations

16   have come up, for example, where third party customers

17   that ePlus deposed either said they didn't implement

18   certain modules or features that were in the product.

19   That might be one category he might be talking about.

20          Another one has to do with when they load up

21   the data, where do they get it from?  Does Lawson load

22   the data up for them or not?  If that's what he means

23   by implementation, those are certainly still relevant

24   issues, Your Honor, but the word "implementation" just

25   isn't very clear to me in terms of what exactly that

21

1    Mr. Robertson is asking us to do.

2            THE COURT:  When were these interrogatories

3    filed, Mr. Robertson?

4            MR. ROBERTSON:  I believe -- I think it

5    was -- I'm not sure, Your Honor.  I think it was

6    October of 2009.  It's been several months.

7            THE COURT:  Well, it's too late to be asking

8    that.  If you didn't understand that word, you should

9    have asked about that back a long time ago.  Answer

10   the interrogatory.

11           I, frankly, don't understand how it is a

12   defense to infringement to say you sold Payne

13   something, but Payne didn't use all of it.  If you

14   sold it to me, that's an infringement, it seems to me.

15   So I don't really understand the issue, but you-all

16   know enough and you can use the dictionaries to get

17   your definitions.  Answer it.

18           All right.  That takes care of everything

19   that you all have got pending right know, doesn't it?

20           MR. ROBERTSON:  Well, Your Honor, we had one

21   issue with respect to non-infringement contentions,

22   but I think we can work that out with Lawson.

23           THE COURT:  Good.  That will be good.

24           All right.  Now, I don't know if there's

25   enough time in my lifetime and yours to try a case

1    sir.

2         THE COURT:  That briefing is going to be

3    finished or has it been finished now?

4         MR. ROBERTSON:  It will be finished on

5    Monday, Your Honor.

6         THE COURT:  Monday.  All right.  Thank you.

7         MR. ROBERTSON:  Thank you, Your Honor.

8         THE COURT:  You-all take care.  Bye.

9

10        (The proceedings were adjourned at 11:16

11   a.m.)

12        I, Diane J. Daffron, certify that the

13   foregoing is a true and accurate transcription of my

14   stenographic notes.

15                    /s/                  3/30/10

16        _____  _____

17        DIANE J. DAFFRON, RPR, CCR      DATE

18

19

20

21

22

23

24

25