**CIVIL JURY TRIAL**
**MINUTE SHEET**                                        DATE: _January 11 2011_

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>e-Plus, Inc.<br><br>v.<br><br>Lawson Software, Inc., | CASE NO: 3:09CV00620<br><br>JUDGE: Payne<br><br>COURT REPORTER: Diane Daffron, Peppy Peterson, OCRS<br><br>JAN 1 1 2011<br>CLERK, U.S. DISTRICT COURT<br>RICHMOND, VA |

MATTER COMES ON FOR:    JURY TRIAL ( X )    _Day 5_    MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE (   ) EMPANELED, SWORN TO TRY ISSUE (   )

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) (   )   DEFENDANT(S) (   )   COURT (   )

OPENING STATEMENTS MADE (   )      OPENING WAIVED (   )

PLAINTIFF(S) ADDUCED EVIDENCE (   ) RESTED (   ) MOTION (   ) _____

DEFENDANT(S) ADDUCED EVIDENCE (   ) RESTED (   ) MOTION (   ) _____

REBUTTAL EVIDENCE ADDUCED  (   )     SUR-REBUTTAL EVIDENCE ADDUCED (   )

EVIDENCE CONCLUDED (   )        ARGUMENTS OF COUNSEL HEARD (   )

JURY CHARGED BY THE COURT (   )     ALTERNATE JUROR(S) DISCHARGED (   )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY    * JURY OUT: _____
DEFENDANT (   )    GOVERNMENT (   )    NONE NOTED (   )        ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED (   )    ADDITIONAL CHARGE (   )

JURY RETURNED VERDICT  IN FAVOR OF PLAINTIFF(S) (   ) MONETARY AWARD $_____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) (   ) _____

JURY UNABLE TO AGREE (   )    MISTRIAL DECLARED (   )    JURY DISCHARGED (   )

CLERK TO ENTER JUDGMENT ON VERDICT (   )    TRIAL EXHIBITS RETURNED TO COUNSEL (   )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: _See page 2 attached for further minute entry._

---

Counsel for the Plaintiff(s): Scott L. Robertson, Esq.    Michael G. Strapp, Esq.  Craig T. Merritt, Esq.
                              David Young, Esq.      Jennifer A. Alber, Esq.

---

Counsel for the Defendant(s): Daniel W. McDonald, Esq.    William D. Schultz, Esq.  Dabney J. Carr, IV, Esq.
                              Kirstin L. Stoll-Debell, Esq.

---

SET: _9:30 a.m._ BEGAN: _9:31 a.m._ VOIR DIRE:    ENDED: _5:05 p.m._ TIME IN COURT: _5 hrs. 15 mins._

RECESSES: _20 mins. 1 hr. 20 mins._

Minute Continuation Sheet : Matter came on continuation of Jury Trial Proceedings Day 5:
Jurors appeared; all present. The Court ordered that lunch be provided for the jurors. Plaintiff
continued to adduce evidence. Lunch recess had. Question rec'd from jurors and addressed by the
Court in Open Court. Plaintiff continued to adduce evidence. Jurors sent home at 5:00 p.m . to
return tomorrow at 9:00 a.m. for further trial proceedings. Court adjourned at 5:05 p.m.

If Lawson has contractual and non-contractual Punchout Partners, what is the point of the contract if Lawson is doing the same work without the contract?

Jeanne Wight

What is the difference between the contractual and non-contractual Punchout Partners?

(from Mrs. Lohkamp's testimony)

Carr Exh. 2