the
the Item Master plus
the Item table plus
a Item ? plus
a database? =

Leanne Wight

Ct. Ex. 1