# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| ePLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF ePLUS, INC.'S MOTION AND SUPPORTING MEMORANDUM FOR LEAVE TO FILE AN OFFER OF PROOF REGARDING ITS DAMAGES CLAIM PURSUANT TO FEDERAL RULE OF EVIDENCE 103 AND 35 U.S.C. § 284

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100

*Attorneys for Plaintiff, ePlus Inc.*

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB#35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000

Plaintiff *e*Plus, Inc. ("*e*Plus"), respectfully requests that the Court grant leave for it to file the accompanying Offer of Proof Regarding *e*Plus's Damages Claim Pursuant to Fed. R. Evid. 103 and 35 U.S.C. § 284.

Defendant Lawson Software, Inc. ("Lawson") filed a Motion to Preclude *e*Plus from Presenting New Damages Theories (Dkt. Nos. 447 and 448) on August 20, 2010. *e*Plus opposed Defendant's motion on August 27, 2010. (Dkt. No. 453). Defendant replied on August 31, 2010. (Dkt. No. 461). On September 9, 2010, the Court granted Defendant's motion, thereby precluding *e*Plus from introducing evidence or testimony at trial regarding its claim for damages under 35 U.S.C. § 284. (Dkt. No. 472). Accordingly, pursuant to Fed. R. Evid. 103, *e*Plus seeks leave to:

1. File the Offer of Proof, submitted herewith under seal as Exhibit 1;

2. File an index of the exhibits to the Offer of Proof, attached hereto as Exhibit 2; and

3. Lodge, with the Clerk of the U.S. District Court for the Eastern District of Virginia – Richmond Division, a DVD, submitted herewith under seal, that contains the exhibits referenced in the Offer of Proof and described in the Index.

*e*Plus further requests that the foregoing be made part of the record in the above-captioned matter.

*e*Plus files herewith a proposed Order granting this Motion.

Respectfully submitted,

January 12, 2010

           /s/
Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com
cmerritt@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

*Attorneys for Plaintiff, ePlus Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of January, 2011, I will electronically file the foregoing

**PLAINTIFF *e*PLUS, INC.'S MOTION AND SUPPORTING MEMORANDUM FOR LEAVE TO FILE AN OFFER OF PROOF REGARDING ITS DAMAGES CLAIM PURSUANT TO FEDERAL RULE OF EVIDENCE 103 AND 35 U.S.C. § 284**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

              /s/
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com