IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

This matter is before the Court on Plaintiff *e*Plus, Inc.'s Motion for Leave to File an Offer of Proof Regarding Its Damages Claim Pursuant to Fed. R. Evid. 103 and 35 U.S.C. § 284. For good cause shown, the Motion is hereby GRANTED and it is ORDERED that the following be filed by the Clerk and be made part of the record in the above-captioned matter:

 1. Plaintiff's Offer of Proof (Exhibit 1 to Plaintiff's Motion for Leave – Dkt. No. ___) (UNDER SEAL);

 2. Plaintiff's Index of Exhibits to Plaintiff's Offer of Proof (Exhibit 2 to Plaintiff's Motion for Leave – Dkt. No. ____); and

 3. Plaintiff's DVD of Exhibits to Plaintiff's Offer of Proof that has been lodged with the Clerk for the U.S. District Court for the Eastern District of Virginia – Richmond, Division (UNDER SEAL).

 It is SO ORDERED.

2

January \_\_\_, 2011                           _____
                                              Senior United States District Judge
                                              Robert E. Payne, U.S.D.J.