# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| Plaintiff, | )  Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF FILING
## EXHIBITS TO
## PLAINTIFF *e*PLUS, INC.'S MOTION AND SUPPORTING MEMORANDUM FOR
## LEAVE TO FILE AN OFFER OF PROOF
## REGARDING ITS DAMAGES CLAIM
## PURSUANT TO FEDERAL RULE OF EVIDENCE 103 AND 35 U.S.C. § 284

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of January, 2011, I will electronically file the foregoing

**NOTICE OF FILING EXHIBITS TO PLAINTIFF *e*PLUS, INC.'S MOTION AND SUPPORTING MEMORANDUM FOR LEAVE TO FILE AN OFFER OF PROOF REGARDING ITS DAMAGES CLAIM
PURSUANT TO FEDERAL RULE OF EVIDENCE 103 AND 35 U.S.C. § 284**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

                        /s/
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com

1117085

2