# EXHIBIT 1

## to

## Plaintiff ePlus, Inc.'s Motion and Supporting Memorandum for Leave to File and Offer of Proof Regarding its Damages Claim Pursuant to Federal Rule of Evidence 103 and 35 U.S.C. § 284

## (FILED UNDER SEAL)