# EXHIBIT 2

to

Plaintiff ePlus, Inc.'s Motion and Supporting Memorandum for Leave to File an Offer of Proof Regarding its Damages Claim Pursuant to Federal Rule of Evidence 103 and 35 U.S.C. § 284

*e*PLUS, Inc. *v.* Lawson Software, Inc.

Offer of Proof Regarding Claim For Damages

Exhibit List

| Exhibit No. | Date | Description |
|---|---|---|
| 1 | 8/11/09 | ePlus Rule 26(a)(1) Initial Disclosures at 5 |
| 2 | 5/3/10 | Expert Report of Russell Mangum at 1, 2, 12-21, 23, 25-29, fn. 43, fn. 46, fn. 47, Exhibit 2, Exhibits 3a-d, Exhibits 4a-d |
| 3 | 5/14/10 | Supplemental Expert Report of Russell Mangum |
| 4 | 5/18/10 | ePlus's Supplemental Response to Interrogatory No. 17 |
| 5 | 6/13/10 | Second Supplemental Expert Report of Russell Mangum at 1, 2, 13 |
| 6 | 10/20/09 | Lohkamp Deposition Transcript at 13:3-8, 31:1-7, 47:21:48:3, 56:20-57:18, 62:4-7, 66:5-14, 72:5-73:3, 74:7-17, 75:4-8, 81:3-12, 92:6-100:17, 131:2-6,131:20-132:22 |
| 7 | 12/16/09 | Farber Deposition Transcript at 5:11-13, 16:8-24, 18:7-14, 37:23-38:25, 39:7-11, 51:11-17, 53:24-54:1, 208:6-209:18, 307:8-23, 309:3-18, 353:18-23 |
| 8 | 4/21/10 | White Deposition Transcript at 10:8-10, 22:8-24:10,48:18-22, 49:11-50:12, 50:24-53:20, 55:11-57:4, 67:2-17, 80:16-85:3, 113:3-115:1, 115:12-22, 116:5-25, 117:10-121:10, 122:23-127:13, 136:12-139:20, 151:8-152:2, 179:10-19, 183:3-186:15, 205:24-206:20, 207:24-209:7 |
| 9 | 10/12/09 | Schriesheim Deposition Transcript at 19:9-11, 34:9-19, 41:2-20, 44:4-45:8, 46:20-47:10, 47:17-48:3, 62:13-63:6, 64:1-65:2, 77:14-20, 86:13-87:17, 90:8-10, 90:12-91:4, 97:20-98:10 |
| 10 | 10/19/09 | Christopherson Deposition Transcript at 34:13-36:3, 55:15-56:20, 106:4-8, 107:6-10, 225:20-226:10 |
| 11 | 10/9/09 | Frank Deposition Transcript at 11:12-14, 147:9-153:9 |
| 12 | 3/11/10 | Oliver Deposition Transcript at 11:14-13:6, 13:10-14:1, 15:6-16:2 |
| 13 | 2/19/10 | Yuhasz/Williams Deposition Transcript at 9:16-18, 71:10-72:6,72-85, 78:9-90:1, 90:17-23, 91:5-95:15 |

| Exhibit No. | Date | Description |
|---|---|---|
| 14 | 6/3/10 | Expert Report of Philip Green at 2, 12-13, 25-26, Exhibits E, J, J-3, L, L-1, L-2, L-3 |
| 15 | 6/9/10 | Expert Report of Brooks Hilliard at ¶¶ 2-3 |
| 16 | 5/5/10 | Expert Report of Dr. Alfred Weaver at ¶¶ 2-3 |
| 17 | | Farber Declaration at ¶¶ 3-5, 6-35 |
| 18 | 2/12/05 | Settlement & License Agreement between Ariba, Inc. and ePLUS, Inc., dated February 12, 2005 at ¶¶ 2, 5, 12, 21-22, Exhibit D (PX-043) |
| 19 | 10/30/08 | Press Release – Ariba Wins Patent Case Against Emptoris, ePlus0948946-47 at ePlus0948946 |
| 20 | 9/22/08 | Ariba Helps Growing Enterprises Achieve Spend Management Excellence, ePlus0948948 |
| 21 | 10/12/04 | Farber Deposition Transcript at 106:17-107:13 |
| 22 | 12/11/08 | Patent License and Settlement Agreement among SAP America, Inc., SAP AG and ePLUS inc. at ¶¶ 2.1, 2.4, 4.1 (PX-318) |
| 23 | 5/18/10 | Farber Deposition Transcript at 119:13-15, 162:2-18, 177:16-23 |
| 24 | 7/7/09 | Settlement and License Agreement between ePLUS inc. and Verian Technologies, Inc. at ¶¶ 4, 14, Exhibit A (PX-320) |
| 25 | 8/28/09 | Settlement and License Agreement between ePLUS inc. and Perfect Commerce, LLC and Exhibits A and B ¶¶ 5, 14, Exhibit A (PX-317) |
| 26 | 8/19/09 | Settlement and License Agreement between ePLUS, Inc. and SciQuest, Inc. at B ¶¶ 5, 14, Exhibit A (PX-319) |
| 27 | 6/22/10 | Mangum Deposition Transcript at 159:14-160:8, 177:15-179:13, 195:12-197:14, 200:21-202:19, 209:6-210:7, 210:19-211:1, 233:22-234:15 |
| 28 | 1/20/06 | Expert Report of Dr. Richard Razgaitis, ePLUS0444883-5052 at ePLUS0445019 |
| 29 | 12/20/05 | Report of Robert N. Yerman, ePLUS0445363-416 |
| 30 | 5/9/05 | IMB OEM Software Agreement (L0344875-79 at L0344875) |

