# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                            Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

Having considered the PLAINTIFF'S MOTION IN LIMINE NO. 1 TO EXCLUDE FROM TRIAL AND EVIDENCE EXPERT OPINION, OTHER TESTIMONY, OR ARGUMENT RELATING TO REEXAMINATION OF THE PATENTS-IN-SUIT (Docket No. 246), it is hereby ORDERED that the motion is granted because the evidence is not relevant, and, to the extent that it is relevant, its probative value is substantially outweighed by the risk of jury confusion, delay and unfair prejudice under FED. R. EVID. 403.

The issues are adequately briefed and oral argument would not materially aid the decisional process.

It is so ORDERED.

                                        /s/       REP
                        Senior United States District Judge

Richmond, Virginia
Date: July 23, 2010