# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                            Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

For the reasons set forth on the record during the July 28, 2010 hearing, the PLAINTIFF'S MOTION IN LIMINE NO. 2 TO ENFORCE THE COURT'S ORDERS OF MAY 24, 2010 AND MAY 25, 2010 AND EXCLUDE ANY EXPERT OPINION, OTHER TESTIMONY, OR ARGUMENT PERTAINING TO ALLEGED PRIOR ART AND INVALIDITY THEORIES NOT SET FORTH IN THE DEFENDANT'S COURT-ORDERED SECOND SUPPLEMENTAL STATEMENT (Docket No. 248) is granted.

It is so ORDERED.

                                  /s/        REP
                      Senior United States District Judge

Richmond, Virginia
Date: July 30, 2010