# EXHIBIT O

## Reddy, Srikanth K

| | |
|---|---|
| **From:** | Reddy, Srikanth K |
| **Sent:** | Thursday, January 13, 2011 1:26 AM |
| **To:** | 'KStollDeBell@merchantgould.com'; 'WSchultz@merchantgould.com'; 'Rachel Clark Hughey'; 'echad@merchantgould.com' |
| **Cc:** | Robertson, Scott L; Albert, Jennifer A; Strapp, Michael; Clements, James D |
| **Subject:** | RE: ePlus v. Lawson: Witnesses and Exhibits January 13, 2011 |

Lawson Counsel:

Of the 108 exhibits which Lawson indicated that it intended to use with Dr. Shamos, Dr. Shamos did not cite 91 of those exhibits in his non-infringement report. Accordingly, please confirm that Lawson will not attempt to use the 91 documents listed below with Dr. Shamos during his non-infringement testimony. In the absence of such confirmation, ePlus intends to seek assistance from the Court to prevent Dr. Shamos from testifying about these documents during his non-infringement testimony.

DX-7
DX-61
DX-62
DX-96

DX-102
DX-105
DX-107
DX-117
DX-125
DX-126
DX-133
DX-180

DX-232

DX-233
DX-235
DX-230
DX-244
DX-245
PX-4
PX-5
PX-6
PX-11
PX-25
PX-32
PX-38
PX-97
PX-98
PX-99
PX-101
PX-102
PX-103
PX-104
PX-105
PX-108
PX-109

1/13/2011

PX-110  
PX-111  
PX-112  
PX-113  
PX-114  
PX-115  
PX-117  
PX-128  
PX-129  
PX-131  
PX-133  
PX-134  
PX-136  
PX-149  
PX-154  
PX-155  
PX-156  
PX-157  
PX-158  
PX-161  
PX-165  
PX-171  
PX-177  
PX-180  
PX-188  
PX-189  
PX-195  
PX-201  
PX-202  
PX-206  
PX-207  
PX-208  
PX-211  
PX-212  
PX-216  
PX-217  
PX-219  
PX-276  
PX-296  
PX-346  
PX-347  
PX-361  
PX-362  
PX-364  
PX-367  
PX-368  
PX-369  
PX-374  
PX-376  
PX-377  
PX-379  
PX-380  
PX-397  
PX-398  
PX-399  
PX-407  

Regards,

Srikanth

1/13/2011

Srikanth Reddy
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109
617.570.1465 (d)
617.523.1231 (f)
sreddy@goodwinprocter.com
www.goodwinprocter.com

---

**From:** Rachel Clark Hughey [mailto:RHughey@merchantgould.com]
**Sent:** Wednesday, January 12, 2011 8:34 AM
**To:** Rachel Clark Hughey
**Cc:** ML-ePlus Goodwin Service; Craig Merritt; Robin Randolph; LawsonService; Carr, Dabney J.
**Subject:** ePlus v. Lawson: Witnesses and Exhibits January 13, 2011

ePlus trial team,

Pursuant to the parties' agreement to identify witnesses and the exhibits intended to be used with each witness, Lawson intends to put on the following witnesses and use the following exhibits on Thursday January 13, 2011:

Keith Knuth
DX 251

William Yuhasz
DX 202
DX 203
DX 204
DX 205
DX 206
DX 207
DX 209
PX 298
PX 337
PX 338

Keith Lohkamp
DX 71
DX 76
DX 84
DX 85
DX 176
DX 191
DX 335
PX 99
PX 100
PX 101
PX 104

1/13/2011

PX 105
PX 106
PX 108
PX 110
PX 113
PX 114
PX 115
PX 118
PX 149
PX 187
PX 188
PX 189
PX 190
PX 191
PX 211
PX 214
PX 215
PX 226
PX 363
PX 398
PX 402
PX 500A
PX 500AA
PX 500B
PX 500DD
PX 500FF
PX 500GGG
PX 500OO
PX 500S
PX 500X
PX 500XX1
PX 500YY
PX 501AA
PX 501B1
PX 501D1
PX 501G
PX 501I
PX 501L
PX 501M
PX 501N
PX 501R
PX 501T
PX 515
PX 516

Michael Shamos
DX-1
DX-2
DX-3
DX-7
DX-61


1/13/2011

DX-62
DX-67
DX-78
DX-96
DX-102
DX-105
DX-107
DX-117
DX-125
DX-126
DX-133
DX-176
DX-178
DX-180
DX-216
DX-218
DX-232
DX-233
DX-235
DX-230
DX-244
DX-245
PX-1
PX-2
PX-3
PX-4
PX-5
PX-6
PX-11
PX-25
PX-32
PX-38
PX-97
PX-98
PX-99
PX-100
PX-101
PX-102
PX-103
PX-104
PX-105
PX-108
PX-109
PX-110
PX-111
PX-112
PX-113
PX-114
PX-115
PX-117
PX-127

1/13/2011

PX-128
PX-129
PX-131
PX-133
PX-134
PX-136
PX-149
PX-154
PX-155
PX-156
PX-157
PX-158
PX-161
PX-165
PX-170
PX-171
PX-177
PX-180
PX-188
PX-189
PX-195
PX-201
PX-202
PX-206
PX-207
PX-208
PX-211
PX-212
PX-215
PX-216
PX-217
PX-219
PX-276
PX-280
PX-296
PX-346
PX-347
PX-361
PX-362
PX-363
PX-364
PX-367
PX-368
PX-369
PX-374
PX-376
PX-377
PX-379
PX-380
PX-397
PX-398

1/13/2011

PX-399
PX-407

To the extent that Lawson does not complete the examination of witnesses whose identity and exhibits have been disclosed, Lawson incorporates those witnesses and exhibit disclosures into later lists.

**Rachel Clark Hughey**
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
USA

**Telephone** (612) 336-4688
**Fax** (612) 332-9081
www.merchantgould.com

GUARDIANS OF GREAT IDEAS ®

Atlanta | Denver | Knoxville | Madison | **Minneapolis** | New York | Seattle | Washington D.C.

Note: This e-mail message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via e-mail to sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever. Thank you.

1/13/2011