# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF *e*PLUS, INC.'S MOTION *IN LIMINE* TO PRECLUDE CUMULATIVE AND IRRELEVANT EVIDENCE OR TESTIMONY OF CHARLES GOUNARIS PURSUANT TO FEDERAL RULES OF EVIDENCE 402, 403, AND 611

Craig T. Merritt (VSB #20281)  
Henry I. Willett, III (VSB #44655)  
**CHRISTIAN & BARTON, LLP**  
909 East Main Street, Suite 1200  
Richmond, Virginia 23219-3095  
Telephone: (804) 697-4100  

*Attorneys for Plaintiff, ePlus Inc.*

Scott L. Robertson (admitted *pro hac vice*)  
Jennifer A. Albert (admitted *pro hac vice*)  
David M. Young (VSB#35997)  
**GOODWIN PROCTER LLP**  
901 New York Avenue, N.W.  
Washington, DC 20001  
Telephone:  (202) 346-4000  

Michael G. Strapp (admitted *pro hac vice*)  
**GOODWIN PROCTER LLP**  
Exchange Place  
53 State Street  
Boston, MA 02109-2881  
Telephone:  (617) 570-1000

Pursuant to Federal Rules of Evidence 402, 403, and 611, Plaintiff *e*Plus, Inc. ("*e*Plus"), by counsel, respectfully moves that the Court exclude the testimony of third party witness Charles Gounaris, on the ground that, to the extent his testimony has any relevance, his testimony will be cumulative of that already presented by third party witness Pamela Eng. Both Mr. Gounaris and Ms. Eng were employed by third party subcontractor IBM. The list of exhibits that Defendant proposes to use with Mr. Gounaris' examination is nearly identical to that which it provided for the examination of Ms. Eng. *e*Plus is not aware of any relevant testimony Mr. Gounaris is likely to offer that was not already testified to by Ms. Eng, and therefore *e*Plus asks that the Court exclude this testimony. The grounds for this motion are more fully set forth in the accompanying brief in support.

Respectfully submitted,

January 17, 2011

                    /s/
David M. Young (VSB #35997)
Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
Counsel for Plaintiff *e*Plus, Inc.
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

        Michael G. Strapp (*admitted pro hac vice*)
        **GOODWIN PROCTER LLP**
        Exchange Place
        53 State Street
        Boston, MA 02109-2881
        Telephone: (617) 570-1000
        Facsimile: (617) 523-1231
        mstrapp@goodwinprocter.com

        Attorneys for Plaintiff, *e*Plus Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of January, 2011, I will electronically file the foregoing

**PLAINTIFF *ePLUS*, INC.'S MOTION *IN LIMINE* TO PRECLUDE CUMULATIVE AND IRRELEVANT EVIDENCE OR TESTIMONY OF CHARLES GOUNARIS PURSUANT TO FEDERAL RULES OF EVIDENCE 402, 403, AND 611**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
Megan C. Rahman
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com
megan.rahman@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

　　　　　　　　　*/s/*

David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com