# EXHIBIT A

### Hayes, Melanie

**From:** Rachel Clark Hughey [RHughey@merchantgould.com]
**Sent:** Wednesday, January 12, 2011 4:28 PM
**To:** Rachel Clark Hughey
**Cc:** ML-ePlus Goodwin Service; Craig Merritt; Robin Randolph; LawsonService; Carr, Dabney J.
**Subject:** ePlus v. Lawson: Witnesses and Exhibits January 13, 2011

ePlus trial team,

In an abundance of caution, and in the spirit of the parties' disclosure agreement, Lawson updates its witnesses and exhibits for Thursday January 13, 2011 as follows:

Johanna O'Loughlin

DX-62

DX-211

DX-212

DX-213

Pamela Eng

DX-102

DX-105

DX-107

DX-230

PX-25

PX-38

To the extent that Lawson does not complete the examination of witnesses whose identity and exhibits have been disclosed, Lawson incorporates those witnesses and exhibit disclosures into later lists.

**Rachel Clark Hughey**
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
USA

**Telephone** (612) 336-4688

**Fax** (612) 332-9081
<u>www.merchantgould.com</u>

**GUARDIANS OF GREAT IDEAS** ®

Atlanta | Denver | Knoxville | Madison | **Minneapolis** | New York | Seattle | Washington D.C.

Note:  This e-mail message is confidential and may be privileged or otherwise protected by law.  If you are not the intended recipient, please: (1) reply via e-mail to sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.  Thank you.