# EXHIBIT B

### Hayes, Melanie

**From:** Kristin M. Drieman [KDrieman@merchantgould.com]
**Sent:** Monday, January 17, 2011 9:04 AM
**To:** ML-ePlus Goodwin Service
**Cc:** LawsonService; Carr, Dabney J.; Kettlewell, Bonnie Goodbody
**Subject:** ePlus v. Lawson - Witnesses and Exhibits - January 18, 2011

ePlus trial team,

Pursuant to the parties' agreement to identify witnesses and the exhibits intended to be used with each witness, Lawson intends to put on the following witnesses and use the following exhibits on Tuesday, January 18, 2011:

<u>Michael Shamos</u>
DX-1
DX-2
DX-3
DX-7
DX-61
DX-62
DX-96
DX-102
DX-105
DX-107
DX-117
DX-125
DX-126
DX-133
DX-139
DX-140
DX-141
DX-178
DX-218
DX-230
DX-232
DX-233
DX-244
DX-245
PX-1
PX-2
PX-3
PX-4
PX-5
PX-6
PX-10
PX-25
PX-32
PX-38
PX-482

<u>Douglas Momyer</u>
DX5
DX61
DX62
DX105
DX107

1/17/2011

DX211
DX212
DX213
PX1
PX2
PX3
PX4
PX5
PX6
PX10
PX13
PX25
PX38
PX295B
PX295D

Robert Kinross
DX5
DX61
DX105
DX107
DX111
DX230
PX1
PX2
PX3
PX4
PX5
PX6
PX10

Charles Gounaris
DX102
DX105
DX107
DX111
DX230
PX25
PX38

To the extent that Lawson does not complete the examination of witnesses whose identity and exhibits have been disclosed, Lawson incorporates those witnesses and exhibit disclosures into later lists.

Also, the exhibits previously identified for Dr. Shamos, Mr. Momyer and Mr. Kinross will not be included in the binders.

Thanks.

**Kristin M. Drieman**
Litigation Paralegal
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
USA

**Telephone** (612) 336-4703
**Fax** (612) 332-9081

1/17/2011

**www.merchantgould.com**

GUARDIANS OF GREAT IDEAS ®

Atlanta | Denver | Knoxville | Madison | Minneapolis | New York | Seattle | Washington D.C.

Note:  This e-mail message is confidential and may be privileged or otherwise protected by law.  If you are not the intended recipient, please: (1) reply via e-mail to sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.  Thank you.