# CIVIL JURY TRIAL MINUTE SHEET

DATE: January 14, 2011

FILED JAN 14 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>e-Plus, Inc.<br>v.<br>Lawson Software, Inc., | CASE NO: 3:09CV00620<br><br>JUDGE: Payne<br><br>COURT REPORTER: Diane Daffron, Peppy Peterson, OCRS |

DAY 8

MATTER COMES ON FOR:   JURY TRIAL ( X )   MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**
JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( ) EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )        OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

DEFENDANT(S) ADUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )      SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )             ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT ( )      ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY     * JURY OUT: _____
DEFENDANT ( )   GOVERNMENT ( )   NONE NOTED ( )              ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )   ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $ _____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( )    MISTRIAL DECLARED ( )    JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: See page 2, attached, for minute entry.

Counsel for the Plaintiff(s): Scott L. Robertson, Esq.   Michael G. Strapp, Esq.  Craig T. Merritt, Esq.
                              David Young, Esq.          Jennifer A. Alber, Esq.

Counsel for the Defendant(s): Daniel W. McDonald, Esq.   William D. Schultz, Esq.  Dabney J. Carr, IV, Esq.
                              Kirstin L. Stoll-DeBell, Esq.

SET: 9:00 a.m.  BEGAN 9:10 a.m.  VOIR DIRE: —   ENDED: 5:40 pm  TIME IN COURT: 5:25

RECESSES: (2) 1 hr. (2)

<u>Minute Continuation Sheet</u> : Matter came on continuation of Jury Trial Proceedings Day 8. Jurors appeared; all present. Defendant continued to adduce evidence. Lunch recess had. Defendant continued to adduce evidence. Jurors sent home at 5:15 p.m. to return January 18 at 9:00 a.m. for further trial proceedings. Court adjourned at 5:20 p.m.