IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

NOTICE OF FILING UNDER SEAL
CORRECTED EXHIBIT 1 TO
PLAINTIFF *e*PLUS, INC.'S MOTION AND SUPPORTING MEMORANDUM FOR
LEAVE TO FILE AN OFFER OF PROOF REGARDING ITS DAMAGES CLAIM
PURSUANT TO FEDERAL RULE OF EVIDENCE 103 AND 35 U.S.C. § 284

Plaintiff *e*Plus, Inc. ("*e*Plus") hereby gives notice that a Corrected Exhibit 1 to its Motion and Supporting Memorandum for Leave to File an Offer of Proof Regarding Its Damages Claim Pursuant to Federal Rule of Evidence 103 and 35 U.S.C. § 284 has been submitted UNDER SEAL to the Clerk of Court. The exhibit, which was originally submitted to the Clerk on January 12, 2011, was corrected to fix inadvertent formatting issues. No substantive changes have been made to the document.

Dated: January 18, 2011

          Respectfully submitted,

          *e*Plus, Inc.

          By Counsel

          _____/s/_____

Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com
cmerritt@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com

*Counsel for Plaintiff, ePlus, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of January, 2011, I will electronically file the foregoing

**NOTICE OF FILING UNDER SEAL
CORRECTED EXHIBIT 1 TO
PLAINTIFF *e*PLUS, INC.'S MOTION AND SUPPORTING MEMORANDUM FOR
LEAVE TO FILE AN OFFER OF PROOF REGARDING ITS DAMAGES CLAIM
PURSUANT TO FEDERAL RULE OF EVIDENCE 103 AND 35 U.S.C. § 284**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

***Counsel for Defendant Lawson Software, Inc.***

                                                   /s/
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com

1119033