CIVIL JURY TRIAL
MINUTE SHEET

DATE: January 18, 2011

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>e-Plus, Inc.<br>    v.<br>Lawson Software, Inc., | CASE NO: 3:09CV00620<br><br>JUDGE: Payne<br><br>COURT REPORTER: Diane Daffron, Peppy Ha__, OCRS |

FILED JAN 18 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR:    JURY TRIAL ( X )    MOTIONS BEFORE TRIAL: _____
**TRIAL PROCEEDINGS:**
JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE (  )  EMPANELED, SWORN TO TRY ISSUE (  )

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) (  )  DEFENDANT(S) (  )  COURT (  )

OPENING STATEMENTS MADE (  )      OPENING WAIVED (  )

PLAINTIFF(S) ADDUCED EVIDENCE (  )  RESTED (  )  MOTION (  ) _____

DEFENDANT(S) ADDUCED EVIDENCE (  )  RESTED (  )  MOTION (  ) _____

REBUTTAL EVIDENCE ADDUCED (  )    SUR-REBUTTAL EVIDENCE ADDUCED (  )

EVIDENCE CONCLUDED (  )           ARGUMENTS OF COUNSEL HEARD (  )

JURY CHARGED BY THE COURT (  )    ALTERNATE JUROR(S) DISCHARGED (  )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY    * JURY OUT: _____
DEFENDANT (  )   GOVERNMENT (  )   NONE NOTED (  )           ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED (  )   ADDITIONAL CHARGE (  )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) (  ) MONETARY AWARD $_____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) (  ) _____

JURY UNABLE TO AGREE (  )    MISTRIAL DECLARED (  )    JURY DISCHARGED (  )

CLERK TO ENTER JUDGMENT ON VERDICT (  )   TRIAL EXHIBITS RETURNED TO COUNSEL (  )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT:  See page 2 for further minute entry.

Counsel for the Plaintiff(s): Scott L. Robertson, Esq.   Michael G. Strapp, Esq.  Craig T. Merritt, Esq.
                              David Young, Esq.          Jennifer A. Alber, Esq.

Counsel for the Defendant(s): Daniel W. McDonald, Esq.   William D. Schultz, Esq.  Dabney J. Carr, IV, Esq.
                              Kirstin L. Stoll-DeBell, Esq.

SET: 9:00 a.m.  BEGAN: 9:15 a.m.  VOIR DIRE: _____   ENDED: 5:35 p.m.  TIME IN COURT: 5 hrs. 15 min.
RECESSES: 20 mins.  1 hr.  20 min.

Minute Continuation Sheet : Matter came on continuation of Jury Trial Proceedings Day 8. Jurors appeared; all present. Defendant continued to adduce evidence. Lunch recess had. Defendant continued to adduce evidence. Jurors sent home at 5:15 p.m. to return tomorrow at 9:00 a.m. for further trial proceedings. Court adjourned at 5:25 p.m.