IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF *e*PLUS INC.'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION WITH RESPECT TO INCORPORATION BY REFERENCE**

Plaintiff, *e*Plus, Inc. ("*e*Plus"), through counsel, hereby submits the following supplemental proposed jury instruction for the trial of this action, in addition to those jury instructions that it previously proposed.

- 1 -

**P-40: Incorporation By Reference**

"Incorporation by reference" is a phrase that allows a patent applicant to make another document become part of the patent application in such a manner that the incorporated document is considered to be part of the patent application just as if the incorporated document had been fully set out in the patent application.

Authorities:

*In re Lund,* 376 F.2d 982, 989 (C.C.P.A. 1967); Black's Law Dictionary 907 (4th ed. 1968) (defining "incorporate" as "[t]o declare that another document shall be taken as part of the document in which the declaration is made as much as if it were set out at length therein").

Respectfully submitted,

Dated: January 19, 2011 /s/

David M. Young (VSB #35997)
Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
Counsel for Plaintiff *e*Plus, Inc.
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com
cmerritt@cblaw.com

Michael G. Strapp *(admitted pro hac vice)*
James D. Clements *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff
*e*Plus, Inc.

**CERTIFICATE OF SERVICE**

      I certify that on this 19th day of January, 2011, I will electronically file the foregoing **PLAINTIFF *e*PLUS INC.'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION WITH RESPECT TO INCORPORATION BY REFERENCE** with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
Megan C. Rahman
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com
megan.rahman@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

                                                          */s/*
                                   David M. Young
                                   Virginia State Bar #35997
                                   Attorney for Plaintiff *e*Plus, Inc.
                                   **GOODWIN PROCTER LLP**
                                   901 New York Avenue, N.W.
                                   Washington, DC 20001
                                   Telephone: (202) 346-4000
                                   Facsimile: (202) 346-4444
                                   dyoung@goodwinprocter.com