# The Patented Electronic Sourcing System



# J-CON



# J-CON System



# Prior Art Systems: J-CON

**J-CON**

- Point-of-sale system – used by sellers, not buyers

- No product catalogs with items having associated sources

- No "requisition"

- No "purchase order"

- No cross-reference table

# J-CON Falls Short by Comparison



**Patent Requirements**

**J-CON Deficiencies**

Electronic sourcing system → **Point-of-sale system – used by sellers, not buyers; no true source**

Product catalog item data associated with sources → **Product catalog item data associated with manufacturer, not with sources**

Collection of vendor catalogs → **No vendor catalogs**

Requisitions built from item data associated with a source → **Requisition items associated with manufacturer, not source**

Purchase order items associated with a source → **Receipt or invoice, not purchase order and items not associated with sources**

Generate purchase order from requisition → **Warehouse inquiry not generated by point-of-sale transaction**

# The P.O. Writer Form Filler System



# Prior Art Systems: P.O. Writer

**P.O. Writer**

- Form filler

- Items are not associated with a vendor (must manually identify vendor)

- Cannot check supplier inventory

- No cross-reference table

- No order list

# P.O. Writer Falls Short by Comparison



**Patent Requirements**

- Requisition
- Items in requisition associated with a vendor
- Select a subset of catalogs to search
- Check external supplier inventory
- Cross-reference table
- "Converting" of a "selected matching item and source" to an item and a different source
- Generating an "order list" from search results

**P.O. Writer Deficiencies**

**Requisition module optional**

**System does not import vendor data into requisition**

**Cannot select a subset of catalogs to search**

**Only checks current on-hand inventory**

**User-defined fields not a cross-reference table**

**User-defined fields cannot convert items**

**Does not generate an order list**

# Prior Art Systems: RIMS

## RIMS

- Inventory management system

- No product catalogs

- Cannot select product catalogs to search

- Cannot search product catalogs

- No cross-reference table at customer

- Customer computer does not process requisition to generate purchase order

# RIMS Falls Short by Comparison



## Patent Requirements

## RIMS Deficiencies

Electronic sourcing system → **Inventory management system**

Product catalogs from multiple sources → **No product catalogs; items associated with one source only**

Select a subset of product catalogs to search → **No product catalogs from which to select a subset to search**

Cross-reference table used by customer for "converting" → **No cross-reference table in customer's system**

Generate purchase orders from requisition → **Customer's system does not generate any purchase orders**

Check external inventory → **Cannot check external inventory**

# Prior Art Systems: TV/2

## TV/2

- Not an electronic sourcing system

- Search program only

- No product catalogs

- No requisitions

- No purchase orders

# '683 Patent – Claim 3



3. An electronic sourcing system comprising:

at least two product catalogs containing data relating to items associated with the respective sources;

means for selecting the product catalogs to search;

means for searching for matching items among the selected product catalogs;

means for building a requisition using data relating to selected matching items and their associated source(s);

means for processing the requisition to generate one or more purchase orders for the selected matching items; and

means for converting data relating to a selected matching item and an associated source to data relating to an item and a different source.

# '683 Patent – Claim 26



26. A method comprising the steps of:

maintaining at least two product catalogs on a database containing data relating to items associated with the respective sources;

selecting the product catalogs to search;

searching for matching items among the selected product catalogs;

building a requisition using data relating to selected matching items and their associated source(s);

processing the requisition to generate one or more purchase orders for the selected matching items; and

determining whether a selected matching item is available in inventory.

# '683 Patent – Claim 28



28. A method comprising the steps of:

maintaining at least two product catalogs on a database containing data relating to items associated with the respective sources;

selecting the product catalogs to search;

searching for matching items among the selected product catalogs;

building a requisition using data relating to selected matching items and their associated source(s);

processing the requisition to generate one or more purchase orders for the selected matching items; and

converting data relating to a selected matching item and an associated source to data relating to an item and a different source.

# '683 Patent – Claim 29



29.  The method of claim 28 further comprising the step of determining whether a selected matching item is available in inventory.

# '516 Patent – Claim 1



1. An electronic sourcing system comprising:

a collection of catalogs of items stored in an electronic format;

a first set of pre-determined criteria associated with said collection of catalogs;

a second set of pre-determined criteria associated with items from each of said catalogs;

a catalog selection protocol, said catalog selection protocol relying on said first set of pre-determined criteria to select less than said entire collection of catalogs, and including matching a vendor identification code with a subset of said collection of catalogs, wherein said subset of catalogs includes both a vendor catalog from a predetermined vendor and a second catalog from a predetermined third party that is one of a manufacturer and a competing vendor, said predetermined third party selling items corresponding to items in said vendor catalog; and

a search program, said search program relying on said second set of criteria to select specific items from said catalogs determined from said catalog selection protocol.

