**CIVIL JURY TRIAL**
**MINUTE SHEET**

DATE: January 19, 2011

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>e-Plus, Inc.<br>v.<br>Lawson Software, Inc., | CASE NO: 3:09CV00620<br>JUDGE: Payne<br>COURT REPORTER: Diane Daffron, Pepp<br>OCRS |

FILED
JAN 19 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

DAY 10

MATTER COMES ON FOR:   JURY TRIAL ( X )   MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE (  ) EMPANELED, SWORN TO TRY ISSUE (  )

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) (  )  DEFENDANT(S) (  )  COURT (  )

OPENING STATEMENTS MADE (  )     OPENING WAIVED (  )

PLAINTIFF(S) ADDUCED EVIDENCE (  )  RESTED (  )  MOTION (  ) _____

DEFENDANT(S) ADDUCED EVIDENCE (  )  RESTED (  )  MOTION (  ) _____

REBUTTAL EVIDENCE ADDUCED (  )    SUR-REBUTTAL EVIDENCE ADDUCED (  )

EVIDENCE CONCLUDED (  )       ARGUMENTS OF COUNSEL HEARD (  )

JURY CHARGED BY THE COURT (  )    ALTERNATE JUROR(S) DISCHARGED (  )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY     * JURY OUT: _____
DEFENDANT (  )   GOVERNMENT (  )    NONE NOTED (  )        ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED (  )   ADDITIONAL CHARGE (  )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) (  ) MONETARY AWARD $_____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) (  ) _____

JURY UNABLE TO AGREE (  )    MISTRIAL DECLARED (  )    JURY DISCHARGED (  )

CLERK TO ENTER JUDGMENT ON VERDICT (  )   TRIAL EXHIBITS RETURNED TO COUNSEL (  )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: See page 2, attached for further minute entry.

Counsel for the Plaintiff(s): Scott L. Robertson, Esq.   Michael G. Strapp, Esq.  Craig T. Merritt, Esq.
                              David Young, Esq.         Jennifer A. Alber, Esq.

Counsel for the Defendant(s): Daniel W. McDonald, Esq.  William D. Schultz, Esq.  Dabney J. Carr, IV, Esq.
                              Kirstin L. Stoll-Debell, Esq.

SET: 9:00 a.m.  BEGAN: 9:15 a.m.  VOIR DIRE: _____  ENDED: 5:20 pm  TIME IN COURT: 5 hrs. 5 mins.

RECESSES: (20) 1 hr. (20)

<u>Minute Continuation Sheet</u> : Matter came on continuation of Jury Trial Proceedings Day 9. Jurors appeared; all present. Defendant continued to adduce evidence. Plaintiff's Motion to Forclose Certain Testimony of Dr. Shamos heard; arguments had. Motion granted. Lunch recess had. Defendant continued to adduce evidence. Arguments had on Plaintiff's Motion for Judgment as a Matter of Law heard. Arguments had. No ruling made at this time. Defendant continued to adduce evidence.   Jurors sent home at 4:50 p.m. to return tomorrow at 9:00 a.m. for further trial proceedings. Question rec'd from juror; marked as Court Exhibit No. 4. Court adjourned at 5:20 p.m.