~~Dict P.O.~~

Were P.O. Writer and J-Con patented? If so when?

Leanne Wight

Didn't Dr. Staats say that within a year of starting his company, Cooperative Computing Inc., the company decided to stick to their area of expertise which was the ~~at~~ automotive industry? So was the J Con system only used for automotive purposes and couldn't be used for say medical company purposes?

Cart Lix 4

1-19-11