# CIVIL JURY TRIAL MINUTE SHEET

DATE: JAN 20 2011

FILED JAN 20 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>e-Plus, Inc.<br>        v.<br>Lawson Software, Inc., | CASE NO: 3:09CV00620<br><br>JUDGE: Payne<br><br>COURT REPORTER: Diane Daffron, Peppy Peterson, OCRS |

MATTER COMES ON FOR:   JURY TRIAL ( X )  DAY 11   MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( )  EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )   DEFENDANT(S) ( )   COURT ( )

OPENING STATEMENTS MADE ( )       OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )          ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT ( )   ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY    * JURY OUT: _____
DEFENDANT ( )   GOVERNMENT ( )   NONE NOTED ( )              ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )   ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $ _____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( )   MISTRIAL DECLARED ( )   JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: See page 2 attached for further minute entry

Counsel for the Plaintiff(s): Scott L. Robertson, Esq.   Michael G. Strapp, Esq.  Craig T. Merritt, Esq.
                              David Young, Esq.         Jennifer A. Alber, Esq.

Counsel for the Defendant(s): Daniel W. McDonald, Esq.  William D. Schultz, Esq.  Dabney J. Carr, IV, Esq.
                              Kirstin L. Stoll-DeBell, Esq.

SET: 9:00 a.m.  BEGAN: 9:15 a.m.  VOIR DIRE: _____  ENDED: 5:15   TIME IN COURT: 6 hrs 35 min

RECESSES: (20) 1 hr (20)

<u>Minute Continuation Sheet</u> : Matter came on continuation of Jury Trial Proceedings Day 11. Jurors appeared; all present. Defendant continued to adduce evidence; rested. Plaintiff's Motino for Judgment as a Matter of Law as to InValidity and Plaintiff's Renewed Motion for Judgment as a Matter of Law as to Infringment made. Arguments to be had tomorrow. Defendant's Renewed Motion for Judgment of Law as to Infringment made. Arguments to be had tomorrow. Plaintiff adduced Rebuttal Evidence. The Court ordered that lunch be provided for the jurors. Lunch recess had. Plaintiff continued to adduce Rebuttal Evidence. Plaintiff rested. Jurors sent home at 5:15 to return Monday, January 24 at 9:00 a.m. for closing arguments and charge. Court adjourned at 5:20 p.m.