IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                                   Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

For the reasons set forth on the record during the hearing on January 18, 2011, it is hereby ORDERED that Plaintiff's MOTION IN LIMINE TO PRECLUDE CUMULATIVE AND IRRELEVANT EVIDENCE OR TESTIMONY OF CHARLES GOUNARIS PURSUANT TO FEDERAL RULES OF EVIDENCE 402, 403, AND 611 (Docket No. 560) is DENIED.

It is so ORDERED.

                                          /s/      REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: January 21, 2011