IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                              Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

## ORDER

For the reasons set forth on the record during the hearing on January 18, 2011, it is hereby ORDERED that Defendant's MOTION TO PRESENT OTHER EVIDENCE THAT ELEMENT 40 OF FIGURES 1A AND 2 OF THE PATENTS IN SUIT IDENTIFIES THE FISHER RIMS SYSTEM AS DESCRIBED IN THE '989 PATENT (Docket No. 564) is GRANTED.

It is so ORDERED.

                                          /s/    REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: January 20, 2011