IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                           Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

For the reasons set forth on the record during the hearing on January 19, 2011, it is hereby ORDERED that Plaintiff's oral MOTION TO PRECLUDE DR. SHAMOS FROM TESTIFYING AS TO OBVIOUSNESS OF THE COMBINATION OF JCON AND PO WRITER is GRANTED.

    It is so ORDERED.

                                        /s/      REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: January 21, 2011