# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

--------------------------------------

| | |
|---|---|
| ePLUS, INC. | : Civil Action No. 3:09CV620 |
| vs. | : |
| LAWSON SOFTWARE, INC. | : January 12, 2011 |

--------------------------------------

COMPLETE TRANSCRIPT OF THE JURY TRIAL

BEFORE THE HONORABLE ROBERT E. PAYNE

UNITED STATES DISTRICT JUDGE, AND A JURY

APPEARANCES:

Scott L. Robertson, Esquire
Michael G. Strapp, Esquire
Jennifer A. Albert, Esquire
David M. Young, Esquire
Goodwin Procter, LLP
901 New York Avenue NW
Suite 900
Washington, D.C. 20001

Craig T. Merritt, Esquire
Christian & Barton, LLP
909 East Main Street
Suite 1200
Richmond, Virginia 23219-3095
Counsel for the plaintiff

Peppy Peterson, RPR
Official Court Reporter
United States District Court

rendered in this case at a high level?

A I was asked to investigate the structure, function, and operation of specific features within the Lawson system.

Q Did you render any opinions on whether the Lawson system you studied infringes the patents?

A No, I was not asked to. I did not.

Q Do you understand whether or not ePlus has another expert that performed that function?

A Yes, my understanding is that Dr. Weaver is responsible for rendering those opinions.

Q Could you describe for the jury the circumstances under which you reviewed the Lawson source code?

A Yes. The source code was made available at a secure location in Washington, D.C. I traveled to that location on at least seven occasions and spent a total of at least 19 days reviewing the source code. I was also able to print excerpts of the source code for later review.

Q Did you review the entire amount of the source code that was produced by Lawson?

A No. I reviewed the portions of it that I determined were applicable to the functionality I was asked to investigate.

Q What specific functions of Lawson system were you asked to investigate?

A I was asked to look at features of the S3 product including category and keyword search, shopping cart

functionality, requisition creation, purchase order generation, and what's known as punchout.

Q How did you figure out --

THE COURT: Go through those again, would you? Category, search?

THE WITNESS: Category and keyword search, category search and keyword search, shopping cart functionality, requisition generation, purchase order generation, and what Lawson calls their punchout feature.

THE COURT: Thank you.

Q And how did you figure out what source code was relevant to those functions?

A I began by reviewing the available demonstration material which illustrated the functionality, and from there I was able to identify the user interface features that supported that and the code which implements or supports those user interface features.

From there I was able to trace the flow of the program from the user interface elements through the, what I call the back end, the Lawson 4GL COBOL programs, and ultimately to the database structures involved. This is the kind of thing you do routinely in working with software, so I was able to trace the flow through the code.

Q Besides the source code itself, were there any other documents that you found particularly helpful to your study and

understanding of Lawson source code?

A Yes. There were Lawson technical documents that I reviewed. One in particular that comes to mind is the Lawson 4GL application programmer interface reference document.

MS. ALBERT: Could you please put on the screen Plaintiff's Exhibit 470.

Q Mr. Niemeyer, you could either look in your binder or its on your monitor there. Could you take a look at Plaintiff's Exhibit 470, and is this the document that you referenced?

A Yes, it is the one I was referring to.

Q How did you use this document during your study of Lawson's source code?

A So this is a reference document of the type that a programmer would use when developing this Lawson systems. It is sort of a dictionary or encyclopedia-like document that defines specific features provided by the Lawson system to the programs.

So as I would come across usages of these features within the source code, I would reference this document to learn their precise meaning and usage.

Q Is this reference manual the type of document that a source code expert like you would reasonably rely on in reading and understanding the functionality of source code?

A Yes, it is.

Q Mr. Niemeyer, approximately how many hours would you say

key table is the ITEMMAST table on the left of this diagram which contains information about items that can be requisitioned within the system, and from -- another table that I'll point out is the POITEMVEN which contains vendor information pertaining to specific items within the ITEMMAST table.

Q You mentioned this term relational database. What is a relational database?

A The term relational just means that a piece of data within the database can refer to or point to another piece of data in various ways.

Q Would you explain the difference between when you say the item master database and when you are referring to this item master or ITEMMAST table?

A Yes. So the ITEMMAST table is a specific table within the database. More generally, Lawson documentation refers to the database as a whole or collectively as the item master database, presumably drawing its name from that key table.

THE COURT: The ITEMMAST table has what in it?

THE WITNESS: It consequence /TAEUPBS information about items which can be requisitioned.

Q What are some of the types of information about the items that are contained in that table?

A It contains an item number for the item, a textual description of the item, and other information about the item.

screen.

