# EXHIBIT 5

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF VIRGINIA

 3                     RICHMOND DIVISION

 4

 5    ---------------------------------------
                                          :
 6    ePLUS, INC.                         :    Civil Action No.
                                          :    3:09CV620
 7    vs.                                 :
                                          :
 8    LAWSON SOFTWARE, INC.               :    January 11, 2011
                                          :
 9    ---------------------------------------

10

11            COMPLETE TRANSCRIPT OF THE JURY TRIAL

12           BEFORE THE HONORABLE ROBERT E. PAYNE

13          UNITED STATES DISTRICT JUDGE, AND A JURY

14

15    APPEARANCES:

16    Scott L. Robertson, Esquire
      Michael G. Strapp, Esquire
      Jennifer A. Albert, Esquire
17    David M. Young, Esquire
      Goodwin Procter, LLP
18    901 New York Avenue NW
      Suite 900
19    Washington, D.C.  20001

20    Craig T. Merritt, Esquire
      Christian & Barton, LLP
21    909 East Main Street
      Suite 1200
22    Richmond, Virginia  23219-3095
      Counsel for the plaintiff
23

24               Peppy Peterson, RPR
                Official Court Reporter
25            United States District Court
```

1    category?

2    A    That's correct, yes.

3    Q    The shopping cart in Lawson requisition self-service can

4    be dynamically built from results of conducting searches in the

5    item master; isn't that right?

6    A    That is correct.

7    Q    And it's also true that the shopping cart can also be

8    dynamically built using the results of searches in the vendor

9    punchout catalogs; right?

10   A    That is also correct.

11   Q    And when the user clicks a checkout in the items in your

12   shopping cart, they are moved into the requisition system, and

13   an actual requisition is created; isn't that right?

14   A    I would actually define that slightly different.

15   Q    All right.  Do you recall giving a deposition in this

16   case?

17   A    I certainly do.

18   Q    And you were under oath?

19   A    Uh-huh.

20   Q    I believe you have your deposition transcript.  It should

21   be in the first volume.

22   A    Yep.

23   Q    Could you go to page 77?  Excuse me.  I misspoke.  177.

24   A    177?

25   Q    Yes, sir.

Christopherson - Direct                                              1158

1    A    Okay.  I'm not there yet.

2    Q    Okay, take your time.

3    A    Okay, 177.

4    Q    Starting at about line 18?

5    A    Starting with question, and then on the right-hand screen?

6    Q    Let me read the question for you.

7         Question:  And then on the right-hand screen in the card,

8    here you have four items that have been included in your

9    shopping cart.  What happens to that when you click checkout?

10        Your answer:  When you click checkout, then it would move

11   that information into the requisition system and actually

12   create a requisition.

13        Did you give that answer to that question at that time?

14   A    I certainly did.

15   Q    Okay.  Thank you.  Once a requisition is approved, the

16   requisition is released and then transferred to the purchase

17   order system; correct?

18   A    That's correct, after it's been approved.

19   Q    Talking just now about procurement punchout, when users

20   have filled their shopping carts, virtually speaking, and

21   checked out from the vendor website using the Lawson

22   procurement punchout, the chosen items and their prices are

23   returned to the Lawson server and a requisition is created

24   using the Lawson requisition self-service application; correct?

25   A    Can you state that again?  The second half of it basically

1   is where I lost you.  ^ you check out at the customer, not the

2   customer but the vendor site and then it was at that point

3   where I got lost.

4   Q    Let me start over.  Let's hear the whole question.  When

5   users have filled their shopping carts, virtually speaking, and

6   checked out from the vendor website using Lawson procurement

7   punchout, the chosen items and their price are then returned to

8   the Lawson server, and a requisition is created using the

9   Lawson requisition self-service application; correct?

10  A    That's correct.

11  Q    Isn't it true that the current version of the Lawson

12  procurement punchout includes the capability to punch out to

13  multi-vendor catalogs?

14  A    That's correct.

15  Q    One of those examples of a site that you can go that is a

16  multi-catalog vendor -- excuse me, multi-vendor catalog, is

17  SciQuest; correct?

18  A    That's correct.

19  Q    Another example of a multi-vendor catalog site that's

20  available for the punchout procurement is an organization known

21  as GHX; correct?

22  A    That is correct.

23  Q    That stands for Global Healthcare Exchange?

24  A    That's correct.

25  Q    And Global Healthcare Exchange that provides this

Christopherson - Direct                                    1160

1   multi-vendor catalog capability is a punchout trading partner

2   of Lawson; correct?

3   A    That's correct.  They are on the list, yes.

4   Q    It's an accurate statement to say that if Lawson could not

5   market a requisition module, it could not effectively compete

6   in the supply chain management product market?

7   A    I would say that that would be an accurate statement, yes.

8   Q    It's also accurate to say if Lawson could not offer a

9   purchase order module, Lawson could not effectively compete in

10  the supply chain management product market?

11  A    That would also be correct.

