# EXHIBIT 9

```
 1                IN THE UNITED STATES DISTRICT COURT

 2              FOR THE EASTERN DISTRICT OF VIRGINIA

 3                         RICHMOND DIVISION

 4

 5      ----------------------------------------
                                                :
 6       ePLUS, INC.                            :   Civil Action No.
                                                :   3:09CV620
 7       vs.                                    :
                                                :
 8       LAWSON SOFTWARE, INC.                  :   January 13, 2011
                                                :
 9      ----------------------------------------

10

11             COMPLETE TRANSCRIPT OF THE JURY TRIAL

12             BEFORE THE HONORABLE ROBERT E. PAYNE

13             UNITED STATES DISTRICT JUDGE, AND A JURY

14
        APPEARANCES:
15
        Scott L. Robertson, Esquire
16      Michael G. Strapp, Esquire
        Jennifer A. Albert, Esquire
17      David M. Young, Esquire
        Goodwin Procter, LLP
18      901 New York Avenue NW
        Suite 900
19      Washington, D.C.  20001

20      Craig T. Merritt, Esquire
        Christian & Barton, LLP
21      909 East Main Street
        Suite 1200
22      Richmond, Virginia  23219-3095
        Counsel for the plaintiff
23

24                     Peppy Peterson, RPR
                       Official Court Reporter
25                 United States District Court
```

```
 1   your definitions.
 2           Answer:  And the fact is, all we got after that was
 3   36 customers out of hundreds of customers in which they said,
 4   here, here's a few customers that we've done data migration
 5   for --
 6           THE COURT:  What are you doing?
 7           MR. McDONALD:  I was going to offer something, Your
 8   Honor, because I think we may not have a dispute on this issue,
 9   and we can maybe cut it short.
10           THE COURT:  Let's see if we can speed it up.
11           MR. McDONALD:  Since damages are out of the case, I
12   don't think we're going to dispute now -- we don't have to
13   worry about how many customers or whether there was some that
14   we didn't help load the data.  I don't think this is an issue.
15           THE COURT:  You're not going to offer evidence on
16   that topic.
17           MR. McDONALD:  No, it's not a defense that we're
18   asserting.
19           THE COURT:  Then it's moot.
20           MR. ROBERTSON:  All right, thank you, Your Honor.
21   That's a good resolution.
22           THE COURT:  Do you know how that could have been
23   solved, Mr. Robertson?  Let me tell you the way that we did it
24   in the days gone by.  The issue was on the table -- Mr.
25   McDonald, this is for both of you.
```