<u>**VERDICT**</u>

We, the jury, find as follows:

**I.     INFRINGEMENT**

Do you find that *e*Plus has proven that it is more likely than not that the following accused configurations of the Lawson S3 Procurement System have infringed the listed claims of the *e*Plus patents, either directly or indirectly?  **(As to each claim, a "YES" answer is a finding for *e*Plus.  A "NO" answer is a finding for Lawson.)**

<u>Configuration No. 1:  Core S3 Procurement System (Lawson System Foundation ("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules)</u>

'516 Patent, claim 1:     YES _____     NO _____

'516 Patent**,** claim 6:     YES _____     NO _____

<u>Configuration No. 2:  Core S3 Procurement System (Lawson System Foundation ("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules) and Requisition Self-Service or "RSS"</u>

'683 Patent, claim 3:     YES _____     NO _____

'683 Patent, claim 28:     YES _____     NO _____

'516 Patent, claim 1:     YES _____     NO _____

'516 Patent, claim 6:     YES _____     NO _____

'516 Patent, claim 9:     YES _____     NO _____

'516 Patent, claim 21:     YES _____     NO _____

'516 Patent, claim 22:     YES _____     NO _____

'516 Patent, claim 29:     YES _____     NO _____

'172 Patent, claim 1:     YES _____     NO _____

Configuration No. 3:  Core S3 Procurement System (Lawson System Foundation

("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order

Modules), Requisition Self-Service or "RSS," and Punchout

'683 Patent, claim 3:     YES _____     NO _____

'683 Patent, claim 26:     YES _____     NO _____

'683 Patent, claim 28:     YES _____     NO _____

'683 Patent, claim 29:     YES _____     NO _____

'516 Patent, claim 1:     YES _____     NO _____

'516 Patent, claim 2:     YES _____     NO _____

'516 Patent, claim 6:     YES _____     NO _____

'516 Patent, claim 9:     YES _____     NO _____

'516 Patent, claim 21:     YES _____     NO _____

'516 Patent, claim 22:     YES _____     NO _____

'516 Patent, claim 29:     YES _____     NO _____

'172 Patent, claim 1:     YES _____     NO _____

Configuration No. 4:  Core S3 Procurement System (Lawson System Foundation ("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules) and Electronic Data Interchange or "EDI"

'683 Patent, claim 26:     YES _____     NO _____

'516 Patent, claim 1:     YES _____     NO _____

'516 Patent, claim 6:     YES _____     NO _____

Configuration No. 5:  Core S3 Procurement System (Lawson System Foundation ("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules), Requisition Self-Service or "RSS", Punchout, and Electronic Data Interchange or "EDI"

'683 Patent, claim 3:     YES _____     NO _____

'683 Patent, claim 26:     YES _____     NO _____

'683 Patent, claim 28:     YES _____     NO _____

'683 Patent, claim 29:     YES _____     NO _____

'516 Patent, claim 1:     YES _____     NO _____

'516 Patent, claim 2:     YES _____     NO _____

'516 Patent, claim 6:     YES _____     NO _____

'516 Patent, claim 9:     YES _____     NO _____

'516 Patent, claim 21:     YES _____     NO _____

'516 Patent, claim 22:     YES _____     NO _____

'516 Patent, claim 29:     YES _____     NO _____

'172 Patent, claim 1:     YES _____     NO _____

## II.    VALIDITY

**(As to each claim, a "YES" answer is a finding for Lawson.  A "NO" answer is a finding for ePlus.)**

A)    Do you find that Lawson has proven by clear and convincing evidence that any of the

following claims are anticipated by the Fisher RIMS system?

| | | |
|---|---|---|
| '683 Patent, claim 3: | YES _____ | NO _____ |
| '683 Patent, claim 26: | YES _____ | NO _____ |
| '683 Patent, claim 28: | YES _____ | NO _____ |
| '683 Patent, claim 29: | YES _____ | NO _____ |
| '516 Patent, claim 1: | YES _____ | NO _____ |
| '516 Patent, claim 2: | YES _____ | NO _____ |
| '516 Patent, claim 6: | YES _____ | NO _____ |
| '516 Patent, claim 9: | YES _____ | NO _____ |
| '516 Patent, claim 21: | YES _____ | NO _____ |
| '516 Patent, claim 22: | YES _____ | NO _____ |
| '516 Patent, claim 29: | YES _____ | NO _____ |
| '172 Patent, claim 1: | YES _____ | NO _____ |

B)      Do you find that Lawson has proven by clear and convincing evidence that any of the following claims are anticipated by U.S. Patent No. 5,712,989?

'683 Patent, claim 3:       YES _____   NO _____

'683 Patent, claim 26:      YES _____   NO _____

'683 Patent, claim 28:      YES _____   NO _____

'683 Patent, claim 29:      YES _____   NO _____

'516 Patent, claim 1:       YES _____   NO _____

'516 Patent, claim 2:       YES _____   NO _____

'516 Patent, claim 6:       YES _____   NO _____

'516 Patent, claim 9:       YES _____   NO _____

'516 Patent, claim 21:      YES _____   NO _____

'516 Patent, claim 22:      YES _____   NO _____

'516 Patent, claim 29:      YES _____   NO _____

'172 Patent, claim 1:       YES _____   NO _____

C)      Do you find that Lawson has proven by clear and convincing evidence that any of the following claims are obvious in light of the combination of either (1) the RIMS System, the RIMS brochure, and/or U.S. Patent No. 5,712,989 and (2) the TV/2 System, the TV/2 brochure, and/or the TV/2 general information manual?

'683 Patent, claim 3:       YES _____     NO _____

'683 Patent, claim 26:      YES _____     NO _____

'683 Patent, claim 28:      YES _____     NO _____

'683 Patent, claim 29:      YES _____     NO _____

'516 Patent, claim 1:       YES _____     NO _____

'516 Patent, claim 2:       YES _____     NO _____

'516 Patent, claim 6:       YES _____     NO _____

'516 Patent, claim 9:       YES _____     NO _____

'516 Patent, claim 21:      YES _____     NO _____

'516 Patent, claim 22:      YES _____     NO _____

'516 Patent, claim 29:      YES _____     NO _____

'172 Patent, claim 1:       YES _____     NO _____

**INSTRUCTION:  CONTINUE AND SIGN VERDICT FORM ON NEXT PAGE**

You each must sign this Verdict Form.


Dated: _____         _____
                                                                                      FOREPERSON


_____         _____


_____         _____


_____         _____


_____         _____