IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC.,               ) | |
| ) | |
| Plaintiff,    ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v.                          ) | |
| ) | |
| LAWSON SOFTWARE, INC.,      ) | |
| ) | |
| ) | |
| ) | |
| Defendant.   ) | |

**PLAINTIFF *e*PLUS, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW OF NO INVALIDITY OF THE ASSERTED CLAIMS PURSUANT TO FED. R. CIV. P. 50(a), AND FOR JUDGMENT ON PARTIAL FINDINGS PURSUANT TO FED. R. CIV. P. 52 WITH RESPECT TO NON-JURY DEFENSES UNDER 35 U.S.C. §§ 101 AND 112**

| | |
|---|---|
| Craig T. Merritt (VSB #20281) | Scott L. Robertson (admitted *pro hac vice*) |
| Henry I. Willett, III (VSB #44655) | Jennifer A. Albert (admitted *pro hac vice*) |
| **CHRISTIAN & BARTON, LLP** | David M. Young (VSB#35997) |
| 909 East Main Street, Suite 1200 | **GOODWIN PROCTER LLP** |
| Richmond, Virginia 23219-3095 | 901 New York Avenue, N.W. |
| Telephone: (804) 697-4100 | Washington, DC 20001 |
| | Telephone: (202) 346-4000 |
| *Attorneys for Plaintiff, ePlus Inc.* | |
| | Michael G. Strapp (admitted *pro hac vice*) |
| | **GOODWIN PROCTER LLP** |
| | Exchange Place |
| | 53 State Street |
| | Boston, MA 02109-2881 |
| | Telephone: (617) 570-1000 |

Pursuant to Federal Rule of Civil Procedure 50(a), Plaintiff ePlus, Inc. ("ePlus"), by counsel, respectfully moves for judgment as a matter of law that Defendant Lawson Software, Inc. ("Lawson"), has failed to show a legally sufficient evidentiary basis on which a reasonable jury could find that any of the asserted claims are invalid, including invalidity under Sections 102, 103 and 112 of the patent statute.[1]  Because Lawson's additional defenses of indefiniteness (Section 112) and unpatentable subject matter (Section 101) constitute issues of law for the Court, rather than jury issues, ePlus also moves for a judgment of no invalidity on partial findings pursuant to Fed. R. Civ. P. 52 or, alternatively, for judgment as a matter of law pursuant to Rule 50, with respect to these defenses.  Lawson has been fully heard with respect to all of its invalidity contentions.  Accordingly, ePlus respectfully requests that the Court grant judgment as a matter of law that the asserted claims of the patents-in-suit are not invalid.  The grounds for this motion are more fully set forth in the accompanying brief in support.

---

[1] This motion sets forth ePlus's arguments in support of judgment as a matter of law pursuant to its oral argument on Friday, January 21.

Respectfully submitted,

January 24, 2011

            /s/
David M. Young (VSB #35997)
Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
Counsel for Plaintiff *e*Plus, Inc.
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Michael G. Strapp (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January, 2011, I will electronically file the foregoing

**PLAINTIFF *e*PLUS, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW OF NO INVALIDITY OF THE ASSERTED CLAIMS PURSUANT TO FED. R. CIV. P. 50(a), AND FOR JUDGMENT ON PARTIAL FINDINGS PURSUANT TO FED. R. CIV. P. 52 WITH RESPECT TO NON-JURY DEFENSES UNDER 35 U.S.C. §§ 101 AND 112**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
Megan C. Rahman
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com
megan.rahman@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

/s/

David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com