# EXHIBIT 4

53

1   item.

2             When we were on break -- can I make

3   a comment?

4        Q.     Perhaps we should go off the

5   record.

6             THE WITNESS:  Okay, could we.

7             THE VIDEOGRAPHER:  Going off the

8        record at 12 o'clock.

9             (Discussion off the record.)

10             THE VIDEOGRAPHER:  Back on the

11        record, 12:01.

12   BY MR. REDDY:

13        Q.     Now, I believe you just stated that

14   the catalog was associated with the specific

15   item; is that correct?

16        A.     Correct.

17        Q.     So the catalog is not associated

18   with the supplier; is that an accurate

19   statement?

20             MS. HUGHEY:  Objection;

21        mischaracterizes the witness' testimony.

22        A.     The catalog ID is part of the item

23   master file, period.  There is no catalog ID in

24   the vendor master.

25        Q.     Now, with respect to the user

89

1    that there was not a prohibition against

2    duplication of either the software or the

3    manuals with respect to the trial version of the

4    software?

5              MS. HUGHEY:  Objection; asked and

6         answered.

7         A.    Yeah, I think I've already answered

8    that.

9         Q.    What was your answer?

10        A.    My answer is I believe that it was

11   most probable that there was some kind of

12   wording to protect us on that.  But I couldn't

13   say for sure unless I had the agreement in front

14   of me.

15        Q.    If I could return for a moment to

16   Exhibit No. 2, which was I believe the guided

17   tour.

18        A.    Okay.  Got it.

19        Q.    And the page which we've been

20   referring to as L 126664.  Which were the

21   results from the purchase requisitioning

22   section.

23        A.    Okay.

24        Q.    So if a user selected an item from

25   this list, at this point was there any way that

90

1    a user could cross-reference this item with

2    other items in the P.O. Writer database?

3            MS. HUGHEY:  Objection; vague.

4      Q.    You can answer if you understand

5    the question.

6      A.    On this screen, they're looking at

7    a list of items that match their search

8    criteria.  If they were to select the

9    combination, the ship forward to look for

10   additional information, that's shown on the next

11   page, the 665.

12          The only way in this version that

13   they could cross-reference is if they chose, as

14   a customer, to implement the user defined fields

15   or to provide additional information in the

16   extended description area as to what a

17   cross-reference might be.  So that would

18   strictly be how that particular customer might

19   have chosen to implement the product.

20      Q.    And as we discussed earlier, that

21   additional line information, the user defined

22   fields within the additional line information,

23   was entirely up to the user to enter whatever

24   information they wanted to in those fields;

25   correct?

91

1        A.      That's correct.

2        Q.      And those user defined fields could

3    not have been searched in the version 10 of the

4    P.O. Writer Plus system; correct?

5              MS. HUGHEY:  Objection;

6         mischaracterizes the witness' testimony.

7        A.      The user defined fields could not

8    be searched to do an item look up.  And to my

9    knowledge, and based on what's in this document,

10   they couldn't be searched in this version.

11   That's my understanding after looking at this

12   document.

13              So they were there for reference.

14       Q.      You can set that document aside.

15              (McEneny Exhibit 5 for

16         identification, document entitled "Tenth

17         Edition," production numbers L 126501

18         through L 126513.)

19              MR. REDDY:  I've handed a document

20         to be marked as Exhibit No. 5, which is a

21         document Bates labelled L 126501 through

22         126513.  And at the top it states "tenth

23         edition," in parentheses, April 1993.

24       Q.      If you can take a few moments to

25   familiarize yourself with that document.