# EXHIBIT 7

1    demonstration, and comprehensive.

2              THE COURT:  Right, but he's not going through those.

3    He's going through what preceded those, as I understand it.

4              MR. SCHULTZ:  That's exactly correct, Your Honor.

5              THE COURT:  Objection is overruled.

6

7              (End of sidebar discussion.)

8

9              THE COURT:  All right.  Go ahead.

10   Q    Mr. Gounaris, you were talking about a demonstration

11   system.  What was the demonstration system that you saw?

12   A    It was a type of mockup --

13             MR. ROBERTSON:  Can we have a time frame, Your Honor?

14             THE COURT:  Summer 1993; right?

15             THE WITNESS:  Yes.  It was a mockup.  It was the way

16   to be able to show the business executives what this might look

17   like as it was being developed.  It was just to take something

18   that conceptual and give it a physical look and feel.

19             THE COURT:  What is a mockup?

20             THE WITNESS:  Mockup is kind of a -- it was some

21   samples of different screens and how they would interact with

22   one another so you get a sense of how a user might sit down in

23   front of the electronic catalog and use it, but it wasn't a

24   fully developed system.  It was just very limited function.

25             THE COURT:  Mr. Schultz, remember what you are

1    talking about.  You ask him whether he saw the TV/2 operate.

2    He said, yeah.  When?  Summer of '93.  What was it?  This demo,

3    and he just said in response to that what?  It wasn't fully

4    developed.  So he didn't see the TV/2 operate.  So now I

5    want -- you know, that's why I ask you all to be careful about

6    what you are doing.  Okay.

7    Q    When you say it wasn't fully developed, were you talking

8    about the TV/2 plus RIMS system?

9             MR. ROBERTSON:  Objection, leading.

10   A    No, I was --

11            THE COURT:  What were you talking about, is the

12   proper question, that wasn't fully developed.

13   A    I was talking about the entire system wasn't fully

14   developed.  It was just a small subset of the electronic

15   catalog system just to give it a mockup.

16   Q    I want you to focus just on TV/2.  Was the TV/2 system in

17   operation when you saw the demonstration in the summer of 1993?

18            MR. ROBERTSON:  Let me object as vague and ambiguous

19   as the TV/2 system.  This is part of a project here, and went

20   through several --

21            THE COURT:  I'm going to sustain it.  You need more

22   specificity of his testimony.  Otherwise, I wouldn't do that.

23   We've got something that we don't know what it is, and we need

24   to get it defined properly.  So either do it or move on.

25   Q    Mr. Gounaris, if we could bring up Exhibit 230 again,

1    please, and go to page 12 of that document.

2    A    Page 12 of this same document?

3              THE COURT:  Why don't we try it this way:  I can

4    strike it if I need to and tell him to disregard it.

5              What did you see in operation?  He's described a

6    mockup and a mockup with some screens.  That's what he said so

7    far.  What did you see in the summer of '92 that was this

8    demonstration other than those two screens?  Anything else?

9              THE WITNESS:  We demonstrated for Frank and for a few

10   executives from Fisher what the system would look like, so

11   there were pictures, there were simulations of what was in the

12   catalogs, so it gave you the look and feel of the catalog.

13             THE COURT:  So you saw simulations of something that

14   was in a catalog, saw pictures, and you saw mockups on the

15   screen.

16             THE WITNESS:  Text, pictures.  It looked similar to

17   what the physical catalog looked like only on an electronic

18   form, so you would get a sense of what an electronic version of

19   a paper catalog would look like and how somebody might go

20   through an order process.  It was very simple and limited in

21   terms of its capability but gave them a feel for here's what

22   this system would be like.

23             THE COURT:  Now, Mr. Schultz, that doesn't sound to

24   me like what he saw was the TV/2 in operation.  What he saw was

25   a mockup of the TV/2 in operation using some fairly basic

1    tools.  Isn't that where we are, and if that's right, then Mr.

2    Robertson's objection I should have sustained.

3                MR. SCHULTZ:  Mr. Gounaris --

4                THE COURT:  That's where we are.

5                MR. ROBERTSON:  I would move to strike the question

6    and answer, Your Honor.

7                THE COURT:  I think that's right.  We've tried and

8    tried and tried, and it isn't there, so I sustain his

9    objection.  Just disregard the testimony about this preliminary

10   demonstration, ladies and gentlemen.  It's not pertinent to the

11   case.

12   Q    Mr. Gounaris, if you'd take a look at Exhibit 230.  I'd

13   like you to refer to the Bates number at the bottom, G0000023.

14   A    Okay.

15   Q    Did the TV/2 system, as of 1993, have the functionality

16   described on this page?

17               MR. ROBERTSON:  I object, Your Honor.  Ms. Eng

18   testified at length about this page, so this is cumulative.

19               MR. McDONALD:  I'm talking about 1993, and Mr.

20   Gounaris is in a specific role with respect to --

21               THE COURT:  What difference does that make if Ms.

22   Eng's testified to it?

23               MR. SCHULTZ:  Because Mr. Gounaris is the person

24   actually providing the information --

25               THE COURT:  The better answer is, Ms. Eng wasn't