# EXHIBIT 9

Johnson - Direct                                                    450

1    13 years.

2    Q    And what area of the company did you work at in Fisher

3    Scientific?

4    A    In the information technology group.

5    Q    Just briefly, could you tell me some of the positions you

6    held while you were at Fisher during the period of time from

7    1986 to 1998?

8    A    Sure.  I started there as a programmer analyst.  I worked

9    my way up to project leader, ultimately became a supervisor and

10   manager of product development.

11   Q    And you are one of the named inventors on the three

12   patents in suit here, the patents that are at issue, the '683,

13   '516, and '172 is how we've been referring to; is that right?

14   A    Yes.

15   Q    And did you work on that project with both Mr. Momyer and

16   Mr. Kinross?

17   A    Yes.

18   Q    Mr. Momyer has testified yesterday and today to sort of

19   the big overview of the picture of the development of the

20   inventions in your electronic sourcing system.  What I'd like

21   to focus on today with you is what, if any, necessary

22   modifications, revisions, reprogramming, or new things needed

23   to be done in order to modify the RIMS system into what became

24   the subject matter of the these patents, the electronic

25   sourcing system.

1        So at a high view for now, could you just identify the

2   areas that you were involved in that project?

3   A    The areas I was involved in was to reengineer the programs

4   basically to be able to build a graphic user interface that the

5   end user could use.  We also modified the requisitioning

6   portion of the system to be able to handle multiple products

7   from various vendors.

8        In addition to that, we also allowed for that single

9   requisition to be broken up into multiple purchase orders by A

10  vendor.  We also built the interface actually over to the

11  electronic catalog as well.

12  Q    I'm sorry, I didn't hear your last answer.  You built the

13  interface to the electronic catalogs?

14  A    There was an interface we built to be able to pass

15  information from the requisitioning system over to the

16  electronic catalog system, yes.

17  Q    What about the issue of inventory availability, did you

18  have to do anything to modify the RIMS system in order to have

19  that functionality in the inventions of your electronic

20  sourcing system?

21  A    Yeah.  Basically we used, tapped into a technology for EDI

22  to be able to go out to a vendor and get some pricing and

23  availability as well.

24  Q    What about, did you have any involvement in any of the

25  business logic necessary for the functionality of the

Johnson - Direct                                                454

1    A    And old mainframe terminology where the characters on the

2    screen are basically green.

3    Q    Did the RIMS have a green screen technology?

4    A    Yes.

5    Q    I'm sorry?

6    A    Yes.

7    Q    And were you involved in programming and creating this

8    graphical user interface for the electronic sourcing system?

9    A    Yes.  I was involved in providing all the requirements to

10   the people that worked for me to develop it, yes.

11   Q    Did you supervise those people?

12   A    Yes.

13   Q    You also mentioned you had to design the interface for

14   communication between the requisitioning and purchasing program

15   and the catalog database.  Could you tell me what that entailed

16   and why that was necessary?

17   A    Well, it was necessary because the initial idea was to

18   supply a system that would allow us to do a complete supply

19   chain management end to end, be able to select products,

20   process the requisition, and ultimately generate a purchase

21   order.

22        In order to do that, we needed to connect the

23   requisitioning management system to this electronic catalog, so

24   we built some APIs, which are application program interfaces,

25   that had a two-way communication channel basically between the

Johnson - Direct                                                455

1  requisition management system and the cataloging system so we

2  could pass data back and forth without losing any information.

3  Q   Did you have that interface in the RIMS system, or did

4  that have to be created?

5  A   No, that was not in the RIMS system.  That had to be

6  created.

7  Q   Why is that?

8  A   It wasn't there.

9  Q   Why --

10         THE COURT:  You asked for it.

11  Q   Let me see if I can rephrase the question.  Why did you

12  feel that it was necessary?

13  A   Well, it was necessary because in order for us to provide

14  a complete shopping experience without frustrating the user, we

15  wanted to seamlessly be able to process the information they

16  were selecting in the catalog into the requisition without them

17  having to look at a catalog, go over to the requisition system,

18  type it in, go back to the catalog, look for another product,

19  write it down, go over to the requisition system and type it

20  in.  We wanted a seamless interface so the user just had to

21  point and click and push a button, and all that data would flow

22  automatically.

23  Q   The way you described the difficulty you were trying to

24  overcome, did the RIMS system even have that kind of primitive

25  technology?

