# EXHIBIT 10

# New Riverside University Dictionary

Words that are believed to be registered trademarks have been checked with authoritative sources. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. Words that are known to have current registrations are shown with an initial capital and are also identified as trademarks. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1984, 1988 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Permissions, Houghton Mifflin Company, 2 Park Street, Boston, MA 02108.

Library of Congress Cataloging in Publication Data
Main entry under title:

Webster's II new Riverside university dictionary.

1. English language—Dictionaries. I. Riverside Publishing Company. II. Title: Webster's two new Riverside university dictionary. III. Title: Webster's 2 new Riverside university dictionary.
PE1625.W244  1984        423        83-3799
ISBN: 0-395-33957-X  (thumb index, trade edition)
       0-395-37928-8  (high school edition)

Manufactured in the United States of America

Partial cut-off column from previous page (page 110):
ularis < anulus,
moon covers all
un.
d that rings the
-lā′tĭd] adj. [Lat.
rmed by rings or
rocess of forming
, A ringlike mold-
lling. 2. The retro-
ge, as for noncon-
stating that the
[Lat. anulus, ring.]
. Math. The figure
concentric circles.
g, -ates. [Lat. an-
claim, esp. formally
act of announcing.
e angel Gabriel's an-
on Mar. 25, celebrat-
at announces. 2. An
fices to indicate the
. [NLat., wondrous
od bath was the sad-
berger>
buffalo, Anoa depres-
short, pointed horns.
a
feet long
ana-, up + hodos, way.]
electrolytic cell, storage
y charged terminal of a
supplying current.
c refining, esp. of copper,
ch as platinum or gold.
g, -diz·es. [ANOD(E) +
ytically with a protective
us < Gk. anódunos, free
.] 1. Capable of relieving
yne hobbies> 3. Watered
ieves pain. 2. A soothing or
ointing, a·noints. [ME
ere : in-, on + ungere, to
. To place oil on as an indi-
n a religious ceremony.
ath. Ch. The sacrament of
for recovery, and asking for
an.] A chiefly tropical New
a distensible throat flap and
t. anomalos < Gk., uneven
ne.] Deviating from the nor-
s. 1. Deviation or departure
2. Something irregular or ab-
on of a planet from its perihe
—a·nom′a·lis′tic (-lĭs′tĭk)
′ti·cal·ly adv.
ē be hw which
for oi noise

**an·o·mie** or **an·o·my** (ăn′ə-mē) *n.* [Gk. *anomia*, lawlessness < *anomos*, lawless : *a*-, without + *nomos*, law.] **1. a.** Collapse of social stability, as from erosion of standards. **b.** The state of alienation experienced by an individual or class in such a situation. **2.** Personal alienation resulting in unsocial behavior.

**a·non** (ə-nŏn′) *adv.* [ME, at once < OE *onān* : *on*, in + *ān*, one.] **1.** At another time : AGAIN. **2.** *Archaic.* In a short time : SOON <"Such good men as he which is anon to be interred" —Cotton Mather> **3.** *Archaic.* At once : IMMEDIATELY. **—ever** (*or* **now**) **and anon.** Time after time.

**an·o·nym** (ăn′ə-nĭm′) *n.* [Fr. *anonyme* < LLat. *anonymus*, anonymous.] **1.** An anonymous person. **2.** A pseudonym.

**an·o·nym·i·ty** (ăn′ə-nĭm′ĭ-tē) *n.* **1.** The quality or state of being unknown or obscure. **2.** One that is anonymous.

**a·non·y·mous** (ə-nŏn′ə-məs) *adj.* [LLat. *anonymus* < Gk. *anōnumos*, nameless : *an*-, without + *onoma*, name.] **1.** Having an unknown or unacknowledged name. **2.** Having an unknown or withheld authorship or agency <an *anonymous* donation>

**a·noph·e·les** (ə-nŏf′ə-lēz′) *n.* [NLat. *Anopheles*, genus name < *anōphelēs*, useless : *an*-, without + *ophelos*, advantage.] Any of various mosquitoes of the genus *Anopheles*, many of which carry the malaria parasite and transmit the disease to humans.

