| CIVIL JURY TRIAL MINUTE SHEET | DATE: January 24, 2011 |
|---|---|
| United States District Court | Eastern District of Virginia - Richmond Division |
| CASE TITLE<br>e-Plus, Inc.<br>v.<br>Lawson Software, Inc., | CASE NO: 3:09CV00620<br><br>JUDGE: Payne<br><br>COURT REPORTER: Diane Daffron, Peppy Peterson, OCRS |

F I L E D
JAN 24 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

DAY 12

MATTER COMES ON FOR:   JURY TRIAL ( X )   MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( )  EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

DEFENDANT(S) ADUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )      ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT ( )   ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY    * JURY OUT: _____
DEFENDANT ( )   GOVERNMENT ( )   NONE NOTED ( )        ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )   ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $_____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( )   MISTRIAL DECLARED ( )   JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( )  TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: See page 2, attached, for further minute entry.

Counsel for the Plaintiff(s): Scott L. Robertson, Esq.  Michael G. Strapp, Esq.  Craig T. Merritt, Esq.
                              David Young, Esq.         Jennifer A. Alber, Esq.

Counsel for the Defendant(s): Daniel W. McDonald, Esq.  William D. Schultz, Esq.  Dabney J. Carr, IV, Esq.
                              Kirstin L. Stoll-DeBell, Esq.

SET: 9:00a  BEGAN: 9:35a.m.  VOIR DIRE: —  ENDED: 7:25pm  TIME IN COURT: 7 hrs. 50 mins.
RECESSES: (2) Lunch - 1:00 - 3:00 pm (20)

<u>Minute Continuation Sheet : Matter came on continuation of Jury Trial Proceedings Day 12. The jurors were excused today as the Court will hear argument of counsel on various motions. Arguments had by counsel on Plaintiff's Motion for Judgment as a Matter of Law as to Infringment and Invalidity. Defendant's Motion for Judgment as a Matter of Law asa to Invalidity heard; arguments had. See transcript of this hearing for rulings by the Court. Court reviewed Proposed Jury Instructions with counsel. Court adjoured at 7:25 p.m.,</u>