| CIVIL JURY TRIAL MINUTE SHEET | | DATE: January 24, 2011 |
|---|---|---|
| United States District Court | | Eastern District of Virginia - Richmond Division |
| CASE TITLE<br>e-Plus, Inc.<br>v.<br>Lawson Software, Inc., | | CASE NO: 3:09CV00620<br><br>JUDGE: Payne<br><br>COURT REPORTER: Diane Daffron, Peppy Peterson, OCRS |

*Stamp: JAN 2 4 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA*

MATTER COMES ON FOR: JURY TRIAL ( X )  DAY 13   MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( )  EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

DEFENDANT(S) ADUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT ( )    ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY    * JURY OUT: _____
DEFENDANT ( )  GOVERNMENT ( )  NONE NOTED ( )             ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )   ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $ _____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( )   MISTRIAL DECLARED ( )   JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: See page 2, attached, for further minute entry

Counsel for the Plaintiff(s): Scott L. Robertson, Esq.   Michael G. Strapp, Esq.  Craig T. Merritt, Esq.
                              David Young, Esq.          Jennifer A. Alber, Esq.

Counsel for the Defendant(s): Daniel W. McDonald, Esq.   William D. Schultz, Esq.  Dabney J. Carr, IV, Esq.
                              Kirstin L. Stoll-DeBell, Esq.

SET: 9:00 a.m.  BEGAN: 9:10 a.m.  VOIR DIRE: _____   ENDED: 5:58 p   TIME IN COURT: 6 hr 15 min  
RECESSES: (2) 1 hr.

Minute Continuation Sheet : Matter came on continuation of Jury Trial Proceedings Day 13. Parties with counsel. Jurors appeared; all present. The Court ordered that lunch be provided for the jurors. Closing arguments had. Lunch recess had. Closing arguments continued. Jurors charged by the Court. Jurors out to begin deliberations at 4:00 p.m. Jurors went home at 5:00 p.m. to return tomorrow at 9:00 a.m. for further trial proceedings. Court adjourned at 5:05 p.m.

# UNITED STATES DISTRICT COURT

__Eastern__ DISTRICT OF __Virginia - Richmond Division__

E-Plus, Inc.

v.

Lawson Software, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:09CV00620

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| See Minute sheet | See Minute sheet | See Minute sheet |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| January 4, 2011 | Diane Daffron / Peppy Peterson | Skip Neal |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1-4-11 | | | Elaine D. Marion |
| | | | | | Competitive Analysis 2006 |
| 2 | | | | | Douglas Moyer |
| 1 | | | | ✓ | Patent |
| 2 | | | | ✓ | " |
| 3 | | | | ✓ | " |
| 10 | | | | ✓ | Patent |
| | 61 | | | ✓ | Brochure |
| | | 1-5-11 | | | Douglas Moyer (cont.) |
| 1 | | | | ✓ | Patent |
| 13 | | | | ✓ | Facsimile / BM agreement |
| 25 | | | | ✓ | Statement of Work |
| | | | | | Color Coded copy claim 3 Pg 1 |
| | | | | | Deposition of Douglas Moyer used to impeach |
| 10 | | | | ✓ | Patent |
| | 61 | | | | Brochure |
| 2 | | | | | Robert Kinross |
| 38 | | | | ✓ | Electronic Sourcing Program |
| | 107 | | | ✓ | ? Technical Viewer |
| 1 | | | | ✓ | Patent |
| | | | | | Deposition of Robert Kinross |
| 3 | | | | | Jim Johnson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __9__ Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | ePlus Inc. vs. Lawson Software, Inc.   CASE NO. 3:09CV00620 |
| 1 | | 1-5-11 | | ✓ | Patent |
| 4 | | | | | Alfred Weaver, Ph.D |
| 1 | | | | ✓ | Patent |
| | | 1-6-11 | | | Alfred Weaver, Ph.D |
| 1 | | | | ✓ | Patent |
| 149 | | | | ✓ | Response to Request for Information |
| 219 | | | | ✓ | " " " Proposal 6123 |
| 131 | | | | ✓ | |
| 211 | | | | ✓ | Procurement Punchout Guide |
| 97 | | | | ✓ | Requisitions User Guide |
| 108 | | | | ✓ | Purchase Order User Guide |
| 112 | | | | ✓ | Inventory Users Guide |
| 98 | | | | ✓ | Users guide |
| 109 | | | | ✓ | Lawson S3 EDI For Supply Chain Mgt. |
| 376 | | | | ✓ | video |
| 374 | | | | ✓ | captions |
| 196 | | | | ✓ | Surgical Instrument mgt. |
| 211 | | | | ✓ | Lawson Procurement Punchout Guide |
| 280 | | | | ✓ | Response etc 7 to Proposal |
| 170 | | | | ✓ | CMC Healthcare |
| 105 | | | | ✓ | Lawson Procurement Punchout Trading Partner List |
| 104 | | | | ✓ | Punchout Partner Program |
| 368 | | | | ✓ | video |
| 367 | | | | ✓ | hard copy of video |
| 215 | | | | ✓ | Response to RFP |
| 136 | | | | ✓ | Rep. SIF Service 8.19.0 |
| 627 | | | | ✓ | Lawson Software |

