**CIVIL JURY TRIAL**
**MINUTE SHEET**

DATE: January 26, 2011

| United States District Court | Eastern District of Virginia—Richmond Division |
|---|---|
| CASE TITLE<br>e-Plus, Inc.<br>           v.<br>Lawson Software, Inc., | CASE NO: 3:09CV00620<br>JUDGE: Payne<br>COURT REPORTER: Diane Daffron, OCRS |

JAN 26 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

DAY 15

MATTER COMES ON FOR: JURY TRIAL ( X )   MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE (  )  EMPANELED, SWORN TO TRY ISSUE (  )

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) (  )  DEFENDANT(S) (  )  COURT (  )

OPENING STATEMENTS MADE (  )      OPENING WAIVED (  )

PLAINTIFF(S) ADDUCED EVIDENCE (  )  RESTED (  )  MOTION (  ) _____

DEFENDANT(S) ADDUCED EVIDENCE (  )  RESTED (  )  MOTION (  ) _____

REBUTTAL EVIDENCE ADDUCED (  )    SUR-REBUTTAL EVIDENCE ADDUCED (  )

EVIDENCE CONCLUDED (  )           ARGUMENTS OF COUNSEL HEARD (  )

JURY CHARGED BY THE COURT (  )    ALTERNATE JUROR(S) DISCHARGED (  )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY    * JURY OUT: _____
DEFENDANT (  )  GOVERNMENT (  )  NONE NOTED (  )           ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED (  )   ADDITIONAL CHARGE (  )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) (  ) MONETARY AWARD $_____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) (  ) _____

JURY UNABLE TO AGREE (  )   MISTRIAL DECLARED (  )   JURY DISCHARGED (  )

CLERK TO ENTER JUDGMENT ON VERDICT (  )  TRIAL EXHIBITS RETURNED TO COUNSEL (  )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: See page 2 attached for further minute entry.

Counsel for the Plaintiff(s): Scott L. Robertson, Esq.   Michael G. Strapp, Esq.  Craig T. Merritt, Esq.
                              ~~David Young, Esq.~~         ~~Jennifer A. Alber,~~ Esq.

Counsel for the Defendant(s): ~~Daniel W. McDonald,~~ Esq.   ~~William D. Schultz,~~ Esq.  Dabney J. Carr, IV, Esq.
                              ~~Kirstin L. Stoll-Debel~~l, Esq.

SET: 9:00 a.m.  BEGAN: 9:15 a.m.  VOIR DIRE: —  ENDED: 5:30 p.m.  TIME IN COURT: 3 hrs. 10 mins.

RECESSES: 20 1 hr.

<u>Minute Continuation Sheet : Matter came on continuation of Jury Trial Proceedings Day 15., Parties with/by counsel. Jurors appeared; all present. The Court made inquiry to a juror regarding her service on the panel which was held in chambers , transcript sealed. Counsel for the parties were present. Jurors given a modified 'Allen Charge' by the Court . Juros retired to deliberate at 9:15 to continue deliberations.   The Court ordered that lunch be provided for the jurors. Question rec'd from the jurors at 4:45 p.m. marked as Court Exhibit No. 8, answered in writing by the Court, marked as Court Exhibit No. 9. Jurors sent home at 5:25 p.m. to return tomorrow at 9:30 a.m. for further trial proceedings. Court adjourned at 5:30 p.m.</u>

Several jurors were under the impression that the court said we would have Dr. Shamos's claim by claim analysis for our review. Is it possible to get that along Dr. Weaver's claim by claim analysis?

Leanne Wight

Court Exhibit 8

11-26-11

The transcripts are not available. Therefore, you need to rely on your recollection of the evidence.

Robt E. Payne

Curt a/hm t

11-26-11