CIVIL JURY TRIAL
MINUTE SHEET

DATE: January 27, 2011

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>e-Plus, Inc.<br>v.<br>Lawson Software, Inc., | CASE NO: 3:09CV00620<br>JUDGE: Payne<br>COURT REPORTER: _____<br>OCRS |

FILED
JAN 27 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

MATTER COMES ON FOR: JURY TRIAL ( X )   MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**
JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE ( )  EMPANELED, SWORN TO TRY ISSUE ( )

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

DEFENDANT(S) ADUCED EVIDENCE ( )  RESTED ( )  MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT ( )   ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY    * JURY OUT: _____
DEFENDANT ( )  GOVERNMENT ( )  NONE NOTED ( )        ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )   ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $_____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( )   MISTRIAL DECLARED ( )   JURY DISCHARGED ( )

CLERK TO ENTER JUDGMENT ON VERDICT ( )   TRIAL EXHIBITS RETURNED TO COUNSEL (✓)

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: See page 2 for further minute entry.

Counsel for the Plaintiff(s): Scott L. Robertson, Esq.   Michael G. Strapp, Esq.  Craig T. Merritt, Esq.
~~David Young, Esq.~~   ~~Jennifer A. Alber, Esq.~~

Counsel for the Defendant(s): ~~Daniel W. McDonald, Esq.~~   ~~William D. Schultz, Esq.~~  Dabney J. Carr, IV, Esq.
~~Kirstin L. Stoll-DeBell, Esq.~~

SET: 9:30 a.m.  BEGAN: 9:40 a.m.  VOIR DIRE: —  ENDED: 2:00 pm  TIME IN COURT: 1 hr. 25 min.

RECESSES:

<u>Minute Continuation Sheet</u> : Matter came on continuation of Jury Trial Proceedings Day 16., Parties with/by counsel. Jurors appeared; all present. Jurors retired to continue deliberations at 9:40 a.m. The Court ordered that lunch be provided for the jurors in this case. Jurors returned with a verdict at 1:45 p.m. (see verdict in ECF file). Jurors polled at request of the defendant. Jurors discharged. Court adjourned at 2:00 p.m. All exhibits returned to counsel. Counsel for the parties will provide a Judgment to be entered based on the jury verdict.