IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                              Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

Having reviewed the Plaintiff's MOTION TO PRECLUDE EVIDENCE OR ARGUMENT OF NON-INFRINGEMENT DUE TO DEFENDANT'S FAILURE TO PROVIDE DISCOVERY RELATING TO CUSTOMER-SPECIFIC IMPLEMENTATIONS OF ACCUSED PRODUCT MODULES (Docket No. 550), and because the Defendant has represented that it will not offer customer-specific arguments, it is hereby ORDERED that Plaintiff's motion is DENIED AS MOOT.

    It is so ORDERED.

                                    /s/        REP
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: January 28, 2011