

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                                    Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

### ORDER

Because a reasonable jury could reasonably return a verdict for the plaintiff on the issues of infringement and invalidity, DEFENDANT LAWSON SOFTWARE, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW (Docket No. 574) is denied.

It is so ORDERED.

                                       /s/    REP
                                     Robert E. Payne
                                     Senior United States District Judge

Richmond, Virginia
Date: January 28, 2011