JAN 31 2011

CLERK U S DISTRICT COURT
RICHMOND VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePlus, Inc.,
    Plaintiff,

v.                                       Civil Action No. 3:09CV00620

Lawson Software, Inc.,
    Defendant,

Order

The Court having ordered that lunch be provided for the jurors serving in this case, the Clerk is hereby Ordered to pay the invoices submitted by the vendors providing the lunches for the jurors on the following dates:

January 4, 5, 6, 11, 12, 14, 18, 19, 20, 24, 25, 26, and 27.

_January 31, 2011_
Date

/s/        REP
Robert E. Payne
Senior United States District Judge