IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
FEB 1 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

ePLUS, INC.,

      Plaintiff,

v.                            Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

      Defendant.

### ORDER

For the reasons set forth on the record during the conference call on January 27, 2011, it is hereby ORDERED that:

(1) on March 3, 2011, the Court shall hold an evidentiary hearing respecting injunctive relief;

(2) by February 7, 2011, the Plaintiff shall notify the Defendant of the evidence the Plaintiff intends to offer on the issue of injunctive relief at the hearing on March 3, 2011;

(3) by February 14, 2011, the Defendant shall notify the Plaintiff of the evidence the Defendant intends to offer on the issue of injunctive relief;

(4) by February 21, 2011, the Plaintiff shall notify the Defendant of any rebuttal evidence it intends to offer;

(5) by March 14, 2011, the Plaintiff shall file its brief in support of the request for injunctive relief,

which shall include proposed findings of fact and conclusions of law in support thereof and shall tender a sketch order detailing the injunctive relief sought;

(6) by March 23, 2011, the Defendant shall file a response which shall include its proposed findings of fact and conclusions of law in opposition;

(7) by March 29, 2011, the Plaintiff shall file a reply; and

(8) on April 4, 2011, the Court shall hear oral argument, if the Court deems argument necessary.

It is so ORDERED.

                                                 /s/         REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: January 31, 2011