IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiff *e*Plus Inc. ("*e*Plus") has moved for an Order of the Court for leave to serve three additional interrogatories on Defendant Lawson Software, Inc., and to expedite responses from Lawson to these interrogatories. Upon consideration, *e*Plus's motion is hereby GRANTED. Lawson is ordered to respond to *e*Plus's Fifth Set of Interrogatories (Nos. 26-28) no later than February 9, 2011.

The Clerk is directed to send a copy of this Order to all parties of record.

It is so ORDERED.

_____
Robert E. Payne
Senior United States District Judge

February ___, 2010
Richmond, Virginia