# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| | ) Civil Action No. 3:09cv620(REP) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF *e*PLUS INC.'S FIFTH SET OF INTERROGATORIES
TO DEFENDANT LAWSON SOFTWARE, INC.**

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Plaintiff *e*Plus Inc., ("*e*Plus"), hereby requests that, within seven (7) days of the date of service of these interrogatories, and in accordance with the following definitions and instructions, Defendant Lawson Software, Inc. ("Lawson") answer separately, in writing, and under oath, by an officer or duly authorized agent of Lawson, the following interrogatories.

The following interrogatories are continuing, and Lawson must promptly supplement its answers in accordance with Federal Rule 26 as additional or corrected information comes to its attention and that of its attorneys.

**DEFINITIONS & INSTRUCTIONS**

The Definitions and Instructions sections of *e*Plus's First Set of Interrogatories to Lawson shall apply to all interrogatories below and are incorporated herein by reference.

1.  "Infringing System" means any of the following configurations, including any individual modules or applications contained within any of these configurations:

a. Lawson's Core S3 Procurement System (Lawson System Foundation ("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules) and Requisition Self-Service or "RSS";

b. Lawson's Core S3 Procurement System (Lawson System Foundation ("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules), Requisition Self-Service or "RSS," and Punchout;

c. Lawson's Core S3 Procurement System (Lawson System Foundation ("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules), Requisition Self-Service or "RSS," Punchout, and Electronic Data Interchange or "EDI"; and/or

d. Lawson's M3 e-Procurement Software.

## INTERROGATORIES

**Interrogatory No. 26:**

Identify each company, from May 2003 until present, that Lawson has solicited, marketed to, or offered to sell or license any of the Infringing Systems.

**Interrogatory No. 27:**

State in detail the factual basis, if any, for Lawson's contention in the September 24, 2010 Amended Final Pretrial Order that "*e*Plus has never lost a sale to Lawson," specifically with regard to any of the Infringing Systems and *e*Plus's Content+ and Procure+ Software.

2

**Interrogatory No. 28:**

State in detail the factual basis, if any, for Lawson's contention in the September 24, 2010 Amended Final Pretrial Order that "[m]ost if not all of Lawson's marketing efforts are directed to potential customers that *e*Plus has not solicited," specifically with regard to any of the Infringing Systems and *e*Plus's Content+ and Procure+ Software.

3

Respectfully submitted,

February 2, 2011

_____
Scott L. Robertson (*admitted pro hac vice*)
Jennifer A. Albert (*admitted pro hac vice*)
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus Inc.

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of February, 2011, I will serve Plaintiff *e*Plus Inc.'s Fifth Set of Interrogatories to Defendant Lawson Software, Inc., on the following counsel of record as indicated:

*via electronic mail:*

> Daniel McDonald, *pro hac vice*
> William D. Schultz, *pro hac vice*
> Rachel C. Hughey, *pro hac vice*
> Andrew Lagatta, *pro hac vice*
> MERCHANT & GOULD
> 3200 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402
> Telephone: (612) 332-5300
> Facsimile: (612) 332-9081
> lawsonservice@merchantgould.com

*Counsel for Defendant Lawson Software, Inc.*

> Robert A. Angle, VSB#37691
> Dabney J. Carr, IV, VSB #28679
> TROUTMAN SANDERS LLP
> P.O. Box 1122
> Richmond, Virginia 23218-1122
> (804) 697-1238
> (804) 698-5119 (Fax)
> robert.angle@troutmansanders.com
> dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

> James D. Clements (*admitted pro hac vice*)
> **GOODWIN PROCTER LLP**
> Exchange Place
> 53 State Street
> Boston, MA 02109-2881
> Telephone: (617) 570-1000
> Facsimile: (617) 523-1231
> jclements@goodwinprocter.com

LIBA/2149048.5