# EXHIBIT A

```
                 IN THE UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF VIRGINIA

                           RICHMOND DIVISION


     ------------------------------------
                                         :
     ePLUS, INC.                         :   Civil Action No.
                                         :   3:09CV620
     vs.                                 :
                                         :
     LAWSON SOFTWARE, INC.               :   January 27, 2011
                                         :
     ------------------------------------


              COMPLETE TRANSCRIPT OF THE JURY TRIAL

              BEFORE THE HONORABLE ROBERT E. PAYNE

            UNITED STATES DISTRICT JUDGE, AND A JURY


     APPEARANCES:

     Scott L. Robertson, Esquire
     Michael G. Strapp, Esquire
     David M. Young, Esquire
     Goodwin Procter, LLP
     901 New York Avenue NW
     Suite 900
     Washington, D.C.  20001

     Craig T. Merritt, Esquire
     Christian & Barton, LLP
     909 East Main Street
     Suite 1200
     Richmond, Virginia  23219-3095
     Counsel for the plaintiff


                         Peppy Peterson, RPR
                        Official Court Reporter
                      United States District Court
```

1   add to it, and you all need to disclose to each other what you
2   are doing, and then you do any rebuttal that you need to do.
3           I want to set a schedule for you all disclosing that
4   information to each other, what, basically, you're going to put
5   on.  I don't envision any need for any further discovery on the
6   issue of damages.  Neither one of you have mentioned it -- I
7   mean on injunction, and --
8           MR. McDONALD:  I guess the only question there, Your
9   Honor, is if either one of us is actually going to call a live
10  witness or wants to offer up a declaration or something, it
11  seems like the other side should have a chance to take that
12  person's deposition.
13          MR. ROBERTSON:  I don't think that's necessary, Your
14  Honor.  We're going to put these witnesses on, we'll be able to
15  cross-examine them --
16          MR. McDONALD:  I'm sorry, Mr. Robertson --
17          MR. ROBERTSON:  I don't think that's necessary, Dan.
18  We can make a proffer or you can have a declaration or you can
19  outline what it's going to be, and I think we should just get
20  on with this.
21          There may be some additional exhibits, for example,
22  evidentiary exhibits.  For example, Mr. Farber informs me that
23  through the summer, that there's been a number of RFPs that
24  he's been competing with with Lawson that have come to his
25  attention.  So the competition is ongoing.  That's happened

```
 1  you don't understand something.  You all are putting me in the
 2  middle of a period of trials that I'm not going to have any
 3  time to hear your injunction.  I want this over now.
 4          MR. ROBERTSON:  Tell me what your pleasure is, Your
 5  Honor, and we'll satisfy it.
 6          THE COURT:  We can't drag it out.  ePlus has won.  If
 7  they are entitled to an injunction, they're entitled to it
 8  right away, as promptly as the Court can get to it and give you
 9  all both the process that you are due to prepare for it, but I
10  have other things to take into account, and you are talking
11  about a schedule that won't even really get this thing to me
12  until I begin to start a series of criminal and civil trials
13  that I know are not going away, and I won't be able to get to
14  you all until the fall, and I'm not going to do that.  So I'm
15  sorry to burden you all after what you've done, but I know it's
16  been hard work, but I would like for you, by the 14th, which is
17  Monday --
18          MR. CARR:  Talking about ePlus when you say you.
19          THE COURT:  What is today?  Wait a minute.  Let me
20  look.  The 27th.  By Monday, the 7th of February, to put
21  together and notify Lawson what it is that you intend to offer
22  by way of evidence on the issue of injunction, both from the
23  record and new.
24          On the 14th, Lawson should do its response.  You can
25  be doing all of your work while they are working, too, Mr.
```

```
 1   McDonald.
 2            MR. McDONALD:  Sure, we'll do that.
 3            THE COURT:  And on the 21st of February, you file the
 4   same thing respecting rebuttal.
 5            MR. CARR:  Judge, I have a suggestion.  Would it be
 6   helpful if we designate the evidence as you've laid out the
 7   schedule, and then at the end of that we put together a joint
 8   appendix and provide it all to you in one --
 9            THE COURT:  A joint appendix or whatever you want me
10   to do.  You have to look and see.  It may be easier for me to
11   look at it if it's associated with your findings of fact and
12   conclusions of law on the injunction.
13            Then when you have all of that information, is it
14   your desire to file pretrial findings of facts and conclusions
15   of law on the injunctive relief, Mr. Robertson?  You said you
16   wanted to brief it, and I didn't know whether you meant brief
17   it before I hear any evidence or not.
18            MR. ROBERTSON:  I think it might make sense, Your
19   Honor, to have you hear the evidence and then have us have a
20   very expedited briefing schedule after that as to what both
21   parties think that the evidence has demonstrated.  We could
22   probably do that within a ten-day period for initial briefs,
23   responsive briefs, and reply briefs since it is our burden.
24            THE COURT:  All right.  I don't see that we're -- ask
25   Ms. Hooper to come in.
```

```
 1
 2              (Discussion off the record.)
 3
 4              THE COURT:  It will take one day, you think?
 5              MR. ROBERTSON:  Yes.
 6              MR. CARR:  I would think so.  Dan, do you agree?
 7              MR. McDONALD:  The question was how long would an
 8    evidentiary hearing take?
 9              THE COURT:  Yes.
10              MR. McDONALD:  Yes, I think one day or less.
11              THE COURT:  I'll hear you on March 3rd beginning at
12    9:30 in the morning.  I regard that each of you in this
13    instance, when you file what I have dictated that you file,
14    directed that you file, will be satisfying your obligations to
15    update your discovery on the issue of injunctive relief because
16    injunctive relief has been effectively severed from the case by
17    virtue of the pretrial proceedings.  I think you will have
18    satisfied your Rule 26 updates when you file these things, and
19    that's what I'm looking for.
20              Now, the 3rd of March.  All right, then, when would
21    you give me a brief, Mr. Robertson, an opening brief and
22    findings of facts and conclusion of law post-trial?
23              MR. CARR:  What's the day of the week, the 3rd of
24    March?
25              THE COURT:  It's a Thursday.
```