IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                        Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

For the reasons set forth on the record during the conference call on February 4, 2011, it is hereby ORDERED that the Plaintiff's MOTION FOR LEAVE TO SERVE EXPEDITED DISCOVERY ON DEFENDANT LAWSON SOFTWARE, INC. (Docket No. 605) is DENIED AS MOOT except that the Defendant shall file a response to the Plaintiff's Proposed Interrogatory No. 28 (Docket No. 605, ex. A) by February 14, 2011.

    It is so ORDERED.

                              /s/     REP
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: February 7, 2011