# EXHIBIT C

# Kristin M. Drieman

| | |
|---|---|
| **From:** | Kirstin Stoll-DeBell |
| **Sent:** | Wednesday, February 09, 2011 8:11 AM |
| **To:** | Robertson, Scott L; Strapp, Michael; Albert, Jennifer A; Reddy, Srikanth K; Clements, James D |
| **Cc:** | Daniel W. McDonald; William D. Schultz; Rachel Clark Hughey; Eric R. Chad; Kristin M. Drieman; Maggie Martinez |
| **Subject:** | ePlus v. Lawson |

ePlus counsel:

Please provide us with annual sales for Content+ and Procure+ from 2001 to present.  These are the products you contend are covered by patents-in-suit.  See ePlus Evid. Disclosure dated 2/7/11 at p. 5 ("Since 2001, ePlus has sold electronic sourcing and procurement software products, known as Procure+ and Content+, that embody the patented technology at issue in this litigation.").

Please also provide us with underlying documentation regarding and basis for the March 2009 SEC update where ePlus wrote down the value of the procurement division and said its sales were down due to the global credit crisis.

This sales information falls within the scope of our document requests (see, e.g. Nos. 102, 135, and 137) and should have been provided during discovery.  It is relevant to the issues of whether ePlus will be irreparably harmed absent an injunction and the balance of harms factor.

Additionally, please tell us, for each of the customers listed in the table on pages 13-15 of your 2/7/11 Evid. Disclosure, whether they are: (1) actual ePlus customers for Procure+ or Content+; and (2) they received actual proposals from ePlus that specifically included  Procure+ or Content+?

We need this information as soon as possible and before our evidence disclosure is due on February 14, 2011.


**Kirstin Stoll-DeBell**
Partner
Merchant & Gould P.C.
1050 Seventeenth Street
Suite 1950
Denver, CO 80265
USA

**Telephone** (303) 357-1640
**Fax** (303) 357-1671
**www.merchantgould.com**

GUARDIANS OF GREAT IDEAS®

Atlanta | **Denver** | Knoxville | Madison | Minneapolis | New York | Seattle | Washington D.C.

Note:  This e-mail message is confidential and may be privileged or otherwise protected by law.  If you are not the intended recipient, please: (1) reply via e-mail to sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.  Thank you.

02/23/2011