Case 3:09-cv-00620-REP   Document 620-6   Filed 02/23/11   Page 1 of 5 PageID# 16580

# EXHIBIT F

Income Statement - ePlus Systems

| | SYSTEMS FY 2002 | SYSTEMS FY 2003 | SYSTEMS FY 2004 | SYSTEMS FY 2005 Proforma | SYSTEMS FY 2006 | SYSTEMS FY 2007 | SYSTEMS FY 2008 | SYSTEMS FY 2009 | SYSTEMS Q1 FY 2010 | SYSTEMS Q2 FY 2010 FY 2010 | SYSTEMS Q3 FY 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales of equipment | 12,505 | 9,645 | 35,004 | 32,102 | 0 | 0 | 729 | 3,625 | 0 | 0 | 2,016 |
| Sales of leased equipment | | | | | | | | | | | |
| Total sales | 12,505 | 9,645 | 35,004 | 32,102 | 0 | 0 | 729 | 3,625 | 0 | 0 | 2,016 |
| Lease revenues | | | | | | | | | | | |
| Fee and other income | 2,219,091 | 1,888,956 | 3,256,831 | 5,144,336 | 7,050,833 | 6,870,644 | 8,555,886 | 6,272,357 | 1,205,304 | 1,108,119 | 1,198,471 |
| ePlusSuite revenues | | | | | | | | | | | |
| Total other revenue | 2,219,091 | 1,888,956 | 3,256,831 | 5,144,336 | 7,050,833 | 6,870,644 | 8,555,886 | 6,272,357 | 1,205,304 | 1,108,119 | 1,198,471 |
| TOTAL REVENUES | 2,231,596 | 1,898,601 | 3,291,835 | 5,176,438 | 7,050,833 | 6,870,644 | 8,556,615 | 6,275,982 | 1,205,304 | 1,108,119 | 1,200,487 |
| Cost of sales, equipment | 3,408 | 11,599 | 60,110 | 145,487 | 193,857 | 292,578 | 125,074 | 88,975 | 3,060 | 0 | 0 |
| Cost of sales, leased equipment | | | | | | | | | | | |
| Total cost of sales | 3,408 | 11,599 | 60,110 | 145,487 | 193,857 | 292,578 | 125,074 | 88,975 | 3,060 | 0 | 0 |
| Direct lease costs | | | | | | | | | | | |
| ePlusSuite costs | 975,346 | 1,232,285 | 1,402,522 | 3,275,237 | 5,046,076 | 4,773,263 | 2,257,992 | 0 | 0 | 0 | 0 |
| Professional and other fees | 205,290 | 236,112 | 448,606 | 2,232,241 | 1,018,516 | 795,540 | 727,425 | 672,613 | 90,563 | 114,890 | 101,854 |
| Salaries and benefits | 1,466,425 | 1,693,871 | 2,400,796 | 3,840,463 | 4,467,618 | 4,372,920 | 5,311,480 | 5,715,393 | 1,103,095 | 941,005 | 1,015,931 |
| General and administrative expenses | 908,852 | 1,146,448 | 1,176,519 | 1,420,155 | 1,472,391 | 1,695,339 | 1,803,495 | 1,579,258 | 346,159 | 357,022 | 320,735 |
| Impairment of goodwill | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,176,259 | 0 | 0 | 0 |
| Interest and financing costs | 53,099 | 153,964 | 53,355 | 81 | 318 | 23 | 8,454 | 1,874 | 80 | 0 | 0 |
| Non-recurring acquisition costs | | | | | | | | | | | |
| Total expenses | 3,609,012 | 4,462,680 | 5,481,798 | 10,768,177 | 12,004,919 | 11,637,085 | 10,108,846 | 12,145,397 | 1,539,897 | 1,412,917 | 1,438,520 |
| TOTAL COSTS AND EXPENSES | 3,612,420 | 4,474,279 | 5,541,908 | 10,913,664 | 12,198,776 | 11,929,663 | 10,233,920 | 12,234,372 | 1,542,957 | 1,412,917 | 1,438,520 |
| EARNINGS BEFORE INCOME TAXES | (1,380,824) | (2,575,678) | (2,250,073) | (5,737,226) | (5,147,943) | (5,059,019) | (1,677,305) | (5,958,390) | (337,653) | (304,798) | (238,033) |
| Provision for income taxes | (446,198) | (896,490) | (750,525) | (1,893,285) | (1,779,651) | (1,669,787) | (582,100) | (2,445,787) | (136,985) | (129,632) | (98,785) |
| NET INCOME | (934,626) | (1,679,188) | (1,499,548) | (3,843,941) | (3,368,292) | (3,389,232) | (1,095,205) | (3,512,603) | (200,668) | (175,166) | (139,248) |


