

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                              Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

Having reviewed Defendant's MOTION FOR EXPEDITED BRIEFING ON ITS MOTION TO COMPEL PLAINTIFF'S TOTAL REVENUES FROM SALES OF PROCURE+, CONTENT+ AND RELATED SERVICES (Docket No. 621), it is hereby ORDERED that the Plaintiff shall file a response on February 25, 2011 and the Defendant shall file a reply by 12 PM on February 28, 2011.

It is so ORDERED.

                                      /s/           REP
                          Robert E. Payne
                          Senior United States District Judge

Richmond, Virginia
Date: February 23, 2011