# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF FILING**
**PLAINTIFF *e*PLUS, INC.'S BRIEF IN OPPOSITION TO DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO PRODUCE DOCUMENTATION THAT IT HAS LONG AGO PRODUCED IN THIS ACTION OF ITS TOTAL REVENUES FROM SALES OF PROCURE+, CONTENT+ AND RELATED SERVICES**
<u>**UNDER SEAL**</u>

Plaintiff *e*Plus, Inc., by counsel, and in accordance with the November 16, 2009,

Protective Order entered in this case, has filed **UNDER SEAL** its Brief in Opposition to

Defendant's Motion to Compel Plaintiff to Produce Documentation That It Has Long Ago

Produced in This Action of Its Total Revenues From Sales of Procure+, Content+ and Related

Services, with Exhibits 2 & 3 thereto.  Exhibit 1 is attached hereto.

February 25, 2011

Respectfully submitted,

*e*Plus, Inc.

By Counsel

_____/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

*Attorneys for Plaintiff, ePlus inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of February, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Kristin Stoll-DeBell, *pro hac vice*
MERCHANT & GOULD
1050 Seventeenth Street, Suite 1950
Denver, CO 80265
Telephone:  (303)357.1670
Facsimile: (303)357.1671
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
Megan C. Rahman
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com
megan.rahman@troutmansanders.com

_____/s/_____
Craig T. Merritt (VSB #20281)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
Counsel for Plaintiff *e*Plus, Inc.

1129845