IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                                  Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

## ORDER

For the reasons set forth on the record during the conference call on March 2, 2011, it is hereby ORDERED that the Defendant's MOTION TO COMPEL PLAINTIFF'S TOTAL REVENUES FROM SALES OF PROCURE+, CONTENT+, AND RELATED SERVICES (Docket No. 619) is DENIED AS MOOT because of agreement of the parties.

It is so ORDERED.

                                                /s/        REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: March 2, 2011