IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

      Plaintiff,

v.                         Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

      Defendant.

## ORDER

For the reasons set forth on the record on March 9, 2011, it is hereby ORDERED that:

(1) on March 25, 2011 at 9:30 AM, the Court shall hold an evidentiary hearing respecting injunctive relief;

(2) on March 28, 2011, the Plaintiff shall file its brief in support of the request for injunctive relief, which shall include proposed findings of fact and conclusions of law in support thereof and shall tender a sketch order detailing the injunctive relief sought, and the Defendant shall file its brief in support of the request for a stay of any hereafter ordered injunction, which shall include a discussion of the Defendant's bond for a stay;

(3) on March 30, 2011, the Defendant shall file a response to the request for a permanent injunction, which shall include its proposed findings of fact and conclusions

of law in opposition, and the Plaintiff shall file a response to the request for a stay; and

(4) on April 1, 2011, the Plaintiff shall file a reply to the request for a permanent injunction, and the Defendant shall file a reply to the request for a stay; and

(5) on April 4, 2011 at 9:30 AM, the Court shall hold oral argument.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 10, 2011