```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683012160
Cashier ID: lbreeden
Transaction Date: 03/18/2011
Payer Name: TROUTMAN SANDERS LLP
----------------------------------
PRO HAC VICE
 For: ERIKA HARMON ARNER
 Case/Party: D-VAE-3-11-CR-PROHAC-001
 Amount:       $50.00
----------------------------------
CHECK
 Check/Money Order Num: 544629
 Amt Tendered:  $50.00
----------------------------------
Total Due:       $50.00
Total Tendered: $50.00
Change Amt:      $0.00

#3:09-CV-620
```