```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683012175
Cashier ID: lbreeden
Transaction Date: 03/21/2011
Payer Name: TROUTMAN SANDERS LLP
--------------------------------------
PRO HOC VICE
 For: Donald Robert Dunner
 Case/Party: D-VAE-3-11-CR-PROHAC-001
 Amount:        $50.00
--------------------------------------
CHECK
 Check/Money Order Num: 545095
 Amt Tendered:   $50.00
--------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

#3:09-cv-620
```