# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

**APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4**

In Case Number __3:09-cv-620__, Case Name __ePlus, Inc. v. Lawson Software, Inc.__
Party Represented by Applicant: __Lawson Software, Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

FILED MAR 23 2011 CLERK, U.S. DISTRICT COURT
FILED MAR 21 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

## PERSONAL STATEMENT

FULL NAME (no initials, please) __Donald Robert Dunner__
Bar Identification Number __38273__ State __DC__
Firm Name __Finnegan, Henderson, Farabow, Garrett & Dunner, LLP__
Firm Phone # __202-408-4000__ Direct Dial # __202-408-4340__ FAX # __202-408-4400__
E-Mail Address __don.dunner@finnegan.com__
Office Mailing Address __901 New York Avenue, NW, Washington, DC 20001__

Name(s) of federal court(s) in which I have been admitted __Please see attached__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____   __3/17/11__
(Signature)                         (Date)
__DABNEY CARR__                     __28679__
(Typed or Printed Name)             (VA Bar Number)

---

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED __X__ or DENIED _____

/s/ __REP__                         March 22, 2011
(Judge's Signature)                 (Date)
Robert E. Payne
Senior United States District Judge

Mr. Dunner is admitted to practice in the following courts:

| Court | Date |
|---|---|
| • U.S. District Court for the District of Columbia | October 20, 1958 |
| • U.S. Court of Appeals, District of Columbia Circuit | November 5, 1958 |
| • District of Columbia Court of Appeals | November 5, 1958 |
| • United States Supreme Court | 1963 |
| • United States Court of Appeals for the Federal Circuit | 1982 |
| • United States Court of Appeals for the First Circuit | 1981 |
| • United States Court of Appeals for the Second Circuit | November 7, 1973 |
| • United States Court of Appeals for the Third Circuit | 1980 |
| • United States Court of Appeals for the Sixth Circuit | 1980 |
| • United States Court of Appeals for the Eighth Circuit | 2001 |
| • United States District Court for the Middle District of Pennsylvania | December 1, 1997 |