# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: March 25, 2011

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: ePlus, Inc. v. Lawson Software, Inc. | CASE NO: 3:09CV00620 |
| | JUDGE: Payne |
| | COURT REPORTER: Diane Daffron, Peppy Peterson |

FILED MAR 25 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR: BENCH TRIAL ( )  MOTION HEARING ( )  OTHER: Evidentiary Hearing

APPEARANCES: Parties by ( )/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE (✓)   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE (✓) RESTED (✓) MOTION ( )

DEFENDANT(S) ADDUCED EVIDENCE (✓) RESTED (✓) MOTION ( )

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED (✓)   ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Oral Arguments to be held later.

Counsel for Plaintiff(s): Scott L. Robertson, Esquire; Craig T. Merritt, Esquire; Jennifer A. Albert, Esq.; Michael G. Strapp

Counsel for Defendant(s): Daniel W. McDonald, Esq.; Rachel C. Hughey, Esq.; Dabney J. Carr, IV, Esq.; Kirstin L. Stoll-DeBell, Esq.; William D. Schultz, Esq.

SET: 9:30 a.m.   BEGAN: 9:40 a.m.   ENDED: _____   TIME IN COURT: _____

RECESSES: (20) 45 min Lunch (20)