```
 1            THE COURT:  Counsel, one of the jurors advised the
 2   court security officer that the juror at one time had worked
 3   for Dunn & Bradstreet, and I think the only reference was
 4   something in one of the exhibits about something being
 5   developed by somebody at Dunn & Bradstreet.  I don't know.  Was
 6   it Lawson or ePlus or what?
 7            MR. ROBERTSON:  Your Honor, it's the UNSPSC codes.
 8            THE COURT:  The codes.  It doesn't make any
 9   difference that I see, do you?
10            MR. ROBERTSON:  No, sir.
11            MR. McDONALD:  No.
12            THE COURT:  Whoever that was, don't worry about it.
13   Thank you for telling us, though.  All right.
14            MR. ROBERTSON:  Good afternoon, Your Honor.
15   BY MR. ROBERTSON:  (resuming)
16   Q    Good afternoon, Dr. Weaver.
17   A    Afternoon.
18   Q    Dr. Weaver, we've been talking about a number of these
19   user guides for these modules or software programs that can be
20   configured in various ways to form infringing systems; correct?
21   A    We have.
22   Q    I didn't ask this fundamental question.  What is the
23   purpose of these user guides?
24   A    It's to instruct users on how to operate the Lawson
25   system.
```

1    Q     Have you seen testimony, documentation concerning whether

2    or not Lawson intends these things to be relied upon by the

3    users?

4    A     Absolutely.  Some of these documents are publicly

5    available on the web.

6    Q     So you've seen any testimony from Lawson where it says

7    that they intend these guides to be accurate and provide

8    information that would be utilized by their users?

9    A     Yes, I have.

10   Q     The next exhibit I'd like you to look at is another user

11   guide for Lawson requisition self service, and that is PX-98,

12   and it is in binder one.

13         As part of your preparation to perform an analysis in

14   order to render opinions on infringement, did you consider

15   PX-98?

16   A     I did.

17   Q     What is it, sir?

18   A     The Lawson requisition self service users guide that's

19   explaining how RSS works.

20   Q     And when was it published?

21   A     May of 2009.

22   Q     And requisition self service, this application, that's one

23   of the applications you referenced when you had your diagram of

24   your building blocks for the various infringing systems;

25   correct?

1   A    Right.  RSS was sitting on top of the procurement system.

2   Q    And the procurement system, including the inventory

3   control module, the PO module, and the requisitions module, are

4   all required first before you have this requisition self

5   service application; correct?

6   A    That's right.

7   Q    All right, can we turn to page seven of Exhibit 98?  That

8   is the barcode page that ends with a Bates label 480, and this

9   is chapter one, Lawson requisition self service overview.  What

10  is of interest here to the jury?

11  A    That first paragraph.

12  Q    What does it indicate?

13  A    The Lawson requisition self service application lets you

14  create requests with demand on stock and demand on vendors.

15  You can process, view, and modify requisitions.

16  Q    So does this application then have the same functionality

17  as the Lawson requisitions module?

18  A    Yes, it does.

19  Q    And I think -- is it an overlay on top of that module?

20  A    Exactly.  It's an attempt to provide a user-friendly

21  interface more so than what was provided in the requisitions

22  module itself.

23  Q    Why would you want to provide that user-friendly

24  interface?

25  A    That way you can have more people use it with less

1    training.

2    Q    Can you turn to the page that is barcoded 18 which ends

3    with a Bates label 491, and there is a heading there called

4    prerequisite applications setup.  Why is this significant to

5    your opinions?

6    A    As it says, before you can use the Lawson requisitions

7    self service application, you must set up other Lawson

8    applications.  The prerequisite applications affect the way

9    processing occurs in the Lawson requisitions self-service

10   application.  So as I showed in my demonstrative, this sits on

11   top of our modules.

12   Q    I want to turn to the next page and that first bullet

13   point.

14   A    Before you can create requisitions, you must set up the

15   requisitions application including requester's requesting

16   locations and approval codes if used.

17   Q    Why don't we turn to page 22 of the document, ends with a

18   Bates label 495.  There's a heading called setting up the

19   purchase order application?

20   A    At the top.

21   Q    What did you consider on this page, if anything, when you

22   were doing your analysis?

23   A    The very first sentence.  Before you can use the

24   application, this is the purchase order application --

25               THE COURT:  That doesn't say that.  It says "before

1    you use," not "before you can use."

2           THE WITNESS:  Thank you, Your Honor.  Before you use

3    the application, you must define purchase order vendors and

4    locations.

5    Q    What, if any, significance did that have to your opinions?

6    A    That the purchase order and requisition self service have

7    to work together, that PO has to be present before RSS can

8    work.

9    Q    Let me also take you back to page 21 of the document which

10   ends 494.  That is entitled setting up the inventory control

11   application?

12   A    Right.

13   Q    What, if any, significance on this page for your opinions,

14   Doctor, would you like to point out to the jury?

15   A    The first sentence.  Before you set up the requisitions

16   application, you must set up the inventory control application.

17   Q    Thank you.  Is that consistent with your understanding in

18   the diagram that you put together to illustrate?

19   A    Yes, it is.

20   Q    Can we go to page 27 which ends with Bates label 500?

21   This page is entitled defining categories optional; do you see

22   that?

23   A    I do.

24   Q    They are describing or discussing the UNSPSC.  Do you see

25   that?

1    A    Yes.

2    Q    What, if any, significance does that have with respect to

3    the requisition self server module?

4    A    So these first four paragraphs explain the purpose, and

5    then down below are instructions on how to do this.  The

6    categories task is designed to use UNSPSC, United Nations

7    Standards Products and Services Codes.  Categories let you

8    search for items by category.

9         After you import UNSPSC codes, you can assign them to

10   items using item master.  IC 11.1 is one of these programs.

11   The codes have four levels:  Segment, family, class, and

12   commodity.  These levels create an item hierarchy and let you

13   search each level for items in the item master file.  These

14   codes are attached to items on IC 11.  That's the item master.

15        After you define categories, you can click on a category

16   top level to open the segment tree to the product, family,

17   class, commodity, branches, and items.  You select items at any

18   of the levels.

19   Q    Okay.  Is this the same kind of UNSPSC classification

20   codes that can be used to do the converting as defined by the

21   Court that we saw before in, I believe it was the inventory

22   control module?

23   A    Yes, they are.

24   Q    So then this is available functionality as part of the

25   requisitions self-service application as well?

1    A     Right.  This is part of RSS.

2    Q     Let me direct you, if I could, Dr. Weaver, to Plaintiff's

3    Exhibit Number 109 which is in volume two.  Have you seen this

4    document before?

5    A     Yes, I have.

6    Q     What is it?

7    A     This document is entitled S3 EDI for supply chain

8    management.  This was reviewed during the depositions of the

9    Lawson personnel.

10   Q     Let me go to page Bates labeled five of this document that

11   ends -- excuse me, barcode five that ends with the Bates label

12   618.  It's entitled Lawson S3 EDI for supply chain management.

13   Do you know what the S3 product is?

14   A     Sure.  It's the Lawson procurement suite.

15   Q     Can you define that with respect to the modules that

16   you've identified in your diagram?

17   A     Yes; requisitions, purchase order, and inventory control.

18   Q     What significance is in this particular page of

19   Plaintiff's Exhibit 109?

20   A     The first paragraph explaining what this does.  It links,

21   or rather it says links your enterprise to its trading partners

22   to electronically send transactions such as purchase orders,

23   price/catalogs, and invoices electronically.

24   Q     So using this application, can you receive electronically

25   transmitted catalogs from suppliers?

1    A    Yes, you can.

2    Q    Now that we've gone through some of the various -- and

3    overviewed some of the various different Lawson Software

4    modules that can be used to implement these electronic

5    procurement systems, do you have any demonstrations that you'd

6    like to do to show the Lawson system in operation?

