1                        (Jury in.)

2

3         THE COURT:  The jury has decided that it would like
4    to return home for the evening and then return in the morning
5    and deliberate.  What is your pleasure on the time to
6    deliberate?  Do you want to start at 9:00, start at 9:30?
7         Nine o'clock we'll be here and have stuff ready for
8    you, and you be ready and you can have -- you can take whatever
9    time you feel like you need to deliberate.  If you leave your
10   notebooks the way you usually do, Mr. Neal will take came of
11   them.  Thank you.  Drive carefully.

12

13                       (Jury out.)

14

15        THE COURT:  Have all these transcripts and these
16   things -- you've got everything you need; right?
17        MR. STRAPP:  Yes.
18        MR. CARR:  I believe so.
19        THE COURT:  One thing I need for you all to do is to
20   see if there's anything that needs to be cleaned up that I need
21   to decide.  For example, they've got these motions that have
22   been filed yesterday -- this morning or yesterday.  I don't
23   know what -- by Lawson.
24        I need a briefing schedule on them and see what I'm
25   supposed to do, and that means you all need to get moving and

1  decide how you want to proceed, little things like that so we
2  can get that sorted out.  I'd like to get all this done just as
3  soon as I can.
4          MR. ROBERTSON:  I'll call Mr. McDonald tomorrow once
5  he gets back to Minnesota.  I understand he's gone back.
6          THE COURT:  He's what?
7          MR. ROBERTSON:  I'll call Mr. McDonald tomorrow in
8  Minnesota.  I know he's traveling --
9          THE COURT:  He's in Minnesota?
10         MR. CARR:  He is leaving this evening, yes.
11         THE COURT:  Are you fully empowered?
12         MR. CARR:  Yes, sir.
13         MR. ROBERTSON:  I'll just --
14         THE COURT:  Does he understand that the juries have a
15  lot of questions sometimes?
16         MR. CARR:  He does.
17         THE COURT:  Okay.
18         MR. ROBERTSON:  I'll work out a briefing schedule,
19  Your Honor, and we'll take care of it in short order.  Maybe we
20  can decide some of things have been mooted by some of Your
21  Honor's rulings.
22         THE COURT:  They very well may have.  I don't know
23  the answer to that.  Some of them may not, but I want to make
24  sure we get it done.
25         MR. ROBERTSON:  Your Honor, I intend on having at

1  least two attorneys here at all times so I can be reached by
2  phone.  I'm just right down here at the Hilton Garden Inn, so I
3  can be here in four minutes.
4             THE COURT:  Do you have to trade shoes or can you --
5             MR. ROBERTSON:  I come equipped.  I will be right
6  over here pronto, but we'll have somebody here at all times.
7             THE COURT:  That's fine.
8             MR. ROBERTSON:  All right.  Thank you.
9             THE COURT:  Now, is he coming back?  Mr. McDonald or
10 Ms. Stoll-DeBell?
11            MR. CARR:  As far as I know, he's not coming back.
12            THE COURT:  Well, then, I know not to schedule any
13 arguments, I guess, until I'm certain.  All right.  I guess
14 that solves it for now.  Thank you very much.  We'll be in
15 adjournment.
16
17            (Court adjourned.)
18
19
20
21
22
23
24
25