UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| ePlus, Inc, | ) | |
|     **Plaintiff(s),** | ) | |
| | ) | |
| v. | ) | Civil No. 3:09CV620 |
| | ) | |
| Perfect Commerce, et al., | ) | |
|     **Defendant(s).** | ) | |

### NOTICE OF FILING OF OFFICIAL TRANSCRIPTS

    On March 29, 2011, the Court Reporter filed official transcripts of proceedings held between January 4, 2011 and March 25, 2011 in this matter (please see document numbers 644-700).   The parties have 30 calendar days to file a Redaction Request requesting only personal identifiers (social security numbers, financial account numbers, names of minor children, dates of birth, and home addresses) in the transcripts be redacted.   If no such request is filed, the transcripts will become remotely electronically available to the public without redaction after 90 calendar days.

    Any party needing copies of the transcripts to review for redaction purposes may purchase them from the court reporter or view them at the Clerk's Office public terminal.

**FERNANDO GALINDO, CLERK**

**Date:** 3/30/2011                               **By:** __L. Hines_____
                                                                      **Deputy Clerk**