# Exhibit B

UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 90/011,066 | 06/25/2010 | 6023683 | 16391.127USRX | 9108 |

33942          7590          02/10/2011

Cha & Reiter, LLC
17 Arcadian Avenue
Suite 208
Paramus, NJ  07652

| EXAMINER |
|---|

| ART UNIT | PAPER NUMBER |
|---|---|

DATE MAILED: 02/10/2011

Please find below and/or attached an Office communication concerning this application or proceeding.

PTO-90C (Rev. 10/03)

 UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

**MAILED**

**FEB 1 0 2011**

**CENTRAL REEXAMINATION UNIT**

**DO NOT USE IN PALM PRINTER**

(THIRD PARTY REQUESTER'S CORRESPONDENCE ADDRESS)

ROBERT A KALINSKY
MERCHANT & GOULD, PC
3200 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS, MN 55419

# *EX PARTE* REEXAMINATION COMMUNICATION TRANSMITTAL FORM

REEXAMINATION CONTROL NO. *90/011,066*.

PATENT NO. *6023683*.

ART UNIT *3992*.

Enclosed is a copy of the latest communication from the United States Patent and Trademark Office in the above identified *ex parte* reexamination proceeding (37 CFR 1.550(f)).

Where this copy is supplied after the reply by requester, 37 CFR 1.535, or the time for filing a reply has passed, no submission on behalf of the *ex parte* reexamination requester will be acknowledged or considered (37 CFR 1.550(g)).

PTOL-465 (Rev.07-04)

| *Office Action in Ex Parte Reexamination* | Control No.<br>90/011,066 | Patent Under Reexamination<br>6023683 |
|---|---|---|
| | Examiner<br>JOSEPH R. POKRZYWA | Art Unit<br>3992 | . |

*-- The MAILING DATE of this communication appears on the cover sheet with the correspondence address --*

a☐ Responsive to the communication(s) filed on _____ .      b☐ This action is made FINAL.
c☒ A statement under 37 CFR 1.530 has not been received from the patent owner.

A shortened statutory period for response to this action is set to expire **2** month(s) from the mailing date of this letter.
Failure to respond within the period for response will result in termination of the proceeding and issuance of an *ex parte* reexamination certificate in accordance with this action. 37 CFR 1.550(d). **EXTENSIONS OF TIME ARE GOVERNED BY 37 CFR 1.550(c).**
If the period for response specified above is less than thirty (30) days, a response within the statutory minimum of thirty (30) days will be considered timely.

Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:

1. ☐ Notice of References Cited by Examiner, PTO-892.      3. ☐ Interview Summary, PTO-474.

2. ☐ Information Disclosure Statement, PTO/SB/08.      4. ☐ _____ .

Part II    SUMMARY OF ACTION

1a. ☒ Claims *1-25* are subject to reexamination.

1b. ☒ Claims *26-45* are not subject to reexamination.

2. ☐ Claims _____ have been canceled in the present reexamination proceeding.

3. ☐ Claims _____ are patentable and/or confirmed.

4. ☒ Claims *1-25* are rejected.

5. ☐ Claims _____ are objected to.

6. ☐ The drawings, filed on _____ are acceptable.

7. ☐ The proposed drawing correction, filed on _____ has been  (7a)☐ approved  (7b)☐ disapproved.

8. ☐ Acknowledgment is made of the priority claim under 35 U.S.C. § 119(a)-(d) or (f).

    a)☐ All  b)☐ Some*  c)☐ None    of the certified copies have

    1☐ been received.

    2☐ not been received.

    3☐ been filed in Application No. _____ .

    4☐ been filed in reexamination Control No. _____.

    5☐ been received by the International Bureau in PCT application No. _____.

    * See the attached detailed Office action for a list of the certified copies not received.

9. ☐ Since the proceeding appears to be in condition for issuance of an *ex parte* reexamination certificate except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte* Quayle, 1935 C.D. 11, 453 O.G. 213.

10. ☐ Other: _____

cc: Requester (if third party requester)
U.S. Patent and Trademark Office
PTOL-466 (Rev. 08-06)                Office Action in Ex Parte Reexamination                Part of Paper No. 20110126

Application/Control Number: 90/011,066                                           Page 2
Art Unit: 3992

## DETAILED ACTION

### *Reexamination*

1.    **Claims 1-25** of U.S. Patent Number 6,023,683 (hereafter "the '683 Patent") are the

subject of this reexamination.


2.    The '683 Patent issued on Feb. 8, 2000, with original claims 1-45, being filed as U.S.

Application 08/288,577, on Aug. 10, 1994.  The examiner notes that a different Office

proceeding is copending with the '683 Patent, as the reexamination of claims 26-45 of the '683

Patent is pending in Control No. 90/008,104, which is currently awaiting a decision by the Board

of Patent Appeals and Interferences.


3.    This action is directed only to the claims for which reexamination was requested.  With

respect to such claims, requester has alleged that a substantial new question of patentability

(SNQ) exists, and upon review, it has been determined that the alleged SNQ in fact is present for

claims 1-25.  No determination was made with respect to the existence or nonexistence of an

SNQ with respect to any claim for which reexamination was not specifically requested.

Application/Control Number: 90/011,066                                          Page 3
Art Unit: 3992

*Claim Rejections - 35 USC § 102*

4.      The following is a quotation of the appropriate paragraphs of 35 U.S.C. 102 that form the

basis for the rejections under this section made in this Office action:

> A person shall be entitled to a patent unless –
>
> (a) the invention was known or used by others in this country, or patented or described in a printed publication in this
> or a foreign country, before the invention thereof by the applicant for a patent.
>
> (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on
> sale in this country, more than one year prior to the date of application for patent in the United States.
>
> (e) the invention was described in (1) an application for patent, published under section 122(b), by another filed
> in the United States before the invention by the applicant for patent or (2) a patent granted on an application for
> patent by another filed in the United States before the invention by the applicant for patent, except that an
> international application filed under the treaty defined in section 351(a) shall have the effects for purposes of this
> subsection of an application filed in the United States only if the international application designated the United
> States and was published under Article 21(2) of such treaty in the English language.

5.      **Claims 1-25** are rejected under 35 U.S.C. 102(e) as being anticipated by U.S. Patent

Number 5,712,989, issued to Johnson *et al.* (hereafter "Johnson'989").

        The applied reference has a common inventor with the instant application.  Based upon

the earlier effective U.S. filing date of the reference, it constitutes prior art under 35 U.S.C.

102(e).  This rejection under 35 U.S.C. 102(e) might be overcome either by a showing under 37

CFR 1.132 that any invention disclosed but not claimed in the reference was derived from the

inventor of this application and is thus not the invention "by another," or by an appropriate

showing under 37 CFR 1.131.

        Regarding *claim 1*, the Johnson'989 discloses an electronic sourcing system [see

Abstract] comprising:

        at least two product catalogs containing data relating to items associated with the

respective sources [host database 20 and local database 50 store data related from multiple

Application/Control Number: 90/011,066                                    Page 4
Art Unit: 3992

vendors 37, 38, and 39; also see col. 3, lines 18-37; also see col. 3, line 62-col. 4, line 3; also see col. 4, lines 23-44];

      means for selecting the product catalogs to search [see Fig. 3, steps 200 and 201, whereby "CSR enters stock number" and "Stock number is entered into requisition item table"; also see col. 3, lines 18-37; also see col. 8, lines 40-61; additionally see col. 6, lines 31-34];

      means for searching for matching items among the selected product catalogs [see Fig. 3, steps 202 and 204, whereby "Local computer searches part master table for entered stock number"; also see col. 8, line 40-col. 9, line 15; also see col. 18, line 63-col. 19, line 6];

      means for building a requisition using data relating to selected matching items and their associated source(s) [see col. 6, lines 31-64; also see col. 8, line 40-col. 9, line 15; also see Figs. 3 and 4a];

      means for processing the requisition to generate one or more purchase orders for the selected matching items [see Figs. 2A and 2B, and also Figs. 5A and 5B; also see col. 17, lines 35-49]; and

      means for determining whether a selected matching item is available in inventory [see col. 3, lines 10-16; also see col. 12, lines 17-27].


      Regarding *claim 2*, Johnson'989 discloses the electronic sourcing system discussed above in claim 1, and further teaches that the purchase orders include data relating to a catalog number for the selected matching items [see col. 9, line 49-col. 10, line 2; also see col. 12, lines 5-60].

Application/Control Number: 90/011,066                                    Page 5
Art Unit: 3992

Regarding *claim 3*, Johnson'989 discloses an electronic sourcing system [see Abstract]

comprising:

at least two product catalogs containing data relating to items associated with the

respective sources [host database 20 and local database 50 store data related from multiple

vendors 37, 38, and 39; also see col. 3, lines 18-37; also see col. 3, line 62-col. 4, line 3; also see

col. 4, lines 23-44];

means for selecting the product catalogs to search [see Fig. 3, steps 200 and 201, whereby

"CSR enters stock number" and "Stock number is entered into requisition item table"; also see

col. 3, lines 18-37; also see col. 8, lines 40-61; additionally see col. 6, lines 31-34];

means for searching for matching items among the selected product catalogs [see Fig. 3,

steps 202 and 204, whereby "Local computer searches part master table for entered stock

number"; also see col. 8, line 40-col. 9, line 15; also see col. 18, line 63-col. 19, line 6];

means for building a requisition using data relating to selected matching items and their

associated source(s) [see col. 6, lines 31-64; also see col. 8, line 40-col. 9, line 15; also see Figs.

3 and 4a];

means for processing the requisition to generate one or more purchase orders for the

selected matching items [see Figs. 2A and 2B, and also Figs. 5A and 5B; also see col. 17, lines

35-49]; and

means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see col. 3, lines 28-37; also see col. 8, lines 32-

52; also see col. 32, line 13-col. 33, line 14].

Application/Control Number: 90/011,066                                      Page 6
Art Unit: 3992

Regarding *claim 4*, Johnson'989 discloses the electronic sourcing system discussed

above in claim 3, and further teaches of means for determining whether a selected matching item

is available in inventory [see col. 3, lines 10-16; also see col. 12, lines 17-27].


Regarding *claim 5*, Johnson'989 discloses the electronic sourcing system discussed

above in claim 3, and further teaches of means for determining the applicable price of a selected

matching item [see col. 12, lines 34-52].


Regarding *claim 6*, Johnson'989 discloses an electronic sourcing system [see Abstract]

comprising:

a database containing data relating to items associated with at least two sources [host

database 20 and local database 50 store data related from multiple vendors 37, 38, and 39; also

see col. 3, lines 18-37; also see col. 3, line 62-col. 4, line 3; also see col. 4, lines 23-44];

means for searching for matching items in the database [see Fig. 3, steps 202 and 204,

whereby "Local computer searches part master table for entered stock number"; also see col. 8,

line 40-col. 9, line 15; also see col. 18, line 63-col. 19, line 6];

means for building a requisition using data relating to selected matching items and their

associated source(s) [see col. 6, lines 31-64; also see col. 8, line 40-col. 9, line 15; also see Figs.

3 and 4a];

means for processing the requisition to generate one or more purchase orders for the

selected matching items [see Figs. 2A and 2B, and also Figs. 5A and 5B; also see col. 17, lines

35-49]; and

Application/Control Number: 90/011,066                                    Page 7
Art Unit: 3992

means for converting data relating to a selected matching item and an associated source
to data relating to an item and a different source [see col. 3, lines 28-37; also see col. 8, lines 32-
52; also see col. 32, line 13-col. 33, line 14].

Regarding *claim 7*, Johnson'989 discloses the electronic sourcing system discussed
above in claim 6, and further teaches that the requisition includes matching items from at least
two sources [see Fig. 1, wherein the host database 20 and local database 50 can contain data
items associated with vendors 37 and 38; also see col. 3, line 10-col. 4, line 44; also see col. 8,
lines 25-39].

Regarding *claim 8*, Johnson'989 discloses the electronic sourcing system discussed
above in claim 6, and further teaches that the purchase orders use data relating to catalog
numbers [see col. 9, line 49-col. 10, line 2; also see col. 12, lines 5-60].

Regarding *claim 9*, Johnson'989 discloses the electronic sourcing system discussed
above in claim 6, and further teaches of means for determining whether a selected matching item
is available in inventory [see col. 3, lines 10-16; also see col. 12, lines 17-27].

Regarding *claim 10*, Johnson'989 discloses the electronic sourcing system discussed
above in claim 6, and further teaches of means for determining the applicable price of a selected
matching item [see col. 12, lines 34-52].

Application/Control Number: 90/011,066                                           Page 8
Art Unit: 3992

Regarding *claim 11*, Johnson'989 discloses an electronic sourcing system [see Abstract]
comprising:

at least two product catalogs containing data relating to items associated with the
respective sources [see Fig. 1, wherein the host database 20 and local database 50 can contain
data items associated with vendors 37 and 38; also see col. 3, line 10-col. 4, line 44; also see col.
8, lines 25-39];

means for searching for matching items among the product catalogs [see Fig. 3, steps 202
and 204, whereby "Local computer searches part master table for entered stock number"; also
see col. 8, line 40-col. 9, line 15; also see col. 18, line 63-col. 19, line 6];

means for building a requisition that includes a first matching item and a second
matching item, each associated with a different source [see col. 6, lines 31-64; also see col. 8,
line 40-col. 9, line 15; also see Figs. 3 and 4a];

means for processing the requisition to generate purchase orders for the first and the
second matching items [see Figs. 2A and 2B, and also Figs. 5A and 5B; also see col. 17, lines
35-49]; and

means for converting data relating to a selected matching item and an associated source
to data relating to an item and a different source [see col. 3, lines 28-37; also see col. 8, lines 32-
52; also see col. 32, line 13-col. 33, line 14].

Application/Control Number: 90/011,066                                    Page 9
Art Unit: 3992

Regarding *claim 12*, Johnson'989 discloses the electronic sourcing system discussed

above in claim 11, and further teaches that a first purchase order includes data relating to the first

matching item [see col. 9, line 49-col. 10, line 2; also see col. 12, lines 5-60].


Regarding *claim 13*, Johnson'989 discloses the electronic sourcing system discussed

above in claim 12, and further teaches that a second purchase order includes data relating to the

second matching catalog item [see col. 9, line 49-col. 10, line 2; also see col. 12, lines 5-60].


