IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING CORRECTED PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW
IN SUPPORT OF MOTION FOR PERMANENT INJUNCTION

Plaintiff ePlus Inc. ("ePlus") hereby submits a corrected Proposed Findings of Fact and Conclusions of Law in Support of Motion for Permanent Injunction ("Proposed Findings of Fact and Conclusions of Law"), which was originally filed on March 28, 2011, as Document No. 641-1, an exhibit to ePlus Inc.'s Brief in Support of Motion for Permanent Injunction. ePlus has corrected a typographical error in a quote cited from the March 25, 2011, hearing transcript. No other changes have been made to the Proposed Findings of Fact and Conclusions of Law. ePlus respectfully requests that the corrected Proposed Findings of Fact and Conclusions of Law, attached hereto as Exhibit A, replace the document that was filed as Document No. 641-1.

March 31, 2011

Respectfully submitted,

*e*Plus Inc.

By Counsel

_____/s/_____

Henry I. Willett, III (VSB #44655)
Craig T. Merritt (VSB #20281)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
hwillett@cblaw.com
cmerritt@cblaw.com

Scott L. Robertson *(*admitted *pro hac vice)*
Jennifer A. Albert *(*admitted *pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com

**Attorneys for Plaintiff, *e*Plus Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of March, 2011, I will electronically file the foregoing

**NOTICE OF FILING CORRECTED PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW
IN SUPPORT OF MOTION FOR PERMANENT INJUNCTION**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

> Daniel McDonald, *pro hac vice*
> William D. Schultz, *pro hac vice*
> Rachel C. Hughey, *pro hac vice*
> Andrew Lagatta, *pro hac vice*
> MERCHANT & GOULD
> 3200 IDS Center
> 80 South Eighth Street
> Minneapolis, MN 55402
> Telephone: (612) 332-5300
> Facsimile: 612) 332-9081
> lawsonservice@merchantgould.com
>
> ***Counsel for Defendant Lawson Software, Inc.***
>
> Robert A. Angle, VSB#37691
> Dabney J. Carr, IV, VSB #28679
> TROUTMAN SANDERS LLP
> P.O. Box 1122
> Richmond, Virginia 23218-1122
> (804) 697-1238
> (804) 698-5119 (Fax)
> robert.angle@troutmansanders.com
> dabney.carr@troutmansanders.com
>
> ***Counsel for Defendant Lawson Software, Inc.***

> _____/s/_____
> Henry I. Willett, III (VSB #44655)
> **CHRISTIAN & BARTON, LLP**
> 909 East Main Street, Suite 1200
> Richmond, Virginia 23219-3095
> Telephone: (804) 697-4100
> Facsimile: (804) 697-4112
> hwillett@cblaw.com
>
> **Attorney for Plaintiff, *e*Plus Inc.**

3