CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: April 04, 2011

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE: ePlus, Inc. v. Lawson Software, Inc. | CASE NO: 3:09CV00620 <br> JUDGE: Payne <br> COURT REPORTER: Peppy Peterson |

FILED APR - 4 2011 CLERK, U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR: BENCH TRIAL ( )   MOTION HEARING ( )   OTHER: Oral Arguments

APPEARANCES: Parties by (L) with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( )   Court ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Oral Arguments had on Plaintiff's Motion for A Permanent Injunction. Matter taken under advisement by the Court.

Counsel for Plaintiff(s): Scott L. Robertson, Esp. Craig T. Merritt, Esp. Jennifer A. Albert, Esp. Henry I. Willett, III, Esp. Michael G. Strapp, Esp.

Counsel for Defendant(s): Daniel W. McDonald, Esp. Dabney J. Carr, IV, Esp. Kirstin L. Stoll-DeBell, Esp. William D. Schultz, Esp. Rachel C. Hughey, Esp.

SET: 9:30 a.m.   BEGAN: 9:45 a.m.   ENDED: 12:50 p.m.   TIME IN COURT: 2 hrs. 40 mins.

RECESSES: