# EXHIBIT B

The Four Hundred--Oracle to Take a Run at Lawson Software? Page 1 of 2

Case 3:09-cv-00620-REP Document 714-3 Filed 04/07/11 Page 2 of 3 PageID# 20965



| Newsletters | Subscriptions | Forums | Safari | Store | Career | Media Kit | About Us | Contact | Search | Home |

### THE FOUR HUNDRED
iSeries and AS/400 Insight

Volume 20, Number 12 -- April 4, 2011

## Oracle to Take a Run at Lawson Software?

Published: April 4, 2011

**by Timothy Prickett Morgan**

Larry Ellison has probably never met a software company that he hasn't at least thought about owning. With a newfound love for systems--servers, storage, networking, and operating systems--in the wake of its $5.6 billion acquisition of Sun Microsystems last year, Oracle, the company that Ellison co-founded and is still chief executive officer of, is looking for a way to expand its software business to pay for its systems aspirations. If the rumor mill has it right, then Oracle is thinking about trying to buy Lawson Software.

As *The Four Hundred* reported three weeks ago, Lawson came clean on the evening of March 11 and admitted that it had received an unsolicited takeover offer from rival midrange application software provider Infor and its primary private equity backer, Golden Gate Capital. Lawson's stock had been rising that week, so obviously someone knew that something was up and the Minneapolis, Minnesota, company had to say something so the stock didn't get too far ahead of what Infor and Golden Gate were actually offering.

The two companies ponied up $11.25 a share to acquire all of Lawson's outstanding stock, including the 10.8 percent stake that activist investor Carl Icahn owns, which was lower than the Friday closing price ($11.55 per share) for Lawson's stock on the evening that it admitted there was an offer on the table. That closing share price gave Lawson a $1.88 billion market capitalization and net of debts and cash, though Lawson was worth something on the order of $1.95 billion that Friday. As I write this a day ahead of Lawson's reporting of its third quarter of fiscal 2011 financial results (on March 31), Lawson is trading at around $12 a share and the "enterprise value" of Lawson is more like $2 billion and down from a high of $12.24 earlier in the week.

That's not exactly pocket change for Oracle, of course, but it would rank among some of the smaller acquisitions it has done to build out its software empire. The minute the unsolicited offer from Infor and Golden Gate was announced, the tongues in the software racket started wagging about who might come in and try to steal Lawson away. SAP could use some help these days, and Oracle is always hungry. (Its bank accounts have a tapeworm, I guess.)

Activist investor Carl Icahn has a 10.9 percent stake in Lawson and has been railing for the company to sell all or parts of itself since last June. In an SC 13D/A filing with the Securities and Exchange Commission, Icahn said that he had a meeting with Lawson CEO Harry Debes and talked about the process Lawson would go through with Barclays Capital, the investment advisor Lawson has retained. Icahn said that he was supportive of "this process and believe that the Issuer [Lawson] should be sold at the highest price obtained from this process."

As far as Icahn is concerned, Lawson is to be sold. Period. It matters little, it would seem, if this would be a good thing for Lawson, its employees, its future and their future, or the future of the companies that use its wares. As long as Carl can turn a profit on the money he has borrowed to get a seat at the Lawson table, then everything is fine. (Yes, that is sarcasm.)

Infor is a good fit for Lawson if a sale is inevitable based on their common midrange histories and the overlap in their customer bases and programming technologies. While there are some cost synergies--back office and development functions--that can be eliminated, Lawson has already cut costs in the wake of its acquisition of Intentia International a few years back and there is just not a lot of fat left. We don't know much about Infor's books, but it is a larger company (somewhere between $1.8 billion and $2.2 billion a year in revenues) than Lawson (which had $745.1 million in revenues in its trailing four quarters).

What Infor does have is a much higher ratio of customers to employees--70,000 customers and 8,000 employees--compared to Lawson, with 4,500 customers and 3,900 employees. Oracle has 370,000 customers worldwide spanning its database, middleware, and application software and now Sun systems and storage products; it has 108,000 employees and generated $34.4 billion in revenues in the trailing four quarters. Lawson would barely register as a blip inside of Oracle, but it could go a long way to bolstering Infor if the cost-cutting synergies can be found.

