# EXHIBIT F



» Print

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.

# Lawson Software receives $1.8 billion offer

Sat, Mar 12 2011

NEW YORK (Reuters) - Lawson Software (LWSN.O: Quote, Profile, Research, Stock Buzz) said late on Friday it had received an unsolicited bid from privately held software company Infor and Golden Gate Capital to acquire all its outstanding common stock at $11.25 per share in cash.

Shares of the software maker closed on Friday at $11.55, after having risen 18 percent since Tuesday, when Reuters reported it had hired Barclays Capital BARCBC.UL to explore a sale of the business.

The offer price from Infor and Golden Gate Capital -- a San Francisco private equity firm that holds a major stake in Infor -- would value Lawson at $1.8 billion.

Lawson said in a release it is conducting talks with Infor and Golden Gate, but there is no assurance an agreement will be reached.

The company said it does not intend to comment further unless and until an agreement is reached, discussions with Infor and Golden Gate have been terminated, or Lawson's board concludes an ongoing strategic review.

Officials with Infor and Golden Gate Capital could not immediately be reached for comment.

Reuters, citing people familiar with the process, on Tuesday said Lawson had hired Barclays in recent weeks and that its review of strategic alternatives is in the early stages and could include other options.

The sources said possible bidders might include Infor, owned by Golden Gate Capital, Hewlett-Packard Co (HPQ.N: Quote, Profile, Research, Stock Buzz), International Business Machines Corp (IBM.N: Quote, Profile, Research, Stock Buzz), Microsoft Corp (MSFT.O: Quote, Profile, Research, Stock Buzz), Oracle Corp (ORCL.O: Quote, Profile, Research, Stock Buzz) and SAP (SAPG.DE: Quote, Profile, Research, Stock Buzz).

Billionaire investor Carl Icahn owns about one-tenth of Lawson, which is based in St. Paul, Minnesota.

(Reporting by Ransdell Pierson; Editing by Ed Lane)

© Thomson Reuters 2011. All rights reserved. Users may download and print extracts of content from this website for their own personal and non-commercial use only. Republication or redistribution of Thomson Reuters content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Reuters. Thomson Reuters and its logo are registered trademarks or trademarks of the Thomson Reuters group of companies around the world.

Thomson Reuters journalists are subject to an Editorial Handbook which requires fair presentation and disclosure of relevant interests.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to colleagues, clients or customers, use the Reprints tool at the top of any article or visit: www.reutersreprints.com.