IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                                     Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

## ORDER

Having reviewed Plaintiff's MOTION FOR LEAVE TO FILE MODIFIED PROPOSED PERMANENT INJUNCTION ORDER (Docket No. 714), it is hereby ORDERED that Plaintiff's motion for leave to file the Modified Proposed Order of Permanent Injunction in connection with its motion for a permanent injunction is GRANTED.

It is so ORDERED.

                                  /s/         *REP*
                          Robert E. Payne
                          Senior United States District Judge

Richmond, Virginia
Date: April 8, 2011