IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF *e*PLUS INC.'S MOTION TO WITHDRAW ANDREW N. STEIN AS COUNSEL FOR PLAINTIFF**

Pursuant to Local Rule 83.1(G), Plaintiff *e*Plus Inc. ("*e*Plus"), by and through its undersigned counsel, hereby moves for an Order granting the withdrawal of the appearance of Andrew N. Stein, Esq., of Goodwin Procter LLP, one of the attorneys of record on behalf of *e*Plus in the above-captioned matter.

As grounds therefore, *e*Plus states that Mr. Stein is leaving Goodwin Procter LLP effective April 8, 2011.  Other attorneys of Goodwin Procter LLP that have entered appearances in this case, including Scott L. Robertson, Jennifer A. Albert, Michael G. Strapp, David M. Young, and others, will continue to represent *e*Plus in this action.  In addition, Craig T. Merritt and Henry I. Willett, III, of Christian & Barton, LLP, also continue to represent *e*Plus in this action.  Pursuant to Local Rule 83.1(G) per further grounds the undersigned certifies that he has given reasonable notice and has conferred with *e*Plus and that *e*Plus assents to the relief sought herein.  A proposed Order is attached hereto.

|  |  |
|---|---|
|  | Respectfully submitted, |
| April 11, 2011 | _____/s/_____ |

David M. Young (VSB #35997)
Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
Counsel for Plaintiff *e*Plus Inc.
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

Michael G. Strapp (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com

Attorneys for Plaintiff *e*Plus Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2011, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC.'S MOTION TO WITHDRAW ANDREW N. STEIN AS COUNSEL FOR PLAINTIFF**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

*Counsel for Defendant Lawson Software, Inc.*


Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*


　　　　　　　　　　　　　*/s/*
David M. Young (VSB #35997)
Counsel for Plaintiff *e*Plus Inc.
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com