IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | )) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF *e*PLUS INC.'S MOTION TO WITHDRAW ANDREW N. STEIN AS COUNSEL FOR PLAINTIFF**

Upon review of Plaintiff *e*Plus Inc.'s Motion to Withdraw Andrew N. Stein as Counsel for Plaintiff pursuant to Local Rule 83.1(G), this Court finds that said motion should be and is hereby GRANTED.

Accordingly, it is ORDERED that the motion is GRANTED.

Dated: April ___, 2011          SO ORDERED.

                                _____
                                The Honorable Robert E. Payne
                                United States District Court Judge