IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS INC.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

### ORDER

Having reviewed PLAINTIFF ePLUS INC.'S MOTION TO WITHDRAW ANDREW N. STEIN AS COUNSEL FOR PLAINTIFF (Docket No. 716), and for good cause shown, it is hereby ORDERED that PLAINTIFF ePLUS INC.'S MOTION TO WITHDRAW ANDREW N. STEIN AS COUNSEL FOR PLAINTIFF (Docket No. 716) is granted and the Clerk is directed to remove Andrew N. Stein, Esquire as counsel of record for ePlus Inc.

It is so ORDERED.

                              /s/      REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: April 13, 2011