IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
|     Plaintiff, | )   Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
|     Defendant. | ) |

**PLAINTIFF *e*PLUS INC.'S NOTICE OF FILING OF
REVISED PROPOSED JUDGMENT**

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000

*Counsel for Plaintiff ePlus Inc.*

Pursuant to Fed. R. Civ. P. 58[1] and the Court's instructions following the return of the jury verdict in the trial of this case, Plaintiff ePlus Inc. ("ePlus"), by counsel, hereby proffers the attached revised proposed judgment reflecting the jury's verdict and the Court's rulings on non-jury issues.  The revised proposed judgment is intended to reflect the jury's verdict and the Court's rulings.  At the appropriate time, ePlus intends to submit a Fed. R. Civ. P. 50(b) motion to challenge the jury's verdict as to those claims of the patents-in-suit found not infringed.

Defendant Lawson Software, Inc. ("Lawson") has informed ePlus that it is in agreement with the revised proposed judgment and joins ePlus in respectfully requesting that the Court enter the revised proposed judgment filed herewith.  Nonetheless, Lawson has chosen not to join in the filing of this Notice because it intends to submit a "reservation of rights."  In particular, Lawson requested, and ePlus refused, to include language in this Notice that would purport to reserve Lawson's right to challenge the jury's verdict as to those claims of the patents-in-suit found valid and infringed.  It is ePlus's position that Lawson has waived its right to challenge certain aspects of the jury's verdict and this judgment because, among other things, Lawson did not raise certain claims and defenses during the jury trial.

---

[1] Rule 58 provides, in pertinent part, that "Every judgment … must be set out in a separate document …."  Fed. R. Civ. P. 58(a).

Respectfully submitted,

May 11, 2011

           */s/*

David M. Young (VSB #35997)
Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

Michael G. Strapp (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com

*Counsel for Plaintiff ePlus Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of May, 2011, I will electronically file the foregoing

**NOTICE OF FILING OF REVISED PROPOSED JUDGMENT**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

>Daniel McDonald, *pro hac vice*
>William D. Schultz, *pro hac vice*
>Rachel C. Hughey, *pro hac vice*
>MERCHANT & GOULD
>3200 IDS Center
>80 South Eighth Street
>Minneapolis, MN 55402
>Telephone: (612) 332-5300
>Facsimile: 612) 332-9081
>lawsonservice@merchantgould.com
>*Counsel for Defendant Lawson Software, Inc.*

>Robert A. Angle, VSB#37691
>Dabney J. Carr, IV, VSB #28679
>TROUTMAN SANDERS LLP
>P.O. Box 1122
>Richmond, Virginia 23218-1122
>(804) 697-1238
>(804) 698-5119 (Fax)
>robert.angle@troutmansanders.com
>dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

>              */s/*
>David M. Young (VSB #35997)
>**GOODWIN PROCTER LLP**
>901 New York Avenue, N.W.
>Washington, DC 20001
>Telephone:  (202) 346-4000
>Facsimile:   (202) 346-4444
>dyoung@goodwinprocter.com