IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| | ) Civil Action No. 3:09-cv-620 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT LAWSON SOFTWARE, INC.'S
NOTICE OF INTERLOCUTORY APPEAL**

Notice is hereby given that Lawson Software, Inc. ("Lawson") appeals to the United States Court of Appeals for the Federal Circuit from the Permanent Injunction issued by this Court on May 23, 2011 (Docket No.729). Appellate jurisdiction arises from the statute permitting interlocutory appeals from orders granting injunctions. 28 U.S.C. § 1292(a)(1) & (c)(1).

The Court has not entered final judgment and, therefore, this is not an appeal from a final judgment under 28 U.S.C. § 1292(c)(2).

Because the permanent injunction was issued after a jury trial and several rulings and decisions of this Court, Lawson's appeal from the permanent injunction also necessarily includes all decisions and rulings that underlie or are intertwined with that injunction, and that otherwise affect the questions of validity and infringement of U.S. Patents Nos. 6,023,683, 6,055,516, and 6,505,172 (collectively, "the asserted patents"). Those underlying or intertwined decisions and rulings include, but are not limited to:

2040439v1

1. The Permanent Injunction Order (Docket No. 729) and the Memorandum Opinion accompanying the Permanent Injunction Order (Docket No. 728);

2. The district court's denial of Lawson's motions for judgment as a matter of law pursuant to Fed. R. Civ. P. 50(a) (Docket No. 602);

3. The jury's verdict that the asserted patents were not proven invalid and have been infringed by Lawson (Docket No. 600);

4. The district court's rulings during the jury trial;

5. The district court's rulings on Plaintiff's and Defendant's motions in limine (including Docket Nos. 362, 365, 372, 373, 375, 382);

6. The district court's denial of Defendant's motions for summary judgment (including Docket Nos. 356, 357, and 395);

7. The district court's Memorandum Opinion and Order interpreting the claims of the asserted patents (Docket Nos. 204, 205); and

8. The district court's Memorandum Opinions and Orders excluding prior art evidence from trial (including Docket Nos. 435, 436, 516).

With the filing of the notice of appeal is the $450.00 appeal fee required by 28 U.S.C. § 1913 and the $5.00 filing fee required by 28 U.S.C. § 1917.

LAWSON SOFTWARE, INC.


By    /s/
       Of Counsel

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point, Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339

Daniel McDonald (admitted *pro hac vice*)
Kirstin L. Stoll-Debell (admitted *pro hac vice)*
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN  55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Donald R. Dunner (admitted *pro hac vice*)
Erika H. Arner (admitted *pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,**
**GARRETT & DUNNER, L.L.P.**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400


*Counsel for Defendant Lawson Software, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 23rd day of May, 2011, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Craig T. Merritt<br>Henry I. Willett, III<br>**CHRISTIAN & BARTON, LLP**<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219-3095<br>cmerritt@cblaw.com<br>hwillett@cblaw.com | James D. Clements<br>Goodwin Procter, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2881<br>jclements@goodwinprocter.com |
| Scott L. Robertson<br>Jennifer A. Albert<br>David M. Young (VSB No. 35997)<br>Goodwin Procter, LLP<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>srobertson@goodwinprocter.com<br>jalbert@goodwinprocter.com<br>dyoung@goodwinprocter.com | |

*Attorneys for Plaintiff*

                                                                           /s/
                                        Dabney J. Carr, IV (VSB No. 28679)
                                        Robert A. Angle (VSB No. 37691)
                                        Megan C. Rahman (VSB No. 42678)
                                        dabney.carr@troutmansanders.com
                                        robert.angle@troutmansanders.com
                                        megan.rahman@troutmansanders.com
                                        **TROUTMAN SANDERS LLP**
                                        1001 Haxall Point
                                        Richmond, VA 23219
                                        Telephone:  (804) 697-1200
                                        Facsimile:  (804) 697-1339
                                        *Counsel for Defendant Lawson Software, Inc.*