```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683012921
Cashier ID: lbreeden
Transaction Date: 05/24/2011
Payer Name: TROUTMAN SANDERS LLP
-----------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: TROUTMAN SANDERS LLP
 Amount:        $455.00
-----------------------------------
CHECK
 Check/Money Order Num: 545997
 Amt Tendered: $455.00
-----------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

#3:09-CV-620 (#730)
```