# TRANSMITTAL SHEET
(Notice of Appellate Action)

| | UNITED STATES DISTRICT COURT for the EASTERN DISTRICT OF VIRGINIA at RICHMOND DIVISION | USCA for the Federal Circuit: _____ |
|---|---|---|
| **X** Notice of Filing<br>___ Cross Appeal<br>___ Interlocutory Appeal<br>___ Additional NOA<br>___ Amended NOA<br>___ Transmittal of Record<br>___ Transmittal of Certif.<br>___ Supplement to ROA<br>___ Supplemental Certif.<br>___ Other_____ | Caption:<br>e Plus, Inc.<br>vs<br>Lawson Software, Inc. | USDC, EDVA: 3:09-cv-00620-REP |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 05/23/11 | 4. Fees   ___USA ___Public Defender   no fee required<br>$5 filing fee:        **X** paid ___unpaid<br>$450 docket fee:     **X** paid ___unpaid<br>Pauper status: ___granted ___denied ___pending in dist. ct.<br>Does PLRA Apply? ___Yes ___No  3-strikes? ___Yes **X** No<br>(If PLRA applies, 4CCA sends forms & acts on application) |
| 2. Amended NOA filed: | |
| 3. District Judge:<br>**Robert E. Payne** | 5. Materials Under Seal in District Court: **X** Yes ___No |
| 6. Official Ct. Reporter(s):<br>Diane Daffron, 804-916-2267<br>Peppy Peterson, 804-916-2267<br>Gil Halasz, 804-916-2248<br><br>Contract Court Reporter:<br><br>Coordinator: | 7. Transcript<br>   In-Court Hearing Held:  **X** Yes ___ No<br><br>8. Criminal/Prisoner Cases<br>   ___ recalcitrant witness<br>   ___ on death row<br>   ___ in custody<br>   ___ on bond<br>   ___ on probation |

**Part II**       **TRANSMITTAL OF RECORD TO COURT OF APPEALS**

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #_____ |
|---|---|
| Pleadings: Vols._____ | Pleadings: Vols._____ |
| Transcript: Vols._____ | Transcript: Vols._____ |
| Exhibits: Vols._____ | Exhibits: Vols._____ |
| Depositions: Vols._____ | Depositions: Vols._____ |
| State Ct. Record: Vols._____ | State Ct. Record: Vols._____ |
| Sealed: Vols._____ | Sealed: Vols._____ |
| No. of Boxes: _____ | No. of Boxes: _____ |

Deputy Clerk: Janice Grant     Phone: 804-916-2213     Date: 05/24/2011