IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.   Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's MOTION FOR A STAY OF ANY PERMANENT INJUNCTION (Docket No. 642) is denied.

It is so ORDERED.

                                   /s/   REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: May 24, 2011