# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## FINAL NOTICE OF DOCKETING

2011-1396 – EPLUS V LAWSON SOFTWARE

05/26/2011

Appeal from:  U.S. District Court, Eastern District of Virginia, Case No. 09-CV-0620

Name of appellant(s):  Lawson Software, Inc.

This notice supersedes the preliminary notice of docketing dated 05/24/2011.

Copies of the notice of appeal and docket entries have now been received from the clerk of the lower court.

**Critical dates include:**
- Date of docketing. See Fed. Cir. R. 12.
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.
- Requests for extensions of time. See Fed. Cir. R. 26 and 27.  **N.B. Delayed requests are not favored by the court.**
- Briefs. See Fed. Cir. R. 31. **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions. See Fed. Cir. R. 33.
- Oral argument schedule conflicts. See Practice Note following Fed. Cir. R. 34.

Some of these requirements may already have been fulfilled.

Jan Horbaly
Clerk

cc:   Clerk's Office, DCT
      Donald R. Dunner
      David M. Young



RECEIVED
MAY 31 2011