IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF *e*PLUS, INC.'S MOTION FOR EXCEPTIONAL CASE FINDING AND ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**

Pursuant to 35 U.S.C. § 285 and this Court's inherent powers, Plaintiff *e*Plus, Inc. ("*e*Plus") respectfully requests that the Court declare this to be an exceptional case, and award *e*Plus, as the prevailing party, its reasonable attorney fees and non-taxable costs in prosecution of this action.

The bases for *e*Plus's request are Defendant Lawson Software, Inc.'s ("Lawson") presentation of baseless litigation defenses and vexatious litigation tactics, including: (1) repeated refusal to adhere to this Court's orders limiting its invalidity theories to those timely disclosed in the Court-Ordered Second Supplemental Statement of Invalidity Defenses, (2) attempting to replace its expert disclosures after the close of discovery on the eve of trial and (3) arguing non-infringement to the jury and the Court based upon the notion that the catalogs of the accused Lawson product configurations were not "published by a vendor."

*e*Plus therefore respectfully requests that the Court declare this to be an exceptional case and that the Court award *e*Plus its reasonable attorney fees in this action. The bases for this

motion are set forth in further detail in the accompanying brief in support. Consistent with Fed. R. Civ. P. 54(d), in the event the Court grants this motion, in whole or in part, *e*Plus will provide documentation of its reasonable attorney fees incurred in connection with these issues as the Court may require.

                                            Respectfully submitted,

June 3, 2011                                             /s/
                                          David M. Young (VSB #35997)
                                          Scott L. Robertson *(admitted pro hac vice)*
                                          Jennifer A. Albert *(admitted pro hac vice)*
                                          **GOODWIN PROCTER LLP**
                                          901 New York Avenue, N.W.
                                          Washington, DC 20001
                                          Telephone:  (202) 346-4000
                                          Facsimile:   (202) 346-4444
                                          srobertson@goodwinprocter.com
                                          jalbert@goodwinprocter.com
                                          dyoung@goodwinprocter.com

                                          Michael G. Strapp (*admitted pro hac vice*)
                                          James D. Clements  (*admitted pro hac vice*)
                                          **GOODWIN PROCTER LLP**
                                          Exchange Place
                                          53 State Street
                                          Boston, MA 02109-2881
                                          Telephone:  (617) 570-1000
                                          Facsimile:   (617) 523-1231
                                          mstrapp@goodwinprocter.com
                                          jclements@goodwinprocter.com

                                          Craig T. Merritt (VSB #20281)
                                          Henry I. Willett, III (VSB #44655)
                                          **CHRISTIAN & BARTON, LLP**
                                          909 East Main Street, Suite 1200
                                          Richmond, Virginia 23219-3095
                                          Telephone: (804) 697-4100
                                          Facsimile: (804) 697-4112
                                          cmerritt@cblaw.com

                                          Attorneys for Plaintiff *e*Plus Inc.

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of June, 2011, I will electronically file the foregoing

**PLAINTIFF *e*PLUS, INC.'S MOTION FOR EXCEPTIONAL CASE FINDING AND ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

| | |
|---|---|
| Daniel McDonald, *pro hac vice*<br>Kirsten Stoll-DeBell, *pro hac vice*<br>William D. Schultz, *pro hac vice*<br>Rachel C. Hughey, *pro hac vice*<br>Andrew Lagatta, *pro hac vice*<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 332-5300<br>Facsimile: 612) 332-9081<br>lawsonservice@merchantgould.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>(804) 697-1238<br>(804) 698-5119 (Fax)<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com |
| Donald R. Dunner, *pro hac vice*<br>Erika H. Arner, *pro hac vice*<br>FINNEGAN, HENDERSON, FARABOW<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 408-4000<br>(202) 408-4400<br>Don.dunner@finnegan.com<br>Erika.arner@finnegan.com | ***Counsel for Defendant Lawson Software, Inc.*** |

                /s/
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com