# EXHIBIT A

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF VIRGINIA
 3                        RICHMOND DIVISION
 4
 5   ---------------------------------------
                                            :
 6    ePLUS, INC.,                          :   Civil Action No.
                                            :   3:09CV620
 7    vs.                                   :
                                            :
 8    LAWSON SOFTWARE, INC.                 :   May 18, 2010
                                            :
 9   ---------------------------------------
10
11
12         COMPLETE TRANSCRIPT OF THE CONFERENCE CALL
13            BEFORE THE HONORABLE ROBERT E. PAYNE
14                  UNITED STATES DISTRICT JUDGE
15
16   APPEARANCES:
17   Henry I. Willett, III, Esquire
     Christian & Barton, LLP
18   909 East Main Street
     Suite 1200
19   Richmond, Virginia  23219-3095
     and
20   Scott L. Robertson, Esquire
     Goodwin Procter, LLP
21   901 New York Avenue NW
     Suite 900
22   Washington, D.C.  20001
     Counsel for the plaintiff
23
24                        Peppy Strahan, RPR
                         Official Court Reporter
25                     United States District Court
```

| | | |
|---|---|---|
| 09:56PM | 1 | MR. CARR: -- to play cute, but -- |
| 09:56PM | 2 | THE COURT: Be quiet. You can't talk but one at a |
| 09:58PM | 3 | time. |
| 09:58PM | 4 | MR. CARR: I apologize. |
| 10:00PM | 5 | THE COURT: You file your -- what is today? Tuesday? |
| 10:04PM | 6 | MR. CARR: Correct. |
| 10:04PM | 7 | THE COURT: You file your response to this tomorrow, |
| 10:06PM | 8 | and you file your reply to it the day after that. And you |
| 10:12PM | 9 | mark -- |
| 10:12PM | 10 | MR. CARR: That's going to be very difficult for us |
| 10:14PM | 11 | given the deposition schedule, but we'll meet that schedule. |
| 10:18PM | 12 | THE COURT: Well, I'm sure that you all have got |
| 10:20PM | 13 | plenty of people that can do it, and it's not that hard to do, |
| 10:24PM | 14 | and you've to highlight it. |
| 10:26PM | 15 | MR. CARR: Well, Your Honor, I've got to point out |
| 10:28PM | 16 | that ePlus took ten days to file this motion, and we're getting |
| 10:32PM | 17 | three to file our response. |
| 10:32PM | 18 | THE COURT: You know, I don't care. |
| 10:34PM | 19 | MR. CARR: I understand that. |
| 10:36PM | 20 | THE COURT: What I care about is having you obey the |
| 10:38PM | 21 | orders to begin with. |
| 10:40PM | 22 | MR. CARR: Your Honor, I've just got to say, there |
| 10:42PM | 23 | are two sides to this story. |
| 10:44PM | 24 | THE COURT: There are to every one, and that's why I |
| 10:48PM | 25 | want to see, but the easy way to do it is that you show me the |

| | | |
|---|---|---|
| 10:52PM | 1 | new stuff highlighted, Mr. Robertson -- if it's in there, I |
| 10:54PM | 2 | can't tell it -- so I can go right to it and see.  I don't want |
| 10:58PM | 3 | a bunch of verbiage around it.  I want to be able to see |
| 11:02PM | 4 | cleanly and clearly, this is new. |
| 11:06PM | 5 | MR. ROBERTSON:  I will do that, Your Honor. |
| 11:08PM | 6 | THE COURT:  And then you do yours in the contention |
| 11:10PM | 7 | saying this is where Seamus's report, page seven, that he |
| 11:24PM | 8 | identifies as not in the report actually is -- or not in the |
| 11:28PM | 9 | contentions is in the contentions, and if it's not there, it |
| 11:30PM | 10 | isn't coming in. |
| 11:32PM | 11 | And just keep yourself some separate time records and |
| 11:38PM | 12 | attorney's fees records for all this, and we'll deal with all |
| 11:42PM | 13 | this later.  But I'm -- and I don't believe, what I don't |
| 11:46PM | 14 | believe is what I'm reading in these papers that experts are |
| 11:50PM | 15 | talking about hundreds of pages of documents and claim charts, |
| 11:54PM | 16 | and I'm going to tell you, we're not going to have it.  I don't |
| 11:58PM | 17 | know what they're doing. |
| 12:00PM | 18 | I'll wait and reserve judgment on what it is your |
| 12:04PM | 19 | experts think they're doing, but you run the risk that all of |
| 12:08PM | 20 | this will be out of the case if you are larding stuff up, |
| 12:12PM | 21 | either side, both sides, and putting in the things that make |
| 12:18PM | 22 | this case ununderstandable and un-triable to a jury and confuse |
| 12:22PM | 23 | the jury. |
| 12:24PM | 24 | The remedy I'm going to take is to bounce your |
| 12:28PM | 25 | expert's testimony and get rid of it. |

1
2
3       I certify that the foregoing is a correct transcript
4  from the record of proceedings in the above-entitled matter.
5
6
7   _____/s/_____                    _____
   P. E. Peterson, RPR                        Date
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25