# EXHIBIT B

```
                                                                1

 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
 2                     RICHMOND DIVISION

 3  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                      :
 4   ePLUS, INC.,                     :
                                      :
 5               Plaintiff,           :
     v.                               :   Civil Action
 6                                    :   No. 3:09CV620
     LAWSON SOFTWARE, INC.,           :
 7                                    :   March 26, 2010
                 Defendant.           :
 8  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ :

 9

10

11         COMPLETE TRANSCRIPT OF CONFERENCE CALL
             BEFORE THE HONORABLE ROBERT E. PAYNE
12                UNITED STATES DISTRICT JUDGE

13

14

15   APPEARANCES: (All via telephone)

16   Scott L. Robertson, Esq.
     GOODWIN PROCTER
17   901 New York Avenue, NW
     Washington, D.C.   20001
18
     Craig T. Merritt, Esq.
19   Henry I. Willett, III, Esq.
     CHRISTIAN & BARTON
20   909 E. Main Street, Suite 1200
     Richmond, VA   23219-3095
21
              Counsel for the plaintiff ePlus
22

23
                   DIANE J. DAFFRON, RPR
24                OFFICIAL COURT REPORTER
                UNITED STATES DISTRICT COURT
25
```

1     If you look at the permutations alone, Your
2  Honor, we're talking literally tens of thousands of
3  different permutations where I'm supposed to figure
4  out what they mean by a so-called system, what they
5  are specifically referencing it to.  Are they
6  intending on bringing third party witnesses to enhance
7  and embellish on what the system is?  I've been asking
8  that for months because I want to depose any third
9  parties, but they have never told me.
10     When they lump something together and say
11  then it renders it invalid under 102/103, and then
12  have a laundry list of about nine separate references,
13  what am I to infer from that?
14     THE COURT:  What you're supposed to do is
15  object that they haven't complied with the Court order
16  and tell them that they haven't.  And then if they
17  don't comply, bring it to the Court for decision on
18  that front instead of arguing about it.
19     Look, you, Mr. McDonald, have gone hog wild
20  and crazy with these references, and they are
21  inadequate.  They just are.  I've never seen any prior
22  art references, alleged invalidity references, as
23  crazy as this.
24     You're just going to have to pick --
25     MR. McDONALD:  Well, Your Honor --

1          THE COURT: Wait a minute, Mr. McDonald. You
2    told me you were going to have seven or eight, and I
3    want you to do them like I said; claim-by-claim,
4    element-by-element. What is it that in the prior art
5    invalidates it? And then you take the page of the
6    prior art, and not only do you write it out, you
7    highlight it, and you hand it to them.
8          They don't have to answer anything until you
9    start doing it right and until you cut down your
10   references and make them specific. It's not
11   sufficient to tell somebody some saber system or some
12   whatever it is. I know that you said that you all
13   gave them the page number, but that's not enough.
14   That doesn't do what I asked you to do. You-all have
15   complicated the case unnecessarily.
16         MR. McDONALD: Beyond the page number, I put
17   the tabs in, Your Honor, which is more specific than
18   page number. We have column and line references
19   specifically to the tab.
20         THE COURT: But you didn't do it on a
21   claim-by-claim, element-by-element basis.
22         MR. McDONALD: That's Exhibit A, Your Honor,
23   to what we provided to you. It's a copy of our
24   invalidity contentions. And that's exactly what we
25   did. We have examples in there. We provided excerpts

```
 1  sir.
 2          THE COURT:  That briefing is going to be
 3  finished or has it been finished now?
 4          MR. ROBERTSON:  It will be finished on
 5  Monday, Your Honor.
 6          THE COURT:  Monday.  All right.  Thank you.
 7          MR. ROBERTSON:  Thank you, Your Honor.
 8          THE COURT:  You-all take care.  Bye.
 9
10          (The proceedings were adjourned at 11:16
11  a.m.)
12          I, Diane J. Daffron, certify that the
13  foregoing is a true and accurate transcription of my
14  stenographic notes.
15
                    /s/                        3/30/10
16          _____     _____
              DIANE J. DAFFRON, RPR, CCR        DATE
17
18
19
20
21
22
23
24
25
```