# EXHIBIT E

```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF VIRGINIA

 3                      RICHMOND DIVISION

 4
      ---------------------------------------
 5                                          :
      ePLUS, INC.                           :   Civil Action No.
 6                                          :   3:09CV620
      vs.                                   :
 7                                          :
      LAWSON SOFTWARE, INC.                 :   September 7, 2010
 8                                          :
      ---------------------------------------
 9

10
          COMPLETE TRANSCRIPT OF THE MOTIONS HEARING
11
           BEFORE THE HONORABLE ROBERT E. PAYNE
12
                 UNITED STATES DISTRICT JUDGE
13

14    APPEARANCES:

15    Scott L. Robertson, Esquire
      Michael G. Strapp, Esquire
16    Jennifer A. Albert, Esquire
      Goodwin Procter, LLP
17    901 New York Avenue NW
      Suite 900
18    Washington, D.C.  20001

19    Craig T. Merritt, Esquire
      Henry I. Willett, III, Esquire
20    Christian & Barton, LLP
      909 East Main Street
21    Suite 1200
      Richmond, Virginia  23219-3095
22    Counsel for the plaintiff

23

24                  Peppy Peterson, RPR
                   Official Court Reporter
25              United States District Court
```

1    especially in light of this Court's rulings with regard to the

2    prior versions and reference those.  Thank you.

3            THE COURT:  I issued the opinion or the order that I

4    issued allowing the extra experts for Lawson, and it never

5    crossed my mind that one expert would be substituted for

6    another, nor do I think that anything I said or did reasonably

7    could have led to that result, and there was to be an expert

8    who was to address just the source codes.

9            Now, what's happened is that Lawson has taken

10   advantage of the situation, has gone well beyond what it is

11   that I ordered and contemplated.  I think I made that clear,

12   and the bottom line is that Staats and Knuth aren't going to

13   testify.  I'm going back to where I was.  I didn't give you all

14   free rein to go out and get new experts and change the game at

15   the end of the time.  I was trying to allow some equity into a

16   situation.

17           If, in fact, Knuth can testify just to source code,

18   then I suppose it's all right to let him testify to that.  Is

19   there a part of his report where he testifies just to source

20   code, and that's all, and responds to Hilliard -- is it

21   Hilliard or Niemeyer?  Niemeyer is the source code.  Responds

22   to Niemeyer?

23           MR. ROBERTSON:  There are paragraphs, to be fair,

24   Your Honor, that do that.  Now, we might have a debate over

25   which ones fairly respond to Niemeyer and which don't --

1           THE COURT:  All right.  For now I'm denying that -- I

2    think it's your motion number two?  Yeah, Lawson's motion

3    number two, I believe it is.  Whichever one it is, I'm denying

4    it as without prejudice to raising a motion at trial on Rule 50

5    if it's appropriate.  All right, is there anything else?

6           MR. ROBERTSON:  Not for the plaintiff, Your Honor.

7           THE COURT:  Let's plan to do this:  Let's plan to

8    select the jury on the 29th in the afternoon on that case.

9    Then you can start your trial or evidence.

10          THE CLERK:  29th, you said the afternoon.  Did you

11   say a time?

12          THE COURT:  Let's start at 1:30.

13          THE CLERK:  All right, sir.

14          THE COURT:  All right, is there anything else that we

15   need to do?  All right, we'll be in adjournment.  Thank you.

16

17              (End of proceedings.)

18

19

20          I certify that the foregoing is a correct transcript

21   from the record of proceedings in the above-entitled matter.

22

23

24   _____/s/_____                    _____
     P. E. Peterson, RPR                        Date
25