# EXHIBIT H

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE EASTERN DISTRICT OF VIRGINIA

 3                            RICHMOND DIVISION

 4

 5     ---------------------------------------
                                              :
 6      ePLUS, INC.                           :   Civil Action No.
                                              :   3:09CV620
 7      vs.                                   :
                                              :
 8      LAWSON SOFTWARE, INC.                 :   September 27, 2010
                                              :
 9     ---------------------------------------

10

11         COMPLETE TRANSCRIPT OF THE FINAL PRETRIAL CONFERENCE

12                 BEFORE THE HONORABLE ROBERT E. PAYNE

13                     UNITED STATES DISTRICT JUDGE

14
       APPEARANCES:
15
       Scott L. Robertson, Esquire
16     Michael G. Strapp, Esquire
       Jennifer A. Albert, Esquire
17     Goodwin Procter, LLP
       901 New York Avenue NW
18     Suite 900
       Washington, D.C.  20001
19                                                  Volume I of II
       Craig T. Merritt, Esquire
20     Christian & Barton, LLP
       909 East Main Street
21     Suite 1200
       Richmond, Virginia  23219-3095
22     Counsel for the plaintiff

23

24                         Peppy Peterson, RPR
                          Official Court Reporter
25                     United States District Court
```

1         MS. STOLL-DeBELL:  I don't think so, yes,
2    Your Honor.  But we don't intend to send this back to
3    the jury.  It's impeachment.  We can withdraw it.
4         THE COURT:  That would be a good thing.
5         MS. STOLL DeBELL:  We're not claiming the
6    claim is indefinite for the word "catalog" either.  I
7    wasn't following what his argument was.
8         THE COURT:  Were you working on a gotcha?
9         MS. STOLL-DeBELL:  To the extent that I'm
10   trying to win this case, Your Honor, yes, I intend to
11   --
12        THE COURT:  The exhibit is withdrawn.
13             That takes care of all your exhibits, right?
14        MS. STOLL-DeBELL:  Yes.
15        THE COURT:  What else is left to do here so
16   we can decide how we're going to handle things
17   tomorrow?
18        MR. ROBERTSON:  A couple housekeeping matters
19   I'd like to address tomorrow, Your Honor, but we have
20   the depositions.  I think some time well spent would
21   be -- we've had some discussions about perhaps just
22   having the Court rule --
23        THE COURT:  About what?
24        MR. ROBERTSON:  Just having the Court rule on
25   papers that have been submitted with some of the

```
 1            THE COURT:  That will be fine.  We're dealing
 2   with a lot of things.  If we have a problem, we'll
 3   deal with them.
 4            You-all need to come get your book of
 5   exhibits.  These belong to Ms. Stoll-DeBell.  Leave my
 6   stuff right here on my desk if you will.
 7            We will see you-all in the morning at 11.
 8            MR. ROBERTSON:  You said 9:30, Your Honor.
 9            THE COURT:  9:30 is a criminal matter.  Would
10   you like to come over for that?
11            All right.
12
13            (The proceedings were adjourned at 5:31 a.m.)
14
15            I, P.E. Peterson, certify that the foregoing
16   is a true and accurate transcription of my
17   stenographic notes.
18                      /s/                    10/04/10
19            _____   _____
                P.E. PETERSON, RPR, CCR          DATE
20
21            I, Diane J. Daffron, certify that the
22   foregoing is a true and accurate transcription of my
23   stenographic notes.
24
                        /s/                    10/04/10
25            _____   _____
                DIANE J. DAFFRON, RPR, CCR       DATE
```