IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF *e*PLUS, INC.'S NOTICE OF FILING CORRECTED BRIEF IN SUPPORT OF ITS MOTION FOR EXCEPTIONAL CASE FINDING AND <u>ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285</u>**

Plaintiff *e*Plus Inc. ("*e*Plus") hereby submits a corrected Brief in Support of its Motion for Exceptional Case Finding and Attorneys' Fees Pursuant to 35 U.S.C. § 285 which was originally filed on June 3, 2011, as Document No. 740. *e*Plus has corrected certain formatting issues relating to the Table of Contents and Table of Authorities and a typographical error at footnote 3. The formatting issues developed due to the manner in which the styled document was converted to a portable document file (.pdf) for electronic filing. No other changes have been made to the Brief in Support of *e*Plus's Motion for Exceptional Case Finding and Attorneys' Fees Pursuant to 35 U.S.C. § 285.

*e*Plus respectfully requests that the corrected Brief in Support of its Motion for Exceptional Case Finding and Attorneys' Fees Pursuant to 35 U.S.C. § 285, attached hereto as Exhibit A, replace the document that was filed as Document No. 740.

Respectfully submitted,

June 6, 2011 /s/
David M. Young (VSB #35997)
Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus Inc.

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 6th day of June, 2011, I will electronically file the foregoing

**PLAINTIFF *e*PLUS, INC.'S NOTICE OF FILING CORRECTED BRIEF IN SUPPORT OF ITS MOTION FOR EXCEPTIONAL CASE FINDING AND ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

| | |
|---|---|
| Daniel McDonald, *pro hac vice*<br>Kirsten Stoll-DeBell, *pro hac vice*<br>William D. Schultz, *pro hac vice*<br>Rachel C. Hughey, *pro hac vice*<br>Andrew Lagatta, *pro hac vice*<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 332-5300<br>Facsimile: 612) 332-9081<br>lawsonservice@merchantgould.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>(804) 697-1238<br>(804) 698-5119 (Fax)<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com |
| Donald R. Dunner, *pro hac vice*<br>Erika H. Arner, *pro hac vice*<br>FINNEGAN, HENDERSON, FARABOW<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 408-4000<br>(202) 408-4400<br>Don.dunner@finnegan.com<br>Erika.arner@finnegan.com | ***Counsel for Defendant Lawson Software, Inc.*** |

                                              /s/
                 David M. Young (VSB #35997)
                 **GOODWIN PROCTER LLP**
                 901 New York Avenue, N.W.
                 Washington, DC 20001
                 Telephone: (202) 346-4000
                 Facsimile: (202) 346-4444
                 dyoung@goodwinprocter.com