# EXHIBIT A

ePlus v. Lawson
Bill of Costs
(Clerk Fees)

| DESCRIPTION OF FEE | DATE | RECEIPT # | AMOUNT ($) |
|---|---|---|---|
| Filing Fee - Complaint | 5/19/2009 | 14683006061 | 350 |
| PHV- Robertson | 7/6/2009 | 24683003583 | 50 |
| PHV- Albert | 7/6/2009 | 24683003583 | 50 |
| PHV- Paley | 7/14/2009 | 24683003691 | 50 |
| PHV- Clements | 7/14/2009 | 24683003691 | 50 |
| PHV- Stein | 8/17/2009 | 24683004839 | 50 |
| PHV- Shiferman | 8/17/2009 | 24683004839 | 50 |
| PHV- Aljalian | 8/17/2009 | 24683004839 | 50 |
| PHV- Strapp | 1/15/2010 | 34683006777 | 50 |
| PHV- Yost (Hynes) | 4/6/2010 | 34683007828 | 50 |
| PHV- Reddy | 5/19/2010 | 34683008346 | 50 |
| PHV- Forman | 7/7/2010 | 34683008972 | 50 |
| TOTAL | | | $900.00 |

```
Court Name: United States District Court
Division: 1
Receipt Number: 14683006061
Cashier ID: lrobey
Transaction Date: 05/19/2009
Payer Name: GOODWIN PROCTOR
------------------------------------
CIVIL FILING FEE
 For: GOODWIN PROCTOR
 Amount:         $350.00
------------------------------------
CHECK
 Remitter: GOODWIN PROCTOR
 Check/Money Order Num: 1242792
 Amt Tendered:  $350.00
------------------------------------
Total Due:       $350.00
Total Tendered:  $350.00
Change Amt:      $0.00

CIVIL CASE FILING FEE
209CV232
```

```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683006777
Cashier ID: sbartos
Transaction Date: 01/15/2010
Payer Name: CHRISTIAN BARTON
------------------------------------
PRO HAC VICE
 For: CHRISTIAN BARTON
 Case/Party: D-VAE-3-10-CR-PROHAC-001
 Amount:       $50.00
------------------------------------
CHECK
 Check/Money Order Num: 419381
 Amt Tendered: $50.00
------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00
```

Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: [illegible]
Cashier ID: [illegible]
Transaction Date: [illegible]
Payer Name: CHRISTIAN BARTON

---

PRO HAC VICE
For: CHRISTIAN BARTON
Case/Party: [illegible]
Amount: [illegible]

---

CHECK
Check/Money Order Num: [illegible]
Amt Tendered: [illegible]

---

Total Due: [illegible]
Total Tendered: [illegible]
Change Amt: [illegible]

```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683887828
Cashier ID: lbreeden
Transaction Date: 04/06/2010
Payer Name: CHRISTIAN AND BARTON LLP
------------------------------------
PRO HOC VICE
 For: ELEANOR MARTHA HYNES
 Case/Party: D-VAE-3-10-CR-PROHAC-001
 Amount:         $50.00
------------------------------------
CHECK
 Check/Money Order Num: 420336
 Amt Tendered:   $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00
```

Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683067559
Cashier ID: lbreeden
Transaction Date: 04/06/2010
Payer Name: CHRISTIAN AND BARTON LLP

---

PRO HAC VICE
For: ELEANOR MARTHA HYNES
Case/Party: D-VAE-3-10-CR-PROHAC-001
Amount: $50.00

---

CHECK
Check/Money Order Num: 420336
Amt Tendered: $50.00

---

Total Due: $50.00
Total Tendered: $50.00
Change Amt: $0.00

```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683008346
Cashier ID: lbreeden
Transaction Date: 05/19/2010
Payer Name: CHRISTIAN AND BARTON LLP
----------------------------------------
PRO HOC VICE
  For: Srikanth Kaduspalli Reddy
  Case/Party: D-VAE-3-10-CR-PROHAC-001
  Amount:      $50.00
----------------------------------------
CHECK
  Check/Money Order Num: 420881
  Amt Tendered: $50.00
----------------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

#3:09-CV-620
```

```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683088972
Cashier ID: cgarner
Transaction Date: 07/07/2010
Payer Name: CHRISTIAN BARTON LLP
------------------------------------
PRO HOC VICE
 For: CHRISTIAN BARTON LLP
 Case/Party: D-VAE-3-10-CR-PROHAC-001
 Amount:        $50.00
------------------------------------
CHECK
 Check/Money Order Num: 421478
 Amt Tendered: $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

3:09CV620
DANIEL MARK FORMAN
```

HCM-TEM    Document 22-2    Filed 07/06

```
Court Name: United States District Court
Division: 2
Receipt Number: 24683003583
Cashier ID: tlevinso
Transaction Date: 07/06/2009
Payer Name: HUNTON AND WILLIAMS
-----------------------------------------
PRO HOC VICE
 For: HUNTON AND WILLIAMS
 Case/Party: D-VAE-2-09-CR-PROHAC-001
 Amount:        $100.00
-----------------------------------------
CHECK
 Check/Money Order Num: 613831
 Amt Tendered: $100.00
-----------------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00
```

HUNTON & WILLIAMS

SCOTT ROBERTSON

JENNIFER ALBERT
2:09cv232

HCM-TEM    Document 37-2    Filed 07/1.

```
Court Name: United States District Court
Division: 2
Receipt Number: 24683003691
Cashier ID: tlevinso
Transaction Date: 07/14/2009
Payer Name: HUNTON AND WILLIAMS
--------------------------------------
PRO HOC VICE
 For: HUNTON AND WILLIAMS
 Case/Party: D-VAE-2-09-CR-PROHAC-001
 Amount:      $100.00
--------------------------------------
CHECK
 Check/Money Order Num: 614442
 Amt Tendered:  $100.00
--------------------------------------
Total Due:      $100.00
Total Tendered: $100.00
Change Amt:     $0.00

HUNTON & WILLIAMS

SHIRLEY PALEY

JAMES CLEMENTS
2:09cv232
```

)0620-REP   Document 68-1   Filed 08/17/0

```
Court Name: United States District Court
Division: 2
Receipt Number: 24603004039
Cashier ID: tlevinso
Transaction Date: 08/17/2009
Payer Name: GOODWIN PROCTER
-----------------------------------------
PRO HOC VICE
  For: GOODWIN PROCTER
  Case/Party: D-VAE-2-09-CR-PROHAC-001
  Amount:       $150.00
-----------------------------------------
CHECK
  Check/Money Order Num: 1248365
  Amt Tendered: $150.00
-----------------------------------------
Total Due:       $150.00
Total Tendered: $150.00
Change Amt:      $0.00
```

GOODWIN PROCTER

ANDREW STEIN

LANA SHIFERMAN

NATASHA ALJALIAN
2:09cv232