# EXHIBIT B

ePlus v. Lawson
Bill of Costs

(Court Proceedings - Transcript Costs)

| COURT PROCEEDING DESCRIPTION | DATE | INVOICE NUMBER | AMOUNT ($) |
|---|---|---|---|
| Hearing | 11/13/2009 | 1184 | 291.00 |
| Teleconference - Proposed Joint Discovery Plan | 11/17/2009 | 1184 | 116.40 |
| Markman Hearing | 1/22/2010 | 1198 | 771.15 |
| Markman Hearing Continuation | 1/27/2010 | 1200 | 683.85 |
| Teleconference - Discuss Sept. Trial Date | 3/8/2010 | 233 | 151.25 |
| Teleconference - 4/28 letter re Lawson's Belated Identification of Fact Witness | 4/29/2010 | 251 | 119.00 |
| Teleconference | 5/11/2010 | 254 | 38.80 |
| Teleconference ePlus Request for Expedited Treatment of Motion to Strike Seamus Expert Report | 5/18/2010 | 256 | 72.60 |
| Hearing - Prior art invalidity theories that were not part of the court-ordered invalidity contentions | 5/24/2010 | 10-0969 | 761.88 |
| Teleconference | 6/11/2010 | 267 | 18.90 |
| Teleconference | 7/16/2010 | 1257 | 189.15 |
| MIL and MSJ Hearing | 7/28/2010 | 286 | 855.98 |
| Teleconference | 8/13/2010 | 287 | 237.65 |
| Teleconference - Re: Final Pretrial Order | 8/17/2010 | 1275 | 29.70 |
| Teleconference - Re:FPTO Hearing and Trial Dates | 9/3/2010 | 295 | 25.55 |
| Motions Hearing - Preclude Damages, Strike Staats/Knuth | 9/7/2010 | 295 | 688.70 |
| Teleconference | 9/8/2010 | 1285 | 123.25 |
| Final Pretrial Hearing | 9/27/2010 | 1288 | 175.68 |
| Final Pretrial Hearing | 9/27/2010 | 300 | 816.48 |
| Teleconference | 9/24/2010 | 1295 | 51.00 |
| Teleconference -Re Motion to Sequester Witnesses | 12/30/2010 | 324 | 377.52 |
| Trial | 1/04/2011 - 1/27/2011 | 325 | 6486.81 |
| Trial | 1/04/2011 - 1/27/2011 | 1318 | 5989.50 |
| Teleconference - Re Motion for Leave for Discovery re Competition | 2/4/2011 | 329 | 77.60 |
| Teleconference -Re Lawson's Motion to Strike Evans | 2/11/2011 | 1322 | 127.05 |
| Teleconference | 3/9/2011 | 1328 | 11.70 |
| Teleconference | 3/26/2010 | 1213 | 111.55 |
| Evidentiary Hearing pt 1 | 3/25/2011 | 1332 | 511.83 |
| Evidentiary Hearing pt 2 | 3/25/2011 | 335 | 540.87 |
| Injunction Oral Arguments | 4/4/2011 | 347 | 291.54 |
| TOTAL | | | $20,743.94 |

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 00001318

**MAKE CHECKS PAYABLE TO:**

Robin Randolph
Christian & Barton
909 E. Main Street
Suite 1200
Richmond, VA 23219-3095

Phone: (805) 697-6333

rrandolph@cblaw.com

Diane J. Daffron, RPR, CCR
United States Court Reporter
701 E. Broad Street, Rm. 7420
Richmond, VA 23219

Phone: (804) 916-2267

Tax ID: 41-2223792
ddaffron89@gmail.com

| | CRIMINAL | X CIVIL | DATE ORDERED: 02-01-2011 | DATE DELIVERED: 02-01-2011 |

**Case Style:** 3:09CV620, ePlus v Lawson

Cost incident to providing daily copy transcription of the trial in the above matter when heard from January 4, 2011 to January 27, 2011. This bill represents your half of my total bill.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 1650 | 3.63 | 5,989.50 | | | | | | | 5,989.50 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | | |
|---|---|---|
| Misc. Desc. | MISC. CHARGES: | |
| | TOTAL: | 5,989.50 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $5,989.50 |

## ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 02-01-2011 |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00001318

**MAKE CHECKS PAYABLE TO:**

Robin Randolph
Christian & Barton
909 E. Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (805) 697-6333

rrandolph@cblaw.com

Diane J. Daffron, RPR, CCR
United States Court Reporter
701 E. Broad Street, Rm. 7420
Richmond, VA 23219

Phone:     (804) 916-2267

Tax ID:    41-2223792
ddaffron89@gmail.com

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 02-01-2011 | 02-01-2011 |

**Case Style:** 3:09CV620, ePlus v Lawson

Cost incident to providing daily copy transcription of the trial in the above matter when heard from January 4, 2011 to January 27, 2011.  This bill represents your half of my total bill.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 1650 | 3.63 | 5,989.50 | | | | | | | 5,989.50 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 5,989.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $5,989.50 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 02-01-2011 |

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| INVOICE NO: | 00000325 |
|---|---|

**MAKE CHECKS PAYABLE TO:**

Robin Randolph
Christian & Barton, LLP
909 East Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (804) 697-4100

Peppy Peterson, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
Richmond, VA 23219

Phone:   (804) 916-2267

Tax ID:   26-1346129
PeppyPeterson@gmail.com

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 01-31-2011 | DATE DELIVERED: 01-31-2011 |
|---|---|---|

**Case Style:** 3:09CV620, ePlus, Incorporated v Lawson Software, Inc.

```
Cost incident to providing daily copy transcription of the trial in the
above matter when heard from January 4, 2011, to January 27, 2011.  This
bill represents your half of my total bill.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 1787 | 3.63 | 6,486.81 | | | | | | | 6,486.81 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 6,486.81 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $6,486.81 |

**ADDITIONAL INFORMATION**
    Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

**CERTIFICATION**
    I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 02-01-2011 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00000325

### ┌ MAKE CHECKS PAYABLE TO: ┐

Robin Randolph
Christian & Barton, LLP
909 East Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (804) 697-4100

Peppy Peterson, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
Richmond, VA 23219

Phone:        (804) 916-2267

Tax ID:   26-1346129
PeppyPeterson@gmail.com

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 01-31-2011 | DATE DELIVERED: 01-31-2011 |
|---|---|---|

**Case Style:** 3:09CV620, ePlus, Incorporated v Lawson Software, Inc.

```
Cost incident to providing daily copy transcription of the trial in the
above matter when heard from January 4, 2011, to January 27, 2011.  This
bill represents your half of my total bill.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 1787 | 3.63 | 6,486.81 | | | | | | | 6,486.81 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 6,486.81 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $6,486.81 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 02-01-2011 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00001213

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Jennifer A. Albert, Esq.<br>Goodwi Procter<br>901 New York Ave., N.W.<br>Suite 900<br>Washington, DC 20001<br><br>Phone:   (202) 346-4000<br><br>jalbert@goodwinprocter.com | Diane J. Daffron, RPR, CCR<br>United States Court Reporter<br>701 E. Broad Street, Rm. 7420<br>P.O. Box 1125<br>Richmond, VA 23218-1125<br><br>Phone:   (804) 916-2267<br><br>Tax ID:   41-2223792<br>ddaffron89@gmail.com |

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | 03-26-2010 | 03-30-2010 |

**Case Style:** 3:09CV620, ePlus v Lawson
Conference call heard on March 26, 2010 before Hon. Robert E. Payne.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 23 | 4.85 | 111.55 | | | | | | | 111.55 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 111.55 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| | TOTAL DUE: $111.55 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 03-30-2010 |

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00001328

**MAKE CHECKS PAYABLE TO:**

Robin Randolph
Christian & Barton
909 E. Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (805) 697-6333

rrandolph@cblaw.com

Diane J. Daffron, RPR, CCR
United States Court Reporter
701 E. Broad Street, Rm. 7420
Richmond, VA 23219

