# EXHIBIT C

ePlus v. Lawson
Bill of Costs
(Deposition Costs)

| DEPONENT | DEPOSITION DATE | REPORTER | INVOICE NO. | INVOICE AMOUNT | NOT EXPEDITED RATE | THIRD PARTY ATTENDANCE FEE | ADJUSTED RATE | ADJUSTED (NOT EXPEDITED) RATE | VIDEO INVOICE # | VIDEO COST | VIDEOGRAPHER FEE | TOTAL TAXABLE (Column G-I +K+L or H+K) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jeffrey Frank | 10/9/2009 | Merrill LAD | 296198 | 2,639.45 | 1,945.85 | | 1,864.05 | 1,170.45 | 295457 | 1,037.50 | | 2,207.95 |
| Robert Schriesheim | 10/12/2009 | Merrill LAD | 296134 | 951.50 | 790.30 | | 601.40 | 440.20 | | | | 440.20 |
| Brian Grout | 10/15/2009 | Merrill LAD | 296135 | 1,741.00 | 1,462.80 | | 1,144.90 | 866.70 | | | | 866.70 |
| Dean Hager | 10/16/2009 | Merrill LAD | 296136 | 2,472.35 | 2,073.25 | | 1,642.45 | 1,243.35 | | | | 1,243.35 |
| Dale Christopherson Day 1 | 10/19/2009 | Merrill LAD | 296606 | 2,930.30 | 2,463.60 | | 1,920.65 | 1,453.95 | | | | 1,453.95 |
| Dale Christopherson Day 2 | 10/20/2009 | Merrill LAD | 296836 | 1,317.65 | 1,035.05 | | 839.95 | 557.35 | | | 150.00 | 707.35 |
| Keith Lohkamp Day 1 | 10/20/2009 | Merrill LAD | 296585 | 2,524.70 | 2,124.30 | | 1,647.80 | 1,247.40 | | | | 1,247.40 |
| Keith Lohkamp Day 2 | 10/21/2009 | Merrill LAD | 296633 | 1,492.80 | 1,251.00 | | 995.10 | 753.30 | | | | 753.30 |
| Henrik Billgren Day 1 | 10/21/2009 | Merrill LAD | 296666 | 2,310.35 | 1,942.45 | | 1,514.05 | 1,146.15 | | | | 1,146.15 |
| Henrik Billgren Day 2 | 10/22/2009 | Merrill LAD | 296746 | 413.40 | 319.80 | | 278.20 | 184.60 | | | | 184.60 |
| Ben White | 10/26/2009 | Merrill LAD | 296847 | 2,090.75 | 1,759.25 | | 1,364.25 | 1,032.75 | | | 150.00 | 1,182.75 |
| Guenther Tolkmit | 10/26/2009 | Merrill LAD | 297147 | 2,289.95 | 1,924.65 | | 1,503.35 | 1,138.05 | | | | 1,138.05 |
| Robert Kinross | 12/2/2009 | Merrill LAD | 297151 | 1,340.10 | 1,340.10 | | 988.20 | 988.20 | | | | 988.20 |
| William Yuhasz & Vicky Williams | 2/19/2010 | Merrill LAD | 14108282 | 1,948.05 | 1,471.95 | 160.00 | 1,407.60 | 931.50 | | | 150.00 | 1,241.50 |
| Todd Dooner Day 1 | 3/1/2010 | Merrill LAD | 307397 | 2,821.20 | 2,376.60 | | 1,829.70 | 1,385.10 | | | 150.00 | 1,535.10 |
| Todd Dooner Day 2 | 3/2/2010 | Merrill LAD | 308037 | 971.25 | 811.35 | | 658.05 | 498.15 | | | 150.00 | 648.15 |
| Lynn Cimino | 3/2/2010 | Merrill LAD | 308045 | 1,623.80 | 1,623.80 | 120.00 | 891.00 | 891.00 | | 1,050.00 | 150.00 | 2,211.00 |
| Hannah Raleigh | 3/4/2010 | Merrill LAD | 308540 | 2,476.20 | 2,476.20 | 360.00 | 1,182.50 | 1,182.50 | | | | 1,542.50 |
| Manuel Matias | 3/10/2010 | Merrill LAD | 308551 | 1,312.30 | 968.95 | 120.00 | 861.10 | 517.75 | 310034 | 662.50 | 150.00 | 1,450.25 |
| Robert Irwin | 3/10/2010 | Merrill LAD | 308776 | 938.15 | 667.25 | | 679.40 | 408.50 | | | | 408.50 |
| Christy Oliver | 3/11/2010 | Merrill LAD | 308776 | 1,543.40 | 1,543.40 | 302.50 | 684.25 | 684.25 | 310748 | 1,450.00 | 150.00 | 2,586.75 |
| Ken White | 4/21/2010 | Merrill LAD | 310040 | 2,495.01 | 1,797.60 | | 1,693.71 | 996.30 | | | | 996.30 |
| Charles Gounaris | 5/18/2010 | Merrill LAD | 314355 | 1,577.90 | 1,013.45 | | 1,128.90 | 564.45 | | | | 564.45 |
| Jeff Pinkerton | 5/21/2010 | Merrill LAD | 315196 | 885.00 | 453.75 | | 743.75 | 312.50 | | | | 312.50 |
| Al Jacobs | 5/25/2010 | Merrill LAD | 315325 | 1,432.20 | 1,011.30 | | 979.80 | 558.90 | 318590 | | | 558.90 |
| Pamela Eng | 5/25/2010 | Merrill LAD | 315470 | 739.20 | 490.70 | | 497.00 | 248.50 | | | | 248.50 |
| Jesus Ramos | 5/24/2010 | Merrill LAD | 315499 | 1,231.30 | 805.30 | | 852.00 | 426.00 | | | | 426.00 |
| Richard Lawson | 5/28/2010 | Merrill LAD | 315723 | 962.90 | 625.65 | | 674.50 | 337.25 | | | | 337.25 |
| Jeff Hvass | 6/8/2010 | Merrill LAD | 315845 | 2,959.70 | 1,944.40 | | 2,173.60 | 1,158.30 | | | | 1,158.30 |
| Laurene Fielder McEneny | 6/10/2010 | Merrill LAD | 316607 | 3,513.85 | 2,457.85 | 120.00 | 2,481.60 | 1,425.60 | | 1,112.50 | | 2,658.10 |
| Gerard (Jerry) O'Connell | 6/14/2010 | Merrill LAD | 317651 | 1,228.70 | 843.30 | 150.00 | 770.80 | 385.40 | | | | 535.40 |
| Michael Shamos | 6/16/2010 | Merrill LAD | 317462 | 3,207.45 | 1,944.65 | | 2,425.15 | 1,162.35 | | | | 1,162.35 |
| Ernest Lipscomb | 6/18/2010 | Merrill LAD | 317644 | 1,234.40 | 790.65 | | 887.50 | 443.75 | | | | 443.75 |

**ePlus v. Lawson**
**Bill of Costs**
**(Deposition Costs)**

| Name | Date | Vendor | Invoice # | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Phillip Green | 6/24/2010 | Merrill LAD | 318262B | 3,678.25 | 2,505.35 | 220.00 | 2,472.60 | 1,299.70 | | 1,519.70 |
| Douglas A. Monyer, Day 1 | 1/29/2009 | ProSystems | DC91209MOM2 | 882.00 | | | 375.25 | | | 375.25 |
| Douglas A. Monyer, Day 2 | 12/10/2009 | ProSystems | DC91210MOM2 | 1,012.25 | | | 501.65 | | | 501.65 |
| James M. Johnson | 12/10/2009 | ProSystems | DC91209JOH2 | 1,859.00 | | | 999.35 | | | 999.35 |
| Kenneth G. Farber, Day 1 | 12/16/2009 | ProSystems | DC91216FAR2 | 1,970.50 | | | 790.00 | | | 790.00 |
| Kenneth G. Farber, Day 2 | 12/17/2009 | ProSystems | MN912I7FAR2 | 2,594.54 | | | 793.95 | | | 793.95 |
| Johanna O'Loughlin | 4/26/2010 | ProSystems | PA100420L2 | 794.65 | | | 182.50 | pa100426002 | 215.00 | 397.50 |
| Gerard Wissing | 5/11/2010 | ProSystems | NY100511Wi2 | 634.50 | | | 313.20 | | | 313.20 |
| Kenneth G. Farber | 5/18/2010 | ProSystems | DC100518FA2 | 2,508.97 | | | 766.30 | | | 766.30 |
| Steven J. Mencarini | 5/26/2010 | ProSystems | DC100526ME2 | 1,918.25 | | | 537.20 | | | 537.20 |
| Gene Tabacnick | 6/4/2010 | ProSystems | DC100604TA2 | 780.06 | | | 118.50 | | | 118.50 |
| Larry Marbeck | 6/15/2010 | ProSystems | DC100615MA2 | 1,872.15 | | | 581.25 | | | 581.25 |
| Russell Mangum | 6/22/2010 | ProSystems | MA100622MA2 | 4,799.00 | | | 1,141.00 | | | 1,141.00 |
| Patrick Niemeyer | 7/1/2010 | ProSystems | DC100618NI2 | 1,729.60 | | | 540.00 | | | 540.00 |
| Brooks Hilliard | 7/11/2010 | ProSystems | DC100622HI2 | 3,110.39 | | | 836.25 | | | 836.25 |
| Alfred Weaver, Day 1 | 7/20/2010 | ProSystems | VA100720WE2 | 2,636.35 | | | 624.80 | | | 624.80 |
| Alfred Weaver, Day 2 | 7/21/2010 | ProSystems | VA100721WE2 | 2,739.20 | | | 562.50 | | | 562.50 |
| **TOTAL** | | | | **$95,135.92** | **$49,065.85** | **$1,552.50** | **$51,942.50** | **$28,040.20** | **$5,527.50** | **$45,983.90** |

