# EXHIBIT D
# (Part 2)

*12 — 18*

From:
Sent:
To:
Cc:
Subject: Ticketed itinerary for KENNETH FARBER on 1/2/11 to Richmond - Trip out of policy
Attachments: ItineraryML1PBM_22DEC.pdf

Destinations Unlimited inc.
5020 Council Street NE
Cedar Rapids, IA 52402
Leisure:(319) 393-1359/Corp:(319) 366-8904
Website: www.duagency.com

Wednesday, 22DEC 2010 10:13 AM EST
**Passengers:** KENNETH FARBER
Agency Record Locator: ML1PBM

Check www.viewtrip.com/duagency to view your most current itinerary or ETicket receipt on-line.

Purpose of trip: LEGAL ISSUES - TRIAL

THIS IS A REMINDER TO BOOK YOUR HOTEL
RETRIEVE YOUR TRIP ON-LINE AND CLICK ADD HOTEL.

| AIR | Sunday, 2JAN 2011 | | |
|-----|-------------------|---|---|
| | **Continental Airlines** | **Flight Number:** 2338 | Class: M-Coach/Economy |
| | **From:** Newark NJ, USA | **Depart:** 09:30 PM | |
| | **To:** Richmond VA, USA | **Arrive:** 10:51 PM | |
| | Stops: 0 | Duration: 1 hour(s) 21 minute(s) | |
| | Seats: | Status: CONFIRMED | Miles: 278 |
| | Equipment: Embraer Jet | | |
| | DEPARTS EWR TERMINAL A | | |
| | Operated By: EXPRESSJET AIRLINES INC DBA CO EXP | | |
| | Frequent Flyer Number: | | |
| | Continental Airlines Confirmation number is | | |

| AIR | Saturday, 8JAN 2011 | | |
|-----|---------------------|---|---|
| | **Continental Airlines** | **Flight Number:** 3066 | Class: V-Coach/Economy |
| | **From:** Richmond VA, USA | **Depart:** 06:21 AM | |
| | **To:** Newark NJ, USA | **Arrive:** 07:30 AM | |
| | Stops: 0 | Duration: 1 hour(s) 9 minute(s) | |
| | Seats: | Status: CONFIRMED | Miles: 278 |
| | Equipment: Embraer Jet | | |
| | ARRIVES EWR TERMINAL A | | |
| | Operated By: EXPRESSJET AIRLINES INC DBA CO EXP | | |
| | Frequent Flyer Number: | | |
| | Continental Airlines Confirmation number is | | |

AFTER HOURS: 888-211-0456/REFERENCE CALLING CODE K8L
THERE IS A $17.00 FEE PER CALL FOR THIS SERVICE

1

***DESTINATIONS UNLIMITED 800-595-8904***

PASSENGER AGREED TO THE FLIGHT TIMES AND DATES AS BOOKED.
ADDITIONAL FEES APPLY IF YOU CALL FOR AGENT SUPPORT ON ONLINE BOOKING
TICKET IS NON REFUNDABLE BUT REUSABLE WITH A PENALTY/RESTRICTIONS

Ticket Information:

Ticket for:    KENNETH FARBER
Date issued:   12/22/10        Invoice nbr: ▓▓▓▓▓
Ticket Nbr:    ▓▓▓▓▓▓▓▓▓▓▓ Electronic: Yes        Amount: 548.40 USD
Charged to:    ▓▓▓▓▓▓▓▓▓

Svc fee for:   KENNETH FARBER
Date issued:   12/22/10
Document Nbr: ▓▓▓▓▓▓▓▓          Amount: 15.00 USD

                      Total Tickets:  548.40
                        Total Fees:   15.00
                      Total Amount:  563.40

Continental Airlines 24hr reservations: 1-800-525-0280

**Click here 24 hours in advance to get boarding passes on these carriers:**
Continental

A fee may apply for checked baggage. Visit airline website for details.

Thank You For Selecting Destinations Unlimited Inc.

1/17 - '29

**From:**
**Sent:**
**To:**
**Cc:**
**Subject:** Ticketed itinerary for KENNETH G FARBER on 1/17/11 to Richmond - Trip out of policy
**Attachments:** ItineraryRQJZ2O_13JAN.pdf

Destinations Unlimited inc.
5020 Council Street NE
Cedar Rapids, IA 52402
Leisure:(319) 393-1359/Corp:(319) 366-8904
Website: www.duagency.com

Thursday, 13JAN 2011 12:50 PM EST
Passengers: KENNETH G FARBER
Agency Record Locator: RQJZ2O

Check www.viewtrip.com/duagency to view your most current itinerary or ETicket receipt on-line.

Purpose of trip: TRIAL

THIS IS A REMINDER TO BOOK YOUR HOTEL
RETRIEVE YOUR TRIP ON-LINE AND CLICK ADD HOTEL.
THANK YOU
PATTI

| AIR | Monday, 17JAN 2011 | | |
|-----|--------------------|---|---|
| | **Continental Airlines** | **Flight Number:** 2457 | Class: B-Coach/Economy |
| | **From:** Newark NJ, USA | **Depart:** 08:30 AM | |
| | **To:** Richmond VA, USA | **Arrive:** 10:04 AM | |
| | Stops: 0 | **Duration:** 1 hour(s) 34 minute(s) | |
| | Seats: 07A | Status: CONFIRMED | Miles: 278 |
| | Equipment: Embraer Jet | | |
| | DEPARTS EWR TERMINAL A | | |
| | Operated By: EXPRESSJET AIRLINES INC DBA CO EXP | | |
| | Frequent Flyer Number: | | |
| | Continental Airlines Confirmation number is | | |

| AIR | Saturday, 22JAN 2011 | | |
|-----|---------------------|---|---|
| | **Continental Airlines** | **Flight Number:** 3066 | Class: B-Coach/Economy |
| | **From:** Richmond VA, USA | **Depart:** 06:21 AM | |
| | **To:** Newark NJ, USA | **Arrive:** 07:30 AM | |
| | Stops: 0 | **Duration:** 1 hour(s) 9 minute(s) | |
| | Seats: 07A | Status: CONFIRMED | Miles: 278 |
| | Equipment: Embraer Jet | | |
| | ARRIVES EWR TERMINAL A | | |
| | Operated By: EXPRESSJET AIRLINES INC DBA CO EXP | | |
| | Frequent Flyer Number: | | |
| | Continental Airlines Confirmation number is | | |

1

AFTER HOURS: 888-211-0456/EMERGENCY*S ONLY
THERE IS A $17.00 FEE PER CALL FOR THIS SERVICE
THIS IS AN ELECTRONIC TICKET
UPON CHECK-IN WITH THE AIRLINE TWO HOURS PRIOR TO DEPARTURE
PLEASE HAVE A CURRENT GOVERNMENT ISSUED PHOTO ID
CHANGES MAY BE MADE TO THIS NONREFUNDABLE TICKET PRIOR TO
SCHEDULED DEPARTURE FOR APPLICABLE PENALTY.
TICKET WILL HAVE NO VALUE ONCE SCHEDULED FLIGHT HAS DEPARTED
THANK YOU FOR SELECTING DESTINATIONS UNLIMITED INC
TRAVEL ARRANGEMENTS BY DIANE
PASSENGER AGREED TO THE FLIGHT TIMES AND DATES AS BOOKED.
ADDITIONAL FEES APPLY IF YOU CALL FOR AGENT SUPPORT ON ONLINE BOOKING

