# EXHIBIT E

ePlus v. Lawson
Bill of Cost
(Copy Costs)

| DESCRIPTION | TOTAL ACTUAL SETS | DATE | INVOICE NO. | ACTUAL INVOICE AMOUNT | TAXABLE SETS | TAXABLE AMOUNT |
|---|---|---|---|---|---|---|
| Fees for Certified Patents (3) | 1 | 1/31/2010 | 958979 | 75.00 | 1 | 75.00 |
| Copies of 10/21/2010 Briefs filed w/Court Mtn to Exclude Prior Art | 2 | 7/1/2010 | DC10-07014 | 466.62 | 2 | 466.62 |
| Opposition MIL & MSJ | 3 | 7/31/2010 | DC10-07254 | 11,522.73 | 1 | 3,840.91 |
| Trial Exhibits | 3 | 7/31/2010 | DC10-07254 | 40,522.43 | 1 | 11,882.48 |
| Opposition to Depo Designations | 2 | 8/11/2010 | 958478 | 2,141.69 | 2 | 2,141.69 |
| Printing of PX500 & PX501 | 2 | 8/19/2010 | DC10-08139 | 9,128.08 | 1 | 4,407.79 |
| Trial Exhibits for Court 9/2010 pt 1 | 4 | 9/1/2010 | DC10-09006 | 29,893.91 | 2 | 14,946.96 |
| Trial Exhibits for Court 9/2010 pt 2 | 2 | 9/7/2010 | DC10-09032 | 6,288.13 | 2 | 3,144.07 |
| Printing of PX403 | 3 | 12/18/2010 | DC10-12160 | 1,439.70 | 3 | 1,439.70 |
| Trial Exhibits for Court 12/2010 | 2 | 12/23/2010 | DC10-12201 | 23,776.33 | 4 | 23,776.33 |
| Cimino Witness Binders | 6 | 1/6/2011 | 1110146 | 832.66 | 4 | 555.11 |
| Frank & Oliver Witness Binders | 6 | 1/6/2011 | 1110144 | 543.28 | 4 | 362.19 |
| Inventors' Witness Binders | 6 | 1/6/2011 | 1110142 | 1,126.71 | 4 | 751.14 |
| Johnson Witness Binders | 6 | 1/6/2011 | 1110137 | 349.24 | 4 | 232.83 |
| Weaver Witness Binders | 6 | 1/6/2011 | 1110136 | 336.04 | 4 | 224.03 |
| Niemeyer Witness Binders | 6 | 1/10/2011 | 1110248 | 343.81 | 4 | 229.21 |
| Lawson & Yuhasz Witness Binders | 6 | 1/10/2011 | 1110246 | 1,259.37 | 4 | 839.58 |
| Raleigh & Lohkamp Witness Binders | 7 | 1/10/2011 | 1110226 | 7,331.68 | 4 | 4,189.53 |
| Farber Witness Binders | 6 | 1/12/2011 | 1110327 | 986.20 | 4 | 657.47 |
| Christopherson Witness Binders | 7 | 1/12/2011 | 1110326 | 1,877.35 | 4 | 1,072.77 |
| Knuth Report | 6 | 1/12/2011 | 1110322 | 177.28 | 4 | 118.19 |
| Shamos Witness Binders | 6 | 1/12/2011 | 1110319 | 90.79 | 4 | 60.53 |
| Gounaris Witness Binder | 6 | 1/12/2011 | 1110679 | 229.09 | 4 | 152.73 |
| Jury Notebooks | 20 | 1/19/2011 | 1110673 | 39.22 | 20 | 39.22 |
| Shamos Witness Binders (2) | 6 | 1/12/2011 | 1110791 | 2,181.07 | 4 | 1,454.05 |
| Matlas, Oliver & Cimino Designations | 6 | 1/12/2011 | 1110317 | 2,244.60 | 4 | 1,496.40 |
| Printing of PX215, PX149, PX226 | 6 | 1/18/2011 | 1110591 | 602.13 | 4 | 401.42 |
| Eng Witness Binder | 3 | 1/19/2011 | 1110681 | 116.15 | 3 | 116.15 |
| Cross Examination Binders | 6 | 1/19/2011 | 1110789 | 210.51 | 4 | 140.34 |
| Hilliard Witness Binders | 6 | 1/21/2011 | 1110790 | 128.91 | 4 | 85.94 |
| Weaver Rebuttal Witness Binders | 6 | 1/21/2011 | 1110928 | 154.05 | 4 | 102.70 |
| Farber Rebuttal Witness Binders | 6 | 1/25/2011 | 1110927 | 201.60 | 4 | 134.40 |
| Copies of Knuth Report | 6 | 1/27/2011 | 989560 | 1,075.22 | 4 | 716.76 |
| Injunction Briefing Exhibits | 4 | 4/7/2011 | 4110121 | 3,786.21 | 2 | 1,893.11 |
| 3rd Party- Robert Wood Johnson Production | | 3/18/2010 | 613356 | 164.76 | All | 164.76 |
| 3rd Party- Robert Wood Johnson Production | | 4/26/2010 | 622870 | 158.61 | All | 158.61 |
| Total | | | | $151,801.16 | | $82,470.72 |

| REFERENCE ORDER NUMBER | | | 0 |
| BIN NUMBER | | | 0 |
| DELIVERY INSTRUCTIONS | | | |

| ORDER DATE/TIME | PALM NUMBER | CUSTOMER NUMBER | CONTACT PHONE NUMBER | PAYMENT METHOD | TOTAL COST OF ORDER |
|---|---|---|---|---|---|
| 2010/12/27 10:57:17 | | IDON802230 | | CREDIT CARD | $ 25.00 |

| BROADCAST MESSAGE |
|---|
| |

| ORDER INFORMATION | | | | | |
|---|---|---|---|---|---|
| ORDER LINE | PRODUCT TYPE | DOCUMENT IDENTIFIER | COPIES | STATUS | CUSTOMER REFERENCE |
| 1 | G1 | 06005516 | | FILLED | |

| E-MAIL |
|---|
| |
| FAX NUMBER |
| |
| CARRIER |
| |
| CARRIER TRACKING NUMBER |
| |
| CARRIER ACCOUNT NUMBER |
| |

US Patent and Trademark Office - Receipt                                                        Page 1 of 2

| Login | Shopping Cart | Checkout | Order Status | Customer Profile | Help |

**U.S. Patent and Trademark Office**

Processing Time | Delivery Method | Delivery Destination | Order Summary | Submit Order

Print and save this page as your receipt.

## Order Summary
as of
20 Dec 2010 at 12:05 EST

| | | | | |
|---|---|---|---|---|
| Order Number | Order Received | Order Status | Status Updated | Customer Number |
| 7273511 | 20 Dec 2010 | In-Process | 20 Dec 2010 | |

Docket Number or Customer Reference Number
122830-172948 (ePlus)

Payment Method
Credit Card

Total Cost
$75.00

Name and Address
Goodwin Procter

Phone Number

900 New York Avenue NW
Washington, DC
20001
USA



**USPTO**
**Office of Public Records**
**Document Services Division**

Email Address
mhayes@akingump.com

Fax Number

| Item No. | Qty | Document Number | Certification Statement | Document Media | Processing Time | Delivery Method | Cost | Status |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Utility Patent**

| Item No. | Qty | Document Number | Certification Statement | Document Media | Processing Time | Delivery Method | Cost | Status |
|---|---|---|---|---|---|---|---|---|
| | | Patent No. | | | | | | |
| 1 | 1 | 6005516 | Paper | Paper | 10 days | Mail | $25.00 | In-Process |
| 2 | 1 | 6023683 | Paper | Paper | 10 days | Mail | $25.00 | In-Process |
| 3 | 1 | 6505172 | Paper | Paper | 10 days | Mail | $25.00 | In-Process |
| | 3 | | | | | | $75.00 | **Total** |

| Status | Description |
|---|---|
| In-Process: | Indicates one or more items are still in the process of being retrieved, copied, certified, or prepared for delivery. |
| Shipped: | Indicates the item has completed being processed and has been shipped to you. In the case of an Internet-delivered document, it indicates that an email was sent informing you the document was available for downloading. When this status is applied to an order, it means either (a) all the items in the order were shipped; or (b) some items were shipped and any remaining items were cancelled or could not be processed. |
| Cancelled: | Indicates the item (or order) was cancelled. If you have questions about a cancellation, contact Customer Service. Some cancellations may have been processed under a different order number. |
| Error: | Indicates a problem was encountered when the item (or order) was being processed. If the error status remains longer than 24 hours, contact Customer Service. |
| Closed: | Indicates the item (or order) will not be further processed. |

**Order Confirmation:**
Print this page and keep it as your receipt. You may check the status of this order at any time by
clicking on the "Order Status" tab at the top of the page. If you have any questions about your order,
contact Customer Service and provide them this order number: **7273511**.



# INVOICE

**TERMS NET 15 DAYS**

| | |
|---|---|
| Invoice Date | 7/14/2010 |
| Account # | GOODWIN |
| Invoice # | DC10-07014 |
| Job # | DC10-07014 |
| Due Date | 7/29/2010 |

1444 Eye Street NW
Lower Level
Washington, DC 20005
202-682-1100
www.crglegal.com

**Bill To:**

Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001

**Ship To:**

Goodwin Procter
901 New York Avenue, NW
Washington, DC 20001

| Order Date | Account Manager | Client/ Matter # | Ordered By |
|---|---|---|---|
| 7/1/2010 | RA | ▬▬▬▬ | Melanie Hayes |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Printing | 86,859 | Black & White Printing | 0.10 | 8,685.90T |
| Pre printed tabs | 2,920 | Pre-Printed Tabs | 0.25 | 730.00T |
| Color Printing | 1,122 | Color Printing | 0.80 | 897.60T |
| Binding | 74 | Binding Services | 2.50 | 185.00T |
| Binder 3" | 6 | 3" D-Ring Binders | 12.50 | 75.00T |
| Binder 4" | 18 | 4" D-Ring Binders | 16.50 | 297.00T |
| | | Sales tax | 6.00% | 652.23 |

**Payments/Credits**      $0.00

**Balance Due**      **$11,522.73**

Please Remit to:
Counselor Resource Group, LLC
1444 Eye Street NW
Lower Level
Washington DC 20005
202-682-1100

Tax ID# 202137300

*Thank you for your business and your prompt payment.*

Received and Approved by:_____ Date:_____



**CRG**

WASHINGTON, DC.   |   PHILADELPHIA, PA.   |   NORTHERN, VA.
202-682-1100               215-568-0508              703-448-3838

**1444 Eye Street NW**
**Lower Level**
**Washington, DC 20005**
**202-682-1100**
**www.crglegal.com**

# INVOICE

### TERMS NET
### 15 DAYS

| | |
|---|---|
| Invoice Date | 7/31/2010 |
| Account # | GOODWIN |
| Invoice # | DC10-07254 |
| Job # | 07254 |
| Due Date | 8/15/2010 |

**Bill To:**

Goodwin Procter LLP
901 New York Avenue,
Washington, DC 20001

*need check*
*requests*
*prepared*

**Ship To:**

Goodwin Procter
901 New York Avenue, NW
Washington, DC 20001

| Order Date | | Client/ Matter # | Ordered By |
|---|---|---|---|
| 7/31/2010 | RA | ~~██████~~ | Hannah Robinson |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| PDF Conversion | 42,312 | PDF to Tiff Conversion | 0.05 | 2,115.60T |
| Printing-Images | 70,197 | Printing- Images | 0.10 | 7,019.70T |
| Color Printing | 38,886 | Color Printing | 0.80 | 31,108.80T |
| Pre printed tabs | 1,497 | Pre-Printed Tabs | 0.25 | 374.25T |
| Custom Tabs | 16 | Custom Printed Tabs | 0.50 | 8.00T |
| Binder 3" | 130 | 3" D-Ring Binders | 12.50 | 1,625.00T |
| Export/Media-D... | 4 | Export/Load File Creation-DVD | 35.00 | 140.00T |
| Export/Media-CD | 1 | Export/Load File Creation-CD | 25.00 | 25.00T |
| DVD Duplication | 4 | DVD Duplication | 15.00 | 60.00T |
| | | | | |
| Discount | | Discount | -4,247.64 | -4,247.64 |
| | | Sales tax | 6.00% | 2,293.72 |

