# EXHIBIT F

ePlus v. Lawson
Bill of Cost

(Production Costs)

| PRODUCTION NUMBER | TOTAL NUMBER OF PAGES | PAGE EXPORT COST $0.02/page | ENDORSEMENT COST $0.01/page | TOTAL PRODUCTION COST |
|---|---|---|---|---|
| ePlus001 ePlus002 | 135566 | 2711.32 | 1355.66 | 4066.98 |
| ePlus003 | 186597 | 3731.94 | 1865.97 | 5597.91 |
| ePlus004 | 99048 | 1980.96 | 990.48 | 2971.44 |
| ePlus005 | 2900 | 58.00 | 29.00 | 87.00 |
| ePlus006 | 186578 | 3731.56 | 1865.78 | 5597.34 |
| ePlus007 | 225058 | 4501.16 | 2250.58 | 6751.74 |
| ePlus008 | 202 | 4.04 | 2.02 | 6.06 |
| ePlus009 | 388 | 7.76 | 3.88 | 11.64 |
| ePlus010 | 70 | 1.40 | 0.70 | 2.10 |
| ePlus011 | 30 | 0.60 | 0.30 | 0.90 |
| ePlus012 | 54 | 1.08 | 0.54 | 1.62 |
| ePlus013 | 871 | 17.42 | 8.71 | 26.13 |
| ePlus014 | 4357 | 87.14 | 43.57 | 130.71 |
| ePlus015 | 1534 | 30.68 | 15.34 | 46.02 |
| ePlus016 | 54 | 1.08 | 0.54 | 1.62 |
| ePlus017 | 18 | 0.36 | 0.18 | 0.54 |
| ePlus018 | 4 | 0.08 | 0.04 | 0.12 |
| ePlus019 | 53 | 1.06 | 0.53 | 1.59 |
| ePlus020 | 1 | 0.02 | 0.01 | 0.03 |
| ePlus021 | 1 | 0.02 | 0.01 | 0.03 |
| ePlus022 | 1 | 0.02 | 0.01 | 0.03 |
| ePlus023 | 2 | 0.04 | 0.02 | 0.06 |
| Total: | 843387 | $16,867.74 | $8,433.87 | $25,301.61 |