IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | ) Civil Action No. 3:09cv620 |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
|     Defendant. | ) |

**CONSENT MOTION TO AMEND THE BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR EXCEPTIONAL CASE FINDING AND ATTORNEYS' FEES AND PLAINTIFF'S BILL OF COSTS**

Plaintiff ePlus, Inc. ("ePlus") and Defendant Lawson Software, Inc. ("Lawson"), by counsel, pursuant to Local Rule 7, hereby move to extend the deadlines for response and reply briefs relating to ePlus's Motion for Exceptional Case Finding and Attorneys' Fees Pursuant to 35 U.S.C. § 285 [Doc. No. 739] ("Motion for Exceptional Case Finding") and the deadlines for objections and responses to objections to Plaintiff's Bill of Costs [Doc. No. 743]. In support of this motion, the parties state as follows:

1. Lawson's brief in opposition to the Motion for Exceptional Case Finding is currently due on June 14, 2011. The parties have agreed to a one-week extension of that deadline to June 21 and a one-week extension of the time for ePlus to file a response to July 1.

2. Pursuant to Local Rule 54(D)(2), Lawson's objections to ePlus's Bill of Costs is currently due on June 17. The parties have agreed to a similar extension of that deadline to June 21 and an extension of the deadline for ePlus's responses to Lawson's objections to July 1.

3. None of the requested extensions will affect any other pending deadline before the Court.

4. A Consent Order providing for these extensions is attached as Exhibit A. The parties will file an endorsed copy of this Order with the Court.

WHEREFORE, ePlus and Lawson respectfully request that the Court enter the Consent Order attached as Exhibit A.

EPLUS, INC.

By: _____/s/_____
        Of Counsel

Craig T. Merritt, VSB #20281
Henry I. Willett, III, VSB # 44655
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young, VSB #35997
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff *e*Plus inc.

LAWSON SOFTWARE, INC.

By: _____/s/_____
       Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Donald R. Dunner (admitted *pro hac vice*)
Erika H. Arner (admitted *pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Counsel for Defendant Lawson Software, Inc.*