# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 3:09cv620 |
| LAWSON SOFTWARE, INC. | ) |
| Defendant. | ) |

## CONSENT ORDER

This matter is before the Court on the parties' Consent Motion to Amend the Briefing Schedule for Plaintiff ePlus, Inc.'s Motion for Exceptional Case Finding and Attorneys' Fees Pursuant to 35 U.S.C. § 285 ("Motion for Exceptional Case Finding") and Plaintiff's Bill of Costs. It appearing to the Court that the parties consent to the motion, and for good cause shown, the motion is hereby GRANTED and it is ORDERED that the time for Defendant Lawson Software, Inc. to file its brief in opposition to the Motion for Exceptional Case Finding and its objections to Plaintiff's Bill of Costs is extended to June 21, 2011. The time for Plaintiff ePlus, Inc. to file its reply brief in support of the Motion for Exceptional Case Finding and its response to Lawson's objections to its Bill of Costs is extended to July 1, 2011.

It is SO ORDERED.

Date: June 10, 2011          /s/  REP
                             Senior United States District Judge
                             Robert E. Payne



WE ASK FOR THIS:

_/s/ Craig T. Merritt_

Craig T. Merritt, VSB #20281
Henry I. Willett, III, VSB # 44655
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young, VSB #35997
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
James D. Clements (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff *e*Plus inc.

WE ASK FOR THIS:

*/s/ Dabney Carr*

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

Donald R. Dunner (admitted *pro hac vice*)
Erika H. Arner (admitted *pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

*Counsel for Defendant Lawson Software, Inc.*