```
 1                 IN THE UNITED STATES DISTRICT COURT

 2                FOR THE EASTERN DISTRICT OF VIRGINIA

 3                          RICHMOND DIVISION

 4

 5    ---------------------------------------
                                             :
 6     ePLUS, INC.                           :   Civil Action No.
                                             :   3:09CV620
 7     vs.                                   :
                                             :
 8     LAWSON SOFTWARE, INC.                 :   September 27, 2010
                                             :
 9    ---------------------------------------

10

11       COMPLETE TRANSCRIPT OF THE FINAL PRETRIAL CONFERENCE

12              BEFORE THE HONORABLE ROBERT E. PAYNE

13                   UNITED STATES DISTRICT JUDGE

14
      APPEARANCES:
15
      Scott L. Robertson, Esquire
16    Michael G. Strapp, Esquire
      Jennifer A. Albert, Esquire
17    Goodwin Procter, LLP
      901 New York Avenue NW
18    Suite 900
      Washington, D.C.  20001
19                                                Volume I of II
      Craig T. Merritt, Esquire
20    Christian & Barton, LLP
      909 East Main Street
21    Suite 1200
      Richmond, Virginia  23219-3095
22    Counsel for the plaintiff

23

24                       Peppy Peterson, RPR
                        Official Court Reporter
25                   United States District Court
```

1   accuse it when it's being used to perform some other software
2   function such as financial accounting or human resources or
3   that.  We don't say that's an infringing system.  We never
4   claimed damages for it when it's on a system that doesn't
5   involve this procurement functionality.
6               THE COURT:  Let's play this out and assume you are
7   right.  Assume you prove that there's infringement of the other
8   things that are charged as infringing.  I issue an injunction
9   against using those.  I do not issue an injunction against the
10  Lawson platform, Lawson System Foundation and ProcessFlow.
11  They can use that to do anything else.
12              MR. ROBERTSON:  I would agree with that.  I would not
13  ask for an injunction that would ask to enjoin Lawson Software
14  Foundation, for example, when it's being used with financial
15  accounting.
16              THE COURT:  How would I enjoin it when it is being
17  used with anything else that's infringed?  As long as I say you
18  can't use the infringing product, period, it doesn't make any
19  difference whether you use it with a hamburger patty or a
20  George Foreman grill or a computer or these foundations, does
21  it?  If you use it, you are, in fact, violating the injunction;
22  isn't that right?
23              MR. ROBERTSON:  No, in this sense, Your Honor,
24  because it's not an infringing apparatus or it's not performing
25  the steps of the method claim without being able to access and

1    utilize the foundation.  You can't build a house without a
2    foundation, and once you do, the house is a complete house.
3    That's what's going on here.
4            So we would not ask to enjoin Lawson System
5    Foundation when it's being used with something that doesn't
6    create an entire infringing system.  It's like putting together
7    a house.  You need that foundation, otherwise the house can't
8    stand up.  But if the foundation were used to build something
9    else and the patent covered houses that could be utilized by
10   people, that is a use in an infringing system.
11           THE COURT:  I don't envision any circumstance in
12   which I would enjoin the Lawson System Foundation and
13   ProcessFlow 9 at all.  I would enjoin the use of anything that
14   infringes, and if they used it on that process, of course it
15   would be an infringement, but it wouldn't make any difference
16   if they used it on some other process.  It would still be an
17   infringement and a violation -- a violation of the injunction
18   in either case.
19           I do not understand your position, and you have to
20   show me a case that says you are right, because I don't think
21   you're right, and I don't see the facts in Weaver's report.
22   I've read Weaver's report.  I see one footnote that deals with
23   it, but that's all that's been cited to me.  Maybe there's
24   something else.  You say you don't have the report with you, so
25   brief it, and brief it on the same schedule that the others