Wissing - 30(b)(6), Gerard     5/11/2010

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

- - - - - - - - - - - - - - - - - -x

EPLUS, INC.,                              :

       Plaintiff,                        :
                                         :
       -against-                         Civil Action No.
                                         :3:09-CV-620
LAWSON SOFTWARE, INC.,
                                         :
       Defendant.
                                         :

- - - - - - - - - - - - - - - - - -x

    VIDEOTAPED DEPOSITION of SAP, A.G., by GERARD WISSING, taken by Defendant at the offices of Howrey, LLP, 601 Lexington Avenue, New York, New York 10022, on Tuesday, May 11, 2010, commencing at 12:02 o'clock p.m., before Annette Forbes, a Certified Shorthand (Stenotype) Reporter and Notary Public within and for the State of New York.

Pro-Systems Court Reporting               612.823.2100

e549f189-b53e-49e2-859c-74438ac9a9ab

Wissing - 30(b)(6), Gerard          5/11/2010

Page 50

```
 1   questions for the other three products.
 2        Let's start with SRM.
 3        Has SAP made any changes to the SRM
 4   products because of any patents owned by ePlus?
 5     A   No.
 6     Q   Has SAP made any changes to the SRM
 7   product because of the lawsuit that ePlus filed
 8   against SAP?
 9     A   No.
10     Q   Has SAP made any changes to the SRM
11   products because of the settlement agreement it
12   entered into with ePlus?
13     A   No.
14     Q   Let's go over ERP.
15        Has SAP made any changes to the ERP
16   product because of the lawsuit that was filed
17   against it by ePlus?
18     A   No.
19     Q   Has SAP made any changes to the ERP
20   product because of any patents owned by ePlus?
21     A   No.
22     Q   Has SAP made any changes to its ERP
23   product because of the settlement agreement it
24   entered into with ePlus?
25     A   No.
```

Page 51

```
 1     Q   Has SAP made any change to the CRM
 2   products because of the lawsuit that was filed
 3   against it by ePlus?
 4     A   No.
 5     Q   Has SAP made any changes to the CRM
 6   product because of any patents owned by ePlus?
 7     A   No.
 8     Q   Has SAP made any changes to the CRM
 9   product because of the settlement agreement it
10   entered into with ePlus?
11     A   No.
12     Q   Does SAP mark any of its products
13   with any patent numbers?
14        MR. NELSON:  Just a second.
15        I want to think about that
16     one.
17        Is your question does SAP mark
18     any products with any patent numbers?
19        MS. STOLL-DEBELL:  Yes.
20        MR. NELSON:  It's outside the
21     scope.
22        If you know the answer, you
23     may answer.
24     A   I don't know.
25        MR. NELSON:  Kirstin, you will
```

Page 52

```
 1   probably get an answer you are looking
 2     for if you ask about specific
 3     products.
 4        MS. STOLL-DEBELL:  Okay.
 5     Q   Does SAP mark its Business Suite
 6   product with any patent numbers?
 7     A   No.
 8     Q   Does SAP mark its SRM product with
 9   any patent numbers?
10     A   No.
11     Q   Does SAP mark its ERP product with
12   any patent numbers?
13     A   No.
14     Q   Does SAP mark CRM product with any
15   patent numbers?
16     A   No.
17     Q   Has ePlus asked SAP to mark its
18   Business Suite with any patent numbers?
19        MR. NELSON:  Objection.
20        Scope.  I think it's outside
21     the scope.
22        If you have an answer from
23     your personal knowledge, Mr. Wissing,
24     you may provide it.
25        MS. STOLL-DEBELL:  Mr. Nelson,
```

Page 53

```
 1     I thought you were just going to say
 2     objection, scope.
 3        MR. NELSON:  Sorry.
 4     A   I don't know.
 5     Q   Has ePlus asked SAP to mark the SRM
 6   product with any patent numbers?
 7        MR. NELSON:  Objection.
 8     Scope.
 9     A   I don't know.
10     Q   Has SAP -- excuse me.
11        Has ePlus asked SAP to mark its ERP
12   products with any patent numbers?
13        MR. NELSON:  Objection.
14     Scope.
15     A   I don't know.
16     Q   Has ePlus asked SAP to mark its CRM
17   products with any patent numbers?
18        MR. NELSON:  Same objection as
19     to scope.
20     A   I don't know.
21     Q   Let's look at Exhibit 47.  It should
22   be one page.  For the record, we produced it as
23   L0378534.
24        MR. WORCESTER:  Like the other
25     one, the one in front of us right now
```

14 (Pages 50 to 53)