# EXHIBIT F

```
 1                IN THE UNITED STATES DISTRICT COURT
 2               FOR THE EASTERN DISTRICT OF VIRGINIA
 3                          RICHMOND DIVISION
 4
 5   ------------------------------------
                                         :
 6   ePLUS, INC.                         :   Civil Action No.
                                         :   3:09CV620
 7   vs.                                 :
                                         :
 8   LAWSON SOFTWARE, INC.               :   January 21, 2011
                                         :
 9   ------------------------------------
10
11           COMPLETE TRANSCRIPT OF THE JURY TRIAL
12            BEFORE THE HONORABLE ROBERT E. PAYNE
13         UNITED STATES DISTRICT JUDGE, AND A JURY
14
     APPEARANCES:
15
     Scott L. Robertson, Esquire
16   Michael G. Strapp, Esquire
     Jennifer A. Albert, Esquire
17   David M. Young, Esquire
     Goodwin Procter, LLP
18   901 New York Avenue NW
     Suite 900
19   Washington, D.C.  20001

20   Craig T. Merritt, Esquire
     Christian & Barton, LLP
21   909 East Main Street
     Suite 1200
22   Richmond, Virginia  23219-3095
     Counsel for the plaintiff
23
24                    Peppy Peterson, RPR
                     Official Court Reporter
25                 United States District Court
```

```
                                                          2932
 1            THE COURT:  Thank you.  I don't.
 2            All right.  I've got an injunction, and it's
 3   a sealed hearing, so you can't come in, at 2 o'clock.
 4   It shouldn't take half an hour.  And I'll see you-all
 5   at about 2:30 for instructions.
 6            MR. ROBERTSON:  Your Honor, could I just --
 7            THE COURT:  The court reporter may kill you
 8   or me, I'm not sure.  I'm going to send her to you
 9   first.
10            MR. ROBERTSON:  Just one thing to tell the
11   Court.  EPlus withdraws its claim for willful
12   infringement.
13            THE COURT:  Then it's taken care of.  Thank
14   you.  We'll be in recess.
15            (Luncheon recess taken.)
16
17
18
19
20
21
22
23
24
25
```

```
 1  arguments, Your Honor?
 2          THE COURT:  We told the jury to come back at 9:00.
 3  So you're going to get those instructions over here by -- I
 4  need them by four o'clock tomorrow afternoon.  So if that lets
 5  you sleep a little later, have at it.  Does that take care of
 6  everything?  I don't intend to clean up night.
 7
 8          (Court adjourned.)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```