```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683013273
Cashier ID: lbreeden
Transaction Date: 06/21/2011
Payer Name: CHRISTIAN AND BARTON LLP
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: CHRISTIAN AND BARTON LLP
 Amount:        $455.00
------------------------------------
CHECK
 Check/Money Order Num: 425518
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

#3:09-cv-620 Appeal Fee

ePlus v. Lawson
```