IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF *e*PLUS INC.'S RENEWED MOTION FOR JUDGMENT
AS A MATTER OF LAW OF DIRECT AND INDIRECT INFRINGEMENT PURSUANT
TO FED. R. CIV. P. 50(B) OR, IN THE ALTERNATIVE, FOR A NEW TRIAL
PURSUANT TO FED. R. CIV. P. 59**

Pursuant to Federal Rule of Civil Procedure 50(b), Plaintiff *e*Plus, Inc. ("*e*Plus") renews its motion for judgment as a matter of law that all of the accused configurations of systems made, offered for sale and sold by Defendant Lawson Software, Inc. directly infringe or can be used to directly infringe all of the asserted claims and that Defendant induces and contributes to the infringing use of such systems. Defendant was fully heard at trial on the issues of infringement, and no reasonable jury would fail to find infringement of asserted claims 3, 26, 28, and 29 of U. S. Patent No. 6,023,683; claims 1, 2, 6, 9, 21, 22, and 29 of U. S. Patent No. 6,055,516. The undisputed evidence proven through admissions of Defendant's own witnesses and in its documents, as well as the irrefutable demonstrations of the accused systems in operation, establish beyond doubt that Defendant infringes all the asserted claims of *e*Plus's patents-in-suit.

Accordingly, *e*Plus respectfully requests that the Court grant judgment as a matter of law that the accused configurations of Defendant's S3 system infringe all the asserted claims, both

directly, and indirectly (through both inducement of infringement and contributory infringement), pursuant to 35 U.S.C. § 271(a), (b), and (c). In the alternative, pursuant to Fed. R. Civ. P. 50(b) and 59(a), *e*Plus requests that the Court grant a new trial as to the jury's non-infringement findings. The grounds for this motion are more fully set forth in the accompanying brief in support.

                                      Respectfully submitted,

June 22, 2011                                    /s/

David M. Young (VSB #35997)
Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com

Craig T. Merritt (VSB #20281)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

Michael G. Strapp *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com

Attorneys for Plaintiff *e*Plus Inc.

2

# CERTIFICATE OF SERVICE

I hereby certify that on the 22 day of June, 2011, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW OF DIRECT AND INDIRECT INFRINGEMENT PURSUANT TO FED. R. CIV. P. 50(B) AND (C) OR, IN THE ALTERNATIVE, FOR A NEW TRIAL PURSUANT TO FED. R. CIV. P. 59**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Donald R. Dunner, *pro hac vice*
Erika H. Arner, *pro hac vice*
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000
(202) 408-4444
***Counsel for Defendant Lawson Software, Inc***

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

 

                */s/*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com

Counsel for Plaintiff *e*Plus Inc.