# EXHIBIT B

# Lawson's Electronic Sourcing Systems

**Platform Technology Foundation**

| Lawson System Foundation | Process Flow |

# Lawson's Electronic Sourcing Systems

## S3 Procurement Modules

| Purchase Order | Requisitions | Inventory Control |
|---|---|---|

## Platform Technology Foundation

| Lawson System Foundation | Process Flow |
|---|---|

# Lawson's Electronic Sourcing Systems



# Lawson's Electronic Sourcing Systems



# Lawson's Electronic Sourcing Systems

