# EXHIBIT C

JURY INSTRUCTION NO. 20

PUBLISHED BY A VENDOR IS USED IN THE DEFINITION OF THE CLAIM TERM "CATALOG/PRODUCT CATALOG." "PUBLISHED" SIMPLY MEANS "TO MAKE GENERALLY KNOWN." "PUBLISHED BY A VENDOR" SIMPLY MEANS THAT, AT SOME POINT IN TIME, A VENDOR SUCH AS "A SUPPLIER, A MANUFACTURER OR DISTRIBUTOR," HAS MADE GENERALLY KNOWN OR HAS DISCLOSED AN ORGANIZED COLLECTION OF ITEMS AND ASSOCIATED INFORMATION, PREFERABLY (BUT NOT NECESSARILY), INCLUDING A PART NUMBER, PRICE, CATALOG NUMBER, VENDOR NAME, VENDOR ID, A TEXTUAL DESCRIPTION OF THE ITEM, AND IMAGES OF OR RELATING TO THE ITEM.