# EXHIBIT D

# EXHIBIT D

## Asserted Claims of U.S. Patent No. 6,023,683

3.     An electronic sourcing system comprising:

    at least two product catalogs containing data relating to items associated with the respective sources;

    means for selecting the product catalogs to search;

    means for searching for matching items among the selected product catalogs;

    means for building a requisition using data relating to selected matching items and their associated source(s);

    means for processing the requisition to generate one or more purchase orders for the selected matching items; and

    means for converting data relating to a selected matching item and an associated source to data relating to an item and a different source.

26.     A method comprising the steps of:

    maintaining at least two product catalogs on a database containing data relating to items associated with the respective sources;

    selecting the product catalogs to search;

    searching for matching items among the selected product catalogs;

    building a requisition using data relating to selected matching items and their associated source(s);

    processing the requisition to generate one or more purchase orders for the selected matching items; and

    determining whether a selected matching item is available in inventory.

2

28. A method comprising the steps of:

maintaining at least two product catalogs on a database containing data relating to items associated with the respective sources;

selecting the product catalogs to search;

searching for matching items among the selected product catalogs;

building a requisition using data relating to selected matching items and their associated source(s);

processing the requisition to generate one or more purchase orders for the selected matching items; and

converting data relating to a selected matching item and an associated source to data relating to an item and a different source.


29. The method of claim 28 further comprising the step of determining whether a selected matching item is available in inventory.