**PX-0011**

PX-0011

Granada Research

# Using the UNSPSC

## United Nations Standard Products and Services Code

White Paper

Why Coding and Classifying Products is Critical to Success in Electronic Commerce

September 1998, updated October 2001




PLAINTIFF'S EXHIBIT 221

PLAINTIFF'S EXHIBIT 639

ePLUS0227032

# Table of Contents

Executive Summary........................................................................................... 3

Background: From Electronic Transactions to Strategic Decisions............................ 4

Why Classify Products and Services?..................................................................5

    For Finding and Purchasing..........................................................................5

    For Marketing and Distribution......................................................................6

Classification versus Identification.......................................................................8

The Characteristics of a Good Naming Convention..................................................9

    Hierarchical Taxonomy for "Drill Down" and "Roll Up" Analysis............................9

    Unique Item Codes for Schema Modifications and Multi-Language Uses.......... 10

    Scheme is Consistent................................................................................ 10

    Scheme is Complete................................................................................. 10

    Management of Scheme is Responsive to the Marketplace............................. 10

The UNSPSC Classification............................................................................... 11

    Methodology............................................................................................ 11

    UNSPSC: A Hierarchical Structure for Custom Analysis.................................. 11

    UNSPSC Examples................................................................................... 12

    UNSPSC Design Rules for Consistency....................................................... 13

    UNSPSC Item Numbers for Schema Modification and Multi-Language Uses .. 14

    Compared to Other Popular Codes.............................................................. 15

Using and Getting Value from the UNSPSC Classification....................................... 16

    Using the UNSPSC as a seller of products and services................................. 16

    Using the UNSPSC as a buyer of products and services................................ 16

About Granada Research.................................................................................. 16

ePLUS0227033

GRANADA RESEARCH                                    PRODUCT CLASSIFICATION USING THE UNPSC

and eliminate irrelevant hits) and it allows managers to perform expenditure analysis on categories that are relevant to the company's situation.

Each level contains a two-character numerical value and a textual description as follows:

XX <u>Segment</u>

    The logical aggregation of families for analytical purposes

    XX <u>Family</u>

        A commonly recognized group of inter-related commodity categories

        XX    <u>Class</u>

            A group of commodities sharing a common use or function

            XX    <u>Commodity</u>

                A group of substitutable products or services

                XX    <u>Business Function</u>

                    The function performed by an organization in support of the commodity

## UNSPSC Examples

In the UNSPSC classification, products and services are placed within logical categories so that people can more easily find what they are looking for and evaluate expenditures on commonly grouped items.

For example, the commodity "pen refills" is part of a larger class of products, "Ink and lead refills", which in turn is part of a family of products, "Office supplies," which is itself part of a segment of products, "Office equipment, accessories, and supplies." Each level of the hierarchy has its own unique number.

12

ePLUS0227043