# PX-0097



# Requisitions User Guide

**Version 9.0.1**
Published November 2008

**Lawson Supply Chain Management**

Christopherson
EXHIBIT NO. 6
DATE 10/19/09
REPTR LAB
MERRILL LEGAL SOLUTIONS

L0061098
CONFIDENTIAL

Document Number RQUG-901UWA-02

**Legal Notices**

Lawson® does not warrant the content of this document or the results of its use. Lawson may change this document without notice.

**Export Notice:** Pursuant to your agreement with Lawson, you are required (at your own expense) to comply with all laws, rules, regulations, and lawful orders of any governmental body that apply to you and the products, services or information provided to you by Lawson. This obligation includes, without limitation, compliance with the U.S. Foreign Corrupt Practices Act (which prohibits certain payments to governmental officials and political parties), U.S. export control regulations, and U.S. regulations of international boycotts. Without limiting the foregoing, you may not use, distribute or export the products, services or information provided to you by Lawson except as permitted by your agreement with Lawson and any applicable laws, rules, regulations or orders. Non-compliance with any such law, rule, regulation or order shall constitute a material breach of your agreement with Lawson.

**Trademark and Copyright Notices:** All brand or product names mentioned herein are trademarks or registered trademarks of Lawson, or the respective trademark owners. Lawson customers or authorized Lawson business partners may copy or transmit this document for their internal use only. Any other use or transmission requires advance written approval of Lawson.

© Copyright 2008 Lawson Software. All rights reserved.

L0061099
CONFIDENTIAL

# Contents

**List of Figures** ........................................................................... 9

**Chapter 1   Overview of Requisitions** ................................. 11
- The Requisitions Process ........................................................... 11
- How Requisitions Integrates with other Applications ................ 13

**Chapter 2   Setup Overview** ................................................ 17
- Requisitions Setup Overview ..................................................... 18

**Chapter 3   Setup: Prerequisite Applications** .................... 19
- Concepts in this Chapter ........................................................... 20
  - What are Vendor Groups? ...................................................... 20
  - What are Pay Groups? ............................................................ 21
  - What are Vendor Classes? ..................................................... 21
  - What are Process Levels ........................................................ 21
  - What is a Corporate Item Group? .......................................... 21
  - What are Inventory Locations? ............................................... 21
  - What are Purchasing Classes? ............................................... 22
  - What is the Item Location? .................................................... 22
  - What are Item Types? ............................................................. 22
  - What are Tax Codes? ............................................................. 24
  - What are Procurement Groups? ............................................. 24
  - What are Comment Types? .................................................... 24
  - What is Strategic Ledger? ...................................................... 25
  - What is ProcessFlow? ............................................................ 25
  - What are Commitments, Encumbrances, and Budget Edits? . 26
- Procedures in this Chapter ....................................................... 27
  - Setting Up Currency ............................................................... 27
  - Setting Up General Ledger ..................................................... 27
  - Setting Up Accounts Payable ................................................. 29
  - Setting Up Inventory Control .................................................. 30
  - Setting Up Tax ........................................................................ 32
  - Setting Up Project Accounting ............................................... 33
  - Setting Up Invoice Matching .................................................. 33
  - Setting Up Purchase Order .................................................... 33
  - Setting Up Warehouse ............................................................ 35
  - Setting Up Asset Management ............................................... 36
  - Setting Up Strategic Ledger ................................................... 37

L0061100
CONFIDENTIAL

| Chapter 4 | Setup: Requisitions Structure | 39 |
|---|---|---|

Concepts in this Chapter............................................................. 40

What are Transaction Types?.................................................................... 40
What are Requesting Locations?............................................................... 41
What is Approval Processing?................................................................... 42
What is an Approval Code?....................................................................... 43
What is a Requester?................................................................................. 44
What is a Procurement Template?............................................................. 45
What is the Accounting Information Defaulting Hierarchy?..................... 45
What is Fill and Kill Processing?.............................................................. 48

Procedures in this Chapter......................................................... 49

Defining a Requesting Location................................................................ 49
Defining an Approval Code....................................................................... 52
Setting Up Requesters............................................................................... 54

| Chapter 5 | Creating Requisitions Overview | 61 |
|---|---|---|

Concepts in this Chapter............................................................. 62

What is the Requisition Record Structure?............................................... 62
What is a Price Agreement?...................................................................... 63
What are Vendor Agreements?.................................................................. 63
What are Participants?............................................................................... 64
What are the PO Company Default Rules?............................................... 64
When is Cost Override Allowed?.............................................................. 65
What is the Unit of Measure Defaulting Hierarchy?................................. 65
How do Item Types Affect Requisitions?.................................................. 67
What are the Requisition Creation Methods?........................................... 68
How do Commitments and Budget Edits affect Requisitions?.................. 68

| Chapter 6 | Manually Creating a Requisition | 69 |
|---|---|---|

Concepts in this Chapter............................................................. 70

