# PX-0100

PX-0100



# Lawson Procurement Punchout Administration Guide

**Version 9.0**
**November 2006**
Document Number EPPAG-90UWA-03

**Lawson Supply Chain Management**



L0046293
CONFIDENTIAL

**Legal Notices**

Lawson® does not warrant the content of this document or the results of its use. Lawson may change this document without notice.

**Export Notice:** Pursuant to your agreement with Lawson, you are required (at your own expense) to comply with all laws, rules, regulations, and lawful orders of any governmental body that apply to you and the products, services or information provided to you by Lawson. This obligation includes, without limitation, compliance with the U.S. Foreign Corrupt Practices Act (which prohibits certain payments to governmental officials and political parties), U.S. export control regulations, and U.S. regulations of international boycotts. Without limiting the foregoing, you may not use, distribute or export the products, services or information provided to you by Lawson except as permitted by your agreement with Lawson and any applicable laws, rules, regulations or orders. Non-compliance with any such law, rule, regulation or order shall constitute a material breach of your agreement with Lawson.

**Trademark and Copyright Notices:** All brand or product names mentioned herein are trademarks or registered trademarks of Lawson, or the respective trademark owners. Lawson customers or authorized Lawson business partners may copy or transmit this document for their internal use only. Any other use or transmission requires advance written approval of Lawson.

© Copyright 2006 Lawson Software. All rights reserved.

L0046294
CONFIDENTIAL

# Contents

**List of Figures** ........................................................................................ 5

**Chapter 1  Lawson Procurement Punchout Overview** ....................... 7

What Does Lawson Procurement Punchout Do? ....................................7
What Are the Lawson Procurement Punchout Components? ..................9
How Do Lawson Procurement Punchout Components Work Together? ... 11
What Is webMethods? ........................................................................ 12
What Is the webMethods Developer? .................................................. 12
What Is the Trading Networks Console? .............................................. 12

**What Are the Lawson Procurement Punchout Concepts I Need to Understand?** ............................................................................ 13

What Is Punchout? ............................................................................. 13
What Are Users and User Groups? ..................................................... 13
What Are Trading Networks and Vendor Templates? ........................... 14
How Are Purchase Orders Transmitted to the Vendor? ........................ 14
What Are Integration Server Packages? .............................................. 15
What Are webMethods Trading Network Document Types, Attributes, and Processing Rules? ............................................................................. 15

**Chapter 2  Setting Up Lawson Procurement Punchout** .................. 17

**Concepts in this Chapter** .............................................................. 18

What Are Lawson Procurement Punchout Administration Tasks? .............. 19
What Are the ProcessFlow Setup Tasks for Lawson Procurement Punchout? 20
What Are the Lawson Application Server Setup Tasks for Lawson Procurement Punchout? ....................................................................................... 21
What Are the Portal Setup Tasks for Lawson Procurement Punchout? ........ 22
What Are the User and User Group Setup Tasks for Lawson Procurement Punchout? ....................................................................................... 22
What Are the Vendor Setup Tasks for Lawson Procurement Punchout? ...... 23
What Are the Vendor Document Transmission Setup Tasks? ................... 24

**Procedures in this Chapter** ........................................................... 25

Setting up Vendors on the Trading Networks Console .......................... 25
Setting Up Purchase Order Transmission to Vendors ........................... 27
Starting and Stopping PO Dispatcher .................................................. 30

L0046295
CONFIDENTIAL

**Chapter 3**     **Maintaining Lawson Procurement Punchout**     **31**

Concepts in this Chapter............................................. 32
System Maintenance................................................... 32
What Are the Troubleshooting Tasks for Lawson Procurement Punchout?.... 32

Procedures in this Chapter.......................................... 33
Using Log Files ......................................................... 34
Importing Vendor Profiles with the Trading Networks Console .................. 34
Importing Document Types and Processing Rules ............................... 35

**Appendix A**     **Documentation Conventions and Support**     **37**

Documentation Conventions ....................................... 37

**Index**     **39**

# List of Figures

## Chapter 1     Lawson Procurement Punchout Overview
Figure 1. Lawson Procurement Punchout Components ..................................................... 10

## Chapter 2     Setting Up Lawson Procurement Punchout
Figure 2. Lawson Procurement Punchout Administrative Tasks ................................................. 19
Figure 3. ProcessFlow Setup ....................................................................................... 20
Figure 4. Server Application Setup Tasks ...................................................................... 21
Figure 5. User Setup Tasks ......................................................................................... 22
Figure 6. Lawson Procurement Punchout Users and User Groups Setup ................................... 22
Figure 7. Lawson Procurement Punchout Vendor Setup Tasks .............................................. 23
Figure 8. Setting Up Vendor Transmission for Purchase Orders Using the Portal Interface ................ 24

L0046298
CONFIDENTIAL

# Chapter 1

# Lawson Procurement Punchout Overview

This section describes the functionality and components of the Lawson Procurement Punchout product. The following sections help you get started in administrating this product by helping you understand what the different components are and how they work together.

