# PX-0101



# Empower your People With Requisition Self-Service and Procurement Punchout

**Keith Lohkamp**
Product Strategist – SCM
Lawson Software
keith.lohkamp@us.lawson.com

**Tom Fritch**
Manager, Procurement Applications
Trinity Information Services
fritcht@trinity-health.org

MERRILL LEGAL SOLUTIONS
EXHIBIT NO. 10
DATE 10/19/09
REPTR LAB
Christopherson

PX-0101

ePLUS0621234



# Lawson Requisitions Self-Service



- Web-based user interface, with familiar shopping look and feel
- Shopping Lists for frequently ordered items
- Ability to request off-catalog items and services
- Electronic approvals
- Self-service receiving
- Integration with Lawson Procurement and Procurement Punchout

***Benefits:*** Eliminates manual, paper-based requisitioning by providing web-based, end-user, template based requisitioning and workflow approval, leading to faster order cycle times, increased standardization, and reduced costs.

ePLUS0621239

# LAWSON

## Lawson Procurement Punchout



- Seamlessly browse from Lawson Requisitions Self-Service to vendor web sites
- Select from approved products and pre-negotiated prices
- Create standard requisitions in Requisitions Self-Service
- Process approvals through RSS, RQ or ProcessFlow
- Generate and transmit purchase orders via cXML, fax, e-mail, or EDI

**Benefits:** Eliminates the need to maintain item master records, enhances spend analysis and works with your existing Lawson requisition and purchase order processes

    

Sample Trading Partners

ePLUS0621240