# PX-0103





Search

• Log In  View a printable version of the current page.

Page Operations

Browse Space

Product Training

# Procurement Punchout - FAQ

Added by Dwight DeLancey, last edited by Dwight DeLancey on May 11, 2009  (view change)

Labels:

**Product Training : Procurement Punchout - FAQ**

This page last changed on 20 Jan 2009 by dwightdl

This document is the authoritative source. Any other documents in other areas of the same or similar name, should be considered suspect and not used. Dwight deLancey/4310 24 June 2008

**Lawson Procurement Punchout FAQs-- For Internal Reference Only --**

This document is intended to be a guide to help answer customer and prospect questions. If more detail is desired please contact a Lawson Technical Solution Consultant, a Lawson Solution Consultant, Lawson Product Management or Dwight deLancey, Lawson Product Development/SME.

**Version and Functionality FAQs**

NOTE: The product has been rebranded / renamed. Generally speaking the 8x versions, found on http://support.lawson.com under the "Product Downloads" link, are labeled "eProcurement", while the 9x versions can



Christopherson
EXHIBIT NO. 12
DATE 10/19/09
REPTR  CAB
MERRILL LEGAL SOLUTIONS

L0135319
CONFIDENTIAL

Chain Management.

**Q: Who typically performs the installation?**

A: Lawson Professional Services.

**Q: Is there a separate install script for the RPS component?**

A: There is no installation script. The IBM Websphere Administrator would use the WAS Admin console to load the servlet, just as they would do for RSS or any other servlet/web application.

**Other Technical FAQ's**

**Q: Are there any special port considerations Procurement Punchout requires to communicate with external vendors?**

A: Procurement Punchout has no special requirements. However, a vendor may have a non-standard port specified for the traffic, but that varies by vendor. This is part of what is specified in the "pre-installation checklist" e.g., gathering all the vendor-specific information necessary prior to deployment of the product at the customer site. ( *See the "B2B technical capabilities assessment worksheet" and Procurement Punchout Installation Guide documents under separate cover for more information.* )

**Q: Does the Remote Punchout Servlet need to be threaded?**

A: No.

**Q: Is there any need to load balance across multiple servers?**

A: Lawson has not tested Procurement Punchout for this scenario. However, unless you have hundreds or thousands of users simultaneously punching out, load balancing should not be needed.

**Q: What's Procurement Punchout written in: XML? JavaScript, Java?**

A: Today, RSS and Procurement Punchout are written primarily in Java. There are also limited Javascript, HTML, and XML (for configuration file) components. *The installer, administrator and punchout user should*

L0135324
CONFIDENTIAL