# PX-0104

# LAWSON



# Punchout Partner Program

**Keith Lohkamp**
Product Management
keith.lohkamp@us.lawson.com



Christopherson
EXHIBIT NO. 13
DATE 10/19/09
REPTR LAB
MERRILL LEGAL SOLUTIONS

LE00017985
CONFIDENTIAL

# LAWSON

## Program Overview

Goal: Provide a formal program for requesting, reviewing and adding new Punchout or EDI trading partners

Program Characteristics

- Standard agreement
- Fees: Annual fee + Initial setup fee
- Limited partnership benefits

LE00017986
CONFIDENTIAL