# PX-0108

**PX-0108**



## Purchase Order User Guide

**Version 9.0.1**
Published November 2008

Lawson Supply Chain
Management

Christopherson
EXHIBIT NO. 17
DATE
REPTR  LAB
MERRILL LEGAL SOLUTIONS

L0052019
CONFIDENTIAL

**Document Number POUG-901UWA-02**

**Legal Notices**

Lawson® does not warrant the content of this document or the results of its use. Lawson may change this document without notice.

**Export Notice:** Pursuant to your agreement with Lawson, you are required (at your own expense) to comply with all laws, rules, regulations, and lawful orders of any governmental body that apply to you and the products, services or information provided to you by Lawson. This obligation includes, without limitation, compliance with the U.S. Foreign Corrupt Practices Act (which prohibits certain payments to governmental officials and political parties), U.S. export control regulations, and U.S. regulations of international boycotts. Without limiting the foregoing, you may not use, distribute or export the products, services or information provided to you by Lawson except as permitted by your agreement with Lawson and any applicable laws, rules, regulations or orders. Non-compliance with any such law, rule, regulation or order shall constitute a material breach of your agreement with Lawson.

**Trademark and Copyright Notices:** All brand or product names mentioned herein are trademarks or registered trademarks of Lawson, or the respective trademark owners. Lawson customers or authorized Lawson business partners may copy or transmit this document for their internal use only. Any other use or transmission requires advance written approval of Lawson.

© Copyright 2008 Lawson Software. All rights reserved.

L0052020
CONFIDENTIAL

# Contents

**List of Figures** .......................................................................... 9

**Chapter 1**    **Overview of Purchase Order** ......................... 11

Purchase Order Process Flow ........................................................ 11
How Purchase Order Integrates with other Applications ......................... 12

**Chapter 2**    **Planning for Purchase Order Setup** ............. 17

Concepts in this Chapter................................................. 18
Which General Ledger concepts apply to Purchase Order?.................... 19
Which Accounts Payable concepts apply to Purchase Order?................. 19
Which Inventory Control concepts apply to Purchase Order?.................. 22
Which Tax concepts apply to Purchase Order? ................................ 23
What are the Interdependencies Between PO, IC, and AP? ................... 23
What are Commitments, Encumbrances, and Budget Edits? .................. 23
What are Intercompanies and their Relationships?............................ 24

Procedures in this Chapter................................................. 25
Setting Up Related Applications ............................................... 25

**Chapter 3**    **Setting Up Purchase Order** .......................... 29

Concepts in this Chapter................................................. 30
What is a Procurement Group? ............................................... 30
What is a PO Code? ........................................................... 31
What is set up at the Purchase Order Company level? ........................ 31
When do I use Buyer Groups?................................................. 40
What is a Buyer? .............................................................. 41
What are Freight Terms? ...................................................... 41
Why should I set up Purchase Order Vendors?............................... 42
What is a Vendor Item?........................................................ 43
What are Shipping Terms? .................................................... 43

Procedures in this Chapter................................................. 44
Setting Up a Procurement Group............................................. 45
Setting Up PO Codes ......................................................... 46
Defining Agreement Administrators ........................................... 47
Defining Freight Terms........................................................ 47
Setting Up the Purchase Order Company ..................................... 48
Setting Up Comment Codes .................................................. 55

L0052021
CONFIDENTIAL

Setting Up Buyers ........................................................ 55
Setting Up Purchase Order Vendor Information..................... 58
Setting Up Vendor Items................................................ 63
Setting Up a Substitute Vendor Item ................................. 64
Setting Up Ship Terms .................................................. 65
Setting Up Buyer Messages............................................ 65

## Chapter 4   Define Agreements                                    67

Concepts in this Chapter............................................ 68

What is a Vendor Agreement? ......................................... 68
What is an Agreement Commitment? .................................. 68
What is a Contract Agreement?......................................... 69
What is a Catalog Agreement? ......................................... 69
What is a Blanket Agreement?.......................................... 69
What is a Standing Agreement? ........................................ 69
What is a Service Agreement?.......................................... 70
What are Agreement Lines? ............................................ 70
What is a Future Cost? .................................................. 70
What is Agreement Pricing?............................................. 71
What are Vendor Agreement Participants?............................ 71
What is Stockless Processing? ......................................... 72

