# PX-0109



LE00187619
CONFIDENTIAL

# LAWSON

## Key Features

- Dozens of ready-to-deploy EDI "maps" delivered in formats used by leading suppliers (ANSI-standard), so you can begin trading more quickly with your preferred vendors

- For many vendors, supports common transaction types such as Purchase Order (850), PO Acknowledgment (855), Advanced Ship Notice (856), Invoice (810), and Price/Catalog (832)

- Flexibility to create new maps to other vendors

- Link to your trading partners via standard dial-up connection through a value-added network (VAN) or over the internet

- Ability to connect to industry-based exchanges such as GHX to reach multiple trading partners through a single connection

- Use Lawson-delivered communication server or your preferred third-party communication software



Trading Partner List

Lawson EDI / GTSCM   9/19/2009   Page 5

# LAWSON
## Supply Chain Management EDI Transaction Sets

- ☑ Price/Sales Catalog — 832 — In
- ☑ PO — 850 — Out
- ☑ PO Acknowledgement — 855 — In
- ☑ Advanced Ship Notice — 856 — In
- ☑ Invoice — 810 — In
- ☑ Payment — 820 — Out
- ☑ Product Transfer Report — 867 — Out

LE00187620 CONFIDENTIAL