# PX-0112

**PX-0112**



## Inventory Control User Guide

**Version 9.0.1**
Published November 2008

## Lawson Supply Chain Management

Christopherson
EXHIBIT NO. 22
DATE 10/19/09
REPTR LAB
MERRILL LEGAL SOLUTIONS

L0032249
CONFIDENTIAL

Document Number ICUG-901UWA-02

**Legal Notices**

Lawson® does not warrant the content of this document or the results of its use. Lawson may change this document without notice.

**Export Notice:** Pursuant to your agreement with Lawson, you are required (at your own expense) to comply with all laws, rules, regulations, and lawful orders of any governmental body that apply to you and the products, services or information provided to you by Lawson. This obligation includes, without limitation, compliance with the U.S. Foreign Corrupt Practices Act (which prohibits certain payments to governmental officials and political parties), U.S. export control regulations, and U.S. regulations of international boycotts. Without limiting the foregoing, you may not use, distribute or export the products, services or information provided to you by Lawson except as permitted by your agreement with Lawson and any applicable laws, rules, regulations or orders. Non-compliance with any such law, rule, regulation or order shall constitute a material breach of your agreement with Lawson.

**Trademark and Copyright Notices:** All brand or product names mentioned herein are trademarks or registered trademarks of Lawson, or the respective trademark owners. Lawson customers or authorized Lawson business partners may copy or transmit this document for their internal use only. Any other use or transmission requires advance written approval of Lawson.

© Copyright 2008 Lawson Software. All rights reserved.

L0032250
CONFIDENTIAL

# Contents

**List of Figures**          **11**

**Chapter 1**       **Overview of Inventory Control**       **13**

Inventory Control Process Flow ..................................................... 13
How Inventory Control Integrates with Other Lawson Applications ............. 15

**Chapter 2**       **Setting Up Prerequisite Applications**       **19**

Concepts in this Chapter ........................................... **20**

What is a Currency Table? ......................................................... 20
What is a Currency Code? ......................................................... 21
What is a Chart of Accounts? ..................................................... 22
What is a General Ledger Company? ............................................. 22
What is an Accounting Unit? ...................................................... 23
What is System Control? .......................................................... 23
How do Intercompany Relationships relate to Inventory Control? ............. 23
What do I need to know about Accounts Payable? ............................. 24
What is Project Accounting? ...................................................... 24

Procedures in this Chapter ......................................... **25**

Setting up Currency ............................................................... 26
Setting up General Ledger ........................................................ 27
Setting up Accounts Payable ..................................................... 28
Setting up Requisitions ........................................................... 28
Setting Up Project Accounting ................................................... 28
Setting up Tax .................................................................... 30
Setting up Warehouse ............................................................ 30
Setting Up Purchase Order ....................................................... 31

**Chapter 3**       **Setting Up Inventory Control**       **33**

Concepts in this Chapter ........................................... **34**

What is an Item Group? ........................................................... 34
What is a Unit of Measure? ....................................................... 35
What are Comment Types? ....................................................... 35
Where will my comments display? ............................................... 35
What is an Inventory Control Company? ........................................ 36
Why are Costing Methods used? ................................................ 37
How do I calculate inventory available to sell or allocate? ................... 38
What are the Rules for Allocation? .............................................. 38
What do Inventory Control period end dates determine? ..................... 38

L0032251
CONFIDENTIAL

What are the options for inventory periods?........................................ 39
What are Bins? ................................................................................ 39
What is an Inventory Location? ......................................................... 39
What are Customer and Vendor Roles used for? ................................. 40
What are Replenishment Requesters?................................................ 40
What is a Report Group? .................................................................. 40
What is a General Ledger Category? .................................................. 41
What is an Accounting Unit? ............................................................. 44
What are Inventory Classes? ............................................................ 44
What are Inventory Codes? .............................................................. 45
What are UNSPSC Codes? ............................................................... 46
What are UPC Codes?...................................................................... 46
What are UPN Codes?...................................................................... 47
What are SKU Codes?...................................................................... 47
What are NDC Codes? ..................................................................... 47
What are User Fields? ...................................................................... 47
What is a Procurement Group? ......................................................... 48
What are Keyword Searches? ........................................................... 48

