# PX-0118





*Lawson Response to Request for Proposal #08-09*



*Enterprise Resource Planning Solution*

*September 3, 2008*

Lawson Software, Inc.
380 St. Peter Street
St. Paul, MN 55102
651-767-7000



LE00429167
CONFIDENTIAL



Lawson Software, Inc.
380 St. Peter Street
St. Paul, MN 55102
651-767-7000
www.lawson.com

September 3, 2008

Thomas Barrell
**Cherry Creek School District #5**
Purchasing Department
4350 S. Pitkin Street
Aurora, Colorado 80015

Dear Mr. Barrell:

Thank you for your interest in Lawson Software and the opportunity to respond to your Request for Proposal Number 08-09 for an Enterprise Resource Planning Solution. We understand Cherry Creek School District's goal is to obtain a powerful system that is easy-to-use fulfilling your state and federal reporting requirements while providing the ability to disseminate real time information to empower Cherry Creek staff to manage the operations of the school system effectively while maintaining a focus on education. The Lawson solutions proposed will accomplish these goals for the school system. Additionally, there are great advantages to working with a vendor with a proven track record within your school system.

Lawson Software has a successful history of providing large enterprises with powerful solutions enabling our customers to effectively manage their organizations while providing the ability to quickly react to changing operational environments. We have grown as a company through a strategic decision to focus our software solutions on the service industries in general and more specifically K-12 educations, government, healthcare, and retail. Lawson has made a strategic decision to aggressively pursue public elementary and secondary education as a key focus for our applications.

Lawson Software has partnered with our clients in elementary and secondary education to ensure that we keep providing solutions that meet their needs within this quickly changing environment. We look to people within organizations like Boulder Valley School District, Denver Public Schools, Clackamas (OR) School District, Madison (WI) Metropolitan Schools, and Carpentersville (IL) School District for guidance to ensure that our products are development with their needs in mind. Lawson Software has a history of entering into long-term relationships with each of our clients. It is our understanding that our success can only be measured by the success of our clients. This is evident in the fact that we have large numbers of client relationships that span ten years and more. Lawson Software is proud of the fact that our first client, H. Brookes and Company, has followed us through the many technological changes of the past thirty years and is utilizing the most recent products that we have to offer.

In compliance with the requested information to be included in the letter of transmittal, please review the following information:

| Lawson Software - Authorized Signature | Lawson Software -Primary Engagement Contact |
|---|---|
| Brian Murphy, VP, Gov. & Education | Matt Denning – Account Executive |
| 5 Concourse Parkway, Ste 2500, Atlanta, GA 30328 | 4991 S. Boston St, Greenwood Village, CO 80111 |
| Phone – 770-399-9910 x2222 | Phone – 303-319-3028 |
| Email: brian.murphy@us.lawson.com | Email: matt.denning@us.lawson.com |

As you review the proposals please consider the strength of our products but also consider Lawson's understanding of the current environment at the district, our strong commitment in the K-12 market.

Please accept the Lawson response to your Request for Proposal Number 08-09. On behalf of everyone at Lawson Software, I would like to thank you for the opportunity to respond to Cherry Creek School District's

LE00429168
CONFIDENTIAL

**LAWSON**  Response to Cherry Creek School District RFP #08-09

RFP. We look forward to working closely with your selection committee in the next few months and anticipate a long partnership for many years to come.

Sincerely,


Brian Murphy
VP., Public Sector
Lawson Software

LE00429169
CONFIDENTIAL

**LAWSON**  Response to Cherry Creek School District RFP #08-09

# Attachment 9 – Notarized Signature Page

In compliance with this Request for Proposals (RFP) and subject to all conditions imposed therein, and hereby incorporated by reference, the undersigned Officer of _____ Lawson Software, Inc. _____ hereby offers and agrees to furnish the services described in accordance with the attached proposal, or as mutually agreed upon by subsequent negotiation. The signator hereby certifies that he is an agent authorized to bind the company.

Name and address of Firm:        Date: _____

_____ Lawson Software, Inc. _____        By: _____
                                                       Signature

_____ 380 St. Peter Street _____        _____ Brian Murphy _____
                                                       Printed Name

_____ St. Paul, MN 55102 _____        Title: ___ VP., Public Sector ___

Telephone: ___ 651-767-7000 ___        _____ 41-1251159 _____
                                                       Federal ID No.

State of _____

County of _____

Subscribed and sworn to before me, a Notary Public, in and for said County and State on this _____ day of _____, 2007.

