# PX-0149



*It's Time:*

*Response to Request for Information*
# Holland Hospital
Financial Suite

January 6, 2006

Frits Hoffman
**Lawson Software**
51 Elmwood Ave.
East Aurora, NY 14052
716-652-6262
frits.hoffman@lawson.com
www.lawson.com

Lawson Software Confidential – All information provided herein, and attached hereto, shall be considered as proprietary and confidential to Lawson Software, Inc. The receiver of such information shall exercise reasonable precautions to prevent access to other than authorized representatives of the receiver.

L0092739
CONFIDENTIAL

...

# Table of Contents

PROPOSAL POLICY ..................................................................................................................................II

SECTION 1 - GENERAL VENDOR INFORMATION ............................................................................. 1

SECTION 2 - APPLICATION FUNCTIONAL SPECIFICATIONS........................................................ 18

SECTION 3 - INTERFACE REQUIREMENTS....................................................................................... 32

SECTION 4 - NARRATIVE QUESTIONS ............................................................................................... 34

SECTION 5 - SYSTEM COSTS................................................................................................................ 51

SECTION 6 - SIGN OFF............................................................................................................................ 63

APPENDIX A - PRODUCT DESCRIPTIONS........................................................................................A-1

APPENDIX B - LAWSON HEALTHCARE MARKET PRESENCE .................................................... B-1

APPENDIX C - SIZING QUESTIONNAIRE......................................................................................... C-1

APPENDIX D - HEALTHCARE CUSTOMER CASE STUDIES..........................................................D-1



Lawson Software Proprietary and Confidential

L0092740
CONFIDENTIAL

Case 3:09-cv-00620-REP   Document 757-6   Filed 06/22/11   Page 4 of 6 PageID# 22247

Holland Hospital                                                January 6, 2006

# Proposal Policy

The information contained in this document is proprietary and confidential to Lawson Software, Inc. ("Lawson") and its affiliates. To the extent a nondisclosure agreement protecting Lawson's confidential information is in effect between Lawson and you, the information contained in this document shall be held confidentially in accordance with the terms of that agreement. If a nondisclosure agreement protecting Lawson's confidential information is not previously in effect between Lawson and you, by accepting this Response for Proposal ("RFP"), you agree to keep the information contained in this document in strict confidence and not to disclose it to any third-party without Lawson's prior written consent. Your internal disclosure of the information contained in this document shall be only to your employees, contractors or agents having a need-to-know such information in connection with the evaluation of Lawson's software or services. You are responsible for informing any authorized third party that they are bound by your responsibility to keep this information confidential and are fully responsible for any breach of confidentiality. If you do not agree to be bound by the foregoing terms, promptly return this document to Lawson without reading further.

No part of this document may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, for any purpose without the express written permission of Lawson. Notwithstanding the foregoing, a reasonable number of copies may be made for recipients' internal evaluation purposes only.

Lawson does not warrant that the material contained in this document is error-free and, therefore, is subject to change without notice. If you find any problems with this document, please report them immediately to Lawson in writing.

Where Lawson has described features or functionality that it anticipates will be included in future releases, Lawson is not making a contractual offer to provide the features or functionality. Any description of future features or functionality and any statements regarding anticipated timing of their availability are estimates only. Lawson does not make contractual commitments regarding timing or delivery of features or functionality that are not currently available. Lawson ascribes no value to such features or functionality, as it is not committing to deliver them.

Lawson has used reasonable efforts to accurately respond to your RFP in a timely manner. However, our interpretation of your stated requirements may differ from your intended definition of a particular requirement or process. Because of such differing interpretations, this Proposal response is not part of the contract that may result from your RFP. Lawson views this response solely as a tool to aid your decision to select a software vendor.

The information contained herein is subject to change without notice. Copyright © 2005 Lawson Software, Inc. All rights reserved.



ii

Lawson Software Proprietary and Confidential

L0092741
CONFIDENTIAL

Holland Hospital January 6, 2006

# Section 2 - Application Functional Specifications

The functional requirements section will identify the extent that the proposed system will support business processes at Holland Hospital. The functional requirements include the following applications:

- General Requirements
- Finance Requirements – General Ledger, Accounts Payable, Budgeting
- Materials Management Requirements – Inventory Control, Purchasing, Requisitioning
- Technical Requirements

## INSTRUCTIONS FOR APPLICATION FUNCTIONAL REQUIREMENT QUESTIONS

### Response Column

Each requirement listed requires one of the following responses in the response column:

- **A** = Available and currently installed
- **B** = Under development
- **C** = Customization (only if the source code requires changes, not if the change is file, table, or parameter driven)
- **D** = Not Available

### Rating Column

For each requirement listed, rate the applications performance on a scale from 0 to 7 with 0 indicating no performance to 7 indicating leading edge capabilities.

### Comments Column

Each vendor is encouraged to provide explanations or clarifications for any Functional Specification question. If a comment is required, place the comment in the column corresponding to the function to which the comment applies. Provide an attachment if additional comment space is required.

In addition, if a question is answered with a "B" response, please indicate the date this function is projected to be available for general production use.

Any field left blank will be assumed to be an availability code of "D = Not Available".



L0092759
CONFIDENTIAL

**Holland Hospital**                                                                                   January 6, 2006

| REQUIREMENT | RESPONSE | RATING | COMMENT |
|---|---|---|---|
| Response Key: A = Available/Installed, B = Under Development, C = Customization, D = Not Available | | | |
| **MATERIALS REQUIREMENTS** | | | |
| *Inventory Control* | | | |
| 1. Average cost option for inventory items | A | 7 | |
| 2. Handheld/PDA functionality for par carts, cycle counting, and physical inventory | A | 7 | |
| 3. Provide a drop down list of manufacture names for items | A | 7 | |
| 4. Automated method to transfer stock items between warehouse locations | A | 7 | |
| 5. Ability to have some warehouse items set to transfer and some set to purchase by purchase order | A | 7 | |
| 6. Ability to do a year end physical inventory | A | 7 | |
| 7. Ability to handle consignment items | A | 7 | |
| 8. Ability to track patient chargeable items | A | 7 | |
| 9. Ability to transfer items between bins | A | 7 | |
| 10. Ability to produce supply catalogs by item number, manufacturer, vendor, class, inventory location | A | 7 | |
| 11. Ability to generate user defined bin and shelf labels | A | 7 | |
| 12. Provides the following online inventory status by item; quantity on hand by location, quantity on order, quantity committed and average cost | A | 7 | |
| 13. Provides at least 13 months of item usage history on line | A | 7 | |
| 14. Provides for min and max stocking levels as well as lead times for each item | A | 7 | |
| 15. The system can support and convert UOM for unit of purchase and unit of issue | A | 7 | |
| 16. The system supports separate reporting of units of purchase and units of issue | A | 7 | |
| 17. Ability to do cycle counting | A | 7 | |



26

Lawson Software Proprietary and Confidential

L0092767
CONFIDENTIAL