# PX-0153

**PX-0153**

# LAWSON™



Home > Software > S3 Supply Chain Management > Solutions > Procurement

## Procurement

Lawson Procurement is designed to drive inefficiencies and hidden costs out of your purchasing activities. Through process automation, strengthened internal controls, and increased visibility to purchasing activities, this application supports your goal to consistently obtain the right products and services at the best possible price — and to bring consistent accuracy, reliability, and timeliness to order fulfillment.

As useful as Lawson Procurement is on its own, you have the opportunity to create a truly powerful end-to-end through integration with other Lawson application suites. For example, by integrating Procurement and its invoice matching component with Lawson Accounts Payable, you can automate the process of matching large volumes of invoices with purchase orders.

### Requisitions
Simplify the process of creating and routing purchase requests.

### Inventory Control
Assistance for maintaining inventories and balancing costs with reliable supply distribution and replenishment.

### Purchase Order
Help smooth the process of acquiring goods and services.

Learn more in detail by contacting us or call an office near you.

 Print This Page   Tip a Friend

Privacy | Terms of Use | Copyright | Contact Us | Sitemap

Communities |Contact Us |Subscribe |Country

- INDUSTRIES
  - Industries Overview
  - Asset Intensive
  - Distribution
    - Construction Sector
    - Industrial Distribution
    - Consumer Products
    - Food Distribution
    - Rental
  - Equipment Service Mgmt
    - Construction, Mining & Ag
    - Industrial Equip. & Machinery
    - Laboratory & Medical Industry
    - Oilfield Services Mgmt
    - Transportation
  - Fashion


Frank
EXHIBIT NO. __5__
DATE ___10/9/09___
REPTR ___LAB___
MERRILL LEGAL SOLUTIONS

- Financial Services
    - Banking
    - Insurance
- Food and Beverage
- Healthcare
- Manufacturing
- Public Sector
- Rental
- Retail
    - Drug Store
    - Restaurants
    - Specialty
    - Convenience Store
    - Mass Merchandise
- Service Providers
    - Equipment Service Management
    - Healthcare Providers
    - Professional Service Orgs
    - Telecommunications

- SOFTWARE
    - Software - Overview
    - Business Process Mgmt
    - Corporate Social Responsibility
    - Customer Sales and Service
    - Enterprise Asset Mgmt
    - Enterprise Financial Mgmt
    - Enterprise Performance Mgmt
    - Equipment Service Mgmt
    - Manufacturing Operations
    - Product Lifecycle Management
    - Services Management
    - Strategic HCM
        - Talent Management
        - Human Resource Management
        - Workforce Management
    - Supply Chain Management
    - System Foundation

- SERVICES
    - Managed Services
    - Professional Services
        - Implementation
        - Upgrade
        - Optimization
        - Support Services
    - Learning Services
    - Support Services

- LAWSON
    - About Lawson
        - Mission/Vision/Values
        - Corporate Summary
        - Added Value
        - Corporate Citizenship
        - Leadership
        - Partners
        - Newsletter Sign Up
        - Contact Us
    - News & Events
        - News Releases
        - Newsletters
        - Press Room
        - Events
        - Webinars

ePLUS0241024

- Media Contacts
- Newsletters sign up
- Call Us
- Investor Relations
  - Corporate Governance
  - Stock Information
  - Quarterly Results
  - Annual Reports
  - SEC Filings
  - Insider Transactions
  - Analyst Information
  - Presentations
  - Investor Events
  - Investor FAQs
  - Financial News
  - eMail Alerts
  - Request Investor Kit
  - Contact Information
- Industry Analyst Relations
- Meet Lars Lawson
- Lawson Blogs
- Customers
  - Overview
  - Find Customers
  - Videos
  - Featured Success Stories
- Lawson Worldwide

- CAREERS

- PARTNERS
  - Lawson Partner Network
    - Become a Partner
    - Partner Video Testimonials
    - Partner Success Stories
    - News Releases
  - Program Overview
  - Channel Partners
  - Service Partners
  - Product Partners
  - Find a Partner
  - Partner Community
  - Partner Community Login



ePLUS0241025