# PX-0154

**PX-0154**

# LAWSON



Home > Software > S3 Supply Chain Management > Solutions > Procurement

## Requisitions

Simplify the process of creating and routing purchase requests.

Lawson Procurement features a Requisitions module which simplifies the process of creating and routing purchase requests — even in high-volume environments — for both stock and non-stock locations. Requisitions is web browser-accessible, with strong built-in security safeguards, allowing your buyers to remain productive users of the system regardless of time zones or geographic locations. You can configure Requisitions to your organization's spending limits, approval processes, and other purchasing rules, thereby strengthening control and accountability.

Print This Page    Tip a Friend

IBM DEMAND BUSINESS
Accredited Business Partner

Privacy | Terms of Use | Copyright | Contact Us | Sitemap

Communities | Contact Us | Subscribe | Country

- INDUSTRIES
    - Industries Overview
    - Asset Intensive
    - Distribution
        - Construction Sector
        - Industrial Distribution
        - Consumer Products
        - Food Distribution
        - Rental
    - Equipment Service Mgmt
        - Construction, Mining & Ag
        - Industrial Equip. & Machinery
        - Laboratory & Medical Industry
        - Oilfield Services Mgmt
        - Transportation
    - Fashion
    - Financial Services



http://www.lawson.com/wcw.nsf/pub/scms_4E46C3    5/7/2009
ePLUS0241049

- Banking
- Insurance
- Food and Beverage
- Healthcare
- Manufacturing
- Public Sector
- Rental
- Retail
    - Drug Store
    - Restaurants
    - Specialty
    - Convenience Store
    - Mass Merchandise
- Service Providers
    - Equipment Service Management
    - Healthcare Providers
    - Professional Service Orgs
    - Telecommunications

- SOFTWARE
    - Software - Overview
    - Business Process Mgmt
    - Corporate Social Responsibility
    - Customer Sales and Service
    - Enterprise Asset Mgmt
    - Enterprise Financial Mgmt
    - Enterprise Performance Mgmt
    - Equipment Service Mgmt
    - Manufacturing Operations
    - Product Lifecycle Management
    - Services Management
    - Strategic HCM
        - Talent Management
        - Human Resource Management
        - Workforce Management
    - Supply Chain Management
    - System Foundation

- SERVICES
    - Managed Services
    - Professional Services
        - Implementation
        - Upgrade
        - Optimization
        - Support Services
    - Learning Services
    - Support Services

- LAWSON
    - About Lawson
        - Mission/Vision/Values
        - Corporate Summary
        - Added Value
        - Corporate Citizenship
        - Leadership
        - Partners
        - Newsletter Sign Up
        - Contact Us
    - News & Events
        - News Releases
        - Newsletters
        - Press Room
        - Events
        - Webinars
        - Media Contacts

- - - Newsletters sign up
      - Call Us
    - Investor Relations
      - Corporate Governance
      - Stock Information
      - Quarterly Results
      - Annual Reports
      - SEC Filings
      - Insider Transactions
      - Analyst Information
      - Presentations
      - Investor Events
      - Investor FAQs
      - Financial News
      - eMail Alerts
      - Request Investor Kit
      - Contact Information
    - Industry Analyst Relations
    - Meet Lars Lawson
    - Lawson Blogs
    - Customers
      - Overview
      - Find Customers
      - Videos
      - Featured Success Stories
    - Lawson Worldwide

- CAREERS

- PARTNERS
    - Lawson Partner Network
      - Become a Partner
      - Partner Video Testimonials
      - Partner Success Stories
      - News Releases
    - Program Overview
    - Channel Partners
    - Service Partners
    - Product Partners
    - Find a Partner
    - Partner Community
    - Partner Community Login

