# PX-0156

**PX-0156**

# LAWSON



Home > Software > S3 Supply Chain Management > Solutions > Procurement

## Purchase Order

Help smooth the process of acquiring goods and services.

Whether a purchase order is launched automatically via Lawson Requisitions or through your buyers, the Purchase Order module within Lawson Procurement can substantially help smooth the process of acquiring goods and services. You get a web browser-based, timesaving tool for effectively establishing pricing agreements and contracts with vendors, maintaining item information, creating and issuing purchase orders, receiving goods, and more.

Print This Page    Tip a Friend

IBM Demand Business
Accredited-Business Partner

Privacy | Terms of Use | Copyright | Contact Us | Sitemap

Communities | Contact Us | Subscribe | Country

- INDUSTRIES
    - Industries Overview
    - Asset Intensive
    - Distribution
        - Construction Sector
        - Industrial Distribution
        - Consumer Products
        - Food Distribution
        - Rental
    - Equipment Service Mgmt
        - Construction, Mining & Ag
        - Industrial Equip. & Machinery
        - Laboratory & Medical Industry
        - Oilfield Services Mgmt
        - Transportation
    - Fashion
    - Financial Services



Frank
EXHIBIT NO. 8
DATE 10/9/09
REPTR LAB
MERRILL LEGAL SOLUTIONS

http://www.lawson.com/wcw.nsf/pub/scms_B16717                              5/7/2009

ePLUS0241032

- Banking
- Insurance
- Food and Beverage
- Healthcare
- Manufacturing
- Public Sector
- Rental
- Retail
    - Drug Store
    - Restaurants
    - Specialty
    - Convenience Store
    - Mass Merchandise
- Service Providers
    - Equipment Service Management
    - Healthcare Providers
    - Professional Service Orgs
    - Telecommunications

- SOFTWARE
    - Software - Overview
    - Business Process Mgmt
    - Corporate Social Responsibility
    - Customer Sales and Service
    - Enterprise Asset Mgmt
    - Enterprise Financial Mgmt
    - Enterprise Performance Mgmt
    - Equipment Service Mgmt
    - Manufacturing Operations
    - Product Lifecycle Management
    - Services Management
    - Strategic HCM
        - Talent Management
        - Human Resource Management
        - Workforce Management
    - Supply Chain Management
    - System Foundation

- SERVICES
    - Managed Services
    - Professional Services
        - Implementation
        - Upgrade
        - Optimization
        - Support Services
    - Learning Services
    - Support Services

- LAWSON
    - About Lawson
        - Mission/Vision/Values
        - Corporate Summary
        - Added Value
        - Corporate Citizenship
        - Leadership
        - Partners
        - Newsletter Sign Up
        - Contact Us
    - News & Events
        - News Releases
        - Newsletters
        - Press Room
        - Events
        - Webinars
        - Media Contacts

ePLUS0241033

- - Newsletters sign up
    - Call Us
  - Investor Relations
    - Corporate Governance
    - Stock Information
    - Quarterly Results
    - Annual Reports
    - SEC Filings
    - Insider Transactions
    - Analyst Information
    - Presentations
    - Investor Events
    - Investor FAQs
    - Financial News
    - eMail Alerts
    - Request Investor Kit
    - Contact Information
  - Industry Analyst Relations
  - Meet Lars Lawson
  - Lawson Blogs
  - Customers
    - Overview
    - Find Customers
    - Videos
    - Featured Success Stories
  - Lawson Worldwide

- CAREERS

- PARTNERS
  - Lawson Partner Network
    - Become a Partner
    - Partner Video Testimonials
    - Partner Success Stories
    - News Releases
  - Program Overview
  - Channel Partners
  - Service Partners
  - Product Partners
  - Find a Partner
  - Partner Community
  - Partner Community Login

