# PX-0157

**PX-0157**

# LAWSON™



Home > Software > S3 Supply Chain Management > Solutions > Requisition Self Service

## Requisitions Self Service

Lawson lets you extend the advantages of Lawson Requisitions, a component of Lawson Procurement, beyond the purchasing department. With Lawson Requisitions Self-Service, internal customers can create their own requisitions online, while you automate the requisition approval process.

Lawson Requisitions Self-Service offers easy-to-use templates and other timesaving features, adapted from the world of e-commerce, to quickly make every internal customer a productive user of the system with minimal training. Once on board, users benefit from many advanced capabilities, such as the ability to automatically generate multiple purchase orders for stock, non-stock, and special-order items, as well as services, from a single requisition.




Want to learn more? Click here to watch an online demo presentation of Lawson Requisitions Self-Service.

Learn more in detail by contacting us or call an office near you.

Print This Page    Tip a Friend

Privacy | Terms of Use | Copyright | Contact Us | Sitemap

Communities |Contact Us |Subscribe |Country

- INDUSTRIES
  - Industries Overview
  - Asset Intensive
  - Distribution
    - Construction Sector
    - Industrial Distribution
    - Consumer Products
    - Food Distribution
    - Rental
  - Equipment Service Mgmt
    - Construction, Mining & Ag
    - Industrial Equip. & Machinery
    - Laboratory & Medical Industry
    - Oilfield Services Mgmt
    - Transportation
  - Fashion
  - Financial Services

Frank
EXHIBIT NO. 9
DATE 10/9/09
REPTR LAB
MERRILL LEGAL SOLUTIONS

http://www.lawson.com/wcw.nsf/pub//scms_4AB044

5/7/2009
ePLUS0241043

- - Banking
    - Insurance
  - Food and Beverage
  - Healthcare
  - Manufacturing
  - Public Sector
  - Rental
  - Retail
    - Drug Store
    - Restaurants
    - Specialty
    - Convenience Store
    - Mass Merchandise
  - Service Providers
    - Equipment Service Management
    - Healthcare Providers
    - Professional Service Orgs
    - Telecommunications

- SOFTWARE
  - Software - Overview
  - Business Process Mgmt
  - Corporate Social Responsibility
  - Customer Sales and Service
  - Enterprise Asset Mgmt
  - Enterprise Financial Mgmt
  - Enterprise Performance Mgmt
  - Equipment Service Mgmt
  - Manufacturing Operations
  - Product Lifecycle Management
  - Services Management
  - Strategic HCM
    - Talent Management
    - Human Resource Management
    - Workforce Management
  - Supply Chain Management
  - System Foundation

- SERVICES
  - Managed Services
  - Professional Services
    - Implementation
    - Upgrade
    - Optimization
    - Support Services
  - Learning Services
  - Support Services

- LAWSON
  - About Lawson
    - Mission/Vision/Values
    - Corporate Summary
    - Added Value
    - Corporate Citizenship
    - Leadership
    - Partners
    - Newsletter Sign Up
    - Contact Us
  - News & Events
    - News Releases
    - Newsletters
    - Press Room
    - Events
    - Webinars
    - Media Contacts

ePLUS0241044

- - Newsletters sign up
    - Call Us
  - Investor Relations
    - Corporate Governance
    - Stock Information
    - Quarterly Results
    - Annual Reports
    - SEC Filings
    - Insider Transactions
    - Analyst Information
    - Presentations
    - Investor Events
    - Investor FAQs
    - Financial News
    - eMail Alerts
    - Request Investor Kit
    - Contact Information
  - Industry Analyst Relations
  - Meet Lars Lawson
  - Lawson Blogs
  - Customers
    - Overview
    - Find Customers
    - Videos
    - Featured Success Stories
  - Lawson Worldwide

- CAREERS

- PARTNERS
  - Lawson Partner Network
    - Become a Partner
    - Partner Video Testimonials
    - Partner Success Stories
    - News Releases
  - Program Overview
  - Channel Partners
  - Service Partners
  - Product Partners
  - Find a Partner
  - Partner Community
  - Partner Community Login



ePLUS0241045