# PX-0170

**PX-0170**




*Response to Request for Proposal*

## CML Healthcare

### *CML – Supply Chain Information System – Request for Proposal – 2009*

*April 30, 2009*



Prepared by:

Steve Porter
Account Executive
**Lawson Software**
15 Allstate Parkway
Suite 501
Markham ON
L3R 5B4
Phone: 905-470-1811 x 2691
Fax: 905-470-1820
Cell: 416-617-1620
steve.porter@ca.lawson.com



L0068848
CONFIDENTIAL

Lawson Statement of Confidentiality

The information provided by Lawson that is contained in this document is proprietary and confidential to Lawson Software Americas, Inc. ("Lawson"), its subsidiaries and its third parties. Lawson, the Lawson logo and any product names referenced in this document may be trademarks of their respective owners.

Fees for software, support, services and related expenses provided in this document are estimates only and such estimates do not constitute an offer to sell. Lawson does not warrant that the material contained in this document is error-free and, therefore, is subject to change without notice.
No part of this document may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, for any purpose without the express written permission of Lawson. Notwithstanding the foregoing, a reasonable number of copies may be made for your internal evaluation purposes only.

If Lawson has described features or functionality that it anticipates will be included in future releases of the products, such descriptions of future features or functionality and estimates of their availability represent Lawson's good faith estimates. Lawson is not making a contractual offer to provide such features or functionality since Lawson does not make contractual commitments regarding timing or delivery of features or functionality that are not currently available. Lawson ascribes no value to such features or functionality, as it is not committing to delivering them.

Lawson has made commercially reasonable efforts to accurately respond to your request for information. However, Lawson's interpretation of your stated requirements may differ from your intended definition of a particular requirement or process. Because of the potential for differing interpretations, Lawson will not consider attaching or incorporating this document to any contract. This document should be used solely as a tool to aid your decision in selecting a vendor.

**Proposal created effective: April 30, 2009**

**Valid through: August 31, 2009**

L0068849
CONFIDENTIAL

LAWSON

Response to CML Healthcare
Supply Chain Information System Solution

April 30, 2009

Mr. Steven Matos
Director, Process Design and Control
60 Courneypark Drive West
Unit 1
Mississauga, Ontario
L5W 0B3

Re: Letter of Introduction

Dear Mr. Matos,

Thank you for the opportunity to respond to your Supply Chain Management Information System - Request for Proposal.

Lawson's mission is "To make our customers stronger". We believe in teamwork, accountability, and fair play. We also believe that simpler really is better and we strive to make our software and our processes simpler for you. Founded in 1975, Lawson provides industry specific Enterprise Resource Planning (ERP) application suites to the global marketplace. Healthcare is the market we have been most successful in and we are dominant in healthcare in North America, offering complete financial, human capital and supply chain management suites with many healthcare specific application modules. We also offer industry specific ERP suites to the manufacturing, distribution, maintenance and service sectors. Lawson has been a public company since 2002. We trade on the NASDAQ as LWSN. In our fiscal year ending May 2008, Lawson recorded revenue of $854M (U.S.) and is profitable. We have more than 4,000 employees and more than 4,000 customers in 30 countries.

With Lawson, CML HealthCare has the opportunity to have a single partner meet all your core ERP requirements. We are confident that you will find that Lawson will provide you with the quickest time to value. We look forward to future discussions on the benefits that will be derived in moving forward with Lawson. We have included documentation of where our customers harvest the benefits from Lawson applications as well as some "Realized Value Case Studies". Our customers tell us that they achieve the greatest portion of the benefits from implementing our ERP system when they automate the supply chain. Beyond cost reductions and establishing more efficient and effective processes, you will strategically align your processes with cost control targets, giving you the tools you need to achieve operational excellence.

Please contact me with any questions at 905-470-1811 x2691.

Sincerely,


Steve Porter, Account Executive
Lawson Software
15 Allstate Parkway, Suite 501
Markham, Ont.
L3R 5B4
steve.porter@ca.lawson.com

