# PX-0191



**PX-0191**

## Services Order Form

This Services Order Form ("SOF") shall be attached to the (select one):

( X )   Procurement Punchout Partner Agreement (the "Partner Agreement")

entered into between Lawson Software Americas, Inc. ("Lawson") and the undersigned Partner (together, the "Agreement"). Capitalized terms not otherwise defined in this SOF have the same respective meaning as contained in the applicable Partner Agreement to which this SOF is attached. This SOF is effective as of the date signed by Lawson ("Effective Date"). In the event of a conflict between the Partner Agreement and this SOF, the terms of the Partner Agreement shall govern.

### 1. Partner Information

| | |
|---|---|
| Request Date: | 01/30/2009 |
| Partner Name: | PartsSource, Inc. |
| Partner ID Number: | |
| Partner Contact: | Steve Muniak, Director Business Integration and Software Development |
| Partner Address: | 777 Lena Drive, Aurora, Ohio 44202 |
| Partner Contact Phone: | 330-954-1464 |
| E-mail Address: | smuniak@partssource.com |
| Work Order Request: | Punchout Setup, including cXML Purchase Order |
| Services Deliverable(s): | Please see below |
| Assumptions: | This bid is a fixed bid for the defined scope of work. |



EXHIBIT
Lohkamp 10
10-20-09 JZ

LE00503589
CONFIDENTIAL

Services Order Form

### 3. Deliverables.

The following is a description of the Services and related Deliverables to be provided under this SOF.

| Services Activities described below are provided on a Fixed Fee basis. | | | | | |
|---|---|---|---|---|---|
| Anticipated Start Date | Projected End Date | Activity to be provided to Partner | Anticipated Consultant | Services (per SOF or SA) | Estimated Hours |
| TBD | TBD | Senior Technical Consultant<br><br>**Punchout Testing\***<br>Internal testing and testing with partner to validate cXML compliant Punchout messages and cXML Order Request (Purchase Order).<br><br>Upon sucessful completion of testing, Lawson will update its Procurement Punchout Trading Partner list. | Dwight Delancey | $2000 | Fixed Bid |
| | | | | | |
| | | | | Total Hours | |
| | | | | Total Investment | $2000 |

**\*Project Assumptions:**
1. No special setup of messages or documents are required. Lawson will be using standard Lawson (cXML) messages.
2. No special setup or development of cXML OrderRequest (purchase orders sent to vendor). Lawson will be using standard Lawson cXML OrderRequest messages.
3. If the project requires any code changes to Lawson applications, those changes will need to be evaluted and an additional Services Order Form may be required.

SIGNATURE PAGE TO FOLLOW

LE00503591
CONFIDENTIAL