# PX-0202

PX-0202

# LEARN IN REAL TIME
## Virtual Learning Labs
## April - September 2009

Virtual Learning Labs (vLabs) are a great way to learn in an interactive environment. It's just like being in the classroom, only easier. You can avoid the expense and hassle of travel, because when it's time for class, you simply open your Web browser and sign in.

PLEASE NOTE: These hands-on courses are not part of the Online Learning Suite. See individual listings for course fees.

Need help finding a class? If you have specialized learning needs or are looking for a course not included in these schedules, give us a call at 1-888-449-8931 or send an e-mail to lawsonlearning@lawson.com.

All times indicated are Central Time. This schedule is subject to change. Please confirm class date and time by visiting us online at http://mylawson.com.

Look for Special Promotion course sessions in red – enroll one student at the full price, and receive a second enrollment for 50% off.

Guaranteed to Run (GTR) classes are marked in green. Each month we choose a mix of courses from across the Virtual Learning Lab schedule and designate them as GTR special selections. While it is occasionally necessary for us to cancel training sessions due to low enrollment, GTR classes will definitely take place no matter how many registrations we receive. Plan your training schedule with confidence when choosing these sessions.



# LEARN IN REAL TME

(Virtual Learning Lab Schedule - vLabs)

APRIL - SEPTEMBER 2009

Course sessions in green are 'Guaranteed to Run' – risk free from cancellation.

Special Promotion course sessions are in red – one student at full price; second enrollment is 50% off.

## Lawson S3 Enterprise Financial Management

### General Ledger Set up and Maintenance, 8.1/9.0 (VGLSETMAIN) $1,360.00

This two-day course will educate participants in the setup and maintenance processes for the Lawson General Ledger application. The course includes planning and supporting the company structure, chart of accounts, and account types.

| | | | |
|---|---|---|---|
| Tues-Wed, April 21-22 | 9:00 a.m. - 5:00 p.m. | Tues-Wed, July 14-15 | 9:00 a.m. - 5:00 p.m. |

### General Ledger Processing and Inquiries, 8.1/9.0 (VGLPRINQ) $1,360.00

This two-day course will educate participants in the processing and information access methods for the Lawson General Ledger application. The course includes end user procedures for daily or periodic transactions.

| | | | |
|---|---|---|---|
| Thurs-Fri, April 23-24 | 9:00 a.m. - 5:00 p.m. | Wed-Thurs, August 26-27 | 9:00 a.m. - 5:00 p.m. |
| Thurs-Fri, July 16-17 | 9:00 a.m. - 5:00 p.m. | | |

### General Ledger Report Writer (VGLRPTW) $1,360.00

This two-day course will educate participants on ways to access, analyze, and distribute information from the General Ledger with the Lawson Report Writer application. The course includes end user procedures for designing, running, and distributing reports that can have utilization range from financial services departments to business units and beyond.

| | | | |
|---|---|---|---|
| Tues-Wed, May 19-20 | 9:00 a.m. - 5:00 p.m. | Mon-Tues July 27-28 | 9:00 a.m. - 5:00 p.m. |

### General Ledger Allocations (VGLALL) $680.00

This one-day course will educate participants in allocation processes used in allocations 8.1 and 9.0. The course shows allocations to multiple locations, account numbers, defining allocation spread codes, compute statements, percentage calculations, and periodic processing.

| | | | |
|---|---|---|---|
| Thursday, May 21 | 9:00 a.m. - 5:00 p.m. | Wednesday, July 29 | 9:00 a.m. - 5:00 p.m. |

### Accounts Payable Set Up and Maintenance (VAPSETM) $1,360.00

This two-day course will educate participants in the setup and maintenance processes for the Lawson Accounts Payable application. The course includes planning and supporting the accounts payable company and vendor payment structure, and provides the opportunity to practice cash management and payables setup.

| | |
|---|---|
| Tues-Wed, August 4-5 | 9:00 a.m. - 5:00 p.m. |

## Lawson S3 Enterprise Performance Management

### Accounts Payable Processing and Inquiries (VAPPROC) $1,360.00

This two-day course will educate participants in the processing and information access methods for the Accounts Payable application. The course includes end user procedures for daily or periodic transactions, and provides participants the opportunity to practice processing, adjusting, and querying on transactions.

