# PX-208

# PART 1 OF 5

**LAWSON**

PX-0208



# Lawson Support Operations Handbook

**Version 2.17**

**Release Date: August 2008**

EXHIBIT

13

3/4/10   cw

PENGAD 800-631-6989

Lawson reserves the right to change this document, at any time, without obligation to notify anyone of those changes. All brand or product names mentioned herein are trademarks or registered trademarks of Lawson Software, Inc., or the respective trademark owners. Lawson customers or authorized Lawson business partners may copy or transmit this document for their internal use only. Any other use or transmission requires advance written approval of Lawson. Copyright © 2007 Lawson Software, Inc. All rights reserved.

LE00638034
CONFIDENTIAL

# LAWS�N



## Lawson Product Life Cycle Maintenance Policy

- The Lawson Product Life Cycle Maintenance Policy outlines product support schedules and fees, and provides information designed to help customers maintain their systems and plan for upgrades.

- The policy and supporting schedules, along with frequently asked questions, are published on support.lawson.com, MyLawson.com, and on TellUs.



LE00638035
CONFIDENTIAL

LE00638036
CONFIDENTIAL

# LAWS◈N

## Contents (1 of 5)

About This Document

About Lawson Support & Delivery

Lawson Total Care – Our Support Offering

Overview of the Lawson Support Process

- Support Process – Principles
- Support Process – Overview
- Support Process – Step by Step
- Support Process – Remarks
- Support Tiers
- Lawson M3 Product Support Centers – Structure
- Lawson S3 Product Support Centers – Structure





**LAWS💠N**



# Contents  (2 of 5)

Lawson Support Infrastructure

–  Lawson Support Infrastructure – General

   Lawson Knowledge Base

   Connectivity Requirements

–  Lawson Support Infrastructure – Lawson M3

   Setting Up Support Site Accounts

   Active User Support Policy

   TellUs Overview

–  Lawson Support Infrastructure – Lawson S3

   Setting Up Support Site Accounts

   Active User Support Policy

   support.lawson.com Overview

LE00638037
CONFIDENTIAL

LAWSON

# Contents (3 of 5)

Lawson Support Infrastructure – S3 (continued)

- Lawson Interactive Support
- Case Management Tool
- Problem Management Tool
- eMail Notification

Handling a Support Case

- Contacting Lawson Support
  - Contacting Lawson Support
  - Logging an Electronic Case
  - Logging a Case via Telephone
  - Lawson Support Hours of Operation
- Defining a Case
- Case Priority Definition
- Duplicating a Case

# LAWS◈N



## Contents  (4 of 5)

Handling a Support Case (continued)

– Response Guidelines
- Response Guidelines Lawson 10.x
- Response Guidelines Lawson S3
- Priority Guidelines

– Feedback Guidelines
- Status Updates
- Information Requests

– Monitoring Case Progress
- Monitoring Case Progress Lawson 10.x
- Monitoring Case Progress Lawson S3

– Escalation Guidelines

– When Is a Case Closed?

LE00638039
CONFIDENTIAL



# LAWS◈N

## Contents  (5 of 5)

Additional Lawson Support Features and Options

- 24 x 7 Emergency Support
- Limited Non-Warranty Support
- Health Check
- Pacer Support
- Billable Support During Normal Business Hours

Lawson Support Terms and Conditions

- Lawson Responsibilities
- Customer Responsibilities

Appendices

1. Vocabulary
2. Support Contact Directory

LE00638040
CONFIDENTIAL



**LAWS♦N**

# About This Document

LE00638041
CONFIDENTIAL

# LAWS🌐N



## About This Document

This document, including listed attachments in appendix 3, outlines the scope and processes of Lawson Support. It is the standard guideline for handling support cases.

This document reflects the changes introduced by the reorganization of the Support operation into Regional Support and Product Support. As we collect experience with the new process, feedback on this handbook is encouraged and should be directed to the document owner via support-process@lawson.com.

Some sections in this document require a certain Support Level in the maintenance agreement, please refer to Lawson Total Care – Our Support Offering for details. Such benefits are highlighted in the upper right corner of the page with star icons ☆ ☆ ☆ , which indicate required Support Level.

References specific to Lawson M3 or Lawson S3 products are identified with globe icons 🌐 in the upper right corner of the page.

The language in this document will prevail over any conflicting language in the appendix.

This Support Operations Handbook supersedes and replaces all previous support process documents, e.g., the Lawson Global Support Manual and prior versions of this handbook.



