# PX-208

# PART 2 OF 5

# LAWS🌐N



## Support Tiers (3 of 3)


GOLD
LEVEL

Lawson Total Care Gold Helpdesk

– Team jointly managed by the customer and Lawson Professional Services.

– IT, product knowledge and process flow experts, and troubleshooting skills, covering customer's in-scope solution of Lawson and embedded third party products, and may include modifications and interfaces.

– Key functions: Operational advice, definition and quality assurance of incoming cases, Knowledge Base search, contact point for Lawson Support and Solution Center, acceptance testing of delivered fixes, environment management including installation of fixes, data corrections, and maintenance of test environment.

Notes:

– Key functions, skill requirements, and responsibilities of Total Care Gold Helpdesk are customized based on customer needs in line with all other key components of Lawson Total Care Gold. Please also refer to the Total Care Gold description.

– If a Total Care Gold Helpdesk is established, then this helpdesk owns all Tier 1 and Tier 2 responsibilities and tasks, replacing the Customer-Internal Support Center and Regional Support for purposes of this document.



LE00638063
CONFIDENTIAL

# LAWS⬤N

## Lawson M3 Product Support Centers – Structure



CSA – Customer Sales

– Functional Areas: Sales Management, Sales and Marketing Automation

FIN – Finance

– Functional Areas: Financial Controlling, Financial Management

MSR – Maintenance, Service & Rental

– Functional Areas: Maintenance Management, Service Management, Rental Management, Project Management

SCM – Supply Chain Management & Manufacturing

– Functional Areas: Supply Chain Execution, Supply Chain Planning, Resource and Material Planning, Product Data Management, Manufacturing, Procurement

TEC – Technology

– Functional Areas: Platforms, Foundation, Tools, Integration, User Interface



LE00638064
CONFIDENTIAL

# LAWS◉N



## Lawson S3 Product Support Centers – Structure

### FIN – Finance

- Functional Areas:  General Ledger, Accounts Payable, Accounts Receivable, Budgeting and Planning, Service Automation, Asset Management, Activity Management, Billing and Revenue

### HR – Human Resources

- Functional Areas:  Payroll, Human Resources, Benefits, Absence Management, e-Recruiting, Employee and Manager Self-Service, Performance Management, Time Management

### PD – Procurement & Distribution

- Functional Areas:  Requisitions, Purchasing, Warehouse, Inventory, Mobile Supply Chain Management, Order Entry, Billing, Sourcing, Contract Management, Requisition Self-Service, EDI, Retail

### TEC – Technology

- Functional Areas:  Platforms, System Foundation, Web servers, Tools, Integration, User Interface, Upgrades



LE00638065
CONFIDENTIAL

LE00638066
CONFIDENTIAL

# Lawson Support Infrastructure

Support Operations Handbook v 2.17     2008-08     Page 33





# LAWS�464N

## Lawson Support Infrastructure – General



LE00638067
CONFIDENTIAL

# LAWS🌐N



## Lawson Knowledge Base

The Lawson Knowledge Base offers customers a single point of access to a comprehensive collection of Lawson product-specific knowledge

A wide variety of documents – all authored by Lawson Professionals – can be searched simultaneously.

The Knowledge Base is frequently updated and has been expanded to provide you with the latest information about Lawson products and related processes.

Documents on the Knowledge Base include:

- background concepts
- documentation topics
- procedures
- "how-to" guidelines
- year-end manuals
- release notes

- file layouts
- program changes
- database changes
- Support's frequently asked questions
- error messages
- discussion threads (Lawson S3 only)

### *Lawson Knowledge Base – Thousands of Documents at Your Fingertips*



LE00638068
CONFIDENTIAL

# LAWS●N

## Lawson Knowledge Base Search

The first step to resolving an issue or answer a question is to search the Knowledge Base

For Lawson M3 Knowledge Base searches, access the TellUs site via www.lawson.com/m3/lessupport

For S3 Knowledge Base searches, access the support site at support.lawson.com





Support Operations Handbook v2.17    2008-03    Page 36

LE00638069
CONFIDENTIAL



# Connectivity Requirements

### Connection Policy

- Customer must have Internet browser access to web and email addresses for all case reporters, and the ability to connect to support.lawson.com and lawson.com or inetsupport to review and download fixes, fix packs, and documentation.

