# PX-208

# PART 3 OF 5

# LAWS☼N



## Defining a Case  (2 of 2)

In addition, please ensure that the following information can be provided
(if applicable):

- Basic data related to the case, such as company, division, item number, order type, stock location, related parameters, etc.

- Screen-dump attachments, examples of print-outs, or any other attachment of importance for a successful case resolution.

- Connection information to customer environment must be available, please also refer to Connectivity Requirements. (Lawson M3 only)



LE00638093
CONFIDENTIAL

**LAWS☼N**



## Case Priority Definition



LE00638094
CONFIDENTIAL



# Case Priority Definition

**Critical** – Functionality for time-critical major business process not available. No workaround exists.

**High** – Functionality for major business process not available. Not time-critical case, or workaround exists.

**Medium** – Normal case processing

**Low** – Cases allowing for longer-term resolution (Lawson M3 only)

Remarks:

Priority is set by the Customer according to the criteria in this document. Lawson will not change case priority unless provided for under this document.

Case priority will be reassessed and revised based on nature of the issues at each stage of the case.  Case priority will automatically be downshifted from Critical to High upon delivery of reasonable workaround.

Cases are not prioritized as critical during implementation projects unless within final test phase and ready to go live within 30 days.

Lawson Interactive Support: Case priority is not designated due to interactive nature of this type of support. For critical situations, communicate the severity of your issue. (Lawson S3 only)


To ensure highest visibility and best possible service, please call your Regional Support Team when reporting a Critical case. The priority of your case will temporarily be set to High until a Critical status is confirmed. (Lawson M3 only)

LE00638095
CONFIDENTIAL

# LAWSON



## Duplicating a Case



LE00638096
CONFIDENTIAL

# LAWS🌐N



## Duplicating a Case

The Reporter may be asked to duplicate and document the case in the customer's test environment.

Verification in the Lawson-internal verification environment is always against latest Fix Pack.

If Lawson Support cannot duplicate the case in the Lawson-internal verification environment, and the case does not recur on a regular or predictable basis in customer's system, then a code review via real-time remote access (e.g., WebEx) to isolate the erroneous code or duplication in the customer's test environment may be necessary.

If, after a reasonable length of time and efforts, no progress is made in duplicating the case on demand, the case will be closed;

- The Reporter will be notified and invited to contact Lawson Support if the Reporter is able to reproduce the case.
- In some cases, the Reporter will be instructed as to what controls to put in place, so that in the event the issue should recur, sufficient documentation might exist to enable a more precise determination of the cause.



LE00638097
CONFIDENTIAL

# LAWSON



## Response Guidelines



LE00638098
CONFIDENTIAL

# LAWSN

## Response Guidelines

Response – Time until initial contact by a Lawson Support Engineer

- – Critical        90% within 1 hour
- – High           80% within 4 hours
- – Medium       80% within 1 day
- – All cases     100% within 5 days
- – Measured as time from receipt of a complete case report to start of work by a Support Engineer

Resolution – Time to deliver a solution to customer

- – Critical        90% within 2 days, and resolution activities to be continued until solved
- – High           75% within 10 days
- – All cases     50% within 2 days
- – Measured as time from receipt of a complete case report to delivery of solution

Planned Resolution Date Notification – Time until we communicate a planned resolution date

- – Critical        within 1 day
- – High           within 5 days
- – Medium       within 15 days
- – All cases     within 30 days
- – Measured as time from initial response to communication of planned resolution date,

Customers with maintenance agreement at Lawson Total Care Silver level or higher will receive Priority Queuing.

For time definitions, please refer to the ............. section.

These guidelines are to be evaluated on the basis of a rolling 12-month review of closed cases, and do not apply if the statistical basis is too small for properly evaluating the given percentages.



LE00638099
CONFIDENTIAL

# LAWS☀N



## Response Guidelines

Response – Time until initial contact by a Lawson Support Engineer

- – Critical      80% within 2 minutes
- – High      80% within 2 minutes
- – Medium      80% within 2 minutes

Resolution – Time to deliver a solution to customer after a Problem Tracking (PT) is created

- – Critical      90% within 5 days
- – High      90% within 15 days
- – Medium      90% delivered in next available service pack within two service pack

Customers with maintenance agreement at Lawson Total Care Silver level or higher will receive Priority Queuing.

For time definitions, please refer to the Vocabulary section.

