# PX-208

# PART 4 OF 5

LAWSON

## Lawson Responsibilities (4 of 4)

Lawson Total Care Gold services as defined in the customer-specific Total Care Gold agreement, such as:

- Installations of corrections and fix packs
- Support for and maintenance of custom modifications
- Upgrade planning and execution
- Lawson performance tuning
- Lawson product, database and security administration
- Dedicated Lawson Support desk and on-site support options for more complex issue resolution

LAWSON

## Customer Responsibilities (1 of 2)

Use of the product must comply with the documentation.

Customer Support Center (Tier 1)

- Customer should establish an internal support center consistent with the description in section Overview of the Support Process .
- Only authorized individuals who are trained by a Lawson-approved trainer and certified may contact Lawson Support.
- Reports cases to and liaises closely with Lawson Support.

Accessibility and connectivity

- Customer must provide accessibility and connectivity as described in section Support Infrastructure.

Case reporting

- Customer shall report all cases directly into case management system. If this is not possible, customer can call the appropriate Regional Support center
- Customer's timely co-operation is required to ensure completeness of case information.

Critical Cases

- Customer must have qualified person available to assist in any communication related to the case for the whole time Lawson Support is working on a critical case.

**Note**: Subject to the scope of their contract, Lawson Total Care Gold and Total Care Platinum customers may delegate some of these responsibilities to Lawson.

LE00638124
CONFIDENTIAL

LAWSON

# Customer Responsibilities (2 of 2)

- Administration of customer environments and installations
- Maintenance and integrity of system data, including back-ups
- Testing environment
  - Customer must set up and maintain testing environment which mirrors parameters and settings, and contains subset of data from their production environment.
  - If customer has modifications, customer must maintain a non-modified version to validate product defects and corrections.
- Installation of corrections, Fix Packs, and new releases
  - Customer may subcontract this service to Lawson as part of Total Care Gold.
- Acceptance testing
  - Customer is responsible for acceptance testing of fixes and corrections.
- Identify corrupted data and perform any related Data Fix.
- Customer is expected to follow all rules and procedures described in this Support Operations Handbook.

**Note**: Subject to the scope of their contract, LawsonTotal Care Gold and Total Care Platinum customers may delegate some of these responsibilities to Lawson.

LAWSON

# Appendix 1: Vocabulary

LE00638126
CONFIDENTIAL



# Vocabulary A - C

**24 x 7 Emergency Support** = After Hours Emergency Support = On Call Duty

- Support for critical cases outside of normal Lawson Support Hours of Operation.
- Please refer to the 24 x 7 Emergency Support section for details.

**Analysis**

- The work necessary to recreate the details of a case on a Lawson machine, or if this is not possible, to suggest a course of action to the customer.

**Case** = Incident, Call

- A Case is a single, reproducible issue, problem, or symptom in the customer's operation of the solution that negatively affects the agreed functionality of the Lawson product in an appreciable way
- A Case is made up of all the activities required to resolve the issue once Lawson Support has been contacted.
- Every Case is assigned a unique number that is used to track its progress and referenced when communicating with customers.

LE00638127
CONFIDENTIAL

LAWSON

# Vocabulary C - D

**Case Management**

- Please refer to Problem Management in the Support Infrastructure section for details.

**Customer** = Client

- The company that has decided to request Lawson to provide Support in accordance with their Maintenance Agreement

**Critical Transfer Pack (CTP)**

- A code correction for a Lawson S3 UNIX/Windows product

**Cyclical**

- A complete delivery of the software with maintenance corrections and selected product enhancements. It is the expectation that customers will apply cyclicals as they are made generally available. (Lawson S3 only)

**Data Fix** = Data Correction

- Correction of the data records that have been improperly affected by the Case on the customer's environments.

**Defect** = Error, Bug, Discrepancy

LAWSON

# Vocabulary F - K

**Fix** = Action, Correction, Patch

- The solution to a Defect (programming error).

**Fix Pack**

- A set of corrections made for a specific release that is published for download.
- Historically, M3 Service Packs have included changed and new functionality, along with pure corrections. For this reason, many customers have been unwilling to take on these Service Packs. To overcome this hurdle we have introduced Fix Packs that contain an accumulated delivery of Temp Fixes. (Lawson M3 only)

**Knowledge Base**

- Repository of solutions and downloads available both for our customers and internally.

**Knowledge Management**

- The ability of an organization to create, share and use its collective knowledge of its products, processes and people to increase productivity and reduce "reinventing the wheel".



# Vocabulary L - N

## Lawson Interactive Support (LIS)

- Lawson Interactive Support (LIS) is a web-based hybrid between chat and e-mail.
- Please refer to Lawson Interactive Support in the Support Infrastructure section for details.

**Localization** = Market modification

## Maintenance

- The services provided by Lawson to the customer under the Maintenance Agreement, i.e., the right to receive new Versions, Releases or Fix Packs of the licensed products, if any, and the Support Services.

## Non-Warranty Support

- Support for common procedural (how-to) questions related to standard (unmodified) Lawson products.
- Please refer to the Limited Non-Warranty Support section for details.



