# PX-208

# PART 5 OF 5



# LAWSON

## Lawson Support Contact Directory  (3 of 8)



### Regional Support Centers (continued)

**Europe –** Director: Marc Houx

Western Europe  Manager: Ian Hewitt

| Calling from: | Lawson S3 Regional Support Center | Lawson M3 Regional Support Center |
|---|---|---|
| Belgium | Access code 00  800-695-90000 | Gent +32 9 243 6082 |
| Ireland | Access code 00 800-695-90000 | Elland, England +44 1422 28 28 28 |
| Netherlands | Access code 00 800-695-90000 | Gent +32 9 243 6082 |
| South Africa | Access code 00 800-695-90000 | Elland, England +44 1422 28 28 28 |
| United Kingdom | Access code 00 800-695-90000 | Elland, England +44 1422 28 28 28 |



LE00638139
CONFIDENTIAL

# LAWS🌐N

## Lawson Support Contact Directory  (4 of 8)



### Regional Support Centers (continued)

**Europe –** Director: Marc Houx

Southern Europe  Manager: Michel Isorez

| Calling from: | Lawson S3 Regional Support Center | Lawson M3 Regional Support Center |
|---|---|---|
| France | Access code 00 800-695-90000 | Osny +33 1 34 20 80 20 |
| Israel | Access code 014 800-695-90000 | +972 3 9202900 |
| Italy | 800-876806 | +33 1 34 20 80 20 |
| Portugal | 800-695-90000 | +349 36001600 |
| Spain | Access code 00 800-695-90000 | Barcelona +34 93 600 1601 |



LE00638140
CONFIDENTIAL

# LAWS◌N

## Lawson Support Contact Directory  (5 of 8)

### Regional Support Centers (continued)



**Asia Pacific –** Director: Wong Boon Heng

Japan  Manager: Madoka Tomomoto

Australia – New Zealand  Manager: Daryl Hartwell

| Calling From: | Lawson S3 Regional Support Center | Lawson M3 Regional Support Center |
|---|---|---|
| Australia | 800-695-90000 | Sydney +61 2 9468 8900 |
| China | 800-695-90000 | Singapore +65 6349 3588 |
| Hong Kong | Access code 001800-695-90000 | Singapore +65 6349 3588 |
| Japan | Access codes 001 (IDC); 0061 (KDD); 0041 (Japan Telecom); 800-695-90000 | Osaka +81 6 6941 2323 |
| Korea | Access codes 001 (KT); 002 (Dacom); 800-695-90000 | Singapore +65 6349 3588 |
| Malaysia | Access code 00 800-695-90000 | Singapore +65 6349 3588 |
| New Zealand | Access code 00 800-695-90000 | Sydney +612 9468 8900 |
| Philippines | Access code 00 800-695-90000 | Singapore +65 6349 3588 |
| Singapore | 0-800-1-111874 | +65 6349 3588 |
| Thailand | Access code 001 (CAT) 800-695-90000 | +66 2642 7201-9 |



LE00638141
CONFIDENTIAL

# LAWSON

## Lawson Support Contact Directory  (6 of 8)

### Regional Support Centers (continued)

**Americas –** Director: Dan Sjodin

Americas Central Manager: Mathilde Van Wijk

Americas North East  Manager: Jerry Holthaus

Americas South East  Manager: Mark Schliemann

Americas West  Manager: Jim Hayek

| Calling from: | Lawson S3 Regional Support Center | Lawson M3 Regional Support Center |
|---|---|---|
| USA (outside of New York) | 800-695-9000 | 800-986-6839 |
| New York, USA | 800-888-3440 | 800-986-6839 |
| Brazil | 000814-550-4148 | |
| Mexico | 001-800-695-0104 | |
| Venezuela | 08001-003617 | |



LE00638142
CONFIDENTIAL

# LAWSON

## Lawson Support Contact Directory  (7 of 8)



### Lawson M3 Product Support Centers  Director: Magnus Walldén

**CSA – Customer Sales**  Manager: Sandra Mérel

– Osny, France & Mumbai, India

**FIN – Finance**  Manager: Céline Jeannest

– Osny, France & Mumbai, India

**MSR – Maintenance, Service & Rental**  Manager: Andrew Stephenson

– Elland, UK

**SCM – Supply Chain Management & Manufacturing**  Manager: Ylva Berg

– Stockholm, Sweden & Mumbai, India

**TEC – Technology**  Manager: Fredrik Sunnermalm

– Linköping, Sweden & Mumbai, India



LE00638143
CONFIDENTIAL

# LAWS●N

## Lawson Support Contact Directory  (8 of 8)

### Lawson S3 Product Support Centers  Director: Nancy Anderson

**FIN – Finance**  Manager: Kraig Goodman

– St Paul, USA

**HR – Human Resources**  Manager: Thomas Jarosz

– St Paul, USA

**PD – Procurement, Distribution & Retail**  Manager: Matthew Sherwood

– St Paul, USA & Manila, Philippines

**TEC – Technology**  Manager: Steven Swedberg

– St Paul, USA & Manila, Philippines



LE00638144
CONFIDENTIAL

LE00638145
CONFIDENTIAL

