# PX-0211

**PX-0211**

# LAWSON

# Lawson Procurement Punchout Installation Guide

Version 9.0.0.x
Published May 2008

Lawson Supply Chain Management



L0234779
CONFIDENTIAL

Document Number EPPIG-9DW-08

Legal Notices

Lawson® does not warrant the content of this document or the results of its use. Lawson may change this document without notice.

Export Notice: Pursuant to your agreement with Lawson, you are required (at your own expense) to comply with all laws, rules, regulations, and lawful orders of any governmental body that apply to you and the products, services or information provided to you by Lawson. This obligation includes, without limitation, compliance with the U.S. Foreign Corrupt Practices Act (which prohibits certain payments to governmental officials and political parties), U.S. export control regulations, and U.S. regulations of international boycotts. Without limiting the foregoing, you may not use, distribute or export the products, services or information provided to you by Lawson except as permitted by your agreement with Lawson and any applicable laws, rules, regulations or orders. Non-compliance with any such law, rule, regulation or order shall constitute a material breach of your agreement with Lawson.

Trademark and Copyright Notices: All brand or product names mentioned herein are trademarks or registered trademarks of Lawson, or the respective trademark owners. Lawson customers or authorized Lawson business partners may copy or transmit this document for their internal use only. Any other use or transmission requires advance written approval of Lawson.

© Copyright 2008 Lawson Software. All rights reserved.

L0234780
CONFIDENTIAL

# Contents

| | | |
|---|---|---|
| **Chapter 1** | **Overview** | **4** |
| | What Does Lawson Procurement Punchout Do?................................................4 | |
| | What Are the Lawson Procurement Punchout Components?...........................6 | |
| | How Do Lawson Procurement Punchout Components Work Together?............7 | |
| | **What Are the Concepts I Need to Understand?**................................**8** | |
| | What Is Punchout?............................................................................................8 | |
| | What Are Users and User Groups?..................................................................8 | |
| | What Are Vendor Templates?...........................................................................9 | |
| | What is PO Dispatcher?....................................................................................9 | |
| | How Are Purchase Orders Transmitted to the Vendor?....................................9 | |
| | **Installation Overview** ..................................................................................**10** | |
| | Knowledge Prerequisites.................................................................................10 | |
| | System Requirements.....................................................................................10 | |
| | Installation Process Overview.........................................................................12 | |
| **Chapter 2** | **Pre-Installation** | **14** |
| | Installation Worksheet.....................................................................................14 | |
| | Preparing for Installation.................................................................................14 | |
| | Product Components to Download.................................................................15 | |
| **Chapter 3** | **Installation** | **16** |
| | Installing Lawson Requisitions Self-Service (RSS-XML Only).......................16 | |
| | ED Base Installation on a Windows Server....................................................16 | |
| | Installing Lawson Procurement Punchout Administration Bookmarks...........19 | |
| | Deploying Punchout Remote Servlet..............................................................19 | |
| | Installing Procurement PO Dispatcher............................................................20 | |
| **Chapter 4** | **Post-Installation** | **21** |
| | Editing Punchout Information in rss_config.xml..............................................21 | |
| | Lawson Setup.................................................................................................27 | |
| | Establishing Punchout Groups and Users......................................................28 | |
| | Editing PO Dispatcher Information in dispatcherPO_config.xml.....................30 | |
| | Testing Procurement PO Dispatcher (Optional)..............................................31 | |

L0234781
CONFIDENTIAL

## What Are the Lawson Procurement Punchout Components?

Lawson Procurement Punchout uses various Lawson and third-party components to create the Shopping Experience. These components include:

- Lawson Requisitions, Inventory Control, Accounts Payable, and Purchase Order server applications

    You will set up these applications with basic information and processes necessary for requisition processing, such as the currency you will use, your accounting units and accounts, the names and locations of your vendors, your inventory locations and items, your requesters, and requesting locations.

    **Requisitions.** Before you can create requisitions, you must set up the Requisitions application, including requesters, requesting locations, and approval codes. The Requisitions Self-Service tab on Requesters (RQ04.1) allows you to define the tasks allowed in the Lawson Requisitions Self-Service application. For more information, see the *Requisitions User Guide*.

    **Inventory Control.** The Requisitions Self-Service tab on Company (IC01.1) allows you to define the tasks allowed in the Lawson Requisitions Self-Service application. UNSPSC Product Codes (IC16.1) and Item Master (IC11.1) allow you to create an item hierarchy that enables user searches at each level, based on the UNSPSC codes developed by the United Nations in association with Dun & Bradstreet. The Search Catalog allows you to look up items and keywords in up to 28 origin fields determined by set up. Keywords and search criteria are defined in the Inventory Control application. For more information, see the *Inventory Control User Guide*.

