# PX-0215

**PX-0215**

Lawson Response to Public HealthTrust/Jackson Health System   May 18, 2006
RFP 06-5145



**LAWSON**

*It's Time*

Form A-1

| |
|---|
| ***PROPOSER'S NAME (Name of firm, entity or organization):***<br>**Lawson Software, Inc.** |
| ***FEDERAL EMPLOYER  IDENTIFICATION NUMBER:***<br>**41-1251159** |
| ***NAME  AND TITLE OF PROPOSER'S CONTACT PERSON:***<br><br>Name:   **Frank Urso**                                      Title:  **Account Executive** |
| ***MAILING ADDRESS:***<br><br>Street Address:  **380 St. Peter Street**<br><br>City, State, Zip:  **St. Paul, MN 55102** |
| ***TELEPHONE:*** ( 248 ) 203-6595              ***FAX:*** ( 651 ) 767-7141 |
| ***PROPOSER'S ORGANIZATIONAL STRUCTURE:***<br><br>__X__ Corporation ____ Partnership ____ Proprietorship ____ Joint Venture<br><br>____ Other (Explain): _____ |
| ***IF CORPORATION,***<br><br>Date Incorporated/Organized:  1975 as Lawson Associates, Inc.; Reincorporated 2001as Lawson Software, Inc.<br><br>State Incorporated/Organized: ____ Delaware<br><br>States registered in as foreign corporation: __N/A__ |
| ***PROPOSER'S SERVICES OR BUSINESS ACTIVITIES OTHER THAN WHAT THIS SOLICITATION REQUESTS FOR:***<br><br>Our software includes financials, human resources, procurement, healthcare supply chain, distribution, retail operations, service process optimization, and enterprise performance management applications. |
| ***LIST NAMES OF PROPOSER'S SUBCONTRACTORS OR SUBCONSULTANTS FOR THIS PROJECT:***<br><br>Siemens Medical Solutions |
| ***PROPOSER'S AUTHORIZED SIGNATURE***<br><br>The undersigned hereby certifies that this proposal is submitted in response to this solicitation.<br><br>_____ Date: _____ May 12, 2006<br><br>Print Name: ____ David Corbett _____ Title: ___ Vice President, Healthcare |

*A-1 Rev. 1/7/98*



L0096023
CONFIDENTIAL

Lawson Response to Public HealthTrust/Jackson Health System          May 18, 2006
RFP 06-5145

# Table of Contents

SECTION 1 – EXECUTIVE SUMMARY ................................................................................ 1

SECTION 2 – SCOPE OF SERVICES.................................................................................. 3

Exhibit A - Workplan ...................................................................................... 34

Exhibit B – Resource Schedule ..................................................................... 35

Exhibit D – Services Overview ....................................................................... 36

Exhibit E – Statement of Work ....................................................................... 42

Exhibit F – Sample Organization Chart.......................................................... 86

Exhibit G – Resume – Cathy Conger ............................................................. 87

Exhibit H – Resume – Randy Hester .............................................................. 88

Exhibit I – Resume – Jay Pobis .................................................................... 89

Exhibit J – Resume – Hannah Raleigh........................................................... 91

Exhibit K – Resume – Eric Swingler............................................................... 93

Exhibit L   Support Services .......................................................................... 95

1.      Patient Financial Information ............................................................. 112

2.      General Ledger .................................................................................. 121

3.      Budget Administration........................................................................ 125

4.      Capital Assets .................................................................................... 128

5.      Miscellaneous Accounts Receivables ............................................... 133

6.      Grant Management ............................................................................ 134

7.      Activity Accounting............................................................................ 136

8.      Accounts Payable .............................................................................. 137

9.      Materials Management........................................................................ 142

10      Payroll Processing............................................................................. 154

11      Human Resources ............................................................................. 160

12      Workflow Application ......................................................................... 178

**LAWSON**⁴                                      i

L0096024
CONFIDENTIAL

Lawson Response to Public HealthTrust/Jackson Health System          May 18, 2006
RFP 06-5145

Exhibit M ......................................................................................................................................... 193

Exhibit N - Support Resources ......................................................................................................... 209

Exhibit O – Architecture Overview ................................................................................................. 210

Exhibit P – Proposed Applications .................................................................................................. 211

Exhibit Q – Data Center Architecture ............................................................................................. 213

Exhibit R – Existing Network .......................................................................................................... 214

Exhibit R – Existing Network .......................................................................................................... 214

Exhibit S – Hardware Configuration ............................................................................................... 215

Exhibit T – Mobile Devices ............................................................................................................. 216

Exhibit U – Interfaces ...................................................................................................................... 217

Exhibit V – Disaster Recovery ........................................................................................................ 218

SECTION 3 – QUALIFICATIONS OF THE PRIME VENDOR/PROPOSER ................................................ 221

SECTION 4 – QUALIFICATIONS OF ANY PROPOSED SUB VENDOR .................................................... 227

SECTION 5 – PRICE PROPOSAL ...................................................................................................... 232

