# PX-0216

**PX-0216**

CONFIDENTIAL

# EXHIBIT H
# Lawson Professional Services
# Statement of Work

## For



Jackson HEALTH SYSTEM — PUBLIC HEALTH TRUST

Version     16          June 15, 2008



LE00645360
CONFIDENTIAL

# LAWSON

## *Approval*

Document Information:
Document Location
Document Filename   \\prod1\AllClients\_eCapture Data\Lawson\1-Proj01\Discovery Jobs\DJ000042\Attach\438000\437310\JMH Global Statement of Work FINAL v16 - 061508.doc
Amended by         Mike Riley / Alan Wordsworth
Issue Date         June 15, 2008
Version Control:

All changes to the SOW will follow the Project Change Control Procedure. All changes must be made to this SOW through an authorized Change Order.

Approval:
The undersigned hereby approve this SOW and acknowledge that it supersedes any previous versions.

| For Lawson Software Americas, Inc. | For Public Health Trust of Miami-Dade County, Florida |
|---|---|
| (Authorized Signature) | (Authorized Signature) |
| (Printed Name) | (Printed Name) |
| (Title) | (Title) |
| (Date) | (Date) |

LE00645361
CONFIDENTIAL

# LAWSON

## Table of Contents

| | |
|---|---|
| 1. Statement of Work | 4 |
| 2. Project Background Information | 6 |
| 3. Project Scope | 7 |
| 4. Implementation Strategy | 47 |
| 5. Implementation Methodology | 47 |
| 6. Deliverables | 48 |
| 7. Project Schedule and Plans | 63 |
| 8. Implementation Fees | 64 |
| 9. Risk Identification | 68 |
| 10. Quality Strategy and Plan | 68 |
| 11. Changes and Delays | 69 |
| 12. General Project Assumptions | 69 |
| 13. Project Change Control Procedure | 70 |
| 14. Closing Procedure | 72 |
| Appendix A: Roles and Responsibilities descriptions | 73 |
| Appendix B: Sample Service Order Form | 76 |
| Appendix C: Estimated Project Plan | 78 |
| Appendix D: Optional Training | 89 |
| Appendix E: Optional Implementations | 90 |

LE00645362
CONFIDENTIAL

# LAWSON

a. Client will validate the data when the conversion is complete.
b. Client is creating a single instance, in a shared service model.

## 3.5 Data Migration and Conversions

"**Data Migration and Conversion**" refer to any efforts associated with the analysis, cleansing, loading and reconciling of current or historical data from other systems into Lawson systems, whether by manual or programmatic methods. The following sections detail the activities, roles, responsibilities, assumptions, and scope with respect to the data migration and conversion tasks included in this Statement of Work.

### 3.5.1 Data Migration and Conversion Scope

Only the conversions identified below are within the scope of the Project.

> #### 3.5.1.1 Master File and Configuration Table Value Builds
> The data to be converted will be identified during the Design phase. The Lawson functional consultants will provide assistance with data mapping support, data loading support and executing uploads via Lawson Add-ins tool to build the required master files and configuration/setup table values.
>
> For master file and configuration table value builds to build the system, the Customer is responsible for data cleansing, data extraction, data mapping, data conversion, and data validation. The Customer will have access to Lawson's conversion manuals and file layouts and a conversion work session will be conducted to review the Lawson standard conversion programs and conversion process. Any additional effort the Customer may require from Lawson to execute the data conversion will be subject to the Project Change Control Procedure described in Section 13 of this SOW.

LE00645374
CONFIDENTIAL

# LAWSON

Table 3.5.1.1 - Responsibilities for: Master File and Configuration Table Value Builds

| Activity | Responsible | Key Assumptions | Description |
|---|---|---|---|
| Extract data from legacy applications | Customer | The customer has tools and the competency to execute this data responsibility | All activities involved in getting data from existing customer systems into the appropriate cleansing tools |
| Data Migration Workshops | Lawson | This activity is included in the budget and scope | Cross functional workshops to define the data migration process and mapping required |
| Migration Strategy and process description | Lawson | The customer has suitably qualified personnel that have experience and knowledge of existing legacy systems | A deliverable from the migration workshops. Defines how the process is going to be managed and routines used |
| Transform Data | Customer | The customer has suitably qualified personnel that have experience and knowledge of existing legacy systems | The legacy data is transformed into the Lawson record layout structure. Customer uses MS-Addins tools to translate the data to the new system values. New fields are created and populated. |
| Data cleansing and rationalization | Customer | The customer will be advised at the appropriate time in the project plan to be able to make good decisions on the data cleansing requirements. Data cleansing activity timing will be based on the Customer's understanding of the new application. All rework related to poor data quality may result in a change request. | All data fields will be reviewed by the appropriate qualified business owner to ensure that data is accurate and meets the business requirements. For example, all supply lead times, must be signed off by the Supply Chain Management business in line with the project milestones. |
| Training in data migration tools | Lawson | The IT responsible has the competency and pre-requisite skills to be able to understand the tools and methods | Standard Training/Education courses will be delivered by Lawson qualified staff. |
| Test load sample data | Lawson | There is a new environment for data migration with master configuration tables | Client responsible for providing sample data. Typically samples of customers, vendors etc. Lawson is responsible for executing the load of the test data. |

LE00645375
CONFIDENTIAL

# LAWSON

| Activity | Responsible | Key Assumptions | Description |
|---|---|---|---|
| Production data load | Lawson | There is a new environment for data migration with master configuration tables | Client responsible for validating data and signing off on upload data set. Typically samples of customers, vendors etc. Lawson is responsible for executing the load of the test data. |
| Test data within critical business processes | Customer | The Process Owners have been trained in the Lawson application | Process owners will test the critical business processes using sample data during the Acceptance test |
| Full Migration - Systems test | Lawson | | All data will be migrated to ensure performance is measured. All data including history required |
| Full Migration Full scale test | Lawson | The testing requirements and process will be determined by the Test Plans. | Final test of the whole data |
| Live Migration | Lawson | There is a contingency plan | Live data migration |

Table 3.5.1.1.1 - Master File and Configuration Table Value Builds in Scope

| Item # | Converting From System | File | Type Conversion (MF = Master File, T = Transactions File | Period of Time | Content | Method | Complexity |
|---|---|---|---|---|---|---|---|
| 1 | Eclipsys | Vendor Master | MF | Current | Demographic information about active Vendors | Microsoft Addins | L |
| 2 | Eclipsys | Item Master | MF | Current | Active Item Information – | Microsoft Addins | M |
| 3 | Eclipsys | Vendor Catalog | MF | Current | Active Vendor Catalog information<br><br>LAWSON RESPONSE: Catalog information is a part of Lawson's item master. It would be converted as a part of conversion item # 2 above. | See item 2 | See item 2 |
| 4 | Eclipsys | Order Books | MF | Current | Order Book – ordering templates | Microsoft Addins | L |
| 5 | Eclipsys | Inventory | MF | Current | Current inventory balances | Microsoft Addins | L |
| 6 | Meditech | Vendor Master | MF | Current | Demographic information about active Vendors | Microsoft Addins | L |

LE00645376
CONFIDENTIAL