# PX-0219



*Response to Request for Proposal #6123*
# Scottsdale Unified School District No. 48
Financial Management Software

December 14, 2005

Toby Genaro
**Lawson Software**
2030 Main Street, Suite 400
Irvine, CA 92614
626-683-7366
toby.genaro@lawson.com
www.lawson.com

Lawson Software Confidential – All information provided herein, and attached hereto, shall be considered as proprietary and confidential to Lawson Software, Inc. The receiver of such information shall exercise reasonable precautions to prevent access to other than authorized representatives of the receiver.

L0108835
CONFIDENTIAL

# Table of Contents

PROPOSAL POLICY ...................................................................................................................................... 1

TAB 1 - COVER LETTER ................................................................................................................................. 1

TAB 2 - MANAGEMENT EXECUTIVE SUMMARY ............................................................................................. 3

TAB 3 - OFFEROR QUALIFICATIONS .............................................................................................................. 6

TAB 4 - OFFEROR FINANCIAL INFORMATION ................................................................................................ 8

TAB 5 - APPLICATION SOFTWARE MODULES ............................................................................................... 12

General Ledger ........................................................................................................................................ 13

Grant Management .................................................................................................................................. 16

Budgeting and Planning ........................................................................................................................... 17

Project and Activity Accounting ............................................................................................................... 18

Payables Management ............................................................................................................................ 20

Accounts Receivable ............................................................................................................................... 23

Asset Management .................................................................................................................................. 25

Purchase Order ....................................................................................................................................... 28

Requisitions ............................................................................................................................................. 29

Inventory Control ..................................................................................................................................... 30

Human Resources and Personnel Administration .................................................................................. 31

Payroll Administration .............................................................................................................................. 33

Benefits Administration ............................................................................................................................ 35

Position Control ....................................................................................................................................... 36

Time and Attendance .............................................................................................................................. 37

Self-Service/Portals ................................................................................................................................. 38

Lawson Reporting Suite .......................................................................................................................... 39



L0108836
CONFIDENTIAL

Administration/Development Toolsets ................................................................................................41

**TAB 6 - SYSTEM SOFTWARE AND SOFTWARE OPERATION** ................................................................42

Buncombe County Case Study .............................................................................................................54

**TAB 7 - HARDWARE** ..............................................................................................................................63

**TAB 8 - HARDWARE AND SOFTWARE SUPPORT AND MAINTENANCE** ...............................................67

**TAB 9 - IMPLEMENTATION** ....................................................................................................................71

**TAB 10 - TRAINING** ............................................................................................................................113

**TAB 11 - DOCUMENTATION** ...............................................................................................................121

**TAB 12 - DATA CONVERSION** ............................................................................................................122

**TAB 13 - OFFEROR QUALIFICATIONS** ...............................................................................................126

**TAB 14 - IMPLEMENTATION AND ABILITY TO EXECUTE** ..................................................................133

**TAB 15 - HARDWARE COMPATIBILITY COMPARISON** ......................................................................145

**TAB 16 - SOFTWARE COST** ................................................................................................................146

**TAB 17 - IMPLEMENTATION AND TRAINING COST** ...........................................................................155

**TAB 18 - HARDWARE COSTS** .............................................................................................................163

**TAB 19 - OFFER AND ACCEPTANCE** ..................................................................................................164

**TAB 20 - NON-COLLUSION AFFIDAVIT** .............................................................................................165

**TAB 21 - EXCEPTIONS TO TERMS AND CONDITIONS** .......................................................................166

**TAB 22 - SUPPLEMENTAL QUESTIONNAIRE** .....................................................................................178

**TAB 23 - SOLICITATION AMENDMENTS** ............................................................................................189

**APPENDIX** ........................................................................................................................................ A-1

Lawson Professional Services Consultant Resumes ....................................................................... A-2


L0108837
CONFIDENTIAL

Lawson Master Terms and Conditions ................................................................................................ A-3

