# PX-0276

Fax Server 11/30/2007 2:30 PM PAGE 14/055 Fax Server
Case 3:09-cv-00620-REP Document 758-7 Filed 06/22/11 Page 2 of 8 PageID# 22468

**PX-0276**

# LAWSON

# Lawson Professional Services
# Statement of Work

## For

## Deaconess Health System

| | |
|---|---|
| Template Version | v1.05 |
| File | Deaconess Hospital Global SOW 110707.Doc |
| Version | Version 7 |
| Status | Final |

4757
L0294084
CONFIDENTIAL

# LAWSON

## Approval

Document Information:

Document Location

Document Filename    Deaconess Hospital Global SOW 110707.Doc

Amended by          Mike Riley

Issue Date          11/07/2007

Version Control:

All changes to the SOW will follow the Project Change Control Procedure. All changes must be made to this SOW through an authorized Change Order.

Approval:

The undersigned hereby approve this SOW and acknowledge that it supersedes any previous versions.

For **Lawson Professional Services**                    For **Deaconess Health System**

_Martin E Jokinen PT_                                   _____
(Authorized Signature)                                  (Authorized Signature)

_Martin Jokinen_                                        _Bruce Epmeier_
(Printed Name)                                          (Printed Name)

_VP Services_                                           _VP, Facilities/Support Services_
(Title)                                                 (Title)

_11-30-07_                                              _11-30-07_
(Date)                                                  (Date)

L0294085
CONFIDENTIAL

# LAWSON

## Table of Contents

| | |
|---|---|
| 1. Statement of Work | 4 |
| 2. Project Background Information | 4 |
| 3. Project Scope | 4 |
| Standard Install v9.0 Technologies | 13 |
| 4. Implementation Strategy | 19 |
| 5. Implementation Methodology | 20 |
| 6. Deliverables | 20 |
| 7. Project Schedule and Plans | 25 |
| 8. Project Budget | 25 |
| 9. Risk Identification | 25 |
| 10. Quality Strategy and Plan | 26 |
| 11. Commercial Terms | 26 |
| 12. General Project Assumptions | 26 |
| 13. Project Change Control Procedure | 27 |
| 14. Closing Procedure | 27 |
| 15. Appendix A: Roles and Responsibilities descriptions | 28 |
| 16. Appendix B: Approved Change Orders | 30 |
| 17. Appendix C: Cost Estimate Detail | 31 |
| 18. Appendix D – Lawson Business Intelligence | 33 |

L0294086
CONFIDENTIAL

# LAWSON

## 5. Implementation Methodology

The Lawson methodology will be used throughout this Project and the methodology is based on Project management Institute (PMI) standards and will be used to manage the project.

### Project Database

Project team members from Lawson and Customer will use a Lawson Project data repository which will be provided by Customer for Project issues and Project documentation.

### Key Assumptions:

1) Project transparency and communication channels will support the success of this Project and Lawson assumes a schedule of management meetings with:
   - the Customer Project steering committee every month and upon request within two (2) weeks' notice
   - The Project's management team for one (1) hour every week; other times upon request.
2) All organizational units and facilities will be implemented on a common system, with common master files, setup, and business processes to the extent that Customer's main facility provides shared purchasing services to these organizations.

### 5.1 Deviations to Implementation Methodology

The methodology will be followed as it is defined. Additional functionality has been added:

- 80 hours for Requisition Self-Service Processflow has been added
- A Supply Chain Management Dashboard with three Smart Notes and access to three reports as defined in Appendix D
- A Human Capital Management Dashboard with three Smart Notes and access to three reports as defined in Appendix D
- Receiving and Delivery have been added to the scope
- Additional time has been added for assistance at Go-Live for the Deaconess Gateway location

No deviations to the Lawson Community Hospital Model Implementation Methodology have been identified.

## 6. Deliverables

The following deliverables will be produced. Ownership and assistance for these deliverables is listed below:

Owner: The party responsible for the completion of the task and/or deliverable

Assist: The party responsible for providing input and guidance to the owner(s) so that the owner(s) can accomplish the task / deliverable.

| ROLES & RESPONSIBILITIES |
|---|

**PLANNING**

| Deliverables | Owner | Assist/ Collaborate | Completion Criteria |
|---|---|---|---|
| | | | |

