# PX-0280

PX-0280

# LAWSON™

## Lawson Software Response to



## Presbyterian Healthcare Services

## ERP System Request for Proposal

### March 22, 2005

Submitted by:
Lisa Roberts
Account Executive
Lawson Software
1096 South Vine Street
Denver, CO  80209
(O) 303.871.0848
(F) 810.461.0735
(C) 303.887.7233
lisa.roberts@lawson.com
www.lawson.com

LE00206653
CONFIDENTIAL


**ERP System Request for Proposal**


Lawson Software Response

# TABLE OF CONTENTS

1.  SECTION 1   Notice to Respondents

1.1 General
1.2 Submittal Deadline
1.3 PHS Contacts
1.4 Inquiries and Interpretations
1.5 Proposal and Evaluation Timeline
1.6 Criteria for Selection

2.  SECTION 2   Proposal Requirements

2.1 General Instructions
2.2 Preparation and Submittal Instructions
2.3 Pricing and Delivery Schedule
2.4 Terms and Conditions

3.  SECTION 3   Organization Overview

3.1 Background
3.2 Statistical Summary
3.3 Current System Environment

4.  EXHIBIT A   Pricing and Delivery Schedule


5.  EXHIBIT B   RFP Questions

B-1 Vendor Vision and Viability
B-2 Vendor Background/Financial Information
B-3 Technical
B-4 E Commerce and Integration
B-5 Human Resources
B-6 Materials Management
B-7 Financial

LE00206654
CONFIDENTIAL

**PRESBYTERIAN**
ERP System Request for Proposal

**LAWSON**
Lawson Software Response

[Screenshot of Lawson Price Class (PC08.1) screen showing columns for FC, Price Class, Cost Limit, Mark Up Percentage, Add On Amount, Rounded To Amount, and Minimum Price with entries for MISC, MSN, PROS, and PTC item groups.]

| M16 | What electronic transaction sets can be handled? | 5 | See response below. |
|---|---|---|---|

Lawson Procurement supports Electronic Data Interchange with numerous vendors and suppliers. Transactions that are currently supported include 850 Purchase Order, 855 PO Acknowledgement , 856 Advance Ship Notification, 810 Invoice and 832 Item Catalog. Additionally, Lawson provides interface files within each module to further the exchange of information as needed.

| M17 | What kinds of tools are available to support the purchase, receipt and issue of third party reprocessed supplies? | 5 | See response below. |
|---|---|---|---|

All Lawson procurement functionality is available to assist in the purchase, contract pricing, receipt and issue of third party reprocessed supplies. Reports or Smart Notifications can compare and contrast new versus reprocessed utilization and cost analysis of each transaction or summarize user defined period usage.

LE00206842
CONFIDENTIAL

**PRESBYTERIAN**
ERP System Request for Proposal

**LAWSON**
Lawson Software Response

Controls enables multiple locations to be defined, tracked and replenished automatically. Additionally, the Lawson Procurement System enables users to view on hand, on order and committed quantities easily throughout the system. Lawson Par Management can even assist with suggest par levels based on historical usage.

Based on Lawson flexibility, an unlimited number of inventory / asset locations can be defined within the system. Each of these locations can utilize the same item number but update item characteristics to reflect the reorder point, the replenishment criteria, the patient charge status, consignment status etc of each item in each location.



| M22 | How can an end-user utilize your solution to order an item from CS for direct delivery to floor? | 5 | See response below. |
|---|---|---|---|

Lawson Requisition Self Service enables users to order any type of item—stock, non-stock, special or service from a single user interface. Lawson enables users to perform searches within the catalog or utilize UNSPSC categories for selection. Lawson Eprocurement also supports Punchout technology that enables users to access external supplier catalogs and bring selected items back to the Lawson Requisition for processing. Additionally, users can select items from predefined shopping lists. The Shopping lists can be defined at the

LE00206846 CONFIDENTIAL

Make codes determine the kind of kit that is created. You can change a make-to-order kit to a finished good by changing its make code.

Additionally, Lawson delivers Surgical Instrument Management (SIM).



SIM is a comprehensive application that
reduces instrument costs
boosts staff productivity
increases service levels
SIM will help hospitals gain greater visibility and control of surgical instruments
SIM will enable hospitals to optimize
instrument inventory levels
improve instrument utilization rates
increase the productivity of staff assembling surgical trays and carts.
This directly improves a hospital's bottom line and patient care by reducing the number of delayed or cancelled surgeries

|  | Requisitioning |  |  |
|---|---|---|---|
| M24 | Describe your ordering tools for various types of items – stock, non-stock and non-catalog. | 5 | See response |

|  |  |  | below. |
|---|---|---|---|

**Lawson Requisitions enables users to view on-line catalogs for stock and non-stock item, select items from that catalog or a template and add additional comments to their requisitions. Also, Requesters can add non catalog items such as service or specials through item free form input. Additionally, Requester can view all previously created requisitions and status with Requisition Inquiry.**

| M25 | Describe your system's ability to establish global Requisition templates, and its ability to support role-based modification of Requisition templates. | 5 | See response below. |
|---|---|---|---|

**Users have the ability to select items from the item catalog, external vendor catalogs (Punchout) or from predefined shopping lists. The Shopping lists can be defined at the Company, Location or Requester levels. Requesters based on security may be given access to update or create templates.**



| M26 | Describe how JIT/Stockless requisitioning is accomplished. How would par forms and SupplyScan requisitions be incorporated? How does your solution | 5 | See response |
|---|---|---|---|

LE00206849
CONFIDENTIAL



**PRESBYTERIAN**
ERP System Request for Proposal

**LAWSON**
Lawson Software Response

| M28 | Describe your system's ability to search for common items via a synonym search, partial name or other criteria. | 5 | See response below. |
|---|---|---|---|

Lawson enables users to easily search for items by an almost any item field within the system. Common search fields include item number, item description, secondary item description, item class, purchasing class, vendor item, manufacturer item, generic name, UPC, NDC, SKU, HIBCC, UCC-EAN etc. Additionally, users can utilize synonyms for keyword searches.



| M29 | How does your system support prevention of users from changing contracted vendors for certain products to another vendor without approval? | 5 | See response below. |
|---|---|---|---|

Based on Lawson's pricing hierarchy, contract pricing can default to a requisition when and item is selected. Within the requester definition screen, you can be given the ability to override or not override contract pricing.