# PX-361

# PLACEHOLDER