# PX-363

# PLACEHOLDER