# PX-364 (CD)

# PLACEHOLDER