# PX-367

# PLACEHOLDER