# PX-368 (CD)

# PLACEHOLDER