# PX-369

# PLACEHOLDER