# PX-370 (CD)

# PLACEHOLDER