# PX-374

# PLACEHOLDER