# PX-376 (CD)

# PLACEHOLDER