# PX-378 (CD)

# PLACEHOLDER