# PX-379

# PLACEHOLDER