# PX-380 (CD)

# PLACEHOLDER