# PX-0517

Case Clip(s) Detailed Report
Wednesday, January 05, 2011, 9:10:55 PM

**PX 517**

**0_W3301**

 **Frank, Jeff (Vol. 01) - 10/09/2009**     1 CLIP  (RUNNING 00:42:16.900)

 Thank you for your patience as we were ...

**JFEDIT**     **35 SEGMENTS  (RUNNING 00:42:16.900)**

**1. PAGE 9:09 TO 9:15  (RUNNING 00:00:11.100)**

```
09      Q    Thank you for your patience as we were
10 setting up there.  Can you just state your full
11 name for the record, sir.
12      A    Jeffrey Paul Frank.
13      Q    And who are you currently employed by,
14 Mr. Frank?
15      A    Lawson Software.
```

**2. PAGE 11:12 TO 11:22  (RUNNING 00:00:20.800)**

```
12      Q    Why don't we start with, what's your job
13 title at Lawson Software?
14      A    Vice president of marketing.
15      Q    How long have you held that position,
16 sir?
17      A    Approximately three years.  A little over
18 three years.
19      Q    How long have you been employed by Lawson
20 Software?
21      A    It will be seven years on January 2nd of
22 2010.
```

**3. PAGE 17:02 TO 18:16  (RUNNING 00:01:30.300)**

```
02      Q    Let's go back to your job
03 responsibilities and duties as the vice president
04 of marketing at Lawson.  Can you give me a high
05 level overview of what those entail?
06      A    My overall focus is oversight for
07 Americas marketing, with the primary emphasis being
08 on North America.  And that includes really all
09 aspects of our marketing activities.
10      Q    What kind of marketing activities are you
11 involved in in the Americas?
12      A    Our primary focus, our primary
13 go-to-market approach is via industries.  So it is
14 our marketing activities from lead generation to
15 brand building evidence in our target markets or
16 industries.
17      Q    And how do you go about doing that to
18 those industry sectors?
19      A    We have teams that are organized,
20 marketing teams that are organized around those
21 industries.
22      Q    And how do they reach out to those
00018:01 industries to promote Lawson's software ERP
02 solutions?
03      A    Through a wide variety of activities
04 ranging from direct marketing to events, trade
05 shows, electronic marketing, just to name a few
```

**CONFIDENTIAL**

**Case Clip(s) Detailed Report**
Wednesday, January 05, 2011, 9:10:55 PM

**0_W3301**

```
        19      Q    Is it the marketing department that
        20 actually loads that content once it's prepared?
        21      A    Yes.
        22      Q    Does the marketing department take steps
00032:01 to ensure that the information contained on the
        02 website is as accurate as possible?
        03      A    Yes.
        04      Q    How does the marketing department go
        05 about doing that, sir?
        06      A    Really there's two parts to the process.
        07 In the case of product-type functionality, it goes
        08 through a review by the product management
        09 organization.  And then with any of the content
        10 that we place on our website, it goes through a
        11 legal review.
        12      Q    And what's the purpose of the legal
        13 review?
        14      A    To make sure that the content is
        15 accurate.
        16      Q    And is that because potential customers
        17 and other interested parties are going to be
        18 accessing information from the website and you want
        19 it to be as accurate as possible?
        20      A    I believe that is one of the reasons,
        21 yes.
        22      Q    Is it fair to say that you want people to
00033:01 be able to rely on the information that's provided
        02 to them on the website?  Correct?
        03      A    Yes.
        04      Q    Does the company's website provide to
        05 your knowledge white papers that describe the
        06 features and functionality of the company's
        07 products?
        08      A    It contains white papers.  I can't speak
        09 to whether it describes specific functionality of
        10 the products.
        11      Q    Do you know what the purpose of the white
        12 papers are that are loaded onto the company's
        13 website?
        14      A    Yes.
        15      Q    What's that, sir?
        16      A    It ranges.  So it ranges from specific
        17 product information to white papers on general
        18 industry issues and topics that have nothing to do
        19 with software.  So it can be for a wide variety of
        20 reasons, purposes.
        21      Q    But there are white papers that are
        22 available on the company's website that are
00034:01 directed to Lawson's products, correct?
        02      A    Yes.
        03      Q    And again, it's Lawson's intention that
        04 these white papers provide accurate information to
        05 whoever is viewing them with respect to the
        06 features and functionality of the company's
        07 products, right?
        08      A    Yes.
```

