# PX-0520A

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:45 PM

**520-A**

**0_W3301**

---

 **Matias, Manuel D. (Vol. 01) - 03/10/2010**                                   1 CLIP  (RUNNING 00:21:45.400)

 Mr. Matias, could you tell us who ...

**MMEDIT**                   **27 SEGMENTS  (RUNNING 00:21:45.400)**

**1. PAGE 5:22 TO 5:25  (RUNNING 00:00:04.700)**

```
          22                   Mr. Matias, could you tell us who
          23     your employer is?
          24           A.      Robert Wood Johnson University
          25     Hospital.
```

**2. PAGE 10:13 TO 11:08  (RUNNING 00:01:18.300)**

```
          13                   What software does Robert Wood Johnson
          14     currently use or license from Lawson Software?
          15           A.      Right now we are currently using --
          16     I'm assuming you're speaking modules?
          17           Q.      Yes.  Modules and applications or
          18     however it is you would refer to them.
          19           A.      Okay.  Right now we're using what is
          20     called RSS, Requisitions Self-Service.  It's where
          21     the end user orders their supplies.  We use the
          22     inventory management tool.  It's where all the
          23     inventory's housed, storeroom, house stock.  We
          24     also use the general ledger, AP and budget module
          25     and we also use a module called MSCM, and that's a
00011:01     module that we use to go up and bar count the units
      02     that have bar codes.  It's a hand-held technology.
      03           Q.      Okay.  And is inventory management,
      04     is that the same as inventory control?
      05           A.      Yes.
      06           Q.      Okay.  And does Robert Wood Johnson
      07     also license Purchase Order?
      08           A.      We use the PO module, yes.
```

**3. PAGE 11:09 TO 11:12  (RUNNING 00:00:08.000)**

```
          09           Q.      And does law -- excuse me.  Start over.
          10                   Does Robert Wood Johnson license
          11     Procurement Punch-Out?
          12           A.      No.
```

**4. PAGE 11:13 TO 12:08  (RUNNING 00:01:14.900)**

```
          13           Q.      Does Robert Wood Johnson license
          14     Lawson's EDI software?
          15           A.      Yes.  We do use EDI here.
          16           Q.      Okay.  Is there any other software
          17     modules or applications that you're aware of that
          18     Robert Wood Johnson licensed from Lawson?
          19           A.      Let's see what else.  We use add-ins
          20     to extract and upload data but that's an Excel --
          21     you know, in conjunction with Excel.
          22           Q.      Were these add-ins provided by
          23     Lawson?
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:45 PM**

## 0_W3301

```
    24           A.      Yes.
    25           Q.      So does Robert Wood Johnson license
00012:01   the Microsoft add-ins from Lawson Software?
    02           A.      Yes.
    03           Q.      Okay.  Thanks.
    04                   Mr. Matias, do you know how long
    05   Robert Wood Johnson has licensed Lawson's
    06   procurement software?
    07           A.      About four months now.  We -- we went
    08   live November 1st.
```

### 5. PAGE 12:23 TO 13:06  (RUNNING 00:00:20.400)

```
    23           Q.      Okay.  When did the implementation
    24   begin for the Lawson procurement software?
    25           A.      April?  April of 2009.
00013:01         Q.      April of 2009.  Okay.  Thank you.
    02                   So altogether the implementation took
    03   roughly -- let's see --
    04           A.      Six months.
    05           Q.      -- seven months?
    06           A.      Seven months, yes.
```

### 6. PAGE 13:12 TO 13:23  (RUNNING 00:00:29.400)

```
    12           Q.      Okay.  Mr. Matias, are you familiar
    13   with the term Item Master?
    14           A.      Yes.
    15           Q.      Could you explain what the Item
    16   Master is?
    17           A.      Sure.  Item Master in Lawson is
    18   called IC 11.  It's where we house all of our
    19   inventory supplies whether it's stock or nonstock
    20   and that -- that is where the end user on the floor
    21   gets their information from.  It houses the Lawson
    22   item number, the description, the unit of measure,
    23   manufacture number.
```

### 7. PAGE 14:20 TO 15:09  (RUNNING 00:00:50.900)

```
    20           Q.      Okay.  Thank you.
    21                   Do you know approximately how many
    22   items are in the Item Master as implemented by
    23   Robert Wood Johnson?
    24           A.      Right now we have roughly 36,000
    25   items.
00015:01         Q.      And could you describe the types of
    02   products that are available in the Lawson
    03   procurement system?
    04           A.      Sure.  We have everything from
    05   implants to medical/surgical supplies to lab
    06   supplies to gastroenterologist supplies.  We have
    07   all sorts of screws, bolts, bandages, gauzes, IV
    08   solutions, reagents, hip implants, stents,
    09   pacemakers, IC -- AICDs for the pacemakers.
```

### 8. PAGE 16:07 TO 17:24  (RUNNING 00:02:12.600)

```
    07           Q.      What about things like medical gowns
    08   or gloves?
```

**0_W3301**

```
09            A.   Gowns and gloves, yes, they're in
10      there.
11            Q.   Okay.  Could you explain what types
12      of data are included about the items that are in
13      the Item Master?
14            A.   Sure.  In the Item Master we take and
15      put the description.
16                 Lawson only has 30 characters for the
17      Description field so we get creative and if it's a
18      suture, you know, we start it with s-u-t and then
19      try to fit it in all the dimensions, you know, six
20      by whatever centimeters.
21                 It contains the manufacture number so
22      in case we ever call the vendor and we need to
23      identify the item to them, we got to give them the
24      manufacture number.  It contains a unit of measure
25      which is usually the unit of measure that is
00017:01     stocked by us and the manufacturer and is usually
02      the purchase unit measure so if it's a box, you
03      know, we're buying it by the box.  If it's an each,
04      you know, we're issuing out by the each, we're
05      buying by the box, that's all that the Item Master
06      has.
07            Q.   Okay.  And when someone -- let me
08      start over.
09                 If a requester wants to purchase a
10      particular item or put in a request for that item
11      to be purchased would they base their choice of
12      which item they need on that item description?
13            A.   There's a couple of ways that the
14      requester could find the item.
15                 There's a -- a screen called PO 15
16      and it's basically -- they're a template so
17      whatever items they want to see when they log in we
18      put all those items under that template so they
19      will only see that template.  If the item's not in
20      there, then in RSS, requisitional service, they
21      could do the search option and search for a
22      description, manufacture number, catalog number,
23      you know, and then they go narrow, narrow the item
24      and pick the one that they want.
```

**9. PAGE 19:09 TO 20:06 (RUNNING 00:01:24.800)**

```
09            Q.   Mr. Matias, do you know how many
10      vendors Robert Wood Johnson uses within the Lawson
11      procurement system?
12            A.   My God.  Right off the top of my head
13      I'm going to say 3,000.
14            Q.   And do you know who the largest five
15      vendors are that Robert Wood Johnson uses?
16            A.   I know the number one is Owens Minor.
17      Then you have Medtronic.  Then you have Synthes --
18            Q.   Sorry.  Could you spell that?
19            A.   S-y-n-t-h-e-s.  And the other two not
20      off the top of my head.
21            Q.   Okay.  So is it -- is the vendor
```