# PX-0521

# Importing Vendor Price Agreements

Procurement 8 Series Overview Workshop

Module 2 - Lesson 7

LE01280420
CONFIDENTIAL

# Vendor Agreement Import

- New for 8.0.3
- A process to load vendor item information into the Lawson system so that the items will be available for purchase and cost defaulting in the requisition and purchase order systems.
- Can run to
    - Create new vendor agreement / lines
    - Update existing agreement with new line info.

LE01280421
CONFIDENTIAL



LE01280428
CONFIDENTIAL