IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09CV620 (REP) |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT LAWSON SOFTWARE, INC.'S
RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW**

Defendant Lawson Software, Inc. ("Lawson"), by counsel, respectfully renews its motion for judgment as a matter of law ("JMOL") of invalidity and non-infringement pursuant to Fed. R. Civ. P. 50(b). The grounds for this motion are more fully set forth in Lawson's Brief in Support of its Renewed Motion for Judgment as a Matter of Law, which is filed concurrently herewith, and in Lawson's previous JMOL motion arguments and briefs.

LAWSON SOFTWARE, INC.

By: _____/s/_____
Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN  55402
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

Donald R. Dunner (admitted *pro hac vice*)
Erika H. Arner (admitted *pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

*Counsel for Defendant Lawson Software, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of June, 2011, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Craig T. Merritt<br>Henry I. Willett, III<br>**CHRISTIAN & BARTON, LLP**<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219-3095<br>cmerritt@cblaw.com<br>hwillett@cblaw.com | James D. Clements<br>Goodwin Procter, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2881<br>jclements@goodwinprocter.com |

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

                                                /s/
                                 Dabney J. Carr, IV (VSB No. 28679)
                                 Robert A. Angle (VSB No. 37691)
                                 Megan C. Rahman (VSB No. 42678)
                                 dabney.carr@troutmansanders.com
                                 robert.angle@troutmansanders.com
                                 megan.rahman@troutmansanders.com
                                 **TROUTMAN SANDERS LLP**
                                 1001 Haxall Point
                                 Richmond, VA 23219
                                 Telephone:  (804) 697-1200
                                 Facsimile:  (804) 697-1339
                                 *Counsel for Defendant Lawson Software, Inc.*