# EXHIBIT 2

# RIMS searched for Items from Multiple Sources

'989 Patent 3:18-28

> Inventory portions of database 20 includes data describing the items and quantities thereof available at a particular Distributor warehouse 30 and at other Distributor warehouses. Other portions of database 20 includes item records for **each Product regularly sold by the Distributor.** Each item record preferably includes information such as Distributor's catalog or part number for the Product, Distributor's list price, Distributor's current cost, Distributor's supplier (vendor) for the Product and a code identifying the Product as part of a product grouping to be treated similarly for customer discounting purposes.

→ **Items from Distributor**

'989 Patent 3:32-37

> As described below, database 20 may contain cross-references from Distributor's catalog number to its vendor's part number and to similar **catalog numbers of other suppliers or distributors** for the same Product, either as a part of the item record, in a separate cross-reference file or both.

→ **Items from "other suppliers or distributors"**

'989 Patent 3:62-4:3

> Host database 20 also includes data regarding Distributor's cost prices and vendors for items from third-party suppliers 37 and 38 which are regularly distributed by Distributor to its customers. Host database 20 also includes data regarding **items from third-party suppliers** 39 whose products the Distributor does not routinely supply to its customers. Distributor may elect to stock in Distributor warehouse 30 some or all of the items of a particular vendor of either type 38 or of type 39.

→ **Items from third-party suppliers**

DX-7

# TV/2 teaches combining TV/2 with order entry and inventory management systems

You can also create a 'shopping list' just by selecting items and passing that list to another application. For example, you might select parts to be ordered from the exploded drawing in a parts catalogue. The parts list could then be sent directly to your parts ordering system - all without moving from your PS/2.

G0000032
(DX-107)

Some of the possibilities...

Technical Viewer/2 is suitable for a whole range of uses and industries in which information is supplied in large quantities and updated regularly, and where users need fast access to precise details. Potential uses include:
- Distributing large volumes of data conveniently on CD-ROM
- Ensuring documentation is kept up to date, because changes to the CD can be held on the hard disk of the PS/2
- Integrating parts catalogues with dealers' computer systems such as order entry, inventory management and customer records

G0000033
(DX-107)

EPLUS V. LAWSON SHAMOS DIRECT TESTIMONY    37

# RIMS was an Order Entry and Inventory Management System

- The RIMS ('989) Patent states that: "This invention generally relates to systems for requisition and inventory management." 1:5-7
- RIMS is a requisition system, which will generally "process purchase orders for items and track inventory." 1:4-17
- Therefore, RIMS is the kind of system that TV/2 teaches should be integrated with TV/2
- Further, both RIMS and TV/2 were implemented on the same IBM OS/2 operating system