# EXHIBIT 3

Case Clip(s) Detailed Report

# DB - ePlus v Lawson

Thursday, January 20, 2011, 7:56:27 AM

**Case Clip(s) Detailed Report**
Thursday, January 20, 2011, 7:56:27 AM

## DB - ePlus v Lawson

```
04            Vice-president, general counsel"?
05      A.    I do.
06      Q.    That is you, correct?
07      A.    That is.
08      Q.    Is that your signature in the signature block?
```

📄 **D062-0006 -**   

```
09      A.    It is.
10      Q.    Could you please turn to the next page, page
11            L0260592?
12      A.    I have it.
```

### 6. PAGE 9:19 TO 9:25  (RUNNING 00:00:13.166)

```
19      Q.    And you signed this on behalf of Fisher
20            Scientific?
21      A.    I did.
22      Q.    Were you working for Fisher Scientific that
23            day that is dated below that, the 26th day of
24            April 1993?
25      A.    I was.
```

### 7. PAGE 11:07 TO 11:18  (RUNNING 00:00:30.667)

```
07      Q.    Could you please turn to the next page
```

📄 **D062-0020 -**

```
08            L0260593?
09      A.    I have it.
10      Q.    Do you see the bottom of the page where it
11            says, "Services" and then to the right there
12            is a paragraph?
13      A.    I do.
14      Q.    Underneath that it says Fisher RIMS?
15      A.    It does.
16      Q.    And then above that you see "Use in Commerce,
17            August 1992"?
18      A.    Yes.
```

### 8. PAGE 12:03 TO 12:15  (RUNNING 00:00:33.933)

```
03      Q.    Now you see next to it services it says,
04            "Computer-based services for processing
05            requisitions, entering purchase orders,
06            maintaining inventory records, transferring
07            related reports and data to other computers
08            and generating documents for picking, packing,
09            shipping and receiving requisitioned and
10            ordered products."  Do you see that paragraph?
11      A.    I do.
12      Q.    Was it your understanding that those are the
13            services that were being used by Fisher RIMS
14            in August of 1992?
15      A.    It is.
```

### 9. PAGE 13:08 TO 14:07  (RUNNING 00:01:07.867)

📄 **D062-0028 -**

```
08      Q.    Could you turn to L0260594, the next page.
09      A.    Okay.
10      Q.    Again, do you see on this page where it says,
11            "Used in Commerce, August 1992"?
12      A.    I see that.
13      Q.    And below it has services and it has a similar
14            paragraphs talking about those services?
```

**Case Clip(s) Detailed Report**
**Thursday, January 20, 2011, 7:56:27 AM**

## DB - ePlus v Lawson

```
          15    A.    Right.
          16    Q.    Is it your understanding that this Fisher RIMS
          17          mark was being used in Commerce in 1992?
          18    A.    It is.
          19    Q.    Could you please turn to the next page,
```

📄 D062-0008 -   

```
          20          L0260595?
          21    A.    I have that.
          22    Q.    What is this document?
          23    A.    It appears to be the cover of a commercial
          24          brochure entitled Fisher RIMS.
          25    Q.    And you see at the bottom where it says, "A
 00014:01             revolutionary electronic Requisition and
       02             Inventory Management System"?
       03    A.    Yes.
       04    Q.    Was it your understanding that the Fisher RIMS
       05          was a requisition and inventory management
       06          system?
       07    A.    It was.
```

### 10. PAGE 14:12 TO 15:10  (RUNNING 00:00:57.933)

```
          12    Q.    You see that this page has what looks to be a
```

