# DX 61

# FISHER RIMS

A revolutionary electronic
**R**equisition and **I**nventory **M**anagement **S**ystem

 Fisher Scientific

EXHIBIT
DX 61
L0260595

*Fisher RIMS:
A computerized system
for managing the supply
chain from its source to
the laboratory bench.*



In today's fast-paced laboratories, you need a system you can depend on for both requisitions and inventory management. A program that delivers enhanced services and lower procurement costs. One that builds on your current procedures to give you more control and easier access to the information you need. The one system that delivers all that and more is Fisher's new Requisition and Inventory Management System. Fisher RIMS.

L0260596


*The key to Fisher RIMS is flexibility.*

The exclusive features of Fisher RIMS were developed to provide Fisher Scientific's valued customers with maximum flexibility and system customization for requisitions, purchasing and inventory control.

L0260597

### Requisition Management Features:

- Consolidates all supplier activity, including third-party and administrative purchases.
- Allows stocking of Fisher-owned inventory on-site.
- Interfaces with all types of purchasing systems.
- Allows flexible remote requisitioning by formatted screen, telephone, fax or bar code scanning.
- Processes requisitions for on-site and remote inventory.

### Inventory Control Features:

- Utilizes simple minimum reorder points.
- Connects to all on-site and JIT stockrooms.
- Cross-references your stock numbers and all supplier numbers.
- Provides ready access to all inventory data through your PC.
- Utilizes customized bar codes and labels to expedite your receiving process.
- Tracks on-site Fisher-owned and/or customer-owned inventory.

### System Customization Features:

- Accommodates customer-defined data.
- Delivers reports customized to your requirements.
- Utilizes file transfers and EDI.
- Provides ad hoc data through a simple query language.
- Utilizes OS/2 operating system, relational database.



### Efficiency goes up, costs go down.

You no longer have to choose between higher performance and lower cost in managing requisitions and inventory—both come together with Fisher RIMS. This easy-to-use system delivers more productivity with fewer hours of labor, so you can free your staff for other important tasks.

### An interactive PC-based system gives you more control.

Fisher RIMS is a totally computerized system for requisitions, purchasing, and inventory control. PC-based, it provides direct, real-time interfaces to both the Fisher mainframe and your computer system.

### Maximum speed, easy customization.

Fisher RIMS simplifies, consolidates, and electronically tracks all transactions between our RIMS customer, our suppliers and our own order entry, warehousing and delivery systems. And all information flowing through Fisher RIMS can be customized to fit your specific needs.



*A system that's easy to use, easy to track.*

A Fisher Customer Service Representative dedicated to your business will operate the Fisher RIMS program from a PC conveniently placed on-site at your facility or ours. Your requisition or purchase order can be entered remotely by the people in your organization who will be using the product, or your Fisher CSR can enter it directly into the Fisher RIMS PC. Either way, you'll get complete reports on every transaction.

*Direct communication with your computers.*
After the price, availability, and source are obtained, your order is placed electronically. The order is then automatically translated into your purchasing format, and that data is then transferred to your computer system. This eliminates the need for duplicate data entry in your purchasing department.

L0260600



***Allows you to reduce inventory and redeploy resources.***

The value-added services provided by Fisher RIMS reduce your overall cost of acquisitions by letting you reduce inventory and redeploy personnel to more productive tasks.

The rounded paths on the right side of the diagram above illustrate how products flow smoothly from the electronic orders generated by Fisher RIMS. Your order may be filled from a Fisher distribution center, a supplier's warehouse, or even your own stockroom. No matter what the source is, the delivery will be fast—and it will require no further effort from anyone on your staff.

L0260601

### Dependable service, reduced inventory costs.

With Fisher RIMS, you can arrange to stock your storerooms with products that are still owned by us until you use them. This ultimate storeroom management tool reduces your inventory costs dramatically, without affecting your ability to fill product needs as they arise. The end-users in your organization expect nothing less than this high level of service, and Fisher RIMS enables you to deliver it at a lower cost.

With consignment goods, Fisher RIMS communicates directly with your storeroom to fill the requisition, then automatically replenishes the consignment stock. And you don't pay for the item until it's actually used.

