# DX 107

# IBM Technical Viewer/2



A facility for managing the production, distribution and ease-of-use of technical material in automotive and other industries. It enables users to locate precise details and diagrams quickly from an IBM Personal System/2 workstation.

IBM

EPFS001520



G0000030



## An IBM electronic documentation system



### *Move straight to the details you need...*

#### Coping with the information overload

When it comes to checking on a technical point or the latest update, there's no shortage of information: you know the answer is somewhere in your organisation's shelves of books and files. You can search through parts catalogues, service manuals, stock lists, schematics, user documentation, warranty information and training aids – but it takes time to find the right document and page to answer your own or customers' questions. It takes time to organise and update paper documents, and takes valuable office space to store them.

Now IBM can help you save time, space, and frustration with a facility which makes it easy to search through large volumes of information quickly, easily, and accurately. It is based on an IBM Personal System/2 workstation with specially developed IBM software and Compact Disk Read-Only Memory (CD-ROM) technology.



EPFS001521

G0000031

  

*...on your screen in seconds*

### Move straight to what you need - fast

With Technical Viewer/2, there's no need to turn from your computer to a microfiche viewer or a shelf of books when you need additional information to complete the job you're working on. Instead, simply call for the information by specifying key words such as product part numbers or names, instructing the computer by selecting an icon on the screen or using the keyboard.

Technical Viewer/2 can search in seconds through documents on CD-ROM and display the answer, complete with diagrams or pictures. It can also produce lists of references to the selected topic or useful information on the same subject.

You can also create a 'shopping list' just by selecting items and passing that list to another application. For example, you might select parts to be ordered from the exploded drawing in a parts catalogue. The parts list could then be sent directly to your parts ordering system - all without moving from your PS/2.

### Easy for information suppliers too

If you're an information provider - a manufacturer for example - the process is equally easy from your side, and can become a part of your normal publishing system. Whether your existing data is in paper or machine-readable form, IBM offers an easy way to transfer it on to CD-ROM. After this, you can use IBM tools and techniques to handle future documents and updates yourself. Changes can be distributed to your dealers or other business partners and stored on the hard disk of their PS/2. This way, you'll know they always have the latest technical information easily to hand and fully cross-referenced.

### The main elements

The electronic documentation system can be customised to suit many different requirements. The Technical Viewer/2 Toolkit for authors makes it easy to create and maintain your documentation. The Technical Viewer/2 delivery system provides quick, accurate access to large volumes of documentation for both experienced and novice users in dealer, distributor or branch offices. The delivery system can also be configured so that it gives user access to other local computing systems or distant host computers.
IBM

EPFS001522

G0000032

## Some of the possibilities...

Technical Viewer/2 is suitable for a whole range of uses and industries in which information is supplied in large quantities and updated regularly, and where users need fast access to precise details. Potential uses include:
- Distributing large volumes of data conveniently on CD-ROM
- Ensuring documentation is kept up to date, because changes to the CD can be held on the hard disk of the PS/2
- Integrating parts catalogues with dealers' computer systems such as order entry, inventory management and customer records
- Linking service manuals to diagnostic tools so that manufacturers' recommendations resulting from the diagnostics in process can be displayed for service personnel on the screen
- Providing access to documents via a table of contents or keyword search
- Launching a multi-media sequence from a document (including for example, photographs, sound and video - perhaps to show a particular service procedure)

## ...and some of the advantages

- Technical Viewer/2 can create viewable documents directly from any SGML (Standard Generalised Mark-Up Language) or IBM GML source file
- Information from a document can be displayed selectively. Applications include selecting the language required and displaying only the information pertaining to the particular vehicle model being serviced
- Built-in communications capability makes it possible to connect to a wide range of local and remote systems
- Easy-to-use system which the user operates by selecting icons on the screen
- Multi-media applications are possible with the addition of an adaptor card
- Suitable for small or large dealers for use on a single PS/2 or a network
- Can form the basis of a unified dealer information systems strategy for manufacturers
- Large capacity means all technical publications can often be held on a single CD-ROM

Ordering information
For more information about IBM Technical Viewer/2 contact your local IBM branch office and ask for
PRPQ No 2J0320 IBM Technical Viewer/2
PRPQ No 2J0323 IBM Technical Viewer/2 Toolkit

If you have difficulty obtaining Technical Viewer/2, please contact me:

Steve Humphrey
Integrated System Solutions Manager
IBM United Kingdom Ltd.
PO Box 6, Havant
Hampshire
PO9 1SA
Tel: (0705) 486363

The following terms are trademarks of IBM Corporation:
IBM
Personal System/2
PS/2

Sample documents shown on screen illustrations are copyright of Haynes Publishing Group and are used here with their permission.

Printed in England by Gough Malcolm Associates

EPFS001523

G0000033