IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:09CV620 (REP) |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT LAWSON SOFTWARE, INC.'S**
**RENEWED MOTION FOR NEW TRIAL**

Defendant Lawson Software, Inc. ("Lawson"), by counsel, respectfully moves for a new trial on the issues of indirect infringement and invalidity pursuant to Fed. R. Civ. P. 59. This motion is joined with Lawson's motion for judgment as a matter of law pursuant to Fed. R. Civ. P. 50, which is filed concurrently herewith. The grounds for this motion are more fully set forth in Lawson's Brief in Support of Renewed Motion for a New Trial, which is filed concurrently herewith.

LAWSON SOFTWARE, INC.

By: _____/s/_____
Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

1

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN  55402
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

Donald R. Dunner (admitted *pro hac vice*)
Erika H. Arner (admitted *pro hac vice*)
**FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 408-4000
Facsimile:  (202) 408-4400

*Counsel for Defendant Lawson Software, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of June, 2011, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Craig T. Merritt<br>Henry I. Willett, III<br>**CHRISTIAN & BARTON, LLP**<br>909 East Main Street, Suite 1200<br>Richmond, Virginia 23219-3095<br>cmerritt@cblaw.com<br>hwillett@cblaw.com | James D. Clements<br>Goodwin Procter, LLP<br>Exchange Place<br>53 State Street<br>Boston, MA 02109-2881<br>jclements@goodwinprocter.com |

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

                                                 /s/
                               Dabney J. Carr, IV (VSB No. 28679)
                               Robert A. Angle (VSB No. 37691)
                               Megan C. Rahman (VSB No. 42678)
                               dabney.carr@troutmansanders.com
                               robert.angle@troutmansanders.com
                               megan.rahman@troutmansanders.com
                               **TROUTMAN SANDERS LLP**
                               1001 Haxall Point
                               Richmond, VA 23219
                               Telephone: (804) 697-1200
                               Facsimile: (804) 697-1339
                               *Counsel for Defendant Lawson Software, Inc.*