# EXHIBIT 4

# P.O. Writer

- The user could specify a catalog for searching and give partial specification of an item



L0126576
(DX-117)

# P.O. Writer

- After a search, user could create a requisition:



L0126577
(DX-117)

# P.O. Writer

- A user could create multiple purchase orders from a requisition:

**14. Requisitioning Interface**

The REQUISITIONING INTERFACE allows you to turn Purchase Requisitions into Purchase Orders quickly and easily. Requisitions can be automatically consolidated onto one Purchase Order. A Requisition can also be split, creating any number of Purchase Orders.

L0126680

(DX-117)