# EXHIBIT 5

```
 1                IN THE UNITED STATES DISTRICT COURT
 2               FOR THE EASTERN DISTRICT OF VIRGINIA
 3                          RICHMOND DIVISION
 4
 5   ---------------------------------------
                                            :
 6    ePLUS, INC.                           :   Civil Action No.
                                            :   3:09CV620
 7    vs.                                   :
                                            :
 8    LAWSON SOFTWARE, INC.                 :   September 27, 2010
                                            :
 9   ---------------------------------------
10
11       COMPLETE TRANSCRIPT OF THE FINAL PRETRIAL CONFERENCE
12              BEFORE THE HONORABLE ROBERT E. PAYNE
13                   UNITED STATES DISTRICT JUDGE
14
     APPEARANCES:
15
     Scott L. Robertson, Esquire
16   Michael G. Strapp, Esquire
     Jennifer A. Albert, Esquire
17   Goodwin Procter, LLP
     901 New York Avenue NW
18   Suite 900
     Washington, D.C.  20001
19                                              Volume I of II
     Craig T. Merritt, Esquire
20   Christian & Barton, LLP
     909 East Main Street
21   Suite 1200
     Richmond, Virginia  23219-3095
22   Counsel for the plaintiff
23
24                   Peppy Peterson, RPR
                    Official Court Reporter
25             United States District Court
```

1    in this sense, Your Honor:  It could be a factor, but it's not
2    the only factor.
3              THE COURT:  What characterization do you disagree
4    with?
5              MR. ROBERTSON:  There's always mixed motivation in
6    entering into a license agreement.  Even when it's an
7    arm's-length transaction, the infringer who enters into it
8    voluntarily does so because he understands ultimately that the
9    threat of litigation is there.  So that factor is always
10   present whether it's in the context of litigation or not.
11             Some people say a patent is only an invitation to a
12   lawsuit anyway, because the only way the patent owner can
13   obtain a license is to have a threat of litigation hanging out
14   there over a willing licensor who wants to be able to practice
15   the patent.  That's what you found both in SAP, that's what you
16   found in Ariba.
17             Can that be brought up and perhaps the jury gives the
18   licenses less weight?  Certainly.  Can Mr. Farber be asked
19   about that in cross-examination?  Yes.  And maybe it's not the
20   strongest factor of nonobviousness, Your Honor, but it still is
21   a factor that has some tendency to establish a factor issue
22   which is obviousness.
23             THE COURT:  I think the licenses can come in.  I
24   think *John Deere* allows them in.  So what does that do to
25   PX-443 and 444?