# TRANSMITTAL SHEET
(Notice of Appellate Action)

| | | |
|---|---|---|
| _X_ Notice of Filing<br>___ Cross Appeal<br>_X_ Interlocutory Appeal<br>___ Additional NOA<br>___ Amended NOA<br>___ Transmittal of Record<br>___ Transmittal of Certif.<br>___ Supplement to ROA<br>___ Supplemental Certif.<br>___ Other_____ | UNITED STATES DISTRICT COURT<br>for the<br>EASTERN DISTRICT OF VIRGINIA<br>at RICHMOND DIVISION<br><br>Caption:<br><br>ePlus Inc.,<br>vs<br>Lawson Software, Inc., | USCA for the Federal Circuit:<br>_____<br>_____<br><br>USDC, EDVA: __3:09-CV-00620-REP__ |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| | |
|---|---|
| 1. NOA filed: 06/21/11 | 4. Fees      ___USA ___Public Defender  no fee required<br><br>$5 filing fee:                    _X_ paid  ___unpaid<br><br>$450 docket fee:                  _X_ paid  ___unpaid<br><br>Pauper status:___granted ___denied ___pending in dist. ct.<br><br>Does PLRA Apply?___Yes _X_No   3-strikes?___Yes _X_No<br>(If PLRA applies, 4CCA sends forms & acts on application) |
| 2. Amended NOA filed: | |
| 3. District Judge:<br>Robert E. Payne | 5. Materials Under Seal in District Court: _X_ Yes ___No |
| 6. Official Ct. Reporter(s):<br>Diane Daffron, 804-916-2267<br>Peppy Peterson, 804-916-267<br>Gil Halasz, 804-916-2248<br><br>Contract Court Reporter:<br><br>Coordinator: | 7. Transcript<br>   In-Court Hearing Held:  _X_ Yes ___ No<br><br>8. Criminal/Prisoner Cases<br>   ___ recalcitrant witness<br>   ___ on death row<br>   ___ in custody<br>   ___ on bond<br>   ___ on probation |

| **Part II** | **TRANSMITTAL OF RECORD TO COURT OF APPEALS** |
|---|---|
| ORIGINAL RECORD<br>Pleadings: Vols._____<br>Transcript: Vols._____<br>Exhibits: Vols._____<br>Depositions: Vols._____<br>State Ct. Record: Vols._____<br>Sealed: Vols._____<br>No. of Boxes:_____ | SUPPLEMENT TO RECORD - SUPPLEMENT #_____<br>Pleadings: Vols._____<br>Transcript: Vols._____<br>Exhibits: Vols._____<br>Depositions: Vols._____<br>State Ct. Record: Vols._____<br>Sealed: Vols._____<br>No. of Boxes:_____ |

Deputy Clerk: __Janice Grant__   Phone: __804-916-2213__   Date: __06/23/2011__