# EXHIBIT D

**From:**   Kristin M. Drieman [KDrieman@merchantgould.com]
**Sent:**   Thursday, December 09, 2010 11:58 AM
**To:**     Hayes, Melanie
**Subject:** ePlus v. Lawson Trial

Melanie,

To recap our conversation on December 7th:

1.  The parties have agreed to share the costs of daily transcripts.  Each party will pay $3.62/page.  The transcripts will be delivered via email in PDF format.

2.  ePlus is currently revising specific exhibits and hopes to deliver new copies of the exhibits to Lawson by early next week.  As we discussed, please forward a list of PX stipulated exhibits as soon as possible.  I will do the same for DX exhibits.  We will review each parties new exhibit list and subsequently file an Amended List with the court.  It would be helpful to exchange lists by Tuesday, Dec. 14th.

3.  Exchange of revised PDFs with highlighting for deposition designations.  The parties need to agree on a date to exchange.

Please let me know if you have any questions.

Thanks.


**Kristin M. Drieman**
Litigation Paralegal
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
USA

**Telephone** (612) 336-4703
**Fax** (612) 332-9081
**www.merchantgould.com**

GUARDIANS OF GREAT IDEAS ®

Atlanta | Denver | Knoxville | Madison | Minneapolis | New York | Seattle | Washington D.C.

Note:  This e-mail message is confidential and may be privileged or otherwise protected by law.  If you are not the intended recipient, please: (1) reply via e-mail to sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.  Thank you.