# EXHIBIT B

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

JAN HORBALY
CLERK

TELEPHONE: (202) 275-8000
FAX: (202) 275-9678



## FAX MATERIAL COVER SHEET

TO: Scott L. Robertson, Esq. 202-346-4444

FROM: Linda Bogin

This is page **1** of 3 pages being transmitted.

Date: June 15, 2011

Message/Instructions:

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**EPLUS, INC.,**
*Plaintiff-Appellee,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant.*

2011-1396

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620, Senior Judge Robert E. Payne.

## ON MOTION

Before GAJARSA, MAYER, and PROST, *Circuit Judges.*

PER CURIAM.

### ORDER

Upon consideration of Lawson Software, Inc.'s motion for reconsideration of the court's denial of an immediate temporary stay of the district court's injunction pending disposition of its motion for a stay, pending appeal,

IT IS ORDERED THAT:

2

The motion is denied.

FOR THE COURT

JUN 15 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Scott L. Robertson, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 15 2011

JAN HORBALY
CLERK