# PX-4

# Excerpts

**PX-0004**

| UTILITY SERIAL NUMBER | PATENT DATE | PATENT NUMBER |
|---|---|---|
| 288577 | FEB | |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | |
|---|---|---|---|---|---|
| 08/288,577 | 08/10/94 | 364 705 | 26 | 2761 | Cosimono |

APPLICANTS: JAMES M. JOHNSON, BRIDGEVILLE, PA; ROBERT P. KINROSS, BEN AVON, PA; FRANCIS J. MELLY, PITTSBURGH, PA; DOUGLAS A. MOMYER, UPPER ST. CLAIR, PA.

**CONTINUING DATA** *************************
VERIFIED

**FOREIGN/PCT APPLICATIONS***************
VERIFIED

FOREIGN FILING LICENSE GRANTED 12/14/94

| Foreign priority claimed ☐ yes ☒ no 35 USC 119 conditions met ☐ yes ☒ no Verified and Acknowledged Examiner's Initials | STATE OR COUNTRY PA | SHEETS DRWG. 5 | TOTAL CLAIMS 78 | INDEP. CLAIMS 30 | FILING FEE RECEIVED $4,114.00 | ATTORNEY'S DOCKET NO. FS2 |
|---|---|---|---|---|---|---|
| A3 FILED | | | | | | |

ADDRESS: LAURENCE S ROGERS
FISH & NEAVE Esq.
1251 AVENUE OF THE McClay
NEW YORK NY 1002

TITLE: ELECTRONIC SOURCING SYSTEM AND METHOD

U.S. DEPT. of COMM.-Pat. & TM Office — PTO-436L (rev. 10-78)

| PARTS OF APPLICATION FILED SEPARATELY | | Application Examiner |
|---|---|---|
| NOTICE OF ALLOWANCE MAILED 11-20-98 | | CLAIMS ALLOWED |
| ISSUE FEE | Assistant Examiner | Total Claims 45 · Print Claim 1 |
| Amount Due $1210.00 / Date Paid 12-1-98 | Edward Cosimano EDWARD R. COSIMANO PRIMARY EXAMINER | DRAWING Sheets Drwg. 5 · Figs. Drwg. 5 · Print Fig. 1A, 1B,1C |
| Label Area | Primary Examiner | ISSUE BATCH NUMBER L77 |
| | PREPARED FOR ISSUE | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (Rev. 8/23)

ISSUE FEE IN FILE

Formal Drawings (_____ shts) set

(FACE)

ARIB 503677

PLAINTIFF'S EXHIBIT 4

EP150276

ePLUS0703539



$8,984.00    101 RL

08/288577

Express Mailing Label
No. EG204717525US

FS-2

## ELECTRONIC SOURCING SYSTEM AND METHOD

5   Background of the Invention
         This invention relates to systems and methods
     for interfacing product information, such as is
     typically found in vendor catalogs that are provided to
     customers, and requisition/purchasing systems and
10   methods that may use the results of searches of product
     information.
         There are a number of known requisition/
     purchasing systems that manage and process requisitions
     and purchase orders.  One such system is the Fisher
15   Scientific Requisition and Inventory Management System
     ("Fisher RIMS"), described in co-pending patent
     application Serial No. 08/042,168, filed April 2, 1993
     and assigned to Fisher Scientific Company of
     Pittsburgh, Pennsylvania, the disclosure of which is
20   incorporated herein by reference.  As its title
     suggests, Fisher RIMS can also manage inventory.  In
     the Fisher RIMS system, requisition records are created
     from a real-time interaction between a host computer
     (generally a mainframe) and a local computer (generally
25   at a customer site), with each computer using data from
     its own respective database of inventory in conjunction
     with information entered by a customer service
     representative operating the local computer.  By
     accessing its respective database, each computer can
30   build and transmit to the other computer communications
     blocks of data relating to a particular requisition of
     an item in inventory (or to the management of the
     inventory itself).  The other computer can then use the
     received data to continue processing of the
35   requisition.  Thus, requisition records are created
     from a real-time interaction between the host and local

EG204717525US

ARIB 503702

EP150301

ePLUS0703564

- 12 -

The priority is as follows: (1) part (catalog) number;
(2) keyword; and (3) page number. The search will
start with priority (1) and proceed through priority
(3) in sequence until a search produces products
5  matching the search criteria. At that time, the search
will return the matching product information to
requisition/purchasing system 40 and stop at the
highest priority resulting in a match.

