# PX-25

**PX-0025**

Revised 3/8/94

# Pilot and Comprehensive

# Electronic Sourcing

# Program System

Prepared for

**Fisher Scientific**
**711 Forbes Avenue**
**Pittsburgh, PA 15219**

**March 16, 1994**

The information in this proposal shall not be disclosed outside the Fisher Scientific or-
ganization and shall not be duplicated, used or disclosed in whole or in part for any
purpose other than to evaluate the proposal, provided that if a contract is awarded to
IBM as a result of or in connection with the submission of this proposal, Fisher Scien-
tific shall have the right to duplicate, use or disclose the information to the extent pro-
vided by the contract. This restriction does not limit the right of Fisher Scientific to use
information contained in the proposal if it is obtained from another source without re-
striction.

IBM

**IBM Allegheny Trading Area**
**International Business Machines Corporation**



PLAINTIFF'S
EXHIBIT
112

EPFS000297

ePLUS0509285

Revised 3/8/94

# Table of Contents

1.0   Statement of Work   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
1.1   Project Scope   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
1.2   Key Assumptions   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
1.3   IBM Responsibilities   . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
   1.3.1   Re-author the Fisher Electronic Sourcing Demonstration Program   . 2
   1.3.2   Develop the Fisher Electronic Sourcing Pilot Program   . . . . . . . . . 3
   1.3.3   Develop the Fisher Electronic Sourcing Comprehensive Program   . . 3
   1.3.4   Perform Project Management   . . . . . . . . . . . . . . . . . . . . . . . 4
1.4   Fisher Responsibilities   . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5
   1.4.1   Laws, Regulations, and Statutes   . . . . . . . . . . . . . . . . . . . . . 5
   1.4.2   Data for the Electronic Sourcing Program   . . . . . . . . . . . . . . . . 5
   1.4.3   Fisher Project Manager   . . . . . . . . . . . . . . . . . . . . . . . . . . 6
   1.4.4   Hardware   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
1.5   Deliverable Materials   . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6
   1.5.3   Type II Materials   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
1.6   Completion Criteria   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7
1.7   Estimated Schedule   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
1.8   Charges   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Appendix A. Deliverable Guidelines   . . . . . . . . . . . . . . . . . . . . . . 9
A.1   Monthly Status Report   . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
A.2   Electronic Sourcing Demostration Program   . . . . . . . . . . . . . . 9
A.3   Electronic Sourcing Pilot Program   . . . . . . . . . . . . . . . . . . . . 9
A.4   Electronic Sourcing Comprehensive Program   . . . . . . . . . . . . 10
A.5   Footer Bar/Icon Customizations (Source Code)   . . . . . . . . . . . 10
A.6   Fisher Text Data Conversion Program (Source)   . . . . . . . . . . . 10

Appendix B. Project Approach   . . . . . . . . . . . . . . . . . . . . . . . . . 12
B.1   Project Gantt Chart   . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
B.2   Task Descriptions   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Appendix C. Project Change Control Procedure   . . . . . . . . . . . . . . . 17

Appendix D. Signature Document   . . . . . . . . . . . . . . . . . . . . . . . 18

Billing Schedule   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

Table of Contents

EPFS000298

Revised 3/8/94

# 1.0   Statement of Work

This section defines the scope of work to be accomplished by IBM under the terms and conditions of the *IBM Customer Agreement (Agreement)*. The tasks to be performed by IBM are defined and an estimated schedule is provided. In addition, the responsibilities of Fisher are listed.

Changes to this Statement of Work will be processed in accordance with the procedure described in "Appendix C. Project Change Control Procedure" on page 17.

The investigation and the implementation of changes may result in modifications to the Estimated Schedule, Charges, and/or other terms of the *Agreement*.

