# PX-98 Excerpt

PX-0098



# Lawson Requisitions Self-Service User Guide

**Version 9.0.1**
Published May 2009

**Lawson Supply Chain Management**



Christopherson
EXHIBIT NO. 7
DATE 10/19/09
REPTR LAB
MERRILL LEGAL SOLUTIONS

L0045474
CONFIDENTIAL

Document Number RQSSUG-901UWA-02

**Legal Notices**

Lawson® does not warrant the content of this document or the results of its use. Lawson may change this document without notice.

**Export Notice:** Pursuant to your agreement with Lawson, you are required (at your own expense) to comply with all laws, rules, regulations, and lawful orders of any governmental body that apply to you and the products, services or information provided to you by Lawson. This obligation includes, without limitation, compliance with the U.S. Foreign Corrupt Practices Act (which prohibits certain payments to governmental officials and political parties), U.S. export control regulations, and U.S. regulations of international boycotts. Without limiting the foregoing, you may not use, distribute or export the products, services or information provided to you by Lawson except as permitted by your agreement with Lawson and any applicable laws, rules, regulations or orders. Non-compliance with any such law, rule, regulation or order shall constitute a material breach of your agreement with Lawson.

**Trademark and Copyright Notices:** All brand or product names mentioned herein are trademarks or registered trademarks of Lawson, or the respective trademark owners. Lawson customers or authorized Lawson business partners may copy or transmit this document for their internal use only. Any other use or transmission requires advance written approval of Lawson.

© Copyright 2009 Lawson Software. All rights reserved.

L0045475
CONFIDENTIAL
PX0080, Page 2 of 80

## What is the Shopping Cart?

The shopping cart displays the total number of items and the total transaction amount for a requisition (in base currency). The shopping cart dynamically builds quantity and amount for items in the cart.

The icons and buttons that display in the cart let you view line information and make changes.

Icons appear next to the items in the shopping cart. Click the trash can icon to delete a requisition line, or the disk icon to save all line items in the cart. An "i" icon on the right-hand side lists three pieces of information - transaction unit cost, transaction currency code, and line status (viewable by mousing over the icon). If a red circle with an "X" in it displays next to an item, an error exists and you can view it by mousing over the red circle. You need to correct the error and save your changes before you can checkout. (You cannot checkout until these errors are corrected.) An example of a possible error is "Must enter unit cost".

Buttons at the bottom of the cart are available once items have been added. The following describes what each button does.

- New - Creates a new requisition (if existing lines are not saved or you haven't selected any lines, the current requisition header is deleted). Also refreshes the requester's data defaults if your requester has been updated in Requesters (RQ04.1).
- Clear - Clears items that you have added to the cart, but leaves the requisition header.
- Print - Previews the items in the cart, including item type, quantity, unit and extended cost, distributions, and requested delivery date. To print the contents of the cart, click the Send to Printer button and select a printer.
- Save - Saves your changes to the items in the cart and updates the order. You inquire on the requisition by clicking on Inquire, then entering the requisition number on the Order Inquiry tab.
- Checkout - Saves items in the cart to be requisition lines and moves the requisition to the next processing stage (for example, releases the requisition).

**NOTE** If you inquire on a processed requisition, closed requisition, rejected requisition, or needs approval, only the Print and New buttons display.