# PX-517

**Case Clip(s) Detailed Report**
**Wednesday, January 05, 2011, 9:10:55 PM**

**PX 517**

**0_W3301**

 **Frank, Jeff (Vol. 01) - 10/09/2009** **1 CLIP (RUNNING 00:42:16.900)**

 Thank you for your patience as we were ...

**JFEDIT** **35 SEGMENTS (RUNNING 00:42:16.900)**

**1. PAGE 9:09 TO 9:15 (RUNNING 00:00:11.100)**

Q Thank you for your patience as we were setting up there. Can you just state your full name for the record, sir.
A Jeffrey Paul Frank.
Q And who are you currently employed by, Mr. Frank?
A Lawson Software.

**2. PAGE 11:12 TO 11:22 (RUNNING 00:00:20.800)**

Q Why don't we start with, what's your job title at Lawson Software?
A Vice president of marketing.
Q How long have you held that position, sir?
A Approximately three years. A little over three years.
Q How long have you been employed by Lawson Software?
A It will be seven years on January 2nd of 2010.

**3. PAGE 17:02 TO 18:16 (RUNNING 00:01:30.300)**

Q Let's go back to your job responsibilities and duties as the vice president of marketing at Lawson. Can you give me a high level overview of what those entail?
A My overall focus is oversight for Americas marketing, with the primary emphasis being on North America. And that includes really all aspects of our marketing activities.
Q What kind of marketing activities are you involved in in the Americas?
A Our primary focus, our primary go-to-market approach is via industries. So it is our marketing activities from lead generation to brand building evidence in our target markets or industries.
Q And how do you go about doing that to those industry sectors?
A We have teams that are organized, marketing teams that are organized around those industries.
Q And how do they reach out to those industries to promote Lawson's software ERP solutions?
A Through a wide variety of activities ranging from direct marketing to events, trade shows, electronic marketing, just to name a few

## 0_W3301

examples.
Q How about advertisement?
A Very limited advertising.
Q Would advertising fall within your responsibilities?
A Yes.
Q Trade shows. What kind of trade shows are involved?
A Generally speaking, industry focus trade shows. So they will vary by our industries or business units.

**4. PAGE 29:11 TO 29:15 (RUNNING 00:00:20.400)**

Q Can you name some of the competitors, the principal competitors that Lawson views as in the marketplace competing for your business sectors?
A SAP, Oracle, McKesson, Tyler, Munis, just to name a few.

**5. PAGE 30:07 TO 31:02 (RUNNING 00:00:49.300)**

Q How about Ariba, does Lawson ever compete with Ariba in the ERP space?
A To the best of my knowledge we do on occasion, yes.
Q Prior to this lawsuit, had you heard of ePlus before?
A No.
Q Do you do any competitive research as part of the marketing department responsibilities? I say "you," I mean generally the marketing department.
A Very limited. It's not one of the responsibilities of the marketing department.
Q Is it the responsibility of any other department that you know of?
A It falls primarily with product management and sales, through a sales operations group.

**6. PAGE 31:03 TO 34:08 (RUNNING 00:02:57.000)**

Q Does the marketing department have any responsibility for the content of the Lawson website?
A Yes.
Q Can you tell me the nature of that responsibility?
A Lawson marketing has overall responsibility for the Lawson.com website and any of our web properties, so is responsible for developing and delivering the content for the website.
Q So people from the marketing department have drafted the information that's available with respect to the product features and functionality on the website?
A They would be involved with the process.

## 0_W3301

Q Is it the marketing department that actually loads that content once it's prepared?
A Yes.
Q Does the marketing department take steps to ensure that the information contained on the website is as accurate as possible?
A Yes.
Q How does the marketing department go about doing that, sir?
A Really there's two parts to the process. In the case of product-type functionality, it goes through a review by the product management organization. And then with any of the content that we place on our website, it goes through a legal review.
Q And what's the purpose of the legal review?
A To make sure that the content is accurate.
Q And is that because potential customers and other interested parties are going to be accessing information from the website and you want it to be as accurate as possible?
A I believe that is one of the reasons, yes.
Q Is it fair to say that you want people to be able to rely on the information that's provided to them on the website? Correct?
A Yes.
Q Does the company's website provide to your knowledge white papers that describe the features and functionality of the company's products?
A It contains white papers. I can't speak to whether it describes specific functionality of the products.
Q Do you know what the purpose of the white papers are that are loaded onto the company's website?
A Yes.
Q What's that, sir?
A It ranges. So it ranges from specific product information to white papers on general industry issues and topics that have nothing to do with software. So it can be for a wide variety of reasons, purposes.
Q But there are white papers that are available on the company's website that are directed to Lawson's products, correct?
A Yes.
Q And again, it's Lawson's intention that these white papers provide accurate information to whoever is viewing them with respect to the features and functionality of the company's products, right?
A Yes.

