# PX-518A

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

**518-A**

___

**0_W3301**

___

 **Oliver, Kristy (Vol. 01) - 03/11/2010**                                    **1 CLIP  (RUNNING 00:57:13.200)**

 Could you please state your name for the ...

| KOEDIT | 57 SEGMENTS  (RUNNING 00:57:13.200) | |
|---|---|---|

**1.  PAGE 6:18 TO 6:22  (RUNNING 00:00:07.000)**

```
        18              Q       Could you please state your name for the
        19      record.
        20              A       Kristy Oliver.
        21              Q       And who are you employed by?
        22              A       Blount Memorial Hospital.
```

**2.  PAGE 8:24 TO 9:04  (RUNNING 00:00:18.200)**

```
        24              Q       -- could you take a moment, please, to
        25      review those 11-numbered topics on Pages 10 and 11,
    00009:01    and the question I'll have once you've reviewed them
        02      is whether you are prepared to testify today on
        03      behalf of Blount Memorial Hospital regarding each of
        04      these topics?
```

**3.  PAGE 9:05 TO 9:07  (RUNNING 00:00:07.800)**

```
        05              A       Yes, I am.  The document does refer to
        06      Punchout, and we do not own or license or use
        07      Punchout.
```

**4.  PAGE 10:06 TO 10:18  (RUNNING 00:00:30.300)**

```
        06              Q       What is your current job title at Blount?
        07              A       I'm Director of Materials Management and
        08      Home Medical Equipment.
        09              Q       And Home Medical Equipment?
        10              A       Yes.
        11              Q       And how long have you had that title?
        12              A       Five years.  I've been over materials for
        13      five years and home medical equipment for two.
        14              Q       What are the responsibilities of your
        15      job?
        16              A       Being Director of Materials Management,
        17      I'm over purchasing, receiving, inventory control,
        18      print shop and OR materials coordinator as well.
```

**5.  PAGE 11:14 TO 12:12  (RUNNING 00:01:02.500)**

```
        14              Q       What software does Blount currently
        15      license from Lawson?
        16              A       We use -- I don't -- I'm not sure I -- I
        17      mean, we -- our Human Resources Department, our
        18      Accounting and Finance Department and Materials
        19      Management use the suites of Lawson.
        20              Q       Okay.  And what suite does the Materials
        21      Management group use?
        22              A       The procurement suite with the
        23      Requisitions Self-Service.
        24              Q       Okay.  What procurement modules are
        25      included within the supply chain management or
                procurement suite?  For example, does that include
```

## 0_W3301

```
02        inventory control?
03            A    Yes.
04            Q    Does that also -- does that also include
05        the requisitions module?
06            A    Yes.
07            Q    Does it include purchase order module?
08            A    Yes.
09            Q    And you mentioned it also includes
10        Requisitions Self-Service?
11            A    Yes.  And we also use Contract Management
12        as well.
```

**6.  PAGE 12:13 TO 12:22  (RUNNING 00:00:34.800)**

```
13            Q    Does Blount license the EDI module?
14            A    Our EDI transactions -- we have a
15        contract with GHX, Global Healthcare Exchange, and
16        they maintain our EDI transactions via Lawson.
17            Q    Do you license any software from Lawson
18        that is related to the EDI transactions?
19            A    No.
20            Q    Does Blount license Procurement Punchout
21        from Lawson?
22            A    No.
```

**7.  PAGE 12:23 TO 13:08  (RUNNING 00:00:28.200)**

```
23            Q    No?  When -- when was the first time when
24        Blount licensed -- licensed the Lawson Software?
25            A    We began implementing the system in June
00013:01  of 2008, and we went live with the production module
02        January 1st, 2009.
03            Q    And prior to January 1st, 2009, what
04        software, if any, was Blount using for materials
05        management?
06            A    Infinium.
07            Q    And what's the company that supplies the
08        Infinium Software?
```

**8.  PAGE 13:09 TO 14:08  (RUNNING 00:01:16.100)**

```
09            A    It's called Infinium.
10            Q    Why was the decision made to switch from
11        Infinium to Lawson Software for materials management?
12            A    Infinium -- we -- it did not provide us
13        with a way to maintain an Item Master List.
14                 It also -- we had double entry -- our
15        purchasing agents had to key in requisitions as they
16        came down.  There was no interface that took us
17        from -- we went paperless, and they had to key in
18        those requisitions direct into Infinium, and Lawson
19        gave us the capability for requisitioners to be able
20        to put their order in and then the purchase order be
21        generated automatically based on that requisition,
22        and it reduced the keying time for our purchasing
23        agents, and it allowed us to use a contract
24        management system.
25                 Those are probably our top three reasons
00014:01  to switch on the procurement side.
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

## 0_W3301

---

```
02          Q       Did Lawson generate a Request for
03    Proposal when it was considering switching from the
04    Infinium system?
05          A       Yes.
06          Q       And what companies was the Request for
07    Proposal issued to?
08          A       McKesson, Cerner PeopleSoft and Lawson.
```

**9. PAGE 14:23 TO 16:08 (RUNNING 00:01:36.700)**

```
23          Q       Were you responsible for compiling the
24    Request for Proposal?
25          A       There was a team that put in what needs
00015:01    we would have in the software and then our IT
02    department compiled the RFP.
03          Q       Were you involved in generating a list of
04    the functionality that you would need?
05          A       Yes.
06          Q       And what specific functionality were you
07    interested in having in software that you would use
08    for procurement?
09          A       We wanted to be paperless.  We wanted
10    inventory control to auto generate the orders based
11    on what had been issued and received in the -- in our
12    inventory.  We wanted an Item Master List to help
13    control costs, and we wanted a contract management
14    system to help us manage our contracts.
15          Q       When you say an Item Master List, what
16    are you referring to?
17          A       Items that -- that people order
18    frequently on a frequent basis for them to be able to
19    go in.  They don't have to remember the vendor, the
20    unit of measure that we need to order the item by.
21    All that information is stored for them in Lawson,
22    and they can go in there and search by several
23    different things through the search catalog-in
24    Requisitions Self-Service and add those items to a
25    shopping cart and checkout and then that rolls down
00016:01    to the purchasing folks, and they generate the
02    purchase orders and send out the orders.
03          Q       Now you're talking about the Item Master
04    List that's currently -- you're referring to the Item
05    Master List that's currently in the Lawson Software?
06          A       Yes.
07          Q       That's used by Blount today?
08          A       Yes.
```

**10. PAGE 17:04 TO 18:03 (RUNNING 00:01:44.000)**

```
04          Q       Do you know approximately how many items
05    are currently in the Item Master?
06          A       I think about 8,000.
07          Q       And do you know approximately how many
08    vendors are in the Item Master?
09          A       I do not.
10          Q       Can you give me some examples of the
11    largest vendors that Blount uses that are in the Item
12    Master?
```

## 0_W3301

---

