# PX-520A

Case Clip(s) Detailed Report
Sunday, January 09, 2011, 1:33:45 PM

**520-A**

**0_W3301**

 **Matias, Manuel D. (Vol. 01) - 03/10/2010**    1 CLIP  (RUNNING 00:21:45.400)

 Mr. Matias, could you tell us who ...

**MMEDIT**         27 SEGMENTS  (RUNNING 00:21:45.400)

**1. PAGE 5:22 TO 5:25  (RUNNING 00:00:04.700)**

```
        22                  Mr. Matias, could you tell us who
        23      your employer is?
        24           A.     Robert Wood Johnson University
        25      Hospital.
```

**2. PAGE 10:13 TO 11:08  (RUNNING 00:01:18.300)**

```
        13                  What software does Robert Wood Johnson
        14      currently use or license from Lawson Software?
        15           A.     Right now we are currently using --
        16      I'm assuming you're speaking modules?
        17           Q.     Yes.  Modules and applications or
        18      however it is you would refer to them.
        19           A.     Okay.  Right now we're using what is
        20      called RSS, Requisitions Self-Service.  It's where
        21      the end user orders their supplies.  We use the
        22      inventory management tool.  It's where all the
        23      inventory's housed, storeroom, house stock.  We
        24      also use the general ledger, AP and budget module
        25      and we also use a module called MSCM, and that's a
00011:01      module that we use to go up and bar count the units
        02      that have bar codes.  It's a hand-held technology.
        03           Q.     Okay.  And is inventory management,
        04      is that the same as inventory control?
        05           A.     Yes.
        06           Q.     Okay.  And does Robert Wood Johnson
        07      also license Purchase Order?
        08           A.     We use the PO module, yes.
```

**3. PAGE 11:09 TO 11:12  (RUNNING 00:00:08.000)**

```
        09           Q.     And does law -- excuse me.  Start over.
        10                  Does Robert Wood Johnson license
        11      Procurement Punch-Out?
        12           A.     No.
```

**4. PAGE 11:13 TO 12:08  (RUNNING 00:01:14.900)**

```
        13           Q.     Does Robert Wood Johnson license
        14      Lawson's EDI software?
        15           A.     Yes.  We do use EDI here.
        16           Q.     Okay.  Is there any other software
        17      modules or applications that you're aware of that
        18      Robert Wood Johnson licensed from Lawson?
        19           A.     Let's see what else.  We use add-ins
        20      to extract and upload data but that's an Excel --
        21      you know, in conjunction with Excel.
        22           Q.     Were these add-ins provided by
        23      Lawson?
```

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:45 PM

## 0_W3301

```
        24                A.     Yes.
        25                Q.     So does Robert Wood Johnson license
 00012:01       the Microsoft add-ins from Lawson Software?
        02                A.     Yes.
        03                Q.     Okay.  Thanks.
        04                       Mr. Matias, do you know how long
        05       Robert Wood Johnson has licensed Lawson's
        06       procurement software?
        07                A.     About four months now.  We -- we went
        08       live November 1st.
```

**5. PAGE 12:23 TO 13:06  (RUNNING 00:00:20.400)**

```
        23                Q.     Okay.  When did the implementation
        24       begin for the Lawson procurement software?
        25                A.     April?  April of 2009.
 00013:01                Q.     April of 2009.  Okay.  Thank you.
        02                       So altogether the implementation took
        03       roughly -- let's see --
        04                A.     Six months.
        05                Q.     -- seven months?
        06                A.     Seven months, yes.
```

**6. PAGE 13:12 TO 13:23  (RUNNING 00:00:29.400)**

```
        12                Q.     Okay.  Mr. Matias, are you familiar
        13       with the term Item Master?
        14                A.     Yes.
        15                Q.     Could you explain what the Item
        16       Master is?
        17                A.     Sure.  Item Master in Lawson is
        18       called IC 11.  It's where we house all of our
        19       inventory supplies whether it's stock or nonstock
        20       and that -- that is where the end user on the floor
        21       gets their information from.  It houses the Lawson
        22       item number, the description, the unit of measure,
        23       manufacture number.
```

**7. PAGE 14:20 TO 15:09  (RUNNING 00:00:50.900)**

```
        20                Q.     Okay.  Thank you.
        21                       Do you know approximately how many
        22       items are in the Item Master as implemented by
        23       Robert Wood Johnson?
        24                A.     Right now we have roughly 36,000
        25       items.
 00015:01                Q.     And could you describe the types of
        02       products that are available in the Lawson
        03       procurement system?
        04                A.     Sure.  We have everything from
        05       implants to medical/surgical supplies to lab
        06       supplies to gastroenterologist supplies.  We have
        07       all sorts of screws, bolts, bandages, gauzes, IV
        08       solutions, reagents, hip implants, stents,
        09       pacemakers, IC -- AICDs for the pacemakers.
```

