# DX-62



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

### UNITED STATES DEPARTMENT OF COMMERCE
### United States Patent and Trademark Office

**April 23, 2010**

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE TRADEMARK FILE WRAPPER AND
CONTENTS OF:

**TRADEMARK APPLICATION:** *74/384,676*
**FILING DATE:** *April 30, 1993*
**REGISTRATION NUMBER:** *1,838,080*
**REGISTRATION DATE:** *May 31, 1994*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. R. GRANT
Certifying Officer

**EXHIBIT**
DX 62
09 CV 620

384676

PTO-102 (9-89)
U.S. DEPT. OF COMMERCE
Patent and Trademark Office

**COMBINED**

FPI-LOR

| 1. REG. NO. 1838080 | 3. MARK FISHER RIMS | | 4. SER. NO. 74/384676 |
|---|---|---|---|
| 2. REG. DATE MAY 3 1 1994 | | | 5. REGISTER PRINCIPAL |
| 6. INTERNATIONAL CLASS 39 | 7. PRIOR U.S. CLASS 101 | 6. FILING DATE 04/30/93 | 9. LAW OFFICE 7 |

**10. APPLICANT AND POST OFFICE**
Fisher Scientific Company
711 Forbes Avenue
Pittsburgh, PENNSYLVANIA 15219
CORPORATION OF DELAWARE

**16. EXAMINING ATTORNEY**
SUE CARRUTHERS

**17. TYPE OF MARK**
SERVICE MARK

**18. FIRST USE**
039      08/00/1992
042      00/00/1992
035   08/00/1992

**11. CORRESPONDENCE ADDRESS**
Alan M. Doernberg
Fisher Scientific Company
711 Forbes Avenue
Pittsburgh, PA 15219

**19. IN COMMERCE**
039      08/00/1992
042      08/00/1992
035   08/00/1992

**20. FOREIGN REG. AND APPL. DATA**

**12. DOMESTIC REPRESENTATIVE**

**13. APPLICANT'S ATTORNEY**
Alan M. Doernberg

**15. GOODS – SERVICES**    see insid gc A

039-computer-based services for processing requisitions, entering purchase orders, maintaining inventory records, transferring related reports and data to other computers and generating documents for picking, packing, shipping and receiving requisitioned and ordered products 042-computer-based services for processing requisitions, entering purchase orders, maintaining inventory records, transferring related reports and data to other computers and generating documents for picking, packing, shipping and receiving requisitioned and ordered products

**21. OTHER DATA**

PTO-102L. (REV. 12/82) U.S. DEPT. OF COMMERCE – PATENT AND TRADEMARK OFFICE

| 22. A M E N D E D | PRINCIPAL REGISTER | 25. Examiner | SUE CARRUTHERS |
|---|---|---|---|
| | | 26. Section 1(C) Accepted | |
| | | 27. Section 1(D) Accepted | |
| 23. A F F I D A V I T | Section 8 | 28. Approved for Publication *Sue Carruthers* | **1 0 DEC 1993** |
| | | 29. Approved for Supplemental Registration | |
| | Section 15 | 30. O.G. Date | PUBLISHED MAR 0 8 1994 |
| 24. R E N E W A L | Approved for Renewal | | |
| | Renewed From | | |
| | ☐ Less Goods | | |

USCOMM DC 89-3951

TRADEMARK APPLICATION SERIAL NO. 74/384676

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

060 5B 05/17/93 74384676          0 361    210.00 CK

060 5B 05/17/93 74384676          0 361    210.00 CK



**Fisher Scientific**

Central Offices
711 Forbes Avenue
Pittsburgh, PA 15219-4'85
(412) 562-8300

74/384676

April 28, 1993

Honorable Commissioner of
  Patents & Trademarks
Washington, DC   20231

> Re:  Application Of Fisher Scientific Company To
>      Register Service Mark "FISHER RIMS";
>      International Classes 39 and 42

Sir:

Enclosed please find, pursuant to Rule 2.33 of
the Trademark Rules of Practice, a written application
for the filing of subject service mark, a drawing
sheet, three (3) specimens of the mark, a Power of
Attorney and postcard to show Patent & Trademark
Office receipt of these papers.

The fee for filing this application is $420.
Enclosed is Fisher Scientific's check in that amount.

                                    Very truly yours,

                                    Alan M. Doernberg
                                    Patent Counsel

AMD

Enclosures

cc:  T. Evangelista
     A. Mullen

74/384576

SERVICE MARK APPLICATION

PRINCIPAL REGISTER, WITH OATH

POWER OF ATTORNEY

Mark:   FISHER RIMS

Int. Cl.:   ~~39 and 42~~  35

Fisher Scientific Company, a Delaware corporation

having a business address of 711 Forbes Avenue,

Pittsburgh, PA 15219, has adopted and is using the

service mark shown in the accompanying drawing for the

following services:

repeat

Computer-based services for
processing requisitions, entering
purchase orders, maintaining
inventory records, transferring
related reports and data to other
computers and generating documents
for picking, packing, shipping and
receiving requisitioned and ordered
products, in International Classes
~~39 and 47~~

and requests that said mark be registered in the United

States Patent and Trademark Office on the Principal

Register established by the Act of July 5, 1946.

The service mark was first used with respect to

the services at least as early as August, 1992 and was

first used with respect to the services in interstate

commerce at least as early as August, 1992 and is now

in use in such commerce.  The mark is used in

literature and presentation materials for the services;

and three (3) specimens showing the mark as actually

used are presented herewith.

State of Pennsylvania)
                     ) ss.
County of Allegheny  )

     Johanna G. O'Loughlin states that she is Vice
President and General Counsel of applicant corporation and
is authorized to execute this instrument on behalf of said
corporation; she believes said corporation to be the owner
of the mark sought to be registered; to the best of her
knowledge and belief no other person, firm, corporation or
association has the right to use said mark in commerce,
either in the identical form or in such near resemblance
thereto as to be likely, when applied to the services of
such other person, to cause confusion, or to cause mistake,
or to deceive; and the facts set forth in this application
are true.

                              FISHER SCIENTIFIC COMPANY


                         By _____
                            Johanna G. O'Loughlin

JURAT:
     Subscribed and sworn to before me, this 24ᵗʰ day of

April, 1993.


                         _____
                         (Notary Public)

                    Notarial Seal
              Mary Ann Franchak, Notary Public
                 Pittsburgh, Allegheny County
              My Commission Expires May 28, 1994
           Member, Pennsylvania Association of Notaries

Fisher Scientific Company hereby appoints:

Alan M. Doernberg
Law Department
Fisher Scientific Company
711 Forbes Avenue
Pittsburgh, PA  15219

to prosecute this application to register, to transact all
business in the Patent and Trademark Office in connection
therewith, and to receive the certificate of registration.

