# DX 401

Case Clip(s) Detailed Report

# DB - ePlus v Lawson

Thursday, January 20, 2011, 7:56:27 AM



EXHIBIT
DX 401
09 cv 620

**Case Clip(s) Detailed Report**
Thursday, January 20, 2011, 7:56:27 AM

## DB - ePlus v Lawson

📁 **O loughlin, Johanna (Vol. 01) - 04/26/2010**                              **1 CLIP  (RUNNING 00:26:13.762)**

🎬 DIRECT EXAMINATION ...

| JO002 | 31 SEGMENTS  (RUNNING 00:26:13.762) |
|---|---|

**1. PAGE 4:22 TO 5:04  (RUNNING 00:00:17.333)**

```
         22                     DIRECT EXAMINATION
         23   BY MS. HUGHEY:
         24   Q.   Good morning, Ms. O'Loughlin.  Could you state
         25        your full name for the record.
   00005:01   A.   Johanna G. O'Loughlin.
         02   Q.   You are the former vice-president and general
         03        counsel of Fisher Scientific; is that correct?
         04   A.   That is correct.
```

**2. PAGE 5:15 TO 5:19  (RUNNING 00:00:18.500)**

```
         15   Q.   How long were you at Fisher?
         16   A.   About 16 years.
         17   Q.   What years were you there?
         18   A.   I started in 1980 and I left in about March or
         19        April of 1996.
```

**3. PAGE 6:23 TO 7:05  (RUNNING 00:00:23.222)**

```
         23   Q.   Now, when you worked at Fisher Scientific in
         24        early 1990s, were you responsible for certain
         25        legal filings?
   00007:01   A.   Occasionally.
         02   Q.   Did you have responsibility for things like
         03        trademark applications?
         04   A.   Generally under my oversight that would be the
         05        case.
```

**4. PAGE 7:18 TO 8:04  (RUNNING 00:00:46.565)**

```
         18   Q.   Can you please turn to what has been marked as
```

📄 **D062-0031 -**

```
         19        Lawson Exhibit 40, L0260585 to L0260624.  It
         20        appears to be entitled "Service Mark,
         21        Principal Register, Fisher RIMS."
         22   A.   I have that.
         23   Q.   What is this document?
         24   A.   It says that it is just as you described it, a
         25        service mark, principal register.  I really
   00008:01        don't know beyond that how to describe it.
         02   Q.   What is this document dated?
         03   A.   It says registered May 31, 1994 on the title
         04        line.
```

**5. PAGE 8:23 TO 9:12  (RUNNING 00:00:40.800)**

```
         23   Q.   Can you please turn to page L0260591?
```

📄 **D062-0007 -**

```
         24   A.   Yes.
         25   Q.   Do you see at the bottom of the page the
   00009:01        signature block for Fisher Scientific Company?
         02   A.   Yes.
         03   Q.   Do you see it says, "Johanna G. O'Loughlin,
```

**Case Clip(s) Detailed Report**
**Thursday, January 20, 2011, 7:56:27 AM**

## DB - ePlus v Lawson

```
            04         Vice-president, general counsel"?
            05   A.    I do.
            06   Q.    That is you, correct?
            07   A.    That is.
            08   Q.    Is that your signature in the signature block?
```

📄 **D062-0006 -**

```
            09   A.    It is.
            10   Q.    Could you please turn to the next page, page
            11         L0260592?
            12   A.    I have it.
```

**6. PAGE 9:19 TO 9:25  (RUNNING 00:00:13.166)**

```
            19   Q.    And you signed this on behalf of Fisher
            20         Scientific?
            21   A.    I did.
            22   Q.    Were you working for Fisher Scientific that
            23         day that is dated below that, the 26th day of
            24         April 1993?
            25   A.    I was.
```

**7. PAGE 11:07 TO 11:18  (RUNNING 00:00:30.667)**

```
            07   Q.    Could you please turn to the next page
```

📄 **D062-0020 -**

```
            08         L0260593?
            09   A.    I have it.
            10   Q.    Do you see the bottom of the page where it
            11         says, "Services" and then to the right there
            12         is a paragraph?
            13   A.    I do.
            14   Q.    Underneath that it says Fisher RIMS?
            15   A.    It does.
            16   Q.    And then above that you see "Use in Commerce,
            17         August 1992"?
            18   A.    Yes.
```

