# EXHIBIT 2

| | |
|---|---|
| **From:** | Maggie Martinez [MMartinez@merchantgould.com] |
| **Sent:** | Monday, January 17, 2011 6:02 PM |
| **To:** | Maggie Martinez |
| **Cc:** | ML-ePlus Goodwin Service; Craig Merritt; Robin Randolph; LawsonService; Carr, Dabney J. |
| **Subject:** | RE: ePlus v. Lawson: Lawson Demonstratives January 18, 2011 |
| **Attachments:** | ShamosInvalidity20110117A.PDF |

ePlus trial team,

Pursuant to the parties' agreement to identify demonstratives to be used during the following day of trial, Lawson intends to use the attached demonstrative on January 17, 2011 or thereafter.

M

**Maggie Martinez**
Paralegal
Merchant & Gould P.C.
1050 Seventeenth Street
Suite 1950
Denver, CO 80265
USA

**Telephone** (303) 357-1663
**Fax** (303) 357-1671
**www.merchantgould.com**

GUARDIANS OF GREAT IDEAS®

Atlanta | **Denver** | Knoxville | Madison | Minneapolis | New York | Seattle | Washington D.C.

Note:  This e-mail message is confidential and may be privileged or otherwise protected by law.  If you are not the intended recipient, please: (1) reply via e-mail to sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.  Thank you.