# EXHIBIT 4

**From:**   Kirstin Stoll-DeBell [KStollDeBell@merchantgould.com]
**Sent:**   Wednesday, January 19, 2011 8:08 AM
**To:**   Strapp, Michael; Eric R. Chad
**Cc:**   LawsonService; Erica_Haggard@vaed.uscourts.gov; ML-EPlus Goodwin Team; cmerritt@cblaw.com; dabney.carr@troutmansanders.com
**Subject:** RE: Revised Set of Dr. Shamos Slides

Michael,

I write in response to your email of 1:23 this morning.  As you know, we spent yesterday afternoon going through each slide.  You made your objections to each slide known and for each slide you objected to, we either deleted it or modified it to resolve the issues.  We did so, not because we agreed that the slides were not supported in Dr. Shamos's report, but rather in good faith in an attept to resolve these issues.  We sent you revised slides at around 5:30 pm last night with a detailed explanation of which slides were deleted and which were modified to address your concerns.   In total, Lawson withdrew 58 slides and modified many additional slides to address your concerns.  The slides that remain were blessed by you yesterday and have verbatim support in Dr. Shamos's report, with a only a few exceptions that we will take up with the Judge this morning.

**Kirstin Stoll-DeBell**
Partner
Merchant & Gould P.C.
1050 Seventeenth Street
Suite 1950
Denver, CO 80265
USA

**Telephone** (303) 357-1640
**Fax** (303) 357-1671
**www.merchantgould.com**

GUARDIANS OF GREAT IDEAS®

Atlanta | Denver | Knoxville | Madison | Minneapolis | New York | Seattle | Washington D.C.

Note:  This e-mail message is confidential and may be privileged or otherwise protected by law.  If you are not the intended recipient, please: (1) reply via e-mail to sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever.  Thank you.