# EXHIBIT 5

**From:**        Reddy, Srikanth K

**Sent:**         Tuesday, January 18, 2011 8:35 PM

**To:**           Robertson, Scott L; Albert, Jennifer A; Young, David M; Strapp, Michael; Stein, Andrew N.; Clements, James D; Lessard, Albert M; Hayes, Melanie

**Subject:**      FW: Withdrawal of Additional Shamos Slides

**Attachments:** ShamosInvalidity20110117B.pdf^

**From:** Eric R. Chad [mailto:EChad@merchantgould.com]
**Sent:** Tuesday, January 18, 2011 8:30 PM
**To:** Reddy, Srikanth K; Strapp, Michael
**Subject:** Withdrawal of Additional Shamos Slides

Srikanth and Michael,

Based on discussions with our team, and in the interest of streamlining Dr. Shamos's testimony, we will withdraw the following slides:

1
3
5
15
20
21
26
30
35
70
86
89
98
111-123
132-136
146
148
149
165

Deleting some of these slides impacted other slides that reference them.  As a result, we have made minor modifications to 127 and 128 to remove references to other claim elements.

As we discussed today, for a number of slides we removed material that was originally included in the slides.  As discussed this afternoon, we do intend to use trial exhibits cited in Exhibit 3 via Trial Director to prove the claim elements for which they are cited.

Any idea when you might be available for a meet and confer?  We would prefer to address these issues between the parties tonight.  Kirstin and I remain available.

Best,
Eric

**Eric R. Chad**
Attorney at Law
Merchant & Gould P.C.
3200 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2215
USA

**Telephone** (612) 336-4742
**Mobile** (651) 307-6039
**Fax** (612) 332-9081
**www.merchantgould.com**

**GUARDIANS OF GREAT IDEAS** ®

Atlanta | Denver | Knoxville | Madison | **Minneapolis** | New York | Seattle | Washington D.C.

Note: This e-mail message is confidential and may be privileged or otherwise protected by law. If you are not the intended recipient, please: (1) reply via e-mail to sender; (2) destroy this communication entirely, including deletion of all associated text files from all individual and network storage devices; and (3) refrain from copying or disseminating this communication by any means whatsoever. Thank you.

7/5/2011