# EXHIBIT 8

| | |
|---|---|
| **From:** | Strapp, Michael |
| **Sent:** | Tuesday, January 18, 2011 8:24 AM |
| **To:** | 'Kirstin Stoll-DeBell' |
| **Cc:** | ML-ePlus Goodwin Service; cmerritt@cblaw.com; rrandolph@cblaw.com; LawsonService; dabney.carr@troutmansanders.com; Erica_Haggard@vaed.uscourts.gov; Robertson, Scott L |
| **Subject:** | RE: ePlus v. Lawson: Lawson Demonstratives January 18, 2011 |

Kirstin:

We have now had an opportunity to finish reviewing the 167 slides Dr. Shamos prepared regarding validity topics and served on us last night at 6:02 PM.   We have uncovered problems with Dr. Shamos's slides of a much greater magnitude than we anticipated last night.

- *More than 100 of Lawson's slides contain a claim-by-claim, element-by-element analysis of how the RIMS and TV/2 combination and the P.O. Writer and J-CON combination render the asserted claims obvious even though that analysis was never disclosed in Dr. Shamos's report.*
- *Lawson served 55 slides that reference material different from the material disclosed in Dr. Shamos's invalidity report.*
- *Lawson served 35 slides that disclose element-by-element anticipation opinions that do not match the opinions disclosed in his invalidity report.*
- *Lawson served 18 slides that contain undisclosed opinions about the functionality of prior art references.*
- *Lawson served 8 slides that contain legal opinions that the Court has already precluded Dr. Shamos from offering.*
- *Lawson served 5 slides that contain invalidity opinions that the Court already specifically struck.*
- *Lawson served 4 slides that reference "Plaintiff's infringement theory" or "Plaintiff's theory of catalogs" even though Dr. Shamos was excluded from Court during Plaintiff's infringement case-in-chief pursuant to Federal Rule of Evidence 615.*
- *Lawson served 2 slides that describe new invalidity theories Dr. Shamos never previously disclosed.*

Lawson's claim that all of Dr. Shamos's slides are supported by his expert report is plainly incorrect.  We are prepared to discuss this with the Court this morning.

Sincerely

Michael Strapp
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
617-570-1658 (office)
917-518-3828 (cell)
617-523-1231 (fax)
mstrapp@goodwinprocter.com
www.goodwinprocter.com

7/5/2011