| UTILITY SERIAL NUMBER | 08/288577 | PATENT DATE FEB 0 9 2001 | PATENT NUMBER | |
|---|---|---|---|---|
| SERIAL NUMBER 08/288,577 | FILING DATE 08/10/94 | CLASS 364 | SUBCLASS 26 | GROUP ART UNIT 2761 | Cosimano |

APPLICANTS: JAMES M. JOHNSON, BRIDGEVILLE, PA; ROBERT P. KINROSS, BEN AVON, PA; FRANCIS J. MELLY, PITTSBURGH, PA; DOUGLAS A. MOMYER, UPPER ST. CLAIR, PA.

**CONTINUING DATA**
VERIFIED
JFO / none

**FOREIGN/PCT APPLICATIONS**
VERIFIED
JFO / none

FOREIGN FILING LICENSE GRANTED 12/14/94

| Foreign priority claimed | ☐ yes ☒ no | AS FILED | STATE OR COUNTRY PA | SHEETS DRWGS 5 | TOTAL CLAIMS 78 | INDEP CLAIMS 30 | FILING FEE RECEIVED $4,114.00 | ATTORNEY'S DOCKET NO. FS2 |

ADDRESS: LAURENCE S. ROGERS
FISH & NEAVE, Esq.
1251 AVENUE OF THE McClay
NEW YORK NY 1002

TITLE: ELECTRONIC SOURCING SYSTEM AND METHOD

PARTS OF APPLICATION FILED SEPARATELY

NOTICE OF ALLOWANCE MAILED
11-20-98

ISSUE FEE
Amount Due $1210.00 / Date Paid 12-1-98

Edward Cosimano
EDWARD R. COSIMANO
PRIMARY EXAMINER

Label Area

Applications Examiner

**CLAIMS ALLOWED**
Total Claims 45 / Print Claim 1

**DRAWING**
Sheets Drwg 5 / Figs. Drwg 5 / Print Fig. 1A, 1B, 1C

ISSUE BATCH NUMBER L77

PREPARED FOR ISSUE

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (Rev. 8/92)

ISSUE FEE IN FILE

Formal Drawings (_____ shts) set

(FACE)

PLAINTIFF'S EXHIBIT 4

ARIB 503677

EP150276

ePLUS0703539

PX0004, Page 1 of 242

- 12 -

The priority is as follows: (1) part (catalog) number; (2) keyword; and (3) page number. The search will start with priority (1) and proceed through priority (3) in sequence until a search produces products
5 matching the search criteria. At that time, the search will return the matching product information to requisition/purchasing system 40 and stop at the highest priority resulting in a match.

The operation of electronic sourcing system 5
10 of the present invention will now be more particularly described in the context of FIGS. 1A, 1C, 2 and 3. In FIGS. 2 and 3, the rectangles represent data screens as well as programs associated with those data screens. The rounded rectangles represent programs not
15 associated with data screens such that, while these programs are running, the prior data screen may remain visible without, necessarily, being operational for the input of data. The programs associated with the data screens enable the user of local computer 20 to display
20 and modify the contents of various tables associated with particular data screens. The following description illustrates the use of the Fisher RIMS system as requisition/purchasing system 40, and the TV/2 search program as search program 50. However, it
25 will be understood that the present invention is not limited to such system or program.

Preferably, a user will start the electronic sourcing system 5 from Fisher RIMS system 40. Requisitioning on Fisher RIMS system 40 in context of
30 the electronic sourcing system 5 of the present invention is illustrated in pertinent part in FIG. 3 (and is fully described in U.S. Patent No. 5,712,989 ~~Application Serial No. 08/042,168~~). As data (e.g., Account Number, Requisition Number and Stock Numbers) associated with a
35 single requisition are entered through the various data

ARIB 503713

EP150312

ePLUS0703575

PX0004, Page 37 of 242