**PX-98**

**PX-0098**

# LAWSON

# Lawson Requisitions Self-Service User Guide

Version 9.0.1
Published May 2009

Lawson Supply Chain Management

Christopherson
EXHIBIT NO. 7
DATE 10/19/09
REPTR LAB
MERRILL LEGAL SOLUTIONS

L0045474
CONFIDENTIAL

## What is a Shopping List?

A shopping list is a predefined procurement template. This template is defined in the Purchase Order application on Procurement Templates (PO15.1). Before you use the Shopping List task, you must set up procurement templates in the Purchase Order application. The shopping lists that are viewable is determined by template participants.

## What is a Procurement Template?

Procurement templates include items that are frequently ordered. Using a template makes ordering such items quick and efficient. In addition, templates can be used when creating requisitions.

## What is the Search Catalog?

The Search Catalog lets you search for items in the Item Master file. You can search for items and keywords in up to 30 origin fields that were defined during setup.

## What is a Special/Service Item?

A special item is not defined on Item Master (IC11.1) and is not tracked in inventory.

A service item is used for services, such as equipment repair or monthly copier maintenance. There are two types of service items; Amount and Quantity.

## What is the Categories Task?

The Categories task lets you search for items by category. Imported UNSPSC codes or user-defined UNSPSC codes are assigned on Item Master (IC11.1).

After you define categories, you can click on a category top level for Lawson Requisitions Self-Service to open the segment tree to the product, family, commodity branches, and finally items. You can select items at any of the levels.

## What is the Punchout Task?

The Punchout task lets requesters access external vendors' websites, shop for items, and return selections to a Lawson requisition. The Punchout task is a vendor-managed catalog, where items and prices are determined by your trading partner relationship. The shopping experience for each Punchout vendor is unique.

L0045505
CONFIDENTIAL