# PX-127



SOFTWARE PRODUCT DEVELOPMENT

# Application Design Document for *S3 Item Search Center*

Revision 1.1 (Reviewed)
Prepared by
Dave Christianson







SOFTWARE PRODUCT DEVELOPMENT



| Revision # | Revision Description | Revision Date | Revised By |
|---|---|---|---|
| 0.1 | Initial Draft | 12/3/08 | Dave Christianson |
| 0.2 | Minor fixes the search attributes table were made. | 2/24/09 | Dave Christianson |
| 1.0 | Made final revisions so this document can be used in testing. | 2/27/09 | Dave Christianson |
| 1.1 | Added fields to the search attributes that can be used as filters. | 3/3/09 | Dave Christianson |



LE00192056
CONFIDENTIAL

## Table of Contents

Revision History....2
1.0 Overview of the System....4
1.1 Overview....4
2.0 Related Documents....5
3.0 Programs and Components....6
3.1 S3 Item Search....6



LE00192057
CONFIDENTIAL



SOFTWARE PRODUCT DEVELOPMENT



# 1.0 Overview of the System

| | |
|---|---|
| Targeted Releases | 9.01 and forward |
| Database Impact | None |
| Migration Impact | None |
| Release Notes | This enhancement involves adding the capability to search for item information from S3 database tables within the Smart Office UI. |
| Documentation Impact | Smart Office User Guide. |
| Requirements Addressed | |

## 1.1 Overview

This enhancement involves adding the capability to search for item information from S3 database tables within the Smart Office UI. This document specifies the details of the S3 item search, listing the database tables and their data elements that can be searched.

The following are the key components of the Smart Office search engine:

- Enterprise Search
  - Free form search across multiple data sources (e.g. Applications, Knowledge Base, Business Intelligence, etc.)
  - Users can limit their searches to specific data sources.
  - Users can search previously "unsearchable" data, such as description fields, comments, attachments, etc.
- Personal History Search
  - Every transaction performed by a user is indexed locally, hence, a user can quickly retrieve any data related to their personal work history.
    - Review work – e.g. see all your transactions with a particular vendor
    - Reuse work – e.g. find an item you added and reuse it to add a similar item
  - Every time a user performs a search, the top 20 search results per Interest Center are indexed locally. The user can then quickly retrieve any data related to previous searches.
- Contextual Focused Search (M3)
  - Context searches within S3 and M3 applications

    These "smart" searches lead users to data in a way not previously possible



LE00192058
CONFIDENTIAL



## 8.0 Related Documents

| Document | Description | Location |
| --- | --- | --- |



LE00192059
CONFIDENTIAL



SOFTWARE PRODUCT DEVELOPMENT



## 3.0 Programs and Components

### 3.1 S3 Item Search

The S3 Item Search Center adds the capability to search for item information within the item master (ITEMMAST table), item location (ITEMLOC table) and vendor item (POITEMVEN table). The table below lists the database tables and fields that are searchable.

S3 Item Search Attributes

| Search Element Name | Database Table(s) | Database Field(s) |
|---|---|---|
| Item | ITEMMAST<br>ITEMLOC<br>POITEMVEN | ITEM |
| Vendor_Item | POITEMVEN | VEN-ITEM |
| Description | ITEMMAST | DESCRIPTION<br>DESCRIPTION2 |
| Description | ITEMLOC | VEN-ITEM-DESC |
| Generic_Name | ITEMMAST | GENERIC |
| Manufacturer_Information | ITEMMAST<br>ITEMLOC<br>POITEMVEN | MANUF-CODE<br>MANUF-DIVISION<br>MANUF-NBR |
| User_Field | ITEMMAST | USER-FIELD1<br>USER-FIELD2<br>USER-FIELD3<br>USER-FIELD4<br>USER-FIELD5 |
| User_Field | ICITEUF | UFM-USR-FLD-01<br>UFM-USR-FLD-02<br>UFM-USR-FLD-03<br>UFM-USR-FLD-04<br>UFM-USR-FLD-05 |
| User_Field | ITEMLOC | USER-FIELD1<br>USER-FIELD2<br>USER-FIELD3 |
| User_Field | ICITLUF | ITL-USR-FLD-01<br>ITL-USR-FLD-02<br>ITL-USR-FLD-03<br>ITL-USR-FLD-04<br>ITL-USR-FLD-05 |



