# PX-136

PX-0136



Welcome to this presentation on Requisition Self-Service 8.1, 9.0. This presentation is applicable to the Requisition Self-Service 81053 release for 8.1 and the 9.004 release for 9.0. Many of the features and functions are available in previous version, however there were many new changes added to the 81053 and 9.0004 releases. So if you have previous version for Requisition Self-Service, some of this presentation may still be applicable.



1

LE02932685



Requisition Self-Service has many great features. Such as multiple search capabilities. You can search the catalog, which will search for items in your item master or vendor items. It also allows you to search on keywords for up to 29 fields based on your setup.

You can also search based on categories, which can use the UNSPSC code categories. UNSPSC stands for United Nations Standard Products and Services or Universal Standard Products and Services Classifications which provide designated categories for items. UNSPSC codes were developed by the United nations in association with Dunn & Bradstreet. It has four level, segment, family, class and commodity.

Express Order allows you to quickly order an item if you know the exact item number for the item in the Item Master.

The shopping list allows you to choose items based on a Procurement Template you create in PO15.

Punchout allows you to access vendor websites, shop and return selections to a Lawson Requisition. The user access a Vendor Managed catalog where items and prices are determined by trading partners relationships. so each Punchout experience is unique.

Additional features include the capability to do receiving within Requisition Self-Service, Approve Requisitions and maintain procurement templates you can access through the shopping list. These other functions are bundled into Requisition Self-Service so they have a new look and feel similar to Requisition Self-Service.

3

LE02932687



In the Keyword Search Setup (IC00.5), you can decide on which keyword origins to use. For example, I have set this up to use the item number, description (field 1), 2nd description field and First Alpha User Field. You can use page down to see additional fields. There are 29 fields you can setup as keyword fields to search for items within Requisition Self-Service. Fields come from the Item Master (IC11) and Vendor Item (PO13) records.

12

LE02932696

| LAWSON | Keyword Search Load |
| --- | --- |

**Keyword Search Load (IC800)**

Submit　Reports　Job Sched　Print Mgr
Job Name
Job Description
User Name  nsv01　nsv01 user
Data Area/ID  NOR90

Parameters

Item Group
Keyword Origin
　Description
　2nd Description
　Manufacturer Item
　Purchasing Class
　Inventory Class
　Sales Class
　Generic Name

After you determine which keywords you want to use in the Item Group (IC00), you need to run the Keyword Search Load (IC800) for all of the Keyword origins that you selected. This will load keywords for items that already exists and future additional items. The Keyword Search Load (IC800) usually only needs to be done once (per each keyword origin), unless you add more keywords in your Item Group (IC00.1). Then you need to run this for any new keywords that you have added.

13

LE02932697

**LAWSON**  Keyword Synonyms

Keyword Synonym (IC32.1)

Keyword: WHITE
Usage Count

- IVORY
- BEIGE
- ECRU
- OFF-WHITE

Page 14

Once you have created keywords, you can create synonyms for the keywords. So if your looking for white towels and someone searches for ivory towels, they can still find the item. Synonyms could be used for items with common misspellings or common abbreviations. For example is someone abbreviates gloves as GLV they could still find the item if you spelled the word gloves out (g-l-o-v-e-s) or searched by GLV.

14

LE02932698



Requisition Self-Service also allows you to search on categories based on UNSPSC Product Codes. UNSPSC stands for United Nations Standard Products and Services or Universal Standard Products and Services Classifications which provide designated categories for items. UNSPSC codes were developed by the United nations in association with Dunn & Bradstreet. It has four levels: segment, family, class and commodity.

UNSPSC codes can be added in IC16 or can also be loaded using IC516. Once you have added the codes (either manually or uploaded), you then need to add them to items.

15

LE02932699

[Screenshot: Lawson Item Master Parameters – Item Master (IC11.1) screen showing Item Group, Item, Classes tab with Freight Class, Sales Class, Inventory Class, Purchasing Class, Purchase Taxable, Purchase Tax Code, Product Tax Category, and Item Code section with Segment, Family, Class, Commodity fields.]

UNSPSC Codes can be added in the Classes tab under the Item Code within the Item Master (IC00.1). You must add all four codes to an item. Each code is a 2 digits. If you create your own hierarchy, then later decide to use UNSPSC codes, you would need to clean-up the old codes. Basically remove them from items and then delete the codes as the system will not override what you have previously entered with the new codes that you download. You could use Microsoft Add-ins as well to load this information.

If you set up inventory classes or purchasing classes as keywords, you can also identify them in the Item Master and they would be available to search on as well to find items.

16

LE02932700