**PX-170**





*Response to Request for Proposal*

# CML Healthcare

## *CML – Supply Chain Information System – Request for Proposal – 2009*

*April 30, 2009*



Prepared by:

Steve Porter
Account Executive
**Lawson Software**
15 Allstate Parkway
Suite 501
Markham ON
L3R 5B4
Phone: 905-470-1811 x 2691
Fax: 905-470-1820
Cell: 416-617-1620
steve.porter@ca.lawson.com



L0068848
CONFIDENTIAL

**LAWSON**

Response to CML Healthcare
Supply Chain Information System Solution

## SECTION 5.0 – MASTER FILE MANAGEMENT

| Master File Management | | | | | | |
|---|---|---|---|---|---|---|
| Requirement No. | Description | A | B | C | D | Explanation (for B, C, D responses)<br><br>(Please attach details if required) |
| | **Item Master File** | | | | | |
| 1 | Does your system have a single item master in a single database that can be used for all locations while still supporting location specific information? | X | | | | |
| 2 | Does the proposed system support multiple inventory locations? | X | | | | |
| 3 | Does the proposed system support 3rd party warehousing? | X | | | | |
| 4 | Does the proposed system support ABC inventory ranking in order to determine priority of items? | X | | | | |
| 5 | Does the system provide for multiple perpetual inventories for the same item within a location? (e.g.. Approved, Quarantined?) | X | | | | Via Bins |
| 6 | Does the system track changes made to the item master, old/new value, who made the change and the date? | X | | | | |
| 7 | Does the system support the ability to limit maintenance of the item master to a specifically defined "position"? | X | | | | |
| 8 | Does the system have the ability to restrict items to a single manufacturer item (i.e., you can have different suppliers sharing an item number but not different manufacturer's products in the same item number)? | X | | | | |
| 9 | Ability to capture the status of items (e.g., PO, contract, shipment, etc...) by state/province (i.e., active, inactive, deleted, received)? | X | | | | |

L0068883
CONFIDENTIAL

LAWSON

Response to CML Healthcare
Supply Chain Information System Solution

| Master File Management | | | | | | |
|---|---|---|---|---|---|---|
| Requirement No. | Description | A | B | C | D | Explanation (for B, C, D responses)<br><br>(Please attach details if required) |
| 10 | Does the system have the ability to indicate product characteristics (e.g., latex, hazardous, radioactive, narcotics etc.)? | X | | | | |
| 11 | Does the system have the ability to apply hazardous materials designations and disposal codes? | X | | | | |
| 12 | Does the system have the ability for expanded item search by; vendor catalogue #, partial description, manufacturer code, classification code, vendor name, manufacturer name? | X | | | | |
| 13 | Does the system perform automatic and/or manual item number assignment? | X | | | | Or only |
| 14 | Does the system have the ability to track multiple price breaks per item (e.g., based upon volume per facility)? | X | | | | Either via Vendor Agreements or Contract Management – it depends on the criteria |
| 15 | Does the system provide the ability to update item pricing when price is updated by vendor? | X | | | | |
| 16 | Does your system have the ability to mark up supply costs to departments? | X | | | | |
| 17 | Does your system allow for price updates based on a percentage increase of a range of items? | X | | | | |
| 18 | Does the system provide for the ability to prebuild pricing changes and push facility specific price updates at a predefined date? | X | | | | |
| 19 | Does the system have the ability to assign a buyer as responsible for certain departments or certain vendors, divisions, regions, territories etc.? | X | | | | |
| 20 | Does the system support multiple purchase units of measure per item? | X | | | | |

L0068884
CONFIDENTIAL