# PX-215

**PX-0215**

Lawson Response to Public HealthTrust/Jackson Health System        May 18, 2006
RFP 06-5145


LAWSON
It's Time.

Form A-1

| | |
|---|---|
| **PROPOSER'S NAME (Name of firm, entity or organization):** Lawson Software, Inc. | |
| **FEDERAL EMPLOYER IDENTIFICATION NUMBER:** 41-1251159 | |
| **NAME AND TITLE OF PROPOSER'S CONTACT PERSON:** Name: Frank Urso    Title: Account Executive | |
| **MAILING ADDRESS:** Street Address: 380 St. Peter Street  City, State, Zip: St. Paul, MN 55102 | |
| **TELEPHONE:** ( 248 ) 203-6595 | **FAX:** ( 651 ) 767-7141 |

**PROPOSER'S ORGANIZATIONAL STRUCTURE:**

  X   Corporation   ___ Partnership   ___ Proprietorship   ___ Joint Venture

  ___ Other (Explain): _____

**IF CORPORATION,**

Date Incorporated/Organized: 1975 as Lawson Associates, Inc.; Reincorporated 2001as Lawson Software, Inc.

State Incorporated/Organized: Delaware

States registered in as foreign corporation: N/A

**PROPOSER'S SERVICES OR BUSINESS ACTIVITIES OTHER THAN WHAT THIS SOLICITATION REQUESTS FOR:**

Our software includes financials, human resources, procurement, healthcare supply chain, distribution, retail operations, service process optimization, and enterprise performance management applications.

**LIST NAMES OF PROPOSER'S SUBCONTRACTORS OR SUBCONSULTANTS FOR THIS PROJECT:**

Siemens Medical Solutions

**PROPOSER'S AUTHORIZED SIGNATURE**

The undersigned hereby certifies that this proposal is submitted in response to this solicitation.

█████████████████                                    Date:   May 12, 2006

Print Name:   David Corbett     Title:   Vice President, Healthcare

*A-1 Rev. 1/7/98*



L0096023
CONFIDENTIAL

Case 3:09-cv-00620-REP   Document 771-9   Filed 07/05/11   Page 3 of 3 PageID# 24651

Lawson Response to Public HealthTrust/Jackson Health System          May 18, 2006
RFP 06-5145

| Functional Capability | Currently Available | Currently Not Available | Attachment |
|---|---|---|---|
| Track expiration dates or recalls on perishable items | Yes | | |
| Update inventory automatically upon receipt, dispensing, transfers and adjustment of goods | Yes | | |
| Support inventory of stock items and automatically generate replenishment orders when the reorder point is reached | Yes | | |
| Maintain multiple units of measure for purchasing and for issuing | Yes | | |
| Ability to produce on demand a report of perpetual inventory reconciliation | Yes | | |
| Supports system average, moving average, and current inventory pricing methodologies | Yes | | |
| Interfaces with hand-held peripherals. Please identify manufacturer and models of compatible devices. | Yes | | |
| Interfaces with bar code readers. Please identify manufacturer and models of compatible devices. | Yes | | |
| Prepares bar code BIN labels. (Warehouse/Par Cart) | Yes | | |
| Stores HIBCC, LIC, UPC and NDC codes. | Yes | | |
| Ability to track patient chargeable items. | Yes | | |
| Maintains descriptive text, as well as special handling instructions, for each item. | Yes | | |
| Designation and reporting of stock vs. non stock. | Yes | | |
| Hazardous materials designations and disposal codes. | Yes | | |
| Expanded item search by: | | | |
|     Vendor catalog # | Yes | | |
|     Hospital-specific code | Yes | | |
|     Partial description of item (e.g. wildcard, contains, etc.) | Yes | | |
|     Manufacturer catalog # | Yes | | |
|     Classification code | Yes | | |
|     Vendor name | Yes | | |
|     Manufacturer name | Yes | | |
| Inventory adjustment reclassification. | Yes | | |
| Item location identifier for main stock areas and departmental areas. | Yes | | |
| Unlimited number of locations? (if not, provide number) | Yes | | |
| Do you allow user-defined item categories for classifying like item types. (i.e. Class Codes) | Yes | | |

**LAWSON**                     146

L0096172
CONFIDENTIAL