**PX-280**

**PX-0280**



# Lawson Software Response
# to

# PRESBYTERIAN

## Presbyterian Healthcare Services

## ERP System
## Request for Proposal

### March 22, 2005

Submitted by:
Lisa Roberts
Account Executive
Lawson Software
1096 South Vine Street
Denver, CO 80209
(O) 303.871.0848
(F) 810.461.0735
(C) 303.887.7233
lisa.roberts@lawson.com
www.lawson.com

LE00206653
CONFIDENTIAL


**PRESBYTERIAN**
ERP System Request for Proposal

**LAWSON**
Lawson Software Response

| M28 | Describe your system's ability to search for common items via a synonym search, partial name or other criteria. | 5 | See response below. |
|---|---|---|---|

**Lawson enables users to easily search for items by an almost any item field within the system. Common search fields include item number, item description, secondary item description, item class, purchasing class, vendor item, manufacturer item, generic name, UPC, NDC, SKU, HIBCC, UCC-EAN etc. Additionally, users can utilize synonyms for keyword searches.**



| M29 | How does your system support prevention of users from changing contracted vendors for certain products to another vendor without approval? | 5 | See response below. |
|---|---|---|---|

**Based on Lawson's pricing hierarchy, contract pricing can default to a requisition when and item is selected. Within the requester definition screen, you can be given the ability to override or not override contract pricing.**

LE00206853
CONFIDENTIAL