**PX-374**



PX-0374

ePLUS0942831



ePLUS0942868



ePLUS0942869



ePLUS0942870



ePLUS0942871



ePLUS0942872



ePLUS0942873



ePLUS0942874



ePLUS0942875



ePLUS0942876



ePLUS0942877



ePLUS0942878



ePLUS0942879



ePLUS0942880



ePLUS0942881



ePLUS0942882



ePLUS0942883





ePLUS0942885



ePLUS0942886



ePLUS0942887



ePLUS0942888



ePLUS0942889