# PX-518A

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:21 PM

**518-A**

**0_W3301**

---

 **Oliver, Kristy (Vol. 01) - 03/11/2010**                                                       1 CLIP  (RUNNING 00:57:13.200)

 Could you please state your name for the ...

**KOEDIT**                       57 SEGMENTS  (RUNNING 00:57:13.200)

**1.  PAGE 6:18 TO 6:22  (RUNNING 00:00:07.000)**

```
          18              Q    Could you please state your name for the
          19         record.
          20              A    Kristy Oliver.
          21              Q    And who are you employed by?
          22              A    Blount Memorial Hospital.
```

**2.  PAGE 8:24 TO 9:04  (RUNNING 00:00:18.200)**

```
          24              Q    -- could you take a moment, please, to
          25         review those 11-numbered topics on Pages 10 and 11,
    00009:01         and the question I'll have once you've reviewed them
          02         is whether you are prepared to testify today on
          03         behalf of Blount Memorial Hospital regarding each of
          04         these topics?
```

**3.  PAGE 9:05 TO 9:07  (RUNNING 00:00:07.800)**

```
          05              A    Yes, I am.  The document does refer to
          06         Punchout, and we do not own or license or use
          07         Punchout.
```

**4.  PAGE 10:06 TO 10:18  (RUNNING 00:00:30.300)**

```
          06              Q    What is your current job title at Blount?
          07              A    I'm Director of Materials Management and
          08         Home Medical Equipment.
          09              Q    And Home Medical Equipment?
          10              A    Yes.
          11              Q    And how long have you had that title?
          12              A    Five years.  I've been over materials for
          13         five years and home medical equipment for two.
          14              Q    What are the responsibilities of your
          15         job?
          16              A    Being Director of Materials Management,
          17         I'm over purchasing, receiving, inventory control,
          18         print shop and OR materials coordinator as well.
```

**5.  PAGE 11:14 TO 12:12  (RUNNING 00:01:02.500)**

```
          14              Q    What software does Blount currently
          15         license from Lawson?
          16              A    We use -- I don't -- I'm not sure I -- I
          17         mean, we -- our Human Resources Department, our
          18         Accounting and Finance Department and Materials
          19         Management use the suites of Lawson.
          20              Q    Okay.  And what suite does the Materials
          21         Management group use?
          22              A    The procurement suite with the
          23         Requisitions Self-Service.
          24              Q    Okay.  What procurement modules are
          25         included within the supply chain management or
    00012:01         procurement suite?  For example, does that include
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

**0_W3301**

```
        02              Q    Did Lawson generate a Request for
        03        Proposal when it was considering switching from the
        04        Infinium system?
        05              A    Yes.
        06              Q    And what companies was the Request for
        07        Proposal issued to?
        08              A    McKesson, Cerner PeopleSoft and Lawson.
```

**9. PAGE 14:23 TO 16:08 (RUNNING 00:01:36.700)**

```
        23              Q    Were you responsible for compiling the
        24        Request for Proposal?
        25              A    There was a team that put in what needs
  00015:01        we would have in the software and then our IT
        02        department compiled the RFP.
        03              Q    Were you involved in generating a list of
        04        the functionality that you would need?
        05              A    Yes.
        06              Q    And what specific functionality were you
        07        interested in having in software that you would use
        08        for procurement?
        09              A    We wanted to be paperless.  We wanted
        10        inventory control to auto generate the orders based
        11        on what had been issued and received in the -- in our
        12        inventory.  We wanted an Item Master List to help
        13        control costs, and we wanted a contract management
        14        system to help us manage our contracts.
        15              Q    When you say an Item Master List, what
        16        are you referring to?
        17              A    Items that -- that people order
        18        frequently on a frequent basis for them to be able to
        19        go in.  They don't have to remember the vendor, the
        20        unit of measure that we need to order the item by.
        21        All that information is stored for them in Lawson,
        22        and they can go in there and search by several
        23        different things through the search catalog-in
        24        Requisitions Self-Service and add those items to a
        25        shopping cart and checkout and then that rolls down
  00016:01        to the purchasing folks, and they generate the
        02        purchase orders and send out the orders.
        03              Q    Now you're talking about the Item Master
        04        List that's currently -- you're referring to the Item
        05        Master List that's currently in the Lawson Software?
        06              A    Yes.
        07              Q    That's used by Blount today?
        08              A    Yes.
```

**10. PAGE 17:04 TO 18:03 (RUNNING 00:01:44.000)**

```
        04              Q    Do you know approximately how many items
        05        are currently in the Item Master?
        06              A    I think about 8,000.
        07              Q    And do you know approximately how many
        08        vendors are in the Item Master?
        09              A    I do not.
        10              Q    Can you give me some examples of the
        11        largest vendors that Blount uses that are in the Item
        12        Master?
```

