# PX-520A

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:45 PM

**520-A**

**0_W3301**

---

 **Matias, Manuel D. (Vol. 01) - 03/10/2010**　　　　　　　　　　　　　　　1 CLIP  (RUNNING 00:21:45.400)

 Mr. Matias, could you tell us who ...

**MMEDIT**　　　　　　**27 SEGMENTS  (RUNNING 00:21:45.400)**

**1.  PAGE 5:22 TO 5:25  (RUNNING 00:00:04.700)**

```
   22                  Mr. Matias, could you tell us who
   23      your employer is?
   24           A.     Robert Wood Johnson University
   25      Hospital.
```

**2.  PAGE 10:13 TO 11:08  (RUNNING 00:01:18.300)**

```
   13                  What software does Robert Wood Johnson
   14      currently use or license from Lawson Software?
   15           A.     Right now we are currently using --
   16      I'm assuming you're speaking modules?
   17           Q.     Yes.  Modules and applications or
   18      however it is you would refer to them.
   19           A.     Okay.  Right now we're using what is
   20      called RSS, Requisitions Self-Service.  It's where
   21      the end user orders their supplies.  We use the
   22      inventory management tool.  It's where all the
   23      inventory's housed, storeroom, house stock.  We
   24      also use the general ledger, AP and budget module
   25      and we also use a module called MSCM, and that's a
00011:01    module that we use to go up and bar count the units
   02      that have bar codes.  It's a hand-held technology.
   03           Q.     Okay.  And is inventory management,
   04      is that the same as inventory control?
   05           A.     Yes.
   06           Q.     Okay.  And does Robert Wood Johnson
   07      also license Purchase Order?
   08           A.     We use the PO module, yes.
```

**3.  PAGE 11:09 TO 11:12  (RUNNING 00:00:08.000)**

```
   09           Q.     And does law -- excuse me.  Start over.
   10                  Does Robert Wood Johnson license
   11      Procurement Punch-Out?
   12           A.     No.
```

**4.  PAGE 11:13 TO 12:08  (RUNNING 00:01:14.900)**

```
   13           Q.     Does Robert Wood Johnson license
   14      Lawson's EDI software?
   15           A.     Yes.  We do use EDI here.
   16           Q.     Okay.  Is there any other software
   17      modules or applications that you're aware of that
   18      Robert Wood Johnson licensed from Lawson?
   19           A.     Let's see what else.  We use add-ins
   20      to extract and upload data but that's an Excel --
   21      you know, in conjunction with Excel.
   22           Q.     Were these add-ins provided by
   23      Lawson?
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:45 PM**

**0_W3301**

```
09             A.   Gowns and gloves, yes, they're in
10     there.
11             Q.   Okay.  Could you explain what types
12     of data are included about the items that are in
13     the Item Master?
14             A.   Sure.  In the Item Master we take and
15     put the description.
16                  Lawson only has 30 characters for the
17     Description field so we get creative and if it's a
18     suture, you know, we start it with s-u-t and then
19     try to fit it in all the dimensions, you know, six
20     by whatever centimeters.
21                  It contains the manufacture number so
22     in case we ever call the vendor and we need to
23     identify the item to them, we got to give them the
24     manufacture number.  It contains a unit of measure
25     which is usually the unit of measure that is
00017:01     stocked by us and the manufacturer and is usually
02     the purchase unit measure so if it's a box, you
03     know, we're buying it by the box.  If it's an each,
04     you know, we're issuing out by the each, we're
05     buying by the box, that's all that the Item Master
06     has.
07             Q.   Okay.  And when someone -- let me
08     start over.
09                  If a requester wants to purchase a
10     particular item or put in a request for that item
11     to be purchased would they base their choice of
12     which item they need on that item description?
13             A.   There's a couple of ways that the
14     requester could find the item.
15                  There's a -- a screen called PO 15
16     and it's basically -- they're a template so
17     whatever items they want to see when they log in we
18     put all those items under that template so they
19     will only see that template.  If the item's not in
20     there, then in RSS, requisitional service, they
21     could do the search option and search for a
22     description, manufacture number, catalog number,
23     you know, and then they go narrow, narrow the item
24     and pick the one that they want.
```

**9. PAGE 19:09 TO 20:06 (RUNNING 00:01:24.800)**

