# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### 2011-1456 - EPLUS V LAWSON SOFTWARE



Date of docketing:  06/27/2011

Appeal from:  United States District Court/  Eastern District of Virginia
case no. 09-CV-0620

Cross-appellant(s):  ePlus, Inc.

**Critical dates include:**
- Date of docketing.  See Fed. Cir. R. 12.
- Requests for extensions of time.  See Fed. Cir. R. 26 and 27.  **N.B. Delayed requests are not favored by the court.**
- Briefs.  See Fed. Cir. R. 31.  **N.B. You will not receive a separate briefing schedule from the Clerk's Office.**
- Settlement discussions.  See Fed. Cir. R. 33.
- **ORAL ARGUMENT SCHEDULE CONFLICTS.** *(Objections to the scheduling of oral argument should be immediate.)*  See Practice Note following Fed. Cir. R. 34.

Pro se parties should refer to the Guide for Pro Se Petitioners and Appellants.

**Attachments:**
- Official caption to all.

Jan Horbaly
Clerk

cc:  US District Court, Eastern District of Virginia
Donald R. Dunner
Scott L. Robertson



# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

**Revised: June 27, 2011**

Official Caption[1]

2011-1396, -1456

EPLUS, INC.,

          Plaintiff-Cross Appellant,

v.

LAWSON SOFTWARE, INC.,

          Defendant-Appellant.

Appeals from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620, Senior Judge Robert E. Payne.

Authorized Abbreviated Caption[2]

EPLUS V LAWSON SOFTWARE, 2011-1396, -1456

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.