# EXHIBIT B

# Searching for Matching Items Using Search Index

