# PX-0112

PX-0112



# Inventory Control User Guide

**Version 9.0.1**
Published November 2008

**Lawson Supply Chain Management**

Christopherson
EXHIBIT NO. 22
DATE 10/19/09
REPTR LAB
MERRILL LEGAL SOLUTIONS

L0032249
CONFIDENTIAL

Document Number ICUG-901UWA-02

**Legal Notices**

Lawson® does not warrant the content of this document or the results of its use. Lawson may change this document without notice.

**Export Notice:** Pursuant to your agreement with Lawson, you are required (at your own expense) to comply with all laws, rules, regulations, and lawful orders of any governmental body that apply to you and the products, services or information provided to you by Lawson. This obligation includes, without limitation, compliance with the U.S. Foreign Corrupt Practices Act (which prohibits certain payments to governmental officials and political parties), U.S. export control regulations, and U.S. regulations of international boycotts. Without limiting the foregoing, you may not use, distribute or export the products, services or information provided to you by Lawson except as permitted by your agreement with Lawson and any applicable laws, rules, regulations or orders. Non-compliance with any such law, rule, regulation or order shall constitute a material breach of your agreement with Lawson.

**Trademark and Copyright Notices:** All brand or product names mentioned herein are trademarks or registered trademarks of Lawson, or the respective trademark owners. Lawson customers or authorized Lawson business partners may copy or transmit this document for their internal use only. Any other use or transmission requires advance written approval of Lawson.

© Copyright 2008 Lawson Software. All rights reserved.

PX0112, Page 2 of 301

L0032250
CONFIDENTIAL

## What are UNSPSC Codes?

Lawson has incorporated the usage of UNSPSC codes which is a standardized way of categorizing items that people use in commerce. The UNSPSC codes were developed by the United Nations in association with Dun & Bradstreet.

The codes have four levels: segment, family, class, and commodity. These levels create an item hierarchy and allows the user to search for each level for items in the Item Master file.

### Example

When the user searches through the segment Office Equipment they would see the following selections.

| Segment | Family | Class | Commodity | Description |
|---|---|---|---|---|
| 44 | | | | Office Equipment |
| 44 | 10 | | | Office Machines |
| 44 | 11 | | | Computer Supplies |
| 44 | 12 | | | Office Supplies |
| 44 | 12 | 15 | | Mailing Supplies |
| 44 | 12 | 16 | | Writing Instruments |
| 44 | 12 | 16 | 01 | Mechanical Pencil |
| 44 | 12 | 16 | 02 | Black Stylist Pen |
| 44 | 12 | 16 | 03 | Black Pen |

## What are UPC Codes?

Universal Product Codes (UPC) represent an alternate product identifier for items. They are used primarily in the retail industry. In the Inventory Control application, you can associate a UPC code with an inventory item for tracking purposes. The UPC code includes additional item information, such as UPC type and unit of measure.

You can print UPC codes on labels for easy identification or scan them electronically.

## Loading UNSPSC Codes

If you use UNSPSC codes, this procedure explains how to load the UNSPSC codes using a CSV file. The codes can be attached to the Item Master records to create an item hierarchy. The UNSPSC code must be attached to an item in the Item Master file to be active. This allows you to search on categories in Lawson Requisitions Self-Service.

The CSV file needs to be placed in the following directory. Name the file what you want. The layout is:

UNIX users: **$LAWDIR**/*productline*/*interface directory*

Windows NT users: **%LAWDIR%**\*productline*\*interface directory*\

System i users: *LAWDIR/productline/interface directory*

| Field | Max Size |
|---|---|
| SEGMENT | 2 |
| FAMILY | 2 |
| CLASS | 2 |
| COMMODITY | 2 |
| CODE-SDESC | 20 |
| CODE-LDESC | 80 |



**Need More Details?** Check out the following concepts:

- "What are UNSPSC Codes?" on page 46

**STEPS** **To load UNSPSC codes**

1. Access Load UNSPSC Product Codes (IC516).
2. Enter the name of the file to be imported. If left blank, the default file name of ICITEMCODECSV will be used.
3. Enter the item groups that the imported codes should be assigned to. The process can be re-run for additional item groups.
4. Select Yes in the Report Only field to review what will be produced. No records will be updated by selecting Yes. Select No if you want to update without reviewing the report.

## Adding UNSPSC Codes

If you use UNSPSC codes and need to add new ones, this procedure explains how to add codes. You can also edit the existing codes from this form. For more information about UNSPSC codes, see the *Lawson Requisitions Self-Service User Guide*.



**Need More Details?** Check out the following concepts:

- "What are UNSPSC Codes?" on page 46

**STEPS  To add UNSPSC codes**

1. Access UNSPSC Product Codes (IC16.1).
2. To add a new code, consider the following fields.

   | | |
   |---|---|
   | **Item Group** | Select the item group you want the new code added to. |
   | **Segment, Family, Class, Commodity** | Enter the two-digit code for each level of the hierarchy. |
   | **Description** | Type the long description of the code. |
   | **Short Description** | Type a shortened version for the long description. This is the description that will be seen on the various forms that use UNSPSC codes. |

3. Select the Add form action. Other available form actions are Change and Delete.