# PX-0518A

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:21 PM

518-A

**0_W3301**

 **Oliver, Kristy (Vol. 01) - 03/11/2010**                                        1 CLIP  (RUNNING 00:57:13.200)

 Could you please state your name for the ...

**KOEDIT**                    **57 SEGMENTS  (RUNNING 00:57:13.200)**

**1.  PAGE 6:18 TO 6:22  (RUNNING 00:00:07.000)**

```
        18              Q     Could you please state your name for the
        19       record.
        20              A     Kristy Oliver.
        21              Q     And who are you employed by?
        22              A     Blount Memorial Hospital.
```

**2.  PAGE 8:24 TO 9:04  (RUNNING 00:00:18.200)**

```
        24              Q     -- could you take a moment, please, to
        25       review those 11-numbered topics on Pages 10 and 11,
  00009:01       and the question I'll have once you've reviewed them
        02       is whether you are prepared to testify today on
        03       behalf of Blount Memorial Hospital regarding each of
        04       these topics?
```

**3.  PAGE 9:05 TO 9:07  (RUNNING 00:00:07.800)**

```
        05              A     Yes, I am.  The document does refer to
        06       Punchout, and we do not own or license or use
        07       Punchout.
```

**4.  PAGE 10:06 TO 10:18  (RUNNING 00:00:30.300)**

```
        06              Q     What is your current job title at Blount?
        07              A     I'm Director of Materials Management and
        08       Home Medical Equipment.
        09              Q     And Home Medical Equipment?
        10              A     Yes.
        11              Q     And how long have you had that title?
        12              A     Five years.  I've been over materials for
        13       five years and home medical equipment for two.
        14              Q     What are the responsibilities of your
        15       job?
        16              A     Being Director of Materials Management,
        17       I'm over purchasing, receiving, inventory control,
        18       print shop and OR materials coordinator as well.
```

**5.  PAGE 11:14 TO 12:12  (RUNNING 00:01:02.500)**

```
        14              Q     What software does Blount currently
        15       license from Lawson?
        16              A     We use -- I don't -- I'm not sure I -- I
        17       mean, we -- our Human Resources Department, our
        18       Accounting and Finance Department and Materials
        19       Management use the suites of Lawson.
        20              Q     Okay.  And what suite does the Materials
        21       Management group use?
        22              A     The procurement suite with the
        23       Requisitions Self-Service.
        24              Q     Okay.  What procurement modules are
        25       included within the supply chain management or
  00012:01       procurement suite?  For example, does that include
```

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:21 PM

## 0_W3301

```
       02              Q     Did Lawson generate a Request for
       03       Proposal when it was considering switching from the
       04       Infinium system?
       05              A     Yes.
       06              Q     And what companies was the Request for
       07       Proposal issued to?
       08              A     McKesson, Cerner PeopleSoft and Lawson.
```

### 9. PAGE 14:23 TO 16:08  (RUNNING 00:01:36.700)

```
       23              Q     Were you responsible for compiling the
       24       Request for Proposal?
       25              A     There was a team that put in what needs
  00015:01       we would have in the software and then our IT
       02       department compiled the RFP.
       03              Q     Were you involved in generating a list of
       04       the functionality that you would need?
       05              A     Yes.
       06              Q     And what specific functionality were you
       07       interested in having in software that you would use
       08       for procurement?
       09              A     We wanted to be paperless.  We wanted
       10       inventory control to auto generate the orders based
       11       on what had been issued and received in the -- in our
       12       inventory.  We wanted an Item Master List to help
       13       control costs, and we wanted a contract management
       14       system to help us manage our contracts.
       15              Q     When you say an Item Master List, what
       16       are you referring to?
       17              A     Items that -- that people order
       18       frequently on a frequent basis for them to be able to
       19       go in.  They don't have to remember the vendor, the
       20       unit of measure that we need to order the item by.
       21       All that information is stored for them in Lawson,
       22       and they can go in there and search by several
       23       different things through the search catalog-in
       24       Requisitions Self-Service and add those items to a
       25       shopping cart and checkout and then that rolls down
  00016:01       to the purchasing folks, and they generate the
       02       purchase orders and send out the orders.
       03              Q     Now you're talking about the Item Master
       04       List that's currently -- you're referring to the Item
       05       Master List that's currently in the Lawson Software?
       06              A     Yes.
       07              Q     That's used by Blount today?
       08              A     Yes.
```

