# PX-0520A

**Case Clip(s) Detailed Report**
**Sunday, January 09, 2011, 1:33:45 PM**

# 520-A

## 0_W3301

---

 **Matias, Manuel D. (Vol. 01) - 03/10/2010**                    1 CLIP  (RUNNING 00:21:45.400)

 Mr. Matias, could you tell us who ...

| MMEDIT | 27 SEGMENTS  (RUNNING 00:21:45.400) | ███████████ |

**1.  PAGE 5:22 TO 5:25  (RUNNING 00:00:04.700)**

```
22              Mr. Matias, could you tell us who
23      your employer is?
24              A.    Robert Wood Johnson University
25      Hospital.
```

**2.  PAGE 10:13 TO 11:08  (RUNNING 00:01:18.300)**

```
13              What software does Robert Wood Johnson
14      currently use or license from Lawson Software?
15              A.    Right now we are currently using --
16      I'm assuming you're speaking modules?
17              Q.    Yes.  Modules and applications or
18      however it is you would refer to them.
19              A.    Okay.  Right now we're using what is
20      called RSS, Requisitions Self-Service.  It's where
21      the end user orders their supplies.  We use the
22      inventory management tool.  It's where all the
23      inventory's housed, storeroom, house stock.  We
24      also use the general ledger, AP and budget module
25      and we also use a module called MSCM, and that's a
00011:01    module that we use to go up and bar count the units
02      that have bar codes.  It's a hand-held technology.
03              Q.    Okay.  And is inventory management,
04      is that the same as inventory control?
05              A.    Yes.
06              Q.    Okay.  And does Robert Wood Johnson
07      also license Purchase Order?
08              A.    We use the PO module, yes.
```

**3.  PAGE 11:09 TO 11:12  (RUNNING 00:00:08.000)**

```
09              Q.    And does law -- excuse me.  Start over.
10              Does Robert Wood Johnson license
11      Procurement Punch-Out?
12              A.    No.
```

**4.  PAGE 11:13 TO 12:08  (RUNNING 00:01:14.900)**

```
13              Q.    Does Robert Wood Johnson license
14      Lawson's EDI software?
15              A.    Yes.  We do use EDI here.
16              Q.    Okay.  Is there any other software
17      modules or applications that you're aware of that
18      Robert Wood Johnson licensed from Lawson?
19              A.    Let's see what else.  We use add-ins
20      to extract and upload data but that's an Excel --
21      you know, in conjunction with Excel.
22              Q.    Were these add-ins provided by
23      Lawson?
```

**0_W3301**

---

```
         24                A.      Yes.
         25                Q.      So does Robert Wood Johnson license
   00012:01       the Microsoft add-ins from Lawson Software?
         02                A.      Yes.
         03                Q.      Okay.  Thanks.
         04                       Mr. Matias, do you know how long
         05       Robert Wood Johnson has licensed Lawson's
         06       procurement software?
         07                A.      About four months now.  We -- we went
         08       live November 1st.
```

**5.  PAGE 12:23 TO 13:06  (RUNNING 00:00:20.400)**

```
         23                Q.      Okay.  When did the implementation
         24       begin for the Lawson procurement software?
         25                A.      April?  April of 2009.
   00013:01                Q.      April of 2009.  Okay.  Thank you.
         02                       So altogether the implementation took
         03       roughly -- let's see --
         04                A.      Six months.
         05                Q.      -- seven months?
         06                A.      Seven months, yes.
```

**6.  PAGE 13:12 TO 13:23  (RUNNING 00:00:29.400)**

```
         12                Q.      Okay.  Mr. Matias, are you familiar
         13       with the term Item Master?
         14                A.      Yes.
         15                Q.      Could you explain what the Item
         16       Master is?
         17                A.      Sure.  Item Master in Lawson is
         18       called IC 11.  It's where we house all of our
         19       inventory supplies whether it's stock or nonstock
         20       and that -- that is where the end user on the floor
         21       gets their information from.  It houses the Lawson
         22       item number, the description, the unit of measure,
         23       manufacture number.
```

