# EXHIBIT B

# RIMS searched for Items from Multiple Sources

**'989 Patent 3:18-28**

Inventory portions of database 20 includes data describing the items and quantities thereof available at a particular Distributor warehouse 30 and at other Distributor warehouses. Other portions of database 20 includes item records for **each Product regularly sold by the Distributor.** Each item record preferably includes information such as Distributor's catalog or part number for the Product, Distributor's list price, Distributor's current cost, Distributor's supplier (vendor) for the Product and a code identifying the Product as part of a product grouping to be treated similarly for customer discounting purposes.

→ **Items from Distributor**

**'989 Patent 3:32-37**

As described below, database 20 may contain cross-references from Distributor's catalog number to its vendor's part number and to similar **catalog numbers of other suppliers or distributors** for the same Product, either as a part of the item record, in a separate cross-reference file or both.

→ **Items from "other suppliers or distributors"**

**'989 Patent 3:62-4:3**

Host database 20 also includes data regarding Distributor's cost prices and vendors for items from third-party suppliers 37 and 38 which are regularly distributed by Distributor to its customers. Host database 20 also includes data regarding **items from third-party suppliers** 39 whose products the Distributor does not routinely supply to its customers. Distributor may elect to stock in Distributor warehouse 30 some or all of the items of a particular vendor of either type 38 or of type 39.

→ **Items from third-party suppliers**

DX-7