# PX-136

**PX-0136**



Welcome to this presentation on Requisition Self-Service 8.1, 9.0. This presentation is applicable to the Requisition Self-Service 81053 release for 8.1 and the 9.004 release for 9.0. Many of the features and functions are available in previous version, however there were many new changes added to the 81053 and 9.0004 releases. So if you have previous version for Requisition Self-Service, some of this presentation may still be applicable.



1

LE02932685



This presentation will cover an overview of Requisition Self-Service, setup needed for the core application and other supporting technology setup needed for specific functions within Requisition Self-Service.

This presentation will address how to define search capabilities and show you the shopping experience based on some of your setup option or choices you may have made.

Within Requisition Self-Service you will have the ability to view/modify requisitions as well as maintain shopping list. This presentation also covers approving requisitions, receiving and the Requisition Self-Service configuration file that may affect your processing and options within Requisition Self-Service.

2

LE02932686



Requisition Self-Service has many great features. Such as multiple search capabilities. You can search the catalog, which will search for items in your item master or vendor items. It also allows you to search on keywords for up to 29 fields based on your setup.

You can also search based on categories, which can use the UNSPSC code categories. UNSPSC stands for United Nations Standard Products and Services or Universal Standard Products and Services Classifications which provide designated categories for items. UNSPSC codes were developed by the United nations in association with Dunn & Bradstreet. It has four level, segment, family, class and commodity.

Express Order allows you to quickly order an item if you know the exact item number for the item in the Item Master.

The shopping list allows you to choose items based on a Procurement Template you create in PO15.

Punchout allows you to access vendor websites, shop and return selections to a Lawson Requisition. The user access a Vendor Managed catalog where items and prices are determined by trading partners relationships. so each Punchout experience is unique.

Additional features include the capability to do receiving within Requisition Self-Service, Approve Requisitions and maintain procurement templates you can access through the shopping list. These other functions are bundled into Requisition Self-Service so they have a new look and feel similar to Requisition Self-Service.

3

LE02932687



This is an example of what Requisition Self-Service looks like when you first access it. The tasks that are available for the user display on the top, such as shopping, inquiring on requisitions and profile information about the user. The requester information automatically defaults based on the procurement and webuser or user profile setup.  Hot keys are available (in 8.1.0.53 and 9.0.4 versions) to eliminate a power user's need to pick up the mouse.

4

LE02932688



Within the core applications there is some initial setup that needs to be completed to utilize Requisition Self-Service. There are some Company-wide defaults, requester information and specific fields on the purchase order vendor that may be set.

5

LE02932689



On the Inventory Control Company, you can set Company-wide parameters to determine which tasks you will allow your users to have. You need to select at least one task. If you have more than one task, you need to put then in a sequential order. So if you don't want to do Punchout, but you want to do all the other tasks, you would need to leave Punchout blank and only define 5 numbers (such as making Categories number 5), as long as they are in sequential order.

You also have the option to only list items that come from a vendor contract or inventory items. Inventory items would only display items that have an IC12 inventory record at the From Location based on the From Location on the requisition. If indicate that the user can only list IC12 records, the user will get an error if they pick a task and they don't have a From Location identified on the Requisition Header. (CTP-803-45078, 810-45079, 90-45080). If you indicate that you only want inventory items, you don't need the Specials and Service tasks since the items are not internal items, however Requisition Self-Service will still allows users to use Punchout, even though the items are brought into the requisition a special type items. If you allow the tasks and set the List Only Internal Items or Contract Items to yes, then the user would get an error when they try and access these tasks.

Inventory items will show with a  ✓+  and non-inventory items will display as a ✓ when searching for items through the catalog. This is available in 8.03 through CPT 45853, 8.1 CTP 45854 and 9.0 CTP 45855 .

6

LE02932690

You have similar options on the requester. If you set the parameters at the requester, these would override the parameters on the IC Company. You also have the option on the requester to allow dropships. If you don't allow the requester to flag requisitions as drop ship (meaning the items would be delivered to a non-standard location and no receiving would be done), then the user won't see the the dropship tab in Requisition Self-Service.

