# PX-518A

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:21 PM

**518-A**

**0_W3301**

---

 **Oliver, Kristy (Vol. 01) - 03/11/2010**     1 CLIP  (RUNNING 00:57:13.200)

 Could you please state your name for the ...

**KOEDIT**           **57 SEGMENTS  (RUNNING 00:57:13.200)**

**1. PAGE 6:18 TO 6:22  (RUNNING 00:00:07.000)**

```
     18            Q    Could you please state your name for the
     19       record.
     20            A    Kristy Oliver.
     21            Q    And who are you employed by?
     22            A    Blount Memorial Hospital.
```

**2. PAGE 8:24 TO 9:04  (RUNNING 00:00:18.200)**

```
     24            Q    -- could you take a moment, please, to
     25       review those 11-numbered topics on Pages 10 and 11,
00009:01       and the question I'll have once you've reviewed them
     02       is whether you are prepared to testify today on
     03       behalf of Blount Memorial Hospital regarding each of
     04       these topics?
```

**3. PAGE 9:05 TO 9:07  (RUNNING 00:00:07.800)**

```
     05            A    Yes, I am.  The document does refer to
     06       Punchout, and we do not own or license or use
     07       Punchout.
```

**4. PAGE 10:06 TO 10:18  (RUNNING 00:00:30.300)**

```
     06            Q    What is your current job title at Blount?
     07            A    I'm Director of Materials Management and
     08       Home Medical Equipment.
     09            Q    And Home Medical Equipment?
     10            A    Yes.
     11            Q    And how long have you had that title?
     12            A    Five years.  I've been over materials for
     13       five years and home medical equipment for two.
     14            Q    What are the responsibilities of your
     15       job?
     16            A    Being Director of Materials Management,
     17       I'm over purchasing, receiving, inventory control,
     18       print shop and OR materials coordinator as well.
```

**5. PAGE 11:14 TO 12:12  (RUNNING 00:01:02.500)**

```
     14            Q    What software does Blount currently
     15       license from Lawson?
     16            A    We use -- I don't -- I'm not sure I -- I
     17       mean, we -- our Human Resources Department, our
     18       Accounting and Finance Department and Materials
     19       Management use the suites of Lawson.
     20            Q    Okay.  And what suite does the Materials
     21       Management group use?
     22            A    The procurement suite with the
     23       Requisitions Self-Service.
     24            Q    Okay.  What procurement modules are
     25       included within the supply chain management or
00012:01       procurement suite?  For example, does that include
```

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:21 PM

## 0_W3301

```
       02            Q    Did Lawson generate a Request for
       03       Proposal when it was considering switching from the
       04       Infinium system?
       05            A    Yes.
       06            Q    And what companies was the Request for
       07       Proposal issued to?
       08            A    McKesson, Cerner PeopleSoft and Lawson.
```

### 9. PAGE 14:23 TO 16:08  (RUNNING 00:01:36.700)

```
       23            Q    Were you responsible for compiling the
       24       Request for Proposal?
       25            A    There was a team that put in what needs
00015:01       we would have in the software and then our IT
       02       department compiled the RFP.
       03            Q    Were you involved in generating a list of
       04       the functionality that you would need?
       05            A    Yes.
       06            Q    And what specific functionality were you
       07       interested in having in software that you would use
       08       for procurement?
       09            A    We wanted to be paperless.  We wanted
       10       inventory control to auto generate the orders based
       11       on what had been issued and received in the -- in our
       12       inventory.  We wanted an Item Master List to help
       13       control costs, and we wanted a contract management
       14       system to help us manage our contracts.
       15            Q    When you say an Item Master List, what
       16       are you referring to?
       17            A    Items that -- that people order
       18       frequently on a frequent basis for them to be able to
       19       go in.  They don't have to remember the vendor, the
       20       unit of measure that we need to order the item by.
       21       All that information is stored for them in Lawson,
       22       and they can go in there and search by several
       23       different things through the search catalog-in
       24       Requisitions Self-Service and add those items to a
       25       shopping cart and checkout and then that rolls down
00016:01       to the purchasing folks, and they generate the
       02       purchase orders and send out the orders.
       03            Q    Now you're talking about the Item Master
       04       List that's currently -- you're referring to the Item
       05       Master List that's currently in the Lawson Software?
       06            A    Yes.
       07            Q    That's used by Blount today?
       08            A    Yes.
```

### 10. PAGE 17:04 TO 18:03  (RUNNING 00:01:44.000)

```
       04            Q    Do you know approximately how many items
       05       are currently in the Item Master?
       06            A    I think about 8,000.
       07            Q    And do you know approximately how many
       08       vendors are in the Item Master?
       09            A    I do not.
       10            Q    Can you give me some examples of the
       11       largest vendors that Blount uses that are in the Item
       12       Master?
```

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:21 PM

## 0_W3301

```
       13             A    Seneca that is our med search -- our main
       14        med search distributor that we -- we get the majority
       15        of our medical supplies through.  Cardinal is a large
       16        vendor that's also in Lawson.  The divisions of
       17        Johnson & Johnson, which would be Ethicon, Cordis.
       18             Q    What type of information about each item
       19        is contained in the Item Master?
       20             A    You have -- the ANSI format unit of
       21        measure is in there, a description of the item, the
       22        manufacturer item number if there's a separate vendor
       23        item number, the manufacturer description, and
       24        there's a -- we assign a purchasing class and an
       25        inventory class if that's applicable as well.  That's
00018:01        stored in there, and the cost of the item, and how
       02        many is in each unit of measure; for example, six in
       03        a box or ten boxes in a case.
```

**11. PAGE 18:04 TO 18:09 (RUNNING 00:00:11.000)**

```
       04             Q    Do any of the items have images
       05        associated with them?
       06             A    Not at this time.
       07             Q    Do you intend to eventually include
       08        images in the Item Master?
       09             A    Hopefully, yes.
```

**12. PAGE 19:08 TO 19:22 (RUNNING 00:00:51.900)**

```
       08             Q    Now, does the system as it's configured
       09        at Blount, the Lawson Requisitions Self-Service
       10        system, include a functionality that allows a user at
       11        Blount to generate one or more purchase orders from a
       12        single requisition?
       13             A    Yes.
       14             Q    Does it also include a functionality that
       15        allows a user to select and search for particular
       16        items based on the item description within --
       17             A    Yes.  If they go into the search catalog,
       18        there's -- you can do an express search, which is
       19        just by the item number only.  You have to go to the
       20        search catalog to be able to search based on either
       21        manufacturer item, description or anything like that.
       22        That is more of an advanced search.
```

**13. PAGE 19:23 TO 20:07 (RUNNING 00:00:24.600)**

```
       23             Q    And within the advanced search
       24        functionality, is there the capability for a user at
       25        Blount to search both by manufacturer name and an
00020:01        item description?
       02             A    No.  It would have to be one or the
       03        other.  Not at the same time.
       04             Q    Does it have, like, a bouillon capability
       05        of putting in a manufacturer name and then a space
       06        and then an item description so that it searches --
       07             A    Not that I'm aware of.
```

**14. PAGE 22:25 TO 23:02 (RUNNING 00:00:05.700)**

```
       25             Q    Okay.  Does -- are there -- are you
```