# PX-520A

**Case Clip(s) Detailed Report**
Sunday, January 09, 2011, 1:33:45 PM

**520-A**

**0_W3301**

---

 **Matias, Manuel D. (Vol. 01) - 03/10/2010**                              1 CLIP  (RUNNING 00:21:45.400)

 Mr. Matias, could you tell us who ...

**MMEDIT**                    **27 SEGMENTS  (RUNNING 00:21:45.400)**

**1. PAGE 5:22 TO 5:25  (RUNNING 00:00:04.700)**

```
     22                  Mr. Matias, could you tell us who
     23     your employer is?
     24          A.      Robert Wood Johnson University
     25     Hospital.
```

**2. PAGE 10:13 TO 11:08  (RUNNING 00:01:18.300)**

```
     13                  What software does Robert Wood Johnson
     14     currently use or license from Lawson Software?
     15          A.      Right now we are currently using --
     16     I'm assuming you're speaking modules?
     17          Q.      Yes.  Modules and applications or
     18     however it is you would refer to them.
     19          A.      Okay.  Right now we're using what is
     20     called RSS, Requisitions Self-Service.  It's where
     21     the end user orders their supplies.  We use the
     22     inventory management tool.  It's where all the
     23     inventory's housed, storeroom, house stock.  We
     24     also use the general ledger, AP and budget module
     25     and we also use a module called MSCM, and that's a
00011:01     module that we use to go up and bar count the units
     02     that have bar codes.  It's a hand-held technology.
     03          Q.      Okay.  And is inventory management,
     04     is that the same as inventory control?
     05          A.      Yes.
     06          Q.      Okay.  And does Robert Wood Johnson
     07     also license Purchase Order?
     08          A.      We use the PO module, yes.
```

**3. PAGE 11:09 TO 11:12  (RUNNING 00:00:08.000)**

```
     09          Q.      And does law -- excuse me.  Start over.
     10                  Does Robert Wood Johnson license
     11     Procurement Punch-Out?
     12          A.      No.
```

**4. PAGE 11:13 TO 12:08  (RUNNING 00:01:14.900)**

```
     13          Q.      Does Robert Wood Johnson license
     14     Lawson's EDI software?
     15          A.      Yes.  We do use EDI here.
     16          Q.      Okay.  Is there any other software
     17     modules or applications that you're aware of that
     18     Robert Wood Johnson licensed from Lawson?
     19          A.      Let's see what else.  We use add-ins
     20     to extract and upload data but that's an Excel --
     21     you know, in conjunction with Excel.
     22          Q.      Were these add-ins provided by
     23     Lawson?
```

**0_W3301**

```
 09            A.    Gowns and gloves, yes, they're in
 10    there.
 11            Q.    Okay.  Could you explain what types
 12    of data are included about the items that are in
 13    the Item Master?
 14            A.    Sure.  In the Item Master we take and
 15    put the description.
 16                  Lawson only has 30 characters for the
 17    Description field so we get creative and if it's a
 18    suture, you know, we start it with s-u-t and then
 19    try to fit it in all the dimensions, you know, six
 20    by whatever centimeters.
 21                  It contains the manufacture number so
 22    in case we ever call the vendor and we need to
 23    identify the item to them, we got to give them the
 24    manufacture number.  It contains a unit of measure
 25    which is usually the unit of measure that is
00017:01   stocked by us and the manufacturer and is usually
 02    the purchase unit measure so if it's a box, you
 03    know, we're buying it by the box.  If it's an each,
 04    you know, we're issuing out by the each, we're
 05    buying by the box, that's all that the Item Master
 06    has.
 07            Q.    Okay.  And when someone -- let me
 08    start over.
 09                  If a requester wants to purchase a
 10    particular item or put in a request for that item
 11    to be purchased would they base their choice of
 12    which item they need on that item description?
 13            A.    There's a couple of ways that the
 14    requester could find the item.
 15                  There's a -- a screen called PO 15
 16    and it's basically -- they're a template so
 17    whatever items they want to see when they log in we
 18    put all those items under that template so they
 19    will only see that template.  If the item's not in
 20    there, then in RSS, requisitional service, they
 21    could do the search option and search for a
 22    description, manufacture number, catalog number,
 23    you know, and then they go narrow, narrow the item
 24    and pick the one that they want.
```

**9.  PAGE 19:09 TO 20:06  (RUNNING 00:01:24.800)**

```
 09            Q.    Mr. Matias, do you know how many
 10    vendors Robert Wood Johnson uses within the Lawson
 11    procurement system?
 12            A.    My God.  Right off the top of my head
 13    I'm going to say 3,000.
 14            Q.    And do you know who the largest five
 15    vendors are that Robert Wood Johnson uses?
 16            A.    I know the number one is Owens Minor.
 17    Then you have Medtronic.  Then you have Synthes --
 18            Q.    Sorry.  Could you spell that?
 19            A.    S-y-n-t-h-e-s.  And the other two not
 20    off the top of my head.
 21            Q.    Okay.  So is it -- is the vendor
```

```
        22    information associated with items in Item Master
        23    somehow provided in the system?
        24         A.    The vendor information we get from
        25    finance -- finance bills the vendor.  They tell us
00020:01      the vendor number and if we build an item, then we
        02    associate the item in another location called IC 12
        03    to that vendor.
        04         Q.    Okay.  So the vendors are associated
        05    with -- with items in the Item Master using IC 12?
        06         A.    Correct.
```

**10. PAGE 20:07 TO 20:15 (RUNNING 00:00:31.300)**

```
        07         Q.    Okay.  And what if a particular item
        08    has more than one vendor associated with it?
        09         A.    In Lawson it can only have one vendor
        10    associated to it.  Then if we buy that same item
        11    from another vendor, then there's another screen
        12    called PO 13.3 that we could associate the same
        13    Lawson number to multiple vendor item numbers which
        14    in essence turns out to be different vendors.
        15    That's a rare occasion.
```

**11. PAGE 22:18 TO 24:05 (RUNNING 00:01:31.700)**

```
        18         Q.    I see.  If you -- say, for instance,
        19    if Robert Wood Johnson wanted to order a box of
        20    paper clips --
        21         A.    Mm'mm.
        22         Q.    -- and they could order it from
        23    Staples or, say, Office Max --
        24         A.    Mm'mm.
        25         Q.    -- realizing I know that you say you
00023:01      don't have any office supplies in your system --
        02         A.    Right, right.
        03         Q.    -- but assuming that you did, then
        04    how would you go about making it in the Item Master
        05    such that those paper clips could be ordered from
        06    either vendor; either Staples or Office Max?
        07         A.    Okay.  In -- in the Item Master it
        08    doesn't have vendor information.  It's just like
        09    the core of the items.  It just has a description
        10    and the unit of measure.
        11                Then when you move into IC 12 that's
        12    where you associate the vendor to it so it's
        13    automatically going to default to whatever vendor
        14    we have set up there.
        15                Now, if they want to buy -- let's
        16    say, Staples is on back order for those paper clips
        17    and they to buy from Office Depot, then before they
        18    go search for it, it's not going to show up unless
        19    we add it into PO 13.3 as another option for that
        20    same Lawson number and then when it gets to a PO,
        21    we got to be knowledgeable to change the vendor
        22    from Staples to Office Depot.
        23         Q.    So you would only have one Lawson
        24    item number?
        25         A.    For paper clips.
```