# DX-401

## DB - ePlus v Lawson

 **O loughlin, Johanna (Vol. 01) - 04/26/2010**        1 CLIP  (RUNNING 00:26:13.762)

 DIRECT EXAMINATION ...

JO002                    31 SEGMENTS  (RUNNING 00:26:13.762)          

**1. PAGE 4:22 TO 5:04  (RUNNING 00:00:17.333)**

```
         22                    DIRECT EXAMINATION
         23    BY MS. HUGHEY:
         24    Q.   Good morning, Ms. O'Loughlin.  Could you state
         25         your full name for the record.
    00005:01    A.   Johanna G. O'Loughlin.
         02    Q.   You are the former vice-president and general
         03         counsel of Fisher Scientific; is that correct?
         04    A.   That is correct.
```

**2. PAGE 5:15 TO 5:19  (RUNNING 00:00:18.500)**

```
         15    Q.   How long were you at Fisher?
         16    A.   About 16 years.
         17    Q.   What years were you there?
         18    A.   I started in 1980 and I left in about March or
         19         April of 1996.
```

**3. PAGE 6:23 TO 7:05  (RUNNING 00:00:23.222)**

```
         23    Q.   Now, when you worked at Fisher Scientific in
         24         early 1990s, were you responsible for certain
         25         legal filings?
    00007:01    A.   Occasionally.
         02    Q.   Did you have responsibility for things like
         03         trademark applications?
         04    A.   Generally under my oversight that would be the
         05         case.
```

**4. PAGE 7:18 TO 8:04  (RUNNING 00:00:46.565)**

```
         18    Q.   Can you please turn to what has been marked as
         19         Lawson Exhibit 40, L0260585 to L0260624.  It
         20         appears to be entitled "Service Mark,
         21         Principal Register, Fisher RIMS."
         22    A.   I have that.
         23    Q.   What is this document?
         24    A.   It says that it is just as you described it, a
         25         service mark, principal register.  I really
    00008:01         don't know beyond that how to describe it.
         02    Q.   What is this document dated?
         03    A.   It says registered May 31, 1994 on the title
         04         line.
```

**5. PAGE 8:23 TO 9:12  (RUNNING 00:00:40.800)**

```
         23    Q.   Can you please turn to page L0260591?
         24    A.   Yes.
         25    Q.   Do you see at the bottom of the page the
    00009:01         signature block for Fisher Scientific Company?
         02    A.   Yes.
         03    Q.   Do you see it says, "Johanna G. O'Loughlin,
         04         Vice-president, general counsel"?
         05    A.   I do.
         06    Q.   That is you, correct?
         07    A.   That is.
         08    Q.   Is that your signature in the signature block?
         09    A.   It is.
```

```
           10    Q.    Could you please turn to the next page, page
           11          L0260592?
           12    A.    I have it.
```

**6. PAGE 9:19 TO 9:25  (RUNNING 00:00:13.166)**

```
           19    Q.    And you signed this on behalf of Fisher
           20          Scientific?
           21    A.    I did.
           22    Q.    Were you working for Fisher Scientific that
           23          day that is dated below that, the 26th day of
           24          April 1993?
           25    A.    I was.
```

**7. PAGE 11:07 TO 11:18  (RUNNING 00:00:30.667)**

```
           07    Q.    Could you please turn to the next page
           08          L0260593?
           09    A.    I have it.
           10    Q.    Do you see the bottom of the page where it
           11          says, "Services" and then to the right there
           12          is a paragraph?
           13    A.    I do.
           14    Q.    Underneath that it says Fisher RIMS?
           15    A.    It does.
           16    Q.    And then above that you see "Use in Commerce,
           17          August 1992"?
           18    A.    Yes.
```

**8. PAGE 12:03 TO 12:15  (RUNNING 00:00:33.933)**

```
           03    Q.    Now you see next to it services it says,
           04          "Computer-based services for processing
           05          requisitions, entering purchase orders,
           06          maintaining inventory records, transferring
           07          related reports and data to other computers
           08          and generating documents for picking, packing,
           09          shipping and receiving requisitioned and
           10          ordered products."  Do you see that paragraph?
           11    A.    I do.
           12    Q.    Was it your understanding that those are the
           13          services that were being used by Fisher RIMS
           14          in August of 1992?
           15    A.    It is.
```

