# DX-402

1989 - First RIMS development

- Features:
    i. Multiple inventory sourcing – either customer location or Fisher locations searched for inventory
    ii. Real time pricing and availability
    iii. Multiple vendors – cutting purchase orders to multiple vendors from one requisition
    iv. Product cross reference
    v. Customer defined file formats for upload of purchase orders into customer system.
    vi. Custom purchase order and shipping documents

- All based on knowing the part number and entering it into the system for verification – ie. no search capability.

- All designs were intended for Fisher personnel to operate.

1990 – on going maintenance, installations, and features not related to the patent
1991 – 3rd party procurement
- Features:
    i. Source off catalog items (no existing part number)
    ii. Assign vendor and create purchase order
1992 – on going maintenance, installations, and features not related to the patent
1993 – Developed TV/2 interface
- Features:
    i. Multiple catalogs searched
    ii. Integration with requisitioning

1994 - Graphical end user interface for requisitioning
- Features:
    i. EDI processing for RIMS

- Installations:
    i. Ciba Geigy
    ii. Adventis
    iii. Human Genome

Confidential - Subject to Protective Order

RK000001



ePLUS0218289