IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.　　　　　　　　　　　　　　Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

### ORDER

For the reasons set forth in the Court's ORDER dated July 22, 2010 (Docket No. 357) and on the record on January 21, 2011 (Trial Tr. 2929:2-2932:1), the Defendant's MOTION FOR JUDGMENT AS A MATTER OF LAW ON SECTION 101 INVALIDITY is denied.

It is so ORDERED.

                              /s/　　　REP
                          Robert E. Payne
                          Senior United States District Judge

Richmond, Virginia
Date: August 8, 2011