IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                             Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

    Defendant.

## ORDER

Having considered Defendant's EMERGENCY MOTION TO STRIKE THE RULE 26 EXPERT DISCLOSURE AND DECLARATION OF LARRY W. EVANS IN SUPPORT OF PLAINTIFF'S MOTION FOR PERMANENT INJUNCTION (Docket No. 610) and Plaintiff's MOTION TO STRIKE ATTORNEY DECLARATION OF ROBERT A. KALINSKY, ESQ. AND OTHER EVIDENCE OR ARGUMENT RELATING TO NON-FINAL REEXAMINATIONS OF THE PATENTS-IN-SUIT (Docket No. 638), it is hereby ORDERED that both motions are denied as moot in view of the Court's ORDER dated May 23, 2011 (Docket No. 729) and the MEMORANDUM OPINION dated May 23, 2011 (Docket No. 728).

It is so ORDERED.

                                      /s/        REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: August 10, 2011