IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

      Plaintiff,

v.     Civil No. 3:09cv620

LAWSON SOFTWARE, INC.

      Defendant.

### ORDER

For the reasons set forth in the Court's ORDER dated August 9, 2011 (Docket No. 783), it is hereby ORDERED that Plaintiff's MOTION FOR JUDGMENT OF A MATTER OF LAW OF DIRECT AND INDIRECT INFRINGEMENT PURSUANT TO FED. R. CIV. P. 50(A) AND 35 U.S.C. § 271(A), (B), AND (C) (Docket No. 581) is denied. It is further ORDERED that Plaintiff's MOTION FOR JUDGMENT AS A MATTER OF LAW OF NO INVALIDITY OF THE ASSERTED CLAIMS PURSUANT TO FED. R. CIV. P. 50(A), AND FOR JUDGMENT ON PARTIAL FINDINGS PURSUANT TO FED. R. CIV. P. 52 WITH RESPECT TO NON-JURY DEFENSES UNDER 35 U.S.C. §§ 101 AND 112 (Docket No. 591) is denied as moot in view of the jury's verdict.

It is so ORDERED.

                                 /s/   *REP*
                                 Robert E. Payne
                                 Senior United States District Judge

Richmond, Virginia
Date: August *10*, 2011