IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                                    Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendants.

### ORDER

It is hereby ORDERED that DEFENDANT LAWSON SOFTWARE, INC.'S MOTION TO PRECLUDE EPLUS FROM OFFERING ARGUMENTS ON VALIDITY THAT WERE NOT DISCLOSED IN ITS DISCOVERY RESPONSES (Docket No. 585) is denied as moot in view of the jury's verdict.

It is so ORDERED.

                                      /s/    REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August __, 2011