IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.                                      Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendants.

### ORDER

For the reasons set forth in the accompanying MEMORANDUM OPINION, it is hereby ORDERED that DEFENDANT LAWSON SOFTWARE, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW (Docket No. 759) and DEFENDANT LAWSON SOFTWARE, INC.'S RENEWED MOTION FOR NEW TRIAL (Docket No. 761) are denied as moot.

It is so ORDERED.

                                                /s/      REP
                                       Robert E. Payne
                                       Senior United States District Judge

Richmond, Virginia
Date: August 11, 2011