IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

    Plaintiff,

v.                           Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendants.

## ORDER

Having reviewed PLAINTIFF ePLUS, INC.'S MOTION AND SUPPORTING MEMORANDUM FOR LEAVE TO FILE AN OFFER OF PROOF REGARDING ITS DAMAGES CLAIM PURSUANT TO FEDERAL RULE OF EVIDENCE 103 AND 35 U.S.C. § 284 (Docket No. 553), it is hereby ORDERED that the motion is granted.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

                                      /s/   REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: August 15, 2011