IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
|     Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| | ) |
|     v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
|     Defendant. | ) |

### NOTICE OF FILING PLAINTIFF *e*PLUS'S OFFER OF PROOF REGARDING ITS DAMAGES CLAIM PURSUANT TO FEDERAL RULE OF EVIDENCE 103 AND 35 U.S.C. § 284 UNDER SEAL

On August 13, 2011, the Court granted Plaintiff *e*Plus Inc.'s Motion for Leave to File an Offer of Proof Regarding Its Damages Claim Pursuant to Fed. R. Evid. 103 and 35 U.S.C. § 284. *See* Docket No. 789. Accordingly, *e*Plus files **UNDER SEAL** herewith the Offer of Proof Regarding Its Damages Claim Pursuant to Fed. R. Evid. 103 and 35 U.S.C. § 284 that it previously submitted for the Court's consideration on January 18, 2011. *See* Docket No. 566. An index of the exhibits to the Offer of Proof and a DVD that contains the exhibits referenced in the Offer of Proof and described in the index were previously lodged, under seal, with the Court on January 12, 2011. *See* Docket No. 554-B.

Respectfully submitted,

August 16, 2011

_____/s/_____
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com

*Counsel for Plaintiff, ePlus, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of August, 2011, I will electronically file the foregoing

**NOTICE OF FILING PLAINTIFF *e*PLUS'S OFFER OF PROOF REGARDING ITS DAMAGES CLAIM PURSUANT TO FEDERAL RULE OF EVIDENCE 103 AND 35 U.S.C. § 284 UNDER SEAL**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Donald R. Dunner, *pro hac vice*
Erika H. Arner, *pro hac vice*
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4444
don.dunner@finnegan.com
erika.arner@finnegan.com

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB#37691
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

***Counsel for Defendant Lawson Software, Inc.***

                                        /s/
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

1185039