```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683014014
Cashier ID: lgarrett
Transaction Date: 08/24/2011
Payer Name: TROUTMAN SANDERS LLP
------------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: TROUTMAN SANDERS LLP
 Amount:      $455.00
------------------------------------------
CHECK
 Check/Money Order Num: 554924
 Amt Tendered:  $455.00
------------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

APPEAL FEE
3:09CV620
```