**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| **Plaintiff,** | ) | **Civil Action No. 3:09-CV-620 (REP)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **LAWSON SOFTWARE, INC.,** | ) | |
| | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF *e*PLUS, INC.'S AMENDED NOTICE OF APPEAL**

Pursuant to Rule 4(a)(3) of the Federal Rules of Appellate Procedure, Plaintiff *e*Plus, Inc. ("*e*Plus") hereby provides notice that it appeals to the United States Court of Appeals for the Federal Circuit from the final judgment of the District Court, entered in this action on May 25, 2011, including, without limitation, all interlocutory orders preceding that judgment, including the District Court's claim construction.

In addition, and without limitation, *e*Plus also appeals from:  (i) the jury's verdict that certain accused products were not proven infringed (Docket No. 600); (ii) the Order of the District Court entered in this action on September 9, 2010 granting Defendant Lawson Software, Inc.'s ("Lawson") Motion to Preclude ePlus From Presenting Any New Damages Theories Or From Seeking Damages At Trial (Docket No. 472); (iii) the Order of the District Court entered in this action on August 11, 2010 granting Lawson's Motion *in Limine* No. 3:  To Preclude Dr. Russell W. Mangum, III, From Testifying At Trial (Docket No. 410); (iv) the Order of the District Court entered in this action on July 23, 2010 granting Lawson's Motion *in Limine* No. 4:

To Preclude Harry Manbeck from Testifying (Docket No. 360); (v) the Order of the District Court entered in this action on Jan. 3, 2011 denying-in-part *e*Plus's Motion to Enforce Court Orders (Docket No. 544); and (vi) all other orders decided adversely to *e*Plus, whether in whole or in part.

Further, *e*Plus appeals from the following rulings made during the course of the trial of this action:  (i) all Bench Rulings and Orders overruling *e*Plus's objections to the admission of exhibits or the Defendant's use of demonstrative exhibits; (ii) the Order of January 14, 2011 sustaining the objection from Lawson pertaining to the relevance of the absence of an assertion of opinion of counsel with respect to the issue of inducement of infringement; and (iii) the Order of January 18, 2011 granting Lawson's Motion to Present Other Evidence That Element 40 Of Figures 1A and 2 Of The Patents-in-Suit Identifies The Fisher RIMS System As Described In The '989 Patent.

Additionally, *e*Plus appeals from any jury instructions which *e*Plus requested but the Court did not provide, which Lawson requested and, over ePlus's objection, the Court did provide, and which neither party requested and, over ePlus's objection, the Court did provide, including, but not limited to, (i) *e*Plus's proposed instruction relating to joint infringement; (ii) *e*Plus's proposed instruction regarding proof of intent to induce infringement by circumstantial evidence; and (iii) *e*Plus's proposed instruction concerning the relevance of the absence of an assertion of opinion of counsel with respect to the issue of inducement of infringement.

*e*Plus also appeals from all orders of the District Court adverse to *e*Plus pertaining to post-trial motions and requests for relief filed by either party, including, but not limited to:  (i) the Order of the District Court entered in this action on August 10, 2011 denying *e*Plus's Motion for Judgment as a Matter of Law of Direct and Indirect Infringement or, in the Alternative, For a

New Trial (Docket No. 785); and (ii) the Order of the District Court entered in this action on August 9, 2011 denying *e*Plus's Renewed Motion for Judgment as a Matter of Law of Direct and Indirect Infringement or, in the Alternative, For a New Trial (Docket No. 783).

*e*Plus submits herewith the $450.00 appeal fee required by 28 U.S.C. § 1913 and the $5.00 filing fee required by 28 U.S.C. § 1917.

Dated:  August 25, 2011

Respectfully submitted,


_____ /s/ _____
S. Perry Coburn (VSB #78372)
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
pcoburn@cblaw.com
cmerritt@cblaw.com
hwillett@cblaw.com


David M. Young (VSB #35997)
Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:  (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com


Michael G. Strapp *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:  (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com


*Counsel for Plaintiff ePlus Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2011, I will electronically file the foregoing

**PLAINTIFF *e*PLUS, INC.'S AMENDED NOTICE OF APPEAL**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

| | |
|---|---|
| Daniel McDonald, *pro hac vice*<br>Kirsten Stoll-DeBell, *pro hac vice*<br>William D. Schultz, *pro hac vice*<br>Rachel C. Hughey, *pro hac vice*<br>Andrew Lagatta, *pro hac vice*<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 332-5300<br>Facsimile: 612) 332-9081<br>lawsonservice@merchantgould.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>(804) 697-1238<br>(804) 698-5119 (Fax)<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com |
| Donald R. Dunner, *pro hac vice*<br>Erika H. Arner, *pro hac vice*<br>FINNEGAN, HENDERSON, FARABOW<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 408-4000<br>(202) 408-4400<br>Don.dunner@finnegan.com<br>Erika.arner@finnegan.com | ***Counsel for Defendant Lawson Software, Inc.*** |

_____/s/_____
S. Perry Coburn (VSB #78372)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
pcoburn@cblaw.com

*Counsel for Plaintiff ePlus Inc.*

1