| | UNITED STATES DISTRICT COURT for the EASTERN DISTRICT OF VIRGINIA at RICHMOND DIVISION | **USCA for the Federal Circuit:** 2011-1396 (Lead Case Number) 2011-1456 |
|---|---|---|
| **X** Notice of Filing <br> ___ Cross Appeal <br> ___ Interlocutory Appeal <br> ___ Additional NOA <br> ___ Amended NOA <br> ___ Transmittal of Record <br> ___ Transmittal of Certif. <br> ___ Supplement to ROA <br> ___ Supplemental Certif. <br> ___ Other_____ | Caption: <br><br> ePlus, Inc. <br> Vs <br> Lawson Software, Inc. | USDC, EDVA: __3:09cv620-__ |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| 1. NOA filed: 08/24/11 | 4. Fees ___USA ___Public Defender no fee required <br><br> $5 filing fee: __X__paid ___unpaid <br><br> $450 docket fee: __X__paid ___unpaid |
|---|---|
| 2. Amended NOA filed: | Pauper status:___granted___denied___pending in dist. ct. <br><br> Does PLRA Apply?___Yes ___No 3-strikes?___Yes __X__No <br> (If PLRA applies, 4CCA sends forms & acts on application) |
| 3. District Judge: <br> **Robert E. Payne** | 5. Materials Under Seal in District Court: __X__Yes___No |
| 6. Official Ct. Reporter(s): <br> Diane Daffron, 804-916-2267 <br> Peppy Peterson, 804-916-2267 <br> Gil Halasz, 804-916-2248 <br><br> Contract Court Reporter: <br><br> Coordinator: <br> Maria Hewitt | 7. Transcript <br> In-Court Hearing Held: __X__Yes ___No <br><br> 8. Criminal/Prisoner Cases <br> ___recalcitrant witness <br> ___on death row <br> ___in custody <br> ___on bond <br> ___on probation |

| Part II | **TRANSMITTAL OF RECORD TO COURT OF APPEALS** |
|---|---|

| ORIGINAL RECORD | SUPPLEMENT TO RECORD - SUPPLEMENT #____ |
|---|---|
| Pleadings: Vols.____ | Pleadings: Vols.____ |
| Transcript: Vols.____ | Transcript: Vols.____ |
| Exhibits: Vols.____ | Exhibits: Vols.____ |
| Depositions: Vols.____ | Depositions: Vols.____ |
| State Ct. Record: Vols.____ | State Ct. Record: Vols.____ |
| Sealed: Vols.____ | Sealed: Vols.____ |
| No. of Boxes:____ | No. of Boxes:____ |

Deputy Clerk:____Janice Grant____ Phone: __804-916-2213__ Date:__08/26/2011__