| | UNITED STATES DISTRICT COURT for the EASTERN DISTRICT OF VIRGINIA at RICHMOND DIVISION | **USCA for the Federal Circuit:** 2011-1396 (Lead Case Number) 2011-1456 |
|---|---|---|
| ___Notice of Filing<br>___Cross Appeal<br>___Interlocutory Appeal<br>___Additional NOA<br>_x_ Amended NOA<br>___Transmittal of Record<br>___Transmittal of Certif.<br>___Supplement to ROA<br>___Supplemental Certif.<br>___Other_____ | Caption:<br><br>ePlus, Inc.<br>Vs<br>Lawson Software, Inc. | USDC, EDVA: __3:09cv620-__ |

**Part I**
Notice of appeal is enclosed to all parties (except to appellant in civil cases); NOA, docket entries, district court opinion and order, and magistrate judge's recommendation (if applicable) are enclosed to 4CCA.

| 1. NOA filed: 08/25/2011 | 4. Fees ___USA ___Public Defender ___no fee required |
|---|---|
| | $5 filing fee: _X_ paid ___unpaid |
| | $450 docket fee: _X_ paid ___unpaid |
| 2. Amended NOA filed: | Pauper status: ___granted ___denied ___pending in dist. ct. |
| | Does PLRA Apply? ___Yes _X_ No  3-strikes? ___Yes _X_ No<br>(If PLRA applies, 4CCA sends forms & acts on application) |
| 3. District Judge:<br>Robert E. Payne | 5. Materials Under Seal in District Court: _X_ Yes ___No |
| 6. Official Ct. Reporter(s):<br>Diane Daffron, 804-916-2267<br>Peppy Peterson, 804-916-2267<br>Gil Halasz, 804-916-2248<br><br>Contract Court Reporter:<br><br>Coordinator:<br>Maria Hewitt | 7. Transcript<br>  In-Court Hearing Held: _X_ Yes ___ No<br><br>8. Criminal/Prisoner Cases<br>  ___recalcitrant witness<br>  ___on death row<br>  ___in custody<br>  ___on bond<br>  ___on probation |

| **Part II** | **TRANSMITTAL OF RECORD TO COURT OF APPEALS** |
|---|---|
| ORIGINAL RECORD<br>Pleadings: Vols._____<br>Transcript: Vols._____<br>Exhibits: Vols._____<br>Depositions: Vols._____<br>State Ct. Record: Vols._____<br>Sealed: Vols._____<br>No. of Boxes:_____ | SUPPLEMENT TO RECORD - SUPPLEMENT #_____<br>Pleadings: Vols._____<br>Transcript: Vols._____<br>Exhibits: Vols._____<br>Depositions: Vols._____<br>State Ct. Record: Vols._____<br>Sealed: Vols._____<br>No. of Boxes:_____ |

Deputy Clerk: __Janice Grant__ Phone: __804-916-2213__ Date: __08/26/2011__