# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2011-1456

EPLUS, INC.,

        Plaintiff-Appellant,

v.

LAWSON SOFTWARE, INC.,

        Defendant-Appellee.

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620, Senior Judge Robert E. Payne.

ORDER



NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

ORDER

The order disposing of the last motion subject to Fed. R. App. P. 4(a)(4) having been filed in the U.S. District Court, Eastern District of Virginia, it is hereby,

ORDERED that the appeal be, and the same hereby is, REACTIVATED effective 09/02/2011.

The Blue Brief is due on 11/01/2011.

FOR THE COURT

Jan Horbaly
Clerk

09/02/2011

cc: Clerk's Office, DCT
Scott L. Robertson
Donald R. Dunner

2011-1456, EPLUS V LAWSON SOFTWARE
DCT - ED/VA, 09-CV-0620

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP - 2 2011

JAN HORBALY
CLERK