IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF ePLUS INC.'S MOTION TO SHOW CAUSE WHY LAWSON SOFTWARE, INC. SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S PERMANENT INJUNCTION AND REQUEST FOR EXPEDITED BRIEFING**

Plaintiff ePlus, Inc. ("ePlus") moves the Court to enter an order requiring Defendant Lawson Software, Inc. ("Defendant") to show cause why it should not be held in contempt for violating the permanent injunction entered in this action. A jury of this Court, after a three-week trial in January 2011, returned a verdict of infringement against the Defendant, finding that Defendant's Configuration 2 (Core S3 Procurement + RSS), Configuration 3 (Core S3 Procurement + RSS + Punchout), and Configuration 5 (Core S3 Procurement + RSS + Punchout + EDI) infringe ePlus's patents. In May 2011, this Court entered an order enjoining Defendant from continuing its infringing activity. Notwithstanding the order of the Court, Defendant continues to infringe the ePlus patents in violation of the express terms of the injunction.

Accordingly, ePlus respectfully requests an order from the Court requiring Defendant to show cause why it should not be held in contempt for violating the permanent injunction. ePlus requests expedited briefing on its motion such that Defendant's opposition to ePlus's motion shall be due on Monday, September 19, 2011, and ePlus's reply brief shall be due on Thursday,

September 22, 2011.  Defendant has indicated that it does not oppose this briefing schedule.

*e*Plus also requests a status conference to determine the parameters of a proper inquiry into Defendant's alleged violation of the permanent injunction.  Finally, *e*Plus requests an order granting it leave to conduct limited discovery regarding Defendant's alleged violation with the permanent injunction.

  The grounds for this motion are more fully set forth in the accompanying brief in support.

                Respectfully submitted,

September 9, 2011            _____/s/_____
                 David M. Young (VSB #35997)
                 Scott L. Robertson *(admitted pro hac vice)*
                 Jennifer A. Albert *(admitted pro hac vice)*
                 **GOODWIN PROCTER LLP**
                 901 New York Avenue, N.W.
                 Washington, DC 20001
                 Telephone:  (202) 346-4000
                 Facsimile:   (202) 346-4444
                 dyoung@goodwinprocter.com
                 srobertson@goodwinprocter.com
                 jalbert@goodwinprocter.com

                 Craig T. Merritt (VSB #20281)
                 **CHRISTIAN & BARTON, LLP**
                 909 East Main Street, Suite 1200
                 Richmond, Virginia 23219-3095
                 Telephone: (804) 697-4100
                 Facsimile: (804) 697-4112
                 cmerritt@cblaw.com

                 Michael G. Strapp (*admitted pro hac vice*)
                 **GOODWIN PROCTER LLP**
                 Exchange Place
                 53 State Street
                 Boston, MA 02109-2881
                 Telephone:  (617) 570-1000
                 Facsimile:   (617) 523-1231
                 mstrapp@goodwinprocter.com
                 Attorneys for Plaintiff *e*Plus Inc.

# CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2011, I will electronically file the foregoing

**MOTION TO SHOW CAUSE WHY LAWSON SOFTWARE, INC. SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S PERMANENT INJUNCTION AND REQUEST FOR EXPEDITED BRIEFING**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Donald R. Dunner, *pro hac vice*
Erika H. Arner, *pro hac vice*
FINNEGAN, HENDERSON, FARABOW, GARRETT
& DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000
(202) 408-4444
***Counsel for Defendant Lawson Software, Inc***

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

              */s/*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com

Counsel for Plaintiff *e*Plus Inc.