IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**[PROPOSED] ORDER**

Plaintiff ePlus Inc. ("ePlus") has moved for an Order of the Court requiring Defendant Lawson Software, Inc. ("Defendant") to show cause why it should not be held in contempt for violating the permanent injunction.

ePlus has requested expedited briefing on its motion such that Defendant's opposition to ePlus's motion shall be due on Monday, September 19, 2011 and ePlus's reply brief shall be due on Thursday, September 22, 2011.

ePlus has also requested a status conference to determine the parameters of a proper inquiry into Defendant's alleged violation of the permanent injunction.

Finally, ePlus also seeks an order granting it leave to conduct limited discovery regarding Defendant's alleged violation with the permanent injunction.

Upon consideration, ePlus's motion and its requests for an order (1) directing Defendant to show cause why it should not be held in contempt for violating the permanent injunction, (2)

2

expediting briefing on *e*Plus's motion such that Defendant's opposition to *e*Plus's motion shall be due on Monday, September 19, 2011 and *e*Plus's reply brief shall be due on Thursday, September 22, 2011, (3) setting a status conference, and (4) granting *e*Plus leave to seek discovery are hereby GRANTED.

The Clerk is directed to send a copy of this Order to all parties of record.

It is so ORDERED.


September __, 2011                                      _____
                                                        UNITED STATES DISTRICT JUDGE