# EXHIBIT 3

# RSS Interface

