# EXHIBIT 8



Ship To Location: MAIN

Early/Late Delivery Dates: 08/23/11

```
                                         Operating    Requesting
     Source Document   Line  Origin  Entered Quantity    UOM    Company    Location   Deliver To

         00000902         3    RQ                  1  CS          1       MAIN

         PO Released:  Yes


PO100 Date 08/22/11                       Company   1 - Metropolis Medical Center              Page    1
      Time 10:41                                    Purchase Order Interface from Lawson Applications

Buyer  1   - Chris Buyer

                                                                                               Drop
     Vendor        Purchase Order       Line Item                  Type Ordered Quantity    UOM  Unit Cost    Ship

       124            971-0000        1 6020                         N            1 EA        2,000.00  No
Diablo                               DELL, INSPIRON 8000                      Currency: USD
Vendor Item: 6020
                     Ship To Location: MAIN                             Early/Late Delivery Dates: 08/23/11

                                         Operating    Requesting
     Source Document   Line  Origin  Entered Quantity    UOM    Company    Location   Deliver To

         00000902         4    RQ                  1  EA          1       MAIN

         PO Released:  Yes


*****************************************************************************************************************
     Report Completed,       2 PO(s) Created.
*****************************************************************************************************************
```