# EXHIBIT B
# FILED UNDER SEAL

## DECLARATION OF PATRICK NIEMEYER