IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF JAMES D. CLEMENTS IN SUPPORT OF PLAINTIFF'S MOTION TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S PERMANENT INJUNCTION**

I, James D. Clements, declare as follows:

1. I am an associate at Goodwin Procter LLP, counsel for Plaintiff ePlus Inc. ("ePlus") in this proceeding. I submit this declaration in support of ePlus's motion to show cause why Defendant Lawson Software, Inc. ("Defendant") should not be held in contempt of the Court's permanent injunction.

2. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently hereto.

3. Attached as Exhibit 1 is a true and accurate copy of excerpts from the transcript of the jury trial held in this matter from January 4 to January 27, 2011 (Dkt. Nos. 644-696).

4. Attached as Exhibit 2 is a true and accurate copy of excerpts from the transcript of the hearing held in this matter on March 25, 2011 (Dkt. Nos. 697-700).

LIBA/2219752.3

2

5. Attached as Exhibit 3 is a true and accurate copy of Plaintiff's Exhibit PX-1, U.S. Patent No. 6,023,683.

6. Attached as Exhibit 4 is a true and accurate copy of Plaintiff's Exhibit PX-3, U.S. Patent No. 6,505,172.

7. Attached as Exhibit 5 is a true and accurate copy of excerpts from Plaintiff's Exhibit PX-211, entitled "Lawson Procurement Punchout Installation Guide, Version 9.0.0.x."

8. Attached as Exhibit 6 is a true and accurate copy of Plaintiff's Exhibit PX-374.

9. Attached as Exhibit 7 is a true and accurate copy of Plaintiff's Exhibit PX-376.

10. Attached as Exhibit 8 is a true and accurate copy of a letter from Daniel McDonald to Scott Robertson dated May 6, 2011.

11. Attached as Exhibit 9 is a true and accurate copy of a letter from Daniel McDonald to Scott Robertson dated May 18, 2011.

12. Attached as Exhibit 10 is a true and accurate copy of excerpts from Defendant's Emergency Motion for a Stay Pending Appeal of the District Court's Injunction dated May 24, 2011.

13. Attached as Exhibit 11 is a true and accurate copy of an Order from the U.S. Court of Appeals for the Federal Circuit in Case No. 2011-1396 dated May 25, 2011.

14. Attached as Exhibit 12 is a true and accurate copy of a letter from Daniel McDonald to the Court dated June 2, 2011.

15. Attached as Exhibit 13 is a true and accurate copy of a letter from Daniel McDonald to Scott Robertson dated June 10, 2011.

16. Attached as Exhibit 14 is a true and accurate copy of a letter from Scott Robertson to Daniel McDonald dated June 16, 2011.

17. Attached as Exhibit 15 is a true and accurate copy of a letter from Scott Robertson to Daniel McDonald dated June 24, 2011.

18. Attached as Exhibit 16 is a true and accurate copy of a letter from Daniel McDonald to Scott Robertson dated June 28, 2011.

19. Attached as Exhibit 17 is a true and accurate copy of a letter from Scott Robertson to Daniel McDonald dated July 1, 2011.

20. Attached as Exhibit 18 is a true and accurate copy of a letter from Daniel McDonald to Scott Robertson dated July 6, 2011.

21. Attached as Exhibit 19 is a true and accurate copy of a letter from William Schultz to Scott Robertson dated July 13, 2011.

22. Attached as Exhibit 20 is a true and accurate copy of a letter from William Schultz to Michael Strapp dated July 14, 2011.

23. Attached as Exhibit 21 is a true and accurate copy of an Order from the U.S. Court of Appeals for the Federal Circuit in Case No. 2011-1396 dated July 14, 2011.

24. Attached as Exhibit 22 is a true and accurate copy of a letter from Jennifer Albert to William Schultz dated August 10, 2011.

25. Attached as Exhibit 23 is a true and accurate copy of an email from William Schultz to Jennifer Albert dated August 12, 2011.

26. Attached as Exhibit 24 is a true and accurate copy of a letter from Jennifer Albert to William Schultz dated September 9, 2011.

27. Attached as Exhibit 25 is a true and accurate copy of excerpts from a document produced by Lawson under Bates numbers RQC0000001 through RQC0000046 entitled

3

"Lawson Procurement Punchout and PO Dispatcher Installation and Administration Guide for Lawson Applications 8.1.x and 9.x."

28. Attached as Exhibit 26 is a true and accurate copy of a document produced by Lawson under Bates numbers RQC0000047 through RQC0000347 entitled "Inventory Control User Guide, Version 9.0.1."

