# EXHIBIT 5

**PX-0211**

**LAWS♦N**

Lawson Procurement Punchout
Installation Guide

Version 9.0.0.x
Published May 2008

Lawson Supply Chain
Management



L0234779
CONFIDENTIAL

Document Number EPPIG-90W-08

Legal Notices

Lawson® does not warrant the content of this document or the results of its use. Lawson may change this document without notice.

Export Notice. Pursuant to your agreement with Lawson, you are required (at your own expense) to comply with all laws, rules, regulations, and lawful orders of any governmental body that apply to you and the products, services or information provided to you by Lawson. This obligation includes, without limitation, compliance with the U.S. Foreign Corrupt Practices Act (which prohibits certain payments to governmental officials and political parties), U.S. export control regulations, and U.S. regulations of international boycotts. Without limiting the foregoing, you may not use, distribute or export the products, services or information provided to you by Lawson except as permitted by your agreement with Lawson and any applicable laws, rules, regulations or orders. Non compliance with any such law, rule, regulation or order shall constitute a material breach of your agreement with Lawson.

Trademark and Copyright Notices. All brand or product names mentioned herein are trademarks or registered trademarks of Lawson, or the respective trademark owners. Lawson customers or authorized Lawson business partners may copy or transmit this document for their internal use only. Any other use or transmission requires advance written approval of Lawson.

© Copyright 2008 Lawson Software. All rights reserved.

L0234780
CONFIDENTIAL

# Contents

Chapter 1     Overview                                                                 4

What Does Lawson Procurement Punchout Do?                                4
What Are the Lawson Procurement Punchout Components?                      6
How Do Lawson Procurement Punchout Components Work Together?             7

What Are the Concepts I Need to Understand? ...............................8

What Is Punchout?                                                        8
What Are Users and User Groups?                                          8
What Are Vendor Templates?                                               9
What is PO Dispatcher?                                                   9
How Are Purchase Orders Transmitted to the Vendor?                       9

Installation Overview ........................................................ 10

Knowledge Prerequisites                                                 10
System Requirements                                                     10
Installation Process Overview                                           12

Chapter 2     Pre-Installation                                          14

Installation Worksheet                                                  14
Preparing for Installation                                              14
Product Components to Download                                          15

Chapter 3     Installation                                              16

Installing Lawson Requisitions Self Service (RSS XML Only)              16
ED Base Installation on a Windows Server                                16
Installing Lawson Procurement Punchout Administration Bookmarks         19
Deploying Punchout Remote Servlet                                       19
Installing Procurement PO Dispatcher                                    20

Chapter 4     Post-Installation                                         21

Editing Punchout Information in rss_config.xml                          21
Lawson Setup                                                            27
Establishing Punchout Groups and Users                                  28
Editing PO Dispatcher Information in dispatcherPO_config.xml             30
Testing Procurement PO Dispatcher (Optional)                            31

L0234781
CONFIDENTIAL

# Chapter 1

# Overview

This section describes the functionality and components of the product. The following sections help you get started in installing and administrating this product by helping you understand what the different components are and how they work together.

- "What Does Lawson Procurement Punchout Do?" on page 4
- "What Are the Lawson Procurement Punchout Components?" on page 6
- "How Do Lawson Procurement Punchout Components Work Together?" on page 7
- "What Is Punchout?" on page 8
- "What Are Users and User Groups?" on page 8
- "What Are Vendor Templates?" on page 9
- "What is PO Dispatcher?" on page 9
- "How Are Purchase Orders Transmitted to the Vendor?" on page 9
- "Knowledge Prerequisites" on page 10
- "System Requirements" on page 10
- "Installation Process Overview" on page 12

## What Does Lawson Procurement Punchout Do?

Lawson Procurement Punchout works with Lawson Requisitions Self-Service to allow end users to seamlessly browse vendor web-sites, select from approved products and pre-negotiated prices, create requisitions, route for approval and then generate purchase orders. Lawson Procurement Punchout eliminates the need to load and maintain item master data for non-inventoried or highly configured products.

Lawson Procurement Punchout enables users of Lawson Requisitions Self-Service to order supplies from specific vendor's web sites. Within Lawson Procurement Punchout, a vendor's web site is represented by an icon on the Lawson Requisitions Self-Service home page. When the user clicks on the vendor icon (called "punching out") that vendor's web site catalog appears in a separate browser session. From this vendor managed catalog, Lawson Requisitions Self-Service users can choose items to order, placing them into an electronic "shopping cart" and finally returning the selected cart content to the Lawson Requisitions Self-Service application. By separate agreement between the customer and the vendor, the vendor will often display the customer's special cost information for catalog items, as well as limit the catalog items that are displayed.

When users have filled their shopping carts (virtually speaking) and checked out from the vendor web site, the chosen items and their cost are returned to the Lawson server where a requisition is created using the Lawson Requisitions Self-Service application. A purchase order is then created from the requisition. Depending upon vendor capabilities and your unique business requirements, Lawson Procurement Punchout and/or EDI can be used to send the order to the vendor using common protocols such as http/s, ftp/s, email, dialup, etc. One vendor may prefer XML format via HTTPS, another may prefer X.12 and FTP.

---

NOTE  Not all vendors support all formats and protocols.

---

Lawson Procurement Punchout Installation
                                                                                                     Guide

L0234782
CONFIDENTIAL

Any purchase orders created from within Lawson as XML or EDI can be sent to the vendor via the Lawson EDI for Supply Chain application or via Lawson Procurement Punchout.

