# EXHIBIT 6
# FILED BY HAND

# PX-374