# EXHIBIT 7
# FILED BY HAND

# PX-376 (CD)