# EXHIBIT 20

# Merchant & Gould
An Intellectual Property Law Firm

3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota
55402-2215 USA
TEL 612.332.5300
FAX 612.332.9081
www.merchantgould.com

A Professional Corporation

Direct Contact
612.336.4677
wschultz@merchantgould.com

July 14, 2011

*Via Email*

Michael Strapp
Goodwin Procter LLP
Exchange Place
53 State Street
Boston, MA 02109

Re:  *ePlus, Inc. v. Lawson Software, Inc.*
     **Case No.: 09-620**

Dear Michael:

  We are in receipt of the correspondence from Mr. Patrick Niemeyer dated July 13, 2011 agreeing to maintain the confidentiality of Lawson's RQC source code. Based on the agreement of the parties, enclosed herein please find a DVD bearing the production number RQC 0000744. The disk contains the RQC source code as well as the source code of other modules used in the operation of the RQC product. This DVD should be maintained as confidential pursuant to the parties' agreements.

Yours truly,

William D. Schultz

Encls.

Atlanta | Denver | Knoxville | Madison | Minneapolis | New York | Seattle | Washington DC