# EXHIBIT 25



# Lawson Procurement Punchout and PO Dispatcher Installation and Administration Guide for Lawson Applications 8.1.x and 9.x

Version 9.0.1.4

Lawson Supply Chain Management

Document Number EPPIG-9014-UWA-02

**Legal Notices**

This content is supplied by Lawson under the customer license agreement as Documentation describing the functions, features and specifications of the Lawson Software licensed under that agreement. This content pertains only to the respective release or version of the Software referenced in this content, and may be changed or superseded by subsequent Documentation. This content may contain information about several different Lawson products that are licensed separately by product name under a Lawson Product Order Form (POF). Customers must have a POF showing the license of a specific product (by product name) before that customer may install, test and use that specific Lawson product. If you do not have a POF for a product that is described in these materials: (1) you may not install, test or use that product and (2) Lawson provides no license, warranties or maintenance for that product. **Contact your Lawson Account Executive if you are unclear about your licensing restrictions.**

**Export Notice:** Pursuant to your agreement with Lawson, you are required (at your own expense) to comply with all laws, rules, regulations, and lawful orders of any governmental body that apply to you and the products, services or information provided to you by Lawson. This obligation includes, without limitation, compliance with the U.S. Foreign Corrupt Practices Act and all other applicable corrupt practices legislation (which prohibits certain payments to governmental officials and political parties), export control regulations, and regulations of international boycotts. Without limiting the foregoing, you may not use, distribute or export the products, services or information provided to you by Lawson except as permitted by your agreement with Lawson and any applicable laws, rules, regulations or orders. Non-compliance with any such law, rule, regulation or order shall constitute a material breach of your agreement with Lawson.

**Intellectual Property:** All brand or product names mentioned herein are trademarks or registered trademarks of Lawson, or the respective trademark owners. This documentation is the proprietary information of Lawson protected internationally under copyright and related intellectual property laws. Lawson customers or authorized Lawson business partners may use, copy, or transmit this document for their internal use only. Any other use or transmission requires advance written approval of Lawson.

© Copyright 2011 Lawson Software. All rights reserved.

# Contents

| Chapter 1 | Overview | 5 |
|---|---|---|

What Does Lawson Procurement Punchout Do?..........................................................................5
What Are the Lawson Procurement Punchout Components?.....................................................5

**What Are the Concepts That I Need to Understand?**........................................**8**

What Is Punchout?......................................................................................................................8
What Are B2B Users(ED43) and B2B User Groups(ED41)?......................................................8
What Are B2B Templates (ED45)?.............................................................................................8
What Is PO Dispatcher?..............................................................................................................8
How Are Purchase Orders Transmitted to the Vendor?..............................................................9

**Installation Overview**..................................................................................................**10**

Knowledge Prerequisites..........................................................................................................10
System Requirements...............................................................................................................10
Installation Process Overview...................................................................................................14

| Chapter 2 | Pre-Installation | 15 |
|---|---|---|

Installation Worksheet...............................................................................................................15
Preparing for Installation...........................................................................................................15
Product Components to Download...........................................................................................15

| Chapter 3 | Installation | 17 |
|---|---|---|

Installing Lawson Procurement Punchout Administration Bookmarks......................................17
Deploying Punchout Remote Servlet........................................................................................17
Installing Procurement PO Dispatcher......................................................................................18

| Chapter 4 | Post-Installation | 19 |
|---|---|---|

Editing Punchout Information in rqc_config.xml.......................................................................19
Lawson Setup...........................................................................................................................23
Establishing Punchout/ B2B Templates, Groups and Users.....................................................24
Installing PO Dispatcher and Editing Configuration Information in dispatcherPO_config.xml....25
Testing Procurement PO Dispatcher (Optional).......................................................................26

| Appendix A | B2B Technical Capability Assessment Worksheet | 28 |
|---|---|---|

| Appendix B | Advanced Configuration | 30 |
|---|---|---|

Enhanced PunchOutSetupRequest Feature.............................................................................30
Sending "Ad-Hoc" Information to Vendors via B2B Attributes/"Extrinsic" Elements..................30
Default Mapping of cXML PunchoutOrderMessage to Lawson Requisition Center Record......31
User-Defined Mapping of Information.......................................................................................32
Base-64 Decoding of PunchOutOrderMessage.......................................................................34
How Does Procurement Punchout determine User Information in a PunchOutSetupRequest Document Tag?.........................................................................................................................34

