# EXHIBIT 26
# FILED BY HAND

# RQC 047 – RQC 347