# EXHIBIT 27



# Lawson Requisition Center Installation Guide

**Version 9.0.1**
Published June 2011

Lawson Supply Chain Management
- Unix/Windows Platforms

Document Number RQCIG-901-UW-02

**Legal Notices**

This content is supplied by Lawson under the customer license agreement as Documentation describing the functions, features and specifications of the Lawson Software licensed under that agreement. This content pertains only to the respective release or version of the Software referenced in this content, and may be changed or superseded by subsequent Documentation. This content may contain information about several different Lawson products that are licensed separately by product name under a Lawson Product Order Form (POF). Customers must have a POF showing the license of a specific product (by product name) before that customer may install, test and use that specific Lawson product. If you do not have a POF for a product that is described in these materials: (1) you may not install, test or use that product and (2) Lawson provides no license, warranties or maintenance for that product. **Contact your Lawson Account Executive if you are unclear about your licensing restrictions.**

**Export Notice:** Pursuant to your agreement with Lawson, you are required (at your own expense) to comply with all laws, rules, regulations, and lawful orders of any governmental body that apply to you and the products, services or information provided to you by Lawson. This obligation includes, without limitation, compliance with the U.S. Foreign Corrupt Practices Act and all other applicable corrupt practices legislation (which prohibits certain payments to governmental officials and political parties), export control regulations, and regulations of international boycotts. Without limiting the foregoing, you may not use, distribute or export the products, services or information provided to you by Lawson except as permitted by your agreement with Lawson and any applicable laws, rules, regulations or orders. Non-compliance with any such law, rule, regulation or order shall constitute a material breach of your agreement with Lawson.

**Intellectual Property:** All brand or product names mentioned herein are trademarks or registered trademarks of Lawson, or the respective trademark owners. This documentation is the proprietary information of Lawson protected internationally under copyright and related intellectual property laws. Lawson customers or authorized Lawson business partners may use, copy, or transmit this document for their internal use only. Any other use or transmission requires advance written approval of Lawson.

© Copyright 2011 Lawson Software. All rights reserved.

# Contents

**Lawson Requisition Center Installation Overview**..........................................4

What is Lawson Requisition Center?.......................................................................4
Knowledge Prerequisites........................................................................................4
System Requirements............................................................................................4
Upgrade Considerations........................................................................................5
Installation Process Overview................................................................................5

**Pre-Installation for Lawson Requisition Center**..............................................7

Installation Worksheet...........................................................................................7

**Installation of Lawson Requisition Center**.....................................................8

Product Components to Download.........................................................................8
Installing Lawson Requisition Center......................................................................8

**Post-Installation for Lawson Requisition Center**.........................................11

Defining Shared Library Components in WebSphere..............................................11
Security Prerequisites for Requisition Center........................................................13
Deliver Template via SSOCONFIG.........................................................................13
Lawson Requisition Center with Lawson Security..................................................14
Create Bookmarks...............................................................................................14
Set Up Lawson Requisition Center Images...........................................................15
Testing the Installation........................................................................................15
Backup Steps for Deploying New File (Patches)....................................................16

RQC0000366

# Lawson Requisition Center Installation Overview

This section provides the following information about installing Lawson Requisition Center.

- "What is Lawson Requisition Center?" on page 4
- "Knowledge Prerequisites" on page 4
- "System Requirements" on page 4
- "Upgrade Considerations" on page 5
- "Installation Process Overview" on page 5

## What is Lawson Requisition Center?

Lawson Requisition Center lets you create requests with demand on stock and demand on vendors, and process, view and modify requisitions.

## Knowledge Prerequisites

To install this product, you should have the following knowledge and experience:

- Understand the directory structure of Lawson Requisition Center including whether your system is local or remote.
- Have system administrator experience.

## System Requirements

The following software and hardware requirements must be met before you install this product.

