# EXHIBIT 28

# Requisition Center Release Notes

**Version 9.0.1.1**
May 2011

RQC0000380

Document Number rqcrnuwa-01.pdf

Legal Notices

This content is supplied by Lawson under the customer license agreement as Documentation describing the functions, features and specifications of the Lawson Software licensed under that agreement.  This content pertains only to the respective release or version of the Software referenced in this content, and may be changed or superseded by subsequent Documentation.

This content may contain information about several different Lawson products that are licensed separately by product name under a Lawson Product Order Form (POF).  Customers must have a POF showing the license of a specific product (by product name) before that customer may install, test and use that specific Lawson product.  If you do not have a POF for a product that is described in these materials:  (1) you may not install, test or use that product and (2) Lawson provides no license, warranties or maintenance for that product.  *Contact your Lawson Account Executive if you are unclear about your licensing restrictions.*

**Export Notice:** Pursuant to your agreement with Lawson, you are required (at your own expense) to comply with all laws, rules, regulations, and lawful orders of any governmental body that apply to you and the products, services or information provided to you by Lawson. This obligation includes, without limitation, compliance with the U.S. Foreign Corrupt Practices Act and all other applicable corrupt practices legislation (which prohibits certain payments to governmental officials and political parties), export control regulations, and regulations of international boycotts. Without limiting the foregoing, you may not use, distribute or export the products, services or information provided to you by Lawson except as permitted by your agreement with Lawson and any applicable laws, rules, regulations or orders. Non-compliance with any such law, rule, regulation or order shall constitute a material breach of your agreement with Lawson.

**Intellectual Property:** All brand or product names mentioned herein are trademarks or registered trademarks of Lawson, or the respective trademark owners. This documentation is the proprietary information of Lawson protected internationally under copyright and related intellectual property laws. Lawson customers or authorized Lawson business partners may use, copy, or transmit this document for their internal use only. Any other use or transmission requires advance written approval of Lawson.

© Copyright 2011  Lawson Software. All rights reserved.

# Contents

This document describes features and enhancements included in Requisition Center 9.0.1.0. These new features and enhancements are organized under the following headings:

Introduction ................................................................................................................... 4
    Where to Look for Documentation ............................................................................ 4
    Documentation ......................................................................................................... 4
Required Fixes ............................................................................................................. 4

## Introduction

Introducing Lawson Requisition Center! Lawson Requisition Center lets you create requests with demand on stock and demand on vendors, and process, view and modify requisitions. See the Documentation Updates section below for a list of installation and user guides.

### Where to Look for Documentation

Product documentation is available on MyLawson.com.

You can find documentation posted to the product records on the Product Downloads page. Look here first for installation guides and release notes.

You can search for reference documentation on the Knowledge Base page.

For questions or feedback, email documentation@lawson.com.

### Documentation

The following updates to documentation are included with this release.

| Document Name | Description |
| --- | --- |
| RQCIGUW-9.0.1.0 | Lawson Requisition Center Installation Guide (Unix/Windows) |
| RQCIGA-9.0.1.0 | Lawson Requisition Center Installation Guide (System i) |
| RQCUG-9010 | Lawson Requisition Center User Guide (All Platforms) |

## Required Fixes

The following fixes must be installed for this Requisition Center to function properly.

| JT | Product | Description |
| --- | --- | --- |
| 238249 | LSF | On LSF 9.0.1.8 RQC is throwing java.lang.IncompatibleClassChangeError. |