# EXHIBIT 30

**Introducing Lawson Requisition Center Webinar (June 3, 2011)**
**Questions And Answers**

| Topic | Question | Answer |
|---|---|---|
| **General Questions** | | |
| | Can you please clarify, "For customers who provide only healthcare patient services ... Lawson may continue support until November 22" | The court ruling provided an extension for exactly 277 customers that provide only healthcare patient services, in order to allow these customers additional time to migrate from the RSS to the RQC product without impacting patient care. |
| | Are health insurance companies running RSS covered under the healthcare provider exclusion? | No. The extension only covers healthcare organizations that provide only patient care. |
| | Why the extension for healthcare but not other verticals? | The purpose of the extension for patient providers was to ensure no public harm came from the Court's order. |
| | on "ONLY healthcare patient services", what about teaching hospitals and research? | The court ruling provided an extension for exactly 277 customers that provide only healthcare patient services, in order to allow these customers additional time to migrate from the RSS to the RQC product without impacting patient care. |
| | I know we should do this asap, however, if I am understanding correctly, Healthcare clients essentially have through October to install RQC, since they will be supported on RSS until November ? | For select customers who provide only healthcare patient services and who first licensed RSS before January 27, 2011, Lawson may continue to service and support these customers until November 22, 2011. However, customers are encouraged to migrate to Requisition Center well before then. |
| | We are a Healthcare PAYER, not provider, does the Healthcare Provider Service include the PAYER? | No. The extension only covers healthcare organizations that only provide patient care. |
| | Several clients have asked if they are unable to make this move before Nov, what implications will that have for them and what available support is there? | Lawson has been ordered to stop supporting and servicing customers with configurations that contains RSS. This can be very risky for you unless you are able to download RQC and update your configuration. (Unless you have the six month healthcare extension or are outside of the US.)

If you are in this group of impacted customers, it is urgent for you to download RQC and update your configuration to include RQC as a replacement product. We have people ready to help. It is fast and easy to do with a minimal impact on your organization.

The migration to RQC can be completed in anywhere from 2 days to 2 weeks depending on the level of customizations. The Lawson SWAT team is currently available to provide up to 8 hours of assistance with this migration, free of charge.   In addition, there are numerous learning aids on MyLawson.com. |
| | Will there be communications sent soon to Lawson Customers to also clarify the statements  regarding EDI and Processflow? If it is the full suite or specific utilization of these products. | The injunction covers any configuration that includes RSS. To ensure continued support of your configuration (which may include LSF, Processflow, EDI, etc), you will need to download Requisition Center in order to update your configuration. Customers are strongly encouraged to make this change from Requisitions Self-Service to Requisition Center as soon as possible to allow for continued support by Lawson and to mitigate any future risk of infringement actions brought against individual customers.

All future communications will be posted on MyLawson. Please watch for additional information as events unfold. |
| | Does this court order affect installations in Canada? | The ePlus patents are U.S. patents, and not Canadian patents.  But, Lawson cannot render any sales, support or services from the U.S. to other countries (like Canada) for the RSS product. For example, because the Lawson help desk is in the U.S., the help desk cannot take calls from Canadian customers using RSS. So, Canadian customers must download RQC just like customers in the U.S. |
| | Are Lawson vendors allowed to support RSS? | No. Our partners (and other firms working in concert with Lawson in any way) cannot support or service this solution. |
| | Worse case ==> As of 11/22, if we can't implement RQC, does the court order allow a non-Lawson 3rd party to support us?  We intend to move to RQC, but again, worse-case scenario. | Our partners (and other firms working in concert with Lawson in any way) cannot support or service this solution. |
| | What does generally available mean?  Is the product available to download right now? | Generally Available (GA) means that the product is ready for download and Lawson Services and Support staff are trained and ready.   The product is available for download now, and more than 360 customers have already downloaded RQC. |

The Introduction to Requisition Center Webinar Questions and Answers contain the confidential and proprietary information of Lawson and is intended only for use by Lawson Customers, Partners and Employees.
This information is provided for guidance purposes only and may be revised as deemed necessary by Lawson.

