# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

|  |  |  |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF CONTINUATION OF FILING DKT 799 - CLEMENTS' DECLARATION EXHIBITS IN SUPPORT OF PLAINTIFF ePLUS INC.'S BRIEF IN SUPPORT OF ITS MOTION TO SHOW CAUSE WHY LAWSON SOFTWARE, INC. SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S PERMANENT INJUNCTION AND REQUEST FOR EXPEDITED BRIEFING**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2011, I will electronically file the foregoing

**NOTICE OF CONTINUATION OF FILING DKT 799 - CLEMENTS' DECLARATION EXHIBITS IN SUPPORT OF PLAINTIFF *e*PLUS INC.'S BRIEF IN SUPPORT OF ITS MOTION TO SHOW CAUSE WHY LAWSON SOFTWARE, INC. SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S PERMANENT INJUNCTION AND REQUEST FOR EXPEDITED BRIEFING**

with the Clerk of Court using the CM/ECF system which will then send a notification of such

filing (NEF) via email to the following*:*

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Donald R. Dunner, *pro hac vice*
Erika H. Arner, *pro hac vice*
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000
(202) 408-4444
***Counsel for Defendant Lawson Software, Inc***

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

　

　

*/s/*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com

Counsel for Plaintiff *e*Plus Inc.

2

LIBA/2219752.3