# EXHIBIT 31



# Introducing
# Lawson Requisition Center
June 3, 2011

RQC0000656




## What Have We Done to Mitigate This Issue?

- Although we expected to win the first round of this case, and we still expect to prevail on appeal, it was prudent for us to begin development of a **replacement solution**.

- Requisition Center (RQC) is now **Generally Available for S3**

- Designed to minimize impact on our customers

- Superior solution to RSS that incorporates new features you have requested while designed to be non-infringing

- Platform for the future including mobile requisitions

- RQC available to all impacted customers at no charge

- Simple 20 minute process by which you can download RQC

- Download and learn more at MyLawson.com.

Enter questions in the CHAT window

Lawson Requisition Center – Town Hall (June 2011).   Copyright 2011.  Lawson Software.  All rights reserved.

6/10/2011   Page 6

RQC0000661

Case 3:09-cv-00620-REP   Document 801-1   Filed 09/09/11   Page 4 of 5 PageID# 25826



# What Are We Doing to Help You Migrate?

- **Download:** 20 minutes or less to download Requisition Center (RQC)
- **Installation:** To help you install the RQC software, we have created a step by step Installation Guide. You may access and download this Installation Guide from MyLawson.com
- **Configuration:** Many of your configurations will migrate from RSS to RQC making configuration faster.
- **Training:** FREE Introductory OnDemand Course: June 6, 2011.
- **SWAT TEAM:** A dedicated SWAT team of fulltime Lawson professional services consultants are available to answer questions and guide you through the process.
  - 1-800-281-8936
  - e-mail at RQC.SWAT@lawson.com
  - Up to 8 hours of no charge consulting time from the RQC SWAT team
- **MyLawson.com:** A dedicated area for you to watch videos, read notices, download, and find out more information

SWAT team 1-800-281-8936, or rqc.swat@lawson.com

Lawson Requisition Center – Town Hall (June 2011).   Copyright 2011.  Lawson Software.  All rights reserved.

6/10/2011    Page 7

RQC0000662

# LAWSON



## Requisition Center Summary

- Delivers all necessary functionality required by customers

- Designed with 3 principles in mind
    - 100% functionality you require must be included
    - Add additional, new functions
    - Opened up for future mobile requisitioning capabilities

- Available today at no charge

- Implementation straightforward
    - No database changes
    - No required upgrades in software or environment
    - Straightforward to move configurations and customizations forward

- **To Avoid possible Support delays, download RQC Immediately**