# EXHIBIT 32



# Lawson Requisition Center and Procurement Punchout



## A Winning Proposition for Your Purchasing Department, End Users — and Bottom Line

Much is expected of today's purchasing professionals — not only in terms of sheer workload, but in the expectation that they will play a strategic role in the organization. For many, the conundrum is this: "How can I be a strategic player when my time is spent on processing requisitions and making sure purchase orders go out on time?"

Lawson Requisition Center and Procurement Punchout offer a bright ray of hope for overburdened purchasing departments. With these web-based Lawson Supply Chain Management applications, your end users can create their requisitions online, and you can automate the requisition approval process. Lawson Procurement Punchout saves your purchasing staff even more time by allowing end users to requisition from vendor-maintained web sites, which makes it easier to maintain an internal item master.

Lawson Requisition Center and Procurement Punchout speeds up the requisition process by empowering end users to assume more responsibility for their purchases (within approved boundaries). In addition, built-in controls reduce the potential for off-contract buying, which can significantly reduce your purchasing costs.

In fact, you'll not only reduce your costs and improve efficiency, you'll also save on the most valuable commodity of all: time.

## Streamline your Purchasing Processes

Lawson Requisition Center and Procurement Punchout work with Lawson Procurement to help streamline purchasing processes, eliminate volumes of paperwork, accelerate order cycle times, increase standardization, improve your negotiating leverage and, ultimately, lower your total supply spend.

With Lawson Requisition Center and Procurement Punchout, you can:

- Delegate the responsibility for creating purchase requests electronically to your end users, without the need for extensive user training
- Allow end users, such as internal requesters, to search the item master and choose from an approved selection of items at negotiated prices;
- Connect to an external vendor-maintained web site to browse and select items to add to a requisition;
- Electronically route requisitions to the right approvers for each request, without the need for manual administration;
- Consolidate multiple types of products and services into a single requisition;





- Make it easy for your suppliers to do business with you;
- Improve your negotiating leverage and the potential for discounts.

## Requisition Center: Empower Your Employees

Lawson Requisition Center, a component of Lawson Procurement, enables you to extend the power of your Lawson system beyond the purchasing department. Lawson Requisition Center offers easy-to-use templates, robust search capabilities and other time-saving features to help end users become more productive without the need for extensive training.

## Key Features and Benefits

Lawson Requisition Center is accessible to authorized users through a secure internet connection and standard web browser. It gives users greater visibility into approval processes, allowing them to identify bottlenecks and take prompt action when necessary. It also includes a self-service desktop receiving feature for items delivered directly to requesters.

With Lawson Requisition Center, users can:

- Create a single requisition for stock, nonstock and special-order items, as well as services; Lawson Procurement can then automatically generate multiple purchase orders from that requisition;
- Configure the system to meet their business requirements — you determine what information is available and which fields, menus and buttons are displayed, according to each user's role;
- Reduce the number of keystrokes needed and the amount of time generating requisitions;
- Conduct advanced searches, using key-word and autocomplete capabilities — an easy, fast way for users to find the items they need;
- Automate workflows, via Lawson ProcessFlow, for routing and approval processes; you can create additional workflows with Lawson ProcessFlow Integrator (optional).

## Procurement Punchout: A Direct Connection to Vendors

Purchasing departments typically devote considerable time to uploading and updating item master data. Lawson Procurement Punchout, an optional extension to Lawson Requisition Center, can help reduce this obligation by allowing end users to browse and search vendor-maintained web sites, choosing from approved products at negotiated prices.

RQC0000692



## Key Features and Benefits:

- Enables you to punch out to multiple vendor web sites;
- Includes support for c XML punchout standards to help you extend your trading community to new vendors;
- Gives you the option to work with your vendors to set up your company view of their web sites;
- Leverages Lawson Requisition Center to ensure conformity to transaction rules for user access, budget checks and manager approvals.

## Free Up Your Procurement Department

With Lawson Requisition Center, you can automate your requisitioning processes and enable your end users to manage their own purchases. This frees up your procurement department to concentrate on what really matters — managing strategic relationships with your suppliers.

## Lawson Requisition Center — At a Glance

1 Eliminates paper-based requisitioning
2 Streamlines approval processes
3 Drives standardized purchasing
4 Saves money by supporting compliance to contracts
5 Helps bring more categories of spend under control

RQC0000693



| **Headquarters:** | USA<br>380 St. Peter Street<br>St. Paul, MN 55102-1302<br>Tel +1 651 767 7000<br>info@lawson.com |
|---|---|
| **Americas**<br>Brazil, Chile, Canada,<br>Mexico, Honduras,<br>United States, Venezuela | United States<br>Tel +1 651 767 7000<br>infous@lawson.com |
| **Asia**<br>China, Hong Kong,<br>India, Indonesia, Japan,<br>Korea, Malaysia, Philippines,<br>Singapore, Sri Lanka,<br>Taiwan, Thailand, Vietnam | Singapore<br>Tel +65 6788 8769<br>Fax +65 6788 8757<br>infoasia@lawson.com |
| **Australia & Oceania**<br>Australia, New Zealand | Australia<br>Tel +61 2 9468 8900<br>Fax +61 2 9468 9199<br>infoanz@lawson.com |
| **Northern Europe**<br>Denmark, Estonia, Finland,<br>Norway, Sweden | Sweden<br>Tel +46 8 5552 5000<br>Fax +46 8 5552 5999<br>infonordic@lawson.com |
| **Northwestern Europe**<br>Belgium, The Netherlands,<br>Ireland, United Kingdom | United Kingdom<br>Tel +44 1706 711820<br>Fax +44 1706 654991<br>infonw@lawson.com |
| **Central Europe**<br>Austria, Czech Republic,<br>Germany, Hungary,<br>Poland, Romania, Russia,<br>Slovakia, Switzerland, Turkey | Germany<br>Tel +49 2103 89060<br>Fax +49 2103 8906 199<br>infoce@lawson.com |
| **Southern Europe**<br>France, Greece, Italy,<br>Portugal, Spain | France<br>Tel +33 1 34 20 80 00<br>Fax +33 1 40 39 25 07<br>infoso@lawson.com |
| **Middle East & Africa**<br>Egypt, Israel, Morroco,<br>South Africa, Tanzania,<br>United Arab Emirates | Partner Contact<br>Tel +44 1344 360273<br>Fax +44 1344 868351<br>infome@lawson.com |

www.lawson.com

## About Lawson

In 2006, Lawson Software and Intentia merged to form the new Lawson. We deliver software and implementation services to 4,000 customers in the manufacturing, distribution and services industries across 40 countries. Our Financials, Human Capital Management, Supply Chain Management, Business Intelligence, Asset Management and industry-specific solutions help customers streamline processes and enhance their business performance. And by radically simplifying the process of deploying and using our applications, we help customers reduce costs while increasing their flexibility.

Copyright ©2011 Lawson Software, Inc. All rights reserved. Information provided in this document is for marketing purposes only and no warranties are provided. All brand or product names mentioned in this document are trademarks or registered trademarks of Lawson or their respective trademark owners.