# EXHIBIT 33



# Lawson Requisition Center Overview

May 2011

*For information on Lawson Requisition Center, contact your Lawson Client Account Executive.*

RQC0000695



## Procurement Business Challenges and Needs

**Inefficient processes**
- Automate Sourcing and Contract Creation
- **Eliminate Paper Requisitions**
- Streamline fulfillment and inventory processes

**Standardization and compliance**
- Reduce size of Item / Vendor Master
- **Increase contract compliance**
- **Reduce off-catalog purchases ('specials')**

**Pressure to reduce costs**
- **Leverage contract prices and eliminate price variance**
- **Reduce operational expenses**
- **Bring more categories of spend under management**

**Information access**
- **Online access to approved products and prices**
- **Visibility to status**
- Track success over time

**Need to focus on strategic activities**
- **Automate day to day replenishment processes**
- Implement strategic tools for that provide visibility to manage contracts and supplier relationships

*Lawson Requisition Center helps address these challenges…*




# Lawson Requisition Center

▸ Lawson Requisition Center is a new, easy to use, web-based requisitioning solution that can be set up by customers to provide a streamlined way to automate, expedite, track and simplify the requisitioning process, while increasing compliance with contracts and company standards to drive savings.

▸ Key capabilities

- Web-based requisitioning
- *Mobile requisitioning (planned – see Statement of Direction)\**
- Requisition templates
- Online requisition status tracking
- Self-service receiving
- Approvals online or via ProcessFlow
- Works with Lawson Procurement Punchout and Procurement

\* Any statements made about Mobile Requisitions in this presentation are subject to the disclaimers included in the Lawson Requisition Center Statement of Direction.

## Requisition Header Defines Defaults





# Search Item Master to Find Item to Add to Requisition

Requisition Center - Windows Internet Explorer

LAWSON RQC Find / Shop Inquire Profile Requisition: 2477 Welcome, jill richardson

Search | Advanced Search

**Search for Inventory, Non Stock or Vendor Agreement Special Items**

GLOVE

Add All Shown | Add Selected | Previous | Next

✓ = Nonstock item at your From Location ✓+ = Stock item at your From Location

| Action | Quantity | Item | Description | UOM | Cost | Available | |
|---|---|---|---|---|---|---|---|
| Add ☐ ✓+ | 1.0000 | 100000 Manufacturer Code: ANSE, Number: 5787001 | GLOVE SURG THIN 6 PF LTX BRN CA/4 BX BX/50 PR | PR | 4.9800 | 98,138.0000 | PR |
| Add ☐ ✓+ | 1.00 | 100074 Manufacturer Code: ANSE, Number: 5787001TEST4 | GLOVE SURG THIN 6 PF LTX BRN CA/4 BX BX/50 PR | PR | 5.00 | 0.00 | PR |
| Add ☐ ✓+ | 1.00 | 100217 Manufacturer Code: ANSE, Number: 5880 | GLOVE SURG MICROTOUCH 8LTX CA/4 BX BX/50 PR | PR | 5.00 | 2,972.00 | PR |
| Add ☐ ✓+ | 1.00 | 100429 Manufacturer Code: CARD, Number: 2D72F2I | GLOVE SURG ULTRAFREE 6.5 PF CA/5 BX BX/40 PR | PR | 8.00 | 1,986.00 | PR |
| Add ☐ ✓+ | 1.00 | 100499 Manufacturer Code: CARD, Number: 2D7255 | GLOVE SURG TRIFLX 8 PWD LTX CA/5 BX BX/40 PR | PR | 8.00 | 0.00 | PR |
| Add ☐ | 1.00 | 100499_2 Manufacturer Code: CARD, Number: 2D7255 | GLOVE SURG TRIFLX 8 PWD LTX CA/5 BX BX/40 PR | BX | 1.45 | | |
| Add ☐ ✓+ | 1.00 | 100725 Manufacturer Code: CARD, Number: 2D7251 | GLOVE SURG TRIFLX 6 PWD LTX CA/5 BX BX/40 PR | PR | 8.00 | 1,996.00 | PR |
| Add ☐ ✓+ | 1.00 | 100726 Manufacturer Code: CARD, Number: 2D7252 | GLOVE SURG TRIFLX 6.5 PWD CA/5 BX BX/40 PR | PR | 5.00 | 1,996.00 | PR |
| Add ☐ ✓+ | 1.00 | 100727 Manufacturer Code: MEDL, Number: 376188 | GLOVE SURG EUDERMIC 7 LTX CA/4 BX BX/50 PR | PR | 5.00 | 1,979.00 | PR |
| Add ☐ ✓+ | 1.00 | 100728 Manufacturer Code: CARD, Number: 2D7256 | GLOVE SURG TRIFLX 8.5 PWD CA/5 BX BX/40 PR | PR | 8.00 | 1,996.00 | PR |
| | | 100806 | GLOVE SURG TRIFLX 9 PWD | | | | |

