# EXHIBIT 34





# Lawson Requisition Center
# What's New and Different

June 2011

*For information on Lawson Requisition Center, contact your Lawson Client Account Executive.*

RQC0000709



# Lawson Requisition Center



▸ Lawson Requisition Center is a new, easy to use, web-based requisitioning solution that can be set up by customers to provide a streamlined way to automate, expedite, track and simplify the requisitioning process, while increasing compliance with contracts and company standards to drive savings.

▸ Key capabilities

- Web-based requisitioning
- *Mobile requisitioning (planned – see Statement of Direction)\**
- Requisition templates
- Online requisition status tracking
- Self-service receiving
- Approvals online or via ProcessFlow
- Works with Lawson Procurement Punchout and Procurement

\* Any statements made about Mobile Requisitions in this presentation are subject to the disclaimers included in the Lawson Requisition Center Statement of Direction.



## What's New and Different in Requisition Center?



- Requisition Center will enable access to and use of Mobile Requisitions, a planned set of features that enable requisitioning on mobile devices such as iPhone™, iPad™ and Android™ devices.

- Requisition Center immediately creates and saves requisition lines as items are added to a requisition. Lines are validated for errors as they are added.

- With new features in Requisition Center, requisition processing no longer uses or refers to "orders" as previously referred to in connection with Orders, My Cart, and Shopping List. With these new features, you will see different but easy to understand language when using Requisition Center for processing requisitions.

- Requisition Center supports drill down within Categories to the Class level, not the Commodity level.

- Requisition Center requires that an items ordered through punchout must be on a separate requisition from items from the item master or specials/service. In addition, Requisition Center will create separate requisitions for each punchout vendor for items requisitioned using punchout.

- When using Procurement Punchout with Requisition Center, users will see a disclaimer regarding use of the vendor's site. In addition, the Lawson logo and frame at the top of the browser will no longer appear.



# Planned: Mobile Requisitions





*See Statement of Direction for more details.*

# Planned: Mobile Requisitions





*See Statement of Direction for more details.*

## Planned: Mobile Requisitions




See Statement of Direction for more details.



## Requisition Lines Created Immediately



*Requisition lines created immediately in RQ as items are added.*

# Labels Updated and Now Consistent With Procurement

- Requisitions

- Requisition Lines

- Templates



## Categories: Drill Down Segment → Family → Class



Lawson Requisition Center – Differences Document (June 2011)
Copyright 2011. Lawson Software.

6/9/2011   Page 9

RQC0000717

## Punchout Items Will Be on Separate Requisitions



## Procurement Punchout: New Message When Punching Out





## Requisition Center Benefits

Allows a company to set up processes that can ….

▸ Eliminate paper-based requisitioning and approval processes

▸ Drive standardized purchasing processes

▸ Save money by driving compliance to contracts

▸ Help bring more categories of spend under management

# LAWSON™

## Simpler Is Better

www.lawson.com

RQC0000721