# EXHIBIT 35



Lawson S3 Requisition Center is generally available today – May 18th, 2011.

## Lawson Introduces Lawson S3 Requisition Center

*New offering gives provides easy to use, web-based requisitioning capability both from your computer or your mobile device, driving improved purchasing compliance and supply chain savings.*

**Lawson Requisition Center** is a new easy to use, web-based requisitioning solution that provides a streamlined way to automate, expedite, track and simplify the requisitioning process, while increasing compliance with contracts and company standards to drive savings.

**Lawson Requisition Center** helps:

- eliminate paper based requisitioning and approval processes
- drive standardized purchasing processes
- save money by driving compliance to contracts
- bring more categories of spend under management

**Lawson Requisition Center** is

- a key enabler to achieve significant supply chain savings.
- the best way to simplify requisitioning (for Lawson customers).
    - It is designed to work with other Lawson applications
    - It is flexible enough (when combined with Procurement Punchout) to support working with external vendor content while still providing centralized control and monitoring
- enables web and mobile requisitioning to transform end-user requisitioning.

**Lawson Requisition Center** Key Capabilities:
- Web-based requisitioning
- Requisition templates
- Online requisition status tracking
- Self-service receiving
- Works with Lawson Procurement Punchout and Procurement

Lawson Requisition Center is designed for customers or prospects who do not currently own Lawson Requisitions Self-Service.  New opportunities that require end-user requisitioning should include Requisition Center.

For more information call your Account Executive or visit www.lawson.com/ ... / requisition center

Page 1

RQC0000722