# EXHIBIT 37



# Important Notice: Recommended Patch Available for Procurement Punchout Customers

For customers using Procurement Punchout, Requisition Center 9.0.1.0.01 includes a change to requisition processing for punchout items. With this patch, Requisition Center (RQC) will create a separate requisition for each punchout vendor, as well as provide fixes for items identified by our Requisition Center users. All Procurement Punchout customers need to download and install Requisition Center 9.0.1.0.01.

## Procurement Punchout Customers Encouraged to Install RQC 9.0.1.0.01

If your organization has Procurement Punchout in your Lawson configuration, please download and install Requisition Center 9.0.1.0.01.

If you have already downloaded and installed Requisition Center 9.0.1 and Procurement Punchout 9.0.1, we encourage you to download and install Requisition Center 9.0.1.0.01 before moving your system to production. This will ensure you have the most up to date functionality related to Procurement Punchout in your production system. Requisition Center 9.0.1.0.01 will install over your current Requisition Center install, replacing the current version of Requisition Center.

If you have not downloaded RQC, we encourage you to download and install Requisition Center 9.0.1.0.01 and Procurement Punchout 9.0.1 as soon as possible. This will ensure that you have the most up to date functionality related to Procurement Punchout in your production system.

To obtain 9.0.1.0.01 for Requisition Center, please visit MyLawson.com and choose the 'Download Products' Quicklink. Then, after choosing the appropriate Requisition Center entry for your platform, click on the 'Product Patches' link. The Requisition Center download takes approximately 20-30 minutes to complete.

After your organization has downloaded RQC, Lawson will be able to continue to service and support your S3 procurement system. To avoid any delays with future services or support, please download the Requisition Center product right away, by visiting MyLawson.com and choosing the 'Download Products' Quicklink. The Requisition Center download takes approximately 20-30 minutes to complete.

## SWAT Team Available to Support Your Installation

If you need help to configure the solution, we have created a dedicated SWAT team of fulltime Lawson consultants who will work with you to answer questions and guide you through the process. You may contact the RQC SWAT team by calling 1-800-281-8936 or by sending them an e-mail at RQC.SWAT@lawson.com. Each maintenance customer will be given access to up to 8 hours of no charge consulting time from the RQC SWAT team. The configuring and testing phase will vary by customer.

Thank you.

Lawson, 380 St. Peter Street, St. Paul, MN 55102, USA. Tel: +1 651-767-7000        June 2011

RQC0000730