# EXHIBIT 39
# FILED BY HAND

# RQC 740 (CD)