# EXHIBIT 40

**Transcript of RQC 740 (Lawson Requisition Center Overview)**

Welcome, and thank you for your interest in Lawson Requisition Center.

**Procurement Business Challenges and Needs – 58 Seconds**

Organizations today are faced with a number of procurement business challenges.  Some of you are faced with inefficient processes where there's an abundance of paper requisition and manual processes.  Others may be trying to drive standardization in terms of both processes as well as compliance to a set of approve items and prices.  There is also a tremendous pressure to reduce cost either through contract savings or by reducing operational expenses.  And all this needs to be enabled by better information access so your end users can be empowered to select the items they need as well as track the status themselves and finally the purchasing department needs to focus on more strategic activities versus the day to day replenishment process.  Lawson Requisition Center is designed to help address these challenges.

**Lawson Requisition Center (1:00 – 1:48 minutes)**

Lawson Requisition Center is a new easy to use web-based requisition solution that can be set up by customers to provide a streamline way to automate, expedite, track and simplify the requisitioning process while increasing compliance with contracts to drive savings.  Lawson Requisition Center includes end user web-based requisitioining, mobile requisition on smart phones which is planned for release later this summer, Requisitions templates for frequently ordered items, online status tracking of requisitions, self service receiving, online approvals either via the web or Lawson Process file and is designed to work with Lawson Procurement Punchout and Lawson Procurement.

**Requisition Header Defines Defaults (1:50 – 2:07 minutes)**

When requesters first log into Lawson Requisition Center, they will be presented with their Requisition header defaults.  They will be able to define here defaults such as delivery dates, accounting codes, and comments that need to either appear on the requisition header or on requisition lines.

**Search Item Master to Find Item to Add to Requisition (2:09 – 2:36 minutes)**

When the user goes to find items, they can first search the Lawson item master.  They can search that by using key words, product identifiers, like manufacturer catalog numbers, Lawson item numbers, or GTIN for example.  Once they find an item they can quickly click and add that to their requisition lines.

**Select Items from Templates to Add to Requistion (2:37 – 3:00 minutes)**

Another alternative for adding lines to requisition is to use templates.  Templates could be a list of frequently order items.  For example, weekly orders for a particular location or maybe it's a list of items that are always ordered when a new employee joins the company.  This template makes it very easy for your requesters to find what they need and go to requisitions.

**Add Specials or Services to a Requistion – (3:02 – 3:34 minutes)**

If the item is not on the item master, your requesters can go ahead and enter that special item via the special service tab.  This is also the way for them to enter specials.  Lawson Requisition Center will actually perform a check if it is an item to see if it exists in the item master to try to drive the requester to an improved item.  If not, they can continue on and that'll decide them to their requisition.

**Drill Down through Categories to Class Level – (3:34 –3:44 minutes)**

Users could also drill down through UNSPSC in 8 categories to the class level to find products they looking for.

**Release Requisition – (3:45 -3:59 minutes)**

Once they've found everything they need and are ready to go ahead and submit their requisition, end user hits a release and they'll get confirmation that their requisition has been submitted in any particular status.

**Inquire on Status of your Requistion – (4:02 –4:18 minutes)**

At any time end users can inquire on the status of their requisitions, seeing whether they have been released and processed or if they're still waiting for approval or they remain in unreleased status and need to be completed.

**Review Status of all Requisitions - (4:21 –4:42 minutes)**

Managers who may want to check on requisitions for an entire department have access to a requisition's status page. They can look at the status of multiple requisitions and even see where that requisition stands in their approval process and do one click and they can get details as to whether that requisition has been added to a purchase order.

**Requesters can Receive Purchase Orders via Web – (4:45 – 5:01 minutes)**

Remote requesters have the option to be able to receive purchase orders via the web. They can pull up a purchase order and confirm the quantities that they have received and then release that receipt and have that update Lawson Procurement.

**Requisition Center Benefits (5:04 – 6:00 minutes)**

So you've seen a high level overview of Requisition Center. Requisition Center will allow companies to set up processes that can eliminate paper based requisitioning and approval processes through their online requisitioning capabilities and online approval processes. Requisition Center can help guide standardized purchasing processes and making it available an improved set of items and improved prices from the Lawson item master available to year-end requesters. Ultimately, that will help save money by driving compliance to contracts and drive additional savings and then because now the purchasing staff will have more time to focus on negotiating better contracts, you can help bring more categories in suspense under management.

Thank you again for your interest in Lawson Requisition Center. For more information about Lawson Requisition Center, contact your Lawson Account Executive.