# EXHIBIT 41
# FILED BY HAND

# RQC 741 (CD)