# EXHIBIT 42

**Transcript of RQC 741 (Requisition Center Course)**

**Welcome to the Requisition Center course. (Slide 1)**

The goals for this course are to:  review the major features of the Requisition Center, demonstrate methods for creating requisitions, and review the shopping experience, when using templates.

The target audience for this course are:  the application, business and support consultants, implementation managers, project leads and system administrators.  System Administrators include anyone responsible for maintaining the requisition center application and managing the requisition center users.  Also included, are department mangers, administrative staff and assistants, and department supply requestors.  Supply requestors include any staff members who order supplies electronically using the requisition center application.

By participating in this course, you will be able to configure the core application of requisition center, provide a general overview of how to use the requisition center application, create orders for stock for the store room, non-stock special order from vendors and do online receiving using the requisition center application.

This presentation provides an overview of requisition center.  It also covers the core application settings you need to use requisition center, as well as the set-up of the other supporting technology you need for specific functions within requisition center.  This presentation also addresses how to define search capabilities and shows the shopping experience, based on some of the set-up choices you might make.  You can see how to use requisition center to view and modify requisition, maintain templates, approve requisitions and perform receiving.  The presentation also covers the requisition center configuration file that can affect your processing, and options within requisition center.

Let's get started with an overview of requisition center.

Requisition Center has many great features.

With multiple search capabilities, you can search the catalogue for items in your item master, or purchase order vendor items.  And you can search on keywords for up to 29 fields, based on your setup.

You can also search, based on categories, which can use the UNSPSC code categories that were developed by the United Nations in association with Dun and Bradstreet.  UNSPSC stands for United Nations Standard Products and Services or Universal Standard Products and Services Classifications.  These codes provide designated categories for items.  A UNSPSC code has four levels: segment, family, class, and commodity.  The express order feature lets you quickly order an item, if you know the exact item number for an item and the item master.  The templates feature allows you to choose items based on a procurement template that you create in PO15. The punchout feature lets you access vendor websites, and shop and return selections to a Lawson Requisition.  You access a vendor managed catalog where trading partner relationships determine items and prices, so each punchout experience is unique.

Additional features include receiving within Requisition Center, approving requisitions and maintaining procurement templates, you can access through the requisitions center our QC application. The additional functions are bundled into Requisition Center, so they have a new look and feel that is similar to Requisition Center.

This is an example of what Requisition Center looks like when you first access it. Available tasks display in the top, such as: Find/Shop, Inquiry run requisitions and your Profile information. The requestor information automatically defaults based on the procurement and web user or user profile setup. Hot keys are available so that a new power user does not need to use the mouse.

**Updating Core (Server) Applications.**

Within the core applications, you must complete some initial setup to use Requisition Center. There are some companywide defaults, requestor information and specific fields on the purchase order vendor that you can set.

On Company IC0.1, you can set companywide parameters to determine which tasks you allow your users. You must select at least one task. If you have more than one task, you must put them in sequential order. For example, if you don't want to use the punchout feature (you want to do all the other tasks) you must leave the punchout field blank and only define five numbers, such as making the categories field number five, and put them in sequential order.

You can also list only items that come from a vendor contract or inventory items. Inventory items display only items that have an IC12 inventory record at the from location, based on the from location on the requisition. If you indicate that the user can list only IC12 records, users get an error if they pick a task that does not have a from location identified on the requisition header. If you indicate that you only want inventory items, you don't need the specials and services tasks because the items are not internal items.

Requisition Center still lets users user the punchout feature, even though the items are brought into the requisition as special item types. If you allow the tasks and set the list only internal items, or contract items to yes, then user gets an error when they try to access these tasks. On searching for items through the catalogue, the inventory item displays with a check plus, (✓+) and non-inventory item displays as a checkmark(✓).

You have similar options on Requestors RQ04.1.

If you set the parameters on RQ04.1, these override the parameters on company IC01.1. You also have the option on the RQ04.1 to allow drop ships. If you don't select yes in the allow drop ship field, meaning the items are delivered to a nonstandard location and no receiving is done, then the user won't see the drop ship tab in the Requisitions Center.

