# EXHIBIT 43
# FILED BY HAND

# RQC 742 (CD)