# EXHIBIT 44

**Transcript of RQC 742 (Message from Dean Hager)**

Hello. My name is Dean Hager, Executive Vice President of Lawson's S3 business.

By now, you have likely seen the news about Lawson's prolonged legal battle with ePlus. There are many details around this process that I won't elaborate on. The end result has been that certain configurations of Lawson's supply chain management software have been found to infringe the patents held by ePlus. At Lawson we disagree with the lower court's decision and believe the ePlus patents are invalid. And we aren't the only ones. The U.S. Patent and Trademark Office has rejected the ePlus patent in question. This fact is one of the reasons we are appealing the decision.

Nevertheless, Lawson does intend to comply with the lower court's decision. Fortunately, we have been preparing well in advance. Before I address the specifics of the changes we are making, I'd like to first clarify a few facts.

First, all Lawson customers have the rights to *use* the software your purchased from Lawson. You may continue to system, as is. The court's ruling impacts Lawson's ability to *support* the infringing configuration, but it does not impact your right to run it.

Second, in regard to our ability to support you, the *only* customers impacted by this ruling are those actively running Lawson's Requisitions Self Service product. If you are not running Requisitions Self Service, then you are not impacted in any way.

Third, for your health care provider customers who purchased Requisitions Self Service prior to January 2011, the court's ruling allows Lawson to continue to support and service you until November of this year. This provides us additional time to transition our health care customers to a non-infringing configuration.

Now, what is Lawson going to do to help all of our customers? As I said, fortunately we have been preparing for the potential of this ruling. As such, we have made available to all customers, the replacement product for Requisitions Self Service. The replacement product is called Requisitions Center. This new product does not infringe the ePlus patent, yet delivers all of the necessary functionality for your users. In fact, as we created it, we followed three fundamental principles.

One, 100% of the functionality you require *must* be included. You will not experience functional degradation in the Requisition Center Product. Two, given this unexpected change, we wanted you to benefit in some way. So we added a few functions that you have been asking for. Plus we opened up the design for future mobility solutions that we are already working on. Bottom line, it's a better product.

And the third principle is that we needed to create as little disruption for our customers as humanly possibly; and we think we achieved that. This new product Requisition Center is available for you today, at no charge. In addition, the implementation is very straightforward. Most of you will be able to do it yourself. We estimate that downloading, installing, training and most configurations will take approximately eight hours. And for those customers that need it, we will also provide those services at no charge to you. There are no database changes and there

are no required upgrades to any other application or technology in your configuration. This new product supports all the way back to S3 8.0.3 applications.

We understand there is still a burden on you. We understand your need to fully test this configuration. And we understand that some of you have modifications to Requisitions Self Service that would need to move forward. I want you to know that we designed Requisitions Center in a way that makes it relatively simple to move modifications forward. And, in that effort, and the testing, we are also here to help. In fact, we have created a dedicated swat team of full-time Lawson employees available to take your call, answer questions, and guide you through the process. All information documentation regarding the process, the product, and the swat team can be found on mylawson.com.

All in, we think the total effort for most clients will last from two days to a few weeks, depending on the size and complexity of your installation. Lawson has taken a stand against the ePlus claims because we believe its the right thing to do. ePlus pursued stopping Lawson from being able to provide our customers services and support and we fought that to the best of our ability.

The situation we now collectively find ourselves in is unfortunate. But throughout the process, Lawson has stayed focused on our mission to help make you stronger. And, in light of a bad situation, we think we've provided the best possible path forward for our customers, with the least possible disruption and cost. If you are running Requisitions Self Service, we at Lawson, urge you to get started on this process right away. We are honored to have you all as customers. We are committed to your business. We think that as you step through the conversion process, from Requisitions Self Service to the new Requisitions Center, you will see firsthand how important your success is to us.

Thank you.

19

LIBA/2199519.2