# EXHIBIT 45
# FILED BY HAND

# RQC 743 (CD)