# EXHIBIT 46

## Transcript of RQC 743 (Lawson WebEx with Customers re RQC)

**Today's Speakers**:

**Speaker:  Kim Ross (0:00-1:10)**

. . . very much, and good morning everyone.  Thank you so much for joining us today.  I'm Kim Ross, Director of Marketing Communications with Lawson.  I'd like to let you know that the phone lines are now in a listen only mode, and because they are so many people on the call today, we would ask that you submit your questions via the Q&A feature of Webx that you will see in the lower right hand corner of the screen.  You can feel free to submit questions throughout the presentation and we will answer as many of them as we can at the end of the presentation.  Also, a copy of the slide jack and a recording of today's webinar will be posted to the moving up to requisition center page on my Lawson, this afternoon.  At this time, I'd like to introduce you to who our speakers will be today.  We're joined by Dean Hager, Executive Vice President of S3 industries; Keith Lohkamp, Product Director and S3 Strategist; Terri Olson-Stepp, Vice President of S3 Professional Services Competency Center and Jennifer Langer, Vice President of S3 Product Management and with that Dean, I'll turn it over to you.  (1:10)

## Requisition Center Introduction and Background

**Speaker:  Dean Hager (1:11-16:03)**

Thanks, Kim.  I'm looking up at the screen here and I see 766 attendees on this call, which is quite amazing.  I guess we have discovered the secret to huge customer attendance on Webinars -- just get food and send a letter that scares everybody.  Seriously, in my thirteen years at Lawson, I have never have to do a Webinar like this before, and it is not our desire to cause you anxiety and we know that many of you are attending simply because you are still full of anxiety right now, and I just want to apologize up front for the feeling that you have.  The good news is that I think that at the end of the Webinar you're going to have far, far less anxiety than you have right now.  In some ways, I think the anxiety that you have thus far is going to be the worst feeling that you have in this entire process because we've made things relative simple for you.  In this case, like I said, I think the anxiety is going to be one hundred times worse than the actual situation that we're all facing.  I'm the first or second I guess of too many speakers this morning with too many charts, but it's good information and I think that in this situation if we're going to err on something we want to err on over communicating and that's one of the reasons why so many letters have gone out and why we want to get on and do this webinar right away.

And I want to just start out by reminding you what our mission is, and, quite frankly, the only reason for that is as I mentioned, my thirteen years at Lawson, I have never seen Lawson employees so focused on protecting our customers, ever.  It has literally been everybody rising up and attempting to figure a solution to this using you, our customers, as our inspiration.  Every question in every meeting has been "how is this going to impact

customers?" And we have, with all of our efforts, attempted to minimize that in this lawsuit that we are facing, or have faced.

With that said, some of you may not know exactly what has happened. It is very detailed in terms of the situation that we face, so I'm going to try to keep it at a high level. Some of you may not know the specifics--so briefly the bottom line is Lawson has been in a legal battle with a company called ePlus for the past two years. ePlus has accused Lawson of infringing on their e-procurement patent that they have.

Now, before I go through the rest of the detail on this slide, I want to just take a sidebar because I've been getting a few customer questions. As you might imagine, I've been on the phone with customers pretty much nonstop over the last few days, and one of the questions I've been getting is "Did the original author of Requisitions Self-Service ever have access to the ePlus code or did you hire somebody from ePlus in your history at Lawson? Is that how you infringed on their patent?" And the simple answers to those questions are "No." That's actually not how patents work. You don't actually need a product even to get a patent, the patent is of an idea or a process and that is a patent that ePlus has.

And essentially as an infringer of a patent, you never have to even have heard of the patent or even of the company that you are infringing upon. And that is indeed the case here. We'd never heard of ePlus, we compete with ePlus, we've never seen their product, we really don't know anything about the company, as a matter of fact it's a very, very small division that's part of the larger ePlus company that isn't in the same business that Lawson is in. So it's just something that we've had no knowledge of, and ePlus has really kind of gone down the line suing many companies before us. They've sued SAP and Ariba and many others, and we were simply next in line and it wouldn't shock me at all if there were many in line behind us. So it's what they do and they're good at it and unfortunately we just have found ourselves in the situation where we're selected, if you will.

So the bottom line is, we've been going through this legal battle, and we've been fighting because we didn't want to have any disruption to our customers. And last Monday, I guess it would have been a week ago Monday, a court order came out and you could have knocked this over with a feather. The court order was that we needed to discontinue sales, support, and services of any configuration of Lawson that includes the Requisitions Self-Service product.

So essentially, Requisitions Self-Service is the core piece of the configuration that is found to infringe. So if we change that piece, then the configuration, as long as we're encoding around the infringing pieces, then that configuration does not infringe. You may have seen press releases from ePlus that goes on to list many, many, many products, things like Lawson System Foundation. Well the reason for listing all of those products is simply listing products that are part of the configuration that includes Requisitions Self-Service. So that is the culprit here. And that is the thing that we need to address and the reason that we're on the call.

