# EXHIBIT 47
# FILED UNDER SEAL

# SOURCE CODE