# EXHIBIT 48

# LAWSON ~~PX-0098~~

## Lawson ~~Requisitions Self-Service~~<u>Requisition Center</u> User Guide

**Version 9.0.1**
**Published May ~~2009~~<u>2011</u>**

**~~Lawson Supply Chain Management~~**

LIBA/2204997.1

Document Number ~~RQSSUG~~**RQCUG**-901-UWA-~~02~~**01**

## Legal Notices

~~Lawson® does not warrant the content of this document or the results of its use.  Lawson may change this document~~**This content is for instructional or informational purposes only.  This content may be changed or superseded** without notice**, and is not part of any Lawson product, maintenance or services warranty**.

**Export Notice:**  Pursuant to your agreement with Lawson, you are required (at your own expense) to comply with all laws, rules, regulations, and lawful orders of any governmental body that apply to you and the products, services or information provided to you by Lawson.  This obligation includes, without limitation, compliance with the U.S. Foreign Corrupt Practices Act **and all other applicable corrupt practices legislation** (which prohibits certain payments to governmental officials and political parties), ~~U.S.~~ export control regulations, and ~~U.S.~~ regulations of international boycotts.  Without limiting the foregoing, you may not use, distribute or export the products, services or information provided to you by Lawson except as permitted by your agreement with Lawson and any applicable laws, rules, regulations or orders.  Non-compliance with any such law, rule, regulation or order shall constitute a material breach of your agreement with Lawson.

~~**Trademark and Copyright Notices**~~**Intellectual Property**:  All brand or product names mentioned herein are trademarks or registered trademarks of Lawson, or the respective trademark owners.  **This documentation is the proprietary information of Lawson protected internationally under copyright and related intellectual property laws.** Lawson customers or authorized Lawson business partners may **use,** copy**,** or transmit this document for their internal use only.  Any other use or transmission requires advance written approval of Lawson.

© Copyright ~~2009~~**2011** Lawson Software.  All rights reserved.

# Contents

**Contents**

**Chapter 1 Lawson ~~Requisitions Self-Service~~Requisition Center Overview**...........................5̶4

    Requisition Processing...........................................................................5̶4

    **How do I use Help?**.....................................................................................4

**Chapter 2 Setting Up the Lawson ~~Requisitions Self-Service~~Requisition Center Application**...........................................................................................7̶4

  **Concepts in this Chapter**..........................................................................8̶4

    What are Setup Considerations? .............................................................8̶4

  **Procedures in this Chapter** .....................................................................16̶4

    Lawson Security Admin Tool .................................................................17̶4

    Setting Up the Inventory Control Application............................................17̶4

    Setting Up the Purchase Order Application..............................................17̶4

    Setting Up the Requisitions Application....................................................18̶4

    Setting Up the Search Catalog ...............................................................20̶4

    Defining Categories (optional) ...............................................................21̶4

    Setting Up the Punchout Task (optional)..................................................22̶4

**Chapter 3 Creating a Requisition**.................................................................23̶4

  **Concepts in this Chapter**..........................................................................24̶4

    What is the Profile Page?........................................................................24̶4

    What is the Express Order Task?.............................................................25̶4

    What is a ~~Shopping List?~~.....................................................25**Template**4

    What is a Procurement Template? ...........................................................25̶4

    What is the Search Catalog?....................................................................26̶4

    What is a Special/Service Item? ..............................................................26̶4

    What is the Categories Task?...................................................................26̶4

    What is the Punchout Task?.....................................................................26̶4

    What is the ~~Shopping Cart?~~.............................................26**Requisition Lines List?**4

    What are Item Details?............................................................................27̶4

    What is the Inquire Page? .......................................................................28̶4

  **Procedures in this Chapter** .....................................................................29̶4

    Using the Profile Page ............................................................................29̶4

    Using the Express Order Task .................................................................31̶4

    **Using the Templates Task** .......................................................................4

    Using the Search Catalog Task ...............................................................33̶4

    Using the Categories Task ......................................................................35̶4

    Using the Special/Service Task ...............................................................36̶4

    Using the Punchout Task ........................................................................39̶4

    Editing the ~~Shopping Cart~~.................................................39**the Requisition Lines**4

LIBA/2204997.1

# Contents

Inquiring on Requisitions.................................................................................... 43~~43~~4

**Chapter 4 ~~Shopping List~~Template Maintenance** .................................................................................... 46~~46~~4

**Procedures in this Chapter** .................................................................................... 47~~47~~4

Adding a ~~Shopping List~~ ..................................................................... 47**Template**4

**Chapter 5 Approving Requisitions**.................................................................................... 50~~50~~4

**Concepts in this Chapter** .................................................................................... 51~~51~~4

What is the Requisitions Approval Process? .................................................. 51~~51~~4
What is an Approval Code?.................................................................................... 51~~51~~4

**Procedures in this Chapter** .................................................................................... 53~~53~~4

Approving a Requisition .................................................................................... 53~~53~~4

**Chapter 6 Using ~~Lawson~~ Receiving Self-Service** .................................................................................... 55~~55~~4

**Concepts in this Chapter** .................................................................................... 56~~56~~4

How does PO Company Setup Affect Receiving? ........................................... 56~~56~~4
How do the Select Fields Work? .................................................................. 56~~56~~4
What is an MSDS Sheet?.................................................................................... 57~~57~~4

**Procedures in this Chapter** .................................................................................... 58~~58~~4

Receiving Purchase Orders .................................................................................... 58~~58~~4

~~**Appendix A Documentation Conventions and Support**~~ .................................................................................... ~~60~~
~~Documentation Conventions~~.................................................................................... ~~60~~

~~**Index**~~ .................................................................................... ~~62~~

# Chapter 1
# Lawson ~~Requisitions Self-Service~~Requisition Center Overview

The Lawson ~~Requisitions Self-Service~~**Requisition Center** application lets you create requests ~~with demand on stock and demand on~~**for goods or services from either internal or external** vendors.  You can process, view, and modify requisitions.

This chapter provides a high-level overview of the Lawson ~~Requisitions Self-Service and the Lawson Receiving Self-Service applications~~**Requisition Center application** and includes information about the major processes and integration with other Lawson and non-Lawson products.

## Requisition Processing

The Lawson ~~Requisitions Self-Service~~**Requisition Center** application can be divided into three main processes:  setup, create, and view and modify requisitions.  This section provides an overview of these processes.

### Setting Up Requisitions

When you set up the Lawson ~~Requisitions Self-Service~~**Requisition Center** application, you must consider the requesting needs for your central reporting structure.  Specifically, you must determine the number of requesters, requesting locations, and the approval levels needed, if any.  Additional web component setup is also required.  For additional information about setting up requisitions, see the Requisitions User Guide.

NOTE  Requesters can share the same requester ID, as long as each user has their own web server login.  If requesters share a requester ID and web ID, they will interfere with each others' ~~orders.~~**requisitions**

### Creating Requisitions

When you create a requisition, you request items from inventory or from vendors.  The Lawson ~~Requisitions Self-Service~~**Requisition Center** application provides different methods to customize the requesting process for your business needs.

### Viewing and Changing Requisitions

The Lawson ~~Requisitions Self-Service~~**Requisition Center** application provides tasks to let you maintain and track the status of requisitions for your business needs.

LIBA/2204997.1

Two types of help are available in the Lawson Requisitions Self-Service application.

| Help Type | Description |
| --- | --- |
| Mouse Over | Mouse Over lets you view informa |

LIBA/2204997.1

tion when your mouse pointer passes over spee

~~ify the item.~~

| ~~Drill/Select~~ | ~~The Drill Around function lets you drill down on a field to get more specific information about that field or to select a specific value. The drill function is available for most shaded fields under the Profile tab and for item detail in the shopping cart.~~ |

# How do I use Help?

**Two types of help are available in the Lawson Requisition Center application.**

| **Help Type** | **Description** |
|---|---|
| **Mouse Over** | **Mouse over lets you view information when your mouse pointer passes over specific items.** |
| **Drill/Select** | **The Drill Around function lets you drill down on a field to get more specific information about that field or to select a specific value. The drill function is available for most shaded fields under the Profile tab and for item detail in the requisition lines area.** |

# Chapter 2
# Setting Up the Lawson ~~Requisitions Self-Service~~ <u>Requisition Center</u> Application

This chapter provides setup information for the Lawson ~~Requisitions Self-Service~~ **Requisition Center** application and describes how Lawson ~~Requisitions Self-Service~~ **Requisition Center** interacts with other Lawson applications.

# Concepts in this Chapter

The following concept provides background and conceptual information for the procedures within this chapter.

- "What are Setup Considerations?" on page ~~10~~**8**

## What are Setup Considerations?

**Before you begin using the Lawson Requisition Center application, there are two kinds of setup to consider:  the Lawson Requisition Center Configuration file (rqc_config.xml) and prerequisite applications setup.**

### Configuration File

**NOTE This section is meant for the system administrator, who makes global decisions that affect all application users in the company.**

**The rqc_config.xml file controls how Lawson Requisition Center is configured for your company.  Depending on your environment, you find the file in one of the following:**

- **If you are using the S3 Lawson System Foundation 9.0, the directory path is:**

   **$LAWDIR/system (UNIX)**

   **%LAWDIR%\system (Windows)**

   **LAWDIR/system (System i)**

- **If you are using 8.0.3 Environment, you find the file in the Lawson Requisition Center's class path (as noted during installation).**

**IMPORTANT After installation, the rqc_config.xml file must be loaded by accessing the Utility link and choosing the Reload configuration file button.  This task is meant to be performed by someone with administrator responsibilities.  The file's version is the first piece of information in rqc_config.xml.  Be aware that the version of the configuration file must match the version that Lawson Requisition Center is expecting; otherwise, the application cannot start.**

**Two sections are found in the file, including client and server.  Refer to the following tables to learn which settings are available in each section, and what they mean.  The following table describes the client section.**

~~Before you begin using the Lawson Requisitions Self-Service application, there are two kinds of~~

LIBA/2204997.1

setup to consider: the Lawson Requisitions Self-Service Configuration file (**rss_config.xml**) and prerequisite applications setup.

## Configuration File

**NOTE**  This section is meant for the system administrator, who makes global decisions that affect all application users in the company

The **rss_config.xml file** controls how Lawson Requisitions Self-Service is configured for your company.  Depending on your environment, you find the file in one of the following:

- If you are using the S3 Lawson System Foundation 9.0, the directory path is:

    $LAWDIR/system (UNIX)

    %LAWDiR%\system (Windows)

    LAWDIR/system (System i)

- If you are using 8.0.3 Environment, you find the file in the Lawson Requisitions Self-Service's classpath (as noted during installation).

**IMPORTANT**  After installation, the **rss_config.xml** file must be loaded by accessing the Utility link and choosing the Reload configuration file button.  This task is meant to be performed by someone with administrator responsibilities.  The file's version is the first piece of information in **rss_config.xml**.  Be aware that the version of the configuration file must match the version that Lawson Requisitions Self-Service is expecting; otherwise, the application cannot start.

