# EXHIBIT 50

Home | What is LinkedIn? | Join Today | Sign In

# Healthcare Supply Chain Professionals

**Discussions** | Promotions | Jobs | Search | More... | Start a discussion

## Have something to say?

Join LinkedIn for free to participate in the conversation. When you join, you can comment and post your own discussions.

Join LinkedIn | Or Sign In »

## Healthcare - We are using Lawson Supply Chain 9.01 and are thinking about asking our travelers to requisition trips using RSS. and PF for approvals Has anyone attempted to do this and if so how?

3 months ago

Cheryl

Like | Comment | Follow | Flag | More

2 comments

John

**John S.** • Be careful and talk with your local Lawson Rep first! As of June 1, Lawson "lost" the patent and rights to RSS (and other software programs) to a company named EPlus, who purchased their expired patent and other rights. Lawson has responded to its customers using current versions of RSS with their own product called Requisition Center. You can still use RSS, but it will not be supported by Lawson. What does RC do that RSS did or did not do - time & experience will tell. What a mess!

2 months ago

Brian

**Brian R.** • Lawson's Requisition Center product contains all of the same functionality as the existing RSS with a few small enhancements. The patent was related primarily to some terminology, not to the underlying code and functionality. The upgrade to the new version is very simple and there is still support for healthcare organizations until the end of November. I would consider this to be an issue you need to take care of, but not consider it a factor in your decision to use it for your travel approvals..

I am not familiar with anyone doing trip approvals through RSS though I don't see any reason you could not do this. I think you just need to consider the full downstream process - will you create a purchase order and match? What will be the complications with discrepancies, and how will these be resolved.

Lawson also has a T&E module that has this type of functionality using process flow but that would carry an extra cost for you if you do not have those licenses now.

2 months ago

### Share Discussion

http://lnkd.in/PZEyhD

### Ads by LinkedIn Members

**Virginia Lawyer?**

We have too many Virginia cases and not enough Virginia lawyers.

Learn More »

**Learn to Lead**

Leadership Boot Camp, 28-30 Sept, Springfield VA. Half price thru 15 Sept!

Learn More »

### Manager's Choice

Oracle / PeopleSoft Users

Charles P. See all »

### Top Influencers This Week

- Patricia S.
- Amanda S.
- Steven P.
- James (Jim) R.
- Brad J.

**Help Center** | About | Blog | Careers | Advertising | Recruiting Solutions | Tools | Mobile | Developers | Language

LinkedIn Updates | LinkedIn Answers | LinkedIn Jobs | Jobs Directory | Company Directory | Groups Directory | Skills Directory | Service Provider Directory | Title Directory

LinkedIn Corporation © 2011 | User Agreement | Privacy Policy | Copyright Policy

