IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF FILING EXHIBITS IN SUPPORT OF *e*PLUS, INC.'S MOTION
TO SHOW CAUSE WHY LAWSON SOFTWARE, INC. SHOULD NOT BE HELD
<u>IN CONTEMPT OF THE COURT'S PERMANENT INJUNCTION</u>**

Plaintiff *e*Plus, Inc., by counsel, in accordance with the Amended Protective Order entered in this case on November 16, 2009, hereby gives notice that it has filed the following documents **UNDER SEAL** with the Court:

1. Exhibit B to Plaintiff *e*Plus, Inc.'s Brief in Support of Its Motion to Show Cause Why Lawson Software, Inc. Should Not Be Held in Contempt of the Court's Permanent Injunction, which is Declaration of Patrick Niemeyer Regarding Lawson Software, Inc.'s Requisition Center, and

2. Exhibit 47 to Declaration of James D. Clements in Support of Plaintiff's Motion to Show Cause Why Defendant Should Not Be Held in Contempt of the Court's Permanent Injunction.

Additionally, *e*Plus, Inc. gives notice that Exhibits 6, 7, 26, 39, 41, 43, and 45 to the Declaration of James D. Clements in Support of Plaintiff's Motion to Show Cause Why Defendant Should Not Be Held in Contempt of the Court's Permanent Injunction are either too

large for electronic filing or are in a format that cannot be filed electronically.  Accordingly, these exhibits have been submitted to the Clerk's office for filing.

 A copy of the above-mentioned exhibits will be served on counsel for Defendant Lawson Software, Inc. by hand and overnight delivery today.

September 9, 2011        Respectfully submitted,

                 ePLUS, INC.

                 By Counsel

                 _____/s/_____
                 Craig T. Merritt (VSB #20281)
                 Henry I. Willett, III (VSB #44655)
                 **CHRISTIAN & BARTON, LLP**
                 909 East Main Street, Suite 1200
                 Richmond, Virginia 23219-3095
                 Telephone: (804) 697-4100
                 Facsimile: (804) 697-4112
                 cmerritt@cblaw.com

                 Scott L. Robertson *(admitted pro hac vice)*
                 Jennifer A. Albert *(admitted pro hac vice)*
                 David M. Young (VSB #35997)
                 **GOODWIN PROCTER LLP**
                 901 New York Avenue, N.W.
                 Washington, DC 20001
                 Telephone:  (202) 346-4000
                 Facsimile:   (202) 346-4444
                 srobertson@goodwinprocter.com
                 jalbert@goodwinprocter.com
                 dyoung@goodwinprocter.com

                 Michael G. Strapp (admitted *pro hac vice*)
                 **GOODWIN PROCTER LLP**
                 Exchange Place
                 53 State Street
                 Boston, MA 02109-2881
                 Telephone:  (617) 570-1000
                 Facsimile:   (617) 523-1231
                 mstrapp@goodwinprocter.com

                 *Counsel for Plaintiff, ePlus, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2011, I will electronically file the foregoing

**NOTICE OF FILING EXHIBITS IN SUPPORT OF *e*PLUS, INC.'S MOTION TO SHOW CAUSE WHY LAWSON SOFTWARE, INC. SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S PERMANENT INJUNCTION**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel McDonald, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB#37691
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Donald R. Dunner, *pro hac vice*
Erika H. Arner, *pro hac vice*
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4444
don.dunner@finnegan.com
erika.arner@finnegan.com

*Counsel for Defendant Lawson Software, Inc.*

/s/
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

1191529