IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



EPLUS INC.,

    Plaintiff,

v.                              Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendants.

### ORDER

For the reasons set forth in the conference call on September 15, 2011, it is hereby ORDERED that the Plaintiff's request for expedited briefing as described in its September 9, 2011 motion (Docket No. 798) will be <u>granted</u>. The parties are further ORDERED to confer respecting the schedule for discovery and further proceedings relating to Plaintiff's MOTION TO SHOW CAUSE WHY LAWSON SOFTWARE, INC SHOULD NOT BE HELD IN CONTEMPT OF THE COURT'S PERMANENT INJUNCTION AND REQUEST FOR EXPEDITED BRIEFING (Docket No. 798) and to submit positions in writing with respect to such discovery and further proceedings.

It is so ORDERED.

                                      /s/ REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: September 16, 2011