# PLACEHOLDER FOR EXHIBIT 2

# FILED UNDER SEAL