# PLACEHOLDER FOR EXHIBIT 3

# FILED UNDER SEAL