# PLACEHOLDER FOR EXHIBIT A

# FILED UNDER SEAL