# PLACEHOLDER FOR EXHIBIT B

# FILED UNDER SEAL