# PLACEHOLDER FOR EXHIBIT 1

# FILED UNDER SEAL