# EXHIBIT B

**EXHIBIT B - RSS Screenshot No. 1**



**EXHIBIT B - RSS Screenshot No. 2**



Case 3:09-cv-00620-REP Document 804-12 Filed 09/19/11 Page 4 of 6 PageID# 26128

**EXHIBIT B - RSS Screenshot No. 3**



**EXHIBIT B - RSS Screenshot No. 4**



**EXHIBIT B - RSS Screenshot No. 5**

