# EXHIBIT C

**EXHIBIT C - RQC Screenshot No. 1**



**EXHIBIT C - RQC Screenshot No. 2**



**EXHIBIT C - RQC Screenshot No. 3**



**EXHIBIT C - RQC Screenshot No. 4**



**EXHIBIT C - RQC Screenshot No. 5**



**EXHIBIT C - RQC Screenshot No. 6**

