# EXHIBIT D

**EXHIBIT D - RSS Screenshot No. 1**



**EXHIBIT D - RSS Screenshot No. 2**



**EXHIBIT D - RSS Screenshot No. 3**



**EXHIBIT D - RSS Screenshot No. 4**



**EXHIBIT D - RSS Screenshot No. 5**

