# EXHIBIT E

**EXHIBIT E - RQC Screenshot No. 1**



**EXHIBIT E – RQC Screenshot No. 2**



**EXHIBIT E - RQC Screenshot No. 3**



**EXHIBIT E - RQC Screenshot No. 4**



**EXHIBIT E - RQC Screenshot No. 5**

