# **EXHIBIT F**

**EXHIBIT F - RQC Screenshot No. 1**



Case 3:09-cv-00620-REP   Document 804-16   Filed 09/19/11   Page 3 of 9 PageID# 26152

**EXHIBIT F - RQC Screenshot No. 2**



**EXHIBIT F - RQC Screenshot No. 3**



**EXHIBIT F - RQC Screenshot No. 4**



**EXHIBIT F - RQC Screenshot No. 5**



**EXHIBIT F - RQC Screenshot No. 6**



**EXHIBIT F - RQC Screenshot No. 7**



**EXHIBIT F - RQC Screenshot No. 8**

