# EXHIBIT G

**EXHIBIT G - RQC Screenshot No. 1**



**EXHIBIT G - RQC Screenshot No. 2**



**EXHIBIT G - RQC Screenshot No. 3**



**EXHIBIT G - RQC Screenshot No. 4**



**EXHIBIT G - RQC Screenshot No. 5**



**EXHIBIT G - RQC Screenshot No. 6**



**EXHIBIT G - RQC Screenshot No. 7**



**EXHIBIT G - RQC Screenshot No. 8**



**EXHIBIT G - RQC Screenshot No. 9**

