# PLACEHOLDER FOR EXHIBIT 4

# FILED UNDER SEAL