# EXHIBIT 6

Page 143

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

_____

ePLUS, INC.

        Plaintiff,

vs.                                    CASE NO.

                                               3:09cv620

LAWSON SOFTWARE, INC.,

        Defendant.

_____

VIDEOTAPED DEPOSITION OF ALFRED WEAVER, Ph.D., WITNESS

Day 2 of 2

July 21, 2010

9:18 a.m.


Taken at:

BOAR'S HEAD INN

Blue Ridge Room

200 Ednam Drive

Charlottesville, Virginia  22903



REPORTED BY:  Lisa M. Blair, RPR

Page 216

1  patent.
2       THE VIDEOGRAPHER: Six minutes left.
3    Q.  Okay. We can get through this pretty
4  quickly.
5       You probably can answer this question
6  without looking at claim 1, but it's my understanding
7  claim 1 requires an order list. It's the last element
8  at the bottom of column 23, a means for generating an
9  order list?
10   A.  That's right.
11   Q.  And I believe it's your opinion that the
12 shopping cart in RSS is the order list?
13   A.  That's correct.
14   Q.  Now, the RQ module doesn't have a
15 shopping cart; do you agree with that?
16   A.  Right.
17   Q.  Do you -- is it your opinion that RQ has
18 an order list?
19   A.  Yes.
20   Q.  What's the order list in RQ?
21   A.  Well, we saw the -- when we did the Dell
22 Dimension, there were two items returned.
23   Q.  Uh-huh (affirmative).
24   A.  Four items and then two Items. So that's
25 part of the list. And it can be changed.

Page 217

1    Q.  Okay. So the first search returned four
2  items for Dell, right?
3    A.  Right.
4    Q.  And the second search returned two items
5  for Dell dimension.
6    A.  Right.
7    Q.  That search result is the order list?
8    A.  The search result is the hit list. But
9  when you -- when you select your items from the hit
10 list, then those selected items are the order list
11 that then later becomes a requisition and a purchase
12 order.
13      MS. STOLL-DeBELL: Jeff, can you just go
14 back?
15      MR. HVASS: I'm bringing it up.
16      MS. STOLL-DeBELL: He's on it.
17   Q.  While he's doing that, I'm trying to find
18 where in your report you say that -- I recall a
19 requisition, but that screen in RQ constitutes an
20 order list. It was my understanding you called the
21 shopping cart order list from RSS?
22   A.  I did.
23   Q.  Okay. Yeah, that's all I recall from
24 your --
25      THE VIDEOGRAPHER: Three minutes.

Page 218

1       MS. STOLL-DeBELL: Do you want to change the
2  tape while he's looking.
3       THE VIDEOGRAPHER: We're off the record at
4  approximately 11:25 a.m.
5       (Whereupon, a recess was taken).
6       THE VIDEOGRAPHER: We're on the record at
7  approximately 11:27 a.m. Counsel may proceed.
8  BY MS. STOLL-DeBELL:
9    Q.  So you were looking for the place where
10 you talk about how RQ meets the generating an order
11 list element. And it looks like you are now on page
12 66 of your 172 claim chart?
13   A.  That's right.
14   Q.  Okay.
15   A.  And so, you're correct that the order
16 list is a shopping cart, and --
17      MS. ALBERT: Can you just play the
18 demonstration?
19   Q.  Okay. So -- yeah. Before I do that, so
20 is there a shopping cart in RQ?
21   A.  Not by that name.
22   Q.  Okay. Is there an order list in RQ?
23   A.  I don't have an opinion on that.
24      MR. HVASS: Do you want to continue? I'm
25 sorry.

Page 219

1       MS. STOLL-DeBELL: I'm deep in intense
2  thought.
3    Q.  Okay. So you don't have an opinion about
4  whether the RQ module, as used by itself without RSS,
5  meets the means for generating an order list element?
6    A.  I don't have an opinion on that.
7    Q.  So you're not going to say it infringes?
8    A.  Correct.
9    Q.  Which is just as good as saying it
10 doesn't infringe?
11   A.  Yes.
12   Q.  So is your opinion with respect to
13 infringement of claim 1 of the '172 only with respect
14 to RSS with regard to S3 software?
15   A.  Yes; the shopping cart.
16   Q.  Okay. In the demonstrations that you did
17 in RSS, the first thing that we saw was profile page,
18 which I believe is the requisition header; does that
19 sound right to you?
20   A.  That sounds right.
21   Q.  And then you can click shopping and go to
22 -- what -- category searches or search catalog or that
23 type of thing --
24   A.  Yes.
25   Q.  -- to find things to put into a

