

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| v. | ) |
| LAWSON SOFTWARE, INC., | ) |
| Defendant. | ) |

## STIPULATED ORDER

Plaintiff ePlus Inc. ("ePlus") and Defendant Lawson Software, Inc. ("Lawson"), by and through their undersigned counsel, do hereby stipulate and agree to a one-day extension for ePlus to file a reply brief in support of its Motion to Show Cause Why Lawson Software, Inc. Should Not Be Held in Contempt of the Court's Permanent Injunction and Request for Expedited Briefing (Docket No. 798). The current deadline for ePlus to file its reply brief is Thursday, September 22, 2011, as set forth in the Court's Order (Docket No. 803) entered on September 19, 2011, in this matter. Therefore, ePlus and Lawson stipulate and agree that ePlus shall file its reply brief by Friday, September 23, 2011.

It is SO ORDERED this 22nd day of September, 2011

Richmond, Virginia

/s/ REP
Robert E. Payne
Senior United States District Judge

SEEN AND AGREED:

*/s/ Craig T. Merritt*

Craig T. Merritt, VSB #20281
Henry I. Willett, III, VSB # 44655
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com


Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young, VSB #35997
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Counsel for Plaintiff ePlus Inc.*

SEEN AND AGREED:

*/s/ Dabney Carr*

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com


Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081
Lawsonservice@merchantgould.com

*Counsel for Defendant Lawson Software, Inc.*

1195957