## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| **Plaintiff,** | )   **Civil Action No. 3:09-CV-620 (REP)** |
| | ) |
| **v.** | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

### JOINT STIPULATED SCHEDULE FOR CONTEMPT PROCEEDINGS

Pursuant to the Court's Order (Dkt. No. 803) directing the parties to submit a schedule

for discovery and further proceedings concerning Plaintiff *e*Plus Inc.'s ("*e*Plus") allegation that

Defendant Lawson Software, Inc. ("Lawson") is in contempt of the Court's permanent

injunction, *e*Plus and Lawson jointly submit the following schedule for contempt proceedings.[1]

| DATE | EVENT |
|---|---|
| Oct. 7, 2011 | Lawson Responses to Written Discovery from *e*Plus |
| Oct. 17 – Nov. 18, 2011 | Fact and Expert Depositions |
| Nov. 28 – 30, 2011 | Evidentiary Hearing |
| Dec. 16, 2011 | *e*Plus Post-Hearing Opening Brief |
| Dec. 23, 2011 | Lawson Post Hearing Opposition Brief |
| Dec. 30, 2011 | *e*Plus Post-Hearing Reply Brief |

---

[1] Lawson notes that if the Court denies *e*Plus's pending Motion to Show Cause why Lawson
Should Not be Held in Contempt, the schedule set forth herein would not be necessary.

The parties respectfully request that in the event the Court is unavailable to resolve any discovery disputes that arise prior to the evidentiary hearing, the parties be permitted to seek the assistance of U.S. Magistrate Judge Dennis Dohnal in resolving any such disputes.

The parties also note that the briefing schedule set forth above has been agreed upon in light of the representation by counsel for Lawson that they have a trial scheduled from December 6 until December 16, 2011.  The parties have agreed that if that trial does not take place as scheduled, the deadlines for the post-hearing opening brief, opposition brief, and reply brief will be rescheduled for December 9, December 16, and December 22, 2011, respectively.

A proposed scheduling order is attached as Exhibit A.

September 27, 2011

Respectfully submitted,

*e*Plus Inc. and

Lawson Software, Inc.

By Counsel

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Dabney J. Carr, IV (VSB No. 28679) | David M. Young (VSB #35997) |
| Robert A. Angle (VSB No. 37691) | Scott L. Robertson (admitted pro hac vice) |
| Megan C. Rahman (VSB No. 42678) | Jennifer A. Albert (admitted pro hac vice) |
| dabney.carr@troutmansanders.com | GOODWIN PROCTER LLP |
| robert.angle@troutmansanders.com | 901 New York Avenue, N.W. |
| megan.rahman@troutmansanders.com | Washington, DC 20001 |
| TROUTMAN SANDERS LLP | Telephone:  (202) 346-4000 |
| 1001 Haxall Point, Richmond, VA 23219 | Facsimile:   (202) 346-4444 |
| Telephone: (804) 697-1200 | dyoung@goodwinprocter.com |
| Facsimile: (804) 697-1339 | srobertson@goodwinprocter.com |
| | jalbert@goodwinprocter.com |
| Daniel McDonald (admitted pro hac vice) | |
| William D. Schultz (admitted pro hac vice) | Craig T. Merritt (VSB #20281) |
| Rachel C. Hughey (admitted pro hac vice) | CHRISTIAN & BARTON, LLP |
| Andrew J. Lagatta (admitted pro hac vice) | 909 East Main Street, Suite 1200 |
| MERCHANT & GOULD P.C. | Richmond, Virginia 23219-3095 |
| 3200 IDS Center, 80 South Eighth Street, | Telephone: (804) 697-4100 |
| Minneapolis, MN 55402 | Facsimile: (804) 697-4112 |
| Telephone: (612) 332-5300 | cmerritt@cblaw.com |
| Facsimile: (612) 332-9081 | |
| | Michael G. Strapp (admitted pro hac vice) |
| Donald R. Dunner (admitted pro hac vice) | GOODWIN PROCTER LLP |
| Erika H. Arner (admitted pro hac vice) | Exchange Place |
| FINNEGAN, HENDERSON, FARABOW, | 53 State Street |
| GARRETT & DUNNER, L.L.P. | Boston, MA 02109-2881 |
| 901 New York Avenue, N.W. | Telephone:  (617) 570-1000 |
| Washington, DC 20001 | Facsimile:   (617) 523-1231 |
| Telephone: (202) 408-4000 | mstrapp@goodwinprocter.com |
| Facsimile: (202) 408-4400 | |
| | Attorneys for Plaintiff *e*Plus Inc. |
| Attorneys for Defendant Lawson Software, Inc. | |