# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**

Finding it in the interest of justice and otherwise reasonably necessary for the orderly and efficient administration of justice, it is hereby ORDERED that the schedule set forth below shall govern the progress of the contempt proceedings in this action, except to the extent amended or augmented by any other Order.

| DATE | EVENT |
|---|---|
| Oct. 7, 2011 | Lawson Responses to Written Discovery from *e*Plus |
| Oct. 17 – Nov. 18, 2011 | Fact and Expert Depositions |
| Nov. 28 – 30, 2011 | Evidentiary Hearing |
| Dec. 16, 2011 | *e*Plus Post-Hearing Opening Brief |
| Dec. 23, 2011 | Lawson Post Hearing Opposition Brief |
| Dec. 30, 2011 | *e*Plus Post-Hearing Reply Brief |

   If the Court is unavailable, any discovery disputes that arise before the evidentiary hearing shall be raised in the first instance with U.S. Magistrate Judge Dennis Dohnal for resolution.

   The briefing deadlines above are contingent on the schedule of counsel for Lawson. Lawson Counsel has represented that they have a trial scheduled from December 6 until December 16, 2011. If this trial does not take place at the appointed time, the deadlines for the post-hearing opening brief, opposition brief, and reply brief will be rescheduled for December 9, December 16, and December 22, 2011, respectively.

   The Clerk is directed to send a copy of this Scheduling Order to all parties of record.

   It is so ORDERED.


September __, 2011             _____
                         UNITED STATES DISTRICT JUDGE