IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



EPLUS INC.,

    Plaintiff,

v.                               Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendants.

## ORDER

It is hereby ORDERED that oral argument on ePlus's MOTION FOR ORDER TO SHOW CAUSE WHY LAWSON SOFTWARE, INC. SHOULD NOT BE HELD IN CONTEMPT OF THE COURTS PERMANENT INJUNCTION AND REQUEST FOR EXPEDITED BRIEFING (Docket No. 798) be held on Monday, November 28, 2011 at 10:00 a.m.

It is so ORDERED.

                                          /s/
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: September 30, 2011