IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



EPLUS INC.,

    Plaintiff,

v.                            Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendants.

### ORDER

It is hereby ORDERED that any discovery in or other disputes that need to be resolved between October 4, 2011 and October 25, 2011 shall be presented to United States Magistrate Judge Dennis W. Dohnal and United States Magistrate Judge M. Hannah Lauck.  The clerk is directed to send a copy of this order to Magistrate Judge Dohnal and Magistrate Judge Lauck.

It is so ORDERED.

                                      /s/
                          Robert E. Payne
                          Senior United States District Judge

Richmond, Virginia
Date: September 30, 2011