

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,

Plaintiff,

v.

Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

Defendants.

**ORDER**

For the reasons set forth in the accompanying MEMORANDUM OPINION, it is hereby ORDERED that DEFENDANT LAWSON SOFTWARE, INC.'S MOTION TO MODIFY AND CLARIFY THE INJUNCTION (Docket No. 749) is denied.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 4, 2011