```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683014656
Cashier ID: lbreeden
Transaction Date: 10/17/2011
Payer Name: TROUTMAN SANDERS LLP
----------------------------------------
PRO HOC VICE
 For: Best / Lo / Simmons
 Case/Party: D-VAE-3-12-CR-PROHAC-001
 Amount:       $50.00
PRO HOC VICE
 For: Best / Lo / Simmons
 Case/Party: D-VAE-3-12-CR-PROHAC-001
 Amount:       $50.00
PRO HOC VICE
 For: Best / Lo / Simmons
 Case/Party: D-VAE-3-12-CR-PROHAC-001
 Amount:       $50.00
----------------------------------------
CHECK
 Check/Money Order Num: 558171
 Amt Tendered: $150.00
----------------------------------------
Total Due:      $150.00
Total Tendered: $150.00
Change Amt:     $0.00

#3:09-CV-620
```