IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

F I L E D
OCT 18 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number __3:09-cv-00620__, Case Name __ePlus, Inc. v. Lawson Software, Inc.__
Party Represented by Applicant: __Lawson Software, Inc.__

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) __Jason Charn-Jieh Lo__
Bar Identification Number __219030__   State __California__
Firm Name __Gibson, Dunn & Crutcher LLP__
Firm Phone # __213.229.7000__   Direct Dial # __213.229.7153__   FAX # __213.229.6153__
E-Mail Address __jlo@gibsondunn.com__
Office Mailing Address __333 S. Grand Avenue, Los Angeles, California  90071__

Name(s) of federal court(s) in which I have been admitted __USDC CA - Central, Eastern, Northern Districts__
__USDC TX - Eastern District__

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not __X__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_____
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) __Dabney Carr__   (Date) __10/5/11__
(Typed or Printed Name) __DABNEY CARR__   (VA Bar Number) __28679__

Court Use Only:

Clerk's Fee Paid __✓__ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____

_____   _____
(Judge's Signature)                    (Date)