IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS, INC.,　　　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　Plaintiff,　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　v.　　　　　　　　　　　　　　）　　CIVIL NO. 3:09cv620-REP
　　　　　　　　　　　　　　　　　　）
LAWSON SOFTWARE, INC.,　　　　　　　）
　　　　　　　　　　　　　　　　　　）
　　　Defendant.　　　　　　　　　　）
　　　　　　　　　　　　　　　　　　）

## ORDER

This matter is before the Court for resolution of non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) to resolve certain discovery disputes arising out of pending contempt proceedings. With input from all counsel, the Court hereby ORDERS as follows:

1.) On or before October 21, 2011 at 5:00 p.m., the Defendant shall provide to the Plaintiff all responsive, non-privileged documents and provide to the Plaintiff a "Preliminary Privilege Log" listing those documents that are potentially privileged and identifying each document's author and recipient;

2.) On or before October 24, 2011 at 5:00 p.m., the Defendant shall provide the Plaintiff with a narrative summary answering Interrogatory Number 5;

3.) On or before October 28, 2011 at 5:00 p.m., upon concluding its review of those documents identified in its "Preliminary Privilege Log," the Defendant shall supplement its privilege log to include a narrative explaining the nature of the privilege claimed, as required by Fed. R. Civ. P. 26(b)(5)(A)(ii);

4.) On or before November 2, 2011 at 5:00 p.m., upon conclusion of its review of

    documents previously listed in its "Preliminary Privilege Log," the Defendant shall provide the Plaintiff with all additional documents identified therein which will have been identified as responsive and non-privileged; and

5.) Any of these deadlines are subject to change upon request to the Court, provided that the Defendant establishes that it is making every reasonable effort to meet the established deadlines.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

                    /s/
                  Dennis W. Dohnal
                  United States Magistrate Judge

Richmond, Virginia
Dated: October 19, 2011