```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34603014676
Cashier ID: lbreeden
Transaction Date: 10/18/2011
Payer Name: TROUTMAN SANDERS LLP
---------------------------------
PRO HOC VICE
 For: Daniel James Thomasch
 Case/Party: D-VAE-3-12-CR-PROHAC-001
 Amount:        $50.00
---------------------------------
CHECK
 Check/Money Order Num: 558530
 Amt Tendered:  $50.00
---------------------------------
Total Due:       $50.00
Total Tendered:  $50.00
Change Amt:      $0.00

#3:09-CV-620
```