```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683014733
Cashier ID: lbreeden
Transaction Date: 10/24/2011
Payer Name: TROUTMAN SANDERS LLP
------------------------------------
PRO HAC VICE
 For: JOSH KREVITT
 Case/Party: D-VAE-3-12-CR-PROHAC-001
 Amount:        $50.00
------------------------------------
CHECK
 Check/Money Order Num: 558715
 Amt Tendered: $50.00
------------------------------------
Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

#3:09-CV-620
```