IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EPLUS INC.,

       Plaintiff,

v.                                  Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

       Defendants.

**SCHEDULING ORDER**

For the reasons set forth in the conference call on October 28, 2011, a status hearing in the above case shall be scheduled on Tuesday, November 8, 2011 at 11:00 a.m. at the Robert R. Merhige, Jr., Federal Courthouse.

It is so ORDERED.

                                          /s/        REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: November 3, 2011