# **<u>EXHIBIT A</u>**

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| BASF AGRO B.V., MERIAL LIMITED and MERIAL SAS<br><br>    Plaintiffs,<br><br>v.<br><br>CIPLA LIMITED, *et al.*<br><br>    Defendants<br><br>and<br><br>VELCERA, INC. and FIDOPHARM, INC.,<br><br>    Intervenors. | Case No. 3:07-CV-125-CDL |

**JOINT AND STIPULATED DAMAGES AND**
**SANCTIONS PHASE DISCOVERY SCHEDULE**

Pursuant to Fed. R. Civ. P. 26 and Local Rule 26, Plaintiffs BASF Agro B.V., Merial Limited, Merial SAS (collectively "Merial"); Defendant Cipla Limited; and Intervenors Velcera, Inc. and FidoPharm, Inc. (collectively "Velcera"), report that they have met and conferred and jointly submit this Joint and Stipulated Damages and Sanctions Phase Discovery Schedule for the Court's consideration:

| Case Event | Proposed Date |
|---|---|
| Written Discovery[1] | On or before 9/29/2011 |
| Written Responses and Objections to Written Discovery Served | 10/19/2011 |
| Velcera/Cipla to Serve Accounting of All Sales of Veterinary Products Containing Fipronil and Methoprene Manufactured by Cipla | 10/19/2011 (as ordered by the Court) |
| Document Production in Response to Written Discovery Exchanged | Rolling production beginning 10/19/11; Complete by 10/28/2011 |
| Depositions of Fact Witnesses | 11/7/2011 – 12/9/2011 |
| Disclose Experts | Burden of Proof: 11/11/2011 Rebuttal: 11/21/11 |
| Close of Fact Discovery | 12/9/11 No separate date for close of third-party discovery |
| Expert Reports Exchanged | Burden of Proof: 12/22/2011 |
| Rebuttal Expert Reports Exchanged | Rebuttal: 1/9/2012 |
| Expert Depositions | 1/16/2012 – 1/20/2012 |
| Damages Hearing | As determined by the Court |

Respectfully submitted this 28th day of September, 2011.

By: /s/ Thomas F. Gristina
PAGE, SCRANTOM, SPROUSE,
TUCKER & FORD, P.C.

Thomas F. Gristina
Ga. Bar No.: 452454
1111 Bay Avenue,
Third Floor
Columbus, Georgia 31901
Tel: (706) 324-0251

---

[1] Merial stipulates that it shall not pursue a theory of damages based on Merial's lost profits.

2

                Attorneys for Intervenors Velcera, Inc. and FidoPharm, Inc.

By:   /s/ Edward D. Tolley

       COOK, NOELL, TOLLEY, BATES & MICHAEL, LLP

       Edward D. Tolley, Esq.
       Georgia Bar No. 714300
       304 East Washington Street
       P.O. Box 1927
       Athens, GA 30603-1927
       Tel.: (706) 549-6111

       Attorneys for Plaintiffs BASF Agro B.V., Merial Limited, and Merial SAS

By:   /s/ Matthew W. Howell

       Alston & Bird LLP

       Matthew W. Howell, Esq.
       Georgia Bar No. 607080
       Alston & Bird LLP
       One Atlantic Center
       1201 West Peachtree Street
       Atlanta, Georgia 30309-3424
       Tel.: (404) 881-7000
       Fax: (404) 881-7777

       Attorneys for Plaintiffs BASF Agro B.V., Merial Limited, and Merial SAS

By:   /s/ Neal J. Callahan

       WALDREP, MULLIN & CALLAHAN LLC

       Neal J. Callahan
       P. O. Box 351
       105 13th St., Suite B
       Columbus, Georgia 31902
       Tel: (706) 320-0600

       Attorneys for Defendant Cipla Limited

**SO ORDERED,** this the 30th day of September, 2011.

                                                s/Clay D. Land
                                                CLAY D. LAND
                                                UNITED STATES DISTRICT JUDGE