# EXHIBIT B

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| TIVO INC., | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | **CIVIL ACTION NO. 2:04-CV-01 (DF)** |
| | § | |
| DISH NETWORK CORPORATION, | § | |
| et al., | § | |
| | § | |
| **Defendants.** | § | |

# O R D E R

In accordance with the Memorandum Opinion entered on June 2, 2009, TiVo's Motion to Hold EchoStar In Contempt For Violation Of This Court's Permanent Injunction (Dkt. No. 832) is hereby **GRANTED**.

Although this Court finds EchoStar in contempt, it defers any ruling regarding sanctions. TiVo is hereby **ORDERED** to raise by motion any request for sanctions by June 26, 2009.  It is further **ORDERED** that the following deadlines shall apply to this issue.

| Date | Event |
|---|---|
| June 26, 2009 | TiVo's Motion & Opening Brief on Sanctions due |
| July 10, 2009 | EchoStar's Responsive Brief on Sanctions due |
| July 17, 2009 | TiVo's Reply Brief due |
| July 24, 2009 | EchoStar's Sur-reply Brief due |

In addition, the Court hereby **SETS** the matter of sanctions to be heard on **July 28, 2009, at 10:00 a.m. in Texarkana.** Each side shall have **thirty (30) minutes** to present their arguments.

    **IT IS SO ORDERED**.

    **SIGNED this 2nd day of June, 2009.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE