NOV - 8 2011

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

**CIVIL NON-JURY TRIAL OR MOTION HEARING**

**MINUTE SHEET**

DATE: November 08, 2011

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE  ΣPlus, Inc. v. Lawson Software, Inc. | CASE NO: 3:09 CV 00620 <br> JUDGE: Payne <br> COURT REPORTER: Diane Daffron, OCR |

MATTER COMES ON FOR: BENCH TRIAL (  ) MOTION HEARING ( ✓ ) OTHER  Status
APPEARANCES: Parties by ( )/with ( ) counsel    Pro Se (  )    Conference

MOTIONS BEFORE TRIAL: _____
**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) (  )  DEFENDANT(S) (  )  COURT (  )

OPENING STATEMENTS MADE (  )      OPENING WAIVED (  )

PLAINTIFF(S) ADDUCED EVIDENCE (  ) RESTED (  ) MOTION (  ) _____

DEFENDANT(S) ADDUCED EVIDENCE (  )  RESTED (  ) MOTION (  ) _____

REBUTTAL EVIDENCE ADDUCED (  )   SUR-REBUTTAL EVIDENCE ADDUCED (  )

EVIDENCE CONCLUDED (  )      ARGUMENTS OF COUNSEL HEARD (  )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH (  )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT (  )

COURT FOUND IN FAVOR OF PLAINTIFF(S)  (  )  MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) (  ) _____

CLERK TO ENTER JUDGMENT ON DECISION  (  )   TRIAL EXHIBITS RETURNED TO COUNSEL (  )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS  See pg 2, Attached for further minute arding.
Bench trial set at 9:30 am on February 27, 2012.
Counsel for Plaintiff(s)  Scott L. Robertson, Esq.
                          Craig T. Merritt, Esq,  Jennifer A. Albert, Esq.
Counsel for Defendant(s)  Jason C. Lo, Esq,   Dabney Y. Carr, IV, Esq,
                          Daniel Thomasch, Esq.   Josh Krevitt, Esq.
SET: 11:00 am  BEGAN: 11:10 am ENDED: 3:50 pm TIME IN COURT:  2 hrs, 55 mins
RECESSES: 1:00 - 3:10 p.m.