DABNEY J. CARR IV
804.697.1238 telephone
804.698.5119 facsimile
dabney.carr@troutmansanders.com

# TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122 (23218-1122)
Richmond, Virginia 23219
804.697.1200 telephone
troutmansanders.com

October 26, 2011



**BY EMAIL AND BY MESSENGER**

The Honorable Robert E. Payne
United States District Court for the
Eastern District of Virginia
Federal Courthouse - Room 3000
701 East Broad Street
Richmond, Virginia 23219

Re:   ePlus, Inc. v. Lawson Software, Inc.
      Civil Action No. 3:09cv620

Dear Judge Payne:

I have received a copy of Craig Merritt's letter to the Court dated today. Mr. Merritt's letter raises many issues which Lawson believes should properly have been the subject of discussions between the parties before being brought to the Court, and we remain available to have that discussion with ePlus. Moreover, none of the issues raised in that letter is urgent or requires immediate action by the Court. Lawson intends to submit a letter to the Court in response to Mr. Merritt's letter, and we ask only that the Court take no action on the requests in Mr. Merritt's letter until we have had an opportunity to confer with our client and provide that response to the Court.

With kind regards, I am

Sincerely,

Dabney Carr

cc:   Counsel of Record - BY E-MAIL

ATLANTA   CHICAGO   HONG KONG   LONDON   NEW YORK   NEWARK   NORFOLK   ORANGE COUNTY   PORTLAND
RALEIGH   RICHMOND   SAN DIEGO   SHANGHAI   TYSONS CORNER   VIRGINIA BEACH   WASHINGTON, DC
2088467v1