# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Daniel J. Thomasch
Direct: +1 212.351.3800
Fax: +1 212.351.6200
DThomasch@gibsondunn.com

November 28, 2011

By Hand

The Honorable Robert E. Payne
United States District Court for the
 Eastern District of Virginia
Spottswood W. Robinson III and
 Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, Virginia 23219

*[handwritten: Approved / To Clerk pls file]*

Re: *ePlus, Inc. v. Lawson Software, Inc.*, Civil Action No. 3:09CV620

Dear Judge Payne:

During a hearing before Your Honor in the above-referenced action on November 8, 2011, counsel for *e*Plus informed Your Honor, accurately, that appellate counsel for Lawson Software, Inc. had made a filing in the United States Court of Appeals for the Federal Circuit, indicating that GGC Software Holdings, Inc. is the real party in interest in the matter on appeal. Prior to Mr. Robertson's comment, I was unaware of the Federal Circuit filing at issue, which was made by Lawson's lawyers in the Federal Circuit, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP. Following the November 8th conference, we inquired of our client and counsel at Finnegan, Henderson in regard to the identity of the real party in interest. It appears that the filing referenced by *e*Plus's counsel was made in error, and it has been corrected by the filing of an Amended Certificate of Interest in the Federal Circuit.

Lawson was acquired by GGC Software Holdings, Inc., an affiliate of Golden Gate Capital and Infor, on July 5, 2011. GGC Software Holdings, Inc. is the parent corporation of Lawson Software, Inc., but Lawson remains a separate corporate entity. More importantly, Lawson is the corporate entity that was enjoined by Your Honor on May 23, 2011, and Lawson is the corporate entity that undertook all of the activities asserted by *e*Plus to constitute contempt of the Permanent Injunction. Accordingly, Lawson remains the real party in interest in this Court, as well as in the Federal Circuit.

I have advised Mr. Robertson of these facts by letter dated November 23, 2011, and I am copying him on this letter. I am also enclosing for Your Honor, copies of the Amended Certificate of Interest and letter to the Clerk of Court, both of which were filed in the United States Court of Appeals for the Federal Circuit on November 23, 2011.

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

The Honorable Robert E. Payne
November 28, 2011
Page 2

      I would be happy to address any questions that Your Honor may have regarding this issue.

                            Respectfully submitted,

                            Daniel J. Thomasch

DJT/las
Enclosures

cc:    Craig T. Merritt, Esq. (by electronic mail)
       Scott L. Robertson, Esq. (by electronic mail)
       Henry I. Willett, III, Esq. (by electronic mail)
       Dabney J. Carr, IV, Esq. (by electronic mail)

# FINNEGAN

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

DONALD R. DUNNER
202-408-4062
don.dunner@finnegan.com

November 23, 2011

The Honorable Jan Horbaly
Clerk of Court
United States Court of Appeals
 for the Federal Circuit
717 Madison Place, N.W.
Washington, D.C. 20439

*VIA HAND DELIVERY*

Re:   *ePlus v. Lawson Software*, 2011-1396, -1456, -1554

Dear Mr. Horbaly:

    We are writing to ask the Court to confirm Lawson's understanding of the real party in interest in this consolidated appeal so that Lawson may correct an inadvertent error in its amended certificate of interest.

    Lawson Software, Inc. first appealed to this Court on May 23, 2011. Pursuant to Federal Circuit Rules 26.1 and 47.4, Lawson filed a certificate of interest identifying Lawson Software, Inc. as the real party in interest. Thereafter, on July 5, 2011, Lawson was acquired by GGC Software Holdings, Inc., an affiliate of Golden Gate Capital and Infor. Lawson filed an amended certificate of interest informing the Court that GGC Software Holdings, Inc., an affiliate of Golden Gate Capital and Infor, is the parent of Lawson Software, Inc. The amended certificate of interest also listed GGC Software Holdings, Inc. as the real party in interest.

    Upon further reflection, however, Lawson believes this was in error and that Lawson Software, Inc. remains the real party in interest. Lawson is a separate corporate entity, and Lawson is the corporate entity that performed the alleged infringing activities at issue in this appeal. In light of the foregoing, I attach a further amended certificate of interest to correct this information. If the Court disagrees, Lawson will of course follow this Court's guidance.

Respectfully submitted,

Donald R. Dunner (EAC)

Donald R. Dunner
*Counsel for Appellant Lawson Software*

cc:   Scott L. Robertson, Esq.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## EPLUS, INC. V. LAWSON SOFTWARE, INC.

### Nos. 2011-1396, -1456, -1554

### AMENDED CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rules 27(a)(7) and 47.4(a), counsel for Defendant-Appellant Lawson Software, Inc. certify the following:

1. The full name of every party or amicus represented by us is:

   Lawson Software, Inc.

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by us is:

   Lawson Software, Inc.

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of any party represented by us are:

   GGC Software Holdings, Inc., an affiliate of Golden Gate Capital
   and Infor

4. The names of all law firms and the partners or associates that appeared for the parties now represented by us in the trial court or are expected to appear in this court are:

   Dabney J. Carr, IV, Robert A. Angle, Megan C. Rahman
   TROUTMAN SANDERS LLP

   Daniel McDonald, William D. Schultz, Kirstin Stoll-DeBell,
   Rachel C. Hughey, Andrew J. Lagatta, Joshua P. Graham
   MERCHANT & GOULD P.C.

Sarah Elizabeth Simmons, Jason Charn-Jieh Lo, Timothy Patrick Best,
Daniel James Thomasch, Josh Krevitt
GIBSON, DUNN & CRUTCHER LLP

Donald R. Dunner, Kara F. Stoll, Erika H. Arner, Elizabeth A. Laughton,
Justin Lowrey
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

Respectfully submitted,

Date: November 23, 2011

Donald R. Dunner, Esq.
Kara F. Stoll, Esq.
Erika H. Arner, Esq.
Elizabeth A. Laughton, Esq.
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2011, true and correct copies of the foregoing **AMENDED CERTIFICATE OF INTEREST** were served by email on the persons at the address listed:

> Scott L. Robertson
> Goodwin Procter, LLP
> 901 New York Avenue, N.W.
> Washington, DC 20001
> ML-ePlusAppeal@goodwinprocter.com
> cmerritt@cblaw.com
> hwillett@cblaw.com
> rrandolph@cblaw.com

*Jay Wylie*