GOODWIN | PROCTER

Scott L. Robertson
202.346.4331
SRobertson@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
901 New York Avenue NW
Washington, DC 20001
T: 202.346.4000
F: 202.346.4444

November 29, 2011

RECEIVED
NOV 29 2011
ROBERT E. PAYNE
U.S. DISTRICT JUDGE

**Via Hand Delivery**

The Honorable Robert E. Payne, United States District Judge
United States District Court
  for the Eastern District of Virginia, Richmond Division
Spottswood W. Robinson III and
  Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

*To Clerk*
*for*
*file*

Re:   *ePlus, Inc. v. Lawson Software, Inc.*
      Civil Action No. 3:09cv620 (REP)

Dear Judge Payne:

This is in response to Mr. Thomasch's letter of yesterday concerning Lawson's representations as to the real party in interest in submissions to the Federal Circuit.

Prior to November 23, 2011, Lawson had consistently and repeatedly informed the Federal Circuit that GGC Software Holdings, Inc., an affiliate created by Golden Gate Capital and Infor, was the real party in interest in the appeal.

I understand and appreciate now that Lawson has amended the certificate of interest to rename Lawson as the real party in interest. My client's concern is that these parent corporations may bankrupt, dissolve or abandon Lawson in an attempt to avoid the injunction issued by this Court.

Thankfully, the Court applied the injunction not only to Lawson but to any successor in interest and those in active concert and participation therewith. This, of course, would apply to any entity that acquired Lawson and continued its infringing activities.

Honorable Robert E. Payne
November 29, 2011
Page 2

If Lawson is of a different view I would expect it to inform the Court promptly.

Respectfully submitted,

Scott L. Robertson

cc:    Counsel of Record