IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



EPLUS INC.,

    Plaintiff,

v.                           Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendants.

## ORDER

It is hereby ORDERED that any discovery in or other disputes that need to be resolved between December 20, 2011 and January 3, 2012 shall be presented to United States Magistrate Judge Dennis W. Dohnal.  The clerk is directed to send a copy of this order to Magistrate Judge Dohnal.

It is so ORDERED.

                                /s/
                     United States District Judge

Richmond, Virginia
Date: December 21, 2011