IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09cv620 |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

## UNOPPOSED MOTION TO EXTEND DEADLINE IN
## SCHEDULING ORDER CONCERNING CONTEMPT PROCEEDINGS

Plaintiff *e*Plus, inc. ("*e*Plus"), by counsel, respectfully submits this motion requesting a brief extension for one deadline set forth in the Court's Scheduling Order Concerning Contempt Proceedings [Doc. No. 849] entered on November 23, 2011. Specifically, *e*Plus requests that the deadline governing the taking of depositions of "percipient witnesses" be extended one (1) business day, from January 6, 2012 up to and including January 9, 2012, so as to accommodate the schedule of a third-party witness, Kurt Reasoner.  Counsel for *e*Plus has conferred with counsel for Lawson Software, Inc. ("Lawson"), who have indicated that Lawson does not oppose this motion.

WHEREFORE, *e*Plus respectfully requests that the Court grant this motion and enter the proposed Order Extending Deadline in Scheduling Order Concerning Contempt Proceedings, which is attached.  The parties will submit an endorsed copy of the proposed Order to the Court.

                                             *e*Plus, Inc.

                                    By: _____/s/_____
                                                   Of Counsel

Craig T. Merritt, VSB #20281
Henry I. Willett, III, VSB # 44655
S. Perry Coburn, VSB # 78372
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com
pcoburn@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young, VSB #35997
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
*Attorneys for Plaintiff ePlus Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of December, 2011, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following counsel of record:

| | |
|---|---|
| Daniel McDonald, *pro hac vice*<br>William D. Schultz, *pro hac vice*<br>Rachel C. Hughey, *pro hac vice*<br>Andrew Lagatta, *pro hac vice*<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 332-5300<br>Facsimile: 612) 332-9081<br>lawsonservice@merchantgould.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>Telephone: (804) 697-1238<br>Facsimile: (804) 698-5119<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com |
| Donald R. Dunner, *pro hac vice*<br>Erika H. Arner, *pro hac vice*<br>FINNEGAN, HENDERSON, FARABOW, GARRETT<br>& DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4444<br>EXT-Lawson-FinneganCorrespondence@finnegan.com | Jason Lo, *pro hac vice*<br>Timothy P. Best, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-6659<br>JLo@gibsondunn.com<br>TBest@gibsondunn.com |
| Daniel J. Thomasch, *pro hac vice*<br>Josh A. Krevitt, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-6200<br>DThomasch@gibsondunn.com<br>JKrevitt@gibsondunn.com | Sarah E. Simmons, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue , #1100<br>Dallas, TX 75201<br>Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900<br>SSimmons@gibsondunn.com |
| *Counsel for Defendant Lawson Software, Inc* | |

/s/ S. Perry Coburn
S. Perry Coburn (VSB # 78372)
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, VA 23219-3095
Tel: (804) 697-4100
Fax: (804) 697-4112
Email: pcoburn@cblaw.com
*Counsel for Plaintiff ePlus, Inc.*

1230354