EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09cv620 |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

ORDER EXTENDING DEADLINE IN
SCHEDULING ORDER CONCERNING CONTEMPT PROCEEDINGS

This matter is before the Court on plaintiff *e*Plus, Inc.'s Unopposed Motion to Extend Deadline in Scheduling Order Concerning Contempt Proceedings. It appearing to the Court that defendant Lawson Software, Inc. does not oppose the motion, and for good cause shown, the motion is hereby GRANTED and it is ORDERED that the Scheduling Order Concerning Contempt Proceedings entered on November 23, 2011 [Doc. No. 849] is AMENDED as follows:

7. Depositions of percipient witnesses may commence on December 12, 2011, and shall conclude on or before January 9, 2012.

It is SO ORDERED.

Richmond, Virginia

Date: _____

_____
Robert E. Payne
Senior United States District Judge

1230353