## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | **Civil Action No. 3:09-CV-620 (REP)** |
| | ) | |
| **v.** | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF ePLUS INC.'S NOTICE OF FILING WEAVER EXPERT REPORT

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000

*Counsel for Plaintiff ePlus Inc.*

# TABLE OF CONTENTS

Plaintiff ePlus, Inc. ("ePlus") submits this placeholder for  its

INITIAL EXPERT REPORT OF PATRICK NIEMEYER CONCERNING

DEFENDANT'S CONTEMPT OF THE COURT'S PERMANENT INJUNCTION, which is

filed under seal.

Respectfully submitted,

January 13, 2012                                    _____/s/_____
                                                   David M. Young (VSB #35997)
                                                   Scott L. Robertson *(admitted pro hac vice)*
                                                   Jennifer A. Albert *(admitted pro hac vice)*
                                                   **GOODWIN PROCTER LLP**
                                                   901 New York Avenue, N.W.
                                                   Washington, DC 20001
                                                   Telephone:  (202) 346-4000
                                                   Facsimile:   (202) 346-4444
                                                   dyoung@goodwinprocter.com
                                                   srobertson@goodwinprocter.com
                                                   jalbert@goodwinprocter.com

                                                   Craig T. Merritt (VSB #20281)
                                                   Henry I. Willett, III (VSB #44655)
                                                   **CHRISTIAN & BARTON, LLP**
                                                   909 East Main Street, Suite 1200
                                                   Richmond, Virginia 23219-3095
                                                   Telephone: (804) 697-4100
                                                   Facsimile: (804) 697-4112
                                                   cmerritt@cblaw.com

                                                   Michael G. Strapp *(admitted pro hac vice)*
                                                   James D. Clements  *(admitted pro hac vice)*
                                                   **GOODWIN PROCTER LLP**
                                                   Exchange Place
                                                   53 State Street
                                                   Boston, MA 02109-2881
                                                   Telephone:  (617) 570-1000
                                                   Facsimile:   (617) 523-1231
                                                   mstrapp@goodwinprocter.com
                                                   jclements@goodwinprocter.com

                                                   Attorneys for Plaintiff *e*Plus Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2012, I will electronically file the foregoing

**INITIAL EXPERT REPORT OF PATRICK NIEMEYER CONCERNING
DEFENDANT'S CONTEMPT OF THE COURT'S PERMANENT INJUNCTION**

And serve on the following counsel of record as indicated:

via electronic mail:

| | |
|---|---|
| Daniel J. Thomasch, *pro hac vice*<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-3800<br><br>Jason C. Lo, *pro hac vice*<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7153<br>VAED-620ExternalServiceList@gibsondunn.com | Daniel McDonald, *pro hac vice*<br>Kirsten Stoll-DeBell, *pro hac vice*<br>William D. Schultz, *pro hac vice*<br>Rachel C. Hughey, *pro hac vice*<br>Andrew Lagatta, *pro hac vice*<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 332-5300<br>Facsimile: 612) 332-9081<br>lawsonservice@merchantgould.com |
| Donald R. Dunner, *pro hac vice*<br>Erika H. Arner, *pro hac vice*<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 408-4000<br>(202) 408-4400<br>EXT-Lawson-FinneganCorrespondence@finnegan.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>(804) 697-1238<br>(804) 698-5119 (Fax)<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com<br><br>***Counsel for Defendant Lawson Software, Inc.*** |

_____ /s/ _____
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Ave. N.W
Washington, D.C.
dyoung@goodwinprocter.com