# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| *e*PLUS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Civil Action No. 3:09-cv-00620-REP |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

**INITIAL EXPERT REPORT OF PATRICK NIEMEYER CONCERNING
DEFENDANT'S CONTEMPT OF THE COURT'S PERMANENT INJUNCTION**

**(REDACTED – FULL CONFIDENTIAL REPORT TO BE FILED UNDER SEAL)**

2