# EXHIBIT A

# PATRICK NIEMEYER

T 314-504-7289                                                                                                                                                    PAT@PAT.NET

**BACKGROUND**

INDEPENDENT CONSULTING AND WRITING
Author of the best selling books Exploring Java and Learning Java, O'Reilly & Associates.  Learning Java is consistently one of the top selling Java books and is available worldwide in nine languages.  It is used as the text for many University Java courses. Winner of the 2001 Java Pro Reader's Choice award for Best introductory Java book.

SPEC LEAD / MEMBER OF JAVA COMMUNITY PROCESS EXPERT GROUPS
Member of JCP expert groups JSR-274, JSR-223, and JSR-283 which defined new language features and APIs for the Java programming language.  Work has included the javax.script API, Java Content Repository API, and BeanShell scripting language standardization.

INTELLECTUAL PROPERTY CONSULTING
Expert witness analysis and testimony.   Cases:
- JPMorgan Chase vs. ACS. 08-CV-00189-SLR (D.DEL.)
- ePlus Inc. vs. Lawson: Deposed and testified at trial. 09-CV-620-REP (E.D.Va.)
- Augme Technologies Inc. vs. Tacoda LLC and AOL, Inc.: Deposed.  07cv7088-CM-GWG (S.D.NY)

**EXPERIENCE**

CTO, CHIEF ARCHITECT
*Ikayzo Inc. - New York, Tokyo, Honolulu, St. Louis*                                                                           2009-present
Ongoing work on advanced financial, networking, and mobile applications.  Work on realtime network monitoring applications for Referentia, an advanced information technology company which contracts for DARPA and other defense agencies.  Designed and developed realtime Options Pricing system for APM Funds.  Work on an advanced financial analysis platform including development of a new scripting language incorporating features of C# and the R statistical programming languages.  Work on advanced applications for Wells Fargo and PIMCO financial institutions.

INDEPENDENT CONSULTING
*Pat Niemeyer Consulting, LLC, St. Louis*                                                                                       2008-2009
Worked on projects including: the design of a highly scalable, behavioral targeting ad server platform for Value Commerce, the largest web advertiser in Asia. Work for Terracotta, a Java Virtual Machine clustering technology company. Software projects for the Army Corps of Engineers. Advanced iPhone application research.  Design of a hotel set-top box platform for Activision TV.   Prototyped a DRM'd video distribution platform.

SENIOR ARCHITECT / CONSULTANT
*Bank of America Securities, New York*                                                                                          2005-2007
Worked on the architecture and implementation of advanced Java middle tier systems and components. Areas included cross platform messaging, grid computing, and development of analytical applications utilizing Weblogic, Spring, Hibernate, JBoss Rules, Acegi and Securent security products, Gigaspaces, and various proprietary systems.

SENIOR ARCHITECT / CONSULTANT
*Federal Reserve Bank of St. Louis*                                                                                             2004-2005
Application architect for the TGANet government accounting system, which is assuming responsibility for U.S. federal cash deposits for all agencies. This is a web based application using Weblogic, Hibernate, Struts, and involved the development of secure XML based inter-bank communication protocols.

SENIOR ARCHITECT / CONSULTANT
*Edward Jones, St. Louis*                                                                                                       2003-2004
Participated in review and migration of enterprise applications to Weblogic J2EE architecture. Participated in application and architecture design reviews for performance and security issues. Lead team which developed a prototype application for the new platform using JSP and Struts front end with JOLT Tuxedo services for mainframe connectivity. Responded to Java questions and problems from developers and served in a mentoring role.

# PATRICK NIEMEYER

**SENIOR ARCHITECT / CONSULTANT**
*A.G. Edwards, St. Louis* 2001-2003
Designed enterprise services and application architecture for A.G. Edwards. Participated in detailed review of an enterprise scale, client facing application using JSP, XML, and J2EE technologies including advanced Weblogic Clustering. Worked with BEA engineers and A.G.E senior staff on extensive redesign and simplification. Developed original tools for highly available, wide area distributed J2EE clustering on Weblogic, providing cluster health monitoring and automated cluster failover. Developed XML based tools for resource management. Mentored Java developers and groups on Java technology issues and responded to questions and problems.

**SENIOR ARCHITECT / CONSULTANT**
*StreamSearch.com* 1999 - 2000
Designed and developed components of a multi-tier Java Servlet and XML based multimedia search engine. The project utilized an XSL/XSLT based front-end enabling both end consumer and business-to-business sales of search results, co-branding, and partnering. Lead team which designed and developed a consumer oriented on-line music storage service. Project included large scale storage infrastructure, media content management and security, high scalability and high availability.

**SENIOR ARCHITECT / CONSULTANT**
*Strata Group, Inc.* 1998 - 1999
Designed and developed an advanced, Java based, telephone switch provisioning system. Project involved a multi-tier architecture with advanced GUI, application server components, rule based logic and evaluation framework, and a highly scalable communications layer using Sockets and RMI.

**INDEPENDENT CONSULTING**
1996 - 1998
Designed and developed of a suite of proprietary web based Java business applications for Technology Applications Inc. On-going consulting for Edward Jones, Inc. on Java applications and network infrastructure, system integration, etc.

**PROCESS SPECIALIST**
*Southwestern Bell, Inc.* 1995 - 1996
Developed interface components for the Advanced Intelligent Network project. Integration of Bellcore TOP-COM protocol and Tuxedo transaction processing for a Solaris/ Sparc 2000 platform.

**SYSTEMS ARCHITECT CONSULTANT**
*Edward Jones* 1994 - 1995
Worked in the New Technologies group on enterprise wide Client/Server migration and transition to Object Oriented development tools. Primarily responsible for the design and implementation of an ONC compliant RPC gateway for communications between EDJ's 4000 branches and an IBM mainframe over a satellite TCP/IP network. Project involved networked Transaction Processing, automated Code Generation, and GUI development. Provided analysis of CASE and Object Oriented tools, Inter-Process Communications mechanisms, APIs standards, and Design Methodologies.

**MEMBER OF TECHNICAL STAFF**
*Southwestern Bell Technology Resources* 1993 - 1994
Responsible for TRI's research and production UNIX networks and for development of the inter-subsidiary Wide Area Network for which TRI provided Internet connectivity. Responsible for Internet Security and implementation of T.R.I.'s World Wide Web services. Provided production network and platform analysis for T.R.I.'s largest development group. Developed tools for Network Security and Software Management including an integrated user environment / software package system, system configuration software, and World Wide Web based employee locator, paging, and WAIS information systems.

**SYSTEMS ENGINEER**
*Innerlink Systems, Inc.* 1989 - 1993
Responsible for the design and development of all components of a large, UNIX based, Messaging, FAX, and Alphanumeric Paging system for the message service industry. Project included hardware integration and development of several real-time UNIX Device Drivers, reverse engineering and coding of a variety of standard and proprietary communications protocols, distributed system management, database design, and user interface development. System components included configuration and monitoring tools, software distribution and installation mechanisms, and early Internet Gateway software.