**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| *e*PLUS, INC., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| | ) | Civil Action No. 3:09-cv-00620-REP |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**INITIAL EXPERT REPORT OF OF ALFRED C. WEAVER , PH.D. CONCERNING**
**DEFENDANT'S CONTEMPT OF THE COURT'S PERMANENT INJUNCTION**


**(REDACTED – FULL CONFIDENTIAL REPORT TO BE FILED UNDER SEAL)**