# EXHIBIT 2

## RQC Interface

