# Placeholder - Weaver Report Confidential Exhibits 4-7

# (filed under seal)