**EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09cv620 |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER EXTENDING DEADLINE IN
## <u>SCHEDULING ORDER CONCERNING CONTEMPT PROCEEDINGS</u>

This matter is before the Court on plaintiff ePlus, Inc.'s Unopposed Motion to Extend Deadline in Scheduling Order Concerning Contempt Proceedings. It appearing to the Court that defendant Lawson Software, Inc. does not oppose the motion, and for good cause shown, the motion is hereby GRANTED and it is ORDERED that the Scheduling Order Concerning Contempt Proceedings entered on November 23, 2011 [Doc. No. 849] is AMENDED as follows:

7.  Depositions of percipient witnesses may commence on December 12, 2011, and shall conclude on or before January 9, 2012.

It is SO ORDERED.

Richmond, Virginia

Date: <u>January 13, 2012</u>
Nunc Pro Tunc December 23, 2011

_____ /s/ REP
Robert E. Payne
Senior United States District Judge

**WE ASK FOR THIS:**

/s/ S.P. Coburn

Craig T. Merritt, VSB #20281
Henry I. Willett, III, VSB # 44655
S. Perry Coburn, VSB # 78372
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com
pcoburn@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young, VSB #35997
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com

*Attorneys for Plaintiff ePlus inc.*

**SEEN AND NOT OBJECTED TO:**

*/s/ Dabney Carr*

Dabney J. Carr, IV, VSB # 28679
Robert A. Angle, VSB # 37691
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Daniel J. Thomasch, *pro hac vice*
Josh A. Krevitt, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-6200
DThomasch@gibsondunn.com
JKrevitt@gibsondunn.com

Jason Lo, *pro hac vice*
Timothy P. Best, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-6659
JLo@gibsondunn.com
TBest@gibsondunn.com

Sarah E. Simmons, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, #1100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
SSimmons@gibsondunn.com

Donald R. Dunner, *pro hac vice*
Erika H. Arner, *pro hac vice*
FINNEGAN, HENDERSON, FARABOW,
GARRETT
& DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4444
EXT-Lawson-
FinneganCorrespondence@finnegan.com

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
MERCHANT & GOULD P.C.
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*

1235621