IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LAWSON SOFTWARE, INC., )<br>)<br>Defendant. )<br>) | CIVIL NO. 3:09cv620-REP |

## ORDER

This matter is before the Court for resolution of non-dispositive matters pursuant to 28 U.S.C. § 636(b)(1)(A) to establish an expedited briefing schedule for a forthcoming motion to compel discovery and to extend the deadlines for provision of expert reports. Based upon the input received from all counsel, the Court hereby ORDERS as follows:

A.) Expedited Briefing Schedule for Plaintiff's Motion to Compel

1.) Plaintiff shall file its motion to compel and brief in support thereof on or before January 20, 2012;

2.) Defendant shall file its opposition to the motion to compel on or before January 27, 2012;

3.) Plaintiff shall file its reply brief, if any, on or before February 2, 2012;

4.) The Court shall schedule oral argument only if the Court deems it necessary and helpful to resolution of the issues.

B.) Expert Reports

1.) Plaintiff shall provide its expert report to Defendant on or before January 24,

2012;

2.) Defendant shall provide its expert report to Plaintiff on or before February 6, 2012;

3.) Plaintiff shall provide its expert reply report to Defendant, if any, on or before February 13, 2012.

Let the Clerk file this Order electronically and notify all counsel accordingly.

It is so ORDERED.

/s/
Dennis W. Dohnal
United States Magistrate Judge

Richmond, Virginia
Dated: January 17, 2012