IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
|        Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| v. | ) |
| LAWSON SOFTWARE, INC., | ) |
|        Defendant. | ) |

### PLAINTIFF *e*PLUS INC.'S NOTICE OF FILING UGONE EXPERT REPORT

Plaintiff *e*Plus, Inc., by counsel, in accordance with the Amended Protective Order entered in this case on November 16, 2009, hereby gives notice that it has filed the Expert Report of Keith R. Ugone, Ph.D. and exhibits thereto **UNDER SEAL** with the Court.

A copy of the report and exhibits will be served on counsel for Defendant Lawson Software, Inc.

January 24, 2012

Respectfully submitted,

*e*PLUS, INC.

By Counsel

      /s/
Craig T. Merritt (VSB #20281)
Paul W. Jacobs II (VSB # 16815)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cbblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com

*Counsel for Plaintiff, ePlus, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of January, 2012, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC.'S NOTICE OF FILING UGONE EXPERT REPORT**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the counsel of record, and serve the Report of Keith R. Ugone, Ph.D. via electronic mail on the following counsel:

| | |
|---|---|
| Dabney J. Carr, IV, VSB #28679<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>(804) 697-1238<br>(804) 698-5119 (Fax)<br>dabney.carr@troutmansanders.com | Christopher Dean Dusseault, *pro hac vice*<br>Jason C. Lo, *pro hac vice*<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7000<br>cdusseault@gibsondunn.com<br>jlo@gibsondunn.com |
| | Daniel J. Thomasch, *pro hac vice*<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-3800<br>dthomasch@gibsondunn.com |

*Counsel for Defendant Lawson Software, Inc.*

                                                        /s/
                                    Craig T. Merritt (VSB #20281)
                                    Counsel for Plaintiff *e*Plus, Inc.
                                    **CHRISTIAN & BARTON, LLP**
                                    909 East Main Street, Suite 1200
                                    Richmond, Virginia 23219-3095
                                    Telephone: (804) 697-4100
                                    Facsimile: (804) 697-4112
                                    cmerritt@cblaw.com

1238585