IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09CV620 (REP) |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

REBUTTAL EXPERT REPORT OF BENJAMIN F. GOLDBERG, PH.D.

CONCERNING DEFENDANT'S ALLEGED CONTEMPT

OF THE COURT'S PERMANENT INJUNCTION

# FILED UNDER SEAL