IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division


| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |


**MOTION FOR ENTRY OF ORDER REQUIRING PRODUCTION OF DOCUMENTS
AND INFORMATION AS TO WHICH THE
ATTORNEY-CLIENT PRIVILEGE HAS BEEN WAIVED
AND FOR EXPEDITED BRIEFING**

Plaintiff, ePlus Inc. ("*ePlus*"), by counsel, moves pursuant to Rule 37 of the Federal

Rules of Civil Procedure for the entry of an order that:

(1)  eight documents produced by Lawson are not the proper objects of a "clawback"

demanded on January 15, 2012, as a consequence of Lawson's conscious decisions to

produce them rather than inadvertence, or as a consequence of Lawson's inconsistent

assertions of the attorney-client privilege, or both;

(2)  hundreds of entries on Lawson's Fourth Amended Privilege Log remain incomplete

and unclear, and that all documents that are incompletely identified and referenced on

the Fourth Amended Privilege Log be produced to ePlus forthwith;

(3)  the attorney-client privilege has been waived as to the subject matter of Lawson's

development of the RQC module, on the ground that the privilege has been

inconsistently described and asserted in Lawson depositions and incompletely and inconsistently described in the Fourth Amended Privilege Log; and

(4) the attorney-client privilege has been waived as to the subject matter of the development of the RQC module, on the ground that Lawson knowingly used attorney advice as an endorsement of the RQC module to its customers and the public, and as an assurance to customers that the RQC product renders certain configurations of its procurement software, found to be infringing by this Court, to be non-infringing;

(5) the documents previously clawed-back, redacted and withheld from production under the claim of privilege be produced forthwith for the reasons stated in the accompanying memorandum.

Pursuant to Local Rule 37(E), counsel for *e*Plus certifies that it has met telephonically with counsel for Lawson and that a good faith effort has been made between counsel to resolve the discovery matters at issue.

*e*Plus also requests that the Court order expedited briefing of this motion. As the Court is aware, the contempt hearing is scheduled to begin on February 27, approximately one month from now. In the meantime, the parties must serve expert reports, take expert depositions, and prepare the mandatory pre-hearing disclosures, including exhibit lists. In order for *e*Plus to timely make use of the information that is the subject of this motion, it respectfully requests that the Court resolve this motion and compel the requested information as soon as possible. *e*Plus therefore requests that the Court order that Lawson's opposition brief be due on Thursday, February 2, and that *e*Plus's reply brief be due on Monday, February 6.

Respectfully submitted,

January 25, 2012

_____/s/_____

Craig T. Merritt (VSB #20281)
Paul W. Jacobs, II (VSB #16815)
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com
pjacobs@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2012, I will electronically file the foregoing

### MOTION FOR ENTRY OF ORDER REQUIRING PRODUCTION OF DOCUMENTS AND INFORMATION AS TO WHICH THE ATTORNEY-CLIENT PRIVILEGE HAS BEEN WAIVED AND FOR EXPEDITED BRIEFING

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

| | |
|---|---|
| Daniel J. Thomasch, *pro hac vice*<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-3800<br><br>Jason C. Lo, *pro hac vice*<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7153<br>VAED-620ExternalServiceList@gibsondunn.com | Daniel McDonald, *pro hac vice*<br>Kirsten Stoll-DeBell, *pro hac vice*<br>William D. Schultz, *pro hac vice*<br>Rachel C. Hughey, *pro hac vice*<br>Andrew Lagatta, *pro hac vice*<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 332-5300<br>Facsimile: (612) 332-9081<br>lawsonservice@merchantgould.com |
| Donald R. Dunner, *pro hac vice*<br>Erika H. Arner, *pro hac vice*<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 408-4000<br>(202) 408-4400<br>EXT-Lawson-FinneganCorrespondence@finnegan.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>(804) 697-1238<br>(804) 698-5119 (Fax)<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com<br><br>***Counsel for Defendant Lawson Software, Inc.*** |

_____/s/_____
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com