IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING MEMORANDUM IN SUPPORT OF MOTION FOR
ENTRY OF ORDER REQUIRING PRODUCTION OF DOCUMENTS AND
INFORMATION AS TO WHICH THE
ATTORNEY-CLIENT PRIVILEGE HAS BEEN WAIVED
AND FOR EXPEDITED BRIEFING,
DECLARATION OF CRAIG T. MERRITT AND
ATTACHED EXHIBITS A - UU**

Plaintiff *e*Plus, Inc., by counsel, in accordance with the Amended Protective Order entered in this case on November 16, 2009, hereby gives notice that it has filed the following documents **UNDER SEAL** with the Court:

1. Memorandum in Support of Motion for Entry of Order Requiring Production of Documents and Information as to which the Attorney-Client Privilege has been Waived and for Expedited Briefing, and

2. Declaration of Craig T. Merritt, with compact disk containing Exhibits A – UU to the Memorandum in Support of Motion for Entry of Order Requiring Production of Documents and Information as to which the Attorney-Client Privilege has been Waived and for Expedited Briefing.

A copy of the above-mentioned Memorandum, Declaration and Exhibits will be served on counsel for Defendant Lawson Software, Inc. by hand and overnight delivery today.

January 25, 2012                                Respectfully submitted,

ePLUS, INC.

By Counsel

_____/s/_____
Craig T. Merritt (VSB #20281)
Paul W. Jacobs, II (VSB #16815)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp *(admitted pro hac vice)*
James D. Clements *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place, 53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com
Attorneys for Plaintiff, *e*Plus Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2012, I will electronically file the foregoing

**NOTICE OF FILING MEMORANDUM IN SUPPORT OF MOTION FOR ENTRY OF ORDER REQUIRING PRODUCTION OF DOCUMENTS AND INFORMATION AS TO WHICH THE ATTORNEY-CLIENT PRIVILEGE HAS BEEN WAIVED AND FOR EXPEDITED BRIEFING, DECLARATION OF CRAIG T. MERRITT AND EXHIBITS A – UU**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

| | |
|---|---|
| Daniel J. Thomasch, *pro hac vice*<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-3800<br><br>Jason C. Lo, *pro hac vice*<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7153<br>VAED-620ExternalServiceList@gibsondunn.com | Daniel McDonald, *pro hac vice*<br>Kirsten Stoll-DeBell, *pro hac vice*<br>William D. Schultz, *pro hac vice*<br>Rachel C. Hughey, *pro hac vice*<br>Andrew Lagatta, *pro hac vice*<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 332-5300<br>Facsimile: 612) 332-9081<br>lawsonservice@merchantgould.com |
| Donald R. Dunner, *pro hac vice*<br>Erika H. Arner, *pro hac vice*<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 408-4000<br>(202) 408-4400<br>EXT-Lawson-FinneganCorrespondence@finnegan.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>(804) 697-1238<br>(804) 698-5119 (Fax)<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com<br><br>***Counsel for Defendant Lawson Software, Inc.*** |

                                                  /s/

Craig T. Merritt (VSB #20281)
Counsel for Plaintiff ePlus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

1238415