IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EPLUS INC.,

    Plaintiff,

v.                                Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

## ORDER

Having considered ePlus Inc.'s ("ePlus") MOTION FOR ENTRY OF ORDER REQUIRING PRODUCTION OF DOCUMENTS AND INFORMATION AS TO WHICH THE ATTORNEY-CLIENT PRIVILEGE HAS BEEN WAIVED AND FOR EXPEDITED BRIEFING (Docket No. 869), for good cause shown, it is hereby ORDERED that the Plaintiff's request for expedited briefing in that motion is <u>granted</u>. Lawson Software, Inc. shall file its opposition no later than Thursday, February 2, 2012 at 5:00 p.m. ePlus shall file its reply no later than Monday, February 6, 2012 at 5:00 p.m.

It is so ORDERED.

                                        /s/
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: January 26, 2012