IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF ePLUS INC.'S NOTICE OF FILING REPLY NIEMEYER EXPERT REPORT

Plaintiff ePlus, Inc., by counsel, in accordance with the Amended Protective Order entered in this case on November 16, 2009, hereby gives notice that today it has filed **UNDER SEAL** with the Clerk of Court the Reply Expert Report of Patrick Niemeyer Concerning Defendant's Contempt of the Court's Permanent Injunction and Exhibit A thereto.

A copy of the report and exhibit was served on counsel for Defendant Lawson Software, Inc. on January 27, 2012.

January 30, 2012					Respectfully submitted,

						ePLUS, INC.

						By Counsel

						_____/s/_____
						Craig T. Merritt (VSB #20281)
						Paul W. Jacobs II (VSB # 16815)
						Henry I. Willett, III (VSB #44655)
						**CHRISTIAN & BARTON, LLP**
						909 East Main Street, Suite 1200
						Richmond, Virginia 23219-3095
						Telephone: (804) 697-4100
						Facsimile: (804) 697-4112
						cmerritt@cblaw.com
						pjacobs@cblaw.com
						hwillett@cbblaw.com

						Scott L. Robertson *(admitted pro hac vice)*
						Jennifer A. Albert *(admitted pro hac vice)*
						David M. Young (VSB #35997)
						**GOODWIN PROCTER LLP**
						901 New York Avenue, N.W.
						Washington, DC 20001
						Telephone: (202) 346-4000
						Facsimile: (202) 346-4444
						srobertson@goodwinprocter.com
						jalbert@goodwinprocter.com
						dyoung@goodwinprocter.com

						Michael G. Strapp (admitted *pro hac vice*)
						**GOODWIN PROCTER LLP**
						Exchange Place
						53 State Street
						Boston, MA 02109-2881
						Telephone: (617) 570-1000
						Facsimile: (617) 523-1231
						mstrapp@goodwinprocter.com

						*Counsel for Plaintiff, ePlus, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of January, 2012, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC.'S NOTICE OF FILING
REPLY NIEMEYER EXPERT REPORT**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to counsel of record.

| | |
|---|---|
| Daniel J. Thomasch, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-3800<br><br>Jason C. Lo, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7153<br>VAED-620ExternalServiceList@gibsondunn.com | Daniel McDonald, *pro hac vice*<br>Kirsten Stoll-DeBell, *pro hac vice*<br>William D. Schultz, *pro hac vice*<br>Rachel C. Hughey, *pro hac vice*<br>Andrew Lagatta, *pro hac vice*<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 332-5300<br>Facsimile: 612) 332-9081<br>lawsonservice@merchantgould.com |
| Donald R. Dunner, *pro hac vice*<br>Erika H. Arner, *pro hac vice*<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 408-4000<br>(202) 408-4400<br>EXT-Lawson-FinneganCorrespondence@finnegan.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>(804) 697-1238<br>(804) 698-5119 (Fax)<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com |
| *Counsel for Defendant Lawson Software, Inc.* ||

                                                 /s/
                                     Craig T. Merritt (VSB #20281)
                                     Counsel for Plaintiff *e*Plus, Inc.
                                     **CHRISTIAN & BARTON, LLP**
                                     909 East Main Street, Suite 1200
                                     Richmond, Virginia 23219-3095
                                     Telephone: (804) 697-4100
                                     Facsimile: (804) 697-4112
                                     cmerritt@cblaw.com

1239725