IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:09CV620 (REP) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S NOTICE OF FILING MEMORANDUM IN OPPOSITION TO PLAINTIFF EPLUS, INC.'S MOTION TO COMPEL**

PLEASE TAKE NOTICE that, pursuant to the Protective Order entered in this case, Defendant Lawson Software, Inc. ("Lawson") has filed the following documents **Under Seal:**

1. Defendant Lawson Software, Inc.'s Memorandum in Opposition to Plaintiff ePlus, Inc's Motion to Compel with exhibits.

LAWSON SOFTWARE, INC.

By: _____/s/_____
  Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Christopher D. Dusseault (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN  55402
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 2nd day of February, 2012, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

| | |
|---|---|
| Craig T. Merritt | James D. Clements |
| Henry I. Willett, III | Goodwin Procter, LLP |
| **CHRISTIAN & BARTON, LLP** | Exchange Place |
| 909 East Main Street, Suite 1200 | 53 State Street |
| Richmond, Virginia 23219-3095 | Boston, MA 02109-2881 |
| cmerritt@cblaw.com | jclements@goodwinprocter.com |
| hwillett@cblaw.com | |

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

                                            /s/
                            Dabney J. Carr, IV (VSB No. 28679)
                            Robert A. Angle (VSB No. 37691)
                            Megan C. Rahman (VSB No. 42678)
                            dabney.carr@troutmansanders.com
                            robert.angle@troutmansanders.com
                            megan.rahman@troutmansanders.com
                            **TROUTMAN SANDERS LLP**
                            1001 Haxall Point
                            Richmond, VA 23219
                            Telephone:  (804) 697-1200
                            Facsimile:  (804) 697-1339
                            *Counsel for Defendant Lawson Software, Inc.*