IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF FILING REPLY MEMORANDUM IN FURTHER SUPPORT OF
MOTION FOR ENTRY OF ORDER REQUIRING PRODUCTION OF
DOCUMENTS AND INFORMATION AS TO WHICH THE
ATTORNEY-CLIENT PRIVILEGE HAS BEEN WAIVED
AND FOR EXPEDITED BRIEFING,
DECLARATION OF CRAIG T. MERRITT AND
ATTACHED EXHIBITS VV - UUU**

Plaintiff *e*Plus, Inc., by counsel, in accordance with the Amended Protective Order entered in this case on November 16, 2009, hereby gives notice that it has filed the following documents **UNDER SEAL** with the Court:

1. Reply Memorandum in Further Support of Motion for Entry of Order Requiring Production of Documents and Information as to which the Attorney-Client Privilege has been Waived and for Expedited Briefing, and

2. Declaration of Craig T. Merritt, with compact disk containing Exhibits VV – UUU to the Memorandum in Support of Motion for Entry of Order Requiring Production of Documents and Information as to which the Attorney-Client Privilege has been Waived and for Expedited Briefing.

A copy of the above-mentioned Memorandum, Declaration and Exhibits will be served on counsel for Defendant Lawson Software, Inc. by hand and overnight delivery today.

February 6, 2012

Respectfully submitted,

ePLUS, INC.

By Counsel

/s/
Craig T. Merritt (VSB #20281)
Paul W. Jacobs, II (VSB #16815)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp *(admitted pro hac vice)*
James D. Clements  *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place, 53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com
Attorneys for Plaintiff, *e*Plus Inc.

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February, 2012, I will electronically file the foregoing:

**NOTICE OF FILING REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION FOR ENTRY OF ORDER REQUIRING PRODUCTION OF DOCUMENTS AND INFORMATION AS TO WHICH THE ATTORNEY-CLIENT PRIVILEGE HAS BEEN WAIVED AND FOR EXPEDITED BRIEFING, DECLARATION OF CRAIG T. MERRITT AND EXHIBITS VV – UUU**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

Daniel J. Thomasch, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-3800

Jason C. Lo, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7153
VAED-620ExternalServiceList@gibsondunn.com

Donald R. Dunner, *pro hac vice*
Erika H. Arner, *pro hac vice*
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
901 New York Avenue, NW
Washington, DC 20001
(202) 408-4000
(202) 408-4400
EXT-Lawson-FinneganCorrespondence@finnegan.com

Daniel McDonald, *pro hac vice*
Kirsten Stoll-DeBell, *pro hac vice*
William D. Schultz, *pro hac vice*
Rachel C. Hughey, *pro hac vice*
Andrew Lagatta, *pro hac vice*
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Facsimile: 612) 332-9081
lawsonservice@merchantgould.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

***Counsel for Defendant Lawson Software, Inc.***

/s/
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com     1238415

3