IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

ePLUS, INC.'S MOTION TO STRIKE PORTIONS OF
LAWSON'S EXPERT REPORT AND EXCLUDE FROM THE CONTEMPT HEARING
IMPROPER OPINIONS
AND FOR EXPEDITED BRIEFING

Plaintiff, ePlus, Inc. ("ePlus"), by counsel, respectfully requests that the Court strike portions of Defendant Lawson Software, Inc.'s ("Lawson") Rebuttal Expert Report of Benjamin F. Goldberg, Ph.D. Concerning Defendant's Alleged Contempt of the Court's Permanent Injunction, in which Dr. Goldberg oversteps the proper bounds for his report.

The report fails to conform to law and the Court's orders in at least six ways.  First, Dr. Goldberg re-argues the Court's claim construction by offering his own constructions that contradict the Court's preexisting constructions or import additional limitations into the Court's constructions.  Second, he improperly reargues infringement and invalidity issues which the jury either decided against at trial or never reached.  Third, he introduces new theories and evidence for avoiding a finding of contempt that Lawson failed to disclose in its Court-ordered response to ePlus's discovery requests.  Fourth, he seeks to dictate to the Court the applicable law in

evaluating the contempt proceedings.  Fifth, he repeatedly mischaracterizes and misuses expert testimony at trial from *e*Plus's experts.  And sixth, Dr. Goldberg relies on non-evidentiary attorney argument from trial to support his claim that the alleged design around is more than colorably different than the adjudicated infringing software configurations.  These attempts to propound new claim constructions, to reargue settled issues, and to proffer legal opinions are not permitted under the Federal Rules of Civil Procedure, under this Court's prior orders and under settled case law in this circuit and in the Federal Circuit.

For at least these reasons, *e*Plus respectfully requests that the Court strike all improper opinions and contentions from Dr. Goldberg's report and preclude Defendant from presenting any related evidence, testimony, or argument at the hearing.

Counsel for *e*Plus certifies that it has met telephonically with counsel for Lawson and that a good faith effort has been made between counsel to resolve the matters at issue.

*e*Plus also requests that the Court order expedited briefing of this motion.  The contempt hearing is scheduled to begin on February 27, less than three weeks from now.  In the meantime, the parties must take expert depositions and prepare the mandatory pre-hearing disclosures, including exhibit lists.  Because of the impact this Motion will have on the parties' preparation for the hearing, *e*Plus respectfully requests that the Court resolve this motion as soon as possible.  *e*Plus therefore requests that the Court order that Lawson's opposition brief be due on Tuesday, February 14, and that *e*Plus's reply brief be due on Friday, February 17.

February 7, 2012	Respectfully submitted,

ePLUS, INC.

By Counsel

_____/s/_____
Craig T. Merritt (VSB #20281)
Paul W. Jacobs II (VSB # 16815)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus Inc.

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February 2012, I will electronically file the foregoing

**eePlus Inc.'s Motion to Strike Portions of Lawson's Expert Report and Exclude from the Contempt Hearing Improper Opinions and for Expedited Briefing**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to counsel of record:

Daniel J. Thomasch, *pro hac vice*
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel +1 212.351.3800
DThomasch@gibsondunn.com

Jason C. Lo, *pro hac vice*
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel +1 213.229.7153
JLo@gibsondunn.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

                                             /s/
                              Craig T. Merritt (VSB #20281)
                              Counsel for Plaintiff *e*Plus, Inc.
                              **CHRISTIAN & BARTON, LLP**
                              909 East Main Street, Suite 1200
                              Richmond, Virginia 23219-3095
                              Telephone: (804) 697-4100
                              Facsimile: (804) 697-4112
                              cmerritt@cblaw.com