IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING UNDER SEAL
ePLUS INC.'S BRIEF IN SUPPORT OF MOTION TO STRIKE PORTIONS OF
LAWSON'S EXPERT REPORT AND EXCLUDE FROM THE CONTEMPT HEARING
IMPROPER OPINIONS AND FOR EXPEDITED BRIEFING

Plaintiff ePlus, Inc., by counsel, in accordance with the Amended Protective Order entered in this case on November 16, 2009, hereby gives notice that today it has filed **UNDER SEAL** with the Clerk of Court its Brief in Support of Motion to Strike Portions of Lawson's Expert Report and Exclude from the Contempt Hearing Improper Opinions and for Expedited Briefing, along with Exhibits 1, 5, 11, 12, 15-18, 20-21 to the Declaration of James D. Clements in support thereof.

A copy of the brief and exhibits will be served on counsel for Defendant Lawson Software, Inc. today.

February 7, 2012

Respectfully submitted,

*e*PLUS, INC.

By Counsel

       /s/
Craig T. Merritt (VSB #20281)
Paul W. Jacobs II (VSB # 16815)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cbblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com

*Counsel for Plaintiff, ePlus, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2012, I will electronically file the foregoing

**NOTICE OF FILING UNDER SEAL *e*PLUS INC.'S BRIEF IN SUPPORT OF MOTION TO STRIKE PORTIONS OF LAWSON'S EXPERT REPORT AND EXCLUDE FROM THE CONTEMPT HEARING IMPROPER OPINIONS AND FOR EXPEDITED BRIEFING**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to counsel of record.

Daniel J. Thomasch, *pro hac vice*
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel +1 212.351.3800
DThomasch@gibsondunn.com

Jason C. Lo, *pro hac vice*
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel +1 213.229.7153
JLo@gibsondunn.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
(804) 697-1238
(804) 698-5119 (Fax)
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

            /s/
Craig T. Merritt (VSB #20281)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

1243034