| Exhibit No. | Date | Description |
|---|---|---|
| 31 | 8/00/02 | ePLUS 2002 Form 10-K at 6-7 (ePLUS0133288-373 at ePLUS133295-96) |
| 32 | 6/20/01 | Lawson's June 2001 S-1 Statement at 3, 5 (PX-433) |
| 33 | 5/31/09 | Lawson Form 10-K Report for the Fiscal Year Ending 5/31/09, L0067240-L0067336 at L0067243, L0067246 (PX-195) |
| 34 | 6/28/00 | ePlus Form 10-K , ePLUS0132902-77 at ePLUS0132909-10 (DX-263) |
| 35 |  | ePLUS Systems Response to Gannett E-Procurement Supplier Questions, Issues or Items Requiring Further Explanation (PX-281) |
| 36 | 3/17/00 | Lawson Software Product Contract Documentation between Lawson Associates, Inc. and Indalex and addenda (PX-334) |
| 37 |  | ePLUS 's Response to Novant Health Request for Proposal, Procure to Pay – 1674 at 29 (PX-298) |
| 38 |  | Novant Health Procurement-Current State at 1-3 (PX-143) |
| 39 |  | Lawson/SciQuest Procure-to-Pay (P2P) Solutions Overview for Novant (PX-247) |
| 40 | 3/20/09 | Series of E-mail with Various Attached Documents Including Lawson's Response to Novant's RFP (PX-248) |
| 41 | 3/17/09 | E-mail with Attached Presentation Referencing Novant's Responses to ePlus's Questions on RFP (PX-249) |
| 42 | 2/21/08 | Memorandum from Keith Lohkamp to Keith Knuth re: Cleveland Clinic and Procurement Punchout (PX-468) |
| 43 | 10/24/07 | Emails relating to ePLUS's Proposal to Blue Cross Blue Shield of NC (PX-316) |
| 44 | 3/17/00 | Lawson Software Product Contract Documentation between Lawson Associates, Inc. and Blue Cross/Blue Shield of NC and addenda (PX-333) |
| 45 | 3/17/00 | Lawson Software Product Contract Documentation between Lawson Associates, Inc. and XM Satellite Radio, Inc. and addenda (PX-331) |
| 46 | 9/27/06 | ePLUS Proposal For: HanesbrandsInc – eProcurement Solution for |

3

| Exhibit No. | Date | Description |
|---|---|---|
| | | Indirect Spend (PX-299) |
| 47 | 9/2006 | Procure+Hosted & Content+SP – Hanes 9/2006 (ePLUS0434516-17) |
| 48 | | Responding to an RFx (ePLUS0612276-93) |
| 49 | 2/8/2000 | Certified Copy of U.S. Patent No. 6,023,683 (PX-001) |
| 50 | 4/25/00 | Certified Copy of U.S. Patent No. 6,055,516 (PX-002) |
| 51 | 1/7/06 | Certified Copy of U.S. Patent No. 6,505,172 (PX-003) |
| 52 | 8/26/02 | Lawson's 2002 10-K at 17 (DX-298) |
| 53 | 7/29/05 | Lawson's 2005 10-K at 2 (DX-301) |
| 54 | 7/29/03 | Lawson Form 10-K Report for the Fiscal Year Ending 5/31/03, (L0074557-677 at L0074577) |
| 55 | 2008 | Lawson Q4 FY08 Forecast vs Budget – Fully Allocated; Non-GAAP View (L0288394) |
| 56 | 2008 | Lawson Q4 FY08 Forecast vs Budget – Fully Allocated; Non-GAAP View, (L0288396) |
| 57 | 2008 | Lawson Q3 FY08 Forecast vs Budget – Fully Allocated; Non-GAAP View, (L0288397) |
| 58 | 2010 | Lawson Software Reports Third Quarter 2010 Financial Results, (L0343673-282 at L0343673) |
| 59 | 5/5/09 | Lawson CEO Weekly Executive Meeting, LE110144-62 |
| 60 | 11/2001 | eComplex Indirect Procurement: The Final Frontier for Savings, (ePLUS115273-91 at ePLUS115277) |
| 61 | 2001 | Lawson Software e-Procurement: Revolutionizing the Healthcare Supply Chain (PX-129) |
| 62 | 6/8/09 | Critical Capabilities for Best-of-Breed E-Procurement vendors, (L0340572-600 at L0340574-75, L0340580-600) |
| 63 | 10/26/09 | White Deposition Transcript at 52:22-54:21, 143:19-144:2 |