# '516 Patent – Claim 2



2. An electronic sourcing system as recited in claim 1, wherein catalogs comprising said collection of catalogs are stored in separate databases.

# '516 Patent – Claim 6



6. An electronic sourcing system as recited in claim 1, wherein said second set of predetermined criteria includes at least one of a catalog number and item textual information.

# '516 Patent – Claim 9



9. An electronic sourcing system comprising:

a collection of catalogs of items stored in an electronic format;

a first identification code associated with a first item in a first catalog;

a second identification code associated with a second item in a second catalog, said first item and said second item being generally equivalent, and wherein a selection of one identification code from one of said first and second catalogs provides the other identification code from the other of said catalogs.

# '516 Patent – Claim 21



21. An electronic sourcing system comprising:

a requisition module including data fields, user-generated criteria entered into at least one of said data fields to generate at least partial criteria corresponding to a desired item;

a catalog collection searching module, said searching module including a collection of catalogs of items stored in an electronic format, a catalog selection criteria used to select less than said entire collection, said searching module being used to generate additional search-module criteria for said data fields of said requisition module;

a multiple purchase order generation module, said purchase order generation module creating multiple purchase orders from a single requisition created with said user-generated criteria and said search-module criteria;

wherein each of at least two catalogs include a generally equivalent item from a different source, said requisition module working in combination with said catalog searching module to determine multiple sources for said item;

wherein said multiple sources is limited by said catalog searching module providing a match according to said user-generated criteria, said search-module criteria and a determination system that located items are generally equivalent; and

wherein said determination system includes a cross reference table matching an identification code from a first located item with a second identification code from a second located item.

# '516 Patent – Claim 22



22.  An electronic sourcing system as recited in claim 21, wherein said determination system includes an identical identification code for each of said located items.

# '516 Patent – Claim 29



29. An electronic sourcing system comprising:

a collection of catalogs of items stored in an electronic format;

a first set of pre-determined criteria associated with said collection of catalogs;

a second set of pre-determined criteria associated with items from each of said catalogs;

a catalog selection protocol, said catalog selection protocol relying on said first set of pre-determined criteria to select less than said entire collection of catalogs, and including matching a vendor identification code with a subset of said collection of catalogs, wherein said subset of catalogs includes both a vendor catalog from a predetermined vendor and a second catalog from a predetermined third party;

a search program, said search program relying on said second set of criteria to select specific items from said catalogs determined from said catalog selection protocol; and

a cross-reference table linking a vendor item catalog number from said vendor catalog with an item catalog number from said predetermined third party.

# '172 Patent – Claim 1



1. An electronic sourcing system comprising:

a database containing data relating to items associated with at least two vendors maintained so that selected portions of the database may be searched separately;

means for entering product information that at least partially describes at least one desired item;

means for searching for matching items that match the entered product information in the selected portions of the database;

means for generating an order list that includes at least one matching item selected by said means for searching;

means for building a requisition that uses data obtained from said database relating to selected matching items on said order list;

means for processing said requisition to generate purchase orders for said selected matching items.

# RIMS + TV/2 Falls Short

- Neither system was an electronic sourcing system

- Neither system had multiple vendor product catalogs

- Neither system had means for selecting product catalogs to search

- Neither system built an order list

- Neither system built requisitions using data related to selected matching items "and their associated sources"

- Neither system generated purchase orders from requisitions

- Neither system had the ability to check an external vendor's inventory

- Neither system had the capability to convert a requisition item associated with one vendor to a different item from another vendor

# '683 Patent, Claim 3 (System)

| | RIMS | RIMS + TV/2 |
|---|:---:|:---:|
| Electronic sourcing system | ❌ | ❌ |
| Two catalogs with associated sources | ❌ | ❌ |
| Means to select catalogs | ❌ | ❌ |
| Search for matching items among the selected catalogs | ❌ | ❌ |
| Build a requisition with matching items associated with sources | ❌ | ❌ |
| Generate one or more POs from requisition | ❌ | ❌ |
| Conversion to different source | ❌ | ❌ |

# '683 Patent, Claim 26 (Method)

| | RIMS | RIMS + TV/2 |
|---|---|---|
| Two catalogs with associated sources | ❌ | ❌ |
| Selecting catalogs | ❌ | ❌ |
| Search for matching items among the selected catalogs | ❌ | ❌ |
| Build a requisition with matching items associated with sources | ❌ | ❌ |
| Generate one or more POs from requisition | ❌ | ❌ |
| Determine inventory availability | ❌ | ❌ |

# '683 Patent, Claim 28 (Method)

| | RIMS | RIMS + TV/2 |
|---|---|---|
| Two catalogs with associated sources | ❌ | ❌ |
| Selecting catalogs | ❌ | ❌ |
| Search for matching items among the selected catalogs | ❌ | ❌ |
| Build a requisition with matching items associated with sources | ❌ | ❌ |
| Generate one or more POs from requisition | ❌ | ❌ |
| Conversion to different source | ❌ | ❌ |