Q What, if any, database tables does the source code use to conduct this category search functionality?

A There are two. One is called IC item code, ICITEMCODE, and the other is the previously mentioned ITEMMAST table.

Q Do both of those tables belong to that same item master database that you described earlier?

A Yes, they do.

Q What information is contained within that ICITEMCODE table that would be relevant to searching by category?

A The ICITEMCODE table contains the textual description of the levels of the UNSPSC hierarchy and the corresponding codes that are assigned to those levels.

Q And what information does the item master table store that is relevant to searching by category?

A The item master table contains -- in addition to the item descriptions, contains the corresponding UNSPSC codes indicating where they belonged in that hierarchy.

Q When the category selection is chosen by a user from that find/shop menu, what is the first thing that happens in the source code?

A When a user chooses to bring up a category search screen, a request is made from the user's web browser to the back end of the Lawson system. Specifically Lawson calls this kind of request a data request, and it is -- it is handled by the --

These are prefixed with the KWD abbreviation, and they are keyword synonym, keyword master, keyword detail, and keyword setup. These tables comprise an index of the available search terms, and then there are three tables above, ITEMMAST which I previously mentioned, POITEMVEN, and a table called ITEMLOC, I-T-E-M-L-O-C, are used after the search is performed to retrieve the item information.

Q And do all of these tables belong to that item master database that you illustrated earlier?

A Yes, they do.

Q What data is contained or what is the keyword detail table?

A Keyword detail table is the key index of search terms, and it relates a specific search term which has been found to the origin field in which it was located and the item number of the item in which it was found.

Q And what types of data is contained in that table?

A Well, as I said, there's an item number, a keyword, and an origin field.

Q Would you please explain briefly how the functionality to build the keyword detail table is implemented in the source code?

A So my understanding is when the system is set up initially, users determine which origin fields are to be enabled for search, and the terms are gathered from the data

browser and hits the search button, the search term is conveyed as part of a request to the server side components which causes the Lawson 4GL COBOL program called RQIC to be executed. The RQIC program ultimately performs a search of the keyword detail table for occurrences of that term that have been previously indexed.

Any matching records from the keyword detail table are then used to find the corresponding items in the ITEMMAST table and data gets gathered from the PO and ITEMLOC tables. All of those results are formatted as XML and ultimately returned to the item web browser and formatted as a search word.

Q When the search code searches the keyword tables to locate the keywords that the user typed in, does the source code search the item master table at all?

A No, it does not. It only searches the keyword detail table and the associated keyword tables.

Q Now, I'd like to turn to the functionality for the adding items to a shopping cart and building a requisition. Does the source code of the Lawson system implement functionality that allows a user to select desired items for requisition from a list of results returned from either this category or keyword search that you discussed?

A Yes, it implements a shopping cart functionality whereby the user can indicate that an item from a search result should be added to the shopping cart. Items can be added and removed

until checkout operation is performed. Similar to the way you shop on Amazon or another web business.

Q Now, what, if any, database tables are involved in this shopping cart functionality?

A There are three. Two of them are prefixed with the term REQ. One is called REQHEADER and the other is called REQLINE. The third is called PO interface which we mentioned before, POITERFAC.

Q And what information is stored in that REQLINE table that's relevant to the shopping cart functionality?

A The REQLINE table holds the individual line items representing items that were selected to be added to the shopping cart.

Q Does this REQLINE table also contain a status field?

A Yes, it does. In addition to the item information, it contains a status which can indicate that the item is either -- while in the shopping cart, it's in a state called unreleased.

Q What does that mean?

A It means that it is part of a shopping cart and not yet part of a requisition.

Q And is there another status that can be indicated in this status field in addition to the unreleased status that you mentioned?

A Yes. So I'd just say both the REQLINE and REQHEADER table that I mentioned which are involved in this contain a status

4GL COBOL program called RQIF, or release requisition, is invoked.

Its first job is to update the status that I mentioned before in both the REQHEADER and REQLINE tables from an unreleased to a released value. The second step is to create records in the PO interface table, POINTERFAC table, which make those records, make that information then available to the purchase order system.

Q Are records created in this PO interface table at the time when items are initially added to the shopping cart?

A No. They are only created after the checkout operation is performed.

Q Are the records in the REQHEADER and REQLINE tables available to the purchase order system prior to that checkout button being pressed?

A No, they are made available by virtue of the records in the PO interface table.

Q Now I'd like to turn to the process for generating a purchase order. Does a source code of the Lawson system implement functionality that generates one or more purchase orders corresponding to the items listed in a requisition built using the Lawson system?