12  Q    You've heard a lot of talk about the implementation and

13  installation services that Lawson offers.  I just want to be

14  clear that Lawson will provide implementation services to

15  assist its customers with importing vendor catalog data into

16  the item master.

17  A    I didn't hear a question in that, sir.

18  Q    Let me restate it then.  Perhaps I misspoke.  Is it true

19  that Lawson provides implementation services to assist its

20  customers with importing vendor catalog data into the item

21  master?

22  A    If the customer so chooses and wants that service, yes, we

23  do.

24  Q    So for most situations where a customer licenses the

25  supply chain management suite or the procurement modules we've

1  been talking about in supply chain management, Lawson

2  professional services is going to provide the actual

3  installation and implementation services for that system;

4  correct?

5  A    That's correct, yes.

6  Q    All existing Lawson customers today are under maintenance

7  contracts with Lawson; correct?

8  A    That's correct.

9  Q    So all of the supply chain -- excuse me.  All of the

10  supply -- let me restate that.  All of the S3 procurement

11  products that are under contract today with Lawson customers,

12  they have maintenance contracts; is that right?

13  A    Could you restate that?

14  Q    Yeah.  I'm sorry.  It was a bad question.  With respect to

15  the Lawson S3 procurement product that's at issue here, any

16  customer that has that product is under an existing maintenance

17  contract?

18  A    That's correct.

19  Q    There's been a lot of talk about this RFP process, and I

20  don't want to go through it again in detail, certainly, but

21  there is a standard set of answers for those common questions

22  that customers have about the S3 procurement product; correct?

23  A    That is correct, yes.

24  Q    I think if you'll look in your book to Exhibit 117.

25  A    Okay.

1   disseminated fairly widespread throughout the company; isn't

2   that right?

3   A    If I said widespread, I certainly wasn't meaning -- take a

4   4,000-person company, it's not going out to even 3,000 of those

5   probably.

6   Q    It's available, though, over a Lawson intranet website,

7   isn't it?

8   A    I'm trying to recall the last time I've actually been able

9   to go out and look at any of the documents, and I don't recall

10  any -- I mean, I actually see very few in my current role.

11  Q    Well, it's actually, according to you in your deposition,

12  disseminated among the director level?

13  A    Correct.

14  Q    The manager level?

15  A    Yes.

16  Q    And in some instances, down to individual contributor

17  level; do you recall that?

18  A    Yes, I certainly do.  That's going to depend on the

19  product and what the content is.

20  Q    Isn't it a fact that before a new enhancement is released,

21  for example, with respect to this S3 supply chain management

22  module we've been talking about, Lawson does not engage in any

23  kind of intellectual property clearance investigation to insure

24  that enhanced features will not infringe the intellectual

25  property rights of third parties?

Christopherson - Direct                                          1166

1   A     That's correct.

2   Q     You don't do that, do you?

3   A     I do not, no.

4   Q     The company doesn't do that as a policy; correct?

5   A     That's correct.

6   Q     And since May of 2009 when this lawsuit was instituted,

7   Lawson has undertaken no efforts to modify or redesign its

8   existing S3 procurement products; is that right?

9   A     That's correct.

10          MR. ROBERTSON:  That's all the questions I have.

11  Thank you.

12          THE COURT:  Why don't we take the afternoon recess.

13  It's time to take 20 minutes, ladies and gentlemen.  You just

14  take your pads with you.

15

16                      (Jury out.)

17

18          THE COURT:  Counsel, I have word from the clerk's

19  office that ePlus intends to file 30,000 pages of exhibits

20  under seal.  What is that about?

21          MR. MERRITT:  Sounds terribly daunting.  Let me try

22  to address this, Your Honor.  Under Rule 103, we think that

23  we're required to make an offer of proof -- we'd like to do it

24  before we close -- with regard to damages testimony in exhibits

25  that were excluded by the Court's earlier rulings several

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF VIRGINIA

 3                     RICHMOND DIVISION

 4

 5    --------------------------------------
                                           :
 6    ePLUS, INC.                          :    Civil Action No.
                                           :    3:09CV620
 7    vs.                                  :
                                           :
 8    LAWSON SOFTWARE, INC.                :    January 13, 2011
                                           :
 9    --------------------------------------

10

11           COMPLETE TRANSCRIPT OF THE JURY TRIAL

12          BEFORE THE HONORABLE ROBERT E. PAYNE

13        UNITED STATES DISTRICT JUDGE, AND A JURY

14
      APPEARANCES:
15
      Scott L. Robertson, Esquire
16    Michael G. Strapp, Esquire
      Jennifer A. Albert, Esquire
17    David M. Young, Esquire
      Goodwin Procter, LLP
18    901 New York Avenue NW
      Suite 900
19    Washington, D.C.  20001

20    Craig T. Merritt, Esquire
      Christian & Barton, LLP
21    909 East Main Street
      Suite 1200
22    Richmond, Virginia  23219-3095
      Counsel for the plaintiff
23

24                 Peppy Peterson, RPR
                  Official Court Reporter
25              United States District Court
```