Johnson - Direct

1    Q    And so did you need to be able to have that, to modify

2    that capability from RIMS to your electronic sourcing system

3    inventions in order to have that capability of transferring and

4    moving around a lot of data?

5    A    Well, I mean, what you asked me is what did we do to the

6    business logic to remove the presentation layer.  What we

7    needed to do was we needed to basically reengineer those

8    programs so they no longer worked with the green screens that I

9    mentioned earlier.

10        Those green screens were ripped out of those programs, and

11   we converted those programs into basically what we now call

12   business object that all it did was manage the business logic.

13   Then we built the interfaces to the graphical user interface

14   so, in short, the GUI could interface to the business logic.

15   Q    Was that an important aspect for making your invention

16   user-friendly and functional?

17   A    Yeah.  It was pretty much a requirement.

18   Q    And just so I'm clear, that wasn't available or present in

19   the RIMS system?

20   A    No.

21   Q    You also, I think, mentioned that you had to modify

22   requisition coding; is that correct?

23   A    Yes.  We -- at the time, the RIMS system could only

24   communicate to the Fisher mainframe, Fisher being Fisher

25   Scientific.  The programs were primarily sourcing those

Johnson - Direct                                                    458

1   products all to Fisher, so it was one requisition and

2   ultimately one requisition that was sent to the Fisher

3   mainframe as an order.  So basically we changed those programs

4   to be able to accept, in the requisitioning process, the

5   ability to add multiple products from different vendors to a

6   single requisition.

7   Q    In modifying this requisition coding, did it also address

8   any issues involving the purchase orders from these

9   requisitions?

10  A    Yes.  As an end result, once the requisition was created,

11  the user could say, yes, I want this order, go ahead and place

12  it.  The system would then take that requisition and by vendor

13  create multiple purchase orders with the products associated to

14  that vendor.

15  Q    You also mentioned this purchase order creation capability

16  that you needed to do.  Can you tell me how that changed from

17  the prior RIMS system, if at all, to -- for purposes of your

18  invention?

19  A    Well, as I said earlier, RIMS could only communicate to

20  the Fisher mainframe, so the order was actually created through

21  the Fisher mainframe system.  So in the electronic sourcing

22  system, what we needed to do was to be able to create purchase

23  orders that could be sent out to vendors through one of a

24  couple of different mechanisms to get the purchase order over

25  to the appropriate vendor.

1    Q    When you say sent out, that could be sent out from a local

2    computer where an individual was using your electronic sourcing

3    invention to make a request for an item from multiple vendors?

4    A    It was a computer that was located at the customer

5    location, yes.

6    Q    The end user could utilize the electronic sourcing system

7    in order to accomplish the goals of your invention; is that

8    right?

9    A    Yes.  They would be working on a work station

10   theoretically in their laboratory or in their office

11   communicating to a server located on the network.

12   Q    And that server on the network would have information

13   available to transmit that contained information about products

14   that were available?

15   A    That's where the business logic resided, yes.

16   Q    You also mentioned this inventory availability issue that

17   had to be addressed with respect to modifying or revising,

18   reprogramming the RIMS system in order to achieve the goals of

19   your electronic sourcing system.  Do you recall that?

20   A    Yes.

21   Q    What did that entail?

22   A    End users, in other words, for them to make a good

23   decision as to whether or not to make a purchase, they want to

24   know pricing and availability, how much is it going to cost

25   them and am I going to get the product shipped, or is it going

1   to go on backorder.  In order to do that, we introduced a

2   technology of EDI to be able to generate -- back then what it

3   was called was a request for quote, to be able to send to a

4   vendor to say, can you give me the information about this

5   product, do you have it in stock, and how much is it going to

6   cost me.

7        So that request for quote would be responded to by the

8   vendor with a response to request for quote that would give us

9   that information.

10  Q    Now, RIMS had some inventory availability capability with

11  regard to Fisher products; is that right?

12  A    Yes, it did.

13  Q    Did RIMS have this inventory availability capability you

14  just described with regard to multiple vendors?

15  A    No.

16            MR. ROBERTSON:  That's all I have.  Please answer

17  whatever questions Mr. McDonald may have.

18            MR. McDONALD:  I take it, Your Honor, you want to

19  keep us rolling, rolling, rolling.

20            THE COURT:  I don't think you have many questions, do

21  you?  He hasn't been on but about 15 minutes or so.

22            MR. McDONALD:  That's true.

23            THE COURT:  I don't see how you are going to go

24  beyond that, but if we do, we'll see where we are in

25  15 minutes.