**an·o·rak** (ăn′ə-răk′) *n.* [Eskimo (Greenland) *ánoráq*.] **1.** A heavy, hooded jacket : PARKA. **2.** A light, waterproof, hooded jacket.

**an·o·rec·tic** (ăn′ə-rĕk′tĭk) or **an·o·ret·ic** (-rĕt′ĭk) *also* **an·o·rex·ic** (-rĕk′sĭk) [Gk. *anorektos* : *an*-, without + *oregein*, to reach out for.] —*adj.* **1.** Characterized by loss of appetite. **2.** Causing loss of or suppressing appetite. —*n.* **1.** A person who is anorectic. **2.** An anorectic drug.

**an·o·rex·i·a** (ăn′ə-rĕk′sē-ə) *n.* [Gk. : *an*-, without + *orexis*, appetite < *oregein*, to reach out for.] Loss of appetite, esp. as a result of disease or psychological disorder.

**anorexia nervosa** (nûr-vō′sə) *n.* [NLat., nervous anorexia.] A pathological condition occurring chiefly in young women that is marked by aversion to food and severe nutritional deficiency and is thought to be psychological in origin.

**an·o·rex·ic** (ăn′ə-rĕk′sĭk) *adj. & n. var. of* ANORECTIC.

**an·or·thite** (ăn-ôr′thīt′) *n.* [Fr. : Gk. *an*-, not + Gk. *orthos*, straight (from its oblique crystals).] A rare plagioclase feldspar with high calcium oxide content, found in igneous rocks.

**an·or·tho·site** (ăn-ôr′thə-sīt′) *n.* [Fr. *anorthose*, a kind of feldspar (Gk. *an*-, not + Gk. *orthos*, straight) + -ITE.] A plutonic rock, mainly plagioclase.

**an·os·mi·a** (ăn-ŏz′mē-ə) *n.* [NLat. : Gk. *an*-, without + Gk. *osmē*, odor.] Loss of the sense of smell.

**an·oth·er** (ə-nŭth′ər) *adj.* **1.** One more : ADDITIONAL <*another* scoop of ice cream> **2.** Distinctly different from the first <tried *another* hair style> **3.** Some other <can do it *another* time> —*pron.* **1.** An additional one. **2.** A different one. **3.** One of an undetermined number or group <by one method or *another*>

**an·ov·u·lant** (ăn-ŏv′yə-lənt) *n.* [AN- + OVUL(ATION) + -ANT.] An anovulatory drug.

**an·o·vu·la·tion** (ăn-ŏ′vyə-lā′shən, -ŏv′yə-) *n.* Lack of ovulation.

**an·o·vu·la·to·ry** (ăn-ŏ′vyə-lə-tôr′ē, -tōr′ē, -ŏv′yə-) *adj.* Relating to the suppression of ovulation.

**an·ox·e·mi·a** (ăn′ŏk-sē′mē-ə) *n.* An abnormal decrease in the blood's oxygen content.

**an·ox·i·a** (ăn-ŏk′sē-ə) *n.* **1.** Absence of oxygen. **2.** A pathological deficiency of oxygen, esp. hypoxia. **—an·ox′ic** (-ŏk′sĭk) *adj.*

**an·sate** (ăn′sāt′) *also* **an·sat·ed** (-sā′tĭd) *adj.* [Lat. *ansatus* < *ansa*, handle.] Having a handle or a handlike part.

**ansate cross** *n.* A cross shaped like a T with a loop at the top.

**an·sat·ed** (ăn′sā′tĭd) *adj. var. of* ANSATE.

**An·schluss** (ăn′shloos′) *n.* [G.] A union, esp. the political union of Nazi Germany and Austria in 1938.

**an·ser·ine** (ăn′sə-rīn′) *adj.* [NLat. *Anserinae*, subfamily name < Lat. *anserinus*, pertaining to geese < *anser*, goose.] **1.** Of or belonging to the subfamily Anserinae, which includes the geese. **2.** Gooselike. **3.** *also* **an·ser·ous** (-sər-əs). Stupid : silly.