Page 2 of 9 Pages

ePlus vs. Lawson Software — CASE NO. 3:09CV00620

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 364 | | 1-6-11 | | ✓ | Video |
| 363 | | | | ✓ | hard copy |
| | | 1-7-11 | | | Dr Evan Weaver, PhD |
| 219 | | | | ✓ | Response to Request for Proposal |
| 216 | | | | ✓ | Statement of Work |
| 276 | | | | ✓ | Statement of Work |
| 103 | | | | ✓ | Procurement Purchase |
| 350 | | | | ✓ | Video |
| 379 | | | | ✓ | Hard copy 350 |
| 11 | | | | ✓ | Using the UNSPSC Coding White Paper |
| | DX 257 | | | ✓ | Catalog Sears |
| | DX 258 | | | ✓ | " Montgomery Ward |
| | | | | | Report Expert on Infringement by Weaver |
| 5 | | | | ✓ | Video of Deposition of |
| 6 | | | | ✓ | Printout Web Page |
| 7 | | | | ✓ | 7 |
| 8 | | | | ✓ | 7 |
| 9 | | | | ✓ | Printout Web Page |
| 15 | | | | ✓ | Lawson Software Procurement etc. |
| 36 | | | | ✓ | email |
| 6 | | | | ✓ | Hannah Raleigh |
| 202 | | | | ✓ | Catalog online Courses |
| 216 | | | | ✓ | Statement of Work |
| 205 | | | | ✓ | Lawson Support Operations Handbook |
| 216 | | | | | 7 |
| 5 | | 1-11-2011 | | | Keith LoKamp |
| 188 | | | | ✓ | Deposition of Keith LoKamp |
| | | | | | Vendor agreement |

Page 3 of 9 Pages


≈AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST – CONTINUATION**

ePlus, Inc. vs. Lawson Software, LLC    CASE NO. 3:09CV00620

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 113 | | 1-11-11 | | | Design Analysis |
| 110 | | | | | Lawson EDI For Supply Chain Mgt. Trading Partner List |
| 104 | | | | | Purchast Partner Program |
| 105 | | | | | " " List (Purchast) Trading Partner List |
| 190 | | | | | Procurement Purchast Partner Agreement |
| 191 | | | | | Services Order Form |
| | | | | | Deposition of Keith Lokomp used to impeach |
| 118 | | | | | Lawson Response to Request For Proposal |
| 215 | | | | | Lawson Response to Public Health etc. |
| 149 | | | | | Response — Holland Hospital |
| 226 | | | | | " → Blount Memorial Hospital |
| 54 | L | | | | ? |
| 54 | M | | | | ? |
| 54 | N | | | | Services Order Form |
| 54 | R | | | | Serua Sizing Estimate |
| 516 | | | | | Lawson Statements of Work |
| 6 | | | | | Videotape Depo. of Kristy Oliver |
| 225 | | | | | ? |
| 226 | | | | | ? |
| 228 | | | | | ? |
| 229 | | | | | ? |
| 230 | | | | | ? |
| 231 | | | | | ? |
| 234 | | | | | ? |
| 237 | | | | | ? |
| 238 | | | | | ? |
| 239 | | | | | ? |