EXHIBIT
Lawson 137
4-22-10


EXHIBIT
DX 292
09-CV-620

**Note:**
Income Statement for the year ended 2005: Settl

C:\Documents and Settings\philgreen\Local Setting;

Income Statement -ePlus Content

| | CONTENT FY 2002 | CONTENT FY 2003 | CONTENT FY 2004 | CONTENT FY 2005 | CONTENT FY 2006 | CONTENT FY 2007 | CONTENT FY 2008 | CONTENT FY 2009 | CONTENT Q1 FY 2010 | CONTENT Q2 FY 2010 | CONTENT Q3 FY 2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | FY 2010 | |
| Sales of equipment | | | | | | | | | | | |
| Sales of leased equipment | | | | | | | | | | | |
| Lease revenues | | | | | | | | | | | |
| Fee and other income | 320,871 | 788,833 | 919,021 | 1,403,848 | 1,392,209 | 1,586,783 | 1,861,932 | 1,265,800 | 310,599 | 273,153 | 266,988 |
| ePlusSuite revenues | | | | | | | | | | | |
| Total other revenue | 320,871 | 788,833 | 919,021 | 1,403,848 | 1,392,209 | 1,586,783 | 1,861,932 | 1,265,800 | 310,599 | 273,153 | 266,988 |
| TOTAL REVENUES | 320,871 | 788,833 | 919,021 | 1,403,848 | 1,392,209 | 1,586,783 | 1,861,932 | 1,265,800 | 310,599 | 273,153 | 266,988 |
| Cost of sales, equipment | | | | | | | | | | | |
| Cost of sales, leased equipment | | | | | | | | | | | |
| Direct lease costs | | | | | | | | | | | |
| ePlusSuite costs | 447,786 | 566,014 | 869,869 | 904,511 | 722,084 | 679,883 | 366,461 | 101,205 | 19,667 | 31,083 | 21,750 |
| Professional and other fees | 39,627 | 93,338 | 302,719 | 136,738 | 165,928 | 257,490 | 227,092 | 280,176 | 45,203 | 70,354 | 58,009 |
| Salaries and benefits | 886,348 | 889,928 | 1,168,604 | 1,282,565 | 1,226,561 | 1,166,256 | 1,269,071 | 1,314,206 | 325,352 | 279,241 | 234,802 |
| General and administrative expenses | 429,413 | 251,511 | 298,043 | 221,632 | 255,490 | 186,392 | 142,767 | 150,119 | 18,404 | 21,718 | 14,695 |
| Impairment of goodwill | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 467,858 | 0 | 0 | 0 |
| Interest and financing costs | 34,154 | 93,578 | 30,989 | 1 | 3,559 | 0 | 215 | 0 | 0 | 0 | 0 |
| Non-recurring acquisition costs | | | | | | | | | | | |
| Total expenses | 1,837,328 | 1,894,369 | 2,670,224 | 2,545,447 | 2,373,622 | 2,290,021 | 2,005,606 | 2,313,564 | 408,626 | 402,396 | 329,256 |
| TOTAL COSTS AND EXPENSES | 1,837,328 | 1,894,369 | 2,670,224 | 2,545,447 | 2,373,622 | 2,290,021 | 2,005,606 | 2,313,564 | 408,626 | 402,396 | 329,256 |
| EARNINGS BEFORE INCOME TAXES | (1,516,457) | (1,105,536) | (1,751,203) | (1,141,599) | (981,413) | (703,238) | (143,674) | (1,047,764) | (98,027) | (129,243) | (62,268) |
| Provision for income taxes | (472,817) | (382,381) | (582,794) | (518,482) | (354,129) | (267,336) | (30,802) | (429,127) | (40,191) | (54,126) | (25,841) |
| NET INCOME | (1,043,640) | (723,155) | (1,168,409) | (623,117) | (627,284) | (435,902) | (112,872) | (618,637) | (57,836) | (75,117) | (36,427) |

RR_ISFY02-09-SW