7    A    First demonstration would show the category search

8    feature.

9    Q    And you have this, these demonstrations, as I understand,

10   both in captured screen shots -- is that right -- captured

11   software and also in hard copies?

12   A    That's right.

13             MR. ROBERTSON:  Your Honor, I'm going to be offering

14   both those for ease of review at the appropriate time.

15   Q    How were you able to capture a demonstration of the system

16   using the Lawson Software?

17   A    So Lawson provided a demonstration system that included

18   these modules that we've been talking about, and it runs on a

19   laptop.  So we used -- we practiced to get the demo correct in

20   the sense that it showed what I wanted it to show, and then we

21   used software that was present on the machine that we were

22   given that did a realtime recording of whatever was on the

23   screen.  So it's a realtime movie capture.

24   Q    Who provided that software?

25   A    That was provided by Lawson on the machine we got.  So as

1    we did these demonstrations, we used that Lawson-provided

2    software to create a realtime movie which we saved and which

3    now we're going to play back.

4    Q    Did that laptop come with item data?

5    A    Well, it came with some item data which turns out to be an

6    issue.  The database that we were provided from Lawson was

7    actually pretty sparse, so, yes, it had some items in there,

8    but it wasn't fleshed out like a production system would be.

9    Q    In order to demonstrate some of the capabilities and

10   functionality of, say, comparison shopping or using the UNSPSC

11   codes to identify goods that are similar, identical, or

12   generally equivalent, do you need data, item data in the

13   database to demonstrate that?

14   A    Absolutely.

15   Q    And if you don't have, for example, a sufficient number of

16   black pens to compare, or if you have only have one black pen

17   and you're searching for black pens, can you demonstrate some

18   of the functionality of the system if that item data is not

19   there?

20   A    That's right.  Without equivalent items, there are no

21   equivalent items to be found.

22   Q    So were you aware that a request was made to Lawson to

23   provide additional data on this demonstration laptop that they

24   gave us so that we could demonstrate the functionality of the

25   system?

1    A    Yes, I'm aware of that.

2    Q    And what was your understanding as to what the outcome of

3    that was when the requests were made?

4    A    Well, I don't know the details.  What I know is that

5    eventually a Lawson consultant was hired to help load some

6    additional data.  Even so, three of the demonstrations that I'm

7    going to give were on the system as provided by Lawson.  Only

8    one needed additional data loaded.

9    Q    And a Lawson employee or personnel worked with ePlus

10   personnel to help them load additional data -- excuse me.

11   Worked with ePlus's counsel to load additional data on this

12   laptop for that one presentation?

13   A    That's my understanding.

14   Q    Now, based on the documents you've reviewed and based on

15   testimony reviewed, do these Lawson accused procurement systems

16   typically come with lots of item data?

17   A    Well, when the database is loaded, the witnesses said that

18   there are typically hundreds of catalogs and thousands,

19   sometimes tens of thousands of items.

20   Q    So with that kind of robust data in the database, it's

21   easier to show the full functionality of the system; is that

22   fair to say?

23   A    That's fair to say.  However, we're going to do it.

24   Q    All right.  Then as I understand it, three of the four

25   demonstrations were just as the laptop was provided to counsel

1   for ePlus?

2   A    Yeah.  We could say out of the box, the box being the

3   laptop.

4   Q    One being with the additional data that Lawson assisted

5   ePlus's counsel in loading; is that right?

6   A    That's correct.

7   Q    The first demonstration you have, what do you want to

8   illustrate?

9   A    I want to illustrate the category search in which we can

10  find generally equivalent items and then we can find other

11  items and build a requisition, and then we can build one or

12  more purchase orders from that requisition.

13  Q    Okay.  And did you direct the preparation of this

14  demonstration?

15  A    Yes, I did.

16  Q    All right.  If we can, before we do that, just so we can

17  orient the jury as to what they're going to see, can we see

18  claim three and claim 28 side by side on the screen?

19       Now, both these claims, claim three being the system claim

20  and claim 28 being a method claim, has this element concerning

21  converting data relating to a selected matching item and

22  associated source to data relating to an item in a different

23  source; do you see that?

24  A    Yes.  That's the sixth element.

25  Q    The Judge has construed both these claim terms; correct?

1    A    Yes.

2    Q    And I'm not going to go through it again because we read

3    them at one point, but the jury has them in their glossary.

4    And, of course, all the other elements need to be there as

5    well.  Are we going to be seeing, as we walk through this

6    demonstration, the existence of these other elements that you

7    described?

8    A    Yes.

9    Q    Why don't you go ahead.

10   A    All right.  So Mike is going to play this movie, and

11   you'll see there are some waits involved in here, but that's

12   just because it's recording exactly what was seen.

13   Q    Stop here for a second and let me ask you a question here.

14   There's a box in the lower right-hand corner.  Is that part of

15   the Lawson system or not part of the Lawson system?

16   A    That was part of the system provided, and it's part of the

17   realtime capturing software, so you can -- what's showing --

18   can you see this?  So what you are seeing right now is a clock

19   that says we're 12.4 seconds into the movie, and then there's a

20   button that if you were on the real laptop, you could click it

21   and it would toggle from pause to play to pause to play.  We've

22   chosen just to let it play.

23   Q    If we wanted to --

24        MR. McDONALD:  Your Honor, could I get a

25   clarification on which exhibit, and is there a paper version of

1    this one so we know what you are using?

2           MR. ROBERTSON:  It's going to be Plaintiff's

3    Exhibit 376 is the video, and Plaintiff's Exhibit 374 would be

4    the hard copy paper capture of the screen shots.

5    Q    So we're clear, this is like the video playback?  We can

6    do the stop, forward, reverse by using these tools if we need

7    to go back at any time?

8    A    Well, these tools are for the original capture.  Mike and

9    I are going to do it manually.  I'm going to say stop and

10   continue and probably say go back.

11   Q    We may have to go back because it moves quickly sometimes?

12   A    Sometimes it's too quick, and sometimes it's too slow.

13   Right now we're going to start with a go back, so go back to

14   the beginning.

15          All right, so as the laptop screen exists, first I'm going

16   to bring up the browser.  I'm going to use Internet Explorer,

17   so here we go.  Stop.  Now, again, I'm just going to tell you,

18   you're going to see some times when not much is happening, but

19   this is just a true-to-life recording of exactly what was on

20   the screen at the time.

21          Okay, so in your ordinary Internet Explorer browser, I've

22   clicked on the favorites tab, and one of the favorites that

23   I've saved is the Lawson portal.

24   Q    Is this an example of the drop-down menu you were talking

25   about earlier?

1    A    Sure.  Exactly.  So I'm going to go down and click on

2    Lawson portal.  Continue.  Now, this is one of those waits.

3    Okay.  We get to the Lawson log-in screen.  So we put in the

4    user name and password and then click on log in.  This will be

5    one of those longer waits.  You can see the time clicking away

6    in the bottom right-hand corner.

7        Stop.  So now we are at the Lawson home page, and if you

8    are familiar with browsers, you see up here, there is the URL

9    that we're using.  LSF server, that's Lawson server foundation,

10   that's what we talked about before.  Server.corpnet.lawson.com.

11   So we're looking at the portal.

12   Q    All right, you used the term URL.  Can you explain to the

13   jurors what you mean by that?

14   A    Falling back into my vernacular.  Universal resource

15   locator, so commonly called a web address.  Okay, so we can

16   continue.  Top.  Stop.  That was stop, not top.  Here's another

17   one of those drop-down menus.  So on the left-hand side, I have

18   a menu.  One of the top level choices was requisition self

19   service.  So I'm going into the RSS module, and I'm picking one

20   of the activities that is there.  This is one of the

21   capabilities.  All right, so I'm going to click on the shopping

22   selection.  Continue.