Regarding *claim 14*, Johnson'989 discloses an electronic sourcing system [see Abstract]

comprising:

data relating to items associated with at least two sources [see Fig. 1, wherein the host

database 20 and local database 50 can contain data items associated with vendors 37 and 38; also

see col. 3, line 10-col. 4, line 44; also see col. 8, lines 25-39] maintained so that selected data

may be searched separately [see Fig. 3, wherein step 202 states "Local computer searches part

master table for entered stock number"; additionally see col. 6, lines 31-38];

means for searching for matching items among the selected data [see Fig. 3, step 202,

also see col. 8, line 40-col. 9, line 15];

means for building a requisition using data relating to selected matching items and their

associated source(s) [see col. 6, lines 31-64; also see col. 8, line 40-col. 9, line 15; also see Figs.

3 and 4a];

Application/Control Number: 90/011,066                                        Page 10
Art Unit: 3992

means for processing the requisition to generate purchase orders using data relating to the

selected matching items and their associated source(s) [see Figs. 2A and 2B, and also Figs. 5A

and 5B; also see col. 17, lines 35-49]; and

means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see col. 3, lines 28-37; also see col. 8, lines 32-

52; also see col. 32, line 13-col. 33, line 14].


Regarding *claim 15*, Johnson'989 discloses the electronic sourcing system discussed

above in claim 14, and further teaches that the purchase orders use data relating to at least two

sources [see col. 9, line 49-col. 10, line 2; also see col. 12, lines 5-60].


Regarding *claim 16*, Johnson'989 discloses the electronic sourcing system discussed

above in claim 14, and further teaches that the purchase orders use data relating to catalog

numbers [see col. 9, line 49-col. 10, line 2; also see col. 12, lines 5-60].


Regarding *claim 17*, Johnson'989 discloses the electronic sourcing system discussed

above in claim 14, and further teaches of means for determining whether a selected matching

item is available in inventory [see col. 3, lines 10-16; also see col. 12, lines 17-27].


Regarding *claim 18*, Johnson'989 discloses the electronic sourcing system discussed

above in claim 14, and further teaches of means for determining the applicable price of a selected

matching item [see col. 12, lines 34-52].

Application/Control Number: 90/011,066                                    Page 11
Art Unit: 3992

Regarding *claim 19*, Johnson'989 discloses an electronic sourcing system [see Abstract] comprising:

a database containing data relating to items associated with at least two vendors [see Fig. 1, wherein the host database 20 and local database 50 can contain data items associated with vendors 37 and 38; also see col. 3, line 10-col. 4, line 44; also see col. 8, lines 25-39] maintained so that selected portions of the database may be searched separately [see Fig. 3, wherein step 202 states "Local computer searches part master table for entered stock number"; additionally see col. 6, lines 31-38];

means for searching for matching items in the selected portions of the database [see Fig. 3, step 202, also see col. 8, line 40-col. 9, line 15];

means for building a requisition that includes data relating to selected matching items [see col. 6, lines 31-64; also see col. 8, line 40-col. 9, line 15; also see Figs. 3 and 4a];

means for processing the requisition to generate purchase orders for selected matching items [see Figs. 2A and 2B, and also Figs. 5A and 5B; also see col. 17, lines 35-49].


Regarding *claim 20*, Johnson'989 discloses the electronic sourcing system discussed above in claim 19, and further teaches that the purchase orders include data relating to vendor catalog numbers [see col. 9, line 49-col. 10, line 2; also see col. 12, lines 5-60].

Application/Control Number: 90/011,066                                    Page 12
Art Unit: 3992

Regarding *claim 21*, Johnson'989 discloses the electronic sourcing system discussed

above in claim 19, and further teaches of means for converting data relating to a selected

matching item and an associated source to data relating to an item and a different source [see col.

3, lines 28-37; also see col. 8, lines 32-52; also see col. 32, line 13-col. 33, line 14].

Regarding *claim 22*, Johnson'989 discloses the electronic sourcing system discussed

above in claim 19, and further teaches of means for determining whether a selected matching

item is available in inventory [see col. 3, lines 10-16; also see col. 12, lines 17-27].

Regarding *claim 23*, Johnson'989 discloses the electronic sourcing system discussed

above in claim 19, and further teaches of means for determining the applicable price of a selected

matching item [see col. 12, lines 34-52].

Regarding *claim 24*, Johnson'989 discloses the electronic sourcing system discussed

above in claim 19, and further teaches that the requisition includes matching items from at least

two sources [see col. 9, line 49-col. 10, line 2; also see col. 12, lines 5-60].

Regarding *claim 25*, Johnson'989 discloses the electronic sourcing system discussed

above in claim 24, and further teaches that the purchase orders include data relating to the source

associated with the selected matching item [see col. 9, line 49-col. 10, line 2; also see col. 12,

lines 5-60].

Application/Control Number: 90/011,066                                          Page 13
Art Unit: 3992

6.      **Claims 1-25** are rejected under 35 U.S.C. 102(e) as being anticipated by U.S. Patent

Number 5,319,542, issued to King, Jr. *et al.* (hereafter "King'542").


        Regarding *claim 1*, King'542 discloses an electronic sourcing system [see Abstract; also

see col. 3, lines 16-28] comprising:

        at least two product catalogs containing data relating to items associated with the

respective sources [see Abstract, wherein "The Electronic Catalogue includes a Public Catalogue

and a Private Catalogue."; also see col. 3, lines 16-28, wherein "the Electronic Catalog which

permits on-line access to Suppliers' catalogs of products and services"; also see Fig. 1];

        means for selecting the product catalogs to search [see col. 5, lines 1-10; also see col. 5,

line 65-col. 6, line 15; also see Fig. 4, whereby the Buyer may have access to either the public

catalog 106 or the private catalog 110];

        means for searching for matching items among the selected product catalogs [see Fig. 3;

also see col. 5, lines 42-45];

        means for building a requisition using data relating to selected matching items and their

associated source(s) [see col. 5, lines 31-64];

        means for processing the requisition to generate one or more purchase orders for the

selected matching items [see col. 5, line 56-col. 6, line 15]; and

        means for determining whether a selected matching item is available in inventory [see

col. 5, lines 40-55].

Application/Control Number: 90/011,066                                    Page 14
Art Unit: 3992

Regarding *claim 2*, King'542 discloses the electronic sourcing system discussed above in

claim 1, and further teaches that the purchase orders include data relating to a catalog number for

the selected matching items [see col. 4, lines 47-68; also see col. 5, lines 19-28].

Regarding *claim 3*, King'542 discloses an electronic sourcing system [see Abstract; also

see col. 3, lines 16-28] comprising:

at least two product catalogs containing data relating to items associated with the

respective sources [see Abstract, wherein "The Electronic Catalogue includes a Public Catalogue

and a Private Catalogue."; also see col. 3, lines 16-28, wherein "the Electronic Catalog which

permits on-line access to Suppliers' catalogs of products and services"; also Fig. 1];

means for selecting the product catalogs to search [see col. 5, lines 1-10; also see col. 5,

line 65-col. 6, line 15; also see Fig. 4, whereby the Buyer may have access to either the public

catalog 106 or the private catalog 110];

means for searching for matching items among the selected product catalogs [see Fig. 3;

also see col. 5, lines 42-45];

means for building a requisition using data relating to selected matching items and their

associated source(s) [see col. 5, lines 31-64];

means for processing the requisition to generate one or more purchase orders for the

selected matching items [see col. 5, line 56-col. 6, line 15]; and

means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see col. 2, lines 1-3, wherein "an object of the

invention to provide an electronic catalog ordering system that allows the simultaneous display

Application/Control Number: 90/011,066                                              Page 15
Art Unit: 3992

of competitive product information"; also see col. 2, lines 25-49; also see col. 4, lines 3-9,

wherein The Public Catalog 106 is defined as cross-industry catalogs resident on a third party

network, for access by multiple customers."].


Regarding *claim 4*, King'542 discloses the electronic sourcing system discussed above in

claim 3, and further teaches of means for determining whether a selected matching item is

available in inventory [see col. 5, lines 40-55].


Regarding *claim 5*, King'542 discloses the electronic sourcing system discussed above in

claim 3, and further teaches of means for determining the applicable price of a selected matching

item [see col. 5, line 65-col. 6, line 5].


Regarding *claim 6*, King'542 discloses an electronic sourcing system [see Abstract; also

see col. 3, lines 16-28] comprising:

a database containing data relating to items associated with at least two sources [see

Abstract, wherein "The Electronic Catalogue includes a Public Catalogue and a Private

Catalogue."; also see col. 3, lines 16-28, wherein "the Electronic Catalog which permits on-line

access to Suppliers' catalogs of products and services"; also see Fig. 1];

means for searching for matching items in the database [see Fig. 3; also see col. 5, lines

42-45];

means for building a requisition using data relating to selected matching items and their

associated source(s) [see col. 5, lines 31-64];

Application/Control Number: 90/011,066                                    Page 16
Art Unit: 3992

means for processing the requisition to generate one or more purchase orders for the

selected matching items [see col. 5, line 56-col. 6, line 15]; and

means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see col. 2, lines 1-3, wherein "an object of the

invention to provide an electronic catalog ordering system that allows the simultaneous display

of competitive product information"; also see col. 2, lines 25-49; also see col. 4, lines 3-9,

wherein The Public Catalog 106 is defined as cross-industry catalogs resident on a third party

network, for access by multiple customers."].

Regarding *claim 7*, King'542 discloses the electronic sourcing system discussed above in

claim 6, and further teaches that the requisition includes matching items from at least two

sources [see Abstract, wherein "The Electronic Catalogue includes a Public Catalogue and a

Private Catalogue."; also see col. 3, lines 16-28, wherein "the Electronic Catalog which permits

on-line access to Suppliers' catalogs of products and services"; also see Fig. 1].

Regarding *claim 8*, King'542 discloses the electronic sourcing system discussed above in

claim 6, and further teaches that the purchase orders use data relating to catalog numbers [see

col. 4, lines 47-68; also see col. 5, lines 19-28].

Regarding *claim 9*, King'542 discloses the electronic sourcing system discussed above in

claim 6, and further teaches of means for determining whether a selected matching item is

available in inventory [see col. 5, lines 40-55].

Application/Control Number: 90/011,066                                    Page 17
Art Unit: 3992

 Regarding *claim 10*, King'542 discloses the electronic sourcing system discussed above in claim 6, and further teaches of means for determining the applicable price of a selected matching item [see col. 5, line 65-col. 6, line 5].


 Regarding *claim 11*, King'542 discloses an electronic sourcing system [see Abstract; also see col. 3, lines 16-28] comprising:

 at least two product catalogs containing data relating to items associated with the respective sources [see Abstract, wherein "The Electronic Catalogue includes a Public Catalogue and a Private Catalogue."; also see col. 3, lines 16-28, wherein "the Electronic Catalog which permits on-line access to Suppliers' catalogs of products and services"; also see Fig. 1];

 means for searching for matching items among the product catalogs [see Fig. 3; also see col. 5, lines 42-45];

 means for building a requisition that includes a first matching item and a second matching item, each associated with a different source [see col. 5, lines 31-64];

 means for processing the requisition to generate purchase orders for the first and the second matching items [see col. 5, line 56-col. 6, line 15]; and

 means for converting data relating to a selected matching item and an associated source to data relating to an item and a different source [see col. 2, lines 1-3, wherein "an object of the invention to provide an electronic catalog ordering system that allows the simultaneous display of competitive product information"; also see col. 2, lines 25-49; also see col. 4, lines 3-9, wherein The Public Catalog 106 is defined as cross-industry catalogs resident on a third party network, for access by multiple customers."].

Application/Control Number: 90/011,066                                    Page 18
Art Unit: 3992

Regarding *claim 12*, King'542 discloses the electronic sourcing system discussed above in claim 11, and further teaches that a first purchase order includes data relating to the first matching item [see col. 4, lines 47-68; also see col. 5, lines 19-28].

Regarding *claim 13*, King'542 discloses the electronic sourcing system discussed above in claim 12, and further teaches that a second purchase order includes data relating to the second matching catalog item [see col. 4, lines 47-68; also see col. 5, lines 19-28].

Regarding *claim 14*, King'542 discloses an electronic sourcing system [see Abstract; also see col. 3, lines 16-28] comprising:

data relating to items associated with at least two sources [see Abstract, wherein "The Electronic Catalogue includes a Public Catalogue and a Private Catalogue."; also see col. 3, lines 16-28, wherein "the Electronic Catalog which permits on-line access to Suppliers' catalogs of products and services"; also see Fig. 1] maintained so that selected data may be searched separately [see col. 5, lines 1-10; also see col. 5, line 65-col. 6, line 15; also see Fig. 4, whereby the Buyer may have access to either the public catalog 106 or the private catalog 110];

means for searching for matching items among the selected data [see Fig. 3; also see col. 5, lines 42-45];

means for building a requisition using data relating to selected matching items and their associated source(s) [see col. 5, lines 31-64];

means for processing the requisition to generate purchase orders using data relating to the selected matching items and their associated source(s) [see col. 5, line 56-col. 6, line 15]; and

Application/Control Number: 90/011,066                                    Page 19
Art Unit: 3992

 means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see col. 2, lines 1-3, wherein "an object of the

invention to provide an electronic catalog ordering system that allows the simultaneous display

of competitive product information"; also see col. 2, lines 25-49; also see col. 4, lines 3-9,

wherein The Public Catalog 106 is defined as cross-industry catalogs resident on a third party

network, for access by multiple customers."].


 Regarding *claim 15*, King'542 discloses the electronic sourcing system discussed above

in claim 14, and further teaches that the purchase orders use data relating to at least two sources

[see Abstract, wherein "The Electronic Catalogue includes a Public Catalogue and a Private

Catalogue."; also see col. 3, lines 16-28, wherein "the Electronic Catalog which permits on-line

access to Suppliers' catalogs of products and services"; also see Fig. 1].


 Regarding *claim 16*, King'542 discloses the electronic sourcing system discussed above

in claim 14, and further teaches that the purchase orders use data relating to catalog numbers [see

col. 4, lines 47-68; also see col. 5, lines 19-28].


 Regarding *claim 17*, King'542 discloses the electronic sourcing system discussed above

in claim 14, and further teaches of means for determining whether a selected matching item is

available in inventory [see col. 5, lines 40-55].

Application/Control Number: 90/011,066                                    Page 20
Art Unit: 3992

Regarding *claim 18*, King'542 discloses the electronic sourcing system discussed above

in claim 14, and further teaches of means for determining the applicable price of a selected

matching item [see col. 5, line 65-col. 6, line 5].


Regarding *claim 19*, King'542 discloses an electronic sourcing system [see Abstract; also

see col. 3, lines 16-28] comprising:

a database containing data relating to items associated with at least two vendors [see

Abstract, wherein "The Electronic Catalogue includes a Public Catalogue and a Private

Catalogue."; also see col. 3, lines 16-28, wherein "the Electronic Catalog which permits on-line

access to Suppliers' catalogs of products and services"; also see Fig. 1] maintained so that

selected portions of the database may be searched separately [see col. 5, lines 1-10; also see col.