Still, Wall Street (and very likely Icahn) is itching for Oracle to come in and make a higher bid, as this report in *Bloomberg* sketchily outlines. No one at any of the companies is commenting on if Oracle has or will make an offer for Lawson. For all we know, Oracle will do what it did with PeopleSoft. Oracle waited until PeopleSoft made a move to acquire JD Edwards and then, after that acquisition was done, it acquired PeopleSoft and ended up with both companies.

**Back to the Web Version**

### TABLE OF CONTENTS

Rocket Software Bulks Up i Biz with Aldon Acquisition

AS/400 i Mystery Solved--Again?

Oracle to Take a Run at Lawson Software?

Mad Dog 21/21: Boiling the Ocean

IBM's Brill Says Email is Overrated

But Wait, There's More:

U.S. Economy Whittles Down Unemployment Rate in March . . . Gartner Pads 2011 Spending Forecast with Media Tablets . . . IBM Markets Power Systems-i Through an Email Blast . . . Lawson Cancels Chat with Wall Street on Fiscal Q3 Numbers . . . IBM i Manifest Americas Faces New Dilemma . . .

The Four Hundred--Oracle to Take a Run at Lawson Software? Page 2 of 2

Case 3:09-cv-00620-REP Document 714-3 Filed 04/07/11 Page 3 of 3 PageID# 20966

Infor is exactly the kind of acquisition that Oracle wants to make: lots of customers, and lots of steady maintenance revenue. Lawson would just be icing on the cake. The question is whether or not Larry Ellison is talking to whoever runs Golden Gate Capital, and if Oracle is serious about taking on Lawson and Infor together, which have a very heavy emphasis on servers made by IBM. Oracle currently has $11.9 billion in cash and $12.5 billion in securities as its third quarter of fiscal 2011 came to a close, but it also as $14.8 billion in debts of various kinds. That leaves Oracle with $9.6 billion of net cash. More than enough to buy Infor and Lawson combined.

RELATED STORIES

IBM, Oracle to Build on i Solution Edition Momentum

Infor Makes a $1.83 Billion Bid for Lawson

*For Lawson Software:*

Lawson Updates M3 Suite of ERP Apps for i/OS

Lawson Buys Enwisen, Posts Decent Fiscal Q2

Lawson Trims Installation Times for Fashion Customers

Lawson Says S3 Selling Nicely, and M3 Is Recovering

Lawson Boosts Sales, But Costs Cut Profits in Fiscal Q4

Activist Investor Icahn Puts the Squeeze on Lawson Software

Lawson Unveils Software for Running Internal Clouds

Lawson's New Amazon Cloud-Based ERP Supports Customization

Lawson Updates M3 Suite of ERP Apps for i/OS

Lawson Bets More Heavily on Healthcare

*For Infor and Golden Gate Capital*

Infor's New System i GM Brings Enthusiasm to Job

Infor Taps Ex-Oracle Prez Phillips as its New CEO

Infor to Resell Cashbook's IBM i Banking Software

Infor Readies ERP Applications for i 7.1

Infor Commits Itself to Microsoft and Windows Technologies

Infor Hires AMR Researcher to be Chief Strategy Officer

Infor Attacks SAP and Oracle in 'Down With Big ERP' Campaign

Infor Sheds More Light on 'Flex' Upgrade and Migration Programs

Infor Spurs Customer Upgrades with 'Flex' Incentives

Infor Battles Customers in Court Over License Fees

Infor Carves Out a Dedicated System i Division

Infor Shows Flexibility as Reseller Channel Evolves

Infor CEO Preaches Business Darwinism, Prepares for Hyper Business Future

In Formation: Q&A with Infor Chairman Jim Schaper

Copyright © 1996-2011 Guild Companies, Inc. All Rights Reserved.
Guild Companies, Inc., 50 Park Terrace East, Suite 8F, New York, NY 10034

Privacy Statement