Phone:   (804) 916-2267

Tax ID:   41-2223792
ddaffron89@gmail.com

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | | 03-23-2011 | 03-24-2011 |

**Case Style:** 3:09CV620, ePlus v Lawson
Copy transcript of status conference heard on 3/9/11.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | 13 | 0.90 | 11.70 | | 0.60 | | 11.70 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 11.70 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $11.70 |

### ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
    I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE | |
|---|---|---|
| | | 03-24-2011 |

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

| INVOICE NO: 00001328 | **MAKE CHECKS PAYABLE TO:** |
|---|---|

| | |
|---|---|
| Robin Randolph<br>Christian & Barton<br>909 E. Main Street<br>Suite 1200<br>Richmond, VA 23219-3095<br><br>Phone:   (805) 697-6333<br><br>_rrandolph@cblaw.com_ | Diane J. Daffron, RPR, CCR<br>United States Court Reporter<br>701 E. Broad Street, Rm. 7420<br>Richmond, VA 23219<br><br>Phone:      (804) 916-2267<br><br>Tax ID:    41-2223792<br>_ddaffron89@gmail.com_ |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED:<br>03-23-2011 | DATE DELIVERED:<br>03-24-2011 |
|---|---|---|

**Case Style:** 3:09CV620, ePlus v Lawson
Copy transcript of status conference heard on 3/9/11.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | 13 | 0.90 | 11.70 | | 0.60 | | 11.70 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 11.70 |
| | | LESS DISCOUNT FOR LATE DELIVERY | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| | | TOTAL DUE: | $11.70 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE<br>03-24-2011 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00001332

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Robin Randolph<br>Christian & Barton<br>909 E. Main Street<br>Suite 1200<br>Richmond, VA 23219-3095<br><br>Phone:   (805) 697-6333<br><br>_rrandolph@cblaw.com_ | Diane J. Daffron, RPR, CCR<br>United States Court Reporter<br>701 E. Broad Street, Rm. 7420<br>Richmond, VA 23219<br><br>Phone:     (804) 916-2267<br><br>Tax ID:    41-2223792<br>_ddaffron89@gmail.com_ |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED:   03-25-2011 | DATE DELIVERED:   03-25-2011 |
|---|---|---|

**Case Style:** 3:09CV620, ePlus v Lawson
Cost incident to providing daily copy transcript of the hearing heard on
3-25-11; costs split with the other side.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 141 | 3.63 | 511.83 | | 1.20 | | | 0.90 | | 511.83 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | | | | MISC. CHARGES: | |
|---|---|---|---|---|---|---|

| | |
|---|---|
| TOTAL: | 511.83 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $511.83 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an ord
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE   04-13-2011 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00000347

**MAKE CHECKS PAYABLE TO:**

Craig T. Merritt
Christian & Barton, LLP
909 East Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (804) 697-4100

*cmerritt@cblaw.com*

Peppy Peterson, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
Richmond, VA 23219