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 295457 | 10/16/2009 | 06-165215 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/09/2009 | TROPAN | 09 CV-232-HC |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Videography Services for the Depo of:
   Jeff Frank
      Two-hour minimum                                            350.00
      Subsequent Video Hours            5.50 Hours                687.50
                                                                  --------
                             TOTAL  DUE  >>>>              1,037.50


For billing questions, please call (301) 762-8282
Thank you for choosing us.  We appreciate your business.
Complimentary LAD Viewer (Synchronized video and transcript)
```

TAX ID NO. : 20-2665382                               (202) 346-4000   Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  295457
Date       :  10/16/2009
TOTAL DUE  :   1,037.50


Job No.    :  06-165215
Case No.   :  09 CV-232-HCM-TEM
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282    Fax  (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 296136 | 10/19/2009 | 01-165214 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/09/2009 | BURSLE | 09 CV-232-HC |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT & INDEX OF:
  Jeffrey Paul Frank            289 Pages            1,864.05
      Realtime             243.00 Pages              400.95
      Rough Draft          243.00 Pages              303.75
      Scanning Exhibits    914.00 Pages               45.70
      LEF/SBF File                                    25.00
                                                 _____
                         TOTAL  DUE  >>>>          2,639.45


INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

TAX ID NO.: 20-2665382                          (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  296136
Date      :  10/19/2009
TOTAL DUE :  2,639.45


Job No.   :  01-165214
Case No.  :  09 CV-232-HCM-TEM
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

## MERRILL CORPORATION

**LegaLink, Inc.**

311 South Wacker Drive
Suite 300
Chicago, IL 60606
Phone: 312.386.2000
Fax: 312.386.2275

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14108282 | 12/16/2009 | 1405-174598 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 12/02/2009 | LDC | 09CV620 |

| CASE CAPTION |
|---|
| ePlus, Inc. vs. Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Jennifer A. Albert
Goodwin Procter, LLP
901 New York Avenue NW
Washington, DC 20001

```
CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
  Robert Kinross                 244 Pages @        4.05/Page          988.20
    EXHIBITS                     266 Pages @         .50/Page          133.00
    TotalTranscript w\Links                                            65.00
    TotalTranscript Archive                                             7.50
    TotalTranscript Exhibits  266.00 Pages @         .40/Page          106.40
    Obtaining Wit Signature                                            25.00
    Process/Delivery NL                                                15.00
                                                                   _____
                             TOTAL   DUE   >>>>                       1,340.10
```

Thank You.  We Appreciate Your Business.

TAX ID NO.: 20-2665382                                 (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Jennifer A. Albert
Goodwin Procter, LLP
901 New York Avenue NW
Washington, DC 20001

```
Invoice No.:  14108282
Date      :  12/16/2009
TOTAL DUE :     1,340.10


Job No.   :  1405-174598
Case No.  :  09CV620
ePlus, Inc. vs. Lawson Software, Inc
```

Remit To:    **LegaLink, Inc.**
             **PO Box 90473**
             **Chicago, IL 60696-0473**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 307397 | 03/11/2010 | 24-173360 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 02/19/2010 | CASE | 2:09-CV-232 |
| **CASE CAPTION** | | |
| ePlus Inc -v- Perfect Commerce, Inc, et al | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
   30(b)(6) William Yuhasz & Vicky Williams    207 Pages          1,407.60
        Attendance Fee                                              160.00
        Rough Draft                          181.00 Pages           298.65
        Scanning Exhibits                    568.00 Pages            56.80
        LEF/SBF File                                                 25.00

                                 TOTAL  DUE  >>>>          1,948.05

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

Deposition held in Winston-Salem, NC
```

TAX ID NO.:  20-2665382                                    (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  307397
Date     :  03/11/2010
TOTAL DUE  :  1,948.05


Job No.   :  24-173360
Case No.  :  2:09-CV-232
ePlus Inc -v- Perfect Commerce, Inc,
```

Remit To:  **LegaLink, Inc.**
          **16824 Collections Center Drive**
          **Chicago, IL 60693**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 308409 | 03/11/2010 | 06-173361 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/19/2010 | CASE | 2:09-CV-232 |

| CASE CAPTION |
|---|
| ePlus Inc -v- Perfect Commerce, Inc, et al |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Videography Services for the Depo of:
    30(b)(6) William Yuhasz & Vicky Williams
        Two-hour minimum                                       425.00
        Subsequent Video Hours          4.50 Hours             562.50
        VGA Setup                                              150.00
        Projector & Screen                                     250.00

                                TOTAL  DUE  >>>>             1,387.50


For billing questions, please call (301) 762-8282
Thank you for choosing us.  We appreciate your business.
Complimentary LAD Viewer (Synchronized video and transcript)

Deposition held in Winston-Salem, N.C.
```

TAX ID NO. :  20-2665382                                    (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  308409
Date      :  03/11/2010
TOTAL DUE :    1,387.50


Job No.   :  06-173361
Case No.  :  2:09-CV-232
ePlus Inc -v- Perfect Commerce, Inc,
```

Remit To:    **LegaLink, Inc.**
             **16824 Collections Center Drive**
             **Chicago, IL 60693**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282    Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 308037 | 03/11/2010 | 01-174253 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/01/2010 | HARMJO | 3:09-CV-620 (J |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
    Todd Dooner - Vol. I                  342 Pages           1,829.70
        Realtime                       305.00 Pages             503.25
        Rough Draft                    305.00 Pages             381.25
        Scanning Exhibits            1,640.00 Pages              82.00
        LEF/SBF File                                            25.00
                                                         _____
                               TOTAL  DUE  >>>>           2,821.20

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

TAX ID NO. :  20-2665382                          (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Invoice No.:  308037
Date       :  03/11/2010
**TOTAL DUE** :   **2,821.20**

Job No.    :  01-174253
Case No.   :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 308417 | 03/11/2010 | 06-174255 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/01/2010 | GRAHAK | 3:09-CV-620 (J |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Videoconference Services:
   Todd Dooner - Vol. I
        Two-hour minimum                                     350.00
        Subsequent Video Hours        7.50 Hours             937.50
        VGA Setup                                            150.00
                                                           _____
                           TOTAL   DUE   >>>>              1,437.50

For billing questions, please call (301) 762-8282
Thank you for choosing us.  We appreciate your business.
Complimentary LAD Viewer (Synchronized video and transcript)
```

TAX ID NO. :  20-2665382                                    (202) 346-4000   Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Invoice No.:  308417
Date      :  03/11/2010
**TOTAL DUE**  :  **1,437.50**

Job No.   :  06-174255
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 308045 | 03/11/2010 | 01-174254 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/02/2010 | HARMJO | 3:09-CV-620 (J |

| CASE CAPTION | | |
|---|---|---|
| ePlus, iNC. -v- Lawson Software, Inc. | | |

| TERMS | | |
|---|---|---|
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
    Todd Dooner, Vol - II          123 Pages              658.05
        Realtime              108.00 Pages                178.20
        Rough Draft           108.00 Pages                135.00
                                                        _____
                            TOTAL   DUE   >>>>             971.25

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

TAX ID NO. :  20-2665382                                    (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  308045
Date      :  03/11/2010
TOTAL DUE :     971.25


Job No.   :  01-174254
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:     **LegaLink, Inc.**
              **P.O. Box 630484**
              **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 308421 | 03/11/2010 | 06-174257 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/02/2010 | GRAHAK | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Videography Services for the Depo of:
   Todd Dooner - Vol. II
      Two-hour minimum                                      350.00
      Subsequent Video Hours         4.00 Hours             500.00
      VGA Setup                                             150.00
                                                         _____
                            TOTAL  DUE  >>>>              1,000.00

For billing questions, please call (301) 762-8282
Thank you for choosing us.  We appreciate your business.
Complimentary LAD Viewer (Synchronized video and transcript)
```

TAX ID NO. :  20-2665382                                   (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  308421
Date      :  03/11/2010
TOTAL DUE  :  1,000.00


Job No.   :  06-174257
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:   **LegaLink, Inc.**
**P.O. Box 630484**
**Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 308540 | 03/25/2010 | 24-174475 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/02/2010 | ATLACI | 3:09-CV-620 (J |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
ORIGINAL TRANSCRIPT AND WORD INDEX OF:
     Lynn S. Cimino                180 Pages              891.00
           Attendance Fee                                 120.00
           Realtime              158.00 Pages             308.10
           Rough Draft           158.00 Pages             237.00
           Scanning Exhibits     854.00 Pages .            42.70
           LEF/SBF File                                    25.00
                                                       _____

                          TOTAL   DUE   >>>>          1,623.80
```

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.