**Ticket Information:**

Ticket for:     KENNETHG FARBER
Date issued:   01/13/11      Invoice nbr: ~~███████~~
Ticket Nbr:    ~~███████████~~  Electronic: Yes        Amount: 957.40 USD
Exchange for: ~~████████~~   Issued: ~~██████████████~~   Orig fare: 957.40 USD
                                                      Penalty applied: 0.00 USD
                                                      Total Exchange: 0.00 USD

Charged to:    ~~████████████~~

Svc fee for:    KENNETH FARBER
Date issued:   01/13/11
Document Nbr: ~~██████████~~         Amount: 32.00 USD

                     Total Tickets:  0.00
                     Total Fees:   32.00
                     Total Amount: 32.00

Continental Airlines 24hr reservations: 1-800-525-0280

**Click here 24 hours in advance to get boarding passes on these carriers:**
Continental

A fee may apply for checked baggage. Visit airline website for details.

Thank You For Selecting Destinations Unlimited Inc.

**From:**

**Sent:**

**To:**

**Cc:**

**Subject:** Ticketed itinerary for KENNETH G FARBER on 1/29/11 to Newark

**Attachments:** ItineraryRQJZ2O_27JAN.pdf

Destinations Unlimited inc.
5020 Council Street NE
Cedar Rapids, IA 52402
Leisure:(319) 393-1359/Corp:(319) 366-8904
Website: www.duagency.com

Thursday, 27JAN 2011 11:04 AM EST

**Passengers: KENNETH G FARBER**

Agency Record Locator: RQJZ2O

Check www.viewtrip.com/duagency to view your most current itinerary or ETicket receipt on-line.

Purpose of trip: TRIAL

NO ADD/COLLECT TO CHANGE
DIANE

| AIR | Saturday, 29JAN 2011 | | |
|-----|----------------------|---|---|
| | **Continental Airlines** | **Flight Number:** 3066 | Class: B-Coach/Economy |
| | **From:** Richmond VA, USA | **Depart:** 06:21 AM | |
| | **To:** Newark NJ, USA | **Arrive:** 07:30 AM | |
| | Stops: 0 | Duration: 1 hour(s) 9 minute(s) | |
| | Seats: 07A - on request | Status: CONFIRMED | Miles: 278 |
| | Equipment: Embraer Jet | | |
| | ARRIVES EWR TERMINAL A | | |
| | Operated By: EXPRESSJET AIRLINES INC DBA CO EXP | | |
| | Frequent Flyer Number: | | |
| | * SEAT 7A | | |
| | Continental Airlines Confirmation number is DDWKG6 | | |

AFTER HOURS: 888-211-0456/EMERGENCY*S ONLY
THERE IS A $17.00 FEE PER CALL FOR THIS SERVICE
THIS IS AN ELECTRONIC TICKET
UPON CHECK-IN WITH THE AIRLINE TWO HOURS PRIOR TO DEPARTURE
PLEASE HAVE A CURRENT GOVERNMENT ISSUED PHOTO ID
CHANGES MAY BE MADE TO THIS NONREFUNDABLE TICKET PRIOR TO
SCHEDULED DEPARTURE FOR APPLICABLE PENALTY.
TICKET WILL HAVE NO VALUE ONCE SCHEDULED FLIGHT HAS DEPARTED
THANK YOU FOR SELECTING DESTINATIONS UNLIMITED INC
TRAVEL ARRANGEMENTS BY DIANE
PASSENGER AGREED TO THE FLIGHT TIMES AND DATES AS BOOKED.
ADDITIONAL FEES APPLY IF YOU CALL FOR AGENT SUPPORT ON ONLINE BOOKING

Ticket Information:

Ticket for:     KENNETH FARBER

1

Ticket Nbr: ▚▚▚▚▚▚▚  Electronic: Yes  Amount: 0.00 USD
Charged to: ▚▚▚▚▚▚

Svc fee for:  KENNETH FARBER
Date issued:
Document Nbr: ▚▚▚▚▚▚▚▚         Amount: 32.00 USD

Svc fee for:  KENNETH FARBER
Date issued:
Document Nbr: ▚▚▚▚▚▚▚         Amount: 32.00 USD

                           Total Tickets:  0.00
                              Total Fees:   64.00
                            Total Amount:  64.00

Continental Airlines 24hr reservations: 1-800-525-0280

**Click here 24 hours in advance to get boarding passes on these carriers:**
Continental

A fee may apply for checked baggage. Visit airline website for details.

Thank You For Selecting Destinations Unlimited Inc.

2

Concur XA - Itinerary View

3/23 - 3/26

Page 1 of 1

**Ticket Details**

| | | | |
|---|---|---|---|
| Purchased by | Kenneth Farber | Amount Paid | $995.40 |
| Primary Passenger | FARBER, KENNETH G | Airfare | $995.40 |
| Status | Purchased | Taxes and Landing Fees | $0.00 |
| Days Purchased In Advance | ▓▓ | Total Charges | $995.40 |
| Purchased On | ▓▓▓▓▓▓ | Ticket Number | ▓▓▓▓▓▓▓ |
| Reference Number | ▓▓▓▓▓▓▓ | | |

**Ticket Segments**

| Airline | Flight Number | Departure Date | Departure Airport | Departure City | Departure State | Departure Country | Arrival Airport | Arrival City | Arrival State | Arrival Country |
|---|---|---|---|---|---|---|---|---|---|---|
| Continental (CO) | 3066 | 03/26/2011 | Byrd Intl (RIC) | Richmond | VA | US | Newark Intl Arpt (EWR) | Newark | NJ | US |
| Continental (CO) | 2443 | 03/23/2011 | Newark Intl Arpt (EWR) | Newark | NJ | US | Byrd Intl (RIC) | Richmond | VA | US |

**Hotel Segments**

| Vendor | Property Name | City | State | Country | Arrival Date | Departure Date | Conf. Num | Room Booking Code | Number of Rooms | Number of Nights | Rate | Est. Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No records found. | | | | | | | | | | | | |

**Car Segments**

| Vendor | Pickup Date | Airport | City | State | Country | Dropoff Date | Conf. Num | Car Type | Rate Code | Number of Days | Rate | Est. Fees |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| No records found. | | | | | | | | | | | | |

**Taxi/Limo Reservations**

| Vendor | Provider | Pickup Date | Location | Conf. Num | Rate | Est. Fees |
|---|---|---|---|---|---|---|
| No records found. | | | | | | |

Close



**B. HILLIARD**

## INVOICE

INVOICE NUMBER: 431211

INVOICE DATE: February 2, 2011

TERMS: Net, 10 days.