**Payments/Credits** $0.00

**Balance Due** $40,522.43

| Please Remit to: |
|---|
| Counselor Resource Group, LLC |
| 1444 Eye Street NW |
| Lower Level |
| Washington DC 20005 |
| 202-682-1100 |
| |
| Tax ID# 202137300 |

*Thank you for your business and your*
*prompt payment.*

Received and Approved by:_____Date:_____



# INVOICE

**TERMS NET 15 DAYS**

| | |
|---|---|
| Invoice Date | 8/26/2010 |
| Account # | GOODWIN |
| Invoice # | DC10-08139 |
| Job # | 08139 |
| Due Date | 9/10/2010 |

1444 Eye Street NW
Lower Level
Washington, DC 20005
202-682-1100
www.crglegal.com

**Bill To:**

Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001

**Ship To:**

Goodwin Procter
901 New York Avenue, NW
Washington, DC 20001

| Order Date | Account Manager | Client/ Matter # | Ordered By |
|---|---|---|---|
| 8/19/2010 | RA | ▬▬▬▬ | Melanie Hayes |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Printing-Native ... | 24,310 | Printing- Native Files | 0.10 | 2,431.00T |
| Data Processing-... | 5.8 | All Inclusive Per GB: Processing includes all related Tiff generation and file numbering.  Price does not include image branding or final media. | 750.00 | 4,350.00T |
| Endorse | 12,695 | Image Endorsing | 0.02 | 253.90T |
| Color Printing | 1,080 | Color Printing | 0.80 | 864.00T |
| Binder 3" | 25 | 3" D-Ring Binders | 12.50 | 312.50T |
| Data Export | 2 | Data Export | 50.00 | 100.00T |
| Media-Hard drive | 2 | Destination media-Hard Drive | 150.00 | 300.00T |
| | | Sales tax | 6.00% | 516.68 |

**Payments/Credits**                    $0.00

**Balance Due**                    $9,128.08

**Please Remit to:**
Counselor Resource Group, LLC
1444 Eye Street NW
Lower Level
Washington DC 20005
202-682-1100

Tax ID# 202137300

*Thank you for your business and your prompt payment.*

Received and Approved by:_____Date:_____



**CRG**

WASHINGTON, DC.   PHILADELPHIA, PA   NORTHERN VA
202-682-1100   215-569-0500   703-448-3838

1444 Eye Street NW
Lower Level
Washington, DC 20005
202-682-1100
www.crglegal.com

# INVOICE

### TERMS NET
### 15 DAYS

| | |
|---|---|
| Invoice Date | 9/13/2010 |
| Account # | GOODWIN |
| Invoice # | DC10-09006 |
| Job # | 09006 |
| Due Date | 9/28/2010 |

**Bill To:**

Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001

**Ship To:**

Goodwin Procter
901 New York Avenue, NW
Washington, DC 20001

| Order Date | Account Manager | Client/ Matter # | Ordered By |
|---|---|---|---|
| 9/1/2010 | RA | ▓▓▓▓▓▓▓ | Melanie Hayes |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Printing-Native F... | 138,452 | Printing- Native Files | 0.10 | 13,845.20T |
| Color Printing | 16,292 | Color Printing | 0.80 | 13,033.60T |
| Pre printed tabs | 1,492 | Pre-Printed Tabs | 0.25 | 373.00T |
| Binder 5" | 4 | 5" 3-Ring Binder | 30.00 | 120.00T |
| Binder 4" | 20 | 4" D-Ring Binders | 16.50 | 330.00T |
| Binder 3" | 40 | 3" D-Ring Binders | 12.50 | 500.00T |
| | | Sales tax | 6.00% | 1,692.11 |

**Payments/Credits**          $-29,893.91

**Balance Due**          $0.00

Please Remit to:
Counselor Resource Group, LLC
1444 Eye Street NW
Lower Level
Washington DC 20005
202-682-1100

Tax ID# 202137300

*Thank you for your business and your prompt payment.*

Received and Approved by:_____          Date:_____



# INVOICE

**TERMS NET 15 DAYS**

| | |
|---|---|
| Invoice Date | 9/13/2010 |
| Account # | GOODWIN |
| Invoice # | DC10-09032 |
| Job # | 09032 |
| Due Date | 9/28/2010 |

1444 Eye Street NW
Lower Level
Washington, DC 20005
202-682-1100
www.crglegal.com

**Bill To:**

Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001

**Ship To:**

Goodwin Procter
901 New York Avenue, NW
Washington, DC 20001

| Order Date | Account Manager | Client/ Matter # | Ordered By |
|---|---|---|---|
| 9/7/2010 | RA | ███████ | Melanie Hayes |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Printing-Native F... | 3,302 | Printing- Native Files | 0.10 | 330.20T |
| Color Printing | 6,640 | Color Printing | 0.80 | 5,312.00T |
| Pre printed tabs | 20 | Pre-Printed Tabs | 0.25 | 5.00T |
| Binder 3" | 20 | 3" D-Ring Binders | 12.50 | 250.00T |
| Media-DVD | 1 | Destination media-DVD | 35.00 | 35.00T |
| | | Sales tax | 6.00% | 355.93 |

**Payments/Credits**                        $-6,288.13

**Balance Due**                               $0.00

**Please Remit to:**
Counselor Resource Group, LLC
1444 Eye Street NW
Lower Level
Washington DC 20005
202-682-1100

Tax ID# 202137300

*Thank you for your business and your prompt payment.*

Received and Approved by:_____   Date:_____



**CRG**
WASHINGTON, DC    |    PHILADELPHIA, PA    |    NORTHERN VA
202-682-1100    |    215-569-0500    |    703-648-3838

**INVOICE**

1444 Eye Street NW
Lower Level
Washington, DC 20005
202-682-1100
www.crglegal.com

**TERMS NET
15 DAYS**

| | |
|---|---|
| Invoice Date | 12/31/2010 |
| Account # | GOODWIN |
| Invoice # | DC10-12201 |
| Job # | 12201 |
| Due Date | 1/15/2011 |

**Bill To:**

Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001

**Ship To:**

Goodwin Procter
901 New York Avenue, NW
Washington, DC 20001

| Order Date | Account Manager | Client/ Matter # | Ordered By |
|---|---|---|---|
| 12/23/2010 | RA | ▓▓▓▓▓ | Melanie Hayes |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Printing-Native ... | 96,310 | Printing- Native Files | 0.10 | 9,631.00T |
| Color Printing | 12,285 | Color Printing | 0.80 | 9,828.00T |
| Custom Tabs | 720 | Custom Printed Tabs | 0.50 | 360.00T |
| Pre printed tabs | 950 | Pre-Printed Tabs | 0.25 | 237.50T |
| Binder 1/2" | 2 | 1/2" D-Ring Binder | 2.50 | 5.00T |
| Binder 1" | 4 | 1" Binders | 3.50 | 14.00T |
| Binder 2" | 16 | 2" Binders | 6.50 | 104.00T |
| Binder 3" | 152 | 3" D-Ring Binders | 12.50 | 1,900.00T |
| Binder 4" | 14 | 4" D-Ring Binders | 16.50 | 231.00T |
| Binder 5" | 4 | 5" 3-Ring Binder | 30.00 | 120.00T |
| | | Sales tax | 6.00% | 1,345.83 |

**Payments/Credits**                                $0.00

**Balance Due**                              $23,776.33

*Thank you for your business and your
prompt payment.*

Please Remit to:
Counselor Resource Group, LLC
1444 Eye Street NW
Lower Level
Washington DC 20005
202-682-1100

Tax ID# 202137300

Received and Approved by:_____ Date:_____



**CRG**

WASHINGTON, DC.      |   PHILADELPHIA, PA   |   NORTHERN VA
202-682-1100          |   215-569-0500        |   703-448-3838

**1444 Eye Street NW**
**Lower Level**
**Washington, DC 20005**
**202-682-1100**
**www.crglegal.com**

# INVOICE

**TERMS NET**
**15 DAYS**

| | |
|---|---|
| Invoice Date | 12/21/2010 |
| Account # | GOODWIN |
| Invoice # | DC10-12160 |
| Job # | 12160 |
| Due Date | 1/5/2011 |

**Bill To:**

Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001

**Ship To:**

Goodwin Procter
901 New York Avenue, NW
Washington, DC 20001

| Order Date | Account Manager | Client/ Matter # | Ordered By |
|---|---|---|---|
| 12/18/2010 | RA | ~~████~~ | Melanie Hayes |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Printing-Native ... | 6,399 | Printing- Native Files | 0.10 | 639.90T |
| Endorse | 4,266 | Image Endorsing | 0.02 | 85.32T |
| OCR | 2,133 | OCR | 0.03 | 63.99T |
| Custom Tabs | 91 | Custom Printed Tabs | 0.50 | 45.50T |
| Technical Suppo... | 3.49 | Technical Support (per hour) Tier 2 | 150.00 | 523.50T |
| | | Sales tax | 6.00% | 81.49 |

**Payments/Credits** $0.00

**Balance Due** $1,439.70

**Please Remit to:**
**Counselor Resource Group, LLC**
**1444 Eye Street NW**
**Lower Level**
**Washington DC 20005**
**202-682-1100**

**Tax ID# 202137300**

*Thank you for your business and your*
*prompt payment.*

Received and Approved by:_____Date:_____



# BIZPORT
*The Business Behind Your Business*

Document Services | Logistics | Containers

| | | |
|---|---|---|
| 9 North Third Street | 3031-C Peters Creek Road | 632 North Witchduck Road, Suite 103 |
| Richmond, VA 23219 | Roanoke, VA 24019 | Virginia Beach, VA 23462 |
| 804 780-1060 | 540 725-4213 | 540 725-4213 |

# Invoice

| Date | Invoice # |
|---|---|
| 1/6/2011 | 1110136 |

**PAID**

| Bill To | Ship To |
|---|---|
| Goodwin  Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin  Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|---|---|---|---|---|---|
|  | Net 30 | JW | 1/6/2011 | 63151-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 8 | Color Blowback | Weaver Binder - 2 sets | 0.75 | 6.00T |
| 1,906 | Blow Backs (Native Form... | 8.5x11 | 0.13 | 247.78T |
| 28 | Tabs | | 0.26 | 7.28T |
| 8 | Custom Tabs | pre-printed ABC - 123 | 0.52 | 4.16T |
| 2 | 1 1/2" Notebooks | 3 Ring | 7.15 | 14.30T |
| 2 | 4" D-Ring Binders | 3 Ring | 16.80 | 33.60T |
| 1 | Drilling | 1950 sheets | 6.92 | 6.92T |
| | | Sales Tax | 5.00% | 16.00 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $336.04 |
|---|---|
| **Payments/Credits** | $-336.04 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services  |  Logistics  |  Containers

# Invoice

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110137 |

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/6/2011 | 63153-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | James Johnson Binders - 6 sets | | |
| 614 | Blow Backs (Native Form... | | 0.13 | 79.82T |
| 246 | Color Blowback | 8.5x11 | 0.75 | 184.50T |
| 42 | Custom Tabs | | 0.52 | 21.84T |
| 6 | 1 1/2" Notebooks | 3 Ring | 7.15 | 42.90T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| | | Sales Tax | 5.00% | 16.63 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $349.24 |
|-------|---------|
| **Payments/Credits** | $-349.24 |
| **Balance Due** | $0.00 |

# Invoice



## BIZPORT
### The Business Behind Your Business

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110139 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/6/2011 | 63141-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,240 | Blow Backs (Native Form... | PX001, PX002, PX003 - 20 sets | 0.13 | 161.20T |
| 40 | Color Blowback | 8.5x11 | 0.75 | 30.00T |
| 1 | Drilling | 1280 sheets | 4.54 | 4.54T |
| | | Sales Tax | 5.00% | 9.79 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $205.53 |
|-------|---------|
| Payments/Credits | $-205.53 |
| Balance Due | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110141 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin  Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin  Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
|  | Net 30 | JW | 1/6/2011 | 63291-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 800 | Color Blowback | PX0142 - 10 sets<br>8.5x11<br>Sales Tax | 0.75<br>5.00% | 600.00T<br>30.00 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $630.00 |
| **Payments/Credits** | $-630.00 |
| **Balance Due** | $0.00 |