What are Replacements and Substitutions?.............................................. 70
What is Rush Item Processing?................................................................. 70
What is a Kit?............................................................................................ 71

Procedures in this Chapter......................................................... 72

Manually Creating a Requisition............................................................... 72
Making Substitutions................................................................................. 81

L0061101
CONFIDENTIAL

| | | |
|---|---|---|
| **Chapter 7** | **Creating a Requisition from an Existing Requisition or a Template** | **85** |
| | Procedures in this Chapter | 86 |
| | Creating a Requisition by Copying an Existing Requisition | 87 |
| | Selecting and Copying Lines from an Existing Requisition | 91 |
| | Creating a Requisition from a Procurement Template | 92 |
| | Creating a Requisition by Selecting Lines from a Procurement Template | 96 |
| **Chapter 8** | **Creating a Requisition from Inventory Control** | **99** |
| | Concepts in this Chapter | 100 |
| | What are Replenishment Strategies? | 100 |
| | What is a Reorder Document? | 100 |
| | What is the Inventory Control Reordering Process? | 101 |
| | Procedures in this Chapter | 102 |
| | Creating Requisitions from Distribution Requirements | 102 |
| | Creating Requisitions from Location Requirements | 104 |
| | Creating Requisitions for Selected Items from Selected Inventory Classes | 106 |
| **Chapter 9** | **Replenishing Cart or Par Locations** | **109** |
| | Concepts in this Chapter | 110 |
| | What is a Cart or Par Location? | 110 |
| | What Happens when I Create a Cart or Par Location? | 111 |
| | What is a Shelf Location? | 111 |
| | How do I Replenish a Cart or Par Location? | 111 |
| | What is a Par Level? | 111 |
| | What is a Hand Held Terminal? | 112 |
| | Where do I Enter Account Information for Cart or Par Locations? | 112 |
| | Procedures in this Chapter | 113 |
| | Setting Up Cart or Par Locations | 113 |
| | Defining Account Information | 114 |
| | Assigning Items to the Cart or Par Location | 114 |
| | Replenishing Cart or Par Locations | 117 |
| | Loading Requests into the Requisition Interface File | 119 |
| **Chapter 10** | **Approving a Requisition** | **123** |
| | Concepts in this Chapter | 124 |
| | What is the Manual Requisitions Approval Process? | 124 |
| | What is the ProcessFlow Requisition Approval Process? | 125 |

L0061102 CONFIDENTIAL

What are Requisition Approval Types? ...........................................126
What is the ProcessFlow Requisition Create Line Approval Process? ........128
What is the ProcessFlow Requisition Line Approval Process?................129
What is the ProcessFlow Requisition Line Approval for Grant Management
Process? .............................................................................130
What Information is Available Using Drill Around?..............................130

## Procedures in this Chapter .......................................... 131

Approving a Requisition Manually ....................................................131
Directly Approving a Requisition Line ................................................134
Bypassing the ProcessFlow Approval Service ....................................134

## Chapter 11    Processing Requisitions                                      135

### Concepts in this Chapter............................................. 136

What are the Requisition Processing Methods? ..................................136
How is Inventory Allocated?............................................................138
How are Online and Batch Processing for Allocation and Feedback
Different?................................................................................139
What are Pick Lists? .....................................................................139
What is Shipping Feedback?...........................................................139
What Actions Can Be Performed at the Feedback Stage? .....................140
What are Delivery Tickets?.............................................................142

### Procedures in this Chapter ......................................... 143

Allocating Inventory ......................................................................143
Printing Pick Lists for Allocated Items ...............................................146
Performing Picking or Packing Feedback...........................................148
Merging Shipments.......................................................................153
Performing Shipping Feedback .......................................................155
Releasing the Shipment ................................................................160
Printing Delivery Tickets ................................................................162

## Chapter 12    Managing Requisitions                                        165

### Concepts in this Chapter............................................. 166

How are Returns Processed?..........................................................166
What Does In Balance Mean? .........................................................166
When are Requisition Changes Allowed? ..........................................167
When are Requisitions Cancellations Allowed?...................................167

### Procedures in this Chapter ......................................... 168

Processing Requisition Returns.......................................................168
Maintaining a Requisition ...............................................................172
Deleting a Requisition...................................................................172
Inquiring on a Specific Requisition....................................................173
Reviewing Requisition Detail ..........................................................174