- "What Does Lawson Procurement Punchout Do?" on page 7
- "What Are the Lawson Procurement Punchout Components?" on page 9
- "How Do Lawson Procurement Punchout Components Work Together?" on page 11
- "What Is webMethods?" on page 12
- "What Is the webMethods Developer?" on page 12
- "What Is the Trading Networks Console?" on page 12
- "What Is Punchout?" on page 13
- "What Are Users and User Groups?" on page 13
- "What Are Trading Networks and Vendor Templates?" on page 14
- "How Are Purchase Orders Transmitted to the Vendor?" on page 14
- "What Are Integration Server Packages?" on page 15
- "What Are webMethods Trading Network Document Types, Attributes, and Processing Rules?" on page 15

## What Does Lawson Procurement Punchout Do?

Lawson Procurement Punchout works with Lawson Requisitions Self-Service to allow end-users to seamlessly browse vendor web-sites, select from approved products and pre-negotiated prices, create requisitions, route for approval and then generate purchase orders. Lawson Procurement Punchout eliminates the need to load and maintain item master data for non-inventoried or highly configured products.

Lawson Procurement Punchout enables users of Lawson Requisitions Self-Service to order supplies from specific vendor's web sites. Within Lawson Procurement Punchout, a vendor's web site is represented by an icon on the Lawson Requisitions Self-Service home page. When the user clicks on the vendor icon (called "punching out") that vendor's web site catalog appears in a separate browser session. From this vendor-managed catalog, Lawson Requisitions Self-Service users can choose items to order, placing them into an electronic "shopping cart" and finally returning the selected cart content to the Lawson Requisitions Self-Service application. By separate agreement between the customer and the vendor, the vendor will often display the customer's special cost information for catalog items, as well as limit the catalog items that are displayed.

When users have filled their shopping carts (virtually speaking) and checked out from the vendor web site, the chosen items and their cost are returned to the Lawson server where a requisition is created using the Lawson

L0046299
CONFIDENTIAL

Requisitions Self-Service application. A purchase order is then created from the requisition. Depending upon vendor capabilities and your unique business requirements, Lawson Procurement Punchout and/or EDI can be used to send the order to the vendor using common protocols such as http/s, ftp/s, email, dialup, etc. One vendor may prefer XML format via HTTPS, another may prefer X.12 and FTP.

**NOTE** Not all vendors support all formats and protocols.

Any purchase orders created from within Lawson as XML or EDI can be sent to the vendor via the Lawson EDI for Supply Chain application or via webMethods integration. webMethods is a provider of integration software solutions for rapidly automating business processes within the enterprise and with trading partners across the Internet. They offer a comprehensive integration platform that forms a strong base on which to build a seamlessly integrated business network.

Lawson Procurement Punchout enables organizations to manage a complex mix of internal and external procurement information, providing connectivity to preferred trading partners and stakeholders, and delivering accurate, up-to-date information about the purchasing process. Our experience working with organizations has taught us that procurement is often inefficient and complex. We know that manual, fragmented and labor-intensive processes create a host of problems.

Lawson Procurement Punchout automates tasks associated the acquisition of products and services through the following features:

- **Punchout** Shopping on vendor managed websites through secure connectivity between Lawson requisitions and the systems of the trading partners and digital marketplaces that are exposed to the Internet.
- **Pre-built Connectivity** B2Bi (Business-to-business integration) is pre-built to an ever growing number of major trading partners. Vendor profiles – "connectors" – are downloadable from the Lawson support site.

L0046300
CONFIDENTIAL

# What Are the Lawson Procurement Punchout Components?

Lawson Procurement Punchout uses various Lawson and third-party components to create the Shopping Experience. These components include:

- Lawson Requisitions, Inventory Control, Accounts Payable, and Purchase Order server applications

    You will set up these applications with basic information and processes necessary for requisition processing, such as the currency you will use, your accounting units and accounts, the names and locations of your vendors, your inventory locations and items, your requesters, and requesting locations.

    **Requisitions**. Before you can create requisitions, you must set up the Requisitions application, including requesters, requesting locations, and approval codes. The Requisitions Self-Service tab on Requesters (RQ04.1) allows you to define the tasks allowed in the Lawson Requisitions Self-Service application. For more information, see the *Requisitions User Guide*.

    **Inventory Control**. The Requisitions Self-Service tab on Company (IC01.1) allows you to define the tasks allowed in the Lawson Requisitions Self-Service application. UNSPSC Product Codes (IC16.1) and Item Master (IC11.1) allow you to create an item hierarchy that enables user searches at each level, based on the UNSPSC codes developed by the United Nations in association with Dun & Bradstreet. The Search Catalog allows you to look up items and keywords in up to 28 origin fields determined by set up. Keywords and search criteria are defined in the Inventory Control application. For more information, see the *Inventory Control User Guide*.

    **Purchase Order**. Purchase Order vendors and locations must be defined prior to using Lawson Requisitions Self-Service. Electronic Data Interchange (EDI) is defined as your PO Vendor Issue Method if your company is issuing purchase orders via EDI. The Punchout tab on PO Vendor (PO10.1) and Vendor Purchase From Location (PO10.2) allows you to specify whether or not to allow changes to punchout items. For more information, see the *Purchase Order User Guide*.

    **Accounts Payable**. Vendors must be set up in Vendor (AP10.1) for processing. For more information, see the *Accounts Payable User Guide*.

- Lawson Requisitions Self-Service.

    The Lawson Requisitions Self-Service application lets you create requests with demand on stock and demand on vendors, and process, view, and modify requisitions. For more information, see the *Lawson Requisitions Self-Service User Guide*.

- Lawson ProcessFlow.

    ProcessFlow (reqapproval1.flo and reqapproval2.flo) routes requisition approval requests to approvers. Each flow has up to six levels of approval, based on dollar amounts. You define approvers and dollar amounts according to their requirements for a company/requesting location. For more information, see the *ProcessFlow Reference Guide*.

L0046301
CONFIDENTIAL