Procedures in this Chapter ........................................ 73

Creating a Vendor Agreement ......................................... 73
Creating Distributions for Vendor Agreement Lines ................ 80
Spreading Vendor Agreement Commitments ........................ 81
Setting up Price Breaks................................................. 81
Spreading Non-Committed Vendor Agreement Line Amounts Across Periods 85
Defining Agreement Pricing ............................................ 86
Defining Agreement Participants ...................................... 86

## Chapter 5   Importing Vendor Agreements                         87

Concepts in this Chapter............................................ 88

How Does the Vendor Agreement Import Process Work? ........... 88

Procedures in this Chapter ........................................ 90

Interfacing Data.......................................................... 90
Loading a Vendor Agreement File ..................................... 90
Changing the Item Flag................................................. 95
Updating a Vendor Agreement Item .................................. 96
Updating an Existing Vendor Agreement ............................. 98
Processing a Vendor Agreement Online ..............................100

L0052022
CONFIDENTIAL

**Chapter 6**     **Processing Bids**                                          **101**

Concepts in this Chapter........................................... 102

What is a Bid? ............................................................102
How do I Select Items for a Bid?.....................................103
How do I Process Bids? ...............................................104

Procedures in this Chapter ...................................... 105

Creating Bids............................................................105
Sending Bids to Vendors ..............................................108
Adding Batch Bid Responses ........................................110
Entering Vendor Responses ..........................................110
Analyzing Bid Responses .............................................112
Loading Bids ............................................................114

**Chapter 7**     **Creating Purchase Orders**                                 **115**

Concepts in this Chapter...........................................116

What is the Structure of a Purchase Order?.......................116
What is a Procurement Template?....................................117
How Is Tax Applied To Items?.........................................117
Where Is Currency Determined?......................................118
What is an Add-on Charge?...........................................118
How do I Bring in Purchase Orders from Non-Lawson to Lawson?...........120
When Are Dropshipments Used?......................................120
How do Commitments and Budget Edits affect Purchase Orders? ...........120
What are Subcontractor Purchase Orders? ..........................121

Procedures in this Chapter ...................................... 122

Entering a Purchase Order Manually.................................122
Adding Retainage Using a Purchase Order ..........................126
Adding Retainage on a Purchase Order that Represents the Contract.......128
Viewing Retainage Percents in Vendor Agreements ................130
Setting Up Procurement Templates ..................................132
Making Procurement Template Mass Changes .....................132
Creating a Purchase Order from a Blanket Agreement ..............134
Copying an Existing Purchase Order.................................135
Releasing Standing Orders............................................137
Approving Subcontractor Purchase Orders Directly ................137
Importing Purchase Orders from Non-Lawson to Lawson .........138
Maintaining Interfaced Purchase Orders.............................139

**Chapter 8**     **Creating Purchase Orders from Order Requests**           **143**

Concepts in this Chapter........................................... 144

What is an Order Request? .............................................144
What are Filters? .......................................................145

L0052023
CONFIDENTIAL

What are Exceptions?..................................................................145

**Procedures in this Chapter.......................................... 146**

Creating Purchase Orders from Order Requests ..................................146
Managing Information on Order Requests...........................................149

## Chapter 9     Issuing Purchase Orders     153

**Concepts in this Chapter...............................................154**

What is a Purchase Order Issue? ..................................................154
What is an Issue Method?...........................................................154
What are Purchase Order Revisions?................................................156
When would I Issue a Draft Version of a Purchase Order? ........................157
What is Electronic Data Interchange (EDI)?.......................................157
What is an Acknowledgment?.........................................................157
What is the PO Acknowledge Report? ...............................................158