**Procedures in this Chapter ........................................... 49**

Defining Item Groups ...................................................................... 49
Defining an Inventory Control Company ............................................ 52
Defining Period End Dates ............................................................... 54
Defining Bin Usage Types ................................................................ 56
Defining Warehouse Report Options ................................................. 56
Defining Inventory Locations ............................................................ 56
Defining Report Groups.................................................................... 59
Defining General Ledger Categories .................................................. 60
Defining Inventory Classes ............................................................... 61
Defining Inventory Codes.................................................................. 62
Loading UNSPSC Codes .................................................................. 63
Adding UNSPSC Codes ................................................................... 64
Defining Keyword Searches............................................................... 65
Setting up Bins................................................................................ 65

**Chapter 4**        **Setting Up Item Master**                    **69**

**Concepts in this Chapter............................................... 70**

What is an Item Master?................................................................... 70
What is a Serial Number-tracked Item?............................................... 70
What is a Lot-tracked Item? .............................................................. 70
How do I define multiple Units of Measure for an item?........................ 71
What is Consignment Inventory? ....................................................... 71
How do I determine if an item is purchased with tax? ........................... 72

**Procedures in this Chapter ........................................... 73**

Setting up the Item Master ............................................................... 73
Setting Up Consignment Items.......................................................... 78

L0032252
CONFIDENTIAL

**Chapter 5**   **Setting Up Item Locations**   **81**

Concepts in this Chapter........................................... 82

What is an Item Location?............................................. 82
What is an Item Type?................................................ 82
What is Stock-on-hand? ............................................. 83
What is a Bin-tracked Item?.......................................... 84
What is a Movement Class? .......................................... 84
What is a Reorder Policy?............................................ 84
What is a Reorder Document?........................................ 87
What is a Reorder Point? ............................................ 87
What is a Reorder Quantity? ......................................... 87
What is Item Forecast? .............................................. 89
How can I use the Replenishment Button?............................ 89
What are Associated Items? ......................................... 90

Procedures in this Chapter .......................................... 91

Setting up Item Locations............................................ 91
Defining Associated Items .......................................... 100
Mass Updating Items............................................... 100
Defining Item Comments ........................................... 103

**Chapter 6**   **Conducting Physical Inventory**   **105**

Concepts in this Chapter........................................... 106

What Defines Physical Inventory?.................................... 106
What is a Select ID? ................................................ 106
What is Cycle Counting? ............................................ 107
What is a Freeze File? .............................................. 108
What is a Count Sheet? ............................................. 108
What is Catch Weight?.............................................. 108
What is a Count Variance? .......................................... 109
What is a Reason Code? ............................................ 109

Procedures in this Chapter ........................................ 110

Defining a Select ID ............................................... 110
Creating Freeze Files .............................................. 113
Printing Count Sheets.............................................. 113
Entering Counts ................................................... 115
Inquiring on Inventory Variances.................................... 119
Adjusting Count Variances ......................................... 121
Updating Inventory Counts ......................................... 126
Explaining Count Variances ........................................ 128
Deleting Freeze Records ........................................... 130

L0032253
CONFIDENTIAL

**Chapter 7**   **Issuing Inventory**                          **131**

Concepts in this Chapter............................................. 132

What is an Issue? ..........................................................132
What is a Requesting Location? ...................................132
What are Transaction Types?........................................133
What is Transaction Interfacing?...................................134
What is a Document ID?.................................................134
How do I Use Walk Thru? ..............................................134

Procedures in this Chapter ........................................ 135

Issuing Inventory ...........................................................135

**Chapter 8**   **Transferring Inventory**                     **139**

Concepts in this Chapter............................................. 140

What is a Transfer? .......................................................140

Procedures in this Chapter ........................................ 141

Transferring Inventory to Another Location ..................141
Transferring Inventory within a Location ......................144

**Chapter 9**   **Receiving Inventory**                        **149**

Concepts in this Chapter............................................. 150

What is a Receipt? .........................................................150
What is an Intransit Receipt?.........................................150
How do Unit Costs default? ...........................................150

Procedures in this Chapter ........................................ 151

Receiving Inventory .......................................................151
Receiving Intransit Transfers.........................................154

**Chapter 10**   **Adjusting Inventory**                       **159**

Concepts in this Chapter............................................. 160

What is an Inventory Adjustment?.................................160
What is a Storage Code?................................................160

Procedures in this Chapter ........................................ 161

Adjusting Inventory Quantities .....................................161
Adjusting Inventory Costs .............................................164