_____
Notary Public

Commission Expiration Date:

_____

LE00429170
CONFIDENTIAL

**LAWSON**  Response to Cherry Creek School District RFP #08-09

# Table of Contents

ATTACHMENT 9 – NOTARIZED SIGNATURE PAGE .................................................................................. III
PROPOSAL POLICY ............................................................................................................................... V
SECTION 1.0 - EXECUTIVE SUMMARY ...................................................................................................... 1
SECTION 2.0 - SCOPE OF SERVICES .......................................................................................................... 3
SECTION 3.0 - COMPANY BACKGROUND .................................................................................................. 5
SECTION 4.0 - PROPOSED APPLICATION AND COMPUTING ENVIRONMENT ............................................ 8
SECTION 5.0 - THIRD-PARTY PRODUCTS / OPTIONAL SOFTWARE ......................................................... 40
SECTION 6.0 - RESPONSES TO FUNCTIONAL / TECHNICAL REQUIREMENTS ........................................... 42
SECTION 7.0 - IMPLEMENTATION PLAN ................................................................................................ 297
SECTION 8.0 - TRAINING PLAN ............................................................................................................. 327
SECTION 9.0 - MAINTENANCE AND SUPPORT PROGRAM ...................................................................... 342
SECTION 10.0 - ESSAY RESPONSES ....................................................................................................... 353
SECTION 11.0 - CLIENT REFERENCES ................................................................................................... 361
SECTION 12.0 - COST PROPOSAL .......................................................................................................... 372
SECTION 13.0 - EXCEPTIONS TO THE RFP ............................................................................................ 377
SECTION 14.0 - SAMPLE DOCUMENTS .................................................................................................. 380
SECTION 15.0 - REQUIRED ATTACHMENTS .......................................................................................... 381

LE00429171
CONFIDENTIAL

**LAWSON**                    Response to Cherry Creek School District RFP #08-09

# Proposal Policy

The information contained in this document is proprietary and confidential to Lawson Software, Inc. ("Lawson") and its affiliates. To the extent a nondisclosure agreement protecting Lawson's confidential information is in effect between Lawson and you, the information contained in this document shall be held confidentially in accordance with the terms of that agreement. If a nondisclosure agreement protecting Lawson's confidential information is not previously in effect between Lawson and you, by accepting this Response for Proposal ("RFP"), you agree to keep the information contained in this document in strict confidence and not to disclose it to any third-party without Lawson's prior written consent. Your internal disclosure of the information contained in this document shall be only to your employees, contractors or agents having a need-to-know such information in connection with the evaluation of Lawson's software or services. You are responsible for informing any authorized third party that they are bound by your responsibility to keep this information confidential and are fully responsible for any breach of confidentiality. If you do not agree to be bound by the foregoing terms, promptly return this document to Lawson without reading further.

No part of this document may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, for any purpose without the express written permission of Lawson. Notwithstanding the foregoing, a reasonable number of copies may be made for recipients' internal evaluation purposes only.

Lawson does not warrant that the material contained in this document is error-free and, therefore, is subject to change without notice. If you find any problems with this document, please report them immediately to Lawson in writing.

Where Lawson has described features or functionality that it anticipates will be included in future releases, Lawson is not making a contractual offer to provide the features or functionality. Any description of future features or functionality and any statements regarding anticipated timing of their availability are estimates only. Lawson does not make contractual commitments regarding timing or delivery of features or functionality that are not currently available. Lawson ascribes no value to such features or functionality, as it is not committing to deliver them.

Lawson has used reasonable efforts to accurately respond to your RFP in a timely manner. However, our interpretation of your stated requirements may differ from your intended definition of a particular requirement or process. Because of such differing interpretations, this Proposal response is not part of the contract that may result from your RFP. Lawson views this response solely as a tool to aid your decision to select a software vendor.

The information contained herein is subject to change without notice. Copyright © 2008 Lawson Software, Inc. All rights reserved.

LE00429172
CONFIDENTIAL

**LAWSON**                    Response to Cherry Creek School District RFP #08-09

# Section 1.0 - Executive Summary

Cherry Creek School District is seeking a comprehensive and tightly integrated enterprise resource planning (ERP) solution that is a commercial off the shelf product, provides the full range of financial and human resources functionality, including the ability to conduct business on-line with vendors and other partners. The school wants a solution based on leading-edge and scalable technology that will provide the ability to plan, control, and account for all of the school's financial and procurement activities and resources. The solution must not need to be customized over time, and will need to grow and scale to meet the school's emerging requirements. The solution must be based on best business practices for schools and enable an evolving movement towards best practices and assist the CCSD in understanding World Class performance.

**Lawson Applications**

The Lawson solution is a proven one that has been successfully implemented by many leading school systems, such as Boulder Valley Schools, Denver Public Schools, Atlanta Public Schools, and the School District of Hillsborough County. The reasons are tight functional fit, advanced and scalable technical architecture, grounding in best K12 practices, and a user experience that is second to none.