L0068850
CONFIDENTIAL

**LAWSON**  Response to CML Healthcare
Supply Chain Information System Solution

# Table of Contents

SECTION 1.0 – EXECUTIVE SUMMARY ................................................................. 1
  Requirements Summary – CML Healthcare .................................................. 1
  Lawson Solution Overview ............................................................................. 1
  Why Lawson? ................................................................................................. 3
SECTION 2.0 – LEGAL MATTERS ......................................................................... 4
SECTION 3.0 – CORPORATE REQUIREMENTS .................................................. 6
SECTION 4.0 – SOFTWARE IMPLEMENTATION ................................................ 24
SECTION 5.0 – MASTER FILE MANAGEMENT ................................................... 32
SECTION 6.0 – SOURCING .................................................................................. 36
SECTION 7.0 – PURCHASING .............................................................................. 41
SECTION 8.0 – RECEIVING .................................................................................. 50
SECTION 9.0 – INVENTORY MANAGEMENT ..................................................... 52
SECTION 10.0 – ACCOUNTS PAYABLE .............................................................. 58
SECTION 11.0 – TECHNICAL AND SECURITY REQUIREMENTS ..................... 63
SECTION 12.0 – PRICING TEMPLATE ................................................................. 81
SECTION 13.0 – CONFIDENTIALITY AGREEMENT ............................................ 89
APPENDIX .............................................................................................................. 90
  APPENDIX A – Organizational Chart .............................................................. 90
  APPENDIX B – Lawson Implementation Learning .......................................... 90
  APPENDIX C – Support Operations Handbook .............................................. 90
  APPENDIX D – Go Lives ................................................................................. 90
  APPENDIX E – Lawson Master Terms and Conditions .................................. 90
  APPENDIX F – Standard Reports List ............................................................ 90
  APPENDIX G – Sample Resumes ................................................................... 90
  APPENDIX H – Lawson Conversion Programs .............................................. 91
  APPENDIX I – Professional Services Summary ............................................. 91
  APPENDIX J – Project Plan ............................................................................ 91
  APPENDIX K – Hardware Comparison Guide ................................................ 91
  APPENDIX L – Product Descriptions .............................................................. 91
  APPENDIX M – Life Cycle Policy .................................................................... 91
  APPENDIX N – Supported Platforms .............................................................. 91
  APPENDIX O – Procurement .......................................................................... 91
  APPENDIX P – Lawson Learing Accelerator .................................................. 92
  APPENDIX Q – Brochures ............................................................................... 92
  APPENDIX R – Benefits .................................................................................. 92

L0068851
CONFIDENTIAL

LAWSON

Response to CML Healthcare
Supply Chain Information System Solution

## SECTION 5.0 – MASTER FILE MANAGEMENT

| Master File Management | | | | | | |
|---|---|---|---|---|---|---|
| Requirement No. | Description | A | B | C | D | Explanation (for B, C, D responses) (Please attach details if required) |
| | **Item Master File** | | | | | |
| 1 | Does your system have a single item master in a single database that can be used for all locations while still supporting location specific information? | X | | | | |
| 2 | Does the proposed system support multiple inventory locations? | X | | | | |
| 3 | Does the proposed system support 3rd party warehousing? | X | | | | |
| 4 | Does the proposed system support ABC inventory ranking in order to determine priority of items? | X | | | | |
| 5 | Does the system provide for multiple perpetual inventories for the same item within a location? (e.g.. Approved, Quarantined?) | X | | | | Via Bins |
| 6 | Does the system track changes made to the item master, old/new value, who made the change and the date? | X | | | | |
| 7 | Does the system support the ability to limit maintenance of the item master to a specifically defined "position"? | X | | | | |
| 8 | Does the system have the ability to restrict items to a single manufacturer item (i.e., you can have different suppliers sharing an item number but not different manufacturer's products in the same item number)? | X | | | | |
| 9 | Ability to capture the status of items (e.g., PO, contract, shipment, etc...) by state/province (i.e., active, inactive, deleted, received)? | X | | | | |

L0068883
CONFIDENTIAL

LAWSON

Response to CML Healthcare
Supply Chain Information System Solution

| Master File Management | | | | | | |
|---|---|---|---|---|---|---|
| Requirement No. | Description | A | B | C | D | Explanation (for B, C, D responses) (Please attach details if required) |
| 10 | Does the system have the ability to indicate product characteristics (e.g., latex, hazardous, radioactive, narcotics etc.)? | X | | | | |
| 11 | Does the system have the ability to apply hazardous materials designations and disposal codes? | X | | | | |
| 12 | Does the system have the ability for expanded item search by; vendor catalogue #, partial description, manufacturer code, classification code, vendor name, manufacturer name? | X | | | | |
| 13 | Does the system perform automatic and/or manual item number assignment? | X | | | | Or only |
| 14 | Does the system have the ability to track multiple price breaks per item (e.g., based upon volume per facility)? | X | | | | Either via Vendor Agreements or Contract Management – it depends on the criteria |
| 15 | Does the system provide the ability to update item pricing when price is updated by vendor? | X | | | | |
| 16 | Does your system have the ability to mark up supply costs to departments? | X | | | | |
| 17 | Does your system allow for price updates based on a percentage increase of a range of items? | X | | | | |
| 18 | Does the system provide for the ability to prebuild pricing changes and push facility specific price updates at a predefined date? | X | | | | |
| 19 | Does the system have the ability to assign a buyer as responsible for certain departments or certain vendors, divisions, regions, territories etc.? | X | | | | |
| 20 | Does the system support multiple purchase units of measure per item? | X | | | | |

L0068884
CONFIDENTIAL