Thurs-Fri, August 6-7 9:00 a.m. - 5:00 p.m.

### Introduction to Microsoft Addins Query Wizard (VLINTROQWIZ) $340.00

This is a three-hour introductory course for the Query Wizard feature of Lawson Add-ins for Microsoft® Office. With this user interface, Lawson is redefining how people will integrate their Lawson and Microsoft applications. The Query Wizard is an easily deployed and managed client application that sits within Microsoft Excel. It delivers an intuitive user interface that allows users to extract data and to create simple customized reports.

Thursday, April 30 9:00 a.m. - Noon
Thursday, May 21 9:00 a.m. - Noon
Thursday, July 16 9:00 a.m. - Noon

### Introduction to Microsoft Addins Upload Wizard (VLINTROUWIZ) $340.00

This is a three-hour introductory course for the Upload Wizard feature of Lawson Add-ins for Microsoft Office. The Upload Wizard is an easily deployed and managed client application that sits within Microsoft Excel. It delivers an intuitive user interface that allows users to send data from Microsoft Excel into the Lawson database while enforcing all of Lawson Security and business rules.

Friday, May 1 9:00 a.m. - Noon
Friday, May 22 9:00 a.m. - Noon
Friday, Jul 17 9:00 a.m. - Noon

### JavaScript Functions for Design Studio, 9.0 (VJAVADS) $900.00

This course explores the use of JavaScript programming as a way to extend the functionality of components that were created using the Lawson Design Studio. It does not teach JavaScript programming, but examines EXAMPLES of functions that are defined to perform a specific Lawson task.

Thursday, August 20 9:00 a.m. - 5:00 p.m.

### Using the Lawson Design Studio, 9.0 (VULDST) $1,800.00

This two-day course presents the Design Studio tool which is a browser-based drag-and-drop graphical development environment used to customize or enhance Lawson applications in a variety of ways. Participants will explore the Wizard Designer, the UI Designer (User Interface), and the Portal Page Designer.

Tues-Wed, August 18-19 9:00 a.m. - 5:00 p.m.

# Lawson S3 Human Capital Management

## HR Functional Reporting (VHRRPT) $1,360.00

This two-day course is designed to train Lawson users on the delivered reporting options for data stored in the Human Resources (HR) engine and to create reports with the HR Writer tool in the Human Resources (HR) application.

Tues-Wed, June 16-17 9:00 a.m. - 4:00 p.m.
Thurs-Fri, August 27-28 9:00 a.m. - 4:00 p.m.
Thurs-Fri, September 24-25 9:00 a.m. - 4:00 p.m.

## HR Structure (VHRSTR) $2,040.00

This two-day course provides comprehensive instruction on the basic setup components that dictate initial implementation planning. It focuses on creating employee records, related codes, supervisory structure, and employee groups. Its detailed coverage of pay, deduction, and garnishment structure makes it an important precursor to attending payroll processing training.

Tues-Thurs, August 11-13 9:00 a.m. - 4:00 p.m.

## Implement Employee & Manager Self Service (VIMPLEMSS) $1,360.00

This two-day course is designed to enable users to implement the HCM employee and manager self service application. The course provides a detailed instruction guide on the set-up of the benefits enrollment, web-time entry, and manager self service.

Tues-Wed, July 21-22 9:00 a.m. - 5:00 p.m.

## Personnel Administration (VPERSADM) $2,040.00

This three-day course will instruct users how to maximize the functionality of the Personnel Administration application and the delivered Lawson reporting. Students will learn how to create detailed employee/applicant tracking information, develop position and job budgeting, and to set up the employee training application.