LE00638042
CONFIDENTIAL





# About Lawson Support & Delivery

LE00638043
CONFIDENTIAL

# LAWSON

## Lawson Lines of Business

Organizational focus

| Sales | Professional Services | Support & Delivery | Research & Development |

Licenses

Services

Maintenance



LE00638044
CONFIDENTIAL

# LAWS●N

## Customer-centric Quality Assurance



LE00638045
CONFIDENTIAL

# LAWS●N

## Lawson Support & Delivery Organization

**Maintenance Business Mgmt**

Rick Kantor



**Delivery**

Irene Orf



**Product Support**

Magnus Walldén



Nancy Anderson

**Regional Support**

Dan Sjodin



Marc Houx



Wong Boon Heng





Support Operations Handbook v 2.17     2008-08     Page 13

LE00638046
CONFIDENTIAL

# LAWSON

## Worldwide Support Locations



- ■ Regional Support Location
  — 11 centers

- ▦ Product Support Location
  — 9 centers

LE00638047
CONFIDENTIAL

# LAWS🌐N

## Lawson Product Life Cycle Maintenance Policy

The Lawson Product Life Cycle Maintenance Policy outlines product support schedules and fees, and provides information designed to help customers maintain their systems and plan for upgrades.

The policy and supporting schedules, along with frequently asked questions, are published on support.lawson.com, MyLawson.com, and on TellUs.



LE00638048
CONFIDENTIAL

# LAWS●N



## Lawson Total Care – Our Support Offering

LE00638049
CONFIDENTIAL



# LAWSON

## Support Levels

**Application Outsourcing** — Hosted solutions

**Application Management** — Administration of customer installation
Maintenance of customer modifications
Installation of corrections and fix packs

**Enhanced Support** — Non-Warranty support ("how-to questions")
24x7 Emergency Support, Priority Queuing
Online usage reports and statistics

**Base Maintenance** — Upgrades, updates, corrections
Self-Service tools, Lawson Knowledge Base
Access to support staff

Bronze   Silver   Gold   Platinum

Additional options available, like Health Check, Pager Support, or staffing for Customer-Internal Support Center

Support Operations Handbook v 2.17    2006-08    Page 17

LE00638050
CONFIDENTIAL



LAWSON

# Support Levels

**Application Outsourcing**

Hosted solutions

**Application Management**

Administration of customer installation
Maintenance of customer modifications
Installation of corrections and fix packs

**Enhanced Support**

Non-Warranty support ("how-to questions")
Priority Queuing
Online usage reports statistics

**Base Maintenance**

Upgrades, updates, corrections
Self-Service tools, Lawson Knowledge Base
24 x 7 Emergency Support for S3

Additional options available, like Health Check, Pager Support, or staffing for Customer-Internal Support Center

LE00638051
CONFIDENTIAL





## Lawson Total Care Bronze

**Key Components:**

Upgrades, updates, and new releases of licensed products

Statutory and regulatory updates and Fix Packs

Product defect corrections

24 x 7 access to Lawson Self-Service Support Infrastructure

**24 x 7 access to** Lawson Knowledge Base

Access to Lawson Support Staff

**Best fit for customers who have:**

A primary need to remain up-to-date on new software releases and corrections

An effective internal help desk that can handle "how-to" questions

Experienced internal IT professionals in charge of ongoing software maintenance, including DBA, System Administration, O/S Support, patch application and upgrades

Few software modifications or complex system interfaces

**Note**: Total Care Bronze, as described in this Support Operations Handbook, is the type of "Support" or "Maintenance" that is referred to in any previous agreement between Lawson and its customers.



LE00638052
CONFIDENTIAL

# LAWSON

## Lawson Total Care Silver



**Key Components:** All Lawson Total Care Bronze deliverables, plus:

Limited Non-Warranty Support for "how-to" questions

24 x 7 Emergency Support * for critical issues

Priority Queuing

Annual System Performance Assessment

Dedicated Customer Care Manager *(where applicable)*

Online status report and usage statistics

**Best fit for customers who:**

Desire a priority level of responsiveness from Lawson Support

Require help with "how-to" questions

\* 24 x 7 Emergency Support to U.S. Lawson customers using our services industry specific (Lawson S3) software applications is included as part of Lawson Total Care Bronze.



LE00638053
CONFIDENTIAL

# LAWS�N

## Lawson Total Care Gold



**Key Components:** Custom-tailored package of application management services, such as:

Installations of corrections and fix packs

Support for and maintenance of custom modifications

Upgrade planning and execution

Lawson performance tuning

Lawson product, database and security administration

Dedicated Lawson Support desk and on-site support options

**Best fit for customers who:**

Desire a high degree of technical assistance in managing their Lawson software

Plan to modify Lawson applications and/or have a need for significant interfaces

Make the strategic decision to outsource core application management functions

Have internal IT support constraints



LE00638054
CONFIDENTIAL

# LAWS◈N



## Lawson Total Care Platinum

**Key Components:** All Lawson Total Care Gold deliverables, plus Hosting Services:

Network services, and infrastructure services

Facilities, and physical servers

Data management service

Disaster recovery

OS management, and server administration

**Best fit for customers who:**

Add additional Lawson applications

Make the strategic decision to outsource core application management functions

Seek simplified support and maintenance – including full hosting and application management

Desire industry-leading, contractual service level agreement (SLA) commitments

Value accountability and answers from one source

Have hardware at end of the lifecycle and need to upgrade, or application upgrade requires additional hardware



LE00638055
CONFIDENTIAL

**LAWS🌐N**



# Overview of the Lawson Support Process

The following pages describe the Lawson Support model and processes for delivering support. These processes apply to all levels of our Lawson Total Care offering – Bronze, Silver, Gold, and Platinum

LE00638056
CONFIDENTIAL

# LAWS◈N

## Support Process – Principles

Lawson Support provides support for Lawson and embedded third-party products under Mainstream or Extended Maintenance as released by Delivery, for which the customer has a valid and fully paid maintenance agreement.