- Customer must set up and maintain remote access connection as specified by Lawson. Currently Integrated Support Network (ISN) via VPN or ISDN is the prescribed customer connection method. (Lawson M3 only)

- Lawson may require system administrator or Lawson administrator capabilities to perform command line functions when connected to Lawson customers.

### Remote Access

- WebEx Online Support Center is used as real-time remote access and collaboration tools for application sharing and problem diagnosis. If WebEx access is not authorized, additional charges may apply.

**Note**: Lawson Support can only gain remote access with customer's authorization and with proper remote communications in place.



LE00638070
CONFIDENTIAL

LE00638071
CONFIDENTIAL



# LAWS♦N

## Lawson Support Infrastructure – M3

Note: Please also refer to the *TellUs User's Guide* for further details



# LAWSN



## Setting up Support Site Accounts

New customers are contacted by a Support & Delivery Regional Center to obtain and confirm necessary start-up information such as:

– Name of customer's Lawson security administrator (key contact) and other persons designated to contact Lawson Support

– Phone numbers of contacts

– E-mail addresses of contacts

The Lawson security administrator is responsible for contacting their Regional Support Center to report changes in contact information.

Other areas of information covered during the start-up meeting are:

– Information about using Lawson Knowledge Base, Case Management, and Case Reporting Tools

– Basic Support Chart, confirm connectivity

**Note**: There is always at least one Support Site Account per installed product version.



LE00638072
CONFIDENTIAL

# LAWSN



## Active User Support Policy

Lawson is available to work with the customer's designated and trained users.

The customer may limit access to specific Web site functionality by using individual user settings. Access can be limited by allowing only Viewing and not allowing Reporting or Editing of cases in the Case Management Tool.

Third-party consultants working on behalf of the customer also need to have an active user account. The Lawson security administrator is responsible for ensuring these users are set up by contacting the Regional Support Center.



LE00638073
CONFIDENTIAL

Case 3:09-cv-00620-REP   Document 757-16   Filed 06/22/11   Page 13 of 31 PageID# 22330

LE00638074
CONFIDENTIAL



# LAWSON

# TellUs Overview (1 of 2)

Lawson Knowledge Base to search for corrections and solutions

Case reporting

Case management

User setup and security





# LAWS⊛N

## TellUs Overview (2 of 2)



TellUs is the one-stop location for managing interactions with support for Lawson M3 products.

It includes case management, knowledge base search for corrections and solutions, Lawson product documentation, and Java code, as well as assisting the customer in the management of development requirements, error corrections, and requests for enhancement to the Lawson M3 product line.

To find more details how to locate this in TellUs:

– Go to www.lawson.com onlinesupport



LE00638075
CONFIDENTIAL

# LAWS🌐N

## Lawson Support Infrastructure – S3



LE00638076
CONFIDENTIAL

# LAWS�N

## Setting up Support Site Accounts

As a Lawson customer, at least one individual within your organization must be identified as your Lawson Web site security administrator. The role of the Lawson Web site security administrator is to set up profiles for all trained users who are authorized to work with Lawson Support on behalf of your organization.

If your organization has not already done so, an executive within your organization will need to complete and mail or fax the "Security Administrator Authorization" form to Lawson.

You can download this form by clicking on this link: Security Administrator Authorization Form

The same form can be used if/when your organization needs to reassign the role of security administrator.



LE00638077
CONFIDENTIAL

# LAWS🌐N

## Active User Support Policy

Lawson Support is available to work with your organization's designated trained Lawson resources. To protect your organization's information, Lawson Support requires that all designated resources be identified and set up as active contacts by your Security Administrator prior to contacting Lawson Support or accessing our support Web site.

Your organization may limit access to specific Web site information by using role-based security. Security roles are assigned to each user's profile by your Security Administrator. Refer to the help text by clicking on the "My Profile" upper toolbar option at support.lawson.com for assistance in setting up user profiles.

Lawson consultants or Lawson-certified third-party consultants working on behalf of your organization also need to have an active user profile set up at support.lawson.com. The Security Administrator is solely responsible for maintaining each active user's profile, thus avoiding unauthorized access to your organization's confidential information.



LE00638078
CONFIDENTIAL

LE00638079
CONFIDENTIAL

# LAWS�N

## support.lawson.com Overview

Lawson Knowledge Base to search for corrections and solutions

Case reporting

Case management

User setup and security

Product downloads

Lawson Community





# LAWS✵N



## Lawson Interactive Support

Lawson Interactive Support (LIS) is a web-based hybrid between chat and e-mail, accessible from any online computer. LIS combines the immediacy of verbal contact with the complete and accurate information-gathering process of written communication.