Secondary Response – If case is transferred to a second Lawson Support Engineer

- – Critical      Immediate allocation of resources to resolve the issue until it is closed or an acceptable workaround is possible
- – High      Expect a response from another resource within 2 to 4 hours.
- – Medium      Expect a response from another resource within 8 to 10 hours.

These guidelines are to be evaluated on the basis of a rolling 12-month review of closed cases, and do not apply if the statistical basis is too small for properly evaluating the given percentages.



LE00638100
CONFIDENTIAL

# LAWS✺N

## Priority Queuing



Priority Queuing provides Lawson Total Care Silver and Total Care Gold customers with an even higher level of responsiveness within Lawson Support. Cases logged by Total Care Silver and Total Care Gold customers will be elevated to the top of the queue of incoming cases for priority handling.



LE00638101
CONFIDENTIAL

# LAWS🌐N



## Feedback Guidelines



LE00638102
CONFIDENTIAL

# LAWSN

## Feedback Guidelines – Status Updates

### Frequency of updates from support staff

**Critical** – Immediate allocation of resources until case has been resolved or an acceptable workaround has been provided. Expect status updates twice each business day until the case has been resolved.

**High** – Expect status updates every three working days

**Medium** – Expect status updates every five working days

**Low** – No proactive update until case is resolved (Lawson M3 products only)



LE00638103
CONFIDENTIAL

# LAWS⬥N

## Feedback Guidelines – Information Requests

In the case where Lawson Support does not receive a response when more information is requested from the customer, the following steps will be taken:

- The case owner in Lawson Support will frequently contact the customer by phone or by sending an electronic request for more information.

- The customer must be contacted at least three (3) times in total with a frequency in line with the "Feedback Guidelines for status updates". (Low priority cases follows frequency of Medium ones).

- The case owner should try to make at least one of the last two contact attempts before closure by phone in order to ensure that the customer has received the response and request. During this call the case owner must ask if the customer is satisfied with the response to date.

- If Lawson Support does not get an answer within three (3) working days* after the third request for information, then the case will be closed.

  *Due to technical reasons, LIS cases will close automatically after 72 clock hours without a response from customers.



LE00638104
CONFIDENTIAL

# LAWS☻N

## Monitoring Case Progress



LE00638105
CONFIDENTIAL

# LAWS⊗N



## Monitoring Case Progress



All cases are available on-line via TellUs giving the customer access to key information such as:

– The original reported case

– Current position of a case in the support lifecycle

– Any conversations that have occurred during the support lifecycle

– Planned and actual milestone dates, e.g. Planned Resolution Date

– Formal solution to a case

– Historical case information

Standard reporting functionality is provided in TellUs.

To access the information, please log onto: lawson.com/onlinesupport



LE00638106
CONFIDENTIAL

# LAWS&#x2728;N



## Monitoring Case Progress

Customers can view all cases that have been submitted to Lawson Support either electronically via Lawson Interactive Support (LIS) or via telephone. This feature allows customers to manage support issues in one location.

To access the information online;

- Go to the "Customer Support" section at support.lawson.com
- Click on "Electronic Support" and then the "Case Management" link. There is also an option for exporting case information to a spreadsheet.
- Select the most applicable view, e.g., view only the customer's individual cases, their organization's open cases, all closed cases, or a complete list of all their cases
- When viewing case notes on active cases, customers also have the ability to add new information for cases that have been submitted via phone (not to exceed 75 characters) which will trigger the delivery of a message to the support specialist.

If customers have an open electronic support case in LIS that they own, they can use this case management feature to re-engage that support session with Lawson Support.



LE00638107
CONFIDENTIAL

# LAWSN

# **Escalation Guidelines**



LE00638108
CONFIDENTIAL

# LAWS♦N



## Escalation Guidelines

This escalation process is intended to address non-compliance with our response and feedback goals.

At any time, a manager on duty is available to handle customer concerns or escalations related to a specific support case. Please refer to the Support Contact Directory for contact information.

Examples of circumstances that may be escalated to the manager on duty:

– Lawson Support has not met the response goals outlined in the Response Guidelines.

– Lawson Support has not met the feedback goals for an existing case according to the Feedback Guidelines, and attempts to contact the case owner have been unsuccessful.

– New information has become available, making the case more serious, and all attempts to contact the case owner have been unsuccessful.