# Vocabulary P

### Planned Delivery Date Notification

- The time from initial response to communication of planned resolution date
- Starting from receipt by Lawson Support of a complete case report, within which Lawson Support undertakes to notify the customer of a planned delivery date. (Lawson M3 products only)

**Priority** = Severity

### Pro-active Support

- Optional support offerings to eliminate operational problems before they become acute, e.g., Health Checks and Annual System Performance Assessments.

### Problem Tracking (PT)

- S3 product problems are tracked in a Problem Management Tool by a "Problem ID" number, also known as "Problem Tracking" or "PT" number.
- Please refer to Problem Management in the Support Infrastructure section for details.

LAWSON

# Vocabulary R

### Release

- The edition of the same product denominated by the number after the decimal point in the release designation. For example, 9 and 9.1 are each different releases of the same product.

### Resolution Delivery Time

- The time from initial response to delivery of solution
- Starting from receipt by Lawson Support of a complete case report, within which Lawson Support is able to resolve the case, by providing either a fix to a defect or operational guidance, as the case may be.

### Response Time

- The time from receipt of a complete case to start of work by a Support Engineer
- Starting from receipt by Lawson Support of a complete case report, within which Lawson Support undertakes to start to work on the case.
- In the event of a Case being reported outside of normal Lawson Support Hours of Operation, the Response time will be calculated from the next commencement of normal operating hours.

LAWSON

# Vocabulary R - S

**Retrofit** = Downgrade

– In those cases where a Temp Fix can not be applied, the code may be retrofit into the customer's version.

**Service Pack (Lawson M3 only)**

– Historically, Service Packs have included changed and new functionality, along with pure corrections. For this reason, many customers have been unwilling to take on these Service Packs. To overcome this hurdle we have introduced Fix Packs that contain an accumulated delivery of Temp Fixes.

**Service Pack (Lawson S3 only)**

– The culmination of corrective code for reported defects resolved by a specified date. A Service Pack will be produced for the current cyclical release until a new cyclical is made generally available. Once a new cyclical is generally available, the service pack for the previous cyclical may no longer be available. Service packs vary by product; an "MSP" is an application maintenance service pack while an "ESP" is a technology/environment maintenance service pack.

**Support Level**

– The agreed level of support services to be provided by Lawson. There are four optional Support Levels available, please refer to Lawson Total Care – Our Support Offering for details.



# Vocabulary S - V

## Temp Fix

- A correction made for a specific release that is published for download. (Lawson M3 only)

## Tier

- See the support process section for definitions of Tier.

## Validation

- Validation confirms that the product, as provided, will fulfill its intended use. In other words, validation ensures that "you built the right thing."

## Verification

- Verification confirms that the product works properly and reflects the requirements specified. In other words, verification ensures that "you built it right."

LAWSON

# Vocabulary W - Z

## WebEx Support Center

- WebEx Support Center is an electronic support option to enhance customer support. This web service allows Lawson and the customer/user to share the application or desktop to view screens and collectively diagnose support issues. Within seconds a customer's product issue can be viewed, reducing the time spent on screen-shots and cumbersome explanations.
- To begin a WebEx Support Center session with Lawson, go to lawsonsupport.webex.com. Click the JOIN link to join a session. The customer types the support session number provided by the Lawson support contact, enters the customer name, and clicks submit. WebEx will begin in the browser with the customer having control of the desktop. The Lawson support contact will either request to view or control the desktop. If at any time the customers chooses to stop sharing control of the desktop, they can click the mouse and control will be given back.

LE00638135
CONFIDENTIAL

LAWSON

# Appendix 2: Lawson Support Contact Directory

LE00638136
CONFIDENTIAL

LAWSON

# Lawson Support Contact Directory (1 of 8)

## Regional Support Centers

**Europe –** Director: Marc Houx

Northern Europe Manager: Björn Svensson

| Calling from: | Lawson S3 Regional Support Center | Lawson M3 Regional Support Center |
|---|---|---|
| Denmark | Access code 00 800-695-90000 | Odense +45 7213 8889 |
| Finland | 0-800-1-111874 | Stockholm +46 8 5552 5280 |
| Norway | Access code 00 800-695-9000 | Oslo +47 6677 2050 |
| Sweden | Access code 001 800-695-90000 | Stockholm +46 8 5552 5280 |

LE00638137
CONFIDENTIAL

LAWSON

# Lawson Support Contact Directory (2 of 8)

## Regional Support Centers (continued)

**Europe –** Director: Marc Houx

Central and Eastern Europe Manager: Kurt Ackermann

| Calling from: | Lawson S3 Regional Support Center | Lawson M3 Regional Support Center |
|---|---|---|
| Austria | | +43 1 49 103 220 |
| Germany | Access code 00 800-695-90000 | +49 89 96 21 03 30 |
| Hungary | Access code 00 800-695-9000 | Zug +41 41 748 6818 |
| Poland | 000814-550-4148 | +48 (22) 851 23 00 Ext. 242 |
| Russia | Access code 00 800-695-90000 | Zug +41 41 748 6818 |
| Switzerland | Access code 00 800-695-90000 | Zug +41 41 748 6818 |