    **Purchase Order.** Purchase Order vendors and locations must be defined prior to using Lawson Requisitions Self-Service. Electronic Data Interchange (EDI) is defined as your PO Vendor Issue Method if your company is issuing purchase orders via EDI. The Punchout tab on PO Vendor (PO10.1) and Vendor Purchase From Location (PO10.2) allows you to specify whether or not to allow changes to punchout items. For more information, see the *Purchase Order User Guide*.

    **Accounts Payable.** Vendors must be set up in Vendor (AP10.1) for processing. For more information, see the *Accounts Payable User Guide*.

- Lawson Requisitions Self-Service.

    The Lawson Requisitions Self-Service application lets you create requests with demand on stock and demand on vendors, and process, view, and modify requisitions. For more information, see the *Lawson Requisitions Self-Service User Guide*.

- Lawson ProcessFlow.

    ProcessFlow (reqapproval1.flo and reqapproval2.flo) routes requisition approval requests to approvers. Each flow has up to six levels of approval, based on dollar amounts. You define approvers and dollar amounts according to their requirements for a company/requesting location. For more information, see the *ProcessFlow Reference Guide*.

- Lawson Procurement Punchout Portal.

    The Lawson Procurement Punchout Portal - a set of bookmarks used by theLawson Procurement Punchout administrator to define Punchout users, groups, vendors and attributes

- Lawson Internet Object Services (IOS).

    Lawson Requisitions Self-Service access for use with Lawson Procurement Punchout is based on User Profiles. The Lawson Procurement Punchout Portal also uses IOS to create bookmarks. For more information, see the *Lawson Administration Guide: Portal*.

L0234784
CONFIDENTIAL

The following diagram shows the Lawson Procurement Punchout components within the Lawson system.

*Figure 1. Lawson Procurement Punchout Components*

**User Interfaces**

The Shopping Experience
Lawson Procurement Punchout Administration Portal Site

**Lawson Business Logic**

Requisitions
Purchase Order
Accounts Payable
Inventory Control

Requisitions Self-Service
Lawson Procurement Punchout Base Product

**Lawson Enabling Technologies**

Lawson Portal Enablement
Internet Object Services (Web User Services and Self-Service Applications)
ProcessFlow and Collaborative Commerce Base

Environment 3rd-Party Products Interface Support

Electronic Data
Interchange (EDI)
Technologies

## How Do Lawson Procurement Punchout Components Work Together?

Punchout allows requesters to access external vendors websites, shop for items, and return selections to a Lawson requisition. Punchout is a vendor-managed catalog where items and prices are determined by your business relationship. Each Punchout vendor's shopping experience is unique.

After Lawson Procurement Punchout has been set up, users of Lawson Requisitions Self-Service who click a Shopping icon cause the shopping website of a supported vendor to be displayed and a Lawson requisition to be created. The user can then select items at the web site.

When the user is done shopping at the vendor site, Lawson Procurement Punchout returns the user to Lawson Requisitions Self-Service. The user can save their requisition as a draft or checkout, which causes the requisition to be released.

Purchase orders can be transmitted to the vendor after the purchase order is released. The Lawson EDI for Supply Chain product is one method of transmitting data electronically. For more information, see the *Lawson EDI Standard and EDI Professional for Supply Chain Management User Guide*. The Punchout tab on PO Vendor (PO10.1) and Vendor Purchase From Location (PO10.2) allows you to specify whether or not to allow changes to Punchout items. For more information on setting up PO vendors for EDI transmission of purchase orders, see the *Purchase Order User Guide*.

L0234785
CONFIDENTIAL

# Installation Overview

The following describes the installation concepts that are important to .
- "Knowledge Prerequisites" on page 10
- "System Requirements" on page 10
- "Installation Process Overview" on page 12

## Knowledge Prerequisites

To install this product, you must have the following knowledge and experience:
- System administration-level knowledge (and sysadmin permissions/"role") of your underlying operating systems.
- General understanding of web servers.
- General understanding of networking.
- General understanding of internet protocols.
- General understanding of multi-tier applications architecture.
- General understanding of databases
- ProcessFlow administration-level permissions (for uploading PO Dispatcher flow)

## System Requirements

Listed below are the software requirements for running Lawson Procurement Punchout. These requirements must be met before you begin installing.

### Lawson Server Requirements

| Component | Supported Version(s) |
| --- | --- |
| S3 Lawson System Foundation | 9.0.x |
| Server Applications | 9.0.x |
| ProcessFlow Designer | 9.0.0 SP3 with Patch 17796 or higher |

### Lawson Procurement Punchout Server Requirements

| Component | Supported Version(s) |
| --- | --- |
| Lawson Requisitions Self-Service | 9.0 |

There are no specific server requirements beyond what Lawson Requisitions Self-Service requires. The sizing of your Lawson application server/webserver should absorb the small additional load that punchout activities impose without a negative impact on overall server resources.

L0234788
CONFIDENTIAL