SECTION 6 – ATTACHMENTS/AFFIDAVITS ........................................................................................ 239

Form A-2 (PHT) ............................................................................................................................... 240

Form A-3 ......................................................................................................................................... 242

Form A-4 ......................................................................................................................................... 243

Form A-5 ......................................................................................................................................... 244

Form A-6 ......................................................................................................................................... 246

Form A-7 ......................................................................................................................................... 247

Form A-8 ......................................................................................................................................... 249

Form A-9 ......................................................................................................................................... 250

Form A-10 ....................................................................................................................................... 251

Form A-11 ....................................................................................................................................... 253

Form A-12 ....................................................................................................................................... 254

**LAWSON.**

ii

L0096025
CONFIDENTIAL

**Lawson Response to Public HealthTrust/Jackson Health System**          May 18, 2006
**RFP 06-5145**

PHT - HIPAA BUSINESS ASSOCIATE ADDENDUM........................................................................ 255

Exceptions to the RFP ............................................................................................................. 261



III

L0096026
CONFIDENTIAL

Lawson Response to Public HealthTrust/Jackson Health System      May 18, 2006
RFP 06-5145

| Functional Capability | Currently Available | Currently Not Available | Attachment |
|---|---|---|---|
| Case carts | Yes | | |
| Exchange carts | Yes | | |
| On-line or batch picking | Yes | | |
| Automatically requests stock transfer from another location. | Yes | | |
| Direct billing to patient through patient accounting for par level replenishment. | Yes | | |
| Capability to perform tracking of equipment rentals. | Yes | | |
| Offer Electronic Invoice Matching. | Yes | | |
| Notify customer item 'killed' (item will not be ordered), or pending orders. | Yes | | |
| Generation of requisitions manually and through system. | Yes | | |
| Consolidation of requisitions across departments | Yes | | |
| Requisitioning process to Stores and Purchase | Yes | | |
| **9f.  Order Entry Management** | | | |
| General order entry functions, including par, cost centers, manual and standard ordering | Yes | | |
| Ability to utilize order books (or ordering templates) | Yes | | |
| **9g.  Commodity Management Functions** | | | |
| Does the system support creation and management of items on a central or remote site and on consignment | Yes | | |
| Does the system support generic and vendor catalogs with subcategories of inventory and stockless items | Yes | | |
| Support unit prices of "No Charge" | Yes | | |
| Support X12832, electronic price catalog data from vendors to the JHS item catalogs with updates to existing items only | Yes | | |
| Ability to update our catalogs with external vendor provided files | Yes | | |
| Ability to update vendor prices based on a contract effective date | Yes | | |
| Ability to track items to specific contracts | Yes | | |
| Ability to track dollars awarded versus purchased | Yes | | |
| Generate bar-code labels | Yes | | |
| **9h.  Inventory Management Functions** | | | |
| Just-in-time, consignment and perpetual inventory types | Yes | | |
| Ability to link inventory usage to patient and procedure identifiers | Yes | | |

**LAWSON**           145

L0096171
CONFIDENTIAL

Lawson Response to Public HealthTrust/Jackson Health System          May 18, 2006
RFP 06-5145

| Functional Capability | Currently Available | Currently Not Available | Attachment |
|---|---|---|---|
| Track expiration dates or recalls on perishable items | Yes | | |
| Update inventory automatically upon receipt, dispensing, transfers and adjustment of goods | Yes | | |
| Support inventory of stock items and automatically generate replenishment orders when the reorder point is reached | Yes | | |
| Maintain multiple units of measure for purchasing and for issuing | Yes | | |
| Ability to produce on demand a report of perpetual inventory reconciliation | Yes | | |
| Supports system average, moving average, and current inventory pricing methodologies | Yes | | |
| Interfaces with hand-held peripherals. Please identify manufacturer and models of compatible devices. | Yes | | |
| Interfaces with bar code readers. Please identify manufacturer and models of compatible devices. | Yes | | |
| Prepares bar code BIN labels. (Warehouse/Par Cart) | Yes | | |
| Stores HIBCC, LIC, UPC and NDC codes. | Yes | | |
| Ability to track patient chargeable items. | Yes | | |
| Maintains descriptive text, as well as special handling instructions, for each item. | Yes | | |
| Designation and reporting of stock vs. non stock. | Yes | | |
| Hazardous materials designations and disposal codes. | Yes | | |
| Expanded item search by: | | | |
|     Vendor catalog # | Yes | | |
|     Hospital-specific code | Yes | | |
|     Partial description of item (e.g. wildcard, contains, etc.) | Yes | | |
|     Manufacturer catalog # | Yes | | |
|     Classification code | Yes | | |
|     Vendor name | Yes | | |
|     Manufacturer name | Yes | | |
| Inventory adjustment reclassification. | Yes | | |
| Item location identifier for main stock areas and departmental areas. | Yes | | |
| Unlimited number of locations? (if not, provide number) | Yes | | |
| Do you allow user-defined item categories for classifying like item types. (i.e. Class Codes) | Yes | | |

**LAWSON**                     146

L0096172
CONFIDENTIAL