Lawson Product Order FormLawson Master Services Agreement ................................................ A-4

Lawson Master Services Agreement .................................................................................................. A-5

BSI Support Agreement ...................................................................................................................... A-6



L0108838
CONFIDENTIAL

# Lawson's Procurement Suite

## Purchase Order

*Purchase Order Overview*

Browser-based and fully integrated with Lawson Financials and other Lawson applications, Lawson's Purchase Order streamlines the procurement process — from establishing vendor pricing agreements and contracts, importing and maintaining item information, creating and issuing purchase orders, to receiving goods. As a result, errors are reduced and suppliers in the virtual supply chain are kept informed. In addition, Purchase Order improves the accuracy and timeliness of information flow, internally and to suppliers. And that translates to enhanced vendor relationships and an improved organizational image.

*B2Bi and G2Bi Applications*

Lawson's business to business integration (B2Bi) and G2Bi applications enable new value-added functionality, including real time access to vendor-managed content and the ability to 'outsource' the tedious task of constant item maintenance to trusted trading partners. Lawson's e-Procurement solution provides a strong infrastructure, enabling new value-added access to a growing list of trading partners and stakeholders that are able to deliver functionality and services through the Internet.


L0108867
CONFIDENTIAL

## Requisitions

| | |
|---|---|
| *Requisitions Overview* | Requisitions, part of the Lawson Procurement Process Suite, automates the ordering of supplies, services, and equipment. Employees at all levels are assuming more responsibility for monitoring and replenishing supplies. Requisitions give the employees the tools to review and request products in a user-friendly, flexible format. |
| *Streamlined Data Entry* | Designed to facilitate quick and easy requisition creation, the system is designed to automatically populate data fields on the requisition. These elements, such as user default accounting codes, project codes, address, approval hierarchy, all free the requester from time consuming operations, and require only pertinent fields to be populated. |
| *Single Point of Entry* | One point of entry is provided for all requests. For example, routine and non-routine items are ordered using the same entry screen. This standardized format helps speed up and simplify the requisition process. Approval routings may be specified based on a number of criteria, such as cost or item type. As a result, buyers can spend less time obtaining signatures and more time on strategic activities. At the same time, managers at all levels are informed of the activities. |
| *Additional Requisition Features* | Several features of Lawson's Requisition include:<br><br>• Custom catalogs and templates – details supplies used at any online location and enters accounting, source, and quantity information<br>• Paperless process – automatically routes requisitions to the appropriate staff, based on user-defined criteria<br>• Automatically sources non-inventory items based on best price or existing contract<br>• Stock, non-stock, special items or services on single requisition<br>• Buyer review prior to creation of purchase order with merging of multiple requisitions ability<br>• Multilevel approval workflow |



L0108868
CONFIDENTIAL

## Inventory Control

| | |
|---|---|
| *Inventory Control Overview* | Inventory Control enables you to effectively monitor and manage inventory throughout the organization. Its flexible design and complete integration with Requisitions and Purchase Order applications help facilitate a smooth flow of information and products. Fully Web-deployable, Inventory Control connects any number of locations and storage bins, wherever inventory exists with the Districts. |
| *Real-time Calculation* | Inventory Control continually calculates your reorder information to adjust Economic Order Quantities and Reorder Points. With the ROP set, the system automatically generates replenishment orders to keep shelves stocked at the appropriate levels, even during periods of fluctuation. |
| *Additional Inventory Control Features* | Several features of Lawson's Inventory Control include:<br><br>• Easy to maintain items through user-formatted screens and mass maintenance<br>• Variable decimals for both cost and quantity to handle diverse item requirements<br>• Shelf-life tracking for date-sensitive materials<br>• Multiple replenishment methods including fixed or variable order point, minimum/maximum or DRP<br>• DRP modules handles time-phased, order-point-driven replenishment<br>• Multiple costing methods including average, standard, LIFO and FIFO |