L0294103
CONFIDENTIAL

# LAWSON

| Deliverables | Owner | Assist/ Collaborate | Completion Criteria |
|---|---|---|---|
| Scope Statement | Lawson | Customer | Version one Scope Statement is approved by Customer and Lawson. |
| Communication Plan | Customer | Lawson | Communication Plan Approved by Customer and Lawson. |
| Project Budget. | Lawson | Customer | Version one budget complete. Cost, Schedule and Management plan complete and approved by Customer and Lawson. |
| Project Charter | Lawson | Customer | Version one Project Charter complete and approved by Customer and Lawson. |
| Change Control System Document. | Customer | Lawson | Change Control System Document completed and approved by Customer and Lawson. |
| Organizational Change Management Plan | Customer | N/A | Change Management plan completed and approved by Customer. |
| Risk Management Plan | Lawson | Customer | Risk Management plan completed and approved by Customer and Lawson |
| Project Education Plan | Lawson | Customer | Education Project Plan is approved by Customer. |
| Project Plan | Lawson | Customer | Version One Mutually Authored Project Plan approved by Customer and Lawson. |
| Conversion Workbooks | Lawson | N/A | Conversion manuals delivered for each purchased product code |

**DESIGN**

| Deliverables | Owner | Assist/ Collaborate | Completion Criteria |
|---|---|---|---|
| As-Is Process Flows | Customer | | As-Is Process flows Documented. |
| Interface Matrix | Customer | Lawson | Interface Matrix |
| As-Is Assessment Document | Customer | | As-Is Assessment Document |
| Technical Policy & Procedures document | Lawson | Customer | Technical Overview Workshop Complete and Technical Policy & Procedures document complete. |
| Business Process Design Document | Lawson | Customer | Complete and approved by Customer. |

L0294104
CONFIDENTIAL

# LAWSON

| | | | |
|---|---|---|---|
| Migration Plan/Conversion Matrix | Customer | Lawson | Migration Plan/Conversion Matrix complete |
| System Integration Plan<br>Interface Matrix | Customer | Lawson | System Integration Plan<br>Interface Matrix |
| Interface Define Business Definition requirements | Customer | | Customer has completed and signed off on the Interface business definition requirements |
| Interface Functional Specification requirements | Customer | | Lawson has developed the functional specification requirements |
| Approve Interface Specifications | Customer | | Customer has signed off and approved the Interface specifications |
| Develop Interface test specifications | Customer | | Customer has developed the acceptance criteria for the Interface |
| Develop Interfaces | Lawson | | Lawson will code the interfaces |
| Unit Test Interfaces | Lawson | | Lawson will perform a unit test to ensure interface executes as specified by client |
| EDI Set up | Lawson | Customer | Set up with one partner and four transaction sets (850, 855, 832, 810) |
| CRP Test scripts | Lawson | Customer | CRP Test scripts, including information to be tested and expected outcomes |
| CRP Issues Log | Lawson | Customer | CRP Issues Log complete, action plan complete |
| Policy and Procedure Manuals | Customer | | Policy and Procedure Manuals |
| End User Training Materials | Customer | Lawson | End User Training Materials – developed from CRP Testing Scripts by Customer using their license of Captivate |
| End User Training Plan | Customer | | |

## CONSTRUCTION

| Deliverables | Owner | Assist / Collaborate | Completion Criteria |
|---|---|---|---|
| System Test Plan | Lawson | Customer | Mutually Accepted System Test Plan |
| System Test Scripts | Lawson | Customer | System Test scripts completed |
| Readiness Assessment Report | Lawson | Customer | Readiness Assessment Report for System Testing |

L0294105
CONFIDENTIAL

# LAWSON

| Deliverables | Owner | Assist / Collaborate | Completion Criteria |
|---|---|---|---|
| SIT Test Issue Log | Lawson | Customer | SIT Test Issue Log Complete |

## ACTIVATION

| Deliverables | Owner | Assist/ Collaborate | Completion Criteria |
|---|---|---|---|
| Readiness Assessment Report completed | Lawson | Customer | Readiness Assessment Checklist and Report completed |
| Project Sign-off | Customer | Lawson | Final Sign off and approval by Customer Executive Project Decision Team. |

**LSF 9 Upgrade Deliverables:**

### LSF 9.x Roles and Responsibilities

| Activity | Owner | Assist | Deliverables |
|---|---|---|---|
| Project Coordination | LPS | DH | -Planning Session<br>-Weekly Conference calls<br>-General Project Coordination work |
| Project Plan | DH | LPS | -Project Plan |
| Server Tech Install | LPS | DH | -Install two instances (test and dev) |
| Test Upgrade LSF Pass (twice) | LPS | DH | -Migration of product lines from 8.0.3 to 90<br>-Migration of security classes/LAUA<br>-Migration of users<br>-Migration of reports<br>-Migration of jobs<br>-Migration of rd30 information to LDAP<br>-Migration of process flows<br>-Migration of Design Studio |
| Production Cutover | DH | LPS | -3 days for cut-over |
| Production Support | LPS | DH | -2 days Post Production support |

## 6.1 Project Organization

The following project organization will apply for the duration of the project.

Key Assumptions:

(1) Lawson assumes that Customer will provide appropriate office facilities to all full-time and part-time team members assigned to the core Project team as may be required from time to time. This includes, but is not limited to, office space, work desks, networked computers, and Microsoft Office productivity

L0294106
CONFIDENTIAL