**Case Clip(s) Detailed Report**
**Wednesday, January 05, 2011, 9:10:55 PM**

**0_W3301**

```
            19      A    It is a library of approved responses,
            20 templated responses to standard types of questions,
            21 comment types of questions that we receive.
            22      Q    So it is not unusual in this RFP process
    00040:01 for customers to have the same types of questions
            02 about the features and functionality of a product,
            03 say an M3 or an S3; is that correct?
            04      A    That's correct.
            05      Q    So the company has anticipated those
            06 questions or through experience understands what
            07 those questions are, and prepares a stock set of
            08 answers that can be plugged in for the RFP process,
            09 correct?
            10      A    That's correct.
            11      Q    And just like the website, is it Lawson's
            12 intention that those templates or stock answers to
            13 these common questions be as accurate as possible
            14 with respect to the features and functionalities of
            15 the products?  Correct?
            16      A    Correct.
            17      Q    It's not Lawson's intent to mislead
            18 anybody about the features and functionality of its
            19 software products, right?
            20      A    That's correct.
            21      Q    So if we were looking at a response to an
            22 RFP with respect to the features and functionality
    00041:01 of an ERP solution such as M3 or S3, we should be
            02 able to rely on the accuracy of that information,
            03 correct?
            04      A    That's correct.
```

**13. PAGE 44:02 TO 45:14 (RUNNING 00:01:34.100)**

```
            02      Q    Do you do any market research with
            03 respect to business opportunities in these industry
            04 sectors you've been talking about?
            05      A    Yes.
            06      Q    Are there any industry reports that
            07 Lawson relies upon to understand the needs of the
            08 ERP market?
            09      A    Yes.
            10      Q    Can you give me some examples?
            11      A    Examples would be through our
            12 relationships with some of the industry analysts
            13 such as Gartner Group, Forrester, just to name a
            14 few.
            15      Q    Aberdeen?
            16      A    In the past, yes.
            17      Q    Which of those three that we just
            18 mentioned would you consider to be most reliable as
            19 far as information concerning the ERP market?
            20      A    Gartner.
            21      Q    Does the company rely on some of the
            22 information with respect to the ERP market that's
    00045:01 provided by Gartner in its reports?
            02      A    I wouldn't characterize it as "rely."  We
            03 utilize the information.
```

```
17      Q    What other reasons can you think of?
18      A    Make sure we are presenting our product
19 information in the most positive form.
20 Communication that people can understand, etc.
21      Q    Besides the brochures, you mentioned
22 webinars, correct?
00051:01     A    That's correct.
02      Q    Just for the record, why don't you
03 describe what a webinar is.
04      A    A webinar is where Lawson will put on an
05 event that is delivered online via the web, and
06 will typically include both a video portion as well
07 as an audio portion.  People access it via that
08 laptop or a combination of their laptop or a
09 computer as well as phone.  And we are delivering
10 various types of information via an online event.
11 People participate virtually.
12      Q    Who would be some of the potential
13 targets for a webinar demonstration?
14      A    It could be any of the customers or
15 potential customers in our target markets.
16      Q    Would a salesperson or a marketing person
17 potentially reach out to a new customer to make a
18 webinar presence so that the customer can
19 understand the features and functionality of a
20 software product that Lawson is offering?
21      A    Potentially.
22      Q    Is marketing responsible for the content
00052:01 of the webinar demonstrations?
02      A    I wouldn't characterize them as
03 demonstrations.  But for the webinars, yes.
```

**16. PAGE 53:05 TO 53:13 (RUNNING 00:00:20.000)**

```
05      Q    And again, as with the website, responses
06 to RFPs and the brochures, it's Lawson's intention
07 that the webinars present accurate information with
08 respect to the features and functionalities of the
09 Lawson Software products, correct?
10      A    That's correct.
11      Q    Did they also go through legal review, to
12 your knowledge?
13      A    To the best of my knowledge, yes.
```