📄 D062-0009 -   

```
          13          series of bullet points describing Fisher
          14          RIMS?
          15    A.    I see that.
          16    Q.    Do you see the bullet point one says,
          17          "Consolidates all supplier activity, including
          18          third-party and administrative purchases"?
          19    A.    I see that.
          20    Q.    Do you see bullet point four that says,
          21          "Allows flexible remote requisitioning by
          22          formatted screen, telephone, fax or bar code
          23          scanning"?
          24    A.    I see that.
          25    Q.    Do you see bullet point it looks like maybe
 00015:01             bullet point eight.  It says,
       02             "Cross-references your stock numbers and all
       03             your supplier numbers."
       04    A.    Yes.
       05    Q.    And then bullet point 15, do you see that?  It
       06          says "Utilizes file transfers and EDI"?
       07    A.    I see that.
       08    Q.    And bullet point 17 says, "Utilizes OS/2
       09          operating system, relational database."
       10    A.    Right.
```

### 11. PAGE 15:15 TO 15:17  (RUNNING 00:00:08.400)

```
          15    Q.    Is it your understanding that the Fisher RIMS
          16          system had these features?
          17    A.    In general, yes.
```

### 12. PAGE 15:18 TO 16:02  (RUNNING 00:00:37.800)

```
          18    Q.    To the best of your knowledge this document
          19          starting at page L0260595 to L0260608 -- to
          20          the best of your knowledge was this document
```

📄 D062-0008 -   

```
          21          used in Commerce at the time this application
          22          was filed?
```

```
            23    A.    It is the same answer I gave before.  To the
            24          best of my knowledge that would be the case.
            25          The facts are accurately recorded.  If this
       00016:01          was attached to it, that was the document that
            02          was in Commerce -- used in Commerce.
```

**13. PAGE 16:10 TO 16:12 (RUNNING 00:00:06.738)**

```
            10    Q.    When you were working at Fisher, did you ever
            11          work with Fisher on its 10-Ks?
            12    A.    I don't really recall doing that.
```

**14. PAGE 16:15 TO 16:24 (RUNNING 00:00:40.933)**

```
            15    Q.    Can you tell me what a 10-K is?
            16    A.    The 10-K is the annual report that public
            17          companies are required to file with the
            18          Securities and Exchange Commission?
```

📄 D212 -  

```
            19    Q.    Can you please turn to what has been marked as
            20          Lawson Exhibit No. 42, L0343548 to L0343586.
            21    A.    I have that.
            22    Q.    What is this document?
            23    A.    This is a form 10-K for Fisher Scientific
            24          International for, I guess, for 1993.
```

**15. PAGE 18:02 TO 18:25 (RUNNING 00:00:55.800)**

```
            02    Q.    Can you turn to the next page, L0343550?
```

📄 D212-0003 -

```
            03    A.    I have that.
            04    Q.    The first full paragraph, the one that starts,
            05          "Computerized order-entry system," do you see
            06          that paragraph?
            07    A.    I do.
            08    Q.    Do you see where it is says, "Information on
            09          all 100,000 products offered in the Fisher
            10          Catalog can be obtained through Fisher RIMS,
            11          the company's newest and most powerful
            12          electronic order-entry system, which provides
            13          paperless purchasing, receiving, billing and
            14          product distributions."  Do you see that
            15          sentence?
            16    A.    I do.
            17    Q.    Is it your understanding that that is what the
            18          Fisher RIMS product was?
            19    A.    Yes, it is.
            20    Q.    Do you see the next sentence, it says, "Fisher
            21          RIMS facilitates just-in-time delivery and
            22          third-party purchasing, contributing to
            23          supplier consolidation for its customers"?  Is
            24          it your understanding that that is also true
            25          of the Fisher RIMS system?
```

**16. PAGE 19:13 TO 20:17 (RUNNING 00:01:26.767)**

```
            13    Q.    Is this paragraph consistent with your
            14          understanding of the Fisher RIMS system?
            15    A.    It is.
            16    Q.    Is it consistent with your understanding of
            17          the Fisher RIMS system that was on sale in
            18          1992?
            19    A.    The Fisher RIMS system that I was aware of,
            20          yes.  I think this is an accurate depiction of
            21          my understanding of its capabilities.
```

```
         14          that doesn't mean that I would credit their
         15          testimony.  You asked me a question about
         16          whether I would rely on it and I would be
         17          interested to know what they thought about it
         18          and they are more expert than I am.  I don't
         19          purport to be an expert on it.  I
         20          authenticated my signature.
```