### Fisher RIMS simplifies your reports.

The flexibility of Fisher RIMS makes it easy to structure your reporting systems exactly the way you want them. This becomes another significant labor-saving feature for your staff.

### Management reports cover all suppliers.

Management reports can be customized to fit the unique needs of your purchasing department. Performance analyses on administrative purchases can, for example, be issued from Fisher RIMS, even though Fisher Scientific is not physically involved in either product delivery or invoicing on those purchases.

### Query language, purchase orders set up in your format.

Query language and formats will also be set up to satisfy your information requirements. Standard queries include daily usage, order status, inventory status, backorders, and information by date or date range. And purchase orders to any supplier can be printed in your P.O. format and sent out from Fisher RIMS.

### Reports on a regular schedule, or on demand.

Reports can be generated on everything from demand/usage histories for inventory planning to performance analyses for every kind of purchase handled by Fisher RIMS. These reports can be issued on a regular schedule, or on demand.



**Andrew H. Phillips**
Director, Lab Supplies and Graphic Arts Purchasing,
Merck & Co., Inc.

*"Fisher RIMS lets us concentrate on purchasing tasks instead of getting bogged down in data entry. By transferring purchase order files from RIMS to our mainframe, our Fisher Customer Service Representative has eliminated a lot of keystroking for our people. And I've been able to redeploy them to more challenging and rewarding tasks."*



## Simplified information flow, clear audit trail.

By following the color-coded paths in the schematic diagram above, you can get a sense of how smoothly and efficiently Fisher RIMS handles purchases of various types:

- Fisher products.
- Third-party purchases delivered from a Fisher warehouse.
- Third-party purchases delivered direct.
- Administrative purchases (which Fisher RIMS initiates for the supplier to ship and invoice directly).
- Automatically replenished JIT deliveries.

The purple lines flowing from Fisher RIMS and the Fisher mainframe represent the routine uploading of ordering information to your purchasing system—your electronic trail for auditing the performance of RIMS on demand.

L0260603



### Everything combined on one requisition.

With Fisher RIMS, all types of products and purchases can be handled in one simple process. Your Fisher Customer Service Representative can enter everything that a lab needs on the same requisition, simplifying both ordering and tracking.

### RIMS uses your internal numbering system.

Fisher RIMS "talks your language." Your stock numbers and other unique items will be easily available on-screen as an additional reference to the Fisher catalog number or the supplier's product number.

### Better information, lower labor costs, more control.

You need information to make the right decisions, but all the data in the world won't do you any good if you can't get it — and make sense of it — when you need it.

With Fisher RIMS, everything your department needs is as close as a computer screen — the one operated by your dedicated, on-site Fisher Customer Service Representative.

### Timely, accurate reports in the formats you need.

To be efficient in purchasing and inventory management, you need accurate information. Information that's complete, ready when you need it, and in the format and media you need. Fisher RIMS delivers all that quickly and efficiently, both in standard report formats and in response to spontaneous inquiries.

## Instant status on any transaction.

Fisher RIMS enables you to determine the status of any transaction currently in the system. All your Fisher Customer Service Representative needs is the requisition number or date to pull the status of that order into view.

Each shipment from the Fisher distribution center nearest you is accompanied by a bar-coded packing list. Material is received into RIMS by simply passing the hand-held wand over the bar-coded shipment number.

Fisher RIMS can provide all of your essential reports: demand history, purchase order status, purchases by department and by project, plus any others you may require. Through the flexible technologies of OS/2, SQL, and a relational database, customized reports can be easily developed to your exact requirements. In addition, on-screen inquiries are available for immediate responses to your requisitioners' questions.

## All the information you need, where you can get at it.

The new Fisher RIMS system provides you with more information faster, all of it structured to fit the unique needs of your purchasing department. And Fisher RIMS delivers all this from the outside, enabling you to redeploy valuable personnel resources in ways that can only make your whole department more productive.



# ACCESS

### All part of the Fisher Access System.

Fisher RIMS is the newest component of Fisher Scientific's industry-leading Access System. This revolutionary system combines Fisher's commitment to state-of-the-art technology with our ninety-year heritage of putting customer service first. The result is a simplified system that works effortlessly behind the scenes for you, letting your people concentrate on what they do best.

**Fisher Scientific**

Litho in U.S.A.   3/93