      The operation of electronic sourcing system 5
10  of the present invention will now be more particularly
described in the context of FIGS. 1A, 1C, 2 and 3. In
FIGS. 2 and 3, the rectangles represent data screens as
well as programs associated with those data screens.
The rounded rectangles represent programs not
15  associated with data screens such that, while these
programs are running, the prior data screen may remain
visible without, necessarily, being operational for the
input of data. The programs associated with the data
screens enable the user of local computer 20 to display
20  and modify the contents of various tables associated
with particular data screens. The following
description illustrates the use of the Fisher RIMS
system as requisition/purchasing system 40, and the
TV/2 search program as search program 50. However, it
25  will be understood that the present invention is not
limited to such system or program.

      Preferably, a user will start the electronic
sourcing system 5 from Fisher RIMS system 40.
Requisitioning on Fisher RIMS system 40 in context of
30  the electronic sourcing system 5 of the present
invention is illustrated in pertinent part in FIG. 3
(and is fully described in Application Serial No.
08/342,183). As data (e.g., Account Number,
Requisition Number and Stock Numbers) associated with a
35  single requisition are entered through the various data

ARIB 503713

EP150312

ePLUS0703575

| Office Action Summary | Application No. 08/288,577 | Applicant(s) Johnson et al |
|---|---|---|
| | Examiner Edward R. Cosimano | Group Art Unit 2761 |

☒ Responsive to communication(s) filed on _Apr 9, 1998_

☐ This action is FINAL.

☐ Since this application is in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under *Ex parte Quayle*, 1935 C.D. 11; 453 O.G. 213.

A shortened statutory period for response to this action is set to expire ___THREE___ month(s), or thirty days, whichever is longer, from the mailing date of this communication. Failure to respond within the period for response will cause the application to become abandoned. (35 U.S.C. § 133). Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

**Disposition of Claims**

☒ Claim(s) _79-129_ is/are pending in the application.

Of the above, claim(s) _none_ is/are withdrawn from consideration.

☒ Claim(s) _101-107 & 129_ is/are allowed.

☒ Claim(s) _79,80,82-86,88-97, 99, 100, 108, 109, 111-115, 117-120, 122-125, 127_ is/are rejected.

☒ Claim(s) _81, 87, 98, 110, 116, 121 & 126_ is/are objected to.

☐ Claims ___ are subject to restriction or election requirement.

**Application Papers**

☐ See the attached Notice of Draftsperson's Patent Drawing Review, PTO-948.

☒ The drawing(s) filed on _Aug 10, 1994_ is/are objected to by the Examiner.

☐ The proposed drawing correction, filed on ___ is ☐Approved ☐Disapproved.

☒ The specification is objected to by the Examiner.

☐ The oath or declaration is objected to by the Examiner.

**Priority under 35 U.S.C. § 119**

☐ Acknowledgement is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d).

☐ All ☐ Some* ☐ None of the CERTIFIED copies of the priority documents have been

☐ received.

☐ received in Application No. (Series Code/Serial Number) ___

☐ received in this national stage application from the International Bureau (PCT Rule 17.2(a)).

*Certified copies not received: ___

☐ Acknowledgement is made of a claim for domestic priority under 35 U.S.C. § 119(e).

**Attachment(s)**

☒ Notice of References Cited, PTO-892

☐ Information Disclosure Statement(s), PTO-1449, Paper No(s). ___

☐ Interview Summary, PTO-413

☐ Notice of Draftsperson's Patent Drawing Review, PTO-948

☐ Notice of Informal Patent Application, PTO-152

ARIB 503858

— SEE OFFICE ACTION ON THE FOLLOWING PAGES —

U. S. Patent and Trademark Office
PTO-326 (Rev. 9-95)

Office Action Summary

Part of Paper No. _11_

EP150457

ePlus0703720

Serial No. 08/288,577                                          -2-

Art Unit  2761

1.      Applicant should note the changes to patent practice and procedure effective December 01,
1997 as published in the Federal Register, Vol 62, No. 197, Friday October 10, 1997.

2.      The use of various trademark(s) at page(s) 2, 7, 9, 10, 11, 33-35 & 37 has been noted in
this application.  Any trademarks should be capitalized wherever they appear and be accompanied
by the generic terminology.

2.1     Although the use of trademarks is permissible in patent applications, the proprietary nature
of the marks should be respected and every effort made to prevent their use in any manner which
might adversely affect their validity as trademarks.

3.      The drawings are objected to because:

        A) the following errors have been noted in the drawings:

            (1) the drawings lack programs 44 as disclosed at:

                (a) page 7, lines 24, 25 & 31;

                (b) page 8, lines 9 & 12; and

                (c) page 13, line 24;

            and as required by 37 CFR § 1.84(p(5)).

            (2) the drawings lack reference number 81 as disclosed at page 33, line 5,
        and as required by 37 CFR § 1.84(p(5)).

Correction is required.

3.1     Applicant is required to submit a proposed drawing correction in response to this Office
action (37 CFR § 1.123).  However, correction of the noted defect can be deferred until the
application is allowed by the examiner.