The following are incorporated in and made part of this Statement of Work:

- "Appendix A. Deliverable Guidelines" on page 9
- "Appendix C. Project Change Control Procedure" on page 17

## 1.1   Project Scope

This project will develop the Pilot and Comprehensive Electronic Sourcing Program (ESP). In addition, we will "re-author", the "Demonstration Electronic Sourcing Program" (developed in a previous phase of the project) to include images for the 12 pages of the Fairmont Supply catalog. This program will be developed using the IBM product "Technical Viewer/2", which is a software package that is used to search and display technical information, using text, image and video data.

The tasks included will be those tasks necessary to deliver the ESP to Fisher, plus tasks to re-author the Demonstration ESP as noted above. The IBM responsibilities and deliverables are based on the *"Electronic Sourcing Requirements Document"*, dated September 28, 1993, with published changes through November 15, 1993. The requirements document and this statement of work shall be the basis for the Project Change Control Procedure. The scope of this phase of the project will include:

1.  Development of a Pilot and Comprehensive Electronic Sourcing Catalog, using IBM Technical Viewer/2 (TV/2). The demonstration will meet the requirements documented for the Electronic catalog, with the following exceptions:

    a.  Sub-set Searches; which are not currently available in the current release of TV/2.
    b.  Boolean Logic Searches; which are not currently available in the current release of TV/2.
    c.  The ability to bypass the list screen and directly display the Product detail screen, when only one record is found during a search.

    *Special Note:* The search functions (noted above) are not currently available in Technical Viewer. They are scheduled for a future release of the software. Should the new version of TV/2 become available during the performance period, IBM will incorporate the additional functions (noted above) at no additional charge.

Statement of Work                                                          1

EPFS000299

ePLUS0509287

Revised 3/8/94

The Pilot program will contain approximately 1/4 of the pages from the current 93/94 Fisher catalog plus 30 additional pages from the Fairmont Supply catalog (42 pages in total, from Fairmont Supply). The comprehensive program will contain the complete catalog, including the cross-references.

## 1.2   Key Assumptions

This Statement of Work and IBM's estimates to perform the Statement of Work are based on the following key assumptions.

1.   Fisher is responsible for obtaining all of the remaining images that are to be incorporated into the Electronic Sourcing and provide them to IBM on a timely basis, as required by the project schedule (Fisher/IBM Master Schedule Plan). Fisher is solely responsible for the quality of these images. IBM will provide, in writing (via Monthly Status Report) required delivery dates for images necessary to meet the current project schedule.

2.   Fisher Information Systems and Services and user personnel will be available as described in "Fisher Responsibilities" on page 5.

3.   Unannounced products may be used in the execution of this Statement of Work. As such, Fisher will be required to execute an Agreement for the Exchange of Confidential Information and/or non-disclosure Agreements prior to the execution of this Statement of Work.

4.   IBM may use some pre-existing materials for execution of this Statement of Work. Pre-existing materials include any announced or unannounced products and evaluations thereof, and IBM internal documents or studies, as well as the methodologies and general design approach appropriate to this project.

5.   Fisher will not provide any trade secret information.

6.   IBM may staff portions of this project with IBM selected sub-contractors.

## 1.3   IBM Responsibilities

### 1.3.1   Re-author the Fisher Electronic Sourcing Demonstration Program

*Task Description:* This task will consist of all necessary efforts to include images from the Fairmont Supply Catalog in the previously authored Demonstration ESP. Subtasks are:

1.   Scan and Convert 12 pages of images from Fairmont Supply Catalog
2.   Incorporate image data into Demonstration ESP.
3.   Perform System Build
4.   Perform System Test: Data and Authoring Validation/Verification.
5.   Deliver the "Electronic Sourcing Demonstration Program", to Fisher Project Manager in Pittsburgh.

Statement of Work                                                                                         2

EPFS000300

ePLUS0509288

Revised 3/8/94

*Completion Criteria:*  This task will be complete when IBM has delivered the "Electronic Sourcing Demonstration Program". Fisher is responsible for installation of this deliverable.