**7. PAGE 35:02 TO 36:01 (RUNNING 00:01:06.000)**

Q Is the marketing department at all ever involved in the RFP process that is often employed in the sales of ERP solutions?
A In some cases.
Q Can you tell me the nature of the involvement by giving me some examples that marketing would be involved?
A Generally speaking, if there is a question on the RFP that the individual responding to the RFP doesn't know the answer to or is unique so it's not a part of our library of RFP responses, they may come to marketing for information.
Q I think we both know what we're talking about, but just so it's clear on the record, in many instances when a potential customer wants to obtain a Lawson product such as an ERP solution, they will provide you with a series of questions in what's called an RFP or request for proposal.
A Correct.
Q And Lawson responds to those questions, correct?
A That's correct.

**8. PAGE 36:19 TO 36:22 (RUNNING 00:00:07.600)**

Q Who has primary responsibility for responding to the RFPs? Is it the sales division or the marketing division?
A Sales division.

**9. PAGE 38:13 TO 38:21 (RUNNING 00:00:30.100)**

Q Can you give me any examples of those types of questions that come to marketing from the sales division with respect to the RFP process?
A Some examples that come to mind are number of customers we have in a particular industry or segment of an industry. We'll get questions on which types of events and associations we are affiliated with, generally tending to be marketing focussed.

**10. PAGE 39:10 TO 39:14 (RUNNING 00:00:10.800)**

Q You mentioned in one of your answers that there is a library of RFPs. Do you recall that testimony?
A I stated there is a library of RFP responses.

**11. PAGE 39:15 TO 39:17 (RUNNING 00:00:07.300)**

Q Are those actual responses to potential customer inquiries in the RFP process?
A No.

**12. PAGE 39:18 TO 41:04 (RUNNING 00:01:18.000)**

Q What is it?

A It is a library of approved responses, templated responses to standard types of questions, comment types of questions that we receive.
Q So it is not unusual in this RFP process
00040: for customers to have the same types of questions about the features and functionality of a product, say an M3 or an S3; is that correct?
A That's correct.
Q So the company has anticipated those questions or through experience understands what those questions are, and prepares a stock set of answers that can be plugged in for the RFP process, correct?
A That's correct.
Q And just like the website, is it Lawson's intention that those templates or stock answers to these common questions be as accurate as possible with respect to the features and functionalities of the products? Correct?
A Correct.
Q It's not Lawson's intent to mislead anybody about the features and functionality of its software products, right?
A That's correct.
Q So if we were looking at a response to an RFP with respect to the features and functionality
00041: of an ERP solution such as M3 or S3, we should be able to rely on the accuracy of that information, correct?
A That's correct.

**13. PAGE 44:02 TO 45:14 (RUNNING 00:01:34.100)**

Q Do you do any market research with respect to business opportunities in these industry sectors you've been talking about?
A Yes.
Q Are there any industry reports that Lawson relies upon to understand the needs of the ERP market?
A Yes.
Q Can you give me some examples?
A Examples would be through our relationships with some of the industry analysts such as Gartner Group, Forrester, just to name a few.
Q Aberdeen?
A In the past, yes.
Q Which of those three that we just mentioned would you consider to be most reliable as far as information concerning the ERP market?
A Gartner.
Q Does the company rely on some of the information with respect to the ERP market that's
00045: provided by Gartner in its reports?
A I wouldn't characterize it as "rely." We utilize the information.

Q How often does the company receive reports from Gartner as to the ERP market?
A On an ongoing basis.
Q Do you know how frequent they are issued, quarterly, monthly?
A There's a variety of reports that Gartner puts out. So they're based on different times throughout the year. So it's ongoing.
Q Does the marketing group specifically subscribe to those publications?
A We do.