```
        13              A       Seneca that is our med search -- our main
        14      med search distributor that we -- we get the majority
        15      of our medical supplies through.  Cardinal is a large
        16      vendor that's also in Lawson.  The divisions of
        17      Johnson & Johnson, which would be Ethicon, Cordis.
        18              Q       What type of information about each item
        19      is contained in the Item Master?
        20              A       You have -- the ANSI format unit of
        21      measure is in there, a description of the item, the
        22      manufacturer item number if there's a separate vendor
        23      item number, the manufacturer description, and
        24      there's a -- we assign a purchasing class and an
        25      inventory class if that's applicable as well.  That's
00018:01        stored in there, and the cost of the item, and how
        02      many is in each unit of measure; for example, six in
        03      a box or ten boxes in a case.
```

**11. PAGE 18:04 TO 18:09 (RUNNING 00:00:11.000)**

```
        04              Q       Do any of the items have images
        05      associated with them?
        06              A       Not at this time.
        07              Q       Do you intend to eventually include
        08      images in the Item Master?
        09              A       Hopefully, yes.
```

**12. PAGE 19:08 TO 19:22 (RUNNING 00:00:51.900)**

```
        08              Q       Now, does the system as it's configured
        09      at Blount, the Lawson Requisitions Self-Service
        10      system, include a functionality that allows a user at
        11      Blount to generate one or more purchase orders from a
        12      single requisition?
        13              A       Yes.
        14              Q       Does it also include a functionality that
        15      allows a user to select and search for particular
        16      items based on the item description within --
        17              A       Yes.  If they go into the search catalog,
        18      there's -- you can do an express search, which is
        19      just by the item number only.  You have to go to the
        20      search catalog to be able to search based on either
        21      manufacturer item, description or anything like that.
        22      That is more of an advanced search.
```

**13. PAGE 19:23 TO 20:07 (RUNNING 00:00:24.600)**

```
        23              Q       And within the advanced search
        24      functionality, is there the capability for a user at
        25      Blount to search both by manufacturer name and an
00020:01        item description?
        02              A       No.  It would have to be one or the
        03      other.  Not at the same time.
        04              Q       Does it have, like, a bouillon capability
        05      of putting in a manufacturer name and then a space
        06      and then an item description so that it searches --
        07              A       Not that I'm aware of.
```

**14. PAGE 22:25 TO 23:02 (RUNNING 00:00:05.700)**

```
        25              Q       Okay.  Does -- are there -- are you
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

## 0_W3301

```
00023:01        familiar with the term UNSPSC?
      02        A    No.
```

**15. PAGE 23:03 TO 26:16  (RUNNING 00:03:46.600)**

```
      03        Q    Is there the capability for a user at
      04   Blount to search by category?
      05        A    Our purchasing classes and inventory
      06   classes -- how we have it categorized per my -- the
      07   example I gave with catheters, every catheter that we
      08   have in the Item Master List has a purchasing class
      09   of c-a-t-h for cath, and they can search based on
      10   that.  Gloves are in there as gloves.  Laboratory
      11   item are in there as lab.  Urology items are in there
      12   as u-r-o.
      13        Q    Okay.  So you can search by category in
      14   the sense that if you type U --
      15        A    Our own purchasing classes that we set up
      16   they are unique to us.
      17        Q    You created your own custom made
      18   categories --
      19        A    Yes.
      20        Q    -- that would allow a user to search by
      21   category?
      22        A    Yes.
      23        Q    And what kind of assistance did Lawson
      24   provide to Blount in creating the Item Master and all
      25   the information in it?
00024:01        A    They simply provided us a template
      02   spreadsheet with the fields that Lawson would
      03   require, and then we manually built all our items
      04   during the implementation phase and then provided the
      05   spreadsheet to Lawson, and they uploaded it or
      06   downloaded.
      07        Q    When you say that they -- they uploaded
      08   it, you mean Lawson uploaded it?
      09        A    Yes.  We had a consultant on-site during
      10   the implementation phase during particular times
      11   during implementation, and we would provide her with
      12   the information she needed, and we would send her the
      13   spreadsheet, and then she would put it in the system.
      14        Q    Was that -- that was a consultant who was
      15   working here at Blount?
      16        A    Yes, and she was an employee of Lawson.
      17        Q    What was her name?
      18        A    Katrina Rice.
      19        Q    And how long was Ms. Rice on-site here at
      20   Blount?
      21        A    Off and on for a seven-month period.  She
      22   would come and be here for, you know, two weeks, and
      23   then be gone for two weeks while we would work on the
      24   categories that she was needing us to finish, and
      25   then she would come back.
00025:01             So it was sporadic over a seven-month
      02   period.
      03        Q    Was that in the second half of 2008?
      04        A    Yes.  That would have been from July 2008
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

## 0_W3301

---

```
        05      through January 2009.
        06              Q       And can you describe for me at a high
        07      level the types of activities or assistance that
        08      Ms. Rice was providing while she was here at Blount?
        09              A       Mostly providing the templates, and if we
        10      had questions as to what the field they were
        11      needing -- you know, for example, if we didn't
        12      understand what the manufacturer number was, she
        13      would explain to us the type of data that she was
        14      needing in the spreadsheet to make the Item Master
        15      List accurate.
        16                      She helped in testing and training as
        17      well.
        18              Q       What kind of assistance did she provide
        19      with testing?
        20              A       They provided us generic test scripts
        21      to -- so that we could get the test system set up and
        22      train as well.
        23              Q       Did Lawson provide Blount with scripts on
        24      how to use Requisitions Self-Service?
        25              A       Yes.
00026:01              Q       And did Lawson provide Blount with
        02      scripts on how to create a requisition for a
        03      particular item within Requisitions Self-Service?
        04              A       Not a particular item, but how you would
        05      do it, and then we would pick one of the items we had
        06      set up, but they did not specify an item in their
        07      test script.  It could be whatever item we chose to
        08      pick.
        09              Q       Did the test scripts provided by Lawson
        10      include information on how to search within
        11      Requisitions Self-Service?
        12              A       Yes.
        13              Q       Did the test scripts provided by Lawson
        14      to Blount include information on how to generate
        15      purchase orders?
        16              A       Yes.
```

**16.  PAGE 26:17 TO 27:03  (RUNNING 00:00:40.000)**

```
        17              Q       Did the test scripts provided by Lawson
        18      include information on searching for vendors within
        19      the Item Master?
        20              A       Not -- not -- not searching for vendors
        21      within the Item Master, no, but searching for
        22      vendors -- if you were at the Requisitions
        23      Self-Service, you were doing a special item and you
        24      needed to find a vendor that you were wanting to
        25      order an item that wasn't in the Item Master List --
00027:01      you were ordering that as a special item -- the test
        02      scripts explained how to find a vendor when you were
        03      ordering something not in the Item Master List.
```

**17.  PAGE 27:04 TO 28:04  (RUNNING 00:01:06.500)**

```
        04              Q       You did mention earlier that -- you
        05      testified earlier that Ms. Rice actually loaded in
        06      items into the Item Master; is that correct?
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