**8. PAGE 16:07 TO 17:24  (RUNNING 00:02:12.600)**

```
        07                Q.     What about things like medical gowns
        08       or gloves?
```

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:45 PM

## 0_W3301

```
09            A.    Gowns and gloves, yes, they're in
10      there.
11            Q.    Okay.  Could you explain what types
12      of data are included about the items that are in
13      the Item Master?
14            A.    Sure.  In the Item Master we take and
15      put the description.
16                  Lawson only has 30 characters for the
17      Description field so we get creative and if it's a
18      suture, you know, we start it with s-u-t and then
19      try to fit it in all the dimensions, you know, six
20      by whatever centimeters.
21                  It contains the manufacture number so
22      in case we ever call the vendor and we need to
23      identify the item to them, we got to give them the
24      manufacture number.  It contains a unit of measure
25      which is usually the unit of measure that is
00017:01 stocked by us and the manufacturer and is usually
02      the purchase unit measure so if it's a box, you
03      know, we're buying it by the box.  If it's an each,
04      you know, we're issuing out by the each, we're
05      buying by the box, that's all that the Item Master
06      has.
07            Q.    Okay.  And when someone -- let me
08      start over.
09                  If a requester wants to purchase a
10      particular item or put in a request for that item
11      to be purchased would they base their choice of
12      which item they need on that item description?
13            A.    There's a couple of ways that the
14      requester could find the item.
15                  There's a -- a screen called PO 15
16      and it's basically -- they're a template so
17      whatever items they want to see when they log in we
18      put all those items under that template so they
19      will only see that template.  If the item's not in
20      there, then in RSS, requisitional service, they
21      could do the search option and search for a
22      description, manufacture number, catalog number,
23      you know, and then they go narrow, narrow the item
24      and pick the one that they want.
```

**9.  PAGE 19:09 TO 20:06  (RUNNING 00:01:24.800)**

```
09            Q.    Mr. Matias, do you know how many
10      vendors Robert Wood Johnson uses within the Lawson
11      procurement system?
12            A.    My God.  Right off the top of my head
13      I'm going to say 3,000.
14            Q.    And do you know who the largest five
15      vendors are that Robert Wood Johnson uses?
16            A.    I know the number one is Owens Minor.
17      Then you have Medtronic.  Then you have Synthes --
18            Q.    Sorry.  Could you spell that?
19            A.    S-y-n-t-h-e-s.  And the other two not
20      off the top of my head.
21            Q.    Okay.  So is it -- is the vendor
```

```
        22    information associated with items in Item Master
        23    somehow provided in the system?
        24         A.    The vendor information we get from
        25    finance -- finance bills the vendor.  They tell us
00020:01      the vendor number and if we build an item, then we
        02    associate the item in another location called IC 12
        03    to that vendor.
        04         Q.    Okay.  So the vendors are associated
        05    with -- with items in the Item Master using IC 12?
        06         A.    Correct.
```

**10. PAGE 20:07 TO 20:15 (RUNNING 00:00:31.300)**

```
        07         Q.    Okay.  And what if a particular item
        08    has more than one vendor associated with it?
        09         A.    In Lawson it can only have one vendor
        10    associated to it.  Then if we buy that same item
        11    from another vendor, then there's another screen
        12    called PO 13.3 that we could associate the same
        13    Lawson number to multiple vendor item numbers which
        14    in essence turns out to be different vendors.
        15    That's a rare occasion.
```

**11. PAGE 22:18 TO 24:05 (RUNNING 00:01:31.700)**

```
        18         Q.    I see.  If you -- say, for instance,
        19    if Robert Wood Johnson wanted to order a box of
        20    paper clips --
        21         A.    Mm'mm.
        22         Q.    -- and they could order it from
        23    Staples or, say, Office Max --
        24         A.    Mm'mm.
        25         Q.    -- realizing I know that you say you
00023:01      don't have any office supplies in your system --
        02         A.    Right, right.
        03         Q.    -- but assuming that you did, then
        04    how would you go about making it in the Item Master
        05    such that those paper clips could be ordered from
        06    either vendor; either Staples or Office Max?
        07         A.    Okay.  In -- in the Item Master it
        08    doesn't have vendor information.  It's just like
        09    the core of the items.  It just has a description
        10    and the unit of measure.
        11              Then when you move into IC 12 that's
        12    where you associate the vendor to it so it's
        13    automatically going to default to whatever vendor
        14    we have set up there.
        15              Now, if they want to buy -- let's
        16    say, Staples is on back order for those paper clips
        17    and they to buy from Office Depot, then before they
        18    go search for it, it's not going to show up unless
        19    we add it into PO 13.3 as another option for that
        20    same Lawson number and then when it gets to a PO,
        21    we got to be knowledgeable to change the vendor
        22    from Staples to Office Depot.
        23         Q.    So you would only have one Lawson
        24    item number?
        25         A.    For paper clips.
```