FISHER SCIENTIFIC COMPANY

By _____

Johanna G. O'Loughlin
Vice President
and General Counsel

# FISHER
# RIMS

A revolutionary electronic
**R**equisition and **I**nventory **M**anagement **S**ystem

 Fisher Scientific

### Requisition Management Features:

- Consolidates all supplier activity, including third-party and administrative purchases.

- Allows stocking of Fisher-owned inventory on-site.

- Interfaces with all types of purchasing systems.

- Allows flexible remote requisitioning by formatted screen, telephone, fax or bar code scanning.

- Processes requisitions for on-site and remote inventory.

### Inventory Control Features:

- Utilizes simple minimum reorder points.

- Connects to all on-site and JIT stockrooms.

- Cross-references your stock numbers and all supplier numbers.

- Provides ready access to all inventory data through your PC.

- Utilizes customized bar codes and labels to expedite your receiving process.

- Tracks on-site Fisher-owned and/or customer-owned inventory.

### System Customization Features:

- Accommodates customer-defined data.

- Delivers reports customized to your requirements.

- Utilizes file transfers and EDI.

- Provides ad hoc data through a simple query language.

- Utilizes OS/2 operating system, relational database.

*The key to Fisher RIMS is flexibility.*

The exclusive features of Fisher RIMS were developed to provide Fisher Scientific's valued customers with maximum flexibility and system customization for requisitions, purchasing and inventory control.



*Fisher RIMS:*
*A computerized system*
*for managing the supply*
*chain from its source to*
*the laboratory bench.*

In today's fast-paced
laboratories, you need a
system you can depend on
for both requisitions and
inventory management.
A program that delivers enhanced services and
lower procurement costs. One that builds on
your current procedures to give you more control
and easier access to the information you need. The
one system that delivers all that and more is Fisher's new
Requisition and Inventory Management System. Fisher RIMS.

## Efficiency goes up, costs go down.

You no longer have to choose between higher performance and lower cost in managing requisitions and inventory—both come together with Fisher RIMS. This easy-to-use system delivers more productivity with fewer hours of labor, so you can free your staff for other important tasks.

## An interactive PC-based system gives you more control.

Fisher RIMS is a totally computerized system for requisitions, purchasing and inventory control. PC-based, it provides direct, real-time interfaces to both the Fisher mainframe and your computer system.

## Maximum speed, easy customization.

Fisher RIMS simplifies, consolidates, and electronically tracks all transactions between our RIMS customer, our suppliers and our own order entry, warehousing and delivery systems. And all information flowing through Fisher RIMS can be customized to fit your specific needs.

### Dependable service, reduced inventory costs.

With Fisher RIMS, you can arrange to stock your storerooms with products that are still owned by us until you use them. This ultimate storeroom management tool reduces your inventory costs dramatically, without affecting your ability to fill product needs as they arise. The end-users in your organization expect nothing less than this high level of service, and Fisher RIMS enables you to deliver it at a lower cost.

With consignment goods, Fisher RIMS communicates directly with your storeroom to fill the requisition, then automatically replenishes the consignment stock. And you don't pay for the item until it's actually used.

### Fisher RIMS simplifies your reports.

The flexibility of Fisher RIMS makes it easy to structure your reporting systems exactly the way you want them. This becomes another significant labor-saving feature for your staff.

### Management reports cover all suppliers.

Management reports can be customized to fit the unique needs of your purchasing department. Performance analyses on administrative purchases can, for example, be issued from Fisher RIMS, even though Fisher Scientific is not physically involved in either product delivery or invoicing on those purchases.

### Query language, purchase orders set up in your format.

Query language and formats will also be set up to satisfy your information requirements. Standard queries include daily usage, order status, inventory status, backorders, and information by date or date range. And purchase orders to any supplier can be printed in your P.O. format and sent out from Fisher RIMS.

### Reports on a regular schedule, or on demand.

Reports can be generated on everything from demand/usage histories for inventory planning to performance analyses for every kind of purchase handled by Fisher RIMS. These reports can be issued on a regular schedule, or on demand.



**Andrew H. Phillips**
Director, Lab Supplies and Graphic Arts Purchasing, Merck & Co., Inc.

*"Fisher RIMS lets us concentrate on purchasing tasks instead of getting bogged down in data entry. By transferring purchase order files from RIMS to our mainframe, our Fisher Customer Service Representative has eliminated a lot of keystroking for our people. And I've been able to redeploy them to more challenging and rewarding tasks."*



## *Allows you to reduce inventory and redeploy resources.*

The value-added services provided by Fisher RIMS reduce your overall cost of acquisitions by letting you reduce inventory and redeploy personnel to more productive tasks.

The rounded paths on the right side of the diagram above illustrate how products flow smoothly from the electronic orders generated by Fisher RIMS. Your order may be filled from a Fisher distribution center, a supplier's warehouse, or even your own stockroom. No matter what the source is, the delivery will be fast—and it will require no further effort from anyone on your staff.



**A system that's easy to use, easy to track.**

A Fisher Customer Service Representative dedicated to your business will operate the Fisher RINS program from a PC conveniently placed on-site at your facility or ours. Your requisition or purchase order can be entered remotely by the people in your organization who will be using the product, or your Fisher CSR can enter it directly into the Fisher RIMS PC. Either way, you'll get complete reports on every transaction.

**Direct communication with your computers.**

After the price, availability, and source are obtained, your order is placed electronically. The order is then automatically translated into your purchasing format, and that data is then transferred to your computer system. This eliminates the need for duplicate data entry in your purchasing department.



### *Simplified information flow, clear audit trail.*

By following the color-coded paths in the schematic diagram above, you can get a sense of how smoothly and efficiently Fisher RIMS handles purchases of various types:

- Fisher products.

- Third-party purchases delivered from a Fisher warehouse.

- Third-party purchases delivered direct.

- Administrative purchases (which Fisher RIMS initiates for the supplier to ship and invoice directly).

- Automatically replenished JIT deliveries.

The purple lines flowing from Fisher RIMS and the Fisher mainframe represent the routine uploading of ordering information to your purchasing system—your electronic trail for auditing the performance of RIMS on demand.



### Everything combined on one requisition.

With Fisher RIMS, all types of products and purchases can be handled in one simple process. Your Fisher Customer Service Representative can enter everything that a lab needs on the same requisition, simplifying both ordering and tracking.

### RIMS uses your internal numbering system.

Fisher RIMS "talks your language." Your stock numbers and other unique items will be easily available on-screen as an additional reference to the Fisher catalog number or the supplier's product number.