**8. PAGE 12:03 TO 12:15  (RUNNING 00:00:33.933)**

```
            03   Q.    Now you see next to it services it says,
            04         "Computer-based services for processing
            05         requisitions, entering purchase orders,
            06         maintaining inventory records, transferring
            07         related reports and data to other computers
            08         and generating documents for picking, packing,
            09         shipping and receiving requisitioned and
            10         ordered products."  Do you see that paragraph?
            11   A.    I do.
            12   Q.    Was it your understanding that those are the
            13         services that were being used by Fisher RIMS
            14         in August of 1992?
            15   A.    It is.
```

**9. PAGE 13:08 TO 14:07  (RUNNING 00:01:07.867)**

📄 **D062-0028 -**

```
            08   Q.    Could you turn to L0260594, the next page.
            09   A.    Okay.
            10   Q.    Again, do you see on this page where it says,
            11         "Used in Commerce, August 1992"?
            12   A.    I see that.
            13   Q.    And below it has services and it has a similar
            14         paragraphs talking about those services?
```

**Case Clip(s) Detailed Report**
Thursday, January 20, 2011, 7:56:27 AM

## DB - ePlus v Lawson

```
    15   A.   Right.
    16   Q.   Is it your understanding that this Fisher RIMS
    17        mark was being used in Commerce in 1992?
    18   A.   It is.
    19   Q.   Could you please turn to the next page,
```

📄 **D062-0008 -**

```
    20        L0260595?
    21   A.   I have that.
    22   Q.   What is this document?
    23   A.   It appears to be the cover of a commercial
    24        brochure entitled Fisher RIMS.
    25   Q.   And you see at the bottom where it says, "A
00014:01        revolutionary electronic Requisition and
    02        Inventory Management System"?
    03   A.   Yes.
    04   Q.   Was it your understanding that the Fisher RIMS
    05        was a requisition and inventory management
    06        system?
    07   A.   It was.
```

**10. PAGE 14:12 TO 15:10 (RUNNING 00:00:57.933)**

```
    12   Q.   You see that this page has what looks to be a
```

📄 **D062-0009 -** 

```
    13        series of bullet points describing Fisher
    14        RIMS?
    15   A.   I see that.
    16   Q.   Do you see the bullet point one says,
    17        "Consolidates all supplier activity, including
    18        third-party and administrative purchases"?
    19   A.   I see that.
    20   Q.   Do you see bullet point four that says,
    21        "Allows flexible remote requisitioning by
    22        formatted screen, telephone, fax or bar code
    23        scanning"?
    24   A.   I see that.
    25   Q.   Do you see bullet point it looks like maybe
00015:01        bullet point eight.  It says,
    02        "Cross-references your stock numbers and all
    03        your supplier numbers."
    04   A.   Yes.
    05   Q.   And then bullet point 15, do you see that?  It
    06        says "Utilizes file transfers and EDI"?
    07   A.   I see that.
    08   Q.   And bullet point 17 says, "Utilizes OS/2
    09        operating system, relational database."
    10   A.   Right.
```

**11. PAGE 15:15 TO 15:17 (RUNNING 00:00:08.400)**

```
    15   Q.   Is it your understanding that the Fisher RIMS
    16        system had these features?
    17   A.   In general, yes.
```

**12. PAGE 15:18 TO 16:02 (RUNNING 00:00:37.800)**

```
    18   Q.   To the best of your knowledge this document
    19        starting at page L0260595 to L0260608 -- to
    20        the best of your knowledge was this document
```

📄 **D062-0008 -** 

```
    21        used in Commerce at the time this application
    22        was filed?
```

**Case Clip(s) Detailed Report**
Thursday, January 20, 2011, 7:56:27 AM

## DB - ePlus v Lawson

```
        23    A.    It is the same answer I gave before.  To the
        24          best of my knowledge that would be the case.
        25          The facts are accurately recorded.  If this
   00016:01          was attached to it, that was the document that
        02          was in Commerce -- used in Commerce.
```