LE00192060
CONFIDENTIAL



# SOFTWARE PRODUCT DEVELOPMENT

| Element Name | Database Table(s) | Database Field(s) |
|---|---|---|
| User_Field | POPIVUF | PIV-USR-FLD-01 |
| | | PIV-USR-FLD-02 |
| | | PIV-USR-FLD-03 |
| | | PIV-USR-FLD-04 |
| | | PIV-USR-FLD-05 |
| Commodity_Code | ITEMMAST | COMMODITY-CODE |
| ICN_Code | ITEMMAST | ICN-CODE |
| UNSPSC_Product_Code | ITEMMAST | ICSEGMENT |
| | | ICFAMILY |
| | | ICCLASS |
| | | ICCOMMODITY |
| Replacement_Item | ITEMMAST | REPLACE-ITEM |
| MSDS_Document | ITEMLOC | MSDS-DOCUMENT |
| Item_Group* | ITEMMAST | ITEM-GROUP |
| Status* | ITEMMAST | ACTIVE-STATUS |
| | ITEMLOC | |
| Status* | POITEMVEN | STATUS |
| Stock_UOM* | ITEMMAST | STOCK-UOM |
| Secondary_UOM* | ITEMMAST | SEC-UOM |
| Tax_Category* | ITEMMAST | PROD-TAX-CAT |
| Lot_Tracking* | ITEMMAST | LOT-TRACK-FL |
| | ITEMLOC | |
| Serial_Tracking* | ITEMMAST | SER-TRACK-FL |
| | ITEMLOC | |
| Certification* | ITEMMAST | CERT-REQ-FL |
| Kit_Item* | ITEMMAST | KIT-ITEM-FL |
| MSDS_Required* | ITEMMAST | MSDS-FLAG |
| Broken_Case_Charge* | ITEMMAST | BRKN-CS-CHRG |
| Allow_Returns* | ITEMMAST | OE-ALLOW-RTN |
| Purchasing_Class* | ITEMMAST | PURCH-MAJCL |
| | | PURCH-MINCL |
| Inventory_Class* | ITEMMAST | INVEN-MAJCL |
| | | INVEN-MINCL |
| Sales_Class* | ITEMMAST | SALES-MAJCL |
| | | SALES-MINCL |
| Hazard_Code* | ITEMMAST | HAZARD-CODE |
| Consignment* | ITEMMAST | CONSIGNMENT-FL |
| | ITEMLOC | |
| Hazard* | ITEMMAST | HAZARD-FL |
| Usage_Identifier* | ITEMMAST | USE-IDENTIFIER |
| Procurement_Group* | POITEMVEN | PROCURE-GROUP |
| Vendor* | POITEMVEN | VENDOR |
| Buy_UOM* | POITEMVEN | VBUY_UOM |
| Price_UOM* | POITEMVEN | VPRI-UOM |
| Default_Flag* | POITEMVEN | DEFAULT-FLG |



LE00192061
CONFIDENTIAL



# SOFTWARE PRODUCT DEVELOPMENT

| Element Name | Database Table(s) | Database Field(s) |
|---|---|---|
| Storage_Code* | ITEMLOC | STORAGE-CODE |
| Movement_Rank* | ITEMLOC | MOVE-RANK |
| Special_Cycle_Count* | ITEMLOC | SP-CYCLE-CNT |
| Patient_Chargeable* | ITEMLOC | CHARGEABLE-FL |
| Inventory_Tracking* | ITEMLOC | TRACKING-FL |
| Bin_Tracking* | ITEMLOC | BIN-TRACK-FL |
| Allow_Receipts* | ITEMLOC | ALLOW-REC-FL |
| Allow_Issues* | ITEMLOC | ALLOW-ISS-FL |
| Inspection_Required* | ITEMLOC | INSP-REQ-FL |
| Frozen | ITEMLOC | FREEZE-FL |
| Buyer* | ITEMLOC | BUYER-CODE |
| GL_Category* | ITEMLOC | GL-CATEGORY |
| No_Charge | ITEMLOC | NO-CHARGE-FL |
| Company* | ITEMLOC | COMPANY |
| Location* | ITEMLOC | LOCATION |
| Drop_Ship | ITEMLOC | OE-DROPSHIP-FL |
| Create_PO | ITEMLOC | OE-CREATEPO-FL |
| Allow_Returns | ITEMLOC | OE-ALLOW-RTN |

* These elements can only be used in combination with a search value to filter the results of a search.



LE00192062
CONFIDENTIAL