```
        13              A    Seneca that is our med search -- our main
        14        med search distributor that we -- we get the majority
        15        of our medical supplies through.  Cardinal is a large
        16        vendor that's also in Lawson.  The divisions of
        17        Johnson & Johnson, which would be Ethicon, Cordis.
        18              Q    What type of information about each item
        19        is contained in the Item Master?
        20              A    You have -- the ANSI format unit of
        21        measure is in there, a description of the item, the
        22        manufacturer item number if there's a separate vendor
        23        item number, the manufacturer description, and
        24        there's a -- we assign a purchasing class and an
        25        inventory class if that's applicable as well.  That's
  00018:01        stored in there, and the cost of the item, and how
        02        many is in each unit of measure; for example, six in
        03        a box or ten boxes in a case.
```

**11. PAGE 18:04 TO 18:09 (RUNNING 00:00:11.000)**

```
        04              Q    Do any of the items have images
        05        associated with them?
        06              A    Not at this time.
        07              Q    Do you intend to eventually include
        08        images in the Item Master?
        09              A    Hopefully, yes.
```

**12. PAGE 19:08 TO 19:22 (RUNNING 00:00:51.900)**

```
        08              Q    Now, does the system as it's configured
        09        at Blount, the Lawson Requisitions Self-Service
        10        system, include a functionality that allows a user at
        11        Blount to generate one or more purchase orders from a
        12        single requisition?
        13              A    Yes.
        14              Q    Does it also include a functionality that
        15        allows a user to select and search for particular
        16        items based on the item description within --
        17              A    Yes.  If they go into the search catalog,
        18        there's -- you can do an express search, which is
        19        just by the item number only.  You have to go to the
        20        search catalog to be able to search based on either
        21        manufacturer item, description or anything like that.
        22        That is more of an advanced search.
```

**13. PAGE 19:23 TO 20:07 (RUNNING 00:00:24.600)**

```
        23              Q    And within the advanced search
        24        functionality, is there the capability for a user at
        25        Blount to search both by manufacturer name and an
  00020:01        item description?
        02              A    No.  It would have to be one or the
        03        other.  Not at the same time.
        04              Q    Does it have, like, a bouillon capability
        05        of putting in a manufacturer name and then a space
        06        and then an item description so that it searches --
        07              A    Not that I'm aware of.
```

**14. PAGE 22:25 TO 23:02 (RUNNING 00:00:05.700)**

```
        25              Q    Okay.  Does -- are there -- are you
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

**0_W3301**

```
    00023:01          familiar with the term UNSPSC?
         02               A     No.
```

**15. PAGE 23:03 TO 26:16 (RUNNING 00:03:46.600)**

```
         03               Q     Is there the capability for a user at
         04          Blount to search by category?
         05               A     Our purchasing classes and inventory
         06          classes -- how we have it categorized per my -- the
         07          example I gave with catheters, every catheter that we
         08          have in the Item Master List has a purchasing class
         09          of c-a-t-h for cath, and they can search based on
         10          that.  Gloves are in there as gloves.  Laboratory
         11          item are in there as lab.  Urology items are in there
         12          as u-r-o.
         13               Q     Okay.  So you can search by category in
         14          the sense that if you type U --
         15               A     Our own purchasing classes that we set up
         16          they are unique to us.
         17               Q     You created your own custom made
         18          categories --
         19               A     Yes.
         20               Q     -- that would allow a user to search by
         21          category?
         22               A     Yes.
         23               Q     And what kind of assistance did Lawson
         24          provide to Blount in creating the Item Master and all
         25          the information in it?
    00024:01               A     They simply provided us a template
         02          spreadsheet with the fields that Lawson would
         03          require, and then we manually built all our items
         04          during the implementation phase and then provided the
         05          spreadsheet to Lawson, and they uploaded it or
         06          downloaded.
         07               Q     When you say that they -- they uploaded
         08          it, you mean Lawson uploaded it?
         09               A     Yes.  We had a consultant on-site during
         10          the implementation phase during particular times
         11          during implementation, and we would provide her with
         12          the information she needed, and we would send her the
         13          spreadsheet, and then she would put it in the system.
         14               Q     Was that -- that was a consultant who was
         15          working here at Blount?
         16               A     Yes, and she was an employee of Lawson.
         17               Q     What was her name?
         18               A     Katrina Rice.
         19               Q     And how long was Ms. Rice on-site here at
         20          Blount?
         21               A     Off and on for a seven-month period.  She
         22          would come and be here for, you know, two weeks, and
         23          then be gone for two weeks while we would work on the
         24          categories that she was needing us to finish, and
         25          then she would come back.
    00025:01                     So it was sporadic over a seven-month
         02          period.
         03               Q     Was that in the second half of 2008?
         04               A     Yes.  That would have been from July 2008
```