```
09             Q.   Mr. Matias, do you know how many
10     vendors Robert Wood Johnson uses within the Lawson
11     procurement system?
12             A.   My God.  Right off the top of my head
13     I'm going to say 3,000.
14             Q.   And do you know who the largest five
15     vendors are that Robert Wood Johnson uses?
16             A.   I know the number one is Owens Minor.
17     Then you have Medtronic.  Then you have Synthes --
18             Q.   Sorry.  Could you spell that?
19             A.   S-y-n-t-h-e-s.  And the other two not
20     off the top of my head.
21             Q.   Okay.  So is it -- is the vendor
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:45 PM**

**0_W3301**

```
        22    information associated with items in Item Master
        23    somehow provided in the system?
        24           A.     The vendor information we get from
        25    finance -- finance bills the vendor.  They tell us
00020:01      the vendor number and if we build an item, then we
        02    associate the item in another location called IC 12
        03    to that vendor.
        04           Q.     Okay.  So the vendors are associated
        05    with -- with items in the Item Master using IC 12?
        06           A.     Correct.
```

**10. PAGE 20:07 TO 20:15 (RUNNING 00:00:31.300)**

```
        07           Q.     Okay.  And what if a particular item
        08    has more than one vendor associated with it?
        09           A.     In Lawson it can only have one vendor
        10    associated to it.  Then if we buy that same item
        11    from another vendor, then there's another screen
        12    called PO 13.3 that we could associate the same
        13    Lawson number to multiple vendor item numbers which
        14    in essence turns out to be different vendors.
        15    That's a rare occasion.
```

**11. PAGE 22:18 TO 24:05 (RUNNING 00:01:31.700)**

```
        18           Q.     I see.  If you -- say, for instance,
        19    if Robert Wood Johnson wanted to order a box of
        20    paper clips --
        21           A.     Mm'mm.
        22           Q.     -- and they could order it from
        23    Staples or, say, Office Max --
        24           A.     Mm'mm.
        25           Q.     -- realizing I know that you say you
00023:01      don't have any office supplies in your system --
        02           A.     Right, right.
        03           Q.     -- but assuming that you did, then
        04    how would you go about making it in the Item Master
        05    such that those paper clips could be ordered from
        06    either vendor; either Staples or Office Max?
        07           A.     Okay.  In -- in the Item Master it
        08    doesn't have vendor information.  It's just like
        09    the core of the items.  It just has a description
        10    and the unit of measure.
        11                  Then when you move into IC 12 that's
        12    where you associate the vendor to it so it's
        13    automatically going to default to whatever vendor
        14    we have set up there.
        15                  Now, if they want to buy -- let's
        16    say, Staples is on back order for those paper clips
        17    and they to buy from Office Depot, then before they
        18    go search for it, it's not going to show up unless
        19    we add it into PO 13.3 as another option for that
        20    same Lawson number and then when it gets to a PO,
        21    we got to be knowledgeable to change the vendor
        22    from Staples to Office Depot.
        23           Q.     So you would only have one Lawson
        24    item number?
        25           A.     For paper clips.
```

```
    06        information, they go into another option that's the
    07        search button and -- and it searches the entire
    08        Item Master.  They could put in the Lawson number.
    09        They could put our old inventory number from our
    10        old system because we carry that over.  They can
    11        put a manufacture number.  A word.  Let's say
    12        they're searching for gloves.  You can put glove
    13        and everything that contains that word glove will
    14        come up and then they have to, you know, narrow the
    15        search by picking up the one that they really want
    16        and that's how they search for an item.
    17                Q.    Okay.  And when you're talking about
    18        the requester performing this search would this all
    19        be done within Requisition Self-Service?
    20                A.    Yes.
```