### 10. PAGE 17:04 TO 18:03  (RUNNING 00:01:44.000)

```
       04              Q     Do you know approximately how many items
       05       are currently in the Item Master?
       06              A     I think about 8,000.
       07              Q     And do you know approximately how many
       08       vendors are in the Item Master?
       09              A     I do not.
       10              Q     Can you give me some examples of the
       11       largest vendors that Blount uses that are in the Item
       12       Master?
```

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:21 PM

## 0_W3301

```
        13              A    Seneca that is our med search -- our main
        14         med search distributor that we -- we get the majority
        15         of our medical supplies through.  Cardinal is a large
        16         vendor that's also in Lawson.  The divisions of
        17         Johnson & Johnson, which would be Ethicon, Cordis.
        18              Q    What type of information about each item
        19         is contained in the Item Master?
        20              A    You have -- the ANSI format unit of
        21         measure is in there, a description of the item, the
        22         manufacturer item number if there's a separate vendor
        23         item number, the manufacturer description, and
        24         there's a -- we assign a purchasing class and an
        25         inventory class if that's applicable as well.  That's
  00018:01         stored in there, and the cost of the item, and how
        02         many is in each unit of measure; for example, six in
        03         a box or ten boxes in a case.
```

**11. PAGE 18:04 TO 18:09 (RUNNING 00:00:11.000)**

```
        04              Q    Do any of the items have images
        05         associated with them?
        06              A    Not at this time.
        07              Q    Do you intend to eventually include
        08         images in the Item Master?
        09              A    Hopefully, yes.
```

**12. PAGE 19:08 TO 19:22 (RUNNING 00:00:51.900)**

```
        08              Q    Now, does the system as it's configured
        09         at Blount, the Lawson Requisitions Self-Service
        10         system, include a functionality that allows a user at
        11         Blount to generate one or more purchase orders from a
        12         single requisition?
        13              A    Yes.
        14              Q    Does it also include a functionality that
        15         allows a user to select and search for particular
        16         items based on the item description within --
        17              A    Yes.  If they go into the search catalog,
        18         there's -- you can do an express search, which is
        19         just by the item number only.  You have to go to the
        20         search catalog to be able to search based on either
        21         manufacturer item, description or anything like that.
        22         That is more of an advanced search.
```

**13. PAGE 19:23 TO 20:07 (RUNNING 00:00:24.600)**

```
        23              Q    And within the advanced search
        24         functionality, is there the capability for a user at
        25         Blount to search both by manufacturer name and an
  00020:01         item description?
        02              A    No.  It would have to be one or the
        03         other.  Not at the same time.
        04              Q    Does it have, like, a bouillon capability
        05         of putting in a manufacturer name and then a space
        06         and then an item description so that it searches --
        07              A    Not that I'm aware of.
```

**14. PAGE 22:25 TO 23:02 (RUNNING 00:00:05.700)**

```
        25              Q    Okay.  Does -- are there -- are you
```