**7.  PAGE 14:20 TO 15:09  (RUNNING 00:00:50.900)**

```
         20                Q.      Okay.  Thank you.
         21                       Do you know approximately how many
         22       items are in the Item Master as implemented by
         23       Robert Wood Johnson?
         24                A.      Right now we have roughly 36,000
         25       items.
   00015:01                Q.      And could you describe the types of
         02       products that are available in the Lawson
         03       procurement system?
         04                A.      Sure.  We have everything from
         05       implants to medical/surgical supplies to lab
         06       supplies to gastroenterologist supplies.  We have
         07       all sorts of screws, bolts, bandages, gauzes, IV
         08       solutions, reagents, hip implants, stents,
         09       pacemakers, IC -- AICDs for the pacemakers.
```

**8.  PAGE 16:07 TO 17:24  (RUNNING 00:02:12.600)**

```
         07                Q.      What about things like medical gowns
         08       or gloves?
```

## 0_W3301

```
09               A.     Gowns and gloves, yes, they're in
10      there.
11               Q.     Okay.  Could you explain what types
12      of data are included about the items that are in
13      the Item Master?
14               A.     Sure.  In the Item Master we take and
15      put the description.
16                      Lawson only has 30 characters for the
17      Description field so we get creative and if it's a
18      suture, you know, we start it with s-u-t and then
19      try to fit it in all the dimensions, you know, six
20      by whatever centimeters.
21                      It contains the manufacture number so
22      in case we ever call the vendor and we need to
23      identify the item to them, we got to give them the
24      manufacture number.  It contains a unit of measure
25      which is usually the unit of measure that is
00017:01 stocked by us and the manufacturer and is usually
02      the purchase unit measure so if it's a box, you
03      know, we're buying it by the box.  If it's an each,
04      you know, we're issuing out by the each, we're
05      buying by the box, that's all that the Item Master
06      has.
07               Q.     Okay.  And when someone -- let me
08      start over.
09                      If a requester wants to purchase a
10      particular item or put in a request for that item
11      to be purchased would they base their choice of
12      which item they need on that item description?
13               A.     There's a couple of ways that the
14      requester could find the item.
15                      There's a -- a screen called PO 15
16      and it's basically -- they're a template so
17      whatever items they want to see when they log in we
18      put all those items under that template so they
19      will only see that template.  If the item's not in
20      there, then in RSS, requisitional service, they
21      could do the search option and search for a
22      description, manufacture number, catalog number,
23      you know, and then they go narrow, narrow the item
24      and pick the one that they want.
```

**9.  PAGE 19:09 TO 20:06  (RUNNING 00:01:24.800)**

```
09               Q.     Mr. Matias, do you know how many
10      vendors Robert Wood Johnson uses within the Lawson
11      procurement system?
12               A.     My God.  Right off the top of my head
13      I'm going to say 3,000.
14               Q.     And do you know who the largest five
15      vendors are that Robert Wood Johnson uses?
16               A.     I know the number one is Owens Minor.
17      Then you have Medtronic.  Then you have Synthes --
18               Q.     Sorry.  Could you spell that?
19               A.     S-y-n-t-h-e-s.  And the other two not
20      off the top of my head.
21               Q.     Okay.  So is it -- is the vendor
```

## 0_W3301

```
00024:01               Q.      For paper clips.  But you would have
      02        two vendor items associated with --
      03               A.      Right.
      04               Q.      -- that one item?
      05               A.      Correct.
```

**12. PAGE 24:06 TO 24:10  (RUNNING 00:00:11.500)**

```
      06               Q.      Okay.  And when you did a search for
      07        the item the way I understand you explained it, you
      08        would only see the item pop up associated with one
      09        of the two vendors?
      10               A.      The primary vendor, right.
```

**13. PAGE 24:11 TO 25:06  (RUNNING 00:00:56.000)**

```
      11               Q.      The primary vendor.  How is that
      12        primary vendor designated?
      13               A.      In IC 12.  When -- and I'll show you
      14        when we get into the system.  There's a source
      15        button that you have to pick a vendor to the item.
      16               Q.      Okay.  And at what point would you be
      17        able to switch from that primary vendor to the --
      18               A.      Secondary.
      19               Q.      -- secondary vendor?
      20               A.      In PO 13.3 you have a capability of
      21        marking one of the items as the default so whenever
      22        the PO gets created it automatically puts that
      23        vendor item number instead of the other one.
      24               Q.      But could you also select a different
      25        vendor as you're building the requisition?
00025:01               A.      They are -- the end users are able to
      02        select a vendor.  If they're building a requisition
      03        like from scratch, the item already does not exist
      04        in the Item Master but if it already exists in the
      05        Item Master they can't select another vendor.  We
      06        have to change the PO before it goes out.
```