7

LE02932691



On the Purchase Order Vendor you could set the flag to allow or not allow, changes to a Punchout line. If you set this to no, then you could not change any information once you pull the item in from the vendors website into a requisition. If you try to change any information, you would get an error. Dell Computers is a great example of why you may set this to no. They have specific tracking information tied to items and they hold this information for a specific time and will not except a Purchase Order if users have made any changes to the line.

8

LE02932692



For a user to utilize Requisition Self-Service to create requisitions, the user must be linked to a requester in the web user record (RD30-pre-90 technology & security) or within "Manage Identities" in the User Maintenance section within the Security Administrator (90). When the user logs into Requisition Self-Service, the requester information will then default in for the specific person.

To utilize Punchout, you must setup some supporting technology and additional e-procurement records. Such records include the user records and e-Procurement templates. These records allow Procurement Punchout to allow users to punch out to specific vendors. Access the Procurement Punchout Administration Guide for more information Punchout setup.

9

LE02932693



There is additional setup that can be done in the application to assist with search capabilities within Requisition Self-Service, such as keywords, UNSPSC codes and classes.

10

LE02932694

Within the Item Group, you can access the search button which allows you to determine link keyword fields related to the item, that you can search on. Since this is setup on the Item Group, the key words searches that are available are applicable to all Companies attached to this Item Group.

11



In the Keyword Search Setup (IC00.5), you can decide on which keyword origins to use. For example, I have set this up to use the item number, description (field 1), 2nd description field and First Alpha User Field. You can use page down to see additional fields. There are 29 fields you can setup as keyword fields to search for items within Requisition Self-Service. Fields come from the Item Master (IC11) and Vendor Item (PO13) records.

12

LE02932696



After you determine which keywords you want to use in the Item Group (IC00), you need to run the Keyword Search Load (IC800) for all of the Keyword origins that you selected. This will load keywords for items that already exists and future additional items. The Keyword Search Load (IC800) usually only needs to be done once (per each keyword origin), unless you add more keywords in your Item Group (IC00.1). Then you need to run this for any new keywords that you have added.

13

LE02932697

Once you have created keywords, you can create synonyms for the keywords. So if your looking for white towels and someone searches for ivory towels, they can still find the item. Synonyms could be used for items with common misspellings or common abbreviations. For example is someone abbreviates gloves as GLV they could still find the item if you spelled the word gloves out (g-l-o-v-e-s) or searched by GLV.

14

LE02932698



Requisition Self-Service also allows you to search on categories based on UNSPSC Product Codes. UNSPSC stands for United Nations Standard Products and Services or Universal Standard Products and Services Classifications which provide designated categories for items. UNSPSC codes were developed by the United nations in association with Dunn & Bradstreet. It has four levels; segment, family, class and commodity.

UNSPSC codes can be added in IC16 or can also be loaded using IC516. Once you have added the codes (either manually or uploaded), you then need to add them to items.

15

LE02932699

UNSPSC Codes can be added in the Classes tab under the Item Code within the Item Master (IC00.1). You must add all four codes to an item. Each code is a 2 digits. If you create your own hierarchy, then later decide to use UNSPSC codes, you would need to clean-up the old codes. Basically remove them from items and then delete the codes as the system will not override what you have previously entered with the new codes that you download. You could use Microsoft Add-ins as well to load this information.

If you set up inventory classes or purchasing classes as keywords, you can also identify them in the Item Master and they would be available to search on as well to find items.

16

LE02932700



**LAWSON**

**Test Your Knowledge – Overview/Setup**

Click on the button to access a quiz about Requisition Self-Service
Overview & Setup

QUIZ –
Requisition Self-Service
Overview/Setup

Page 17

17

LE02932701



Once you have completed the setup, you can now shop for items. The Requisition Self-Service shopping experience includes user profile and requisition header information and shopping. Shopping can include searching for items through your internal catalog (or the item master), shopping via shopping lists, which comes from Procurement Templates, ordering items not in your item master (specials) or services, quick entry or finding item using express order, shopping via UNSPSC categories and/or punching out to the vendor's catalog to find items.