**9. PAGE 13:08 TO 14:07  (RUNNING 00:01:07.867)**

```
           08    Q.    Could you turn to L0260594, the next page.
           09    A.    Okay.
           10    Q.    Again, do you see on this page where it says,
           11          "Used in Commerce, August 1992"?
           12    A.    I see that.
           13    Q.    And below it has services and it has a similar
           14          paragraphs talking about those services?
           15    A.    Right.
           16    Q.    Is it your understanding that this Fisher RIMS
           17          mark was being used in Commerce in 1992?
           18    A.    It is.
           19    Q.    Could you please turn to the next page,
           20          L0260595?
           21    A.    I have that.
           22    Q.    What is this document?
           23    A.    It appears to be the cover of a commercial
           24          brochure entitled Fisher RIMS.
           25    Q.    And you see at the bottom where it says, "A
  00014:01          revolutionary electronic Requisition and
        02          Inventory Management System"?
        03    A.    Yes.
        04    Q.    Was it your understanding that the Fisher RIMS
```

**DB - ePlus v Lawson**

```
        05           was a requisition and inventory management
        06           system?
        07   A.      It was.
```

**10. PAGE 14:12 TO 15:10  (RUNNING 00:00:57.933)**

```
        12   Q.      You see that this page has what looks to be a
        13           series of bullet points describing Fisher
        14           RIMS?
        15   A.      I see that.
        16   Q.      Do you see the bullet point one says,
        17           "Consolidates all supplier activity, including
        18           third-party and administrative purchases"?
        19   A.      I see that.
        20   Q.      Do you see bullet point four that says,
        21           "Allows flexible remote requisitioning by
        22           formatted screen, telephone, fax or bar code
        23           scanning"?
        24   A.      I see that.
        25   Q.      Do you see bullet point it looks like maybe
00015:01           bullet point eight.  It says,
        02           "Cross-references your stock numbers and all
        03           your supplier numbers."
        04   A.      Yes.
        05   Q.      And then bullet point 15, do you see that?  It
        06           says "Utilizes file transfers and EDI"?
        07   A.      I see that.
        08   Q.      And bullet point 17 says, "Utilizes OS/2
        09           operating system, relational database."
        10   A.      Right.
```

**11. PAGE 15:15 TO 15:17  (RUNNING 00:00:08.400)**

```
        15   Q.      Is it your understanding that the Fisher RIMS
        16           system had these features?
        17   A.      In general, yes.
```

**12. PAGE 15:18 TO 16:02  (RUNNING 00:00:37.800)**

```
        18   Q.      To the best of your knowledge this document
        19           starting at page L0260595 to L0260608 -- to
        20           the best of your knowledge was this document
        21           used in Commerce at the time this application
        22           was filed?
        23   A.      It is the same answer I gave before.  To the
        24           best of my knowledge that would be the case.
        25           The facts are accurately recorded.  If this
00016:01           was attached to it, that was the document that
        02           was in Commerce -- used in Commerce.
```

**13. PAGE 16:10 TO 16:12  (RUNNING 00:00:06.738)**

```
        10   Q.      When you were working at Fisher, did you ever
        11           work with Fisher on its 10-Ks?
        12   A.      I don't really recall doing that.
```

**14. PAGE 16:15 TO 16:24  (RUNNING 00:00:40.933)**

```
        15   Q.      Can you tell me what a 10-K is?
        16   A.      The 10-K is the annual report that public
        17           companies are required to file with the
        18           Securities and Exchange Commission?
        19   Q.      Can you please turn to what has been marked as
        20           Lawson Exhibit No. 42, L0343548 to L0343586.
        21   A.      I have that.
        22   Q.      What is this document?
        23   A.      This is a form 10-K for Fisher Scientific
        24           International for, I guess, for 1993.
```

**28. PAGE 35:15 TO 35:24 (RUNNING 00:00:28.663)**

```
15   Q.   Were you aware that there were three patents
16        granted by the patent office for the
17        electronic sourcing system?
18   A.   I was not.
19   Q.   Would the company expend resources seeking to
20        obtain intellectual property protection for
21        inventions that it thought was worthless?  Is
22        that part of the policy of the company?
23   A.   Well, I can't speak for others but it doesn't
24        make much sense to me.
```