29. Attached as Exhibit 27 is a true and accurate copy of a document produced by Lawson under Bates numbers RQC0000364 through RQC0000379 entitled "Lawson Requisition Center Installation Guide, Version 9.0.1."

30. Attached as Exhibit 28 is a true and accurate copy of a document produced by Lawson under Bates numbers RQC0000380 through RQC0000383 entitled "Requisition Center Release Notes, Version 9.0.1.1."

31. Attached as Exhibit 29 is a true and accurate copy of a document produced by Lawson under Bates numbers RQC0000384 through RQC0000433 entitled "Lawson Requisition Center User Guide, Version 9.0.1."

32. Attached as Exhibit 30 is a true and accurate copy of excerpts from a document produced by Lawson under Bates numbers RQC0000638 through RQC0000655 entitled "Introducing Lawson Requisition Center Webinar (June 3, 2011), Questions And Answers."

33. Attached as Exhibit 31 is a true and accurate copy of excerpts from a document produced by Lawson under Bates numbers RQC0000656 through RQC0000690 entitled "Introducing Lawson Requisition Center."

34. Attached as Exhibit 32 is a true and accurate copy of a document produced by Lawson under Bates numbers RQC0000691 through RQC0000694 entitled "Lawson Requisition

Center and Procurement Punchout, A Winning Proposition for Your Purchasing Department, End Users – And Bottom Line."

35. Attached as Exhibit 33 is a true and accurate copy of a document produced by Lawson under Bates numbers RQC0000695 through RQC0000708 entitled "Lawson Requisition Center Overview."

36. Attached as Exhibit 34 is a true and accurate copy of a document produced by Lawson under Bates numbers RQC0000709 through RQC0000721 entitled "Lawson Requisition Center, What's New and Different."

37. Attached as Exhibit 35 is a true and accurate copy a document produced by Lawson under Bates number RQC0000722 entitled "Lawson S3 Requisition Center is generally available today – May 18, 2011."

38. Attached as Exhibit 36 is a true and accurate copy of a document produced by Lawson under Bates numbers RQC0000724 through RQC0000729 entitled "Subject:  Immediate Support Stop for M3 e-Procurement solution required."

39. Attached as Exhibit 37 is a true and accurate copy a document produced by Lawson under Bates number RQC0000730 entitled "Important Notice:  Recommended Patch Available for Procurement Punchout Customers."

40. Attached as Exhibit 38 is a true and accurate copy of a document produced by Lawson under Bates numbers RQC0000732 through RQC0000738 entitled "Subject:  Immediate replacement of Requisitions Self-Service software products."

41. Attached as Exhibit 39 is a true and accurate copy of a video produced by Lawson under Bates number RQC0000740.

5

42. Attached as Exhibit 40 is a true and accurate transcript of the video produced by Lawson under Bates numbers RQC0000740.

43. Attached as Exhibit 41 is a true and accurate copy of a video produced by Lawson under Bates number RQC0000741.

44. Attached as Exhibit 42 is a true and accurate transcript of the video produced by Lawson under Bates number RQC0000741.

45. Attached as Exhibit 43 is a true and accurate copy of a video produced by Lawson under Bates number RQC0000742.

46. Attached as Exhibit 44 is a true and accurate transcript of the video produced by Lawson under Bates number RQC0000742.

47. Attached as Exhibit 45 is a true and accurate copy of a video produced by Lawson under Bates number RQC0000743.

48. Attached as Exhibit 46 is a true and accurate transcript of the video produced by Lawson under Bates number RQC0000743.

49. Attached as Exhibit 47, which has been filed under seal, is a true and accurate copy of the "readme.txt" file within the confidential source code produced by Lawson under Bates number RQC0000744.

50. Attached as Exhibit 48 is a true and accurate copy of a blackline comparison between the document produced by Lawson under Bates numbers RQC0000384 through RQC0000433, entitled "Lawson Requisition Center User Guide, Version 9.0.1," and Plaintiff's Exhibit PX-98, entitled "Lawson Requisitions Self-Service User Guide, Version 9.0.1."

52.     Attached as Exhibit 50 is a true and accurate copy of the webpage located at the following URL: http://www.linkedin.com/groups/Healthcare-We-are-using-Lawson-164842.S.57595645?qid=4faaaa90-2fce-41dc-b4ed-ab8491a5eb60&goback=%2Egmp_164842 (last visited September 8, 2011).

I declare under penalty of perjury that the foregoing is true and correct. Executed at Boston, Massachusetts, this 9th day of September, 2011.

_____
James D. Clements