Lawson Procurement Punchout enables organizations to manage a complex mix of internal and external procurement information  providing connectivity to preferred trading partners and stakeholders  and delivering accurate, up-to-date information about the purchasing process  Our experience working with organizations has taught us that procurement is often inefficient and complex. We know that manual fragmented and labor-intensive processes create a host of problems

L0234783
CONFIDENTIAL

# What Are the Lawson Procurement Punchout Components?

Lawson Procurement Punchout uses various Lawson and third-party components to create the Shopping Experience. These components include

- Lawson Requisitions, Inventory Control, Accounts Payable, and Purchase Order server applications

  You will set up these applications with basic information and processes necessary for requisition processing, such as the currency you will use, your accounting units and accounts, the names and locations of your vendors, your inventory locations and items, your requesters, and requesting locations

  **Requisitions**  Before you can create requisitions, you must set up the Requisitions application including requesters, requesting locations, and approval codes  The Requisitions Self-Service tab on Requesters (RQ04 1) allows you to define the tasks allowed in the Lawson Requisitions Self-Service application  For more information, see the *Requisitions User Guide*.

  **Inventory Control**  The Requisitions Self Service tab on Company (IC01 1) allows you to define the tasks allowed in the Lawson Requisitions Self Service application. UNSPSC Product Codes (IC16 1) and Item Master (IC11 1) allow you to create an item hierarchy that enables user searches at each level, based on the UNSPSC codes developed by the United Nations in association with Dun & Bradstreet  The Search Catalog allows you to look up items and keywords in up to 28 origin fields determined by set up  Keywords and search criteria are defined in the Inventory Control application  For more information, see the *Inventory Control User Guide*

  **Purchase Order**  Purchase Order vendors and locations must be defined prior to using Lawson Requisitions Self Service  Electronic Data Interchange (EDI) is defined as your PO Vendor Issue Method if your company is issuing purchase orders via EDI  The Punchout tab on PO Vendor (PO10 1) and Vendor Purchase From Location (PO10 2) allows you to specify whether or not to allow changes to punchout items  For more information, see the *Purchase Order User Guide*

  **Accounts Payable**  Vendors must be set up in Vendor (AP10.1) for processing  For more information see the *Accounts Payable User Guide*

- Lawson Requisitions Self-Service

  The Lawson Requisitions Self-Service application lets you create requests with demand on stock and demand on vendors, and process  view  and modify requisitions  For more information  see the *Lawson Requisitions Self-Service User Guide*

- Lawson ProcessFlow

  ProcessFlow (reqapproval1 flo and reqapproval2 flo) routes requisition approval requests to approvers  Each flow has up to six levels of approval  based on dollar amounts. You define approvers and dollar amounts according to their requirements for a company/requesting location  For more information  see the *ProcessFlow Reference Guide*

- Lawson Procurement Punchout Portal

  The Lawson Procurement Punchout Portal - a set of bookmarks used by theLawson Procurement Punchout administrator to define Punchout users, groups, vendors and attributes

- Lawson Internet Object Services (IOS)

  Lawson Requisitions Self-Service access for use with Lawson Procurement Punchout is based on User Profiles  The Lawson Procurement Punchout Portal also uses IOS to create bookmarks  For more information  see the *Lawson Administration Guide  Portal*.

L0234784
CONFIDENTIAL

The following diagram shows the Lawson Procurement Punchout components within the Lawson system

*Figure 1 Lawson Procurement Punchout Components*

**User Interfaces**

The Shopping Experience
Lawson Procurement Punchout Administration Portal Site

**Lawson Business Logic**

Requisitions
Purchase Order
Accounts Payable
Inventory Control

Requisitions Self-Service
Lawson Procurement Punchout Base Product

**Lawson Enabling Technologies**

Lawson Portal Enablement
Internet Object Services (Web User Services and Self-Service Applications)
ProcessFlow and Collaborative Commerce Base

Environment 3rd-Party Products Interface Support

Electronic Data
Interchange (EDI)
Technologies

# How Do Lawson Procurement Punchout Components Work Together?

Punchout allows requesters to access external vendors websites shop for items, and return selections to a Lawson requisition Punchout is a vendor-managed catalog where items and prices are determined by your business relationship Each Punchout vendor's shopping experience is unique

After Lawson Procurement Punchout has been set up users of Lawson Requisitions Self-Service who click a Shopping icon cause the shopping website of a supported vendor to be displayed and a Lawson requisition to be created The user can then select items at the web site

When the user is done shopping at the vendor site Lawson Procurement Punchout returns the user to Lawson Requisitions Self-Service The user can save their requisition as a draft or checkout which causes the requisition to be released

Purchase orders can be transmitted to the vendor after the purchase order is released The Lawson EDI for Supply Chain product is one method of transmitting data electronically For more information, see the *Lawson EDI Standard and EDI Professional for Supply Chain Management User Guide* The Punchout tab on PO Vendor (PO10 1) and Vendor Purchase From Location (PO10 2) allows you to specify whether or not to allow changes to Punchout items For more information on setting up PO vendors for EDI transmission of purchase orders, see the *Purchase Order User Guide*

L0234785
CONFIDENTIAL

# What Are the Concepts I Need to Understand?

The following describes the concepts that are important to

- "What Is Punchout?" on page 8
- "What Are Users and User Groups?" on page 8
- "What Are Vendor Templates?" on page 9
- "What is PO Dispatcher?" on page 9
- "How Are Purchase Orders Transmitted to the Vendor?" on page 9

## What Is Punchout?

Punchout refers to the selection of items for purchase on a vendor's web site. When a user clicks the Punchout task on the Lawson Requisitions Self-Service home page and then selects a vendor, a dynamic link (commonly via HTTP or HTTPS) is established between the customer and the vendor. The user can then select items to order from the vendor's online catalog and add them to a Lawson requisition after checking out from the vendor's web site.

## What Are Users and User Groups?

Lawson Procurement Punchout users are individuals who have been setup / allowed to Punchout from the Lawson Requisitions Self Service product. Lawson Procurement Punchout groups represent a single Punchout enabled vendor, and zero or more Lawson Procurement Punchout users are associated with the vendor group.

NOTE: In the case of cXML OrderRequest submission, some vendors may have two groups, one for Punchout activities and the other for OrderRequest submission.