Lawson Procurement Punchout and PO
Dispatcher Installation and Administration
Guide for Lawson Applications 8.1.x and 9.x

Contents    3

RQC0000003

| | | |
|---|---|---|
| Appendix C | How to Set Up Dell Computers | 36 |
| Appendix D | Quick Setup Procedures | 38 |
| Appendix E | ED Base Installation Procedures for Windows, UNIX and System I | 39 |
| | ED Base Installation for Windows | 39 |
| | ED Base Installation on a UNIX Server | 41 |
| | Installing ED Base on System I | 44 |
| Appendix F | Tips/Tricks/Tools | 46 |

4   Contents                          Lawson Procurement Punchout and PO
                                      Dispatcher Installation and Administration
                                      Guide for Lawson Applications 8.1.x and 9.x

RQC0000004

# What Are the Concepts That I Need to Understand?

The following describes the important concepts in Procurement Punchout and PO Dispatcher.

- "What Is Punchout?" on page 8
- "What Are B2B Users(ED43) and B2B User Groups(ED41)?" on page 8
- "What Are B2B Templates (ED45)?" on page 8
- "What Is PO Dispatcher?" on page 8
- "How Are Purchase Orders Transmitted to the Vendor?" on page 9

## What Is Punchout?

Punchout refers to the selection of items on a vendor's website for inclusion on a requisition for possible purchase in the future. When a user clicks the Punchout task on the Lawson Requisition Center home page and then selects a vendor, an HTTP or HTTPS connection is established between the customer and the vendor. The user can then select items to order from the vendor's online catalog and add them to a Lawson requisition after checking out from the vendor's web site.

## What Are B2B Users(ED43) and B2B User Groups(ED41)?

Lawson Procurement Punchout Users are individuals who have been setup / allowed to Punchout from the Lawson Requisition Center product. Lawson Procurement Punchout B2B User Groups represent a single Punchout-enabled vendor, and zero to manyLawson Procurement Punchout B2B users (requesters) are associated with the vendor group.

## What Are B2B Templates (ED45)?

ED45 contains entries for the applicable PRODUCT LINE, VENDOR and PURCHASE FROM LOCATION values.

## What Is PO Dispatcher?

PO Dispatcher is a ProcessFlow which reads purchase order data created via Mass PO Issue (PO120), maps it to the destination data format (cXML) and transmits it via http/s protocols to a vendor-specified URL. Currently the flow must either be a scheduled or an ad-hoc activity. Application triggers currently do not exist to invoke the flow at the end of a PO120 run.

After a (Punchout) purchase order is created and released, the Mass PO Issue (PO120) process outputs the purchase order(s) to a file. The file's location and format depend on the order type specified (EDI, XML, paper, and fax). If the format is in XML, then a file called `.PO` is created in the directory specified in PO120, "XML Path" field.

For XML-formatted purchase orders, the PO Dispatcher program uses the vendor group ("company") and vendor number contained in the PO120 output data file and matches it to a vendor ID contained in the dispatcherPO_config.xml file to determine where to submit the PO.

8    Chapter 1   Overview                                Lawson Procurement Punchout and PO
                                                        Dispatcher Installation and Administration
                                                        Guide for Lawson Applications 8.1.x and 9.x

RQC0000008

After the purchase order has been transmitted, the session is evaluated and the status of the purchase order is updated accordingly ("Transmitted", or PVS-XMIT-STATUS=2, "Failure", or PVS-XMIT-STATUS=1).

## How Are Purchase Orders Transmitted to the Vendor?

Consult your business partner regarding their options for exchange of business documents (purchase orders, etc.).

Many punchout-enabled vendors prefer to receive purchase orders in cXML format (Commerce XML) via HTTP/s. Others may prefer paper, fax, or EDI.

Lawson Procurement Punchout and PO Dispatcher Installation and Administration Guide for Lawson Applications 8.1.x and 9.x

Chapter 1   Overview   9

RQC0000009

## Lawson Procurement Punchout Network Architecture Example



____1.   Clicking on vendor icon constructs an internal XML document, a ServiceRequest.

This ServiceRequest is created on the Lawson applications web server, which then forwards the ServiceRequest to a the "PunchoutSetupRequest" object in the Procurement Punchout / Requisition Center (RQC) product structure.

____2.   A cXML PunchoutSetupRequest document is constructed (example below). Some of the information comes from the<ServiceRequest> but much comes from the "rqc_config.xml" configuration file.