### Lawson System Requirements

| Component | Supported Version(s) |
| --- | --- |
| S3 Lawson System Foundation | 9.0.x |
| | **NOTE** LSF 9.0.1 SP2 is required if you are using 9.0.1 applications. |
| | **NOTE** If you have LSF 9.0.1 SP3, Fix for IOS PT # 178395 is required. Requisition Center will not run without it. |
| Server Applications | 8.0.x or 8.1.x or 9.0.x |

## Third Party Requirements

**IMPORTANT** If you are using Microsoft Windows XP with Service Pack 2, you must enable pop-ups in Internet Explorer in order to use .

| Component | Supported Version(s) |
|---|---|
| Web Browser | Internet Explorer 6.0, 7.0 or 8.0 |
| | Firefox 3.0.5 or later on Mac OS X 10.4 or later |
| | **NOTE** Internet Explorer 7.0 or 8.0 is required to properly render theme "9". If you are using theme "8" Internet Explorer 6.0 is still supported. |
| Web Server for S3 Lawson System Foundation | IBM HTTPServer 6.1 or 7.0 (with WebSphere servlet container) |
| | –or– |
| | IIS 6.0 (as a remote web server with WebSphere servlet container) |
| Servlet Container for S3 Lawson System Foundation | Websphere 6.1 or Websphere 7.0, if you are using S3 Lawson System Foundation 9.0.0 |
| | WebSphere 7.0, if you are using S3 Lawson System Foundation 9.0.1 |
| XWindows (UNIX only) | Any XWindows that supports your version of JDK |
| MSXML Parser | Microsoft XML 4.0 Service Pack 2 (required) |

# Upgrade Considerations

The following table provides a list of the possible upgrades.

**NOTE** Any requisitions in the process of being created will not be saved.

| Version | Description |
|---|---|
| All Upgrades | Whenever you install a new version of a product over a previous installation, back up and delete the installation directory, your current rqc.ear or rqc.war file, and your current rqc_config.xml file before proceeding with the installation. When upgrading, save all current requisitions prior to installing. |

# Installation Process Overview

The following table provides an overview of the installation process.

| | Task | See... |
|---|---|---|
| 1 | Verify that all requirements are met | "System Requirements" on page 4 |

| | | |
|---|---|---|
| **2** | Gather required information on system variables | "Installation Worksheet" on page 7 |
| **3** | Set permissions | "Installing Lawson Requisition Center" on page 8 |
| **4** | Create bookmarks | "Create Bookmarks" on page 14 |
| **5** | Complete installation verification procedures | "Testing the Installation" on page 15 |

# Pre-Installation for Lawson Requisition Center

The following tasks must be completed before the product is installed.

**NOTE** All values are shown in UNIX format. For Windows systems, replace the forward slash (/) with the backslash (\) when specifying directory paths.

## Installation Worksheet

The following table defines the environment variables used in this installation guide.

**NOTE** This table lists the environment variables without the platform-specific variable syntax. For example, the table has LAWDIR rather than $LAWDIR or %LAWDIR%.

| Variable | Description | Defined when? | Your value |
|---|---|---|---|
| GENDIR | The directory path to your environment. | This value is set during installation. | |
| LAWDIR | The directory path to your Lawson applications. | This value is set during installation. | |

# Installation of Lawson Requisition Center

Use these procedures to download and install the product.

- "Product Components to Download" on page 8
- "Installing Lawson Requisition Center" on page 8

## Product Components to Download

Download and install this product:

| Product Name | Version | Platform | File Name |
|---|---|---|---|
| Lawson Requisition Center | 9.0.1.x | All | **w-*xxx*-rqc.zip**<br>Where *xxx* is the release number for the product.<br>For example:<br>**w-09010000000-rqc.zip** |

For downloading instructions, see the online Help on the Product Downloads page at http://www.mylawson.com.

## Installing Lawson Requisition Center

If you plan to distribute the Lawson Requisition Center product components on multiple machines, you must run the installation program separately on each machine.