RQC0000638

**Introducing Lawson Requisition Center Webinar (June 3, 2011)**
**Questions And Answers**

| Topic | Question | Answer |
|---|---|---|
| | It is a release button versus a checkout button? | Requisition Center creates requisition lines as items as added, likeRQ10, making 'Release' a more appropriate button than 'Checkout'. |
| | Is RQC an add-on functioning as an interface or is it part of core Lawson for real-time information and updates? | Requisition Center does not have its own database; it pulls / queries data from core Lawson (particularly, RQ, IC and PO). |
| | Is this new product compatible with Lawson Strategic Sourcing for creation of Requisitions and POs upon Bid Award? | Yes, Lawson Requisition Center is compatible with Strategic Sourcing. Your users can create requisitions that will flow into Strategic Sourcing to go out to bid. |
| | With more consistent labels to the application, does that include replacing reference to order with requisition? | Requisition Center now uses the term Requisition throughout. |
| | will we still be able to see when a requisition was created and released? | Yes, you will be able to see when a requisition was created and released. |
| | does it work with Assets | Lawson Requisition Center provides the same functionality to work with assets as Requisitions Self-Service did. |
| | Will we be able to have more than 30 characters for the description in RQC? | No. The 30 character description in the item master has not changed. |
| | I wish you guys make Req# in the top center in bold/bigger font etc to make it stand out. New users can't see what the req# is. | Thanks for the suggestion. We will consider making this change. |
| | When you click on the 'New' button, will it save the previous req unreleased? | Yes. The previous requisition is already saved because of the real time addition of lines to a requisition. |
| | Is their similar attachment functionality? | Yes. |
| | Will Item Images work the same as they do with RSS? | Yes. |
| | Is RQC provides drill around option ? | Yes. |
| | Can you delete an unreleased req on RQC? | Yes, by deleting all the lines, the Req header will then be deleted. |
| | Under the tab requisition inquiry is there a way to search for approved requisitions waiting to be turned into a purchase order? | No, this functionality does not currently exist in Requisition Center. |
| | Will we be able to see the time a req was created and released? | Lawson Procurement 9.0.1.4 added a date/time stamp for when a requisition was created. |
| | What needs to be unchecked or checked to returned those reqs only? | If you are referring to approved requisitions waiting to be turned into a purchase order, as stated above, this functionality is not currently available in Requisition Center. |
| | Is there attachment functionality? | Requisition Center provides the same attachment capability as was available in RSS. You can link to a header attachment by adding a URL on the requisition header. |
| | can users see reqs from other users? | Via the Requisition or Requisition Line Status screens, you would be able to allow a user to see requisitions from other users by using the available filters. |
| | Was it said that we will only be able to place 1 item per order? Thanks. | No, there is no restriction on number of items on a requisition. However, if you are using Procurement Punchout, punchout items will need to go on separate requisitions from items master or special items. |
| | Are there additional auditing capabilities in RQC? | No, there were no changes to auditing capabilities. |
| | Is DROP or SERV PO types be available in RQC? | The same options are available in Requisition Center as was available in Requisitions Self-Service. |
| | With the new line functionality, for inventory does the on demand record still not happen until the req is approved? | This works as it has in the past with RSS and RQ, the record changes upon approval. |
| | What specific functionality was removed? | Lawson has created specific pages on MyLawson.com that provide information on RQC, including differences, this WebEx, and training materials. *Note: To get to the page you will navigate through another menu - News & Events > Important SCM Updates > Moving Up to Lawson Requisition Center (RQC) for S3 Customers >* |
| | If the requisition line if validated at the time the item is added to the requisition when does on-line allocation occur in the process. | The on-line allocation occurs upon approval of the req. |
| | Are there functional differences between theme 8 and theme 9, or is it just cosmetic? | The themes provide different 'looks'; there are no functional differences between Theme 8 and Theme 9. However, if you plan on using Theme 9, we recommend IE 7 and higher. |
| | Is there comment functionality? | Yes. Requisition Center supports comments on both the header and the line. |
| | Does RQC display the GTIN in the search catalog? | Yes, Requisition Center supports searching using the GTIN (if enabled as a keyword) and will display it on the item detail page. |
| | Is there an RQ line change feature to address changes to specific lines AFTER they've been added? | Within Requisition Center, a requester can select a specific line on the requisition and modify it after it has been added. |
| | The advanced search is no longer available? | Advanced Search is available in Requisition Center. However, you will need to configure the system to display it. |
| | We downloaded RQC and the Advanced Search is missing, is this a permanent change or a config option? | Advanced Search is available in Requisition Center. However, you will need to configure the system to display it. |
| | Are there any backend changes or effect on RQ10? | There are no changes or effect on RQ10. |
| | Will the current Theme 8 work with RQC? | Yes. Requisition Center supports two themes: Theme 8 and Theme 9. |

The Introduction to Requisition Center Webinar Questions and Answers contain the confidential and proprietary information of Lawson and is intended only for use by Lawson Customers, Partners and Employees.
This information is provided for guidance purposes only and may be revised as deemed necessary by Lawson.

RQC0000647