**Requisition Lines**

| | Item | Quantity | Cost |
|---|---|---|---|
| ⊗ | 100217 GLOVE SURG MICROTOUCH 8LTX | 1.00 PR | 5.00 USD 5.00 |

Total Quantity: 1.00
Total Cost: USD 5.00
Number of Lines: 1

New | Clear | Print | Release

Case 3:09-cv-00620-REP   Document 801-3   Filed 09/09/11   Page 7 of 15 PageID# 25839



## Add Specials or Services to a Requisition



RQC0000701





## Release Requisition



# Inquire on Status of Your Requisitions

| Action | Requisition | Requesting Location | Value | | Priority | Delivery Date | Status | Creation Date |
|---|---|---|---|---|---|---|---|---|
| Copy View | 2477 | 2 | 5.00 | USD | 0 | | Processed | 04/08/2011 |
| Copy View | 2476 | 2 | 12.00 | USD | 0 | | Processed | 04/08/2011 |
| Copy View | 2018 | 2 | 4.98 | USD | 0 | | Processed | 02/18/2011 |
| Copy View | 1862 | 2KILL | 1.25 | USD | 0 | | Processed | 10/28/2010 |
| Copy Modify | 1861 | 2KILL | 0.00 | USD | 0 | | Unreleased | 10/28/2010 |
| Copy View | 1815 | 2 | 1348.00 | USD | 0 | | Processed | 09/28/2010 |
| Copy View | 1683 | 2 | 5.00 | USD | 50 | | Processed | 08/05/2010 |
| Copy View | 1639 | 2 | 5.67 | USD | 0 | | Processed | 06/25/2010 |
| Copy Modify | 1354 | 1 | 20.00 | USD | 0 | | Unreleased | 02/04/2010 |
| Copy View | 1049 | 1 | 10.00 | USD | 0 | | Needs Approval | 10/28/2009 |
| Copy View | 962 | 1 | 7.00 | USD | 0 | | Processed | 10/07/2009 |
| Copy View | 769 | 1 | 12.00 | USD | 0 | | Needs Approval | 09/01/2009 |
| Copy View | 425 | 1 | 5.00 | USD | 0 | | Needs Approval | 03/08/2009 |
| Copy View | 416 | 1 | 6000.00 | USD | 0 | | Needs Approval | 02/04/2009 |
| Copy View | 415 | 1 | 4403.48 | USD | 0 | | Processed | 02/03/2009 |



# Review Status of All Requisitions

Requisition Status - Windows Internet Explorer

LAWSON Requisition Status

Requester: jillr

Requesting Company: 12 Location: 2

Requisition:

Creation Date From: To: mm/dd/yyyy

Requisition Status: Unreleased, Needs Approval, Rejected, Processed, Closed, In Process

Records per page: 15

List Requisitions

Approval Code: LLLL -

This requisition must attain approval level: 4
This requisition has had no prior approvals

Approval Level(s)

Export to Excel

Previous Next

| Requisition | Requester | Company / Location | Creation Date | Requested Delivery Date | Value | Status | | |
|---|---|---|---|---|---|---|---|---|
| 2477 | jillr | Jill de Ville (12) Atelier (2) | 04/08/2011 | | 5.00 | Unreleased | | |
| 2476 | jillr | Jill de Ville (12) Atelier (2) | 04/08/2011 | | 12.00 | Processed | | |
| 2018 | jillr | Jill de Ville (12) Atelier (2) | 02/18/2011 | | 4.98 | Processed | | |
| 1815 | jillr | Jill de Ville (12) Atelier (2) | 09/28/2010 | | 1348.00 | Processed | | |
| 1683 | jillr | Jill de Ville (12) Atelier (2) | 08/05/2010 | | 5.00 | Processed | | |
| 1639 | jillr | Jill de Ville (12) Atelier (2) | 06/25/2010 | | 5.67 | Processed | | |
| 359 | jillr | Jill de Ville (12) Atelier (2) | 01/13/2009 | | 20.00 | Processed | | |
| 337 desc | jillr | Jill de Ville (12) Atelier (2) | 12/16/2008 | | 2500.00 | Processed | | |
| 285 | jillr | Jill de Ville (12) Atelier (2) | 10/27/2008 | | 80.00 | Processed | | |
| 283 | jillr | Jill de Ville (12) Atelier (2) | 10/27/2008 | | 46500.00 | Processed | | |
| 282 | jillr | Jill de Ville (12) Atelier (2) | 10/27/2008 | | 5250.20 | Rejected | | |
| 281 | jillr | Jill de Ville (12) Atelier (2) | 10/26/2008 | | 1.15 | Needs Approval | | |

Approval Information



## Requesters Can Receive Purchase Orders via Web







# Requisition Center Benefits

Allows a company to set up processes that can ….

- Eliminate paper-based requisitioning and approval processes

- Drive standardized purchasing processes

- Save money by driving compliance to contracts

- Help bring more categories of spend under management

# LAWSON™

## Simpler Is Better

www.lawson.com

RQC0000708