On PO Vendor PO10.1, you can set the option to not allow changes to a punchout line. If you set this to no, then you cannot change any information, once you pull the item into a requisition, from a vendor website. If you try to change *any* information, you get an error. Dell computers is a great example is a great example of why you might set this to no. They have specific tracking

information tied to the items, and they hold this information for a specific time and do not accept a purchase order if users make any changes to the line.

**Lets talk about Supporting Technology for Requisition Center.  (Slide 14)**

To use Requisition Center to create requisitions, the user must be linked to a requestor in the Web user record, RD30 in pre 9.0 technology and security, or within manage identities in the new user maintenance section, within the security administration and 9.0 technology and security.

When the user logs into Requisitions Center the requestor information displays automatically.  To use the punchout feature, you must set up some supporting technology and additional e-Procurement records.  Setting up these records, which include the user records and e-Procurement templates, allows users to punchout to specific vendors.  The e-Procurement installation and administration guides provide more information about this setup.  Access the procurement punchout administration guide for more information about the punchout setup.

**Define Search Capabilities.**

Additional setup in the application assists with search capabilities within Requisition Center, such as:  keywords, keyword synonyms, UNSPSC codes, and classes.

Within Corporate Item Group IC00.1, you can access the link to setup keyword fields related to the item that you can search on.  Since you set this up on the item group field, the available keyword searches apply to all companies attached to this item group field.

In keyword search setup, IC00.5, you can decide on which keyword origins to use.  For example, you set this to use the item number, description field (option 1), 2nd description field (option 1), and 1st alpha user field (option 1).  You can use the page down function to see additional fields.  There are 29 fields you can set up as keyword fields, to search for items within Requisition Center.  The fields are from the Item Master IC11 and Vendor Item PO13 records.

There are new search option settings for GTIN (Global Trade Item Number) and GLN (Global Location Number).  You can use these new search options for GTIN and GLN.

After you setup the keyword searches and the item group IC00.1, you must run keyword search load IC800 for all of the keyword origins that you select.  This loads keywords for items that already exist and future additional items.  You usually must only complete Keyword Search Load IC800 once, for each keyword origin.  When you add more keywords in your item group, IC00.1, then you must run this for any new keywords that you add.

Once you create keywords, you can create synonyms for the keywords.  So if you're looking for a white towel and someone searches for ivory towels, they can still find the item.  You can use synonyms for these items with common misspellings or common abbreviations.  For example, if someone abbreviates gloves, such as glv, they would still find the item, if they had spelled the word out.

Requisition Center also allows you to search on categories, based on UNSPSC Product Codes IC16.1.  UNSPSC codes have four levels:  segment, family, class and commodity.  Search drills only to the class level, not the commodity level.  You can add UNSPSC codes on IC16, or can also load them using IC516.  Once you add the codes, either manually or uploaded, you can then add them to the items.

In Item Master IC11.1, you can add UNSPSC codes, in the classes tab, under the item code.  You must add all four codes to an item.  Each code is two digits.  If you create your own hierarchy, then later decide to download and use UNSPSC codes, you must clean up the old codes.  To do this, you remove codes from the items, and then delete the codes, because the application does not override what you've previously entered.  You can use Microsoft Add-ins to load this information.  If you set up inventory classes or purchasing classes as keywords, you can also identify them in Item Master IC11.1 to make them available for searching to find items.

**Now lets talk about creating requisitions.   (Slide 25)**

Once you complete the setup, you can now search and request items.  The Requisition Center "Shopping Experience" includes user profile and requisition header information and shopping.  Shopping can include one of the following:  searching for items through your internal catalogue (or the Item Master), shopping through templates (which comes from procurement templates PO15), ordering items not in your item master (specials or services), using express order (for quick entry or finding items), shopping through UNSPSC categories, or using a punchout feature (to the vendor catalogue) to find items.

When you enter Requisition Center, your requestor and requestor information, such as from company or requesting location fields, populate based on the requestor added in the Web user record; RD30 in Pre 9.0 technology and security; or within manage identities in the user maintenance section, within the security administration in 9.0 technology.

On the basic tab, you can change the requesting company in the newest version, identifying delivery dates, identify priority, and specify deliver to information and quantity.