2

Now what that means, is that if there's any customers on the line who are not running Requisitions Self-Service, you are not impacted in any way. This only impacts customers who are running Requisition Self-Service. So indeed we were given a court order that said we couldn't sale, service or support the product, but that does not impact your ability to run it. You, as customers, are not infringing on anything. You can continue to run the solutions, however the ability to get support from Lawson is hampered if we don't take some action that we're going to outline in this webinar.

In addition, because so many healthcare customers own Requisitions Self-Service and there was a very large population of hospitals that have that solution, the judge did rule that Lawson can continue to support healthcare providers who acquired the RSS solution prior to January 2011, which of course is by far the lion's share. So, if you are a healthcare provider that bought the RSS solution prior to January 2011, we, Lawson, can continue to support and service you as normal up through November. So the healthcare providers on the line have a longer period of time to be able to continue to run the solution and still get support. But eventually you're going to have to take the same action that everybody else does, and that is download the Requisition Center, which we'll get to.

Lawson is complying with the court order. However, we are appealing the decision. One of the reasons we're appealing the decision is that the patents in question from ePlus have already been rejected by the U.S. Patent and Trademark Office. We think that's pretty good grounds for appeal. So we are pursuing that path as well. Nevertheless, we are where we are today.

Lawson now has provided and made generally available a replacement product for Requisitions Self-Service, and that is what this call is about. That product is called Lawson Requisition Center. I won't comment on it right now because you're gonna get a lot more information in future slides. In addition, we have created a SWAT team that is available to you to help you through the transition from Requisitions Self-Service to Requisition Center. So although we do believe we are going to win this on appeal, we did expect to win the first round of the case as well, we did and have been working for many months on developing this replacement solution so that just in case, you know obviously this situation happened, it is generally available today.

We designed Requisition Center with three principles in mind. The first is we wanted to be able to provide at 100% of the functionality that you required, so that's going to be no degradation going from RSS to Requisition Center. In addition, we wanted you to be able to benefit in some way, so some functionality that you've been asking for, for some time, we've actually added to Requisition Center, so you'll actually see the benefits. In addition, it is now the platform on which we'll develop future mobile solutions, which some of you may have seen early snapshots of and we think you'll receive a lot of benefits in those mobile solutions as well that it's built on the Requisition Center platform. The third principle that we designed Requisition Center with is to create minimal disruption for our customers. So, for instance, there are no database changes with the product. None at all. There are no upgrades to any other component. We support all the way back to 803 applications. So 803 applications with 90 technologies, which pretty much, you know, 100% of our customers are on right now. So it's very,

3

very--it's only the Requisition Center product that is the moving piece here, and it can be downloaded from mylawson.com in 20 minutes roughly.

So from there, let me just drill into a little bit more detail about what the rest of the process might look like for you. So it's about a 20 minute download, the installation is very straightforward that there's installation guides available and also the migration from RSS configuration to RQC many of those happen automatically. So all in, we believe for downloading, installing, and much if not all of the configuration, that that's typically going to be within a day's time. Typically less than eight hours and most of you, probably close to all of you, will end up doing that on your own once you see how straightforward it is.

However, if you're not confident going through that what we estimate to be an eight hour process, you can leverage the SWAT team at no fee. The SWAT team has been instructed to provide up to eight hours of free services for our customers to be able to step through that download-installation-configuration and even training—there's free introductory training that's available as well. Your users shouldn't require more than an hour or two of training on and quite frankly many of them won't even require that. The SWAT team you see on the screen is available at the email address [rqc.swat@lawson.com](mailto:rqc.swat@lawson.com) and the telephone number just for those are in listen only mode for the SWAT team is 1-800-281-8936. But all information—everything that we're covering today—can be found at mylawson.com.

Now before we get into the product, let me just describe a few things that we've found in this very early process. As you know, this entire process with the judge ruling coming out just a week ago Monday since we've made it available, it's only been less than two weeks. And one of the first things we did is we said "we wanted to be the first customer through this journey." So we told our—We're of course—we had been Requisitions Self-Service customers here at Lawson as well, our IT team has. So we told them "replace Requisitions Self-Service with Requisition Center." And to be perfectly honest, the first email that I got in return from our IT team said that it was going to be about a three week process. Now this was before they did the download and really got a look at what was actually there. And I thought three weeks was surprisingly long in the way that we had designed this. And lo and behold, once our IT team downloaded this—by the way, they weren't part of the building process; they're a customer just like you're a customer— once they downloaded it and realized how straightforward it was, we were live in production the next day. The entire thing was left to go into production was left in a day's worth of work.

And some other customers that had early visibility to the solution as well, we've had over a hundred customers already download in this short amount of time our Requisition Center. We already have other customers live in production on the solution as well. Again, we just released it less than two weeks ago.