Two sections are found in the file, including client and server.  Refer to the following tables to learn which settings are available in each section, and what they mean.  The following table describes the client section.

| Setting | Description |
|---|---|
| "allow_company_select" value= "false" | Indicate whether users can change the company on a requisition before the requisition is assigned a number. |
| "allow_debug" value= "true" | Indicate whether ~~you want~~ to open the debug page at any time, by pressing Control-Shift-d. |
| "allow trace" value= "true" | Indicate whether ~~you want~~ to open the trace window at any time, by pressing Control-Shift-_t_. |
| "browser_check" value= "true" | Indicate whether you are using Internet Explorer 6+ and Firefox 1 +. If you set the value to "false", you indicate that you are using another web browser that may not be fully supported. |
| "confirm_ deletes" value= "some" | Indicate whether you want confirmation dialogs before completing deletions. The options available are All, Some, or None. |
| | • All —_:_You receive a confirmation before any deletion. |
| | • Some —_:_You receive a confirmation only before deleting large items, such as a requisition or **all** your ~~entire cart~~**requisition lines**. You do not receive a confirmation when deleting individual lines or items. |
| | • None —_:_You never receive a confirmation before a deletion. |
| "hidden_ fields" value= "false" | Indicate whether ~~you want~~ to hide unwanted fields, and the corresponding label. To enable the hidden fields feature, set the value to "true" and add the field ID for the field to be hidden. |
| | To find the field ID, place the cursor in the field you want to be rid of. ~~Then~~**, then** hold down the Control_,  +_ Shift ~~and~~_,  +_ O_,_ keys. You see information that appears in the status bar at the bottom of the screen. The "_ID_" value is the field ID. |
| | ~~**IMPORTANT** Be careful not to hide Lawson~~ ~~Requisition Center service that to hide Lawson~~ |

| | **IMPORTANT Be careful not to hide any required fields, as this may affect how Requisition Center runs.** |
|---|---|
| "logo_main" value= "" | With this setting, you can replace the Lawson logo with your own company's logo.  You replace the existing image file "/~~rss~~**rqc**/images/logo.gif" with another image (giving it the same name) or ~~enter~~**type** the new path and image name in the value attribute. |
| | For example, you could ~~enter~~**type** the following: |
| | setting id="logo_main" value= "/*path/ name/yourImage. gif*" |
| "logo_print" value= "" | With this setting, you can replace the Lawson printed logo with your own company's logo. You replace the existing image file "/~~rss~~**rqc**/images/logo_ small.gif" with another image (giving it the same name) or ~~enter~~**type** the new path and image name in the value attribute. |
| | For example, you could ~~enter~~**type** the following: |
| | setting id="logo_print" value= "/*path/ name/yourPrintImage.gif*" |
| "MSCM_server" value= "http://your.MSCM_ server.name:port" | ~~Enter~~**Type** the hostname:port of your MSCM installation.  Setting this will allow you to link to MSCM information from within the Requisition Inquire or Requisition Status screens. |
| "print_view" value= "pdf" | ~~Indicate~~**Select** which print method to use for a requisition or ~~shopping list~~**template**.<br>• HTML<br>• PDF (you must have Adobe Reader 7.05 or greater installed)<br>PDF is the default option. |
| "required_fields" value= "false" | Indicate whether a field is required for all users:<br>• Item<br>• Description |

|  | • Quantity |
|---|---|
|  | • Entered UOM |
|  | • Transaction Unit Cost |
|  | Additional fields can be added to this list, based on your company's procedures. ~~NOTE  These are the default values based on Requisition (RQ10.1) requirements for a requisition line to be added.~~ |
|  | **NOTE These are the default values based on Requisition (RQ10.1) requirements for a requisition line to be added.** |
| "setting id= "drill_records" value= "25" | Indicate how many records at a time to display in the drill around.  The default is 25, but ~~enter~~type another number if you want to specify the number of records that are displayed. |
| "setting id= "display_only_fields" value= "false" | Indicate whether you want fields to become uneditable or display only.  To enable the display only feature, set the value to "true" and add the field ID. |
|  | To find the field ID, place the cursor in the filed you want to become display only, then hold down CTRL + SHIFT + O keys.  You see information that appears in the status bar at the bottom of the screen.  The ~~"~~ID~~"~~ value is the field ID. |
| "setting id= "search_lines_to_display" value= "25" | Indicate how many lines at a time to display in the search results.  The default is 25, but enter another number if you want to specify the number of lines that are displayed. |
| "setting id= "theme" value= "9" | Indicate whether ~~you want~~ to use the classic or restyled version of ~~RSS~~**RQC**.  Set the value to '8' for classic or '9' for restyled.  The default value is set to theme '9'. |
| "show~~_~~ advance~~_~~ search" value= "false" | Indicate whether the Advance Search tab is to display on the catalog search. |

| | |
|---|---|
| "~~show_help~~**showjielp**" value= "false" | If you have created help text and want it to display, set this value to "true", and ~~enter~~**type** the URL address where the text resides and the page on which it is to display.  To display help text on the Profile tab, for example, you could ~~enter~~**type** the following:<br><br>"profile" url= "http://www.ourhelp.com" width= "" height= ""<br><br>Your help text from this URL displays on the Profile tab (for all users on the machine to see).  You access it by clicking on the question mark in the upper right-hand corner, and clicking Help.  To adjust the height and width of the help page, ~~enter~~**type** the new values (in pixels).<br><br>To not display your help text, leave the URL address blank.<br>~~NOTE Initially, Lawson provides a blank default page (help.htm).~~ |
| | **NOTE Initially, Lawson provides a blank default page (help.htm).** |
| **"special_item_validation" value="skip"** | **Indicate the kind of validation you require when adding special items.  Your options are to skip, warn, or deny:**<br><br>● **Skip - Special items are added without checking if the item already exists in the item catalog.**<br><br>● **Warn - Users are warned that the special item already exists in the item catalog, but you have the option to add the item from the catalog instead.** |
| ~~"special_item_validation" value= "skip~~ | ~~Indicate the kind of validation you require when adding special items.  Your options are to skip, warn, or deny:~~<br><br>● ~~Skip – Special items are added without checking if the item already exists in the item catalog.~~<br><br>● ● ~~Warn – Users are warned that the special~~ |

item already exists in the item catalog, but you have the option to add the item from the catalog instead.Deny –: Users cannot add a special item because it already exists in the item catalog.  You still have the option to add the item from the catalog, however.

The validation is performed against one of the following:

- the Lawson item –: from Item Master (IC11.1)

- the item manufacturer number

- **the item manufacturer number -** from Item Master (IC11.1) or Manufacturer Code (IC14.1)

- the vendor item –: from Vendor Item (PO13.1**PO13.1**)

| | |
|---|---|
| "special_service_comments" value= "auto" | Indicate how you want comments to appear when adding special items (auto, explicit, or none):<br><br>• Auto –: Line comments are created only if the special item description is longer than 30 characters (default).<br><br>• Explicit –: The description of the special item is limited to 30 characters, and a Comments box is also available.<br><br>• None –: The description of the special item is limited to 30 characters, and no comments are allowed. |
| "cart_lines_to_display" value= "all" | Indicate how many **requisition** lines you want to display in the shopping cart as a default.  You can leave the default at 'all' or change the value to a set number of lines.  If you add more lines than the quantity entered, the lines are hidden from view.  Check the 'display all lines' box to display all the lines. |
| "receiving_select_all_cnt" value= "25" | Indicate how many lines at a time to display on a page at one time in Receiving Self Service.  The default is 25, but enter**type** another number if |

| | you want to specify the lines that are displayed. |
|---|---|
| "show_add_all_shown_button" value= "true" | Indicate true or false to enable or disable the Add All Shown button. |

The following table describes the server section.

| Setting | Description |
|---|---|
| "logging_on" value= "false" | Set this value to "true" to turn on server logging. (A log file is generated for each session, for example, ~~rss~~**rqc_userid_1.log**.) |
| | Two other kinds of logs exist, the authentication log and the user log.  The authentication log helps in debugging authentication errors, and is named ~~rss~~**rqc_ AUTHENTICATION.log**. The user log is named ~~rss~~**rqc_username_#.log**, where "#" is a unique number. |
| "logging_types" value= "FSSO, BSSO, API, SSSO" | This setting is reserved for future use. |
| "service" value= "RSS" | If you use S3 Lawson System Foundation with Lawson Single Sign On, this value must match your ID in the **rss_service.xml** file. |
| | **IMPORTANT**  ~~You should not change this value.~~ |
| | **IMPORTANT You should not change this value.** |
| uncomment the technology version you are using<br>• "technology" value= "8.0.3"<br>• "technology" value= "9.0.0" | Indicate the level of environment you are using by removing the comments marking the environment level.  For more information, see the Lawson ~~Requisitions Self Service~~**Requisition Center** Installation Guide. |
| "work_directory" value= "" | Required.  Indicate where on your file system you want Lawson ~~Requisitions Self Service~~**Requisition Center** to create working files.  The directory must have read/write access by the servlet container's Java process and the Lawson applications. |
| "b2b_server" value= "http:// your _remote_punchout_~~servver~~**server**.name:po rt" | The URL location for your remote Punchout server. |
| | **NOTE**  ~~This setting applies only if you purchased or installed e=Procurement/Lawson~~ |

| Setting | Description |
|---------|-------------|
| | ~~Procurement Punchout.~~ |
| | **NOTE This setting applies only if you purchased or installed Lawson Procurement Punchout.** |
| **"b2b_service" value="/punchout/ remoteServlet/ Punchout SetupRequest"** | **The service to be run on your remote Punchout servlet.** |
| | **NOTE This setting applies only if you purchased or installed Lawson Procurement Punchout.** |
| ~~"b2b_service" value= "/punchout/remote Servlet/PunchoutSetupRequest"~~ | ~~The service to be run on your remote Punchout servlet.~~ |
| | ~~**NOTE**  This setting applies only if you purchased or installed e-Procurement/Lawson Procurement Punchout.~~ |
| | **IMPORTANT**  If you are using Punchout there are additional entries to the configuration file that are discussed in the Lawson Procurement Punchout Installation Guide.  Refer to this guide for setup information. |
| **"sweeper_interval" value="2"** | **The number of minutes between polls of the product lines.** |
| ~~"sweeper_interval" value= "2"~~ | ~~The number of minutes between polls of the product lines.~~ |
| | **NOTE**  This setting applies only if you purchased or installed ~~e-Procurement/~~Lawson Procurement Punchout and intend to transmit purchase orders using XML or email. |
| "sweeper_productlines" | Set "~~productline~~**productive** id=" to a valid product line on your system. |
| | • If you are sending purchase orders via XML, set sweepPO= "true". |

| Setting | Description |
|---------|-------------|
| | • If you are sending purchase orders via email, set sweepEM= "true". |
| | Add more "productline" lines or "nodes" if you have more than one product line you want to sweep and edit accordingly. |
| | ~~NOTE This setting applies only if you purchased or installed e-Procurement/Lawson Procurement Punchout and intend to transmit purchase orders using XML or email.~~ |
| | **NOTE This setting applies only if you purchased or installed e-Procurement/Lawson Procurement Punchout and intend to transmit purchase orders using XML or email.** |

**IMPORTANT** If you are using Punchout there are additional entries to the configuration file that are discussed in the Lawson Procurement Punchout Installation Guide. Refer to this guide for setup information.

When configuration is complete, go to /~~rss~~**rqc**/html/utility.htm (the Utility page) and click the "Reload configuration file" button to reload the ~~rss~~**rqc**_config.xml file. Use the button on the page to stop and start the sweeper as needed~~,~~**.** A bookmark exists for this page.

**IMPORTANT** If the ~~rss~~**rqc**_config.xml file has not been reloaded, you will receive an error message.

## Prerequisite Applications Setup

• Before you can use the Lawson ~~Requisitions Self-Service~~**Requisition Center** application, you must set up other Lawson applications. The prerequisite applications affect the way processing occurs in the Lawson ~~Requisitions Self-Service~~**Requisition Center** application. For example, Lawson ~~Requisitions Self-Service~~**Requisition Center** uses accounts for posting transactions. Setup decisions that directly affect the Lawson ~~Requisitions Self-Service~~**Requisition Center** application are noted within the appropriate procedure.

• Before you can create requisitions, you must set up the Requisitions application, including requesters, requesting locations, and approval codes (if used). For more information about requisition structure setup, see the *Requisitions User Guide*.

Lawson Requisition Center User Guide          Chapter 2  Setting Up the Lawson Requisition          20
                                                      Center Application

# Procedures in this Chapter

This chapter provides setup information for applications that regularly interface with and affect the Lawson ~~Requisitions Self-Service~~**Requisition Center** application.  You must perform this setup before you can use the Lawson ~~Requisitions Self-Service~~**Requisition Center** application.

**IMPORTANT**  All requirements for Requisition (RQ10.1) must be done for Lawson ~~Requisitions Self-Service~~**Requisition Center** along with those unique to Lawson ~~Requisitions Self-Service~~**Requisition Center**.

The procedures in this chapter tell you how to set up prerequisite applications.

- "Lawson Security Admin Tool" on page ~~20~~**15**
- "Setting Up the Inventory Control Application" on page ~~21~~**15**
- "Setting Up the Purchase Order Application" on page ~~22~~**16**
- "Setting Up the Requisitions Application" on page ~~22~~**16**
- "Setting Up the Search Catalog" on page ~~25~~**18**
- "Defining Categories (optional)" on page ~~27~~**19**
- "Setting Up the Punchout Task (optional)" on page ~~28~~**20**

# Lawson Security Admin Tool

**Before using Lawson Requisition Center, the Lawson user must be added to the Lawson repository and must have an identity on the >PRODLINE>_REQUESTER self-service agent, where >PRODLINE> is you product line in uppercase.**

~~Before using Lawson Requisitions Self-Service, the Lawson user must be added to the Lawson repository and must have an identity on the >PRODLINE>_REQUESTER self-service agent, where >PRODLINE> is you product line in uppercase.~~

The user must also have been assigned appropriate access rights in either Lawson Security or LAUA Security.  For more information, see your Lawson Security Administrator and *Lawson Administration*:  Resources and Security or Lawson Administration:  *LAUA Security*.  If you use 8.0.3 Environment, refer to Lawson Administration:  *User Setup and Security*.

# Setting Up the Inventory Control Application

**Before you set up the Requisitions application, you must set up the Inventory Control application.  This procedure outlines the additional information that you must define in the Inventory Control application for processing.**

**STEPS   To set up the Inventory Control application**

- **Access the following form to define the information listed.**

Before you set up the Requisitions application, you must set up the Inventory Control application.  This procedure outlines the additional information that you must define in the Inventory Control application for processing.