Page 220

1  requisition?
2     A.   Yes.  Shopping cart.
3     Q.   Which will end up in a requisition?
4     A.   Right.  Which is an order list, which
5  then becomes a requisition, which becomes a purchase
6  order.
7     Q.   And it's your opinion that it becomes a
8  requisition when you click check out?
9     A.   That's what submits it to the requisition
10 module.
11    Q.   Okay.  To create a requisition?
12    A.   Correct.
13    Q.   Okay.  I'm going to move on to another
14 topic.  So I don't know if you want to take a short
15 break now?
16    A.   This would be a good time.  Thank you.
17       MS. STOLL-DeBELL:  Okay.  Sure.
18       THE VIDEOGRAPHER:  We're off the record at
19 approximately 11:30 a.m.
20       (Whereupon, a recess was taken).
21       THE VIDEOGRAPHER:  We're on the record at
22 11:42 a.m.  Counsel may proceed.
23 BY MS. STOLL-DeBELL:
24    Q.   Okay.  So Dr. Weaver, I think I asked you
25 earlier about whether some of the claims of the '516

Page 221

1  patent require that two catalogs be searched
2  simultaneously?
3     A.   Yes.
4     Q.   And you said that they do not.  We were
5  looking at claim 1 specifically.
6          I'm going to hand you what has been
7  marked as Exhibit 12.
8          (Exhibit Number 12 was marked for
9  identification)
10       MS. STOLL-DeBELL:  Ms. Albert, you have
11 copies right there.
12    Q.   This is the deposition transcript from
13 the deposition of Brooks Hilliard, who is an expert
14 for ePlus as well; and ask you to go to page 175, line
15 11 of this transcript.  And at line 11 I asked him the
16 question:  "Do you agree that the '516 patent claims
17 require that the user select at least two product
18 catalogs to be searched simultaneously?"  And then he
19 says he needs to refresh his memory.  And he answers
20 at line 22, "Well, it requires that be able to search
21 a subset of the catalogs -- of the collection of
22 catalogs, and be able to do that, those catalogs and
23 the subset, be able to search them simultaneously.
24 And then I asked him at line 2 of page 176, "And the
25 subset, is it your opinion that the subset needed to

Page 222

1  include at least two product catalogs?"  And he said
2  yes.
3          So he -- it's his opinion that you need
4  to search two catalogs simultaneously for claim 1,
5  which is the opposite of your opinion; isn't that
6  right?
7     A.   Yes.
8     Q.   Who's right?
9     A.   The court said that -- when it comes to
10 the court, we want to be very accurate, don't we?
11    Q.   We do.
12    A.   So let's find --
13    Q.   I think it was page 41 that talks about
14 that, but Ms. Albert can maybe check that and make
15 sure I'm right.
16       MS. ALBERT:  I don't know that the
17 description at page 41 deals with claim 1 of the '516.
18       MS. STOLL-DeBELL:  I don't think it does.
19 My understanding is that when the court said it didn't
20 require two catalogs to be searched simultaneously, he
21 was referring to claim 3 of the '683, and not the
22 claims of the '516.
23       MS. ALBERT:  I think you're --
24       MS. STOLL-DeBELL:  Does that sound right?
25       MS. ALBERT:  -- referring to claim 3, as

Page 223

1  well as claims 26 and 28 and 29.
2          But I don't dispute that this
3  particular page, 41, of the Markman does not deal with
4  claim 1 of the '516 patent.
5     Q.   And this is the one where the court is
6  saying the correct construction must allow for
7  searching only one catalog, rather than searching two
8  or more at the same time?
9     A.   It does say that.
10    Q.   Okay.  And I -- I don't see anywhere else
11 in the order where he says that same rule applies to
12 any of the claims in '516; do you?
13    A.   I'd have to read the whole thing to know.
14    Q.   Okay.  Well, let's set that aside.  I
15 think your opinion generally is that the UNSPSC code
16 functionality of Lawson's S3 software causes it to
17 meet the converting and cross-reference table elements
18 of the asserted claims; is that right?
19    A.   That's correct.
20       MS. STOLL-DeBELL:  Can you switch over to
21 the demo?
22       MR. HVASS:  Sure.
23       MS. STOLL-DeBELL:  I'm going to pull up --
24 it's actually a screen from the live demo that shows
25 an Item Master record.