| Exhibit No. | Date | Description |
|---|---|---|
| 64 | 10/12/09 | Defendant's Response to ePLUS Interrogatory No. 21 |
| 65 | 8/24/09 | Defendant's Response to ePLUS Interrogatory No. 10 |
| 66 | 9/18/09 | Defendant's Supplemental Response to ePLUS Interrogatory No. 10 |
| 67 | 12/23/09 | Defendant's Second Supplemental Response to ePLUS Interrogatory No. 10 |
| 68 | 1/8/10 | Defendant's Third Supplemental Response to ePLUS Interrogatory No. 10 |
| 69 | 4/20/10 | Defendant's Fourth Supplemental Response to ePLUS Interrogatory No. 10 |
| 70 | 5/18/10 | Defendant's Fifth Supplemental Response to ePLUS Interrogatory No. 10 |
| 71 | 2005-10 | License and Maintenance Revenues for S3 System Spreadsheet (L0290366) |
| 72 |  | Lawson Financial Spreadsheet (L0290393) |
| 73 | 2005-10 | License and Maintenance Revenues Spreadsheet (L0314204) |
| 74 | 12/2009-03/2010 | License and Maintenance Revenues Spreadsheet (L0344873) |
| 75 | 12/2009-02/2010 | Service Revenues Spreadsheet (L0344874) |
| 76 |  | Lawson Financial Spreadsheet (L0417614) |
| 77 |  | Lawson's Accused License Revenue by Sku (PX-508) |
| 78 |  | Lawson Financial Spreadsheet (L0345165) |
| 79 |  | Lawson's Accused Maintenance Revenue by Sku (PX-509) |
| 80 |  | Lawson's Total Accused Service Revenue to Accused Service Revenue (PX-514) |
| 81 | 5/29/03 | Press Release: ePLUS Awarded Patent on Electronic Cross-Catalog Searching (PX-282) |

| Exhibit No. | Date | Description |
|---|---|---|
| 82 | 6/2004 | Procure+ Client/Server System Administration Guide Version 6.606 June 2004 (PX-289) |
| 83a | | Content+™ Supplier Portal, Harness the Power of Rich, Online Catalog Content (ePLUS0009390-91) |
| 83b | | Content+, Product Content Management for the Enterprise, An Executive White Paper (ePLUS0027388-401) |
| 83c | 3/2003 | Content+, Product Content Management for the Enterprise, An Executive White Paper (ePLUS0028469-82) |
| 83d | | Procure+™ Gain Control of your Procurement Process (ePLUS0037014-15) |
| 83e | 5/29/03 | Press Release, ePlus Awarded Patent on Electronic Cross-Catalog Searching (ePLUS0047323-24) |
| 83f | | ePlus Company Profile, Excellence Through Experience. A Trusted Partner and Proven leader in Enterprise Cost Management (ePLUS 0113979-84) |
| 83g | | ePlus Technology Solutions, Increase Profitability, Efficiency and Control Across Your Enterprise (ePLUS 0113990-95) |
| 83h | 12/22/03 | Email chain regarding Marking of Documentation (ePLUS0229212-20) |
| 83i | | ePlus Systems, Inc. Disk (ePLUS0524883) |
| 83j | | ePlus Procure+ Disk (ePLUS0524884) |
| 83k | | ePlus Technology Solutions: Increase Profitability, Efficiency and Control Across Your Enterprise (ePLUS0710278-653) |
| 83l | | Procure+ 6.6 Client/ Server System Support File Guide (ePLUS0710654-1237) |
| 83m | | Procure+ 6.6 Client/Server System Support Files Guide (ePLUS0711238-805) |
| 83n | | Procure+ 6.6 Client/Server System Support Files Guide; Procure+ 6.6 Web System Administration Guide; Procure+ 6.6 Web User's Guide (ePLUS 0711806-2408) |