# '683 Patent, Claim 29 (Method)

| | RIMS | RIMS + TV/2 |
|---|---|---|
| Two catalogs with associated sources | ❌ | ❌ |
| Selecting catalogs | ❌ | ❌ |
| Search for matching items among the selected catalogs | ❌ | ❌ |
| Build a requisition with matching items associated with sources | ❌ | ❌ |
| Generate one or more POs from requisition | ❌ | ❌ |
| Conversion to different source | ❌ | ❌ |
| Determine inventory availability | ❌ | ❌ |

# '516 Patent, Claim 1 (System)

|  | RIMS | RIMS + TV/2 |
|---|:---:|:---:|
| Electronic sourcing system | ❌ | ❌ |
| Collection of catalogs | ❌ | ❌ |
| First catalog criteria | ❌ | ❌ |
| Second item criteria | ❌ | ❌ |
| Catalog selection protocol that selects subset of at least two catalogs | ❌ | ❌ |
| Search subset of at least two catalogs | ❌ | ❌ |

# '516 Patent, Claim 2 (System)

| | RIMS | RIMS + TV/2 |
|---|:---:|:---:|
| Electronic sourcing system | ❌ | ❌ |
| Collection of catalogs | ❌ | ❌ |
| First catalog criteria | ❌ | ❌ |
| Second item criteria | ❌ | ❌ |
| Catalog selection protocol that selects subset of at least two catalogs | ❌ | ❌ |
| Search subset of at least two catalogs | ❌ | ❌ |
| Catalogs in separate databases | ❌ | ❌ |

# '516 Patent, Claim 6 (System)

| | RIMS | RIMS + TV/2 |
|---|---|---|
| Electronic sourcing system | ❌ | ❌ |
| Collection of catalogs | ❌ | ❌ |
| First catalog criteria | ❌ | ❌ |
| Second item criteria | ❌ | ❌ |
| Catalog selection protocol that selects subset of at least two catalogs | ❌ | ❌ |
| Search subset of at least two catalogs | ❌ | ❌ |
| Second criteria includes catalog number or text | ❌ | ❌ |

# '516 Patent, Claim 9 (System)

| | RIMS | RIMS + TV/2 |
|---|:---:|:---:|
| Electronic sourcing system | ❌ | ❌ |
| Collection of catalogs | ❌ | ❌ |
| ID code associated with first item | ❌ | ❌ |
| ID code associated with second item | ❌ | ❌ |
| Conversion | ❌ | ❌ |

# '516 Patent, Claim 21 (System)

| | RIMS | RIMS + TV/2 |
|---|---|---|
| Electronic sourcing system | ❌ | ❌ |
| Requisition module | ✅ | ✅ |
| Catalog collection | ❌ | ❌ |
| Select subset of catalogs in collection | ❌ | ❌ |
| Multiple PO generation from requisition | ❌ | ❌ |
| Can determine multi sources | ❌ | ❌ |
| Search selected subset of catalogs | ❌ | ❌ |
| Cross-reference table | ❌ | ❌ |

# '516 Patent, Claim 22 (System)

| | RIMS | RIMS + TV/2 |
|---|---|---|
| Electronic sourcing system | ❌ | ❌ |
| Requisition module | ✅ | ✅ |
| Catalog collection | ❌ | ❌ |
| Select subset of catalogs in collection | ❌ | ❌ |
| Multiple PO generation from requisition | ❌ | ❌ |
| Can determine multi sources | ❌ | ❌ |
| Search selected subset of catalogs | ❌ | ❌ |
| Cross-reference table | ❌ | ❌ |
| Identical ID codes in Xref table | ❌ | ❌ |

# '516 Patent, Claim 29 (System)

| | RIMS | RIMS + TV/2 |
|---|---|---|
| Electronic sourcing system | ❌ | ❌ |
| Collection of catalogs | ❌ | ❌ |
| First catalog criteria | ❌ | ❌ |
| Second item criteria | ❌ | ❌ |
| Catalog selection protocol that selects subset of at least two catalogs | ❌ | ❌ |
| Search subset of at least two catalogs | ❌ | ❌ |
| Cross reference table | ❌ | ❌ |

# '172 Patent, Claim 1 (System)

| | RIMS | RIMS + TV/2 |
|---|---|---|
| Electronic sourcing system | ❌ | ❌ |
| Database of items associated with at least two vendors | ❌ | ❌ |
| Database portions separately searchable | ❌ | ✅ |
| Means of entering description | ❌ | ❌ |
| Search for matching items in selected portions of database | ❌ | ✅ |
| Generate an order list | ❌ | ❌ |
| Build a requisition from order list | ❌ | ❌ |
| PO generation from requisition | ❌ | ❌ |