A Yes, it does. The user can use a program called PO 100 to generate one or more purchase orders from a requisition.

Q Does the source code indicate anything about when multiple

purchase orders would be created from line items in a single requisition?

A Yes. As part of the purchase order generation process, the requisition items are essentially sorted in order to produce a separate purchase order for each vendor corresponding to items in the requisition.

Q Have you prepared a demonstrative to explain how this functionality is implemented in the source code?

A Yes, I have.

MS. ALBERT: Mike, could we have slide 27, please.

Q Now, what, if any, database tables are involved in this purchase order functionality?

A There are three depicted here. The first is the PO interface table which I mentioned previously. The two new tables are -- one is called PURCHORDER, short for purchase order, P-U-R-C-H-O-R-D-E-R, and the second is POLINE, P-O-L-I-N-E, short for purchase order line.

Q What information is stored in the PO interface table that's relevant to the purchase order generation function?

A Well, I mentioned before, this serves to make the requisition information available to the purchase order system.

Q And what information does the PURCHORDER or purchase order table store that's relevant to the purchase order generation function?

A A record in the PURCHORDER table represents a specific

purchase order for a given vendor.

Q What information does the POLINE table store that's relevant to this purchase order generation function?

A The POLINE table contains the individual line items for a specific purchase order. They relate to a given record in the PURCHORDER table, and they contain the information by an individual requested item.

Q Using your diagram, would you explain how that functionality, generating one or more purchase orders, is implemented in the source code?

A Yes. So after the user indicates that they would like to generate purchase orders for a requisition, a request is made to the server side, and the Lawson 4GL program PO 100 is executed. That program reads records from the PO interface table, and as I described before, essentially sorts them in order to create a separate PURCHORDER record for each vendor having items within the requisition.

The corresponding line items are added to the POLINE table for that PURCHORDER, and while this process is happening, a textual report is being generated that the user can later print as an actual purchase order.

Q Now, Mr. Niemeyer, I'd like to turn to the procurement punchout application which we discussed earlier. Does the source code of the Lawson system implement the procurement punchout functionality?

other mechanisms we described.

Q How is this punchout process different, for instance, from when I access a retail website for my home computer on my browser at my computer?

A It's different in that the Lawson system is intermediating it or controlling it in several ways. When you do -- when you shop on your computer at home you are connecting directly to a website like Amazon or something, and all the communication is direct.

In the case of the Lawson system foundation, this is happening within the context of the requisition self-service application. The Lawson system both establishes the connection to their remote site, performs a login operation for the user, and then finally when the shopping is done, those results are communicated back to the Lawson system directly which it then incorporates into the user shopping cart within RSS, requisition self-service.

MS. ALBERT: Thank you, Mr. Niemeyer. I have no further questions. Please answer any questions that Ms. Stoll-DeBell may have.

CROSS-EXAMINATION

BY MS. STOLL-DeBELL:

Q Good morning, Mr. Niemeyer.

A Good morning.

Q So I think I'll reask the question, because I'm not sure I got an answer to it. There is a schema for the item data in the ITEMMAST table.

A Yes, yes, there is.

Q And that's defined by the source code for Lawson's inventory control module?

A Loosely described, yes. There are files which describe the schema -- there are files which describe the schema which I found within the source code. Technically I wouldn't call them source code. They are schema files.

Q And schema defines what fields are included in the ITEMMAST table?

A Yes, it describes them.

Q And is a field -- I think of it as being an attribute for an item. Would you agree with that?

A Sure.

Q So, for example, item number would be a field of the ITEMMAST items?

A Yes. It has a different name, but there is a field that represents the item number.

Q And item description would be another one?

A Yes.

Q Unit of measure another one?

A Yes.

Q You could have provided a list of all of the item master

fields in your expert report; that is something you are capable of doing?

A Yes.

Q But you did not do so?

A No, I did not.

Q Do you agree with me that the item master schema does not include a field for vendor name?

A The ITEMMAST table contains, among other things, what are known as user defined fields which can be supplied by the user with whatever information they like which could include vendor name or vendor number, things like that. Additionally, I point out that the POITEMVEN table relates to the item master table by virtue of its item number.

Q But that's not what I asked you. I asked you does the ITEMMAST table have a field for vendor name?

A Other than the user defined field which could be used for that purpose, it doesn't have a specific field.

Q It can be used for any purpose, you can put anything in there at all; correct?

A Yes.

Q So I'll ask you again. Does the ITEMMAST table --

THE COURT: I think he's answered. He said twice now that --

MS. STOLL-DeBELL: I'd just like him to say no, Your Honor.