CHRISTOPHERSON - DIRECT                1555

1   do.  What he saw Dr. Weaver do with the software in

2   this case.

3           THE COURT:  Objection sustained.  Please

4   disregard the answer.  One witness can't comment upon

5   what another witness has testified to in that fashion.

6   BY MS. STOLL-DeBELL:

7   Q   I'm going to ask you some questions about UNSPSC

8   codes.  Okay?

9   A   Okay.

10  Q   Are UNSPSC codes used to categorize similar

11  products for use with different kinds of analysis?

12          MR. ROBERTSON:  Objection.  Lack of

13  foundation.

14          MS. STOLL-DeBELL:  I can lay a foundation.

15          THE COURT:  All right.

16  BY MS. STOLL-DeBELL:

17  Q   Do you know what UNSPSC codes are?

18  A   Yes.

19  Q   Do you work with them as part of your work for

20  Lawson software?

21  A   Yes.

22  Q   Does Lawson Software have the capability of using

23  UNSPSC codes?

24  A   Yes.

25  Q   Are UNSPSC codes used in Lawson Software to

CHRISTOPHERSON - DIRECT          1556

1    categorize similar products to be used for different

2    kinds of analysis?

3    A    Yes.

4    Q    Do they help companies analyze spending patterns?

5    A    Yes.

6    Q    Do UNSPSC codes identify generally equivalent

7    items?

8              MR. ROBERTSON:  Objection, Your Honor.  I

9    think that calls for an opinion, and it also intrudes

10   on an opinion with respect to infringement issues.  So

11   it calls for a legal conclusion.

12             THE COURT:  It calls for expert opinion, did

13   you say, or legal conclusion or what?

14             MR. ROBERTSON:  It calls for an expert

15   opinion.

16             THE COURT:  Your voice dropped off right

17   there at the end and I didn't hear it.

18             MR. ROBERTSON:  I apologize, Your Honor.

19   Yes, it's seeking a legal opinion from this witness

20   and it calls for a legal conclusion in this case.

21             THE COURT:  A legal opinion?  Why is it a

22   legal opinion?

23             MR. ROBERTSON:  Excuse me.  I misspoke.  It

24   calls for an expert opinion, Your Honor, and it seeks

25   a legal conclusion.

1    isn't that right, when you made this new release note

2    for Version 8.0.3?

3    A    That's a term that was used by the technical

4    writer.

5    Q    You're not trying to run away from "catalog," are

6    you, sir?

7    A    No.  You did ask me "did you use that term," and I

8    did not use that term.

9    Q    I'm sorry.  It was an indefinite pronoun.  Did

10   Lawson use "catalog item" when it did these release

11   notes?

12   A    Yes, it did.

13   Q    On this import process?

14   A    Yes.

15   Q    It's the vendor that are provides the item catalog

16   in a CSV format; is that right?

17   A    That's correct.

18   Q    The vendor discloses or makes known that item

19   information in that CSV format, correct?