**an·swer** (ăn′sər) *n.* [ME *answere* < OE *andswaru*.] **1.** A spoken or written reply, as to a question or demand. **2. a.** A solution or result, as to a problem. **b.** The correct response or solution. **3.** An act in response or retaliation. **4.** *Law.* The defense or reply to charges filed against a defendant. —*v.* **-swered, -swer·ing, -swers.** —*vi.* **1.** To respond in words or action. **2.** To be liable or accountable <had to *answer* for our mistakes> **3.** To serve the purpose : SUFFICE <"often I do use three words where one would *answer*" —Mark Twain> **4.** To match or correspond, as to a description. —*vt.* **1.** To reply to. **2.** To respond correctly to. **3.** To fulfill the demands of : SERVE. **4.** To conform or correspond to. **5.** To reply to an accusation <*answer* the charges>

✶ **syns:** ANSWER, REJOIN, REPLY, RESPOND, RETORT, RETURN *v.* *core meaning* : to speak or act in response to <*answer* a question> <*answer* a letter>

**an·swer·a·ble** (ăn′sər-ə-bəl) *adj.* **1.** Obligated to render account : ACCOUNTABLE <*answerable* for their hasty decisions> **2.** Capable of being answered. **3.** *Archaic.* Corresponding : suitable. **—an′swer·a·bil′i·ty, an′swer·a·ble·ness** *n.* **—an′swer·a·bly** *adv.*

**ant** (ănt) *n.* [ME *amte* < OE *æmete*.] Any of various social insects of the family Formicidae, typically having wings only in the males and fertile females and living in highly organized social colonies.

**ant-** *pref. var. of* ANTI-.

**-ant** *suff.* [ME < OFr. < Lat. *-ans, -ant-*, pr.part. suffix.] **1. a.** Performing, promoting, or causing a specified action <accept*ant*> **b.** Being in a specified state or condition <flipp*ant*> **2. a.** One that performs, promotes, or causes a specified action <deodor*ant*> **b.** One that undergoes a specified action <inhal*ant*>

**an·ta** (ăn′tə) *n., pl.* **-tae** (-tē) [Lat. *antae*, pilasters.] A thickening of the projecting end of the lateral wall of a Greek temple.

**ant·ac·id** (ănt-ăs′ĭd) *adj.* Neutralizing acids. —*n.* A substance that neutralizes acid.

**an·tae** (ăn′tē) *n. pl. of* ANTA.

**An·tae·us** (ăn-tē′əs) *n.* [Lat. < Gk. *Antaios*.] *Gk. Myth.* A giant, invincible while in contact with the ground, who was lifted into the air by Hercules and crushed to death.

**an·tag·o·nism** (ăn-tăg′ə-nĭz′əm) *n.* **1.** Mutual enmity : HOSTILITY. **2.** The condition of being an opposing or competing principle, force, or factor.

**an·tag·o·nist** (ăn-tăg′ə-nĭst) *n.* **1.** One who opposes and actively competes with another : ADVERSARY. **2.** *Anat.* A muscle that opposes another muscle. **3.** A drug that counteracts or neutralizes another drug. **—an·tag′o·nis′tic** *adj.* **—an·tag′o·nis′ti·cal·ly** *adv.*

**an·tag·o·nize** (ăn-tăg′ə-nīz′) *vt.* **-nized, -niz·ing, -niz·es.** [Gk. *antagōnizesthai*, to struggle against : *anti*-, against + *agōnizesthai*, to struggle < *agōn*, contest. —see AGONY.] **1.** To incur the dislike or antagonism of. **2.** To counteract.

**Ant·arc·tic** (ănt-ärk′tĭk, -är′tĭk) *adj.* [ME *Antartik* < OFr. *antartique* < Med. Lat. *antarcticus* < Lat., southern < Gk. *antarktikos* : *anti*-, opposite + *arktikos*, northern. —see ARCTIC.] Of or relating to the regions surrounding the South Pole.