Page 4 of 9 Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

ePlus, Inc. vs. Lawson Software, Inc.   CASE NO. 3:09CV00620

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 518 | | | | | — See list? — |
| 7 | | | | | Dale Arnold Christopherson |
| ~~*~~ | | | | | Deposition of Arnold Christopherson used to impeach |
| 117 | | | | ✓ | Answer Detail etc. |
| 8 | | | | Video | Deposition of Manuel Matias Video |
| 520 | | | | ✓ | Transcript |
| 9 | | | | | Patrick Dennis Noemeyer |
| 470 | | | | ✓ | Doc for Developers |
| 10 | | 1-12 | | | Kenneth G. Furber |
| 448 | | | | | Overview + Product Description |
| 417 | | | | | Product Information Manual |
| 463 | | | | | AMR Research |
| 325 | | | | ✓ | Ariba/ePlus Settlement etc. |
| | 400 | | | ✓ | ePlus 7 Pat ~~605~~ G,505, 172 Overview |
| | 45 | | | | email |
| 469 | | | | | AMR Research |
| Used in Video Deposition | | | | | |
| 150 | | 1-12 | | | |
| 153 | | | | | |
| 154 | | | | | |
| 155 | | | | | |
| 156 | | | | | |
| 157 | | | | | |
| 173 | | | | | |
| 129 | | | | | |
| 517 | • | | | | |
| 518 | A | | | ✓ | Grant Deposition of Manuel Matias |

Page 5 of 9 Pages

(11)

AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

ePlus vs. Lawson — CASE NO. 3:09CV620

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 530 | A | 1-12 | | | Excerpt Depo. Kristy Olive |
| | 1 | | | | Herbert Richard Lawson, Jr. |
| | 2 | 1-13 | | | Dale Arnold Christopherson |
| 361 | | | | ✓ | Screenshot From Demo Exhibit |
| 363 | | | | ✓ | Lawson "System" |
| | | | | | Demo. Exhibit no number |
| 32 | | | | | UNSPSC etc. |
| 101 | | | | | Punchout Demo |
| 521 | | | | ✓ | Inventory Vendor Price Agreements |
| 522 | | | | | Purchase Order Release Notes |
| | | | | | |
| | | | | | Price + Sales Catalog |
| 364 | | | | ✓ | Base to Library (training) Screenshots |
| | 3 | | | | Hannah Rabigh |
| | 4 | | | | William Yuhasz |
| 207 | | | | | Novant Health Project |
| 337 | | | | | Lawson/SciQuest |
| | 5 | | | | Keith Lohkamp |
| | 6 | | | | Michael Ian Shamos |
| 3 | | | | ✓ | Patent |
| 2 | | | | ✓ | Patent |
| | | 1-14 | | | Michael Ian Shamos (re-called) |
| 522 | | | | ✓ | Purchase Order Release Notes |
| 11 | | | | ✓ | White paper |
| 32 | | | | ✓ | UNSPSC |