23       Stop.  So, now we come to the shopping screen.  Again, if

24   you look up here at the top, you will see there are some

25   choices that can be made.  These are, again, top levels of what

1   will be drop-down menus.  I'm going to go click on this

2   find/shop, and that's going to give me additional choices.

3   Continue.

4        Stop.  So here are the choices.  I can search the

5   catalogs, I can do a Punchout.  I'm going to do that later.

6   Down there at the bottom is categories.  So I'm going to go

7   down and click on categories, because I want to do a category

8   search.  Continue.

9        Stop.  Now, remember with the UNSPSC codes, we said that

10  there were four levels:  Segment, family, class, and commodity.

11  So what is showing here in the category tab, the category

12  window, is the first three of a small set of these top level

13  categories, these segment categories.  So, remember, there

14  could have been a hundred of them, 00 to 99, but here, for

15  clarity, everyone exchanges those digits for names so that they

16  have -- they make sense to humans.

17        So my top choice there, live plant and animal material and

18  accessories and supplies, that's one of the segment codes.

19  Now, I don't know what code it is, 23, 99, I don't know.  It

20  doesn't matter.  It is representative of what is in this very

21  broad segment.  So I'm going to scroll down and show you the

22  others, and then I'm going to come back and pick one in the

23  middle.  Continue.  See, we only had about six there.  Stop.

24  Q    Let me ask you a question about that then.  There are only

25  six here to illustrate the functionality of it.  Does the

1    Lawson requisition self service you are using here have the

2    capability to have more?

3    A    Absolutely.

4    Q    How many could it have?

5    A    It could be a hundred different segments.  Each of those

6    segments could have a hundred families.  They could each have a

7    hundred classes.  They could each have a hundred commodities.

8    Q    I noticed you clicked on one of these segments?

9    A    The one I clicked there in the middle is communications

10   and computer equipment and peripherals and components and

11   supplies.  So you can see how broad a category that segment

12   name represents.  So what we're going to do now is drill down

13   to become finer-grained.

14        So having clicked on that top level segment -- continue --

15   stop.  So underneath the segment is the family.  Now, here we

16   show that there's very little data in the system we were

17   provided.  Whereas there could be a hundred different family

18   names, there's only one.  So due to the paucity of data here,

19   I'm going to click the only possibility I've got.

20        All right, so I've done the segment.  This is the family.

21   I'm going to click on the family name, hardware and

22   accessories.  Continue.

23        Stop.  So now we're down to the class.  There could have

24   been a hundred classes, but, again, because there's so little

25   data here, there's only two.  So as I look at the class, I have

1   a choice of computers or monitors and displays.  So I'm going

2   to go for computers.  Continue.

3        Stop.  Now I'm down to the commodity level.  The

4   commodities, there should be a lot of them, but because of the

5   paucity of data here, we have only one commodity category,

6   notebook computers.  So I'll click the only choice I've got,

7   and then that will list the actual item data that is underneath

8   the notebook computers commodity code.  Continue.

9        Stop.  So now we see all of the items in the database that

10  have the UNSPSC code for notebook computers, and there's only

11  two, okay?  Small database.

12  Q    So I understand, for the segments, there could have been

13  thousands, for families there have been --

14  A    Hundreds.

15  Q    Hundreds.  What is the next level?

16  A    So you start with segment.

17  Q    Class?

18  A    Could be a hundred.  Then family -- each of those segments

19  could have a hundred, and then each of those families could

20  have a hundred classes, and each of the classes could have a

21  hundred commodities.

22  Q    Those commodities, you could have thousands of items?

23  A    Right.  Once you get down to the commodity level, you have

24  unlimited number of items that map to that code.  Here we have

25  two.  Okay, it's going to do the job, though.

1      All right, so I'm going to look at these two computers.

2  You can see the first line item there is an IBM ThinkPad, and

3  it has an item number of 6001.  The one below it is a Dell

4  Inspiron 8000.  It has an item number of 6020.  So I'm going to

5  go click on the item number, and that's going to get us a

6  description of this item.

7  Q     Before you do that, Doctor, does it have unit measure

8  category?

9  A     Right.  Under UOM, you see each.

10  Q     Does it have cost information?

11  A     Under cost, the ThinkPad is 2,500.  The Dell is 2,000.

12  Q     Does it have description of the item?

13  A     It has a description, IBM ThinkPad T20 or Dell Inspiron

14  8000 with Intel Pentium processors.

15  Q     You indicated it had an item number?

16  A     There is an item number.

17  Q     And it even provides for the Intel Pentium or the Dell

18  Inspiron, the manufacturer?

19  A     I just covered up the description.  Yeah.  So not only do

20  we have in this case the name of the computer, Dell Inspiron

21  8000, we also have a little more descriptive information, that

22  it's an Intel Pentium III processor.

23      Okay.  We'll continue.  Oh, and stop.  I should also note

24  while we're here that over here is the Dell shopping cart, and

25  it's obviously empty.  It's supposed to be empty --

1   Q    I think you misspoke.  I think you said the Dell shopping

2   cart.

3   A    I misspoke.  This is the Lawson shopping cart right here

4   where it says my cart.  And so as I select items, they will

5   show up in the shopping cart, but we'll see that.  All right,

6   so now I'm READY to drill down on the ThinkPad.  Continue.

7       So I click on that item number.  Stop.  And this retrieves

8   the data in the item master and vendor item table database and

9   tells me about the item.  So we have an item number, we have a

10  description, a unit of measure, a cost.

11      We have a source vendor ID, 118, and a source vendor name,

12  Office Max.  So from observing this information that is

13  produced, I know that this IBM ThinkPad has a vendor source of

14  Office Max.

15  Q    Let me stop and ask a question, Doctor.  There's a box

16  there that says image not available.  Does this RSS application

17  have the ability to load images of the items offered for sale?

18  A    It does, and the documentation encourages one to do so.

19  But, again, because of the paucity of data, we didn't have any

20  item images in the data we were given.

21  Q    This is how it was provided to us; it could have been

22  provided with an image, because the software permits you to do

23  that?

24  A    Right.  It could have been chock-full of images, but it

25  wasn't.  Okay, so I'm going to scroll down and up so you see

1   all of the information that was presented to me as the user of

2   the RSS system, and then we'll go back and look at the other

3   Dell computer.  So continue.  So now I'm going to add that to

4   the cart.

5       Stop.  So here in the Lawson shopping cart, I have my IBM

6   ThinkPad T20, item number 6001; quantity, one; unit of measure,

7   each; cost, $2,500.  So I'm going to park this item in the

8   shopping cart, but then I'm going to go back and look at the

9   equivalent items, equivalent in that they had the same UNSPSC

10  code.

11      All right, so we'll continue, and I'll click on this back

12  button over here.  So here -- stop.  Here is that second line

13  item as we saw before, the Dell Inspiron.  So I'm clicking on

14  its item number, and we'll drill down on that and see what

15  information is provided there.  Continue.

16      Stop.  So similarly to what we saw before, this is the

17  other machine.  It's an item -- I wiped it out.  Item 6020, a

18  Dell Inspiron 8000 with Pentium III processor, a unit of

19  measure each, and a cost of 2,000.  But it has a source vendor,

20  ID code of 124, and a source vendor name of Diablo.

21      So the first computer, the ThinkPad was coming from the

22  Office Max catalog.  This is coming from the Diablo catalog.

23  So I stare at that, and I think which of these machines is a

24  better choice for me.  I'm cheap, so I'm going to go with this

25  one.  So I will add this one to the shopping cart, Lawson

1    shopping cart, and delete the other one.  So continue.