5, line 65-col. 6, line 15; also see Fig. 4, whereby the Buyer may have access to either the public

catalog 106 or the private catalog 110];

means for searching for matching items in the selected portions of the database [see Fig.

3; also see col. 5, lines 42-45];

means for building a requisition that includes data relating to selected matching items

[see col. 5, lines 31-64];

means for processing the requisition to generate purchase orders for selected matching

items [see col. 5, line 56-col. 6, line 15].

Application/Control Number: 90/011,066                                    Page 21
Art Unit: 3992

Regarding *claim 20*, King'542 discloses the electronic sourcing system discussed above in claim 19, and further teaches that the purchase orders include data relating to vendor catalog numbers [see col. 4, lines 47-68; also see col. 5, lines 19-28].

Regarding *claim 21*, King'542 discloses the electronic sourcing system discussed above in claim 19, and further teaches of means for converting data relating to a selected matching item and an associated source to data relating to an item and a different source [see col. 2, lines 1-3, wherein "an object of the invention to provide an electronic catalog ordering system that allows the simultaneous display of competitive product information"; also see col. 2, lines 25-49; also see col. 4, lines 3-9, wherein The Public Catalog 106 is defined as cross-industry catalogs resident on a third party network, for access by multiple customers."].

Regarding *claim 22*, King'542 discloses the electronic sourcing system discussed above in claim 19, and further teaches of means for determining whether a selected matching item is available in inventory [see col. 5, lines 40-55].

Regarding *claim 23*, King'542 discloses the electronic sourcing system discussed above in claim 19, and further teaches of means for determining the applicable price of a selected matching item [see col. 5, line 65-col. 6, line 5].

Application/Control Number: 90/011,066                                      Page 22
Art Unit: 3992

Regarding *claim 24*, King'542 discloses the electronic sourcing system discussed above

in claim 19, and further teaches that the requisition includes matching items from at least two

sources [see Abstract, wherein "The Electronic Catalogue includes a Public Catalogue and a

Private Catalogue."; also see col. 3, lines 16-28, wherein "the Electronic Catalog which permits

on-line access to Suppliers' catalogs of products and services"; also see Fig. 1].


Regarding *claim 25*, King'542 discloses the electronic sourcing system discussed above

in claim 24, and further teaches that the purchase orders include data relating to the source

associated with the selected matching item [see col. 4, lines 47-68; also see col. 5, lines 19-28].


7.    **Claims 1-25** are rejected under 35 U.S.C. 102(a) as being anticipated by "J-CON

Manual, Volume 1", authored by Cooperative Computing, Inc., having a date of April 1994

(hereafter "the J-CON Manual").


Regarding *claim 1*, the J-CON Manual discloses an electronic sourcing system

comprising:

at least two product catalogs containing data relating to items associated with the

respective sources [see Ch.3, Sec.5, Page 1, whereby the PartFinder catalog includes at least two

product catalogs from different manufacturers, see Ch.3, Sec.2, Page 11, being "Primary and

Alternate Manufacturers"];

Application/Control Number: 90/011,066                                        Page 23
Art Unit: 3992

      means for selecting the product catalogs to search [see Ch.3, Sec.2, Page 3, wherein "At

"Subgroup", choose one: Enter numbers for the subgroups you want. Result: J-CON marks each

subline you selected with an ">"...."; also see Ch.3,Sec.2, Page 11, whereby "At the

MANUFACTURERS field, enter the numbers of the manufacturers for which you want part

information."];

      means for searching for matching items among the selected product catalogs [Ch.3,

Sec.2, Page 1, wherein "When you look up a part with PartFinder, you specify its group and

subgroup, as well as the vehicle's year, make, and model, J-CON then displays a list of possible

parts and their prices for the customer.  You select a part from the list and specify how many you

want."  With this, J-CON is teaching that the system searches and displays parts that match the

customer's selections];

      means for building a requisition using data relating to selected matching items and their

associated source(s) [see Ch.3,Sec.2, Page 4, wherein "At 'Selection', choose one: Enter the

number for the part you want.  When you finish selecting parts, press <Order Screen> to return

to POS..."];

      means for processing the requisition to generate one or more purchase orders for the

selected matching items [see Ch.4, Sec.3, Page 1, and Ch. 4, Sec. 4, pages 1-7, wherein "You can

set up J-CON to automatically compute POs during EOD. You can also set it to automatically

transmit POs to vendors who use A-DIS. The POs can go to primary and alternate vendors, and

to other vendors for whom you have set up PO control files in Function 7.7, Add or Edit Vendor

Data."]; and

Application/Control Number: 90/011,066                                    Page 24
Art Unit: 3992

means for determining whether a selected matching item is available in inventory [Ch.3,

Sec.2, Pages 6 and 10, whereby on page 6, the field "AVL: quantity available" is utilized for

determining the available inventory, and whereby on page 10, "Not Found (NF) Parts" are

described; also see Ch.2, Sec.10, Page 15].


Regarding *claim 2*, the J-CON Manual discloses the electronic sourcing system discussed

above in claim 1, and further teaches that the purchase orders include data relating to a vendor

catalog number for the selected matching items [see Ch.2, Sec.10, Pages 8 and 9, whereby J-

CON displays the "part number", the "warehouse number", and the "part's manufacturer code";

also see sample Purchase Order in Ch.4, Sec.5, Page 4].


Regarding *claim 3*, the J-CON Manual discloses an electronic sourcing system

comprising:

at least two product catalogs containing data relating to items associated with the

respective sources [see Ch.3, Sec.5, Page 1, whereby the PartFinder catalog includes at least two

product catalogs from different manufacturers, see Ch.3, Sec.2, Page 11, being "Primary and

Alternate Manufacturers"];

means for selecting the product catalogs to search [see Ch.3, Sec.2, Page 3, wherein "At

"Subgroup", choose one: Enter numbers for the subgroups you want. Result: J-CON marks each

subline you selected with an ">"...."; also see Ch.3,Sec.2, Page 11, whereby "At the

MANUFACTURERS field, enter the numbers of the manufacturers for which you want part

information."];

Application/Control Number: 90/011,066                                      Page 25
Art Unit: 3992

     means for searching for matching items among the selected product catalogs [Ch.3,

Sec.2, Page 1, wherein "When you look up a part with PartFinder, you specify its group and

subgroup, as well as the vehicle's year, make, and model, J-CON then displays a list of possible

parts and their prices for the customer.  You select a part from the list and specify how many you

want."  With this, J-CON is teaching that the system searches and displays parts that match the

customer's selections];

     means for building a requisition using data relating to selected matching items and their

associated source(s) [see Ch.3,Sec.2, Page 4, wherein "At 'Selection', choose one: Enter the

number for the part you want.  When you finish selecting parts, press <Order Screen> to return

to POS…"];

     means for processing the requisition to generate one or more purchase orders for the

selected matching items [see Ch.4, Sec.3, Page 1, and Ch. 4, Sec. 4, pages 1-7, wherein "You can

set up J-CON to automatically compute POs during EOD. You can also set it to automatically

transmit POs to vendors who use A-DIS. The POs can go to primary and alternate vendors, and

to other vendors for whom you have set up PO control files in Function 7.7, Add or Edit Vendor

Data."]; and

     means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see Ch.3,Sec.2, Page 11, whereby within the

"Alternate Parts" section, "J-CON usually displays an alternate part in PartFinder only if you're

out of the original part."; also see Ch.3,Sec.4, Pages 1-5, whereby on page 1, "InterChange is an

optional product that you use to find an equivalent (or InterChange) part for a competitive part.

You start InterChange from POS or from PartFinder."].

Application/Control Number: 90/011,066                                    Page 26
Art Unit: 3992

   Regarding *claim 4*, the J-CON Manual discloses the electronic sourcing system discussed

above in claim 3, and further teaches of means for determining whether a selected matching item

is available in inventory [Ch.3, Sec.2, Pages 6 and 10, whereby on page 6, the field "AVL:

quantity available" is utilized for determining the available inventory, and whereby on page 10,

"Not Found (NF) Parts" are described; also see Ch.2, Sec.10, Page 15].


   Regarding *claim 5*, the J-CON Manual discloses the electronic sourcing system discussed

above in claim 3, and further teaches of means for determining the applicable price of a selected

matching item [see Ch.3,Sec.2, Page 4, whereby "If you have PartSource and want J-CON to

display prices for parts not in your JIF, press <Prices>. Result: J-CON displays the prices."; also

see Ch.3, Sec.2, Page 6].


   Regarding *claim 6*, the J-CON Manual discloses an electronic sourcing system

comprising:

   a database containing data relating to items associated with at least two sources [see Ch.3,

Sec.5, Page 1, whereby the PartFinder catalog includes at least two product catalogs from

different manufacturers, see Ch.3, Sec.2, Page 11, being "Primary and Alternate

Manufacturers"];

   means for searching for matching items in the database [Ch.3, Sec.2, Page 1, wherein

"When you look up a part with PartFinder, you specify its group and subgroup, as well as the

vehicle's year, make, and model, J-CON then displays a list of possible parts and their prices for

the customer.  You select a part from the list and specify how many you want."  With this, J-

Application/Control Number: 90/011,066                                    Page 27
Art Unit: 3992

CON is teaching that the system searches and displays parts that match the customer's

selections];

    · means for building a requisition using data relating to selected matching items and their

associated source(s) [see Ch.3,Sec.2, Page 4, wherein "At 'Selection', choose one: Enter the

number for the part you want.  When you finish selecting parts, press <Order Screen> to return

to POS…"];

    means for processing the requisition to generate one or more purchase orders for the

selected matching items [see Ch.4, Sec.3, Page 1, and Ch. 4, Sec. 4, pages 1-7, wherein "You can

set up J-CON to automatically compute POs during EOD. You can also set it to automatically

transmit POs to vendors who use A-DIS. The POs can go to primary and alternate vendors, and

to other vendors for whom you have set up PO control files in Function 7.7, Add or Edit Vendor

Data."]; and

    means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see Ch.3,Sec.2, Page 11, whereby within the

"Alternate Parts" section, "J-CON usually displays an alternate part in PartFinder only if you're

out of the original part."; also see Ch.3,Sec.4, Pages 1-5, whereby on page 1, "InterChange is an

optional product that you use to find an equivalent (or InterChange) part for a competitive part.

You start InterChange from POS or from PartFinder."].

Application/Control Number: 90/011,066                                                    Page 28
Art Unit: 3992

Regarding *claim 7*, the J-CON Manual discloses the electronic sourcing system discussed above in claim 6, and further teaches that the requisition includes matching items from at least two sources [see Ch.3, Sec.5, Page 1, whereby the PartFinder catalog includes at least two product catalogs from different manufacturers; also see Ch.2, Sec.10, Page 8, whereby the Warehouse Inquiry screen displays parts from different manufacturers; also see the sample Purchase Orders in Ch.4, Sec.5, Pages 3 and 4].

Regarding *claim 8*, the J-CON Manual discloses the electronic sourcing system discussed above in claim 6, and further teaches that the purchase orders use data relating to catalog numbers [see Ch.2, Sec.10, Pages 8 and 9, whereby J-CON displays the "part number", the "warehouse number", and the "part's manufacturer code"; also see sample Purchase Orders in Ch.4, Sec.5, Pages 3 and 4].

Regarding *claim 9*, the J-CON Manual discloses the electronic sourcing system discussed above in claim 6, and further teaches of means for determining whether a selected matching item is available in inventory [Ch.3, Sec.2, Pages 6 and 10, whereby on page 6, the field "AVL: quantity available" is utilized for determining the available inventory, and whereby on page 10, "Not Found (NF) Parts" are described; also see Ch.2, Sec.10, Page 15].

Regarding *claim 10*, the J-CON Manual discloses the electronic sourcing system discussed above in claim 6, and further teaches of means for determining the applicable price of a selected matching item [see Ch.3,Sec.2, Page 4, whereby "If you have PartSource and want J-

CON to display prices for parts not in your JIF, press <Prices>. Result: J-CON displays the prices."; also see Ch.3, Sec.2, Page 6].

Regarding *claim 11*, the J-CON Manual discloses an electronic sourcing system comprising:

at least two product catalogs containing data relating to items associated with the respective sources [see Ch.3, Sec.5, Page 1, whereby the PartFinder catalog includes at least two product catalogs from different manufacturers, see Ch.3, Sec.2, Page 11, being "Primary and Alternate Manufacturers"];

means for searching for matching items among the product catalogs [Ch.3, Sec.2, Page 1, wherein "When you look up a part with PartFinder, you specify its group and subgroup, as well as the vehicle's year, make, and model, J-CON then displays a list of possible parts and their prices for the customer.  You select a part from the list and specify how many you want."  With this, J-CON is teaching that the system searches and displays parts that match the customer's selections];

means for building a requisition that includes a first matching item and a second matching item, each associated with a different source [see Ch.3,Sec.2, Page 4, wherein "At 'Selection', choose one: Enter the number for the part you want.  When you finish selecting parts, press <Order Screen> to return to POS..."];

means for processing the requisition to generate purchase orders for the first and the second matching items [see Ch.4, Sec.3, Page 1, and Ch. 4, Sec. 4, pages 1-7, wherein "You can set up J-CON to automatically compute POs during EOD. You can also set it to automatically

Application/Control Number: 90/011,066                                    Page 30
Art Unit: 3992

transmit POs to vendors who use A-DIS. The POs can go to primary and alternate vendors, and

to other vendors for whom you have set up PO control files in Function 7.7, Add or Edit Vendor

Data."]; and

     means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see Ch.3,Sec.2, Page 11, whereby within the

"Alternate Parts" section, "J-CON usually displays an alternate part in PartFinder only if you're

out of the original part."; also see Ch.3,Sec.4, Pages 1-5, whereby on page 1, "InterChange is an

optional product that you use to find an equivalent (or InterChange) part for a competitive part.

You start InterChange from POS or from PartFinder."].


     Regarding *claim 12*, the J-CON Manual discloses the electronic sourcing system

discussed above in claim 11, and further teaches that a first purchase order includes data relating

to the first matching item [see Ch.3, Sec.5, Page 1, whereby the PartFinder catalog includes at

least two product catalogs from different manufacturers; also see Ch.2, Sec.10, Page 8, whereby

the Warehouse Inquiry screen displays parts from different manufacturers; also see the sample

Purchase Orders in Ch.4, Sec.5, Pages 3 and 4].