Phone:      (804) 916-2267

Tax ID:   26-1346129
*PeppyPeterson@gmail.com*

| | CRIMINAL | [X] CIVIL | DATE ORDERED: 04-19-2011 | DATE DELIVERED: 04-19-2011 |
|---|---|---|---|---|

**Case Style:**  3:09CV629, ePlus, Inc. v Lawson Software, Inc.

```
Cost incident to transcribing the oral argument in the above matter when
heard on April 4, 2011, before The Honorable Robert E. Payne.  This bill
represents your half of the total cost.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 113 | 2.58 | 291.54 | | | | | | | 291.54 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 291.54 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $291.54 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orde
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 04-19-2011 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:  00001184

**MAKE CHECKS PAYABLE TO:**

Henry I. Willett, III, Esq.
Christian & Barton
909 E. Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:  (804) 697-4100

pjacobs@cblaw.com

Diane J. Daffron, RPR, CCR
United States Court Reporter
701 E. Broad Street, Rm. 7420
P.O. Box 1125
Richmond, VA 23218-1125

Phone:     (804) 916-2267

Tax ID:   41-2223792
ddaffron89@gmail.com

| | | |
|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 11-18-2009 | DATE DELIVERED: 11-24-2009 |

**Case Style:** 3:09CV620, ePlus, Inc. v Lawson Software, Inc.
Expedited transcript of conference call heard on 11/17/09

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 24 | 4.85 | 116.40 | | | | | | | 116.40 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 116.40 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| Date Paid:          Amt:          TOTAL DUE: | $116.40 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 11-24-2009 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

GILBERT FRANK HALASZ, RMR
Official Court Reporter
Tax Id.   227568257
Room 6512, U. S. Courthouse
701 East Broad Street
Richmond, Virginia 23219
(804) 916-2248


November 24, 2009


Henry Irving Willett, III, Esq.

Christian & Barton

hwillett@cblaw.com

Richmond, VA


Re: ePlus v. Perfect Commerce


Transcript of Nov. 13, 2009


One copy delivered.

Original filed


Pages:  60 @4.85 per:

TOTAL:   $291.00


*PROMPT PAYMENT APPRECIATED.*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:  00001198

| | |
|---|---|
| Craig T. Merritt, Esq.<br>Christian & Barton<br>909 E. Main Street<br>Suite 1200<br>Richmond, VA 23219-3095<br><br>Phone:   (804) 697-4100<br><br>_cmerritt@cblaw.com_ | **MAKE CHECKS PAYABLE TO:**<br>Diane J. Daffron, RPR, CCR<br>United States Court Reporter<br>701 E. Broad Street, Rm. 7420<br>P.O. Box 1125<br>Richmond, VA 23218-1125<br><br>Phone:   (804) 916-2267<br><br>Tax ID:   41-2223792<br>_ddaffron89@gmail.com_ |

| | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | 01-25-2010 | 01-26-2010 |

**Case Style:** 3:09CV620, ePlus, Inc. v Lawson Software, Inc.
Markman hearing heard on 1/22/10

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 159 | 4.85 | 771.15 | | | | | | | 771.15 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 771.15 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $771.15 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and page  format used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | 01-26-2010 |

_(All previous editions of this form are cancelled and should be destroyed)_

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00001200

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Craig T. Merritt, Esq.<br>Christian & Barton<br>909 E. Main Street<br>Suite 1200<br>Richmond, VA 23219-3095<br><br>Phone:   (804) 697-4100<br><br>*cmerritt@cblaw.com* | Diane J. Daffron, RPR, CCR<br>United States Court Reporter<br>701 E. Broad Street, Rm. 7420<br>P.O. Box 1125<br>Richmond, VA 23218-1125<br><br>Phone:   (804) 916-2267<br><br>Tax ID:   41-2223792<br>*ddaffron89@gmail.com* |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 01-27-2010 | DATE DELIVERED: 02-01-2010 |
|---|---|---|

**Case Style:** 3:09CV620, ePlus v Lawson
Transcript of the continuation of the Markman hearing heard on 1/27/10.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 141 | 4.85 | 683.85 | | | | | | | 683.85 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 683.85 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:          Amt: | TOTAL DUE: | $683.85 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an orc
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE 02-01-2010 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00000233

**MAKE CHECKS PAYABLE TO:**

Robin Randolph
Christian & Barton, LLP
909 East Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (804) 697-4100

Peppy Strahan, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
P.O. Box 1125
Richmond, VA 23219-1125

Phone:      (804) 916-2267

Tax ID:   26-1346129
PepStrahan@aol.com

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 03-23-2010 | DATE DELIVERED: 03-24-2010 |
|---|---|---|