Deposition held in Bridgeton, NJ.

TAX ID NO. :  20-2665382                                    (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  308540
Date      :  03/25/2010
TOTAL DUE  :   1,623.80


Job No.   :  24-174475
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:   **LegaLink, Inc.**
              **P.O. Box 630484**
              **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 309202 | 03/25/2010 | 06-174476 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/02/2010 | KARAWI | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Videography Services for the Depo of:
   Lynn S. Cimino
      Two-hour minimum                                            425.00
      Subsequent Video Hours           5.00 Hours                 625.00
      VGA Setup                                                   150.00
      Projector & Screen                                          250.00
                                                             _____
                              TOTAL   DUE   >>>>               1,450.00


For credit card payments, please call (866) 550-1934
Thank you for choosing us.  We appreciate your business.
Complimentary LAD Viewer (Synchronized video and transcript)

Deposition held in Bridgeton, N.J.
```

TAX ID NO. :  20-2665382                                    (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  309202
Date       :  03/25/2010
TOTAL DUE  :    1,450.00



Job No.    :  06-174476
Case No.   :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:     **LegaLink, Inc.**
              **P.O. Box 630484**
              **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 308551 | 03/31/2010 | 24-174741 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 03/04/2010 | KRESTO | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
ORIGINAL TRANSCRIPT AND WORD INDEX OF:
    Hannah Raleigh           275 Pages            1,182.50
    Attendance Fee                                  360.00
    Realtime             240.00 Pages               468.00
    Rough Draft          240.00 Pages               360.00
    Scanning Exhibits  1,614.00 Pages                80.70
    LEF/SBF File                                     25.00
                                                _____
                         TOTAL  DUE  >>>>        2,476.20

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.

Deposition held in Miami, FL.
```

TAX ID NO. :  20-2665382                          (202) 346-4000     Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  308551
Date      :  03/31/2010
TOTAL DUE :    2,476.20


Job No.   :  24-174741
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:     **LegaLink, Inc.**
              **P.O. Box 630484**
              **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282    Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 308776 | 03/25/2010 | 24-175011 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/10/2010 | PROUNJ | 3:09-CV-620 (J |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
   Manuel D. Matias              109 Pages              861.10
         Attendance Fee                                 120.00
         Realtime                96.00 Pages            187.20
         Rough Draft             96.00 Pages            144.00
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
   Robert G. Irwin                86 Pages              679.40
         Realtime                75.00 Pages            146.25
         Rough Draft             75.00 Pages            112.50
                                                      _____
                            TOTAL  DUE   >>>>          2,250.45

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.

Deposition held in New Brunswick, NJ.
```

TAX ID NO.: 20-2665382                              (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  308776
Date      :  03/25/2010
TOTAL DUE :   2,250.45


Job No.   :  24-175011
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 310034 | 03/31/2010 | 06-175013 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/10/2010 | KARAWI | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Videography Services for the Depo of:
   Manuel T. Matias
Videography Services for the Depo of:
   Robert G. Irwin
         Two-hour minimum                                   425.00
         Subsequent Video Hours        4.00 Hours           500.00
         VGA Setup                                          150.00
         Projector & Screen                                 250.00
                                                          _____
                              TOTAL  DUE  >>>>            1,325.00


For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD.  We appreciate your business.
Complimentary Merrill LAD Viewer (Synchronized video and transcript)

Deposition held in New Brunswick, NJ.
```

TAX ID NO. : 20-2665382                                   (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  310034
Date      :  03/31/2010
TOTAL DUE  :  1,325.00



Job No.   :  06-175013
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 310040 | 04/16/2010 | 24-175051 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/11/2010 | HUSEAS | 3:09-CV-620 (J |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
ORIGINAL TRANSCRIPT AND WORD INDEX OF:
   Kristy Oliver              161 Pages          684.25
      Attendance Fee          5.50 Hours         302.50
      Realtime              141.00 Pages         274.95
      Rough Draft           141.00 Pages         211.50
      Scanning Exhibits     452.00 Pages          45.20
      LEF/SBF File                                25.00
                                               _____
                          TOTAL  DUE  >>>>     1,543.40

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.

Deposition held in Maryville, TN.
```

TAX ID NO. : 20-2665382                    (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  310040
Date      :  04/16/2010
TOTAL DUE :   1,543.40


Job No.   :  24-175051
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:  **LegaLink, Inc.**
              **P.O. Box 630484**
              **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 310748 | 04/07/2010 | 06-175052 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 03/11/2010 | ACCURA | 3:09-CV-620 (J |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Videography Services for the Depo of:
   Kristy Oliver
      Two-hour minimum                                        450.00
      Subsequent Video Hours            4.00 Hours            600.00
      VGA Setup                                               150.00
      Projector & Screen                                      250.00


                               TOTAL  DUE  >>>>             1,450.00
```

For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD.  We appreciate your business.
Complimentary Merrill LAD Viewer (Synchronized video and transcript)

Deposition held in Maryville, TN

TAX ID NO. :  20-2665382                          (202) 346-4000     Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  310748
Date       :  04/07/2010
TOTAL DUE  :   1,450.00


Job No.    :  06-175052
Case No.   :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 316511 | 06/10/2010 | 06-178481 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 05/18/2010 | DAYCAL | 3:09-CV-620 (J |
| CASE CAPTION | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| TERMS | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Videography Services for the Depo of:
  Charles Gounaris
       Two-hour minimum                                         350.00
       Subsequent Video Hours       3.50 Hours                  437.50
                                                            _____
                               TOTAL  DUE  >>>>                 787.50


For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD.  We appreciate your business.
Complimentary Merrill LAD Viewer (Synchronized video and transcript)
```

TAX ID NO. :  20-2665382                                    (202) 346-4000     Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
                              Invoice No.:  316511
                              Date      :  06/10/2010
                              TOTAL DUE  :     787.50



                              Job No.    :  06-178481
                              Case No.   :  3:09-CV-620 (JRS)
                              ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:     **LegaLink, Inc.**
              **P.O. Box 630484**
              **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 315196 | 06/03/2010 | 01-178479 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/18/2010 | HARTDA | 3:09-CV-620 (J |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
   Charles Gounaris              159 Pages              1,128.90
      Realtime               141.00 Pages                232.65
      Rough Draft            141.00 Pages                176.25
      Scanning Exhibits      151.00 Pages                 15.10
      LEF/SBF File                                        25.00

                              TOTAL  DUE   >>>>         1,577.90

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.
```

TAX ID NO. :  20-2665382                    (202) 346-4000     Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  315196
Date      :  06/03/2010
TOTAL DUE  :   1,577.90


Job No.   :  01-178479
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 315325 | 06/03/2010 | 01-179559 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/21/2010 | RYANDA | 3:09-CV-620 (J |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED CERTIFIED COPY OF TRANSCRIPT AND WORD INDEX OF:
     Jeffrey Pinkerton              125 Pages              743.75
          Rough Draft          113.00 Pages              141.25
                                                       _____
                              TOTAL   DUE   >>>>            885.00


INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.
```

TAX ID NO. :  20-2665382                                      (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  315325
Date      :  06/03/2010
TOTAL DUE  :      885.00


Job No.   :  01-179559
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:      **LegaLink, Inc.**
               **P.O. Box 630484**
               **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 296134 | 10/20/2009 | 01-165769 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/12/2009 | BURSLE | 09 CV-232-HC |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT & INDEX OF:
   Robert A. Schriesheim          124 Pages            601.40
      Realtime                 102.00 Pages            168.30
      Rough Draft              102.00 Pages            127.50
      Scanning Exhibits        293.00 Pages             29.30
      LEF/SBF File                                      25.00
                                                  _____
                            TOTAL  DUE  >>>>           951.50

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

TAX ID NO.: 20-2665382                                    (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  296134
Date      :  10/20/2009
TOTAL DUE  :     951.50


Job No.   :  01-165769
Case No.  :  09 CV-232-HCM-TEM
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 315470 | 06/03/2010 | 01-179501 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/25/2010 | CAINJO | 3:09-CV-620 (J |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
   Albert Israel Jacobs, III            138 Pages                979.80
        Realtime              122.00 Pages                201.30
        Rough Draft          122.00 Pages                152.50
        Scanning Exhibits    736.00 Pages                 73.60
        LEF/SBF File                                      25.00
                                                        _____

                             TOTAL  DUE  >>>>         1,432.20

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.
```