TAX #: 86-0406362

TO: Goodwin Procter LLP
      Attn: Ms. Jennifer Albert
    901 New York Avenue NW
    Washington, DC 20001

RE: ePlus v. Lawson

> **Remit to:**
> **Business Automation**
> **9517 North 52nd Street**
> **Scottsdale, AZ 85253**



Invoice #431211, dated 2/2/2011, page 2

~~[redacted]~~

. . . . $ ~~[redacted]~~

Direct Expenses:

Shown in attached billings

Round trip airfare to Richmond. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      870.80
~~[redacted]~~ . . . . . . . . . $      ~~[redacted]~~
Ground transportation in Richmond. . . . . . . . . . . . . . . . . . . . . . . . . . . . $      67.00
Meals outside hotel in Richmond. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $      57.07

~~[redacted]~~ . . . . . . . . . . . $      ~~[redacted]~~
~~[redacted]~~ . . . . . . . . . . . $      ~~[redacted]~~
~~[redacted]~~ . . . . . . . . . . . $      ~~[redacted]~~

~~[redacted]~~ . . . . . . . . . . . $      ~~[redacted]~~

**DUE AND PAYABLE FEBRUARY 12, 2011**

Shown partially in attached billings
(remainder paid in cash, no receipt)

Authorized Signature _____

American Express US: Manage Your Card Account: Onlin...          https://online.americanexpress.com/myca/estmt/us/list.do...



American Express US: Manage Your Card Account: Onlin...          https://online.americanexpress.com/myca/estmt/us/list.do...



| Date | Description | Amount $ |
|------|-------------|----------|
| | 23219-1812 | |
| | UNITED STATES | |
| | Reference Number: 320110210049740184 | |
| | Dispute/Inquire about this charge | |
| | Category: Restaurant - Restaurant | PRINT |
| 01/18/2011 Tue | | |
| 01/16/2011 Sun | AIRPORT TAXI- MELIKTRICHMOND VA | 32.00 |
| | TAXICAB & LIMOUSINE | |
| | Doing Business As: MELIKTE AIRPORT TAXI | |
| | Merchant Address: 3507 SKIPPING ROCK PL | |
| | RICHMOND | Taxi |
| | VA | |
| | 23234 | |
| | UNITED STATES | |
| | Reference Number: 320110180015276125 | |
| | Dispute/Inquire about this charge | |
| | Category: Transportation - Taxis & Coach | PRINT |
| 01/16/2011 Sun | | |
| 01/16/2011 Sun | | |
| 01/16/2011 Sun | | |
| 01/15/2011 Sat | | |
| 01/15/2011 Sat | | |
| 01/15/2011 Sat | TARRANT'S 5429298036RICHMOND VA | 45.63 |
| | 8042250035 | |
| | TIP $7.00 | |
| | Doing Business As: TRAANT'S CAFE | |
| | Merchant Address: 1 W BROAD ST | Food |
| | RICHMOND | |
| | VA | |
| | 23220-4212 | |
| | UNITED STATES | |
| | Reference Number: 320110160495388104 | |
| | Dispute/Inquire about this charge | |
| | Category: Restaurant - Restaurant | PRINT |
| 01/14/2011 Fri | | |
| 01/12/2011 Wed | | |
| 01/12/2011 Wed | | |
| 01/08/2011 Sat | | |
| 01/07/2011 Fri | | |
| 01/04/2011 Tue | | |

1 - 25 of 25 Transactions

View Your Billing Statement For This Period

Interest Charge Calculation

| | |
|---|---|
| Previous Balance as of 01/07/11 | |
| Payments | |
| Charges | |
| Fees | |
| Interest Charged | |
| Credits | |
| New Balance | |
| Minimum Payment Due | |

Closing Date: 02/04/11

Increase your credit limit

Dispute/Inquire about account activity

\* Indicates posting date

Payment Due Date: 03/01/11   PAY BILL

2 of 3                                                                4/14/11 9:24 AM

American Express US: Manage Your Card Account: Onlin...          https://online.americanexpress.com/myca/estmt/us/list.do...

FEEDBA

**American Express Cards**

Personal Cards
Small Business Cards
Corporate Cards
Gift Cards
Reloadable Cards

**More Products & Services**

Membership Rewards® Program
Savings Accounts & CDs
Accept Our Cards
Business Apps
Mobile Services

**Protection Services**

Credit Scores & Reports
Financial Tools
Fraud Protection Center
Learn About Credit
Travel Protection

**Company Information**

About American Express
Contact Us
Careers
Site Map
Connect

Terms of Service | Privacy Statement | Card Agreements
All users of our online services subject to Privacy Statement and agree to be bound by Terms of Service. Please read.

© 2011 American Express Company. All rights reserved.

Identifier: ▓▓▓▓▓
From: <reservations@email-usairways.com>
To: ▓▓▓▓▓▓▓
Date: Sat, 8 Jan 2011 16:41:08 -0700
Subject: Your US Airways flight
X-OriginalArrivalTime: 08 Jan 2011 23:41:09.0331 (UTC) FILETIME=[86945A30:01CBAF8D]
X-pstn-neptune: 0/0/0.00/0
X-pstn-levels:    (S:63.84278/99.90000 CV:99.9000 FC:95.5390 LC:95.5390 R:95.9108 P:95.9108 M:97.0282
C:98.6951 )
X-pstn-settings: 4 (1.5000:1.5000) s cv gt3 gt2 gt1 r p m
X-pstn-addresses: from <reservations@email-usairways.com> [3549/143]



**US AIRWAYS**                                                    Your reservation

| Book travel | Travel tools | Dividend Miles | Specials | US Airways Vacations |

## Confirmation code:  GQSW1Q
Date issued:   Saturday, January 08, 2011

▪ New baggage policy

Scan at any US Airways kiosk to check in.

### Passengers

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Brooks Louis Hilliard | ▓▓▓▓▓ | ▓▓▓▓▓ | |

ONLY IN LAS VEGAS | AT BELLAGIO
**PURCHASE TICKETS**

Up to 30% off
plus earn **TRIPLE MILES**   **Budget** ▸ GO

### Trip details   ⬇ Download to Outlook

Depart:  Phoenix, AZ  (PHX)  →  Richmond, VA  (RIC)          **Date:** Saturday, January 15, 2011
**Status:** Active

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 304 | 11:15 AM PHX | 05:08 PM CLT | 3h 53m | Lunch | A321 | First | 3A |

Stop: Change plane in Charlotte, NC  (CLT)

| 3979 | 06:00 PM CLT | 07:09 PM RIC | 1h 9m | None | CRJ | Coach | 8C |

 US Airways

US Airways
Flight operated by US Airways
**Wi-Fi on board ($)**
Provided by Gogo™ Inflight Internet

2W  Flight operated by Air Wisconsin doing business as US Airways Express





Total travel cost (1 passengers)

| | |
|---|---|
| 1 Adult | $513.49 |
| Taxes + fees | $58.41 |

**Fare total**      **$571.90**   Refundable

**Total**      **$571.90**

↳ Charged to Brooks Hilliard

**Helpful links**

Manage your reservation

Join Dividend Miles

Airport information

Baggage policies

TSA regulations

Seated in an exit row? Read about checking in.




## Terms & conditions

- Ticket is non-transferable.
- Ticket is refundable.
- Changes can be made to this reservation without penalty. The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Checked baggage fees may apply.
- Air transportation on US Airways is subject to the US Airways Contract of Carriage. View this document in PDF format.
- Security regulations may require us to disclose to government agencies the data you provide to us in connection with this reservation.
- Changes to the country of origin are not permitted, except for changes between the United States and U.S. territories.
- Send US your compliments and/or complaints.