# Invoice


**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110142 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~██████~~ | Net 30 | JW | 1/6/2011 | 63140-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| | | Johnson, Kinross and Momyer binders - 6 sets | | |
| 1,374 | Blow Backs (Native Form... | | 0.13 | 178.62T |
| 943 | Color Blowback | 8.5x11 | 0.75 | 707.25T |
| 96 | Custom Tabs | | 0.52 | 49.92T |
| 18 | 1 1/2" Notebooks | 3 Ring | 7.15 | 128.70T |
| 1 | Drilling | 2413 sheets | 8.57 | 8.57T |
| | | Sales Tax | 5.00% | 53.65 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $1,126.71 |
| **Payments/Credits** | $-1,126.71 |
| **Balance Due** | $0.00 |

# Invoice



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110144 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/6/2011 | 63142-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Frank & Oliver binders - 5 sets | | |
| 1,820 | Blow Backs (Native Form... | | 0.13 | 236.60T |
| 205 | Color Blowback | 8.5x11 | 0.75 | 153.75T |
| 90 | Custom Tabs | | 0.52 | 46.80T |
| 5 | 2" Binders | 3 Ring | 7.40 | 37.00T |
| 5 | 1 1/2" Notebooks | 3 Ring | 7.15 | 35.75T |
| 1 | Drilling | 2115 sheets | 7.51 | 7.51T |
| | | Sales Tax | 5.00% | 25.87 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $543.28 |
|-------|---------|
| Payments/Credits | $-543.28 |
| Balance Due | $0.00 |



**The Business Behind Your Business**

| Document Services | Logistics | Containers |

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110146 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~~~~~~ | Net 30 | JW | 1/6/2011 | 63310-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 960 | Color Blowback | Cimino binders - 6 sets<br>8.5x11 | 0.75 | 720.00T |
| 102 | Blow Backs (Native Form... | | 0.135 | 13.77T |
| 24 | Custom Tabs | | 0.52 | 12.48T |
| 6 | 1 1/2" Notebooks | 3 Ring | 7.15 | 42.90T |
| 1 | Drilling | | 3.86 | 3.86T |
| | | Sales Tax | 5.00% | 39.65 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $832.66 |
|-----------|---------|
| **Payments/Credits** | $-832.66 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110151 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▓▓▓▓▓ | Net 30 | JW | 1/6/2011 | 63348-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | PX403/PX470 - 7 set | | |
| 14,940 | Blow Backs (Native Form... | | 0.13 | 1,942.20T |
| 1,960 | Color Blowback | | 0.75 | 1,470.00T |
| 21 | 3" Binder | 3 Ring | 12.65 | 265.65T |
| 14 | 2" Binders | 3 Ring | 7.40 | 103.60T |
| 644 | Custom Tabs | | 0.52 | 334.88T |
| 1 | Drilling | 17544 sheets | 62.28 | 62.28T |
| | | Sales Tax | 5.00% | 208.93 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $4,387.54 |
| **Payments/Credits** | $-4,387.54 |
| **Balance Due** | $0.00 |



# BIZPORT
*The Business Behind Your Business*

Document Services | Logistics | Containers

| 9 North Third Street | 3031-C Peters Creek Road | 632 North Witchduck Road, Suite 103 |
| Richmond, VA 23219 | Roanoke, VA 24019 | Virginia Beach, VA 23462 |
| 804 780-1060 | 540 725-4213 | 757 217-9130 |

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/10/2011 | 1110226 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/10/2011 | 63361-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Christopherson Raliegh Lohkamp - 7 sets | | |
| 13,545 | Blow Backs (Native Form... | | 0.13 | 1,760.85T |
| 6,041 | Color Blowback | 8.5x11 | 0.75 | 4,530.75T |
| 245 | Custom Tabs | | 0.52 | 127.40T |
| 1 | Drilling | 19831 sheets | 70.40 | 70.40T |
| 7 | 2" Binders | 3 Ring | 7.40 | 51.80T |
| 7 | 3" Binder | 3 Ring | 12.65 | 88.55T |
| 21 | 4" D-Ring Binders | 3 Ring | 16.80 | 352.80T |
| | | Sales Tax | 5.00% | 349.13 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $7,331.68 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,331.68 |



**BIZPORT**
*The Business Behind Your Business*

| Document Services | Logistics | Containers |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/10/2011 | 1110246 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~———~~ | Net 30 | JW | 1/10/2011 | 63171--ba | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Lawson & Yuhasz Binders - 6 sets | | |
| 90 | Blow Backs (Native Form... | | 0.13 | 11.70T |
| 1,416 | Color Blowback | 8.5x11 | 0.75 | 1,062.00T |
| 66 | Custom Tabs | | 0.52 | 34.32T |
| 1 | Drilling | | 5.58 | 5.58T |
| 12 | 1 1/2" Notebooks | 3 Ring | 7.15 | 85.80T |
| | | Sales Tax | 5.00% | 59.97 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $1,259.37 |
|-----------|-----------|
| **Payments/Credits** | $-1,259.37 |
| **Balance Due** | $0.00 |

# Invoice



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/10/2011 | 1110248 |

**PAID**

**Bill To**
Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**
Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/10/2011 | 63183--ba | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| | | Neimeyer Binder - 6 sets | | |
| 2,088 | Blow Backs (Native Form... | | 0.13 | 271.44T |
| 8 | Custom Tabs | | 0.52 | 4.16T |
| 1 | Drilling | | 7.44 | 7.44T |
| 6 | 2" Binders | 3 Ring | 7.40 | 44.40T |
| | | Sales Tax | 5.00% | 16.37 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $343.81 |
| **Payments/Credits** | $-343.81 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/12/2011 | 1110317 |

**PAID**

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~[redacted]~~ | Net 30 | JW | 1/12/2011 | 63174-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 396 | Color Blowback | Matias Designations, Oliver Designations w/ Exhibits, Cimibo Designations w/ exhibits - 6 sets<br>8.5x11<br>Sales Tax | 0.75<br>5.00% | 297.00T<br>14.85 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $311.85 |
| **Payments/Credits** | $-311.85 |
| **Balance Due** | $0.00 |

# Invoice



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/12/2011 | 1110318 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▓▓▓▓ | Net 30 | JW | 1/12/2011 | 63802-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 54 | Blow Backs (Native Form... | Potential Cross of Lawson - 6 sets | 0.13 | 7.02T |
| 960 | Color Blowback | 8.5x11 | 0.75 | 720.00T |
|  |  | Sales Tax | 5.00% | 36.35 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $763.37 |
| **Payments/Credits** | $-763.37 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/12/2011 | 1110319 |

**PAID**

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/12/2011 | 63803-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Shamas Cross Binders - 6 sets | | |
| 132 | Blow Backs (Native Form... | | 0.13 | 17.16T |
| 18 | Color Blowback | 8.5x11 | 0.75 | 13.50T |
| 18 | Custom Tabs | | 0.52 | 9.36T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 6 | 1 1/2" Notebooks | 3 Ring | 7.15 | 42.90T |
| | | Sales Tax | 5.00% | 4.32 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $90.79 |
|-----------|--------|
| **Payments/Credits** | $-90.79 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/12/2011 | 1110322 |

**PAID**

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/12/2011 | 63807-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 222 | Color Blowback | 2010-08-26 Knuth Report w Highlighting - 6 sets | 0.75 | 166.50T |
| 18 | Blow Backs (Native Form... | 8.5x11 | 0.13 | 2.34T |
| | | Sales Tax | 5.00% | 8.44 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $177.28 |
| **Payments/Credits** | $-177.28 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/12/2011 | 1110326 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
|  | Net 30 | JW | 1/12/2011 | 63396-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
|  |  | Christopher Cross Exam Binders - 7 sets |  |  |
| 9,149 | Blow Backs (Native Form... |  | 0.13 | 1,189.37T |
| 504 | Color Blowback | 8.5x11 | 0.75 | 378.00T |
| 77 | Custom Tabs |  | 0.52 | 40.04T |
| 1 | Drilling | 9702 sheets | 3.44 | 3.44T |
| 14 | 3" Binder | 3 Ring | 12.65 | 177.10T |
|  |  | Sales Tax | 5.00% | 89.40 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | **$1,877.35** |
|-----------|---------------|
| **Payments/Credits** | $-1,877.35 |
| **Balance Due** | $0.00 |

# Invoice



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/12/2011 | 1110327 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/12/2011 | 63624-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Farber Binders - 6 sets | | |
| 996 | Blow Backs (Native Form... | | 0.13 | 129.48T |
| 936 | Color Blowback | 8.5x11 | 0.75 | 702.00T |
| 108 | Custom Tabs | | 0.52 | 56.16T |
| 1 | Drilling | 2028 sheets | 7.20 | 7.20T |
| 6 | 2" Binders | 3 Ring | 7.40 | 44.40T |
| | | Sales Tax | 5.00% | 46.96 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $986.20 |
|-----------|---------|
| **Payments/Credits** | $-986.20 |
| **Balance Due** | $0.00 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 1/18/2011 | 1110591 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/18/2011 | 63188-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Px215. Px149, Px226 – 6 sets | | |
| 2,706 | Blow Backs (Native Form... | | 0.13 | 351.78T |
| 210 | Color Blowback | 8.5x11 | 0.75 | 157.50T |
| 18 | Custom Tabs | | 0.52 | 9.36T |
| 1 | Drilling | 2934 sheets | 10.42 | 10.42T |
| 6 | 2" Binders | 3 Ring | 7.40 | 44.40T |
| | | Sales Tax | 5.00% | 28.67 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $602.13 |
|-------|---------|
| Payments/Credits | $-602.13 |
| Balance Due | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/19/2011 | 1110673 |

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~────~~ | Net 30 | JW | 1/19/2011 | 63752-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 140 | Medium Litigation | Jury Notebook - 20 sets | 0.13 | 18.20T |
| 60 | Tabs | 8.5x11 | 0.26 | 15.60T |
| 1 | Drilling | pre-printed ABC - 123 | 3.55 | 3.55T |
| | | minimum charge | | |
| | | Sales Tax | 5.00% | 1.87 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $39.22 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $39.22 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/19/2011 | 1110679 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~████████~~ | Net 30 | JW | 1/19/2011 | 63837-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 1,218 | Blow Backs (Native Form... | Gounaris - 6 sets | 0.13 | 158.34T |
| 50 | Color Blowback | 8.5x11 | 0.75 | 37.50T |
| 14 | Custom Tabs | | 0.52 | 7.28T |
| 12 | Manilla Folders-Standard | | 0.26 | 3.12T |
| 1 | Drilling | 1280 sheets | 4.54 | 4.54T |
| 1 | 2" Binders | 3 Ring | 7.40 | 7.40T |
| | | Sales Tax | 5.00% | 10.91 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $229.09 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $229.09 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/19/2011 | 1110681 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~         ~~ | Net 30 | JW | 1/19/2011 | 63821-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Eng Binders - 3 sets | | |
| 441 | Blow Backs (Native Form... | | 0.13 | 57.33T |
| 18 | Color Blowback | 8.5x11 | 0.75 | 13.50T |
| 27 | Custom Tabs | | 0.52 | 14.04T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 3 | 2" Binders | 3 Ring | 7.40 | 22.20T |
| | | Sales Tax | 5.00% | 5.53 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $116.15 |
|-------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $116.15 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

| Date | Invoice # |
|---|---|
| 1/19/2011 | 1110682 |

| Bill To | Ship To |
|---|---|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|---|---|---|---|---|---|
| ▬▬▬ | Net 30 | JW | 1/19/2011 | 63826-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 276 | Blow Backs (Native Form... | Jury Notebooks – 4 sets | 0.13 | 35.88T |
| 48 | Color Blowback | | 0.75 | 36.00T |
| 32 | Tabs | 8.5x11 | 0.26 | 8.32T |
| 1 | Drilling | pre-printed ABC - 123 | 3.55 | 3.55T |
| 4 | 1 1/2" Notebooks | minimum charge | 7.15 | 28.60T |
| | | 3 Ring | | |
| | | Sales Tax | 5.00% | 5.62 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $117.97 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $117.97 |