L0061103
CONFIDENTIAL

|   |   |   |
|---|---|---|
|   | Reviewing Requisitions | 175 |
|   | Reviewing Shipments Statuses | 178 |
|   | Reviewing Issues History | 179 |
|   | Purging Requisitions Information | 180 |

| Chapter 13 | Using Attribute Matrix Attributes | 181 |
|---|---|---|
|   | **Concepts in this Chapter** | **182** |
|   | What is Attribute Matrix? | 182 |
|   | What is an Attribute? | 183 |
|   | What is an Element? | 184 |
|   | Where Can I Use Attributes? | 185 |
|   | What is a List? | 186 |
|   | **Procedures in this Chapter** | **188** |
|   | Loading Lawson-Defined Attributes and Elements | 188 |
|   | Defining an Attribute | 188 |
|   | Assigning Attribute Values to an Item | 191 |
|   | Assigning Attribute Values to a Requesting Location | 192 |
|   | Defining an Automatic List | 192 |
|   | Defining a Manual List | 194 |
|   | Interfacing Valid Attribute Value Ranges to Attribute Matrix | 196 |

| Appendix A | Documentation Conventions and Support | 197 |
|---|---|---|
|   | Documentation conventions | 197 |

| Index | | 199 |
|---|---|---|

L0061104
CONFIDENTIAL

L0061105
CONFIDENTIAL

# List of Figures

**Chapter 1     Overview of Requisitions**
Figure 1. Application integration: How Requisitions integrates with other applications...................... 13

**Chapter 4     Setup: Requisitions Structure**
Figure 2. Procedure flow: Defining a requesting location......................................................... 50
Figure 3. Procedure flow: Defining an approval code............................................................. 53
Figure 4. Procedure flow: Setting up requesters................................................................. 55

**Chapter 6     Manually Creating a Requisition**
Figure 5. Procedure flow: Making substitutions.................................................................. 82

**Chapter 7     Creating a Requisition from an Existing Requisition or a Template**
Figure 6. Procedure flow: Creating a requisition by copying an existing requisition .......................... 87
Figure 7. Procedure flow: Creating a requisition from a procurement template .............................. 93

**Chapter 8     Creating a Requisition from Inventory Control**
Figure 8. Procedure flow: Creating requisitions from distribution requirements .............................103
Figure 9. Procedure flow: Creating requisitions from location requirements.................................105
Figure 10. Procedure flow: Creating requisitions for selected items from selected inventory classes ....107

**Chapter 9     Replenishing Cart or Par Locations**
Figure 11. Procedure flow: Assigning items to cart or par location ...........................................115
Figure 12. Procedure flow: Replenishing cart or par locations ................................................118
Figure 13. Procedure flow: Loading requests into the Requisition Interface file............................120

**Chapter 10    Approving a Requisition**
Figure 14. Procedure flow: Approving Requisitions Manually.................................................132

**Chapter 11    Processing Requisitions**
Figure 15. Procedure flow: Processing requisitions ............................................................137
Figure 16. Procedure flow: Allocating inventory in batch .....................................................144
Figure 17. Procedure flow: Allocating inventory online........................................................145
Figure 18. Procedure flow: Printing pick lists for allocated items .............................................147
Figure 19. Procedure flow: Performing batch picking or packing feedback..................................149
Figure 20. Procedure flow: Performing picking or packing feedback online ................................151
Figure 21. Procedure flow: Merging shipments ................................................................154
Figure 22. Procedure flow: Performing batch shipping feedback............................................156
Figure 23. Procedure flow: Performing online shipping feedback ...........................................158
Figure 24. Procedure flow: Releasing the shipment in batch.................................................161
Figure 25. Procedure flow: Printing delivery tickets ............................................................163

L0061106
CONFIDENTIAL

## Chapter 12   Managing Requisitions

Figure 26. Procedure flow: Processing Requisition Returns ................................................... 169
Figure 27. Procedure flow: Reviewing requisitions ......................................................... 175

L0061107
CONFIDENTIAL

# Chapter 1

# Overview of Requisitions

The Lawson® Requisitions application lets you create requests with demand on stock and demand on vendors, replenish cart par locations, and process and manage requisitions.

This chapter provides a high-level overview of the Requisitions application, including information on the application's major processes and integration with other Lawson and non-Lawson products.

## The Requisitions Process

The Requisitions application can be broken down into four main processes: setup, creating requisitions, replenishing cart par locations, and processing requisitions. This section provides an overview of these processes.

### Requisitions Setup

When setting up the Requisitions application, you must consider the requesting needs for your central reporting structure. Specifically, you must determine the number of requesters, requesting locations, and the approval levels needed.

### Creating Requisitions

When you create a requisition, you request items from inventory or from vendors. The Requisitions application provides different methods for creating requisitions that allow you to customize the requesting process to suit your business needs.

### Replenishing Cart Par Locations

A cart par location represents a supply location, such as a supply cupboard, that stores established quantities of supplies. The Requisitions application allows you to set up and replenish cart par locations manually, or by using handheld terminals.

### Processing Requisitions

The approval process places monetary limits on the amount a requester can request. The Requisitions application provides options for an approver to authorize, reject, or unrelease a requisition.

Requisitions that are released create demand on stock or demand on vendors. Demand on stock is processed in the Warehouse application, which

L0061108
CONFIDENTIAL