**Procedures in this Chapter.......................................... 159**

Mass Issuing Purchase Orders ......................................................159
Issuing Purchase Orders Online ....................................................161
Receiving Purchase Order Acknowledgments .........................................162

## Chapter 10     Receiving Orders     165

**Concepts in this Chapter........................................... 166**

What is a Receiver?................................................................166
How do Tolerances affect Purchase Orders?.........................................167
What is a Receiving Buyer Message? ...............................................167
Can I receive items in any Unit of Measure? ......................................167
What is a Substitute Item?.........................................................168
What is Bin Level Receiving? ......................................................168
What are Receiving Documents?......................................................168
What is Receiving Detail? .........................................................168
Why would I Adjust a Receiver? ....................................................169
What happens if I Reject items? ...................................................169
What is a Returns Merchandise Authorization (RMA)?................................170
What is Evaluated Receipts Settlement (ERS)? .....................................170

**Procedures in this Chapter.......................................... 171**

Manually Receiving Orders..........................................................171
Creating Receipts from Open Purchase Orders ......................................178
Interfacing Receipts ..............................................................179
Printing Receiving Documents ......................................................180
Adjusting Released Receivers ......................................................181
Handling Receiving Buyer Messages .................................................183
Performing Inspections ............................................................185
Performing Vendor Returns .........................................................187

L0052024
CONFIDENTIAL

**Chapter 11**     **Using Procurement Cards**                                    **191**

**Concepts in this Chapter.......................................... 192**

What is a P-Card?................................................................192
What is a P-Card Program and Administrator? ......................................193
What is a Proxy? ................................................................193
What is a Merchant and Merchant Group? .........................................194
What is a Merchant Category Code?................................................194
What Type of Charges are Created with P-Cards? ...............................195
How are Ad Hoc Charges Processed?...............................................196
How are PO Charges Processed?...................................................197
How are Charges Maintained?......................................................198
How Does P-Cards Interact with Accounts Payable? ...........................198
How Does P-Cards Interact with Purchase Order?..............................199

**Procedures in this Chapter ...................................... 200**

Setting Up a P-Card Program......................................................200
Requesting a P-Card..............................................................203
Adding a Cardholder .............................................................205
Setting Up a Merchant ...........................................................209
Setting Up a Merchant Group .....................................................210
Associating a Merchant with a Vendor ...........................................212
Setting Up a P-Card Reason Code..................................................212
Importing P-Card Charges.........................................................213
Creating an Invoice for a Bank Statement .......................................214
Managing Bank Charges ...........................................................216
Auditing Activity on a Card or Charge ..........................................223

**Chapter 12**     **Closing the Purchase Order Period**                            **225**

**Concepts in this Chapter.......................................... 226**

What is the Difference Between Report and Update Mode?....................226
How Often do I Send Journal Entries to the General Ledger?.................226
What is the Received, Not Invoiced (RNI) report? ...............................227
What is Auto-Reversal?...........................................................227
What happens if Cost Variances exist? ..........................................227
What is Standard Cost Calculation?..............................................228
What happens during Period End Processing? ....................................229

**Procedures in this Chapter ...................................... 230**

Closing the Purchase Order Period ...............................................230
Closing PO Lines Without Invoicing ..............................................232
Purging Purchase Orders and Receipts ...........................................233

L0052025
CONFIDENTIAL

## Chapter 13   Using Attribute Matrix Attributes   235

### Concepts in this Chapter........................................... 236

What is Attribute Matrix?...............................................236
What is an Attribute?...................................................237
What is an Element? ...................................................238
Where Can I Use Attributes?............................................238
What is a List? ........................................................240

### Procedures in this Chapter....................................... 244

Loading Lawson-Defined Attributes and Elements ................................244
Defining an Attribute ...................................................244
Assigning Attribute Values to an Item ...............................................247
Assigning Attribute Values to a Buyer.................................................248
Assigning Attribute Values to an Accounting Unit.................................249
Assigning Attribute Values to a Vendor ...............................................251
Defining an Automatic List..............................................251
Defining a Manual List ..................................................253
Interfacing Valid Attribute Value Ranges to Attribute Matrix ......................255