L0032254
CONFIDENTIAL

**Chapter 11**   **Replenishing Inventory**                                      **167**

**Concepts in this Chapter**................................................ **168**

What is Inventory Replenishment? ..................................................168
What is Exception Reporting?..........................................................169
What is Item Forecasting?...............................................................169

**Procedures in this Chapter**............................................ **170**

Replenishing from Another Location ...............................................170
Replenishing from a Vendor............................................................172
Replenishing an Inventory Location through Requisitions ......................174
Replenishing Bins .......................................................................176
Defining Item Forecasts ...............................................................178

**Chapter 12**   **Closing Inventory Control Period**                         **181**

**Concepts in this Chapter**................................................ **182**

What is an Inventory Control Period? ...............................................182
What are Analysis Reports?............................................................182
Why do I need to Release Unreleased Documents? ..............................182

**Procedures in this Chapter**............................................ **183**

Closing the Inventory Control Period ...............................................183

**Chapter 13**   **Managing Cart or Par Locations**                          **187**

**Concepts in this Chapter**................................................ **188**

What is a Cart or Par location? ......................................................188
What happens when I create a Cart or Par location?.............................188
What is a Shelf Location? ..............................................................189
How do I Replenish a Cart or Par Location? .....................................189
What is a Par Level?....................................................................189
Where do I enter account information for Cart or Par Locations?.............189
What is a Handheld Terminal? ........................................................189
How do I Perform a Count of a Cart or Par Location?...........................189
What is the Fill and Kill feature? ....................................................190
What is a Requester?...................................................................190

**Procedures in this Chapter**............................................ **191**

Setting up Cart or Par Locations....................................................191
Defining Account Information .........................................................193
Assigning Items to the Cart or Par Location .....................................193
Replenishing Cart or Par Locations ...............................................197
Mass Updating Cart/Par Locations .................................................200
Updating Suggested Par Levels .....................................................200
Updating the Item Location Reorder Point.........................................202

L0032255
CONFIDENTIAL

**Chapter 14    Using Attribute Matrix Attributes    203**

**Concepts in this Chapter......................................... 204**

What is Attribute Matrix?.................................................................204
What is an Attribute?......................................................................205
What is an Element?.......................................................................206
Where Can I Use Attributes?...........................................................206
What is a List?...............................................................................208

**Procedures in this Chapter..................................... 212**

Loading Lawson-Defined Attributes and Elements ..............................212
Defining an Attribute .....................................................................212
Assigning Attribute Values to an Item ..............................................215
Assigning Attribute Values to an Accounting Unit...............................216
Assigning Attribute Values to an Account..........................................217
Assigning Attribute Values to an Inventory Location............................219
Defining an Automatic List...............................................................219
Defining a Manual List....................................................................222
Interfacing Valid Attribute Value Ranges to Attribute Matrix ..................224

**Appendix A    Setting Up Kits    225**

Managing Kit Items........................................................................225
Defining Make-to-Order Kits............................................................226
Replacing Kit Components ..............................................................228
Adding Burdens.............................................................................229
Defining Finished Goods .................................................................230
Creating Finished Good Kit Items .....................................................232

**Appendix B    Processing Patient Charges    235**

Implementing Patient Charge Processing ..........................................235
Processing Patient Charges Manually ...............................................238

**Appendix C    Handheld Setup and Processing    243**

**Appendix D    Procurement Transaction Interface    245**

Processes that Create Transactions ..................................................245
Transaction Source Codes ..............................................................246
Interface Programs.........................................................................246
Transaction Accounts .....................................................................248

**Transaction Posting Scenarios................................... 251**

Inventory, No Inspection .................................................................251
Inventory with Inspection Accepted...................................................252
Inventory with Inspection Rejected ...................................................253

L0032256
CONFIDENTIAL

Downward Adjustment with Match Write Off.....................................254
Upward Adjustment with Match ....................................................255
Detail Match Cost Variance, No Goods In Stock..................................256

**Appendix E**     **Product Transfer and Resale Report (867)**          **259**

Defining Ship To Facilities ........................................................259
Defining Manufacturer Relationships...............................................260
Running the Product Transfer and Resale Report ...............................263