## Lawson's Relevant Qualifications

Lawson's primary qualifications for being the school's partner are that we know K-12, we know the back office requirements necessary to efficiently and effectively operate a large school system, and we are committed to K-12. Lawson has many successful and satisfied large urban school district customers. Districts using Lawson serve over 1.7 million students and 175,000 staff. We know our part is to automate the back office so CCSD can focus on the business of educating children.

Aside from demonstrating success, commitment and functional fit, these school district implementations show that Lawson understands your K-12 business requirements. Lawson Professional Services provides a team of professionals who understand the pressing issues of school systems implementing new business systems. They understand the importance and complexity of financial reporting compliance, the complexity of the operational environment within a school system, and how schools buy everything from milk to school buses. Our team is sensitive to the culture of working in a school system. They respect the fact that school districts are dedicated to educating children and that CCSD needs to respect the needs of the people that matter most—teachers and administrators who work with children everyday. Lawson's knowledge pays off in multiple ways—from continuing enhancements to our software, to providing CCSD access to experienced personnel that are familiar with the best practices of school districts throughout the country when they implement business systems.

*Robert Smith*
*Software Administrator*
*Harford County Public*

## Lawson's Professional Services

Lawson is pleased to present Lawson Professional Services as the Prime Implementation Vendor. In this role, Lawson Professional Services will take responsibility for delivering on the requirements of the RFP, meeting the timelines for the project plan and guiding school staff in the execution of the project. Lawson's role will be to help CCSD realize its vision and for a new financial system. To accomplish this vision, Lawson will implement for CCSD a set of software technologies. These technologies are based on an advanced and scalable technical platform that will provide access and usability, automated workflows, robust reporting, and support

LE00429173
CONFIDENTIAL

**LAWSON**  Response to Cherry Creek School District RFP #08-09

To obtain all available discounts and to eliminate rework, it is essential to establish accurate, timely communications between purchasing and accounts payable. Invoice Matching meets this need with electronic messaging. This feature allows purchasing and accounts payable to share information and work together on invoices with discrepancies. As invoices are processed, either manually or electronically, the system automatically activates a message screen that identifies variances between the invoice and purchase order. An accounts payable clerk can enter comments and send the message to the appropriate buyer for resolution. The buyer receives a similar screen about the discrepancy. Once the problem is investigated and resolved online, the buyer creates a return message for the accounts payable clerk. This process eliminates phone tag and helps ensure the timely processing of invoices.

### Requisitions

Requisitions, part of the Lawson Procurement Process Suite, automates the ordering of supplies, services and equipment. In today's school districts, employees at all levels are assuming more responsibility for monitoring and replenishing supplies. Requisitions gives them the tools to review and request products in a user-friendly, flexible format.

### Custom Catalogs

Individual departments and users can establish custom catalogs that reflect their unique ordering patterns. Furthermore, you can establish catalogs for certain days of the week, by item classification, vendor or other criteria. Each catalog serves as an ordering template, listing typically ordered products along with quantities and account numbers. Completed templates are fed directly into purchasing for ordering non-stock or stockless items and into inventory control for stock items.

### Streamlined Process

Requisitions save time and effort in several key ways. Designed to ensure quick and easy requisition creation, the system is designed to automatically populate data fields on the requisition. These elements, such as user default accounting codes, project codes, address, approval hierarchy, all free the requester from time consuming operations, and require only pertinent fields to be populated.

One point of entry is provided for all requests. For example, routine and non-routine items are ordered using the same entry screen. This standardized format helps speed up and simplifies the requisition process. Approval routings may be specified based on a number of criteria, such as cost or item type. As a result, buyers can spend less time obtaining signatures and more time on strategic activities. At the same time, managers at all levels are kept in the loop.

### Application Integration

Requisitions is fully integrated with all other Lawson applications. Thanks to this integration, coupled with Lawson's Application Programming Interfaces, Requisitions processes any relevant information from other Lawson and non-Lawson applications. A key example of the seamless integration is highlighted by Lawson's encumbrance capabilities. Requisitions automatically check for budget availability at the time of creation, ensuring that funds are available. If so, a commitment (pre-encumber) is made against the budget. If funds are not available, the user is notified of the deficiency, and the requisition is stopped from further processing.

If the funds are available, the requisition automatically flows to the purchasing application, allowing a purchase order to be created, and the funds encumbered.