Tues-Thurs, July 14-16 9:00 a.m. - 5:00 p.m.

## Benefits Administration (VBENEADM) $2,040.00

This three-day course is designed to train Lawson users on the functionality of the Benefits application including plan and automation setup information, and reporting capabilities for employee enrollments.

Mon-Wed, July 27-29 9:00 a.m. - 5:00 p.m.

## Implementing Employee Self Service Administration (VIMPLESSADM) $680.00

This one-day course provides learners with an in-depth understanding of all the components necessary to administer the Employee Self Service application.

Wednesday, April 15 9:00 a.m. - 5:00 p.m.
Thursday, July 23 9:00 a.m. - 5:00 p.m.

# Lawson S3 Supply Chain Management

## Inventory Control, 8.1/9.0x (VIC90) — $1,360.00

This two-day course provides instructions on the key setup components and processing functionality of the Inventory Control application. The key setup components deal with both company structural elements and with item-related setup. The key areas of processing include entering inventory control transactions (receipts, transfers, issues, etc.); replenishing inventory; and performing a physical inventory.

Tues-Wed, April 28-29 9:00 a.m. - 4:00 p.m. Mon-Tues, August 24-25 9:00 a.m. - 4:00 p.m.

## Match and Reconcile at an Invoice Level 8.1/9.0 (ADVMAINV8190) — $340.00

This one-day course identifies the effects, updates, and reconciliation options when matching at an Invoice Level (IM) Match. It includes how the receipt is updated and closed, accounts affected, how rule group types affect matching invoices at an invoice level, and reversing a match and posted invoices, as well as multiple reconciliation options.

Wednesday, September 9 1:00 - 4:00 p.m.

## Match and Reconcile at a Detail Level 8.1/9.0 (ADVMADET8190) — $340.00

This one-day course identifies the effects, updates, and reconciliation options when matching at a Detail Level (DM) Match. It includes resolving quantity discrepancies, unit of measure differences, no receipt line discrepancies, and effects of using Match Invoice Approval (MA61) to process invoices.

Monday, July 13 9:00 a.m. - 1:00 p.m.

## Match Tolerances, Match Types, Mixing Match Levels, Closing PO Line 8.1/9/0 (ADVMAPROC8190) — $340.00

This one-day course extends basic knowledge of Invoice Matching and explains the matching processes, reconciliation, and how a purchase order line closes. You will learn how match tolerances, match types, and mixing match levels can affect the matching process. Hands-on exercises and interactivity are included.

Wednesday, September 9 9:00 a.m. - Noon

## Monitor and Maintain the Match Process 8.1/9.0 (MNTMTCHPROC8190) — $340.00

This one-day course will help you identify reports, inquiries, and archival processes to assist you with monitoring and maintaining match processes. You will be able to determine critical files impacted by the match processes, define reports available for monitoring and maintaining match processes and reconciliation, and more.

Tuesday, July 14 1:00 - 4:00 p.m.

## Process Invoices with Services 8.1/9.0 (PRCINVSER8190) — $340.00

This one-day course is designed to extend basic knowledge of Invoice Matching when processing invoices that contain services. Participants will learn to identify how to enter service on an invoice, determine when and how a service message is generated, and identify how to close a purchase order line that contains a service.

Monday, July 13 2:00 - 4:00 p.m.

Lawson S3 Supply Chain Management – continued

### Understand Invoice Messaging 8.1/9.0 (INVMESSG8190) — $340.00

This one-day course identifies the available invoice messages and how specific actions to resolve the message can affect match processes. This course includes how PO Cost messages affects current and future receipts, how inventory costs are updated when there is no stock on hand, the effect of processing using charge backs versus credit memos, and ways to manage invoice messages.

Tuesday, July 14 — 9:00 a.m. - Noon

### Procurement Attributes 8.1 & 9.0 (VLPROCATTR8190) — $340.00

This one-day course identifies the available procurement attributes in application release 8.1 and 9.0. It includes hands-on exercises for creating and using a user-defined attribute, as well as a Lawson Procurement attribute.