If Lawson software products are not functioning as designed, Lawson will verify, test and repair product defects.

Support for Lawson products is built around a Customer-Internal Support Center (Tier 1 support) for optimum user intimacy and business support.

Lawson Support empowers the Customer-Internal Support Center to optimally assist users with questions and product defects and provides the necessary infrastructure for logging, tracking, and solving issues.

Lawson Support provides Tier 2 and Tier 3 support for escalating and addressing product defects. It also provides access to product development for creating fixes.

Tier 2 support delivers highly responsive, broad troubleshooting and market expertise for regional customers, while Tier 3 support provides specialized product expertise for deep problem analysis.



LE00638057
CONFIDENTIAL

LE00638058
CONFIDENTIAL



# LAWSON

## Support Process – Step by Step



Lawson Supply

Customer Supply

End users first log their issue with internal helpdesk

Assigned super user qualifies and tries to resolve issue

If unable to resolve, log the case with Lawson Support

Regional Support with market knowledge and language skills qualifies and resolves case or forwards it to product specialist

End users first log their issue with internal helpdesk

Assigned super user qualifies and tries to resolve issue

If unable to resolve, log the case with dedicated Lawson Gold Support team

Optionally, with a Total Care Gold contract, Lawson can even staff the customer-internal support center – on-site or off-site

**Lawson Professional Services**

Gold Support team can engage other LPS staff as

**Regional Support**

**Gold**

Gold Support team dedicated to customer qualifies and resolves case or forwards it

**Solution Center**

Lawson provides a unified infrastructure for case logging and tracking as well as an exclusive Knowledge Base to ensure a seamless workflow

... to Product Support if related to standard product

... to Solution Center if ... to custom modification

**Product Support**

**Global Product Support Teams**

**Product Development**

If necessary, Product Support escalates case to Product Development for a correction

Lawson Supp ... structure

LE00638059
CONFIDENTIAL

# LAWS�N



## Support Process – Remarks

Third-party products

– Cases involving third-party products under maintenance will be forwarded to the third-party supplier for support or fixing by Regional Support (Tier 2)

– In this case, the third-party supplier takes the role of Product Support (Tier 3) and Product Development

Customer Supply

– If a customer does not have resources available to staff their Customer-Internal Support Center, the customer may subcontract their scope of supply to Lawson Professional Services or partners.

Non-Standard Lawson code

– If, during the troubleshooting process, the source of the issue is determined to be the result of non-standard Lawson code, the time spent on analysis of the issue may be considered billable.

Time references

– All references to "hours" and "days" are defined as "business hours" and "business days".



LE00638060
CONFIDENTIAL

# LAWS◈N



## Support Tiers (1 of 3)

Customer-Internal Support Center – Optimum user intimacy (Tier 1)

- Team managed by the customer
- IT, product knowledge and process flow experts
- Key functions: Operational advice, case definition, knowledge base search, contact point for Lawson Support, acceptance testing of delivered fixes, environment management including installation of fixes, data corrections, maintenance of test environment.

Lawson Regional Support – Market intimacy and broad skills (Tier 2)

- Broad product knowledge and troubleshooting skills, covering Lawson's entire product portfolio within the region
- Localization Support Center for local market and statutory requirements
- Key functions: Resolve majority of cases with focus on fast and reliable feedback to customer – quality assurance of incoming cases, "get the customer back in business", language translation, knowledge base search, route product problems to Tier 3 or Product Development.



LE00638061
CONFIDENTIAL

# LAWS🌐N



## Support Tiers  (2 of 3)

Lawson Product Support – Expert product knowledge (Tier 3)

– Deep product knowledge organized in Product Support Centers, covering cases globally within their expertise domain. The Product Support Centers are structured by product functionality (application areas), not by industry. Industry knowledge particular to specific markets could be accumulated in the respective Regional Support Centers.

– Key functions: Resolve cases requiring specialized product, application and system knowledge, route product problems to Product Development, liaison with Product Development domains, maintain Knowledge Base

Lawson Product Development

– Product Development provides code correction for products and releases (Lawson M3: IAS5.1 and onwards, Lawson S3: all supported releases).

– Lawson M3 RPG Maintenance provides code correction for Lawson M3 RPG products and releases, and on demand installation of Lawson M3 RPG fixes to the customer's test environment

– Key functions: Defect corrections, testing of defect corrections, and standard product enhancements



LE00638062
CONFIDENTIAL