LIS is the recommended method of communicating with Lawson Support for S3 product support cases during normal Lawson Support Hours of Operation.

LIS connects the customer with a Lawson Support Engineer, who strives to resolve the support issue quickly and decisively.

— The Reporter begins an LIS session by logging onto support.lawson.com and answering a series of questions. The login information and responses to the questions ensure that an appropriate Lawson Support Engineer will be connected. Screen shots and relevant documents for review can also be attached.

— As a result, by the time the Reporter gets an initial response message, the Lawson Support Engineer already has a basic understanding of the case. In addition, Lawson Support has access to the customer's support history and is able to track search activities in the Lawson Knowledge Base.

Lawson Interactive Support requires little or no training for users who are proficient with e-mail or instant messaging. For help with Lawson Interactive Support, view the LIS Frequently Asked Questions.



LE00638080
CONFIDENTIAL

# LAWS☼N



## Case Management Tool

Customers can view all their cases that have been submitted to Lawson Support either electronically via Lawson Interactive Support (LIS) or via telephone. This feature allows them to manage their support cases in one location.

To access the information online;

- Customers should go to the "Customer Support" section at support.lawson.com
- They can click on "Electronic Support" and then the "Case Management" link. There is also an option for exporting case information to a spreadsheet.
- They should select the view that best fits their need, e.g., view only their individual cases, their organization's open cases, all closed cases, or a complete list of all their cases

When viewing case notes on active cases, they also have the ability to add new information for cases that have been submitted via phone (not to exceed 75 characters) which will trigger the delivery of a message to the Support Engineer.

If the customer has an open electronic support case in LIS that they own, they can use this case management feature to re-engage that support session with the Lawson Support Engineer.



LE00638081
CONFIDENTIAL

# LAWS🌐N

## Problem Management Tool

Lawson S3 product problems are tracked in a Problem Management Tool by a "Problem ID" number, also known as "Problem Tracking" or "PT" number. Each problem can be referenced by the PT number with which it was originally reported to Lawson Support.

To view product problems that your organization has reported to Lawson:

- Go to the "Customer Support" section at support.lawson.com

- click on "Electronic Support" and then the "Problem Management" link.



LE00638082
CONFIDENTIAL

# LAWS☀N

## e-Mail Notification (1 of 2)

Lawson provides a subscriber-based e-mail notification process which allows you to receive proactive communications from Lawson. This is the only communication method utilized by Lawson to provide customers with information concerning critical patch or fix notifications.

You may subscribe to multiple e-mail notification lists. You will receive critical notifications, patch updates, etc., related only to the products and platforms you select.

**Subscribing**: Subscribe to your desired e-mail notification options via the subscription options located within "My Profile" at support.lawson.com.

**Standard support notifications**: e-Mail notification of critical product repairs (e.g., patches and fixes) corresponding to the products you select on the subscription form.

**Emergency support notifications**: e-Mail notifications of critical product repairs that fall outside the standard e-mail notification support process. These are generated on an as-needed basis.



LE00638083
CONFIDENTIAL

# LAWS●N

## e-Mail Notification (2 of 2)

**Industry-based notifications**: e-Newsletters highlighting specific industry concerns such as trends and technology issues. In addition, these e-newsletters will highlight how Lawson clients have leveraged technology to solve technology issues. You will be updated on Lawson events, new product information, and news items.

**Opting out (how to discontinue e-mail notifications)**: Only you and your Security Administrator have the authority to subscribe or unsubscribe to these subscriptions lists. At any time, you may unsubscribe completely to a subscription list by un-selecting any or all of the lists from the selection box.



LE00638084
CONFIDENTIAL





# Handling a Support Case

LE00638085
CONFIDENTIAL

# LAWS🌐N



## Contacting Lawson Support



LE00638086
CONFIDENTIAL

# LAWSN

## Contacting Lawson Support

When reporting a support case to Lawson Support, customers should ensure that they;

- Understand the scope of support
- Are a registered active user and have a valid customer ID
- Have a contact name, telephone number, and e-mail address
- Know the product or application area for which they are requesting help
- Know the operating system, database, and Lawson software release level
- Have investigated and have knowledge of the case being reported. Please refer to Defining a Case.
- Have searched the Lawson Knowledge Base.
- Have attempted to duplicate the case and have documentation and data (if applicable) ready with exact steps to reproduce. Please refer to Duplicating a Case.
- Can ensure that access to their system is available to Lawson Support (in case company policy requires all access to be shut off when not in use). Please also refer to Connectivity Requirements.