Provide the case number, phone number, and information regarding specific support case concerns.

– To escalate a telephone case:

   Select the "existing issue" phone tree option. A Support Representative will connect you with a manager on duty. (Lawson S3 only)

– To escalate a support case submitted electronically:

   Notify the Support Engineer working on your case of your desire to have the case escalated by stating, "Please escalate this issue to a manager on duty. I can be reached at (phone number)."



   You may also contact us via phone to escalate a Lawson Interactive Support case by calling Lawson Support and selecting the "existing issue" option on our phone tree. (Lawson S3 only)

LE00638109
CONFIDENTIAL

# LAWS⬤N



## When Is a Case Closed?



LE00638110
CONFIDENTIAL

# LAWS◈N



## When Is a Case Closed?

The customer and the support representative agree upon a solution. The solution may include a configuration change, workaround, direction as to how to avoid a product defect, demarcation, program correction, Fix Pack, upgrade requirement, or download of additional software.

If your case appears to be a product defect, the Support Engineer will determine whether a fix or workaround exists. If a solution does not exist, the Support Engineer will determine the source of the product defect.

- For all priority product defects, your case will remain open until the fix is made available. (Lawson M3 only)
- For critical and high priority product defects, your case will remain open until the fix is made available. For medium priority product defects, you will be informed of the anticipated resolution timeframe, and your case will be closed. You will be notified when the fix is made available. (Lawson S3 only)

No progress is made in duplicating the case on demand despite a reasonable length of time and efforts made by Lawson Support and the Reporter. Please also refer to Duplicating a Case.

The cause of the problem is not deemed to be due to a defect in the Lawson product or a Lawson supported third party product.

The resolution can only be provided by an enhancement to the Lawson product. The customer is responsible for logging an enhancement request, which may become available in a future release.

If the customer has become unresponsive (please refer to section Feedback Guidelines for further information).

The customer requests the case to be closed.

To reopen a case, contact Lawson Support and refer to the original case number.

**Note:** Case details are available for later review in the case management systems accessible in the support websites.



LE00638111
CONFIDENTIAL

# LAWS N



# Additional
# Lawson Support Features
# and Options

LE00638112
CONFIDENTIAL

# LAWS☼N

## 24 x 7 Emergency Support (1 of 2)



24 x 7 Emergency Support provides application and technical assistance for critical processing issues on a live production environment, that occur outside of normal Lawson Support Hours of Operation. This service may only be provided in English, and does not apply to customer modifications, decommissioned products, or planned events.  24 x 7 Emergency Support to U.S. Lawson customers using our services industry specific (Lawson S3) software applications is included as part of Total Care Bronze.

If you have a critical case outside of normal Lawson Support Hours of Operation, and if this case requires immediate attention, call the emergency number, follow the instructions, and our emergency support staff will contact you and attempt to resolve your case or provide a workaround.

- **Lawson M3:** 24 x 7 Emergency Support can be accessed by calling the number received in advance from Lawson Support.

- **Lawson S3:** 24 x 7 Emergency Support can be accessed by calling Lawson's St. Paul location using the numbers provided on support.lawson.com. Customers get access by selecting option for critical cases and will then be forwarded to an answering service.



LE00638113
CONFIDENTIAL

# LAWSON

## 24 x 7 Emergency Support (2 of 2)



Please complete the following steps before contacting Lawson for emergency support assistance

- Attempt to resolve the issue through your internal systems administrator, database administrator, or Web administrator and support.lawson.com self-service tools.

- Identify the application and environment release in which you are experiencing the issue.

- Document the exact error message.

- Have technical and application resources ready to work with Lawson Support Engineers.

Specific programs are considered to be critical and eligible for emergency support. Refer to the list of supported programs on support.lawson.com. (Lawson S3 only)



LE00638114
CONFIDENTIAL

# LAWS◈N

## Limited Non-Warranty Support



Non-Warranty Support allows customers to address common procedural (how-to) questions that they have with their standard (non-modified) Lawson products.

Non-Warranty Support covers processes, product functionality, and product feature related questions.

Non-Warranty Support is only applicable when the product has been properly installed and configured.

Acknowledgement by customer is required to continue with case resolution on Non-Warranty Support cases.

Priority of Non-Warranty Support will remain at the same level that the customer defined when entering the case.