L0108869
CONFIDENTIAL

**Detailed Steps to Complete Data Conversions by Proposed Data Module**

*Conversion Tasks, Responsibilities and Deliverables by Phase:*

| Conversion Tasks | Deliverable | Owner | Implementation Phase |
|---|---|---|---|
| Provide Conversion Workbooks | Conversion manuals delivered for each purchased product code | Lawson | Planning |
| Conduct one-day mapping session for each conversion program to facilitate coding discussion between District business and technical resources. | Workshop delivered | Lawson | Planning |
| Document all conversion programs required and estimated work effort to complete those conversions | Migration Plan | Lawson | Design |
| Determine level of history to convert | Migration Plan | District | Design |
| Determine if legacy files require clean-up and method to accomplish clean-up | | District | Design |
| Extract data from legacy or non-Lawson system to be converted using Lawson prescribed methods | | District | Design |
| Clean the data | Clean data | District | Design |
| Code program logic to map data from legacy or non-Lawson system to Lawson API file layout formats | Conversion maps (1st Iteration) | Lawson and District | Design |
| Create detailed program definitions, develop prototype, unit test, and document customizations | | Lawson and District | Design |
| Load small sample of converted data for CRP | Data loaded in system | Lawson and District | Design |
| Validate data during unit testing of conversions | Conference Room Pilot sign off | District | Design |
| Complete data mapping | Conversion maps (Final) | Lawson and District | Construction |
| Develop final data extract and mapping programs | Conversion maps and extract programs (2nd iteration) | Lawson and District | Construction |
| Load converted data for system test | Data loaded in system | Lawson and District | Construction |
| Validate data integrity in | System test sign off | District | Construction |



L0108954
CONFIDENTIAL

| | | | |
|---|---|---|---|
| system test | | | |
| Final conversion of live data | Data loaded in system | Lawson and District | Activation |
| Validate data integrity in production | Final sign off | District | Activation |

**List of Conversions included in Scope***

*Lawson will provide an estimate for the conversion of additional years of history upon further review of the District's current system

| Application | Conversion File | Conversion Recommendations |
|---|---|---|
| AP | Vendor Master | All active/1 yr history |
| AP | Vendor Balances | 1 year history |
| AP | AP History | 1 year history |
| AP | AP Payment History | Not recommended |
| AP | Open AP Invoices and Distributions | 1 year active vendors only |
| Budgeting | Budget Master Conversion | Current fiscal year/ 1 year history |
| GL | Chart of Accounts Conversion | All active accounts |
| GL | Accounting Unit Conversion | All active accounting units |
| GL | GL Balances Conversion | Active accounts / 1 year history |
| GL | Transactions | 1 year history |
| Projects | Activity | All active projects |
| Projects | Activity Transaction | All active/ 1 year history |
| Projects | Activity Budget | Current year/ 1 year history |
| Inventory | Item Master | All active items |
| Inventory | Item Locations | All active locations |
| Inventory | Item Location (Inventory) Balances | Existing balances |
| Purchasing | Open Contracts | All open contracts and 3 yrs closed |
| Purchasing | Open Purchase Orders | All open purchase orders and 3 yrs closed |
| Purchasing | Open PO Receipts | All open PO receipts |
| Purchasing | PO Vendor Master | All active PO vendors |
| Purchasing | Requesters | Not applicable |
| Purchasing | Requesting Locations | Not applicable |
| Purchasing | Open Requisitions | All open requisitions |
| AR | AR Customer Conversion | All Active/1 yr history |
| AR | AR Balance Conversion | Current year/1 year history |
| AR | AR Transaction History | 1 year history |
| AR | AR Payments | 1 year history |
| AR | AR Payment Application | 1 year history |
| AR | AR Open Transactions | All open |
| HR | Employee Master | All active employees |
| HR | Dependents | All current |
| HR | Emergency Contact | All current |
| HR | Supervisor Conversion | All current |
| HR | Employee History | 3 years |
| HR | Job Code Conversion | All active |



L0108955
CONFIDENTIAL