**17. PAGE 55:21 TO 57:03 (RUNNING 00:01:08.000)**

```
21      Q    It's one of the goals of Lawson to make
22 the electronic procurement process more efficient,
00056:01 thereby saving its customers money, correct?
02      A    Generally speaking, yes.
03      Q    Have you heard the term "e-Procurement"
04 before?
05      A    Yes.
06      Q    And M3 and S3 products have an
07 e-Procurement solution, correct?
08      A    It would depend exactly how you're
09 defining e-Procurement.
10      Q    What's your understanding of what
```

```
      11  e-Procurement is?
      12       A    E-Procurement would be automating the
      13  procurement process by -- and one example would be
      14  putting it online, removing paper from the process,
      15  and building connections between the customer
      16  organization and the various suppliers that they
      17  work with.
      18       Q    As you've just defined it, is it your
      19  understanding that M3 has an e-Procurement
      20  solution?
      21       A    To the best of my knowledge, yes.
      22       Q    And let me ask the same question, as you
00057:01  defined it, is it your understanding that S3 has an
      02  e-Procurement solution?
      03       A    Yes.
```

**18. PAGE 64:12 TO 65:20 (RUNNING 00:01:37.400)**

```
      12       Q    We were talking about the supplier chain
      13  management solution that's offered by Lawson, and
      14  specifically you gave me a definition for
      15  e-Procurement, which I understood you to indicate
      16  was a supplier chain management tool, correct?
      17       A    A supply chain management tool, correct.
      18       Q    That e-Procurement tool has a number of
      19  components, would that be fair to say?
      20       A    Yes.
      21       Q    Specifically it has a number of software
      22  modules that can make up the supply chain
00065:01  management tool, right?
      02       A    That's correct.
      03       Q    For example, there is a requisition
      04  module you're familiar with?
      05       A    That's correct.
      06       Q    Is there a purchase order module?
      07       A    That's correct.
      08       Q    Are you familiar with a punchout
      09  catalogue module?
      10       A    Yes.
      11       Q    And when Lawson is providing this
      12  electronic procurement solution, those modules form
      13  the basis of the supply chain flow for the
      14  purchasing process, correct?
      15       A    They are components of the Supply Chain
      16  Management product.
      17       Q    That permit a customer seeking to obtain
      18  product, for example, from a specific vendor to
      19  complete the purchasing process, right?
      20       A    That is my understanding.
```

**19. PAGE 74:22 TO 76:14 (RUNNING 00:02:04.900)**

```
      22       Q    Are you aware that the sales force for
00075:01  Lawson employs laptops that have demonstrations
      02  that can be presented for product functionality and
      03  features to customers?
      04       A    I don't know if I would describe it that
      05  way, but that they have demo laptops.
```

Case Clip(s) Detailed Report
Wednesday, January 05, 2011, 9:10:55 PM

**0_W3301**

```
       06      Q    What's the purpose of the demo laptop, to
       07 your understanding?
       08      A    My understanding is it is for use by our
       09 solution consultants in presentations to customer
       10 prospects to show how the product works.
       11      Q    Do you know whether or not there is a
       12 customer demo for the M3 solution?
       13      A    I believe there is.
       14      Q    And how about for the S3 solution?
       15      A    Yes.
       16      Q    Like the webinar and the responses to
       17 RFPs and the brochures, is it Lawson's intent to
       18 have a demonstration that accurately depicts the
       19 features and functionality of the M3 and S3
       20 products?
       21      A    Yes.
       22      Q    Do you know whether or not those demos
00076:01 also go through the legal review process?
       02      A    I don't know.
       03      Q    Those demos are not actually performing a
       04 procurement process, for example, when they're
       05 presented to potential customers, isn't that right?
       06      A    I'm not following your question.
       07      Q    Let me rephrase it.  They're meant to be
       08 illustrative, not an actual functioning product,
       09 isn't that right?
       10      A    I would say that's not entirely true.
       11      Q    And why is that not entirely true?
       12      A    My understanding is, in our
       13 demonstrations, in many cases we're demonstrating
       14 the actual live product in a demo environment.
```