**27. PAGE 34:04 TO 35:11 (RUNNING 00:01:39.854)**

```
         04   Q.    Are you aware that during your tenure as
         05          general counsel Fisher Scientific filed for an
         06          application on the RIMS system?
         07   A.    You mean a patent application or a
         08          trademark --
         09   Q.    A patent application.
         10   A.    I just do not recall.  We filed lots of
         11          applications for different products and I
         12          just don't remember that one specifically.
         13          The lawyer who worked for me was a patent and
         14          trademark lawyer.  He took the laboring for
         15          all of those things.
         16   Q.    That is Mr. Dornburg, correct?
         17   A.    Alan Dornburg.
         18   Q.    And you are aware that during the time of your
         19          tenure as general counsel Fisher Scientific
         20          applied for a patent for an electronic
         21          sourcing system and method in August of 1994?
         22   A.    I just don't have any recollection of specific
         23          applications.
         24   Q.    Fair enough.  Was the company in the habit of
         25          filing for patent applications that it thought
00035:01          were not new, non-obvious and useful?
         02   A.    You know, that -- I would say phrased that way
         03          that sounds pretty cynical.  I am sure they
         04          applied for things where they weren't sure it
         05          would be granted or weren't sure whether they
         06          would have to narrow their claims at a later
         07          date and all of those sorts of things but I
         08          think because of the expense involved there
         09          would be some expectation that they would
         10          achieve their goal of getting some kind of
         11          protection.
```

**28. PAGE 35:15 TO 35:24 (RUNNING 00:00:28.663)**

```
         15   Q.    Were you aware that there were three patents
         16          granted by the patent office for the
         17          electronic sourcing system?
         18   A.    I was not.
         19   Q.    Would the company expend resources seeking to
         20          obtain intellectual property protection for
         21          inventions that it thought was worthless?  Is
         22          that part of the policy of the company?
         23   A.    Well, I can't speak for others but it doesn't
         24          make much sense to me.
```

**29. PAGE 36:09 TO 41:15 (RUNNING 00:06:16.683)**

```
         09   Q.    Understood, but as general counsel at the time
         10          from the -- just focussing on the 1992 to 1996
         11          period you weren't authorizing Mr. Dornburg to
         12          file applications for patents at the patent
         13          office that the company thought had no value,
         14          correct?
         15   A.    I wasn't, but I don't know if I was involved
         16          in the patent applications or not since you
         17          haven't shown me anything with my signature on
```

**Case Clip(s) Detailed Report**
Thursday, January 20, 2011, 7:56:27 AM

## DB - ePlus v Lawson

```
        18          it.
        19   Q.     I am not asking you about what you had your
        20          signature on.  As general counsel, was it the
        21          policy of the company to file applications to
        22          the patent office that the company thought had
        23          no value?  Yes or no?
        24   A.     I would not have executed such a policy, no.
        25   Q.     I didn't think you would.  All right.  Let me
00037:01            ask you about some of these exhibits if you
        02          have them in front of you.  Let's start out
        03          with -- first you were asked some questions
        04          about Exhibit No. 40, which is this trademark
```

📄 D062 -

```
        05          application that bears your signature in
        06          various places.  Do you recall that?
        07   A.     I do.
        08   Q.     Do you have it in front of you?
        09   A.     I do.
        10   Q.     Let's just skip over some of the stuff and go
        11          right to the brochure.  You called it a
        12          marketing brochure.  Do you recall that?  That
        13          starts at page 595 at the bottom right.
```