4.      The disclosure is objected to because of the following informalities:

        A) applicant must update:

            (1) the application data on page 12,

        with the current status of each of the referenced applications, e.g., --now abandoned--, or
        --now patent #?--, or --which is abandoned and now serial number #?--, etc.

        B) the following errors have been noted in the specification:

            (1) appendices I through X (1-10) lack the margins required by 37 CFR §
        1.52(b).   (Note pages 13-16, 18, 19, 21-25 & 28-34 which mention the

**ARIB 503859**

EP150458

ePLUS0703721

PX0004, Page 183 of 242

Serial No. 08/288,577                                                    -3-

Art Unit  2761

         appendices).

Appropriate correction is required.

5.    The specification and drawings have not been checked to the extent necessary to determine the presence of all possible minor errors.  Applicant's cooperation is requested in correcting any errors of which applicant may become aware in the specification or drawings.  Applicant should note the requirements of 37 CFR § 1.74, § 1.75, & § 1.84(o,p(5)).

6.    The following is a quotation of the appropriate paragraphs of 35 U.S.C. § 102 that form the basis for the rejections under this section made in this Office action:

    A person shall be entitled to a patent unless --
        (b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

6.1    Claims 79, 80, 82-86, 88-97, 99, 100, 108, 109, 111-115, 117-120, 11-125, 127 & 128 are rejected under 35 U.S.C. § 102(b) as being clearly anticipated by Dworkin (4,992,940).

6.1.1  In regard to claims 79, 80, 82-86, 88-97, 99, 100, 108, 109, 111-115, 117-120, 11-125, 127 & 128, Dworkin ('940) discloses a centralize ordering system which search through a database which contains a number of different vendor catalogs.  The results of the search are returned to the user, which may purchase the selected items.

7.    Art of interest, which does not teach or suggest;

    A) converting items found in one vendor's catalog to another vendor, (claims 81, 87, 98, 110, 116, 121 & 126), or

    B) searching only sections of the database (claims 101-107 & 129),

is cited by the examiner.

8.                   Response to applicant's arguments.

8.1    All rejections and objections of the previous Office action not repeated or modified and repeated here in have been over come by applicant's last response.

9.    Claims 81, 87, 98, 110, 116, 121 & 126 are objected to as being dependent upon a rejected base claim, but would be allowable if rewritten in independent form including all of the limitations of the base claim and any intervening claims.

10.    The shorten statutory period of response is set to expire 3 (three) months from the mailing date of this Office action.

**ARIB 503860**

EP150459

ePLUS0703722

Serial No. 08/288,577

Art Unit   2761

-4-

11.    Any inquiry concerning this communication or earlier communications from the examiner should be directed to Edward Cosimano whose telephone number is (703) 305-9783.  The examiner can normally be reached Monday through Thursday from 7:30am to 6:00pm.  If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Gail Hayes, can be reached on (703)-305-9711.  Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 305-3900.

11.1    The fax phone number for <u>UNOFFICIAL FAXES</u> for this group is (703) 308-5357.

11.2    The fax phone number for <u>OFFICIAL FAXES</u> for this group is either (703) 308-9051 or (703) 308-9052.

05/26/98

*Edward Cosimano*
Edward R. Cosimano
Primary Examiner A.U. 2761

ARIB 503861

EP150460

ePLUS0703723

| Notice of References Cited | | | Application No.<br>08/288,677 | | Applicant(s)<br>Johnson et al | | |
|---|---|---|---|---|---|---|---|
| | | | Examiner<br>Edward R. Cosimano | SACIC | Group Art Unit<br>2761 | Page 1 of 1 | |

**U.S. PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | NAME | | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| A | 4,897,867 | 01/1990 | Foster et al | | 379 | 93.12 |
| B | 5,305,199 | 04/1994 | LoBiondo et al | | 705 | 26 |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |
| F | | | | | | |
| G | | | | | | |
| H | | | | | | |
| I | | | | | | |
| J | | | | | | |
| K | | | | | | |
| L | | | | | | |
| M | | | | | | |

**FOREIGN PATENT DOCUMENTS**

| | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUBCLASS |
|---|---|---|---|---|---|---|
| N | | | | | | |
| O | | | | | | |
| P | | | | | | |
| Q | | | | | | |
| R | | | | | | |
| S | | | | | | |
| T | | | | | | |

**NON-PATENT DOCUMENTS**

| | DOCUMENT (including Author, Title, Source, and Pertinent Pages) | DATE |
|---|---|---|
| U | | |
| V | | |
| W | | |
| X | | |

U.S. Patent and Trademark Office
PTO-892 (Rev. 9-95)          Notice of References Cited          Part of Paper No. 11

ARIB 503862

EP150461

ePLUS0703724