*Deliverables:*  The following will be delivered to Fisher as a result of this task:

- Electronic Sourcing Demonstration Program

### 1.3.2   Develop the Fisher Electronic Sourcing Pilot Program

*Task Description:*  This task will consist of all necessary efforts to develop the pilot. Subtasks are:

1. Obtain and Install Build and Test computer environments.
2. Enhance Data Auto-Conversion Techniques & Processes.
3. Convert and Tag Fisher Electronic Text Data.
4. Incorporate Fisher Image Data (provided by Fisher).
5. Incorporate additional catalog information.
6. Build ESP interface program.
7. Author Links for Fisher Electronic Data.
8. Perform System Test: Data and Authoring Validation/Verification.
9. Demonstrate the "Pilot Electronic Sourcing Program", to Fisher Project Manager in Pittsburgh.

*Completion Criteria:*  This task will be complete when IBM has demonstrated the "Pilot Electronic Sourcing Program", meeting the requirements referred to and specified in the scope section 1.1 of this Statement of Work.

*Deliverables:*  The following will be delivered to Fisher as a result of this task:

- Electronic Sourcing Pilot Program

### 1.3.3   Develop the Fisher Electronic Sourcing Comprehensive Program

*Task Description:*  This task will consist of all necessary efforts to develop the comprehensive ESP.  Subtasks are:

1. Obtain and Install Build and Test computer environments.
2. Enhance Data Auto-Conversion Techniques & Processes.
3. Convert and Tag Fisher Electronic Text Data.
4. Incorporate Fisher Image Data (provided by Fisher).
5. Incorporate additional catalog information.
6. Author Links for Fisher Electronic Data.
7. Perform System Test: Data and Authoring Validation/Verification.
8. Demonstrate the "Comprehensive Electronic Sourcing Program", to Fisher Project Manager in Pittsburgh.

*Completion Criteria:*  This task will be complete when IBM has demonstrated the "Comprehensive Electronic Sourcing Program", meeting the requirements referred to and specified in the scope section 1.1 of this Statement of Work.

Statement of Work                                                                                          3

EPFS000301

ePLUS0509289

Revised 3/8/94

*Deliverables:* The following will be delivered to Fisher as a result of this task:

- Electronic Sourcing Comprehensive Program

### 1.3.4  Perform Project Management

*Task Description:* IBM will provide project management for the IBM responsibilities in this Statement of Work.

The objective of this task is to establish a framework for project communications, reporting, procedural and contractual activity. The IBM Project Manager will be responsible for this task. The following subtasks will be performed:

1. Project Planning

   - Review the Statement of Work and the contractual responsibilities of both parties with the Fisher Project Manager.
   - Prepare a project plan which identifies and assigns tasks, major milestones for the efforts of the project team, the estimated dates on which they occur and indications of critical path.

2. Project Tracking and Reporting

   - Measure, track and evaluate progress against the project plan.
   - Resolve deviations from the project plan with the Fisher Project Manager.
   - Review project tasks, schedules, and resources and make changes or additions, as appropriate.
   - Conduct regularly scheduled meetings with the Electronic Sourcing project team to review project status.
   - Review the project progress with the Fisher Project Manager during the regularly scheduled status meetings.
   - Prepare Monthly Status Reports.
   - Administer the project change control procedure.
   - Review and analyze project change requests.
   - Review the work products being produced by the Electronic Sourcing project team.

*Completion Criteria:* This task will be complete when the IBM tasks described in this Statement of Work have been completed, according to their completion criteria.

*Deliverables:* The following items will be delivered to Fisher as a result of this task:

1. Monthly Status Reports

Statement of Work

4

EPFS000302

ePLUS0509290

Revised 3/8/94

## 1.4   Fisher Responsibilities

The responsibilities listed in this section are in addition to those responsibilities specified in the *Agreement* and are to be provided at no charge to IBM. IBM's performance is predicated upon the following responsibilities being fulfilled by Fisher.

### 1.4.1   Laws, Regulations, and Statutes

Fisher is responsible for the identification and interpretation of any applicable laws, regulations, and statutes that affect Fisher application systems or programs which IBM will have access to during this project.