**14. PAGE 48:07 TO 49:20 (RUNNING 00:01:35.500)**

Q What's involved in the direct marketing process? Is there literature, brochures, you know, e-mail spamming? What's the process for direct targeted marketing of a potential new customer?
A We don't spam. But it really runs the spectrum from the development of collateral or brochures. We do e-mail marketing, trade show marketing, direct mail, to webinar, web-type events. So we really use the full range of different types of marketing activities to reach both potential customers and existing customers.
Q The marketing brochures you talked about that are utilized in this direct marketing effort, does that fall within the marketing department's responsibilities?
A Yes.
Q So marketing is responsible for the content of those brochures, correct?
A Yes.
Q Like your website and your responses to RFPs, does Lawson make efforts to ensure that the information contained in these brochures with respect to the products is accurate?
A It does.
Q And like the website, does Lawson also make efforts to have a legal review of the brochures to see that the information is accurate?
A Yes. All of that type of external information, including RFPs, goes through a legal review.
Q I'm sorry. So the RFPs also go through a legal review?
A To the best of my knowledge, yes.
Q Is that done by in-house counsel at Lawson?
A To the best of my knowledge, yes.

**15. PAGE 50:12 TO 52:03 (RUNNING 00:01:51.000)**

Q And again, that's to ensure that nothing misleading is being presented to the customer in describing the features and functionality of the software products being offered?
A Among other reasons, yes.

Q What other reasons can you think of?
A Make sure we are presenting our product information in the most positive form. Communication that people can understand, etc.
Q Besides the brochures, you mentioned webinars, correct?
00051:01 A That's correct.
Q Just for the record, why don't you describe what a webinar is.
A A webinar is where Lawson will put on an event that is delivered online via the web, and will typically include both a video portion as well as an audio portion. People access it via that laptop or a combination of their laptop or a computer as well as phone. And we are delivering various types of information via an online event. People participate virtually.
Q Who would be some of the potential targets for a webinar demonstration?
A It could be any of the customers or potential customers in our target markets.
Q Would a salesperson or a marketing person potentially reach out to a new customer to make a webinar presence so that the customer can understand the features and functionality of a software product that Lawson is offering?
A Potentially.
Q Is marketing responsible for the content
00052:01 of the webinar demonstrations?
A I wouldn't characterize them as demonstrations. But for the webinars, yes.

**16. PAGE 53:05 TO 53:13 (RUNNING 00:00:20.000)**

Q And again, as with the website, responses to RFPs and the brochures, it's Lawson's intention that the webinars present accurate information with respect to the features and functionalities of the Lawson Software products, correct?
A That's correct.
Q Did they also go through legal review, to your knowledge?
A To the best of my knowledge, yes.

**17. PAGE 55:21 TO 57:03 (RUNNING 00:01:08.000)**

Q It's one of the goals of Lawson to make the electronic procurement process more efficient,
00056:01 thereby saving its customers money, correct?
A Generally speaking, yes.
Q Have you heard the term "e-Procurement" before?
A Yes.
Q And M3 and S3 products have an e-Procurement solution, correct?
A It would depend exactly how you're defining e-Procurement.
Q What's your understanding of what

e-Procurement is?

A E-Procurement would be automating the procurement process by -- and one example would be putting it online, removing paper from the process, and building connections between the customer organization and the various suppliers that they work with.

Q As you've just defined it, is it your understanding that M3 has an e-Procurement solution?

A To the best of my knowledge, yes.

Q And let me ask the same question, as you defined it, is it your understanding that S3 has an e-Procurement solution?

A Yes.

**18. PAGE 64:12 TO 65:20 (RUNNING 00:01:37.400)**

Q We were talking about the supplier chain management solution that's offered by Lawson, and specifically you gave me a definition for e-Procurement, which I understood you to indicate was a supplier chain management tool, correct?

A A supply chain management tool, correct.

Q That e-Procurement tool has a number of components, would that be fair to say?

A Yes.

Q Specifically it has a number of software modules that can make up the supply chain management tool, right?

A That's correct.

Q For example, there is a requisition module you're familiar with?

A That's correct.

Q Is there a purchase order module?

A That's correct.

Q Are you familiar with a punchout catalogue module?