## 0_W3301

```
        07                    A      Yes, sir.  Sorry.  I nodded.
        08                    Q      Thank you.
        09                         Now, can you describe for me exactly what
        10        types of items she loaded into the Item Master?  Was
        11        it all the information that was in the Item Master?
        12                    A      Yes.  Yes, all of our inventory and
        13        non-inventory items that we provided to her via the
        14        spreadsheet.
        15                    Q      All of that information was loaded by
        16        Ms. Rice into the Item Master that Blount uses?
        17                    A      We have -- since gone live, we have added
        18        items ourselves, but during the implementation phase
        19        the original Item Master List was set up, she did --
        20        she loaded those items, and since then, we load our
        21        own.
        22                    Q      So you went live, was it, January 1st,
        23        2009?
        24                    A      Yes.
        25                    Q      So the day that the Item Master and
  00028:01        Requisitions Self-Service went live at Blount that
        02        Item Master and all the information in it had been
        03        loaded by Ms. Rice for Blount?
        04                    A      Yes.
```

**18.  PAGE 29:12 TO 29:19  (RUNNING 00:00:18.900)**

```
        12                    Q      Okay.  Now, who makes the decisions about
        13        what non-stock items to include in the Item Master?
        14                    A      I do, in addition to our contract and
        15        license purchasing manager based on the frequency of
        16        ordering.
        17                         If we see an item is being ordered
        18        frequently, we try to get that item added into our
        19        Item Master List.
```

**19.  PAGE 34:06 TO 34:08  (RUNNING 00:00:10.000)**

```
        06                    Q      Can users at Blount create requisitions
        07        through the requisitions module?
        08                    A      No.
```

**20.  PAGE 34:09 TO 34:15  (RUNNING 00:00:13.000)**

```
        09                    Q      So the only way that a user at Blount can
        10        create a requisition is through the Requisitions
        11        Self-Service module?
        12                    A      Yes.  The only people that have access to
        13        the standard Requisition module is the purchasing
        14        agent, but we never use it, but we do have access to
        15        it if needed.
```

**21.  PAGE 35:12 TO 35:15  (RUNNING 00:00:12.900)**

```
        12                    Q      Does the Item Master that Blount
        13        maintains include generally equivalent items like,
        14        for example, similar catheters that are available
        15        from different vendors?
```

Case Clip(s) Detailed Report
Sunday, January 09, 2011, 1:33:21 PM

## 0_W3301

---

**22. PAGE 35:18 TO 35:18 (RUNNING 00:00:00.500)**

```
        18                THE WITNESS:  Yes.
```

**23. PAGE 36:20 TO 37:11 (RUNNING 00:00:50.000)**

```
        20           Q     And you mentioned that you viewed demos
        21    of the system?
        22           A     Yes.
        23           Q     In what form was that demo provided to
        24    you from Lawson?
        25           A     They came on-site and showed us the demo
  00037:01    of the system.  I assume they were logged in via the
        02    Internet to show us test demo systems.
        03           Q     After you informed Lawson that you were
        04    interested in purchasing their software, what was the
        05    next step in the process of actually signing a final
        06    contract?
        07           A     Contract negotiation for pricing, legal
        08    review of the verbiage in the contract, and then
        09    establishing a timeline for the implementation and
        10    determining the Lawson consultants that would be
        11    coming on-site.
```

**24. PAGE 37:23 TO 38:24 (RUNNING 00:01:18.600)**

```
        23           Q     Who was Ms. Rice's primary contact here
        24    at Blount?  Who was she working with at Blount?
        25           A     Me.
  00038:01           Q     And what kind of interaction did you have
        02    with her?
        03                 In other words, what kind of work were
        04    you guys involved with during those seven months that
        05    she was present here?
        06           A     Going back to the spreadsheets that I
        07    referred to earlier, making sure that the data was
        08    loaded correctly in those and that, you know, we were
        09    meeting the needs that -- and providing the
        10    information for the required fields that Lawson has
        11    and then testing once that information was loaded in
        12    the system.
        13           Q     In addition to licensing software from
        14    Lawson, did Blount also agree to any sort of
        15    maintenance or sign a contract so that Lawson would
        16    provide maintenance for that software?
        17           A     Yes.
        18           Q     And what kind of maintenance does Lawson
        19    provide to Blount for the software it licensed?
        20           A     They provide technical support.  They
        21    also provide -- they will log-in to our servers and
        22    load our patches and help -- you know, help with any
        23    problems that we have through our service and
        24    maintenance agreement with them.
```

**25. PAGE 38:25 TO 39:10 (RUNNING 00:00:29.000)**

```
        25           Q     Do you have any assistance on-site from
  00039:01    Lawson consultants?
        02           A     No.
```

---

## 0_W3301

```
03              Q    And that --
04              A    Not currently.
05              Q    Did that end after Ms. Rice left?
06              A    Yes.  The -- our human resources suite
07     have had -- they have changed a couple of benefits
08     plans and have had a consultant on-site, I think, a
09     time or two since we went live due to a change in a
10     benefit package that required a custom calc.
```

**26. PAGE 40:06 TO 41:23  (RUNNING 00:02:04.300)**

```
06              Q    The court reporter has now handed you
07     what has been marked as Blount Exhibit 2.
```

📄 **PX0225-0001 - PX0225-0001**                              ███████████████

```
08                   It's a document entitled Requisitions
09     Self-Service Lawson training.  Could you please take
10     a moment to review the document.
11                   MR. STRAPP:  And for the record,
12            this has Bates Stamps on it that start
13            with B5 and runs through B77.
14     BY MR. STRAPP:
15              Q    Are you familiar with this document?
16              A    Yes.
17              Q    Could you, please, describe to me what it
18     is.
19              A    Yes.  The first part, the Requisitions
20     Self-Service training, is the screens.  These were
21     developed by myself and my purchasing manager, Rob
22     Storey.
23                   We just did screen shots of Lawson.  We
24     developed this training packet on our own, and it was
25     used to train our nurses and our requisitioners on
00041:01  how to order through Lawson.
02                   The back part are the test scripts that
03     were provided by Lawson that actually they used to
04     train the Super Users.  Which for my department, was
05     myself, the purchasing agents, our receiving clerks,
06     my inventory control person and my assistant
07     director.  We used the Lawson produced test scripts,
08     and then to train the regular users, we made our own,
09     which is the front part of this packet.
10                   So it's actually a combination of two
11     things here.
12              Q    So the first half of this document it
13     looks like these are power point slides; is that
14     correct?
15              A    Yes.
16              Q    And those are slides that you created
17     with Rob Storey?
18              A    Yes.
19              Q    And then the second portion of this
20     document that are -- these documents with charts and
21     tables that have test scripts those were created by
22     Lawson?
23              A    Yes.
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

## 0_W3301

---

#### 27. PAGE 42:07 TO 43:15  (RUNNING 00:01:26.000)