**0_W3301**

```
00024:01            Q.     For paper clips.  But you would have
      02      two vendor items associated with --
      03            A.     Right.
      04            Q.     -- that one item?
      05            A.     Correct.
```

**12. PAGE 24:06 TO 24:10 (RUNNING 00:00:11.500)**

```
      06            Q.     Okay.  And when you did a search for
      07      the item the way I understand you explained it, you
      08      would only see the item pop up associated with one
      09      of the two vendors?
      10            A.     The primary vendor, right.
```

**13. PAGE 24:11 TO 25:06 (RUNNING 00:00:56.000)**

```
      11            Q.     The primary vendor.  How is that
      12      primary vendor designated?
      13            A.     In IC 12.  When -- and I'll show you
      14      when we get into the system.  There's a source
      15      button that you have to pick a vendor to the item.
      16            Q.     Okay.  And at what point would you be
      17      able to switch from that primary vendor to the --
      18            A.     Secondary.
      19            Q.     -- secondary vendor?
      20            A.     In PO 13.3 you have a capability of
      21      marking one of the items as the default so whenever
      22      the PO gets created it automatically puts that
      23      vendor item number instead of the other one.
      24            Q.     But could you also select a different
      25      vendor as you're building the requisition?
00025:01            A.     They are -- the end users are able to
      02      select a vendor.  If they're building a requisition
      03      like from scratch, the item already does not exist
      04      in the Item Master but if it already exists in the
      05      Item Master they can't select another vendor.  We
      06      have to change the PO before it goes out.
```

**14. PAGE 25:07 TO 25:10 (RUNNING 00:00:07.800)**

```
      07            Q.     So there's no way for the requester
      08      to select the secondary vendor as they're creating
      09      the requisition?
      10            A.     Correct.
```

**15. PAGE 25:18 TO 26:20 (RUNNING 00:01:16.600)**

```
      18            Q.     How -- how does a requester go about
      19      finding product items in the Lawson procurement
      20      system?
      21            A.     Okay.  So the requester only has
      22      access to requisitions of service.  You know, when
      23      they log in, all their information populates.  You
      24      know, the accounting, you know, the cost center,
      25      where the supplies are going to get charged to.
00026:01                   They have a couple options.
      02                   They go into their shopping list
      03      which is the PO 15 that's already created and if
      04      another Lawson number item, they just search for
      05      the Lawson item number.  If they don't have any
```

```
06      information, they go into another option that's the
07      search button and -- and it searches the entire
08      Item Master.  They could put in the Lawson number.
09      They could put our old inventory number from our
10      old system because we carry that over.  They can
11      put a manufacture number.  A word.  Let's say
12      they're searching for gloves.  You can put glove
13      and everything that contains that word glove will
14      come up and then they have to, you know, narrow the
15      search by picking up the one that they really want
16      and that's how they search for an item.
17           Q.    Okay.  And when you're talking about
18      the requester performing this search would this all
19      be done within Requisition Self-Service?
20           A.    Yes.
```

**16. PAGE 28:12 TO 28:21 (RUNNING 00:00:28.000)**

```
12           Q.    Okay.  So within Requisition
13      Self-Service could you tell me which of the search
14      functions that Robert Wood Johnson has available
15      for its requesters?
16           A.    It's just -- it's -- when you go into
17      the Requisition Self-Service at the top of the
18      button it has just the word search and you click on
19      search, another screen pops up with a little field
20      and you get to type in whatever information you
21      want to type in to search.
```

**17. PAGE 29:03 TO 29:13 (RUNNING 00:00:18.900)**

```
03           Q.    Are you familiar with something
04      referred to as UNSPSC codes?
05           A.    Yes.
06           Q.    Does Robert Wood Johnson use UNSPSC
07      codes?
08           A.    No.
09           Q.    So Robert Wood Johnson doesn't have
10      any UNSPSC codes designated for the items --
11           A.    Correct.
12           Q.    -- in the Item Master?
13           A.    Correct.
```