### Better information, lower labor costs, more control.

You need information to make the right decisions, but all the data in the world won't do you any good if you can't get it — and make sense of it — when you need it.

With Fisher RIMS, everything your department needs is as close as a computer screen — the one operated by your dedicated, on-site Fisher Customer Service Representative.

### Timely, accurate reports in the formats you need.

To be efficient in purchasing and inventory management, you need accurate information. Information that's complete, ready when you need it, and in the format and media you need. Fisher RIMS delivers all that quickly and efficiently, both in standard report formats and in response to spontaneous inquiries.



Each shipment from the Fisher distribution center received you is accompanied by a bar-coded packing list. Material is received into RIMS by simply passing the hand-held wand over the bar-coded shipment number.

## Instant status on any transaction.

Fisher RIMS enables you to determine the status of any transaction currently in the system. All your Fisher Customer Service Representative needs is the requisition number or date to pull the status of that order into view.

Fisher RIMS can provide all of your essential reports: demand history, purchase order status, purchases by department and by project, plus any others you may require. Through the flexible technologies of OS/2, SQL, and a relational database, customized reports can be easily developed to your exact requirements. In addition, on-screen inquiries are available for immediate responses to your requisitioners' questions.

### All the information you need, where you can get at it.

The new Fisher RIMS system provides you with more information faster, all of it structured to fit the unique needs of your purchasing department. And Fisher RIMS delivers all this from the outside, enabling you to redeploy valuable personnel resources in ways that can only make your whole department more productive.





### *All part of the Fisher Access System.*

Fisher RIMS is the newest component of Fisher Scientific's industry-leading Access System. This revolutionary system combines Fisher's commitment to state-of-the-art technology with our ninety-year heritage of putting customer service first. The result is a simplified system that works effortlessly behind the scenes for you, letting your people concentrate on what they do best.



FISHER SCIENTIFIC COMPANY
711 Forbes Avenue
Pittsburgh, PA   15219

**COMBINED**

INT. CL
39   42
PRIOR US CL
105   100

First Use:                          August 1992

Use in Commerce:                    August 1992

International Classes:              39 and 42

Services                           Computer-based services for
                                   processing requisitions,
                                   entering purchase orders,
                                   maintaining inventory
                                   records, transferring
                                   related reports and data to
                                   other computers and
                                   generating documents for
                                   picking, packing, shipping
                                   and receiving requisitioned
                                   and ordered products, in
                                   International Classes 39
                                   and 42

FISHER RIMS   Canc.



# U.S. DEPARTMENT OF COMMERCE
## Patent and Trademark Office



| SERIAL NO. | APPLICANT | 'APER NO. |
|---|---|---|
| 74/384676 Fisher Scientific Company | | |

**MARK**

FISHER RIMS

**ADDRESS**

Alan M. Doernberg
Fisher Scientific Company
711 Forbes Avenue
Pittsburgh, PA  15219

**ADDRESS:**
Commissioner of Patents
and Trademarks
Washington, D.C. 20231
If no fees are enclosed, the address
should include the words "BOX 5."

Please provide in all correspondence:

1. Filing date, serial number, mark, and
applicant's name.

2. Mailing date of this Office action.

3. Your telephone number and ZIP code.

4. Examining attorney's name and law office
number.

| ACTION NO. | 01 |
|---|---|
| MAILING DATE | 08/24/93 |
| REF. NO. | |

FORM PTO-1525 (5-90)    U.S. DEPT. OF COMM. PAT. & TM OFFICE

A proper response to this Office Action must be received within six months of the
mailing date of the Office Action in order to avoid ABANDONMENT. For your
convenience and to ensure proper handling of your response, a label has been enclosed.
Please attach it to the upper right corner of your response. If the label is not enclosed, print
or type the Trademark Law Office No., Serial No., and Mark in the upper right corner of your
response.

The assigned examining attorney has reviewed the referenced application and determined the
following.

## LIKELIHOOD OF CONFUSION

The examining attorney refuses registration under Trademark Act Section 2(d), 15 U.S.C.
Section 1052(d), because the applicant's mark, when used with the identified services, is likely
to be confused with the registered mark in U.S. Registration No. 1,756,559. TMEP section
1207. See the enclosed registration.

Section 2(d) of the Trademark Act bars registration where a mark so resembles a registered
mark, that it is likely, when used with the services to cause confusion, or to cause mistake, or
to deceive. TMEP section 1207.01. The Court in *In re E. I. DuPont de Nemours & Co.*, 476
F.2d 1357, 177 USPQ 563 (CCPA 1973), listed the principal factors to consider in
determining whether there is a likelihood of confusion. Among these factors are the
similarity of the marks as to appearance, sound, meaning and commercial impression and the
similarity of the services. The overriding concern is to prevent buyer confusion as to the
source of the services. *Miss Universe, Inc. v. Miss Teen U.S.A., Inc.*, 209 USPQ 698 (N.D.
Ga. 1980). Therefore, any doubt as to the existence of a likelihood of confusion must be

2

resolved in favor of the registrant. *Lone Star Mfg. Co. v. Bill Beasley, Inc.*, 498 F.2d 906, 182 USPQ 368 (CCPA 1974).

The letters "RIMS" in the applicant's proposed mark are identical to "RIMS," the dominant portion of the registered mark. Since applicant's services and the registrant's goods are closely related (computer programs and computer services used in database management), confusion as to source is likely.

If the applicant chooses to respond to the refusal to register, the applicant must also respond to the following informalities.

## RECITATION OF SERVICES

The recitation of services is unacceptable as indefinite. The applicant may adopt the following recitation, if accurate: COMPUTERIZED DATABASE MANAGEMENT FEATURING REQUISITION PROCESSING, ENTERING PURCHASE ORDERS, MAINTAINING INVENTORY RECORDS, TRANSFERRING RELATED REPORTS AND DATA TO OTHER COMPUTERS, AND GENERATING DOCUMENTS FOR PICKING, PACKING, SHIPPING AND RECEIVING REQUISITIONED AND ORDERED PRODUCTS. TMEP section 1301.05.

## CLASSIFICATION

The applicant has classified the services incorrectly. The applicant must amend the application to classify the services in International Class 35. 37 C.F.R. Sections 2.33(a)(1)(vi) and 2.85; TMEP sections 805, 1301.06 and 1401.

Current status and status date information is available, via push button telephone, for all federal trademark registration and application records maintained in the automated Trademark Reporting and Monitoring (TRAM) system. The information may be accessed by calling (703) 305-8747 from 6:30 a.m. until midnight, Eastern Time, Monday through Friday, and entering a seven-digit registration number or eight-digit application number, followed by the "#" symbol, after the welcoming message and tone. Callers may request information for up to five registration number or application number records per call.