### 13. PAGE 16:10 TO 16:12 (RUNNING 00:00:06.738)

```
        10    Q.    When you were working at Fisher, did you ever
        11          work with Fisher on its 10-Ks?
        12    A.    I don't really recall doing that.
```

### 14. PAGE 16:15 TO 16:24 (RUNNING 00:00:40.933)

```
        15    Q.    Can you tell me what a 10-K is?
        16    A.    The 10-K is the annual report that public
        17          companies are required to file with the
        18          Securities and Exchange Commission?
```

📄 **D212 -**

```
        19    Q.    Can you please turn to what has been marked as
        20          Lawson Exhibit No. 42, L0343548 to L0343586.
        21    A.    I have that.
        22    Q.    What is this document?
        23    A.    This is a form 10-K for Fisher Scientific
        24          International for, I guess, for 1993.
```

### 15. PAGE 18:02 TO 18:25 (RUNNING 00:00:55.800)

```
        02    Q.    Can you turn to the next page, L0343550?
```

📄 **D212-0003 -** 

```
        03    A.    I have that.
        04    Q.    The first full paragraph, the one that starts,
        05          "Computerized order-entry system," do you see
        06          that paragraph?
        07    A.    I do.
        08    Q.    Do you see where it is says, "Information on
        09          all 100,000 products offered in the Fisher
        10          Catalog can be obtained through Fisher RIMS,
        11          the company's newest and most powerful
        12          electronic order-entry system, which provides
        13          paperless purchasing, receiving, billing and
        14          product distributions."  Do you see that
        15          sentence?
        16    A.    I do.
        17    Q.    Is it your understanding that that is what the
        18          Fisher RIMS product was?
        19    A.    Yes, it is.
        20    Q.    Do you see the next sentence, it says, "Fisher
        21          RIMS facilitates just-in-time delivery and
        22          third-party purchasing, contributing to
        23          supplier consolidation for its customers"?  Is
        24          it your understanding that that is also true
        25          of the Fisher RIMS system?
```

### 16. PAGE 19:13 TO 20:17 (RUNNING 00:01:26.767)

```
        13    Q.    Is this paragraph consistent with your
        14          understanding of the Fisher RIMS system?
        15    A.    It is.
        16    Q.    Is it consistent with your understanding of
        17          the Fisher RIMS system that was on sale in
        18          1992?
        19    A.    The Fisher RIMS system that I was aware of,
        20          yes.  I think this is an accurate depiction of
        21          my understanding of its capabilities.
```

**Case Clip(s) Detailed Report**
**Thursday, January 20, 2011, 7:56:27 AM**

## DB - ePlus v Lawson

```
            22    Q.   The first sentence talked about the Fisher
            23         Catalog.  What is the Fisher Catalog?
            24    A.   I don't know what it is today but at the time
            25         it was still a printed catalog that was really
   00020:01         for purposes of ordering.  It was a
            02         hard-backed, huge catalog.  Fisher was kind of
            03         famous for it because it was so comprehensive
            04         and Fisher was then and maybe still is the
            05         leading laboratory supply company.
            06              It was sort of a bible for ordering, but
            07         they recognized that the electronic age
            08         required them to also be able to facilitate
            09         ordering in all kinds of electronic formats so
            10         that those same items that were in the
            11         hardback Fisher Catalog were being made
            12         available to customers through computerized
            13         means.
            14    Q.   I see.  And you said the Fisher Catalog had
            15         information about products.  Did it have
            16         descriptions of the products?
            17    A.   It did, and photos.
```

**17. PAGE 19:19 TO 19:21 (RUNNING 00:00:09.472)**

```
            19    A.   The Fisher RIMS system that I was aware of,
            20         yes.  I think this is an accurate depiction of
            21         my understanding of its capabilities.
```

**18. PAGE 21:03 TO 21:08 (RUNNING 00:00:13.167)**

```
            03              MS. HUGHEY:  The first sentence, third
            04         line, "which provides paperless purchasing,
            05         billing and product distribution."
            06              THE WITNESS:  I think it is the paragraph
            07         that begins with the italicized title
            08         "Computerized Order-Entry Systems."
```