**16. PAGE 28:12 TO 28:21 (RUNNING 00:00:28.000)**

```
    12                Q.    Okay.  So within Requisition
    13        Self-Service could you tell me which of the search
    14        functions that Robert Wood Johnson has available
    15        for its requesters?
    16                A.    It's just -- it's -- when you go into
    17        the Requisition Self-Service at the top of the
    18        button it has just the word search and you click on
    19        search, another screen pops up with a little field
    20        and you get to type in whatever information you
    21        want to type in to search.
```

**17. PAGE 29:03 TO 29:13 (RUNNING 00:00:18.900)**

```
    03                Q.    Are you familiar with something
    04        referred to as UNSPSC codes?
    05                A.    Yes.
    06                Q.    Does Robert Wood Johnson use UNSPSC
    07        codes?
    08                A.    No.
    09                Q.    So Robert Wood Johnson doesn't have
    10        any UNSPSC codes designated for the items --
    11                A.    Correct.
    12                Q.    -- in the Item Master?
    13                A.    Correct.
```

**18. PAGE 29:20 TO 30:15 (RUNNING 00:00:50.000)**

```
    20                Q.    Are you familiar with the Advance
    21        Search feature within the Requisition Self-Service
    22        application?
    23                A.    Yes.
    24                Q.    And is that enabled on the Robert
    25        Wood Johnson implementation?
00030:01                A.    Yes.  And that's where the end user
    02        searches, you know, like I explained before, the
    03        items.
    04                Q.    And could you explain how the Advance
    05        Search feature works?
    06                A.    Sure.  When the end user logs into
    07        RSS, you know, all the -- their fields already
    08        populated.  Then on the top, you know, you click on
```

```
          09      advance search and that's where you type in the
          10      Lawson item number, the description, you know,
          11      glove, you know, the manufacture number and
          12      anything that contains -- whatever you typed in
          13      there pops up on your screen and that's where you
          14      have to, you know, pick the right item that you
          15      want to order.
```

**19. PAGE 32:17 TO 35:05 (RUNNING 00:03:15.300)**

```
          17              Q.      Mr. Matias, can you briefly explain
          18      how purchase orders are generated using Lawson's
          19      procurement software?
          20              A.      Mm'mm.  Okay.  So the purchase orders
          21      are generated when the user goes into requisitions
          22      of service, they find their item.  You know, they
          23      put their quantity in.  They hit check-out.  Our
          24      buyers are instructed to pull down those orders at
          25      ten o'clock in the morning and at 2:30 in the
    00033:01      afternoon.  They run what is called PO 100 so every
          02      requisition that's sitting out there puts it into a
          03      PO and that's how it gets created.
          04              Q.      Okay.  And how does that purchase
          05      order actually get transmitted to Robert Wood
          06      Johnson's vendors?
          07              A.      Sure.  So after the buyer runs PO
          08      100, they get a report of all the POs that were
          09      created.  They go in and verify the pricing and
          10      everything's correct.  Once they're done, on the
          11      top right-hand corner there's a release function.
          12      You click release and depending on how we have it
          13      set up in the back end, either EDI or fax or, you
          14      know, E-mail the system automatically knows how to
          15      send those POs out.  You know, they have to run
          16      another -- we have it set up to automatically run
          17      another job called PO 120 that gathers all the POs
          18      and then another job that's run, ED 501, if it's an
          19      EDI and that's also scheduled to run and that's how
          20      it goes out.
          21              Q.      So EDI is one of the options for
          22      actually transmitting the purchase orders --
          23              A.      Mm'mm.
          24              Q.      -- to the vendors?
          25                      And do you know about what percentage
    00034:01      of purchase orders get transmitted by virtue of the
          02      EDI?
          03              A.      I'm going to say 75 percent.
          04              Q.      Okay.  And does Robert Wood Johnson's
          05      vendors provide information on whether the items
          06      ordered in these purchase orders are actually in
          07      inventory once the purchase order's transmitted?
          08              A.      Rephrase that for me.  Do you mean do
          09      they give us acknowledgment if they received the
          10      order and they have the item?
          11              Q.      Yes.  Exactly.
          12                      Do they provide any sort of
          13      information about the availability of the items --
```