**0_W3301**

```
00023:01        familiar with the term UNSPSC?
      02               A    No.
```

**15. PAGE 23:03 TO 26:16 (RUNNING 00:03:46.600)**

```
      03               Q    Is there the capability for a user at
      04        Blount to search by category?
      05               A    Our purchasing classes and inventory
      06        classes -- how we have it categorized per my -- the
      07        example I gave with catheters, every catheter that we
      08        have in the Item Master List has a purchasing class
      09        of c-a-t-h for cath, and they can search based on
      10        that.  Gloves are in there as gloves.  Laboratory
      11        item are in there as lab.  Urology items are in there
      12        as u-r-o.
      13               Q    Okay.  So you can search by category in
      14        the sense that if you type U --
      15               A    Our own purchasing classes that we set up
      16        they are unique to us.
      17               Q    You created your own custom made
      18        categories --
      19               A    Yes.
      20               Q    -- that would allow a user to search by
      21        category?
      22               A    Yes.
      23               Q    And what kind of assistance did Lawson
      24        provide to Blount in creating the Item Master and all
      25        the information in it?
00024:01               A    They simply provided us a template
      02        spreadsheet with the fields that Lawson would
      03        require, and then we manually built all our items
      04        during the implementation phase and then provided the
      05        spreadsheet to Lawson, and they uploaded it or
      06        downloaded.
      07               Q    When you say that they -- they uploaded
      08        it, you mean Lawson uploaded it?
      09               A    Yes.  We had a consultant on-site during
      10        the implementation phase during particular times
      11        during implementation, and we would provide her with
      12        the information she needed, and we would send her the
      13        spreadsheet, and then she would put it in the system.
      14               Q    Was that -- that was a consultant who was
      15        working here at Blount?
      16               A    Yes, and she was an employee of Lawson.
      17               Q    What was her name?
      18               A    Katrina Rice.
      19               Q    And how long was Ms. Rice on-site here at
      20        Blount?
      21               A    Off and on for a seven-month period.  She
      22        would come and be here for, you know, two weeks, and
      23        then be gone for two weeks while we would work on the
      24        categories that she was needing us to finish, and
      25        then she would come back.
00025:01                    So it was sporadic over a seven-month
      02        period.
      03               Q    Was that in the second half of 2008?
      04               A    Yes.  That would have been from July 2008
```

```
05      through January 2009.
06          Q    And can you describe for me at a high
07      level the types of activities or assistance that
08      Ms. Rice was providing while she was here at Blount?
09          A    Mostly providing the templates, and if we
10      had questions as to what the field they were
11      needing -- you know, for example, if we didn't
12      understand what the manufacturer number was, she
13      would explain to us the type of data that she was
14      needing in the spreadsheet to make the Item Master
15      List accurate.
16               She helped in testing and training as
17      well.
18          Q    What kind of assistance did she provide
19      with testing?
20          A    They provided us generic test scripts
21      to -- so that we could get the test system set up and
22      train as well.
23          Q    Did Lawson provide Blount with scripts on
24      how to use Requisitions Self-Service?
25          A    Yes.
00026:01         Q    And did Lawson provide Blount with
02      scripts on how to create a requisition for a
03      particular item within Requisitions Self-Service?
04          A    Not a particular item, but how you would
05      do it, and then we would pick one of the items we had
06      set up, but they did not specify an item in their
07      test script.  It could be whatever item we chose to
08      pick.
09          Q    Did the test scripts provided by Lawson
10      include information on how to search within
11      Requisitions Self-Service?
12          A    Yes.
13          Q    Did the test scripts provided by Lawson
14      to Blount include information on how to generate
15      purchase orders?
16          A    Yes.
```

**16. PAGE 26:17 TO 27:03 (RUNNING 00:00:40.000)**

```
17          Q    Did the test scripts provided by Lawson
18      include information on searching for vendors within
19      the Item Master?
20          A    Not -- not -- not searching for vendors
21      within the Item Master, no, but searching for
22      vendors -- if you were at the Requisitions
23      Self-Service, you were doing a special item and you
24      needed to find a vendor that you were wanting to
25      order an item that wasn't in the Item Master List --
00027:01    you were ordering that as a special item -- the test
02      scripts explained how to find a vendor when you were
03      ordering something not in the Item Master List.
```

**17. PAGE 27:04 TO 28:04 (RUNNING 00:01:06.500)**

```
04          Q    You did mention earlier that -- you
05      testified earlier that Ms. Rice actually loaded in
06      items into the Item Master; is that correct?
```

**0_W3301**

```
07             A    Yes, sir.  Sorry.  I nodded.
08             Q    Thank you.
09                  Now, can you describe for me exactly what
10        types of items she loaded into the Item Master?  Was
11        it all the information that was in the Item Master?
12             A    Yes.  Yes, all of our inventory and
13        non-inventory items that we provided to her via the
14        spreadsheet.
15             Q    All of that information was loaded by
16        Ms. Rice into the Item Master that Blount uses?
17             A    We have -- since gone live, we have added
18        items ourselves, but during the implementation phase
19        the original Item Master List was set up, she did --
20        she loaded those items, and since then, we load our
21        own.
22             Q    So you went live, was it, January 1st,
23        2009?
24             A    Yes.
25             Q    So the day that the Item Master and
00028:01        Requisitions Self-Service went live at Blount that
02        Item Master and all the information in it had been
03        loaded by Ms. Rice for Blount?
04             A    Yes.
```