**14. PAGE 25:07 TO 25:10  (RUNNING 00:00:07.800)**

```
      07               Q.      So there's no way for the requester
      08        to select the secondary vendor as they're creating
      09        the requisition?
      10               A.      Correct.
```

**15. PAGE 25:18 TO 26:20  (RUNNING 00:01:16.600)**

```
      18               Q.      How -- how does a requester go about
      19        finding product items in the Lawson procurement
      20        system?
      21               A.      Okay.  So the requester only has
      22        access to requisitions of service.  You know, when
      23        they log in, all their information populates.  You
      24        know, the accounting, you know, the cost center,
      25        where the supplies are going to get charged to.
00026:01                       They have a couple options.
      02                       They go into their shopping list
      03        which is the PO 15 that's already created and if
      04        another Lawson number item, they just search for
      05        the Lawson item number.  If they don't have any
```

## 0_W3301

```
06        information, they go into another option that's the
07        search button and -- and it searches the entire
08        Item Master.  They could put in the Lawson number.
09        They could put our old inventory number from our
10        old system because we carry that over.  They can
11        put a manufacture number.  A word.  Let's say
12        they're searching for gloves.  You can put glove
13        and everything that contains that word glove will
14        come up and then they have to, you know, narrow the
15        search by picking up the one that they really want
16        and that's how they search for an item.
17                Q.      Okay.  And when you're talking about
18        the requester performing this search would this all
19        be done within Requisition Self-Service?
20                A.      Yes.
```

**16.  PAGE 28:12 TO 28:21  (RUNNING 00:00:28.000)**

```
12                Q.      Okay.  So within Requisition
13        Self-Service could you tell me which of the search
14        functions that Robert Wood Johnson has available
15        for its requesters?
16                A.      It's just -- it's -- when you go into
17        the Requisition Self-Service at the top of the
18        button it has just the word search and you click on
19        search, another screen pops up with a little field
20        and you get to type in whatever information you
21        want to type in to search.
```

**17.  PAGE 29:03 TO 29:13  (RUNNING 00:00:18.900)**

```
03                Q.      Are you familiar with something
04        referred to as UNSPSC codes?
05                A.      Yes.
06                Q.      Does Robert Wood Johnson use UNSPSC
07        codes?
08                A.      No.
09                Q.      So Robert Wood Johnson doesn't have
10        any UNSPSC codes designated for the items --
11                A.      Correct.
12                Q.      -- in the Item Master?
13                A.      Correct.
```

**18.  PAGE 29:20 TO 30:15  (RUNNING 00:00:50.000)**

```
20                Q.      Are you familiar with the Advance
21        Search feature within the Requisition Self-Service
22        application?
23                A.      Yes.
24                Q.      And is that enabled on the Robert
25        Wood Johnson implementation?
00030:01          A.      Yes.  And that's where the end user
02        searches, you know, like I explained before, the
03        items.
04                Q.      And could you explain how the Advance
05        Search feature works?
06                A.      Sure.  When the end user logs into
07        RSS, you know, all the -- their fields already
08        populated.  Then on the top, you know, you click on
```

**0_W3301**

```
09        advance search and that's where you type in the
10        Lawson item number, the description, you know,
11        glove, you know, the manufacture number and
12        anything that contains -- whatever you typed in
13        there pops up on your screen and that's where you
14        have to, you know, pick the right item that you
15        want to order.
```