18

LE02932702



When you enter Requisition Self-Service your requester and requester information (From Company, Requesting Location, etc) populates based on the requester added to your Web User record (RD30) or user profile record.

On the Basic tab, you can change the requesting company (in the newest version), identify delivery dates, priority and specific deliver to information if wanted.

The Company select field makes it easier to do intra-Company requisitioning. This enhancement requires you set the Company select value =true in the rss_config.xml file. Then you'll be able to change the Company as well as the Requesting Location in the Profile,from the values that default when you log in on a requisition by requisition basis. Once a requisition number is assigned the Company can't be changed. When you change the Company it clears the Requesting Location on the Basic Profile and the From Company, From Location and Accounting information on the Detail Profile. When you select a task and begin shopping the From Location and From Company tied to that Requesting Location will default to the Profile (as well as accounting information). If it's not fully set up in RQ01 to default you may have to manually populate some of these fields.

The **NEW** button starts a new requisition from where you are. So if lines aren't saved from a previous shopping experience or if the cart is empty, the requisition header will be deleted a new requisition is created on the next task selection. The New button is like the refresh button in previous versions on Requisition Self-Service in that it will clear cookies, etc.

**Clear** clears items from cart, however the current header remains.

**Print** launches a new window for print preview. The requisition can be sent to default desktop printer (or network printer) from there.

**Save** saves lines to database. A change on line detail does not update the database until they are Saved.

**Checkout** saves items to database, empties cart, and releases requisition.

19

LE02932703



You can use the Detail Profile tab to identify the Cost Default Vendor, currency, buyer and tax information. If you select a field that is a fairly large table, such as vendors, you can use the filter or find capabilities to narrow your search.

20

LE02932704



You can use the Detail Profile tab to identify the Cost Default Vendor, currency, buyer and tax information. If you select a field that is a fairly large table, such as vendors, you can use the filter or find capabilities to narrow your search.

21

LE02932705



If you select SEARCH, you can then identify a value to search for a record. In this example I am searching for all vendors within a specific postal code.

22

LE02932706



When search for an alpha right field (which acts like a numeric field, such as vendor number), it brings up any records that have that numeric value in the field you are searching in. So the number 1 brought up record 1, 10 51, etc.

23

LE02932707



If your header information is set to default, simply selecting a task from Find / Shop starts creating an order. You won't be able to add lines to your requisition until you have a Requesting Location and From Location populated in your Profile. You also won't be able to select a vendor or buyer, but you can key this data in the field if you know the values you want to use.

Once you select a task, a requisition number (or requisition header) is created.

24

LE02932708



Once a requisition number is created, you have the ability to attach a URL to the header or add comments. Both are done through the comments tab. From the Profile here's where you add the comment (once a requisition has been assigned).

25

LE02932709



The inquiry for comments and urls looks like this.

26

LE02932710



The attachments are also available on Requisition Header drills. So it is available on drill when doing approvals, etc.

27

LE02932711



This is how the comments and/or url displays on drills.

28

LE02932712



When using the Search Catalog task, you enter the value you want to look for in the search field. As soon as you type in the third letter the system begins searching for matching 'keywords' and displays the results as a dropdown list. Keywords exist because you enable certain fields as 'searchable' in IC00.5 and run IC800 to build keywords from these fields. These fields come from fields in the files ITEMMAST (IC11) ITEMLOC (IC12) and/or POVENITEM (PO13).

You cannot search search on special characters alone. If you try to do this you will get an error message.

29

LE02932713



After 3 letters, the system will start looking for matching keywords and display the results as a dropdown list. If the requester highlights one of those keywords in the list of results and hit enter or click 'search' again it kicks off a more precise search on the selected keyword, getting them closer to the desired result.

Keywords exist because you enable 'searchable' fields in IC00.5. These fields come from ITEMMAST (IC11) ITEMLOC (IC12) and/or POVENITEM (PO13) fields. Then you'll run IC800 which builds the keywords from the fields enabled in IC00.5. Once you've taken these initial steps keywords are built dynamically as items are added to IC11, IC12 etc.