**29. PAGE 36:09 TO 41:15 (RUNNING 00:06:16.683)**

```
         09   Q.   Understood, but as general counsel at the time
         10        from the -- just focussing on the 1992 to 1996
         11        period you weren't authorizing Mr. Dornburg to
         12        file applications for patents at the patent
         13        office that the company thought had no value,
         14        correct?
         15   A.   I wasn't, but I don't know if I was involved
         16        in the patent applications or not since you
         17        haven't shown me anything with my signature on
         18        it.
         19   Q.   I am not asking you about what you had your
         20        signature on.  As general counsel, was it the
         21        policy of the company to file applications to
         22        the patent office that the company thought had
         23        no value?  Yes or no?
         24   A.   I would not have executed such a policy, no.
         25   Q.   I didn't think you would.  All right.  Let me
00037:01        ask you about some of these exhibits if you
         02        have them in front of you.  Let's start out
         03        with -- first you were asked some questions
         04        about Exhibit No. 40, which is this trademark
         05        application that bears your signature in
         06        various places.  Do you recall that?
         07   A.   I do.
         08   Q.   Do you have it in front of you?
         09   A.   I do.
         10   Q.   Let's just skip over some of the stuff and go
         11        right to the brochure.  You called it a
         12        marketing brochure.  Do you recall that?  That
         13        starts at page 595 at the bottom right.
         14   A.   Okay.
         15   Q.   It is a marketing brochure, correct?
         16   A.   That is what it looks like.
         17   Q.   Is it not a technical document, right, like a
         18        manual that would help you understand the
         19        functioning of the Fisher RIMS system,
         20        correct?
         21   A.   I assume not.  It looks like a commercial
         22        brochure to me.
         23   Q.   For consumption of potential --
         24   A.   Customers.
         25   Q.   -- customers of the RIMS system, correct?
00038:01   A.   That is my understanding.
         02   Q.   You were asked some questions about some
         03        bullet points that appear at page -- it ends
         04        with 598.  Do you recall that?
         05   A.   I do.
         06   Q.   You have no independent knowledge as to
         07        whether or not the RIMS system in this period
         08        of time say in 1992 or so had that
         09        functionality, correct?
         10   A.   I actually think that it had this genre of
```

```
        11              functionality.  That is what it was designed
        12              to do.  It was designed to take over.  I know
        13              what you are asking me but my understanding
        14              was that the RIMS system was designed to take
        15              over the inventory storeroom of large
        16              customers and to manage it from the beginning
        17              to the end, from purchase to the lab bench for
        18              the customer and that it needed features like
        19              these to be effective.  I have no specific
        20              knowledge of each one of these things in
        21              detail, no.
        22       Q.     Fine.  Thank you.  You just confirmed for me
        23              on page 598 the documentation that we are
        24              looking at with these bullet points Ms. Hughey
        25              asked you about, there is no mention at all
00039:01                about catalogs, correct?
     02  A.             There may not have --
     03  Q.             Does the word catalog appear there?
     04  A.             Does the word catalog appear, no, but that is
        05              what they would be accessing would be the
        06              catalog system.
     07  Q.             The Fisher Catalog?
     08  A.             I think it was intended to be able to manage
        09              other items otherwise it wouldn't have been
        10              able to replace --
     11  Q.             Does it have any discussion of the word
        12              catalog anywhere on this page, yes or no?  Can
        13              you answer that fairly?
     14  A.             I would have to look.  It says, "Consolidates
        15              all supplier activity including third-party
        16              and administrative purchases."  It doesn't
        17              have the word catalog, but that is my
        18              understanding.
     19  Q.             Fair enough.  How many iterations did the
        20              Fisher RIMS system go through?
     21  A.             I don't know.
     22  Q.             The inventors say it went through many
        23              iterations.  Do you know any of the trade
        24              names that the iterations went through?
     25  A.             I don't know.
00040:01 Q.             Do you know how the features and functionality
     02                 changed during the period of time from 1992 to
     03                 1995, for example?
     04  A.             I do not.
     05  Q.             Let's focus on Exhibit No. 43 for a moment if
     06                 we could.  That was the annual report that you
     07                 said you had no responsibility for?
     08  A.             Right.  I have it.
     09  Q.             The page that ends with the page No. 589?
     10  A.             Okay.  I have it.
     11  Q.             You were asked about this entry italicized
     12                 "Computer order-entry system," do you see
     13                 that?
     14  A.             I do.
     15  Q.             Can you tell me where in this paragraph it
     16                 discusses the capabilities searching multiple
     17                 vendor catalogs?
     18  A.             I don't see it there.
     19  Q.             Fair enough.  Next paragraph, the Fisher
     20                 Catalog.  Is there any other catalog other
     21                 than the Fisher Catalog mentioned in that
     22                 paragraph?
     23  A.             The paragraph is entitled "The Fisher
     24                 Catalog," so, no.
     25  Q.             Fair enough.  Is it Exhibit No. 42 was also an
00041:01                annual report.  I took these out of order.
```