L0234786
CONFIDENTIAL

PX0211, Page 8 of 32

# What Are Vendor Templates?

A vendor template is the record in the ED system code for a vendor web site available for Punchout.
A vendor template is defined on B2B Template (ED45). Entries on the B2B Users (ED43) and B2B
User Groups (ED41) forms link the user and group information with the vendor information entered on
Vendor (AP10 1)

# What is PO Dispatcher?

PO Dispatcher is a ProcessFlow flow that receives purchase order data, outputs it via a batch process in
Mass PO Issue (PO120) maps it to the destination data format (cXML) and transmits it via http/s protocols
to a vendor-specified URL. Currently the flow must either be a scheduled or an ad-hoc activity. Application
triggers currently do not exist to invoke the flow at the end of a PO120 run.

After a (Punchout) purchase order is created and released the Mass PO Issue (PO120) process outputs
the purchase order(s) to a file. The file's location and format depend on the order type specified (EDI
XML, paper, fax, etc). If the format is in XML, then a file called <date and time stamp>.PO is created
in the directory specified in PO120 "XML Path" field

For XML formatted purchase orders the PO Dispatcher program uses the vendor group ("company") and
vendor number contained in the PO120 output data file and matches it to a vendor ID contained in the
dispatcherPO config.xml file to determine where to submit the PO

After the purchase order has been transmitted the session is evaluated and the status of the purchase
order is updated accordingly ("Transmitted" or PVS-XMIT-STATUS=2 "Failure" or PVS-XMIT-STATUS=1)

# How Are Purchase Orders Transmitted to the Vendor?

if your business relationship dictates that cXML is how purchase orders and related documents should be
formatted, contact your Lawson representative for guidance

However, if your business relationship dictates that X 12 / EDI is how purchase orders and related
documents should be formatted, Lawson s EDI product handles document mapping and transmission to
the vendor

L0234787
CONFIDENTIAL

# Installation Overview

The following describes the installation concepts that are important to

- "Knowledge Prerequisites" on page 10
- "System Requirements" on page 10
- "Installation Process Overview" on page 12

## Knowledge Prerequisites

To install this product, you must have the following knowledge and experience:

- System administration-level knowledge (and sysadmin permissions/"role") of your underlying operating systems
- General understanding of web servers
- General understanding of networking
- General understanding of internet protocols
- General understanding of multi-tier applications architecture
- General understanding of databases
- ProcessFlow administration-level permissions (for uploading PO Dispatcher flow)

## System Requirements

Listed below are the software requirements for running Lawson Procurement Punchout. These requirements must be met before you begin installing

### Lawson Server Requirements

| Component | Supported Version(s) |
|---|---|
| S3 Lawson System Foundation | 9 0 x |
| Server Applications | 9 0 x |
| ProcessFlow Designer | 9 0 0 SP3 with Patch 17796 or higher |

### Lawson Procurement Punchout Server Requirements

| Component | Supported Version(s) |
|---|---|
| Lawson Requisitions Self-Service | 9 0 |

There are no specific server requirements beyond what Lawson Requisitions Self-Service requires The sizing of your Lawson application server/webserver should absorb the small additional load that punchout activities impose without a negative impact on overall server resources

L0234788
CONFIDENTIAL

## Lawson Procurement Punchout Remote Servlet Server Requirements

Lawson Procurement Punchout requires that external entities--your vendor community members--interact with the remote punchout servlet For example a vendor must be able to "post" the contents of a shopping session back to the remote punchout servlet. This is part of what is contained in the punchout ear file

Lawson Procurement Punchout Remote Servlet requires that WebSphere be the servlet engine running on any Lawson-supported operating system This server must have internet access and must be configured to allow a punchout-enabled vendor to send shopping cart content to the server (This usually means some sort of publicly routable address Consult your network security policies and your network team for guidance )

Your network architecture and associated security policies will dictate where in your network this Websphere / remote punchout servlet server should be located For example the punchout.ear file can be deployed to the same or different Websphere server than the one running your other Lawson applications It depends on how your network is set up and what security policies you have Consult with your network administrators for guidance

Some of the information the network administrator will probably ask for is the protocols involved (http and/or https), and the port number used The port number used is entirely up to the network administrator This port number, along with a URL to which the vendor can POST shopping cart contents, must be provided to the person responsible for configuring of Lawson Procurement Punchout

L0234789
CONFIDENTIAL

**Lawson Procurement Punchout Network Architecture Example**



## Installation Process Overview

The following table provides an overview of the Lawson Procurement Punchout installation process

| Task | | | See... |
|---|---|---|---|
| | | | Lawson Procurement Punchout Installation Guide |

| 12 | Chapter 1 | Overview | |
|---|---|---|---|

L.0234790
CONFIDENTIAL

| 1 | Verify that all knowledge prerequisites are met | "Knowledge Prerequisites" on page 10 |
|---|---|---|
| 2 | Verify that all requirements are met | "System Requirements" on page 10 |
| 3 | Gather required information on system variables | "Installation Worksheet" on page 14 |
| 4 | Prepare for installation | "Preparing for Installation" on page 14 |
| 5 | Download the product | "Product Components to Download" on page 15 |
| 6 | Install Lawson Procurement Punchout | "Installation" on page 16 |
| 7 | Perform Post Installation procedures for Lawson Procurement Punchout | "Post Installation" on page 21 |

L0234791
CONFIDENTIAL

# Chapter 2

# Pre-Installation

## Installation Worksheet

You will need to supply the following information during the installation and post-installation of this product. Before you begin the installation, fill in the following worksheet.