Once the PunchoutSetupRequest document is complete the Requisition Center (RQC) / Lawson applications web server will POST this document to the Lawson Procurement Punchout Remote Punchout Servlet (RPS). The RPS forwards the message to the URL specified in the SupplierSetup/URL element in the PunchoutSetupRequest.

**NOTE** The BrowserFormPost/URL element is where the vendor will send the contents of a punchout session to once the requester "checks out" from the punchout site. This URL invokes the "SaveCart" service of the Remote Punchout Servlet. The server/port values of the URL come from the "rqc_config.xml" file in the "b2b_server" and "remotePunchoutServer" settings.

For example, given a cXML PunchoutSetupRequest document :

12   Chapter 1   Overview                                Lawson Procurement Punchout and PO
                                                         Dispatcher Installation and Administration
                                                         Guide for Lawson Applications 8.1.x and 9.x

RQC0000012


The vendor takes the PunchoutOrderMessage and posts it to the URL specified in the PunchoutSetupRequest document (step 2b) in the BrowserFormPost/URL element.

The PunchOutOrderMessage document is cached in memory on the Remote Punchout Servlet / Server. The Lawson requester's ID, or more specifically the value found in the <BuyerCookie> element, is used as the key to cache the data under.

6. After the data in step 5 has been cached, the punchout window opened in step 4 is closed by the vendor.

The closing of the window is the event that Requisition Center / Procurement Punchout uses to signal retrieval of the cached document.

7. Cached data is retrieved, parsed into Lawson's internal XML format and placed into Lawson Requisition Center shopping cart ready for further processing. This is where a punchout session ends and normal Lawson Requisition processing takes over.

XML documents often contain references to external entities (read: "internet at large" or other web-based resource) to aid and assist in the act of parsing the document. Some customers with "network restrictive" policies have reported a need to allow for http/s traffic to and or from these web sites - your experience may vary and adjustments to network appliances / policies not discussed here may be necessary.

For example, (read-only) access to these two sites is needed : xml.cxml.org ( an alias for service.ariba.com) (216.109.104.11) and ariba.com (216.109.96.40)

## Installation Process Overview

The following table provides an overview of the Lawson Procurement Punchout installation process.

|   | Task | See... |
|---|------|--------|
| 1 | Verify that all knowledge prerequisites are met | "Knowledge Prerequisites" on page 10 |
| 2 | Verify that all requirements are met | "System Requirements" on page 10 |
| 3 | Gather required information on system variables | "Installation Worksheet" on page 15 |
| 4 | Prepare for installation | "Preparing for Installation" on page 15 |
| 5 | Download the product | "Product Components to Download" on page 15 |
| 6 | Install Lawson Procurement Punchout | "Installation" on page 17 |
| 7 | Perform Post-Installation procedures for Lawson Procurement Punchout | "Post-Installation" on page 19 |

14   Chapter 1   Overview

Lawson Procurement Punchout and PO Dispatcher Installation and Administration Guide for Lawson Applications 8.1.x and 9.x

RQC0000014

| Setting name | Value | Description |
|---|---|---|
| eMailDomainName | your organization's email domain | Enter your organization's email domain name (the part following the '@' sign) into this element. It becomes part of the "payload" identification of Punchout-related transactions. |
| From | id | Specify the type of identifying number you are using. If you are using a DUNS number, then use id="DUNS". |
| | | Id="NetworkId" and id="MutuallyDefined" are commonly used alternatives. |
| | value | Change "0123456789" to an actual DUNS number or other identifying value. |
| Sender | id | Specify the type of identifying number the sender is using. If it is a DUNS number, then use id="DUNS". |
| | | Id="NetworkId" and id="MutuallyDefined" are commonly used alternatives. |
| | | **NOTE** This information is usually the same as the "From" information, but can be different if needed. |
| | value | Change "0123456789" to an actual DUNS number or other identifying value. |
| remotePunchOutServer | id | Do not change. |
| | value | Enter the location of the punchout server, such as http://your remote Punchout server:port. |
| remotePunchoutServlet | | Do not change. |
| SaveCart | | Do not change. |
| GetCart | | Do not change. |

20   Chapter 4   Post-Installation

Lawson Procurement Punchout and PO
Dispatcher Installation and Administration
Guide for Lawson Applications 8.1.x and 9.x

RQC0000020