If you plan to install all Lawson Requisition Center product components on a single machine, you must run the installation program on that machine.

**UNIX only**: You must establish an XWindows session to run the Install program.

**NOTE** Windows installs must be done at the console.

- **Establish permissions**
  ____ 1. **UNIX only** Establish an XWindows session.
  ____ 2. **UNIX and Windows** Log in as the UNIX/Windows lawson user.
  ____ 3. **UNIX only** On each machine, set **umask** to 000 to establish read/write access to all new directories created by the install.

     **umask 000**

  ____ 4. Verify that you can log on to each machine with full administrator privileges. Verify that the lawson user has permission to write to the LOGAN product line.

- **Extract the Installation File**
  The installation program must be located on the server machine where you are installing the product. The installation log file is written to this directory.
  ____ 1. Create a temporary directory for the install program.

     **mkdir /***InstallDirectory*

\_\_\_\_2. Use FTP or map a drive from your desktop machine to the server, and copy the **w-*xxx*-rqc.zip** file to the install directory, then make the install directory your current directory.

   `cd /InstallDirectory`

\_\_\_\_3. Extract the installation .zip file into the temporary directory.

   `jar -xvf w-xxx-rqc.zip`

   where *xxx* is the release number for Lawson Requisition Center.

- **Launch the Installation File**

\_\_\_\_1. Open a command window (do not use LID) in the installation directory. At the command prompt, type

   **UNIX and Windows:** `java -jar w-rqc-xxx.jar`

   where *xxx* is the release number for Lawson Requisition Center

   The Welcome screen appears.

\_\_\_\_2. Click Next to display the Installation menu.

- **Choose the Component(s) to Install**
  Choose from the options on the Installation Menu. If multiple components will reside on the same machine, you can install them at the same time

\_\_\_\_1. Verify that the correct option is checked:

   - **90x Technology** installs the components on the Lawson server.

\_\_\_\_2. Click Next.

- **Specify Required Installation Values**

\_\_\_\_1. Depending on which component(s) you choose, you are prompted to supply values. For values specific to this installation, see "Installation Worksheet" on page 7.

   You can browse for directories that already exist on your system. Note that the Java browse feature does not work like the browse feature in Windows. Locate a directory and single-click on it. The directory path appears in the field. Click Select.

   - or -

   Type in the full directory path. If the directory does not exist on your system, the installation program will create it for you.

\_\_\_\_2. Click Next.

- **Verify Values**
  Review your selections for accuracy.
  Click Install if everything is OK.
  - or -
  Click Previous to change the values in error.

- **Check the Log File**
  This file is created beside the w-rqc-xxx.jar file. You can check the log file for install details, including
  - Values you chose during installation
  - A complete list of files installed
  - Any errors that occurred during the install
  - An installation summary

  **NOTE** One log file is created for each install.

- **Define the working directory and technology information in rqc_config.xml**

  \_\_\_\_1.  Copy files from this directory:

   **(for UNIX)** $GENDIR/assembly/products/rqc/rqc_config.xml file to $LAWDIR/system

   **(for Windows)** %GENDIR%/assembly/products/rqc/rqc_config.xml file to %LAWDIR%/system

  \_\_\_\_2.  Open the rqc_config.xml file with a text editor.

  \_\_\_\_3.  Find the "work_directory" setting.

  \_\_\_\_4.  In the Value attribute, assign a valid file path to a directory where Requisition Center can create working files. Do **not** use the *WEBDIR* location.

   For example, if your *LAWDIR* location is /law9/law, a good location for the work directory might be /law9/law/*<RQC_work>*.

   **NOTE** Manually create the RQC_work directory.

   **NOTE** The working directory path cannot contain spaces.

   Also note that the servlet container's java process and the Lawson applications must have read and write access to this directory.

  \_\_\_\_5.  Verify that the correct technology section is being used. **If it has not already been done**, remove the comment markers from the section for the technology level you are using.