On the basic tab, you can change the requesting company in the newest version, identify delivery dates, identify priority, and specify deliver to information and quantity.  The company select field, makes it easier to do intracompany requisitioning.  This enhancement requires you to set the company select value to true, in the requisitioncenter_config.xml file.  Then you can change the company field, as well as the requesting location field in the profile, from the values that default, when you login on a requisition by requisition basis.

Once a requisition number is assigned, you cannot change the company field.  When you change the company field, it clears the requesting location (on the basic profile) in the from company, from location, and accounting information, on the (detailed profile).  When you select a task and begin shopping, the from location and from company tied to that requesting location, defaults to the profile, (as well as the accounting information).  If it is not fully setup in the RQ01 to default, you might have to manually populate some of these fields.

The new button starts a new requisition from where you are, so if the cart is empty, the requisition header is deleted.  If you add items to the requisition, it is saved with the status of

7

unreleased requisition.  A new requisition is created on the next task selection.  The new button is like a refresh button in previous versions of Requisition Center.  It clears cookies, for example.  The clear button clears items from the requisition, but the current header remains.  Print launches in a new window, for a Print Preview.  You can send the requisition to the default desktop printer, or network printer from here.  The release button saves items to the database, empties the cart, and submits the requisition for approval, if approvals are needed.

If you're selecting records, such as from location for the requisition, you can use the filter to get broader results.  When a user is searching and knows the range where the results *should* be, these options can help them get closer to the value they are searching for.

In this example, we know that the company number is 3000, or above, so select the option greater than or equal to, to see what results you can find

You can use the detail profile tab to identify the cost default vendor, currency, buyer and tax information.  If you select a field that is a fairly large table, such as vendors, you can use the filter or the find capabilities, to narrow your search.  If you click the arrow on the cost vendor default field, you drill through the search window.  You can then click one of the listed search items, and you are then taken to a window to refine your search.  As you see, you can use the number or letter buttons along the top of the form; or you can use the search field to identify a value to search for in the records.

In this example, you are searching for a vendor and select "Begins with" in the method field.  You only enter the first letter of the vendor name, "D", and you receive two vendor names in the return search, "DELLPUNCHOUT" and "DESKMATES".

If you set your header information to default, simply selecting a task from the find/shop menu starts creating your requisition.  You won't be able to add lines to your requisition, until you have a requesting location and firm location populated in your profile.

You also won't be able to select a vendor or buyer, but you can type this data in the field on the detail profile tab, if you know the values you want to use.  You can also add a vendor to line level when creating the requisition.

Once a requisition number is created, you have the ability to attach a URL to the header, or add comments.  You can do both through the comments tab.  From the profile, this is where you add the comment, once a requisition has been assigned.  The inquiry for comments (and URLs) looks like this.  (pause)

The attachments are also available on requisition header drills.  This makes them available to drill when you are doing approvals, for example.

When using the search catalogue task, you enter the value you want to look for in the search field.  As long as you type in the third letter, the application begins searching for matching keywords, and displays the results as a list.  You cannot search on special characters alone.  If you try to, an error message displays.  Keywords exist because you enable certain fields as searchable in IC00.5 and run IC800 to build keywords from those fields.  These items come from

8

the fields in the files, Item Mast IC11, Item Loc IC12, or PO Vendor Item PO13.  Once you take these initial steps, keywords are built dynamically, as items are added to IC11, IC12, and so on.

After three letters, the application starts looking for matching keywords, and displays the results as a list.  If the requestor highlights one of these keywords in the list of results, and presses enter or quick search again, a more precise search on the selected keyword kicks off.  You can also search for items by inventory class, manufacturer number, or whatever fields you identify as keyword fields.

Through the requisition center configuration file, you can display the advanced search tab, which gives you specific options on how you want to search.  Keep in mind, the regular search feature still searches by all available keywords or origins that you have defined.  So, any time you search, the application tries and finds matches based on all the keywords or origins that you saved and searched by.  The only thing that the advanced search can do is to ignore specific records.  So, if you're looking for gloves, but you don't want cotton gloves, the application displays records that will not contain cotton in the record.