You see a couple of quotes on the screen from Providence Health and then also Catholic Health Initiative, not only customers who have gone through the download process that had an opportunity to look at the product and these quotes specifically comment on the

4

enhancements they see in it, and some of the benefits that will come with Requisition Center and also a little bit of acknowledgment in these quotes that they are a little bit closer to the process and we saw how hard we fought ePlus to avoid this disruption, but we are where we are and unfortunately we had to take some action here.  My last slide before going into more details on the product is just wrapping up what I've described here.  And I'll be back on to wrap up at the end of this webinar as well, and be able to take questions.  But you're going to get all the functionality that you require.  I mentioned the three principles that we built it with to make sure there was no degradation, that you did get the enhanced functionality and that we minimized all disruption.  It's available at no charge in addition, most of you will just be able to do it yourself or use our no-charge services to be able to get live onto solutions.  No database changes, no required upgrades to any other piece of software.

Now here's my main point of the day:  Because of—Because configurations that include RSS are wrapped up in this court order, it is very important for you to download the RQC product—just get the download done.  Again, it takes 20 minutes.  You should do it immediately after this call.  When you get the download done for RQC, that will avoid support delays from Lawson.  So if you just want to have no hiccups whatsoever, and you're working with Lawson, make sure right after this call you just go download RQC from mylawson.com.  I can't urge that point enough.  Now, for details on what RQC is, exactly, I'm going to bring in our product expert, Keith Lohkamp, who is the product manager for our supply-chain systems, and he is going to take you through the details and product overview.  So Keith? (16:03)

## Requisition Center Product Overview

**Speaker:  Keith Lohkamp (16:04-28:27)**

Thanks, Dean.  And thanks everyone, for attending today.  I'll take the next fifteen minutes to really give you an overview of Requisition Center, talk about some of the key features and what's new and different in Requisition Center.  And I'll try to address some of the common questions we've gotten so far regarding the migration to Requisition Center.  So in creating Requisition Center, we started with the Requisitions Self-Service code and made some changes to create a new application, Lawson Requisition Center.  It is designed to be a web-based requisitioning solution that you can set up to help you automate, expedite, track and simplify the requisitioning process, help drive compliance and savings, all the reasons you use Requisitions Self-Service in the past.  And it has other key capabilities that you require around requisitioning.  As web-based requisitioning, we're adding with Requisition Center mobile requisitioning functionality, which I'll talk about in a couple of minutes.  You can have lists of frequently-ordered items in requisition template, we have online requisition-status tracking, self-service receiving is there in Requisition Center and then Requisition's [inaudible] the Requisition Center can be approved online or via ProcessFlow.  And this is designed to work with Lawson Procurement Punchout and Lawson Procurement.

5

Let's take a look at an example of Requisition Center. So when your requestors come in, they'll be able to search the item master for items to add to a requisition. And one thing you'll notice is that the look and feel of this—this is a [inaudible] that you might be familiar with from Requisitions Self-Service. If you're used to the older look and feel of the white background and green, green and white background, that theme is also available in Requisition Center. So that will help simplify transition for end-users. But when you find an item that can be added to a requisition, end-users can also use templates and these templates are based on the PO15 templates—you have company, location and requestor templates—these are available to your end-requestors, and they can use that to select items to, again add to their requisition and continue to build those requisition lines. Third way to add items to a requisition is the specials or services tab, so be able to add items that are not on the item master through the special tab or request services. And again, add that to your requisition.

So, when your end-requestor has completed everything related to the requisition, they can go ahead and release that requisition. One thing that is different about Requisition Center is we're actually creating a requisition line as the user is adding the items to the requisition, and they'll essentially be releasing the requisition here directly. And they'll get a confirmation of the status of that requisition as an in-process, does it need approval, and get their requisition number. At any time, your requestors can inquire on the status of the requisitions. So there's overall requisition status inquiry pages there's requisition line inquiry pages that your requestors can see the status of a requisition in one click see the details of whether that requisition has been approved or added to a purchase order.

And then if you choose to have some of your end-users your mode end-users, your doing desktop delivery, and you want to have them go ahead and receipt purchase orders, we have receiving self-service within Requisition Center. So an end user can go ahead and pull up a purchase order, confirm the quantities that were received, go ahead and release that receiver and have PO30 be updated with that receiver. So it's an alternative to receiving using, receiving and delivering mobile supply chain management or using the PO30-PO receiving functionality.

That was just really trying to hit on the highlights and as I talked about the features that you'd expect in requisitioning products there in Requisition Center. We designed it to be compatible with multiple versions of Lawson. So Lawson systems foundation 9.0, 9.0.1 and it's even compatible with 803 environment. It works with Lawson applications 8.0.3, 8.1, 9.0.0, and 9.0.1. It works with multiple browsers as well, IE 6.0, 7.0, 8,0, and we just added support for 9.0, which is new. And then we support Firefox 3.05 or later on the MacOS. And then if you're using Lawson Procurement Punchout, Requisition Center will work with Procurement Punchout 9.0.1.