STEPS                                                    To set up the Inventory Control application

- Access the following form to define the information listed.

| Form | Setup |
|------|-------|
| Company (IC01.1) | On the Requisition Self-Service tab on Company (IC01.1), you determine which tasks could default to all users.  You can also set a flag that restricts the catalog search to specific criteria: <br>• List only contract items (Yes or No) <br>• List only internal items (Yes, No, or items set up in IC12) |

For more information about how to set up the Inventory Control application, see the *Inventory Control User Guide*.


## Setting Up the Purchase Order Application

**Before you use the application, you must define Purchase Order vendors and locations.  If you plan to use the Punchout task, additional setup is required.  Use this procedure to define information in the Purchase Order application.**

**STEPS   To set up the Inventory Control application**

- **Access the following form to define the information listed.**

Before you use the application, you must define Purchase Order vendors and locations.  If you plan to use the Punchout task, additional setup is required.  Use this procedure to define

information in the Purchase Order application.

STEPS                                                    **To set up the Purchase Order application**

- Access the following forms to define the
  information listed.

| Form | Setup |
|------|-------|
| PO Vendor (~~PO10.1~~**P010.1**) and Vendor Purchase From Location (PO10.2) | If your company issues purchase orders through Electronic Data Interchange (EDI), select EDI as your PO Vendor Issue method. |
| | NOTE  Electronic Data Interchange (EDI) is a method of transmitting data electronically.  For more information, see the Lawson EDI Standard and EDI Professional for Supply Chain Management User Guide. |
| | On the Punchout tab on ~~PO10.1~~**P010.1** and ~~PO10.2.~~**P010.2,** specify whether to allow changes to punchout items. |

For more information about how to set up the Purchase Order application, see the *Purchase Order User Guide*.

## Setting Up the Requisitions Application

**If you use the Inventory Control application to issue items, you must define at least one requesting location in the Requisitions application.**

**STEPS    To set up the Inventory Control application**

- **Access the following form to define the information listed.**

If you use the Inventory Control application to issue items, you must define at least one requesting location in the Requisitions application.

STEPS                                                    **To set up the Requisitions application for**

- Access the following forms to define the
  information listed.

| Form | Setup |
|------|-------|

| | |
|---|---|
| Requesting Locations (RQ01.1) | A requesting location can create Issue, Direct Transfer, or Intransit Transfer transaction types from the inventory location. |
| Company (IC01.1) | On the tab on Company (IC01.1), you determine the type of approval required for requisition headers. <br><br> • Header using approval codes <br> • Header using ~~ProcessFlow~~**Process Flow** <br> • Line using ~~ProcessFlow~~**Process Flow** <br> • No approvals required |
| Requesters (RQ04.1) | A requester initiates demand for materials, supplies, and so on. <br><br> On the Requisition ~~Self-Service~~ tab on Company (IC01.1), you determine which tasks could default to all users.  You can also set a field that restricts the catalog search to specific criteria: <br><br> • List only contract items (Yes, No, or Default to company level) <br> • List only internal items (Yes, No, Items Setup in IC12, or Default to Company Level) <br><br> ~~On the Main tab on Requesters (RQ04.1), you determine the type of approval required for requisition headers.~~ <br><br> • ~~Header using approval codes~~ <br> • ~~Header using ProcessFlow~~ <br> • ~~Line using ProcessFlow~~ <br> • ~~No approvals required~~ <br><br> ~~**IMPORTANT**  If a company does not allow a task globally, a requester can still be given access to it on RQ04.~~ <br><br> **On the Main tab on Requesters (RQ04.1),** |

**you determine the type of approval required for requisition headers.**

- **Header using approval codes**
- **Header using Process Flow**
- **Line using Process Flow**
- **No approvals required**

---

**IMPORTANT If a company does not allow a task globally, a requester can still be given access to it on RQ04.**

---

| | |
|---|---|
| Approval Codes (RQ02.1) | Approval codes are defined for a requester using Approval Codes (RQ02.1).  For each level of approval, you decide the:

- Authorization lower limit.  If the requisition's total value is equal to or greater than this amount, the requisition must be approved by the manager assigned at this level before the buyer reviews it~~.~~

- Name of the person who must approve the requisition at this limit amount (for example, a supervisor or manager).

- Authorization ID of the person who approves the requisition at this limit amount.  The authorization ID acts like a password that lets the person review requisitions.

~~NOTE  The use of approval codes requires the requisition to be approved using Approval Review (RQ12.1) or the Approvals.~~

---

**NOTE The use of approval codes requires the requisition to be approved using Approval Review (RQ12.1) or the Approvals task.  For more information, see "Approving a Requisition" on page 45.**

---

|

For more information about how to set up the Requisitions application, see the *Requisitions User Guide*.

## Setting Up the Search Catalog

**The Search Catalog feature looks for keywords in the database to match the search string you typed in the search box.  A keyword comes from the Keyword Origin fields defined as "Used" in Keyword Search Setup (IC00.5).These Origin fields come from database fields that identify inventory and non-stock items.  Using Keyword Search Load (IC800) keywords are created based on the enabled database fields.**

**NOTE You must run IC800 on at least one origin field (for example, Items) for to work.**

**The Inventory Control application dictates which Origin fields and which synonyms are used for searches.  For example, Lawson item number, UPC number, or description.  Each set of characters separated by a space will create a keyword entry.**

**Synonyms are words that are similar to the item for which you want to search.  For example, for the keyword coat, you might want to define the synonyms *jacket, parka, slicker*, and *windbreaker*.**

**STEPS   To set up Search Catalog**

- **Access the following form to define the information listed.**

The Search Catalog feature looks for keywords in the database to match the search string you entered in the search box.  A keyword comes from the Keyword Origin fields defined as "Used" in Keyword Search Setup (IC00.5).  These Origin fields come from database fields that identify inventory and non-stock items.  Using Keyword Search Load (IC800) keywords are created based on the enabled database fields.

NOTE You must run IC800 on at least one origin field (for example, Items) for to work.

The Inventory Control application dictates which Origin fields and which synonyms are used for searches.  For example, Lawson item number, UPC number, or description.  Each set of characters separated by a space will create a keyword entry.

Synonyms are words that are similar to the item for which you want to search.  For example, for the keyword coat, you might want to define the synonyms jacket, parka, slicker, and windbreaker.

STEPS                              To set up the search catalog

- Access the following forms to define the information listed.

**Form**                                                         **Setup**

| | |
|---|---|
| Corporate Item Group (IC00.1) | Define an item group that defines general parameters for items in that group.  Click the Search button to access Keyword Search Setup (IC00.5) to define the data fields to use to create keywords.  The data fields are then called "origin." |
| Keyword Search Setup (IC00.5) | Select the origin fields that your company uses to search. |
| | The catalog search is searching on keywords you designated as "used" on Keyword Search Setup.  When Keyword Search Load (IC800) is run in update mode, it takes these origin fields and turns them into keywords, based on those designated fields in the database. |
| Keyword Search Load (IC800) | Create keywords for existing data or create keywords for the new origin for existing data.  For example, if you select a new origin, you must run IC800 to create additional new keywords. |
| Keyword Synonym (IC32.1) | Define the synonyms associated with your keywords.  Type as many synonyms as you need for the keyword. |
| | **TIP**  These may be alternate spellings or synonyms of the keyword. |

For more information about how to set up the search catalog, see the *Inventory Control User Guide*.


# Defining Categories (optional)

The Categories task is designed to use UNSPSC (United Nations Standard Products and Service Codes).

**NOTE**  Categories use a hierarchical structure called the segment tree.  The hierarchy helps you manage the categories list.

Categories let you search for items by category.  After you import UNSPSC codes, you can assign them to items using Item Master (IC11.1).

~~The codes have four~~**Requisitions will utilize three** levels:  segment, family, **and** class~~, and~~

commodity.  These levels create an item hierarchy and let you search each level for items in the Item Master file.  These codes are attached to items on IC11.

After you define categories, you can click on a category top level in to open the segment tree to the product, family, **and** class, commodity, branches, and items.  You select items at any of the levels.

STEPS

To set up categories.

LIBA/2204997.1

~~Form~~

~~Setup~~

| | |
|---|---|
| ~~Load UNSPSC Product Codes (IC516) (optional)~~ | ~~Load UNSPSC codes to use in the applica~~ |

tion: LASPSC codes let you search by category

. The LASPSC code must be attached to an item

in the Item Master file to be active. ACTIVES

tandard UNSPSC codes are available for downlo

ad from www.unspsc.org.

UNSPSC Product Codes (IC16.1)

A standardized way to

eategorize items.

ACTE is designed for use w

f own four-tier structure.

~~Item Master (IC11.1)~~

You can assign UNS

LIBA/2204997.1

~~PSC eodes to each item in a elass.~~

~~For more information about how to set up categories, see the *Inventory Control User Guide*.~~

**STEPS   To set up categories**

- **Access the following form to define the information listed.**

| Form | Setup |
|---|---|
| **Load UNSPSC Product Codes (IC516) (optional)** | **Load UNSPSC codes to use in the application.  UNSPSC codes let you search by category.  The UNSPSC code must be attached to an item in the Item Master file to be active.** |
| | **NOTE Standard UNSPSC codes are available for download from www. unspsc.org.** |
| **UNSPSC Product Codes (IC16.1)** | **A standardized way to categorize items.** |
| | **NOTE is designed for use with UNSPSC codes, but you can also define your own four-tier structure.** |
| **Item Master (IC11.1)** | **You can assign UNSPSC codes to each item in a class.** |

**For more information about how to set up categories, see the *Inventory Control User Guide*.**

## Setting Up the Punchout Task (optional)

When enabled, the Punchout task lets requesters access external vendors' web pages, shop for items, and return selections to a Lawson requisition.

**NOTE**  Lawson Procurement Punchout is a separate, additional Lawson application.

If you are using Punchout there are additional entries to the configuration file that are discussed in the *Lawson Procurement Punchout Installation Guide*.  Refer to this guide for setup information.

# Chapter 3
# Creating a Requisition

This chapter describes how to create a requisition.  You can create a requisition by using one or more of the following Find/Shop menu tasks:

- Search Catalog

- ~~Shopping List~~**Templates**

- Express Order

- Categories

- Special/Service

- Punchout

# Concepts in this Chapter

**TIP** To skip directly to the procedures, see "Procedures in this Chapter" on page ~~35~~.**26.**

The following concepts provide background and conceptual information for the procedures within this chapter.

- "What is the Profile Page?" on page ~~31~~**22**

- "What is the Express Order Task?" on page ~~31~~**23**

- "What is a ~~Shopping List?~~**Template**" on page ~~32~~**23**

- "What is a Procurement Template?" on page ~~32~~**23**

- "What is the Search Catalog?" on page ~~32~~**23**

- "What is a Special/Service Item?" on page ~~32~~**23**

- "What is the Categories Task?" on page ~~32~~**23**

- "What is the Punchout Task?" on page ~~32~~**24**

- "What is the ~~Shopping Cart~~**Requisition Lines List**?" on page ~~33~~**24**

- "What are Item Details?" on page ~~34~~**24**

- "What is the Inquire Page?" on page ~~34~~**25**

## What is the Profile Page?

**The Profile page contains your requisition header information, including requesting location, From company, From location, and accounting information.  The values default based on the requester that is entered on Requesters (RQ04.1).**

**NOTE The requisition header itself is created when you click the Find/Shop menu, and select a task.**

~~The Profile page contains your requisition header information, including requesting location, From company, From location, and accounting information.  The values default based on the requester that is entered on Requesters (RQ04.1).~~

~~**NOTE**  The requisition header itself is created when you click the Find/Shop menu, and select a task.~~

| Tab | Description |
|---|---|
| Basic | The Basic tab displays requested delivery date, deliver to location, and data specific to this requisition. |
| Detail Profile | The Detail Profile tab provides additional default data definitions and some information from Requesting Location (RQ01.1). |
| Drop Ship (optional) | The Drop Ship tab provides address information from Requesting Location (RQ01.1) and additional default data.  You can enable or disable Drop Ship on Requesters (RQ04.1). |
| Accounting | The Accounting tab provides information from Requesting Location (RQ01.1).You can also select data. |
| User Fields | The User Fields tab provides input details for Requisition and Purchase Order fields. |
| Comments | Comments appear on internal documents, requisitions, purchase orders at header or trailer, on warehouse pick lists, receiving documents, or as display only on requisition lines. |
| User Analysis (optional) | The User Analysis tab is viewable if Strategic Ledger has been enabled. |

# What is the Express Order Task?

The Express Order task lets you add a specific item to the ~~shopping cart.~~**requisition.** Use this task when you know the exact item that you want to add to the ~~cart~~**requisition**.