Page 228

1    A.    I'll just be sure.
2         MS. ALBERT:  Just to clarify, you mean
3    within the '516 patent?
4         MS. STOLL-DeBELL:  Yes; although I don't
5    think the other ones call for a cross-reference table
6    expressly, do they?
7         MS. ALBERT:  I think you would have to look
8    at the courts claim construction.
9    A.    Okay.  So with a quick read, 21 and 29 of
10   the '516, the last element of each has this
11   determination system in it.
12   Q.    Okay.  So let's look at the
13   cross-reference table in claim 29, which reads -- it's
14   the very last claim in this patent.  It reads, "a
15   cross-reference table linking a vendor item catalog
16   number from said vendor catalog with an item catalog
17   number from said predetermined third party."
18        My question is what -- what is the cross
19   reference table in Lawson's software that you say
20   meets this claim element?
21   A.    The UNSPSC codes.
22   Q.    So those are codes that can be assigned
23   to items, but what is the actual table?  I couldn't
24   understand what you were saying the table is from your
25   report.

Page 229

1    A.    The collection of assigned UNSPSC codes
2    constitutes a table.
3    Q.    And those are within Item Master?
4    A.    The UNSPSC codes?
5    Q.    The assigned UNSPSC codes.
6    A.    Well, they're in one of those tables.  I
7    didn't look up which table it's in, but it's obviously
8    in the database.
9    Q.    Okay.  And this is the Item Master
10   database for a particular record, and it does show the
11   UNSPSC codes?
12   A.    Yes.
13   Q.    So assuming that it is Item Master where
14   these codes are stored -- and I'll represent that it
15   is.
16   A.    Okay.  That's reasonable.
17   Q.    Okay.  Are you then saying Item Master is
18   the cross-reference table, if it has items that have
19   UNSPSC codes assigned to them?
20   A.    The portion of Item Master that is the
21   UNSPSC codes for all the items in the Item Master is
22   the UNSPSC table, the cross-reference table.
23   Q.    Is Item Master a catalog database?
24   A.    It is a database containing items from
25   catalogs.

Page 230

1    Q.    Are the Item Master tables non-catalog
2    databases?
3    A.    As far as I know, all the items that are
4    in the Item Master come originally from vendor
5    catalogs.
6    Q.    How do you know that?
7    A.    Reading the depositions of the people who
8    have been using the software and were talking about
9    uploading vendor catalogs and using Lawson's utility
10   program to do that.
11   Q.    And that was just for Lawson's customers?
12   A.    Multiple customers.
13   Q.    But not all?
14   A.    I didn't count.
15   Q.    So you don't know whether all of Lawson's
16   customers were deposed?
17   A.    I don't know.  It seems improbable.
18   Q.    It does, doesn't it?
19   A.    Yes, it does.
20   Q.    So Lawson's RSS software allows searching
21   by UNSPSC code; is that right?
22   A.    Correct.
23   Q.    That's the search category function,
24   right?
25   A.    Right.

Page 231

1    Q.    Can you search for UNSPSC code within RQ?
2    A.    I don't think so.
3    Q.    So would you -- is it your opinion that
4    the RQ module does not infringe any of the claims that
5    require converting staff or a cross-reference table?
6         MS. ALBERT:  Object to the form of the
7    question.  The RQ module in and of itself does not
8    constitute one of the accused systems.
9    Q.    Okay.  So when I say RQ, I mean the
10   non-RSS system.  So it was the base modules, I think
11   you called them, or base system yesterday; is that
12   what we said it was going to be, IC, RQ and PO?
13   A.    Yes.
14   Q.    We called that the base system?
15   A.    Base system.
16   Q.    Okay.  So let me ask that again.  Is it
17   your opinion that the base system does not infringe
18   any of the claims that require converting or a
19   cross-reference table?
20   A.    And you're representing that there is no
21   UNSPSC codes?
22        MS. ALBERT:  I wouldn't take her
23   representation for it.
24   Q.    Well, I don't --
25   A.    Okay.