| Exhibit No. | Date | Description |
|---|---|---|
| 83o | | Procure+ 6.6 Web User's Guide (ePLUS0712409-690); Procure+ Integration Processing (ePLUS0712691-700); Procure+ Gain Total Control of Your Procurement Process (ePLUS0712701-702); Creating and Sustaining Cost Savings Across Your Enterprise, An Executive White Paper (ePLUS0712703-722); Content+ Product Content Management for the Enterprise, An Executive White Paper (ePLUS0712723-736); Outsourced Procurement Services, Realizing the Promise of Strategic Sourcing, An Executive White Paper (ePLUS0712737-756);  Procure+ 6.6 Client/Server System Support Files Guide (ePLUS0712757-3001)<br><br> (ePLUS 0712409-3001) |
| 83p | | Procure+ 6.6 Client/Server System Support Files Guide (ePsLUS0713002-3403);  Procure+ 6.6 Web System Administration Guide; Procure+ 6.6 Web User's Guide (ePLUS0713404-3576)<br><br>(ePLuUS 0713002-576) |
| 83q | | Procure+ 6.6 Web System Administration Guide (ePLUS0713577-764); Procure+ 6.6 Web User's Guide (ePLUS0713765-4214)<br><br>(ePLUS0713577-4214 ) |
| 83r | | ePlus inc. Procure* Client/Server System Administration Guide, Version 6.606(ePLUS 0714215-4432); Procure+ 6.6 Client/Server System Support Files Guide (ePLUS 0714433-4726 )<br><br>(ePLUS 0714215-726) |
| 83s | | Procure+ 6.6 Client/Server System Support Files Guide (ePLUS 0714727-5083); ePlus Awarded Patent on Electronic Cross- Catalog Searching (ePLUS 0715084-5085); $e^+$ Content+ Proposal for Copeland Corporation, April 27,2004 (ePLUS 0715086-5102);  Spend Management, Spend+ Gain Powerful Insight into Enterprise Spending and Reduce Costs across Your Organization (ePLUS 0715103-5105); Procure+ Integration Processing (ePLUS 0715106-5115);  Asset Management, Manage+ (ePLUS 0715116-5117)<br><br>(ePLUS 0714727-5117 ) |
| 83t | | Screenshot: IRVING - News and Information (ePLUS0442856) |
| 83u | | Screenshot: IRVING - Welcome to Procure+ (ePLUS0442857) |

7

| Exhibit No. | Date | Description |
|---|---|---|
| 83v | 2008 | $e^+$ Country of Origin Solution, Meeting Country of Origin Requirements (ePLUS0529031-032) |
| 83w | 2008 | $e^+$ Country of Origin Solution , Increasing your U.S. Government Sales (ePLUS0529033-034) |
| 83x | 2006 | IT Outsourcing Success with *e*Plus, Paving the Way for Continued Growth and Profitability (ePLUS0529139-140) |
| 83y | 9/2008 | One Size Does Not Fit All: An Executive White Paper on Purchasing, Content and Supplier Enablement (ePLUS0529141-151) |
| 83z | 2005 | Success with ePlus, Harnessing eProcurement Efficiencies on a Global Scale (ePLUS0529152-153) |
| 83aa | 2008 | *e*Plus: Product Information Management, Fueling Supply Management (ePLUS0529154-159) |
| 83bb | 2009 | *e*Plus eProcurement, Automating Spending with Procure+ (ePLUS0529160-163) |
| 83cc | 9/2008 | How's and Why's of Automating Procurement, An Executive White Paper on Successful eProcurement Implementation (ePLUS0529164-177) |
| 83dd | 9/2008 | Content+ Advanced, An Executive White Paper on Product Content Management for the Enterprise (ePLUS0529178-191) |
| 83ee | 2006 | Procurement Success with *e*Plus, Embracing a Strategic Focus (ePLUS0529192-193) |
| 83ff | 9/2008 | Erasing the Barriers to Achieving eProcurement ROI, An Executive White Paper on Supplier Enablement (ePLUS0529194-207) |
| 83gg | | Screenshot of ePlus Website : Procure+ (ePLUS0529214) |
| 83hh | | Screenshot of ePlus Website : Product Information Management (ePLUS0529218) |
| 84 | 11/10/09 | Correspondence from ePlus Counsel to Perfect Commerce. LLC re Perfect Commerce Patent License Agreement with ePlus, Inc. (ePLUS0940862-63) |

8

LIBW/1766272.2

| Exhibit No. | Date | Description |
|---|---|---|
| 85 | 11/10/09 | Correspondence from ePlus Counsel to SciQuest, Inc. re SciQuest Patent License Agreement with ePlus, Inc. (ePLUS0940864-65) |
| 86 | 11/24/09 | Correspondence from SciQuest Counsel to ePlus Counsel re Product Marking Requirement (ePLUS0940866) |
| 87 | 11/10/09 | Correspondence from ePlus Counsel to Verian Technologies, Inc. re Verian Technologies Patent License Agreement with ePlus, Inc. (ePLUS0940867-68) |
| 88 | 9/7/10 | Hearing Transcript at 69:7-19 |