20   A    Discloses to whom?

21   Q    The customer.

22   A    To the customer, yes.

23   Q    And Lawson in this vendor import agreement process

24   calls that vendor information "item catalog

25   information," right?

CHRISTOPHER - CROSS                1592

1    A    That's correct.

2    Q    And you would agree with me that that item catalog

3    information disclosed by the vendor or the supplier

4    through a vendor agreement import process ends up in

5    the item master, correct?

6    A    Say that again.

7    Q    Yes.  The vendor or the supplier who provides this

8    item catalog information to the customer can be

9    imported through this process we're talking about

10   here, this vendor agreement import, into the item

11   master?

12           MS. STOLL-DeBELL:  Objection to form of the

13   question.  It's unclear.

14           MR. ROBERTSON:  I'll rephrase, Your Honor.

15           THE COURT:  All right.

16           MS. STOLL-DeBELL:  I think he talked about a

17   supplier being loaded in.

18           MR. ROBERTSON:  I'll rephrase the question.

19   BY MR. ROBERTSON:

20   Q    The vendor that has provided the catalog item

21   information in a CSV format ends up through this

22   process in the item master; isn't that right?

23           MS. STOLL-DeBELL:  Objection.  The vendor --

24   the question is unclear.

25           THE COURT:  Are you asking whether the vendor

CHRISTOPHER - CROSS                    1593

1   ends up in the item master?

2           MR. ROBERTSON:  No.

3           THE COURT:  That's what her objection is and

4   I think it's well taken.

5           MR. ROBERTSON:  Let me rephrase then.

6           THE COURT:  It's the item that ends up there,

7   I think.

8   BY MR. ROBERTSON:

9   Q   The vendor provides the item catalog information

10  that ends up in the item master; isn't that right?

11  A   That is some of the information that ends up

12  there.

13  Q   Why don't you take a look at this vendor import

14  price agreement again.  Let me see if I can refresh

15  your recollection on the process.  If you would look

16  at the page that ends 428.

17  A   Sorry about that.  I was in the wrong document.

18  Q   That's all right.  Take your time.  Do you see

19  that page is entitled, Vendor agreement import?

20  A   That's correct.

21  Q   And in the first box, it says, Vendor provides

22  item catalog in CSV format.  Do you see that?

23  A   That's correct.

24          MS. STOLL-DeBELL:  Your Honor, he hasn't

25  asked him if this refreshes his recollection, and the

CHRISTOPHER - CROSS                    1595

1    term CSV, correct?

2    A    Yes.

3    Q    Can you tell the jury again what a CSV file is?

4    A    CSV is basically a comma separated values.

5              THE COURT:  C-o-m-m-a?

6              THE WITNESS:  Yes.

7    Q    And those values that are being separated is data

8    with respect to the catalog item; isn't that right?

9    A    It starts out that way, yes.

10   Q    And that was disclosed or made known to the

11   customer by the vendor, right?

12   A    Correct.

13   Q    And in this page that we're looking at here now,

14   428, you'll see that there is a series of arrows

15   pointing to other boxes, and at the very end there's a

16   database, I believe.

17        Would you agree with me that that's what's being

18   characterized there?

19   A    Some sort of a data repository, yes.

20   Q    In there, it says, Create item master vendor item

21   records, do you see that?

22   A    Correct.

23   Q    So this through this chart, Lawson is showing a

24   customer how this vendor item catalog information that

25   it disclosed or made generally known ends up in this

1  database that is creating the item master and

2  containing vendor item records, correct?

3  A   At a very high level, yes.

4  Q   And in this imported file, which is this comma

5  separated value format, there are certain required

6  fields, correct?

7  A   That's correct.

8  Q   One of the required fields is a vendor item

9  number; isn't that right, sir?

10 A   Correct.

11 Q   And one of the required fields is a vendor item

12 description, correct?

13 A   Correct.

14 Q   And one of the required fields is a unit of

15 measure; isn't that right?

16 A   Correct.

17 Q   And one of the required fields is a unit price;

18 isn't that right?

19 A   Correct.

20 Q   If you turn to the page that ends 431, there are a

21 number of fields there.  Are you comfortable now with

22 this exhibit that it is describing the vendor import

23 price agreements at a high level?

24 A   It appears to be, yes.

25          MR. ROBERTSON:  Your Honor, then I would move

CHRISTOPHER - CROSS                1598

1  a vendor agreement, correct?