**Antarctic Circle** *n.* A parallel of latitude, 66°33′ south, marking the limit of the South Frigid Zone.

**An·tares** (ăn-târ′ēz, -tăr′-) *n.* [Gk. *antarēs* : *anti*-, opposite + *Ares*, Mars.] A double and variable star in the constellation Scorpius, the brightest star in the southern sky.

▲ word history: The Greek name *Antares* can be interpreted in more than one way: "against Mars," "opposite Mars," or "instead of Mars." Since the planet Mars, which the Greeks called Ares, moves through the sky, it is not always opposite Antares in position. The name *Antares* more likely refers to the star's pronounced red color, which sometimes causes the star to be mistaken for the planet.

**ant cow** *n.* An aphid from which ants acquire honeydew.

**an·te** (ăn′tē) *n.* [< Lat., before.] **1.** The stake that each poker player must put into the pool before receiving new cards. **2.** *Slang.* An amount to be paid, esp. as one's share. —*vt.* **-ted** *or* **-teed, -te·ing, -tes. 1.** To put (one's stake) into the pool in poker. **2.** *Slang.* To pay <*ante* up>

**ante-** *pref.* [Lat. < *ante*, before.] **1.** Prior to : EARLIER <*ante*natal> **2.** In front of : BEFORE <*ante*room>

**ant·eat·er** (ănt′ē′tər) *n.* Any of several tropical American mammals of the family Myrmecophagidae that lack teeth and feed on ants and termites, esp. *Myrmecophaga tridactyla*, with a long, shaggy-haired tail, a long, narrow snout, and a long, sticky tongue. **2.** Any of several other animals, as the echidna, that feed on ants.

**an·te-bel·lum** (ăn′tē-bĕl′əm) *adj.* [Lat. *ante bellum*, before the war.] Belonging to the period prior to the American Civil War.

**an·te·cede** (ăn′tĭ-sēd′) *vt.* **-ced·ed, -ced·ing, -cedes.** [Lat. *antecedere* : *ante*-, before + *cedere*, to go.] To precede.

**an·te·ce·dence** (ăn′tĭ-sēd′ns) *n.* Precedence.

**an·te·ce·dent** (ăn′tĭ-sēd′nt) *adj.* Going before : PRECEDING. —*n.* **1.** One that precedes. **2.** An occurrence or event preceding another. **3. antecedents.** One's ancestors or ancestry. **4.** The word, phrase, or clause to which a relative pronoun refers. **5.** *Math.* The first term of a ratio. **6.** *Logic.* The conditional member of a hypothetical proposition. **—an′te·ce′dent·ly** *adv.*

**an·te·cham·ber** (ăn′tē-chām′bər) *n.* [Fr. *antichambre* : *anti*-, before (< Lat. *ante*-) + *chambre*, chamber.] A smaller room that is an entryway into a larger room.

**an·te·choir** (ăn′tĭ-kwīr′) *n.* A place in front of the choir reserved for the clergy and choir members.

**an·te·date** (ăn′tĭ-dāt′) *vt.* **-dat·ed, -dat·ing, -dates. 1.** To be of an earlier date than : precede in time. **2.** To give a date earlier than the actual date : BACKDATE. —*n.* A date given to an event or a document that is earlier than the actual date.

**an·te·di·lu·vi·an** (ăn′tĭ-də-loo′vē-ən) *adj.* [ANTE- + Lat. *diluvium*, flood. —see DILUVIAL.] **1.** Taking place in or belonging to the era before the Biblical Flood. **2.** Very old : ANTIQUATED. **—an′te·di·lu′vi·an** *n.*

**an·te·fix** (ăn′tē-fĭks′) *n., pl.* **-fix·es** *or* **-fix·a** (-fĭk′sə) [< Lat. *antefixus*, fastened in front : *ante*-, before + *fixus*, fastened, p.part. of *fingere*, to fasten.] An upright ornament along the eaves of a tiled