Page 6 of 9 Pages


# EXHIBIT AND WITNESS LIST – CONTINUATION

ePlus vs. Lawson    CASE NO. 3:09cv00620

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 521 | | 1-14-11 | | | Vendor Agreement Import |
| | 11 | | | ✓ | White Paper |
| | 7 | | | | Pamela L. Eng |
| | 230 | | | ✓ | IBM Gen. Info. Manual |
| | 107 | | | ✓ | IBM Tech. Viewer 2 |
| 38 | | | | ✓ | Electronic Sourcing Pilot |
| | | | | | Transcript testimony |
| 112 | | | | ~~✓ Inventor~~ | |
| 25 | | | | ✓ | Elec. Sourcing |
| | 8 | | | | Video Dep. Johanna O'Loughlin |
| | 62 | | | ✓ | Service Mark Principle Register |
| | 212 | | | ✓ | SEC Form 10-K |
| | 213 | | | ✓ | SEC Form 10-K 405 3-31-94 |
| | 211 | | | ✓ | Fisher Annual 1994 Report |
| | 401 | | | ✓ | —? Depo. Transcript |
| | 9 | 1-18-11 | | | Douglas Momyer |
| 1 | | | | ✓ | Patent |
| 10 | | | | ✓ | Patent |
| | 7 | | | ✓ | Patent |
| | | | | | Deposition of Douglas Momyer used/impeach |
| | 62 | | | | Trademark |
| | 61 | | | | Fisher Rims |
| 4 | | | | ✓ | Patent history |
| | 107 | | | ✓ | Corey Broden Tech |
| | 10 | | | | Robert Kemposs |
| | 105 | | | ✓ | Manual |

Page 7 of 9 Pages

AO 187A (Rev. 7/87)      **EXHIBIT AND WITNESS LIST – CONTINUATION**

ePlus vs. Lawson   CASE NO. 3:09cv620

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 1-18-11 | | | Deposition of Robert Knauss used to impeach |
| | 107 | | | | Brochure |
| | 105 | | | | Brochure |
| | 402 | | | | timeline |
| 1 | | | | | Patent |
| 11 | 11 | | | | Charles Gounavis |
| | 107 | | | | Brochure |
| | 230 | | | | Gen. Info manuel |
| | 12 | | | | Dep. – Lauren McEneny |
| | 111 | | | ✓ | |
| | 125 | | | ✓ | |
| | 126 | | | ✓ | |
| | 133 | | | ✓ | |
| | 134 | | | ✓ | |
| | 140 | | | ✓ | |
| | 141 | | | ✓ | |
| 482 | | | | ✓ | |
| | | 1-19-11 | | ✓ | Resume → Dep. Lauren McEneny |
| | 403 | | | ✓ | Transcript testimony |
| | 12 | | | ✓ | Preston Stantz |
| | 13 | | | ✓ | Michael Shamos (re-called) |
| 1 | | | | ✓ | Patent |
| 10 | | | | ✓ | Patent |
| | 105 | | | ✓ | General Info. Manuel |
| | 107 | | | ✓ | Brochure |
| | 7 | | | ✓ | Patent |
| | 96 | | | ✓ | J-Con Manual |

Page 8 of 9 Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

ePlus vs. Lawson — CASE NO. 3:05cv620

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| — | — | 1/24/11 | | | Michael Shamos (cont. from yesterday) |
| | | | | | Depo – Shamos used to impeach |
| 4 | | | — | | File history |
| 10 | | | | ✓ | |
| | 7 | | ✓ | | Patent |
| | 1 | | ✓ | | Patent |
| | | | | | Rebuttal Evidence — |
| 1 | | | | | Kenneth Farber |
| 43 | | | ✓ | | Settlement/License Agreement |
| 317 | | | ✓ | | License Agreement |
| 319 | | | ✓ | | ( " " ) |
| 320 | | | ✓ | | ( " " ) |
| 16 | | | | | ~~Brooks~~ |
| 2 | | | | | Brooks Hilliard |
| | 7 | | ✓ | | table (6 v 1) |
| 1 | | | ✓ | | Patent |
| 105 | | | ✓ | | Gen. Pro. Manual |
| | 107 | | ✓ | | IBM Tech. Viewer |
| 62 | | | ✓ | | Trademark Application |

Page 9 of 9 Pages