2        Okay, now stop.  So now I have both notebook computers in

3    the Lawson shopping cart, and I'm going to go up here to this X

4    and delete the ThinkPad.  Continue.

5        And like all good software, it asks me, do you really want

6    to delete that, and I say, yes.  Okay.  Stop.  So at this

7    point, I have done the UNSPSC code, found two generally

8    equivalent notebook computers, chose one, added it to the

9    shopping cart, added the other one to the shopping cart,

10   deleted the first one.

11       So I've been able to convert one item from one source, the

12   ThinkPad from Office Max, into an equivalent item from another

13   source, the Dell Inspiron here, and having done that, I'm now

14   going to go back and pick another category and find another

15   item to add so that I'll have multiple items in my shopping

16   cart.

17       Okay, so I'm backed out -- because I did that drop-down

18   menu to categories, I'm back at the highest level, the segment

19   level.  So continue.  Scroll down.  Stop.  So this time my

20   segment level is laboratory and measuring and observing and

21   testing equipment.  Continue.  Stop.  My family, again, there's

22   only two here, laboratory and scientific equipment, or

23   measuring or observing, or testing instruments and accessories.

24   Continue.

25       So I pick at my family, laboratory and scientific

645

1    equipment.  Stop.  Oh, I might also note that the hierarchy

2    tree is being kept for me up here at the top.  Here's my

3    segment level, here's my family level.  As soon as I click here

4    on my class level, it will appear here and so on.

5         All right, so I'm about to click on laboratory,

6    environmental conditioning equipment for my third category.

7    Continue.

8         Stop.  Okay, now, again, we're down to commodities.  There

9    could be a hundred of these, but there's not.  There's just

10   one.  There's one commodity called glove boxes.  So when I

11   click on this, I will see all the items in the item master

12   database and the vendor item table that have been encoded with

13   the UNSPSC code for glove boxes.  Continue.

14        Stop.  Once again, the database is small, so there's only

15   two entries under the commodity heading.  Both of these are

16   boxes of sterile surgical gloves, so I'm going to pick one and

17   add that to my Lawson shopping cart.  Continue.  I'm going to

18   look at it first.  Smart shopper.

19        Stop.  All right.  So I just did a drill-down as I did

20   with the computers.  So you see we have an item number, 1036,

21   we have a description, gloves, sterile surgical, size seven.  A

22   unit of measure.  Here it's case, cost, 400 bucks, source

23   vendor.  The ID number is 117, and the source vendor name is

24   Baxter Healthcare.

25        Continue.  So scroll down and back up, and add that to my

1   shopping cart.  So here it is, gloves at the top, Dell computer

2   at the bottom.  Now stop.  I have finished shopping, so I have

3   the information from the database now in the shopping cart.  My

4   next goal is to create a requisition.  Then I'll need to get

5   that approved, and then I'll need to get that turned into

6   purchase orders.

7       So since the gloves and the Dell came from different

8   vendors, I will need two POs, one to each of those vendors, so

9   I'm going to click on checkout.  Continue.  All right, saved.

10  Stop.  So it gives it a number, 911.  So when I come into

11  this system next, I'm going to come in as a manager, and I'm

12  going to look for this order 911 that is existing in the

13  system.  I'm going to find it among all other orders, and then

14  I'm going to get it approved.  All right, continue.  Status

15  needs approval.

16      All right, back to the portal home page, and now I'm going

17  to come in as a manager.  Here are some requisitions, but 911

18  is not among them.  Stop.  Here is the requisition 911, and

19  that's the one I need to have approved.  Continue.

20  Stop.  So here we pull up the requisition, you see right

21  there, and we have the two line items, the Dell Inspiron and

22  the case of gloves.  So I've logged in now as the manager when

23  I clicked on manager, and so here are the actions I can take:

24  Approve, reject, or unrelease, so I'm going to approve these.

25  Continue.

1    Okay, approve, approve action to be taken.  Okay.  Work

2    object.  Taken, all right.  Stop.  So at this point, it looks

3    like -- superficially it looks like I'm done.  It looks like

4    I've got it approved, but in this particular example, there

5    were additional business logic rules that said, aha, you have a

6    computer in there.  That's a technical thing, so you need

7    technical approval in addition to manager's approval.  Okay,

8    we'll go get that, too, so back I go as a manager.  Continue.

9        Approve technical items, find 911.  There it is.  Stop.

10   And so now what I'm going to be approving is the fact that it's

11   got a computer in there.  Continue.

12       Stop.  While we're here, we may as well show, to show that

13   I'm doing the technical approval, we have this item detailed

14   down here that says it's the Dell computer from Diablo that I'm

15   approving.  So I go back up to approve it.

16   Q    Let me stop you for a second, Doctor, and ask you, we've

17   been seeing a number -- some of the features that we're going

18   to be talking about in the claims that were necessary about the

19   product catalog and selecting product catalogs and doing

20   comparison shopping using UNSPSC codes.

21            MR. McDONALD:  I object to the form, Your Honor.

22   That wasn't a question.

23   Q    Let me ask this question:  This approval process, is this

24   part of the claimed elements that are being asserted here?

25   A    No.

1   Q     Because there's an approval process which is an additional

2   step or additional feature that's there beyond the claim

3   elements, does that render a system non-infringing?

4   A     No.

5   Q     Having this approval process is irrelevant to the analysis

6   when the jury needs to go back and determine whether or not the

7   functionality either satisfies a system or method?

8   A     That's correct.

9   Q     Thank you.

10  A     Okay, so we're ready now to do the technical approval.

11  Continue.  So I'll click approval, approval action taken.  Work

12  object dispatched.  Stop.  Now, you heard me say earlier that

13  in the purchase order module, there's a program called PO 100

14  that turns requisitions into purchase orders.  So I'm going to

15  run that program, PO 100, and I'm going to tell it which

16  requisition to go get.  You might -- you may or may not recall

17  that I said that information gets cached in the system and

18  retrieved.

19       This is retrieving the requisition data by the purchase

20  order module, and then we'll see it generate POs.  Okay, so now

21  we're ready to run the PO 100 program.  Continue.

22       Stop.  So here is the opening screen for the PO 100

23  program.  So I'm going to fill in job name and job description,

24  I'm going to put in three pieces of information that the system

25  requires.  Here this has -- this part has nothing to do with

1    infringing.  This is just how you make the system work, and

2    then we'll see it -- turn the requisition or choose the

3    requisition and then we'll see it.

4        We've chosen the requisition, or have we?  No, we're about

5    to because I'm going to give it a name, and then we'll see it

6    generate POs.

7        So I'll call this job RQ911, give it a name, requisition

8    number 911.  Default delivery is five days.  Release the

9    purchase orders, yes.  Choose an option for exception reports.

10   There are some other boxes that are available.  I don't need

11   any of these.  I'll go back to the main tab, and, okay, that's

12   all I need to do, so I add this.  And now I'm ready to submit

13   it to the system for -- by submit, I mean turn the requisition

14   into a PO.  So I click on submit, give this a submit -- all

15   right, and stop.

16       Now, this process is actually running what we call in the

17   background.  The foreground is this PO 100 screen, and the

18   program is running in the background converting the requisition

19   to a purchase order, so when this was done in realtime, enough

20   time had elapsed for that process to occur and for a report to

21   be generated which is the purchase order.

22       So what I'm going to do next is just go look at it,

23   because it's been created.  I just can't see it yet, so

24   continue.  I'm going to go up here to the print manager and

25   click on that.  Stop.

 1    So here this print manager keeps copies of the things it

 2    creates, and the very top one on the list is that job that I

 3    just named requisition number 911, and it was operated on by

 4    the PO 100 program.  So when I go click on this, I'm going to

 5    reveal the purchase orders that have been created.  Continue.