     Regarding *claim 13*, the J-CON Manual discloses the electronic sourcing system

discussed above in claim 12, and further teaches that a second purchase order includes data

relating to the second matching catalog item [see Ch.3, Sec.5, Page 1, whereby the PartFinder

catalog includes at least two product catalogs from different manufacturers; also see Ch.2,

Sec.10, Page 8, whereby the Warehouse Inquiry screen displays parts from different

manufacturers; also see the sample Purchase Orders in Ch.4, Sec.5, Pages 3 and 4].


Regarding *claim 14*, the J-CON Manual discloses an electronic sourcing system

comprising:

data relating to items associated with at least two sources [see Ch.3, Sec.5, Page 1,

whereby the PartFinder catalog includes at least two product catalogs from different

manufacturers, see Ch.3, Sec.2, Page 11, being "Primary and Alternate Manufacturers"]

maintained so that selected data may be searched separately [see Ch.3, Sec.2, Page 3, wherein

"At "Subgroup", choose one: Enter numbers for the subgroups you want. Result: J-CON marks

each subline you selected with an ">"...."; also see Ch.3,Sec.2, Page 11, whereby "At the

MANUFACTURERS field, enter the numbers of the manufacturers for which you want part

information."];

means for searching for matching items among the selected data [Ch.3, Sec.2, Page 1,

wherein "When you look up a part with PartFinder, you specify its group and subgroup, as well

as the vehicle's year, make, and model, J-CON then displays a list of possible parts and their

prices for the customer. You select a part from the list and specify how many you want." With

this, J-CON is teaching that the system searches and displays parts that match the customer's

selections];

means for building a requisition using data relating to selected matching items and their

associated source(s) [see Ch.3,Sec.2, Page 4, wherein "At 'Selection', choose one: Enter the

Application/Control Number: 90/011,066                                    Page 32
Art Unit: 3992

number for the part you want. When you finish selecting parts, press <Order Screen> to return

to POS…"];

    means for processing the requisition to generate purchase orders using data relating to the

selected matching items and their associated source(s) [see Ch.4, Sec.3, Page 1, and Ch. 4, Sec.

4, pages 1-7, wherein "You can set up J-CON to automatically compute POs during EOD. You

can also set it to automatically transmit POs to vendors who use A-DIS. The POs can go to

primary and alternate vendors, and to other vendors for whom you have set up PO control files in

Function 7.7, Add or Edit Vendor Data."]; and

    means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see Ch.3,Sec.2, Page 11, whereby within the

"Alternate Parts" section, "J-CON usually displays an alternate part in PartFinder only if you're

out of the original part."; also see Ch.3,Sec.4, Pages 1-5, whereby on page 1, "InterChange is an

optional product that you use to find an equivalent (or InterChange) part for a competitive part.

You start InterChange from POS or from PartFinder."].


    Regarding *claim 15*, the J-CON Manual discloses the electronic sourcing system

discussed above in claim 14, and further teaches that the purchase orders use data relating to at

least two sources [see Ch.3, Sec.5, Page 1, whereby the PartFinder catalog includes at least two

product catalogs from different manufacturers; also see Ch.2, Sec.10, Page 8, whereby the

Warehouse Inquiry screen displays parts from different manufacturers; also see the sample

Purchase Orders in Ch.4, Sec.5, Pages 3 and 4].

Regarding *claim 16*, the J-CON Manual discloses the electronic sourcing system discussed above in claim 14, and further teaches that the purchase orders use data relating to catalog numbers [see Ch.2, Sec.10, Pages 8 and 9, whereby J-CON displays the "part number", the "warehouse number", and the "part's manufacturer code"; also see sample Purchase Order in Ch.4, Sec.5, Page 4].

Regarding *claim 17*, the J-CON Manual discloses the electronic sourcing system discussed above in claim 14, and further teaches of means for determining whether a selected matching item is available in inventory [Ch.3, Sec.2, Pages 6 and 10, whereby on page 6, the field "AVL: quantity available" is utilized for determining the available inventory, and whereby on page 10, "Not Found (NF) Parts" are described; also see Ch.2, Sec.10, Page 15].

Regarding *claim 18*, the J-CON Manual discloses the electronic sourcing system discussed above in claim 14, and further teaches of means for determining the applicable price of a selected matching item [see Ch.3,Sec.2, Page 4, whereby "If you have PartSource and want J-CON to display prices for parts not in your JIF, press <Prices>. Result: J-CON displays the prices."; also see Ch.3, Sec.2, Page 6].

Regarding *claim 19*, the J-CON Manual discloses an electronic sourcing system comprising:

a database containing data relating to items associated with at least two vendors [see Ch.3, Sec.5, Page 1, whereby the PartFinder catalog includes at least two product catalogs from

Application/Control Number: 90/011,066                                    Page 34
Art Unit: 3992

different manufacturers, see Ch.3, Sec.2, Page 11, being "Primary and Alternate Manufacturers"]

maintained so that selected portions of the database may be searched separately [see Ch.3, Sec.2,

Page 3, wherein "At "Subgroup", choose one: Enter numbers for the subgroups you want.

Result: J-CON marks each subline you selected with an ">"...."; also see Ch.3,Sec.2, Page 11,

whereby "At the MANUFACTURERS field, enter the numbers of the manufacturers for which

you want part information."];

means for searching for matching items in the selected portions of the database [Ch.3,

Sec.2, Page 1, wherein "When you look up a part with PartFinder, you specify its group and

subgroup, as well as the vehicle's year, make, and model, J-CON then displays a list of possible

parts and their prices for the customer.  You select a part from the list and specify how many you

want."  With this, J-CON is teaching that the system searches and displays parts that match the

customer's selections];

means for building a requisition that includes data relating to selected matching items

[see Ch.3,Sec.2, Page 4, wherein "At 'Selection', choose one: Enter the number for the part you

want.  When you finish selecting parts, press <Order Screen> to return to POS…"];

means for processing the requisition to generate purchase orders for selected matching

items [see Ch.4, Sec.3, Page 1, and Ch.4, Sec.4, pages 1-7, wherein "You can set up J-CON to

automatically compute Pos during EOD. You can also set it to automatically transmit POs to

vendors who use A-DIS. The POs can go to primary and alternate vendors, and to other vendors

for whom you have set up PO control files in Function 7.7, Add or Edit Vendor Data."].

Application/Control Number: 90/011,066                                    Page 35
Art Unit: 3992

Regarding *claim 20*, the J-CON Manual discloses the electronic sourcing system

discussed above in claim 19, and further teaches that the purchase orders include data relating to

vendor catalog numbers [see Ch.2, Sec.10, Pages 8 and 9, whereby J-CON displays the "part

number", the "warehouse number", and the "part's manufacturer code"; also see sample

Purchase Order in Ch.4, Sec.5, Page 4].


Regarding *claim 21*, the J-CON Manual discloses the electronic sourcing system

discussed above in claim 19, and further teaches of means for converting data relating to a

selected matching item and an associated source to data relating to an item and a different source

[see Ch.3,Sec.2, Page 11, whereby within the "Alternate Parts" section, "J-CON usually displays

an alternate part in PartFinder only if you're out of the original part."; also see Ch.3,Sec.4, Pages

1-5, whereby on page 1, "InterChange is an optional product that you use to find an equivalent

(or InterChange) part for a competitive part. You start InterChange from POS or from

PartFinder."].


Regarding *claim 22*, the J-CON Manual discloses the electronic sourcing system

discussed above in claim 19, and further teaches of means for determining whether a selected

matching item is available in inventory [Ch.3, Sec.2, Pages 6 and 10, whereby on page 6, the

field "AVL: quantity available" is utilized for determining the available inventory, and whereby

on page 10, "Not Found (NF) Parts" are described; also see Ch.2, Sec.10, Page 15].

Application/Control Number: 90/011,066                                     Page 36
Art Unit: 3992

     Regarding *claim 23*, the J-CON Manual discloses the electronic sourcing system discussed above in claim 19, and further teaches of means for determining the applicable price of a selected matching item [see Ch.3,Sec.2, Page 4, whereby "If you have PartSource and want J-CON to display prices for parts not in your JIF, press <Prices>. Result: J-CON displays the prices."; also see Ch.3, Sec.2, Page 6].

     Regarding *claim 24*, the J-CON Manual discloses the electronic sourcing system discussed above in claim 19, and further teaches that the requisition includes matching items from at least two sources [see Ch.3, Sec.5, Page 1, whereby the PartFinder catalog includes at least two product catalogs from different manufacturers; also see Ch.2, Sec.10, Page 8, whereby the Warehouse Inquiry screen displays parts from different manufacturers; also see the sample Purchase Orders in Ch.4, Sec.5, Pages 3 and 4].

     Regarding *claim 25*, the J-CON Manual discloses the electronic sourcing system discussed above in claim 24, and further teaches that the purchase orders include data relating to the source associated with the selected matching item [see Ch.3, Sec.5, Page 1, whereby the PartFinder catalog includes at least two product catalogs from different manufacturers; also see Ch.2, Sec.10, Page 8, whereby the Warehouse Inquiry screen displays parts from different manufacturers; also see the sample Purchase Orders in Ch.4, Sec.5, Pages 3 and 4].

Application/Control Number: 90/011,066                                    Page 37
Art Unit: 3992

8.      **Claims 1-25** are rejected under 35 U.S.C. 102(b) as being anticipated by "A Practical

Guide to SABRE Reservations and Ticketing", authored by Jeanne Semer-Purzycki, having a

copyright date of 1992 (hereafter "Practical Guide to SABRE").


        Regarding *claim 1*, Practical Guide to SABRE discloses an electronic sourcing system

comprising:

        at least two product catalogs containing data relating to items associated with the

respective sources [see page 2, wherein "SABRE maintains a vast amount of current

information. For example, it stores: Flight schedules for more than 680 worldwide

carriers...Hotel descriptions and prices for more than 17,000 properties throughout the world"];

        means for selecting the product catalogs to search [see page 51, wherein the teachings

describe how to "Request specific carrier availability by specifying one or more airlines in the

availability entry."];

        means for searching for matching items among the selected product catalogs [see pages

62-65, whereby specific carriers are selected between different city pairs, whereby the SABRE

system inherently searches the catalogs, so as to display the best match];

        means for building a requisition using data relating to selected matching items and their

associated source(s) [whereby a PNR is built, as seen on page 7, "UNIT 1: Building the PNR";

also see pages 9-11, whereby on page 9, "any PNR must contain the following five mandatory

fields...I  Itinerary (at least one flight segment)"];

        means for processing the requisition to generate one or more purchase orders for the

selected matching items [see pages 15 and 16, whereby the PNR is stored, wherein "Ending a

Application/Control Number: 90/011,066                                      Page 38
Art Unit: 3992

record transmits the PNR directly to American Airlines' central computer for permanent

storage"; also see page 76, wherein "After completing the PNR, the agent ends the transaction by

entering E. At this time, SABRE does a completeness check of the PNR. When the PNR is

redisplayed after it is ended, the SS ("available for sale" code) is changed to the HK status code

("holding k[c]onfirmed")."]; and

     means for determining whether a selected matching item is available in inventory [see

pages 34 and 35, wherein the "primary availability ...displays flight availability for all airlines

that operate between the given city pair."].


     Regarding *claim 2*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 1, and further teaches that the purchase orders include data relating to a

catalog number for the selected matching items [see pages 10 and 11, whereby the PNR contains

the "Carrier and flight number", "Class of service", "Date of departure", and "Day of week

code", which can be collectively considered as "data relating to a vendor catalog number"].


     Regarding *claim 3*, Practical Guide to SABRE discloses an electronic sourcing system

comprising:

     at least two product catalogs containing data relating to items associated with the

respective sources [see page 2, wherein "SABRE maintains a vast amount of current

information. For example, it stores: Flight schedules for more than 680 worldwide

carriers...Hotel descriptions and prices for more than 17,000 properties throughout the world"];

means for selecting the product catalogs to search [see page 51, wherein the teachings describe how to "Request specific carrier availability by specifying one or more airlines in the availability entry."];

means for searching for matching items among the selected product catalogs [see pages 62-65, whereby specific carriers are selected between different city pairs, whereby the SABRE system inherently searches the catalogs, so as to display the best match];

means for building a requisition using data relating to selected matching items and their associated source(s) [whereby a PNR is built, as seen on page 7, "UNIT 1: Building the PNR"; also see pages 9-11, whereby on page 9, "any PNR must contain the following five mandatory fields...I Itinerary (at least one flight segment)"];

means for processing the requisition to generate one or more purchase orders for the selected matching items [see pages 15 and 16, whereby the PNR is stored, wherein "Ending a record transmits the PNR directly to American Airlines' central computer for permanent storage"; also see page 76, wherein "After completing the PNR, the agent ends the transaction by entering E. At this time, SABRE does a completeness check of the PNR. When the PNR is redisplayed after it is ended, the SS ("available for sale" code) is changed to the HK status code ("holding k[c]onfirmed")."]; and

means for converting data relating to a selected matching item and an associated source to data relating to an item and a different source [see page 64, wherein "If the class of service requested is sold out, SABRE displays a city pair availability for alternate flights....the requested class, Y, is sold out and the wait list is open. SABRE is displaying six alternate flights for the travel date, city pair, and departure time 11:45 am of the original flight that was requested."].

Application/Control Number: 90/011,066                                          Page 40
Art Unit: 3992

Regarding *claim 4*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 3, and further teaches of means for determining whether a selected

matching item is available in inventory [see pages 34 and 35, wherein the "primary availability

…displays flight availability for all airlines that operate between the given city pair."].

Regarding *claim 5*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 3, and further teaches of means for determining the applicable price of

a selected matching item [see page 279, wherein "Itinerary pricing enables the travel agent to

display the fare for a PNR that is currently in the computer's working area…SABRE "reads" the

flight information in the itinerary and displays the base fare, tax, and total amounts based on the

city pair, travel date, and class of service."].