**Case Style:** 3:09CV620, ePlus, Inc. v Lawson Software, Inc.
Cost incident to transcribing the conference call when heard in the above matter before The Honorable Robert E. Payne.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 25 | 6.05 | 151.25 | | | | | | | 151.25 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 151.25 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $151.25 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 03-24-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 00000251

**MAKE CHECKS PAYABLE TO:**

Stephanie VanBuren
Christian & Barton, LLP
909 East Main Street
Suite 1200
Richmond, VA 23219-3095

Phone: (804) 697-4100

Peppy Strahan, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
P.O. Box 1125
Richmond, VA 23219-1125

Phone: (804) 916-2267

Tax ID: 26-1346129
*PeppyPeterson@gmail.com*

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 05-10-2010 | DATE DELIVERED: 05-10-2010 |
|---|---|---|

**Case Style:** 3:09CV 620, ePlus, Inc. v Lawson Software, Inc.

Cost incident to transcribing the conference call in the above matter
when heard on April 29, 2010, before The Honorable Robert E. Payne.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 28 | 4.25 | 119.00 | | | | | | | 119.00 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 119.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $119.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 05-10-2010 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00000254

**MAKE CHECKS PAYABLE TO:**

Stephanie VanBuren
Christian & Barton, LLP
909 East Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (804) 697-4100

Peppy Strahan, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
P.O. Box 1125
Richmond, VA 23219-1125

Phone:   (804) 916-2267

Tax ID:   26-1346129
PeppyPeterson@gmail.com

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 05-11-2010 | 05-12-2010 |

**Case Style:** 3:09CV620, ePlus v Lawson Software

Cost incident to transcribing the conference call in the above matter when heard on May 11, 2010, before The Honorable Robert E. Payne.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 8 | 4.85 | 38.80 | | | | | | | 38.80 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 38.80 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $38.80 |

### ADDITIONAL INFORMATION

   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

   I certify that the transcript fees  charged  and  page format used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 05-12-2010 |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

DIS

Ne

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00000256

## MAKE CHECKS PAYABLE TO:

Robin Randolph
Christian & Barton, LLP
909 East Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (804) 697-4100

Peppy Strahan, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
P.O. Box 1125
Richmond, VA 23219-1125

Phone:   (804) 916-2267

Tax ID:   26-1346129
*PeppyPeterson@gmail.com*

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 05-18-2010 | 05-18-2010 |

**Case Style:** 3:09CV620, ePlus, Inc. v Lawson Software
Cost incident to transcribing the conference call in the above matter
when heard on May 18, 2010, before The Honorable Robert E. Payne.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 12 | 6.05 | 72.60 | | | | | | | 72.60 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | MISC. CHARGES: | | | | |
| | | | | | | TOTAL: | | | | 72.60 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | | |
| | | | | | TAX (If Applicable): | | | | | |
| | | | | LESS AMOUNT OF DEPOSIT: | | | | | | |
| | | | | | TOTAL REFUND: | | | | | |
| | | | | | TOTAL DUE: | | | | | $72.60 |

## ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
    I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 05-18-2010 |

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

# Chandler & Halasz, Inc.

*P.O. Box 9349*
*Richmond, VA  23227*
*804-730-1222   866-440-2612 (fax)*
*Fed I.D. No. 54-1773547*

Craig Thomas Merritt, Esq.                          June  7, 2010
Christian Barton
909 East Main Street                                **Invoice#** 10-0969
Suite 1200
Richmond, VA  23219                                 **Balance:**    $761.88

**Re:** EPlus, Inc. v. Lawson Software, Inc.
    United States District Court Hearing
    *on 05/24/10  Billed 06/03/10*

Charge Description
Original and 1, expedite
E-Tran

        P l e a s e   R e m i t   - - - >   Total **Due:**    $761.88

    *Thank you for choosing Chandler and Halasz.*
            *PAYABLE UPON RECEIPT*

Chandler & Halasz, Inc.                             Invoice# 10-0969
Credit Card Number: _____
Expire Date: _____  Phone# _____Balance$    761.88
Signature: _____

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00000267

**MAKE CHECKS PAYABLE TO:**

Scott L. Robertson
Goodwin Procter, LLP
901 New York Avenue NW
Suite 900
Washington, DC 20001
Phone:

srobertson@goodwinprocter.com

Peppy Strahan, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
P.O. Box 1125
Richmond, VA 23219-1125

Phone:   (804) 916-2267

Tax ID:   26-1346129
PeppyPeterson@gmail.com

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 06-11-2010 | 06-14-2010 |

**Case Style:** 3:09CV620, ePlus, Inc. v Lawson Software