TAX ID NO.: 20-2665382                                    (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Invoice No.: 315470
Date      :  06/03/2010
**TOTAL DUE :    1,432.20**

Job No.   :  01-179501
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 315499 | 06/03/2010 | 01-179503 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/25/2010 | EDDYMI | 3:09-CV-620 (J |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
   Pamela Eng                      70 Pages            497.00
        Realtime             62.00 Pages            102.30
        Rough Draft          62.00 Pages             77.50
        Scanning Exhibits   374.00 Pages             37.40
        LEF/SBF File                                  25.00
                                                  _____
                        TOTAL  DUE   >>>>            739.20


INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.
```

TAX ID NO. :  20-2665382                          (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Invoice No.:  315499
Date      :  06/03/2010
**TOTAL DUE :      739.20**

Job No.   :  01-179503
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 315723 | 06/03/2010 | 01-179497 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/24/2010 | EDDYMI | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
  Jesus Ramos                  120 Pages              852.00
         Realtime              109.00 Pages           179.85
         Rough Draft           109.00 Pages           136.25
         Scanning Exhibits     382.00 Pages            38.20
         LEF/SBF File                                  25.00
                                                   _____
                              TOTAL DUE  >>>>       1,231.30

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.
```

TAX ID NO.: 20-2665382                                   (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  315723
Date       :  06/03/2010
TOTAL DUE  :   1,231.30


Job No.   :  01-179497
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 315845 | 06/03/2010 | 01-180035 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 05/28/2010 | CAINJO | 3:09-CV-620 (J |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

---

EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
```
  Herbert Richard Lawson, Junior       95 Pages                 674.50
         Realtime                   84.00 Pages                 138.60
         Rough Draft                84.00 Pages                 105.00
         Scanning Exhibits         198.00 Pages                  19.80
         LEF/SBF File                                            25.00
                                                               _____
                                    TOTAL  DUE   >>>>            962.90
```

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.

---

TAX ID NO. :  20-2665382                              (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
                            Invoice No.:  315845
                            Date      :  06/03/2010
                            TOTAL  DUE  :     962.90


                            Job No.   :  01-180035
                            Case No.  :  3:09-CV-620 (JRS)
                            ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 316607 | 06/16/2010 | 01-180349 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/08/2010 | EDDYMI | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
ORIGINAL TRANSCRIPT AND WORD INDEX OF:
    Jeffrey L. Hvass              286 Pages           2,173.60
        Realtime              252.00 Pages             415.80
        Rough Draft           252.00 Pages             315.00
        Scanning Exhibits     303.00 Pages              30.30
        LEF/SBF File                                    25.00
                                                   _____

                          TOTAL  DUE  >>>>           2,959.70

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.
```

TAX ID NO. : 20-2665382                                          (202) 346-4000     Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  316607
Date      :  06/16/2010
TOTAL DUE  :   2,959.70


Job No.   :  01-180349
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 317651 | 06/28/2010 | 24-180169 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/10/2010 | LEGAMA | 3:09-CV-620 (J |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
   Laurene McEneny             264 Pages              2,481.60
      Attendance Fee                                    120.00
      Realtime              233.00 Pages                454.35
      Rough Draft           233.00 Pages                349.50
      Scanning Exhibits   1,668.00 Pages                 83.40
      LEF/SBF File                                        25.00
                                                    _____
                          TOTAL  DUE  >>>>           3,513.85

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.

Deposition held in New York, NY
```

TAX ID NO.:  20-2665382                                  (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  317651
Date       :  06/28/2010
TOTAL DUE  :   3,513.85


Job No.   :  24-180169
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 318590 | 06/30/2010 | 06-180170 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/10/2010 | LEGAMA | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Videography Services for the Depo of:
    Laurene McEneny
        Two-hour minimum                                      425.00
        Subsequent Video Hours          5.50 Hours            687.50
                                                              _____

                         TOTAL   DUE   >>>>               1,112.50


For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD.  We appreciate your business.
Complimentary Merrill LAD Viewer (Synchronized video and transcript)

Deposition held in New York, NY.
```

TAX ID NO.: 20-2665382                                    (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  318590
Date       :  06/30/2010
TOTAL DUE  :    1,112.50


Job No.    :  06-180170
Case No.   :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:     **LegaLink, Inc.**
              **P.O. Box 630484**
              **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 317140 | 06/30/2010 | 24-180470 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/14/2010 | LEGABO | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
   Gerard O'Connell                    94 Pages                770.80
      Attendance Fee                                           150.00
      Realtime                      82.00 Pages                159.90
      Rough Draft                   82.00 Pages                123.00
      LEF/SBF File                                              25.00
                                                            _____
                                TOTAL  DUE   >>>>           1,228.70


INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.

Deposition held in Boston, MA
```

TAX ID NO.:  20-2665382                                 (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  317140
Date       :  06/30/2010
TOTAL DUE  :   1,228.70



Job No.    :  24-180470
Case No.   :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:      **LegaLink, Inc.**
               **P.O. Box 630484**
               **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 317462 | 06/28/2010 | 01-181012 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/16/2010 | CAINJO | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
   Michael Ian Shamos, Ph.D., J.D.      287 Pages          2,425.15
            Realtime               252.00 Pages              415.80
            Rough Draft            252.00 Pages              315.00
            Scanning Exhibits      530.00 Pages               26.50
            LEF/SBF File                                      25.00
                                                        _____

                              TOTAL   DUE   >>>>           3,207.45


INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.
```

**TAX ID NO. :** 20-2665382                                     (202) 346-4000     Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  317462
Date      :  06/28/2010
TOTAL DUE :    3,207.45


Job No.   :  01-181012
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:      **LegaLink, Inc.**
               **P.O. Box 630484**
               **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 317644 | 06/28/2010 | 01-181073 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/18/2010 | CAINJO | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
     Ernest Bainbridge Lipscomb, III, Esquire      125 Pages              887.50
          Realtime                    111.00 Pages                        183.15
          Rough Draft                 111.00 Pages                        138.75
          LEF/SBF File                                                     25.00
                                                                     _____
                                        TOTAL   DUE   >>>>            1,234.40


INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.
```

**TAX ID NO. :** 20-2665382                          (202) 346-4000     Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  317644
Date       :  06/28/2010
TOTAL DUE  :   1,234.40



Job No.   :  01-181073
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:      **LegaLink, Inc.**
               **P.O. Box 630484**
               **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 318262 | 07/07/2010 | 24-181607 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 06/24/2010 | LEGABO | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
    Philip Green          317 Pages                    2,472.60
        Attendance Fee                                   220.00
        Realtime         273.00 Pages                    532.35
        Rough Draft      273.00 Pages                    409.50
        Scanning Exhibits 188.00 Pages                    18.80
        LEF/SBF File                                      25.00
                                                    _____
                            TOTAL   DUE   >>>>        3,678.25

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.