A STAR ALLIANCE MEMBER



4/14/2011

US Airways, 111 W. Rio Salado Pkwy, Tempe, AZ 85281 | Copyright US Airways 1996 - 2010. All rights reserved.

We are committed to protecting your privacy. Your information is kept private and confidential. For information about our privacy policy visit usairways.com. Please do not reply to this email, it is not monitored. If you'd like to contact us, please visit our website.

Identifier: 27389666
From: <reservations@email-usairways.com>
To: ▓▓▓▓▓▓▓▓▓▓▓▓▓
Date: Thu, 20 Jan 2011 20:11:30 -0700
Subject: Your US Airways flight info
X-OriginalArrivalTime: 21 Jan 2011 03:11:30.0863 (UTC) FILETIME=[E68E4BF0:01CBB918]
X-pstn-neptune: 0/0/0.00/0
X-pstn-levels:   (S:35.35069/99.90000 CV:99.9000 FC:95.5390 LC:95.5390 R:95.9108 P:95.9108 M:97.0282
C:98.6951 )
X-pstn-settings: 4 (1.5000:1.5000) s cv gt3 gt2 gt1 r p m
X-pstn-addresses: from <reservations@email-usairways.com> [3577/144]



**US AIRWAYS**                                             Your reservation

| Book travel | Travel tools | Dividend Miles | Specials | US Airways Vacations |

## Confirmation code:  F6RL10

Original date issued:  Thursday, January 20, 2011

New baggage policy

Scan at any US Airways kiosk to check in.

### Passengers

| Passenger name | Frequent flyer # (Airline) | Ticket number | Special needs |
|---|---|---|---|
| Brooks Louis Hilliard | ▓▓▓▓▓▓ | 03724171643275 | |

Day of departure phone: ▓▓▓▓▓▓          Email for receipt: ▓▓▓▓▓▓

Get the gift that's really going places ►     Treat yourself to a US Airways Club day pass ►

**Trip details**   Download to Outlook   Check in online

Depart:  Richmond, VA  (RIC) ⟶ Phoenix, AZ  (PHX)          Date: Friday, January 21, 2011
                                                            Status: Active

| Flight #/ Carrier | Depart | Arrive | Travel time | Meal | Aircraft | Cabin | Seats |
|---|---|---|---|---|---|---|---|
| 2615 YV | 09:20 AM RIC | 10:41 AM CLT | 1h 21m | None | CRJ 900 | Coach | 1C |

Stop: Change plane in Charlotte, NC  (CLT)

| 1509 | 11:21 AM CLT | 01:59 PM PHX | 4h 38m | In-flight Café | A321 | Coach | 5A |

US Airways    Flight operated by Mesa Airlines doing business as US Airways Express

US Airways
Flight operated by US Airways
**Wi-Fi on board ($)**
Provided by Gogo™ Inflight Internet


Give yourself peace of mind with Trip Insurance ▶


Book your car rental with US & drive away with more miles ▶


We'll get you there, now get a hotel room with US ▶

## Cost summary

Total travel cost (1 Passenger)

### New ticket (Non-refundable)

|  | Adult | Totals |
|---|---|---|
| Base fare | $259.53 | |
| Taxes and fees | $39.37 | |
| Subtotal | $298.90 | |
| Number of passengers | x 1 | |
| Total by passenger type | $298.90 | |
| **Total fare (All passengers)** | | **$298.90** |

You paid   $298.90

## Helpful links

**Helpful travel tools and tips**

Airport check-in times

Airport security information

Inflight internet

Exchange currency

US Airways Club

Seated in an exit row? Read about checking in.

**Your trip**

Manage flights

What to expect in the air

Baggage policies

Flight status



4/14/2011

 

**Terms & conditions**

- Ticket is non-transferable.
- Ticket is non-refundable.
- Unused tickets must be cancelled on the date of departure to retain value.
- Any change to this reservation, including flights, dates, or cities, is subject to a fee per passenger (according to the rules of the original fare). The new itinerary will be priced at the lowest available published fare at the time of change, which may result in a fare increase.
- Ticket expires one year from original date of issue. Unflown value expires one year from original date of issue.
- Checked baggage fees may apply.
- Air transportation on US Airways is subject to the US Airways Contract of Carriage. View this document in PDF format.
- Security regulations may require us to disclose to government agencies the data you provide to us in connection with this reservation.
- Changes to the country of origin are not permitted, except for changes between the United States and U.S. territories.
- Send US your compliments and/or complaints.



US Airways, 111 W. Rio Salado Pkwy, Tempe, AZ 85281 | Copyright US Airways 1996 - 2010. All rights reserved.

We are committed to protecting your privacy. Your information is kept private and confidential. For information about our privacy policy visit usairways.com. Please do not reply to this email, it is not monitored. If you'd like to contact us, please visit our website.

4/14/2011



AMERICAN EXPRESS

Prepared For
GOODWIN PROCTER LLP

Account Number

Closing Date
12/28/10

Page 175 of 237

**Activity Continued**   Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.   Reference Code   Foreign Spending   Amount $

| | | | | |
|---|---|---|---|---|
| 12/17/10. | UNITED AIRLINES     FARMERS BRNCHTX | | | 237.40 |
| | TKT# 0167941680701          12/16 | | | |
| | PASSENGER TICKET | | | |
| | JOHNSON/JAMES          UNITED AIRLINES | | | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | | | |
| | FROM | | | |
| | PITTSBURGH PA | | | |
| | TO          CARRIER CLASS | | | |
| | DULLES ARPT DC     UA   UA | | | |
| | TO | | | |
| | RICHMOND VA        UA   UA | | | |
| 12/17/10 | UNITED AIRLINES     FARMERS BRNCHTX | | | 237.40 |
| | TKT# 0167941680706          12/16 | | | |
| | PASSENGER TICKET | | | |
| | MOMYER/DOUGLAS          UNITED AIRLINES | | | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | | | |
| | FROM | | | |
| | PITTSBURGH PA | | | |
| | TO          CARRIER CLASS | | | |
| | DULLES ARPT DC     UA   UA | | | |
| | TO | | | |
| | RICHMOND VA        UA   UA | | | |

Continued on reverse



**AMERICAN EXPRESS**

| Prepared For | Account Number | Closing Date | Page 181 of 237 |
|---|---|---|---|
| GOODWIN PROCTER LLP | ████████████007 | 12/28/10 | |

**Activity Continued** — Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|

12/17/10   TRAVEL AGENCY SERVICEFARMERS BRNCHTX                                    30.00
           TKT# 8900542017028          12/16
           MISC CHARGE ORDER/PREPAID TICKET AUTHORITY
           JOHNSON/JAMES          TRAVEL AGENCY SERVICE F
           THE LAWYERS TRAVEL S    FARMERS BRNCH TX
           FROM
              NOT RECORDED
           TO              CARRIER CLASS
              NOT RECORDED