# BIZPORT
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/21/2011 | 1110789 |

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/21/2011 | 63866-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Weaver Rebuttal – 2 sets/4 sets | | |
| 630 | Blow Backs (Native Form... | | 0.13 | 81.90T |
| 72 | Color Blowback | 8.5x11 | 0.75 | 54.00T |
| 32 | Custom Tabs | | 0.52 | 16.64T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 6 | 2" Binders | 3 Ring | 7.40 | 44.40T |
| | | Sales Tax | 5.00% | 10.02 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $210.51 |
|-------|---------|
| **Payments/Credits** | $-210.51 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/21/2011 | I110790 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin  Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin  Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~████~~ | Net 30 | JW | 1/21/2011 | 63861-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Hilliard Binders - 6 sets | | |
| 12,750 | Blow Backs (Native Form... | | 0.13 | 1,657.50T |
| 95 | Color Blowback | 8.5x11 | 0.75 | 71.25T |
| 90 | Custom Tabs | | 0.52 | 46.80T |
| 1 | Drilling | 12863 sheets | 45.66 | 45.66T |
| 12 | 2" Binders | 3 Ring | 7.40 | 88.80T |
| 18 | 3" Binder | 3 Ring | 12.65 | 227.70T |
| | | Sales Tax | 5.00% | 106.89 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $2,244.60 |
| **Payments/Credits** | $-2,244.60 |
| **Balance Due** | $0.00 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 1/21/2011 | 1110791 |

**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~——————~~ | Net 30 | JW | 1/21/2011 | 63735-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| | | Shamos Validity Cross Examination - 6 sets | | |
| 8,586 | Blow Backs (Native Form... | | 0.13 | 1,116.18T |
| 816 | Color Blowback | 8.5x11 | 0.75 | 612.00T |
| 168 | Custom Tabs | | 0.52 | 87.36T |
| 1 | Drilling | 9570 sheets | 33.97 | 33.97T |
| 18 | 3" Binder | 3 Ring | 12.65 | 227.70T |
| | | Sales Tax | 5.00% | 103.86 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $2,181.07 |
|-------|-----------|
| **Payments/Credits** | $-2,181.07 |
| **Balance Due** | $0.00 |


**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2011 | 1110927 |

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▓▓▓▓▓▓ | Net 30 | JW | 1/25/2011 | 63785-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| | | Farber Rebuttal Binders - 6 sets | | |
| 582 | Blow Backs (Native Form... | | 0.13 | 75.66T |
| 12 | Color Blowback | 8.5x11 | 0.75 | 9.00T |
| 30 | Custom Tabs | | 0.52 | 15.60T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 6 | 1 1/2" Notebooks | 3 Ring | 7.15 | 42.90T |
| | | Sales Tax | 5.00% | 7.34 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|--|--|
| **Total** | $154.05 |
| **Payments/Credits** | $-154.05 |
| **Balance Due** | $0.00 |



**The Business Behind Your Business**

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2011 | 1110928 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

**PAID**

**Bill To**
Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**
Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~███~~ | Net 30 | JW | 1/25/2011 | 63793-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Weaver Rebuttal Binders - 6 sets | | |
| 366 | Blow Backs (Native Form... | | 0.13 | 47.58T |
| 30 | Color Blowback | 8.5x11 | 0.75 | 22.50T |
| 12 | Custom Tabs | | 0.52 | 6.24T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 6 | 1 1/2" Notebooks | 3 Ring | 7.15 | 42.90T |
| | | Sales Tax | 5.00% | 6.14 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|--|--|
| **Total** | $128.91 |
| **Payments/Credits** | $-128.91 |
| **Balance Due** | $0.00 |

 **BIZPORT**
*The Business Behind Your Business*

Document Services  |  Logistics  |  Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/7/2011 | 4110121 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~■■■■■~~ | Net 30 | JW | 4/7/2011 | 68023-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | PX and DX Exhibit Binders - 4 set copies | | |
| 8,282 | Blow Backs (Native For... | | 0.13 | 1,076.66T |
| 2,716 | Color Blowback | 8.5x11 | 0.75 | 2,037.00T |
| 276 | Tabs | pre-printed ABC - 123 | 0.26 | 71.76T |
| 54 | Custom Tabs | | 0.52 | 28.08T |
| 1 | Drilling | 11328 sheets | 40.21 | 40.21T |
| 4 | Plastic Sleeves | | 0.75 | 3.00T |
| 8 | 4" D-Ring Binders | 3 Ring | 16.80 | 134.40T |
| 12 | 3" Binder | 3 Ring | 12.65 | 151.80T |
| 4 | CD Duplication | | 15.75 | 63.00T |
| | | Sales Tax | 5.00% | 180.30 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond. VA 23219

| Total | $3,786.21 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,786.21 |



# Invoice

| Date | Invoice # |
|---|---|
| 7/29/2010 | 7100976 |

Document Services   |   Logistics   |   Containers

*The Business Behind Your Business*

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

PAID

| Bill To | Ship To |
|---|---|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|---|---|---|---|---|---|
|  | Net 30 | JW | 7/29/2010 | 56562-JK | Hannah Robinson |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 700 | Color 8.5x11 |  | 0.90 | 630.00T |
| 20 | Custom Tabs | pre-printed ABC - 123 | 0.50 | 10.00T |
| 70 | Tabs | blank | 0.25 | 17.50T |
| 10 | Tabs | minimum charge | 0.10 | 1.00T |
| 1 | Drilling | 3 Ring | 3.50 | 3.50T |
| 10 | 1" Binders | Sales Tax | 6.10 | 61.00T |
|  |  |  | 5.00% | 36.15 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $759.15 |
|---|---|
| **Payments/Credits** | $-759.15 |
| **Balance Due** | $0.00 |

# Invoice


**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 9/28/2010 | 9100944 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin  Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin  Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 9/28/2010 | 53112-JK | Hannah Robinson |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 294 | Blow Backs (Native Form... | | 0.13 | 38.22T |
| 656 | Color Blowback | 8.5x11 | 0.90 | 590.40T |
| 18 | Custom Tabs | | 0.50 | 9.00T |
| 18 | Slip Sheets | | 0.06 | 1.08T |
| 1 | Drilling | minimum charge | 3.50 | 3.50T |
| 2 | 3" Binder | 3 Ring | 12.60 | 25.20T |
| | | Sales Tax | 5.00% | 33.37 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $700.77 |
|-----------|---------|
| **Payments/Credits** | $-700.77 |
| **Balance Due** | $0.00 |

# Invoice



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 473-1230

PAID

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110135 |

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 12/31/2010 | 63367-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 15 | 2" Binders | Binders<br>3 Ring<br>Sales Tax | 7.40<br>5.00% | 111.00T<br>5.55 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $116.55 |
| **Payments/Credits** | $-116.55 |
| **Balance Due** | $0.00 |



**The Business Behind Your Business**

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110136 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
|  | Net 30 | JW | 1/6/2011 | 63151-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 8 | Color Blowback | Weaver Binder - 2 sets | 0.75 | 6.00T |
| 1,906 | Blow Backs (Native Form... | 8.5x11 | 0.13 | 247.78T |
| 28 | Tabs | | 0.26 | 7.28T |
| 8 | Custom Tabs | pre-printed ABC - 123 | 0.52 | 4.16T |
| 2 | 1 1/2" Notebooks | 3 Ring | 7.15 | 14.30T |
| 2 | 4" D-Ring Binders | 3 Ring | 16.80 | 33.60T |
| 1 | Drilling | 1950 sheets | 6.92 | 6.92T |
| | | Sales Tax | 5.00% | 16.00 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $336.04 |
|-------|---------|
| **Payments/Credits** | $-336.04 |
| **Balance Due** | $0.00 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110137 |

**Bill To**

Goodwin  Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin  Procter
901 New York Avenue, NW
Washington DC 20001

**BIZPORT**
*The Business Behind Your Business*
Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, Va 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~████████~~ | Net 30 | JW | 1/6/2011 | 63153-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 614 | Blow Backs (Native Form... | James Johnson Binders - 6 sets | 0.13 | 79.82T |
| 246 | Color Blowback | | 0.75 | 184.50T |
| 42 | Custom Tabs | 8.5x11 | 0.52 | 21.84T |
| 6 | 1 1/2" Notebooks | | 7.15 | 42.90T |
| 1 | Drilling | 3 Ring | 3.55 | 3.55T |
| | | minimum charge | | |
| | | Sales Tax | 5.00% | 16.63 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $349.24 |
| **Payments/Credits** | $-349.24 |
| **Balance Due** | $0.00 |

# Invoice



## BIZPORT
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|---|---|
| 1/6/2011 | 1110139 |

**PAID**

| Bill To | Ship To |
|---|---|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|---|---|---|---|---|---|
| ~~████~~ | Net 30 | JW | 1/6/2011 | 63141-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 1,240 | Blow Backs (Native Form... | PX001, PX002, PX003 - 20 sets | 0.13 | 161.20T |
| 40 | Color Blowback | 8.5x11 | 0.75 | 30.00T |
| 1 | Drilling | 1280 sheets | 4.54 | 4.54T |
| | | Sales Tax | 5.00% | 9.79 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $205.53 |
|---|---|
| Payments/Credits | $-205.53 |
| Balance Due | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110140 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▬▬▬▬ | Net 30 | JW | 1/6/2011 | 63322-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 35 | CD Duplication | 7 sets of CDs | 15.75 | 551.25T |
|  |  | Sales Tax | 5.00% | 27.56 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $578.81 |
|-------|---------|
| Payments/Credits | $-578.81 |
| Balance Due | $0.00 |



# BIZPORT
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110141 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~█████~~ | Net 30 | JW | 1/6/2011 | 63291-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 800 | Color Blowback | PX0142 - 10 sets<br>8.5x11<br>Sales Tax | 0.75<br>5.00% | 600.00T<br>30.00 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $630.00 |
| **Payments/Credits** | $-630.00 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110142 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/6/2011 | 63140-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Johnson, Kinross and Momyer binders - 6 sets | | |
| 1,374 | Blow Backs (Native Form... | | 0.13 | 178.62T |
| 943 | Color Blowback | 8.5x11 | 0.75 | 707.25T |
| 96 | Custom Tabs | | 0.52 | 49.92T |
| 18 | 1 1/2" Notebooks | 3 Ring | 7.15 | 128.70T |
| 1 | Drilling | 2413 sheets | 8.57 | 8.57T |
| | | Sales Tax | 5.00% | 53.65 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $1,126.71 |
| **Payments/Credits** | $-1,126.71 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services  |  Logistics  |  Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110144 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ████ | Net 30 | JW | 1/6/2011 | 63142-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Frank & Oliver binders - 5 sets | | |
| 1,820 | Blow Backs (Native Form... | | 0.13 | 236.60T |
| 205 | Color Blowback | 8.5x11 | 0.75 | 153.75T |
| 90 | Custom Tabs | | 0.52 | 46.80T |
| 5 | 2" Binders | 3 Ring | 7.40 | 37.00T |
| 5 | 1 1/2" Notebooks | 3 Ring | 7.15 | 35.75T |
| 1 | Drilling | 2115 sheets | 7.51 | 7.51T |
| | | Sales Tax | 5.00% | 25.87 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $543.28 |
|-------|---------|
| Payments/Credits | $-543.28 |
| Balance Due | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110146 |

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
|  | Net 30 | JW | 1/6/2011 | 63310-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 960 | Color Blowback | Cimino binders - 6 sets | 0.75 | 720.00T |
| 102 | Blow Backs (Native Form... | 8.5x11 | 0.135 | 13.77T |
| 24 | Custom Tabs |  | 0.52 | 12.48T |
| 6 | 1 1/2" Notebooks | 3 Ring | 7.15 | 42.90T |
| 1 | Drilling |  | 3.86 | 3.86T |
|  |  | Sales Tax | 5.00% | 39.65 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $832.66 |
|-----------|---------|
| **Payments/Credits** | $-832.66 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110149 |

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin  Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin  Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~~~~~ | Net 30 | JW | 1/6/2011 | 63160-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Weaver Exhibits & Appendices - 1 set | | |
| 792 | Blow Backs (Native Form... | | 0.13 | 102.96T |
| 1 | Color Blowback | 8.5x11 | 0.75 | 0.75T |
| 14 | Tabs | pre-printed ABC - 123 | 0.26 | 3.64T |
| 4 | Custom Tabs | | 0.52 | 2.08T |
| 1 | 2" Binders | 3 Ring | 7.40 | 7.40T |
| 1 | 3" Binder | 3 Ring | 12.65 | 12.65T |
| 1 | Drilling | | 3.55 | 3.55T |
| | | Sales Tax | 5.00% | 6.65 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $139.68 |
|-------|---------|
| **Payments/Credits** | $-139.68 |
| **Balance Due** | $0.00 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110151 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, 23462