## Chapter 14   Using Lawson Business Intelligence to Create Data Marts   257

What Is Lawson Business Intelligence?............................................258
Lawson Procurement (PO) Data Mart..............................................259

## Appendix A   Procurement Transaction Interface   261

Processes that Create Transactions ...............................................261
Transaction Source Codes ................................................262
Posting to the General Ledger ...................................................262
Transaction Accounts ...................................................264

### Transaction Scenarios........................................... 267

Inventory, No Inspection...............................................267
Inventory with Inspection Accepted..............................................268
Inventory with Inspection Rejected ...............................................269
Non-Inventory, Special Order, No RNI Posting ...................................270
Drop Ship Non-Inventory ...............................................270
Invoice Services .....................................................271
Downward Adjustment with Match Write Off...............................272
Invoice with No Receipts ...................................................273

## Index   275

Purchase Order User Guide

L0052026
CONFIDENTIAL

# List of Figures

## Chapter 1    Overview of Purchase Order
Figure 1. Application integration: How Purchase Order integrates with other applications ................. 13

## Chapter 2    Planning for Purchase Order Setup
Figure 2. Procedure Flow: Setting up related applications ....................................................... 25

## Chapter 3    Setting Up Purchase Order
Figure 3. Procedure flow: Buyer group structure ................................................................ 40
Figure 4. Procedure flow: Setting up PO codes ................................................................. 46
Figure 5. Procedure flow: Defining freight terms................................................................. 48
Figure 6. Procedure flow: Setting up buyers ..................................................................... 56
Figure 7. Procedure flow: Set up purchase order vendor information ......................................... 59

## Chapter 5    Importing Vendor Agreements
Figure 8. Procedure flow: Loading a vendor agreement file..................................................... 91

## Chapter 6    Processing Bids
Figure 9. Procedure flow: Processing Bids ...................................................................... 104

## Chapter 7    Creating Purchase Orders
Figure 10. Procedure flow: Creating a purchase order from a blanket agreement..........................134
Figure 11. Procedure flow: Copying an existing purchase order ............................................. 136

## Chapter 8    Creating Purchase Orders from Order Requests
Figure 12. Procedure flow: Creating purchase orders from order requests..................................147
Figure 13. Procedure flow: Managing information on order requests ....................................... 150

## Chapter 9    Issuing Purchase Orders
Figure 14. Procedure flow: Mass issuing purchase orders .................................................. 160
Figure 15. Procedure flow: Issuing purchase orders online ................................................. 162
Figure 16. Procedure flow: Receiving purchase order acknowledgements...................................163

## Chapter 10    Receiving Orders
Figure 17. Procedure flow: Manually receiving orders ........................................................172
Figure 18. Procedure flow: Adjusting Released Receivers ...................................................182
Figure 19. Procedure flow: Handling receiving buyer messages ............................................184
Figure 20. Procedure flow: Performing inspections ..........................................................186
Figure 21. Procedure flow: Performing vendor returns.......................................................188

L0052027
CONFIDENTIAL

## Chapter 12    Closing the Purchase Order Period

Figure 22. Procedure flow: Closing the Purchase Order period................................................231
Figure 23. Procedure flow: Purging purchase orders and receipts ...........................................233

L0052028
CONFIDENTIAL

# Chapter 1

# Overview of Purchase Order

The Lawson® Purchase Order application lets you create and issue purchase orders, and manage the receiving process.

This chapter provides a high-level overview of Purchase Order, including information on the application's major processes and integration with other Lawson and non-Lawson products.

- "Purchase Order Process Flow" on page 11
- "How Purchase Order Integrates with other Applications" on page 12

## Purchase Order Process Flow

The Purchase Order application is broken down into four processes: setup, creating and issuing purchase orders, receiving goods, and posting to the general ledger. This section takes a closer look at these processes.