**Appendix F**     **Verifying Your Inventory Quantity Data**          **267**

**Concepts in this Appendix........................................ 268**

What Is the Data Verification Toolset? ............................................269
What Are the Prerequisites for Running These Programs?......................269
In What Order Do I Run the Data Verification Toolset?..........................270
What CSV Files are Created by Update Programs?...............................275
What Database Files Are Updated by Update Programs?.......................278

**Procedures in this Appendix..................................... 281**

Preparing Source Documents......................................................281
Checking for Orphan Records .....................................................281
Running the Document Integrity Check ...........................................284
Understanding Inventory Valuation ................................................288
Running the WH and IC Integrity Check ..........................................289
Running the Warehouse Detail Integrity Check ..................................290
Performing a Physical Inventory ...................................................290
Viewing Progress Messages .......................................................291
Printing an Audit Trail History ......................................................291
Understanding Record Statuses ...................................................293

**Appendix G**     **Documentation Conventions and Support**          **295**

Documentation conventions........................................................295

**Index**          **297**

L0032257
CONFIDENTIAL

Inventory Control User Guide

L0032258
CONFIDENTIAL

# List of Figures

## Chapter 1      Overview of Inventory Control

Figure 1. Application integration: How Inventory Control integrates with other applications ............... 15

## Chapter 2      Setting Up Prerequisite Applications

Figure 2. Procedure relationship: Setting up prerequisite applications ......................................... 25

## Chapter 3      Setting Up Inventory Control

Figure 3. Procedure flow: Defining item groups ................................................................ 50
Figure 4. Procedure flow: Defining Inventory Control company ................................................ 53
Figure 5. Procedure flow: Defining period end dates ........................................................... 55
Figure 6. Procedure flow: Defining inventory locations ......................................................... 57
Figure 7. Procedure flow: Defining GL category ................................................................ 60
Figure 8. Procedure flow: Setting up bins ...................................................................... 66

## Chapter 5      Setting Up Item Locations

Figure 9. Concept flow: Reorder policy job aid ................................................................. 86

## Chapter 6      Conducting Physical Inventory

Figure 10. Procedure flow: Defining a select ID ............................................................... 111
Figure 11. Procedure flow: Creating freeze files .............................................................. 113
Figure 12. Procedure flow: Printing count sheets .............................................................. 114
Figure 13. Procedure flow: Entering counts ................................................................... 116
Figure 14. Procedure flow: Entering count detail for an item ................................................. 117
Figure 15. Procedure flow: Randomly entering item counts .................................................... 118
Figure 16. Procedure flow: Inquiring on inventory variances .................................................. 120
Figure 17. Procedure flow: Adjusting count variances ......................................................... 122
Figure 18. Procedure flow: Adjusting count detail for an item ................................................ 124
Figure 19. Procedure flow: Randomly adjusting item counts .................................................... 125
Figure 20. Procedure flow: Updating inventory counts .......................................................... 127
Figure 21. Procedure flow: Explaining count variances ........................................................ 129
Figure 22. Procedure flow: Deleting freeze records ........................................................... 130

## Chapter 7      Issuing Inventory

Figure 23. Procedure flow: Issuing inventory .................................................................. 136

## Chapter 8      Transferring Inventory

Figure 24. Procedure flow: Transferring inventory to another location ......................................... 142
Figure 25. Procedure flow: Transferring inventory within a location ........................................... 145

## Chapter 9      Receiving Inventory

Figure 26. Procedure flow: Receiving inventory ................................................................ 152

L0032259
CONFIDENTIAL

Figure 27. Procedure flow: Receiving intransit transfers.......................................................155

## Chapter 10    Adjusting Inventory

Figure 28. Procedure flow: Adjusting inventory quantities.....................................................162
Figure 29. Procedure flow: Adjusting inventory costs ..........................................................165

## Chapter 11    Replenishing Inventory

Figure 30. Procedure flow: Replenishing from another location ...............................................171
Figure 31. Procedure flow: Replenishing from a vendor.......................................................172
Figure 32. Procedure flow: Replenishing bins ................................................................177

## Chapter 13    Managing Cart or Par Locations

Figure 33. Procedure flow: Assigning items to cart or par location ...........................................195
Figure 34. Procedure flow: Replenishing cart or par locations ...............................................198

L0032260
CONFIDENTIAL

# What are UNSPSC Codes?

Lawson has incorporated the usage of UNSPSC codes which is a standardized way of categorizing items that people use in commerce. The UNSPSC codes were developed by the United Nations in association with Dun & Bradstreet.