Features of Lawson's Requisitions:

- Easy, flexible entry
- Custom Catalogs and Templates - Details supplies used at any online location and enters accounting, source, and quantity information
- Paperless Process - Automatically routes requisitions to the appropriate staff, based on user-defined criteria

LE00429193
CONFIDENTIAL

**LAWSON**   Response to Cherry Creek School District RFP #08-09

| Reference Number | Functional Requirements | | | | |
|---|---|---|---|---|---|
| AR 81.00 | Ability for user to be prompted to select the appropriate dunning letter template based on passage of time. | R | R | Billing and Accounts Receivable with Lawson Business Intelligence | |

**Functional Category: Purchasing**

*Vendors: Please edit columns D, F, and G only.*

**F** = Fully Provided "Out-of-the-Box"
**TP** = Third Party Software Required
**CO** = Configuration (no changes to underlying source code)

**R** = Provided with Reporting Tool
**CU** = Custom Development to Underlying Code Required
**NA** = Not Available

If **TP** is used, please notate the required software package in the Comments column.
If a specific requirement will be available in a future version, specify the expected release date in the Comments column.

| Reference Number | Functional Requirements | Response | Answer Submitted | Module(s)/Sub-module(s) Required to Fulfill Requirements | Comments |
|---|---|---|---|---|---|
| | **GENERAL REQUIREMENTS** | | | | |
| PO 1.00 | Ability to create various user defined purchase order types ( i.e. purchase order, field order, requisition, request for payment, bond purchase order, blanket order, etc.) | F | F | Purchase Order | |
| PO 2.00 | Ability to have a purchase order type that does not require receipting (e.g. direct payment voucher) | F | F | Purchase Order | |
| PO 3.00 | Ability to provide on-line warning on order entry where budget accounts are over-encumbered at the point of requisition or PO. Option do this for specific accounts or globally | F | F | Purchase Order | |

LE00429345
CONFIDENTIAL

**LAWSON**                Response to Cherry Creek School District RFP #08-09

| | | | | | | |
|---|---|---|---|---|---|---|
| PO | 154.00 | Ability to maintain discrepancy file or receiving exception file. | F | F | Purchase Order | |
| PO | 155.00 | Ability to audit receiving data by logon ID, date, time, etc. | F | F | Purchase Order | |
| PO | 156.00 | Ability to require entry of certain data on goods at time of receipt into the fixed assets module, as indicated by the commodity code and dollar amount. | F | F | Purchase Order | |
| PO | 157.00 | Ability for end-user enter or attach notes/comments for A/P and Purchasing regarding orders (i.e. goods were damaged and had to be returned, wait for credit, etc.) | F | F | Purchase Order | |
| | | **REPORTING / QUERYING** | | | | |
| PO | 158.00 | Ability to perform online inquiry on any field in the purchasing module | F | F | Purchase Order | |
| PO | 159.00 | Ability to produce the following reports including but not limited to: | ■■■ | ■■■ | | |
| PO | 159.01 | Open Purchase Orders Report | F | F | Purchase Order | |
| PO | 159.02 | Open Requisitions | F | F | Purchase Order | |
| PO | 159.03 | Orders & Receipts Report | F | F | Purchase Order | |
| PO | 159.04 | Bid tab price proofing report | F | F | Purchase Order | |
| PO | 159.05 | Bid Tab | F | F | Purchase Order | |
| PO | 159.06 | Contract Scheduling report | R | R | Purchase Order | Using Lawson's Ad-Hoc Reporting tool |
| PO | 159.07 | Purchase order and change order generation | F | F | Purchase Order | |
| PO | 159.08 | Vendor performance report | F | F | Purchase Order | |
| PO | 159.09 | PO amendment log | F | F | Purchase Order | |
| PO | 159.10 | Orders by Vendor (ability to show item descriptions & dollar amounts) | F | F | Purchase Order | |
| PO | 159.11 | Orders by originator | F | F | Purchase Order | |
| PO | 159.12 | Orders by Ship-To Location | F | F | Purchase Order | |
| PO | 159.13 | Orders by Account Number | R | R | Purchase Order | Using Lawson's Ad-Hoc Reporting tool |
| PO | 159.14 | Items ordered from central warehouses (stock) by originator, ship to location, stock number, account number, dollar amount for a defined period of time. | F | F | Purchase Order | |
| PO | 160.00 | Ability to generate reports of all purchase orders over a user defined dollar amount. | R | R | Purchase Order | Using Lawson's Ad-Hoc Reporting tool |
| PO | 161.00 | Ability to generate various catalogs, including vendor catalogs, stock room catalogs, textbook catalogs, or food service catalogs, in print and on-line. | F | F | Purchase Order | |
| PO | 162.00 | Ability to generate vendor reports based upon user defined criteria. | R | R | Purchase Order | Using Lawson's Ad-Hoc Reporting tool |

LE00429358
CONFIDENTIAL