Wednesday, June 3 — 1:00 - 3:00 p.m. | Tuesday, September 8 — 9:00 - 11:00 a.m.

### Requisition Self-Service 8.1/9.0 (VLRQSS8190) — $280.00

This one-day course introduces the major features of Requisition Self-Service, such as requisition approvals, receiving, and the "Shopping Experience," which includes searching the catalog for items, using shopping lists, ordering specials or services, and ordering by categories. This course provides hands-on exercises on the shopping experience and also discusses basic Requisition Self-Service setup options. Prior knowledge of requisitions is recommended.

Thursday, May 14 — 10:00 a.m. - Noon | Friday, September 11 — 1:00 - 3:00 p.m.

### Requisitions, 8.1/9.0 (VRQ90) — $680.00

This one-day course presents all phases of the Requisitions system, including requisition setup, creation, approval, processing, and management. Topics include: Requisition setup, Requisition entry - Requisition approval, Inventoried items processing, Buyer review and PO creation, Audit reporting, Reports and inquiries, and more.

Tuesday, May 5 — 9:00 a.m. - 4:00 p.m. | Wed, August 26 — 9:00 a.m. - 4:00 p.m.

### Smart Reconciliation for Invoice Matching 8.0.3/8.1/9.0 (VLSMRECMA8/90) — $280.00

This one-day course presents the key components required to reconcile invoices in the Smart Reconciliation product. This interactive course provides information, examples, and hands-on exercises for reconciling invoices in Smart Reconciliation. Basic knowledge of Invoice Matching is essential to succeed in this course.

Thursday, April 30 — Noon - 2:00 p.m. | Thursday, September 10 — 11:00 a.m. - 1:00 p.m.

## Lawson S3 System Foundation

### Introduction to LDAP Administration for Lawson - Microsoft ADAM (INTROLDAPMS) — $900.00

This one-day course covers Microsoft ADAM architecture and directory structure as it relates to Lawson Software. Browser and client tools that are used to administer and configure your LDAP ( Lightweight Directory Access Protocol) server will be used in hands-on exercises. Best practices for configuration and backup of your Lawson business data will be reviewed.

Thursday, May 7 — 9:00 a.m. - 4:00 p.m. | Thursday, August 13 — 9:00 a.m. - 4:00 p.m.

Lawson S3 System Foundation – continued

## Introduction to LDAP Administration for Lawson - IBM Tivoli Directory Server (INTROLDAPIBMTDS) $900.00

This one-day course will be taught as it relates to Lawson Software. Browser and client tools that are used to administer and configure your LDAP (Lightweight Directory Access Protocol) server will be used in hands-on exercises. Best practices for configuration and backup of your Lawson business data will be reviewed in this introductory course.

| | | | |
|---|---|---|---|
| Wednesday, May 27 | 9:00 a.m. - 4:00 p.m. | Friday, August 14 | 9:00 a.m. - 4:00 p.m. |

## Introduction to Lawson Security Administration 9.0 – The Basics (VLSEC90BASICS) $450.00

Lawson Security on Lawson System Foundation 9.0 is a highly effective system, but at first it can seem complex. In this course the user will gain the basic knowledge and hands-on experience they need to be successful when working with the Lawson 9.0 Security Solution. The session will introduce the desktop tools that facilitate the administration of Lawson Security on Lawson System Foundation 9.0: The Lawson Security Administrator and The Resource Manager Administrator. The user will become comfortable moving between the two administrators and gain a solid understanding of the functionality within each of the desktop tools.

| | | | |
|---|---|---|---|
| Monday, April 27 | 9:00 a.m. - Noon | Friday, August 28 | 9:00 a.m. - Noon |
| Monday, May 18 | 9:00 a.m. - Noon | Friday, September 11 | 9:00 a.m. - Noon |
| Tuesday, July 7 | 9:00 a.m. - Noon | | |