Logging an Electronic Case

Logging a Case Via Telephone

Lawson Support Hours of Operation



LE00638087
CONFIDENTIAL





## Logging an Electronic Case

Logging an electronic case for Lawson M3 products

- Please go to web site lawson.com onlinesupport
- Sign-on with assigned user ID
- Select the "Reporting" tab and follow instructions

Logging an electronic case for Lawson S3 products

- Please go to web site support.lawson.com
- Sign-on with assigned user ID
- Select the "LIS" tab at the top of the screen
- Follow options on the screens that follow

When submitting an electronic case, you will automatically be issued a case number, which will be your acknowledgement of receipt.

The case number is your reference when checking on the status of an issue. You will need to retain the case number until your inquiry is resolved.



LE00638088
CONFIDENTIAL

# LAWS⊗N



## Logging a Case Via Telephone

Customers unable to access the Lawson electronic case management systems can report support cases by telephone. Cases will then be logged by a Lawson Support Representative on their behalf.

The contact number for the appropriate Regional Support Center can be found in the Support Contact Directory

Lawson regrets that they are unable to accept support cases via e-mail or fax.

When you phone Lawson Support, you will receive a case number from the Support Engineer.

The case number is your reference when checking on the status of an issue. You will need to retain the case number until your inquiry is resolved.



LE00638089
CONFIDENTIAL

# LAWS�N

## Lawson Support Hours of Operation

| Time Zone Offset | Time Zone | Region | Operating Hours |
|---|---|---|---|
| UTC + 10 hours | Australian Eastern Standard Time (AEST) | Asia Pacific – Australia | 09:00 to 17:00 |
| UTC + 9 hours | Japan Standard Time | Asia Pacific – Japan | 09:00 to 17:00 |
| UTC + 8 hours | Singapore Standard Time (SGT) | Asia Pacific – Singapore | 09:00 to 17:00 |
| UTC + 2 hours | Eastern European Time (EET) | Eastern Europe | 09:00 to 18:00 |
| UTC + 1 hour | Central European Time (CET) | Central, Northern, and Southern Europe | 08:00 to 17:00 |
| | | Benelux | 08:30 to 12:30 and 13:30 to 17:30 |
| | | France | 08:30 to 12:15 and 13:45 to 18:00 |
| | | Spain | 09:00 to 18:00 |
| UTC | Greenwich Mean Time (GMT) | Western Europe | 08:00 to 17:00 |
| | | UK | 09:00 to 17:00 |
| | | Portugal | 09:00 to 18:00 |
| UTC – 5 hours | Eastern Standard Time (EST) | Americas – East | 08:00 to 17:00 |
| UTC – 6 hours | Central Standard Time (CST) | Americas – Central | 08:00 to 17:00 |
| UTC – 7 hours | Mountain Standard Time (MST) | Americas – West | 08:00 to 17:00 |
| UTC – 8 hours | Pacific Standard Time (PST) | Americas – West (includes Hawaii and Alaska) | 08:00 to 17:00 |

Notes:
Public holidays are an exception.
Limited hours may be provided during designated holidays.
Given times are daylight saving time if daylight saving time is in effect in the respective time zone.



LE00638090
CONFIDENTIAL

LE00638091
CONFIDENTIAL

**LAWSON**

# Defining a Case

Support Operations Handbook V 2.17    2008-08    Page 58



# LAWS◌N



## Defining a Case  (1 of 2)

When interacting with Lawson Support, please be prepared to provide a detailed case definition, which includes answers to the following questions:

- Has this problem occurred before?
- What result was expected?
- Can the issue be duplicated (reproduced) on demand with a non-modified version of the software?
- Can the issue be described step-by-step to allow it to be reproduced?
- Have any recent changes been made to the system?
- Have the processes for using the software changed?
- Which programs were involved when the error occurred, i.e., which specific program the user was accessing, working in, and which program was called?
- Did an error message appear? If yes:

    What is the error message number and category?

    What is the exact error message?

- How critical is the case? Please refer to Case Priority Definition.



LE00638092
CONFIDENTIAL