Four (4) hours of Non-warranty support will be provided per month per customer with no carry over of unused hours.  After exceeding the four (4) hours limit, all further non-warranty requests may be provided on a time and material basis.



Lawson Support does not perform Data Fixes on the customer's environments. Lawson may provide operational advice on how to correct data records that have been improperly affected by a product  defect. This instruction could include which program(s), table(s), and field(s) to be used to correct the corrupted data. For avoidance of doubt the customer is responsible for back-up of the database prior to any Data Fix.

LE00638115
CONFIDENTIAL

# LAWS🌐N

**OPTION**

## Health Check



The Health Check is an optional support service proactively looking at the installation from both a technical and functional point of view.  It goes beyond the Annual System Performance Assessment included in the Lawson Total Care Silver level by also looking at functional aspects of the installation.

The result of the Health Check is presented in a report where actionable proposals to the identified issues are presented.

Health Checks are offered as a subscription for quarterly or semi-annual execution.



LE00638116
CONFIDENTIAL

 **LAWS☽N**

OPTION



## Pager Support

Pager Support is an optional service designed to provide customers, who have a valid maintenance agreement with Lawson Support, with support for planned events or other special situations outside of normal Lawson Support Hours of Operation.

The hours of support and the fee rates are based on the customer's resource requirements. This service may only be provided in English.

If you anticipate a support need for conversions, installations, upgrades, planned events, or non-emergency functions that fall outside of normal Lawson Support Hours of Operation, please contact your Lawson Account Executive or Client Manager to inquire about Pager Support.

Requests for Pager Support should be made at least five business days in advance of the planned service dates.

Lawson Support will attempt to fulfill requests for Pager Support based on availability of appropriate resources.



LE00638117
CONFIDENTIAL

 **LAWSON**

**OPTION**

## Billable Support During Normal Business Hours

Some cases may fall outside the scope of specific Lawson Total Care support and are considered billable. Based on the type of service requested, these issues may be addressed either by Lawson Professional Services or by Lawson Support.

If customer has a fully paid maintenance agreement, Lawson may provide support on a time and material basis, based on availability of resources, at Lawson's discretion.



LE00638118
CONFIDENTIAL

LE00638119
CONFIDENTIAL

# Lawson Support Terms & Conditions

Support Operations Handbook v2.17   2008-08   Page 86





# LAWS✹N



## Lawson Responsibilities  (1 of 4)

Support availability and accessibility

– Support is provided to the customer from the time the product has been properly installed and configured. Properly installed means the result of a complete and successful installation or upgrade (including any required system configuration and system tuning) of any Lawson products or Lawson supported third party products.

– Tools and support personnel are made available to authorized individuals from the Customer-Internal Support Center, subject to customer having a valid and fully paid maintenance agreement.

Case support

– 24 x 7 Internet access for checking status of already reported cases

– Access to Lawson Support staff during normal Lawson Support Hours of Operation (in nearest Regional Support location).

– Analysis of new cases, and, if necessary, development of appropriate solutions

Language support

– Lawson Support provides local language support during normal Lawson Support Hours of Operation as appropriate for the respective region; currently available in English, French, German, Italian, Spanish, Portuguese, Swedish, Danish, Norwegian, Finnish, Dutch, Japanese, and Chinese (Mandarin)



LE00638120
CONFIDENTIAL

# LAWS🌐N



## Lawson Responsibilities (2 of 4)

Error correction

– The method of correction is at the sole discretion of Lawson, and may include a program correction, a direction as to how to avoid the programming error, an update, or a new release.

– Retrofitting of corrections (separate fee) (Lawson M3 products only)

Length of product support (maintenance lifetime)

– Mainstream Maintenance: three (3) years from date of general availability

– Extended Maintenance: further two (2) years support (for payment premium)

Regulatory Changes

– Notification, access and support of regulatory changes as determined appropriate by Lawson. (Lawson S3 only)

Lawson will provide product updates when updates are made generally available



LE00638121
CONFIDENTIAL

# LAWS�N

## Lawson Responsibilities  (3 of 4)



24 x 7 Emergency Support *

– Please refer to the 24 x 7 Emergency Support section for details.

Limited Non-Warranty Support

– Please refer to the Limited Non-Warranty Support section for details.

\* 24 x 7 Emergency Support to U.S. Lawson customers using our services industry specific (Lawson S3) software
applications is included as part of Lawson Total Care Bronze.



LE00638122
CONFIDENTIAL