**20. PAGE 77:05 TO 78:09 (RUNNING 00:01:10.000)**

```
       05      Q    It's Lawson's intention, though, to
       06 accurately depict the functionality of the product
       07 that's being demonstrated to the potential
       08 customer?
       09      A    That's correct.
       10      Q    If you'll look at the page 9 of Exhibit
       11 Number 1, it's entitled "Global Marketing Program,
       12 Toolbox Content."
       13      A    Yes.
       14      Q    And it's broken down into several boxes.
       15 I don't know exactly how it's organized.  But, for
       16 example, and I think these are some of the things
       17 you talked about before, the toolbox for the
       18 marketing department is to conduct events such as
       19 seminars, breakfast meetings, and roundtable
       20 discussions, correct?
       21      A    That's correct.
       22      Q    And you also mentioned the webinars,
00078:01 correct?
       02      A    That's correct.
       03      Q    And we talked about trade shows, correct?
       04      A    Correct.
       05      Q    In each of these instances, again,
```

**Case Clip(s) Detailed Report**
**Wednesday, January 05, 2011, 9:10:55 PM**

**0_W3301**

```
         06  Lawson's attempting to provide accurate information
         07  with respect to the functionality of the software
         08  products it's offering during these events, right?
         09       A    Correct.
```

**21. PAGE 85:01 TO 85:10 (RUNNING 00:00:22.000)**

```
00085:01       Q    You did indicate, though, that you found
         02  the Gartner reports to be of general reliability
         03  for the information contained therein; is that
         04  right?
         05       A    I believe what I stated is Lawson as a
         06  company typically uses Gartner more than any other
         07  industry analyst.
         08       Q    Is that because you find Gartner to be
         09  more reliable than the other industry analysts?
         10       A    Generally speaking, yes.
```

**22. PAGE 88:06 TO 89:10 (RUNNING 00:01:18.000)**

```
         06       Q    Under sample customers, there's a series
```

📄 PX0150-0011 - PX0150-0011

```
         07  of line items that involve license fees,
         08  maintenance, services and contracting.  Do you see
         09  that?
         10       A    I do.
         11       Q    It's fair to say that for a product such
         12  as S3, Lawson generates revenues for all four of
         13  those categories, isn't that right?
         14       A    Yes.
         15       Q    So for example, when Lawson obtains a
         16  contract for a new customer for S3, there's an
         17  initial licensing component revenue that's created,
         18  that's generated?
         19       A    That's correct.
         20       Q    And then there is fees associated with
         21  maintaining the operations of that software
         22  solution, in this case S3, for that particular
00089:01  customer, correct?
         02       A    That's correct.
         03       Q    And there are also services that are
         04  associated that are provided to the customer with
         05  respect to the S3 product, correct?
         06       A    In some cases.
         07       Q    And Lawson generates revenues for
         08  providing services with respect to the S3 product
         09  as indicated here in Exhibit 2, correct?
         10       A    That's correct.
```

**23. PAGE 90:17 TO 91:18 (RUNNING 00:01:14.100)**

```
         17       Q    But at least with respect to an S3
         18  product, Lawson enjoys revenue streams from
         19  licensing, maintenance, and servicing, correct?
         20       A    That's correct.
         21       Q    And would that be consistent with respect
         22  to each customer that licenses the S3 product, that
```

**Case Clip(s) Detailed Report**
**Wednesday, January 05, 2011, 9:10:55 PM**

**0_W3301**

```
00091:01 Lawson enjoys revenues from licensing, maintenance
      02 and servicing?
      03      A   Not necessarily.
      04      Q   Would there be any instances where Lawson
      05 just received license fees and no maintenance fees?
      06      A   Initially, no.  Maintenance is typically
      07 required.  But over the course of time a customer
      08 may choose to drop maintenance.
      09      Q   At least for fiscal year 2006 in the
      10 healthcare industry, it would appear that the main
      11 source of revenue was maintenance fees, isn't that
      12 right?
      13      A   Looking at these numbers, yes, that's the
      14 way I would interpret it.
      15      Q   In fact it's almost three times as large
      16 as the license fees that were realized from sales
      17 to the healthcare industry in 2006, correct?
      18      A   That's correct.
```