📄 D062-0008 -

```
        14   A.     Okay.
        15   Q.     It is a marketing brochure, correct?
        16   A.     That is what it looks like.
        17   Q.     Is it not a technical document, right, like a
        18          manual that would help you understand the
        19          functioning of the Fisher RIMS system,
        20          correct?
        21   A.     I assume not.  It looks like a commercial
        22          brochure to me.
        23   Q.     For consumption of potential --
        24   A.     Customers.
        25   Q.     -- customers of the RIMS system, correct?
00038:01   A.     That is my understanding.
        02   Q.     You were asked some questions about some
        03          bullet points that appear at page -- it ends
```

📄 D062-0009 -

```
        04          with 598.  Do you recall that?
        05   A.     I do.
        06   Q.     You have no independent knowledge as to
        07          whether or not the RIMS system in this period
        08          of time say in 1992 or so had that
        09          functionality, correct?
        10   A.     I actually think that it had this genre of
        11          functionality.  That is what it was designed
        12          to do.  It was designed to take over.  I know
        13          what you are asking me but my understanding
        14          was that the RIMS system was designed to take
        15          over the inventory storeroom of large
        16          customers and to manage it from the beginning
        17          to the end, from purchase to the lab bench for
        18          the customer and that it needed features like
        19          these to be effective.  I have no specific
        20          knowledge of each one of these things in
        21          detail, no.
        22   Q.     Fine.  Thank you.  You just confirmed for me
        23          on page 598 the documentation that we are
        24          looking at with these bullet points Ms. Hughey
        25          asked you about, there is no mention at all
```

**Case Clip(s) Detailed Report**
Thursday, January 20, 2011, 7:56:27 AM

## DB - ePlus v Lawson

```
00039:01            about catalogs, correct?
      02   A.       There may not have --
      03   Q.       Does the word catalog appear there?
      04   A.       Does the word catalog appear, no, but that is
      05            what they would be accessing would be the
      06            catalog system.
      07   Q.       The Fisher Catalog?
      08   A.       I think it was intended to be able to manage
      09            other items otherwise it wouldn't have been
      10            able to replace --
      11   Q.       Does it have any discussion of the word
      12            catalog anywhere on this page, yes or no?  Can
      13            you answer that fairly?
      14   A.       I would have to look.  It says, "Consolidates
      15            all supplier activity including third-party
      16            and administrative purchases."  It doesn't
      17            have the word catalog, but that is my
      18            understanding.
      19   Q.       Fair enough.  How many iterations did the
      20            Fisher RIMS system go through?
      21   A.       I don't know.
      22   Q.       The inventors say it went through many
      23            iterations.  Do you know any of the trade
      24            names that the iterations went through?
      25   A.       I don't know.
00040:01   Q.       Do you know how the features and functionality
      02            changed during the period of time from 1992 to
      03            1995, for example?
      04   A.       I do not.
      05   Q.       Let's focus on Exhibit No. 43 for a moment if
```

📄 D213 -

```
      06            we could.  That was the annual report that you
      07            said you had no responsibility for?
      08   A.       Right.  I have it.
      09   Q.       The page that ends with the page No. 589?
```

📄 D213-0003 -

```
      10   A.       Okay.  I have it.
      11   Q.       You were asked about this entry italicized
      12            "Computer order-entry system," do you see
      13            that?
      14   A.       I do.
      15   Q.       Can you tell me where in this paragraph it
      16            discusses the capabilities searching multiple
      17            vendor catalogs?
      18   A.       I don't see it there.
      19   Q.       Fair enough.  Next paragraph, the Fisher
      20            Catalog.  Is there any other catalog other
      21            than the Fisher Catalog mentioned in that
      22            paragraph?
      23   A.       The paragraph is entitled "The Fisher
      24            Catalog," so, no.
      25   Q.       Fair enough.  Is it Exhibit No. 42 was also an
```

📄 D212 -

```
00041:01            annual report.  I took these out of order.
      02   A.       That is okay.  I have it.
      03   Q.       The page that ends 550.
```

📄 D212-0003 -

```
      04   A.       I have it.
      05   Q.       Computerized order-entry systems.  The only
```