It is the responsibility of Fisher to assure that the systems and programs meet the requirements of those laws. This includes securing appropriate licenses to any information that will be incorporated into the Fisher Electronic Sourcing catalog.

### 1.4.2   Data for the Electronic Sourcing Program

Fisher will provide data to be used in the Pilot and Comprehensive Electronic Sourcing program. This data includes:

1.  *Image Data:* Fisher will supply the Image data in electronic form (OS/2 1.3 bitmap) that is to be incorporated into the Electronic Sourcing and provide it to IBM on a timely basis, as required by the project schedule (Fisher/IBM Master Schedule Plan). Fisher is solely responsible for the quality of these images. IBM will confirm, in writing (via Monthly Status Report) required delivery dates for images necessary to meet the current project schedule.

2.  *Text Data:* Fisher will supply the text data, in electronic form, that is to be incorporated into the Electronic Sourcing and provide it to IBM on a timely basis, as required by the project schedule (Fisher/IBM Master Schedule Plan). IBM will confirm in writing (via Monthly Status Report) required delivery dates for text necessary to meet the current project schedule. The text data will be in the same format as the text data used for the demonstration program, which we have received previously (from Stibo Graphics).

3.  *Cross Reference Data:* Fisher will supply in electronic form the Cross Reference Data to be incorporated into the ESP, that is required to meet the requirements as described in section 1.1, of this Statement of Work. This data will be provided to IBM on a timely basis, as required by the project schedule (Fisher/IBM Master Schedule Plan). IBM will confirm in writing (via Monthly Status Report) required delivery dates necessary to meet the current project schedule.

IBM disclaims any right, title and interest in Image Data, Text Data or Cross Reference Data supplied by Fisher.

Statement of Work                                                                                                  5

EPFS000303

ePLUS0509291

PX0025, Page 7 of 22

Revised 3/8/94

### 1.4.3  Fisher Project Manager

Prior to the start of this Statement of Work under the *Agreement*, Fisher will designate a person, called the Fisher Project Manager, to whom all IBM communications will be addressed and who has the authority to act for Fisher in all aspects of the contract.

The responsibilities of the Fisher Project Manager include:

1. Serve as the interface between the IBM project team and all Fisher departments participating in this project.

2. With the IBM Project Manager, administer Project Change Control in accordance with "Appendix C. Project Change Control Procedure" on page 17.

3. Attend project status meetings.

4. Obtain and provide information, data, decisions and approvals, within five working days of IBM's request unless Fisher and IBM agree to an extended response time.

5. Resolve deviations from project plans which may be caused by Fisher.

6. Help resolve project issues and escalate issues within the Fisher organization, as necessary.

### 1.4.4  Hardware

Fisher will provide (use of) personal computers for the development of the Pilot and Comprehensive ESP. This equipment shall consist of 2 File servers and 2 workstations. One server and workstation will be returned to Fisher upon delivery of the Pilot ESP. The second server and workstation will be returned to Fisher upon delivery of the Comprehensive ESP. Specifications for hardware can be found in the ESP Hardware Requirements Document.

## 1.5   Deliverable Materials

The following items will be delivered to Fisher under this Statement of Work.

### 1.5.1  Type I Materials

• None

### 1.5.2  Type IA Materials

• Electronic Sourcing Demonstration Program
• Electronic Sourcing Pilot Program
• Electronic Sourcing Comprehensive Program

Statement of Work                                                                                      6

EPFS000304

ePLUS0509292

Revised 3/8/94

Type IA Materials are those, created during the project, as derivative works of databases owned by Fisher (including ownership of copyright). IBM will deliver one copy of these Materials to Fisher, and Fisher shall then own the Materials (including ownership of copyright in the derivative work). IBM may retain one copy of each of these Materials only for internal use and for performing future services for Fisher, but may not copy, distribute or make derivative works from Type IA Materials.

Type IA Materials shall not include licences to the TV/2 software which may be necessary to use Type IA Materials. Therefore, each internal and external user to whom Fisher distributes Type IA Materials or derivative works from Type IA Materials may require licenses under TV/2 software to use those databases effectively.