A Yes.

Q And when Lawson is providing this electronic procurement solution, those modules form the basis of the supply chain flow for the purchasing process, correct?

A They are components of the Supply Chain Management product.

Q That permit a customer seeking to obtain product, for example, from a specific vendor to complete the purchasing process, right?

A That is my understanding.

**19. PAGE 74:22 TO 76:14 (RUNNING 00:02:04.900)**

Q Are you aware that the sales force for Lawson employs laptops that have demonstrations that can be presented for product functionality and features to customers?

A I don't know if I would describe it that way, but that they have demo laptops.

Q What's the purpose of the demo laptop, to your understanding?
A My understanding is it is for use by our solution consultants in presentations to customer prospects to show how the product works.
Q Do you know whether or not there is a customer demo for the M3 solution?
A I believe there is.
Q And how about for the S3 solution?
A Yes.
Q Like the webinar and the responses to RFPs and the brochures, is it Lawson's intent to have a demonstration that accurately depicts the features and functionality of the M3 and S3 products?
A Yes.
Q Do you know whether or not those demos
00076: also go through the legal review process?
A I don't know.
Q Those demos are not actually performing a procurement process, for example, when they're presented to potential customers, isn't that right?
A I'm not following your question.
Q Let me rephrase it. They're meant to be illustrative, not an actual functioning product, isn't that right?
A I would say that's not entirely true.
Q And why is that not entirely true?
A My understanding is, in our demonstrations, in many cases we're demonstrating the actual live product in a demo environment.

**20. PAGE 77:05 TO 78:09 (RUNNING 00:01:10.000)**

Q It's Lawson's intention, though, to accurately depict the functionality of the product that's being demonstrated to the potential customer?
A That's correct.
Q If you'll look at the page 9 of Exhibit Number 1, it's entitled "Global Marketing Program, Toolbox Content."
A Yes.
Q And it's broken down into several boxes. I don't know exactly how it's organized. But, for example, and I think these are some of the things you talked about before, the toolbox for the marketing department is to conduct events such as seminars, breakfast meetings, and roundtable discussions, correct?
A That's correct.
Q And you also mentioned the webinars,
00078: correct?
A That's correct.
Q And we talked about trade shows, correct?
A Correct.
Q In each of these instances, again,

## 0_W3301

Lawson's attempting to provide accurate information
with respect to the functionality of the software
products it's offering during these events, right?
A Correct.

**21. PAGE 85:01 TO 85:10 (RUNNING 00:00:22.000)**

00085:01 Q You did indicate, though, that you found
the Gartner reports to be of general reliability
for the information contained therein; is that
right?
A I believe what I stated is Lawson as a
company typically uses Gartner more than any other
industry analyst.
Q Is that because you find Gartner to be
more reliable than the other industry analysts?
A Generally speaking, yes.

**22. PAGE 88:06 TO 89:10 (RUNNING 00:01:18.000)**

Q Under sample customers, there's a series

**PX0150-0011 - PX0150-0011**

of line items that involve license fees,
maintenance, services and contracting. Do you see
that?
A I do.
Q It's fair to say that for a product such
as S3, Lawson generates revenues for all four of
those categories, isn't that right?
A Yes.
Q So for example, when Lawson obtains a
contract for a new customer for S3, there's an
initial licensing component revenue that's created,
that's generated?
A That's correct.
Q And then there is fees associated with
maintaining the operations of that software
solution, in this case S3, for that particular
00089:01 customer, correct?
A That's correct.
Q And there are also services that are
associated that are provided to the customer with
respect to the S3 product, correct?
A In some cases.
Q And Lawson generates revenues for
providing services with respect to the S3 product
as indicated here in Exhibit 2, correct?
A That's correct.

**23. PAGE 90:17 TO 91:18 (RUNNING 00:01:14.100)**

Q But at least with respect to an S3
product, Lawson enjoys revenue streams from
licensing, maintenance, and servicing, correct?
A That's correct.
Q And would that be consistent with respect
to each customer that licenses the S3 product, that

00091:01 Lawson enjoys revenues from licensing, maintenance and servicing?
A Not necessarily.
Q Would there be any instances where Lawson just received license fees and no maintenance fees?
A Initially, no. Maintenance is typically required. But over the course of time a customer may choose to drop maintenance.
Q At least for fiscal year 2006 in the healthcare industry, it would appear that the main source of revenue was maintenance fees, isn't that right?
A Looking at these numbers, yes, that's the way I would interpret it.
Q In fact it's almost three times as large as the license fees that were realized from sales to the healthcare industry in 2006, correct?
A That's correct.