```
07          Q       And who trained you on those test scripts
08     that were provided by Lawson?
09          A       Katrina.
10          Q       And she also trained the other Super
11     Users you called them?
12          A       Yes.
13          Q       Are they called Super Users because they
14     are frequent users of the system?
15          A       Yes, and we trained the trainer.  She
16     trained us, and we trained everybody else.
17          Q       So she's the original trainer?
18          A       Yes.
19          Q       She trains you, and then you train --
20          A       All 700 through -- all the rest of them.
21          Q       How many people have access to the
22     Requisitions Self-Service system at Blount?
23          A       I think we have -- we have about 600
24     approved requisition users.
25          Q       So I assume that not all those people are
00043:01     in the Materials Management group?
02          A       No.
03          Q       What other groups of employees at Blount
04     have access to Requisitions Self-Service?
05          A       Each department will have anywhere from
06     one to, you know, ten people even -- that have access
07     to do ordering for their area.  All the nurses -- I
08     say that.  Most of the nurses have access to be able
09     to go in and order items.  Some of our nursing
10     requisitioners can just order from our inventory
11     storeroom.  They don't have access to order any
12     non-stock items direct or any special items that
13     aren't in the Item Master List.  That depends on how
14     their record is set up in Lawson for what they --
15     their -- they can do.
```

#### 28. PAGE 44:15 TO 44:21  (RUNNING 00:00:21.800)

```
15          Q       Okay.  Could you turn, please, to B-17.
```

📄 **PX0225-0013 - PX0225-0013**

```
16          Do you see there's a document entitled here scenario
17     log for configuration acceptance testing?
18          A       Yes.
19          Q       And handwritten at the bottom it says
20     Lawson test scripts?
21          A       Yes.
```

#### 29. PAGE 46:20 TO 47:04  (RUNNING 00:00:17.000)

```
20          Q       Okay.  Now the create requisition through
21     RSS is that a script that describes how to create
22     requisitions through Requisitions Self-Service?
23          A       Yes.
24          Q       And that's a test script that was
25     provided by Lawson to Blount?
00047:01     A       Yes.
```

CONFIDENTIAL

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

## 0_W3301

```
        02              Q      And Katrina rice trained you on that test
        03      script?
        04              A      Yes.
```

**30. PAGE 47:05 TO 47:12 (RUNNING 00:00:29.000)**

```
        05              Q      And then -- I'm just taking a look here.
        06      Are there any other scripts that you see listed here
        07      that relate to creating requisitions through
        08      Requisitions Self-Service?
        09              A      No, just there were the three.  The
        10      one -- the general one and then one for inventory and
        11      one for special in service that was listed under the
        12      same section you were referring to.
```

**31. PAGE 47:13 TO 49:25 (RUNNING 00:03:03.300)**

```
        13              Q      Okay.  If you take a look about
        14      two-thirds of the way down this page, there is --
        15      there's a section on the left column that's entitled
        16      purchase order vendor agreement.  Do you see that?  I
        17      know it's small type.
        18              A      Yes.
        19              Q      And then there are three scripts listed
        20      in that category?
        21              A      Yes.
        22              Q      Can you describe for me what those
        23      scripts relate to?
        24              A      That is for contracts, when we load a
        25      contract, the modules PO 25 in the procurement side,
    00048:01      and that would allow us to -- if we have a contract
        02      with a particular vendor where the price for the
        03      items are $50 a box, we can load that contract in,
        04      tie it to that item that's in our Item Master List.
        05      It pulls from the contract price when we produce a
        06      purchase order, and it will also require that the
        07      invoice comes in and matches that price in order for
        08      that vendor to be paid.
        09              Q      So once an individual at Blount or --
        10      once someone -- once someone at Blount loads in the
        11      purchase order vendor agreement contract, all of the
        12      information associated with each item from the vendor
        13      in the contract automatically gets pulled into the
        14      Item Master?
        15              A      Yes.  We have to set it up.  What we do
        16      is make a spreadsheet for all the items that may be
        17      under this contract, and there are certain fields
        18      that are required, and then through Microsoft
        19      add-ins, we attach that contract to each of the items
        20      that it's associated with.
        21              Q      Did Ms. Rice from Lawson assist Blount in
        22      adding in the purchase order vendor agreement
        23      contracts before the system went live in 2009?
        24              A      Only for a couple.  She showed us how to,
        25      and that was one of the last things we did.  We only
    00049:01      had a couple of contracts loaded in at the time we
        02      went live, and what has been loaded in since has been
        03      done by us.
```

Case Clip(s) Detailed Report
Sunday, January 09, 2011, 1:33:21 PM

## 0_W3301

---

```
04              Q      Okay.  So -- and the system that went
05       live as of January 1st, 2009, the vendor agreement
06       contracts and the information associated with those
07       contracts, had been loaded by Ms. Rice?
08              A      Yes, but there were only, like, I think
09       maybe two vendors, and I don't know which ones those
10       were.
11              Q      Okay.  And if you go to the top of this
12       document here, there's a column on the left -- a
13       description on the left, the second one down, it says
14       inventory Item Master, and there is a test script
15       that is called create new item.  Do you see that?
16              A      Yes.
17              Q      What does that script involve?
18              A      That's where -- that's one of the first
19       places you would go to set an item up in the item
20       Master List and whether or not you link it to
21       inventory or it's a direct.
22              Q      So that's a test script that Lawson
23       provided to Blount that describes how to add a new
24       item to the Item Master?
25              A      Yes.
```

**32.  PAGE 50:14 TO 51:04 (RUNNING 00:00:37.200)**

```
14              Q      Okay.  Let's take a look at page B-25.
```

📄 **PX0225-0021 - PX0225-0021**                                        ███████████

```
15       It's the script entitled purchase order vendor
16       agreement, and it says prepared by Lawson.
17              A      Oh, it -- that's -- that's the contract
18       piece, too.  That's where you would load a contract
19       in.
20              Q      So this was a script that was provided by
21       Lawson that describes how to add in a vendor
22       contract?
23              A      Yes.
24              Q      And were you trained on this script by
25       Ms. Rice?
00051:01        A      My contract analyst was.  I personally
02       was not.
03              Q      Who is your contract analyst?
04              A      Cheryl Smith.
```

**33.  PAGE 51:05 TO 51:16 (RUNNING 00:00:30.100)**

```
05              Q      Okay.  Has Cheryl Smith been responsible
06       for loading vendor contracts in since the time that
07       Ms. Rice left?
08              A      Yes.
09              Q      And approximately how many vendor
10       contracts have been loaded into the system?
11              A      Not very many.  I'm going to say less
12       than 30.
13              Q      When you're adding in a vendor contract,
14       is the information from that vendor -- all the items
15       associated with that vendor are non-stock items?
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

## 0_W3301

---

```
      16         A      Not necessarily.
```

**34. PAGE 51:17 TO 52:09 (RUNNING 00:00:50.000)**

```
      17         Q      Okay.  Let's turn to page B-41.  What is
```

📄 **PX0225-0037 - PX0225-0037**                                    ██████████

```
      18    this script here?
      19         A      This is one of the first steps in setting
      20    up a new item in the Item Master List.  It's -- it's
      21    where you put in your manufacturer code, your -- the
      22    manufacturer division; for example, if it was Johnson
      23    & Johnson would be the manufacturer and the division
      24    could be Ethicon.  This is also -- there's a tab
      25    there where you set up our inventory class and
00052:01    purchasing class as well.
      02         So it's one of the first screens in
      03    setting up an item.
      04         Q      And this is a script that was provided by
      05    Lawson as well?
      06         A      Yes.
      07         Q      Were you trained on how to use this
      08    script by Katrina?
      09         A      Yes.
```