**18. PAGE 29:20 TO 30:15 (RUNNING 00:00:50.000)**

```
20           Q.    Are you familiar with the Advance
21      Search feature within the Requisition Self-Service
22      application?
23           A.    Yes.
24           Q.    And is that enabled on the Robert
25      Wood Johnson implementation?
00030:01          A.    Yes.  And that's where the end user
02      searches, you know, like I explained before, the
03      items.
04           Q.    And could you explain how the Advance
05      Search feature works?
06           A.    Sure.  When the end user logs into
07      RSS, you know, all the -- their fields already
08      populated.  Then on the top, you know, you click on
```

```
             09      advance search and that's where you type in the
             10      Lawson item number, the description, you know,
             11      glove, you know, the manufacture number and
             12      anything that contains -- whatever you typed in
             13      there pops up on your screen and that's where you
             14      have to, you know, pick the right item that you
             15      want to order.
```

**19. PAGE 32:17 TO 35:05 (RUNNING 00:03:15.300)**

```
             17              Q.      Mr. Matias, can you briefly explain
             18      how purchase orders are generated using Lawson's
             19      procurement software?
             20              A.      Mm'mm.  Okay.  So the purchase orders
             21      are generated when the user goes into requisitions
             22      of service, they find their item.  You know, they
             23      put their quantity in.  They hit check-out.  Our
             24      buyers are instructed to pull down those orders at
             25      ten o'clock in the morning and at 2:30 in the
    00033:01      afternoon.  They run what is called PO 100 so every
         02      requisition that's sitting out there puts it into a
         03      PO and that's how it gets created.
         04              Q.      Okay.  And how does that purchase
         05      order actually get transmitted to Robert Wood
         06      Johnson's vendors?
         07              A.      Sure.  So after the buyer runs PO
         08      100, they get a report of all the POs that were
         09      created.  They go in and verify the pricing and
         10      everything's correct.  Once they're done, on the
         11      top right-hand corner there's a release function.
         12      You click release and depending on how we have it
         13      set up in the back end, either EDI or fax or, you
         14      know, E-mail the system automatically knows how to
         15      send those POs out.  You know, they have to run
         16      another -- we have it set up to automatically run
         17      another job called PO 120 that gathers all the POs
         18      and then another job that's run, ED 501, if it's an
         19      EDI and that's also scheduled to run and that's how
         20      it goes out.
         21              Q.      So EDI is one of the options for
         22      actually transmitting the purchase orders --
         23              A.      Mm'mm.
         24              Q.      -- to the vendors?
         25                      And do you know about what percentage
    00034:01      of purchase orders get transmitted by virtue of the
         02      EDI?
         03              A.      I'm going to say 75 percent.
         04              Q.      Okay.  And does Robert Wood Johnson's
         05      vendors provide information on whether the items
         06      ordered in these purchase orders are actually in
         07      inventory once the purchase order's transmitted?
         08              A.      Rephrase that for me.  Do you mean do
         09      they give us acknowledgment if they received the
         10      order and they have the item?
         11              Q.      Yes.  Exactly.
         12                      Do they provide any sort of
         13      information about the availability of the items --
```

```
            14         A.      Yes.
            15         Q.      -- in the purchase order?
            16         A.      Yes.  We are contracted with this
            17   company called Global Healthcare Exchange, GHX for
            18   short, and anything that's EDI -- you know, the
            19   vendor has to be a partner of GHX so whenever we
            20   set up an EDI vendor we get the information from
            21   GHX so when we transmit our POs, you know, it's
            22   realtime.  The buyer could log on -- log into that
            23   portal of GHX and check the acknowledgment of the
            24   vendor; it's on back order, you know, the price
            25   changed, the unit of measure should be box instead
00035:01         of each.
            02                 If it's a fax, then the buyers have a
            03   common code that says please fax or acknowledge,
            04   you know, to our office or E-mail me or
            05   acknowledgment so we know that you got the PO.
```

**20. PAGE 35:06 TO 35:19 (RUNNING 00:00:35.000)**

```
            06         Q.      Okay.  So could you explain what
            07   GHX's role is --
            08         A.      Sure.
            09         Q.      -- in submitting the purchase orders?
            10         A.      GHX is like a -- a middleman
            11   repository for -- for mostly all healthcare
            12   facilities in the United States.
            13                 It's basically -- they're the ones
            14   controlling like the partner set-up, you know, with
            15   the vendor.  They're the ones setting up all the ED
            16   transactions and then they just feed us the
            17   information to make it easier for us instead of
            18   going to every single vendor to get their EDI
            19   information.
```