Sue Carruthers

Sue Carruthers
Trademark Attorney
Law Office 7
703-308-9107, ext. 32



# U.S. DEPARTMENT OF COMMERCE
## Patent and Trademark Office



PAPER NO.

| | |
|---|---|
| **SERIAL NO.** 74/384676 | **APPLICANT** Fisher Scientific Company |

**MARK**
FISHER RIMS

**ADDRESS**
Alan M. Doernberg
Fisher Scientific Company
711 Forbes Avenue
Pittsburgh, PA  15219

**ACTION NO.** 02

**MAILING DATE** 12/05/93

**REF. NO.**

FORM PTO-1525 (5-90)          U.S. DEPT. OF COMM. PAT. & TM OFFICE

**ADDRESS:**
Commissioner of Patents
and Trademarks
Washington, D.C. 20231
If no fees are enclosed, the address
should include the words "BOX 5."

Please provide in all correspondence:

1. Filing date, serial number, mark, and
applicant's name.

2. Mailing date of this Office action.

3. Your telephone number and ZIP code.

4. Examining attorney's name and law office
number.

---

## EXAMINER'S AMENDMENT

In accordance with the telephone conversation with Alan Doernberg on December 2, 1993, this Office has entered the amendment noted below in the referenced application. The applicant need not file a response in this case unless the applicant objects to the noted amendment.

**The services are classified in Class 35, U.S. 101.**

The refusal to register on the ground of likelihood of confusion with Registration No. 1,756,559 is withdrawn.

*Sue Carruthers*

Sue Carruthers
Trademark Attorney
Law Office 7
703-308-9107, ext. 32

# AMENDMENT WORK SHEET

Name: IRVIN C. DINGLE          Ofc: 7     Date: ///3/73     Serial No.:

INSTRUCTIONS: To cerify amendments the R&A Clerk should check the "AMENDED" column. The Text Editor should check "ENTERED" after the amendment has been entered.

RETAIN

| SCREEN | AMENDED | ENTERED | | AMENDED TO: |
|---|---|---|---|---|
| M K | | | AM | Mark:  Word ▭    Drawing Code ▭    New Drawing: Yes ▭   N |
| | | | AM | Mark Type: |
| | | | AM | Register: |
| | | | AM | Amended To Register:          Date Reg. Amended: |
| P Y | | | NC | Assignment or Name Change: |
| | | | PY | Applicant: ▭ Name |
| | | | PY | ▭ Address |
| | | | PY | ▭ Entity Type |
| | | | PY | ▭ Citizenship/State of Inc. |
| | | | CO | Composed of Statement: |
| | | | EB | Entity Statement: |
| | | | DB | Doing Business As (DBA) or (AKA ) or (TA) Statement: |
| C D | | | AT | Attorney Name: |
| | | | CD | Correspondence:     Name ▭     Address ▭ |
| | | | DK | Docket No.: ▭ |
| | | | DR | Domestic Representative: |
| C L | | | CS | Certification Statement: |
| | | | CL | Date of First Use: |
| | | | CL | Date of First Use in Commerce: |
| | ✓ | | GS | Goods and Services: |
| | | | CL | International Class |
| | | | CL | U.S. Class: |
| | | | AF | Use in Another Form: |
| A C | | | CB | Concurrent Use Statement: |
| M M | | | DS | Description of Mark Statement: |
| | | | DI | Disclaimer: |
| | | | LS | Lining and Stippling Statement: |
| | | | NP | Name/Portrait Description Statement: |
| T R | | | TR | Translation of Words in Mark Statement: |
| T F | | | TF | Section 2(f): ▭ Entire Mark     ▭ In Part     ▭ Limitation Statemer |
| P R | | | PR | Prior U.S. Registrations:  Registration Nos.: |
| F N | | | FE | Foreign Entry Number: |
| | | | FC | Country of Orgin: |
| | | | FN | Foreign Application Number:          Filing Date: |
| | | | FN | Foreign Registration Number:         Registration Date: |
| | | | FM | Foreign Reg. Exp. Date: |
| | | | FR | Renewed:  Foreign Reg. No.:         Renewal Date: |
| | | | FN | Renewed:  Foreign Reg. Exp. Date: |
| | | | FN | Priority Claimed:  Section 44(d): |

Other: _____

I certify that all corrections have been entered in accordance with the above instructions and text editing guidelines.

AC

Text Editor

///5

Date

Initial Box if No Amendments are required



**Fisher Scientific**

Central Offices
711 Forbes Avenue
Pittsburgh, PA 15219-4785
(412) 562-8300

TRADE RK LAW OFFICE 7
Seria. Number:  74/384676
Mark:   FISHER RIMS
   **Please Place on Upper R
   **of Response to Office A

September 27, 1993

Honorable Commissioner of Patents
   and Trademarks
Washington, DC 20231
Attn: Law Office 7

T.M.E.O.
LAW OFFICE VII

'93  OCT -4  P1 :0(

Re:  Application of Fisher Scientific Company
     To Register "FISHER RIMS" As A Service
     Mark  - 74/384676

Sir:

Responsive to the August 24, 1993 Office Action,
please amend the recitation of services to read:

"Computerized Database Management Featuring
Requisition Processing, Entering Purchase Orders,
Maintaining Inventory Records, Transferring
Related Reports And Data To Other Computers, And
Generating Documents For Picking, Packing,
Shipping And Receiving Requisitioned And Ordered
Products in International Classes 35 and 39."

Please also substitute the enclosed Drawing for
Drawing as filed.

The revised recitation of services corresponds to
the Examining Attorney's suggestion as to words.  The
Examining Attorney had suggested that the services are
classified in International Class 35 (Advertising And
Business Services) rather than in Class 39
(Transportation And Storage Services) and Class 42
(Miscellaneous Services).  It is respectfully
submitted that the above services involve both
Business Services and Storage Services, such that
Classes 35 and 39 remain appropriate.

Reconsideration is requested of the refusal under
Section 2(d) on the basis the applicant's mark, when
used with the identified services, is likely to be
confused with the registered mark of U.S. Registration
1,756,559.  The registered mark contains a design, the
initials "RIMS" and the words "Response Information
Management System".  "Response Information Management
System" is disclaimed apart from the mark as shown.
The registration is of a trademark in Class 9 for:

"Computer Programs That Provide Call Routing,
Prerecorded Customer-Specific Information, Access
To Customer's Computer Database(s) Voice Message
And Document Retrieval As Well As Corresponding
Information Presented On Screens."