**19. PAGE 21:10 TO 22:08 (RUNNING 00:01:20.433)**

```
            10    A.   My understanding is this.  The company sold to
            11         many -- almost all laboratory -- scientific
            12         laboratories in the industry.  At big
            13         companies where there were lots of them, they
            14         needed to run an inventory supply room, the
            15         customer had to run its own inventory supply
            16         room.  They had to order goods and receive
            17         them in their inventory supply room and handle
            18         all of the purchasing that way and then
            19         distributing it among out to their various
            20         component parts.
            21              That was an expense and required a lot of
            22         record maintenance and so what this is
            23         referring to are those activities that
            24         customers had to engage in and the
            25         company's -- Fisher's attempt to provide them
   00022:01         with a product that would streamline that for
            02         them and allow them to do it much more cheaply
            03         and simply by using an inventory management
            04         system which would accommodate third-party
            05         products as well as Fisher's product and allow
            06         them to essentially run their own storeroom
            07         for difficultly that is what that is all
            08         referring to.
```

**20. PAGE 23:11 TO 24:11 (RUNNING 00:01:15.167)**

```
            11    Q.   You can put this document aside.  Can you
```

**Case Clip(s) Detailed Report**
Thursday, January 20, 2011, 7:56:27 AM

## DB - ePlus v Lawson

### D213 -

```
          12          please turn to what has been marked as Lawson
          13          Exhibit 43, L034357 to L0343631.
          14   A.     Okay.
          15   Q.     What is this document.
          16   A.     It is another 10-K I think for the following
          17          year.  It has a date stamp of March 31, 1994
          18          for Fisher Scientific International.
          19   Q.     Please turn to page L0343589, the third page
```

### D213-0003 -

```
          20          in this document.
          21   A.     Yep.
          22   Q.     Do you see the paragraph there that starts
          23          "Computerized order-entry systems"?
          24   A.     I do.
          25   Q.     It appears to be similar, if not exact, to the
00024:01          paragraph in the earlier 10-K; is that
     02          correct?
     03   A.     Yes, it does.
     04   Q.     Is it, again, consistent with your
     05          understanding of the Fisher RIMS system that
     06          was on sale in 1992?
     07   A.     It is.
     08   Q.     Was it Fisher's policy from 1992 to 1994 to
     09          provide accurate verified information in its
     10          10-K filing to the SEC?
     11   A.     It was.
```

**21.  PAGE 24:19 TO 24:21 (RUNNING 00:00:13.134)**

```
          19   Q.     Could you please turn to what has been marked
```

### D211 -

```
          20          as Lawson Exhibit 41 L0343632.
          21   A.     Yes.
```

**22.  PAGE 24:24 TO 25:10 (RUNNING 00:00:36.034)**

```
          24   Q.     What is this document?
          25   A.     It looks like an annual report, the 1994
00025:01          annual report at Fisher Scientific
     02          International.
     03   Q.     What is an annual report?
     04   A.     Public companies typically create an annual
     05          report for shareholder consumption that is --
     06          that doesn't contain all of the required
     07          elements of a 10-K but contains the same
     08          financial -- general financial information and
     09          a little more description of the company for
     10          the benefit of the shareholders.
```

**23.  PAGE 25:23 TO 25:24 (RUNNING 00:00:09.300)**

### D211-0004 -

```
          23   Q.     Could you please turn to L0343635.
          24   A.     Okay.
```

**24.  PAGE 27:21 TO 28:05 (RUNNING 00:00:20.266)**

```
          21   Q.     "Introduced in 1992 as Fisher Rims,
          22          Requisition and Inventory Management System,
          23          now widely used by our major customers."  Do
```

**Case Clip(s) Detailed Report**
**Thursday, January 20, 2011, 7:56:27 AM**

## DB - ePlus v Lawson

```
        24           you see that sentence?
        25   A.      I do.
00028:01   Q.       Is it your understanding that this is the same
        02           Fisher RIMS that we were talking about before
        03           when we were discussing the trademark
        04           application?
```