**18. PAGE 29:12 TO 29:19 (RUNNING 00:00:18.900)**

```
12             Q    Okay.  Now, who makes the decisions about
13        what non-stock items to include in the Item Master?
14             A    I do, in addition to our contract and
15        license purchasing manager based on the frequency of
16        ordering.
17                  If we see an item is being ordered
18        frequently, we try to get that item added into our
19        Item Master List.
```

**19. PAGE 34:06 TO 34:08 (RUNNING 00:00:10.000)**

```
06             Q    Can users at Blount create requisitions
07        through the requisitions module?
08             A    No.
```

**20. PAGE 34:09 TO 34:15 (RUNNING 00:00:13.000)**

```
09             Q    So the only way that a user at Blount can
10        create a requisition is through the Requisitions
11        Self-Service module?
12             A    Yes.  The only people that have access to
13        the standard Requisition module is the purchasing
14        agent, but we never use it, but we do have access to
15        it if needed.
```

**21. PAGE 35:12 TO 35:15 (RUNNING 00:00:12.900)**

```
12             Q    Does the Item Master that Blount
13        maintains include generally equivalent items like,
14        for example, similar catheters that are available
15        from different vendors?
```

**22. PAGE 35:18 TO 35:18 (RUNNING 00:00:00.500)**

```
      18                    THE WITNESS:  Yes.
```

**23. PAGE 36:20 TO 37:11 (RUNNING 00:00:50.000)**

```
      20           Q    And you mentioned that you viewed demos
      21      of the system?
      22           A    Yes.
      23           Q    In what form was that demo provided to
      24      you from Lawson?
      25           A    They came on-site and showed us the demo
00037:01      of the system.  I assume they were logged in via the
      02      Internet to show us test demo systems.
      03           Q    After you informed Lawson that you were
      04      interested in purchasing their software, what was the
      05      next step in the process of actually signing a final
      06      contract?
      07           A    Contract negotiation for pricing, legal
      08      review of the verbiage in the contract, and then
      09      establishing a timeline for the implementation and
      10      determining the Lawson consultants that would be
      11      coming on-site.
```

**24. PAGE 37:23 TO 38:24 (RUNNING 00:01:18.600)**

```
      23           Q    Who was Ms. Rice's primary contact here
      24      at Blount?  Who was she working with at Blount?
      25           A    Me.
00038:01           Q    And what kind of interaction did you have
      02      with her?
      03                In other words, what kind of work were
      04      you guys involved with during those seven months that
      05      she was present here?
      06           A    Going back to the spreadsheets that I
      07      referred to earlier, making sure that the data was
      08      loaded correctly in those and that, you know, we were
      09      meeting the needs that -- and providing the
      10      information for the required fields that Lawson has
      11      and then testing once that information was loaded in
      12      the system.
      13           Q    In addition to licensing software from
      14      Lawson, did Blount also agree to any sort of
      15      maintenance or sign a contract so that Lawson would
      16      provide maintenance for that software?
      17           A    Yes.
      18           Q    And what kind of maintenance does Lawson
      19      provide to Blount for the software it licensed?
      20           A    They provide technical support.  They
      21      also provide -- they will log-in to our servers and
      22      load our patches and help -- you know, help with any
      23      problems that we have through our service and
      24      maintenance agreement with them.
```

**25. PAGE 38:25 TO 39:10 (RUNNING 00:00:29.000)**

```
      25           Q    Do you have any assistance on-site from
00039:01      Lawson consultants?
      02           A    No.
```