**19.  PAGE 32:17 TO 35:05  (RUNNING 00:03:15.300)**

```
17                Q.     Mr. Matias, can you briefly explain
18        how purchase orders are generated using Lawson's
19        procurement software?
20                A.     Mm'mm.  Okay.  So the purchase orders
21        are generated when the user goes into requisitions
22        of service, they find their item.  You know, they
23        put their quantity in.  They hit check-out.  Our
24        buyers are instructed to pull down those orders at
25        ten o'clock in the morning and at 2:30 in the
00033:01  afternoon.  They run what is called PO 100 so every
02        requisition that's sitting out there puts it into a
03        PO and that's how it gets created.
04                Q.     Okay.  And how does that purchase
05        order actually get transmitted to Robert Wood
06        Johnson's vendors?
07                A.     Sure.  So after the buyer runs PO
08        100, they get a report of all the POs that were
09        created.  They go in and verify the pricing and
10        everything's correct.  Once they're done, on the
11        top right-hand corner there's a release function.
12        You click release and depending on how we have it
13        set up in the back end, either EDI or fax or, you
14        know, E-mail the system automatically knows how to
15        send those POs out.  You know, they have to run
16        another -- we have it set up to automatically run
17        another job called PO 120 that gathers all the POs
18        and then another job that's run, ED 501, if it's an
19        EDI and that's also scheduled to run and that's how
20        it goes out.
21                Q.     So EDI is one of the options for
22        actually transmitting the purchase orders --
23                A.     Mm'mm.
24                Q.     -- to the vendors?
25                       And do you know about what percentage
00034:01  of purchase orders get transmitted by virtue of the
02        EDI?
03                A.     I'm going to say 75 percent.
04                Q.     Okay.  And does Robert Wood Johnson's
05        vendors provide information on whether the items
06        ordered in these purchase orders are actually in
07        inventory once the purchase order's transmitted?
08                A.     Rephrase that for me.  Do you mean do
09        they give us acknowledgment if they received the
10        order and they have the item?
11                Q.     Yes.  Exactly.
12                       Do they provide any sort of
13        information about the availability of the items --
```

**0_W3301**

---

```
    14                  A.      Yes.
    15                  Q.      -- in the purchase order?
    16                  A.      Yes.  We are contracted with this
            company called Global Healthcare Exchange, GHX for
    17
    18      short, and anything that's EDI -- you know, the
    19      vendor has to be a partner of GHX so whenever we
    20      set up an EDI vendor we get the information from
    21      GHX so when we transmit our POs, you know, it's
    22      realtime.  The buyer could log on -- log into that
    23      portal of GHX and check the acknowledgment of the
    24      vendor; it's on back order, you know, the price
    25      changed, the unit of measure should be box instead
00035:01      of each.
    02                          If it's a fax, then the buyers have a
    03      common code that says please fax or acknowledge,
    04      you know, to our office or E-mail me or
    05      acknowledgment so we know that you got the PO.
```

**20.  PAGE 35:06 TO 35:19  (RUNNING 00:00:35.000)**

```
    06                  Q.      Okay.  So could you explain what
    07      GHX's role is --
    08                  A.      Sure.
    09                  Q.      -- in submitting the purchase orders?
    10                  A.      GHX is like a -- a middleman
    11      repository for -- for mostly all healthcare
    12      facilities in the United States.
    13                          It's basically -- they're the ones
    14      controlling like the partner set-up, you know, with
    15      the vendor.  They're the ones setting up all the ED
    16      transactions and then they just feed us the
    17      information to make it easier for us instead of
    18      going to every single vendor to get their EDI
    19      information.
```

**21.  PAGE 35:20 TO 36:05  (RUNNING 00:00:20.900)**

```
    20                  Q.      Okay.  So any time Robert Wood
    21      Johnson transmits a purchase order via EDI they're
    22      actually sending it to GHX?
    23                  A.      X.  And GHX sends it to the vendor.
    24                  Q.      I see.  And then the vendor in return
    25      would --
00036:01                  A.      Send it --
    02                  Q.      -- send something back --
    03                  A.      -- to GHX --
    04                  Q.      -- to GH...
    05                  A.      -- and then we go look at it online.
```

**22.  PAGE 36:06 TO 36:20  (RUNNING 00:00:41.900)**

```
    06                  Q.      Okay.  Great.  So if the vendor
    07      provides information on the availability of items --
    08                  A.      Mm'mm.
    09                  Q.      -- how is that done?
    10                  A.      I don't know how they do it to GHX,
    11      but we just -- when we log into the Web site we
    12      just see our PO number and the lines that were in
    13      the PO and if it's wrong it has a red line through
```