You can also search for items by inventory class, manufacturer number, or whatever fields you identified as keyword fields.

30

LE02932714



Through the rss_configuration file, you can display the Advanced search tab which gives you specific options on how you want to search. Keep in mind, the regular search feature STILL searches by ALL available keywords or origins you defined. So anytime you search, the system will try and find matches based on ALL the keywords or origins you said you could search by. The only thing that the advanced search can do is to ignore specific records. So if you were looking for gloves and you didn't want cotton gloves, the system would only bring back records that did not contain cotton in the record.

31

LE02932715



You can also search for things that you may have setup as synonyms. For example, I took the keyword beige which already has synonyms assigned and then used Item Search. My results show any items that have the keyword or the synonym in the word.  Type in a word with a synonym and find like words. If we type in the full description and search, a single item is found. However, I could have type in white stapler and the beige stapler would have shown as an option for me to select.

32

LE02932716



Sometimes there aren't clear matches and so search suggestions are returned based on keywords that exist. All of these examples have 295 somewhere in their record, however 295 exactly wasn't found.

33

LE02932717



If you get multiple search results, you can click on the item number and see additional information about the item. This is a non-inventory item, but if it was an inventory item, you could also see Stock on Hand and Available Stock on Hand.

34

LE02932718



The search results are displayed including any specific details such as manufacturing information, vendor items, and other specifics (SKU, UPC, UPN, UPN1, NDC, or Vendor Items).

35

LE02932719



Once you have the list of items you can adjust the quantity, which defaults to one and you can change the UOM and/or view valid UOM's for the item. If the item does not have cost information, the cost field will be enterable, so you can enter a cost in for the item as well. You can then select the items to add to the cart by using the "Add All" or selecting specific items and using the "ADD" or "Add Selected" function as well.

36

LE02932720



Once items have been moved to the cart you have the ability to modify the lines. If you make a change to the line you need to click the change button, then either do a save draft or check out. You can also delete an item from the cart or view errors. You can mouse over the cart items to see the specific error message for the line.

Correct the errors, then save or check out. If you haven't saved your lines first, the application will save them as it checks you out. When you see the message below, you've successfully created a requisition!

You could also use the Save function to save the requisition, but not release it. The checkout function releases the requisition.

37

LE02932721



Another way you can find items are by Categories. Categories represent UNSPSC codes and can be defined on IC16.1 or imported using IC516.1.

The top level categories will be displayed. Select a category you want to search within.

38

LE02932722



You can click on the category hyperlinks to move backwards or forwards in your search, so either broadening your search or narrowing your search. You can use the add, add all or add selected functions to add items to the cart. Once items have been moved to the cart you have the ability to modify the lines.  If you make a change to the line you need to click the change button, then either do a save draft or check out.

39

LE02932723



A Shopping List is a list of frequently ordered items. Before you use a Shopping List to create requisitions you must create a Shopping List in Shopping List Maintenance (covered later in this presentation) or set one up on Templates (PO15). A Shopping List (Template) must have at least one participant; you must be one of the participants to use the shopping list. Mouse over on the Find/Shop, when the drop down appears click on Shopping List. There are three different types of shopping lists that may be available to a user: Company, which has a Company as a participant, thus anyone associated with this company (based on the users Requesting location, etc), may use this shopping list; Location, which as a specific location as a participant, thus anyone associated with this location (based on the users Requesting location, etc.) may use this shopping list: and Requester which has the specific requester as a participant, so only the Requester can use this template. Once you select either the Company, Location or Requester Shopping List, you will see the application listings.

40

LE02932724



Once you select a Shopping List from which to create a requisition, the lines appear on the page. If you see the items you want while viewing the shopping list lines, you can add them to the cart. You can add items one by one by simply clicking the Add button, "Select All" – will move all line items in the window to the cart and "Add Selected" will move only the item you check.

The Search field allows you to search within a Shopping List for an item. Enter a string of characters into the search box and the system returns results containing that string of characters. For example if you search on 'non', any item that contains the string 'non' will be returned: non stock, nonstock, or anonymous would appear Or in this case pen would display pens and pencils.