NOTE: This table lists the environment variables without the platform specific variable syntax. For example, the table has LAWDIR rather than $LAWDIR or %LAWDIR%

| Variable | Description | Your value |
|---|---|---|
| GENDIR (used for ED Base installation) | The environment variable for the path for the directory where your environment objects are stored. The Lawson default is /gen | |
| LAWDIR (used for ED Base installation) | The environment variable for the path for the directory on the application server for the Lawson applications. The Lawson default is /law. | |
| URL | URL, including port number, of the Remote Punchout Server | |
| DUNS | Dunn and Bradstreet identification number for your company | |

## Preparing for Installation

☐   **Firewall**

The punchout server needs access to the Internet. Since this requirement makes the server "at risk" from hostile attempts to compromise the services it provides, Lawson recommends that the server be configured and deployed with a networking firewall protecting both the punchout server from unwarranted Internet access (either initiation or reception) and one's own internal corporate network. Commonly this is referred to as the "Network DMZ".

☐   **Vendor Information**

Contact your vendor(s) to determine the vendor requirements and timelines for User Acceptance Testing (UAT). UAT usually entails initial testing in a test environment using a test user ID and password. Once testing is complete, a production URL, user ID, and password are provided by the vendor. The timeframe for this is dependent on each particular vendor.

L0234792
CONFIDENTIAL

# Product Components to Download

For Lawson Procurement Punchout installation download the following components

| Product | Release | File Name |
|---|---|---|
| Lawson Procurement Punchout (ED Base) | 9 0 | w xxx-EDI zip |
| | | For example |
| NOTE This component is needed only if EDI has not been previously installed on the Lawson applications server | | w-0900000200.EDI.zip |
| Lawson Procurement Punchout Remote Servlet | 9 0 | punchout ear |
| Lawson Procurement Punchout Bookmarks | 9 0 | LAWSONLD9x_punchout csv |
| Lawson Procurement Punchout Dispatcher | 9 0 | w-poDispatch zip |

For downloading instructions see the online Help on the Product Downloads page at
http //support lawson com

L 0234793
CONFIDENTIAL

PX0211, Page 15 of 32

# Chapter 3

# Installation

## Installing Lawson Requisitions Self-Service (RSS-XML Only)

Refer to the Lawson Requisitions Self-Service Installation Guide for information on installing Lawson Requisitions Self-Service if this has not been done. This document is available from the download page when you download the product.

NOTE The *Lawson Requisitions Self-Service Installation Guide* contains information on webserver configuration. The webserver configuration you perform for Lawson Requisitions Self-Service also applies to your other Lawson Procurement Punchout components.

## ED Base Installation on a Windows Server

These procedures explain how to perform a first time install of ED Base.

**Before you start**   If you have already installed Lawson EDI for Supply Chain or Lawson EDI Professional for Supply Chain (which includes the ED Base) this procedure is not required.

NOTE This product is installed on your Lawson application server.

☐   **To install EDI on a Windows Server**

___ 1   From the download page, select EDI

___ 2   Save the EDI installation file to your Lawson Application Server

   – or –

   Save the EDI installation file to your PC. Map a drive from the server to your PC and transfer the EDI installation file to the Lawson application server

___ 3   Verify that the environment to which you are installing is running

___ 4   Login to a Java gui-enabled terminal

___ 5   Log in as the Windows lawson user

___ 6   Verify that you can log on with full administrator privileges. Verify that the lawson user has permission to write to the LOGAN product line

L0234794
CONFIDENTIAL

☐   **Extract the Installation File**

The installation program must be located on the server machine where you are installing the product. The installation log file is written to this directory

_____ 1   Create a temporary directory for the install program.

`mkdir /InstallDirectory`

_____ 2   Use FTP or map a drive from your desktop machine to the server, and copy the w-*xxx*-EDI.zip file to the install directory, then make the install directory your current directory

`cd /InstallDirectory`

3   Extract the installation zip file into the temporary directory

`jar -xvf w-xxx-EDI.zip`

where *xxx* is the release number for EDI.

☐   **Stop servers**

Stop the application server.

`stoplaw`

`startladb`

`startlase`

`startqueue`

☐   **Launch the Installation File**

_ _ 1   Open a command window (do not use LID or XWindows) in the installation directory

2   Verify your GENDIR and LAWDIR environment variables settings. At the command prompt, enter

`set %GENDIR%`

`set %LAWDIR%`

If they are not defined or incorrect, set them to the correct value. At the command prompt enter

`set GENDIR = literal path to GENDIR (example:C:\LINTE\UNIV)`

`set LAWDIR = literal path to LAWDIR (example:  C:\LINTE\APPS)`

_____ 3   At the command prompt, type

`java -jar w-xxx-edi.jar`

The Welcome screen appears

4   Click Next to display the Installation menu

L0234795
CONFIDENTIAL

## Choose the Component(s) to Install

Choose from the options on the Installation Menu. If multiple components will reside on the same machine, you can install them at the same time

1  Select from the following options
   - Install Logan 8 1 0 sysdump for S3 Lawson System Foundation 9 0
   - Install Application Server to install EDI programs and translation scripts
2  Click Next

## Specify Required Installation Values

1  Depending on which component(s) you choose, you are prompted to supply values

   You can browse for directories that already exist on your system  Note that the Java browse feature does not work like the browse feature in Windows  Locate a directory and single-click on it  The directory path appears in the field. Click Select

2  Click Next

## Verify Values

Review your selections for accuracy

Click Install if everything is OK

- or

Click Previous to change the values in error

## Check the Log File

The log file is located in

*InstallationDirectory/edi-xxx.install yyyymmddtime* **log**

You can check the log file for install details  including

- Values you chose during installation
- A complete list of files installed
- Any errors that occurred during the install
- An installation summary

**NOTE** One log file is created for each install

## Complete ED Base Installation

1  Verify that all programs in the LOGAN productline are finished compiling  At the command line, type

   qstatus

2  When all compiles are done, check the files in the **edsrc** directory under **logan** and make sure there are no .err files

   ls %LANDIR%/logan/edsrc/*err

3  Restart the application server

   startlaw

You are now ready to proceed with post-installation

18    Chapter 3   Installation

Lawson Procurement Punchout Installation Guide

L0234796
CONFIDENTIAL

PX0211, Page 18 of 32

## Installing Lawson Procurement Punchout Administration Bookmarks

You must install the Lawson Procurement Punchout administration bookmarks that show up in portal content and added to the portal page. Access for the e-Procurement Admin bookmarks and the ED bookmarks should be changed to Allow Access. Only a Lawson Procurement Punchout administrator needs access to the bookmarks, other users do not.