   For example, for 9.0.x S3 Lawson System Foundation, verify that there are no comment markers around the "9.0.0 Technology" section.

   **NOTE** If you are not familiar with comments in an XML file, they begin with <!-- and end with -->.

  \_\_\_\_6.  **If it has not already been done**, add comment markers to the technology section that you are not using.

  \_\_\_\_7.  Save and close the file.

- **Deploy the rqc.ear file on WebSphere**
  Deploy the rqc.ear file to the Websphere server using the Administration Console.
  rqc.ear file location: $GENDIR/assembly/products/rqc (UNIX)
  rqc.ear file location: %GENDIR%\assembly\products\rqc (Windows)

   **NOTE** If you have not installed rqc.ear in WebSphere before, use the install option.

   If you currently have Requisition Center deployed in WebSphere, use the Update option to retain configuration settings and shared Libraries.

RQC0000373

# Post-Installation for Lawson Requisition Center

The following post-installation steps must be performed to configure and verify Lawson Requisition Center.

- "Defining Shared Library Components in WebSphere" on page 11
- "Security Prerequisites for Requisition Center" on page 13
- "Deliver Template via SSOCONFIG" on page 13
- "Lawson Requisition Center with Lawson Security" on page 14
- "Create Bookmarks" on page 14
- "Set Up Lawson Requisition Center Images" on page 15
- "Testing the Installation" on page 15
- "Backup Steps for Deploying New File (Patches)" on page 16

## Defining Shared Library Components in WebSphere

Before running Lawson Requisition Center, you must define the necessary shared libraries in WebSphere.

**Before you start** Verify that the following Lawson environment JAR files exist and are located in the correct folders before continuing. Some JAR files will not exist for some versions of Lawson System Foundation; if they do not exist, do not include them in the shared library classpath in the steps below. If they DO exist, then include them.

**.jar file list**
- GENDIR/java/jar/IOS.jar
- GENDIR/java/thirdParty/commons-codec-1.3.jar
- GENDIR/java/thirdParty/ehcache-core-1.7.2.jar
- GENDIR/java/thirdParty/ehcache.jar
- GENDIR/java/thirdParty/slf4j-api-1.5.8.jar
- GENDIR/java/thirdParty/slf4j-jdk14-1.5.8.jar
- GENDIR/java/thirdParty/ehcache-1.5.0-lawson.jar
- GENDIR/java/thirdParty/commons-lang.jar
- GENDIR/java/thirdParty/log4j.jar

 **WARNING** The installation of Lawson Core Technology should put a copies of the JAR files listed above in the corresponding GENDIR folders.

- **Defining Requisition Center as a shared library for WebSphere 6.1**
  If you are using WebSphere 6.1, follow these steps to define the Requisition Center shared library:
  ____1. In the WebSphere Integrated Solutions Console, go to Enterprise Applications.

____2. Select the RQC Application that you have installed.

____3. Click Shared Library References.

____4. Select the Lawson Requisition Center module and click Reference Shared Libraries.

____5. Click New.

____6. In the scope section, verify that only the Cell field is populated. If the Node and Server fields are populated, remove any existing values and click Apply.

____7. On the Configuration tab, do the following:

    ____a. Type RQC as the Name.

    ____b. Type the Classpath where GENDIR is the literal path to your GENDIR and the desired .jar file(s) path and name.

        See .jar file list: For more information, see "Defining Shared Library Components in WebSphere" on page 11.

    ____c. Click OK.

____8. Select the RQC library in the Available list, and move it to the Selected list.

____9. Click OK.

____10. Click OK again.

____11. Click Save to save changes to the master configuration.

- **Defining Requisition Center as a shared library for WebSphere 7.0**
  If you are using WebSphere 7.0, use the following steps to define and share the Requisition Center shared library.

____1. In the WebSphere Integrated Solutions Console, go to Environment, click Shared Libraries.

____2. In the scope section, verify that only the Cell field is populated. If the Node and Server fields are populated, remove any existing values.