You can also search for things that you might set up as synonyms.  For example, you can take the keyword beige, which already has synonyms assigned, and then use the item search feature.  Your results show any items that have the keyword or the synonym in the word.  Type in a word with a synonym and find like words.  If you type in the full description and search, a single item is found.  However, you can type white stapler and the beige stapler displays as an option for you to select.

Sometimes there aren't clear matches, so search suggestions are returned, based on keywords that exist.  For example, all of these suggestions have "blue" or "glove" somewhere in their record.  However, "blue glove", exactly, isn't found.

If you get multiple search results, you can click on the item number and see additional information about the item.  This is a non-inventory item.  But if it was an inventory item, you could also see stock on hand, and available stock on hand.

The search results display can include any specific details, such as manufacturing information, vendor items, and other specifics, such as SKU, UPC, UPN, UPN1, (NBC?) or vendor items.

Once you have the list of items, you can adjust the quantity (which defaults to one) and you can change the unit of measure (UOM), or view valid UOM's for the item.  If the item does not have cost information, you can type a cost for the item as well.  You can then select the items to add to the cart, by clicking add all, or selecting specific items and using the add function, or add selected button.

If there is an error in the line, the application displays a red error button.  When you hover your mouse pointer over the button, the application displays what kind of error occurs.  One of the most common errors is that the account or accounting unit is not valid.  Some other common errors are missing vendor (if required on the requisition), invalid requesting location (for the requestor), and missing price on the item, just to name a few.  (Note:  you cannot add the requisition line, if there are any errors.)

9

To correct this error, you must add a valid accounting unit, and the from action is changed. Once you correct the error, the application returns the save icon to save the changes to the requisition line.

Once items move to the requisition, you can modify the lines. If you want to make a change to the line, click the item, go to the desired field, type in your change, and then click change. You can then release the requisition. You can also delete an item from the cart, review errors, as discussed in the previous slide. Once you release the requisition, you see the message below: Requisition has been successfully submitted.

Another way you can find items, are by categories. Categories represent UNSPSC codes, and you can define them by using IC16.1 or import them using IC516.1. The top level categories display. Select a category you want to search within.

**(Slide 50)**

You can click on the category links to look backwards in your search. You can use the Add, Add All, or Add/Select functions to add items to your cart.

Once items are moved to the cart you can modify the lines. If you make a change to a line, you must click change. Then click either save draft or check out.

A template is a list of frequently ordered items. Before you can use a template to create requisitions, you must create a template in the template maintenance, covered later in this presentation, or set up one in templates, PO15. A template must have at least one participant. You must be one of the participants to use the template. Mouse over Find/Shop and select Template.

Three types of templates are available to the user:

Company Template, which has a company as a participant for anyone associated with this company based on the user's requesting location and so on.

Location Template, which has a specific requesting location as a participant is for the use of anyone associated with this location based on the user's requesting location and so on.

Requester Template, which has a specific requestor as a participant is for the use only of the requester.

Once you select Company, Location or Requester Template you can see the application listing.

Once you select a template from which to create a requisition, the lines appear on the page. If you see the items you want while viewing the template lines, you can add them to the requisition. You can add items by one by one, or simply clicking Add.

Clicking All moves all line items to the window of the requisition. And clicking Add/Selected moves only the items that you have checked.

10

The Search Field allows you to search within a template for an item.  Enter a string of characters into the Search Field and the application returns the results containing that string of characters.  For example:  If you search on Non, any item that contains the string of Non is returned, such as Nonstock, Nonstocked or anonymous will appear.  In this case a search for a pen would display pens and pencils.

When you click an item in the search results you return to the item on the template line.  You can see the item displayed in the order it holds on the template.  You can then select items and add them to your requisition.

Mouse over Find/Shop on the Menu Bar and select Special Service.  To add a special or service type item to an order you must enter an item, description, ULM, quantity, and so on.  If you don't enter a quantity it defaults to 1.  Remember that there are required fields and that if they aren't populated the application provides a message.  For example:  Field is required ULM.

You also have new options in the configuration file that allow you to indicate which fields are required by changing the background color as shown in yellow.  When you enter the necessary information click Add to move the item to the requisition.  Once items are in the requisition you can bring up line item details and modify the information if necessary.