What's new and different in Requisition Center—there's a number of different things new and different in Requisition Center. The first thing is mobile requisitioning—the ability to do basic requisitioning, requisition inquiry on a smartphone. The second thing is that Requisition lines are created immediately as items are added to a requisition. I'll talk a little more about that in a second. The labels have also been updated to reflect the new features and the changes we've made, and they're now more consistent with the

procurement application. Within the category drill down in Requisitions Self-Service, we now drill down to the class level, not the commodity level. And if you're using Procurement Punchout, if you're ordering [inaudible] on a requisition, they must now be on a separate requisition from items that were on the item master from the specials and services. And finally when using Procurement Punchout with Requisition Center, users will see a vendor website usage disclaimer and the Lawson logo and frame at the top of the browser no longer appears.

The mobile requisitions is planned to release later this summer and what it's going to allow you to do is on the iPhone, iPad, Android-enabled device, to be able to access the status of requisitions, your smart phone or iPad, but you'll also be able to create new requisitions leveraging templates. So if perhaps a user had created a draft of a requisition hadn't gotten around to releasing it, they could release it directly from their smartphone on the way home from the office. Or they could create a brand new requisition and go ahead and submit that directly through that phone.

In terms of what's new and different with Requisition Center, as I mentioned the requisition lines are created immediately, so as a requestor is adding a line item to their requisition, they'll be creating a requisition line immediately and that will basically update RQ-10. So it'll show up in RQ-10. And early feedback has said this will help in that one, it's going to immediately validate requisition line and check for errors as it's being added, and number two, from a support perspective, it'll be easier for your support team to see what the requestor is trying to order and have visibility into that. As I mentioned, we updated the labels to be consistent with procurement. And so you'll see requisitions, requisition lines and templates as labels within Requisition Center and this also reflects the new functionality that we've added. And as I mentioned, within the category drill down, we now drill down from the—within the UNSPSC from segment to the family to the class. But we no longer go down to the commodity level. And if you're using Procurement Punchout, if you have a requestor who begins creating a requisition, adding items from the item master, or adding specials, now if they go to "add an item from Punchout" section, they click Punchout, they'll now get a message that says "Punchout items must be on a separate requisition." So, they'll have the option to stop and return to the current requisition, now there's already a draft to requisition that's being saved as I mentioned, the lines are already being created. So if they hit stop, they'll go back to the current requisition. If they hit continue, this will create a new requisition, they can complete the Punchout transaction, release that requisition, and then come back to the old, the previous requisition and complete that. Finally, the last difference is that your requestors, when they go to a Punchout website, when they go to a vendor website, they will now see a message, basically reiterating what has always been the case—that the vendors control all the content the user experiences on their website and that Lawson doesn't control any of that. They'll see that disclaimer and then the user will have the option to hide that disclaimer in the future.

So you've seen some of the things that are new and different within Requisition Center. We get a lot of questions about the migration from Requisitions Self-Service to Requisition Center. And it was asking about the security and user setup. Well that security and user setup that you have set up for Requisitions Self-Service will carry over

to Requisition Center. If you have configurations that you made in your Punchout vendor setup that you made in RSS configuration file, you'll need to copy those changes over from the RSS configuration file to the Requisition Center configuration file and they'll have the same set of options and the same way you set up your Punchout vendors. Requisition Center uses the same bookmark file as RSS, so as you convert over to Requisition Center, those bookmarks will be automatically updated. However, if you're looking to run Requisitions Self-Service and Requisition Center in parallel, which you can do if you're looking to do that for testing or transition purposes, you will need to rename the bookmark file in RSS so that the new bookmarks do not overwrite the old ones. Now we can't say for 100% certainty that all your ProcessFlows would work, but our belief is that your ProcessFlow should continue to work. The ProcessFlows are generally written against Requisitions in the database tables and not against RSS directly. And finally, we've also made it, we designed Requisition Center to make it easy to bring the customizations over from RSS.

So just to try to give you a little overview of the capabilities within Requisition Center and what's new and different and Requisition Center will continue to help you achieve some of the goals that you have with Requisitions Self-Service; getting rid of that paper-based requisitioning and manual approval processes. We'll help you continue to drive your standardized purchasing processes as leveraging all the prices and items that you set up in your item master as well as your user setups as well to drive those standardized processes and continue to drive savings by increasing clients and compliance to your contracts. So with that, I'm going to turn it over to Terri Olson-Stepp to talk a bit about some of the steps of migrating to Requisition Center. (12:23)

## Migrating to Requisition Center

**Speaker: Terri Olson-Stepp (28:28-30:36)**

Thanks, Keith. So Lawson Professional Services has identified a SWAT team for you and they're a dedicated team of consultants that are very knowledgeable in this process. The team will assist you in migrating to RQC. They've already begun, in fact. As you heard earlier from Dean, we have more than a hundred customers who have downloaded RQC and right now the SWAT team is engaged with thirty customers in some various stages of their install. In fact, I got a good report this morning that a very large customer of ours has already installed and is in production and will be training their end-users on Monday. Scott Hanson is your SWAT team lead and he'll be actually coordinating all of the SWAT team and assisting our customers. You know, again, we highly recommend that you get started and download the RQC immediately, and most of you will find that that process is very easy, about 20 minutes. We're also finding that the installation is simple and many of you will be able to complete this migration on your own with little disruption.