## What is a ~~Shopping List?~~**Template**

A ~~shopping list~~**template** is a predefined procurement template.  This template is defined in the Purchase Order application on Procurement Templates (P015.1).  Before you use the ~~Shopping List~~**Templates** task, you must set up procurement templates in the Purchase Order application.  The ~~shopping lists~~**templates** that are viewable is determined by template participants.

## What is a Procurement Template?

Procurement templates include items that are frequently ordered.  Using a template makes ordering such items quick and efficient.  In addition, templates can be used when creating requisitions.

## What is the Search Catalog?

The Search Catalog lets you search for items in the Item Master file.  You can search for items and keywords in up to 30 origin fields that were defined during setup.

## What is a Special/Service Item?

A special item is not defined on Item Master (IC11.1) and is not tracked in inventory.

A service item is used for services, such as equipment repair or monthly copier maintenance.  There are two types of service items; Amount and Quantity.

## What is the Categories Task?

The Categories task lets you search for items by category.  Imported UNSPSC codes or user-defined UNSPSC codes are assigned on Item Master (IC11.1).

After you define categories, you can click ~~on~~ a category top level for Lawson ~~Requisitions Self-Service~~**Requisition Center** to open the segment tree to the ~~product~~**segment**, family, ~~commodity~~**class,** branches, and finally items.  You can select items at any of the levels.

## What is the Punchout Task?

The Punchout task lets requesters access external vendors' websites, shop for items, and return selections to a Lawson requisition.  The Punchout task is a vendor-managed catalog, where items and prices are determined by your trading partner relationship.  The shopping experience for each

Punchout vendor is unique ~~and is not controlled by Lawson~~.

# What is the ~~Shopping Cart~~**Requisition Lines List**?

The ~~shopping cart~~**requisition lines list** displays the total number of items and the total transaction amount for a requisition (in base currency).  The ~~shopping cart~~**requisition lines list** dynamically builds quantity and amount for items in the ~~cart~~**requisition**

The icons and buttons that display in the ~~cart~~**requisition lines area** let you view line information and make changes.

Icons appear next to the **requisition line** items ~~in the shopping cart~~.  Click the trash can icon to delete a requisition ~~line, or the disk icon to save all line items in the cart~~.  An "i" icon on the right-hand side lists three pieces of information - transaction unit cost, transaction currency code, and line status (viewable by mousing over the icon).  If a red circle with an "X" in it displays next to an item, an error exists and you can view it by mousing over the red circle.  You need to correct the error ~~and save your changes~~ before you can ~~checkout~~**release the requisition**.  (You cannot ~~checkout~~**release** until these errors are corrected.) An example of a possible error is "Must enter unit cost".

Buttons at the bottom of the ~~cart~~**requisition lines list** are available once items have been added. The following describes what each button does.

- New - Creates a new requisition (if ~~existing lines are not saved or~~ you haven't selected any lines, the current requisition header is deleted).  Also refreshes the requester's data defaults if your requester has been updated in Requesters (RQ04.1).

- Clear - Clears items that you have added to the ~~cart~~**requisition**, but leaves the requisition header.

- Print - Previews the items in the ~~cart~~**requisition**, including item type, quantity, unit and extended cost, distributions, and requested delivery date.  To print the contents of the ~~cart~~**requisition**, click the Send to Printer button and select a printer.

- ~~Save - Saves your changes to the items in the cart and updates the order.  You inquire on the requisition by clicking on Inquire, then entering the requisition number on the Order Inquiry tab.~~

- ~~Checkout - Saves items in~~**Release - Releases** the ~~cart to be requisition lines and moves the requisition to the next processing stage (for example, releases the requisition)~~**requisition so that it can move to any remaining processing stages**.

**NOTE**  If you inquire on a processed requisition, closed requisition, rejected requisition, or needs approval, only the Print and New buttons display.

# What are Item Details?

**Once an item has been added to the requisition via a task, certain fields can be changed.  By clicking on the item number in the requisition lines list, the item details appear in the work area.**

~~Once an item has been added to the shopping cart via a task, certain fields can be changed.  By clicking on the item number in the shopping cart, the item details appear in the work area.~~

The requisition line displays, listing the item, quantity, unit of measure, cost, currency, and line status.  In addition, six tabs display for the line, namely:

- Line Basic
- Line Detail
- Line Accounting
- Line User Fields
- Line User Analysis
- Line Comments

For more information, see "Editing the ~~Shopping Cart~~**the Requisition Lines**" on page ~~51.~~**34.**

# What is the Inquire Page?

The Inquire page lets you search for requisitions.  Options are available to search by requisition status, requisition number, requisition description, reference number, requesting location, status, and line status.

You can inquire on the requisitions you entered or requisitions entered by others.  You can search by requester, company, location, date range, status, and requisition number.  Requisitions display in the order of newest (at the top) to oldest, and the Approval Status is also displayed.

You can use the drill option to see if a PO has been created for the requisition.  The PO number and line assigned to the item order is displayed.  View the status of ~~orders~~**requisitions** using Fill and Kill.  There is also a link to ~~RAD~~**Receiving & Delivery** to check on delivery and package statuses.

Line Inquire allows you to search for a Lawson item, creation date, or requesting location.  Line Status allows users to search requisitions at the line level and includes all of the features listed above.

# Procedures in this Chapter

Use the following procedures to create or edit a requisition.

- "Using the Profile Page" on page 36**26**

- "Using the Express Order Task" on page 40**27**

- "Using the ~~Shopping List~~**Templates** Task" on page 41**28**

- "Using the Search Catalog Task" on page 43**29**

- "Using the Categories Task" on page 46**31**

- "Using the Special/Service Task" on page 47**31**

- "Using the Punchout Task" on page 50**33**

- "Editing the ~~Shopping Cart~~**the Requisition Lines**" on page 51**34**

- "Inquiring on Requisitions" on page 54**36**

## Using the Profile Page

**The Profile page lets you define your requisition header information.**

**Need More Details?  Check out the following concepts:**

- **"What is the Profile Page?" on page 22**

**STEPS  To use the Profile page**

**1.      On the menu, click Profile.  The Profile page - Profile tab appears.**

**Enter the requisition profile information using the following guidelines:**

| Reference Number | User-defined field. |
| --- | --- |

~~The Profile page lets you define your requisition header information.~~

~~**Need More Details?**  Check out the following concepts:~~

- ~~"What is the Profile Page?" on page 31~~

| ~~STEPS~~ | ~~To use the Profile page~~ |
| --- | --- |

- ~~Access the following form to define the~~

| **Reference Number** | User-defined field. |
|---|---|
| | ~~information listed.~~ |

~~1.    On the menu, click Profile.  The Profile page~~   Profile tab appears.

~~Enter the requisition profile information.  Consider the following fields.~~

| **Company** | The company that is creating the requisition. |
|---|---|
| | With intercompany requisitioning, if you change the ~~requisitioning~~**requesting** company, the requesting location on the Basic tab and the From Company and From Location on the Detail Profile tab are cleared.  You must select a valid requesting location for that company and when you select a task, the From Company and From Location default.  To change their default values, select the new values and continue ~~shopping.~~ |
| | ~~TIP  The Vendor, Purchase From, and Buyer fields are blank until you select a task and a requisition number is assigned~~**requesting items**. |
| | **TIP The Vendor, Purchase From, and Buyer fields are blank until you select a task and a requisition number is assigned.** |
| **Requesting Location (required)** | The location where the goods will be delivered and billed. |
| **Requisition Description** | User-defined field that is used for searching in the Inquiry task. |
| **Priority** | Use for allocation purpose.  Normal or High for a rush order. |

## 2.  Select the Detail Profile tab.

~~2.    Select the Detail Profile tab.~~

The Detail Profile tab provides default data definitions and some information from Requesting Locations (RQ01.1).  ~~Consider~~**Use** the following ~~fields.~~**guidelines to enter field values:**

| **Requisition** | A Lawson system internally assigned requisition number used for processing. |
|---|---|

LIBA/2204997.1

| **Reference Number** | User-defined field. |
|---|---|
| | ~~This field is blank until an item is added to the cart.~~ |
| | **This field is blank until an item is added to the requisition.** |
| **Cost Default Vendor** | Vendor to be used if an item needs to be purchased. |
| | For more information, ~~see the~~**see the** Knowledge Base article on vendor default. |

3.    Select the User ~~Field~~**Fields** tab.

**NOTE**  User fields that have been enabled for your Purchase Order company will be viewable.

**4.  Select the Accounting tab.**

~~4.        Select the Accounting tab.~~
The Accounting tab is populated with information from Requesting Locations (RQ01.1). These values will default to the requisition lines if they are assigned on RQ01.1 or the requesting location.  Accounting Unit, Account, Sub Account, Activity, and Account Category can be ~~entered~~**typed** or selected.  If there are specific accounting units assigned to a requester in RQ04.1, these are the only accounting units available for that requester.

~~For more information, see the Knowledge Base articles on the account and activities defaulting structure.~~

**For more information, see the Knowledge Base articles on the account and activities defaulting structure.**

5.        Select the User Analysis tab.  The User Analysis tab is only available if Strategic Ledger has been enabled.
~~Values will default to lines.~~

**Values will default to lines.**

**6.  Select the Comments tab (the tab is accessible after the requisition header has been created and a requisition number has been assigned).**

~~6.        Select the Comments tab (the tab is accessible after the requisition header has been created and a requisition number has been assigned).~~
Select a comment type by clicking the appropriate radio button or selecting a predefined comment code (defined using Comment Codes (P012.1)).  The comments listed by radio button are ad hoc comments to be ~~entered~~**typed** in the text box.  Click ~~on~~the white space on

| Reference Number | User-defined field. |
|---|---|

the page to update and add the comment.

~~You can attach a URL to your requisition by entering it in the text box.  Drilling on the requisition after entry lets you access the URL you attach here.~~

**You can attach a URL to your requisition by typing it in the text box.  Drilling on the requisition after entry lets you access the URL you attach here.**

## Using the Express Order Task

**The Express Order task lets you add a specific item to a requisition.  Use this task when you know the exact item that you want to add to the requisition.**

**Express order items are either inventoried or non-stock.  An inventoried item is an item for which the Inventory Control application maintains quantities and cost.  A non-stock item type is defined in the Item Master file but not tracked in inventory.**

**IMPORTANT A task needs to be enabled using Requesters (RQ04.1) or Company (IC01.1) to be able to access it.  However, a task can be enabled for a requester but not the company, allowing the requester access to the task when no one else in the company has access.**

**NOTE Items added from Express Order will be on a separate requisition from items added through Punchout.**

**Need More Details? Check out the following concepts:**

- **"What is the Express Order Task?" on page 23**

**STEPS   To create requisitions using the Express Order task**

**1.      On the Find/Shop menu, click Express Order.**

**Express Order was designed for speed entry when you already know the Lawson items you want to order (your hands do not need to leave the keyboard to be able to select items).**

**2.      Type or select the items you want to order in the Item field and press Enter.  The Add button is highlighted.**

**3.      Press Enter to add the item or tab forward to the Quantity field and type a quantity. Shift Tab to go back to the Add button and press Enter.**

**NOTE The Quantity field has a maximum quantity of 999,999,999.**

**4.      Click the Release button to move the requisition to the next processing stage.**

## Using the Templates Task

The Templates task lets you access procurement templates and add a defined group of items to your requisition.  Be aware that a template must already be defined using Procurement Templates (P015.1) before you can add items from it to your requisition.  Also, at least one participant must be defined for a template, and the requester must be associated with that participant to be able to see the template.

A group of four template lists is available:

- Company Template List (with the company set up as the participant)

- Location Template List (with the requesting location set up as a participant)

- Requester Template List (with the requester set up as a participant)

- Unassigned Template List (participants have not been assigned)

You must be defined as a participant of the specific template list before you can use that list. For more information, see the Purchase Order User Guide.

IMPORTANT A task needs to be enabled using Requesters (RQ04.1) or Company (IC01.1) to be able to access it.  However, a task can be enabled for a requester but not the company, allowing the requester access to the task when no one else in the company has access.

NOTE Items added from Templates will be on a separate requisition from items added through Punchout.

Need More Details? Check out the following concepts:

- "What is a Template" on page 23

- "What is a Procurement Template?" on page 23

STEPS   To create requisitions using the Templates task

1.      On the Find/Shop menu, click Templates.

2.      Select a Template.

- If you know the name of the Template you want to use, type it in the Search field

- If you do not know name of the Template, click the Company, Location, or Requester Template button to access a list of Templates that have been created for each of these participant groups.