Weaver, Ph.D, Alfred Vol. II          7/21/2010

Page 232

```
 1    Q.   No.  Let's back up, because I don't think
 2  I even said that, although I think I asked you if you
 3  can search in RQ by UNSPSC, and you said I don't think
 4  so.  And I tend to agree with that.  I don't think you
 5  can, either.
 6         And so, based upon that fact, do you come
 7  to the conclusion that the base system -- which is RQ,
 8  IC and PO -- does not infringe any of the claims that
 9  require converting cross-reference tables?
10    A.   I'll have to take a look at what I wrote
11  about conversions.
12    Q.   Are you in your report?  It's around
13  paragraph 174 I think you start talking about it.
14    A.   (Witness perusing document).
15    Q.   What section are you reading through now?
16    A.   Section 5, beginning on page 74.
17    Q.   Okay.  Now what are you looking for?
18    A.   Appendix 2.
19    Q.   Which is your claim chart for the '516?
20    A.   Correct.
21    Q.   Are you looking for which claims?
22    A.   The last element of claim 29 on page 323.
23         (Witness perusing document).
24    Q.   323.
25    A.   Okay.
```

Page 233

```
 1    Q.   My question is:  Are you asserting
 2  infringement of these converting a cross-reference
 3  asserted claims against the base system that does not
 4  involve RSS?
 5    A.   No.
 6    Q.   That was easy.
 7         Do you agree that Lawson's S3 software
 8  does not automatically replace one item for another?
 9         MS. ALBERT:  Vague and ambiguous as to the
10  meaning of the term automatically.
11    A.   It provides the mechanisms by which the
12  user or potentially a software program could make the
13  conversion.
14    Q.   In the example that you gave, you were in
15  RSS, and you added an item to the shopping cart, and
16  then I think you went back to the search results and
17  added something else, and then you took the first item
18  back out?
19    A.   Which example are we talking about?
20    Q.   Well, I think you did it in a couple of
21  examples, didn't you?
22    A.   Yeah.  Which one are we talking about?
23    Q.   We could go through it.  Which ones do
24  you remember that you did?
25    A.   The search for a computer case, a
```

Page 234

```
 1  Kensington case, and found that one, but it was out of
 2  stock.
 3    Q.   Okay.  And I'm more -- I think that was
 4  Punchout, right?  I'm pretty sure that was Punchout,
 5  through Dell's Punchout site?
 6    A.   Yes.  That's right.
 7    Q.   Okay.  Let me ask you at a more basic
 8  level.  Is it your opinion that if you select an item
 9  from a search result in RSS and add it to the card,
10  and then add a second item and remove the first, that
11  that is converting an item from one source to an item
12  from a different source?
13    A.   Well, that's too simplistic an
14  explanation.
15    Q.   Okay.  Why?
16    A.   Because you didn't mention the UNSPSC
17  codes.
18    Q.   Okay.  So I should have said if you do a
19  search -- a category search in RSS -- to find all
20  items that meet a specific UNSPSC code, and then you
21  add one of those search results into the shopping
22  cart, and then you add a second search result into the
23  shopping cart and remove the first search result, that
24  that means that it's converting an item of one source
25  to an item of a different source?
```

Page 235

```
 1    A.   Still not completely accurate.
 2    Q.   Why?
 3    A.   Because you didn't mention the UNSPSC
 4  code for the second item.
 5    Q.   Oh, okay.  My question maybe wasn't
 6  totally clear.  I was -- you were taking items from
 7  the same search result, two items from the same search
 8  result, which was searched by a UNSPSC code?
 9    A.   Okay.  That wasn't clear.
10    Q.   Okay.  Okay.  So now that it is clear,
11  what's the answer to the question?
12         MS. ALBERT:  Can you just reframe the entire
13  question so it's clear on the record?
14    Q.   Sure.  If you are doing a search in
15  RSS -- a category search -- to find all items that
16  match a specific UNSPSC code or category, and you
17  select the first item from your search results of that
18  search and add it to the cart, then you select a
19  second item in that same search result list, add it to
20  the cart, remove the first item that you had added to
21  the cart -- remove it from the cart -- does that meet
22  the claim term converting an item of one source to an
23  item of a different source?
24    A.   Yes.
25    Q.   You might just pull up the claims -- or
```

24 (Pages 232 to 235)