2  A    That's correct.

3  Q    And we go through this phase 2, mark or unmark a

4  subset of vendor items for inclusion in the vendor

5  agreement, right?

6  A    That's correct.

7  Q    If it's a new item, it goes over and it's

8  indicated as yes to phase 3, import marked vendor

9  items for inclusion on vendor agreement, correct?

10 A    That's correct.

11 Q    And then it ends up in the item master there where

12 it says, Create item master vendor item records,

13 right?

14 A    That's correct.

15 Q    Let's go to the page we talked about that has

16 required fields which ends at 430.

17 A    Ends at 430?

18 Q    The Bates label that ends with 430, sir.  Now,

19 it's talking about what actually was imported in that

20 file, right?  I asked you about whether these were

21 required fields.

22 A    It could.  I've not seen this before, so give me a

23 chance to look at it.  You've obviously had that

24 chance.

25 Q    That's fair.

CHRISTOPHER - CROSS                    1599

1    A    Yes.   Okay.

2    Q    Just confirm for us that you agreed with me when I

3    asked you whether all four of these things were

4    required fields, correct?

5    A    Correct.

6    Q    If you turn to the next page, there's additional

7    fields, isn't there?

8    A    That's correct.

9    Q    One of the fields in this importing vendor

10   catalogs into the item master is, in No. 2, a vendor

11   item description.  Do you see that?

12   A    Correct.

13   Q    And it's described as the vendor's item

14   description, right?

15   A    That is correct.

16   Q    That is who disclosed or made generally known that

17   description, right?

18   A    That's correct.

19   Q    The next one is a vendor item number.  Do you see

20   that, number 3?

21   A    Uh-huh.

22   Q    It's the vendor identification code for the item;

23   isn't that right?

24   A    That's correct.

25   Q    The vendor made generally known or disclosed that

1   information when it provided this catalog data,

2   correct?

3   A    That's correct.

4   Q    The next one is UOM, do you see that, sir?

5   A    Correct.  Yes, I do.

6   Q    That's the unit of measure, right?

7   A    That is, yes.

8   Q    That's one of the required things the vendor had

9   to do, right?

10  A    Yes.

11  Q    The next one is the item cost.  Do you see that?

12  A    Yes, I do.

13  Q    That's also one of those required things that the

14  vendor had to make known or generally available to the

15  customer in order for this to be loaded into the item

16  master, correct?

17  A    Correct.

18  Q    The next one is a Lawson item number, okay?  Do

19  you see that?

20  A    Yes.

21  Q    So now Lawson can create its own item number for

22  that, right?

23  A    Correct.

24  Q    But you can also have a field for a universal

25  product code, correct?

1  A    Correct.

2  Q    You can also have a field for stock-keeping units;

3  isn't that right?

4  A    Correct.

5  Q    Go down to No. 12.  Do you see there they have

6  manufacturer item number?

7  A    Yes, I do.

8  Q    That's also information the vendor can provide

9  that can then be imported into the item master,

10 correct?

11 A    That's correct.

12 Q    And talked a little about these UNSPSC codes?

13 A    Correct.

14 Q    No. 16 talks about the -- actually, let me

15 rephrase.  You're familiar with that UNSPSC code,

16 right?

17 A    Right.

18 Q    It's a hierarchy to drill down to try and identify

19 products, correct?

20 A    Correct.

21 Q    And yesterday I asked you if that could be used in

22 order for cross-referencing products, and I think you

23 agreed with me.  Do you mean that?

24 A    That was not yesterday.  Two days ago, but yes.

25 Q    Okay.  Sorry.  They're starting to blur together.

1    I appreciate that.

2        It also has a field for the UNSPSC family.  Do you

3    see that?

4    A    Correct.

5    Q    Now, if you turn to the next page.  There's a

6    black box around those four required fields there.  Do

7    you see that?

8    A    Correct.

9    Q    So what's being emphasized here is this black box.

10   These are the required fields, but all these other

11   fields are available, right?

12   A    Fair.  We don't understand the content, but that

13   appears to be it, yes.

14   Q    But these are the fields that are available in

15   this import process; isn't that right?

16   A    These are the fields that are available?

17   Q    That can be filled with catalog item data?

18   A    These are for the fields, yes.

19   Q    Why don't you turn to the next page.

20            THE COURT:  Wait a minute.  Is everything

21   listed on that page an available field?