 6    Stop.  So if you think of this screen and then the

 7    scroll-down menu as a big piece of paper, up here at the top we

 8    have some information like when it was run, and then here we

 9    have information that's important to a purchase order, namely

10    who is doing the purchasing.

11    So in this case, the buyer is the Metropolis Medical

12    Center, and it's their -- somewhere in here it will say the

13    delivery location is main.  Well, I don't see that yet.  It

14    doesn't matter.  What we're going to do now is scroll down a

15    bit more.  Okay, continue.

16    Move from side to side, there's nothing to the right.

17    Stop.  So here is the first purchase order.  Our buyer,

18    Metropolis Medical Center, we have a vendor, 117.  Baxter

19    Healthcare is that vendor.  We have an item number 1036.  We

20    have a description, sterile surgical gloves, size seven.  Its

21    source document was requisition 911.  Quantity is one.  Unit of

22    measure is a case, and here's what I was looking for.  The

23    requesting location is main.  And then here, the PO has been

24    released.  So this system has created the purchase order and

25    released it.

1       Now, that's the first of two.  So now I'm going to scroll

2   down some more.  Continue.  Stop.  And here's the second PO.

3   So it's at the bottom of this conceptual sheet of paper.  So,

4   again, we have the buyer, Metropolis.  We have a vendor, number

5   124 from Diablo.  The item number is 6020.  The item

6   description is the Dell Inspiron 8000.  It came from the 911

7   requisition.  I'm ordering one of them in unit of measure each,

8   and I'm delivering it to main.

9       Now, here, for the second PO, it has been released.  So

10   two POs have been created and released, and the report

11   summarizes two POs created.  That's the end.

12   Q    Thank you.  Now, Doctor we're going to be going through

13   some more documents, and we have three more demonstrations to

14   sort of illustrate the functionality of this accused system.

15   And at some point, I'm going to be asking you to go through all

16   12 of these asserted claims for each element under the Court's

17   claim construction.  Are you going to be able to do that for

18   me?

19   A    Sure.

20   Q    At this point, just keeping the Court's claim terms in

21   mind, let me just ask you, at a high level with respect to this

22   demonstration we just saw, and keeping the claim three and

23   claim 28 we talked about which include that element for

24   converting, did we see at least two product catalogs?

25   A    Yes, we did.

1  Q    Did we see the ability to select those product catalogs to
2  search?
3  A    We did that through the categories.
4  Q    Tell me what two product catalogs we saw?
5  A    Office Max and Baxter Healthcare.
6  Q    Did we also see Dell and Diablo?
7  A    Yeah, that's right, we did.
8  Q    And was there an ability to select the product catalogs?
9  A    Yes, we did it through the categories.
10 Q    Was there an ability to search for matching items in those
11 product catalogs?
12 A    We did that.
13 Q    How did we do that?
14 A    We put in the -- we did the category search by marching
15 through the UNSPSC codes, picking a commodity and then picking
16 items.
17 Q    Once you had selected those items from the office, from
18 the shopping cart, were you able to put them into a
19 requisition?
20 A    Yes.
21 Q    And did you -- were you able, from that requisition, after
22 you got the appropriate approvals which are not part of the
23 claims of the -- elements of claim, excuse me, were you able to
24 generate one or more purchase orders from that requisition?
25 A    Yes, we did.

1    Q    And were you able, using the UNSPSC, to find items that

2    were similar, generally equivalent?

3    A    Yes, I converted that ThinkPad into a Dell.

4    Q    Thank you.  Doctor, I'd like you to take a look at

5    Plaintiff's Exhibit 280, and can you identify what this

6    document is?

7    A    This is the Lawson Software response to Presbyterian

8    Healthcare Services.

9    Q    So this is another one of those responses to an RFP?

10   A    That's correct.

11   Q    And what is it dated?

12   A    March 22nd, 2005.

13   Q    And if you could take a look at the page that begins with

14   barcode 196, if you would, sir.  And here -- which has a Bates

15   number that ends 848.

16   A    Yes, I'm there.

17   Q    And here Presbyterian Hospital, in this -- here Lawson, in

18   this response to the request for proposal from the Presbyterian

19   Healthcare Services, is ask asking about requisitioning

20   capability from Lawson; is that right?

21   A    Yes.  That's exactly what it says.

22   Q    And it says in the requisitioning capability, it's asking

23   to describe your ordering tools for various types of items,

24   stock, nonstock, and non-catalogs; do you see that?

25   A    Mike, it is below there.  There it is.

1   Q    Okay.  And the response, is that on the next page?

2   A    That's on the next page.

3   Q    Let me -- okay, let's go to the next page.  And in

4   response to this RFP, this Lawson requisition, is that one of

5   the modules that you've been describing today?

6   A    It is.

7   Q    What does it say that the capability is of Lawson

8   requisitions that Lawson is representing to the Presbyterian

9   Healthcare Services?

10  A    That first paragraph says, Lawson requisitions enables

11  users to view online catalogs for stock and nonstock items,

12  select items from the catalog or a template, and add additional

13  comments to their requisitions.

14       Also, requesters can add non-catalog items such as service

15  or specials through item free form input.  Additionally,

16  requester can view all previously created requisitions and

17  status with requisition inquiry.

18       So this tells us that the users can view online catalogs,

19  they can select items, and they can prepare requisitions.

20  Q    And this is using that requisitions module that you

21  described; is that right?

22  A    It is.

23  Q    Let me ask you, there's an additional question on this

24  page where Presbyterian Healthcare Services asks Lawson to

25  quote, describe your system's ability to establish global

1    requisition templates and its ability to support role-based

2    modification of requisition templates.  Can you tell us how

3    Lawson responded to that question?

4    A    Right.  Underneath that is the answer.  Users have the

5    ability to select items from the item catalog, external vendor

6    catalogs called Punchout, or from predefined shopping lists.

7         So this is telling us that we have the ability to select

8    items from the internal catalog, item master and vendor item

9    table, or from external catalogs, and that external vendor

10   catalogs are available through the Punchout mechanism.

11   Q    So earlier this morning, the Court had asked the question

12   concerning whether there were two different types of catalogs

13   that might be -- that might satisfy the claim language as the

14   Court has interpreted it.  Is this an illustration of two types

15   of catalogs available from the Lawson system?

16   A    Absolutely.  It's selecting from the item catalog, that's

17   the internal one, and then the external ones are the Punchout

18   catalogs.

19   Q    If we could go to page 194 of this document which has the

20   Bates label 846.  There's a question by this requester, how can

21   an end user utilize your solution to order an item from CS for

22   direct delivery to floor.  Do you see that?

23   A    I do.

24   Q    What do you understand CS to mean?

25   A    I forget.

1   Q    Okay.  What is Lawson's response?

2   A    Lawson requisition self service enables users to order any

3   type of item, stock, nonstock, special, or service, from a

4   single user interface.  Lawson enables users to perform

5   searches within the catalog or utilize UNSPSC categories for

6   selection.

7        This next phrase says, Lawson eProcurement -- that

8   eProcurement is the prior name of the Punchout product.  Lawson

9   e-Procurement also supports Punchout technology that enables

10  users to access external supplier catalogs and bring selected

11  items back to the Lawson requisition for processing.

12  Q    When you said Lawson eProcurement was the prior name for

13  Lawson Punchout, did you see documentation in the review of

14  materials you were provided that indicated that?

15  A    Yes, I did.

16  Q    Now, this is talking about Lawson requisition self server;

17  correct?

18  A    Yes.

19  Q    And that was the software that we saw in the first

20  demonstration you did; correct?

21  A    Correct.

22  Q    And that Lawson is representing here it can perform

23  searches within the catalog or utilize the UNSPSC categories

24  for selection; is that right?