Regarding *claim 6*, Practical Guide to SABRE discloses an electronic sourcing system

comprising:

a database containing data relating to items associated with at least two sources [see page

2, wherein "SABRE maintains a vast amount of current information. For example, it stores:

Flight schedules for more than 680 worldwide carriers…Hotel descriptions and prices for more

than 17,000 properties throughout the world"];

means for searching for matching items in the database [see page 51, wherein the

teachings describe how to "Request specific carrier availability by specifying one or more

airlines in the availability entry."];

Application/Control Number: 90/011,066                                    Page 41
Art Unit: 3992

   means for building a requisition using data relating to selected matching items and their

associated source(s) [whereby a PNR is built, as seen on page 7, "UNIT 1: Building the PNR";

also see pages 9-11, whereby on page 9, "any PNR must contain the following five mandatory

fields...I Itinerary (at least one flight segment)"];

   means for processing the requisition to generate one or more purchase orders for the

selected matching items [see pages 15 and 16, whereby the PNR is stored, wherein "Ending a

record transmits the PNR directly to American Airlines' central computer for permanent

storage"; also see page 76, wherein "After completing the PNR, the agent ends the transaction by

entering E. At this time, SABRE does a completeness check of the PNR. When the PNR is

redisplayed after it is ended, the SS ("available for sale" code) is changed to the HK status code

("holding k[c]onfirmed")."]; and

   means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see page 64, wherein "If the class of service

requested is sold out, SABRE displays a city pair availability for alternate flights....the requested

class, Y, is sold out and the wait list is open. SABRE is displaying six alternate flights for the

travel date, city pair, and departure time 11:45 am of the original flight that was requested."].


   Regarding *claim 7*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 6, and further teaches that the requisition includes matching items from

at least two sources [see page 2, wherein "SABRE maintains a vast amount of current

information. For example, it stores: Flight schedules for more than 680 worldwide

carriers...Hotel descriptions and prices for more than 17,000 properties throughout the world"].

Application/Control Number: 90/011,066                                    Page 42
Art Unit: 3992

Regarding *claim 8*, Practical Guide to SABRE discloses the electronic sourcing system discussed above in claim 6, and further teaches that the purchase orders use data relating to catalog numbers [see pages 10 and 11, whereby the PNR contains the "Carrier and flight number", "Class of service", "Date of departure", and "Day of week code", which can be collectively considered as "data relating to catalog numbers"].

Regarding *claim 9*, Practical Guide to SABRE discloses the electronic sourcing system discussed above in claim 6, and further teaches of means for determining whether a selected matching item is available in inventory [see pages 34 and 35, wherein the "primary availability ...displays flight availability for all airlines that operate between the given city pair."].

Regarding *claim 10*, Practical Guide to SABRE discloses the electronic sourcing system discussed above in claim 6, and further teaches of means for determining the applicable price of a selected matching item [see page 279, wherein "Itinerary pricing enables the travel agent to display the fare for a PNR that is currently in the computer's working area...SABRE "reads" the flight information in the itinerary and displays the base fare, tax, and total amounts based on the city pair, travel date, and class of service."].

Application/Control Number: 90/011,066                                      Page 43
Art Unit: 3992

Regarding *claim 11*, Practical Guide to SABRE discloses an electronic sourcing system
comprising:

at least two product catalogs containing data relating to items associated with the
respective sources [see page 2, wherein "SABRE maintains a vast amount of current
information. For example, it stores: Flight schedules for more than 680 worldwide
carriers...Hotel descriptions and prices for more than 17,000 properties throughout the world"];

means for searching for matching items among the product catalogs [see pages 62-65,
whereby specific carriers are selected between different city pairs, whereby the SABRE system
inherently searches the catalogs, so as to display the best match];

means for building a requisition that includes a first matching item and a second
matching item, each associated with a different source [whereby a PNR is built, as seen on page
7, "UNIT 1: Building the PNR"; also see pages 9-11, whereby on page 9, "any PNR must
contain the following five mandatory fields...I Itinerary (at least one flight segment)"];

means for processing the requisition to generate purchase orders for the first and the
second matching items [see pages 15 and 16, whereby the PNR is stored, wherein "Ending a
record transmits the PNR directly to American Airlines' central computer for permanent
storage"; also see page 76, wherein "After completing the PNR, the agent ends the transaction by
entering E. At this time, SABRE does a completeness check of the PNR. When the PNR is
redisplayed after it is ended, the SS ("available for sale" code) is changed to the HK status code
("holding k[c]onfirmed")."]; and

means for converting data relating to a selected matching item and an associated source
to data relating to an item and a different source [see page 64, wherein "If the class of service

Application/Control Number: 90/011,066                                    Page 44
Art Unit: 3992

requested is sold out, SABRE displays a city pair availability for alternate flights....the requested

class, Y, is sold out and the wait list is open. SABRE is displaying six alternate flights for the

travel date, city pair, and departure time 11:45 am of the original flight that was requested."].


Regarding *claim 12*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 11, and further teaches that a first purchase order includes data relating

to the first matching item [see page 2, wherein "SABRE maintains a vast amount of current

information. For example, it stores: Flight schedules for more than 680 worldwide

carriers...Hotel descriptions and prices for more than 17,000 properties throughout the world";

also see pages 10 and 11, whereby two different PNR's are shown, each with different data

relating to a matching item].


Regarding *claim 13*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 12, and further teaches that a second purchase order includes data

relating to the second matching catalog item [see page 2, wherein "SABRE maintains a vast

amount of current information. For example, it stores: Flight schedules for more than 680

worldwide carriers...Hotel descriptions and prices for more than 17,000 properties throughout

the world"; also see pages 10 and 11, whereby two different PNR's are shown, each with

different data relating to a matching item].

Regarding *claim 14*, Practical Guide to SABRE discloses an electronic sourcing system comprising:

data relating to items associated with at least two sources [see page 2, wherein "SABRE maintains a vast amount of current information. For example, it stores: Flight schedules for more than 680 worldwide carriers...Hotel descriptions and prices for more than 17,000 properties throughout the world"] maintained so that selected data may be searched separately [see page 51, wherein the teachings describe how to "Request specific carrier availability by specifying one or more airlines in the availability entry."];

means for searching for matching items among the selected data [see pages 62-65, whereby specific carriers are selected between different city pairs, whereby the SABRE system inherently searches the catalogs, so as to display the best match];

means for building a requisition using data relating to selected matching items and their associated source(s) [whereby a PNR is built, as seen on page 7, "UNIT 1: Building the PNR"; also see pages 9-11, whereby on page 9, "any PNR must contain the following five mandatory fields...I Itinerary (at least one flight segment)"];

means for processing the requisition to generate purchase orders using data relating to the selected matching items and their associated source(s) [see pages 15 and 16, whereby the PNR is stored, wherein "Ending a record transmits the PNR directly to American Airlines' central computer for permanent storage"; also see page 76, wherein "After completing the PNR, the agent ends the transaction by entering E. At this time, SABRE does a completeness check of the PNR. When the PNR is redisplayed after it is ended, the SS ("available for sale" code) is changed to the HK status code ("holding k[c]onfirmed")."]; and

Application/Control Number: 90/011,066                                    Page 46
Art Unit: 3992

means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see page 64, wherein "If the class of service

requested is sold out, SABRE displays a city pair availability for alternate flights....the requested

class, Y, is sold out and the wait list is open. SABRE is displaying six alternate flights for the

travel date, city pair, and departure time 11:45 am of the original flight that was requested."].


Regarding *claim 15*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 14, and further teaches that the purchase orders use data relating to at

least two sources [see page 2, wherein "SABRE maintains a vast amount of current information.

For example, it stores: Flight schedules for more than 680 worldwide carriers...Hotel

descriptions and prices for more than 17,000 properties throughout the world"; also see pages 10

and 11, whereby two different PNR's are shown, each with different data relating to a matching

item].


Regarding *claim 16*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 14, and further teaches that purchase orders use data relating to catalog

numbers [see pages 10 and 11, whereby the PNR contains the "Carrier and flight number",

"Class of service", "Date of departure", and "Day of week code", which can be collectively

considered as "data relating to catalog numbers"].

Application/Control Number: 90/011,066                                    Page 47
Art Unit: 3992

Regarding *claim 17*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 14, and further teaches of means for determining whether a selected

matching item is available in inventory [see pages 34 and 35, wherein the "primary availability

…displays flight availability for all airlines that operate between the given city pair."].


Regarding *claim 18*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 14, and further teaches of means for determining the applicable price of

a selected matching item [see page 279, wherein "Itinerary pricing enables the travel agent to

display the fare for a PNR that is currently in the computer's working area…SABRE "reads" the

flight information in the itinerary and displays the base fare, tax, and total amounts based on the

city pair, travel date, and class of service."].


Regarding *claim 19*, Practical Guide to SABRE discloses an electronic sourcing system

comprising:

a database containing data relating to items associated with at least two vendors [see page

2, wherein "SABRE maintains a vast amount of current information. For example, it stores:

Flight schedules for more than 680 worldwide carriers…Hotel descriptions and prices for more

than 17,000 properties throughout the world"] maintained so that selected portions of the

database may be searched separately [see page 51, wherein the teachings describe how to

"Request specific carrier availability by specifying one or more airlines in the availability

entry."];

means for searching for matching items among the selected portions of the database [see pages 62-65, whereby specific carriers are selected between different city pairs, whereby the SABRE system inherently searches the catalogs, so as to display the best match];

means for building a requisition that includes data relating to selected matching items [whereby a PNR is built, as seen on page 7, "UNIT 1: Building the PNR"; also see pages 9-11, whereby on page 9, "any PNR must contain the following five mandatory fields...I Itinerary (at least one flight segment)"];

means for processing the requisition to generate purchase orders for selected matching items [see pages 15 and 16, whereby the PNR is stored, wherein "Ending a record transmits the PNR directly to American Airlines' central computer for permanent storage"; also see page 76, wherein "After completing the PNR, the agent ends the transaction by entering E. At this time, SABRE does a completeness check of the PNR. When the PNR is redisplayed after it is ended, the SS ("available for sale" code) is changed to the HK status code ("holding k[c]onfirmed").")].

Regarding *claim 20*, Practical Guide to SABRE discloses the electronic sourcing system discussed above in claim 19, and further teaches that the purchase orders include data relating to vendor catalog numbers [see pages 10 and 11, whereby the PNR contains the "Carrier and flight number", "Class of service", "Date of departure", and "Day of week code", which can be collectively considered as "data relating to vendor catalog numbers"].

Application/Control Number: 90/011,066                                          Page 49
Art Unit: 3992

Regarding *claim 21*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 19, and further teaches of means for converting data relating to a

selected matching item and an associated source to data relating to an item and a different source

[see page 64, wherein "If the class of service requested is sold out, SABRE displays a city pair

availability for alternate flights....the requested class, Y, is sold out and the wait list is open.

SABRE is displaying six alternate flights for the travel date, city pair, and departure time 11:45

am of the original flight that was requested."].

Regarding *claim 22*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 19, and further teaches of means for determining whether a selected

matching item is available in inventory [see pages 34 and 35, wherein the "primary availability

…displays flight availability for all airlines that operate between the given city pair."].

Regarding *claim 23*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 19, and further teaches of means for determining the applicable price of

a selected matching item [see page 279, wherein "Itinerary pricing enables the travel agent to

display the fare for a PNR that is currently in the computer's working area…SABRE "reads" the

flight information in the itinerary and displays the base fare, tax, and total amounts based on the

city pair, travel date, and class of service."].

Regarding *claim 24*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 19, and further teaches that the requisition includes matching items

Application/Control Number: 90/011,066                                     Page 50
Art Unit: 3992

from at least two sources [see page 2, wherein "SABRE maintains a vast amount of current

information. For example, it stores: Flight schedules for more than 680 worldwide

carriers…Hotel descriptions and prices for more than 17,000 properties throughout the world";

also see pages 10 and 11, whereby two different PNR's are shown, each with different data

relating to a matching item].


        Regarding *claim 25*, Practical Guide to SABRE discloses the electronic sourcing system

discussed above in claim 24, and further teaches that the purchase orders include data relating to

the source associated with the selected matching items [see page 2, wherein "SABRE maintains

a vast amount of current information. For example, it stores: Flight schedules for more than 680

worldwide carriers…Hotel descriptions and prices for more than 17,000 properties throughout

the world"; also see pages 10 and 11, whereby two different PNR's are shown, each with

different data relating to a matching item].

Application/Control Number: 90/011,066                                          Page 51
Art Unit: 3992

9.      **Claims 1-25** are rejected under 35 U.S.C. 102(a) as being anticipated by "P.O. Writer
Plus Guided Tour Version 10.0", from American Tech, Inc., copyright 1993 (hereafter "P.O
Writer Plus Guided Tour").


       Regarding *claim 1*, P.O Writer Plus Guided Tour discloses an electronic sourcing system
comprising:

       at least two product catalogs containing data relating to items associated with the
respective sources [see page 22, wherein "You can now buy this item from Best Buy, Bayless, or
any other vendor you would like to select."; also see pages 45 and 46, wherein "For example, say
you want to display all items in the Bayless Catalogue whose description starts with the letters
"P"."];

       means for selecting the product catalogs to search [see page 131, wherein "Items from a
specific catalog can be displayed by entering a Catalogue ID at the top of the screen."];

       means for searching for matching items among the selected product catalogs [see page
46, wherein "For example, say you want to display all items in the Bayless Catalogue whose
description starts with the letters "P"."; also see page 47, wherein "There are 3 items in the
Bayless catalogue whose descriptions begin with the letter P."];

       means for building a requisition using data relating to selected matching items and their
associated source(s) [see pages 47 and 48; also see pages 117-147];

       means for processing the requisition to generate one or more purchase orders for the
selected matching items [see page 49; also see pages 149-153, wherein on page 149, "The
REQUISTIONING INTERFACE allows you to turn purchase Requisitions into Purchase Orders

quickly and easily. Requisitions can be automatically consolidated onto one Purchase Order."];

and

      means for determining whether a selected matching item is available in inventory [see

page 102, wherein "The Inventory Control Module allows you to track on-hand inventory

balances and report usage history, and automatically generate Re-order Analysis as often as you

like."; also see page 103, wherein "The P.O. WRITER PLUS Inventory Control Module allows

you to specify those items you would like to track in Inventory."].


      Regarding *claim 2*, P.O Writer Plus Guided Tour discloses the electronic sourcing system

discussed above in claim 1, and further teaches that the purchase orders include data relating to a

catalog number for the selected matching items [see page 29, whereby the Vender ID number

and the item number can be considered as "data relating to a vendor catalog number"; also see

pages 44 and 49; also see page 131, wherein "Items from a specific catalog can be displayed by

entering a Catalogue ID at the top of the screen."].