```
Cost incident to providing a copy transcript of a conference call in the
above matter when heard on June 11, 2010, before The Honorable Robert E.
Payne.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | 21 | 0.90 | 18.90 | | | | 18.90 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 18.90 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $18.90 |

### ADDITIONAL INFORMATION
   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
   I certify that the transcript fees  charged  and  page format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE | 06-14-2010 |
|---|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00001257

**MAKE CHECKS PAYABLE TO:**

Henry I. Willett, III, Esq.
Christian & Barton
909 E. Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (804) 697-4100

pjacobs@cblaw.com

Diane J. Daffron, RPR, CCR
United States Court Reporter
701 E. Broad Street, Rm. 7420
P.O. Box 1125
Richmond, VA 23218-1125

Phone:     (804) 916-2267

Tax ID:   41-2223792
ddaffron89@gmail.com

| | CRIMINAL | [X] CIVIL | DATE ORDERED: 07-16-2010 | DATE DELIVERED: 07-19-2010 |
|---|---|---|---|---|

**Case Style:** 3:09CV620, ePlus v Lawson
Expedited transcript of the conference call held on 7/16/10.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 39 | 4.85 | 189.15 | | | | | | | 189.15 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 189.15 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $189.15 |

## ADDITIONAL INFORMATION

   Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION

   I certify that the transcript fees  charged  and  page format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 07-19-2010 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00000286

**MAKE CHECKS PAYABLE TO:**

Scott L. Robertson
Goodwin Procter, LLP
901 New York Avenue NW
Suite 900
Washington, DC 20001
Phone:

srobertson@goodwinprocter.com

Peppy Peterson, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
P.O. Box 1125
Richmond, VA 23219-1125

Phone:      (804) 916-2267

Tax ID:   26-1346129
PeppyPeterson@gmail.com

| | | | |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED:   08-08-2010 | DATE DELIVERED:   08-08-2010 | |