Deposition held in Boston, MA.
```

**TAX ID NO. :** 20-2665382                                    (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Invoice No. : 318262
Date        : 07/07/2010
**TOTAL DUE** :   **3,678.25**

Job No.  : 24-181607
Case No. : 3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 296135 | 10/22/2009 | 01-165771 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/15/2009 | BURSLE | 09 CV-232-HC |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT & INDEX OF:
   Brian R. Grout 30(b)(6)          214 Pages           1,144.90
       Realtime                  178.00 Pages             293.70
       Rough Draft               178.00 Pages             222.50
       Scanning Exhibits       1,098.00 Pages              54.90
       LEF/SBF File                                        25.00
                                                        _____
                           TOTAL   DUE   >>>>           1,741.00

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

**TAX ID NO. :**  20-2665382                              (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  296135
Date      :  10/22/2009
TOTAL DUE :    1,741.00


Job No.   :  01-165771
Case No.  :  09 CV-232-HCM-TEM
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 295608 | 10/22/2009 | 01-166292 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/16/2009 | BURSLE | 09 CV-232-HC |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT & INDEX OF:
  Dean Joseph Hager            307 Pages              1,642.45
      Realtime              260.00 Pages                429.00
      Rough Draft           260.00 Pages                325.00
      Scanning Exhibits   1,018.00 Pages                 50.90
      LEF/SBF File                                       25.00
                                                   _____
                          TOTAL  DUE  >>>>            2,472.35

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

TAX ID NO. : 20-2665382                        (202) 346-4000     Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Invoice No.:  295608
Date        :  10/22/2009
**TOTAL DUE** :   **2,472.35**

Job No.   :  01-166292
Case No.  :  09 CV-232-HCM-TEM
ePlus, iNC. -v- Lawson Software, Inc

Remit To:   **LegaLink, Inc.**
           **P.O. Box 630484**
           **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 296836 | 10/29/2009 | 01-165450 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/19/2009 | BURSLE | 09 CV-232-HC |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT & INDEX OF:
    Dale A. Christopherson Vol. 1        359 Pages              1,920.65
        Realtime                  313.00 Pages                   516.45
        Rough Draft               313.00 Pages                   391.25
        Scanning Exhibits       1,539.00 Pages                    76.95
        LEF/SBF File                                              25.00
                                                          _____
                                  TOTAL   DUE   >>>>            2,930.30

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

**TAX ID NO. :**  20-2665382                                    (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  296836
Date      :  10/29/2009
TOTAL DUE  :     2,930.30


Job No.   :  01-165450
Case No.  :  09 CV-232-HCM-TEM
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 296585 | 10/29/2009 | 01-165452 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/20/2009 | BURSLE | 09 CV-232-HC |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT & INDEX OF:
    Dale A. Christopherson, Vol. 2        157 Pages              839.95
    Realtime                          127.00 Pages              209.55
    Rough Draft                       127.00 Pages              158.75
    Scanning Exhibits               1,688.00 Pages               84.40
    LEF/SBF File                                                 25.00
                                                           _____

                               TOTAL  DUE  >>>>           1,317.65


INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

TAX ID NO.: 20-2665382                                     (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  296585
Date      :  10/29/2009
TOTAL DUE :   1,317.65



Job No.   :  01-165452
Case No.  :  09 CV-232-HCM-TEM
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 296604 | 10/27/2009 | 06-165453 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 10/20/2009 | STAGPA | 09 CV-232-HC |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Videography Services for the Depo of:
    Dale A. Christopherson - Volume 2
        Two-hour minimum                                      350.00
        Subsequent Video Hours          1.50 Hours            187.50
        VGA Setup                                             150.00
                                                          _____
                            TOTAL   DUE   >>>>                687.50
```

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.

TAX ID NO. :  20-2665382                                    (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  296604
Date       :  10/27/2009
TOTAL DUE  :     687.50



Job No.  :  06-165453
Case No. :  09 CV-232-HCM-TEM
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 296533 | 10/29/2009 | 01-165454 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/20/2009 | CAINJO | 09 CV-232-HC |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT & INDEX OF:
     Keith David Lohkamp - Vol. I          308 Pages              1,647.80
          Realtime                      274.00 Pages                452.10
          Rough Draft                   274.00 Pages                342.50
          Scanning Exhibits             573.00 Pages                 57.30
          LEF/SBF File                                               25.00
                                                           _____

                            TOTAL   DUE   >>>>              2,524.70


INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

**TAX ID NO. :**  20-2665382                                    (202) 346-4000     Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  296533
Date      :  10/29/2009
TOTAL DUE :    2,524.70



Job No.   :  01-165454
Case No.  :  09 CV-232-HCM-TEM
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:   **LegaLink, Inc.**
            **P.O. Box 630484**
            **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 296666 | 10/29/2009 | 01-165456 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/21/2009 | CAINJO | 3:09-CV-620 (J |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT & INDEX OF:
   Keith David Lohkamp - Vol. II          186 Pages              995.10
        Realtime                          163.00 Pages           268.95
        Rough Draft                       163.00 Pages           203.75
        LEF/SBF File                                              25.00
                                                         _____
                                 TOTAL   DUE  >>>>         1,492.80

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

TAX ID NO. :  20-2665382                              (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  296666
Date      :  10/29/2009
TOTAL DUE :    1,492.80


Job No.   :  01-165456
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:      **LegaLink, Inc.**
                **P.O. Box 630484**
                **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax  (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 296746 | 10/30/2009 | 01-165763 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/21/2009 | BURSLE | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT & INDEX OF:
   Henrik Billgren 30(b)(6) Vol. 1        283 Pages            1,514.05
      Realtime                         240.00 Pages              396.00
      Rough Draft                      240.00 Pages              300.00
      Scanning Exhibits              1,506.00 Pages               75.30
      LEF/SBF File                                                25.00
                                                           _____
                                 TOTAL   DUE   >>>>          2,310.35

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

**TAX ID NO. :**  20-2665382                    (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  296746
Date      :  10/30/2009
TOTAL DUE :    2,310.35


Job No.   :  01-165763
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282    Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 296847 | 10/30/2009 | 01-165765 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/22/2009 | BURSLE | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT & INDEX OF:
   Henrik Billgren 30(b)(6) - Vol. 2      52 Pages              278.20
      Realtime                        38.00 Pages               62.70
      Rough Draft                     38.00 Pages               47.50
      LEF/SBF File                                              25.00
                                                          _____

                          TOTAL   DUE   >>>>              413.40

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

TAX ID NO.:  20-2665382                                    (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  296847
Date       :  10/30/2009
TOTAL DUE  :    413.40



Job No.    :  01-165765
Case No.   :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:      **LegaLink, Inc.**
               **P.O. Box 630484**
               **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 297147 | 11/05/2009 | 01-166959 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/26/2009 | BURSLE | 3:09-CV-620 (J |
| **CASE CAPTION** | | |
| ePlus, iNC. -v- Lawson Software, Inc. | | |
| **TERMS** | | |
| Immediate, sold FOB Merrill facility | | |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT & INDEX OF:
    Kenneth J. White - 30(b)(6)     255 Pages            1,364.25
        Realtime             228.00 Pages                  376.20
        Rough Draft          228.00 Pages                  285.00
        Scanning Exhibits    403.00 Pages                   40.30
        LEF/SBF File                                        25.00

                            TOTAL  DUE  >>>>               2,090.75

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

TAX ID NO. :  20-2665382                              (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  297147
Date      :  11/05/2009
TOTAL DUE  :    2,090.75


Job No.   :  01-166959
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:    **LegaLink, Inc.**
             **P.O. Box 630484**
             **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 314355 | 05/12/2010 | 24-177456 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 04/21/2010 | LEGABO | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT AND WORD INDEX OF:
    Kenneth White              243  Pages                   1,693.71
        Realtime              214.00  Pages                   417.30
        Rough Draft           215.00  Pages                   322.50
        Scanning Exhibits     365.00  Pages                    36.50
        OVERNIGHT/MESSENGER DELY                               25.00

                            TOTAL   DUE   >>>>               2,495.01

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For credit card payments, please call (866) 550-1934
Thank you for choosing Merrill LAD. We appreciate your business.

Deposition held in Boston, MA
```

TAX ID NO. :  20-2665382                                  (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  314355
Date       :  05/12/2010
TOTAL DUE  :   2,495.01


Job No.    :  24-177456
Case No.   :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:      **LegaLink, Inc.**
               **P.O. Box 630484**
               **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 297441 | 11/04/2009 | 06-166960 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/26/2009 | TROPAN | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Videography Services for the Depo of:
   Ken White
      Two-hour minimum                                        350.00
      Subsequent Video Hours            6.00 Hours            750.00
      VGA Setup                                               150.00
                                                        _____
                         TOTAL   DUE   >>>>              1,250.00

For billing questions, please call (301) 762-8282
Thank you for choosing us.  We appreciate your business.
Complimentary LAD Viewer (Synchronized video and transcript)
```

**TAX ID NO. :**  20-2665382                              (202) 346-4000    Fax  (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

Invoice No.:  297441
Date       :  11/04/2009
**TOTAL DUE** :    **1,250.00**

Job No.   :  06-166960
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc

Remit To:      **LegaLink, Inc.**
               **P.O. Box 630484**
               **Baltimore, MD 21263**

Merrill LAD
7654 Standish Place
Rockville, MD 20855
(301) 762-8282   Fax (301) 762-0606

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 297151 | 11/05/2009 | 01-165767 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/26/2009 | HARMJO | 3:09-CV-620 (J |

| CASE CAPTION |
|---|
| ePlus, iNC. -v- Lawson Software, Inc. |

| TERMS |
|---|
| Immediate, sold FOB Merrill facility |

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
EXPEDITED ORIGINAL TRANSCRIPT & INDEX OF:
    Guenther Tolkmit              281  Pages           1,503.35
        Realtime              253.00  Pages             417.45
        Rough Draft           253.00  Pages             316.25
        Scanning Exhibits     558.00  Pages              27.90
        LEF/SBF File                                     25.00
                                                     _____
                             TOTAL   DUE   >>>>        2,289.95