12/17/10   TRAVEL AGENCY SERVICEFARMERS BRNCHTX                                    30.00
           TKT# 8900542017029          12/16
           MISC CHARGE ORDER/PREPAID TICKET AUTHORITY
           JOHNSON/JAMES          TRAVEL AGENCY SERVICE F
           THE LAWYERS TRAVEL S    FARMERS BRNCH TX
           FROM
              NOT RECORDED
           TO              CARRIER CLASS
              NOT RECORDED

Continued on reverse

Prepared For

GOODWIN PROCTER LLP

Account Number

Page 174 of 237

**Activity Continued**   *Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|

12/1//10   DELTA AIR LINES        FARMERS BRNCHTX                                    588.40
           TKT# 0067941680702           12/16
           PASSENGER TICKET
           JOHNSON/JAMES              DELTA AIR LINES
           THE LAWYERS TRAVEL S      FARMERS BRNCH TX
           FROM
             RICHMOND VA
           TO              CARRIER CLASS
             DETROIT MI-WAYNE CO  DL   BA
           TO
             PITTSBURGH PA        DL   BA

12/17/10   DELTA AIR LINES        FARMERS BRNCHTX                                    588.40
           TKT# 0067941680707           12/16
           PASSENGER TICKET
           MOMYER/DOUGLAS            DELTA AIR LINES
           THE LAWYERS TRAVEL S      FARMERS BRNCH TX
           FROM
             RICHMOND VA
           TO              CARRIER CLASS
             DETROIT MI-WAYNE CO  DL   BA
           TO
             PITTSBURGH PA        DL   BA

Continued on next page



AMERICAN EXPRESS

Prepared For
GOODWIN PROCTER LLP

Account Number

Closing Date
12/28/10

Page 175 of 237

**Activity Continued**

*Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.*

Reference Code  Foreign Spending  Amount $

| 12/17/10 | UNITED AIRLINES        FARMERS BRNCHTX | 237.40 |
|          | TKT# 0167941680701                12/16 |        |
|          | PASSENGER TICKET |        |
|          | JOHNSON/JAMES           UNITED AIRLINES |        |
|          | THE LAWYERS TRAVEL S    FARMERS BRNCH TX |        |
|          | FROM |        |
|          |   PITTSBURGH PA |        |
|          | TO                      CARRIER CLASS |        |
|          |   DULLES ARPT DC        UA   UA |        |
|          | TO |        |
|          |   RICHMOND VA           UA   UA |        |
| 12/17/10 | UNITED AIRLINES        FARMERS BRNCHTX | 237.40 |
|          | TKT# 0167941680706                12/16 |        |
|          | PASSENGER TICKET |        |
|          | MOMYER/DOUGLAS          UNITED AIRLINES |        |
|          | THE LAWYERS TRAVEL S    FARMERS BRNCH TX |        |
|          | FROM |        |
|          |   PITTSBURGH PA |        |
|          | TO                      CARRIER CLASS |        |
|          |   DULLES ARPT DC        UA   UA |        |
|          | TO |        |
|          |   RICHMOND VA           UA   UA |        |

088 119 00077 R0449ANA    0 1

*Continued on reverse*

Prepared For

Account Number

Page 182 of 237

**GOODWIN PROCTER LLP**

| **Activity Continued** | **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 12/17/10 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX<br>TKT# 8900542017033          12/16<br>MISC CHARGE ORDER/PREPAID TICKET AUTHORITY<br>MOMYER/DOUGLAS          TRAVEL AGENCY SERVICE F<br>THE LAWYERS TRAVEL S    FARMERS BRNCH TX<br>FROM<br>    NOT RECORDED<br>TO          CARRIER CLASS<br>    NOT RECORDED | | | 30.00 |
| 12/17/10 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX<br>TKT# 8900542017034          12/16<br>MISC CHARGE ORDER/PREPAID TICKET AUTHORITY.<br>MOMYER/DOUGLAS          TRAVEL AGENCY SERVICE F<br>THE LAWYERS TRAVEL S    FARMERS BRNCH TX<br>FROM<br>    NOT RECORDED<br>TO          CARRIER CLASS<br>    NOT RECORDED | | | 30.00 |

*Continued on next page*

Prepared For

**GOODWIN PROCTER LLP**

Account Number

Page 174 of 237

**Activity Continued**   **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.**   Reference Code   Foreign Spending   Amount $



| | | | | | |
|---|---|---|---|---|---|
| 12/17/10 | DELTA AIR LINES | FARMERS BRNCHTX | | 06912420000 | 588.40 |
| | TKT# 0067941680702 | 12/16 | | | |
| | PASSENGER TICKET | | | | |
| | JOHNSON/JAMES | DELTA AIR LINES | | | |
| | THE LAWYERS TRAVEL S | FARMERS BRNCH TX | | | |
| | FROM | | | | |
| | RICHMOND VA | | | | |
| | TO | CARRIER CLASS | | | |
| | DETROIT MI-WAYNE CO | DL   BA | | | |
| | TO | | | | |
| | PITTSBURGH PA | DL   BA | | | |
| 12/17/10 | DELTA AIR LINES | FARMERS BRNCHTX | | 06912420000 | 588.40 |
| | TKT# 0067941680707 | 12/16 | | | |
| | PASSENGER TICKET | | | | |
| | MOMYER/DOUGLAS | DELTA AIR LINES | | | |
| | THE LAWYERS TRAVEL S | FARMERS BRNCH TX | | | |
| | FROM | | | | |
| | RICHMOND VA | | | | |
| | TO | CARRIER CLASS | | | |
| | DETROIT MI-WAYNE CO | DL   BA | | | |
| | TO | | | | |
| | PITTSBURGH PA | DL   BA | | | |

Continued on next page

**AMERICAN EXPRESS**

| Prepared For | Account Number | Closing Date | Page 187 of 237 |
|---|---|---|---|
| GOODWIN PROCTER LLP | | 12/28/10 | |

**Activity Continued**   *Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.*   Reference Code   Foreign Spending   Amount $

| 12/18/10 | UNITED AIRLINES      FARMERS BRNCHTX | 06912430000 | 681.40 |

TKT# 0167941680733          12/17
PASSENGER TICKET
KINROSS/ROBERT              UNITED AIRLINES
THE LAWYERS TRAVEL S    FARMERS BRNCH TX
FROM
  PITTSBURGH PA
TO                    CARRIER CLASS
  DULLES ARPT DC        UA   BU
TO
  RICHMOND VA           UA   BU

094 119 C

Continued on reverse

Prepared For
~~████████~~

Account Number
~~████████~~

Page 194 of 237

**GOODWIN PROCTER LLP**

| **Activity Continued** | | **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|
| 12/18/10 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX<br>TKT# 8900542031771          12/17<br>MISC CHARGE ORDER/PREPAID TICKET AUTHORITY<br>KINROSS/ROBERT          TRAVEL AGENCY SERVICE F<br>THE LAWYERS TRAVEL S     FARMERS BRNCH TX<br>FROM<br>    NOT RECORDED<br>TO          CARRIER CLASS<br>    NOT RECORDED | | ~~████~~ | | 30.00 |
| 12/18/10 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX<br>TKT# 8900542031772          12/17<br>MISC CHARGE ORDER/PREPAID TICKET AUTHORITY<br>KINROSS/ROBERT          TRAVEL AGENCY SERVICE F<br>THE LAWYERS TRAVEL S     FARMERS BRNCH TX<br>FROM<br>    NOT RECORDED<br>TO          CARRIER CLASS<br>    NOT RECORDED | | ~~████~~ | | 30.00 |