**PAID**

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/6/2011 | 63348-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | PX403/PX470 - 7 set | | |
| 14,940 | Blow Backs (Native Form... | | 0.13 | 1,942.20T |
| 1,960 | Color Blowback | 8.5x11 | 0.75 | 1,470.00T |
| 21 | 3" Binder | 3 Ring | 12.65 | 265.65T |
| 14 | 2" Binders | 3 Ring | 7.40 | 103.60T |
| 644 | Custom Tabs | | 0.52 | 334.88T |
| 1 | Drilling | 17544 sheets | 62.28 | 62.28T |
| | | Sales Tax | 5.00% | 208.93 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $4,387.54 |
| **Payments/Credits** | $-4,387.54 |
| **Balance Due** | $0.00 |



**The Business Behind Your Business**

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/6/2011 | 1110152 |

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin  Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin  Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~████████~~ | Net 30 | JW | 1/6/2011 | 63318-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Weaver Exhibit Binders - 1 set | | |
| 280 | Blow Backs (Native Form... | | 0.13 | 36.40T |
| 3,824 | Color Blowback | 8.5x11 | 0.75 | 2,868.00T |
| 49 | Tabs | pre-printed ABC - 123 | 0.26 | 12.74T |
| 5 | Plastic Sleeves | | 0.75 | 3.75T |
| 1 | 1 1/2" Notebooks | 3 Ring | 7.15 | 7.15T |
| 4 | 2" Binders | 3 Ring | 7.40 | 29.60T |
| 2 | 3" Binder | 3 Ring | 12.65 | 25.30T |
| 1 | 4" D-Ring Binders | 3 Ring | 16.80 | 16.80T |
| 1 | Drilling | 4104 sheets | 14.57 | 14.57T |
| | | Sales Tax | 5.00% | 150.72 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $3,165.03 |
|-----------|-----------|
| **Payments/Credits** | $-3,165.03 |
| **Balance Due** | $0.00 |



# Invoice

**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

| Date | Invoice # |
|------|-----------|
| 1/10/2011 | 1110223 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▒▒▒▒ | Net 30 | JW | 1/10/2011 | 63166-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Christopherson Potential Supplemental Exhibit Binders - 2 sets | | |
| 592 | Blow Backs (Native Form... | | 0.13 | 76.96T |
| 80 | Color Blowback | 8.5x11 | 0.75 | 60.00T |
| 6 | Custom Tabs | | 0.52 | 3.12T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 2 | 2" Binders | 3 Ring | 7.40 | 14.80T |
| | | Sales Tax | 5.00% | 7.92 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $166.35 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $166.35 |



**BIZPORT**
*The Business Behind Your Business*

| Document Services | Logistics | Containers |
|---|---|---|

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

# Invoice

| Date | Invoice # |
|---|---|
| 1/10/2011 | 1110226 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|---|---|---|---|---|---|
| | Net 30 | JW | 1/10/2011 | 63361-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | Christopherson Raliegh Lohkamp - 7 sets | | |
| 13,545 | Blow Backs (Native Form... | | 0.13 | 1,760.85T |
| 6,041 | Color Blowback | 8.5x11 | 0.75 | 4,530.75T |
| 245 | Custom Tabs | | 0.52 | 127.40T |
| 1 | Drilling | 19831 sheets | 70.40 | 70.40T |
| 7 | 2" Binders | 3 Ring | 7.40 | 51.80T |
| 7 | 3" Binder | 3 Ring | 12.65 | 88.55T |
| 21 | 4" D-Ring Binders | 3 Ring | 16.80 | 352.80T |
| | | Sales Tax | 5.00% | 349.13 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $7,331.68 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,331.68 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/10/2011 | 1110246 |

**Bill To**

Goodwin  Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin  Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▨ | Net 30 | JW | 1/10/2011 | 63171--ba | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Lawson & Yuhasz Binders - 6 sets | | |
| 90 | Blow Backs (Native Form... | | 0.13 | 11.70T |
| 1,416 | Color Blowback | 8.5x11 | 0.75 | 1,062.00T |
| 66 | Custom Tabs | | 0.52 | 34.32T |
| 1 | Drilling | | 5.58 | 5.58T |
| 12 | 1 1/2" Notebooks | 3 Ring | 7.15 | 85.80T |
| | | Sales Tax | 5.00% | 59.97 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $1,259.37 |
| **Payments/Credits** | $-1,259.37 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/10/2011 | 1110247 |

**PAID**

**Bill To**

Goodwin  Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin  Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▬▬▬▬ | Net 30 | JW | 1/10/2011 | 63173--ba | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Patent Case Management Judicial Guide  - 4 sets | | |
| 2,600 | Blow Backs (Native Form... | | 0.13 | 338.00T |
| 4 | GBC over 1 1/4" | | 3.95 | 15.80T |
| 4 | Covers-C/L | Clear/Leatherette Sets | 1.45 | 5.80T |
| | | Sales Tax | 5.00% | 17.98 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $377.58 |
| **Payments/Credits** | $-377.58 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/10/2011 | 1110248 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

PAID

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~████~~ | Net 30 | JW | 1/10/2011 | 63183--ba | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|---------|-----------|-------------|-----------|--------|
| | | Neimeyer Binder - 6 sets | | |
| 2,088 | Blow Backs (Native Form... | | 0.13 | 271.44T |
| 8 | Custom Tabs | | 0.52 | 4.16T |
| 1 | Drilling | | 7.44 | 7.44T |
| 6 | 2" Binders | 3 Ring | 7.40 | 44.40T |
| | | Sales Tax | 5.00% | 16.37 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|--|--|
| **Total** | $343.81 |
| **Payments/Credits** | $-343.81 |
| **Balance Due** | $0.00 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 1/12/2011 | 1110314 |

BIZPORT
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

**PAID**

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~~~~~ | Net 30 | JW | 1/12/2011 | 63641-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| | | Farber Testimony - 3 sets | | |
| 1,308 | Blow Backs (Native Form... | | 0.13 | 170.04T |
| 6 | Color Blowback | 8.5x11 | 0.75 | 4.50T |
| 30 | Tabs | pre-printed ABC - 123 | 0.26 | 7.80T |
| 1 | Drilling | 1338 sheets | 4.75 | 4.75T |
| 3 | 3" Binder | 3 Ring | 12.65 | 37.95T |
| | | Sales Tax | 5.00% | 11.25 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $236.29 |
| **Payments/Credits** | $-236.29 |
| **Balance Due** | $0.00 |

# Invoice



## BIZPORT
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/12/2011 | 1110317 |

**PAID**

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~(illegible)~~ | Net 30 | JW | 1/12/2011 | 63174-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 396 | Color Blowback | Matias Designations, Oliver Designations w/ Exhibits, Cimibo Designations w/ exhibits - 6 sets<br>8.5x11<br>Sales Tax | 0.75<br>5.00% | 297.00T<br>14.85 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $311.85 |
| **Payments/Credits** | $-311.85 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/12/2011 | 1110318 |

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/12/2011 | 63802-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Potential Cross of Lawson - 6 sets | | |
| 54 | Blow Backs (Native Form... | | 0.13 | 7.02T |
| 960 | Color Blowback | 8.5x11 | 0.75 | 720.00T |
| | | Sales Tax | 5.00% | 36.35 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $763.37 |
|-------|---------|
| Payments/Credits | $-763.37 |
| Balance Due | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/12/2011 | 1110319 |

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~────~~ | Net 30 | JW | 1/12/2011 | 63803-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Shamas Cross Binders - 6 sets | | |
| 132 | Blow Backs (Native Form... | | 0.13 | 17.16T |
| 18 | Color Blowback | 8.5x11 | 0.75 | 13.50T |
| 18 | Custom Tabs | | 0.52 | 9.36T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 6 | 1 1/2" Notebooks | 3 Ring | 7.15 | 42.90T |
| | | Sales Tax | 5.00% | 4.32 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $90.79 |
|-------|--------|
| Payments/Credits | $-90.79 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/12/2011 | 1110322 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

**PAID**

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~██████~~ | Net 30 | JW | 1/12/2011 | 63807-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | 2010-08-26 Knuth Report w Highlighting - 6 sets | | |
| 222 | Color Blowback | 8.5x11 | 0.75 | 166.50T |
| 18 | Blow Backs (Native Form... | | 0.13 | 2.34T |
| | | Sales Tax | 5.00% | 8.44 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $177.28 |
| **Payments/Credits** | $-177.28 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/12/2011 | 1110325 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin  Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin  Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
|  | Net 30 | JW | 1/12/2011 | 63395-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 16 | Color Blowback | Christopherson SOW and RFP Binders - 4 sets | 0.75 | 12.00T |
| 9,056 | Blow Backs (Native Form... | 8.5x11 | 0.13 | 1,177.28T |
| 64 | Custom Tabs |  | 0.52 | 33.28T |
| 1 | Drilling | 9120 sheets | 32.38 | 32.38T |
| 8 | 3" Binder | 3 Ring | 12.65 | 101.20T |
|  |  | Sales Tax | 5.00% | 67.81 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $1,423.95 |
| **Payments/Credits** | $-1,423.95 |
| **Balance Due** | $0.00 |



# Invoice

| Date | Invoice # |
|------|-----------|
| 1/12/2011 | 1110326 |

**Document Services | Logistics | Containers**

*The Business Behind Your Business*

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▓▓▓▓▓▓ | Net 30 | JW | 1/12/2011 | 63396-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 9,149 | Blow Backs (Native Form... | Christopher Cross Exam Binders - 7 sets | 0.13 | 1,189.37T |
| 504 | Color Blowback | 8.5x11 | 0.75 | 378.00T |
| 77 | Custom Tabs | | 0.52 | 40.04T |
| 1 | Drilling | 9702 sheets | 3.44 | 3.44T |
| 14 | 3" Binder | 3 Ring | 12.65 | 177.10T |
| | | Sales Tax | 5.00% | 89.40 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $1,877.35 |
| **Payments/Credits** | $-1,877.35 |
| **Balance Due** | $0.00 |


# BIZPORT
*The Business Behind Your Business*

| | Document Services | Logistics | Containers |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/12/2011 | 1110327 |

**PAID**

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/12/2011 | 63624-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Farber Binders - 6 sets | | |
| 996 | Blow Backs (Native Form... | | 0.13 | 129.48T |
| 936 | Color Blowback | 8.5x11 | 0.75 | 702.00T |
| 108 | Custom Tabs | | 0.52 | 56.16T |
| 1 | Drilling | 2028 sheets | 7.20 | 7.20T |
| 6 | 2" Binders | 3 Ring | 7.40 | 44.40T |
| | | Sales Tax | 5.00% | 46.96 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $986.20 |
|-----------|---------|
| **Payments/Credits** | $-986.20 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/13/2011 | 1110390 |

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▓▓▓▓▓ | Net 30 | JW | 1/13/2011 | 63633-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 3 | Paper Stock | 3 case 20# white bond paper<br>Sales Tax | 46.99<br>5.00% | 140.97T<br>7.05 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $148.02 |
| **Payments/Credits** | $-148.02 |
| **Balance Due** | $0.00 |


# BIZPORT
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/18/2011 | 1110588 |

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
|  | Net 30 | JW | 1/18/2011 | 63836-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 4 | Paper Stock | 4 cases 8.5x11 20# paper | 46.99 | 187.96T |
| 2 | Paper Stock | 2 reams 8.5x14 20# paper | 6.75 | 13.50T |
|  |  | Sales Tax | 5.00% | 10.07 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $211.53 |
| **Payments/Credits** | $-211.53 |
| **Balance Due** | $0.00 |



**The Business Behind Your Business**

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/18/2011 | 1110589 |

PAID

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▓▓▓▓▓▓ | Net 30 | JW | 1/18/2011 | 63823-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| 1,196 | Blow Backs (Native Form... | Trial Transcripts-January 12, 2011 - 4 sets | 0.13 | 155.48T |
| 1 | Drilling | 1196 sheets | 4.25 | 4.25T |
| | | Sales Tax | 5.00% | 7.99 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $167.72 |
|-----------|---------|
| **Payments/Credits** | $-167.72 |
| **Balance Due** | $0.00 |