### Purchase Order Setup

While setting up the Purchase Order application, you must consider the purchasing needs of your central reporting structure. Specifically, you need to determine pricing needs, buyer groups, vendor groups, and cost defaulting hierarchies.

### Creating and Issuing Purchase Orders

When you create and issue purchase orders, you indicate items and item quantities that you need and then send that information to the vendor. The Purchase Order application provides different methods for creating and issuing purchase orders which allow you to customize the order process to suit your business needs.

### Receiving Goods

Receiving goods is the process of accepting items from the vendor. The Purchase Order application provides options for receiving goods which allow you to accept, reject, or accept under certain conditions.

### Posting to the General Ledger

At the end of a transaction period, you can close the Purchase Order application to allow all transactions for that period to post to the general ledger. This process promotes accurate transaction balances to be kept in your organization.

L0052029
CONFIDENTIAL

## Currency

The Purchase Order application uses currency definitions from the Lawson Currency application. These are used for transactions posted to Lawson Inventory Control and Lawson Purchase Order.

## Budgeting

If you have budget editing set up, edits are performed against your budgets and budget edits are passed back to the Purchase Order application if discrepancies exist.

## Invoice Matching

The Purchase Order application sends purchase and receiving information to the Lawson Invoice Matching application. Invoice Matching compares order receipt information from Purchase Order with invoice information from Accounts Payable to automate payment and posting processes.

## Inventory Control

The Purchase Order application receives reorder information from the Lawson Inventory Control application and creates purchase orders. Upon order receipt and adjustment, the Purchase Order application sends receipt transactions to Inventory Control to update inventory balances.

## Requisitions

The Purchase Order application receives order requests for goods or services from the Lawson Requisitions application. Purchase orders can then be created automatically to fill the requisition.

## Order Entry

The Purchase Order application receives customer order information from the Lawson Order Entry application. Purchase orders can then be created automatically to fill the order.

## Asset Management

The Purchase Order application sends asset information to the Lawson Asset Management application so that you can track the procurement of capital goods.

## Project Accounting

The Purchase Order application sends activity information to the Project Accounting application. You can then associate goods and services on purchase orders with activities enabling the use of Activity Based Costing (ABC) and Activity Based Management (ABM). If you have activities commitments set up, additional edits are done against Project Accounting and passed back to Requisitions.

L0052032
CONFIDENTIAL

## What is a Vendor Item?

**NOTE** You do not need to set up a purchase order vendor to be able to define vendor items.

A vendor item links an Item Master record (non-stock or inventory item) to a specific vendor. This link lets you, for example, view the vendor's stock number for a purchase order. A vendor item can be either active or inactive or you can mark it as the default vendor item. An inactive vendor item cannot become the default and cannot be added to a PO line or requisition line.

You can assign multiple vendor items for the same vendor to one Lawson item.

## What are Shipping Terms?

Shipping terms are conditions that indicate the point during shipment when the buyer or seller takes legal possession of the merchandise. You attach shipping terms to the purchase order at creation time.

If you want a shipping code to apply to all purchase orders that go to a specific vendor, you can assign the shipping term to that vendor when you set up purchase order vendors. You can override default shipping codes when you enter the purchase order.

L0052061
CONFIDENTIAL

## Chapter 8

# Creating Purchase Orders from Order Requests

This chapter shows you how to create purchase orders from order requests that originated in another Lawson application.

**Before you start**   Before you can create purchase orders from order requests originating in another application, you must complete set up Purchase Order requirements in the other applications. For setup information, see the *Inventory Control User Guide*, *Requisitions User Guide*, and *Lawson Distribution Management User Guide*.

L0052161
CONFIDENTIAL

# Concepts in this Chapter

**TIP** To skip directly to the procedures, see "Procedures in this Chapter" on page 146.

The following concepts provide background and conceptual information for the procedures within this chapter.

- "What is an Order Request?" on page 144
- "What are Filters?" on page 145
- "What are Exceptions?" on page 145

## What is an Order Request?

An order request is a file that contains a request for items or services. Order requests can originate from Inventory Control, Requisitions, Case Carts, and Order Entry applications.