The codes have four levels: segment, family, class, and commodity. These levels create an item hierarchy and allows the user to search for each level for items in the Item Master file.

## Example

When the user searches through the segment Office Equipment they would see the following selections.

| Segment | Family | Class | Commodity | Description |
|---------|--------|-------|-----------|-------------|
| 44 | | | | Office Equipment |
| 44 | 10 | | | Office Machines |
| 44 | 11 | | | Computer Supplies |
| 44 | 12 | | | Office Supplies |
| 44 | 12 | 15 | | Mailing Supplies |
| 44 | 12 | 16 | | Writing Instruments |
| 44 | 12 | 16 | 01 | Mechanical Pencil |
| 44 | 12 | 16 | 02 | Black Stylist Pen |
| 44 | 12 | 16 | 03 | Black Pen |

# What are UPC Codes?

Universal Product Codes (UPC) represent an alternate product identifier for items. They are used primarily in the retail industry. In the Inventory Control application, you can associate a UPC code with an inventory item for tracking purposes. The UPC code includes additional item information, such as UPC type and unit of measure.

You can print UPC codes on labels for easy identification or scan them electronically.

L0032294
CONFIDENTIAL

## What are UPN Codes?

A Universal Product Number (UPN) code represents the manufacturer's number for an item. UPN codes are used in the retail industry. In the Inventory Control application, you can associate a UPN code with an inventory item for tracking purposes. The UPN code includes the manufacturer's name, manufacturing division, trade name, and unit of measure.

You can print UPN codes on labels for easy identification or scan them electronically.

## What are SKU Codes?

A Stock Keeping Unit (SKU) code represents an alternate identifier for items. SKU codes are used primarily in the retail industry. In the Inventory Control application, you can associate a SKU code with an inventory item for tracking purposes. The SKU code includes additional item information, such as alternate unit of measure, shelf label, color, size, and style, and is used in the Order Entry application.

You can print SKU codes on labels for easy identification or scan them electronically.

## What are NDC Codes?

A National Drug Code (NDC) represents a specific drug. In the Inventory Control application, you can create an NDC code on the item master and then create a relationship between an item and an NDC number. The NDC number includes the unit of measure and the maker (or distributor).

An item can have multiple NDC codes, similar to UPC and UPN codes.

## What are User Fields?

User fields are fields which you define with any information you want. The first line of any user field is searchable when running an item search. If you have information about an item you want, and a field does not exist, you can use User fields to list that information. User fields can contain information that is alpha, numeric, date, or an amount. You define what kinds of information is entered into these fields.

L0032295
CONFIDENTIAL

## What is a Procurement Group?

**NOTE** The Purchase Order company must be assigned to a procurement group.

A procurement group is level at which you assign multiple companies for the purpose of sharing vendor and buyer information.

Procurement groups contain available vendors and buyers. Each company is assigned to only one procurement group. When you assign your company to a procurement group, you automatically have access to all vendors and buyers for that group. Companies can also access existing contract information within a procurement group.

Because certain Inventory Control parameters must be set up before you can define a procurement group, the procurement group setup occurs after you set up Inventory Control.

## What are Keyword Searches?

*Keyword searches* allow the user of Lawson Requisitions Self-Service to search the database for items they are requesting by using keywords. A keyword is an index entry that identifies inventory and non-stock items.

Inventory Control dictates which origin fields will be used for searches and, optionally, which synonyms can be used in the searches. Origin fields are the database fields that the keyword field is built from, such as, UPC number or description. Synonyms are words that are similar to the item you are searching for. For example, if you are searching the keyword coat, you may want to define the synonyms jacket, parka, slicker, and windbreaker.

To learn how to perform keyword searches, see the *Lawson Requisitions Self-Service User Guide*.

L0032296
CONFIDENTIAL

# Procedures in this Chapter

The procedures in this chapter explain the setup you perform in the Inventory Control application. Setup includes tasks such as defining item groups, companies, period end dates, bin usage types, inventory locations, report groups, and inventory classes.

## Defining Item Groups

This procedure explains how to define an item group.