## Introduction to Lawson Security 9.0 – Beyond the Basics 9 (VLLAWSEC9BB) $1,800.00

This two-day course provides the hands-on experience you need to get started working with the roles- and rules-based Lawson Security 9.0 system. By the end of the class you will feel comfortable navigating between the two desktop clients: The Resource Manager and the Lawson Security Administrator which facilitate the build and maintenance of Lawson Security 9.0. You will create an application Security Profile, a Data Source Role and Security Class, and several basic access Roles and Security Classes. You will write grant and unconditional rules. You will also write conditional rules using the Expression Builder inside the Lawson Security Administrator.

| | |
|---|---|
| Thurs-Fri, May 7-8 | 9:00 a.m. - 4:00 p.m. |
| Wed-Thurs, August 26-27 | 9:00 a.m. - 4:00 p.m. |

## Lawson Security 9.0, Advanced Rule Writing for Human Capital Management (VLSEC90HCM) $450.00

Lawson Security on Lawson System Foundation 9.0 is a role-based, rule-based object-oriented security system. This course explores how to use this security system specific to the Lawson Human Resources Application suite. Data control is an important part of any security solution. This session will provide insight on how to control data in the HR system down to the field level. Topics include: Securing by process level, securing employee records, excluding individual, securing executive level pay-rate, securing drill around, and more.

| | | | |
|---|---|---|---|
| Tuesday, April 28 | 9:00 a.m. - Noon | Monday, July 13 | 9:00 a.m. - Noon |

## Lawson Security 9.0, Advanced Rule Writing for Enterprise Financial Management (VLSEC90EFM) $450.00

Lawson Security on Lawson System Foundation 9.0 is a role-based, rule-based object oriented security system. This course explores how to use this security system specific to the Lawson Enterprise Financial Management suite. Data control is an important part of any security solution. This session will provide insight on how to control data in the financial system down to the field level. Topics include: securing accounting units, securing activities, securing batch job programs, securing drill around, and more.

| | | | |
|---|---|---|---|
| Tuesday, May 19 | 9:00 a.m. - Noon | Tuesday, July 14 | 9:00 a.m. - Noon |

Lawson S3 System Foundation – continued

## Portal Administration 9.0 (VPADM90) $900.00

The Lawson Portal is a browser-based, point-and-click user interface used to navigate through Lawson applications and data. This session provides the hands-on access and instruction necessary to learn the important Portal features controlled by the Portal Administrator.

| | | | |
|---|---|---|---|
| Wednesday, May 6 (GTR) | 9:00 a.m. - 4:00 p.m. | Friday, June 5 | 9:00 a.m. - 4:00 p.m. |

## System Foundation 9.0 Administration: Websphere Application Server (WAS) (VLSF9WAS) $450.00

This course covers the specifics of Lawson administration of the Websphere application server on Lawson System Foundation 9.0 Technology. Topics include working with the Administrative Console and Deployment Manager, as well as deploying an Enterprise Archive (EAR) file and generating the Web Server plug-in. This course is intended for Technical Consultants and Lawson System Administrators.

| | | | |
|---|---|---|---|
| Wednesday, April 29 | 9:00 a.m. - Noon | Wednesday, July 15 | 9:00 a.m. - Noon |
| Wednesday, May 20 | 9:00 a.m. - Noon | | |

## Lawson System Foundation 9.0, Administration Differences, 8.0.3-9.0 (VLSF9ADMDIFF) $2,700.00

This three-day course provides Lawson administrators with knowledge about tasks associated with effective implementation and maintenance of Lawson System Foundation, 9.0. Includes time for hands-on practice in performing these tasks . This course is platform neutral and is appropriate for UNIX, Windows, and System i migration.

| | |
|---|---|
| Wed-Fri, July 8-10 | 9:00 a.m. - 4:00 p.m. |