**24. PAGE 111:05 TO 111:08 (RUNNING 00:00:10.400)**

```
      05      Q   And this is the content that you had
      06 indicated earlier that Lawson makes every effort to
      07 make sure is as accurate as possible, right?
      08      A   That is correct.
```

**25. PAGE 114:08 TO 117:17 (RUNNING 00:03:29.000)**

```
      08      Q   During the break I handed you a document
      09 that I've marked as Exhibit Number 5.  But before
      10 we get to that, Mr. Frank, I wanted to go back to
      11 the issue of the revenue streams that were
      12 associated with the Lawson products.  In particular
      13 we looked at that one document, revenue streams
      14 associated with S3 and M3, do you recall that?
      15      A   Yes.
      16      Q   And from memory, I believe it was
      17 licensing, maintenance, servicing, and contracting.
      18 Is that right?
      19      A   That is correct.
      20      Q   License fees I think I understand.  Those
      21 are the fees that are associated with providing the
      22 product to a new customer or probably on an annual
00115:01 basis when it's licensed; is that right?
      02      A   That's correct.
      03      Q   The maintenance fees, those are fees that
      04 Lawson charges to make sure that the software is
      05 operating properly and maintained and functional;
      06 is that fair to say?
      07      A   I wouldn't describe it quite that way.
      08      Q   How would you describe maintenance
      09 revenue?
      10      A   There's really two components to
      11 maintenance.  So one is ongoing support.  So when
      12 customers have questions, run into issues, need
      13 questions answered around the use of the software,
      14 they'll call our help desk.  So it's access to help
      15 desk and support.  The other aspect of it is the
```

**Case Clip(s) Detailed Report**
**Wednesday, January 05, 2011, 9:10:55 PM**

## 0_W3301

```
       16 ongoing development of the product that comes in
       17 the form of patches and fixes and new versions of
       18 the product.
       19      Q    Upgrades?
       20      A    Upgrades, correct.
       21      Q    And there are revenues associated with
       22 upgrades or patches, correct?
00116:01      A    In some cases.
       02      Q    How about training?  Does Lawson derive
       03 any revenue from training their customers on how to
       04 use the software solutions such as M3 and S3?
       05      A    It does.
       06      Q    Where would training fall within those
       07 four categories we were talking about, licensing,
       08 maintenance, servicing, and contracting?
       09      A    It would fall under services.
       10      Q    There's a 24/7 online availability to
       11 customers who have questions or problems associated
       12 with their software solutions such as M3 and S3,
       13 correct?
       14      A    I believe that is the case.  I can't say
       15 for sure.
       16      Q    Do you know whether or not Lawson charges
       17 for that service?
       18      A    I can't say.
       19      Q    How about, do they have call-in numbers
       20 that people can call in if they have problems with
       21 their operational functionality of the solution?
       22      A    We do.
00117:01      Q    Does Lawson charge for those services?
       02      A    As a part of the maintenance -- it's part
       03 of the maintenance package.
       04      Q    How about the actual implementation or
       05 installation of the software for a customer?  Are
       06 there revenues that Lawson derives from that?
       07      A    Potentially.
       08      Q    Would that fall under the heading of
       09 services?
       10      A    That's correct.
       11      Q    Does Lawson charge for any consulting
       12 services that it provides with respect to these ERP
       13 software solutions we've been talking about?
       14      A    It may, yes.
       15      Q    What bucket would we put the consulting
       16 services in under revenues?
       17      A    Services.
```

**26. PAGE 121:08 TO 124:05  (RUNNING 00:03:11.100)**

```
       08 that, we'll do it.  Let me mark the next exhibit as
       09 Exhibit 6.
       10           (Frank Exhibit Number 6 was marked for
       11 identification and attached to the deposition
       12 transcript.)
```

📄 PX0154-0001 - PX0154-0001

```
       13 BY MR. ROBERTSON:
```