For a period of two years following the earlier of (a) completion of this statement of work, or (b) September 30, 1996, IBM will not assign the following employees: Harry Alexander, Jim Gomola, Pam Jenkins, and Al Rolland, to provide Electronic Catalog Application Development Services to the following organizations: Baxter Health Care, Curtin Matheson or VWR Scientific, nor communicate, during that period, the key features or overall design of Type IA materials to any of those three firms or to persons performing Electronic Catalog Application Development Services for any of those three firms.

### 1.5.3  Type II Materials

- One copy of each Monthly Status Report summarizing the status of the project will be delivered to the Fisher Project Manager within five working days following the reporting period.  "Monthly Status Report" on page 9 contains a description of this report.
- Fisher Text Data Conversion Program (source code)
- Fisher Footer Bar/Icon Customizations (Source code)

### 1.6  Completion Criteria

The project will be considered complete when the IBM tasks described in this Statement of Work have been fulfilled, including delivery of the materials described in "Deliverable Materials" on page 6  We warrant that IBM will perform these services in a workmanlike manner.  However, it is not within the scope of this agreement to allow for modification and resubmittal of these deliverables after they have been delivered to Fisher.

EPFS000305

ePLUS0509293

Revised 3/8/94

## 1.7   Estimated Schedule

The services will be performed during the period specified in the *Statement of Work for Project Support Services (Custom Services)* found in "Appendix D. Signature Document" on page 18.

## 1.8   Charges

The fixed price for performing the IBM tasks defined in the Statement of Work will be $620,000.

In addition, Fisher will reimburse IBM for the actual travel and living expenses incurred in providing these services, currently estimated at $10,000.

Fisher will be invoiced in equal monthly installments for 75% of the fixed fee over the period of performance specified in "Estimated Schedule" and for the remaining 25% on completion (see attached billing schedule).  Invoices will be payable upon receipt.

Statement of Work                                                                                   8

EPFS000306

ePLUS0509294

Revised 3/8/94

## Appendix A. Deliverable Guidelines

### A.1  Monthly Status Report

*Purpose:* IBM will provide Monthly Status Reports advising the Fisher Project Manager of the progress and status of the IBM activities. The report will outline the IBM activities and describe the status of tasks worked on during that period. Significant accomplishments, milestones, and problems will be identified.

*Content:* The report will consist of the following, as appropriate:

- Activities performed during the reporting period
- Activities planned for the next reporting period
- Project change control summary
- Problems, concerns, and recommendations
- Other items of importance

### A.2  Electronic Sourcing Demostration Program

*Purpose:* IBM will copy the previously delivered Electronic Sourcing Demonstration catalog and include additional images. The Demonstration ESP, will be 'Re-authored' to include images from the 12 pages of the Fairmont Supply catalog previously included in the Demonstration ESP. No other changes/modifications are included.

*Delivery:* IBM will deliver 1 copy of TV/2 (executable code) and corresponding catalog database (data in electronic, machine readable code), including customized Icons and TV/2 panels. Fisher will be responsible for installation of the new Demonstration ESP.

### A.3  Electronic Sourcing Pilot Program

*Purpose:* This deliverable will demonstrate the functional aspects of the Electronic Sourcing catalog. The Pilot ESP will be built with the Technical Viewer/2 (TV/2) authoring product. The Pilot ESP will consist of approximately 400 additional pages (500 in total) of the 93/94 catalog, plus 30 additional pages (42) in total of a 3rd party catalog. The Pilot ESP will meet the requirements in the Fisher Electronic Sourcing Requirements document and addenda published through November 15, 1993, with the exception of:

- Boolean Logic Searches, Sub-set searches and direct Product Detail display (refer to Project Scope Section 1.1), which are not available in the current release of TV/2.

The Pilot program will include the vendor cross-references (data to be supplied by Fisher).