**24. PAGE 111:05 TO 111:08 (RUNNING 00:00:10.400)**

Q And this is the content that you had indicated earlier that Lawson makes every effort to make sure is as accurate as possible, right?
A That is correct.

**25. PAGE 114:08 TO 117:17 (RUNNING 00:03:29.000)**

Q During the break I handed you a document that I've marked as Exhibit Number 5. But before we get to that, Mr. Frank, I wanted to go back to the issue of the revenue streams that were associated with the Lawson products. In particular we looked at that one document, revenue streams associated with S3 and M3, do you recall that?
A Yes.
Q And from memory, I believe it was licensing, maintenance, servicing, and contracting. Is that right?
A That is correct.
Q License fees I think I understand. Those are the fees that are associated with providing the product to a new customer or probably on an annual
00115:01 basis when it's licensed; is that right?
A That's correct.
Q The maintenance fees, those are fees that Lawson charges to make sure that the software is operating properly and maintained and functional; is that fair to say?
A I wouldn't describe it quite that way.
Q How would you describe maintenance revenue?
A There's really two components to maintenance. So one is ongoing support. So when customers have questions, run into issues, need questions answered around the use of the software, they'll call our help desk. So it's access to help desk and support. The other aspect of it is the

## 0_W3301

ongoing development of the product that comes in the form of patches and fixes and new versions of the product.
Q Upgrades?
A Upgrades, correct.
Q And there are revenues associated with upgrades or patches, correct?
00116:01 A In some cases.
Q How about training? Does Lawson derive any revenue from training their customers on how to use the software solutions such as M3 and S3?
A It does.
Q Where would training fall within those four categories we were talking about, licensing, maintenance, servicing, and contracting?
A It would fall under services.
Q There's a 24/7 online availability to customers who have questions or problems associated with their software solutions such as M3 and S3, correct?
A I believe that is the case. I can't say for sure.
Q Do you know whether or not Lawson charges for that service?
A I can't say.
Q How about, do they have call-in numbers that people can call in if they have problems with their operational functionality of the solution?
A We do.
00117:01 Q Does Lawson charge for those services?
A As a part of the maintenance -- it's part of the maintenance package.
Q How about the actual implementation or installation of the software for a customer? Are there revenues that Lawson derives from that?
A Potentially.
Q Would that fall under the heading of services?
A That's correct.
Q Does Lawson charge for any consulting services that it provides with respect to these ERP software solutions we've been talking about?
A It may, yes.
Q What bucket would we put the consulting services in under revenues?
A Services.

**26. PAGE 121:08 TO 124:05 (RUNNING 00:03:11.100)**

that, we'll do it. Let me mark the next exhibit as Exhibit 6.
(Frank Exhibit Number 6 was marked for identification and attached to the deposition transcript.)

**PX0154-0001 - PX0154-0001**

BY MR. ROBERTSON:

Q I'll ask you to peruse that for a moment. For the record, let me indicate it has a Bates label ePlus 0241049 through 51. It appears to be, again, a printout of a web page from the Lawson website, with the heading "Requisitions." Do you agree with me?
A I do.
Q Again, we're talking about the software S3 Supply Chain Management solution, correct?
00122:01 A That is correct.
Q And it's your understanding that a requisition module is part of that Procurement solution, right?
A Yes.
Q To your understanding, can you do a purchase of a good from a supplier without a requisition module?
A I don't know the answer to that.
Q But at least it's your understanding that part of the S3 Supply Chain Management procurement solution involves a requisition process?
A A requisition product, correct.
Q That's all I have for that, sir.
(Frank Exhibit Number 7 was marked for identification and attached to the deposition transcript.)
BY MR. ROBERTSON:
Q Let me show you what I've marked as Exhibit Number 7, which was that page I had as part