**35. PAGE 52:10 TO 53:05 (RUNNING 00:01:38.000)**

```
      10    (Blount Deposition Exhibit No. 3 was marked for the
      11    record.)
      12     BY MR. STRAPP:
      13         Q      You've been handed what has now been
      14    marked as Blount Exhibit 3.
```

📄 **PX0226-0001 - PX0226-0001**                                    ██████████

```
      15         Could you please take a moment to review
      16    this document.
      17         Can you tell me what this -- first, are
      18    you familiar with this document?
      19         A      I haven't looked at it in a long time,
      20    but, yes, I'm aware of what it is.
      21         Q      Could you describe to me what it is,
      22    please.
      23         A      Yes.  It was Lawson's response to Blount
      24    Memorial's Request for Proposal for an ERP system.
      25         Q      And you were a part of the team that
00053:01    evaluated their proposal?
      02         A      Yes.
      03         Q      If you take a look at Page 15 of the
```

📄 **PX0226-0022 - PX0226-0022**                                    ██████████

```
      04    document, it has the Bates Stamp L83380 at the
      05    bottom.
```

**36. PAGE 53:09 TO 54:04 (RUNNING 00:01:08.700)**

```
      09         Q      You'll see a section entitled functional
      10    requirements?
```

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:21 PM

## 0_W3301

```
        11                 A     Yes.
        12                 Q     Is this a list, to your understanding, of
        13        the requirements that -- the requirements that Blount
        14        had included in its Request for Proposal, and then
        15        the chart next to each requirement indicates whether
        16        Lawson is capable of fulfilling that requirement?
        17                 A     Yes.
        18                 Q     Okay.  If you turn to page L83406, it's
```

📄 PX0226-0048 - PX0226-0048                        ▆▆▆▆▆▆▆▆▆▆▆▆

```
        19        Page 41 of the document.  Do you see under the
        20        section requisitioning there is number ten at the
        21        bottom of the page?
        22                 A     Yes.
        23                 Q     And it states:  Allows users to place
        24        stock, non-stock and non-catalog items from multiple
        25        sources on one requisition?
00054:01                 A     Yes.
        02                 Q     Was that a functional requirement in the
        03        Request for Proposal that Blount issued to Lawson?
        04                 A     Yes.
```

**37.  PAGE 54:05 TO 54:17  (RUNNING 00:00:45.100)**

```
        05                 Q     And is that a function that's included in
        06        the software that Lawson provided to Blount?
        07                 A     No -- I mean, we don't allow them to go
        08        out to a vendor catalog.  The source is -- they can
        09        order stock and non-stock and put it on the same
        10        requisition, but it all has to come from our Item
        11        Master List or a direct, but they could still put --
        12        or a special, maybe even something that's not in our
        13        Item Master List.  They could still put an inventory
        14        item, a non-stock item that's in the Item Master List
        15        as well as a special item that is not in the Item
        16        Master List all those -- all three could be on one
        17        requisition.
```

**38.  PAGE 54:18 TO 54:24  (RUNNING 00:00:23.900)**

```
        18                 Q     So to clarify, a user at Blount using
        19        Lawson's Requisitions Self-Service can create a
        20        requisition for multiple non-stock items that are
        21        generally equivalent yet come from different vendors
        22        and then create -- and create purchase order from
        23        that one requisition?
        24                 A     Yes.
```

**39.  PAGE 56:22 TO 57:21  (RUNNING 00:01:35.000)**

```
        22                 Q     Can you take a look, please, at Page 51.
```

📄 PX0226-0058 - PX0226-0058                        ▆▆▆▆▆▆▆▆▆▆▆▆

```
        23        Functional requirement four.
        24                 A     Yes.
        25                 Q     It says:  Quote, manages price catalogs,
00057:01        purchase orders, purchase order confirmations and
        02        invoice transactions.  Can you describe for me what
```

Case Clip(s) Detailed Report
Sunday, January 09, 2011, 1:33:21 PM

## 0_W3301

---

```
03      that means, please.
04           A     That the system has the capability to --
05      to receive or send out electronically purchase orders
06      or receive in invoices through the system.
07           Q     And does the Requisitions Self-Service
08      system have that functionality?
09           A     The purchasing -- the purchase order side
10      does.  Not the Requisitions Self-Service side.  The
11      only electronic piece that we use is via the purchase
12      order side, not through Requisitions Self-Service.
13           Q     So the purchase order module provided by
14      Lawson has that functionality?
15           A     Yes.  Our -- ours does.  That is --
16      that's what we don't have on Requisitions
17      Self-Service is the ability to go outside of the
18      Lawson system on the RSS side, the Requisitions
19      Self-Service side.  The purchase order side we have
20      the capability to send purchase orders electronically
21      via the GHX interface.
```

**40.  PAGE 60:13 TO 60:21 (RUNNING 00:00:21.000)**

```
13           Q     Did Ms. Rice provide any additional
14      training beyond that training that you had already
15      discussed?
16           A     She did work with some of our -- a couple
17      of our information systems employees when a
18      particular gentleman -- to help him understand how to
19      set up the EDI transactions with GHX and who the
20      contact would need to be.
21                 Other than that, I'm not aware of any.
```

**41.  PAGE 61:09 TO 61:13 (RUNNING 00:00:19.400)**

```
09           Q     You've been handed now Blount Exhibit 5.
```

📄 **PX0228-0001 - PX0228-0001**                        ████████████████

```
10      The Bates Numbers on this page which are on the top
11      of the page upside down are B2775 through B2779.
12                 Could you take a moment, please, to look
13      through this series of e-mails.
```

**42.  PAGE 61:14 TO 61:20 (RUNNING 00:00:21.100)**

```
14                 Are you familiar with -- with these
15      series of e-mails here?
16           A     Yes.
17           Q     And are these e-mails that were sent from
18      Katrina Rice to you on July 28th and July 29, 2008?
19           A     Yes.  It looks like some that are
20      attached here also from myself to her.
```

**43.  PAGE 62:09 TO 64:03 (RUNNING 00:02:10.400)**

```
09           Q     Okay.  Let me ask you this question:
```

📄 **PX0228-0005 - PX0228-0005**                        ████████████████

```
10      Were individuals at Blount in the time frame of
11      July 2008 sending Katrina Rice Item Master items to
```