**21. PAGE 35:20 TO 36:05 (RUNNING 00:00:20.900)**

```
            20         Q.      Okay.  So any time Robert Wood
            21   Johnson transmits a purchase order via EDI they're
            22   actually sending it to GHX?
            23         A.      X.  And GHX sends it to the vendor.
            24         Q.      I see.  And then the vendor in return
            25   would --
00036:01         A.      Send it --
            02         Q.      -- send something back --
            03         A.      -- to GHX --
            04         Q.      -- to GH...
            05         A.      -- and then we go look at it online.
```

**22. PAGE 36:06 TO 36:20 (RUNNING 00:00:41.900)**

```
            06         Q.      Okay. Great.  So if the vendor
            07   provides information on the availability of items --
            08         A.      Mm'mm.
            09         Q.      -- how is that done?
            10         A.      I don't know how they do it to GHX,
            11   but we just -- when we log into the Web site we
            12   just see our PO number and the lines that were in
            13   the PO and if it's wrong it has a red line through
```

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:45 PM

**0_W3301**

```
          14     the item or through where the discrepancy is and we
          15     try to fix that before the shipment comes in.
          16               Q.    When you say there's a line for the
          17     discrepancy, that designates that the item is not
          18     available from that vendor?
          19               A.    If the item's not available it tells
          20     us right there; back order.
```

**23. PAGE 37:03 TO 37:11 (RUNNING 00:00:13.200)**

```
          03               Q.    And is that acknowledgment sent via
          04     EDI?
          05               A.    No.
          06               Q.    It's not?
          07               A.    No.
          08               Q.    How do you receive the information on
          09     the availability?
          10               A.    We have to go into that portal, GHX,
          11     to that Web site.
```

**24. PAGE 53:21 TO 54:02 (RUNNING 00:00:13.000)**

```
          21               Q.    Okay.  So could a user search by the
          22     name Cardinal and pull up --
          23               A.    No.
          24               Q.    -- an item?
          25               A.    Only if we put the word Cardinal in
   00054:01     the description or somewhere that the field's
          02     searching on.
```

**25. PAGE 84:04 TO 85:02 (RUNNING 00:01:00.800)**

```
          04               Q.    Who -- who is -- who names or who
          05     adds the description field to the Item Master?
          06               A.    Right now it's usually myself or the
          07     four buyers that I have working for me.
          08               Q.    So there's five people that could --
          09               A.    Correct.
          10               Q.    -- enter it?
          11                     Is there a standard naming convention
          12     that you use?
          13               A.    We try to use the noun first so if
          14     it's a bandaid depending on how long bandaid is we
          15     try to limit to five characters.  So like, for
          16     example, suture, instead of putting in the entire
          17     word suture, we put it in as s-u-t for like sut so
          18     everybody knows anything that started with s-u-t
          19     it's a suture.  Solution, s-o-l.
          20               Q.    Is that a naming convention that
          21     you -- that you designed here at Robert Wood
          22     Johnson or was that something that Lawson taught
          23     you how to do?
          24               A.    No.  That's an industry standard.
          25     Most of the hospitals use, you know, the noun and
   00085:01     they abbreviate it because of space constraints in
          02     the Item Master fields.
```

**26. PAGE 89:04 TO 90:02 (RUNNING 00:01:03.000)**

```
          04               Q.    So Robert Wood Johnson was using GHX
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:45 PM**

## 0_W3301

```
        05      prior to licensing Lawson Software?
        06              A.      Prior to Lawson, yes.
        07              Q.      And I believe you testified that all
        08      of the EDI transactions that go out from Lawson now
        09      go through GHX?
        10              A.      Correct.
        11              Q.      And then you can go to a Web site
        12      posted by GHX to determine whether or not a
        13      particular purchase order had been -- had gone
        14      through?
        15              A.      Correct.
        16              Q.      To the vendor.  And that's how you
        17      can tell if an item's on back order or not?
        18              A.      Correct.
        19              Q.      So if using just the Lawson system
        20      and not GHX is there any way to tell if a
        21      particular item is in a vendor's inventory?
        22              A.      We would have to then bring 832 --
        23      another transaction for 832 which is another     [the catalogs]
        24      transaction into Lawson in order to find out if
        25      that item is on that vendor's catalog.
00090:01            Q.      Is that something that you do?
        02              A.      We don't do that.
```

**27. PAGE 90:25 TO 91:03  (RUNNING 00:00:06.500)**

```
        25              Q.      Did Robert Wood Johnson ever consider
00091:01      licensing Procurement Punch-Out?
        02              A.      I don't think we ever considered
        03      that, no.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:21:45.400)**