September 27,1993
Page 2

The marks thus only share the initials "RIMS".
Any confusion as to marks is clearly obviated by the
presence of "FISHER" in applicant's mark. Since the
registrant has disclaimed (presumably as descriptive)
the words "Response Information Management System", it
should be evident that the registrant cannot have
broad rights in the initials for those words: RIMS.
It is not reasonable to expect confusion with this
registered trademark when a composite mark (FISHER
RIMS) is applied to services which are do not involve
a "Response", but instead involve the management of
"Requisitions" (i.e., lists of items that an end-user
desires to be purchased) and of "Inventory".

The registrant's computer programs are sold or
licensed to customers who want to expand the
flexibility of their telephone lines. References to
"call routing", "pre-recorded customer-specific
information", "voice message" and "document retrieval"
clearly relate to the customer's telephone line, and
not to the operation of the customer's business (i.e.,
what products its end-users want to purchase). The
reference to "access to customer's computer
database(s)" relates to how a caller, using the
licensed program, gains telephone access to whatever
computer databases the customer wants to be accessible
by phone - not to the management of the actual
contents of those databases. Thus, even if a customer
did want to makes its databases of requisitions and
purchases available on-line and the registrant's
computer program were used to facilitate that access,
there would be little likelihood of confusion between
the source for the computer program providing the
access and the provider of services in managing the
particular databases associated with requisitioning
and purchasing (e.g, processing the requisition,
entering a purchase order, transferring data to other
computers, generating picking and packing lists).

Any likelihood of confusion is further obviated by
the likely sophistication of any customer looking to
buy or license the registrant's computer program or
any customer looking to contract for applicant's
services. These are major corporate decisions, with
ramifications on how other computer operations are
performed and on how aspects of the customer's
business are run, and would be made with considerable
care. Such decisions would not be likely to result in
confusion merely because of the common use of "RIMS"
in the two marks.

September 27, 1993
Page 3


     In the event that small changes in this
application would result in it being passed to
publication, the Examining Attorney is encouraged to
contact the undersigned by telephone at (412)
562-8451.

                              Respectfully submitted,


                              Alan M. Doernberg
                              Patent Counsel


cc: F. Melly
    A. Mullen

FISHER SCIENTIFIC COMPANY
711 Forbes Avenue Pittsburgh, PA 15219

CL 35
U.S. 101

First Use:                    August 1992

Use In Commerce:              August 1992

International Classes:        35 and 39

Services:        Computerized Database Management
                 Featuring Requisition Processing,
                 Entering Purchase Orders, Maintaining
                 Inventory Records, Transferring Related
                 Reports And Data To Other Computers, And
                 Generating Documents For Picking,
                 Packing, Shipping And Receiving
                 Requisitioned And Ordered Products

FISHER RIMS

MAR 08 1994

Patent and Trademark Office
OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

FEB. 1, 1994

## NOTICE OF PUBLICATION UNDER 12(a)

1. Serial No.:
   74/384,676

2. Mark:
   FISHER RIMS

3. Applicant:
   Fisher Scientific Company

4. Publication Date:
   MAR. 8, 1994

The mark of the application identified appears to be entitled to registration. The mark will, in accordance with Section 12(a) of the Trademark Act of 1946, as amended, be published in the Official Gazette on the date indicated above for the purpose of opposition by any person who believes he will be damaged by the registration of the mark. If no opposition is filed within the time specified by Section 13(a) of the Statute or by rules 2.101 or 2.102 of the Trademark Rules, the Commissioner of Patents and Trademarks may issue a certificate of registration.

Copies of the trademark portion of the Official Gazette containing the publication of the mark may be obtained at $16.00 each for domestic orders, or at $20.00 each for foreign orders from:

The Superintendent of Documents
U.S. Government Printing Office
Washington, D.C. 20402

By direction of the Commissioner.

Alan M. Doernberg                              TMP&I
Law Department
Fisher Scientific Company
711 Forbes Avenue
Pittsburgh, PA  15219

Int. Cl.: 35

Prior U.S. Cl.: 101

## United States Patent and Trademark Office

Reg. No. 1,838,080
Registered May 31, 1994

## SERVICE MARK
## PRINCIPAL REGISTER

### FISHER RIMS

FISHER SCIENTIFIC COMPANY (DELAWARE CORPORATION)
711 FORBES AVENUE
PITTSBURGH, PA 15219

FOR: COMPUTERIZED DATABASE MANAGEMENT FEATURING REQUISITION PROCESSING, ENTERING PURCHASE ORDERS, MAINTAINING INVENTORY RECORDS, TRANSFERRING RELATED REPORTS AND DATA TO OTHER COMPUTERS, AND GENER-ATING DOCUMENTS FOR PICKING, PACKING, SHIPPING AND RECEIVING REQUISITIONED AND ORDERED PRODUCTS, IN CLASS 35 (U.S. CL. 101).

FIRST USE 8-0-1992; IN COMMERCE 8-0-1992.

SER. NO. 74-384,676, FILED 4-30-1993.

ALICE SUE CARRUTHERS, EXAMINING ATTORNEY

# FISHER
# RIMS

A revolutionary electronic
**R**equisition and **I**nventory **M**anagement **S**ystem

 Fisher Scientific

### Requisition Management Features:

- Consolidates all supplier activity, including third-party and administrative purchases.

- Allows stocking of Fisher-owned inventory on-site.

- Interfaces with all types of purchasing systems.

- Allows flexible remote requisitioning by formatted screen, telephone, fax or bar code scanning.

- Processes requisitions for on-site and remote inventory.

### Inventory Control Features:

- Utilizes simple minimum reorder points.

- Connects to all on-site and JIT stockrooms.

- Cross-references your stock numbers and all supplier numbers.

- Provides ready access to all inventory data through your PC.

- Utilizes customized bar codes and labels to expedite your receiving process.

- Tracks on-site Fisher-owned and/or customer-owned inventory.

### System Customization Features:

- Accommodates customer-defined data.

- Delivers reports customized to your requirements.

- Utilizes file transfers and EDI.

- Provides ad hoc data through a simple query language.

- Utilizes OS/2 operating system, relational database.

**The key to Fisher RIMS is flexibility.**

The exclusive features of Fisher RIMS were developed to provide Fisher Scientific's valued customers with maximum flexibility and system customization for requisitions, purchasing and inventory control.



*Fisher RIMS:*
*A computerized system*
*for managing the supply*
*chain from its source to*
*the laboratory bench.*

In today's fast-paced
laboratories, you need a
system you can depend on
for both requisitions and
inventory management.
A program that delivers enhanced services and
lower procurement costs. One that builds on
your current procedures to give you more control
and easier access to the information you need. The
one system that delivers all that and more is Fisher's new
Requistion and Inventory Management System. Fisher RIMS.