**-KED211-0004 - Clear Attached Exhibit D211-0004**   

```
        05   A.      It is.
```

**25. PAGE 29:24 TO 31:20  (RUNNING 00:02:01.900)**

```
        24   Q.      It is safe to say that you are not a computer
        25           scientist, correct?
00030:01   A.       That is correct.
        02   Q.      And you are not an electrical engineer?
        03   A.      No, I am not.
        04   Q.      And the technology involving this RIMS system
        05           that we have been talking about toady, this
        06           electronic sourcing system that is the subject
        07           of this litigation is not really your strong
        08           suit?  Fair to say?
        09   A.      I didn't think I was asked a lot of technology
        10           questions.  I thought I was just asked
        11           features and benefits questions of a product.
        12   Q.      You are absolutely right.  You weren't asked a
        13           lot of technology questions.  I am just trying
        14           to establish that that is not your area of
        15           expertise?
        16   A.      What is not?  IT, technology, no, it is not my
        17           area of expertise.
        18   Q.      That is all I wanted to establish.  You were
        19           asked about these annual reports and I
        20           understood you to say that that wasn't one of
        21           your responsibilities as a general counsel
        22           during the time period we are talking about
        23           from 1992 to 1994; is that correct?
        24   A.      You are correct.
        25   Q.      Essentially you were asked basically to
00031:01           confirm that statements made in these annual
        02           reports to your knowledge were not inaccurate,
        03           fair?
        04   A.      Right, because they conform to my
        05           understanding of the product that the company
        06           was purveying.
        07   Q.      Understood.  Are you aware that this RIMS
        08           system that we are talking about was patented?
        09   A.      I just have no present recollection of that.
        10   Q.      I am sorry.  You have no present recollection
        11           of it?
        12   A.      I just don't have any present recollection of
        13           it.
        14   Q.      Fair enough.  I understand.  The RIMS patent
        15           issued or was applied for back in 1993.  That
        16           is 17 years ago.  That is a long time to go
        17           back.  You wouldn't consider yourself an
        18           expert on the functionality, features and
        19           capability of the RIMS system, would you?
        20   A.      No.
```

**26. PAGE 32:09 TO 32:20  (RUNNING 00:00:26.666)**

```
        09   Q.      All I am suggesting is that inventors of the
        10           RIMS systems are more knowledgeable as to its
        11           features and capabilities as you are; isn't
        12           that right?
        13   A.      I would say they are more knowledgeable but
```

```
            14        that doesn't mean that I would credit their
            15        testimony.  You asked me a question about
            16        whether I would rely on it and I would be
            17        interested to know what they thought about it
            18        and they are more expert than I am.  I don't
            19        purport to be an expert on it.  I
            20        authenticated my signature.
```

**27. PAGE 34:04 TO 35:11 (RUNNING 00:01:39.854)**

```
            04   Q.   Are you aware that during your tenure as
            05        general counsel Fisher Scientific filed for an
            06        application on the RIMS system?
            07   A.   You mean a patent application or a
            08        trademark --
            09   Q.   A patent application.
            10   A.   I just do not recall.  We filed lots of
            11        applications for different products and I
            12        just don't remember that one specifically.
            13        The lawyer who worked for me was a patent and
            14        trademark lawyer.  He took the laboring for
            15        all of those things.
            16   Q.   That is Mr. Dornburg, correct?
            17   A.   Alan Dornburg.
            18   Q.   And you are aware that during the time of your
            19        tenure as general counsel Fisher Scientific
            20        applied for a patent for an electronic
            21        sourcing system and method in August of 1994?
            22   A.   I just don't have any recollection of specific
            23        applications.
            24   Q.   Fair enough.  Was the company in the habit of
            25        filing for patent applications that it thought
    00035:01        were not new, non-obvious and useful?
            02   A.   You know, that -- I would say phrased that way
            03        that sounds pretty cynical.  I am sure they
            04        applied for things where they weren't sure it
            05        would be granted or weren't sure whether they
            06        would have to narrow their claims at a later
            07        date and all of those sorts of things but I
            08        think because of the expense involved there
            09        would be some expectation that they would
            10        achieve their goal of getting some kind of
            11        protection.
```