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:21 PM**

## 0_W3301

**27. PAGE 42:07 TO 43:15 (RUNNING 00:01:26.000)**

```
07            Q    And who trained you on those test scripts
08       that were provided by Lawson?
09            A    Katrina.
10            Q    And she also trained the other Super
11       Users you called them?
12            A    Yes.
13            Q    Are they called Super Users because they
14       are frequent users of the system?
15            A    Yes, and we trained the trainer.  She
16       trained us, and we trained everybody else.
17            Q    So she's the original trainer?
18            A    Yes.
19            Q    She trains you, and then you train --
20            A    All 700 through -- all the rest of them.
21            Q    How many people have access to the
22       Requisitions Self-Service system at Blount?
23            A    I think we have -- we have about 600
24       approved requisition users.
25            Q    So I assume that not all those people are
00043:01       in the Materials Management group?
02            A    No.
03            Q    What other groups of employees at Blount
04       have access to Requisitions Self-Service?
05            A    Each department will have anywhere from
06       one to, you know, ten people even -- that have access
07       to do ordering for their area.  All the nurses -- I
08       say that.  Most of the nurses have access to be able
09       to go in and order items.  Some of our nursing
10       requisitioners can just order from our inventory
11       storeroom.  They don't have access to order any
12       non-stock items direct or any special items that
13       aren't in the Item Master List.  That depends on how
14       their record is set up in Lawson for what they --
15       their -- they can do.
```

**28. PAGE 44:15 TO 44:21 (RUNNING 00:00:21.800)**

```
15            Q    Okay.  Could you turn, please, to B-17.
```

📄 **PX0225-0013 - PX0225-0013**

```
16       Do you see there's a document entitled here scenario
17       log for configuration acceptance testing?
18            A    Yes.
19            Q    And handwritten at the bottom it says
20       Lawson test scripts?
21            A    Yes.
```

**29. PAGE 46:20 TO 47:04 (RUNNING 00:00:17.000)**

```
20            Q    Okay.  Now the create requisition through
21       RSS is that a script that describes how to create
22       requisitions through Requisitions Self-Service?
23            A    Yes.
24            Q    And that's a test script that was
25       provided by Lawson to Blount?
00047:01            A    Yes.
```

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:21 PM

## 0_W3301

```
        11              A    Yes.
        12              Q    Is this a list, to your understanding, of
        13      the requirements that -- the requirements that Blount
        14      had included in its Request for Proposal, and then
        15      the chart next to each requirement indicates whether
        16      Lawson is capable of fulfilling that requirement?
        17              A    Yes.
        18              Q    Okay.  If you turn to page L83406, it's
```

📄 PX0226-0048 - PX0226-0048

```
        19      Page 41 of the document.  Do you see under the
        20      section requisitioning there is number ten at the
        21      bottom of the page?
        22              A    Yes.
        23              Q    And it states:  Allows users to place
        24      stock, non-stock and non-catalog items from multiple
        25      sources on one requisition?
 00054:01              A    Yes.
        02              Q    Was that a functional requirement in the
        03      Request for Proposal that Blount issued to Lawson?
        04              A    Yes.
```

**37. PAGE 54:05 TO 54:17 (RUNNING 00:00:45.100)**

```
        05              Q    And is that a function that's included in
        06      the software that Lawson provided to Blount?
        07              A    No -- I mean, we don't allow them to go
        08      out to a vendor catalog.  The source is -- they can
        09      order stock and non-stock and put it on the same
        10      requisition, but it all has to come from our Item
        11      Master List or a direct, but they could still put --
        12      or a special, maybe even something that's not in our
        13      Item Master List.  They could still put an inventory
        14      item, a non-stock item that's in the Item Master List
        15      as well as a special item that is not in the Item
        16      Master List all those -- all three could be on one
        17      requisition.
```

**38. PAGE 54:18 TO 54:24 (RUNNING 00:00:23.900)**

```
        18              Q    So to clarify, a user at Blount using
        19      Lawson's Requisitions Self-Service can create a
        20      requisition for multiple non-stock items that are
        21      generally equivalent yet come from different vendors
        22      and then create -- and create purchase order from
        23      that one requisition?
        24              A    Yes.
```

**39. PAGE 56:22 TO 57:21 (RUNNING 00:01:35.000)**

```
        22              Q    Can you take a look, please, at Page 51.
```

📄 PX0226-0058 - PX0226-0058

```
        23      Functional requirement four.
        24              A    Yes.
        25              Q    It says:  Quote, manages price catalogs,
 00057:01      purchase orders, purchase order confirmations and
        02      invoice transactions.  Can you describe for me what
```