When you click on an item in the search results you're returned to the item on the template line. You'll see the item displayed in the order it holds on the template. You can then selects items and add them to the requisition.

41

LE02932725



Mouse over Find/Shop on the menu bar, when the drop down list appears click Special/Service. To add a Special or Service type item to an order you'll need to enter an item, description, UOM, quantity, etc. If you don't enter a quantity, it will default to 1 but remember, there are required fields and if they aren't populated the system will provide as message. For example, "Field is required – UOM". We also have new options in the configuration file that allow you to indicate which fields are required by changing the background color like shown in yellow.

When you've entered the necessary information, click "Add" to move the item to the cart. Once items are in the cart you can bring up line item details and modify the information if necessary.

42

LE02932726



There are special item validation options in the configuration file that will work with specials and service. These are global settings that affect all users; the options are Skip and Warn.

Skip means there is no item validation against Lawson items (this is the delivered configuration and the way the application worked in the past.)

Warn means you will be asked if they want to transfer to the item catalog to find and add the item to the Requisitions. The system will then show you like or similar matches. You can then select an item from the item catalog or go back to specials and services and add the item.

43

LE02932727



You can also determine how to handle item descriptions within the configuration file. There are three options to control the length of item descriptions which will globally affect the way the field or fields appears. The settings choices are auto, explicit and none.

Auto is the default setting we deliver. If the entered description exceeds 30 characters, then the first 30 characters will be seen as the description, and the entire (30 character +) description becomes a line comment (attachment) which can be viewed by drilling just like any other comment attached to a requisition or PO line.

Explicit limits the description field to 30 characters and an additional comment box is provided

44

LE02932728



None limits the description to 30 characters and there is no comment box provided. To add a comment the user would need to bring up the line item detail and enter a comment as with other item types.

45

LE02932729



Another way to create a Requisition is by using the Express Order. Express Order is designed fast entry if you know what you want to order. In this case, since you now what you want to order, you never have to take your hands off the keyboard.  You can enter the item you like by entering the item number. Then tap the tab key, hit the enter key and the system searches for the item. When you see data populate you can hit enter again and voila!  Your item is added to the cart!

If you need to order more than a quantity of one, you can tab forward to the quantity field, make your change, and then hit enter to add the item to the cart, or do a shift+tab to move back to the Add button and tap it again to add the item to the cart. You can now Save or Checkout to finish processing your Requisition.

If the system can't find the item, a message will appear to indicate that the item isn't in your item master. You then have the option to transfer to specials/service screen, if you want to order this item as a special item. If you are not allowed to enter specials or services, the message will just indicate that the item was not in your item master and you can try another item number or find/shop another way.

46

LE02932730



Punchout allows you to access a vendor define site to order items from a specific vendor. The vendor manages this site, but works with you to determine the contents, etc of the site. Once you select the Punchout option, you will see the specific vendors you have determined that you can Punchout to shop with. You can view the Lawson current partner listing available for Punchout on support.lawson.com within the knowledge base. Just search for trading partners.

To begin shopping, click on one of the vendor icons to shop on their website.

47

LE02932731



You will be brought to the vendor's specific website to begin shopping. Search for you items and select what you want. Each vendor's site may look and feel a little different. Again, the vendor is maintaining this site, however they work with you to determine what items you want available and specific pricing that you may have outside of their normal catalog prices.

Once you have selected the item or items you want to order, you will check out of the vendor's site using "checkout".

48

LE02932732



Once you have checked out at the vendor's site, the system will bring back the item or items into your cart. You can then finish the requisition. Based on the vendor's setup (in Lawson Procurement) you may or may not edit the item you brought back from the vendor site. If the "Allow Change to Punchout Line" flag on the PO vendor (PO10) record is set to No, you can't change any of the item information. Specific vendors require this because they have specific tracking information kept with the record and they do not want this information changed.

49

LE02932733



50

LE02932734



Within Requisition Self-Service, you can also view and modify requisitions. Within this area, you can view, change, copy and/or delete information. There is also an information column on the requisition to provide additional information about the requisition if needed.