**NOTE** This product is installed on your Lawson server.

☐ **To install Lawson Procurement Punchout Bookmarks**

____ 1   Delete your existing Lawson Procurement Punchout bookmarks.

____ 2   Access the $LAWDIR/logan/work/LAWSONLD/ directory. The file LAWSONLD9x_punchout.csv should be in this directory. If it is not, download the file from support.lawson.com

____ 3   Change the name of the LAWSONLD9x_punchout.csv file to LAWSONLD

____ 4   Run Lawson Upgrades (LO920) in report mode to see the bookmarks

____ 5   Run Lawson Upgrades (LO920) in update mode to load the bookmarks.

____ 6   Change access for the Lawson Procurement Punchout Administration bookmarks and the ED bookmarks to Allow Access (for administrators only). See the *Lawson Administration Portal* guide for more information on managing bookmark groups

____ 7   Access Bookmark (LO12) to see the bookmarks

## Deploying Punchout Remote Servlet

After downloading the punchout servlet file, deploy the file to the punchout remote server

☐ **Deploy the punchout remote servlet**

Deploy the punchout ear file to the Lawson Procurement Punchout remote server using the Administration Console

☐ **Test the punchout remote servlet**

Test the deployment by opening a web browser and typing `http://` your remote server:your remote port/punchout A page should appear confirming the deployment version

L0234797
CONFIDENTIAL

# Installing Procurement PO Dispatcher

Use these instructions to install the Procurement PO Dispatcher

These are components of the installation file

- `dispatcherPO.xml`

    This is the ProcessFlow, which will uploaded to the server

- `dispatcherPO config.xml`

    This configuration file is used to define runtime parameters necessary for the flow to run.

- `dispatcherTest.PO`

    This is a test file in the format consumed by dispatcherPO flow  It is used to ensure that the flow is functioning

- xsd (design time only) files which are used if modification of the flow is desired (requires ProcessFlow Integrator)

### ☐   Download PO Dispatcher Solution

_____ 1   In Product Downloads, select Procurement Punchout

_____ 2   Download and save the PO Dispatcher file  on your PC

___ 3   Unzip the file to any folder

L0234798
CONFIDENTIAL

# Chapter 4

# Post-Installation

## Editing Punchout Information in rss_config.xml

After installing Lawson Procurement Punchout, you must edit the related settings in the Lawson Requisitions Self-Service configuration file (rss_config.xml). This information enables communication between your servers and any vendor punchout servers. To assist you in these edits you will find a file named punchout_config.xml in the same directory as rss_config.xml. Lawson suggests you copy information from punchout_config to rss_config, then modify the values in rss_config.

☐  **Update settings in rss_config.xml**

____ 1   Open the punchout_config.xml file with a text editor. This file contains templates for your company as well as templates for punchout-enabled vendors.

2   Find the section that starts with the `<buyingOrg name="LawsonSoftware">` tag

____ 3   Copy the `<buyingOrg name="LawsonSoftware">` tag

4   Open the rss_config.xml file with a text editor

____ 5   Paste the `<buyingOrg name="LawsonSoftware">` tag into the rss_config.xml file. There is a placeholder `<punchout>` tag at the end of the file, after the `<server>` tag and before the `<rss>` tag. The order of tags in the file should now be as follows.

```



```

____ 6   Edit the buyingOrg tag information. This is the element that defines the information about your company. The BuyingOrg element looks like this

```



```

__ __ 7   Enter your company's name in the "name" attribute for the BuyingOrg, replacing "LawsonSoftware."

8   Verify that the following required settings are defined within the BuyingOrg. You should not need to modify any other settings within the BuyingOrg

Lawson Procurement Punchout Installation
Guide

L0234799
CONFIDENTIAL

| Setting name | Value | Description |
|---|---|---|
| eMailDomainName | your organization s email domain | Enter your organization s email domain name (the part following the @ sign) into this element It becomes part of the "payload identification of Punchout-related transactions |
| From | id | Specify the type of identifying number you are using If your are using a DUNS number then use id="DUNS"<br><br>id="NetworkId" and id="MutuallyDefined" are commonly used alternatives |
|  | value | Change "0123456789" to an actual DUNS number or other identifying value |
| Sender | id | Specify the type of identifying number the sender is using If it is a DUNS number, then use id="DUNS"<br><br>id="NetworkId" and id="MutuallyDefined" are commonly used alternatives<br><br>NOTE This information is usually the same as the "From" information but can be different if needed |
|  | value | Change "0123456789" to an actual DUNS number or other identifying value |
| remotePunchOutServer | id | Do not change |
|  | value | Enter the location of the punchout server, such as http //your remote Punchout server port |
| remotePunchoutServlet |  | Do not change. |
| SaveCart |  | Do not change |

Lawson Procurement Punchout Installation Guide

L0234800
CONFIDENTIAL

PX0211, Page 22 of 32

| Setting name | Value | Description |
|---|---|---|
| GetCart | | Do not change |
| deploymentMode | "test" <br> or <br> "production" | Flags the document as test or production mode. This setting can be specified at either the buyingOrg or vendor level. The default value is "test" |

After you make any necessary changes, the configuration of the `<buyingOrg>` is complete