____3. Click New.

____4. On the Configuration tab, perform the following:

    ____a. Type RQC as the Name.

    ____b. Type the Classpath where GENDIR is the literal path to your GENDIR and the desired .jar file(s) path and name.

        **NOTE** See .jar file list. For more information, see "Defining Shared Library Components in WebSphere" on page 11.

    ____c. Click OK and Save to master configuration.

____5. Go to Applications, expand Application Types, click WebSphere enterprise applications.

____6. Click the RQC file that you have installed.

____7. In the References category, click Shared Library References.

____8. Select the Requisition Center module and click Reference Shared Libraries.

____9. Select the RQC library in the Available list, and move it to the Selected list.

____10. Click OK.

____11. Click OK again.

____12. Click Save to save changes to the master configuration.

## Security Prerequisites for Requisition Center

The following table shows the required setup that must be performed for users in order for them to run Requisition Center. These procedures are typically performed by a security administrator.

| Release of Lawson applications | Release of Lawson System Foundation | Security Prerequisite | For more information |
|---|---|---|---|
| 8.1.x and 9.0.x | 9.0.x | A Lawson user must be added to the Lawson repository and must have an identity on the <PRODLINE>_REQUESTER self-service agent. Where <PRODLINE> is your productline value in uppercase. The user must also have been assigned appropriate access rights in either Lawson Security or LAUA Security. | *Lawson Administration: Resources and Security* or *Lawson Administration: LAUA Security* |

**NOTE** Lawson Requisition Center piggy backs onto the SSOP service and will not show up as a separate identity in the Security Admin Tool.

## Deliver Template via SSOCONFIG

In the GENDIR/install/agents directory there is a template that needs to be loaded for the application product line:

**rqc_service.xml** and **Requester.xml**.

**NOTE** The **Requester.xml** template should already have been loaded during the installation of Enterprise Applications.

- **Load templates via SSOCONFIG**
____1. Copy the template to **rqc_service_*PRODLINE*.xml**, where *PRODLINE* is your product line name.
____2. Edit the new file and replace `<SERVICEURL>` http://servername:port/rqc`</SERVICEURL>` with your server address and web port.
____3. Run ssoconfig, where `SSOCONFIG_PASS` is the password for ssoconfig, and **rqc_service_*PRODLINE*.xml** is the name of your edited file.

    **ssoconfig -l** *SSOCONFIG_PASS* **rqc_service_*PRODLINE*.xml**

    **NOTE** Do not overwrite the template. Lawson suggests saving your files by adding your productline name.

____4. Repeat this process for **Requester.xml** if necessary.
____5. Replace *@PRODLINE@* with your productline name.
____6. After you have delivered the templates, you need to associate identities to these services. Type cd GENDIR/install/agents ssoconfig -l SSOCONFIG_PASS Requester_PRODLINE.xml. See the *Lawson Administration: Resources and Security Guide* for additional information.

- **Running SECADM (if coupled with a Lawson Landmark Environment)**

  **IMPORTANT** If you are installing Requisition Center on a classic S3 Lawson environment that has been coupled with a Lawson Landmark environment, the Requisition Center service file also needs to be loaded into the Landmark environment. This needs to be done after loading the rqc_service.xml file into the S3 Lawson environment.

  A coupled environment describes a Lawson environment consisting of S3 and Landmark, linked together such that the Landmark environment is responsible for authentication.

  Since the Landmark environment is responsible for authentication, service definitions that exist in a classic S3 environment have to be loaded into the Landmark environment as well. This step is typically done by the installation process at the time the two environments are being "coupled." The process is also documented in the Landmark installation documentation.

  Follow the steps below to load the Requisition Center service file into your environment:

  1. Export the Requisition Center service file from your classic S3 environment using ssoconfig.
  2. Make sure the <SERVICEURL> setting is fully-qualified, and begins with http:// or https://.