Also, since this is a special item that is supposed to be defined in your item master you can decide if you want the system to validate if an item with the same number already exists in the item master.  Again, this setting is in the configuration file.  The options are to skip with no item validation or apply a warning.  If you apply a warning, you get a message to ask the user if they want to add this item from the item catalogue rather than entering the item as a special item.  When you enter the necessary information click Add to move the item to the requisition lines.

Once items are in the requisition lines you can bring up the line item details and modify the information if necessary.

You can also determine how to handle item descriptions within the configuration file.  Three options control the length of the item descriptions.  A length globally effects the way the field or fields displays.  The setting choices are Auto, Explicit, and None.

Auto is the default setting.  If the entered description exceeds 30 characters then you see only the first 30 characters as the description and the entire 30+ characters description becomes a line comment or an attachment that you will view by drilling.  Just like any other comment attached to the requisition or PO line.

Explicit limits the description field to 30 characters and an additional comment box displays.

None limits the description to 30 characters and no comment box displays.

To add a comment you bring up line item detail and enter a comment as with other item types.

Another way to create a requisition is by using the Express Order feature.

Express Order is designed for the fast entry when you know what you want to order.  In this case, since you know what you want to order you never have to take your hands off the keyboard.  You can enter the item you like by typing the item number then press Tab and press Enter.  And the application searches for the item.  When you see the data populate you can press Enter again, and voila, your item is added to the requisition.

If you must order more than a quantity of 1 you can tab forward to the quantity field, make your change and press Enter to add the item to the cart or press Shift+Tab to move back to the Add button and press it again to add the item to the requisition.

You can now click Save or Check Out to finish processing your request.  Finish processing your requisition.

If the application can't find the item a message displays to indicate that the item isn't in your Item Master.  You can then transfer to the Special Services form if you want to order this item as a special item.  If you're not allowed to enter Specials or Services, the message just indicates that the item is not in your Item Master and you can try another item number or the Find/Shop menu another way.

The Punch Out feature lets you access a vendor defined site to order items from a specific vendor.  The vendor manages the site, but works with you to determine the contents of the site.  Once you select a Punch Out option you can see the specific vendors you determine that you can punch out to shop with.  You can see the Lawson current partner listing available for the punch out feature on "support.lawson.com" within the knowledge base.  Just search for trading partners.

To begin shopping, click one of the vendor icons to shop on their website.  You get a notification that you are leaving Requisition Center and accessing the vendor website.  After you first get this notification, you get a message that you can select not to show disclaimer.

You are brought to the specific website of the vendor to begin shopping.  Search for your items and select what you want.  Each vendor site might look and feel a little different.  Again, the vendor is maintaining this site.  However, they work with you to determine what items you want available and specific pricing you might have outside of their normal catalogue prices.

Once you select an item or items you want to order, you check out of the vendor site using Check Out.

Once you check out of the vendor site the application brings back the item or items into your requisition lines.  You can then finish the requisition.  Based on the vendor's setup in the Lawson Procurement Application, you might or might not edit the item you bring back from the vendor site.  If the Allow Change to Punch Out Line field on the PO vendor record, PO10, is set to No you cannot change any of the item information.  Specific vendors require this because they have specific tracking information kept with the record and they do not want this information changed.

Note:  You cannot mix Punch Out items with non-Punch Out items.

12

**View/Modify Requisitions. (Slide 61)**

Within Requisition Center you can also view and modify requisitions. Within this area you can view, change, copy or delete information. However, once a requisition is released and approved you cannot delete it. Also, an Information Column under Requisition provides additional information about the requisition if needed.

In Order Inquiry you can inquire on all requisitions you create and filter the data by requesting location, description, reference number, requisition number, status, or a combination of these. You can also select a specific status or statuses of the requisitions you are looking for.

You can copy or modify the requisition if it is in an Unreleased status. You can also delete the requisition. You can copy or view the requisition if it is in a Needs Approval, Processed, Rejected or Closed status. Information bubble, the I, provides approval information.