Lawson is committed to your success, so therefore the SWAT team will provide you with up to eight hours of assistance for the migration itself, but also for knowledge transfer. The SWAT team can assist you in understanding how to use those free services. So how

8

do you engage with the SWAT team? It's simple. You just need to sign a services order form with your AE, your CSC, your project manager or your practice director. Any Lawson employee can help you get started in migrating to RQC. At the same time, call the 800-number or email the SWAT team that you can see on the screen, and the SWAT team will contact you within 24-hours or less and start the process. LPS and myself are ready to assist you, ready and waiting for all customers to complete the process and migrate to RQC. With that, I'll turn it over to Jennifer Langer. (2:08)

### Next Steps – Q&A

**Speaker: Jennifer Langer (30:38-31:20)**

Hi, everyone. Boy, I cannot fight fast enough to handle the questions coming in. So far, we've got about 233. So I will let folks know that if we're not able to get to your question during this time, that we will be answering some of them as FAQ on the website. So before I start with some of the questions, I'll turn to the speakers and ask if there's anything that you want to add before I starting pummeling you with questions. (0:42)

**Speaker: Dean Hager (31:21-31:28)**

I would say let's go ahead, we all have some wrap-up comments at the end, Jennifer, we'll all try and pull together some of these things, but let's go ahead and dive right into the questions. (0:07)

**Speaker: Jennifer Langer (31:28-31:54)**

All right, that sounds great. So Keith, I know there are going to be a couple for you, and I know Dale is here in the room if you need to divert some of them to him. But uh, lots of questions about security, particularly are there any changes or impacts in their security settings, as of the change from RSS to RQC. Is that something that you could address at this time? (0:26)

**Speaker: Keith Lohkamp (31:54-31:56)**

Yeah, there should be no— (0:02)

**Speaker: Dale (31:56-32:00)**

[inaudible] and there is no changes within the security setup. (0:04)

**Speaker: Jennifer Langer (32:01-32:18)**

No changes, great answer! Ah, also, Keith, is there a required ESP level for installation? And I believe the answer to that is "no" but I want to confirm that with everyone. (0:17)

9

**Speaker: Keith Lohkamp (32:19-32:23)**

Uh, Dale has confirmed it here in the room, yeah, the answer is no. (0:04)

**Speaker: Jennifer Langer(32:23-32:47)**

Oh, ok, great. There's also questions about ProcessFlow. So, lots of people have approval processes, etc. So they want you to elaborate a little bit on the ProcessFlow migration. So is there something you could say there that will put them at rest about that? (0:24)

**Speaker: Dale (32:47-33:25)**

First, the ProcessFlow, we believe that most, if not all flows will work. Clearly if there is something you were relying on with inside of our code to help with that trigger help with that flow and we change that, we wouldn't have known your flow, we would have broken your flow at that particular point. But standard approval-type process and the one that comes out of the box typically was not affected. We don't think that any will be affected, but you're going to have to check that. (0:38)

**Speaker: Keith (33:25-33:43)**

We haven't found any situations yet where a ProcessFlow has been impacted. We envision that, like Dale said, most if not all won't be impacted. But it is technically possible depending on what the customer might have done that, but we expect to be very rare. (0:18)

**Speaker: Jennifer (33:44-34:25)**

Great. And that's been our experience with our earliest customers, too. For those of you who may not be aware, Lawson using Lawson completed our migration over and we had very complex ProcessFlows and approvals and those moved over without any impact.

So there's a question here. Terri, this one will be for you. We are installing RQC for the first time, so they are not migrating from Requisitions Self-Service, so is the SWAT team or other professional services, resources available to help for new installs? (0:41)

**Speaker: Terri (34:25-34:41)**

Well, if the customer is actually migrating from RSS to RQC, then yes, absolutely, they can engage with the SWAT team, but if they purchase RQC from the beginning, then they would want to work directly with their consultants and project managers today that they're working with. (0:16)

**Speaker: Dean (34:41-34:51)**

It's no more complex than what the original install for RSS would be, so any customer that's in that situation really sees no impact whatsoever to this change. (0:10)

10

**Speaker: Jennifer (34:51-35:10)**

That's a great point, Dean, because we did have another question from a customer who was just looking to purchase RSS and now will be changing over and looking at RQC and they wanted to know if there would be higher costs associated with that. (0:19)

**Speaker: Dean (35:10-35:12)**

No, the simple answer is no. (0:02)

**Speaker: Jennifer (35:12-35:38)**

All right. Then there was a question about performance, so I'll leave that either to Dale, I guess he's probably the right person for that. And the idea here is that with RQC, we've moved to real-time addition of lines, right? Does that impact the performance when it does the validation and error-check? (0:26)

**Speaker: Dale (35:40-36:28)**

Good—great question. In fact, what we saw with some users is that before with RSS, the validations wouldn't occur until the user selected to save or the checkout button at the bottom of the shopping cart, again, within RSS. And quite often they would have very similar types of errors. Now, with RQC or Requisition Center, what happens is immediately upon placing the item into the requisition, it goes through the error process. So, if the user's not going to go through and potentially treat the same sort of error, time after time after time on that particular requisition, they're going to correct it once and realize what they were doing wrong throughout the rest of their process. (0:48)

**Speaker: Jennifer (36:29-34:47)**

All right. Great answer, and I know that that was something we were really focused on, to make sure that when we built that Requisition Center, we did it a way that was positive for customers and allowed them to be able to move forward, gaining more benefits. (0:18)

**Speaker: Dean (34:48-38:02)**

Jennifer, there is a quick, this is Dean again, a quick thought I wanted to share with everybody, because I have gotten this question in some of my other customer discussions, is "How is it that Lawson is able to build a product that has such little impact. If RSS is found to infringe, then wouldn't there have to be, doesn't the whole product have to go away?