**You can scroll up or down the template or click Search to find the items you want to order.**

**TIP You can use the Drill Around function to receive more information about an item, such as item source location, cost source, and others.**

**NOTE Click the Print button next to the template name at the top of the page if you want to print the template.**

**3.      Once you select a template from which to create a requisition, the lines appear.**

**4.      If you see the items you want while viewing a Template, you can add the items to the requisition one at a time by clicking the Add button or check off the items you want to add and then click the Add All Selected button.**

**NOTE If the company or requester is restricted to requesting Internal Only (Inventory), Contract Only, or IC12 record only items, then those are the only items that will display for selection from the template.**

**5.      Optional.  Use the Search field to find an item on the template.  When you type a string of characters in the Search field, all items containing that string of characters display.**

**After you select an item in the search results, you are returned to that line in the template. The items display in the order that they appear on the template.  You can then add it to the requisition.**

**6.      Click the Release button to move the requisition to the next processing stage.**

The Express Order task lets you add a specific item to the shopping cart.  Use this task when you know the exact item that you want to add to the cart.

Express order items are either inventoried or non-stock.  An inventoried item is an item for which the Inventory Control application maintains quantities and cost.  A non-stock item type is defined in the Item Master file but not tracked in inventory.

**IMPORTANT**  A task needs to be enabled using Requesters (RQ04.1) or Company (IC01.1) to be able to access it.  However, a task can be enabled for a requester but not the company, allowing the requester access to the task when no one else in the company has access.

**Need More Details?** Check out the following concepts:

• "What is the Express Order Task?" on page 31

STEPS                                              **To create requisitions using the Express Order task**

1.      On the Find/Shop menu, click Express Order.

Express Order was designed for speed entry when you already know the Lawson items you want to order (your hands do not need to leave the keyboard to be able to select items).

2.  Enter the items you want to order in the Item field and press Enter.  The Add button is highlighted.

3.  Press Enter to add the item or tab forward to the Quantity field and enter a quantity.  Shift Tab to go back to the Add button and press Enter..

NOTE  The Quantity field has a maximum quantity of 999,999,999.

4.  Click the Save button (if you haven't already) and then the Checkout button to move the requisition to the next processing stage.

The Shopping List task lets you access procurement templates and add a defined group of items to your shopping cart.  Be aware that a template must already be defined using Procurement Templates (P015.1) before you can add items from it to your cart.  Also, at least one participant must be defined for a template, and the requester must be associated with that participant to be able to see the shopping list.

A group of four template lists is available:

- • Company Shopping List (with the company set up as the participant)

- • Location Shopping List (with the requesting location set up as a participant)

- • Requester Shopping List (with the requester set up as a participant)

- • Unassigned Shopping List (participants have not been assigned)

You must be defined as a participant of the specific shopping list before you can use that list.  For more information, see the Purchase Order User Guide.

IMPORTANT  A task needs to be enabled using Requesters (RQ04.1) or Company (IC01.1) to be able to access it.  However, a task can be enabled for a requester but not the company, allowing the requester access to the task when no one else in the company has access.

Need More Details?  Check out the following concepts:

- "What is a Shopping List?" on page 32

- "What is a Procurement Template?" on page 32

| STEPS | To create requisitions using the Shopping List task |
|---|---|

1.      On the Find/Shop menu, click Shopping List.

2.      Select a Shopping List.

- If you know the name of the Shopping List you want to use, type it in the Search field

- If you do not know name of the Shopping List, click the Company, Location, or Requester Shopping List button to access a list of Shopping Lists that have been created for each of these participant groups.

You can scroll up or down the shopping list or click Search to find the items you want to order.

**TIP**  You can use the Drill Around function to receive more information about an item, such as item source location, cost source, and others.  NOTE Click the Print button next to the shopping list name at the top of the page if you want to print the shopping list.

3.      Once you select a shopping list from which to create a requisition, the lines appear.

4.      If you see the items you want while viewing the Shopping List, you can add the items to the cart one at a time by clicking the Add button or check off the items you want to add and then click the Add All Selected button.

**NOTE**  If the company or requester is restricted to ordering Internal Only (Inventory), Contract Only, or IC12 record only items, then those are the only items that will display for selection from the shopping list

5.      Optional.  Use the Search field to find an item on the shopping list.  When you enter a string of characters in the Search field, all items containing that string of characters display.

After you select an item in the search results, you are returned to that line in the Shopping List.  The items display in the order that they appear on the Shopping List.  You can then add it to the requisition.

6.      Click the Save button (if you haven't already) and then the Checkout button to move the requisition to the next processing stage

## Using the Search Catalog Task

**This procedure describes the process for using the Search Catalog task.  A search can be as specific as a Lawson item number, or as generic as a measurement in a description field. You can also limit your search by selecting specific origins.  Before you use the Search Catalog task, you must generate search keywords and origins.**

**IMPORTANT A task needs to be enabled using Requesters (RQ04.1) or Company (IC01.1) to be able to access it.  However, a task can be enabled for a requester but not the company, allowing the requester access to the task when no one else in the company has access.**

**NOTE Items added from Search Catalog will be on a separate requisition from items added through Punchout.  Need More Details? Check out the following concepts:**

●        **"What is the Search Catalog?" on page 23**

**STEPS   To create requisitions using the Search Catalog task**

**1.        On the Find/Shop menu, click Search Catalog.**

**2.        Type the string of characters for which you want to search.  (Here we searched on "item"".)**

~~This procedure describes the process for using the Search Catalog task.  A search can be as specific as a Lawson item number, or as generic as a measurement in a description field.  You can also limit your search by selecting specific origins.  Before you use the Search Catalog task, you must generate search keywords and origins.~~

~~**IMPORTANT** A task needs to be enabled using Requesters (RQ04.1) or Company (IC01.1) to be able to access it.  However, a task can be enabled for a requester but not the company, allowing the requester access to the task when no one else in the company has access.~~

~~**Need More Details?**  Check out the following concepts:~~

~~●   "What is the Search Catalog?" on page 32~~

| | |
|---|---|
| **Type Ahead** | After you type the first three characters of a search string, the application looks for all keywords that match the string and displays them beneath the string. |
| ~~STEPS~~ | ~~**To create requisitions using the Search Catalog task**~~ |
| ~~1.     On the Find/Shop menu, click Search Catalog.~~ | |
| ~~2.        Enter the string of characters for which you want to search.  (Here we searched on "item"".)~~**Simple Search** | **Simple Search Search Catalog searches the enabled origin fields and displays the results that match the string that was typed.** |
| ~~Simple Search~~ | ~~Search Catalog searches the enabled origin fields, and displays the results that match the string that was entered.~~ |
| | **NOTE**  You must set up the fields on Keyword Search Setup (IC00.5) to decide which fields will be used.  Then you run Keyword Search Load (IC800) to create the keywords from the "used" |

| | fields that you selected on IC00.5. |
|---|---|
| Advanced Search | An advanced search lets you determine which fields to look at when performing the search. These keywords are generated when you run Keyword Search Load (IC800) or are created when you add a new item. |
| | Otherwise, you can choose to "Search All fields". |
| | ~~NOTE  The Advanced Search tab is not enabled by default.  If you want to enable this tab, change the default to "Advanced Search = Y" in the~~ **~~rss_config.xml~~** ~~file.  For information, see "What are Setup Considerations?" on page 10.~~ |
| | **<u>NOTE The Advanced Search tab is not enabled by default.  If you want to enable this tab, change the default to "Advanced Search = Y" in the rqc_config.xml file.  For information, see "What are Setup Considerations?" on page 8.</u>** |

3. If you are performing an advanced search, select if you want an Expanded Item List to display with your search results.  Expanded list allows Vendor Item, UPC, UPN1, UPN2, SKU, and NDC (National Drug Code) information to be displayed for each Lawson item.

4. Define search criteria.  ~~Consider~~ **<u>using</u>** the following ~~fields.~~**<u>guidelines:</u>**

| **Search** | The Search field lets you search for a specific item.  You ~~enter~~**<u>type</u>** a string of characters and the application looks for an exact match to what you ~~entered~~**<u>typed</u>**, based on the fields you defined as "used" in Keyword Search Setup (IC00.5).  Synonyms that you set up in Keyword Synonym (IC32.1) can also be used as search criteria. |
|---|---|
| **Ignore** | Use the Ignore field to ~~enter~~**<u>type</u>** characters to exclude from your search.  For example, if you search for glove and exclude "large", your search lists all gloves without the word "large" ~~In~~**<u>in</u>** the name. |

5. ~~Select the word on which to search.  The default is Search All Fields.~~

6. ~~Type the search query.~~

~~To search for a full keyword, in the Search field, type a word.~~

~~7.      Select whether you want to include the Expanded Item information in your search results. Expanded Item list includes any alternate item numbers (that is, SKU, or vendor items).~~

~~8.      In the Search Records to Return field, select the number of records to return (5, 10, 15, 20, or 25).  Expanded item records are not included in these counts.~~

~~9.      Click Search to begin your search.  Your search results appear.~~

~~NOTE  Items will display with a check mark (V) or a check mark and a plus sign (V+) depending on their setup at the from location.  The check mark indicates that it is a non-stock item (set up at the user's from location), and the check mark and plus sign indicates that it is an inventoried (stocked) item (at the user's from location).~~

~~10.     Add the items you have selected to the shopping cart.~~

~~11.     Click Save (if you haven't already) and then Checkout to advance the requisition to the next processing stage.~~

**5.      Select the word on which to search.  The default is Search All Fields.**

**6.      Type the search query.**

**To search for a full keyword, in the Search field, type a word.**

**7.      Select whether you want to include the Expanded Item information in your search results.  Expanded Item list includes any alternate item numbers (that is, SKU, or vendor items).**

**8.      In the Search Records to Return field, select the number of records to return (5, 10, 15, 20, or 25).  Expanded item records are not included in these counts.**

**9.      Click Search to begin your search.  Your search results appear.**

**NOTE Items will display with a check mark () or a check mark and a plus sign ( +) depending on their setup at the from location.  The check mark indicates that it is a non-stock item (set up at the user's from location), and the check mark and plus sign indicates that it is an inventoried (stocked) item (at the user's from location).**

**10.     Add the items you have selected to the requisition.**

## Using the Categories Task

**Categories are assigned to items in the Inventory Control application.  Lawson Requisition Center lets you search for items by category to include on a requisition.**

**IMPORTANT A task needs to be enabled using Requesters (RQ04.1) or Company (IC01.1) to be able to access it.  However, a task can be enabled for a requester but not the company, allowing the requester access to the task when no one else in the company has access.**

**NOTE Items added from Categories will be on a separate requisition from items added through Punchout.**

**Need More Details? Check out the following concepts:**

- **"What is the Categories Task?" on page 23**

**STEPS   To create requisitions using the Categories task**

**1.      On the Find/Shop menu, click Categories.**

**2.      Click the top-level category from which you want to select an item (for example, apparel or medical).**

**3.      Select the category within which you want to search.  A list of items belonging to that category displays.**

**4.      Select the items to add to the a requisition (add them individually or select Add All).**

**TIP Click the Category links to move backwards in your search.**

**5.      Select the Release button to advance the requisition to the next processing stage.**

Categories are assigned to items in the Inventory Control application.  Lawson Requisitions Self-Service lets you search for items by category to include on a requisition.

**IMPORTANT**  A task needs to be enabled using Requesters (RQ04.1) or Company (IC01.1) to be able to access it.  However, a task can be enabled for a requester but not the company, allowing the requester access to the task when no one else in the company has access.

**Need More Details?**  Check out the following concepts:

- "What is the Categories Task?" on page 32

STEPS                                    **To create requisitions using the Categories task**

1.      On the Find/Shop menu, click Categories.

2.      Click on the top-level category from which you want to select an item (for example, apparel or medical).

3.      Select the category within which you want to search.  A list of items belonging to that

~~category displays.~~

4. ~~Select the items to add to the shopping cart (add them individually or select Add All).~~

5. ~~Select the Save button (if you haven't already) and then the Checkout button to advance the requisition to the next processing stage.~~

~~**TIP** Click on the Category links to move backwards in your search.~~

# Using the Special/Service Task

The following procedure describes how to use the Special/Service task to add special or service items to a requisition.

Two decisions affecting special items were made in your company's rqc_config.xml file, namely how special items are validated, and how special item comments display.  Special items can be validated using no validation (skip), being prompted to add the item from the catalog (warn), or not allowing an add because the item is available in the catalog (deny).

Both the Deny feature and the Warn feature tell users if the item they are requesting matches one already set up in the Item Master, Vendor Item, or Manufacturer Number database fields.  The Deny feature prevents the item from being added to the requisition, and with the Warn feature, users are shown items that match to see if they are requesting a special item by mistake.

Special items can have comments added, and they appear differently based on rqc_config.xml setup.  Comments can be:

- **Created only if the item description is longer than 30 characters (default).**

- **Limited to 30 characters for the description, and a Comments box is also available.**

- **Limited to 30 characters for the description, and no comments are allowed.**

For more information, see "What are Setup Considerations?" on page 8.