22            THE WITNESS:  Correct.

23            THE COURT:  Including the four that are

24   bracketed.

25            THE WITNESS:  Yes.

1   Q    So alphanumeric means you can use the alphabet to

2   describe something or identify it or you can use

3   numbers, right?

4   A    Correct.

5   Q    You can use both?

6   A    Correct.

7   Q    There are at least five available user defined

8   fields for that purpose isn't that right?

9   A    For alphanumeric, yes.

10  Q    One of the things I can put in that field, isn't

11  it, sir, is the vendor name?

12  A    You could put the vendor name there, yes.

13  Q    If I put the vendor name in there, I come search

14  in the Lawson system by vendor name; is that right?

15  A    You're searching for the alpha field.

16  Q    If I'm searching in that alpha field, and it has

17  the vendor name, I could search by vendor name,

18  correct?

19  A    You would get back those entries, yes.

20  Q    Those vendors?

21  A    Yes.

22  Q    That I put in that user defined field?

23  A    Correct.

24  Q    Could you just go to the page that ends with 437.

25  That actually is identifying this vendor price

1  release notes, 8.03, purchase order release notes 1,

2  8.0.3, purchase order release notes.  Let me focus on

3  what I want to get here.

4      This document contains release notes for the

5  purchase order application for 8.0.3, 28.0.3, purchase

6  order, purchase notes, purpose order release notes,

7  vendor catalog load, correct?

8  A   Correct.

9  Q   Now, there's another way for the item master to

10  get vendor catalog data into the -- excuse me.

11  There's another procedure that Lawson employs to get

12  catalog data into the item master, isn't there?

13  A   Correct.

14  Q   One of those processes is an EDI transaction;

15  isn't that right?

16  A   You're talking about which transaction type?

17  Q   EDI 832?

18  A   Correct.

19  Q   So you know if a Lawson customer, for example, has

20  that EDI Lawson module available to it as part of its

21  procurement process, it can use that EDI 832

22  transaction, right?

23  A   832 transaction gets it to the front door, yes.

24  Q   And getting in through the front door in order to

25  get into that item master, you can get a price catalog

1   file; isn't that right?

2   A    You do get a file, yes.

3   Q    It's a catalog file, isn't it, sir?

4   A    Correct, yes.

5   Q    All right.  And that price catalog file can

6   contain data such as the vendors item description,

7   correct?

8   A    Correct.

9   Q    Vendor identifier?

10  A    Correct.

11  Q    The price?

12  A    Correct.

13  Q    The unit of measure?

14  A    Correct.

15  Q    And the vendor's catalog number, correct?

16  A    Correct.

17  Q    And the vendor can send the user the vendor price

18  agreement import program, this vendor catalog we've

19  been talking about, in a CSV file that contains a

20  catalog of all the items the vendor can sell the user;

21  isn't that right?

22  A    It could.

23  Q    Do you have any doubt about that?

24  A    I have no doubt that they can do it, yes.

25  Q    In fact, customers who have the EDI module that

1      THE COURT:  So that's sort of under the rule

2  of what's sauce for the goose is sauce for the gander,

3  right?

4      MS. STOLL-DeBELL:  Yes, Your Honor.

5      MR. ROBERTSON:  I understood, Your Honor,

6  that the question was he was able to answer in his

7  understanding.

8      THE COURT:  Well, he was.  And he's probing

9  the understanding.  He was given the right to answer

10  as to his understanding.  But you didn't ask the

11  question as to his understanding.  You asked the

12  question in an objectionable form, and her objection

13  is sustained.

14  Q    Let me ask it based on your understanding.

15  A    Correct.

16  Q    This is a chart that you created, right?

17  A    That is correct.

18  Q    And in this chart, you're saying that the vendor

19  gives this electronic format, which we've identified,

20  for example, as this CSV catalog file, gives that

21  information to the customer, okay.  Is that right?

22  A    That's correct.

23  Q    So in your lay person understanding, by giving

24  that information, is it disclosing it to the customer?

25  A    It's disclosing that to the customer.

CHRISTOPHER - CROSS                1621

1    Q    And it's making it generally known to the

2    customer, right?

3    A    It's making it known to that customer, yes.

4    Q    You can load lots of catalog item data in this

5    item master, can't you, sir?