25  A    Yes.

1    Q    And did you demonstrate that capability in your video?

2    A    Yes, I did.

3    Q    Going back to page 197 for a moment with respect to this

4    representation about viewing online catalogs and select items

5    from that catalog, why is that relevant to any determination

6    the jury may have to make with respect to the asserted claims

7    here?

8    A    Would you repeat the question.

9    Q    Sure.  We talked about Lawson requisitions here, and it

10   was enabling the users to view online catalogs for stock and

11   nonstock items and select items from that catalog.  Why is that

12   important?

13   A    Well, the ability to view catalogs, to select catalogs and

14   to view items and to view these external catalogs, those relate

15   to the claim, to the elements of the claims that we're

16   discussing.

17   Q    Going back -- sorry for switching back and forth, but

18   going back to page 194, there was a description here about this

19   Punchout capability.  Do you have a video that you are going to

20   be showing the jury demonstrating the Punchout capability?

21   A    Yes, I'm going to do that.

22   Q    There was a document that we were referring to earlier

23   with respect to Punchout that had a diagram with kind of logic

24   flow or process flow on that document.

25   A    I remember that.

1    Q    I'm just identifying that document, and we'll go back and

2    address what was illustrated there with respect to Punchout if

3    we could for a moment.

4         MR. ROBERTSON:  If I might have a brief indulgence,

5    Your Honor, to find that document.  Can we see Exhibit 211.

6    Q    It is 211, and it's the barcode 12 of the document ending

7    in a Bates label 790, and we just confirmed, just go back to

8    the first page, Mike, that it's the Lawson procurement Punchout

9    installation guide.  Do you see that?

10   A    I do.

11   Q    Now back to page 12, top of the document, it says, Lawson

12   procurement Punchout network architecture example.  Do you see

13   that?

14   A    I sure do.

15   Q    I'm going to ask you if you can try and walk us through

16   this, because it's fairly complicated, and, unfortunately, it's

17   a little bit difficult to read.

18   A    What I'll ask Mike to do is to blow up parts of it.  This

19   is a series of eight steps, and I want you to be able to see

20   what the document says about each of the eight as I explain

21   what it means.

22        So to set the context here, a user is using the Lawson

23   system, and if you remember that find/shop drop-down menu, one

24   of the things on there was Punchout, and I said we would get to

25   that.  Well, we've gotten to that.

1    So this document is explaining technically what's going to

2    go on when we do the Punchout, when we go on the external

3    vendor catalog.  When we do the memo, of course, you'll see the

4    interactions, but this is explaining the information flow, and

5    that turns out to be important for the claims that we're

6    talking about.

7    Okay, so it begins, as you are going to see, the user

8    clicks on a Punchout vendor icon in RSS.  So the user is

9    sitting at the requisition self service and will have a series

10   of icons like Staples or Office Max or Dell, and the user is

11   going to click on one of those, and that's going to initiate

12   this Punchout session.

13   So now we'll go to step two.  RSS sends, and this is --

14   what you see here, Punchoutsetuprequest, all one word.  So that

15   is a computer function that's being called.

16   Q    When you say RSS --

17   A    Requisition self service.  So it makes this function call

18   and sends a Punchoutsetuprequest to the vendor for

19   authorization.  So this is an outbound communication from

20   Lawson -- so let's, for convenience, let's just name an

21   external vendor.  Let's say Dell.

22   So it's going to send a message to the external vendor,

23   Dell, and it's going to have information in there that nobody

24   but Lawson and Dell would know, and that's how it's going to

25   authenticate, or authorize in this case, and you can see this

1   is for security.  You don't want just anybody highjacking your

2   session.

3        This information goes to the external vendor site.  This

4   is a website.  And when that message arrives, it's going to

5   invoke a remote Punchout servlet, s-e-r-v-l-e-t.  A servlet

6   is -- computer science doesn't have many jokes, but this is one

7   of them.  It's a baby server, a servlet, and so the servlet is

8   a piece of code that is watching for incoming information.

9        So when this Punchoutsetuprequest arrives, the Punchout

10  servlet grabs it, decodes it, and operates on it.  What does it

11  do?

12  Q    Can I ask you who provides this Punchout servlet?

13  A    All of this comes from Lawson.  So now we're moving to

14  step three.  The vendor responds with a Punchoutsetupresponse

15  sent back to Lawson requisition self service.  So this is the

16  symmetric communication that comes back.  What went out was the

17  Punchoutsetuprequest.  What's coming back is the

18  Punchoutsetupresponse.  So now the two entities, Lawson and the

19  external vendor, have authenticated each other.

20            THE COURT:  What are -- I'm using the system, and I'm

21  calling Dell on the computer.

22            THE WITNESS:  Yes, sir.

23            THE COURT:  What am I asking Dell; send me a catalog

24  or buy me a beer or what?

25            THE WITNESS:  No, sir.  The Lawson computer and the

1    Dell computer are merely identifying each other.  The user has

2    not really done anything but one mouse click on let's say the

3    Dell icon.

4              In our computer parlance, the two computers are

5    setting up a communication path.  That's all that's happened.

6    Q    At this stage?

7    A    So far.  All right, step four, so, we mentioned the

8    universal resource locator, the URL.  That's the web address of

9    a computer.  This is why this technical detail is important.

10   When the Lawson system contacts the external servlet, part of

11   the code design is that the servlet sends back to Lawson the

12   address, the URL, and embeds it in the Punchoutsetupresponse,

13   and that is how Lawson knows where to redirect the user so that

14   the user finds the specific customized catalog that that vendor

15   has created by agreement with the user.

16        So the web address is provided by, in this case Dell, so

17   it's not www.dell.com.  It's something special, and we're going

18   to see that.  So that URL comes back in this

19   Punchoutsetupresponse, and then the Lawson system is going to

20   redirect to there.  And we're going to see that happen.

21             THE COURT:  When you say Lawson is doing it, do you

22   mean Lawson system?

23             THE WITNESS:  I do, sir.

24             THE COURT:  So if I'm using the Lawson system where

25   you just said Lawson does it, it's the Lawson system that's

1  doing it when I punch that one button that you told me you

2  punched a minute ago.

3         THE WITNESS:  Yes, sir, that is exactly right.

4         THE COURT:  But it doesn't have to be somebody

5  sitting in Lawson's office, or it can be me or --

6         THE WITNESS:  No, sir.  It's not you or me.  After

7  that first click, everything I've talked about is just

8  computers talking to each other, and this whole experience

9  takes microseconds.  Milliseconds.  It's really fast.  (Making

10 noise) and that information is exchanged.

11        Step five, new shopping window opens.  Okay, now

12 that's easy to understand.  So a window is going to open, and

13 it's connected to this special external vendor site.  We're

14 saying Dell.  And so now you start shopping.  That's you, the

15 user.  You're doing shopping at the special Dell website.  You

16 pick some items, you put them in the Dell shopping cart, you

17 click checkout.  That part is easy to understand.

18        THE COURT:  Well, now you say I'm connected to the

19 vendor site.  Am I just looking in the vendor's catalog at this

20 point in time, or am I doing something else?

21        THE WITNESS:  You are looking at a special catalog,

22 one that was designed by Dell for whoever you, the customer,

23 are, and you are shopping within that catalog.  So now you

24 check out.

25 Q    Let me ask you then, Doctor, you, the user, are using the

1    Lawson requisition self service?

2    A    I realize that can be ambiguous.  So I, the human user,

3    using the Lawson system, have connected to the external special

4    Dell site.  I have shopped.  I have put some items in the Dell

5    shopping cart.  I have clicked on the Dell checkout.