      Regarding *claim 3*, P.O Writer Plus Guided Tour discloses an electronic sourcing system

comprising:

      at least two product catalogs containing data relating to items associated with the

respective sources [see page 22, wherein "You can now buy this item from Best Buy, Bayless, or

any other vendor you would like to select."; also see pages 45 and 46, wherein "For example, say

you want to display all items in the Bayless Catalogue whose description starts with the letters

"P"."];

Application/Control Number: 90/011,066                                    Page 53
Art Unit: 3992

   means for selecting the product catalogs to search [see page 131, wherein "Items from a specific catalog can be displayed by entering a Catalogue ID at the top of the screen."];

   means for searching for matching items among the selected product catalogs [see page 46, wherein "For example, say you want to display all items in the Bayless Catalogue whose description starts with the letters "P"."; also see page 47, wherein "There are 3 items in the Bayless catalogue whose descriptions begin with the letter P."];

   means for building a requisition using data relating to selected matching items and their associated source(s) [see pages 47 and 48; also see pages 117-147];

   means for processing the requisition to generate one or more purchase orders for the selected matching items [see page 49; also see pages 149-153, wherein on page 149, "The REQUISTIONING INTERFACE allows you to turn purchase Requisitions into Purchase Orders quickly and easily. Requisitions can be automatically consolidated onto one Purchase Order."]; and

   means for converting data relating to a selected matching item and an associated source to data relating to an item and a different source [see pages 21 and 22, wherein "The PURCHASE ORDER HISTORY screen shows that you have purchased A1000 twice from Best Buy Supply and issued an RFQ to Bayless....You can now buy this item from Best Buy, Bayless, or any other vendor you would like to select."; also see pages 151 and 152, wherein "We can now select a vendor for each item or we can have the system do it for us! The system will select the vendor based on the last P.O. for a given item."].

Application/Control Number: 90/011,066                                    Page 54
Art Unit: 3992

Regarding *claim 4*, P.O Writer Plus Guided Tour discloses the electronic sourcing system

discussed above in claim 3, and further teaches of means for determining whether a selected

matching item is available in inventory [see page 102, wherein "The Inventory Control Module

allows you to track on-hand inventory balances and report usage history, and automatically

generate Re-order Analysis as often as you like."; also see page 103, wherein "The P.O.

WRITER PLUS Inventory Control Module allows you to specify those items you would like to

track in Inventory."].

Regarding *claim 5*, P.O Writer Plus Guided Tour discloses the electronic sourcing system

discussed above in claim 3, and further teaches of means for determining the applicable price of

a selected matching item [see page 71, wherein "PRICE ANALYSIS – shows all P.O.'s,

compare actual to standard cost, calculates variances, and average and actual prices."].

Regarding *claim 6*, P.O Writer Plus Guided Tour discloses an electronic sourcing system

comprising:

a database containing data relating to items associated with at least two sources [see page

22, wherein "You can now buy this item from Best Buy, Bayless, or any other vendor you would

like to select."; also see pages 45 and 46, wherein "For example, say you want to display all

items in the Bayless Catalogue whose description starts with the letters "P"."];

means for searching for matching items in the database [see page 46, wherein "For

example, say you want to display all items in the Bayless Catalogue whose description starts

with the letters "P".; also see page 47, wherein "There are 3 items in the Bayless catalogue

whose descriptions begin with the letter P."];

means for building a requisition using data relating to selected matching items and their

associated source(s) [see pages 47 and 48; also see pages 117-147];

means for processing the requisition to generate one or more purchase orders for the

selected matching items [see page 49; also see pages 149-153, wherein on page 149, "The

REQUISTIONING INTERFACE allows you to turn purchase Requisitions into Purchase Orders

quickly and easily. Requisitions can be automatically consolidated onto one Purchase Order."];

and

means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see pages 21 and 22, wherein "The

PURCHASE ORDER HISTORY screen shows that you have purchased A1000 twice from Best

Buy Supply and issued an RFQ to Bayless....You can now buy this item from Best Buy,

Bayless, or any other vendor you would like to select."; also see pages 151 and 152, wherein

"We can now select a vendor for each item or we can have the system do it for us! The system

will select the vendor based on the last P.O. for a given item."].


Regarding *claim 7*, P.O Writer Plus Guided Tour discloses the electronic sourcing system

discussed above in claim 6, and further teaches that the requisition includes matching items from

at least two sources [see page 22, wherein "You can now buy this item from Best Buy, Bayless,

or any other vendor you would like to select."; also see pages 45 and 46, wherein "For example,

Application/Control Number: 90/011,066                                    Page 56
Art Unit: 3992

say you want to display all items in the Bayless Catalogue whose description starts with the

letters "P".".; also see pages 29 and 44].


Regarding *claim 8*, P.O Writer Plus Guided Tour discloses the electronic sourcing system

discussed above in claim 6, and further teaches that the purchase orders use data relating to

catalog numbers [see page 29, whereby the Vender ID number and the item number can be

considered as "data relating to a vendor catalog number"; also see pages 44 and 49; also see page

131, wherein "Items from a specific catalog can be displayed by entering a Catalogue ID at the

top of the screen."].


Regarding *claim 9*, P.O Writer Plus Guided Tour discloses the electronic sourcing system

discussed above in claim 6, and further teaches of means for determining whether a selected

matching item is available in inventory [see page 102, wherein "The Inventory Control Module

allows you to track on-hand inventory balances and report usage history, and automatically

generate Re-order Analysis as often as you like."; also see page 103, wherein "The P.O.

WRITER PLUS Inventory Control Module allows you to specify those items you would like to

track in Inventory."].


Regarding *claim 10*, P.O Writer Plus Guided Tour discloses the electronic sourcing

system discussed above in claim 6, and further teaches of means for determining the applicable

price of a selected matching item [see page 71, wherein "PRICE ANALYSIS – shows all P.O.'s,

compare actual to standard cost, calculates variances, and average and actual prices."].

Application/Control Number: 90/011,066                                      Page 57
Art Unit: 3992

Regarding *claim 11*, P.O Writer Plus Guided Tour discloses an electronic sourcing

system comprising:

at least two product catalogs containing data relating to items associated with the

respective sources [see page 22, wherein "You can now buy this item from Best Buy, Bayless, or

any other vendor you would like to select."; also see pages 45 and 46, wherein "For example, say

you want to display all items in the Bayless Catalogue whose description starts with the letters

"P"."];

means for searching for matching items among the product catalogs [see page 46,

wherein "For example, say you want to display all items in the Bayless Catalogue whose

description starts with the letters "P"."; also see page 47, wherein "There are 3 items in the

Bayless catalogue whose descriptions begin with the letter P."];

means for building a requisition that includes a first matching item and a second

matching item, each associated with a different source [see pages 47 and 48; also see pages 117-

147];

means for processing the requisition to generate purchase orders for the first and the

second matching items [see page 49; also see pages 149-153, wherein on page 149, "The

REQUISTIONING INTERFACE allows you to turn purchase Requisitions into Purchase Orders

quickly and easily. Requisitions can be automatically consolidated onto one Purchase Order."];

and

means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see pages 21 and 22, wherein "The

PURCHASE ORDER HISTORY screen shows that you have purchased A1000 twice from Best

Application/Control Number: 90/011,066                                    Page 58
Art Unit: 3992

Buy Supply and issued an RFQ to Bayless....You can now buy this item from Best Buy,

Bayless, or any other vendor you would like to select."; also see pages 151 and 152, wherein

"We can now select a vendor for each item or we can have the system do it for us! The system

will select the vendor based on the last P.O. for a given item."].

     Regarding *claim 12*, P.O Writer Plus Guided Tour discloses the electronic sourcing

system discussed above in claim 11, and further teaches that a first purchase order includes data

relating to the first matching item [see page 22, wherein "You can now buy this item from Best

Buy, Bayless, or any other vendor you would like to select."; also see pages 45 and 46, wherein

"For example, say you want to display all items in the Bayless Catalogue whose description

starts with the letters "P"."; also see pages 29 and 44].

     Regarding *claim 13*, P.O Writer Plus Guided Tour discloses the electronic sourcing

system discussed above in claim 12, and further teaches that a second purchase order includes

data relating to the second matching catalog item [see page 22, wherein "You can now buy this

item from Best Buy, Bayless, or any other vendor you would like to select."; also see pages 45

and 46, wherein "For example, say you want to display all items in the Bayless Catalogue whose

description starts with the letters "P"."; also see pages 29 and 44].

Application/Control Number: 90/011,066                                    Page 59
Art Unit: 3992

Regarding *claim 14*, P.O Writer Plus Guided Tour discloses an electronic sourcing

system comprising:

data relating to items associated with at least two sources [see page 22, wherein "You can

now buy this item from Best Buy, Bayless, or any other vendor you would like to select."; also

see pages 45 and 46, wherein "For example, say you want to display all items in the Bayless

Catalogue whose description starts with the letters "P"."] maintained so that selected data may be

searched separately [see page 131, wherein "Items from a specific catalog can be displayed by

entering a Catalogue ID at the top of the screen."];

means for searching for matching items among the selected data [see page 46, wherein

"For example, say you want to display all items in the Bayless Catalogue whose description

starts with the letters "P"."; also see page 47, wherein "There are 3 items in the Bayless

catalogue whose descriptions begin with the letter P."];

means for building a requisition using data relating to selected matching items and their

associated source(s) [see pages 47 and 48; also see pages 117-147];

means for processing the requisition to generate purchase orders using data relating to the

selected matching items and their associated source(s) [see page 49; also see pages 149-153,

wherein on page 149, "The REQUISITIONING INTERFACE allows you to turn purchase

Requisitions into Purchase Orders quickly and easily. Requisitions can be automatically

consolidated onto one Purchase Order."]; and

means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see pages 21 and 22, wherein "The

PURCHASE ORDER HISTORY screen shows that you have purchased A1000 twice from Best

Application/Control Number: 90/011,066                                    Page 60
Art Unit: 3992

Buy Supply and issued an RFQ to Bayless....You can now buy this item from Best Buy,

Bayless, or any other vendor you would like to select."; also see pages 151 and 152, wherein

"We can now select a vendor for each item or we can have the system do it for us! The system

will select the vendor based on the last P.O. for a given item."].


  Regarding *claim 15*, P.O Writer Plus Guided Tour discloses the electronic sourcing

system discussed above in claim 14, and further teaches that the purchase orders use data relating

to at least two sources [see page 22, wherein "You can now buy this item from Best Buy,

Bayless, or any other vendor you would like to select."; also see pages 45 and 46, wherein "For

example, say you want to display all items in the Bayless Catalogue whose description starts

with the letters "P"."; also see pages 29 and 44].


  Regarding *claim 16*, P.O Writer Plus Guided Tour discloses the electronic sourcing

system discussed above in claim 14, and further teaches that the purchase orders use data relating

to catalog numbers [see page 29, whereby the Vender ID number and the item number can be

considered as "data relating to a vendor catalog number"; also see pages 44 and 49; also see page

131, wherein "Items from a specific catalog can be displayed by entering a Catalogue ID at the

top of the screen."].

Application/Control Number: 90/011,066                                           Page 61
Art Unit: 3992

     Regarding *claim 17*, P.O Writer Plus Guided Tour discloses the electronic sourcing

system discussed above in claim 14, and further teaches of means for determining whether a

selected matching item is available in inventory [see page 102, wherein "The Inventory Control

Module allows you to track on-hand inventory balances and report usage history, and

automatically generate Re-order Analysis as often as you like."; also see page 103, wherein "The

P.O. WRITER PLUS Inventory Control Module allows you to specify those items you would

like to track in Inventory."].


     Regarding *claim 18*, P.O Writer Plus Guided Tour discloses the electronic sourcing

system discussed above in claim 14, and further teaches of means for determining the applicable

price of a selected matching item [see page 71, wherein "PRICE ANALYSIS – shows all P.O.'s,

compare actual to standard cost, calculates variances, and average and actual prices."].


     Regarding *claim 19*, P.O Writer Plus Guided Tour discloses an electronic sourcing

system comprising:

     a database containing data relating to items associated with at least two vendors [see page

22, wherein "You can now buy this item from Best Buy, Bayless, or any other vendor you would

like to select."; also see pages 45 and 46, wherein "For example, say you want to display all

items in the Bayless Catalogue whose description starts with the letters "P"."] maintained so that

selected portions of the database may be searched separately [see page 131, wherein "Items from

a specific catalog can be displayed by entering a Catalogue ID at the top of the screen."];

Application/Control Number: 90/011,066                                    Page 62
Art Unit: 3992

means for searching for matching items in the selected portions of the database [see page

46, wherein "For example, say you want to display all items in the Bayless Catalogue whose

description starts with the letters "P"."; also see page 47, wherein "There are 3 items in the

Bayless catalogue whose descriptions begin with the letter P."];

means for building a requisition that includes data relating to selected matching items

[see pages 47 and 48; also see pages 117-147];

means for processing the requisition to generate purchase orders for selected matching

items [see page 49; also see pages 149-153, wherein on page 149, "The REQUISTIONING

INTERFACE allows you to turn purchase Requisitions into Purchase Orders quickly and easily.

Requisitions can be automatically consolidated onto one Purchase Order."].


Regarding *claim 20*, P.O Writer Plus Guided Tour discloses the electronic sourcing

system discussed above in claim 19, and further teaches that the purchase orders include data

relating to vendor catalog numbers [see page 29, whereby the Vender ID number and the item

number can be considered as "data relating to a vendor catalog number"; also see pages 44 and

49; also see page 131, wherein "Items from a specific catalog can be displayed by entering a

Catalogue ID at the top of the screen."].


Regarding *claim 21*, P.O Writer Plus Guided Tour discloses the electronic sourcing

system discussed above in claim 19, and further teaches of means for converting data relating to

a selected matching item and an associated source to data relating to an item and a different

source [see pages 21 and 22, wherein "The PURCHASE ORDER HISTORY screen shows that

Application/Control Number: 90/011,066                          Page 63
Art Unit: 3992

you have purchased A1000 twice from Best Buy Supply and issued an RFQ to Bayless....You

can now buy this item from Best Buy, Bayless, or any other vendor you would like to select.";

also see pages 151 and 152, wherein "We can now select a vendor for each item or we can have

the system do it for us! The system will select the vendor based on the last P.O. for a given

item."].


Regarding *claim 22*, P.O Writer Plus Guided Tour discloses the electronic sourcing

system discussed above in claim 19, and further teaches of means for determining whether a

selected matching item is available in inventory [see page 102, wherein "The Inventory Control

Module allows you to track on-hand inventory balances and report usage history, and

automatically generate Re-order Analysis as often as you like."; also see page 103, wherein "The

P.O. WRITER PLUS Inventory Control Module allows you to specify those items you would

like to track in Inventory."].


Regarding *claim 23*, P.O Writer Plus Guided Tour discloses the electronic sourcing

system discussed above in claim 19, and further teaches of means for determining the applicable

price of a selected matching item [see page 71, wherein "PRICE ANALYSIS – shows all P.O.'s,

compare actual to standard cost, calculates variances, and average and actual prices."].