Case Style:  3:09CV620, ePlus, Inc. v Lawson Software, Inc.
```
Cost incident to transcribing the motions hearing in the above matter
when heard on July 28, 2010, before The Honorable Robert E. Payne; cost
split with defendant.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 254 | 3.37 | 855.98 | | | | | | | 855.98 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 855.98 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $855.98 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE   08-08-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

1

2              GILBERT F. HALASZ, RMR
                 Official Court Reporter
3            Suite 6512, U.S. Courthouse
                 701 East Broad Street
4              Richmond, VA 23219

5                 August 13, 2010

6

7    rrandolph@cblaw.com

8    Richmond, VA 23219

9

10

11              RE:  ePlus v Lawson

12

13

14                 Pleae note:

15    Due to time constaints transcipt not proofed.

16               ASCII and PDF

17        One copy:  49 pages @ $4.85

18

19

20          *TOTAL: $237.65*

21

22          **Prompt Payment Appreciated**

23

24

25

                   Sample footer

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO: 00001275

**MAKE CHECKS PAYABLE TO:**

Robin Randolph
Christian & Barton
909 E. Main Street
Suite 1200
Richmond, VA 23219-3095

Phone: (805) 697-6333

rrandolph@cblaw.com

Diane J. Daffron, RPR, CCR
United States Court Reporter
701 E. Broad Street, Rm. 7420
P.O. Box 1125
Richmond, VA 23218-1125

Phone: (804) 916-2267

Tax ID: 41-2223792
ddaffron89@gmail.com

| CRIMINAL | X CIVIL | DATE ORDERED: 08-20-2010 | DATE DELIVERED: 08-20-2010 |
|---|---|---|---|

Case Style: 3:09CV620, ePlus v Lawson
copy of transcript of conference call heard on Aug. 17, 2010

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | 33 | 0.90 | 29.70 | | | | 29.70 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 29.70 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $29.70 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 08-20-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00000295

### MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| Robin Randolph<br>Christian & Barton, LLP<br>909 East Main Street<br>Suite 1200<br>Richmond, VA 23219-3095<br><br>Phone:   (804) 697-4100 | Peppy Peterson, RPR<br>Official Court Reporter<br>701 E. Broad Street - Ste. 7420<br>P.O. Box 1125<br>Richmond, VA 23219-1125<br><br>Phone:   (804) 916-2267<br><br>Tax ID:   26-1346129<br>PeppyPeterson@gmail.com |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED:<br>09-14-2010 | DATE DELIVERED:<br>09-17-2010 |
|---|---|---|

**Case Style:**  3:09CV620, ePlus, Inc. v Lawson Software

Cost incident to transcribing the September 3, 2010, conference call and the September 7, 2010 motions hearing in the above matter when heard before The Honorable Robert E. Payne.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 7 | 3.65 | 25.55 | | | | | | | 25.55 |
| 14-Day | | | | | | | | | | |
| Expedited | 142 | 4.85 | 688.70 | | | | | | | 688.70 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 714.25 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $714.25 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and  page format used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE<br>09-17-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00001285

**MAKE CHECKS PAYABLE TO:**

Robin Randolph
Christian & Barton
909 E. Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (805) 697-6333

rrandolph@cblaw.com

Diane J. Daffron, RPR, CCR
United States Court Reporter
701 E. Broad Street, Rm. 7420
P.O. Box 1125
Richmond, VA 23218-1125

Phone:     (804) 916-2267

Tax ID:    41-2223792
ddaffron89@gmail.com

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 09-10-2010 | 09-20-2010 |

**Case Style:** 3:09CV620, ePlus v Lawson
Transcript of conference call heard on 9/8/10.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 29 | 4.25 | 123.25 | | | | | | | 123.25 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 123.25 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | $123.25 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 09-20-2010 |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00001288

**MAKE CHECKS PAYABLE TO:**

Craig T. Merritt, Esq.
Christian & Barton
909 E. Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (804) 697-4100

cmerritt@cblaw.com

Diane J. Daffron, RPR, CCR
United States Court Reporter
701 E. Broad Street, Rm. 7420
P.O. Box 1125
Richmond, VA 23218-1125

Phone:   (804) 916-2267

Tax ID:   41-2223792
ddaffron89@gmail.com

| | | | |
|---|---|---|---|
| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 10-04-2010 | DATE DELIVERED: 10-04-2010 |

**Case Style:** 3:09CV620, ePlus v Lawson
Final pretrial hearing heard on 9/27/10 (Part 2 of 2).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 61 | 2.88 | 175.68 | | | | | | | 175.68 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 175.68 |
| LESS DISCOUNT FOR LATE DELIVERY | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $175.68 |

**ADDITIONAL INFORMATION**

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 10-04-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00000300

## MAKE CHECKS PAYABLE TO:

Scott L. Robertson
Goodwin Procter, LLP
901 New York Avenue NW
Suite 900
Washington, DC 20001

Phone:

*srobertson@goodwinprocter.com*

Peppy Peterson, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