INVOICE DUE UPON RECEIPT AND IS NOT CONTINGENT UPON CLIENT PAYMENT.
For billing questions, please call (301) 417-6941.
Thank you for choosing L.A.D. We appreciate your business.
```

TAX ID NO.:  20-2665382                                  (202) 346-4000    Fax (202) 346-4444

*Please detach bottom portion and return with payment.*

Scott L. Robertson, Esquire
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001

```
Invoice No.:  297151
Date       :  11/05/2009
TOTAL DUE  :    2,289.95


Job No.   :  01-165767
Case No.  :  3:09-CV-620 (JRS)
ePlus, iNC. -v- Lawson Software, Inc
```

Remit To:     **LegaLink, Inc.**
              **P.O. Box 630484**
              **Baltimore, MD 21263**

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

Phone: 612.823.2100
Fax:     612.823.6100
Email:   bciccone@prosystemsweb.com



# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185 5878 | COD | 12/9/2009 | dc91209mom2 |

**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Denise Anderson

| SERVICE PROVIDED | Court Reporting % Videotaping | | JOB DATE | 12/9/2009 |
|---|---|---|---|---|
| COURT REPORTER | DC | | | |
| WITNESS | Douglas A. Momyer | | **Total** | **$882.00** |
| ePlus Inc.  v.  Lawson Software, Inc. | | | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 95 | | 3.95 | 375.25 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 35.00 | 35.00 |
| 170 | CD B&W Scanning | 0.15 | 25.50 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 85 | Exhibit Copies | 0.25 | 21.25 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Summation TranSend | 50.00 | 50.00 |
| 1 | Shipping | 50.00 | 50.00 |
| 1 | DVD Set-up | 70.00 | 70.00 |
| 2 | Mpeg 2 Per Hour | 75.00 | 150.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES

4305 BRYANT AVE. S. • MINNEAPOLIS, MN  55409  612/823-2100 • FAX 612/823-6100

**PLEASE REMIT CHECK TO:**  **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

**EMAIL** accounting@prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

## Thank you for using PRO-SYSTEMS

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

Phone: 612.823.2100
Fax:  612.823.6100
Email:  bciccone@prosystemsweb.com



prosystemsweb.com

# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185 5878 | COD | 12/10/2009 | dc91209joh2 |

**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Denise Anderson

| SERVICE PROVIDED | Court Reporting % Videotaping | | JOB DATE | 12/10/2009 |
|---|---|---|---|---|
| COURT REPORTER | · DC | | | |
| WITNESS | James M. Johnson | | **Total** | **$1,859.00** |
| ePlus Inc.  v.  Lawson Software, Inc. | | | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 253 | Copy of Transcript | 3.95 | 999.35 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 35.00 | 35.00 |
| 126 | CD B&W Scanning | 0.15 | 18.90 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 63 | Exhibit Copies | 0.25 | 15.75 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Summation TranSend | 50.00 | 50.00 |
| 1 | Shipping | 50.00 | 50.00 |
| 3 | DVD Set-up | 70.00 | 210.00 |
| 5 | Mpeg 1 Per Hour | 75.00 | 375.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES
4305 BRYANT AVE. S. • MINNEAPOLIS, MN  55409  612/823-2100 • FAX 612/823-6100

**PLEASE REMIT CHECK TO:**     **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

**EMAIL**  accounting@prosystemsweb.com

prosystemsweb.com

*An interest rate of 1.3% will be charged after 30 days.*

**Thank you for using PRO-SYSTEMS**

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

Phone: 612.823.2100
Fax:    612.823.6100
Email:   bciccone@prosystemsweb.com



prosystemsweb.com

# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185 5878 | COD | 12/10/2009 | dc91210mom2 |

**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Denise Anderson

| SERVICE PROVIDED | Court Reporting % Videotaping | | JOB DATE | 12/10/2009 |
|---|---|---|---|---|
| COURT REPORTER | DC | | | |
| WITNESS | Douglas A. Momyer | | **Total** | **$1,012.25** |
| ePlus Inc.  v.  Lawson Software, Inc. | | | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 127 | Copy of Transcript | 3.95 | 501.65 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 35.00 | 35.00 |
| 184 | CD B&W Scanning | 0.15 | 27.60 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 92 | Exhibit Copies | 0.25 | 23.00 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Summation TranSend | 50.00 | 50.00 |
| 1 | Shipping | 50.00 | 50.00 |
| 1 | DVD Set-up | 70.00 | 70.00 |
| 2 | Mpeg 2 Per Hour | 75.00 | 150.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES

4305 BRYANT AVE. S. • MINNEAPOLIS, MN  55409  612/823-2100 • FAX 612/823-6100

**PLEASE REMIT CHECK TO:**      **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

prosystemsweb.com

**EMAIL** accounting@prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

Thank you for using **PRO-SYSTEMS**



# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

Phone: 612.823.2100
Fax:    612.823.6100
Email:  bciccone@prosystemsweb.com

# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185 5878 | COD | 12/16/2009 | dc91216far2 |

**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Denise Anderson

| SERVICE PROVIDED | Court Reporting % Videotaping | | JOB DATE | 12/16/2009 |
|---|---|---|---|---|
| COURT REPORTER | DC | | | |
| WITNESS | Kenneth Gary Farber | | **Total** | **$1,970.50** |
| ePlus Inc.  v.  Lawson Software, Inc. | | | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 200 | Copy of Transcript | 3.95 | 790.00 |
| 200 | 8 Days Expedited Copy of Transcript | 1.19 | 238.00 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 35.00 | 35.00 |
| 400 | CD B&W Scanning | 0.15 | 60.00 |
| 200 | Exhibit Copies | 0.25 | 50.00 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Summation TranSend | 50.00 | 50.00 |
| 1 | Shipping | 57.50 | 57.50 |
| 3 | DVD Set-up | 70.00 | 210.00 |
| 5 | Mpeg 2 Per Hour | 75.00 | 375.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES

4305 BRYANT AVE. S. • MINNEAPOLIS, MN  55409  612/823-2100 • FAX 612/823-6100

**PLEASE REMIT CHECK TO:**     **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

**EMAIL**  accounting@prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

Thank you for using **PRO-SYSTEMS**

# PRO-SYSTEMS

COURT REPORTING & VIDEO SERVICE
4305 BRYANT AVENUE SOUTH
MINNEAPOLIS, MN 55409
Phone: 612.823.2100
Fax: 612.823.6100
Email: bciccone@prosystemsweb.com


prosystemsweb.com

# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185 5878 | COD | 12/17/2009 | mn91217far2 |

PAID

**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Denise Anderson

| SERVICE PROVIDED | Court Reporting % Videotaping | | JOB DATE | 12/17/2009 |
|---|---|---|---|---|
| COURT REPORTER | DC | | | |
| WITNESS | Kenneth Gary Farber | | **Total** | $2,594.54 |
| ePlus Inc. v. Lawson Software, Inc. | | | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 201 | Copy of Transcript | 3.95 | 793.95 |
| 201 | 8 Days Expedited Copy of Transcript | 1.19 | 239.19 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 35.00 | 35.00 |
| 382 | CD B&W Oversized Scanning | 0.80 | 305.60 |
| 276 | CD Color Scanning | 0.60 | 165.60 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 186 | Exhibit Copies Color | 1.20 | 223.20 |
| 138 | Exhibit Copies | 0.25 | 34.50 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Summation TranSend | 50.00 | 50.00 |
| 1 | Shipping | 57.50 | 57.50 |
| 3 | DVD Set-up | 70.00 | 210.00 |
| 5 | Mpeg 2 Per Hour | 75.00 | 375.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES
4305 BRYANT AVE. S. • MINNEAPOLIS, MN 55409 612/823-2100 • FAX 612/823-6100

**PLEASE REMIT CHECK TO:**

**PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN 55409**

**EMAIL** accounting@prosystemsweb.com


prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

**Thank you for using PRO-SYSTEMS**

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

Phone: 612.823.2100
Fax:     612.823.6100
Email:   bciccone@prosystemsweb.com



# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185-5878 | Net 30 | 4/26/2010 | pa100426ol2 |

**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Florence McKeon

| SERVICE PROVIDED | Court Reporting & Videotaping | | JOB DATE | 4/26/2010 |
|---|---|---|---|---|
| COURT REPORTER | Pennsylvania | | | |