*Continued on next page*



AMERICAN EXPRESS

Prepared For
GOODWIN PROCTER LLP

Account Number

Closing Date
12/28/10

Page 185 of 237

**Activity Continued**   *Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.*   Reference Code   Foreign Spending   Amount $

| | | | |
|---|---|---|---|
| 12/18/10 | DELTA AIR LINES    FARMERS BRNCHTX | | 213.40 |
| | TKT# 0067941680717          12/17 | | |
| | PASSENGER TICKET | | |
| | NIEMEYER/PATRICK        DELTA AIR LINES | | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | | |
| | FROM | | |
| | ST LOUIS MO | | |
| | TO              CARRIER CLASS | | |
| | ATLANTA GA          DL   KA | | |
| | TO | | |
| | RICHMOND VA         DL   KA | | |
| 12/18/10 | DELTA AIR LINES    FARMERS BRNCHTX | | 787.40 |
| | TKT# 0067941680718          12/17 | | |
| | PASSENGER TICKET | | |
| | NIEMEYER/PATRICK        DELTA AIR LINES | | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | | |
| | FROM | | |
| | RICHMOND VA | | |
| | TO              CARRIER CLASS | | |
| | ATLANTA GA          DL   MA | | |
| | TO | | |
| | ST LOUIS MO         DL   HA | | |
| 12/18/10 | DELTA AIR LINES    FARMERS BRNCHTX | | 531.40 |
| | TKT# 0067941680734          12/17 | | |
| | PASSENGER TICKET | | |
| | KINROSS/ROBERT         DELTA AIR LINES | | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | | |
| | FROM | | |
| | RICHMOND VA | | |
| | TO              CARRIER CLASS | | |
| | DETROIT MI-WAYNE CO DL   BA | | |
| | TO | | |
| | PITTSBURGH PA       DL   BA | | |

R040ANA  00077

00347

(900)

*Continued on reverse*



AMERICAN EXPRESS

| Prepared For | Account Number | Closing Date | Page 185 of 237 |
|---|---|---|---|
| GOODWIN PROCTER LLP | | 12/28/10 | |

**Activity Continued**    *Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.*    Reference Code    Foreign Spending    Amount $

| | | | |
|---|---|---|---|
| 12/18/10 | DELTA AIR LINES       FARMERS BRNCHTX | | 213.40 |
| | TKT# 0067941680717          12/17 | | |
| | PASSENGER TICKET | | |
| | NIEMEYER/PATRICK          DELTA AIR LINES | | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | | |
| | FROM | | |
| | ST LOUIS MO | | |
| | TO              CARRIER CLASS | | |
| | ATLANTA GA        DL   KA | | |
| | TO | | |
| | RICHMOND VA        DL   KA | | |
| 12/18/10 | DELTA AIR LINES       FARMERS BRNCHTX | | 787.40 |
| | TKT# 0067941680718          12/17 | | |
| | PASSENGER TICKET | | |
| | NIEMEYER/PATRICK          DELTA AIR LINES | | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | | |
| | FROM | | |
| | RICHMOND VA | | |
| | TO              CARRIER CLASS | | |
| | ATLANTA GA        DL   MA | | |
| | TO | | |
| | ST LOUIS MO        DL   HA | | |
| 12/18/10 | DELTA AIR LINES       FARMERS BRNCHTX | | 531.40 |
| | TKT# 0067941680734          12/17 | | |
| | PASSENGER TICKET | | |
| | KINROSS/ROBERT          DELTA AIR LINES | | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | | |
| | FROM | | |
| | RICHMOND VA | | |
| | TO              CARRIER CLASS | | |
| | DETROIT MI-WAYNE CO DL   BA | | |
| | TO | | |
| | PITTSBURGH PA        DL   BA | | |

00347  R04A0A0A  00077

(060(

Continued on reverse

AMERICAN EXPRESS

| Prepared For | Account Number | Closing Date | Page 191 of 237 |
|---|---|---|---|
| GOODWIN PROCTER LLP | | 12/28/10 | |

## Activity Continued

*Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 12/18/10 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX | | | 30.00 |
| | TKT# 8900542017046          12/17 | | | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | | |
| | NIEMEYER/PATRICK          TRAVEL AGENCY SERVICE F | | | |
| | THE LAWYERS TRAVEL S     FARMERS BRNCH TX | | | |
| | FROM | | | |
| | NOT RECORDED | | | |
| | TO          CARRIER CLASS | | | |
| | NOT RECORDED | | | |
| 12/18/10 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX | | | 30.00 |
| | TKT# 8900542017047          12/17 | | | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | | |
| | NIEMEYER/PATRICK          TRAVEL AGENCY SERVICE F | | | |
| | THE LAWYERS TRAVEL S     FARMERS BRNCH TX | | | |
| | FROM | | | |
| | NOT RECORDED | | | |
| | TO          CARRIER CLASS | | | |
| | NOT RECORDED | | | |

Continued on reverse



AMERICAN EXPRESS

Prepared For
GOODWIN PROCTER LLP

Account Number

Closing Date
12/28/10

Page 185 of 237

**Activity Continued**   *Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.*   Reference Code   Foreign Spending   Amount $

| Date | | | | | | Amount |
|---|---|---|---|---|---|---|
| 12/18/10 | DELTA AIR LINES | FARMERS BRNCHTX | | | | 213.40 |
| | TKT# 0067941680717 | | 12/17 | | | |
| | PASSENGER TICKET | | | | | |
| | NIEMEYER/PATRICK | | DELTA AIR LINES | | | |
| | THE LAWYERS TRAVEL S | | FARMERS BRNCH TX | | | |
| | FROM | | | | | |
| | ST LOUIS MO | | | | | |
| | TO | CARRIER CLASS | | | | |
| | ATLANTA GA | DL KA | | | | |
| | TO | | | | | |
| | RICHMOND VA | DL KA | | | | |
| 12/18/10 | DELTA AIR LINES | FARMERS BRNCHTX | | | | 787.40 |
| | TKT# 0067941680718 | | 12/17 | | | |
| | PASSENGER TICKET | | | | | |
| | NIEMEYER/PATRICK | | DELTA AIR LINES | | | |
| | THE LAWYERS TRAVEL S | | FARMERS BRNCH TX | | | |
| | FROM | | | | | |
| | RICHMOND VA | | | | | |
| | TO | CARRIER CLASS | | | | |
| | ATLANTA GA | DL MA | | | | |
| | TO | | | | | |
| | ST LOUIS MO | DL MA | | | | |
| 12/18/10 | DELTA AIR LINES | FARMERS BRNCHTX | | | | 531.40 |
| | TKT# 0067941680734 | | 12/17 | | | |
| | PASSENGER TICKET | | | | | |
| | KINROSS/ROBERT | | DELTA AIR LINES | | | |
| | THE LAWYERS TRAVEL S | | FARMERS BRNCH TX | | | |
| | FROM | | | | | |
| | RICHMOND VA | | | | | |
| | TO | CARRIER CLASS | | | | |
| | DETROIT MI-WAYNE CO | DL BA | | | | |
| | TO | | | | | |
| | PITTSBURGH PA | DL BA | | | | |