# Invoice



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/18/2011 | 1110590 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/18/2011 | 63820-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Trial Transcripts-January 11, 2011/Trial Transcripts January 12, 2011 - 5 sets | | |
| 2,200 | Blow Backs (Native Form... | | 0.13 | 286.00T |
| 36 | Tabs | pre-printed ABC - 123 | 0.26 | 9.36T |
| 1 | Drilling | 2236 sheets | 7.94 | 7.94T |
| | | Sales Tax | 5.00% | 15.17 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $318.47 |
| **Payments/Credits** | $-318.47 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/18/2011 | 1110591 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/18/2011 | 63188-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 2,706 | Blow Backs (Native Form... | Px215. Px149, Px226 - 6 sets | 0.13 | 351.78T |
| 210 | Color Blowback | 8.5x11 | 0.75 | 157.50T |
| 18 | Custom Tabs | | 0.52 | 9.36T |
| 1 | Drilling | 2934 sheets | 10.42 | 10.42T |
| 6 | 2" Binders | 3 Ring | 7.40 | 44.40T |
| | | Sales Tax | 5.00% | 28.67 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $602.13 |
|-------|---------|
| **Payments/Credits** | $-602.13 |
| **Balance Due** | $0.00 |



# BIZPORT
### The Business Behind Your Business

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/18/2011 | 1110593 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/18/2011 | 63200-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 555 | Blow Backs (Native Form... | Px214, Px215, Px256, Px259 - 1 set | 0.13 | 72.15T |
| 36 | Color Blowback | 8.5x11 | 0.75 | 27.00T |
| 4 | Custom Tabs | | 0.52 | 2.08T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 1 | 3" Binder | 3 Ring | 12.65 | 12.65T |
| | | Sales Tax | 5.00% | 5.87 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $123.30 |
|-------|---------|
| **Payments/Credits** | $-123.30 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/18/2011 | 1110596 |

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~~~~~~ | Net 30 | JW | 1/18/2011 | 63806-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 192 | Color 11x17 | Shamos Claim Chart - 8 sets<br><br>Sales Tax | 1.55<br>5.00% | 297.60T<br>14.88 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $312.48 |
| **Payments/Credits** | $-312.48 |
| **Balance Due** | $0.00 |



**The Business Behind Your Business**

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/18/2011 | 1110600 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

PAID

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/18/2011 | 63813-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Px32, Px361, Px362, Px363 - 1 set | | |
| 306 | Blow Backs (Native Form... | | 0.13 | 39.78T |
| 170 | Color Blowback | 8.5x11 | 0.75 | 127.50T |
| 4 | Custom Tabs | | 0.52 | 2.08T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| | | Sales Tax | 5.00% | 8.65 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $181.56 |
|-----------|---------|
| **Payments/Credits** | $-181.56 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/19/2011 | 1110672 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~████~~ | Net 30 | JW | 1/19/2011 | 63844-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Trial Transcripts - 1 set | | |
| 508 | Blow Backs (Native Form... | | 0.13 | 66.04T |
| 2 | Color Blowback | 8.5x11 | 0.75 | 1.50T |
| 12 | Tabs | pre-printed ABC - 123 | 0.26 | 3.12T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 1 | 2" Binders | 3 Ring | 7.40 | 7.40T |
| | | Sales Tax | 5.00% | 4.08 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $85.69 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $85.69 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

# Invoice

| Date | Invoice # |
|---|---|
| 1/19/2011 | 1110673 |

| Bill To |
|---|
| Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001 |

| Ship To |
|---|
| Goodwin Procter
901 New York Avenue, NW
Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|---|---|---|---|---|---|
| ▓▓▓▓▓▓ | Net 30 | JW | 1/19/2011 | 63752-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 140 | Medium Litigation | Jury Notebook - 20 sets | 0.13 | 18.20T |
| 60 | Tabs | 8.5x11 | 0.26 | 15.60T |
| 1 | Drilling | pre-printed ABC - 123 | 3.55 | 3.55T |
| | | minimum charge | 5.00% | 1.87 |
| | | Sales Tax | | |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $39.22 |
|---|---|
| Payments/Credits | $0.00 |
| Balance Due | $39.22 |


**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

| Date | Invoice # |
|---|---|
| 1/19/2011 | 1110674 |

| Bill To | Ship To |
|---|---|
| Goodwin  Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin  Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|---|---|---|---|---|---|
| ~~████████~~ | Net 30 | JW | 1/19/2011 | 63736-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | Trial Transcript Binders - 5 sets | | |
| 7,485 | Blow Backs (Native Form... | | 0.13 | 973.05T |
| 10 | Color Blowback | 8.5x11 | 0.75 | 7.50T |
| 60 | Tabs | pre-printed ABC - 123 | 0.26 | 15.60T |
| 1 | Drilling | 7545 sheets | 26.78 | 26.78T |
| 5 | 3" Binder | 3 Ring | 12.65 | 63.25T |
| | | Sales Tax | 5.00% | 54.31 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $1,140.49 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,140.49 |


**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/19/2011 | 1110675 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~(redacted)~~ | Net 30 | JW | 1/19/2011 | 63822-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 122 | Blow Backs (Native Form... | Px521, Px522 - 2 sets | 0.13 | 15.86T |
| 4 | Color Blowback | 8.5x11 | 0.75 | 3.00T |
| 4 | Custom Tabs | | 0.52 | 2.08T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| | | Sales Tax | 5.00% | 1.22 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $25.71 |
|-------|--------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $25.71 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/19/2011 | 1110676 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▓▓▓▓▓ | Net 30 | JW | 1/19/2011 | 63784-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Dx96 - 2 sets | | |
| 2,340 | Blow Backs (Native Form... | | 0.13 | 304.20T |
| 10 | Color Blowback | 8.5x11 | 0.75 | 7.50T |
| 4 | Custom Tabs | | 0.52 | 2.08T |
| 1 | Drilling | 2346 sheets | 8.33 | 8.33T |
| 4 | 3" Binder | 3 Ring | 12.65 | 50.60T |
| | | Sales Tax | 5.00% | 18.64 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|--|--|
| **Total** | $391.35 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $391.35 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/19/2011 | 1110677 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/19/2011 | 63851-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| | | Johnson Direct Examination - 1 set | | |
| 2,468 | Blow Backs (Native Form... | | 0.13 | 320.84T |
| 28 | Color Blowback | 8.5x11 | 0.75 | 21.00T |
| 12 | Custom Tabs | | 0.52 | 6.24T |
| 1 | Drilling | 2496 sheets | 8.86 | 8.86T |
| 1 | 2" Binders | 3 Ring | 7.40 | 7.40T |
| 5 | 3" Binder | 3 Ring | 12.65 | 63.25T |
| | | Sales Tax | 5.00% | 21.38 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $448.97 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $448.97 |



**The Business Behind Your Business**

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/19/2011 | 1110678 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~~~~~~ | Net 30 | JW | 1/19/2011 | 63855-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Farber Direct Examination - 1 set | | |
| 267 | Blow Backs (Native Form... | | 0.13 | 34.71T |
| 17 | Color Blowback | 8.5x11 | 0.75 | 12.75T |
| 9 | Custom Tabs | | 0.52 | 4.68T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 1 | 2" Binders | 3 Ring | 7.40 | 7.40T |
| | | Sales Tax | 5.00% | 3.15 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | **$66.24** |
|-----------|------------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$66.24** |


**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

| Date | Invoice # |
|---|---|
| 1/19/2011 | 1110679 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|---|---|---|---|---|---|
| ▬▬▬▬ | Net 30 | JW | 1/19/2011 | 63837-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | Gounaris - 6 sets | | |
| 1,218 | Blow Backs (Native Form... | | 0.13 | 158.34T |
| 50 | Color Blowback | 8.5x11 | 0.75 | 37.50T |
| 14 | Custom Tabs | | 0.52 | 7.28T |
| 12 | Manilla Folders-Standard | | 0.26 | 3.12T |
| 1 | Drilling | 1280 sheets | 4.54 | 4.54T |
| 1 | 2" Binders | 3 Ring | 7.40 | 7.40T |
| | | Sales Tax | 5.00% | 10.91 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $229.09 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $229.09 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/19/2011 | 1110680 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~████~~ | Net 30 | JW | 1/19/2011 | 63850-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| | | McEneny Binder - 1 set | | |
| 614 | Blow Backs (Native Form... | | 0.13 | 79.82T |
| 16 | Color Blowback | 8.5x11 | 0.75 | 12.00T |
| 8 | Custom Tabs | | 0.52 | 4.16T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 1 | 4" D-Ring Binders | 3 Ring | 16.80 | 16.80T |
| | | Sales Tax | 5.00% | 5.82 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|--|--|
| **Total** | $122.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $122.15 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/19/2011 | 1110681 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▓▓▓▓▓ | Net 30 | JW | 1/19/2011 | 63821-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Eng Binders - 3 sets | | |
| 441 | Blow Backs (Native Form... | | 0.13 | 57.33T |
| 18 | Color Blowback | 8.5x11 | 0.75 | 13.50T |
| 27 | Custom Tabs | | 0.52 | 14.04T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 3 | 2" Binders | 3 Ring | 7.40 | 22.20T |
| | | Sales Tax | 5.00% | 5.53 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $116.15 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $116.15 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

| | | |
|---|---|---|
| 9 North Third Street | 3031-C Peters Creek Road | 632 North Witchduck Road, Suite 103 |
| Richmond, VA 23219 | Roanoke, VA 24019 | Virginia Beach, VA 23462 |
| 804 780-1060 | 540 725-4213 | 757 217-9130 |

# Invoice

| Date | Invoice # |
|---|---|
| 1/19/2011 | 1110682 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|---|---|---|---|---|---|
| ~~████~~ | Net 30 | JW | 1/19/2011 | 63826-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| | | Jury Notebooks - 4 sets | | |
| 276 | Blow Backs (Native Form... | | 0.13 | 35.88T |
| 48 | Color Blowback | 8.5x11 | 0.75 | 36.00T |
| 32 | Tabs | pre-printed ABC - 123 | 0.26 | 8.32T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 4 | 1 1/2" Notebooks | 3 Ring | 7.15 | 28.60T |
| | | Sales Tax | 5.00% | 5.62 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $117.97 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $117.97 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/19/2011 | 1110699 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▬▬▬ | Net 30 | JW | 1/19/2011 | 63801-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Christopherson Witnesses and Exhibits - 1 set | | |
| 6,668 | Blow Backs (Native Form... | | 0.13 | 866.84T |
| 873 | Color Blowback | 8.5x11 | 0.75 | 654.75T |
| 60 | Custom Tabs | | 0.52 | 31.20T |
| 1 | Drilling | 7571 sheets | 26.88 | 26.88T |
| 4 | 2" Binders | 3 Ring | 7.40 | 29.60T |
| 11 | 3" Binder | 3 Ring | 12.65 | 139.15T |
| | | Sales Tax | 5.00% | 87.42 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $1,835.84 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,835.84 |


**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/19/2011 | 1110701 |

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▓▓▓▓▓▓▓▓▓▓ | Net 30 | JW | 1/19/2011 | 63792-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 3 | Paper Stock | Paper<br>3 cases 20# paper<br>Sales Tax | 46.99<br>5.00% | 140.97T<br>7.05 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $148.02 |
|-------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $148.02 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/21/2011 | 1110785 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
|  | Net 30 | JW | 1/21/2011 | 63872-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 774 | Blow Backs (Native Form... | 1-14-2011 & 1-19-2011 Condensed Trial Transcripts - 6 sets | 0.13 | 100.62T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
|  |  | Sales Tax | 5.00% | 5.21 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $109.38 |
| **Payments/Credits** | $-109.38 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/21/2011 | 1110789 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/21/2011 | 63866-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Weaver Rebuttal - 2 sets/4 sets | | |
| 630 | Blow Backs (Native Form... | | 0.13 | 81.90T |
| 72 | Color Blowback | 8.5x11 | 0.75 | 54.00T |
| 32 | Custom Tabs | | 0.52 | 16.64T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 6 | 2" Binders | 3 Ring | 7.40 | 44.40T |
| | | Sales Tax | 5.00% | 10.02 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $210.51 |
|-----------|---------|
| **Payments/Credits** | $-210.51 |
| **Balance Due** | $0.00 |


**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/21/2011 | 1110790 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▓▓▓▓▓▓ | Net 30 | JW | 1/21/2011 | 63861-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Hilliard Binders - 6 sets | | |
| 12,750 | Blow Backs (Native Form... | | 0.13 | 1,657.50T |
| 95 | Color Blowback | 8.5x11 | 0.75 | 71.25T |
| 90 | Custom Tabs | | 0.52 | 46.80T |
| 1 | Drilling | 12863 sheets | 45.66 | 45.66T |
| 12 | 2" Binders | 3 Ring | 7.40 | 88.80T |
| 18 | 3" Binder | 3 Ring | 12.65 | 227.70T |
| | | Sales Tax | 5.00% | 106.89 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $2,244.60 |
| **Payments/Credits** | $-2,244.60 |
| **Balance Due** | $0.00 |