When the Purchase Order application receives order requests from other applications it stores the requests in an interface file. You initiate the creation of purchase orders with one of two programs in the Purchase Order application: Purchase Order Interface from Lawson Applications (PO100) and Purchase Order Worksheet (PO23).

**NOTE** Purchase Order Interface from Lawson Applications (PO100) can default values for buyer code and delivery date based on information entered on the Main tab.

Purchase Order Interface from Lawson Applications (PO100) searches the interface file for order requests containing all required information and then creates purchase orders automatically. In order to automatically process purchase orders, order requests must contain a vendor, a buyer code, a cost source, and a requested delivery date.

Purchase Order Worksheet (PO23.1) lets you add missing information to order requests. You can determine pricing, combine requests for the same item, change quantities, and other purchasing information. After you add the missing information, you can create and release the purchase order in Purchase Order Worksheet (PO23.1), or rerun Purchase Order Interface from Lawson Applications (PO100) to create and release purchase orders in a batch mode.

If the buyer fully or partially cancels a requisition line in Purchase Order Worksheet (PO23.1) before a purchase order is created, the action will be audited. Use Purchase Order Worksheet (PO23.1) to produce an audit record of requisition lines that were cancelled by the buyer before a purchase order is produced. The functionality also updates a cancelled quantity field on the requisition line.

Applications that send order requests to the Purchase Order application require additional setup requirements that control the transfer of order information to the Purchase Order application. Please see the appropriate user guide for the application that you want to interface with the Purchase Order application: *Inventory Control User Guide, Requisitions User Guide, Lawson Distribution Management User Guide, Case Carts User Guide.*

L0052162
CONFIDENTIAL

## What are Filters?

Filters are a set of criteria that you define for batch jobs that create purchase orders out of order requests. When you run the batch job, the Purchase Order application processes only those order requests with the filter parameters you define.

For example, you can define a batch job for only the order requests from the Requisitions application, a specific vendor, a specific location, and accounting unit. You can also specify a certain item or class of items and so on.

## What are Exceptions?

Exceptions are source documents (requisitions, customer orders, replenishment records, or cases) that could not be processed by running Purchase Order Interface from Lawson Applications (PO100). Possible reasons why purchase orders may not be created by running PO100 include missing information, such as buyer, cost, or vendor information.

**NOTE** When using a purchase order worksheet, you can filter the source documents to display by exceptions.

PO100 reads records from the PO interface table and creates purchase orders for them. Each run of PO100:

- creates header records, then adds lines
- if errors exist, does not add the line and the PO Header record is deleted (consequently, some purchase order numbers are skipped)

For a list of the records in the PO interface table, run PO Interface Listing Report (PO234).

An audit report is created when you run PO100, listing the purchase order numbers that were deleted during a run of the program.

L0052163
CONFIDENTIAL

# Procedures in this Chapter

The Purchase Order application creates purchase orders based on order requests from the Inventory Control, Requisitions, Case Carts, and Order Entry applications. For information on creating purchase orders from other applications, see the following procedures.

- "Creating Purchase Orders from Order Requests" on page 146
- "Managing Information on Order Requests" on page 149

## Creating Purchase Orders from Order Requests

The Purchase Order application receives order requests from other applications and creates purchase orders from those requests. This procedure shows you how to create purchase orders from other applications.

**Before you start**    Before the Purchase Order application can create purchase orders (from order requests originating from other applications), you must define vendor and unit cost values for the items being ordered.