L0032297
CONFIDENTIAL

**Need More Details?** Check out the following concepts:

- "What do I need to know about Accounts Payable?" on page 24
- "What is a Unit of Measure?" on page 35
- "What are Comment Types?" on page 35
- "Where will my comments display?" on page 35

*Figure 3. Procedure flow: Defining item groups*



**STEPS**   **To define item groups**

1. Access Corporate Item Group (IC00.1).

L0032298
CONFIDENTIAL

2. Define header information. Consider the following fields.

| Automatic Item Numbering | Select Yes to automatically number items. Select No to manually enter item numbers. The default is No. |
|---|---|
| | **NOTE** If you select Yes in this field, you must also select Yes in the Numeric Item Number field. |
| **Numeric Item Number** | Select Yes to indicate that item numbers must be numeric (you can change this value after items have been corrected, if you selected Yes). Select No to indicate that items do not have to be numeric. |
| **Vendor Agreement Def Item Create Flag** | This field is needed for the creation of new item numbers when you are importing vendor catalogs using Vendor Price Agreement Load (PO536) or manually entering agreements. The values are:<br>• Sequential (to create the next sequential item number)<br>• Assign (to assign the item number from another field)<br>• Manual (to manually enter the new item number) |
| **Commodity Structure** | Select a commodity structure to assign to the item group.<br><br>You can assign a commodity structure if you have implemented Strategic Sourcing and have previously defined the commodity structure. For more information, see the *Strategic Sourcing User Guide.* |

**NOTE** You can also load unit of measure information from an external source.

3. Type units of measure.
4. Choose the Add form action.
5. If you want comments to automatically print on documents, define comment types.

L0032299
CONFIDENTIAL

**NOTE** Choose the Add form action for comment types and report options, even if you do not define comment types.

6. Choose the Add form action.
7. If you defined comment types, decide where to print those comment types.
8. Choose the Add form action.

## Related Reports and Inquiries

| To | Use |
|---|---|
| List item groups | Item Group Listing (IC200) |

# Defining an Inventory Control Company

This procedure explains how to define your Inventory Control company.

L0032300
CONFIDENTIAL

**Need More Details?** Check out the following concepts:

- "What is an Inventory Control Company?" on page 36
- "Why are Costing Methods used?" on page 37
- "How do I calculate inventory available to sell or allocate?" on page 38
- "What are the Rules for Allocation?" on page 38

*Figure 4. Procedure flow: Defining Inventory Control company*



**STEPS**   **To define an Inventory Control company**

1. Access Company (IC01.1).
2. Define header information.
3. Type Last Year End Date.
4. To define additional parameters, consider the following tabs:

| Rules | Define rules your company will follow in Inventory Control, such as allocation methods or whether you allow negative stock-on-hand. |
|---|---|

L0032301
CONFIDENTIAL

| Document Numbering | Determine document numbering options, such as automatic or manual assignment of Inventory Control transaction document numbers. |
| --- | --- |
| Available | Set up available-to-allocate and available-to-sell calculations. |
| Work Order | If you use the Production Order application, select the work order numbering method. |
| Priority Levels | If you allocate items based on priority, type priority numbers for various applications (with 1 being the highest priority). |
| User Fields | Define fields for Inventory Control, Warehouse, or Production Order applications that are used for your own reporting or inquiry purposes. |
| Requisition Self Service | Define display options for Lawson Requisitions Self-Service. |

5.  Choose the Add form action to add your company.

## Related Reports and Inquiries

| To | Use |
| --- | --- |
| List companies | Company Listing (IC201) |

# Defining Period End Dates

This procedure explains how to establish the dates that the Inventory Control company uses to define the periods for transaction processing.

L0032302
CONFIDENTIAL

**Need More Details?** Check out the following concepts:

- "What do Inventory Control period end dates determine?" on page 38
- "What are the options for inventory periods?" on page 39

*Figure 5. Procedure flow: Defining period end dates*



**STEPS**   **To define period end dates**

1. Access Period End Dates (IC01.2).
2. Define header information.
3. Type period end dates.
4. Select status of period end date.
5. Choose the Add form action.

L0032303
CONFIDENTIAL

## Defining Bin Usage Types

This procedure explains how to define bin usage types. For information on defining bins, see "Setting up Bins" on page 65.