Appendix A. Deliverable Guidelines                                             9

EPFS000307

ePLUS0509295

Revised 3/8/94

*Delivery:* IBM will deliver up to 10 copies of TV/2 (executable code) and corresponding catalog database (data in electronic, machine readable code), including customized Icons and TV/2 panels, installed on up to 10 personal computers provided by Fisher.

## A.4   Electronic Sourcing Comprehensive Program

*Purpose:* This deliverable will demonstrate the functional aspects of the Electronic Sourcing catalog. The Comprehensive ESP will be built with the Technical Viewer/2 (TV/2) authoring product. The Comprehensive ESP will consist of the entire 93/94 catalog (total of approximately 2000 pages). Comprehensive ESP will meet the requirements in the Fisher Electronic Sourcing Requirements document and addenda published through November 15, 1993, with the exception of:

- Boolean Logic Searches, Sub-set searches and direct Product Detail display (refer to Project Scope Section 1.1), which are not available in the current release of TV/2.

  *Note:* The next release of TV/2, which is expected to have these functions, is scheduled to be released in time for delivery of the Comprehensive ESP. Should this happen, IBM will include the above functions.

The Comprehensive program will include the vendor cross-references (data to be supplied by Fisher). Additionally, IBM will deliver 1 copy of the ESP Database, including all source inputs (converted and tagged text data, images, indices etc.) used to create the Comprehensive ESP.

*Delivery:* IBM will deliver one copy of TV/2 (executable code) and corresponding catalog database (data in electronic, machine readable code), including customized Icons and TV/2 panels, installed on hardware provided by Fisher.

## A.5   Footer Bar/Icon Customizations (Source Code)

*Purpose:* This deliverable consists of the source generated by IBM, for Fisher that produced the Customized Footer Bar and associated Icons, that appear at the bottom of the Fisher Electronic Sourcing screens.

*Content:*

- Source code

*Delivery:* Footer Bar/Icon Customizations will be delivered in machine readable format at the completion of this contract. This program is offered 'As-Is' with no warranty or documentation.

## A.6   Fisher Text Data Conversion Program (Source)

*Purpose:* This is a pre-existing program, developed to convert text into a format recognized by TV/2, that has since been customized to convert Fisher text data for input into TV/2 and the Electronic Sourcing.

Appendix A. Deliverable Guidelines                                                           10

EPFS000308

ePLUS0509296

Revised 3/8/94

*Content:*

• Source code

*Delivery:*   The Text Data Conversion Program will be delivered in machine readable format at the completion of this contract.  This program is offered 'As-Is' with no warranty or documentation.

Appendix A. Deliverable Guidelines                                    11

EPFS000309

ePLUS0509297

Revised 3/8/94

# Appendix B. Project Approach

## B.1   Project Gantt Chart

Appendix B. Project Approach

12

EPFS000310

ePLUS0509298

Revised 3/8/94

## B.2   Task Descriptions

This section describes the detail tasks of the project, through the delivery of the Demonstration Electronic Sourcing Program.  It is intended to give a complete description of the project tasks.

The following is a comprehensive listing of all project tasks and subtasks, and of all responsibilities: those of IBM, and of Fisher. See FISHER/IBM MASTER SCHEDULE PLAN, Electronic Sourcing Program, which is presented in the form of Gantt charts. This graphical project management plan lists all tasks, and shows a cross reference to these Task Descriptions for responsibilities, deliverables, task durations, task predecessors, and task start and finish dates. Here are the individual tasks SOME OF WHICH ARE THE RESPONSIBILITY OF FISHER SCIENTIFIC.    The attached FISHER/IBM MASTER SCHEDULE PLAN, Electronic Sourcing Program Gantt chart governs:

3.1 Obtain and Install ESP Build and Test Environment

Task Definition:

Obtain and Install two Electronic Sourcing Program System Environments.  Refer to Electronic Sourcing Hardware Requirements for specification of equipment.

3.4 Interface ESP with Existing ESP Systems

Task Definition:

Using Fisher information and data furnished by Fisher build the necessary Interfaces to integrate existing Fisher systems Requisition and Inventory Management System (RIMS), Strategic Procurement Services (SPS) and Fusion with the Electronic Sourcing Program.  Only one interface will be built, which will interface with all three systems.