**PX0155-0001 - PX0155-0001**

of my Exhibit Number 5. Just for the record, it appears, again, to be a printout of the web page
00123:01 from the Lawson website bearing Bates label ePlus 0241026 through 28. And it's entitled "Procurement Punchout." Do you see that?
A I do.
Q Are you familiar with a Procurement Punchout solution as part of the S3 Supply Chain Management?
A In general terms, yes.
Q What's your understanding?
A Generally speaking, that it allows customers, users to punch out to their suppliers' websites to order products.
Q The second paragraph under "Procurement Punchout" indicates, With "Lawson Procurement Punchout, you enjoy prebuilt integration to a large universe of individual trading partners and digital marketplaces." Do you see that?
A I do.
Q Is it your understanding, as part of the Procurement Punchout, Lawson has already prebuilt in the capability of integrating to a large universe of individual trading partners and other
00124:01 digital marketplaces?

**0_W3301**

A Based on just the document itself, yes.
Q You have no reason to doubt the accuracy of that statement, do you?
A No.

**27. PAGE 125:01 TO 125:15 (RUNNING 00:00:48.000)**

Q Let me show you what I'm going to mark as

**PX0156-0001 - PX0156-0001**

Exhibit Number 8, and ask you to take a look at that. Again, while you're looking through that, this appears to be the printout of a web page from the Lawson website under the Procurement solutions for S3 Supply Chain Management, entitled "Purchase Order." It has the Bates label of ePlus 0241032 through 34.
Have you had a chance to look at that, sir?
A I have.
Q Is it your understanding that a purchase order functionality is part of the S3 Supply Chain Management Procurement solution?
A Yes.

**28. PAGE 125:20 TO 126:16 (RUNNING 00:00:49.500)**

Q What do you understand the purchase order functionality of this Supply Chain Management solution to be?
A Generally speaking I describe it as the actual communication document that formally recognizes a purchase through a vendor.
Q And it indicates the purchase order can be launched automatically through the Lawson requisitions or through your buyers. Do you see that?
A I do.
Q Is that consistent with your understanding of the purchase order module within the Lawson S3 Supply Chain Management solution?
A Based on what I see in this documentation, yes.
Q You have no reason to doubt the accuracy of it, do you?
A I do not.

**29. PAGE 126:22 TO 127:20 (RUNNING 00:00:58.000)**

Q Let me show you what I've marked as

**PX0157-0001 - PX0157-0001**

Exhibit Number 9 and ask you to take a look at that, sir. While you're doing that, let me indicate it again appears to be a printout of a web page from the Lawson website for the S3 Supply Chain Management solution, and it has the Bates label ePlus 0241043 through 45.

Is my representation consistent with your understanding, that it's a printout from the website?
A Yes.
Q Are you familiar with what the Requisitions Self-Service solution is of the S3 Supply Chain Management?
A At a high level, yes.
Q And what's your understanding, sir?
A That it allows organizations, customers, to move the requisition process outside the purchasing department and put the power of requisitions in the hands of the departments and users.

**30. PAGE 147:09 TO 148:18 (RUNNING 00:02:03.600)**

Q Let me show you what's been marked as

**PX0129-0001 - PX0129-0001**

Exhibit Number 15, Mr. Frank, and ask you to take a look at that. While you're doing that, let me state for the record that it's a document entitled "Lawson Software e-Procurement: Revolutionizing the Healthcare Supply Chain, a Lawson Software White Paper," which bears the Bates label of LE 00163483 through 502.
Have you had a chance to look at it, sir?
A Yes.
Q We talked about white papers during the morning session; you recall that, correct?
A I do.
Q Would this be an example of one of those Lawson white papers that provide information with respect to certain product offerings?
A Yes.
Q Would this be a document that would be vetted by Lawson product management and the legal department before it was being made available to a potential audience?
A Today, yes. I notice this a 2001 document. I was looking at the logo, it's two logos old. It was before my time at Lawson. But based on today's process, yes.
Q And this is before the acquisition or the merger with Intentia, correct?
A Correct. That was 2006.
Q And the S3 product is a product that's directed to the healthcare supply industry, isn't it?
A Among other service industries, yes.