**0_W3301**

```
         12    be loaded into the Item Master?
         13         A    Yes.  We would have began working on that
         14    at this time.  Yes.
         15         Q    And how did that process work?  Can you
         16    describe for me the details of --
         17         A    Yes.  We had several spreadsheets that
         18    were very large that were sent -- I think we sent
         19    them all to you, and we would fill out the
         20    spreadsheets based on the criteria of the field, what
         21    it was called, whether they needed the item -- you
         22    know, manufacturer number, our inventory number, the
         23    description, you know, if we got it from a
         24    distributor or if we didn't and setting up the
         25    vendors as well and the codes for the vendors.  We
00063:01    had to set up manufacturer codes.
         02            That's -- she did refer to manufacturer
         03    codes, and that is an abbreviation for the
         04    manufacturer that had to be set up, and that's what's
         05    tied to the field for the Item Master List, and that
         06    is what she is referring to in there.  And we -- we
         07    gave her the information, and if we missed something
         08    or -- for example, if we attached a manufacturer code
         09    that wasn't in the manufacturer list, it would
         10    generate an error, and she would tell us, hey, this
         11    isn't a valid code because you have to go to a
         12    different table in the code and
         13    that has to be a valid code built in that table
         14    before you can attach it to an Item Master number.
         15         Q    Okay.  So during this process, she would
         16    work with you to assist you in creating the
         17    spreadsheets that had the information, and then once
         18    those spreadsheets were created, she would load the
         19    information from those spreadsheets into the Item
         20    Master?
         21         A    Yes.  She didn't really help us create
         22    them.  She just basically told us what field she
         23    would need, and she gave us just a blank spreadsheet
         24    with fields labeled at the top and explained to us
         25    what information was required for each field.
00064:01            It was our job to populate the
         02    spreadsheets and then get them to her, and then she
         03    rolled it into the system.
```

**44. PAGE 65:02 TO 65:07 (RUNNING 00:00:28.000)**

```
         02         Q    You now have Blount Exhibit 6 with the
```

PX0229-0001 - PX0229-0001

███████████████████████

```
         03    Bates Stamp, B2766 through B2770.
         04            This, again, is a series of e-mails from
         05    Katrina Rice to you, and these e-mails are dated
         06    July 31st, 2008 and August 1st, 2008.
         07            Take a moment, please, to review them.
```

**45. PAGE 65:08 TO 66:15 (RUNNING 00:01:31.800)**

```
         08            I want to ask you about the e-mail on the
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

## 0_W3301

---

📄 **PX0229-0005 - PX0229-0005**

```
        09      final page of the document, B2770.  It's an e-mail
        10      from Katrina Rice to you dated July 31st, 2008.
        11              A    Yes.
        12              Q    Do you see here the first sentence of the
        13      e-mail says:  Quote, I am working on the Item Master
        14      load and have a few issues we will need to go over
        15      the week of 8/11.  I have enough loaded for testing,
        16      but these issues will need to be resolved before
        17      building the next prototype?
        18              A    Yes.
        19              Q    When she -- when Katrina said to you in
        20      this e-mail that she had enough loaded for testing,
        21      did that mean to you -- was it your understanding
        22      when you received this e-mail that that meant there
        23      had been sufficient items loaded into the Item Master
        24      by Katrina Rice that there could be tests done on
        25      that Item Master?
00066:01              A    Yes.
        02              Q    And what kind of tests were -- what kind
        03      of tests were run on the Item Master?
        04              A    The items were loaded in there, and we
        05      were able to go through Requisitions Self-Service
        06      through test scenarios and pull items and process for
        07      ordering by pulling from that list.
        08              Q    And she lists here a series of nine
        09      issues that -- Ms. Rice lists a series of nine issues
        10      in this e-mail that she was hoping to resolve.
        11                   Would you and others at Blount work with
        12      Ms. Rice to resolve issues that she had in order to
        13      populate and build the Item Master so that there
        14      wouldn't be any problems with it?
        15              A    Yes.
```

**46.  PAGE 67:02 TO 67:04  (RUNNING 00:00:16.500)**

```
        02              Q    You now have Blount Exhibit 7, Bates
```

📄 **PX0230-0001 - PX0230-0001**

```
        03      Stamped B945 through B1051.  Please take a moment to
        04      review this document.
```

**47.  PAGE 67:05 TO 73:16  (RUNNING 00:08:40.200)**

```
        05                   Can you take a look at page B947.  Do you
```

📄 **PX0230-0003 - PX0230-0003**

```
        06      see the top e-mail on this page is an e-mail from
        07      Katrina Rice to C.L. Smith at Blount and also a copy
        08      to you?
        09              A    You said B00947, correct?
        10              Q    That's right.
        11              A    Yes.
        12              Q    And you see in the first sentence of this
        13      e-mail Katrina Rice says -- writes to you:  After
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

## 0_W3301

```
         14      taking out all of the duplicates, attached is the
         15      finalized Item Master load and manufacturer code
         16      table.
         17              When Ms. Rice wrote that she was
         18      attaching the finalized Item Master load and
         19      manufacturer code table, what did that mean to you?
         20      A     She was letting us know these were the
         21      spreadsheets that we had sent her that she had
         22      uploaded.
         23      Q     And so at that point on November 14th,
         24      she was indicating to you she had completed loading
         25      into the item master all the spreadsheets you had
00068:01      provided to her?
         02      A     That's what I would assume this means.
         03      That would be about the time frame I would have
         04      suspected.
         05      Q     Okay.  And when she refers to the
         06      manufacturer code table, is that a spreadsheet that
         07      lists particular codes for each manufacturer?
         08      A     Yes.  It's just an abbreviation.  The
         09      field only takes -- I can't remember -- it's two to
         10      four characters, and so you had to come up with an
         11      abbreviation for each vendor or manufacturer.
         12      Q     And you see in the next paragraph of the
         13      e-mail she writes:  I would like to start loading
         14      contracts next week if possible.  Remember I will
         15      need the vendor item number as well as the item
         16      number to load each contract.
         17              Is that referring to what we discussed
         18      earlier about how Ms. Rice loaded certain vendor
         19      contracts prior to, you know, the Requisitions
         20      Self-Service going live on January 1st?
         21      A     Yes.  There was -- there was a
         22      spreadsheet for contracts, and we got some -- not
         23      near as many as we had wanted to -- loaded with her
         24      help, and it was just like loading the items or the
         25      manufacturer codes.  There was a blank spreadsheet
00069:01      with fields, and we provided her the information
         02      requested.
         03      Q     Okay.  Take a look at the next -- the
```

📄 **PX0230-0002 - PX0230-0002**

```
         04      page before, B9 -- B946.  It's an e-mail from Katrina
         05      Rice to Bill Morycz copying you, dated November 18th,
         06      2008.
         07      A     Yes.
         08      Q     Ms. Rice writes:  Quote, I have finished
         09      loading the Item Master to the train data area so we
         10      have a clean area to train in this week.  It is also
         11      loaded with dev, and this is the area we will keep
         12      clean to be moved over to the prod.  It is loaded to
         13      test but has a lot of bogus data there as that is the
         14      area we were training in and doing transactions in
         15      to-date.
         16              If possible, could you help me decipher
         17      this e-mail and explain what it means?
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

## 0_W3301