## Efficiency goes up, costs go down.

You no longer have to choose between higher performance and lower cost in managing requisitions and inventory—both come together with Fisher RIMS. This easy-to-use system delivers more productivity with fewer hours of labor, so you can free your staff for other important tasks.

## An interactive PC-based system gives you more control.

Fisher RIMS is a totally computerized system for requisitions, purchasing, and inventory control. PC-based, it provides direct, real-time interfaces to both the Fisher mainframe and your computer system.

## Maximum speed, easy customization.

Fisher RIMS simplifies, consolidates, and electronically tracks all transactions between our RIMS customer, our suppliers and our own order entry, warehousing and delivery systems. And all information flowing through Fisher RIMS can be customized to fit your specific needs.

### Dependable service, reduced inventory costs.

With Fisher RIMS, you can arrange to stock your storerooms with products that are still owned by us until you use them. This ultimate storeroom management tool reduces your inventory costs dramatically, without affecting your ability to fill product needs as they arise. The end-users in your organization expect nothing less than this high level of service, and Fisher RIMS enables you to deliver it at a lower cost.

With consignment goods, Fisher RIMS communicates directly with your storeroom to fill the requisition, then automatically replenishes the consignment stock. And you don't pay for the item until it's actually used.

### Fisher RIMS simplifies your reports.

The flexibility of Fisher RIMS makes it easy to structure your reporting systems exactly the way you want them. This becomes another significant labor-saving feature for your staff.

### Management reports cover all suppliers.

Management reports can be customized to fit the unique needs of your purchasing department. Performance analyses on administrative purchases can, for example, be issued from Fisher RIMS, even though Fisher Scientific is not physically involved in either product delivery or invoicing on those purchases.

### Query language, purchase orders set up in your format.

Query language and formats will also be set up to satisfy your information requirements. Standard queries include daily usage, order status, inventory status, backorders, and information by date or date range. And purchase orders to any supplier can be printed in your P.O. format and sent out from Fisher RIMS.

### Reports on a regular schedule, or on demand.

Reports can be generated on everything from demand/usage histories for inventory planning to performance analyses for every kind of purchase handled by Fisher RIMS. These reports can be issued on a regular schedule, or on demand.



**Andrew H. Phillips**
Director, Lab Supplies and Graphic Arts Purchasing.
Merck & Co., Inc.

*"Fisher RIMS lets us concentrate on purchasing tasks instead of getting bogged down in data entry. By transferring purchase order files from RIMS to our mainframe, our Fisher Customer Service Representative has eliminated a lot of keystroking for our people. And I've been able to redeploy them to more challenging and rewarding tasks."*



## Allows you to reduce inventory and redeploy resources.

The value-added services provided by Fisher RIMS reduce your overall cost of acquisitions by letting you reduce inventory and redeploy personnel to more productive tasks.

The rounded paths on the right side of the diagram above illustrate how products flow smoothly from the electronic orders generated by Fisher RIMS. Your order may be filled from a Fisher distribution center, a supplier's warehouse, or even your own stockroom. No matter what the source is, the delivery will be fast—and it will require no further effort from anyone on your staff.



**LEGEND**

△ Electronic order processing
□ Product delivery
○ Invoicing
𝆑 Automatic replenishment
🟪 Fisher warehouse items
🟩 Third-party purchases (either delivered from a Fisher distribution center or direct from the supplier)
🟦 Administrative purchases (which Fisher RIMS initiates but the supplier ships and invoices directly)
🟧 Automatically replenished JIT deliveries
🟨 Electronic communication
🟪 Exchange of ordering information

*A system
that's easy to use,
easy to track.*

A Fisher Customer Service Representative dedicated to your business will operate the Fisher RIMS program from a PC conveniently placed on-site at your facility or ours. Your requisition or purchase order can be entered remotely by the people in your organization who will be using the product, or your Fisher CSR can enter it directly into the Fisher RIMS PC. Either way, you'll get complete reports on every transaction.

### Direct communication with your computers.

After the price, availability, and source are obtained, your order is placed electronically. The order is then automatically translated into your purchasing format, and that data is then transferred to your computer system. This eliminates the need for duplicate data entry in your purchasing department.



## Simplified information flow, clear audit trail.

By following the color-coded paths in the schematic diagram above, you can get a sense of how smoothly and efficiently Fisher RIMS handles purchases of various types:

- Fisher products.

- Third-party purchases delivered from a Fisher warehouse.

- Third-party purchases delivered direct.

- Administrative purchases (which Fisher RIMS initiates for the supplier to ship and invoice directly).

- Automatically replenished JIT deliveries.

The purple lines flowing from Fisher RIMS and the Fisher mainframe represent the routine uploading of ordering information to your purchasing system—your electronic trail for auditing the performance of RIMS on demand.



### Everything combined on one requisition.

With Fisher RIMS, all types of products and purchases can be handled in one simple process. Your Fisher Customer Service Representative can enter everything that a lab needs on the same requisition, simplifying both ordering and tracking.

### RIMS uses your internal numbering system.

Fisher RIMS "talks your language." Your stock numbers and other unique items will be easily available on-screen as an additional reference to the Fisher catalog number or the supplier's product number.

### Better information, lower labor costs, more control.

You need information to make the right decisions, but all the data in the world won't do you any good if you can't get it — and make sense of it — when you need it.

With Fisher RIMS, everything your department needs is as close as a computer screen — the one operated by your dedicated, on-site Fisher Customer Service Representative.

### Timely, accurate reports in the formats you need.

To be efficient in purchasing and inventory management, you need accurate information. Information that's complete, ready when you need it, and in the format and media you need. Fisher RIMS delivers all that quickly and efficiently, both in standard report formats and in response to spontaneous inquiries.



## Instant status on any transaction.

Fisher RIMS enables you to determine the status of any transaction currently in the system. All your Fisher Customer Service Representative needs is the requisition number or date to pull the status of that order into view.

*Each shipment from the Fisher distribution center nearest you is accompanied by a bar-coded packing list. Material is received into RIMS by simply passing the hand-held wand over the bar-coded shipment number.*

Fisher RIMS can provide all of your essential reports: demand history, purchase order status, purchases by department and by project, plus any others you may require. Through the flexible technologies of OS/2, SQL, and a relational database, customized reports can be easily developed to your exact requirements. In addition, on-screen inquiries are available for immediate responses to your requisitioners' questions.

### All the information you need, where you can get at it.

The new Fisher RIMS system provides you with more information faster, all of it structured to fit the unique needs of your purchasing department. And Fisher RIMS delivers all this from the outside, enabling you to redeploy valuable personnel resources in ways that can only make your whole department more productive.