**28. PAGE 35:15 TO 35:24 (RUNNING 00:00:28.663)**

```
            15   Q.   Were you aware that there were three patents
            16        granted by the patent office for the
            17        electronic sourcing system?
            18   A.   I was not.
            19   Q.   Would the company expend resources seeking to
            20        obtain intellectual property protection for
            21        inventions that it thought was worthless?  Is
            22        that part of the policy of the company?
            23   A.   Well, I can't speak for others but it doesn't
            24        make much sense to me.
```

**29. PAGE 36:09 TO 41:15 (RUNNING 00:06:16.683)**

```
            09   Q.   Understood, but as general counsel at the time
            10        from the -- just focussing on the 1992 to 1996
            11        period you weren't authorizing Mr. Dornburg to
            12        file applications for patents at the patent
            13        office that the company thought had no value,
            14        correct?
            15   A.   I wasn't, but I don't know if I was involved
            16        in the patent applications or not since you
            17        haven't shown me anything with my signature on
```

**Case Clip(s) Detailed Report**
Thursday, January 20, 2011, 7:56:27 AM

## DB - ePlus v Lawson

```
          18          it.
          19    Q.    I am not asking you about what you had your
          20          signature on.  As general counsel, was it the
          21          policy of the company to file applications to
          22          the patent office that the company thought had
          23          no value?  Yes or no?
          24    A.    I would not have executed such a policy, no.
          25    Q.    I didn't think you would.  All right.  Let me
00037:01          ask you about some of these exhibits if you
          02          have them in front of you.  Let's start out
          03          with -- first you were asked some questions
          04          about Exhibit No. 40, which is this trademark
```

📄 D062 -

```
          05          application that bears your signature in
          06          various places.  Do you recall that?
          07    A.    I do.
          08    Q.    Do you have it in front of you?
          09    A.    I do.
          10    Q.    Let's just skip over some of the stuff and go
          11          right to the brochure.  You called it a
          12          marketing brochure.  Do you recall that?  That
          13          starts at page 595 at the bottom right.
```

📄 D062-0008 -

```
          14    A.    Okay.
          15    Q.    It is a marketing brochure, correct?
          16    A.    That is what it looks like.
          17    Q.    Is it not a technical document, right, like a
          18          manual that would help you understand the
          19          functioning of the Fisher RIMS system,
          20          correct?
          21    A.    I assume not.  It looks like a commercial
          22          brochure to me.
          23    Q.    For consumption of potential --
          24    A.    Customers.
          25    Q.    -- customers of the RIMS system, correct?
00038:01    A.    That is my understanding.
          02    Q.    You were asked some questions about some
          03          bullet points that appear at page -- it ends
```

📄 D062-0009 -

```
          04          with 598.  Do you recall that?
          05    A.    I do.
          06    Q.    You have no independent knowledge as to
          07          whether or not the RIMS system in this period
          08          of time say in 1992 or so had that
          09          functionality, correct?
          10    A.    I actually think that it had this genre of
          11          functionality.  That is what it was designed
          12          to do.  It was designed to take over.  I know
          13          what you are asking me but my understanding
          14          was that the RIMS system was designed to take
          15          over the inventory storeroom of large
          16          customers and to manage it from the beginning
          17          to the end, from purchase to the lab bench for
          18          the customer and that it needed features like
          19          these to be effective.  I have no specific
          20          knowledge of each one of these things in
          21          detail, no.
          22    Q.    Fine.  Thank you.  You just confirmed for me
          23          on page 598 the documentation that we are
          24          looking at with these bullet points Ms. Hughey
          25          asked you about, there is no mention at all
```