51

LE02932735



In Order Inquiry, you can inquire on all requisitions you created, and filter the data by requesting location, description, reference number or requisition number. You can also select the specific status or statuses of the requisitions you are looking for.

52

LE02932736



Line Inquiry allows you to search by requisition line.  It filters data by item, creation date or requesting location, line status or a combination of these.

From either inquiry type you may view or copy the requisition.  Copy is an option on all requisitions.

53

LE02932737



If you select the copy feature, you have the option to copy specific header and/or line information. All other information about the requisition not displayed in these options, will automatically be copied over to the new requisition, however if the requester cannot override costs, the costs may not be copied over from the requisition. Also, you cannot copy an item if it came from Punchout.

54

LE02932738



Some organization allow users to maintain specific shopping lists. From the portal navigation, you can give the All Shopping Lists and /or the Requester Shopping Lists function. The All Shopping Lists bookmark would allow the user to change any shopping lists associated with their company, requesting location and/or requester. If you give the user the Requester Shopping List, the user could only change shopping list in which their requester was a participant. The user can select a specific shopping list and change item information or copy the shopping list.

If the user has access to All Shopping Lists, the user can decide to change item information and/or participant information.

55

LE02932739



You will have the ability to add items, delete items, or change item information on the template, such as the quantity, uom, account information, etc. (More information is available, when you click on the item number). You can also reorder the line numbers. Just put the line number that you want in the field and tab out of the field. The system will then resequence the line number. So for example, if I put 3 in the current line number 5 field, which in this case is staples, once I tab out of this field the system will move staples to line number three and move the rest of the lines down, so line 4 will now be the pens.

Once you have made your changes you can select another shopping list or select the New List to create a new shopping list. The New List function is available for both All Company and Requester shopping lists maintenance functions.

56

LE02932740



When you create a new lists, you need to identify a name, description and the From Company and Location where you except to get the items from. Once you add this information you can then select the specific items to add to your template. The system will only display the items based on the requester setup. So if the requester can only list internal items, only internal items will be available for the user to select to add to their shopping list.

For the All Company lists, the user would need to identify the participants. If a new shopping list is created from the Requester Shopping List, the requester is automatically added as a participant.

You also can print our your shopping list at any time using the Print option available within the shopping list maintenance.

57

LE02932741



Requisition approvals are also available through Requisition Self-Service. Within the approval process, you can find all requisitions that need approval based on your approval authority, review approval and requisition detail information and take action on the approvals.

58

LE02932742



When you enter your authorization ID you'll see a list of all requisitions waiting for approval display along with the value and requester. Requisitions highlighted in blue are waiting for your approval, the ones that are not highlighted have to be approved at a lower level before you can approve them.

59

LE02932743



Mousing over the little "i" on the right will display approval info in the header space on the Approval screen. If you place your cursor over the little "i" on the right hand side of the approval line, the Approval code and approval level information is displayed in the screen header area.

This information icon is available on the Requisition inquiry form as well, so you can also get information about requisition approvals from the Inquire screen. A text box would appear to show you the approval information.

60

LE02932744



You can drill on the requisition link to see details about what is requested. Drill arounds are also available from the ProcessFlow Inbasket if you are using this for Requisition approvals.

61

LE02932745



You can get Requisition header information or line specific information.

62

LE02932746



Requisition Self-Service also allows users to receive items. This may be the case where items are directly sent to an area and they are responsible for receiving the items, rather than having one centralized area receive all items and then distribute them.

Within the receiving process, you can identifying additional information if needed. (I.e. back orders, serial, lot, bins numbers, etc.)

63

LE02932747



There is a new look and feel and some changes to functionality to allow you to receive open PO's from a wider selection of data. The PO's on the initial page include all open PO's without receipt activity for a company.

From within that selection you can search by PO number or PO code, you can also sort the open PO by entering a company, buyer, requester, requesting location and/or vendor and doing a search.

You're no longer limited to receiving only your own requisition PO's, although the Company you have set up in RQ04 on your requester will default into the page when you log into the service center.

You can use the Select/Filter fields to find PO lines open for receiving or sort though PO's to find what you want to receive.