9   Define as many vendors as needed in the punchout section. This vendor element defines the information about other companies with which you do business. At least one vendor must be defined to use the punchout feature. The vendor element of the file looks like this

```
<vendor name="DummyPunchout">
    <setting name="Cartsupplies-test" id="489"
        value="http://URL to dummy punchout and supplies"/>
    <setting name="value" id="URL" value="Supplies replaced" />
</vendor>
```

10   Enter a unique name in the "name" attribute for the vendor, replacing "DummyPunchout." This must match the user group name you defined on ED41

11   Verify that the following required settings are defined within each vendor

NOTE These values, when delivered, represent what was given to Lawson at one time for development purposes. They can be used to verify general functionality of Lawson Procurement Punchout, but keep in mind these were temporary IDs that may not work at the time of your testing

| Setting name | Value | Description |
|---|---|---|
| vendor name | id | URL <br><br> NOTE This setting's name must match the user group name on ED41 |
| | value | URL supplied by the vendor to access the vendor server |

L0234801 <br> CONFIDENTIAL

| Setting name | Value | Description |
|---|---|---|
| To | id | Specify the type of identifying number for the vendor. |
| | | Typically DUNS (Dunn and Bradstreet) numbers are the preferred way to uniquely distinguish business parties from each other. If either party does not have an assigned DUNS number then typically a different value for id="DUNS" would be used, the value of which would be decided between the two business parties |
| | value | Change to match the vendor's identifying number |
| From | id | If a value different from what is set up in the `<buyingOrg>` From id is desired, set it here |
| | value | If a value different from what is set up in the `<buyingOrg>` From value is desired, set it here |
| Sender | id | If a value different from what is set up in the `<buyingOrg>` Sender id is desired, set it here |
| | | **NOTE** This information is usually the same as the "From" information, but can be different if needed |
| | value | If a value different from what is set up in the `<buyingOrg>` Sender value is desired, set it here |
| Password | id | Enter an identifier for the password. For example "SharedSecret is commonly used." |

L0234802
CONFIDENTIAL

| Setting name | Value | Description |
|---|---|---|
| | value | Enter the actual password agreed upon by you and the vendor |

12  Sometimes vendors request additional information be included in a punchout session
This is often accomplished by using the XML element known as an "extrinsic." In this
sample configuration file, you can see typical examples of extrinsics. When necessary
you can model your extrinsics after these examples to accommodate a vendor's needs

```
<attribute name="Extrinsic" id="SolID" value="application" />
<attribute name="Extrinsic" id="Buyer" value="Bloomfield" />
<attribute name="Extrinsic" id="FirstName" value="continetNamet" />
<attribute name="Extrinsic" id="LastName" value="continetName" />
<attribute name="Extrinsic" id="Email" value="Black" />
    value="qqxxxxxx" value="Black" value="black.black" />
```

13  Save and close the configuration file, then reload the file using Lawson Requisitions
Self Service utilities

## [ ]   Add mapping information in rss_config.xml

Lawson Procurement Punchout supports mapping of additional data elements to
user-specified fields within a requisition. This allows you to capture data such as commodity
code, manufacturer details, or other user fields that can be useful for managing products
approval of requisitions, or enhanced reporting

This feature provides a measure of user-configured mapping of shopping cart data into
your Lawson requisition. These mappings are vendor-specific, meaning you can specify
different mappings for different punchout vendors. Conversely, if you want the same mapping
instructions to apply to more than one vendor, you need to put the instructions into each
relevant vendor element

1   Open the rss_config xml file with a text editor

2   Find the <vendor> section for the vendor for which you are mapping data

L0234803
CONFIDENTIAL

3   Add the `<mapping>` tag within the `<vendor>`  An example of a completed tag is as
    follows

    `mapping source="Classification" fromField="URN:..." toField="UFQ_RQ_USER_FLD_05"/mapping`

    Use the following information to define the attributes for your specific implementation

| Attribute name | Value | Description |
|---|---|---|
| Source | Classification<br><br>or<br><br>Extrinsic | Name of XML element containing data of interest |
| fromField | | Specify the XML attribute which qualifies the data of interest |
| toField | One of the following<br>• RLN_PO_USER_FLD_4<br>• RLN_PO_USER_FLD_6<br>• RLN_USER_DATE_3<br>• RLN_USER_DATE_4<br>• RLN_MANUF_CODE<br>• RLN_PO_USER_FLD_2<br>• RLN_MANUF_DIVISION<br>• RLN_MANUF_NBR<br>• RLN_COMMODITY_CODE<br>• RLN_DELIVER_TO<br>• UFQ_RQ_USER_FLD_01<br>• UFQ_RQ_USER_FLD_02<br>• UFQ_RQ_USER_FLD_03<br>• UFQ_RQ_USER_FLD_04<br>• UFQ_RQ_USER_FLD_05 | Name of requisition field to hold the data of interest |

## Example

A vendor is sending you information in the PunchoutOrderMessage document  in an XML
element named `<Classification>`  You want to extract the value that element contains
and place into your Lawson requisition into the UFQ_RQ_USER_FLD_05 field  The sample
data below contains several elements named `<Classification>`

`<Classification domain="UNSPSC">12345</Classification>`

`<Classification domain="Toxin">... </Classification>`

`<Classification domain="Radioactive">... </Classification>`

Notice that there is an attribute called 'domain' in each `<Classification>` element  The
value of the domain specifies what the `<Classification>` value is, such as 'Toxin',
'Radioactive', etc  In this example  we are interested in the one which tells you if the material
is radioactive or not  The mapping for such an element would be as follows

`mapping source="Classification" fromField="..." toField="UFQ_RQ_USER_FLD_05".../mapping`

26   Chapter 4   Post Installation

Lawson Procurement Punchout Installation
Guide

L0234804
CONFIDENTIAL

Given this input  the mapping statement would yield the value of 'false' and place it into the Lawson requisition field named UFQ_RQ_USER_FLD_05

---

**NOTE** Results can be unpredictable if you place data into a field that doesn't match the expected type  For example  if you chose for your  toField' RLN_USER_DATE_3  the mapped data must be a date, adhering to the Lawson rules for a DATE field