     For example:

     <SERVICEURL>http://isadore.lawson.com:7009/rqc</SERVICEURL>

  3. Transfer and load the exported service file into the Landmark environment using the following command:

     `secadm load classic <service_file>`

     Where <*service_file*> is the name of the exported service file.

# Lawson Requisition Center with Lawson Security

If you are using Lawson Requisition Center with Lawson security turned on, see "Install role templates" in *Lawson Administration: Resources and Security Guide* and your Lawson Security Administrator for information on installing the role templates needed for Lawson Requisition Center. These role templates are examples and can be modified for Lawson Requisition Center.

# Create Bookmarks

**Before you start** You must have permission to write to LAWDIR/**logan/work/LAWSONLD**.

- **Creating bookmarks**
  1. Access the LAWSONLD directory.

     `cd LAWDIR/logan/work/LAWSONLD`

  2. Make a copy of the original bookmark file named LAWSONLD (for use by LO920, the Bookmark update program). Save the original for future use, if needed.
  3. Copy your delivered Bookmark file(s) LAWSONLD.shopping.csv to LAWSONLD.

     `cp LAWSONLD.shopping.csv LAWSONLD`

  4. Transfer to LO920 in the LOGAN product line. Add a job for LO920. Use the U (Update Mode) option in the Run Mode field.
  5. Click the Submit button.

____6. Once LO920 completes from within the Portal, go to the Portal Content page to verify that the bookmarks appear.

____7. Some bookmarks may be delivered with the access flag set to D (deny). Change the access flag for these bookmarks to A, or assign them specifically to the users who will need access to these forms.

For more information on working with bookmarks, see the "Bookmarks chapter of the *Lawson Administration:Portal Guide*.

# Set Up Lawson Requisition Center Images

Item images can be shared between the Lawson applications and self-service applications. Files placed in the correct path can be shared between Inventory Control (through IC11 and IC12), Lawson Requisition Center, and Lawson Customer Self-Service with out duplication.

- **Setting up images**
  ____ If you want item pictures to be displayed, store the images in the format 'item number'.jpg in **/lawson/images/items/**. Images can be in a .jpg, .bpm, .JPEG, or .jepg format.

# Testing the Installation

Complete the following steps to verify your installation.

**NOTE** Lawson Requisition Center delivers a default.xml language file. If you have other locales defined, you will need to click "Create Translation Files" to create them.

- **Set Up User Id**

____1. To use Lawson Requisition Center you must assign a valid requester that is active in RQ04 to your user Id's Service for Requisitions in the Security Administration Tool.

____2. Once in the portal, make sure you have assigned the portal content for the Lawson Requisition Center bookmark to your user id, and have given yourself access to the Utilities bookmark.

____3. Click on the Lawson Requisition Center section in the navigation bar, then in the Utility page bookmark.

____4. Click the Reload Configuration File button.

____5. If you are using locales with language files, click the Create Translation Files button.

**NOTE** If either file does not load properly, go back to the "Defining the working directory and technology information in rqc_config.xml file" task to ensure that you have edited the configuration file correctly.

- **Run Lawson Requisition Center**

____1. Click on the Shopping bookmark to see that the service center itself loads completely. You will see the User Profile for the Requester attached to your User ID when the service center has loaded completely.

____2. For direct access to Lawson Requisition Center menu (without using Lawson Portal), enter the following URL:

**http://***yourwebserver:port***/rqc/html/index.htm**

For example:

> http://indora.lawson.com:7802/rqc/html/index.htm
>
> **NOTE** The existing bookmarks for Lawson Requisition Center are included under the parent bookmark "Requisition Center" with a child bookmark for Shopping.

## Backup Steps for Deploying New File (Patches)

- **Deploying the Lawson Requisition Center file**

  ____1.  Complete any in-progress requisitions.

  ____2.  All of your custom settings are stored in rqc_config.xml. Back up this file and install the new one. Then copy your custom settings from your copy to the new rqc_config.xml.

RQC0000379