Line Inquiry lets you search by requisition line. It filters data by Item, Creation Date, or Requesting Location, Line Status or a combination of these. From either inquiry type you can view or copy the requisition. Line Inquiry lets you search by requisition line. It filters data by Item, Creation Date, or Requesting Location, Line Status or a combination of these. From either inquiry type you can view or copy the requisition. Copy is an option in all requisitions.

If you select the Copy feature you can copy specific header or line information. All other information about the requisition not displayed in these options is automatically copied over to the new requisition. However, if the requester cannot overwrite costs the costs might not be copied over from the requisition. Also, you cannot copy requisitions that are created from the Punch Out feature.

**Approve Requisitions.  (Slide 69)**

Requisition approvals are also available through Requisition Center. Within the approval process you can find all requisitions that need approval based on your approval authority, review approval, and requisition detail information and take action on these approvals.

**Maintain Templates.**

Some organizations allow users to maintain specific templates. From the Portal Navigation you can give them access to the All Templates or the Requester Templates function.

The All Templates bookmark allows the user to change any templates associated with their company, requesting location or requester.

If you give the use of the Requester Template, the user can change only the template in which the requester is a participant.

You can also reorder the line numbers to split the line number that you want in the field and tab out of the field. The application then re-sequences the line number. So, for example: If you put 32 in the current line number field, which in this case is box. Once you tab out of this field, the

13

application moves box to line number 32 and moves the rest of the lines up so line 9 is now BSSS.

Once you make your changes you can select another template or click new list to create a new template.  A New List function is available for both the All Company and Requester Templates Maintenance functions.

When you create a new template, you need to identify a name, description and the from company and location where you expect to get the item.  Once you add this information, you can then select the specific items to add to your template.  Because the system will only display the items based on the Requester Setup, if the requester can only list internal items then only internal items will be available the user to select and add to their template.

For the All Company templates after the Add button is clicked to add the template the user would need to identify their participants.  If a new template is created from the Requester Template, the requester is automatically added as a participant.  A participant must be added in order to view and use the template.  You can also print out your template at any time using the Print option available within Template Maintenance.

**Receiving. (Slide 80)**

Within Requisitions Center you can also view and modify requisitions.  Within this area, you can view, change, copy or delete information.  An Information Column on the requisition provides additional information about the requisition if needed.

Select Release or Release and Print.

**Configuration File.**

Requisition Center delivers a configuration file that allows you to set some global parameters, such as Item Validation, Comment Creation and Server Logging.  Requisition Center is now delivered as an org or ear file.  RQCS.org or RSS.ear.  Each deliverable is a full deployment of the product.  RQC Utility page RQC/html/utility.htm replaces the requisition settings page.  It allows you to make RQC configuration changes without stopping and restarting the server.  There is also a link for client to find help techs.  The help about link displays the RQC version for easy access.

The Configuration File for Requisition Center lets you control several settings.  These are global settings so you should not give all users access to this file.  Once you make changes to the Configuration File, you can deploy the changes without restarting the server.  So if you decide later in your implementation or later in the process that you want to change some of the configuration, you can do so at any time.  The configuration information is stored in the RSS_config.xml file.  9.0 technology stores this information in the logger/system directory.  8.0.3 technology stores this information in the same area.  However, it might also be in remote configuration.  The RSS remote file ensures that the correct configuration file is deployed.  For example:  Customer upgrades with the new RSS.org but does not upgrade the RSS_config.xml file.  They get an error indicating that the RQC configuration file is not the correct version.  The version number is located within the file.  Reloading and creating translation files are now easily

available. They can be found as a portal navigation option under Requisition Center under Utilities. If you make any changes to the configuration file you can load the new setting by selecting the Reload Configuration File setting. If you are using locations for different languages the Create Translation Files rebuilds the language file so you can get the translations displayed on the screen.