Well, fortunately, in the court case, the jury was very very specific to down the line in terms of what specific functionality of RSS was found to infringe. And so, as a result, we were able to take that jury finding, and specifically, you know design around those specific points, in order to come up with RQC, which is why we're so confident that RQC is the right solution for customers and, of course as I've mentioned, as we were

11

doing it, we decided to also add some things that our customers wanted in the process, so that you'd benefit in some way.  But uh, when we say RSS was found to infringe, its not the whole product of RSS, it was just very specific functionality.  (3:14)

**Speaker:  Jennifer (38:02-38:46)**

Great clarification, I think that that will help answer some of the questions I've been seeing here.  I got a question for Terry.  Terry, there's some concern, since RSS is used by many end users, there's a concern about end user training and the impact there.  You know, what's your team's understanding of the level of training needed for someone using, say, a relatively standard version of RSS and now moving over to RQC?  What kind of impact is there on the organization, and what does Lawson have available to help them make that migration smoother?  (0:44)

**Speaker:  Terry (38:48-39:41)**

So, our experience so far has been that its had minimal impact.  That its been very easy for end users to go from RSS to RQC, with minimal training, if any.  There is available, on mylawson.com today, very good documentation, learning documentation, available to our customers.  And on Monday, June 6, there will also be an on-demand learning course that customers and the end users are able to take, for free of charge.  Now, again, if customers have some additional end user training on more complex that are needed, they are able to use the SWAT team, which is a make up of consultants as well as learning professionals, to help them to make sure that all their learning needs are taken care of.  (0:53)

**Speaker:  Jennifer (39:44-40:20)**

Great.  There's some questions about RSS and RQC running together.  So, lets elaborate on that for a moment.  So Keith, I'm going to ask you, a couple of things.  Do you have to remove RSS before you can install RQC?  And, you know, if not, can I run them both in parallel?  And, then, what about phasing in users, moving them from one to the other, how does that all work?  (0:36)

**Speaker:  Keith (40:22-41:13)**

So, um, no you don't have to uninstall Requisitions Self-Service before installing Requisition Center, though, I did make that one caveat regarding the bookmark, so the bookmark file for Requisition Center is called the same thing, it's Requisitions Self-Service, so before you install Requisition Center, we recommend that you rename the bookmark file for RSS so that you can start have certain users with those bookmarks pointing to RSS and then you can have Requisition Center installed and running in parallel.  And then, take those, the new bookmarks, and provide those to the selected group of users that you want to provide access to Requisition Center instead of Requisitions Self-Service.

Is there another part to that question?  (0:51)

12

**Speaker:  Jennifer (41:14-41:38)**

Uh, no, I think you got it all there.  There's an additional question here though, about changes and differences between RSS and RQC, I'm sorry, yea, RQC, I'm reading some typos here, literally reading them.  And, is there a document posted yet that helps folks understand what the differences are between those products?  (0:24)

**Speaker:  Keith (41:39-42:21)**

Yes, so we've created the differences, what's new and different, a set of slides that I went through here, and those are posted on mylawson.com, so you can download the slides, plus you'll get those with a copy of this presentation.  And that really covers the differences, in terms of the functionality that you experience, and then the installation guide explains about installing Requisition Center and we've also created a knowledge based article, just about uninstalling Requisitions Self-Service and installing Requisition Center as well.  (0:42)

**Speaker:  Jennifer (42:22-42:27)**

Perfect.  Another question on bookmarks.  (0:05)

**Speaker:  Dean (42:26-42:28)**

If I can interrupt for just a moment.  (0:02)

**Speaker:  Jennifer (42:28-42:29)**

Yea, Dean, go right ahead. (0:01)

**Speaker:  Dean (42:30-43:28)**

These questions are coming up, a lot of thoughts are coming to mind.  One is, it was stated here in the room that the June 6th training that's available; it's on demand training.  So its really anytime after June 6th, whatever is convenient for the customer, they can take that.  You don't have to take it on June 6th, its on demand, available for you.  Okay?

The other thing that I've been seeing some questions coming in, you don't have to turn off RSS while you're bringing up RQC.  You can download, you can install RQC, you can do it in your development environment, your test environment, what have you.  You never have to go through system downtime.  Just as soon as you're confident in RQC, you can switch over your users and you can do a subset of those users, if you want to.  So there's no system downtime involved here.  You don't have to take it down to do the install.  (0:58)

13

**Speaker:  Jennifer (43:29-44:28)**

Great question.  There's a question here about people have submitted lots of questions directly to the host and to the presenters, will those questions get into the right hands?  And then there's another one saying, will we be able to see the questions and answers?