IMPORTANT A task needs to be enabled using Requesters (RQ04.1) or Company (IC01.1) to be able to access it.  However, a task can be enabled for a requester but not the company, allowing the requester access to the task when no one else in the company has access.

NOTE Items added from Special/Service will be on a separate requisition from items added through Punchout.

Need More Details? Check out the following concepts:

- **"What is a Special/Service Item?" on page 23**

**STEPS   To create requisitions using the Special/Service task**

**1.      On the Find/Shop menu, click Special/Service.**

**2.      Add an item to your requisition.  Use the following guidelines to enter field values:**

**NOTE All fields with drop down arrows allow you to select from the database.  Also, fields can be set up for highlighting as required in the rqc_config.xml file.  For more information, see "What are Setup Considerations?" on page 8.**

| | |
|---|---|
| **Item** | **The item that you want to request.  Item validation against the item master is handled based on the setting of your rqc_config.xml file.** |
| **Item Type** | **There are three item types; Amount Service, Quantity Service, and Special.** |

  - **Amount Service is a service with a flat fee.  For Amount Service, the quantity is always set to 1 (no Item Master record).**

  - **Quantity Service is a service with a per unit cost (no Item Master record).**

  - **Special is an item that is not tracked in inventory (no Item Master record).**

| | |
|---|---|
| **Special Item Validation** | **The following are two settings from the rqc_config.xml file for validating special items.** |

  - **Warn- Warns you if the item you are requesting matches one already set up in the Item Master, Vendor Item or Manufacturer Number fields.  You are shown the items that match that are setup in Lawson to see if you are requesting a special item in error.**

  - **Deny - Notifies you if the item you are requesting matches one already set up in the Item Master, Vendor Item or Manufacturer Number fields.  Stops the item from being added to the requisition.**

| | |
|---|---|
| **Quantity** | **The quantity of the item that you want to request.  The default is 1.  Type the quantity that you want.** |
| | **NOTE The Quantity field has a maximum quantity of 999,999,999.** |

| | |
|---|---|
| **UOM** | **The unit of measure for the product that you want to purchase. For example, bag, box, 12 pack, and so on. Select the unit of measure from the menu.** |
| **Cost** | **Type the cost of the item that you want to purchase.** |
| **Taxable** | **Select whether the selected item is taxable.** |
| **Tax Code** | **The code from the Tax application.** |
| **Item Description** | **The Item Description box lets you type up to 30 characters of free-format text. Item description text appears as a delivery ticket and purchase order comment, as well as a description of the item.** |
| | **You also have the option to change how this is handled, based on the setting of your rqc_config.xml file.** |
| **Late Delivery Date** | **The latest date that the item can arrive and still be acceptable. You do not have to type a late delivery date.** |

**Once you have typed or selected the required fields and pressed Enter, the item is automatically added to your requisition.**

**3.      Click the Add button to add the item to the being added to the requisition..**

**4.      Click the Release button to move the requisition to the next processing stage.**

The following procedure describes how to use the Special/Service task to add special or service items to a requisition.

Two decisions affecting special items were made in your company's **rss_config.xml** file, namely how special items are validated, and how special item comments display. Special items can be validated using no validation (skip), being prompted to add the item from the catalog (warn), or not allowing an add because the item is available in the catalog (deny).

Both the Deny feature and the Warn feature tell users if the item they are ordering matches one already set up in the Item Master, Vendor Item, or Manufacturer Number database fields. The Deny feature prevents the item from going into the cart, and with the Warn feature, users are shown items that match to see if they are ordering a special item by mistake.

Special items can have comments added, and they appear differently based on rss_config.xml setup. Comments can be:

- Created only if the item description is longer than 30 characters (default).

- Limited to 30 characters for the description, and a Comments box is also available.

- Limited to 30 characters for the description, and no comments are allowed.

For more information, see "What are Setup Considerations?" on page 10.

**IMPORTANT**  A task needs to be enabled using Requesters (RQ04.1) or Company (IC01.1) to be able to access it.  However, a task can be enabled for a requester but not the company, allowing the requester access to the task when no one else in the company has access.

**Need More Details?**  Check out the following concepts:

- "What is a Special/Service Item?" on page 32

| STEPS | **To create requisitions using the Special/Service task** |
|---|---|

1.   On the Find/Shop menu, click Special/Service.

2.   Add an item to your shopping cart.  Consider the following fields.

**NOTE**  All fields with drop down arrows allow you to select from the database.  Also, fields can be set up for highlighting as required in the rss_config.xml file.  For more information, see "What are Setup Considerations?" on page 10

| Item | The item that you want to order.  Item validation against the item master is handled based on the setting of your **rss_config.xml** file. |
|---|---|
| Item Type | There are three item types; Amount Service, Quantity Service, and Special.<br><br>• Amount Service is a service with a flat fee.  For Amount Service, the quantity is always set to 1 (no Item Master record).<br><br>• Quantity Service is a service with a per unit cost (no Item Master record).<br><br>• Special is an item that is not tracked in inventory (no Item Master record). |
| Special Item Validation | The following are two settings from the **rss_config.xml** file for validating special items. |

|  | • Warn   Warns you if the item you are ordering matches one already set up in the Item Master, Vendor Item or Manufacturer Number fields.  You are shown the items that match that are setup in Lawson to see if you are ordering a special item in error.<br><br>• Deny   Notifies you if the item you are ordering matches one already set up in the Item Master, Vendor Item or Manufacturer Number fields.  Stops the item from going into the cart. |
|---|---|
| Quantity | The quantity of the item that you want to order.  The default is 1.  Type the quantity that you want.<br><br>NOTE The Quantity field has a maximum quantity of 999,999,999. |
| UOM | The unit of measure for the product that you want to purchase.  For example, bag, box, 12 pack, and so on.  Select the unit of measure from the menu. |
| Cost | Enter the cost of the item that you want to purchase. |
| Taxable | Indicate whether the selected item is taxable. |
| Tax Code | The code from the Tax application. |
| Item Description | The Item Description box lets you enter up to 30 characters of free-format text.  Item description text appears as a delivery ticket and purchase order comment, as well as a description of the item.<br><br>You also have the option to change how this is handled, based on the setting of your **rss_config.xml** file. |
| Late Delivery Date | The latest date that the item can arrive and still be acceptable.  You do not have to enter a late delivery date. |

~~Once you have entered the required fields and pressed Enter, the item is automatically added to your shopping cart.~~

~~3.   Click the Add button to add the item to the shopping cart.~~

~~4.   Click the Save button (if you haven't already) and then the Checkout button to move the requisition to the next processing stage.~~

## Using the Punchout Task

**When enabled, the Punchout task gives requesters access to external vendors, shop for items, and return selections to a Lawson requisition.**

**IMPORTANT The Punchout task requires the purchase of Lawson Procurement Punchout.**

**Punchout tasks are based on agreements between your company and the Punchout vendor. Therefore, you may not be able to make certain changes to punchout requisitions, depending on these agreements.**

**IMPORTANT A task needs to be enabled using Requesters (RQ04.1) or Company (IC01.1) to be able to access it.  However, a task can be enabled for a requester but not the company, allowing the requester access to the task when no one else in the company has access.**

**NOTE Items added from Punchout will be on a separate requisition from items created from Express Order, Templates, Search Catalog, Categories, Special/Service.**

**Need More Details? Check out the following concepts:**

- **"What is the Punchout Task?" on page 24**

**STEPS   To create requisitions using the Punchout task**

**1.   On the Find/Shop menu, click Punchout.**

**2.   Click a vendor icon to transfer to that vendor's website.**

**3.   Search for or select an item(s).**

**4.   Add the item to the vendor site requisition.**

**5.   Perform the checkout process at the vendor site.  When you complete the checkout process, the item is added to the Lawson requisition .**

**6.   Within requisitions, click the Release button to move the requisition to the next processing stage.**

~~When enabled, the Punchout task gives requesters access to external vendors, shop for items, and~~

LIBA/2204997.1

return selections to a Lawson requisition.

**IMPORTANT**  The Punchout task requires the purchase of the product.

Punchout tasks are based on agreements between your company and the Punchout vendor. Therefore, you may not be able to make certain changes to punchout requisitions, depending on these agreements.

**IMPORTANT**  A task needs to be enabled using Requesters (RQ04.1) or Company (IC01.1) to be able to access it.  However, a task can be enabled for a requester but not the company, allowing the requester access to the task when no one else in the company has access.

**Need More Details?**  Check out the following concepts:

- "What is the Punchout Task?" on page 32

**STEPS**                                                    **To create requisitions using the Punchout task**

1.  On the Find/Shop menu, click Punchout.

2.  Click a vendor icon to transfer to that vendor's website.

3.  Search for or select an item(s).

4.  Add the item to the vendor site shopping cart.

5.  Perform the checkout process at the vendor site.  When you complete the checkout process, the item is added to the Lawson shopping cart.

6.  Within , click the Save button (if you haven't already) and then the Checkout button to move the requisition to the next processing stage.

# Editing the ~~Shopping Cart~~the Requisition Lines

**Prior to releasing, you can edit requisition lines that you have added to the requisition, as long as the "Allow Change to Punchout Line" field is set to Yes on PO Vendor (PO10.1).**

**The requisition line displays, giving the item, quantity, description, unit of measure, cost, currency, and status.  (The requisition number displays at the top.)**

**Need More Details? Check out the following concepts:**

- **"What is the Requisition Lines List?" on page 24**

- **"What are Item Details?" on page 24**

**STEPS    To edit the requisition lines**

**1.      Within the requisition line list, click the item and six tabs display in the work area to the left.**

**2.      Click the Line Basic tab to edit general information about the requisition line.  Use the following guidelines to enter field values:**

Prior to checking out, you can edit requisition lines that you have added to the shopping cart, as long as the "Allow Change to Punchout Line" field is set to Yes on PO Vendor (PO10.1).

The requisition line displays, giving the item, quantity, description, unit of measure, cost, currency, and status.  (The requisition number displays at the top.)

**Need More Details?**  Check out the following concepts:

- "What is the Shopping Cart?" on page 38

- "What are Item Details?" on page 34

STEPS

To edit the shopping cart

1.      Within the shopping cart, click on the item and six tabs display in the work area to the left..

2. ~~Click the Line Basic tab to edit general information about the requisition line.  Consider the following fields.~~

| | |
|---|---|
| **Major Purchase Class** | Major purchase class for the line. |
| **Minor Purchase Class** | Minor purchase class for the line. |
| **Manufacturer Code** | The manufacturer who made the line item. |
| **Use Entered Cost** | ~~Indicate~~**Select** whether the cost is to default or be overridden by the buyer. |
| **Cost Option** | ~~Indicate~~**Select** whether the cost is required, the item is no charge, or the cost is determined by the vendor. |

Click the Change button and the screen refreshes.

**NOTE** Clicking the Change button on any tab affects all tabs and returns you to the Line Basic tab.

3. Click the Line Detail tab to edit detail information about the requisition line.  ~~Consider~~**Use** the following ~~fields.~~**guidelines to enter field values:**

| | |
|---|---|
| **Requested Delivery Date** | The date that the requisition line was requested to be delivered. |
| **Late Delivery Date** | The latest delivery date that is acceptable to the requester. |
| **Priority** | The allocation priority for the line item, Normal or High.  This priority relates to how inventory demand is filled. |
| **Vendor** | The Accounts Payable vendor for the item being requisitioned. |
| **Purchase From** | The Purchase From location for the vendor. |
| **Buyer** | The buyer for this requisition line. |
| **Taxable** | The tax status for the line (taxable or exempt). |
| **Inspection Required** | The value indicating whether the line item is to be inspected when it is received. |
| **Certification Required** | The value indicating whether an item must be certified. |
| **PO Code** | The purchase order code for the line item. |

LIBA/2204997.1

| | |
|---|---|
| **Fill or Kill Flag** | The value indicating whether to fill or kill (cancel) unwanted backorders for inventoried items. |
| **Agreement Reference** | The vendor agreement reference number for the line. |

Click the Change button and the screen refreshes.

4.      Click the Line Accounting tab to edit account distribution information for the line. ~~Consider~~**Use** the following ~~fields.~~**guidelines to enter field values:**

| | |
|---|---|
| **Distribution Code** | ~~Enter~~**Type** the distribution code for the line to automatically create expense distributions for the line. |
| | **NOTE** If you select a distribution code, click the Change button to populate the table. |
| **Accounting Unit** | The general ledger accounting unit for the line. Together with the account and subaccount, these make up the location (account) where amounts are stored. |
| **Account** | The general ledger account for the line. Together with the accounting unit and subaccount, these make up the location (account) where amounts are stored. |
| **Subaccount** | The general ledger subaccount for the line. Together with the accounting unit and account, these make up the location (account) where amounts are stored. |
| **Activity** | The activity you want to assign to the line.  The activity must have been defined in the Project Accounting application. |
| **Account Category** | The account category for the line.  The account category must have been defined in the Project Accounting application. |
| **Distribution Company** | The company number to be used for posting. |
| **Asset Template** | The asset template for the line.  The template must have been defined in the Asset Management application. |
| **Asset Code** | The asset assigned to the line, previously defined in the Asset Management application. |

| Percent | The percentage of the extended value of the line, if the breakdown is by percent. |
|---|---|
| Quantity | The quantity from the line to be posted, if distributed by quantity. |

**TIP** Use the horizontal scroll bar to access the Percent and Quantity fields for multiple distributions.

Click the Change button and the screen refreshes.