6    A    Define "lots."

7    Q    For example, Mr. Matias testified, he's from

8    Robert Wood Johnson that he had 36,000 items in his

9    item master, right?

10   A    That's correct.

11   Q    From 3,000 vendors.  You were in the courtroom

12   when that testimony was played?

13   A    I don't recall the exact numbers.

14   Q    It was thousands?

15   A    Yes.

16   Q    And the Lawson procurement system has that ability

17   to load thousands of items from thousands of vendors,

18   right?

19   A    Thousands of items from thousands of vendors?

20   Q    Yes.

21   A    So you're going to be saying tens of millions?

22   Q    Well, it can have at least we know from the record

23   36,000 items can be loaded into it from 3,000 or so

24   vendors, right?

25   A    Cumulative, yes.

CHRISTOPHER - CROSS                1622

1    Q    Do you know what upper limit there is on the

2    number of items?

3    A    It would depend on the field length of the item

4    number that Lawson has, and I don't recall what that

5    was, but that's in one of the previous slides, I

6    believe, that we looked at.  It may have been.

7    Q    Could it be more than 100,000 items?

8    A    Could be.

9    Q    Could it be more than 10,000 separate vendors?

10   A    Yes.

11   Q    And Lawson's procurement system, even it's core

12   procurement system out of the box, has that

13   capability, right?

14   A    Correct.

15   Q    You were asked whether or not Lawson sells

16   computers, right?

17   A    Correct.

18   Q    But you do sell services, right, sir?

19   A    Correct, services for the software that we sell.

20   Q    And services for the software that's at issue in

21   this case, right?

22   A    Correct.

23   Q    And one of the services you sell is you implement

24   the software modules and applications that are accused

25   in this case on the servers, the computers of your

CHRISTOPHER - CROSS                    1623

1    customers, right?  You've done that, sir, right?

2    A    I have not, no.

3    Q    But the company does it?

4    A    Yes.

5    Q    And the company makes a lot of money from doing

6    that, don't they?

7    A    I actually do not get into any of the financials

8    on that.

9    Q    But you know that the company does that as one of

10   its regular practices; isn't that right?

11   A    Correct.

12   Q    And the software that we're talking about is

13   intended to be used on computers, right?

14   A    All software is intended to be used on computers.

15   Q    Right.  I mean, they're not doorstops or bookends.

16   They are intended to run on computers, right?

17   A    One hopes so.

18   Q    And Lawson knows that when it's implementing it on

19   the customers' computers, right?

20   A    That's correct.

21   Q    And these implementations, we know, for loading

22   this software that's at issue in this case can take

23   months, can't it?

24   A    It can, yes.

25   Q    It can take up to a year sometimes, can't it?

1    A    Which particular software?

2    Q    The software that's accused in this case, this

3    procurement software.

4    A    Generally, it's not going to take a year to do

5    that.

6    Q    Did you see the deposition testimony of Blount

7    that said it took seven months to load the software?

8    A    Correct.

9    Q    That's not a typical, is it?

10   A    Seven months, not atypical, but also you have to

11   look at the full product set that they were probably

12   putting in.  It may go beyond just the accused

13   products.

14   Q    You talked a lot about the item master table.  You

15   are familiar with the vendor item table, correct?

16   A    The vendor item table?

17   Q    Yes.

18   A    Yes.

19   Q    In that table there's a vendor identification,

20   right?

21   A    Correct.

22   Q    And I understood you to say that there can be

23   communication among these modules, right?

24   A    There is, yes.

25   Q    You're familiar with the table that's the

CHRISTOPHER - CROSS                    1625

1    POITEMVEN?

2    A    POITEMVEN?

3    Q    Yes.  That's the vendor item table?

4    A    That's what it is, yes.  That's the computer name

5    for it.

6    Q    That's where that vendor item identification can

7    be, right?

8    A    Correct.

9    Q    That's also where you can have price information?

10   A    Yes.

11   Q    And the item number there serves to link the item

12   record to the ITEMMAST table; is that right?

13   A    That's now the communication occurs, yes.

14   Q    And the ITEMMAST table is the item master table;

15   isn't that right, sir?

16   A    Correct.

17   Q    And so between those two tables you can link the

18   item information that we've been talking about that's

19   in the item master table to the vendor information

20   that's provided in the vendor item table, right, sir?