6    Q    I want to stop you there because this is a little

7    confusing when you say special Dell website.  This is not the

8    Dell website that I can just open a browser and go to and shop

9    from my home computer.  What is this special Dell website you

10   are referring to here?

11   A    It is a website that Dell has created for this customer,

12   and its address is that URL I showed you in step four.

13   Q    But let me ask you, to get to this special website you've

14   been talking about, what software are we using to do that?

15   A    This is the Lawson software.  It's redirecting me to this

16   special site.

17   Q    When you do this demonstration that is going to illustrate

18   this Punchout capability of this requisition self service, are

19   we going to be able to see that we're not just at the

20   commercially available Internet Explorer website of Dell but

21   we're at some sort of specialized website that has been set up,

22   directed, and controlled in some way by Lawson?

23   A    That's right.  That's why I wanted -- that's why this

24   technical detail is necessary, so that we can see and observe

25   and interpret that in the demonstration.

1    Q    I didn't mean to interrupt.  I'm sorry.

2    A    That's fine.  So we check out, me, the human user.  I

3    check out.  Step six, vendor, so that's Dell, sends the

4    shopping cart content in a special message, this Punchout order

5    request.  So we had a Punchoutsetuprequest and a setup

6    response.  Now we have an order request.

7         So Dell is sending the content of the shopping cart back

8    to Lawson in this message, the Punchout order request.

9    Symmetrically to the servlet running over on the Dell side is a

10   servlet running on the Lawson side.  So that servlet picks up

11   this document, this Punchout order request from where it's

12   temporarily cached, just temporarily stored.

13   Q    Before we move on, Doctor, can you tell us who specifies

14   the format for the data that's come back to Lawson?

15   A    Lawson controls all of this, and we have documents that

16   show what those formats are.

17   Q    Sorry to interrupt.

18   A    So the order comes back into the Lawson system.  The

19   shopping session ends, and your special window closes.  Now you

20   will be visibly back in the Lawson system.  We've never really

21   left it, but you'll be back from the Dell side to the Lawson

22   side.

23        Step seven.  So the shopping session ended.  So detecting

24   that, RSS submits a request to the Punchout servlet to retrieve

25   the cached shopping cart content.  So that's go get that order

1    request document and pull it into the Lawson system.

2    Q    Where did that directive come from?

3    A    All of this, all of this code, all of these directions,

4    all of these formats are provided by Lawson.  They are in the

5    documents.  The code is given to the external vendors and a

6    partnership is created.  So all of this stuff that is quite

7    technical just appears miraculously to work.

8    Q    Have you seen documentation where Lawson actually calls

9    these vendors Punchout partners?

10   A    Yes.

11   Q    Will we see some of that?

12   A    Yes, I hope so.

13   Q    Thank you.

14   A    So this is the next-to-the-last step.  So we go on to step

15   eight.  Requisition self service creates a Lawson requisition

16   from this retrieved content.  So the shopping cart was returned

17   in the order request document.  That was cached or saved.  Now

18   it's been retrieved, and Lawson requisition creates -- the

19   requisition software module creates a requisition for whatever

20   it was I bought, ordered at Dell.

21        Okay, so that's the technical side of what we're going to

22   see in the demonstration.

23   Q    Thank you for that.  I brought that all up in the context

24   of Plaintiff's Exhibit Number 280 that was offering that

25   Punchout capability that was the response to the Presbyterian

1   Health Services request for proposal.  I'd like to go back to

2   that if I could for a second, Doctor.  It's volume six.

3        Specifically, could you go to the page when you get it,

4   Bates label -- barcode 201 that ends with a Bates label 853.

5   You recall we were talking about the requisition capability

6   that was being offered to Presbyterian Healthcare Services?

7   A    Yes.

8   Q    Here is a question they ask in this RFP.  Describe your

9   system's ability to search for common items via a synonym

10  search, partial name, or other criteria; do you see that?

11  A    Yes.

12  Q    How did Lawson respond?

13  A    Lawson enables users to easily search for items by almost

14  any item field within the system.  Common search fields include

15  item number, item description, secondary item description, item

16  class, purchasing class, vendor item, manufacturer item,

17  generic name, universal product code, national drug code, shop

18  keeping unit, health industry business commodity code,

19  universal commodity code, et cetera.  Additionally, users can

20  utilize synonyms for keyword searches.

21  Q    So what is Lawson telling Presbyterian Hospital about the

22  capability of its requisitioning module?

23  A    That their users will be able to search the catalogs in

24  their database using many different search criteria including

25  the ones I just named.

1  Q    Why is that of relevance to any determination the jury

2  needs to make with respect to infringement here?

3  A    Because the user will be able to search these catalogs to

4  find matching items.

5  Q    By using any one of the these --

6  A    By using any of these attributes that have been listed

7  here.

8  Q    Turn to the page in Exhibit 280 which is barcode 73 which

9  ends in the Bates label 725, sir, please.  And the question

10 being asked here by Presbyterian Healthcare Services is, show

11 us an automated routing of requisition for stock picking,

12 purchase order creation, or EDI purchase order, (ANSI, X12 850)

13 to predefined vendor.  Do you see that?

14 A    I do.

15 Q    Do you know what ANSI stands for?

16 A    American National Standards Institute.

17 Q    Standardized --

18 A    It's an institute that manages standards in America.

19 Q    Are you familiar with this particular standard?

20 A    Well, there's all kinds of them, but the X12 set of

21 standards is the electronic data interchange set.

22 Q    So what does Lawson represent here as far as the

23 capabilities of it, its ability to perform this functionality?

24 A    The answer is on the next page.  So under the heading

25 nonstock items --

1   Q     Refresh us again what nonstock items are.

2   A     These are items that are not owned and stocked by the

3   using entities but instead are being purchased from external

4   vendors.  When requisition lines that require the generation of

5   a purchase order are created and approved, the system routes

6   these lines to a holding area to await processing by the

7   purchase order module.  The cost must be included in order for

8   a requisition line to be created.

9         Moving down on the page --

10  Q     Let me stop you there.  When you talk about nonstock

11  items, you mentioned from external vendors.  Could these

12  external vendors be both the Punchout vendors that you

13  described and the internal catalogs that are composed from the

14  item master list and the vendor table?

15  A     Yes.

16  Q     Thank you.  Where are you now?

17  A     So in order for a PO to be created automatically, a vendor

18  must also be included on the requisition line.  And then,

19  skipping down to the start of the next paragraph, if the

20  necessary information is present in the requisition line, a

21  scheduled job will pull the items from the holding area and put

22  the item on a purchase order for the vendor.

23        So this confirms that we need a vendor name, and we need a

24  cost in the requisition in order for that to become a purchase

25  order, and that is information that comes from the vendor.

1    Q    If I could direct you to page 182 barcode, Bates labeled

2    834, another question is being asked in this RFP.  Here it

3    says, define capabilities for uploading foreign data such as

4    price files that are not available as an 832, describe

5    exporting capabilities.  What is Lawson's response?

6    A    In addition to supporting 832 catalog imports, Lawson also

7    enables item information to be imported via Excel uploads or

8    utilizing the vendor pricing import functionality.  The vendor

9    pricing import program supports the uploading of vendor

10   agreements, and at the top of the next page, and creating or

11   updating item master information.

12   Q    Do you know what this 832 catalog import is?

13   A    Yes.  So electronic data interchange has lots of

14   predefined standards for how documents are to be exchanged and

15   what their formats are.  So the 832 is the format for an

16   electronic vendor catalog.

17   Q    You mentioned the uploading of vendor agreements before.

18   The vendor agreements, what did you indicate with respect to

19   them as to whether they could have catalog data?

20   A    Those are the vendor price agreements, so they provide the

21   cost information.

22   Q    Turn to page 190 of this exhibit.  There's a question

23   being asked in this requisitions module, what electronic

24   transaction sets can be handled.  Do you see that?