Application/Control Number: 90/011,066                          Page 64
Art Unit: 3992

Regarding *claim 24*, P.O Writer Plus Guided Tour discloses the electronic sourcing

system discussed above in claim 19, and further teaches that the requisition includes matching

items from at least two sources [see page 22, wherein "You can now buy this item from Best

Buy, Bayless, or any other vendor you would like to select."; also see pages 45 and 46, wherein

"For example, say you want to display all items in the Bayless Catalogue whose description

starts with the letters "P"."; also see pages 29 and 44].


Regarding *claim 25*, P.O Writer Plus Guided Tour discloses the electronic sourcing

system discussed above in claim 24, and further teaches that the purchase orders  include data

relating to the source associated with the selected matching item [see page 22, wherein "You can

now buy this item from Best Buy, Bayless, or any other vendor you would like to select."; also

see pages 45 and 46, wherein "For example, say you want to display all items in the Bayless

Catalogue whose description starts with the letters "P"."; also see pages 29 and 44; also see page

49; also see pages 149-153, wherein on page 149, "The REQUISTIONING INTERFACE allows

you to turn purchase Requisitions into Purchase Orders quickly and easily. Requisitions can be

automatically consolidated onto one Purchase Order."].

Application/Control Number: 90/011,066                                    Page 65
Art Unit: 3992

10.     **Claims 1-25** are rejected under 35 U.S.C. 102(b) as being anticipated by "Gateway

2000/MRO Version", from Technical Service Associates (TSA), dated May 1991 (hereafter

"Gateway 2000/MRO").


        Regarding *claim 1*, Gateway 2000/MRO discloses an electronic sourcing system

comprising:

        at least two product catalogs containing data relating to items associated with the

respective sources [see pages 4-18 and 4-19; also see page 15-42, wherein "The GATEWAY

2000/MRO …System provides a capability to define and store vendor catalogues that can be

used for selection during PO entry."];

        means for selecting the product catalogs to search [see pages 4-18 and 4-19, wherein "To

select a catalog, move the lightbar to the desired catalog and press enter. The items listed in this

catalog will be displayed for selection"];

        means for searching for matching items among the selected product catalogs [see page 4-

17, wherein "To perform a keyword search on stock items, press, F6 and enter the keyword or

phrase.  A list of all items containing the keyword will be displays. You can select an item from

the list by positioning the lightbar to a desired item and pressing the enter key. The stock item

will be moved into your requisition."; also see page 4-18, wherein "To select items from a

standard catalog, position the cursor at the beginning of a new line item description and press the

F7 key. A list of pre-stored catalog names will be displayed."];

        means for building a requisition using data relating to selected matching items and their

associated source(s) [see page 4-17, wherein "You can select an item from the list by positioning

Application/Control Number: 90/011,066                                Page 66
Art Unit: 3992

the lightbar to a desired item and pressing the enter key. The stock item will be moved into your

requisition."; also see page 4-33, where a printout of a built requisition is shown];

      means for processing the requisition to generate one or more purchase orders for the

selected matching items [see page 6-3, wherein "If a requisition has already been entered, the

data from the requisition will move forward into the purchase order automatically."; also see

page 6-16, wherein "If … a purchase order is being prepared from a requisition, the system will

automatically move all of the line items from the requisition into the purchase order."; also see

pages 4-33 and 6-35, which show a copy of a requisition and a generated purchase order]; and

      means for determining whether a selected matching item is available in inventory [see

page 4-17, wherein "If a stock item is not on file, the message "item not found" will be

displayed, and the message "item not on file, add new item now (Y/N)" will be displayed."].


      Regarding *claim 2*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 1, and further teaches that the purchase orders include data relating to a

catalog number for the selected matching items [see 6-35, whereby the "Description" includes a

description and model number, which can be considered as "data relating to a catalog number for

selected matching items".].


      Regarding *claim 3*, Gateway 2000/MRO discloses an electronic sourcing system

comprising:

      at least two product catalogs containing data relating to items associated with the

respective sources [see pages 4-18 and 4-19; also see page 15-42, wherein "The GATEWAY

Application/Control Number: 90/011,066                                    Page 67
Art Unit: 3992

2000/MRO …System provides a capability to define and store vendor catalogues that can be

used for selection during PO entry."];

      means for selecting the product catalogs to search [see pages 4-18 and 4-19, wherein "To

select a catalog, move the lightbar to the desired catalog and press enter. The items listed in this

catalog will be displayed for selection"];

      means for searching for matching items among the selected product catalogs [see page 4-

17, wherein "To perform a keyword search on stock items, press, F6 and enter the keyword or

phrase.  A list of all items containing the keyword will be displays. You can select an item from

the list by positioning the lightbar to a desired item and pressing the enter key. The stock item

will be moved into your requisition."; also see page 4-18, wherein "To select items from a

standard catalog, position the cursor at the beginning of a new line item description and press the

F7 key. A list of pre-stored catalog names will be displayed."];

      means for building a requisition using data relating to selected matching items and their

associated source(s) [see page 4-17, wherein "You can select an item from the list by positioning

the lightbar to a desired item and pressing the enter key. The stock item will be moved into your

requisition."; also see page 4-33, where a printout of a built requisition is shown];

      means for processing the requisition to generate one or more purchase orders for the

selected matching items [see page 6-3, wherein "If a requisition has already been entered, the

data from the requisition will move forward into the purchase order automatically."; also see

page 6-16, wherein "If … a purchase order is being prepared from a requisition, the system will

automatically move all of the line items from the requisition into the purchase order."; also see

pages 4-33 and 6-35, which show a copy of a requisition and a generated purchase order]; and

Application/Control Number: 90/011,066                                    Page 68
Art Unit: 3992

means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see pages 4-26 through 4-28, whereby "Any

field (other than the requisition number) can be changed through requisition maintenance.";

With this, the "Requisition Maintenance" function allows for converting data relating to a

selected matching item to data relating to an item and a different source, as a primary vendor can

be changed to a secondary vendor, with both being seen on page 12-3, by converting the vendor

ID numbers, seen on page 4-27, also see pages 4-8 and 4-9].


Regarding *claim 4*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 3, and further teaches of means for determining whether a selected

matching item is available in inventory [see page 4-17, wherein "If a stock item is not on file, the

message "item not found" will be displayed, and the message "item not on file, add new item

now (Y/N)" will be displayed."].


Regarding *claim 5*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 3, and further teaches of means for determining the applicable price of

a selected matching item [see page 4-8, wherein "the purchase order process will automatically

calculate a tax amount based upon the system tax tables."; also see page 4-20, wherein "the

system will automatically calculate and display the extended price."].

Application/Control Number: 90/011,066                                      Page 69
Art Unit: 3992

Regarding *claim 6*, Gateway 2000/MRO discloses an electronic sourcing system comprising:

a database containing data relating to items associated with at least two sources [see pages 4-18 and 4-19; also see page 15-42, wherein "The GATEWAY 2000/MRO ...System provides a capability to define and store vendor catalogues that can be used for selection during PO entry."];

means for searching for matching items in the database [see page 4-17, wherein "To perform a keyword search on stock items, press, F6 and enter the keyword or phrase. A list of all items containing the keyword will be displays. You can select an item from the list by positioning the lightbar to a desired item and pressing the enter key. The stock item will be moved into your requisition."; also see page 4-18, wherein "To select items from a standard catalog, position the cursor at the beginning of a new line item description and press the F7 key. A list of pre-stored catalog names will be displayed."];

means for building a requisition using data relating to selected matching items and their associated source(s) [see page 4-17, wherein "You can select an item from the list by positioning the lightbar to a desired item and pressing the enter key. The stock item will be moved into your requisition."; also see page 4-33, where a printout of a built requisition is shown];

means for processing the requisition to generate one or more purchase orders for the selected matching items [see page 6-3, wherein "If a requisition has already been entered, the data from the requisition will move forward into the purchase order automatically."; also see page 6-16, wherein "If ... a purchase order is being prepared from a requisition, the system will

Application/Control Number: 90/011,066                                    Page 70
Art Unit: 3992

automatically move all of the line items from the requisition into the purchase order."; also see

pages 4-33 and 6-35, which show a copy of a requisition and a generated purchase order]; and

       means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see pages 4-26 through 4-28, whereby "Any

field (other than the requisition number) can be changed through requisition maintenance.";

With this, the "Requisition Maintenance" function allows for converting data relating to a

selected matching item to data relating to an item and a different source, as a primary vendor can

be changed to a secondary vendor, with both being seen on page 12-3, by converting the vendor

ID numbers, seen on page 4-27, also see pages 4-8 and 4-9].


       Regarding *claim 7*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 6, and further teaches that the requisition includes matching items from

at least two sources [see pages 4-18 and 4-19; also see page 15-42, wherein "The GATEWAY

2000/MRO ...System provides a capability to define and store vendor catalogues that can be

used for selection during PO entry."].


       Regarding *claim 8*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 6, and further teaches that the purchase orders include data relating to

catalog numbers [see page 6-35, whereby the "Description" includes a description and model

number, which can be considered as "data relating to catalog numbers"].

Application/Control Number: 90/011,066                                    Page 71
Art Unit: 3992

    Regarding *claim 9*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 6, and further teaches of means for determining whether a selected

matching item is available in inventory [see page 4-17, wherein "If a stock item is not on file, the

message "item not found" will be displayed, and the message "item not on file, add new item

now (Y/N)" will be displayed."].


    Regarding *claim 10*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 6, and further teaches of means for determining the applicable price of

a selected matching item [see page 4-8, wherein "the purchase order process will automatically

calculate a tax amount based upon the system tax tables."; also see page 4-20, wherein "the

system will automatically calculate and display the extended price."].


    Regarding *claim 11*, Gateway 2000/MRO discloses an electronic sourcing system

comprising:

    at least two product catalogs containing data relating to items associated with the

respective sources [see pages 4-18 and 4-19; also see page 15-42, wherein "The GATEWAY

2000/MRO ...System provides a capability to define and store vendor catalogues that can be

used for selection during PO entry."];

    means for searching for matching items among the product catalogs [see page 4-17,

wherein "To perform a keyword search on stock items, press, F6 and enter the keyword or

phrase.  A list of all items containing the keyword will be displays. You can select an item from

the list by positioning the lightbar to a desired item and pressing the enter key. The stock item

Application/Control Number: 90/011,066                                    Page 72
Art Unit: 3992

will be moved into your requisition."; also see page 4-18, wherein "To select items from a

standard catalog, position the cursor at the beginning of a new line item description and press the

F7 key. A list of pre-stored catalog names will be displayed."];

    means for building a requisition that includes a first matching item and a second

matching item, each associated with a different source [see page 4-17, wherein "You can select

an item from the list by positioning the lightbar to a desired item and pressing the enter key. The

stock item will be moved into your requisition."; also see page 4-33, where a printout of a built

requisition is shown];

    means for processing the requisition to generate purchase orders for the first and the

second matching items [see page 6-3, wherein "If a requisition has already been entered, the data

from the requisition will move forward into the purchase order automatically."; also see page 6-

16, wherein "If ... a purchase order is being prepared from a requisition, the system will

automatically move all of the line items from the requisition into the purchase order."; also see

pages 4-33 and 6-35, which show a copy of a requisition and a generated purchase order]; and

    means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see pages 4-26 through 4-28, whereby "Any

field (other than the requisition number) can be changed through requisition maintenance.";

With this, the "Requisition Maintenance" function allows for converting data relating to a

selected matching item to data relating to an item and a different source, as a primary vendor can

be changed to a secondary vendor, with both being seen on page 12-3, by converting the vendor

ID numbers, seen on page 4-27, also see pages 4-8 and 4-9].

Application/Control Number: 90/011,066                              Page 73
Art Unit: 3992

Regarding *claim 12*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 11, and further teaches that a first purchase order includes data relating

to the first matching item [see pages 4-8 and 4-9, and 6-35, whereby different vendors can be

used for data relating to a first matching item].


Regarding *claim 13*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 12, and further teaches that a second purchase order includes data

relating to the second matching catalog item [see pages 4-8 and 4-9, and 6-35, whereby different

vendors can be used for data relating to a first matching item].


Regarding *claim 14*, Gateway 2000/MRO discloses an electronic sourcing system

comprising:

data relating to items associated with at least two sources [see pages 4-18 and 4-19; also

see page 15-42, wherein "The GATEWAY 2000/MRO ...System provides a capability to define

and store vendor catalogues that can be used for selection during PO entry."] maintained so that

selected portions of the database may be searched separately [see pages 4-18 and 4-19, wherein

"To select a catalog, move the lightbar to the desired catalog and press enter. The items listed in

this catalog will be displayed for selection"];

means for searching for matching items among the selected data [see page 4-17, wherein

"To perform a keyword search on stock items, press, F6 and enter the keyword or phrase. A list

of all items containing the keyword will be displays. You can select an item from the list by

positioning the lightbar to a desired item and pressing the enter key. The stock item will be

Application/Control Number: 90/011,066                                    Page 74
Art Unit: 3992

moved into your requisition."; also see page 4-18, wherein "To select items from a standard

catalog, position the cursor at the beginning of a new line item description and press the F7 key.

A list of pre-stored catalog names will be displayed."];

     means for building a requisition using data relating to selected matching items and their

associated source(s) [see page 4-17, wherein "You can select an item from the list by positioning

the lightbar to a desired item and pressing the enter key. The stock item will be moved into your

requisition."; also see page 4-33, where a printout of a built requisition is shown];

     means for processing the requisition to generate purchase orders using data relating to the

selected matching items and their associated source(s) [see page 6-3, wherein "If a requisition

has already been entered, the data from the requisition will move forward into the purchase order

automatically."; also see page 6-16, wherein "If ... a purchase order is being prepared from a

requisition, the system will automatically move all of the line items from the requisition into the

purchase order."; also see pages 4-33 and 6-35, which show a copy of a requisition and a

generated purchase order]; and

     means for converting data relating to a selected matching item and an associated source

to data relating to an item and a different source [see pages 4-26 through 4-28, whereby "Any

field (other than the requisition number) can be changed through requisition maintenance.";

With this, the "Requisition Maintenance" function allows for converting data relating to a

selected matching item to data relating to an item and a different source, as a primary vendor can

be changed to a secondary vendor, with both being seen on page 12-3, by converting the vendor

ID numbers, seen on page 4-27, also see pages 4-8 and 4-9].

Application/Control Number: 90/011,066                                    Page 75
Art Unit: 3992

Regarding *claim 15*, Gateway 2000/MRO discloses the electronic sourcing system discussed above in claim 14, and further teaches that the purchase orders use data relating to at least two sources [see pages 4-18 and 4-19; also see page 15-42, wherein "The GATEWAY 2000/MRO …System provides a capability to define and store vendor catalogues that can be used for selection during PO entry."].