P.O. Box 1125
Richmond, VA 23219-1125

Phone:      (804) 916-2267

Tax ID:   26-1346129
*PeppyPeterson@gmail.com*

| | CRIMINAL | X CIVIL | DATE ORDERED: 09-27-2010 | DATE DELIVERED: 10-08-2010 |
|---|---|---|---|---|

Case Style:  3:09CV620, ePlus, Inc. v Lawson Software, Inc.
Cost incident to transcribing the final pretrial conference in the above matter when heard before The Honorable Robert E. Payne.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 120 | 2.58 | 309.60 | | | | | | | 309.60 |
| Expedited | 176 | 2.88 | 506.88 | | | | | | | 506.88 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 816.48 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $816.48 |

### ADDITIONAL INFORMATION
  Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
  I certify that the transcript fees charged  and page  format used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 10-08-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00001295

**MAKE CHECKS PAYABLE TO:**

Robin Randolph
Christian & Barton
909 E. Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (805) 697-6333

rrandolph@cblaw.com

Diane J. Daffron, RPR, CCR
United States Court Reporter
701 E. Broad Street, Rm. 7420
P.O. Box 1125
Richmond, VA 23218-1125

Phone:   (804) 916-2267

Tax ID:   41-2223792
ddaffron89@gmail.com

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 10-11-2010 | 10-20-2010 |

**Case Style:** 3:09CV620, ePlus v Lawson
Transcript of conference call heard 9-24-10

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | 12 | 4.25 | 51.00 | | | | | | | 51.00 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 51.00 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT: | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | | | | | | | TOTAL DUE: | | | $51.00 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an ord for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | | DATE |
|---|---|---|
| | | 10-20-2010 |

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00000324

**MAKE CHECKS PAYABLE TO:**

Robin Randolph
Christian & Barton, LLP
909 East Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (804) 697-4100

Peppy Peterson, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
P.O. Box 1125
Richmond, VA 23219-1125

Phone:   (804) 916-2267

Tax ID:   26-1346129
PeppyPeterson@gmail.com

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 01-03-2011 | DATE DELIVERED: 01-03-2011 |
|---|---|---|

**Case Style:** 3:09CV620, ePlus, Inc. v Lawson Software, Inc.

Cost incident to transcribing the conference call in the above matter when heard on December 30, 2010, before The Honorable Robert E. Payne. This bill represents your portion of the total cost.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 104 | 3.63 | 377.52 | | | | | | | 377.52 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 377.52 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $377.52 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees  charged  and  page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 01-03-2011 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00000329

**MAKE CHECKS PAYABLE TO:**

Robin Randolph
Christian & Barton, LLP
909 East Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (804) 697-4100

Peppy Peterson, RPR
Official Court Reporter
701 E. Broad Street - Ste. 7420
Richmond, VA 23219

Phone:   (804) 916-2267

Tax ID:   26-1346129
*PeppyPeterson@gmail.com*

| | | |
|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 02-04-2011 | DATE DELIVERED: 02-09-2011 |

**Case Style:**  3:09CV620, ePlus, Inc. v Lawson Software, Inc.

Cost incident to transcribing the conference call held in the above matter when heard on February 4, 2011, before The Honorable Robert E. Payne.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 16 | 4.85 | 77.60 | | | | | | | 77.60 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 77.60 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | | TAX (If Applicable): | | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | TOTAL REFUND: | | | | |
| | | | | | | TOTAL DUE: | | | | $77.60 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 02-09-2011 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

INVOICE NO:   00001322

**MAKE CHECKS PAYABLE TO:**

Robin Randolph
Christian & Barton
909 E. Main Street
Suite 1200
Richmond, VA 23219-3095

Phone:   (805) 697-6333

rrandolph@cblaw.com

Diane J. Daffron, RPR, CCR
United States Court Reporter
701 E. Broad Street, Rm. 7420
Richmond, VA 23219

Phone:    (804) 916-2267

Tax ID:   41-2223792
ddaffron89@gmail.com

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL    ☒ CIVIL | | 02-12-2011 | 02-13-2011 |

**Case Style:** 3:09CV620, ePlus v Lawson Software

```
Cost incident to preparing expedited transcript of a conference call in
the above-styled matter heard on 2/11/11.
```

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 21 | 6.05 | 127.05 | | | | | | | 127.05 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 127.05 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| | | TOTAL DUE: | $127.05 |

### ADDITIONAL INFORMATION
    Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

### CERTIFICATION
    I certify that the transcript fees  charged  and  page format  used  comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 02-13-2011 |

*(All previous editions of this form are
cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com