| WITNESS | Johanna O'laughlin | | **Total** | **$794.65** |
| ePlus Inc.  v.  Lawson Software, Inc. | | | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 50 | Copy of Transcript | 3.65 | 182.50 |
| 50 | Rough Draft | 1.75 | 87.50 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 50.00 | 50.00 |
| 326 | CD B&W Scanning | 0.15 | 48.90 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 163 | Exhibit Copies | 0.25 | 40.75 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Summation TranSend | 50.00 | 50.00 |
| 1 | Shipping/Fed Ex | 15.00 | 15.00 |
| 2 | DVD Set-up | 70.00 | 140.00 |
| 1 | Mpeg 1 Per Hour | 75.00 | 75.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |

 **PRO-SYSTEMS** COURT REPORTING & VIDEO SERVICES

4305 BRYANT AVE. S. • MINNEAPOLIS, MN  55409  612/823-2100 • FAX 612/823-6100

**PLEASE REMIT CHECK TO:**      **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**



**EMAIL**  accounting@prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

Thank you for using **PRO-SYSTEMS**

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

Phone: 612.823.2100
Fax:     612.823.6100
Email:   bciccone@prosystemsweb.com



prosystemsweb.com

# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185-5878 | Net 30 | 5/11/2010 | ny100511wi2 |

**PAID**

**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Florence McKeon

| SERVICE PROVIDED | Court Reporting & Videotaping | JOB DATE | 5/11/2010 |
|---|---|---|---|
| COURT REPORTER | New York | | |
| WITNESS | Gerard Wissing | **Total** | **$634.50** |
| ePlus Inc.  v.  Lawson Software, Inc. | | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 87 | Copy of Transcript | 3.60 | 313.20 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 50.00 | 50.00 |
| 292 | CD B&W Scanning | 0.15 | 43.80 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 146 | Exhibit Copies | 0.25 | 36.50 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Summation TranSend | 50.00 | 50.00 |
| 1 | Shipping | 36.00 | 36.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES

4305 BRYANT AVE. S. • MINNEAPOLIS, MN  55409  612/823-2100 • FAX 612/823-6100

**PLEASE REMIT CHECK TO:**     **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

**EMAIL**  accounting@prosystemsweb.com



prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

**Thank you for using PRO-SYSTEMS**

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

Phone: 612.823.2100
Fax:   612.823.6100
Email:  bciccone@prosystemsweb.com



# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185 5878 | Net 30 | 5/18/2010 | dc100518fa2 |



**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Melanie Hayes

| SERVICE PROVIDED | CourtReporting & VideoTaping | | JOB DATE | 5/18/2010 |
|---|---|---|---|---|
| COURT REPORTER | DC | | | |
| WITNESS | Kenneth Gary Farber | | **Total** | $2,508.97 |
| ePlus Inc.  v.  Lawson Software, Inc. | | | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 194 | Copy of Transcript | 3.95 | 766.30 |
| 194 | 6 Days Expedited Copy of Transcript | 1.50 | 291.00 |
| 194 | Rough Draft | 1.75 | 339.50 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 50.00 | 50.00 |
| 978 | CD B&W Scanning | 0.15 | 146.70 |
| 16 | CD Color Scanning | 0.60 | 9.60 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 505 | Exhibit Copies | 0.25 | 126.25 |
| 1 | Miscellaneous Supplies | 36.00 | 36.00 |
| 1 | Summation TranSend | 50.00 | 50.00 |
| 1 | Shipping | 73.24 | 73.24 |
| 2 | DVD Set-up | 70.00 | 140.00 |
| 5 | Mpeg 1 Per Hour | 75.00 | 375.00 |
| | Mn Group Sales Tax | 7.00% | 20.38 |



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES

4305 BRYANT AVE. S. • MINNEAPOLIS, MN  55409  612/823-2100 • FAX 612/823-6100

**PLEASE REMIT CHECK TO:**      **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

**EMAIL**  accounting@prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

**Thank you for using PRO-SYSTEMS**



# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

Phone: 612.823.2100
Fax:    612.823.6100
Email:  bciccone@prosystemsweb.com

# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185 5878 | Net 30 | 5/26/2010 | dc100526me2 |

**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Melanie Hayes

| SERVICE PROVIDED | CourtReporting & VideoTaping | | JOB DATE | 5/26/2010 |
|---|---|---|---|---|
| COURT REPORTER | DC | | | |
| WITNESS | Steven J. Mencarini | | **Total** | **$1,918.25** |
| ePlus Inc.  v.  Lawson Software, Inc. | | | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 136 | Copy of Transcript | 3.95 | 537.20 |
| 136 | Rough Draft | 1.75 | 238.00 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 50.00 | 50.00 |
| 1,382 | CD B&W Scanning | 0.15 | 207.30 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 691 | Exhibit Copies | 0.25 | 172.75 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Summation TranSend | 50.00 | 50.00 |
| 1 | Shipping | 97.00 | 97.00 |
| 2 | DVD Set-up | 70.00 | 140.00 |
| 4 | Mpeg 1 Per Hour | 75.00 | 300.00 |
| | Mn Group Sales Tax | 7.00% | 21.00 |



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES

4305 BRYANT AVE. S. • MINNEAPOLIS, MN  55409  612/823-2100 • FAX 612/823-6100

PLEASE REMIT CHECK TO:      **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

**EMAIL**  accounting@prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

Thank you for using **PRO-SYSTEMS**

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

Phone: 612.823.2100
Fax:    612.823.6100
Email:  bciccone@prosystemsweb.com



# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|------------|-------|------|-------------|
| 41-185 5878 | Net 30 | 6/4/2010 | dc100604ta2 |

**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Melanie Hayes

| SERVICE PROVIDED | CourtReporting & VideoTaping | | JOB DATE | 6/4/2010 |
|---|---|---|---|---|
| COURT REPORTER | DC | | | |
| WITNESS | Gene Tabachnick | | **Total** | |
| ePlus Inc.  v.  Lawson Software, Inc. | | | | $780.06 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 30 | Copy of Transcript | 3.95 | 118.50 |
| 30 | 3 Days Expedited Copy of Transcript | 3.16 | 94.80 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 50.00 | 50.00 |
| 220 | CD B&W Scanning | 0.15 | 33.00 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 110 | Exhibit Copies | 0.25 | 27.50 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Summation TranSend | 100.00 | 100.00 |
| 1 | Shipping | 31.00 | 31.00 |
| 2 | DVD Set-up | 70.00 | 140.00 |
| 1 | Mpeg 1 Per Hour | 75.00 | 75.00 |
| | Mn Group Sales Tax | 7.00% | 5.26 |



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES
**4305 BRYANT AVE. S. • MINNEAPOLIS, MN  55409  612/823-2100 • FAX 612/823-6100**

**PLEASE REMIT CHECK TO:**      **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

**EMAIL**  accounting@prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

Thank you for using **PRO-SYSTEMS**



# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN 55409**

Phone: 612.823.2100
Fax:    612.823.6100
Email:  bciccone@prosystemsweb.com



# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185 5878 | Net 30 | 6/15/2010 | dc100615ma2 |

**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Melanie Hayes

| SERVICE PROVIDED | CourtReporting & VideoTaping | JOB DATE | 6/15/2010 |
|---|---|---|---|
| COURT REPORTER | DC | | |

| WITNESS | Harry F. Manbeck, Jr. | **Total** | **$1,872.15** |
|---|---|---|---|
| ePlus Inc.  v.  Lawson Software, Inc. | | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 155 | Copy of Transcript | 3.75 | 581.25 |
| 155 | 2 Days Expedited Copy of Transcript | 3.00 | 465.00 |
| 155 | Realtime Reporting Page | 2.25 | 348.75 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 50.00 | 50.00 |
| 178 | CD B&W Scanning | 0.15 | 26.70 |
| 6 | CD Color Scanning | 0.60 | 3.60 |
| 1 | Condensed Transcript | 50.00 | 50.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 3 | Exhibit Copies Color | 1.20 | 3.60 |
| 89 | Exhibit Copies | 0.25 | 22.25 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Shipping | 36.00 | 36.00 |
| 2 | DVD Set-up | 70.00 | 140.00 |
| 1 | Mpeg 1 Per Hour | 75.00 | 75.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |



# PRO-SYSTEMS
COURT REPORTING & VIDEO SERVICES
4305 BRYANT AVE. S. • MINNEAPOLIS, MN 55409  612/823-2100 • FAX 612/823-6100