00347  R04A0ANA  00077

(700)

Continued on reverse

**AMERICAN EXPRESS**

| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| ~~MIKE RISING/CLA~~ | ~~[redacted]~~ | 12/28/10 | Page 191 of 237 |
| GOODWIN PROCTER LLP | | | |

**Activity Continued**   Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.   Reference Code   Foreign Spending   Amount $

| | | |
|---|---|---|
| 12/18/10 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX | 30.00 |
| | TKT# 8900542017046              12/17 | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | |
| | NIEMEYER/PATRICK        TRAVEL AGENCY SERVICE F | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | |
| | FROM | |
| | NOT RECORDED | |
| | TO            CARRIER CLASS | |
| | NOT RECORDED | |
| 12/18/10 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX | 30.00 |
| | TKT# 8900542017047              12/17 | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | |
| | NIEMEYER/PATRICK        TRAVEL AGENCY SERVICE F | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | |
| | FROM | |
| | NOT RECORDED | |
| | TO            CARRIER CLASS | |
| | NOT RECORDED | |

Continued on reverse

| Prepared For | Account Number | Page 26 of 285 |
|---|---|---|
| GOODWIN PROCTER LLP | | |

| **Activity Continued** | **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

| 01/04/11 | AIRTRAN AIRWAYS        FARMERS BRNCHTX | | 473.40 |
|---|---|---|---|

```
TKT# 3327943387929              01/03
PASSENGER TICKET
NIEMEYER/PATRICK        AIRTRAN AIRWAYS
THE LAWYERS TRAVEL S    FARMERS BRNCH TX
FROM
  ST LOUIS MO
TO                  CARRIER CLASS
  ATLANTA GA            FL   JX
TO
  RICHMOND VA           FL   JX
```

| 01/04/11 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX | | 30.00 |
|---|---|---|---|

```
TKT# 8900542228709              01/03
MISC CHARGE ORDER/PREPAID TICKET AUTHORITY
WIESEN/DARYL L          TRAVEL AGENCY SERVICE F
THE LAWYERS TRAVEL S    FARMERS BRNCH TX
FROM
  NOT RECORDED
TO                  CARRIER CLASS
  NOT RECORDED
```

| 01/04/11 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX | | 30.00 |
|---|---|---|---|

```
TKT# 8900542228711              01/03
MISC CHARGE ORDER/PREPAID TICKET AUTHORITY
NIEMEYER/PATRICK        TRAVEL AGENCY SERVICE F
THE LAWYERS TRAVEL S    FARMERS BRNCH TX
FROM
  NOT RECORDED
TO                  CARRIER CLASS
  NOT RECORDED
```

Continued on next page



Prepared For

**GOODWIN PROCTER LLP**

Account Number

| Activity Continued | *Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 01/05/11 | US AIRWAYS          FARMERS BRNCHTX |  |  | 484.90 |
|  | TKT# 0377943387991            01/04 |  |  |  |
|  | PASSENGER TICKET |  |  |  |
|  | NIEMEYER/PATRICK        US AIRWAYS |  |  |  |
|  | THE LAWYERS TRAVEL S    FARMERS BRNCH TX |  |  |  |
|  | FROM |  |  |  |
|  | ST LOUIS MO |  |  |  |
|  | TO            CARRIER CLASS |  |  |  |
|  | CHARLOTTE NC     US    AA |  |  |  |
|  | TO |  |  |  |
|  | RICHMOND VA      US    AA |  |  |  |

Continued on next page

Prepared For

GOODWIN PROCTER LLP

Account Number

**Activity Continued**   ""Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| | Reference Code | Foreign Spending | Amount $ |

| Date | Description | Amount $ |
|------|-------------|----------|
| 01/05/11 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX | 30.00 |
| | TKT# 8900542313857                    01/04 | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | |
| | NIEMEYER/PATRICK        TRAVEL AGENCY SERVICE F | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | |
| | FROM | |
| |   NOT RECORDED | |
| | TO              CARRIER CLASS | |
| |   NOT RECORDED | |

Continued on next page

Prepared For

**GOODWIN PROCTER LLP**

Account Number

**Activity Continued**   *Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.*   Reference Code   Foreign Spending   Amount $

| | | | | |
|---|---|---|---|---|
| 01/07/11 | UNITED AIRLINES  FARMERS BRNCHTX | | | 276.40 |
| | TKT# 0167946497079  01/06 | | | |
| | PASSENGER TICKET | | | |
| | NIEMEYER/PATRICK  UNITED AIRLINES | | | |
| | THE LAWYERS TRAVEL S  FARMERS BRNCH TX | | | |
| | FROM | | | |
| | RICHMOND VA | | | |
| | TO  CARRIER CLASS | | | |
| | DULLES ARPT DC  UA  VA | | | |
| | TO | | | |
| | ST LOUIS MO  UA  VA | | | |

*Continued on next page*



Prepared For
GOODWIN PROCTER LLP

Account Number

Closing Date
01/28/11

## Activity Continued

**Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|

| 01/07/11 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX | | 30.00 |
| | TKT# 8900542408806          01/06 | | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | |
| | NIEMEYER/PATRICK        TRAVEL AGENCY SERVICE F | | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | | |
| | FROM | | |
| |   NOT RECORDED | | |
| | TO            CARRIER CLASS | | |
| |   NOT RECORDED | | |

*Continued on reverse*



Prepared For

GOODWIN PROCTER LLP

Account Number

Closing Date
01/28/11

Page 75 of 285

**Activity Continued**  **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.    Reference Code    Foreign Spending    Amount $

| 01/08/11 | DELTA AIR LINES | FARMERS BRNCHTX | | 276.40 |

TKT#: 0067946497112          01/07
PASSENGER TICKET
NIEMEYER/PATRICK          DELTA AIR LINES
THE LAWYERS TRAVEL S          FARMERS BRNCH TX
FROM
   ST LOUIS MO
TO          CARRIER CLASS
   ATLANTA GA          DL    QA
TO
   RICHMOND VA          DL    QA

00184 B0449ANA 00067          (000)

*Continued on reverse*

Prepared For

GOODWIN PROCTER LLP

Account Number 

**Activity Continued**   **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.**   Reference Code   Foreign Spending   Amount $

| 01/08/11 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX | | 30.00 |
| | TKT# 8900542427843          01/07 | | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | |
| | NIEMEYER/PATRICK      TRAVEL AGENCY SERVICE F | | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | | |
| | FROM | | |
| |    NOT RECORDED | | |
| | TO          CARRIER CLASS | | |
| |    NOT RECORDED | | |

Continued on next page

Account Number

Page 110 of 285

| Activity Continued | **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

| 01/13/11 | CONTINENTAL AIRLINES FARMERS BRNCHTX | | | 279.40 |
| | TKT#. 0057946497196            01/12 | | | |
| | PASSENGER TICKET | | | |
| | NIEMEYER/PATRICK          CONTINENTAL AIRLINES | | | |
| | THE LAWYERS TRAVEL S      FARMERS BRNCH TX | | | |
| | FROM | | | |
| |    RICHMOND VA | | | |
| | TO                 CARRIER CLASS | | | |
| |    CLEVELAND OH        CO    KA | | | |
| | TO | | | |
| |    ST LOUIS MO         CO    KA | | | |