**The Business Behind Your Business**

Document Services | Logistics | Containers

# Invoice

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/21/2011 | 1110791 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~illegible~~ | Net 30 | JW | 1/21/2011 | 63735-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Shamos Validity Cross Examination - 6 sets | | |
| 8,586 | Blow Backs (Native Form... | | 0.13 | 1,116.18T |
| 816 | Color Blowback | 8.5x11 | 0.75 | 612.00T |
| 168 | Custom Tabs | | 0.52 | 87.36T |
| 1 | Drilling | 9570 sheets | 33.97 | 33.97T |
| 18 | 3" Binder | 3 Ring | 12.65 | 227.70T |
| | | Sales Tax | 5.00% | 103.86 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $2,181.07 |
|-------|-----------|
| **Payments/Credits** | $-2,181.07 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2011 | 1110924 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/25/2011 | 63885-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| | | Trial Transcripts Condensed - 2 sets | | |
| 1,394 | Blow Backs (Native Form... | | 0.13 | 181.22T |
| 4 | Color Blowback | 8.5x11 | 0.75 | 3.00T |
| 22 | Tabs | pre-printed ABC - 123 | 0.26 | 5.72T |
| 1 | Drilling | 1420 sheets | 5.04 | 5.04T |
| 2 | 2" Binders | 3 Ring | 7.40 | 14.80T |
| | | Sales Tax | 5.00% | 10.49 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $220.27 |
|-------|---------|
| Payments/Credits | $-220.27 |
| Balance Due | $0.00 |



# BIZPORT
*The Business Behind Your Business*

Document Services | Logistics | Containers

| 9 North Third Street | 3031-C Peters Creek Road | 632 North Witchduck Road, Suite 103 |
| Richmond, VA 23219 | Roanoke, VA 24019 | Virginia Beach, VA 23462 |
| 804 780-1060 | 540 725-4213 | |

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2011 | 1110927 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/25/2011 | 63785-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Farber Rebuttal Binders - 6 sets | | |
| 582 | Blow Backs (Native Form... | | 0.13 | 75.66T |
| 12 | Color Blowback | 8.5x11 | 0.75 | 9.00T |
| 30 | Custom Tabs | | 0.52 | 15.60T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 6 | 1 1/2" Notebooks | 3 Ring | 7.15 | 42.90T |
| | | Sales Tax | 5.00% | 7.34 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $154.05 |
|-------|---------|
| **Payments/Credits** | $-154.05 |
| **Balance Due** | $0.00 |


**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2011 | 1110928 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/25/2011 | 63793-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Weaver Rebuttal Binders - 6 sets | | |
| 366 | Blow Backs (Native Form... | | 0.13 | 47.58T |
| 30 | Color Blowback | 8.5x11 | 0.75 | 22.50T |
| 12 | Custom Tabs | | 0.52 | 6.24T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 6 | 1 1/2" Notebooks | 3 Ring | 7.15 | 42.90T |
| | | Sales Tax | 5.00% | 6.14 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $128.91 |
|-------|---------|
| Payments/Credits | $-128.91 |
| Balance Due | $0.00 |



# BIZPORT
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2011 | 1110929 |

PAID

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▓▓▓▓▓ | Net 30 | JW | 1/25/2011 | 63809-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | Exhibits for Farber's Declaration - 1 set | | |
| 8,960 | Blow Backs (Native Form... | | 0.13 | 1,164.80T |
| 1,016 | Color Blowback | 8.5x11 | 0.75 | 762.00T |
| 34 | Custom Tabs | | 0.52 | 17.68T |
| 1 | Drilling | 10010 sheets | 35.54 | 35.54T |
| | | Sales Tax | 5.00% | 99.00 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| Total | $2,079.02 |
|-------|-----------|
| Payments/Credits | $-2,079.02 |
| Balance Due | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/25/2011 | 1110930 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~redacted~~ | Net 30 | JW | 1/25/2011 | 64889-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| | | JMOL No Invalidity - 1 set | | |
| 139 | Blow Backs (Native Form... | | 0.13 | 18.07T |
| 2 | Custom Tabs | | 0.52 | 1.04T |
| 10 | Tabs | pre-printed ABC - 123 | 0.26 | 2.60T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 1 | 1 1/2" Notebooks | 3 Ring | 7.15 | 7.15T |
| | | Sales Tax | 5.00% | 1.62 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $34.03 |
| **Payments/Credits** | $-34.03 |
| **Balance Due** | $0.00 |


**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/25/2011 | 1110931 |

**PAID**

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ▓▓▓▓ | Net 30 | JW | 1/25/2011 | 63886-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 295 | Blow Backs (Native Form... | JMOL Infringement - 1 set | 0.13 | 38.35T |
| 2 | Custom Tabs | | 0.52 | 1.04T |
| 9 | Tabs | pre-printed ABC - 123 | 0.26 | 2.34T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 1 | 2" Binders | 3 Ring | 7.40 | 7.40T |
| | | Sales Tax | 5.00% | 2.63 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $55.31 |
|-----------|--------|
| **Payments/Credits** | $-55.31 |
| **Balance Due** | $0.00 |

# Invoice



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462

| Date | Invoice # |
|------|-----------|
| 1/25/2011 | 1110932 |

**Bill To**

Goodwin Procter
Accounts Payable
901 New York Avenue, NW
Washington, DC 20001

**Ship To**

Goodwin Procter
901 New York Avenue, NW
Washington DC 20001

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| | Net 30 | JW | 1/25/2011 | 63891-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|------------|--------|
| 953 | Blow Backs (Native Form... | Weaver Binder - 1 set | 0.13 | 123.89T |
| 4 | Color 8.5x11 | | 0.75 | 3.00T |
| 14 | Tabs | pre-printed ABC - 123 | 0.26 | 3.64T |
| 4 | Custom Tabs | | 0.52 | 2.08T |
| 1 | Drilling | minimum charge | 3.55 | 3.55T |
| 1 | 1 1/2" Notebooks | 3 Ring | 7.15 | 7.15T |
| 1 | 4" D-Ring Binders | 3 Ring | 16.80 | 16.80T |
| | | Sales Tax | 5.00% | 8.01 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $168.12 |
| **Payments/Credits** | $-168.12 |
| **Balance Due** | $0.00 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2011 | 1111194 |

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~▓▓▓▓▓~~ | Net 30 | JW | 1/31/2011 | 63808-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|---------|-----------|-------------|-----------|--------|
| | | Knuth, Yuhasz, Lohkamp, Shamos binders - 1 set | | |
| 14,581 | Blow Backs (Native Form... | | 0.13 | 1,895.53T |
| 3,457 | Color Blowback | 8.5x11 | 0.75 | 2,592.75T |
| 179 | Custom Tabs | | 0.52 | 93.08T |
| 1 | Drilling | 18217 sheets | 64.67 | 64.67T |
| 4 | 2" Binders | 3 Ring | 7.40 | 29.60T |
| 20 | 3" Binder | 3 Ring | 12.65 | 253.00T |
| 1 | 4" D-Ring Binders | 3 Ring | 16.80 | 16.80T |
| | | Sales Tax | 5.00% | 247.27 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| **Total** | $5,192.70 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,192.70 |



**BIZPORT**
*The Business Behind Your Business*

Document Services | Logistics | Containers

9 North Third Street
Richmond, VA 23219
804 780-1060

3031-C Peters Creek Road
Roanoke, VA 24019
540 725-4213

632 North Witchduck Road, Suite 103
Virginia Beach, VA 23462
757 217-9130

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/28/2011 | 2110942 |

| Bill To | Ship To |
|---------|---------|
| Goodwin Procter<br>Accounts Payable<br>901 New York Avenue, NW<br>Washington, DC 20001 | Goodwin Procter<br>901 New York Avenue, NW<br>Washington DC 20001 |

| P.O. Number | Terms | Rep | Ship | Work Order # | Contact |
|-------------|-------|-----|------|--------------|---------|
| ~~redacted~~ | Net 30 | JW | 2/28/2011 | 65555-JK | Melanie Hayes |

| Quantity | Item Code | Description | Price Each | Amount |
|----------|-----------|-------------|-----------|--------|
| | | Corrected Transcript Binders - 2 sets | | |
| 1,734 | Blow Backs (Native Form... | | 0.13 | 225.42T |
| 4 | Color Blowback | 8.5x11 | 0.75 | 3.00T |
| 32 | Tabs | pre-printed ABC - 123 | 0.26 | 8.32T |
| 2 | 3" Binder | 3 Ring | 12.65 | 25.30T |
| 1 | Drilling | 1766 sheets | 6.27 | 6.27T |
| | | Sales Tax | 5.00% | 13.42 |

THANK YOU...We appreciate your business!!

Federal Tax ID # 043709157

REMIT TO:
Bizport Ltd
9 N. 3rd Street
Richmond, VA 23219

| | |
|---|---|
| **Total** | $281.73 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $281.73 |



Norris
McLaughlin
&Marcus, P.A.
ATTORNEYS AT LAW

E-MAIL:jjshrager@nmmlaw.com
DIRECT DIAL: (908) 252-4139

June 15, 2010

**VIA ELECTRONIC MAIL**

James D. Clements, Esq.
Goodwin Proctor LLP
Exchange Place
53 State Street
Boston, Massachusetts 02109

Re:     **ePlus vs. Lawson**

Dear Jim:

Sorry for the delay.  Enclosed are copies for our invoices with respect to assembling information for the Subpoenas served in connection with the above matter.  Also enclosed is a copy of an e-mail setting forth the hospital's expenses.

What ever happened with the litigation?

Any questions, please do not hesitate to call.

Sincerely,

JAMES J. SHRAGER

JJS/aw
Enclosures



NJ: 721 Route 202-206   P.O. Box 5933   Bridgewater, NJ 08807-5933   •   P: (908) 722-0700   •   F: (908) 722-0755
NY: 875 Third Avenue, 8th Floor   New York, NY 10022   •   P: (212) 808-0700   •   F: (212) 808-0844
PA: The Paragon Centre, Suite 300   1611 Pond Road   Allentown, PA 18104-2258   •   P: (610) 391-1800   •   F: (610) 391-1805
www.nmmlaw.com   E: info@nmmlaw.com



NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 5933
Bridgewater, NJ 08807-5933
Telephone (908) 722-0700

```
                                    Page          1
                                    Invoice #   613356
                                    Date    03/18/2010
                                    Client      67299
                                    Matter         89
                                                  ISN
```

Robert Wood Johnson
 University Hospital, Inc.
 One Robert Wood Johnson Place
 P.O.Box 2601
 New Brunswick, NJ   08903                    FEI#   62-140-8127

------------------------------------------------------------------------

For professional services rendered from February 16, 2010
through March 1, 2010

Re:  Lawson Software, Inc. Subpoena


    2/16/10  ISN      2.00  Review of materials re Lawson contracts and
                            subpoena; emails to and from R. Irwin re
                            subpoena; telephone call from B. Irwin re Lawson
                            subpoena;

    2/16/10  JJS       .90  Review Subpoena; discussion with ISN; conference
                            call with client;

    2/17/10  ISN      1.00  Emails to R. Irwin and M. Gonzalez re Lawson
                            subpoena; conference with JJS; telephone call
                            from R. Irwin;

    2/17/10  JJS      2.30  Review contracts supplied by client;; conference
                            call with ISN and Irwin; telephone call with
                            Clements' attorney for e-plus; review full set of
                            Subpoenas and schedules;

    2/18/10  ISN       .80  Review of subpoena information and contracts;
                            conference with JJS; telephone call to R. Irwin;