L0052164
CONFIDENTIAL

**Need More Details?** Check out the following concepts:

- "What is an Order Request?" on page 144
- "What are Filters?" on page 145

*Figure 12. Procedure flow: Creating purchase orders from order requests*



**STEPS**    **To create purchase orders from order requests**

1. Access Purchase Order Interface from Lawson Applications (PO100).
2. Choose the Main tab to add required parameters for creating purchase orders from order requests. Consider the following fields.

| | |
|---|---|
| **Default Buyer** | The buyer you select will be entered on purchase orders where no buyer is defined. |

L0052165
CONFIDENTIAL

| | |
|---|---|
| **Release Purchase Orders** | Select Yes in this field to have the application automatically release purchase orders that are created by the program. |
| | Select No to be able to view purchase orders before release (for example, to add comments). |
| **Combine on PO Line** | Indicate whether you want to combine interface records onto one line automatically. |
| **Maximum Number of Lines on PO** | Enter the maximum number of lines allowed on a purchase order. |
| **Print Exception Report** | Indicate whether to print the exception report and how to sort the exceptions. The values available are: |
| | • Do not print exception report |
| | • Sort exceptions by vendor/purchase from |
| | • Sort exceptions by item |
| | • Sort exceptions by source document |
| | • Sort exceptions by buyer code |
| **Default Delivery Days** | The delivery days you select will be entered on purchase orders where no delivery days are defined and are used in the leadtime calculation for items. |
| **Print PO Comments** | Indicate whether you want PO comments to print. |
| **Report Level** | Indicate whether you want the detail level on the report. |
| **Vendor Option** | Indicate whether the vendor entered as run time job parameter are inclusion vendor or exclusion vendor. |

3.   Choose the More Filters tab to define filters for the purchase orders created from interfaced files to limit the purchase order interface records for processing. Consider the following fields.

| | |
|---|---|
| **Buyer Purchase Classes** | Select the buyer purchase class to restrict purchase order interface records for evaluation. |
| **Vendors** | Select the vendor to restrict purchase order interface records for evaluation. |
| **Locations** | Select the location to restrict purchase order interface records for evaluation. |
| **Requesting Locations** | Select the requesting location to restrict purchase order interface records for evaluation. |
| **Delivery Days** | Select the delivery days to restrict purchase order interface records for evaluation. |
| **PO Code** | Select the PO code to restrict purchase order interface records for evaluation. |

L0052166
CONFIDENTIAL

| Accounting Unit | Select the accounting unit to restrict purchase order interface records for evaluation. |
|---|---|
| Agreement Reference | Select the agreement reference to restrict purchase order interface records for evaluation. |

## Related Reports and Inquiries

| To | Run |
|---|---|
| Issue purchase orders in batch | Mass PO Issue (PO120) |
| List PO numbers that were deleted because of a run of PO100 or were deleted manually using Purchase Order Entry (PO20.1) | Audit Report of Deleted PO Numbers (PO191) |
| Print a list of records in the PO interface file | PO Interface Listing Report (PO234) |

# Managing Information on Order Requests

In the Purchase Order application, you can manage order requests that originated in another application to add or change insufficient information. This procedure shows you how to manage order requests with insufficient information to create purchase orders.

**Before you start**    Before the Purchase Order application can create purchase orders from order requests that originate in other applications, you must define vendor and unit cost values for the items being ordered.

L0052167
CONFIDENTIAL

**Need More Details?** Check out the following concepts:

- "What is an Order Request?" on page 144
- "What are Filters?" on page 145

*Figure 13. Procedure flow: Managing information on order requests*



L0052168
CONFIDENTIAL

**STEPS**   **To manage information on order requests**

1.  Access Purchase Order Worksheet (PO23.1).
2.  Select the procurement group or company that has order requests you want to manage.
3.  To select options that sort order requests by document, originating application, or operating company, select from the options in the Filter and List Items section. Consider the following options.

| Use | To |
| --- | --- |
| Filter button | Select filters that indicate which interface records display. |
| Sort By field | Choose the order in which you want the interface records to display. |

**NOTE** If the order request does not contain company, vendor, and buyer information the purchase order will not be released.