 **Need More Details?** Check out the following concepts:

- "What are Bins?" on page 39

**STEPS**   **To define bin usage types**
1. Access Bin Usage Types (IC01.3).
2. Select Company.
3. Define bin types. Consider the following fields.

| | |
|---|---|
| **Bin Type** | Type a code to represent the bin type. |
| **Allow Receipts** | Select Yes to allow this bin type to receive items. |
| **Allow Issues** | Select Yes to allow this bin type to issue items. |

4. Choose the Add form action.

## Defining Warehouse Report Options

If you use the Warehouse or Production Order application, this procedure explains how to indicate which item comments print on picking and packing lists.

 **Need More Details?** Check out the following concepts:

- "What are Comment Types?" on page 35
- "Where will my comments display?" on page 35

**STEPS**   **To define warehouse report options**
1. Access Report Options (IC01.4).
2. Select Company.
3. Select which comment types are to print on the picking or packing lists.
4. Choose the Add form action.

## Defining Inventory Locations

This procedure explains how to define inventory locations within your company. Inventory locations hold item balances.

L0032304
CONFIDENTIAL

**Need More Details?** Check out the following concepts:

- "What is an Inventory Location?" on page 39
- "What are Customer and Vendor Roles used for?" on page 40

*Figure 6. Procedure flow: Defining inventory locations*



STEPS **To define inventory locations**

1. Access Location (IC02.1).
2. Define header information.
3. To define additional parameters, consider the following tabs.

| | |
|---|---|
| **Address** | Define address information for the inventory location. |
| | Choose the Attributes button to define inventory location attributes. For more information, see the Using Attribute Matrix Attributes chapter. |
| **PO Ship To** | Define the address to which vendors will ship purchase orders. |
| **PO Bill To** | Enter information about the billing address, contact person, and other billing details. Use it for defaulting to the purchase order. |

L0032305
CONFIDENTIAL

| | |
|---|---|
| **Returns and Inspection** | Define default accounts for inventory items that were returned to the vendor or put on inspection hold. The default return accounts are:<br><br>• Returns Suspense (for items that were returned to the vendor)<br><br>• Inspection Hold (for items put on inspection hold)<br><br>• Freight (for items being returned to the vendor for freight credit)<br><br>• Handling (for items being returned to the vendor for handling charge credit)<br><br>• Scrap (for items that failed inspection and the vendor refuses the return; in other words, items that must be scrapped and not placed back into inventory) |
| **Miscellaneous** | Define miscellaneous information including:<br><br>• Single Document to a PO (indicate how to create purchase orders: such as create one purchase order from one requisition, from one customer order, or from both)<br><br>• Default PO Dropship (indicate whether to set the Dropship field on a purchase order header when this inventory location is used as the ship-to location on the purchase order)<br><br>• Requisition options (which shipment processing steps are required)<br><br>• Roles to process between companies across country lines<br><br>**TIP** To default the accounting unit for the items at the Inventory Control location while creating a requisition or purchase order, select Yes in the Use GL Category Issue Accounting Unit as Default field.<br><br>• Replenishment requester (the requester used for replenishment programs IC141 or IC142)<br><br>**NOTE** The replenishment requester must have been set up using Requesters (RQ04.1). |
| **Work Order** | Define a production facility and related information for the Production Order application. |

4. Choose the Add form action.

L0032306
CONFIDENTIAL

If you use ProcessFlow, a service is available for notification of an add, change, and delete of inventory locations. For information, see the *ProcessFlow Reference Guide*.

## Related Reports and Inquiries

| To | Use |
|---|---|
| List locations | Location Listing (IC202) |

# Defining Report Groups

If you want additional structures in your company, this procedure explains how to define report groups.

🔍 **Need More Details?** Check out the following concepts:

- "What is a Report Group?" on page 40

**STEPS   To define report groups**
1. Access Report Group (IC03.1).
2. Define header information.
3. Select locations to include in report group.
4. Choose the Add form action.

**TIP** For physical inventory purposes, create a one-to-one relationship between locations and report groups.

## Options for defining report groups

The following option is available for defining report groups. You can define a report group subcategory using the Total Group field. If you have multiple locations within a report group, you assign a total group number as a subcategory. For example, if you assigned Locations A, B, C and D to one report group, you can assign Locations A and B to Total Group 1 and Locations C and D to Total Group 2.

## Related Reports and Inquiries

| To | Use |
|---|---|
| List report groups | Report Group Listing (IC203) |
| Print detail usage of an item (at a par location or report group) by period (batch report) | Detail Par Loc Utilization (IC285) |
| Print detail usage of an item (at a par location or report group) by month (online inquiry) | Detail Par Location Utilization by Month (IC84.1) |

L0032307
CONFIDENTIAL

## Defining General Ledger Categories

This procedure explains how to define a General Ledger category with defaulting account information.