3.7 Provide electronic text and image data required for the Pilot and Comprehensive Electronic Sourcing Program

Task Definition:

Provide and verify the adequacy and format of Fisher electronic text and image data.

3.8 Convert and Tag Fisher Electronic Text Data for Pilot

Task Definition:

Convert Fisher electronic text data (into TV/2 readable format) comprising a raw page count of four hundred (400) Fisher catalog pages (ASCII text) and 30 (42 in total) pages of a Vendor Catalog.

Appendix B. Project Approach                                                                    13

EPFS000311

ePLUS0509299

Revised 3/8/94

3.10 Receive and Incorporate Fisher Additional Catalog Information

Task Definition:

Add information provided by Fisher including vendor numbers, product descriptions, and Fisher equivalents.

3.11 Author Links for Fisher Electronic Data

Task Definition:

Determine correct image for each text section and add links. Add links for "see also text," indices in back of Fisher catalog (Fisher catalog numbers, vendor catalog numbers, and trademarks), and page numbers;

3.12 Perform System Build for the Pilot Electronic Sourcing Program

Task Definition:

Perform system build for the Pilot Electronic Sourcing Program based on the the Phase 1 Laboratory Model, and which includes a) Electronic text and image data as provided elsewhere in this SOW

3.13 Perform System Test: Data and Authoring Validation/Verification

Task Definition:

Perform system test for the interactive Electronic Sourcing Program including: Performance Requirements Verification Testing based on Fisher's "Electronic Sourcing Requirements Document," September 28, 1993, with addenda, and data and authoring validation/verification;

3.14 Deliver the Pilot Electronic Sourcing Program to Fisher.

Task Definition:

Using Fisher-supplied hardware, Install demonstrate and deliver the ESP to Fisher Project Manager.

3.15 Provide Copies of the Pilot Fisher Electronic Sourcing Program and Required Application Software

Task Definition:

Provide up to 10 catalog system images and copies of, and licenses for, required application software to support pilot testing by Fisher for a period of up to six weeks.

Appendix B. Project Approach                                    14

EPFS000312

ePLUS0509300

Revised 3/8/94

3.17 Assist Fisher During Field Testing of Pilot Fisher Electronic Sourcing Program

Task Definition:

Support pilot testing by Fisher for a period of up to six weeks. Provide Level 1 application maintenance (telephone support only, during business hours only IBM TA and Level 2 application maintenance (same description of maintenance terms)

3.18 Receive Fisher Approval of Pilot Fisher Electronic Sourcing Program

Task Definition:

Receive Fisher approval of the pilot ESP. Assume no changes in project workscope;

3.19 Receive and Verify Fisher Electronic Data Required for the Comprehensive Fisher Electronic Sourcing Program

Task Definition:

Receive and verify Fisher electronic text and image data comprising remaining Fisher catalog pages, approximately one thousand, five hundred additional pages, or approximately two thousand (2,000) pages in all, in previously agreed-to format

3.20 Convert and Tag Fisher Catalog Electronic Text Data for the Comprehensive Electronic Sourcing Program

Task Definition:

Convert Fisher electronic text and image data comprising remaining Fisher catalog pages, approximately one thousand, four hundred additional pages text data to tagged format, establish all hot spots, and link all text and image data as required.

3.22 Receive and Incorporate Fisher Additional Catalog Information

Task Definition:

Add information provided by Fisher and obtained via IBM TA (vendor numbers, product descriptions, and Fisher equivalents.

3.23 Author Links for Fisher Catalog Electronic Data for the Comprehensive Electronic Sourcing Program

Task Definition:

Appendix B. Project Approach                                                   15

EPFS000313

ePLUS0509301

Revised 3/8/94

Determine correct image for each text section and add links. Add links for "see also text," indices in back of Fisher catalog (Fisher catalog numbers, vendor catalog numbers, and trademarks), and page numbers.