**31. PAGE 149:11 TO 151:13 (RUNNING 00:02:49.000)**

Q The focus of this document I want to direct you to is beginning at page 488, going over

**0_W3301**

**PX0129-0006 - PX0129-0006**

to 489. And what it's doing there, it's my understanding, is making a comparison between traditional procurement and electronic procurement. Do you see that?
A I do.
Q Would you agree with me that the goal of a supply chain management solution is to streamline and make the procurement process more efficient than the traditional procurement process?
A Among other things, yes.
00150:01 Q And would you agree with me that one of the goals of Supply Chain Management solution is to reduce the costs that have been historically associated with the purchase process for, you know, a business?
A Yes.
Q And this chart here, the Lawson Software document "Revolutionizing the Healthcare Supply Chain," is attempting to illustrate how the e-Procurement process is more efficient and creates cost savings than the traditional process, correct?
A Yes.
Q And indeed, under the chart on the page that ends 488, it talks about how many "touches" or human interventions need to occur in the traditional procurement process as compared to the electronic procurement process, correct?
A That's correct.
Q From a marketing standpoint, do you believe that the electronic procurement process is an improvement over the traditional human intervention procurement process?
00151:01 A Generally speaking, yes.
Q I mean, from a marketing perspective it's one of the things that Lawson attempts to tout, that the electronic procurement saves money and reduces or streamlines the entire process, isn't that right?
A Based on this document, yes.
Q But do you have any reason to believe as you sit here today that the argument being made here, essentially, that electronic procurement is more efficient and less costly than the traditional procurement process, is not true?
A No.

**32. PAGE 152:01 TO 153:09 (RUNNING 00:01:21.200)**

00152:01 Q Without regard to the document, you can put it aside for a minute, would you agree with me that one of the things that Lawson urges to its potential customers is that its electronic software solution for procurement is going to be more efficient and less costly than the traditional human intervention process?

A Our position is our solutions could help them be more efficient.
Q And how does it do that? Is it -- I'm sorry.
A I'll let you finish if you like.
Q Is it by reducing the human intervention?
A That would be one of the elements.
Q How about speeding up the process, would that be one of the elements?
A Yes.
Q How about the ability to be able to choose among multiple vendors to find the best price point for a desired product?
A I can't speak to that specifically.
Q Well, as the head of marketing for the Americas, what do you think the advantages are to the electronic procurement process offered by Lawson over the traditional human intervention process?
A At a high level, reduction in use of paper, automating the process, the use of notifications of alerts, alerts that make the process just more effective as well as more efficient.

**33. PAGE 227:16 TO 228:13 (RUNNING 00:01:24.300)**

Q Let me show you what I'm going to mark as

**PX0173-0001 - PX0173-0001**

Exhibit Number 36, which appears to be an e-mail string that is dated -- the first e-mail is dated November 8, 2005 from a Vicki Griffith at Lawson. It bears the Bates label LE 00553268. And I believe you appear to be copied on that e-mail. Do you see that?
A I do.
Q And it appears that the initial e-mail went out on November 7, 2005, from a Steffan Haithcox at Lawson. You appear to have also been copied on that. The subject line was, "Help needed: Top 10 clients." Do you see that?
A I do.
Q In essence Mr. Haithcox indicates to the recipients that he needs help because he has a meeting with a CFO the following week that has approximately 150,000 employees and $30 billion in revenue, do you see that?
A Yes, I do.

**34. PAGE 229:05 TO 230:04 (RUNNING 00:01:12.700)**

Q And so Mr. Haithcox would like the recipients of this e-mail to identify some top ten clients that have revenue numbers, employee numbers that might be comparable to this potential target; is that fair to say?

**0_W3301**

A Yes.
Q So the response from Vicki Griffith identifies a number of customers that have significant employees and significant revenues, for example Sara Lee Corporation has 130,000 employees and $19 billion in revenue last year. Do you see that?
A I do.
Q And after Sara Lee, for example, it says "Fin/HR/Proc." Do you see that?
A I do.
Q Would that suggest to you that Lawson is providing Sara Lee Corporation with software
00230: solutions involving finance, human resources and procurement?
A At a very high level, yes. What particular applications they have, I don't know.

**35. PAGE 230:09 TO 230:16 (RUNNING 00:00:16.400)**

Q One of the companies that's identified here as of November 2005 is Gannett. Do you see that?
A Yes.
Q And at a high level it appears that the software solutions being offered are Finance, Procurement, and LRS, do you see that?
A Yes.

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:42:16.900)**