```
        18          A     Yes.  We had three -- the system was kind
        19      of loaded in three different sections.  That's
        20      probably not the best way to describe it.
        21              We had a train version of the system.
        22      The same copy of the system was loaded in as
        23      development as well as test.  And to keep different
        24      pieces of it accurate when we were playing with it
        25      and practicing setting up items and doing things like
00070:01      that, we would have functioned and done that in test,
        02      and then when we started training our end users, we
        03      had have done that through the train version of the
        04      system, and then when she's referring to the dev --
        05      the d-e-v version of it -- that's kind of the
        06      development.  That's where we kept it clean because
        07      that was what we were actually going to rollover, and
        08      it changed to the prod system.
        09          Q     And the prod system is the one you went
        10      live with?
        11          A     Yes.  That's production, yes.
        12          Q     And that's the system that's currently in
        13      use?
        14          A     Yes.
        15          Q     And so Ms. Rice had loaded in as of
        16      November 18th, 2008 the Item Master to this dev
        17      system which was eventually moved over to the one
        18      that went live?
        19          A     Yes.
        20          Q     Okay.  And if you look at -- take a look
```

📄 PX0230-0001 - PX0230-0001                                    ▮▮▮▮▮▮▮▮

```
        21      at B945, it's the first e-mail on the chain from
        22      Katrina Rice to Rob Storey dated November 18th.
        23          A     Yes.
        24          Q     Ms. Rice writes in the e-mail:  I am done
        25      with Item Master uploads and I have provided it to
00071:01      Cheryl to get back to me with contract pricing.
        02              I have loaded the clean data to dev and
        03      train so you can have good data to train with as test
        04      has all the duplicate items.
        05              Does that mean that there was a clean
        06      version of Item Master loaded into dev, and that's
        07      the one that you went live with?
        08          A     Yes.  Yes.  Test was where we had been
        09      testing during the times she was still -- we were
        10      getting everything finalized and we could have had
        11      duplicates or fake items that we had set up just to
        12      be able to test with and play with in order to learn
        13      the system.
        14          Q     And if you look at the last several pages
```

📄 PX0230-0004 - PX0230-0004                                    ▮▮▮▮▮▮▮▮

```
        15      of this exhibit, it looks like it's a printout of a
        16      spreadsheet?
        17          A     Yes.
        18          Q     Now, is this printout -- to your
```

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:21 PM

## 0_W3301

```
        19      understanding, is this printout a spreadsheet
        20      essentially a list of all the information in the Item
        21      Master that Ms. Rice was attaching to her e-mail?
        22          A    Yes, that's what it appears to be.
        23          Q    Okay.  And so the information in this
        24      spreadsheet had been, you know, collected by Blount
        25      personnel and then it had been loaded in the proper
00072:01      format by Ms. Rice directly into the Item Master?
        02          A    Correct.
        03      (Blount Deposition Exhibit No. 8 was marked for the
        04      record.)
        05       BY MR. STRAPP:
        06          Q    You now have Blount Exhibit 8, bates
```

📄 **PX0231-0001 - PX0231-0001**                                   ████████████

```
        07      number B877 through B879.  Take a moment after you've
        08      had a chance to review it to focus on the e-mail on
```

📄 **PX0231-0003 - PX0231-0003**                                   ████████████

```
        09      page B879 from Katrina Rice to you dated
        10      November 20th, 2008.
        11              Do you see in this e-mail Ms. Rice is
        12      writing to you that Cheryl has given me approximately
        13      110 contracts to load.  And KS fixed up with a
        14      shortcut to the server so I will be working on
        15      getting these loaded.  Cheryl has more contracts to
        16      give me and any lines on the ones that she has given
        17      me that do not load may have to be loaded manually
        18      depending on our time constraints.  And then at the
        19      end of the paragraph, she writes:  I will load as
        20      much as possible today and tomorrow, but I would like
        21      to work with Cheryl the week of December 1st to train
        22      her on the contract loading process and the manual
        23      contract loading process.
        24              Is it your understanding that Cheryl --
        25      what was Cheryl's last name?
00073:01          A    Smith.
        02          Q    Is it your understanding that Cheryl
        03      Smith provided Katrina with the vendor contracts and
        04      then Katrina loaded some of those vendor contracts
        05      and trained Cheryl on how to load others?
        06          A    Yes, and the contracts were provided to
        07      her via spreadsheet with the required fields that we
        08      populated the information in the spreadsheet and then
        09      gave it to Katrina, and she loaded the contracts and
        10      attached them to the items.
        11          Q    When you say attached them to the items,
        12      does that mean that the information in the contracts
        13      got associated with the items in the Item Master?
        14          A    Yes.
        15          Q    Information such as price?
        16          A    Yes.
```

**48.  PAGE 78:06 TO 79:15  (RUNNING 00:01:37.800)**

```
        06                  MR. STRAPP:  Blount 11.
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

## 0_W3301

```
07          (Blount Deposition Exhibit No. 11 was marked for the
08       record.)
09       BY MR. STRAPP:
10          Q    You've been handed now what has been
```

📄 **PX0234-0001 - PX0234-0001**

```
11       marked as Blount Exhibit 11.  The Bates Number b817
12       through B827.  This is an e-mail and attachment from
13       Katrina Rice to you dated December 4, 2008.  The
14       subject is Item Master load template.
15             Can you describe for me, please, what --
16       first let me ask you:  Are you familiar with this
17       e-mail and the attachment?
18          A    Yes.
19          Q    And can you describe for me what it is,
20       please.
21          A    It's just simply a guide for us to go by.
22       We can upload mass quantities of items to the Item
23       Master List, the Microsoft add-ins, and these are --
24       she's explaining what the required fields are when we
25       go to do that so that we would not miss anything
00079:01 because there are several places in Lawson, IC11,
02       IC12, IC13, where to have an item set up in the Item
03       Master List correctly you have to populate each of
04       those fields under those screens, and she was telling
05       us which fields were required in order to do that
06       through Microsoft add-ins.
07          Q    And this information she was providing to
08       you was information that you would use to add items
09       to the Item Master after it went live January of
10       2009?
11          A    Yes.
12          Q    Before it went live, she was the
13       individual who actually added the items to the Item
14       Master, correct?
15          A    That is correct.
```

**49.  PAGE 79:20 TO 80:10  (RUNNING 00:00:49.500)**

```
20          Q    Can you describe for me how Microsoft
21       add-ins are used to populate the Item Master?
22          A    We haven't been using it.  We need to,
23       but we haven't been using it.  So I really can't tell
24       you anything about it.  I would have to go back
25       through all of my notes to even begin to do it.  We
00080:01 just haven't done it.
02             Everything we've added we've done it in a
03       manual situation one item at a time up to this point.
04          Q    Do you -- does Blount use this Item
05       Master upload template provided by Ms. Rice from
06       Lawson when it adds information into the Item Master?
07          A    No, not up to this point we have not.
08       She just provided it, and we should have, but we
09       haven't because we haven't done any mass uploads.
10       It's all been individual items.
```

**CONFIDENTIAL**

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:21 PM

## 0_W3301

---

**50. PAGE 82:07 TO 82:18 (RUNNING 00:00:29.900)**

```
07          Q      When -- when a contract is entered from a
08    vendor into the system, does the cost associated with
09    the particular item from the vendor automatically get
10    pulled into the Item Master?
11          A      Yes.  If a contract is tied to that
12    particular item, yes, it will.  If there is no
13    contract tied to the item, the system pulls it from
14    the last price paid.
15          Q      And where does -- how does the system
16    pull in the last price paid?  Where does that come
17    from?  Does that come from the purchasing module?
18          A      Yes.
```