MAIL ROOM
APR
30
1993
TRADEMARK OFF.



### All part of the Fisher Access System.

Fisher RIMS is the newest component of Fisher Scientific's industry-leading Access System. This revolutionary system combines Fisher's commitment to state-of-the-art technology with our ninety-year heritage of putting customer service first. The result is a simplified system that works effortlessly behind the scenes for you, letting your people concentrate on what they do best.



** User: EX415369 *** Se· ıl Number: 74256092 ***



# RIMS

## RESPONSE INFORMATION MANAGEMENT SYSTEM

rd Mark
    RIMS RESPONSE INFORMATION MANAGEMENT SYSTEM

ods/Services
    IC 009; US 038; G & S: computer programs that provide call routing,
    prerecorded customer-specific information, access to customer's computer
    database(s) voice message and document retrieval as well as corresponding
    information presented on screens; FIRST USE: 1991.04.11; FIRST USE IN
    COMMERCE: 1991.05.06

rk Drawing Code
    (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS

sign Search Code
    24.15.02; 24.15.10

rial Number
    74-256092

ling Date
    1992.03.16

gistration Number
    1756559

gistration Date
    1993.03.09

ner Name/Address
    (REGISTRANT) Ficke & Associates, Inc. CORPORATION OHIO 4733 Cornell Road

* Search: 6 *** Document Number: 3 ***                                    (cont)

** User: EX415369 *** Se- il Number: 74256092 ***


    Cincinnati OHIO 45241

isclaimer
    NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "RESPONSE INFORMATION
    MANAGEMENT SYSTEM" APART FROM THE MARK AS SHOWN

scription of Mark
    The lining shown in the drawing is a feature of the mark and is not
    intended to indicate color.

pe of Mark
    TRADEMARK

egister
    PRINCIPAL

* Search: 6 *** Document Number: 3 ***

# CODING SHEET FOR PSEUDO MARKS AND DESIGN SEARCH CODES

SERIAL NUMBER _74- 384676_

PSEUDO MARK (PM) _____

_____

DESIGN SEARCH CODE(S) (WIPO) _MDC- /_

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

_____   _____   _____   _____

Verify word mark  _____

Verify mark drawing code  _____

FORM PTO-1582
(3-87)

LAW OFFICE: 37

SERIAL NO.: 74/384676

ITU: Y or (N)

SW

# TRADEMARK APPLICATION FILE DATA WORKSHEET

## CLASS DATA

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 INTERNATIONAL CLASS | 039 | | 042 | | | | | | | | | |
| 2 COLLECTIVE TM or SM | T | S | T | S | T | S | T | S | T | S | T | S |
| 3 FEE PAID | Y | N | Y | N | Y | N | Y | N | Y | N | Y | N |
| 4 PRIOR US CLASS(ES) | 105 | | 100 | | | | | | | | | |
| 5 1ST USE DATE | 08-00-1992 | 08-00-1992 | | | | | | | | | | |
| 6 1ST USE IN COMM DATE | 08-00-1992 | 08-00-1992 | | | | | | | | | | |
| 7 IN ANOTHER FORM CODE | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 | 1 | 2 |
| 8 IN ANOTHER FORM STATEMENT | AF CODE IN MARGIN TEXT IN [ ] | | | | | | | | | | | |
| 9 GOODS/SERVICES | (GS)INTERNATIONAL CLASS IN MARGIN, TEXT [ ] | | | | | | | | | | | |
| 10. CERTIFICATION STATEMENT | CS IN MARGIN, TEXT IN [ ] | | | | | | | | | | | |

## FOREIGN DATA

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. PRIORITY CLAIMED | Y | N | Y | N | Y | N | Y | N | Y | N | Y | N |
| 2. COUNTRY CODE | | | | | | | | | | | | |
| 3. FOREIGN APPLICATION | | | | | | | | | | | | |
| 4. FOREIGN FILING DATE | | | | | | | | | | | | |
| 5. FOREIGN REG # | | | | | | | | | | | | |
| 6. FOREIGN REG DATE | | | | | | | | | | | | |
| 7. FOREIGN EXPIRATION DATE | | | | | | | | | | | | |
| 8. RENEWAL # DATE | | | | | | | | | | | | |
| 9. RENEWAL REG DATE # | | | | | | | | | | | | |
| 10. RENEWAL EXPIRATION DATE | | | | | | | | | | | | |

## NOTES TO DATA ENTRY PERSONNEL

*** User: EX415369 ***

| STMT NUMBER | TOTAL MARKS | LIVE VIEWED | DEAD VIEWED | SEARCH |
|---|---|---|---|---|
| 01 | 176 | 0 | 0 | PHRASCH fisher scientific/ow |
| 02 | 19 | 4 | 15 | PHRASCH 1&applicant/ow |
| 03 | 431 | 0 | 0 | PHRASCH :fisher:^:fischer: |
| 04 | 78 | 0 | 0 | PHRASCH 3&042/cc |
| 05 | 60 | 60 | 0 | PHRASCH 4~dead/1d |
| 06 | 13 | 8 | 5 | PHRASCH rims^r i m s |

TERMINAL SESSION STARTED 08/10/93 5:22 P.M.  (EASTERN TIME)
TERMINAL SESSION FINISHED 08/10/93 5:43 P.M.  (EASTERN TIME)
ELAPSED TIME THIS SESSION 0 HRS AND 21 MIN

## PUBLICATION/REGISTRATION REVIEW WORK SHEET

| Reviewer: | SHANA WEBSTER | | Ofc: | 7 | Date: | 12.20.93 | Serial No.: | 3846716 |

I certify all information in the database matched the information in the file and no corrections were required.

**INSTRUCTIONS:** If the information in the database does not match the information in the file the reviewer should check the ERROR column.
After correction(text editing), the EDITED column should be checked.