**Case Clip(s) Detailed Report**
Thursday, January 20, 2011, 7:56:27 AM

## DB - ePlus v Lawson

```
00039:01         about catalogs, correct?
      02   A.    There may not have --
      03   Q.    Does the word catalog appear there?
      04   A.    Does the word catalog appear, no, but that is
      05         what they would be accessing would be the
      06         catalog system.
      07   Q.    The Fisher Catalog?
      08   A.    I think it was intended to be able to manage
      09         other items otherwise it wouldn't have been
      10         able to replace --
      11   Q.    Does it have any discussion of the word
      12         catalog anywhere on this page, yes or no?  Can
      13         you answer that fairly?
      14   A.    I would have to look.  It says, "Consolidates
      15         all supplier activity including third-party
      16         and administrative purchases."  It doesn't
      17         have the word catalog, but that is my
      18         understanding.
      19   Q.    Fair enough.  How many iterations did the
      20         Fisher RIMS system go through?
      21   A.    I don't know.
      22   Q.    The inventors say it went through many
      23         iterations.  Do you know any of the trade
      24         names that the iterations went through?
      25   A.    I don't know.
00040:01   Q.    Do you know how the features and functionality
      02         changed during the period of time from 1992 to
      03         1995, for example?
      04   A.    I do not.
      05   Q.    Let's focus on Exhibit No. 43 for a moment if
```

📄 **D213 -**

```
      06         we could.  That was the annual report that you
      07         said you had no responsibility for?
      08   A.    Right.  I have it.
      09   Q.    The page that ends with the page No. 589?
```

📄 **D213-0003 -**

```
      10   A.    Okay.  I have it.
      11   Q.    You were asked about this entry italicized
      12         "Computer order-entry system," do you see
      13         that?
      14   A.    I do.
      15   Q.    Can you tell me where in this paragraph it
      16         discusses the capabilities searching multiple
      17         vendor catalogs?
      18   A.    I don't see it there.
      19   Q.    Fair enough.  Next paragraph, the Fisher
      20         Catalog.  Is there any other catalog other
      21         than the Fisher Catalog mentioned in that
      22         paragraph?
      23   A.    The paragraph is entitled "The Fisher
      24         Catalog," so, no.
      25   Q.    Fair enough.  Is it Exhibit No. 42 was also an
```

📄 **D212 -**

```
00041:01         annual report.  I took these out of order.
      02   A.    That is okay.  I have it.
      03   Q.    The page that ends 550.
```

📄 **D212-0003 -**

```
      04   A.    I have it.
      05   Q.    Computerized order-entry systems.  The only
```

**Case Clip(s) Detailed Report**
**Thursday, January 20, 2011, 7:56:27 AM**

## DB - ePlus v Lawson

```
      06           mention there is the Fisher Catalog, correct?
      07    A.     Yes, it is.
      08    Q.     The next paragraph, which you have informed me
      09           is entitled The Fisher Catalog, it doesn't
      10           discuss any other vender catalogs in that
      11           paragraph, correct?
      12    A.     It doesn't, because this is a general
      13           description of the company's business and not
      14           everybody used computerized order-entry
      15           systems.
```

### 30. PAGE 41:19 TO 41:22  (RUNNING 00:00:12.366)

```
      19    Q.     You didn't have any opportunity to review the
```

📄 -KED212-0003 - Clear Attached Exhibit D212-0003

```
      20           Fisher RIMS patent which is 5712989 that was
      21           issued in January of 1998, correct?
      22    A.     No.
```

### 31. PAGE 43:01 TO 43:25  (RUNNING 00:01:04.233)

```
 00043:01    Q.     All right.  Fair enough.  Let's just get this
      02           clear on the record.  Independently you have
      03           no knowledge one way or the other whether
      04           these statements are truthful or not?
      05    A.     Right.  I don't have any detailed knowledge.
      06           I only know generally what I described to you
      07           about Fisher Catalog, about RIMS and about the
      08           company's practices.  The only thing I can say
      09           for certain is that looks like my signature on
      10           the trademark application and my expectation
      11           would have been then and it is now that it was
      12           properly prepared.
      13    Q.     I understand that, so just focusing on the
      14           annual reports right now.  I just want to make
      15           sure it is clear on the record.  When you were
      16           asked about these statement, your response is
      17           that it was the policy of the company not to
      18           make misleading statements in annual reports,
      19           fair enough?
      20    A.     That would be my expectation, yes.
      21    Q.     As you sit here today in 2010, you have no
      22           independent knowledge one way or the other
      23           whether these statements are true or not,
      24           correct?
      25    A.     Correct.
```

**TOTAL: 1 CLIP FROM 1 DEPOSITION (RUNNING 00:26:13.762)**