Click on the "View PO" button to see information about the purchase order.

64

LE02932748



From the "View PO" functions, you can view the header information as well as the line information.

65

LE02932749



Once you select a purchase order, you just click on the PO number and then you can start receiving the items.

Once a PO is selected for receipt you have the option to receive all, when you click the "Select All" button. The "Select All" function populates all the lines quantity with the remaining quantities. You could also enter the received qty and select the "Review" function, which would add the receipt, but not release it (in case you want to make any changes). Or you could add the quantities and select the "Submit" function which releases the receipt. Once you release a receipt, you can't make any changes.

When you are receiving, you can identify if you want to cancel any backorders on a partial receipt, or cancel the remaining. You can enter Bins, Lot and Serial Tracking information on your receipt, as well as MSDS information.

If you made mistakes, someone in your organization would have to do a receiving adjustment to correct this. If you haven't received all of the items or quantities, the purchase order will be available to receive the remaining quantities. Cancel deletes the record.

Once you click Submit, you'll get confirmation that the Receipt is released

.

66

LE02932750



If the item is lot or serial tracked, once you add the quantity, the system will identify that you need additional information. This can be accessed through the detailed button, which is available once you add the quantity received. From this button you can add lots or serial numbers for the item or items.

67



68

LE02932752



Requisition Self-Service delivers a configuration file which allows you to set some global parameters such as item validation, comment creation and server logging.

Requisition Self-Service (or RSS) is now delivered as a war or ear file (rss.war, rss.ear). Each deliverable is a full deployment of the product.

RSS Utility page (/rss/html/utility.htm) replaces the Requisition Settings page. It allows RSS configuration changes to be made without stopping and restarting the server. There is also a link for client defined Help text. The Help/About link displays the RSS version for easy access to all users.

69

LE02932753



Requisition Self-Service's configuration file allows you to control several setting. These are global settings, so not all users should be given access to this file. Once you make changes to the configuration file, the changes can be deployed without restarting the server. So if you have decided later in your implementation or later in the process that you want to change some of the configuration, you can do this at any time.

The configuration information is stored in the rss_config.xml file. 9.0 Technology stores this information in the $LAWDIR/system directory. 8.03 Technology store this information in the same are, however it may also be in remote configurations.

The rss.war file ensure that the correct configuration file is deployed. For example, a client upgrades with a new rss.war and does not upgrade the rss_config.xml file, they will get an error indicating that the rss_configuration file is not the correct version. The version number is located within the file.

Reloading and creating translation files are now easily available. They can be found at http://server:port/rss/html/utility.htm

70

LE02932754



If you make any changes to the configuration file, you can load the new setting by selecting the reload configuration file setting. If you are using locations (for different languages), the create translation files will rebuild the language file so you can get the translations displayed on the screen. The sweeper features is part of the functionality to transmit cxml files to the vendor. Consult the Procurement Punchout Administration guide for more information on this.

71

LE02932755



The configuration file allows you to modify specific information on the client. Some may help you with specific display information or selections, and others on helping with troubleshooting issues, etc.

For example, the "allow company select" indicates whether users can change the company on a requisition before the requisition is assigned a number.

The confirm_delete setting identifies if you want to have a conformation dialog box appear when completing deletions. This can be set to all, which means you receive a confirmation before any deletion; Some, which indicates that you only receive a deletion message when deleting large items, such as a requisition or your entire cart. You don't receive a confirmation when deleting individual lines or items; None indicates that you don't receive any message before deletions.

Within Requisition Self-Service you can indicate whether you want to hide unwanted fields and corresponding labels. You need to indicate the specific field ID you want to hide. You can find the field ID by holding down the Control, Shift and 'O' keys. You see information that appears in the status bar at the bottom of the screen. The ID value is the field ID. You should be careful not to hide any required fields as the system may not be able to create requisitions if this information is not available.

If you set required field values to true, the system will display required fields in a yellow color so they know which fields they need to define. We discussed this previously when talking about creating a requisition for a special item.

Show advance search allows you to display the advanced tab functionality within the catalog search. This would allow you to ignore specific records.