---

4   Save and close the configuration file  then reload the file using Lawson Requisitions Self-Service utilities

## Lawson Setup

Setup your Lawson forms for Lawson Procurement Punchout  This section lists some of the minimum required setup  See the Lawson Procurement Punchout Administration Guide for more information on setting up Lawson forms

### ☐   Complete Lawson setup

1   Access GL Company (GL10)  Define an address and a telephone number for the company  The address is required for Punchout purchase orders  The telephone number consists of three fields  country code  number  and extension  The telephone country code must be entered and the format of the telephone number should be xxx xxx-xxxx where the first three digits represent the area code  The following fields must be defined (This detail is used in the BillTo details )

   - Address Name
   - Address 1
   - Address 2
   - City or Address 5
   - State or Province
   - Postal Code
   - Country Code (the first field in the Telephone row)
   - Telephone (the second field in the Telephone row) 10 digits including area code  The syntax for this must be xxx xxx-xxxx  where the first three digits represent the area code

2   Access Vendor (AP10)  The Punchout vendors must exist  The following fields must be defined

   - Country Code (the first field in the Telephone row)
   - Telephone (the second field in the Telephone row) 10 digits including area code  The syntax for this must be xxx xxx-xxxx  where the first three digits represent the area code

3   Access Vendor (PO10)  The Punchout vendors must exist  The following fields must be defined

   - Country Code (the first field in the Telephone row)
   - Telephone (the second field in the Telephone row) 10 digits including area code  The syntax for this must be xxx xxx-xxxx  where the first three digits represent the area code
   - Issue method should be set to EDI

L0234805
CONFIDENTIAL

_____ 4.  Access Buyer (PO04)  Define an email address and a telephone number for the buyer
The telephone number consists of three fields  country code, number, and extension  The
telephone country code must be entered and the format of the telephone number should
be xxx xxx-xxxx where the first three digits represent the area code  The following fields
must be defined  (This is the name of the individual in the ShipTo details )

- Name (this is the buyer name field)
- Address 1
- City or Address 5
- County Code (the first field in the Telephone row)
- Telephone (the second field in the Telephone row) 10 digits including area code
  The syntax for this must be xxx xxx xxxx  where the first three digits represent the
  area code
- email

_____ 5   Access Location (IC02)  The following fields must be defined. (This detail is used in the
ShipTo details along with the Name specified in the Access Buyer (PO04) form

- PO ShipTo Name
- Address 1
- Address 2
- State or Province
- Postal Code

## Establishing Punchout Groups and Users

There are users and groups that need to be setup in Lawson Procurement Punchout

A user is a single individual (a requisitioner) who has been setup in Lawson and granted privileges to
access Lawson Procurement Punchout  A group is a representation of a single punchout enabled vendor
to which one or more users (requisitioners) can be assigned

L0234806
CONFIDENTIAL

☐   **Set Up Templates, Groups, and Users**

> **IMPORTANT** If a bookmark has an entry labeled "Import B2B Users and Groups" **do not use it** It has been superseded by these instructions and has the capacity to corrupt existing Lawson Requisitions Self-Service and Lawson Procurement Punchout setup information  If possible, have the "Import B2B Users and Groups" entries removed from the bookmarks to prevent accidental execution

____ 1   Login to the Lawson Portal with an ID that has access to the Lawson Procurement Punchout administration bookmarks

____ 2.   Set up Templates as follows

____   a   From the Procurement Punchout Admin bookmarks link  choose "B2B Templates" to go to ED45

____   b   Enter an identifying name in the Template Name field

____   c   Enter that organization's vendor number (from AP10) in the Vendor field

____   d   Click Add

____ 3   Set up User Groups as follows

____   a   From the Procurement Punchout Admin bookmarks link  choose "B2B User Groups" to go to ED41

____   b   Enter a name in the User Group Name field

> **IMPORTANT** The name you enter here must match the vendor name in the punchout_config xml file

____   c   Optional  Type in the name of a corresponding image file into the Icon field

> **NOTE** If you do not select a valid image file in this step  a broken icon image is used This will not affect the functionality of Lawson Procurement Punchout

____   d   Click Add

____ 4   Set up Users as follows

____   a   From the Procurement Punchout Admin bookmarks link  choose "B2B User" to go to ED43

____   b   Select the appropriate User Group Name

____   c   Type in the relevant web user name and requester

____   d   Select the appropriate Template Name

____   e   Click Add

____   f   Repeat these steps for each requester you want to set up for this group / vendor

☐   **Test Template, User, and Group Setup**

____ 1   Login to the Lawson Portal as a user who has been granted Lawson Procurement Punchout privileges

____ 2   Navigating to the "Punchout" activity.

____ 3   You should see an icon representing the vendor you just set up

L0234807
CONFIDENTIAL

# Editing PO Dispatcher Information in dispatcherPO_config.xml

Use these procedures to provide the correct values in the dispatcherPO_config.xml file

## ⊔ Upload PO Dispatcher ProcessFlow

_____ 1   Ensure that ProcessFlow is running on the server where you are loading the flow

_____ 2   Ensure that you have ProcessFlow administrator privileges to upload the flow

_____ 3   Open ProcessFlow Designer

_____ 4   Click Process> Upload to Server.

The flow file name is `dispatcherPO.xml`

## ⊓ Define logging and archive directories in dispatcherPO_config.xml

_____ 1   Open `dispatcherPO_config.xml` with a text editor

_____ 2   Find the "archive_directory" setting

_____ 3   Enter a valid file path where PO Dispatcher can archive  PO files once they are sent  Ex

For example  if your **LAWDIR/prodline** value is /web/apps/apps900, sample location can be

```
<archive directory>/web/apps/apps900/dispatcherArc</
archive directory>
```