The Configuration File for Requisition Center lets you control several settings. These are global settings so not all users should be given access to this file. Once you make changes to the Configuration File you can deploy the changes without restarting the server. So, if you decide later in your implementation or later in the process that you want to change some of the configuration you can do this at any time. The configuration information is stored in the RSS_config.xml file. 90 technology stores this information in logger/system directory, 803 technology stores this information in the same area, however, it might also be in some remote configuration. The RQC.org file ensures that the correct configuration file is deployed. For example: Customer upgrades with the new RSS.org but does not upgrade the RSS_config.xml file. They get an error indicating that the RQC configuration file is not the correct version. The version number is located within the file. Reloading and creating translation files are now easily available. And you can find them at http://server:port/rqc/html/utility.htm.

The Configuration File lets you modify specific information on the customer. Some might help you with specific display information or selections. And others might help with troubleshooting issues and so on. For example: Allow Company select setting indicates whether users can change the company on a requisition before the requisition is assigned a number. The Confirm/Delete setting identifies if you want to have confirmation dialogue box display when you complete deletions. You can set this to All, which means you receive a confirmation before any deletion. You can set this to Some which indicates that you receive only a deletion message when you are deleting large items, such as a requisition, the entire requisition lines. You don't receive a confirmation when you delete individual lines or items. You can set this to None, which indicates that you don't receive any messages before deletions.

Within Requisitions Center you can indicate whether you want to hide unwanted fields and corresponding labels. You must indicate this specific field ID you want to hide. You can find the field ID by holding the Control+Shift+O keys. You see information that appears in the status bar at the bottom of the screen. The ID value is the field ID. You should be careful not to hide any required fields as the application might not be able to create requisitions if this information is not available.

If you set Required Field values to True, the application displays required fields in a yellow color so they know which fields they need to define. We discussed this previously when talking about creating a requisition for a special item.

Show Advance Search allows you to display the advanced tab functionality within the catalogue search. This lets you ignore specific records. You can even display specific help text you create by setting the Show Help Value to True and indicating the URL address to where the text resides.

15

Show Advance Search lets you display the advanced tab functionality within the catalogue search. This lets you ignore specific records. As we talked about previously, when creating a requisition from a Special Type item you can decide whether you want to validate against this item. Configuration contains the item validation parameter. Item validation indicates if you want the application to validate if an item is already in the item master when you are creating a special. Your choices are Skip or Warn.

Skip adds the special item without the item against the item catalogue. This is how the application previously worked. If you set this parameter to Warn, users are warned before they are allowed to add items as specials. Again, as we talked about when creating a requisition from a Special Service, the configuration file allows you to control if you want comments to display when you add Specials and Services.

If you select Auto, the comments are created only if the description exceeds 30 characters. Explicit indicates that comments are available through a special, through a separate area and that the description is limited to 30 characters. If you select None comments are not available and the user can enter only a 30 character description.

Display Theme, value 9, equals asterisks on required fields. Value 8 equals yellow highlights on required fields.

**Review.**

In review the Requisitions Center application lets you shop, maintain requisitions, use templates, approve requisitions, and perform online receiving.

There is also some required setup needed before you can use Requisitions Center. Some setup is specific to what types of functions you want to allow within Requisition Center, as well as some supporting technology. There is a Requisition Center configuration file that let's you set some global settings to determine how specific functions might work within the application. Remember that Requisition Center has many great features, such as multiple search capabilities. You can search the catalogue, with searches for items in your item master or PO vendor items. And also lets you search for key words in up to 29 fields based your setup. You can also search for some categories, which can use the UNSPSC code categories. Within the core applications you must complete some initial setup to use Requisition Center. You might need to set up some company wide defaults, requester information, and specific fields on the purchase order vendor. To use Requisition Center to create requisitions, the user must be linked to a requester and the web user record, RD30 and Pre-9.0 technology and security are within manage identities in the User Maintenance Section within the Security Administrator in 9.0 technology.

When the user logs into Requisitions Center the requester information then defaults for the specific person. To utilize the Punch Out feature you must set up some supporting technology and additional e-procurement records. Such records include the user records and e-procurement templates. These records allow e-procurement users to Punch Out to specific vendors. The e-procurement installation and administration guides provide more information on this setup.

Requisitions Center users can now maintain their own templates, approve requisitions online for those users that are not using the process flow application and receive purchase orders. The IT

Administrative Team has a working understanding of the configuration of the Requisitions Center application.

This concludes the Requisitions Center Course.  Thank you.

17