So, I'm actually going to answer that and I'm going to say we're going to get a transcript of the questions that have come in, and there have been many that have come in, and we're going to add those to the frequently asked questions document that's on mylawson.  And, it may take us a little while to add to it, but we'll start immediately, we'll add those that we know the answers to quickly, get those up and running for you.  Many of them are very detailed product questions, that will be answered in the product training itself and we'll make sure that we have all of those answers available to you as fast as we can.  (0:59)

**Speaker:  Kim (44:28-44:34)**

Hey, Jennifer, this is Kim, I'm also taking a lot of questions about where on mylawson.com can I find this information.  (0:06)

**Speaker:  Jennifer (44:34-44:35)**

*laughs* Great question (0:01)

**Speaker:  Kim (44:35-44:50)**

On the homepage of mylawson.com, there's a box right on the homepage that you can click on to get to all of the information on Requisition Center and the migration.  So, its easy to find.  (0:15)

**Speaker:  Keith (44:50-45:39)**

And I'm also seeing a lot of questions about: are there certain MSP levels that are required; what levels of websphere are supported, those types of things.  The bottom line is Websphere support is actually dictated by whatever LSF release that you're on.  So provided that you're on an LSF release and the supported Websphere, you're fine with RQC, there's no additional requirements if RQC would come into play.  And there's no MSP requirement.  I could, basically the rule of thumb is, if you have RSS running in a valid configuration today, simply whatever you have, as long as it's a valid configuration, if you replace RSS with RQC, there's nothing else that needs to move, nothing.  Just wanted to be that clear on it.  (0:49)

**Speaker:  Jennifer (45:39-46:00)**

Perfect.  I think we've answered most of the general questions, now we're getting down into very specific product oriented questions. Things like, will you be able to use design studio with RQC?

14

Guys want to take that one?  (0:21)

**Speaker:  Keith (46:00-46:12)**

So then, you use the 9 studio with the core Lawson S3 portal forms, not with RQC or RSS for that matter.  (0:12)

**Speaker:  Jennifer (46:13-46:27)**

There ya go.

We've also seen that EDI has been mentioned in some letters and documentation and court orders, as being affected.  Can you explain how that, what that means?  (0:14)

**Speaker:  Dean (46:30-46:31)**

You want me to take it? (0:01)

**Speaker:  (46:31-46:35)**

Oh, well was that, the question would you just repeat that Jennifer?  For EDI?  (0:04)

**Speaker:  Jennifer (46:33-46:34)**

That's for you Dean.   I'm sorry.  (0:01)

**Speaker:  Dean (46:34-46:35)**

EDI?  (0:01)

**Speaker:  Jennifer (46:35-46:41)**

Yea, the question was about EDI.  Is EDI affected in this process? (0:06)

**Speaker:  Dean (46:42-47:27)**

Uh, a lot of products were listed in the press release.  Again, the press release that ePlus put out was designed to scare everybody.  So, therefore, a lot of products that can co-exist with RSS are listed because if RSS is present, then the configuration is prone to infringe.  So, therefore, there is no impact to any other product.  RSS was the least common denominator, and even more so than that, it was specific functionality within RSS that was the least common denominator, so with RQC, that functionality changes and, as a result, the entire configuration does not infringe.  So only this one moving part needs to change.  (0:45)

**Speaker:  Jennifer (47:28-47:38)**

A question for Terry.  We're not ready to migrate today.  How long with the consulting assistant be available?  (0:10)

15

**Speaker: Terry (47:38-48:04)**

You know, we haven't put a time limit on the consulting assistance, at all. We want to engage with all customers who need our help, but we do highly recommend that customers start engaging, downloading and engaging with the SWAT team as necessary, to get migrated to RQC. So, no time limit right now. We'll certainly be communicating with customers as, you know, most of those get done and let them know when the time's up. (0:26)

**Speaker: Jennifer (48:06-48:32)**

Great, Terry. Thank you. I actually have a comment from an internal person, and Dean, I'll let you clarify this with me. The question is, can you address the fact that clients do not need to sign any license agreement in order to perform a download? So, let's clarify that one. (0:26)

**Speaker: Dean (48:32-48:33)**

They do not. (0:01)

**Speaker: Jennifer (48:33-49:29)**

So, every customer that has signed a product order form or has a license for Requisitions Self Service, we have automatically turned on and enabled you to be able to download Requisition Center. And, I do know there was a trick to finding it, and I don't know if anyone on the phone understands that, exactly where you can find that download, but I'll make sure that's posted in the FAQ. I've seen a few folks say they couldn't find it. So, we'll make sure that we put the instructions out very specifically, so you understand how to find the download selection for that.