5.      Click the Line User Fields tab to edit purchase order and requisition line date and user fields.  ~~Consider~~**Use** the following ~~fields.~~**guidelines to enter field values:**

| PO User Date 1 | A user-defined value for the purchase order header User Date field. |
|---|---|
|  | **TIP** All the fields on the Line User Fields tab let you assign data you want to record on the purchase order or requisition line. |
| PO User Date 2 | A user-defined value for the purchase order header User Date field. |
| PO User Field 1 | A user-defined value that defaults to the purchase order line. |
| PO User Field 2 | A user-defined value that defaults to the purchase order line. |
| PO User Field 3 | A user-defined value that defaults to the purchase order line. |
| Req Line User Field 1 | A user-defined value that defaults to the requisition line. |
| Req Line User Field 2 | A user-defined value that defaults to the requisition line. |
| Req Line User Field 3 | A user-defined value that defaults to the requisition line. |
| Req Line User Field 4 | A user-defined value that defaults to the requisition line. |
| Req Line User Field 5 | A user-defined value that defaults to the requisition line. |

~~Click the Change button and the screen refreshes.~~

6.      Click the Line User Analysis tab if you use the Strategic Ledger application.  ~~Consider~~**Use** the following ~~fields.~~**guidelines to enter field values:**

| | |
|---|---|
| **NOTE** | The Line User Analysis tab is only available if Strategic Ledger is installed and enabled. |

| | |
|---|---|
| **Distribution Channel** | The user analysis value from Strategic Ledger meant to track the distribution channel in sales transactions (how business is generated).  For example, an insurance company can define a channel as insurance agents. |

| | |
|---|---|
| **Product Type** | The user analysis value meant to track the type of product being sold (for example, term). |

For information, see the Strategic Ledger User Guide.  Click the Change button and the screen refreshes.

7.      Click the Line Comments button to edit the comments and where they print.  ~~Consider~~**Use** the following ~~fields.~~**guidelines to enter field values:**

| | |
|---|---|
| **Comment Code** | The code representing this comment.  Next, select where the comment is to print: |

- Internal documents

- Delivery tickets

- Requisitions

- Purchase orders

- Pick lists

- Receiving documents

- Requisition lines only

Add or edit the comment text.

Click the Change button and the screen refreshes.

# Inquiring on Requisitions

The Inquire page lets you search for requisitions.  You search by requisition status, requisition number, requisition description, reference number, or requesting location.  You can also perform a line item search by item, date created, and location.

**Need More Details?** Check out the following concepts:

- "What is the Inquire Page?" on page ~~34~~**25**

STEPS   **To inquire on a requisition**

1. Click Inquire.

| |
|---|
| **TIP** To view information about the selected requisition, move your cursor over the "i" icon. |
| **TIP** Click the requisition number to access the Lawson Drill-Around function. |

2. From the Inquire page, select the ~~Order~~**Requisition** Inquiry tab.

3. Select the search criteria.  The criteria are ~~Order~~**Requisition**, Description, Reference Number, or Requesting Location.

4. In the Search field, ~~enter~~**type** the search text.  To search for a word, type the word.

- or-

To search all, leave the Search field blank.

| |
|---|
| **TIP** To refine your search, you can use a combination of search criteria, status, and information typed in the Search field. |
| **IMPORTANT** Searching by requisition or requesting location requires an exact match. Searching by reference number and description returns items that contain the search query. |

5. Optional.  Select a requisition status to search by status.  The available statuses are:

- Unreleased - The requisition has been added, but has not been submitted.

- Needs Approval - The requisition is released, but needs approval at the header level.

- Rejected - The requisition was released, needed approval, and was rejected in the approval process.

- Processed - The requisition is released and approved.

- Closed - The requisition is processed and has been fulfilled (the Closed status is set by the Warehouse or Purchase Order application).

- In Process - Some requisition lines have been approved, but some still need approval.

6. Click the Search button to begin your search.  Your search results appear.

7. Copy, modify, view, or delete a selected requisition.

- Copy performs a physical copy of an existing requisition, all the lines (with or without accounting distributions), comments, and user fields.  You can also define the header and line information to be copied.

Click the options you want to copy, or click Check All or Uncheck All.  Click the Copy button at the bottom and a new requisition header is created.

- Modify lets you change the requisition header information.

- View lets you see and reprint the requisition.  To view a requisition's status and the approval level, mouse over the "i" icon to the right.

- Delete an unreleased requisition by clicking on the trash can icon to the right.

**NOTE** Punchout items will not be copied.

STEPS    **To inquire on a requisition line**

1.      Click Inquire.

2.      From the Inquire page, select the Line Inquiry tab.

3.      Select the search criteria.  The criteria are Item, Creation Date, or Requesting Location.

4.      In the Search field, ~~enter~~**type** the search text.  To search for a word, type the word.

-or-

To search all, leave the Search field blank.

**NOTE** Search results return the full requisition.

5.      Click the Search button to begin your search.  Your search results appear.

The earliest requisition with the item is displayed in the first group in reverse date order.  You may need to click Next several times to get to the current requisition.

6.      Optional.  Copy or view a selected requisition line.

Mouse over the "i" icon to view the item description, requested delivery date, and status.

**NOTE** Punchout items are not copied.

LIBA/2204997.1

# Chapter 4
# ~~Shopping List~~Template Maintenance

A ~~shopping list~~**template** is a list ~~of items that you set up in advance for selecting lines on a shopping list, like a~~**if** predefined ~~procurement template~~**items**.  You can add ~~shopping lists~~**templates**, add participants to ~~shopping lists~~**templates**, and update existing ~~shopping lists~~**templates**.

Based on your Lawson ~~Requisitions Self-Service~~**Requisition Center** setup, you will see one of two possible bookmarks:

- All ~~Shopping Lists~~**Templates**

- Requester ~~Shopping Lists~~**Templates**

# Procedures in this Chapter

Follow the procedure described in this chapter to learn how to define a ~~shopping list~~**template**.

- "Adding a ~~Shopping List~~**Template**" on page ~~60~~**40**

## Adding a ~~Shopping List~~Template

By using ~~shopping lists~~**templates** you make it easy to **quickly** add items to your ~~shopping cart quickly~~**requisition lines**, particularly if you typically order similar items.

~~A shopping list must have at least one participant assigned to it before you can add it to a requisition.~~

Two bookmarks are available for updating ~~shopping lists~~**templates**:  All ~~Shopping Lists~~**Templates** and Requester ~~Shopping Lists~~**Templates**.

- All ~~Shopping Lists~~**Templates** - you can access all the company, location, requester, and unassigned ~~shopping lists~~**templates**

- Requester ~~Shopping Lists~~**Templates** - only the requester is meant to have access - the requester is added as the default participant for the ~~shopping list~~**template**

**Need More Details?** Check out the following concepts:

- "What is a ~~Shopping List?~~**Template**" on page ~~32~~**23**

- "What is a Procurement Template?" on page ~~32~~**23**

STEPS   **To add a ~~shopping list~~template**

1.      Access the available ~~shopping list~~**template** bookmark:

- All ~~Shopping Lists~~**Templates**

- Requester ~~Shopping Lists~~**Templates**

2.      Choose the New List button in the lower right-hand corner.

3.      ~~Enter~~**Type** the name and description for the ~~shopping list~~**template**.  Optionally, you can add the From Company (Purchase Order company) and From Location (the location requisitioning the items).  However, this does not update Procurement Templates (P015.1).

4.      Choose the Add button.

The list is added and displays on the right-hand side.

LIBA/2204997.1

5.      To add items to your ~~shopping list~~**template**, select items and choose the Add button.  All items that are set up in Item Master (IC11.1) are displayed.

The items now display in your ~~shopping list~~**template** in the order that they were added.  Type the quantity you want for each item in the Quantity field.

---

**IMPORTANT** You cannot add two lines that have the same item number and unit of measure.

---

STEPS    **To add a participant to a ~~shopping list~~template (for All ~~Shopping Lists~~Templates)**

1.      Access the All ~~Shopping Lists~~**Templates** bookmark.

2.      Inquire on the ~~shopping list~~**template** to which you want to assign participants by selecting a list from the Search function.

3.      Choose the Participants button located in the lower right-hand corner.

4.      ~~Enter~~**Type or select** the company, requesting location, or requester who will need access to this ~~shopping list~~**template** (all fields are not required).  Depending on the participant, you may need to enter values for one or all of these fields.  Choose the Add button.  Be aware that the company must be valid with the requester selected.

---

**IMPORTANT** When creating ~~shopping lists~~**templates** using Requester ~~Shopping List~~**Templates**, you do not need to perform this step.  The requester creating the ~~shopping list~~**template** is automatically added as the participant ~~on that shopping list~~.

---

STEPS    **To update an existing ~~shopping list~~template**

1.      Access the available ~~shopping list~~**template** bookmark:

- All ~~Shopping Lists~~**Templates**

- Requester ~~Shopping Lists~~**Templates**

2.      Click an existing ~~shopping list~~**template**.  You display ~~shopping lists~~**templates** by company, location, requester, or unassigned (no participants assigned yet).

3.      To add or remove items from the ~~shopping list~~**template**, choose the Change Items button.

- To add an item, select it and choose Add.

- To remove an item, select it from the ~~shopping list~~**template** on the right-hand side and click the trash can icon.

- The item is deleted from the list and the line item order is renumbered accordingly.

4.      To copy an existing ~~shopping list~~**template**, choose the Copy button.

5.      To print an existing ~~shopping list~~**template**, choose the Print button.

6.      To change the participants assigned to the ~~shopping list~~**template** (using the All ~~Shopping Lists~~**Templates** bookmark), choose the Participants button.

- To add more participants, ~~enter~~**type or select** the information and choose the Add button.

- To remove a participant, click the trash can icon next to the existing participant.

7.      To change a quantity for a line item, type the new quantity in the Quantity field.

8.      To change the order in which items display on the ~~shopping list~~**template**, change the line number in the Line column.

The items are renumbered accordingly.

LIBA/2204997.1

# Chapter 5
# Approving Requisitions

In Lawson ~~Requisitions Self-Service~~**Requisition Center**, you can approve or reject requisitions. This chapter describes the process that an authorized approver uses to approve requisitions. **Alternatively, requisitions can be approved using Requisition Approvals in RQ or Process Flow.**

# Concepts in this Chapter

The following concepts provide background and conceptual information for the procedures within this chapter.

- "What is the Requisitions Approval Process?" on page ~~56~~**43**

- "What is an Approval Code?" on page ~~67~~**43**

## What is the Requisitions Approval Process?

The requisition approval process uses monetary limits to determine which requisitions need authorization prior to further processing.  The monetary limits are the approval codes established during Requisitions setup.

Processing is suspended on requisitions that exceed the monetary limits until the requisitions are approved.  An approver reviews a requisition, authorizes it for further processing, or rejects it.

Approval codes can contain different levels of monetary limits.  Each level has an approver assigned to it and a higher limit than the level below.  For example, the following approval code is defined.

| Lower Limit | Approver Title |
|---|---|
| 1,000 | Supervisor |
| 10,000 | Vice President |
| 50,000 | Department Manager |

The approval code is set up so that lower levels of approval are not needed.  In this example, only the department manager must approve a requisition totaling $12,000 (if you set the Skip Lower Levels field to Yes in Approval Codes (RQ02.1).  If you set the Skip Lower Levels field to No, you receive an error message if you try to approve or reject one of these requisitions.

Approval is not required for requisitions that do not exceed a monetary limit.  For example, you set up an approval code with a lowest limit of $1000.  A requisition with a total under $1,000 does not need any approval.  Processing of these requisitions is not constrained or restricted by the approval process.

## What is an Approval Code?

Approval codes determine monetary amount limits and who must approve requisitions at each limit.  Each level has an approver assigned to it and has a higher limit than the level below.  For example, the following approval code is defined.

| Dollar Amount Limit | Approval Needed By |
|---|---|

| $100,000 | Vice President |
|----------|----------------|
| $50,000 | Department Manager |
| $1,000 | Supervisor |

In this example, the Supervisor can approve requisitions totalling $1,000 to $49,999.  Both the Supervisor and the Department Manager must approve requisitions totalling $50,000 to $99,000.  All three approvers (the Supervisor, Department Manager, and the Vice President) must approve a requisition totalling over $100,000.