21   A    Correct.

22   Q    You heard Mr. Niemeyer, the source code expert,

23   testify exactly to that, didn't you?

24   A    That's the way relational databases work.

25   Q    Exactly.  Do you have the exhibit notebook that

1    right?  Right in the middle, sir?

2    A    All I see right now is fuzzy.  But it appears to

3    be something there, yes.  Item description, yes.

4    Q    Would it help --

5    A    Oh, okay.

6              THE COURT:  Can you read it?  If you can't,

7    you don't have to testify about it.

8              THE WITNESS:  I can read it now that he's

9    highlighted it, yes.

10   Q    It says, Item description, Dell Dimension 8100,

11   correct?

12   A    Correct.

13   Q    And that item description was disclosed or made

14   generally known by the vendor in this instance,

15   correct?

16   A    I would say probably not.

17   Q    Well, it came from that vendor, didn't it?

18   A    I would say that the first few words, yes.

19   Q    Okay.  And the unit cost is there, too.  Do you

20   see that?  Up on the upper right?

21   A    Right.

22   Q    That cost, that pricing information, you said

23   comes from the vendor, correct?

24   A    That's correct.

25   Q    And at the bottom under the item description

1    A    You have to define what seamlessly means.

2    Q    This is your document.  Do you have an

3    understanding of what "seamlessly" means?

4    A    It's not my document, sir.

5    Q    Well, it's a Lawson document.  Lawson was

6    representing that the process is seamless, right?

7    A    Well, we know --

8    Q    Lawson was representing that --

9            THE COURT:  You know, it would have just been

10   sufficient to have left the question where it was

11   because he already answered it was seamless and then

12   you get into it.

13           MR. ROBERTSON:  I'll move on, Your Honor.

14   BY MR. ROBERTSON:

15   Q    When the Lawson system punches out to the Punchout

16   creating the partner's catalog, you remain connected

17   to the Lawson system; is that right?

18   A    Say that again.

19   Q    Yes.  When the Lawson system punches out to the

20   Punchout creating the partner's catalog, you remain

21   connected to the Lawson system, correct?

22   A    Correct.

23   Q    Let's take a look at the page that ends with Bates

24   label 261, if we could.

25           So here's the representation of this RSS Punchout

1    order, the PO there, is created by PO 100.  That's

2    accurate, right?

3    A    That's correct.

4    Q    Then the purchase order can be sent to the vendor

5    using the Lawson EDI module, right?

6    A    It can be, yes.

7    Q    When the Lawson system was doing that, you

8    remained connected to the Lawson system at all times;

9    isn't that right, sir?  Didn't you testify to that in

10   your deposition?

11   A    It's connected, yes.

12   Q    You were asked about page 265, sir.  If you could

13   turn to that.  Now, there's some questions about where

14   the software was running on this in this Punchout

15   demonstration.  Let me just ask you, this was a joint

16   presentation by Lawson and Trinity Information

17   Systems, right?

18   A    Correct.

19   Q    So it's operating, as you can tell, I think you

20   pointed to it, sir, the URL address is Trinity Health

21   Organization, right?

22   A    That is correct.

23   Q    But after where it says TrinityHealth.org/, it

24   says "Lawson/portal," right?

25   A    It does say that, yes.

1    Q    So it's using the Lawson portal to be able to

2    access this data that appears here on this web page?

3    A    On this screen, yes, absolutely.

4    Q    And there are four vendors here, correct?  There's

5    HP.  There's Standard Register.  There's Corporate

6    Express, and there's Grainger; is that right?

7    A    That's correct.

8    Q    So the Trinity customer using RSS and Punchout

9    from their computer has access this page to select the

10   product catalog it wants to search, right?

11   A    That's correct.

12   Q    When a customer such as Trinity -- excuse me.  Let

13   me just make it generic.  When a customer asks Lawson

14   to provide them with access to a Punchout trading

15   partner, Lawson provides that service for them, right?

16   A    Can you state that again?

17   Q    Sure.  If a customer comes to Lawson and says that

18   I've got RSS, and I've got Punchout, and I want the

19   following 10 vendor catalogs to be available to me,

20   lawson will make that happen?  They'll facilitate it,

21   right?  It's one of the services you provide?

22   A    We don't actually facilitate.  The customer has to

23   have contract with those providers.

24   Q    If the Court has a contract with that provider,

25   and they came to you, and they say, Will you put these