25   A    Yes.

1    Q    What is Lawson's response?

2    A    Lawson procurement supports electronic data interchange

3    with numerous vendors and suppliers.  Transactions that are

4    currently supported include 850 purchase order, 855 purchase

5    order acknowledgment, 856 advance ship notification, 810

6    invoice, and 832 item catalog.  Additionally, Lawson provides

7    interface files within each module to further the exchange of

8    information as needed.

9    Q    So what, if any, relevance does that have to the issues

10   the jury needs to determine?

11   A    This says that Lawson supports these standardized EDI

12   transactions, so they can send purchase orders to vendors, they

13   can receive the purchase order acknowledgment that tells

14   whether or not the order was accepted, whether it had errors,

15   whether items that were in there were backordered or not

16   available in stock, and using that 832 transaction, that Lawson

17   can import a vendor catalog using the EDI functionality.

18           MR. ROBERTSON:  I'm moving on to another document,

19   Your Honor.  I don't know when it was you wanted to take your

20   afternoon break, but I'm happy to move forward.

21           THE COURT:  Well, we probably need go ahead and

22   change court reporters.

23           THE COURT REPORTER:  I can go a little bit longer.

24           THE COURT:  Go ahead, and we'll see.  We'll take a

25   break in maybe 15 minutes.

1   Q   I'd like you to look at Plaintiff's Exhibit Number 170

2   which, I believe, is in binder four.  Again, this is another

3   response to a request for proposal from, in this case CML

4   Healthcare?

5   A   That's right.

6   Q   What is the date of this response?

7   A   April 30th, 2009.

8   Q   I forget if I ask this but it's a Lawson response; is that

9   right?

10   A   Yes, it is.

11   Q   Why don't we take a look at page five of this document

12   which is -- ends with the barcode 852, and this is a section

13   entitled 1.0 executive summary; is that right?

14   A   No, I don't think my page five is the same as yours.  Do

15   you have a Bates number?

16   Q   852.  Do you have Plaintiff's Exhibit 170?

17   A   It was in the other direction.

18   Q   Are we on the same page?

19   A   We're finally on the same page.

20   Q   Executive summary, do you see that?

21   A   Yes.

22   Q   There's a discussion as to the Lawson solution overview?

23   A   Yes.

24   Q   And there are a number of applications that they are going

25   to be addressing; is that right?

1  A    That's right.

2  Q    And some of these don't have relevance to this case -- is

3  that right, Dr. Weaver -- like, for example, general ledger and

4  accounts payable and accounts receivable, et cetera?

5  A    Right.  That's not what we're concerned about.

6  Q    And you do recall this morning we were discussing that

7  this Lawson system foundation can support a number of Lawson

8  business solution modules; is that right?

9  A    Correct.

10  Q    Which modules should we focus on here in this response to

11  proposal which is Plaintiff's Exhibit Number 170?

12  A    There are six here that are of interest to us:  The

13  inventory control, purchase order, the requisition system, EDI,

14  requisition self service, and procurement Punchout.

15  Q    This is a proposal to offer all of those modules that you

16  were referring to before that would provide functionality right

17  up to the Punchout level; is that right?

18  A    That's right.

19  Q    So this was an offer by Lawson to provide them with this

20  functionality; is that right?

21  A    Correct.

22  Q    Now, why don't we look at the page that has the barcode

23  36, if you will, which has the Bates label of 883.  This is a

24  section entitled master file management.  Do you see that?

25  A    Yes, I do, section five.

1    Q    And, again, we have these headings that are A, B, C, and

2    D.  Do you see that?

3    A    I do.

4    Q    Is there a description of what A entails?

5    A    We saw it earlier this morning.  That A means that the

6    capability is installed and currently available.

7    Q    Does CML Healthcare ask Lawson to provide any explanation

8    for responses under B, C, or D?

9    A    Right.  If the response is not going to be A, then CML is

10   asking for an explanation of why the response is B, C, or D.

11   Q    This is a number of questions here that go on for a number

12   of pages; is that right?

13   A    Oh, yes.

14   Q    With respect to the capability of this column entitled

15   item master file, there's a requirement number 12.  Do you see

16   that?

17   A    Yes.

18   Q    What's the description that this requester in this case --

19   sorry, it's CML Healthcare.  What question are they asking if

20   the system has the capability were they asking Lawson to

21   represent?

22   A    So CML is asking, does the system have the ability for

23   expanded item search by vendor, catalog number, partial

24   description, manufacturer code, classification code, vendor

25   name, manufacturer name, and the response is A.

1    Q    Does that indicate that they have that capability?

2    A    That that capability is available and already installed.

3    Q    How did Lawson respond to question number 13, does the

4    system perform automatic and/or manual number assignment?

5    A    The same, A.

6              THE COURT:  What is that over there on the right?

7    "Or only," what does that mean?

8              THE WITNESS:  I don't know.

9              THE COURT:  Is that what it says, "or only," or am I

10   reading it wrong?

11             MR. ROBERTSON:  That's what it appears to say, Your

12   Honor.

13   Q    Let me take you to page 46 of this response.  I'm sorry.

14   I probably directed you to the wrong question.  This

15   requirement number 13, under purchasing, do you see that?  It

16   ends with the Bates label 893?

17   A    Okay.  13, question 13.  Requirement 13, actually.

18   Q    Let me read it for you.  Does your system provide

19   automatic electronic notification to requisitioners when there

20   is a backorder or invalid/discontinued items.  And what does

21   Lawson represent there?

22   A    So the response is A so that that capability is available,

23   and then there's a note just explaining how that functionality

24   is evidenced, and it says, via Lawson's process flow, which we

25   saw the block this morning, or Lawson business intelligence,

1    LBI.

2          MR. ROBERTSON:  That's all I have for that document.

3    Thank you, Doctor.  I'd like --

4          THE COURT:  Why don't we go ahead and take our

5    afternoon break then.  All right, ladies and gentlemen, just

6    take your pad with you.

7

8                    (Jury out.)

9

10         THE COURT:  How much longer with this witness do you

11   think you have, Mr. Robertson?

12         MR. ROBERTSON:  Your Honor, I'm more than halfway

13   through my outline, but I still have --

14         THE COURT:  I hope so.  What does that mean?  We've

15   been here almost a day with him.  I think he started about four

16   o'clock, quarter of 4:00 yesterday.  That's the longest expert

17   witness I've ever had.  You're going to have to figure out a

18   way to go ahead and do something else.

19         MR. ROBERTSON:  During the break, let me see what I

20   can do, Your Honor, but, of course, we want to make sure we

21   satisfy all the elements that we need to.

22         THE COURT:  I agree that you do, but there's an awful

23   lot of repetition in what I've heard so far.  You are picking

24   out different -- saying the same thing in some of these

25   purchase orders.  Take it to a demonstration and let him

1    demonstrate.  I don't understand why we're doing what we're

2    doing right now.

3           MR. ROBERTSON:  Let me see what I can do to try to

4    cut this back a bit, Your Honor.

5           THE COURT:  Okay.

6           MR. ROBERTSON:  But let me be candid.  I don't think

7    I'm going to be able to finish today, and I think -- I might be

8    able to finish by the close of today.  I'm going to shoot for

9    finishing by close today, but that's where I am.  The

10    demonstrations we're going to see, again, we're going to move a

11    little bit faster on.

12           THE COURT:  All right.  I haven't put on you a clock,

13    but my concern is that -- I think the jury has been paying

14    attention, but you can get to a point with the detail that you

15    lose them, and it's at that point that nobody's interest is

16    served, and that's all I'm interested in.  I'm going to be here

17    one way or the other.  All right.

18

19           (Recess taken.)

20

21

22

23

24

25