Regarding *claim 16*, Gateway 2000/MRO discloses the electronic sourcing system discussed above in claim 14, and further teaches that the purchase orders use data relating to catalog numbers [see 6-35, whereby the "Description" includes a description and model number, which can be considered as "data relating to a catalog number for selected matching items".].

Regarding *claim 17*, Gateway 2000/MRO discloses the electronic sourcing system discussed above in claim 14, and further teaches of means for determining whether a selected matching item is available in inventory [see page 4-17, wherein "If a stock item is not on file, the message "item not found" will be displayed, and the message "item not on file, add new item now (Y/N)" will be displayed."].

Regarding *claim 18*, Gateway 2000/MRO discloses the electronic sourcing system discussed above in claim 14, and further teaches of means for determining the applicable price of a selected matching item [see page 4-8, wherein "the purchase order process will automatically calculate a tax amount based upon the system tax tables."; also see page 4-20, wherein "the system will automatically calculate and display the extended price."].

Regarding *claim 19*, Gateway 2000/MRO discloses an electronic sourcing system comprising:

a database containing data relating to items associated with at least two vendors [see pages 4-18 and 4-19; also see page 15-42, wherein "The GATEWAY 2000/MRO …System provides a capability to define and store vendor catalogues that can be used for selection during PO entry."] maintained so that selected portions of the database may be searched separately [see pages 4-18 and 4-19, wherein "To select a catalog, move the lightbar to the desired catalog and press enter. The items listed in this catalog will be displayed for selection"];

means for searching for matching items in the selected portions of the database [see page 4-17, wherein "To perform a keyword search on stock items, press, F6 and enter the keyword or phrase. A list of all items containing the keyword will be displays. You can select an item from the list by positioning the lightbar to a desired item and pressing the enter key. The stock item will be moved into your requisition."; also see page 4-18, wherein "To select items from a standard catalog, position the cursor at the beginning of a new line item description and press the F7 key. A list of pre-stored catalog names will be displayed."];

means for building a requisition that includes data relating to selected matching items [see page 4-17, wherein "You can select an item from the list by positioning the lightbar to a desired item and pressing the enter key. The stock item will be moved into your requisition."; also see page 4-33, where a printout of a built requisition is shown];

means for processing the requisition to generate purchase orders for selected matching items [see page 6-3, wherein "If a requisition has already been entered, the data from the requisition will move forward into the purchase order automatically."; also see page 6-16,

Application/Control Number: 90/011,066                                    Page 77
Art Unit: 3992

wherein "If ... a purchase order is being prepared from a requisition, the system will

automatically move all of the line items from the requisition into the purchase order."; also see

pages 4-33 and 6-35, which show a copy of a requisition and a generated purchase order].


Regarding *claim 20*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 19, and further teaches that purchase orders include data relating to

vendor catalog numbers [see 6-35, whereby the "Description" includes a description and model

number, which can be considered as "data relating to a catalog number for selected matching

items".].


Regarding *claim 21*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 19, and further teaches of means for converting data relating to a

selected matching item and an associated source to data relating to an item and a different source

[see pages 4-26 through 4-28, whereby "Any field (other than the requisition number) can be

changed through requisition maintenance.";  With this, the "Requisition Maintenance" function

allows for converting data relating to a selected matching item to data relating to an item and a

different source, as a primary vendor can be changed to a secondary vendor, with both being

seen on page 12-3, by converting the vendor ID numbers, seen on page 4-27, also see pages 4-8

and 4-9].


Regarding *claim 22*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 19, and further teaches of means for determining whether a selected

Application/Control Number: 90/011,066                                     Page 78
Art Unit: 3992

matching item is available in inventory [see page 4-17, wherein "If a stock item is not on file, the

message "item not found" will be displayed, and the message "item not on file, add new item

now (Y/N)" will be displayed."].


Regarding *claim 23*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 19, and further teaches of means for determining the applicable price of

a selected matching item [see page 4-8, wherein "the purchase order process will automatically

calculate a tax amount based upon the system tax tables."; also see page 4-20, wherein "the

system will automatically calculate and display the extended price."].


Regarding *claim 24*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 19, and further teaches that the requisition includes matching items

from at least two sources [see pages 4-18 and 4-19; also see page 15-42, wherein "The

GATEWAY 2000/MRO …System provides a capability to define and store vendor catalogues

that can be used for selection during PO entry."].


Regarding *claim 25*, Gateway 2000/MRO discloses the electronic sourcing system

discussed above in claim 24, and further teaches that the purchase orders include data relating to

the source associated with the selected matching item [see pages 4-18 and 4-19; also see page

15-42, wherein "The GATEWAY 2000/MRO …System provides a capability to define and store

vendor catalogues that can be used for selection during PO entry."].

Application/Control Number: 90/011,066                                    Page 79
Art Unit: 3992

### *Conclusion*

11.    Extensions of time under 37 CFR 1.136(a) will not be permitted in these proceedings

because the provisions of 37 CFR 1.136 apply only to "an applicant" and not to parties in a

reexamination proceeding.  Additionally, 35 U.S.C. 305 requires that *ex parte* reexamination

proceedings "will be conducted with special dispatch" (37 CFR 1.550(a)).  Extensions of time in

*ex parte* reexamination proceedings are provided for in 37 CFR 1.550(c).

12.    In order to ensure full consideration of any amendments, affidavits or declarations, or

other documents as evidence of patentability, such documents must be submitted in response to

this Office action.  Submissions after the next Office action, which is intended to be a final

action, will be governed by the requirements of 37 CFR 1.116, after final rejection and 37 CFR

41.33 after appeal, which will be strictly enforced.

13.    The patent owner is reminded of the continuing responsibility under 37 CFR 1.565(a) to

apprise the Office of any litigation activity, or other prior or concurrent proceeding, involving

Patent No. 6,023,683 throughout the course of this reexamination proceeding.

Application/Control Number: 90/011,066                                      Page 80

Art Unit: 3992

14.      ALL correspondence relating to this *ex parte* reexamination proceeding should be

directed as follows:

### Please mail any communications to:

Attn: Mail Stop "Ex Parte Reexam"
Central Reexamination Unit
Commissioner for Patents
P. O. Box 1450
Alexandria VA 22313-1450


### Please FAX any communications to:

(571) 273-9900
Central Reexamination Unit


### Please hand-deliver any communications to:

Customer Service Window
Attn: Central Reexamination Unit
Randolph Building, Lobby Level
401 Dulany Street
Alexandria, VA 22314

Any inquiry concerning this communication or earlier communications from the Reexamination
Legal Advisor or Examiner, or as to the status of this proceeding, should be directed to the
Central Reexamination Unit at telephone number (571) 272-7705.

        Signed:

Joseph R. Pokrzywa
Primary Examiner
Central Reexamination Unit 3992
(571) 272-7410


Conferees: /r.g.f./
                ESK

|  *Reexamination* | Application/Control No.<br><br>90/011,066 | Applicant(s)/Patent Under Reexamination<br>6023683 |
|---|---|---|
| | Certificate Date | Certificate Number |

| Requester | Correspondence Address: | ☐ Patent Owner | ☒ Third Party |
|---|---|---|---|

ROBERT A KALINSKY
MERCHANT& GOULD, PC
3200 IDS CENTER
80 SOUTCH 8TH STREET
MINNEAPOLIS, MN 55419

| LITIGATION REVIEW ☒ | J.P.<br>(examiner initials) | 1/31/2011<br>(date) |
|---|---|---|
| Case Name | | Director Initials |
| ePlus, Inc. v. Ariba, Inc.<br>Case 1:04cv612, U.S. Dist. Eastern Virginia (Alexandria) | | *Lui Maril to RY* |
| ePlus, Inc. v. SAP America, Inc. et al.<br>Case 3:05cv281, U.S. Dist. Eastern Virginia (Richmond) | | |
| ePlus, Inc. v. Lawson Software, Inc.<br>Case 3:09cv620, U.S. Dist. Eastern Virginia (Richmond) | | |
| | | |
| | | |

| COPENDING OFFICE PROCEEDINGS | |
|---|---|
| TYPE OF PROCEEDING | NUMBER |
| 1.   reexamination of same U.S. Patent | 90/008,104 |
| 2.   reexaminations of related U.S. Patents | 90/009,636 & 95/000,487 |
| 3. | |
| 4. | |

U.S. Patent and Trademark Office                                                    DOC. CODE  RXFILJKT



**Search Notes**

| Application/Control No. | Applicant(s)/Patent under Reexamination |
| --- | --- |
| 90/011,066 | 6023683 |
| Examiner | Art Unit |
| JOSEPH R. POKRZYWA | 3992 |

## SEARCHED

| Class | Subclass | Date | Examiner |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
| --- | --- | --- | --- |
| | | | |
| | | | |
| | | | |
| | | | |

## SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
| --- | --- | --- |
| reviewed prosecution history | 1/26/2011 | J.P. |
| | | |
| | | |
| | | |
| | | |
| | | |

### Index of Claims

| Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|
| 90/011,066 | 6023683 |
| **Examiner** | **Art Unit** |
| JOSEPH R. POKRZYWA | 3992 |

| √ | Rejected | – | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | ÷ | Restricted | I | Interference | O | Objected |

| Final | Original | Date 1/28/11 | | | | | | | | Final | Original | Date | | | | | | | | Final | Original | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | √ | | | | | | | | | 51 | | | | | | | | | | 101 | | | | | | | | |
| | 2 | √ | | | | | | | | | 52 | | | | | | | | | | 102 | | | | | | | | |
| | 3 | √ | | | | | | | | | 53 | | | | | | | | | | 103 | | | | | | | | |
| | 4 | √ | | | | | | | | | 54 | | | | | | | | | | 104 | | | | | | | | |
| | 5 | √ | | | | | | | | | 55 | | | | | | | | | | 105 | | | | | | | | |
| | 6 | √ | | | | | | | | | 56 | | | | | | | | | | 106 | | | | | | | | |
| | 7 | √ | | | | | | | | | 57 | | | | | | | | | | 107 | | | | | | | | |
| | 8 | √ | | | | | | | | | 58 | | | | | | | | | | 108 | | | | | | | | |
| | 9 | √ | | | | | | | | | 59 | | | | | | | | | | 109 | | | | | | | | |
| | 10 | √ | | | | | | | | | 60 | | | | | | | | | | 110 | | | | | | | | |
| | 11 | √ | | | | | | | | | 61 | | | | | | | | | | 111 | | | | | | | | |
| | 12 | √ | | | | | | | | | 62 | | | | | | | | | | 112 | | | | | | | | |
| | 13 | √ | | | | | | | | | 63 | | | | | | | | | | 113 | | | | | | | | |
| | 14 | √ | | | | | | | | | 64 | | | | | | | | | | 114 | | | | | | | | |
| | 15 | √ | | | | | | | | | 65 | | | | | | | | | | 115 | | | | | | | | |
| | 16 | √ | | | | | | | | | 66 | | | | | | | | | | 116 | | | | | | | | |
| | 17 | √ | | | | | | | | | 67 | | | | | | | | | | 117 | | | | | | | | |
| | 18 | √ | | | | | | | | | 68 | | | | | | | | | | 118 | | | | | | | | |
| | 19 | √ | | | | | | | | | 69 | | | | | | | | | | 119 | | | | | | | | |
| | 20 | √ | | | | | | | | | 70 | | | | | | | | | | 120 | | | | | | | | |
| | 21 | √ | | | | | | | | | 71 | | | | | | | | | | 121 | | | | | | | | |
| | 22 | √ | | | | | | | | | 72 | | | | | | | | | | 122 | | | | | | | | |
| | 23 | √ | | | | | | | | | 73 | | | | | | | | | | 123 | | | | | | | | |
| | 24 | √ | | | | | | | | | 74 | | | | | | | | | | 124 | | | | | | | | |
| | 25 | √ | | | | | | | | | 75 | | | | | | | | | | 125 | | | | | | | | |
| | 26 | - | | | | | | | | | 76 | | | | | | | | | | 126 | | | | | | | | |
| | 27 | - | | | | | | | | | 77 | | | | | | | | | | 127 | | | | | | | | |
| | 28 | - | | | | | | | | | 78 | | | | | | | | | | 128 | | | | | | | | |
| | 29 | - | | | | | | | | | 79 | | | | | | | | | | 129 | | | | | | | | |
| | 30 | - | | | | | | | | | 80 | | | | | | | | | | 130 | | | | | | | | |
| | 31 | - | | | | | | | | | 81 | | | | | | | | | | 131 | | | | | | | | |
| | 32 | - | | | | | | | | | 82 | | | | | | | | | | 132 | | | | | | | | |
| | 33 | - | | | | | | | | | 83 | | | | | | | | | | 133 | | | | | | | | |
| | 34 | - | | | | | | | | | 84 | | | | | | | | | | 134 | | | | | | | | |
| | 35 | - | | | | | | | | | 85 | | | | | | | | | | 135 | | | | | | | | |
| | 36 | - | | | | | | | | | 86 | | | | | | | | | | 136 | | | | | | | | |
| | 37 | - | | | | | | | | | 87 | | | | | | | | | | 137 | | | | | | | | |
| | 38 | - | | | | | | | | | 88 | | | | | | | | | | 138 | | | | | | | | |
| | 39 | - | | | | | | | | | 89 | | | | | | | | | | 139 | | | | | | | | |
| | 40 | - | | | | | | | | | 90 | | | | | | | | | | 140 | | | | | | | | |
| | 41 | - | | | | | | | | | 91 | | | | | | | | | | 141 | | | | | | | | |
| | 42 | - | | | | | | | | | 92 | | | | | | | | | | 142 | | | | | | | | |
| | 43 | - | | | | | | | | | 93 | | | | | | | | | | 143 | | | | | | | | |
| | 44 | - | | | | | | | | | 94 | | | | | | | | | | 144 | | | | | | | | |
| | 45 | - | | | | | | | | | 95 | | | | | | | | | | 145 | | | | | | | | |
| | 46 | | | | | | | | | | 96 | | | | | | | | | | 146 | | | | | | | | |
| | 47 | | | | | | | | | | 97 | | | | | | | | | | 147 | | | | | | | | |
| | 48 | | | | | | | | | | 98 | | | | | | | | | | 148 | | | | | | | | |
| | 49 | | | | | | | | | | 99 | | | | | | | | | | 149 | | | | | | | | |
| | 50 | | | | | | | | | | 100 | | | | | | | | | | 150 | | | | | | | | |