**PLEASE REMIT CHECK TO:**

**PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN 55409**



**EMAIL**  accounting@prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

Thank you for using **PRO-SYSTEMS**

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

Phone: 612.823.2100
Fax:     612.823.6100
Email:  bciccone@prosystemsweb.com


prosystemsweb.com

# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185 5878 | Net 30 | 6/22/2010 | ma100622ma2 |



**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Melanie Hayes

| SERVICE PROVIDED | CourtReporting & VideoTaping | JOB DATE | 6/22/2010 |
|---|---|---|---|
| COURT REPORTER | Massachusettes | | |

| WITNESS | Russell Mangum III, Ph.D | | |
|---|---|---|---|
| ePlus Inc.  v.  Lawson Software, Inc. | | **Total** | **$4,799.00** |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 326 | Copy of Transcript | 3.50 | 1,141.00 |
| 326 | 5 Days Expedited Copy of Transcript | 2.80 | 912.80 |
| 326 | Rough Draft | 1.50 | 489.00 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 50.00 | 50.00 |
| 1,688 | CD B&W Scanning | 0.15 | 253.20 |
| 46 | CD Color Scanning | 0.60 | 27.60 |
| 1 | Condensed Transcript | 50.00 | 50.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 23 | Exhibit Copies Color | 1.20 | 27.60 |
| 844 | Exhibit Copies Color | 1.20 | 1,012.80 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Summation/LEF | 100.00 | 100.00 |
| 2 | DVD Set-up | 70.00 | 140.00 |
| 7 | Mpeg 1 Per Hour | 75.00 | 525.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES
4305 BRYANT AVE. S. • MINNEAPOLIS, MN  55409  612/823-2100 • FAX 612/823-6100

**PLEASE REMIT CHECK TO:**   **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

**EMAIL**  accounting@prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

**Thank you for using PRO-SYSTEMS**

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55405**

Phone: 612.823.2100
Fax:     612.823.6100
Email:  bciccone@prosystemsweb.com



# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 4I-185 5878 | Net 30 | 7/1/2010 | dc100618ni2 |

**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Melanie Hayes

| SERVICE PROVIDED | CourtReporting & VideoTaping | | JOB DATE | 7/1/2010 |
|---|---|---|---|---|
| COURT REPORTER | DC | | | |
| WITNESS | Patrick D. Niemeyer | | **Total** | **$1,729.60** |
| ePlus Inc.  v.  Lawson Software, Inc. | | | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 144 | Copy of Transcript | 3.75 | 540.00 |
| 144 | 5 Days Expedited Copy of Transcript | 2.25 | 324.00 |
| 144 | Rough Draft | 1.75 | 252.00 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 50.00 | 50.00 |
| 184 | CD B&W Scanning | 0.15 | 27.60 |
| 1 | Condensed Transcript | 50.00 | 50.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 92 | Exhibit Copies | 0.25 | 23.00 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Shipping | 28.00 | 28.00 |
| 2 | DVD Set-up | 70.00 | 140.00 |
| 3 | Mpeg 1 Per Hour | 75.00 | 225.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES
4305 BRYANT AVE. S. • MINNEAPOLIS, MN  55409  612/823-2100 • FAX 612/823-6100

PLEASE REMIT CHECK TO:     **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

EMAIL  accounting@prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

Thank you for using **PRO-SYSTEMS**

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

Phone: 612.823.2100
Fax:    612.823.6100
Email:  bciccone@prosystemsweb.com



# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185 5878 | Net 30 | 7/1/2010 | dc100622hi2 |

**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Melanie Hayes

| SERVICE PROVIDED | CourtReporting & VideoTaping | | JOB DATE | 7/1/2010 |
|---|---|---|---|---|
| COURT REPORTER | DC | | | |
| WITNESS | Brooks L. Hilliard | | **Total** | |
| ePlus Inc.  v.  Lawson Software, Inc. | | | | $3,110.39 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 223 | Copy of Transcript | 3.75 | 836.25 |
| 223 | 3 Days Expedited Copy of Transcript | 2.63 | 586.49 |
| 223 | Rough Draft | 1.75 | 390.25 |
| 1 | CD | 50.00 | 50.00 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1,216 | CD B&W Scanning | 0.15 | 182.40 |
| 1 | Condensed Transcript | 50.00 | 50.00 |
| 1 | Email Transcript | 35.00 | 35.00 |
| 608 | Exhibit Copies | 0.25 | 152.00 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Shipping | 28.00 | 28.00 |
| 2 | DVD Set-up | 70.00 | 140.00 |
| 7 | Mpeg 1 Per Hour | 75.00 | 525.00 |
| 1 | Summation/LEF | 100.00 | 100.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES

4305 BRYANT AVE. S. • MINNEAPOLIS, MN  55409  612/823-2100 • FAX 612/823-6100

**PLEASE REMIT CHECK TO:**      **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

**EMAIL**  accounting@prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

Thank you for using **PRO-SYSTEMS**

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN 55409**

Phone: 612.823.2100
Fax: 612.823.6100
Email: bciccone@prosystemsweb.com



# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185 5878 | Net 30 | 7/20/2010 | va100720we2 |

**SOLD TO**

Goodwin Proctor, LLP
901 New York Avenue, NW
Washington, DC 20001
Attn: Melanie Hayes

| SERVICE PROVIDED | CourtReporting & VideoTaping | | JOB DATE | 7/20/2010 |
|---|---|---|---|---|
| COURT REPORTER | Virginia | | | |

| WITNESS | Alfred Weaver Ph.D Vol I | **Total** | |
|---|---|---|---|
| ePlus Inc. v. Lawson Software, Inc. | | | $2,636.35 |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 142 | Copy of Transcript | 4.40 | 624.80 |
| 142 | 5 Days Expedited Copy of Transcript | 2.64 | 374.88 |
| 142 | Realtime Reporting Page | 2.25 | 319.50 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 50.00 | 50.00 |
| 2,010 | CD B&W Scanning | 0.15 | 301.50 |
| 12 | CD Color Scanning | 0.60 | 7.20 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | Email Transcript | 50.00 | 50.00 |
| 6 | Exhibit Copies Color | 1.20 | 7.20 |
| 1,005 | Exhibit Copies | 0.25 | 251.25 |
| 1 | Miscellaneous Supplies | 20.00 | 20.00 |
| 1 | Summation/LEF | 100.00 | 100.00 |
| 1 | Shipping | 40.02 | 40.02 |
| 2 | DVD Set-up | 70.00 | 140.00 |
| 4 | Mpeg 1 Per Hour | 75.00 | 300.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES

4305 BRYANT AVE. S. • MINNEAPOLIS, MN 55409 612/823-2100 • FAX 612/823-6100

**PLEASE REMIT CHECK TO:** **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN 55409**

**EMAIL** accounting@prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

## Thank you for using PRO-SYSTEMS

# PRO-SYSTEMS

**COURT REPORTING & VIDEO SERVICE**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

Phone:  612.823.2100
Fax:     612.823.6100
Email:  bciccone@prosystemsweb.com


prosystemsweb.com

# INVOICE

| TAX ID NO. | TERMS | DATE | INVOICE NO. |
|---|---|---|---|
| 41-185 5878 | Net 30 | 7/21/2010 | va100721we2 |

**PAID**

| SOLD TO |
|---|
| Goodwin Proctor, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>Attn: Melanie Hayes |

| SERVICE PROVIDED | CourtReporting & VideoTaping | JOB DATE | 7/21/2010 |
|---|---|---|---|
| COURT REPORTER | Virginia | | |
| WITNESS | Alfred Weaver, Ph.D | **Total** | **$2,739.20** |
| ePlus Inc.   v.   Lawson Software, Inc. | | | |

| QUANTITY | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|
| 150 | Copy of Transcript | 3.75 | 562.50 |
| 150 | 5 Days Expedited Copy of Transcript | 2.25 | 337.50 |
| 150 | Realtime Reporting Page | 2.25 | 337.50 |
| 1 | ASCII Disk | 15.00 | 15.00 |
| 1 | CD | 50.00 | 50.00 |
| 2,628 | CD B&W Scanning | 0.15 | 394.20 |
| 20 | CD Color Scanning | 0.60 | 12.00 |
| 1 | Condensed Transcript | 35.00 | 35.00 |
| 1 | Email Transcript | 50.00 | 50.00 |
| 10 | Exhibit Copies Color | 1.20 | 12.00 |
| 1,314 | Exhibit Copies | 0.25 | 328.50 |
| 1 | Miscellaneous Supplies | 25.00 | 25.00 |
| 1 | Summation/LEF | 100.00 | 100.00 |
| 1 | Shipping | 40.00 | 40.00 |
| 2 | DVD Set-up | 70.00 | 140.00 |
| 4 | Mpeg 1 Per Hour | 75.00 | 300.00 |
| | Mn Group Sales Tax | 7.00% | 0.00 |



# PRO-SYSTEMS COURT REPORTING & VIDEO SERVICES

4305 BRYANT AVE. S. • MINNEAPOLIS, MN  55409  612/823-2100 • FAX 612/823-6100

**PLEASE REMIT CHECK TO:**       **PRO-SYSTEMS**
**4305 BRYANT AVENUE SOUTH**
**MINNEAPOLIS, MN  55409**

**EMAIL**  accounting@prosystemsweb.com


prosystemsweb.com

An interest rate of 1.3% will be charged after 30 days.

Thank you for using **PRO-SYSTEMS**