Continued on next page

Prepared For

**GOODWIN PROCTER LLP**

Account Number

Page 112 of 285

| Activity Continued | **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

| 01/13/11 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX | | | 30.00 |
| | TKT# 8900542549962                01/12 | | | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | | |
| | NIEMEYER/PATRICK        TRAVEL AGENCY SERVICE F | | | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | | | |
| | FROM | | | |
| |  NOT RECORDED | | | |
| | TO              CARRIER CLASS | | | |
| |   NOT RECORDED | | | |

*Continued on next page*

Prepared For

Account Number

**GOODWIN PROCTER LLP**

| Activity Continued | **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|
| 01/15/11 | CONTINENTAL AIRLINES FARMERS BRNCHTX | | | 176.40 |
| | TKT# 0057948999052          01/14 | | | |
| | PASSENGER TICKET | | | |
| | JOHNSON/JAMES          CONTINENTAL AIRLINES | | | |
| | THE LAWYERS TRAVEL S      FARMERS BRNCH TX | | | |
| | FROM | | | |
| |   RICHMOND VA | | | |
| | TO          CARRIER CLASS | | | |
| |   CLEVELAND OH      CO   EA | | | |
| | TO | | | |
| |   PITTSBURGH PA      CO   EA | | | |

Continued on next page

AMERICAN
EXPRESS

Prepared For
GOODWIN PROCTER LLP

Account Number

Closing Date
01/28/11

Page 143 of 285

## Activity Continued
**Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| | Reference Code | Foreign Spending | Amount $ |

| | | | |

01/15/11   TRAVEL AGENCY SERVICEFARMERS BRNCHTX                                    30.00
           TKT# 8900542686053              01/14
           MISC CHARGE ORDER/PREPAID TICKET AUTHORITY
           JOHNSON/JAMES            TRAVEL AGENCY SERVICE F
           THE LAWYERS TRAVEL S     FARMERS BRNCH TX
           FROM
                NOT RECORDED
           TO                CARRIER CLASS
                NOT RECORDED

072 143 00067 R04A9ANA

01/15/11   TRAVEL AGENCY SERVICEFARMERS BRNCHTX                                    30.00
           TKT# 8900542686057              01/14
           MISC CHARGE ORDER/PREPAID TICKET AUTHORITY
           JOHNSON/JAMES            TRAVEL AGENCY SERVICE F
           THE LAWYERS TRAVEL S     FARMERS BRNCH TX
           FROM
                NOT RECORDED
           TO                CARRIER CLASS
                NOT RECORDED

00218 R04A9ANA 00067

(000)

*Continued on reverse*

Prepared For

GOODWIN PROCTER LLP

Account Number

| **Activity Continued** | **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details. | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

| 01/15/11 | JETBLUE ARC SALT LAKE CITY UT        015 | | | 295.40 |
| | TKT# 2797948999047              01/14 | | | |
| | PASSENGER TICKET | | | |
| | JOHNSON/JAMES          NOT RECORDED | | | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | | | |
| | FROM | | | |
| |    PITTSBURGH PA | | | |
| | TO            CARRIER CLASS | | | |
| |    BOSTON MA       B6   VH | | | |
| | TO | | | |
| |    RICHMOND VA     B6   BH | | | |

*Continued on next page*

| AMERICAN EXPRESS | Prepared For | Account Number | Closing Date | Page 143 of 285 |
|---|---|---|---|---|
| | GOODWIN PROCTER LLP | | 01/28/11 | |

**Activity Continued**   *Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

01/15/11    TRAVEL AGENCY SERVICEFARMERS BRNCHTX                                    30.00
            TKT# 8900542686053              01/14
            MISC CHARGE ORDER/PREPAID TICKET AUTHORITY
            JOHNSON/JAMES          TRAVEL AGENCY SERVICE F
            THE LAWYERS TRAVEL S    FARMERS BRNCH TX
            FROM
                NOT RECORDED
            TO            CARRIER CLASS
                NOT RECORDED

01/15/11    TRAVEL AGENCY SERVICEFARMERS BRNCHTX                                    30.00
            TKT# 8900542686057              01/14
            MISC CHARGE ORDER/PREPAID TICKET AUTHORITY
            JOHNSON/JAMES          TRAVEL AGENCY SERVICE F
            THE LAWYERS TRAVEL S    FARMERS BRNCH TX
            FROM
                NOT RECORDED
            TO            CARRIER CLASS
                NOT RECORDED

*Continued on reverse*





| Prepared For | Account Number | Closing Date | Page 131 of 285 |
|---|---|---|---|
| GOODWIN PROCTER LLP | | 01/28/11 | |

## Activity Continued

*Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|

| 01/15/11 | UNITED AIRLINES     FARMERS BRNCHTX | | 352.80 |
|---|---|---|---|
| | TKT# 0167948999010            01/14 | | |
| | PASSENGER TICKET | | |
| | MOMYER/DOUGLAS        UNITED AIRLINES | | |
| | THE LAWYERS TRAVEL S    FARMERS BRNCH TX | | |
| | FROM | | |
| | PITTSBURGH PA | | |
| | TO          CARRIER CLASS | | |
| | DULLES ARPT DC    UA   QA | | |
| | TO | | |
| | RICHMOND VA       UA   QA | | |
| | TO | | |
| | DULLES ARPT DC    UA   QA | | |
| | TO | | |
| | PITTSBURGH PA     UA   QA | | |

066 143 00067 R0A0ANA

00212 R0A0

(400)

*Continued on reverse*

Prepared For

GOODWIN PROCTER LLP

Account Number 

Page 138 of 285

| **Activity Continued** | **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.** | Reference Code | Foreign Spending | **Amount $** |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 01/15/11 | TRAVEL AGENCY SERVICEFARMERS BRNCHTX | | 30.00 |
| | TKT# 8900542653090.                     01/14 | | |
| | MISC CHARGE ORDER/PREPAID TICKET AUTHORITY | | |
| | MOMYER/DOUGLAS             TRAVEL AGENCY SERVICE F | | |
| | THE LAWYERS TRAVEL S     FARMERS BRNCH TX | | |
| | FROM | | |
| | NOT RECORDED | | |
| | TO                        CARRIER CLASS | | |
| | NOT RECORDED | | |

*Continued on next page*



AMERICAN EXPRESS

Prepared For

GOODWIN PROCTER LLP

Account Number

Closing Date
01/28/11

Page 151 of 285

## Activity Continued

**Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

| | Reference Code | Foreign Spending | Amount $ |

| 01/18/11 | JETBLUE AIRWAYS 4100 TULSA          OK | | 98.00 |

TKT# 27921547173141 AIRLINE/AIR C 01/18/11
PASSENGER TICKET
JOHNSON/JAMES          JETBLUE AIRWAYS
JETBLUE AIRWAYS 4100 TULSA          OK
FROM
   BOSTON MA
TO                     CARRIER CLASS
   PITTSBURGH PA       B6   B
TO
   UNAVAILABLE         YY   00
TO
   UNAVAILABLE         YY   00
TO
   UNAVAILABLE         YY   00

*Continued on reverse*