                                    1

Invoice #    613356
Date      03/18/2010
Client        67299

---

| 2/19/10 | DLK | 2.00 | Discuss subpoena issue with JJS; review 2 subpoenas; begin research on quashing/avoiding subpoena |
| 2/19/10 | JJS | .90 | Telephone calls subpoenaing attorney; discussion with DLK; preliminary document review; |
| 2/22/10 | ISN | .60 | Telephone call from and to Josh Graham, counsel for Lawson re subpoena; preparation of memorandum to file; telephone call from Boston attorneys re Lawson subpoena; conference with JJS; conference with DLK; telephone call to R. Irwin; email; |
| 2/22/10 | ISN | .60 | Telephone call from and to Josh Graham, counsel for Lawson re subpoena; preparation of memorandum to file; telephone call from Boston attorneys re Lawson subpoena; conference with JJS; conference with DLK; telephone call to R. Irwin; email; |
| 2/23/10 | ISN | .50 | Conference with DLM re Lawson subpoena; telephone call to R. Irwin; |
| 2/23/10 | DLK | 2.00 | Conference with ISN regarding subpoena; review protective order and complaint; |
| 2/24/10 | ISN | .60 | Telephone call from R. Irwin re Lawson deps schedule; conference with Anne re schedule; preparation of email to adversary; |
| 2/25/10 | ISN | 1.00 | Review of subpoena; telephone call to and from R. Irwin; |

15.20    TOTAL HOURS

2

```
Invoice #   613356
Date    03/18/2010
Client      67299
```

TOTAL SERVICES                              $ 5,492.00


|                     | HOURS | RATE   | AMOUNT   |
|---------------------|-------|--------|----------|
| IRA S. NOVAK        | 7.10  | 385.00 | 2,733.50 |
| JAMES J. SHRAGER    | 4.10  | 385.00 | 1,578.50 |
| DEANNA L. KOESTEL   | 4.00  | 295.00 | 1,180.00 |


2/28/10    Telephone, Postage, Photocopying            164.76


TOTAL EXPENSES                              $ 164.76


TOTAL THIS INVOICE                          $ 5,656.76


3



NORRIS, MCLAUGHLIN & MARCUS
A Professional Corporation
Counsellors At Law
721 Route 202-206
P.O. Box 5933
Bridgewater, NJ 08807-5933
Telephone (908) 722-0700

| | |
|---|---|
| Page | 1 |
| Invoice # | 622870 |
| Date | 04/26/2010 |
| Client | 67299 |
| Matter | 89 |
| | ISN |

Robert Wood Johnson
University Hospital, Inc.
One Robert Wood Johnson Place
P.O.Box 2601
New Brunswick, NJ  08903

FEI#   62-140-8127

--------------------------------------------------------------------

For professional services rendered from March 1, 2010
through March 31, 2010

Re:  Lawson Software, Inc. Subpoena

| | | | |
|---|---|---|---|
| 3/01/10 | DLK | 2.00 | Draft memo regarding subpoena and fees |
| 3/02/10 | ISN | 1.00 | Conference with JJS re subpoena; email and telephone call to R. Irwin; review of contracts re Lawson; |
| 3/03/10 | JJS | .90 | Telephone calls with J. Clements; telephone conference with R. Irwin; discussion with ISN; |
| 3/04/10 | JJS | .70 | Telephone calls with J. Clements and R. Irwin; |
| 3/05/10 | JJS | 1.10 | Secure more Lawson documents; have copied and move out; telephone call and e-mails with J. Clements; |
| 3/08/10 | JJS | 1.40 | Telephone calls with R. Irwin re deposition testimony; discussion with ISN; e-mails to lawyers re logistics; |

1

```
                                              Invoice #   622870
                                              Date    04/26/2010
                                              Client       67299
```

---

3/10/10  JJS      7.10  Attend depositions in Lawson matter of RWJUH
                        witness in New Brunswick;


         14.20    TOTAL HOURS

                  TOTAL SERVICES                     $ 5,287.00


                        HOURS       RATE       AMOUNT
IRA S. NOVAK             1.00      385.00       385.00
JAMES J. SHRAGER        11.20      385.00     4,312.00
DEANNA L. KOESTEL        2.00      295.00       590.00


         Federal Express to William D. Schultz, Esq.
         3/5/2010                                      44.32

         Telephone, Postage, Photocopying
                                                      158.61

                  TOTAL EXPENSES                     $ 202.93


                  TOTAL THIS INVOICE                 $ 5,489.93



**Fw: Lawson Lawsuit**
Ira S NOVAK  to: James SHRAGER                                    04/07/2010 01:25 PM
Cc: Rebecca CUGLIARI

See what you think of these costs.

**Ira S. Novak, Esq**
**Norris McLaughlin & Marcus, P.A.**
t: 908.722.0700 | f: 908.252.4138 | e: isnovak@nmmlaw.com | www.nmmlaw.com
NJ Office: 721 Route 202-206 | P.O. Box 5933 | Bridgewater, NJ 08807-5933
Bridgewater, NJ | New York, NY | Allentown, PA
----- Forwarded by Ira S NOVAK/NMM on 04/07/2010 01:25 PM -----

| | |
|---|---|
| From: | "Irwin, Robert" <Robert.Irwin@rwjuh.edu> |
| To: | <isnovak@nmmlaw.com> |
| Cc: | "Cappiello, Antonietta" <Antonietta.Cappiello@rwjuh.edu> |
| Date: | 04/07/2010 12:31 PM |
| Subject: | Lawson Lawsuit |

Ira,

Here are the hours RWJUH would like to charge back to the Lawson lawsuit.

| Staff | Activity | Hours | Costs |
|---|---|---|---|
| Robert Irwin, Vice President Information Systems | Reviewing documents; preparing for deposition; briefing management | 20 | $3500 |
| Carl O'Brien; Chief Financial Officer | Management briefing sessions | 2 | $ 500 |
| Manny Matias; Director of Materials Management | Preparing for deposition and demonstrating the system at deposition | 5 | $ 500 |
| Antonietta Cappiello; Assistant | Copying documents and preparing mailings | 5 | $ 200 |
| | Miscellaneous expenses | | $ 270 |
| | | | |
| Total | | | $4970 |

Plus whatever expenses you may have incurred.

Bob



WASHINGTON, DC · PHILADELPHIA, PA · NORTHERN VA
202-682-1100        215-563-0500        703-448-3636

**1444 Eye Street NW**
**Lower Level**
**Washington, DC 20005**
**202-682-1100**
**www.crglegal.com**

# INVOICE

**TERMS NET**
**15 DAYS**

| Invoice Date | 7/14/2010 |
|---|---|
| Account # | GOODWIN |
| Invoice # | DC10-07014 |
| Job # | DC10-07014 |
| Due Date | 7/29/2010 |

Bill To:

**Goodwin Procter LLP**
**901 New York Avenue, NW**
**Washington, DC 20001**

Ship To:

**Goodwin Procter**
**901 New York Avenue, NW**
**Washington, DC 20001**

| Order Date | Account Manager | Client/ Matter # | Ordered By |
|---|---|---|---|
| 7/1/2010 | RA | ▬▬▬ | Melanie Hayes |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Printing | 86,859 | Black & White Printing | 0.10 | 8,685.90T |
| Pre printed tabs | 2,920 | Pre-Printed Tabs | 0.25 | 730.00T |
| Color Printing | 1,122 | Color Printing | 0.80 | 897.60T |
| Binding | 74 | Binding Services | 2.50 | 185.00T |
| Binder 3" | 6 | 3" D-Ring Binders | 12.50 | 75.00T |
| Binder 4" | 18 | 4" D-Ring Binders | 16.50 | 297.00T |
|  |  | Sales tax | 6.00% | 652.23 |

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | **$11,522.73** |

*Thank you for your business and your*
*prompt payment.*

**Please Remit to:**
**Counselor Resource Group, LLC**
**1444 Eye Street NW**
**Lower Level**
**Washington DC 20005**
**202-682-1100**

**Tax ID# 202137300**

Received and Approved by:_____ Date:_____

# Superior Document Services

700 East Main St. Building
Suite # 202
Richmond, VA  23219
Main #  (804) 648-2800
Fax  #  (804) 648-0807

# Invoice

Invoice Number:
958478

Invoice Date:
Aug 31, 2010

Page:
1

Robin Randolph
Christian & Barton, LLP
909 E. Main St.  # 1200
Richmond, VA  23219

| Customer ID | Client Matter/Case Reference | Payment Terms | |
|---|---|---|---|
| chrba | ▓▓▓▓▓ | Net 35 Days | |
| **Sales Rep ID** | | | **Due Date** |
| JRC | | | 10/5/10 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 280.00 | B/W blowbacks w/slip-sheets @ $ 0.10 per image | 0.100 | 28.00 |
| 954.00 | B/W blowbacks on color machine @ $ 0.35 per | 0.350 | 333.90 |
| 1,928.00 | Color blowbacks @ $ 0.85 per image | 0.850 | 1,638.80 |
| 6.00 | 2" 3-ring binders @ $ 6.50 | 6.500 | 39.00 |

422415
September 27, 2010

| 002391 | Superior Document Services | | |
| INVOICE : | 958478 | 08/31/2010 | AMOUNT : | 2141.69 |
| | Blowbacks; slip sheets; color binders | | |

CHECK TOTAL:        $2,141.69

**Federal EIN:  54-1914941**

| | |
|---|---|
| Subtotal | 2,039.70 |
| Sales Tax | 101.99 |
| Total Invoice Amount | 2,141.69 |
| Payment Received | |
| TOTAL | 2,141.69 |

*Thank you for choosing Superior Document Services!*

A service charge of 1.5% per month (18% per annum) may be added to past due accounts of 30 days from billing date and client will be responsible for all legal fees associated with collecting past due invoices.

**SDS Website:  www.superiordocumentservices.com**

# Superior Docume t Services

700 East Main St. Building
Suite # 202
Richmond, VA  23219
Main #  (804) 648-2800
Fax   #  (804) 648-0807

# Invoice

Invoice Number:
958979

Invoice Date:
Oct 31, 2010

Page:
1

Robin Randolph
Christian & Barton, LLP
909 E. Main St.  # 1200
Richmond, VA  23219

Case: ePlus

| Customer ID | Client Matter/Case Reference | Payment Terms | |
|---|---|---|---|
| chrba | ~~redacted~~ | Net 35 Days | |
| **Sales Rep ID** | | | **Due Date** |
| JRC | | | 12/5/10 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 1,782.00 | B/W blowbacks @ $ 0.10 per image | 0.100 | 178.20 |
| 272.00 | Color blowbacks @ $ 0.85 per image | 0.850 | 231.20 |
| 100.00 | B/W copies on color copier @ $ 0.35 per | 0.350 | 35.00 |

**Federal EIN:  54-1914941**

| | |
|---|---|
| Subtotal | 444.40 |
| Sales Tax | 22.22 |
| Total Invoice Amount | 466.62 |
| Payment Received | |
| **TOTAL** | 466.62 |

*Thank you for choosing Superior Document Services!*

A service charge of 1.5% per month (18% per annum) may be added to past due accounts of 30 days from billing date and client will be responsible for all legal fees associated with collecting past due invoices.

*SDS Website:  www.superiordocumentservices.com*

# Superior Docume ⌐ ⌐ Services

8th & Main Building
707 East Main St., Suite 150
Richmond, VA 23219
Main #  (804) 648-2800
Fax   #  (804) 648-0807



# Invoice

Invoice Number:
959560

Invoice Date:
Jan 27, 2011

Page:
1

Robin Randolph
Christian & Barton, LLP
909 E. Main St.  # 1200
Richmond, VA  23219

Case: ePlus

| Customer ID | Client Matter/Case Reference | Payment Terms | |
|---|---|---|---|
| chrba | ~~~~~~~~ | Net 20 Days | |
| **Sales Rep ID** | | | **Due Date** |
| JRC | | | 2/16/11 |

| Quantity | Description | Unit Price | Extension |
|---|---|---|---|
| 24.00 | B/W Blowbacks on color machine @ $ 0.35 per | 0.350 | 8.40 |
| 216.00 | Color blowbacks @ $ 0.85 per image | 0.850 | 183.60 |

423965

February 02, 2011

002391      Superior Document Services

INVOICE :  959560                     01/27/2011               AMOUNT :          201.60
           Color Blowbacks

*Requested 1/7/2011*
*6 copies of 2010-08-26 Knuth Report (Highlighted)*

CHECK TOTAL:        $201.60

**Federal EIN:  54-1914941**

| | |
|---|---|
| Subtotal | 192.00 |
| Sales Tax | 9.60 |
| Total Invoice Amount | 201.60 |
| Payment Received | |

*Thank you for choosing Superior Document Services!*

TOTAL          201.60

A service charge of 1.5% per month (18% per annum) may be added to past due accounts of 30 days from billing date and
client will be responsible for all legal fees associated with collecting past due invoices.

*SDS Website: www.superiordocumentservices.com*