4.  Choose the Inquire form action.
5.  To manage the purchase order header information (Currency, Shipping, Issue, User, Intrastat, or Miscellaneous), choose the Header button.
6.  To enter values that default on all or most non-inventory lines of the purchase order, choose the Defaults button.
7.  Edit line information on an order request. Consider the following.

| Use | To |
| --- | --- |
| Line Action | The available line actions are Select, Change, Cancel, Combine, and Event. |
| | The line action of Event requires you to have Strategic Sourcing implemented. Strategic Sourcing users can select the Event line action to create an event interface record, instead of creating a purchase order. For more information, see the *Strategic Sourcing User Guide*. |
| More button | Edit details on *Line Options*. |
| | You can adjust the following types of information: Details from Source, Detail, Comment Codes, Tax, and Drop Ship. |
| Line detail tabs | Edit line information for the following types of information: Detail, Purchase, Source, Account/Activity, Asset, and History. |

8.  Select the Change form action to add changes.
9.  Select the Release form action to release the purchase order.

L0052169
CONFIDENTIAL

## Related Reports and Inquiries

| To | Run |
|---|---|
| Print a list of records in the PO interface file | PO Interface Listing Report (PO234) |

## Options for Managing Information on Order Requests

If order limits have been exceeded, you need to obtain authorization before you can release the purchase order. The steps below show you how to obtain authorization to continue through the ordering process.

**STEPS**   **To obtain authorization for a purchase order exceeding order limits**

1. Access Purchase Order Entry (PO20.1).
2. Choose the More button to access the *PO Line Options* form.
3. Choose the Messages button to access the *Message Review* form. Use this form to see what limits have been exceeded.
4. Access Authorization, Release (PO22.1) to release a purchase order that exceeds the limits.

L0052170
CONFIDENTIAL

## Using EDI to Issue Purchase Orders

EDI is the paperless exchange of documents between trading partners. Companies that use Lawson's EDI capability can communicate instantly with suppliers and vendors.

Data is transmitted from one company's computer to another electronically. The basic transaction for all EDI purchasing is the electronic purchase order. With electronic purchase orders, EDI users can order materials from vendors electronically.

After receiving a purchase order, the vendor returns a detailed purchase order acknowledgment to the client. This acknowledgment summarizes the information on the purchase order and validates the order's authenticity.

## Using Internet E-mail to Issue Purchase Orders

Purchase orders can be issued to vendors using Internet e-mail. This kind of issue method is possible by using Lawson Procurement Punchout or another third-party tool that is capable of e-mail delivery. With Lawson Procurement Punchout, you also need Lawson Requisitions Self-Service (to get the PO Dispatcher, or sweeper).

Lawson Procurement Punchout lets users of Lawson Requisitions Self-Service order supplies from a specific vendor's web site. With Lawson Procurement Punchout, a vendor page is linked to a shopping icon (called Punchout) on the Lawson Requisitions Self-Service home page. When the user chooses a specified vendor, that vendor's website catalog appears. From this catalog, Lawson Requisitions Self-Service users choose items to order. By separate agreement between the customer and the vendor, the vendor displays the customer's special cost information for catalog items and can limit the catalog items that are displayed. When users have filled their shopping carts and checked out from the vendor web site, the chosen items and their cost are returned to the Lawson server, where a requisition is created using the Lawson Requisitions Self-Service application. A purchase order is then created from the requisition. After the requisition is interfaced into the Purchase Order application, Lawson Procurement Punchout enables the transmission of purchase order documentation back to the vendor so that the vendor can fill the order.

The setup for using this issue method is as follows. You add the vendor's e-mail address on PO Vendor (PO10.1) or Vendor Purchase From Location (PO10.2). When the purchase order is issued from Purchase Order Entry (PO20.1) or Mass PO Issue (PO120), an e-mail with a file extension of .EM is created in the following directory:

`$LAWDIR/`*productline*`/email/out` (for UNIX)

`%LAWDIR%\`*productline*`\email\out` (for Windows)

`LAWDIR/`*productline*`/email/out` (for System i)

This .EM file can be picked up and sent by any sweeper program. A sweeper program is a utility that takes the e-mail from this directory.

The e-mail address from Purchase Order Entry (PO20.1) defaults to the e-mail address entered on PO10.1 or PO10.2. When you run Mass PO Issue

L0052173
CONFIDENTIAL