🔍 **Need More Details?** Check out the following concepts:

- "What is a General Ledger Category?" on page 41
- "What is an Accounting Unit?" on page 44

*Figure 7. Procedure flow: Defining GL category*



**STEPS** **To define a General Ledger category**

1. Access General Ledger Category (IC04.1).
2. Select a company.
3. Select a location.

L0032308
CONFIDENTIAL

**TIP** After adding a General Ledger category, assign it to additional locations by changing the location and choosing the Add form action.

4. Define the General Ledger category.
5. Select accounting unit and account defaults. The accounting unit for the Issues field is optional.
6. Choose the Add form action.

## Related Reports and Inquiries

| To | Use |
|---|---|
| List General Ledger Categories | General Ledger Category Listing (IC204) |

# Defining Inventory Classes

If you classify your items, this procedure explains how to define classes.

 **Need More Details?** Check out the following concepts:

- "What are Inventory Classes?" on page 44

**STEPS**   **To define inventory classes**

1. Access one of the following forms:
   - Sales Class (IC05.1)
   - Inventory Class (IC06.1)
   - Purchasing Class (IC07.1)
   - Freight Class (IC39.1)
2. Define header information.
3. Define Class information.
4. Choose the Add form action.

## Related Reports and Inquiries

| To | Use |
|---|---|
| List sales classes | Sales Class Listing (IC205) |
| List inventory classes | Inventory Class Listing (IC206) |
| List purchasing classes | Purchase Class Listing (IC207) |
| List freight classes | Freight Class Listing (IC236) |

L0032309
CONFIDENTIAL

# Defining Inventory Codes

If you use codes to add detail to your items, this procedure explains how to define codes.

**Need More Details?** Check out the following concepts:

- "What are Inventory Codes?" on page 45

**STEPS**   **To define inventory codes**

1. Access one of the following forms:
   - Generic Names (IC08.1)
   - Hazard Codes (IC09.1)
   - Manufacturer Code (IC14.1)
   - Reason Codes (IC17.1)
2. Define header information.
3. Type the code or name.
4. Define additional code information. Consider the following fields.

| Code | Field | Description |
|---|---|---|
| Manufacturer code | Division | Indicates to which area of the manufacturer the item is tied. |
| Manufacturer code | Labeler ID Code | Indicates the company's Labeler Identification Code. |
| Reason code | Type | Select None, Waste, or Return to indicate the class used in the Case Carts application. |

5. Choose the Add form action.

## Related Reports and Inquiries

| To | Use |
|---|---|
| List generic names | Generic Name Listing (IC208) |
| List hazard codes | Hazard Code Listing (IC209) |
| List reason codes | Reason Code Listing (IC217) |

L0032310
CONFIDENTIAL

# Loading UNSPSC Codes

If you use UNSPSC codes, this procedure explains how to load the UNSPSC codes using a CSV file. The codes can be attached to the Item Master records to create an item hierarchy. The UNSPSC code must be attached to an item in the Item Master file to be active. This allows you to search on categories in Lawson Requisitions Self-Service.

The CSV file needs to be placed in the following directory. Name the file what you want. The layout is:

UNIX users: **$LAWDIR**/*productline*/*interface directory*

Windows NT users: **%LAWDIR%**\\*productline*\\*interface directory*\\

System i users: *LAWDIR*/*productline*/*interface directory*

| Field | Max Size |
|---|---|
| SEGMENT | 2 |
| FAMILY | 2 |
| CLASS | 2 |
| COMMODITY | 2 |
| CODE-SDESC | 20 |
| CODE-LDESC | 80 |

 **Need More Details?** Check out the following concepts:

- "What are UNSPSC Codes?" on page 46

**STEPS**   **To load UNSPSC codes**

1. Access Load UNSPSC Product Codes (IC516).
2. Enter the name of the file to be imported. If left blank, the default file name of ICITEMCODECSV will be used.
3. Enter the item groups that the imported codes should be assigned to. The process can be re-run for additional item groups.
4. Select Yes in the Report Only field to review what will be produced. No records will be updated by selecting Yes. Select No if you want to update without reviewing the report.

L0032311
CONFIDENTIAL