3.24 Perform System Build for the Comprehensive Fisher Electronic Sourcing Program

Task Definition:

Following Fisher approval to proceed received, complete system build for the comprehensive Fisher Electronic Sourcing Program.

3.25 Perform System Test for the Comprehensive Fisher Electronic Sourcing Program

Task Definition:

Perform system test for the pilot interactive Electronic Sourcing Program including detailed Performance Requirements Verification Testing based on Fisher's "Electronic Sourcing Requirements Document," September 28, 1993, with addenda, including data authoring validation/verification.

3.26 Demonstrate the Comprehensive Fisher Electronic Sourcing Program

Task Definition:

Relocate the System Build-and-Test Environment from IBM to Fisher, and demonstrate the comprehensive interactive Electronic Sourcing Program to Trading Area and Fisher Representatives and/or Fisher Customers, not to exceed two days.

Appendix B. Project Approach

16

EPFS000314

ePLUS0509302

Revised 3/8/94

# Appendix C. Project Change Control Procedure

The following provides a detailed process to follow if a change to this Statement of Work (SOW) is required.

- A Project Change Request (PCR) will be the vehicle for communicating change. The PCR must describe the change, the rationale for the change and the effect the change will have on the project.

- The designated Project Manager of the requesting party will review the proposed change and determine whether to submit the request to the other party.

- Both Project Managers will review the proposed change and approve it for further investigation or reject it. IBM will specify any charges for such investigation. If the investigation is authorized, the Project Managers will sign the PCR which will constitute approval for the investigation charges. IBM will invoice Fisher for any such charges. The investigation will determine the effect that the implementation of the PCR will have on price, schedule and other terms and conditions of the *Agreement*.

- A written Change Authorization must be signed by both parties to authorize implementation of the investigated changes.

Appendix C. Project Change Control Procedure                                                17

EPFS000315

ePLUS0509303

Revised 3/8/94

## Appendix D. Signature Document

An authorized signature on the following page by Fisher Scientific indicates your acceptance of this proposal.

Appendix D. Signature Document                                                     18

EPFS000316

ePLUS0509304

PX0025, Page 20 of 22

Revised 3/8/94

# IBM Customer Agreement

## Statement of Work for Project Support Services

---

### Custom Services

*Scope of Services, Completion Criteria, charges, and other applicable terms:*

Refer to the *Pilot and Comprehensive Electronic Sourcing Program* dated March 8, 1994, section "Statement of Work".

Charges: $620,000.    In addition, Fisher Scientific will reimburse IBM for the actual expenses incurred in providing the services, estimated at $10,000.

---

This document is a Statement of Work to the IBM Customer Agreement - Project Support Services only if no machines or licensed program products are acquired under this Statement of Work. Each of us agrees that the complete agreement between us about these Services consists of 1) this Statement of Work and 2) the IBM Customer Agreement or IBM Customer Agreement - Project Support Services, as applicable (or any equivalent agreement signed by both of us).

*Agreed to:*
Customer name:  Fisher Scientific

By _____
Authorized signature

Name (type or print):

Date:

Customer number:  3401500

Customer address:  711 Forbes Avenue
Pittsburgh, PA 15219

Estimated start date:  February 15, 1994

Estimated end date:  December 1, 1994

*Agreed to:*
International Business Machines Corporation
Armonk, New York 10504

By _____
Authorized signature

Name (type or print):

Date:

Reference Agreement number:

Statement of Work number:   NL368

IBM Office number:

IBM Office address:

IBM Services group address:

EPFS000317

ePLUS0509305

Revised 3/8/94

## Billing Schedule

| | | |
|---|---|---|
| March | | |
| April | $ | 66,400 |
| May | $ | 66,400 |
| June | $ | 66,400 |
| July | $ | 66,400 |
| August | $ | 66,400 |
| September | $ | 66,400 |
| Completion | $ | 66,400 |
| Total | $ | 155,200 |
| | $ | 620,000 |

75%

25%

Billing Schedule

19

EPFS000318

ePLUS0509306

PX0025, Page 22 of 22