**51. PAGE 87:02 TO 88:03 (RUNNING 00:01:12.400)**

```
02    (Blount Deposition Exhibit No. 14 was marked for the
03    record.)
04     BY MR. STRAPP:
05          Q      Okay.  You now have in front of Blount
```

📄 PX0237-0001 - PX0237-0001                                     ███████████

```
06    Exhibit 14.  Are you familiar with this document?
07          A      Yes.
08          Q      What is this document?
09          A      It was a test script that Katrina showed
10    the Super Users as we learned to do Requisitions
11    Self-Service.
12          Q      Okay.  So this is a script prepared by
13    Lawson on -- on using Requisitions Self-Service, and
14    Ms. Rice trained you and the other Super Users at
15    Blount on how to train you and the other users at
16    Blount on how to use this script?
17          A      Yes.
18          Q      And specifically what is this script --
19    what -- what is this script created for?
20          A      It's to walk you through when you log-in
21    Requisitions Self-Service the different fields that
22    are required and what you need to -- or if they are
23    not required or what needs to be put in them and the
24    different tabs that you can go in to search different
25    ways through Requisitions Self-Service.
00088:01              It kind of walks you through setting up a
02    requisition and the different tabs and the functions
03    of those tabs on that requisition.
```

**52. PAGE 88:20 TO 89:17 (RUNNING 00:00:55.100)**

```
20          Q      Okay.  Did the version and training
21    provided to the other users encompass the
22    functionality that they needed to use Requisitions
23    Self-Service as a shopping function?
24          A      Yes.
25          Q      And it also included training on how to
00089:01    use the search functionality?
02          A      Yes.
03          Q      And it also created training -- it
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

## 0_W3301

---

```
04        included training on how to create requisitions?
05        A    Yes.
06        Q    And how to approve requisitions?
07        A    We actually handled that in a different
08   class with our supervisors and stuff, or we -- we
09   touched -- I think there actually may have been a
10   page at the back of Blount Exhibit 2 that went
11   through how to approve something because we would
12   have a mix of people in our classes, and some were
13   people that were supervisors or department heads that
14   would have to go in and approve requisitions.
15             So we explained that to them at the end
16   of the class if they were somebody that approved it,
17   where to go and how to get that.
```

**53.  PAGE 89:18 TO 90:17  (RUNNING 00:01:07.500)**

```
18        (Blount Deposition Exhibit No. 15 was marked for the
19   record.)
20    BY MR. STRAPP:
21        Q    You now have Blount Exhibit 15, and this
```

📄 **PX0238-0001 - PX0238-0001**                              ███████████

```
22   has Bates Stamp B3020 through B3031.  Please take a
23   moment to review the document.
24             Is this a document that you're familiar
25   with?
00090:01  A    I have seen this document, yes.
02        Q    And can you describe to me what it is,
03   please.
04        A    It's just basically an overview diagram
05   of -- kind of from the starting of the implementation
06   in how to set up the items and kind of the flow of
07   data through Lawson.  It's kind of just an overview
08   of that.
09        Q    Is this a document that was prepared by
10   Katrina Rice from Lawson?
11        A    Yes.  Well, or somebody at Lawson.  I'm
12   not sure it was prepared by her or someone at Lawson.
13        Q    Did Ms. Rice present this document or
14   this presentation to you?
15        A    Yes.  If I remember correctly, it was
16   e-mailed to us just to try to help us understand how
17   data flowed through the system.
```

**54.  PAGE 90:22 TO 91:04  (RUNNING 00:00:27.000)**

```
22        Q    Okay.  Do you see on page B320 -- 3021,
```

📄 **PX0238-0002 - PX0238-0002**                              ███████████

```
23   the second page of the document, there is a slide
24   that's entitled process diagram for Item Master set
25   up.
00091:01  A    Yes.
02        Q    And there are steps here for process flow
03   on how to set up the Item Master, correct?
04        A    Yes.
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

---

## 0_W3301

---

#### 55.  PAGE 91:19 TO 92:25  (RUNNING 00:01:37.000)

```
         19                    Q       You now have in front of you Blount
```

PX0239-0001 - PX0239-0001

```
         20           Exhibit 16, Bates Numbered B2243 through B2253.
         21                    This is an e-mail and attachment from
         22           Katrina Rice to Rob Storey copying you, dated
         23           September 10th, 2008, and it attaches something
         24           called a process flow functional specification.
         25                    Can you describe for me -- first of all,
00092:01     are you familiar with document?
         02           A       I don't remember this one.  I mean, I'm
         03           sure I looked at it, but I don't remember it.
         04           Q       Do you know what a process flow means
         05           here?
         06           A       Yes.
         07           Q       And what is that?
         08           A       Process flow is how the system -- it
         09           flows for approval.  It's how you know -- for
         10           example, if Rob, who works for me, puts in a
         11           requisition and it's over $1,000, it's going to come
         12           to me for approval.  If my approval limit is $2,500,
         13           if his requisition was for 5, I'm going to approve
         14           it, and then it's going to go on to my supervisor,
         15           John Hanks, for his approval.
         16                    Process flow allows you to set those
         17           different dollar approval levels up and routes the
         18           requisition based on your department, who your
         19           supervisor is, and then we also have process flows
         20           set up for capital whether it being an approved
         21           capital budgeted item or an emergency capital.  Those
         22           are unique process flows depending on -- it looks at
         23           the account number and activity code and routes based
         24           on those things.  That's what process flow does is
         25           routes it to the correct places for approval.
```

#### 56.  PAGE 133:16 TO 134:09  (RUNNING 00:00:40.100)

```
         16                    You mentioned that you do not license
         17           Punchout; is that correct?
         18           A       Yes.
         19           Q       Were you offered Punchout?
         20           A       Yes.
         21           Q       And why didn't you license Punchout?
         22           A       Because we tried to control costs, and I
         23           think that opens requisitioners to be able to go out
         24           and look at items that we may not have under contract
         25           price that we may not have the -- the MDS sheets on,
00134:01     various reasons.  We like to control the products
         02           that are being brought in from a safety standpoint as
         03           well as a cost standpoint.
         04           Q       I believe you said earlier you didn't
         05           want them to have access to vendor catalogs?
         06           A       Absolutely.
         07           Q       So the system as it stands now does not
         08           give users access to the catalog?
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

## 0_W3301

```
        09              A     No.

57.  PAGE 135:25 TO 136:12  (RUNNING 00:00:34.300)

        25              Q     You were just asked by Mr. Graham about
00136:01        vendor catalogs.  Do you recall that in the context
        02      of procurement Punchout?
        03              A     Yes.    catalog
        04              Q     Vendor chat log information would include
        05      information about products that the vendor has in
        06      stock, correct?
        07              A     Yes.
        08              Q     And the vendor catalog information is
        09      included in the Item Master to the extent that you
        10      carry items from a particular vendor, correct?
        11              A     It might not be all of their catalog,
        12      but, yes, the pieces that we use, yes.
```

TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:57:13.200)