RETAIN IN FILE WRAP.

| SCREEN | ERROR | EDITED | | ERROR FOUND DURING REVIEW REQUIRING AMENDMENT OF: |
|---|---|---|---|---|
| **M K** | | | A M | Mark:  Words: ☐    ⁊    Drawing Code: ☐ |
| | | | A B | Mark Type: |
| | | | A M | Register: |
| | | | A M | Amended Register: ☐    Date Register Amended: ☐ |
| **CL** | | | C L | Prime Classification: |
| | | | C L | Class Status    Actve ☐    Inactive ☐    Class Status Date: |
| | ✓ | / | C L | International Class: Add ☐    Delete ☐ 3 9    Reclassify ☐ |
| | ✓ | / | C L | U.S. Class:  Add ☐    Delete ☐    Reclassify ☑ |
| | | | C L | Date of First Use: |
| | | | D L | Date of First Use in Commerce: |
| | | | A F | Use in Another Form:    Prime Class ☐ |
| | | | G S | Goods and Services: |
| | | | C S | Certification Statement: |
| **CD** | | | A T | Attorney Name: |
| | | | C R | Correspondence: ☐ Name  ☐ Inter St. Address  ☐ City/St/Cntry  ☐ Zip |
| | | | D N | Docket Number: ☐ |
| **AC** | | | D R | Domestic Representative: |
| | | | C U | Concurrent Use Statement: |
| **M M** | | | D M | Description of Mark Statement: |
| | | | D T | Disclaimer: |
| | | | L S | Lining and Stippling Statement: |
| | | | N C | Name/Portrait Description Consent Statement: |
| **TR** | | | T R | Translation of Words in Mark Statement: |
| **TF** | | | T F | Section 2(f): ☐ Entire Mark    ☐ In Part    ☐ Limitation Statement |
| **FN** | | | F N | Foreign Entry Number: |
| | | | F N | Country of Origin: |
| | | | F N | Foreign Application No:    Filing Date: |
| | | | F N | Foreign Registration No.:    Registration Date: |
| | | | F N | Foreign Reg. Exp. Date: |
| | | | F N | Renewed: Foreign Reg. No.:    Renewal Date: |
| | | | F N | Renewed: Foreign Reg. Exp. Date: |
| | | | F N | Priority Claimed: Section 44(d): |
| **PR** | | | P R | Prior U.S. Registrations:    Registration Nos.: |
| **PY** | | | N C | Assignment or Name Change: |
| | | | P Y | Applicant: ☐ Name |
| | | | P Y | ☐ Entity Type |
| | | | P Y | ☐ Citizenship/State of Inc. |
| | | | E N | Entity Statement: |
| | | | C O | Composed of Statement: |
| | | | D B | Doing Business As (DBA) or (AKA) or (TA) Statement: |
| | | | P Y | Address: ☐ Inter    ☐ City    ☐ State/Co.    ☐ Zip |

Other: _____

I certify that all corrections have been entered in accordance with the above instructions and text editing guidelines.

_____    1/5 94

# AMENDMENT WORK SHEET

Name: IRVIN C. DINGLE     Ofc: 7     Date: 12/9/93     Serial No.:

INSTRUCTIONS: To certify amendments the R&A Clerk should check the "AMENDED" column. The Text Editor should check "ENTERED" after the amendment has been entered.

RETA

| SCREEN | AMENDED | ENTERED | AMENDED TO: |
|---|---|---|---|
| M K | | | AM Mark: Word ☐   Drawing Code ☐   New Drawing: Yes ☐ |
| | | | AM Mark Type: |
| | | | AM Register: |
| | | | AM Amended To-Register:          Date Reg. Amended: |
| P Y | | | NC Assignment or Name Change: |
| | | | PY Applicant: ☐ Name |
| | | | PY ☐ Address |
| | | | PY ☐ Entity Type |
| | | | PY ☐ Citizenship/State of Inc. |
| | | | CO Composed of Statement: |
| | | | EN Entity Statement: |
| | | | DB Doing Business As (DBA) or (AKA) or (TA) Statement: |
| C D | | | AT Attorney Name: |
| | | | CB Correspondence:    Name ☐    Address ☐ |
| | | | DK Docket No.: ☐ |
| | | | DR Domestic Representative: |
| C L | | | CS Certification Statement: |
| | | | CL Date of First Use: |
| | | | CL Date of First Use in Commerce: |
| | ✓ | | GS Goods and Services: |
| | | | CL International Class: |
| | | | CL U.S. Class: |
| | | | AF Use in Another Form: |
| A C | | | CB Concurrent Use Statement: |
| M M | | | DM Description of Mark Statement: |
| | | | DC Disclaimer: |
| | | | LS Lining and Stippling Statement: |
| | | | NP Name/Portrait Description Statement: |
| T R | | | TR Translation of Words in Mark Statement: |
| T F | | | TF Section 2(f): ☐ Entire Mark    ☐ In Part    ☐ Limitation Staten |
| P R | | | PR Prior U.S. Registrations:  Registration Nos.: |
| . F N | | | FE Foreign Entry Number: |
| | | | FC Country of Orgin: |
| | | | FA Foreign Application Number:        Filing Date: |
| | | | FR Foreign Registration Number:      Registration Date: |
| | | | FX Foreign Reg. Exp. Date: |
| | | | FR Renewed: Foreign Reg. No.:        Renewal Date: |
| | | | FX Renewed: Foreign Reg. Exp. Date: |
| | | | PR Priority Claimed: Section 44(d): |

Other: _____

_____

_____

I certify that all corrections have been entered in accordance with the above instructions and text editing guidelines.

Initial Box if No Amendments are req.
☐

# NOTES TO THE FILE AND APPROVALS

| DATE | (All Entries Should Be Dated and Initialed) | INITIALS |
|------|---------------------------------------------|----------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| 8/20/93 | Searched RIMS in NEXIS | 8ci |
|  |  |  |
| | ☐ Specimens Acceptable for Class(es) | |
| | ☐ Bulky Specimens with Examining Attorney | |
| | ☐ Drawing Acceptable for Printing | |
| | ☐ Clerical Instructions Inside | |





**CONTENTS**

| | Entry | Date | Initials |
|---|---|---|---|
| 1. | | AUG 2 4 1993 | |
| 2. | Amdt A | 9/30/93 | NOV 10 1993 |
| 3. | Ex. Amdt B | | |
| 4. | | | |
| 5. | N OF P | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |
| 11. | | | |
| 12. | | | |
| 13. | | | |
| 14. | | | |
| 15. | | | |
| 16. | | | |
| 17. | | | |
| 18. | | | |
| 19. | | | |
| 20. | | | |
| 21. | | | |
| 22. | | | |
| 23. | | | |
| 24. | | | |
| 25. | | | |
| 26. | | | |
| 27. | | | |
| 28. | | | |
| 29. | | | |
| 30. | | | |



# CONTENTS CONTINUED

| Entry | Date | Initials |
|-------|------|----------|
| 31. | | |
| 32. | | |
| 33. | | |
| 34. | | |
| 35. | | |
| 36. | | |
| 37. | | |
| 38. | | |
| 39. | | |
| 40. | | |
| 41. | | |
| 42. | | |
| 43. | | |
| 44. | | |
| 45. | | |
| 46. | | |
| 47. | | |
| 48. | | |
| 49. | | |
| 50. | | |
| 51. | | |
| 52. | | |
| 53. | | |
| 54. | | |
| 55. | | |
| 56. | | |
| 57. | | |
| 58. | | |
| 59. | | |
| 60. | | |