You can even display specific help text you may have created by setting the show_help values to true and indicating the url address where the text resides.

72

LE02932756



As we talked about previously, when creating a requisition from a special-type item, you can decide weather you want to validate against this item. The configuration contains the item validation parameter. Item validation indicates if you want the system to validate if an item is already in the item master when you are creating a special. Your choices are Skip or Warn.

Skip will add the special item without checking the item against the item catalog. This is how the system previously worked.

If you set this parameter to "warn", user are warned before they are allowed to add items as specials. They could then choose to add the items from the catalog search instead. For example, if I enter a specific item 99999999999999, the system will give you a message that if the same item or similar items are found.

73

LE02932757



When you click OK, the system will show you the items that matched. You can then either select a specific item or go back to the special/service screen.

74

LE02932758



Again as we talked about when creating a requisition from a special/service, from the configuration file allows you to control if you want comments to appear when adding specials/services.

If you select Auto, then comments are created only if the description exceeds 30 characters. Explicit indicates that comments are available through a separate area and the description is limited to 30 characters. If you select none, comments are not available and the user can only enter a 30 character description

75

LE02932759

## LAWSON   Configuration File Client Parameters (Cont.)

<client>

<setting id="allow_debug" value="true"/>

– Setting the value to true means **Ctrl-Shift-d** will open the debug page at any time

– Setting the value to "false" will prevent Ctrl-Shift-d from opening the debug page

<setting id="allow_trace" value="true"/>

– Setting the value to true means **Ctrl-Shift-t** will open the trace window at any time

– Setting the value to "false" will prevent Ctrl-Shift-t from opening the trace window

<setting id="browser_check" value="true"/>

– Indicates your are using IE6+ and Firefox 1+

Page 76

The debug allows you to open the debug page, which may help you identify errors so you can resolve issues, at any time by pressing Control-Shift-d.

If you allow trace, this will let you open a track window using the Ctrl-Shift-t function at any time.

The browser_check setting indicates whether you are using Internet Explorer 6+ and Firefox 1+. Set this to false if you are using another web browser that may not be fully supported.

76

LE02932760



To turn server logging on/off, change the "logging_on" setting to "true" or "false" in the rss_config.xml file (true turns logging on, false turns logging off)

Go to /rss/html/utility.htm and click the "Reload configuration file" button (a bookmark exists for this page). Turning debug on creates and authentication log and a user log.

The authentication log, rss_AUTHENTICATION.log debugs authentication errors. There is a user log to log specific information tracked or created by a user. The authentication log is different because the user is not yet signed in and RSS doesn't know who they are.

The user log is created and called rss_username_#.log where # is a unique number. This will log any actions taken for the user within Requisition Self- Service.

77

LE02932761



**LAWSON**

COBOL programs for RSS XML

RQIA- Gathers company and requester defaults

RQIB – Creates Requisition Header

RQIC – Brings back item lists (search, category, shopping lists)

RQID – Gathers Item detail and edits any changes to item detail

    Includes X, S, Express entry

RQIF – Retrieves requisition lines for viewing and modifying of requisition

    Updates server with line changes

    Releases requisition when 'checkout' is clicked

RQIG – Gathers shopping lists (names and descriptions)

RQIH – Retrieves information on items entered through Express

RQII – Retrieves requisition header for viewing and modifying

RQIJ – Copy function

Page 78

Requisition Self-Service is similar to Requisitions (RQ10), however it is also quite different. Requisition Self-Service uses server based code, so server information from Requisitions (RQ10) and web-based code. Requisition Self-Service are running the displayed Cobol programs in the background to allow for specific search capabilities, etc.

78

LE02932762



79

LE02932763



In review Requisition Self-Service contains shopping and maintaining requisitions and shopping lists, requisition approvals and receiving. There is some specific setup that is needed to use Requisitions Self-Service. Some setup is specific to what type of functions you want to allow within Requisition Self-Service as well as some supporting technology. The configuration file also allows you to set some global setting to determine how specific functions may work within Requisition Self-Service.

80

LE02932764



81

LE02932765