_____ 4   Find the "logging_directory" setting

_____ 5   Enter a valid file path where PO Dispatcher can log information

For example  if your **LAWDIR/prodline** value is /web/apps/apps900, sample location can be

```
<logging directory>/web/apps/apps900/dispatcherLog</
logging directory>
```

_____ 6   Save and close the file

## ⊔ Define vendor information in dispatcherPO_config.xml file

_____ 1   Open the `dispatcherPO_config.xml` file with a text editor

_____ 2   Find the `vendortemplate` group of elements, which looks like this

```
<vendor id="XXXX-YYYYY(YYY" serviceName="VendorTemplate">
<setting id="postToURL" value="Vendor URL goes here"/>
<setting id="notificationEmailAddress" value="your sysAdmin email@mail.com"/>
<setting name="To" id="DUNS" value=""/>
<setting name="From"  id="NetworkId" value=""/>
<!--  "Sender" and "From" values are often the same  -->
<setting name="Sender" id="NetworkId" value=""/>
<setting name="password" id="SharedSecret" value="yourAgreedUponSecret"/>
<setting id="deploymentMode" value="test"></setting> <!--
"production" or "test" --> </vendor>
```

Lawson Procurement Punchout Installation Guide

L0234808
CONFIDENTIAL

3    Using the information provided by the vendor, edit the following settings

- **Vendor, id="xxxx-YYYYYYYYYY"**
  Replace xxxx with a company number, YYYYYYYYYY with the Vendor number
  Do not embed spaces
- **Vendor, serviceName=**
  Enter a descriptive label for this vendor
- **Setting, id="postToURL", value=**
  Enter the URL of the Punchout site  This is provided by the vendor
- **Setting, id="notificationEmailAddress" value=**
  Enter the valid email address of the individual(s) who will be tasked with monitoring
  ProcessFlow  The address(es) entered will get emails regarding processing failures
- **Setting, name="To", id=DUNS | NetworkId, value=**
  Enter your specific identification here  Often  this is a value agreed upon between
  customer and vendor  If a DUNS number  then enter "DUNS" for the "id=  value,
  otherwise  enter 'NetworkId'
- **Setting  "name="From", id=DUNS | NetworkId, value=**
  Enter your specific identification here  Often  this is a value agreed upon between
  customer and vendor  If a DUNS number, then enter "DUNS" for the "id=" value,
  otherwise  enter 'NetworkId'
- **Setting, name="Sender", id=DUNS | NetworkId, value=**
  Enter your specific identification here  Often  this is a value agreed upon between
  customer and vendor  If a DUNS number, then enter "DUNS" for the "id=" value,
  otherwise  enter 'NetworkId'
- **Setting, name="password", id="SharedSecret", value=**
  Enter the value agreed upon by customer and vendor
- **Setting, name="deploymentMode", value=**
  Enter 'test' or 'production' as applicable

Repeat these steps for each vendor you are punching out to

4    Save and close the file

☐    **Deploy the dispatcherPO_config.xml file**

Move the dispatcherPO_config xml file to /LAWDIR/system

## Testing Procurement PO Dispatcher (Optional)

Use these instructions to test the installation of PO Dispatcher

☐    **Deploy the dispatcherTest.PO file**

Move the dispatcherTest PO file to /LAWDIR/prodline/xml/xFiles/xml  This directory
path is where PO Dispatcher probes for PO's waiting to be dispatched

☐    **Testing the PO Dispatcher flow**

1    Launch ProcessFlow Designer and log into the machine where you saved your
`dispatcherTest.PO` file

2    Open the flow `dispatcherPO.xml` from your computer

L0234809
CONFIDENTIAL

___ 3   Click Run

___ 4   Click Run on Server check box, and then click OK

The flow should complete without errors. Three files should end up in the  folder that was defined earlier (one each for the source input, for the single order parsed from the source, and for the target output, * cXML). A log entry should exist as well in the  that was earlier defined

---

NOTE The PO Dispatcher flow will not pick up files that have a creation time that is less than 1 minute old. This is to prevent reading a file that is still being written to

---

## ☐  Set up Mass PO Issue (PO120) for use with PO Dispatcher

___ 1   Access Mass PO Issue (PO120)

___ 2   Select the criteria appropriate for the batch job

These two settings which are important for use with the PO Dispatcher

*   Ensure that the output Form(at), under the "EDI" tab, is "XML / 3"

*   Enter 'xFiles/xml' in the XML Path field. (This is relative to **LAWDIR/PRODLINE/xml**)

This is where the PO Dispatcher looks for outgoing purchase orders to process

---

NOTE If no XML path is specified, output goes to **LAWDIR/PRODLINE/xml/out** directory

---

## ☐  Functional Testing Procurement PO Dispatcher

___ 1   Punchout to the vendor of your choice

___ 2   Create a requisition and a purchase order. Approve it using the normal process until it is in a "released" state

___ 3   Run the appropriate PO120 job (with XML Path set to 'xFiles/xml' and Form=3)

___ 4   Using Process Flow Designer or ProcessFlow Administrator, run the 'dispatcherPO' flow

___ 5   Check the log file (created automatically by the flow) for errors

The log file is located in the path you defined when you set the `logging directory` value to in dispatcherPO_config.xml

---

NOTE To see the input file(s) and the resulting output file(s), examine the "archive_directory". At least three files should be created after a successful run

*   The original PO120 output file. File extension: PO120

*   One or more files with a ' PO' extension. This file represents one purchase order from the original PO120 file

*   One or more files with a ' cXML' extension. This file represents one purchase order in the target (cXML) format. It corresponds to the ' PO' file of the same name

---

For descriptions of the services and flow files, see the *ProcessFlow Reference Guide for 9 0 Lawson Applications*. For information on how to design flows and use the ProcessFlow Designer, see the *ProcessFlow Administration Guide* for your release of ProcessFlow Standard or ProcessFlow Professional

L0234810
CONFIDENTIAL