All right, I don't, I'm going to turn it over to Dean, at this time, and let you begin to wrap up so we can honor everyone's one hour limit, at this time. (0:56)

**Speaker: Dean (49:29-56:51)**

Thank you, Jennifer, and thank you everybody for your questions. We're going to do the best job we can on making sure they have all the answers to the questions put on mylawson. We weren't able to get to every one, obviously. I'm looking up and we now have 788 attendees, we started at 750, and the high I think we got up was to 850, so apparently we bored about 80 people, or they realized they were on the wrong webinar. But clearly, the interest level to find out as much information has been there. We almost never end a webinar with more attendees than we started the webinar. Usually people fall off throughout the hour.

The bottom line is, you know, here's where we're at. Obviously, this has been a long legal battle with ePlus. We were concerned that the court would no longer allow us to offer RSS to new customers, and so therefore we started down the process of developing RQC, so that we would still have that offer for new customers. And we thought that then

16

RQC would be a great path to upgrade for our current customers, when they saw fit.  We never really would've believed that the court would've ordered that we needed to stop supporting our current customers, outside of the health care customers that I mentioned earlier, immediately.  That took us by surprise.  We think it is, quite frankly, unjust because essentially, it has risk of harming you more than us, which is just flat out not fair.

But I will tell you the approach we've taken with RQC, in my 13 years here, we've launched a lot of product and you almost always remind me of something that we didn't' think of; something that, oh yeah, but Dean, this is more complicated than you think.  In this particular case, we brought everybody forward and said think of every possible thing that could negatively impact a customer and lets make sure we get around that thing, which is why there are no other moving parts, but this one thing.

RQC is a very good product that is as non-disruptive as humanly possible at no charge, and even the consulting, you know.   For most of you, who do it yourself or the consulting you do, if you want, will also be at no charge.  We are able to get it on the very specific issues.  There's a lot of questions about why we believe RQC doesn't infringe.  Fortunately, we've already been through the court case, so we know specifically what the jury found to infringe, and we were able to get around that.

So, I want to go back to saying, we would like you to get started, to download Requisition Center right away.  There's no reason not to, over 100 customers already have, with zero reported issues, to the download itself.  Takes about 20 minutes.  At that point in time, our configuration records, here at Lawson, then indicate that Requisition Center is part of your configuration, and that is really the thing that is needed in order to avoid any disruption of service in complying with the court order.

So, once again, the materials are on mylawson.com.  We've never been so committed to try and eliminate and minimize any disruption to you and deliver you value as a result.  I honestly believe that you're going to go through this process and you're going to look back and go, "Wow, the letters that I received were far scarier than what we actually experienced and that was actually the worst part." So we're here to help.  Download RQC immediately and our internal configuration records for you will change, but don't stop there. Continue through as well, and actually do the installation.  Again, for you healthcare customers, you've got a full six months.  However, you know, if you've got a window here, with the level of effort that we're talking about, it's just best to move quickly, in this particular situation.  So, once again, talk to whoever your web administrator is.  If you're the web administrator, just go directly from this call, hit mylawson.com and go through the download.  Just for more information, you are going to find it all, again, on mylawson.com; you have Harry's letter that's out there as well.  I did shoot a video, for any of you who aren't completely sick of seeing me speak yet.  You can play that video for anybody internally, because I explained a little bit about the situation and the product that we provided.  All of the overview presentations and training information.  And again, to remind you 800-281-8936 is the SWAT team number, and the email's RQC.SWAT@lawson.com.  Again, available to you, after a webinar like this, more than likely that number is going to get flooded, so just be aware of that.  And, try and, if you have general questions, try mylawson.com first and see what

17

it does for you. I think if you just download the training and download the actual package, the product itself, you are just going to have a wealth of your questions answered for you, right on the spot. And our early customers have all indicated that. I haven't heard from a single one of the 100+ customers who have downloaded that came back and said that, oh hey, this isn't what you said it was. It is, indeed, what we say it is.

Now, with that said, I know that some of you have modifications out there. And, obviously, whenever a situation is modified, that does cause some complications. However, even RQC is designed in such a way that a lot of the modifications, if not all of your modifications, will automatically move forward. So, again, do the download, take a look at what you have, and then pass judgment on the situation. We are, its really unfortunate that we're doing this call. I apologize for it. I wish it was something that we could have avoided. We tried to avoid, over the last couple years of this legal battle, and unfortunately, we just didn't come out on top, on that one. We fought it, though, and spent millions of dollars on it, quite frankly because thought it was the right thing to do, in order to avoid any disruption to you. And we believe that we've come up with a good solid solution for you. Again, that is fairly just not all that disruptive to you. And all in we are giving a general estimate that we expect the process to take two days to two weeks, even though the early customers who have done it, it took them one day. So we feel that two days to two weeks pretty much will cover everybody in that process; by far, more experiencing the lower side than the higher side on that.

So, with that, we took the questions that we're going to take. We are at the top of the hour now, so I want to wish you well; urge you to download; and access the SQUAT team… oh, that's comic relief for the end of this call, the SWAT team, for any questions and help that you need during the process.

Thank you very much. Bye-bye. (7:22)