The approval code can be set up so that lower levels of approval are not needed.  You do this by setting the Skip Lower Levels option to Yes on Approval Codes (RQ02.1).  In this example and with the Skip Lower Levels option set to Yes, only the Department Manager must approve a requisition totaling $12,000.

Approval is not required for requisitions that do not exceed a monetary limit.  For example, a requisition with a total under $1,000 does not need any approval.  Processing of these requisitions is not constrained or restricted by the approval process.

You can bypass the approval process by setting up one approval code that has a very high threshold.  This means that a requisition would never exceed the threshold and therefore, would never need approval.

Requisitions are approved at the header level and the approval type used is Header Using Approval Codes.  With this approval type, you approve the requisition header using the approval code from the requester.  The application copies the approval type from the requester to the requisition header.

# Procedures in this Chapter

Follow this procedure to approve a requisition using Lawson ~~Requisitions Self-Service~~**Requisition Center**.

- "Approving a Requisition" on page ~~68~~**45**

## Approving a Requisition

The approval process allows you to approve (authorize) or reject a requisition for a company. You need to approve a requisition when the requisition total exceeds the predefined monetary limit. This procedure describes the process an authorized approver uses to approve requisitions.

**Need More Details?** Check out the following concepts:

- "Setting Up the Inventory Control Application" on page ~~21~~**15**

- "Setting Up the Requisitions Application" on page ~~22~~**16**

STEPS   **To approve a requisition**

1.       Access the Requisition Approvals bookmark.

2.       Display the requisitions needing your approval. ~~Consider~~**Use** the following ~~fields.~~**guidelines to enter field values:**

| Company | Type the company whose unapproved requisitions you want to view. |
|---|---|
| Authorization ID | Type the authorization ID for the approval code assigned to the requisitioner's/approver's work queue. This is similar to a password for the approver. The authorization ID does not display during entry. Authorization IDs are defined in Approval Codes (RQ02.1). |

A list of requisitions needing approval displays. The requisitions that display are based on your setup in Approval Codes (RQ02.1). If your RQ02 setup indicates not to skip lower levels, you would see requisitions needing your direct approval highlighted in blue and those that are waiting for lower level approval highlighted in white. You would not be able to approve requisitions waiting for lower level approval. If your RQ02 setup indicates to skip lower levels, a higher-level approver can approve or reject all requisitions waiting for approval at lower levels.

3.       Approve or reject the requisition. In the Action column, choose the Approve or Reject button.

The entire requisition is either approved or rejected accordingly.  After the required approval levels are attained, the requisition is available for further processing.

4.       Optional.  To view related approval information about a requisition, mouse over the "i" icon for that requisition.

The following displays:  approval code, authorization ID, approval level the requisition must reach, and the authorization IDs that are available.

5.       Optional.  Choose the Comments button to add comments, for example to explain why a requisition was rejected.

# Chapter 6
# Using ~~Lawson~~ Receiving Self-Service

This chapter explains how to use ~~the Lawson~~ Receiving Self-Service ~~application~~ to receive items on a purchase order.

~~Lawson~~ Receiving Self-Service lets you view at a glance all the lines on a purchase order, with Select fields to help find a purchase order quickly.

LIBA/2204997.1

# Concepts in this Chapter

The following concepts provide background and conceptual information for the procedures within this chapter.

- "How does PO Company Setup Affect Receiving?" on page 72**47**

- "How do the Select Fields Work?" on page 73**47**

- "What is an MSDS Sheet?" on page 73**48**

## How does PO Company Setup Affect Receiving?

During setup of your Purchase Order company, a decision was made about whether to allow "receive all", meaning all lines on a purchase order can be received at once.  If you use this option, a user can receive all lines using the Select All button during receiving.  For purchase orders that contain many items, this option is useful.

Also, if the Purchase Order company is set up so that the Require Unit of Measure field is set to Yes, a unit of measure drop down list displays when the purchase order is selected for receipt.  If the company has the Package Tracking Level set to Header, an input for the tracking number is displayed and is required when the purchase order is received.

## How do the Select Fields Work?

In ~~Lawson~~ Receiving Self-Service, there are several Select fields that help narrow your search for a purchase order:

- Company

- Purchase order code

- Buyer

- Vendor

- Location

- Requester

~~Enter~~**Type** as much of the information as you know, and the purchase order-related information displays.  If you want to list all purchase orders by buyer, vendor, location, or requester, for example, type the information or use the Drill Around function.

The initial display of purchase orders is a list of purchase orders with no receipt history for the company.  When you add other search fields (besides the Company field), the list of purchase

orders includes purchase orders that have receipts, so that the same purchase order can be received more than once.

---

Before you start  The purchase orders for which you want to add receiving information must have been created and released in the Purchase Order application.  Also, purchase orders that have unreleased receivers can be inquired on and updated.  (Purchase orders containing more than 600 lines do not display.) For more information, see the Purchase Order User Guide.

---

## What is an MSDS Sheet?

A Material Safety Data Sheet (MSDS) is for hazardous items that are tracked to ensure the safety of all involved with them.  When these kind of items are bought or sold, the MSDS sheet physically accompanies the item for safety reasons.

# Procedures in this Chapter

Use the following procedure to enter receiving information for purchase order line items.  You can receive inventoried, non-stock, and special items, but not service items.

- "Receiving Purchase Orders" on page ~~74~~**49**

## Receiving Purchase Orders

Perform the following to add receiving information (whether each line was received and if it was, how many items were received).  All open purchase orders for a company display.

**Need More Details?**  Check out the following concepts:

- "How does PO Company Setup Affect Receiving?" on page ~~72~~**47**

- "How do the Select Fields Work?" on page ~~73~~**47**

- "What is an MSDS Sheet?" on page ~~73~~**48**

STEPS    **To receive purchase orders**

1.      In the Select fields, ~~enter~~**type** the information you have about the purchase order to be received.  For example, ~~enter~~**type** the company, purchase order number, buyer, or vendor (or a combination thereof).

Click the Search button and the purchase orders meeting your criteria display.

2.      Optional.  To view information about the purchase order, you have two options:

- Click the View PO button, and the purchase order header displays, as well as the line items, how many you ordered or previously received, the price, and delivery date.  Click the Back button when you are done reviewing the purchase order.

- Click ~~on~~ the purchase order number itself, and several types of detail are available, including status, totals, attachments, and line items.  Click the Back button when you are done.

3.      Click the Receive button and indicate how many of each purchase order item were received. Use one of the following methods:

- ~~Enter~~**Type** the received quantity for each line item in the Quantity Received field.

- Click the Select All button to default the quantity remaining as the quantity you received.

The decision to allow Receive All was made during Purchase Order company setup.

LIBA/2204997.1

**TIP** Remember that purchase orders with partially received lines do not display in .

4.      Optional.  To cancel any remaining quantity for a line item on backorder, click the Cancel Backorder field.

5.      Optional.  To cancel remaining quantities on a purchase order line, click the Cancel Remaining field, so that no items are received and the purchase order line is cancelled.  (You cannot submit a receiver without lines or items to be received.  You need to delete the unreleased receipt header to complete the process.)

The functionality is the same as the line action of Cancel Remaining (L) on PO Receiving (PO30.1).

6.      Optional.  If the purchase order line item is tracked by bin, serial number, or lot you must ~~enter~~**type** this information on the receipt.  Once you ~~enter~~**type** the received quantity, choose Review and ~~enter~~**type** these details in the Detail button next to that line.  Once you have ~~entered~~**typed** the details, choose Update to add them.  Then choose Close to continue to the next line and follow the same steps.  When you have added all your line item details, choose Submit.

This functionality is similar to that of Receiving Detail (P039.1).

7.      Optional.  If a Material Safety Data Sheet (MSDS) was attached to a purchase order line item, ~~enter~~**type** the MSDS document name.

8.      Optional.  Click the Comments button to add comments to a receiver line before releasing the receiver.

9.      Add the receiver using one of two methods:

- Click the Review button to add the receiver but not release it.  (Click the Comments button to add comments about the receiver.)

- Click the Submit button to add and release the receiver.

**IMPORTANT** You cannot make changes to a receiver that has been released.  A new receiver is created if receipts are done for a purchase order that already has a released receiver.

# ~~Appendix A~~
# ~~Documentation Conventions and Support~~

## ~~Documentation Conventions~~

~~This document uses specific text conventions and visual elements.~~

## Text Conventions

| This | Represents |
|------|------------|
| bold | A key name or a function key name.  For example, Shift is a key name and Help (F1) is a function key name. |
| | A value or command that you must type exactly as it appears. |
| | A program name or a file name. |
| italics | A manual title or form name. |
| | An emphasized word or phrase. |
| | A placeholder for a user-defined value or variable. |

## Visual Elements

Before you start  Information that you must know before you attempt the procedure or process.

IMPORTANT  Important information that you must consider when you perform the procedure

CAUTION  Cautionary information about actions that involve a risk of possible damage to equipment, data, or software.

WARNING  Warning information about actions that involve a risk of personal injury or irreversible destruction to the data or operating system.

## Product Documentation

Lawson offers the following product documentation:

- Online help

- User guides and manuals

- Release notes and installation instructions

To find Lawson documentation, see the user interface or http:// support.lawson.com.  To obtain a login password and ID for the support web site, see your organization's Lawson contact or your Lawson client manager.

## Global Support Center

Lawson Global Support Center (GSC) services are available to all Lawson customers who are on maintenance support for Lawson products.  See the *Global Support Manual* for the following information:

What information to gather before you contact the GSC

• How to contact the GSC

• How the GSC processes your request

• Which services are standard maintenance and which are billable

To find the *Global Support Manual*, see http://support.lawson.com.  To obtain a login password and ID for the support web site, see your organization's Lawson contact or your Lawson client manager.

## Documentation Contact

We welcome your questions or suggestions about Lawson documentation.  Please send your comments to documentation@lawson.com.

# Index

C
categories task
   creating requisitions by category, 46
   definition, 32
   setting up, 27
   using UNSPSC codes, 27
configuration file
   setting up, 10

E
express order task
   definition, 31
   using, 40

H
help
   drill, 8
   mouse over, 8

I
Icons

using in the shopping cart, 33
inquire page
    definition, 34
    inquiring on requisitions and lines, 54
Inventory Control
    setting up, 21
item details
    changing, 51
    definition, 34
    list of tabs, 34

**K**
keywords
    setting up, 25
    using, 25

**M**
MSDS sheet
    definition, 73

**P**
prerequisite applications
    Inventory Control setup, 21
    Purchase Order setup, 22
    Requisitions setup, 22
    setting up, 20
procurement template
    defining participants, 41
    definition, 32
    lists of, 41
    using with Shopping List task, 41
Procurement template
    setting up, 32
profile page
    definition, 31
    list of tabs, 31
    using, 36
punchout task
    definition, 32
    requirements, 50
    setting up, 28
    using, 50
Purchase Order
    receiving purchase orders, 74
    searching for during receiving, 73

LIBA/2204997.1

searching with select fields, 73
setting up, 22
setup that affects Lawson Receiving Self-Service, 72

**R**
receiving
  adding receiving information for purchase orders, 74
  related PO company setup, 72
  releasing a receiver, 74
  searching for purchase orders, 73
  using an MSDS sheet, 73
requisitions
  adding line items, 40–41, 43, 46–47, 50
  approval codes, 67
  approval process, 66
  approving, 68
  copying, 54
  creating, 7
  defining requisition headers, 36
  deleting, 54
  editing lines in the shopping cart, 51
  inquiring on, 54
  searching by status, 54
  setting up, 7
  viewing and changing, 7
Requisitions
  setting up, 22

**S**
search catalog
  definition, 32
search catalog task
  creating requisitions, 43
  setting up, 25
  types of searches, 43
  using, 43
  using keywords, 25
setup considerations
  for configuration file, 10
  for prerequisite applications, 18
shopping cart
  definition, 33
  editing requisition lines, 51
  list of tabs, 51
  using buttons, 33

LIBA/2204997.1

using icons, 33
shopping list task
    searching for items, 41
    using, 41
shopping List task
    definition, 32
shopping lists
    adding, 60
    assigning participants, 60
    updating, 60
special/service items
    definition, 32
special/service task
    adding comments to special items, 47
    adding special and service items to requisitions, 47
    impact from configuration file, 47
    using, 47

T
tasks
    categories, 27, 32, 46
    enabling, 40
    express order, 31, 40
    punchout, 50
    Punchout, 28, 32
    search catalog, 43
    shopping list, 32, 41
    special/service, 32, 47

U
user-defined help
    types of, 8
    using, 8

LIBA/2204997.1