# EXHIBIT 14

JURY INSTRUCTION NO. 30A

LAWSON CONTENDS THAT EACH ONE OF THE FOLLOWING IS PRIOR ART THAT ANTICIPATES THE ASSERTED CLAIMS:

(1)  THE FISHER RIMS SYSTEM; AND

(2)  U.S. PATENT NO. 5,712,989.

EPLUS DISPUTES THAT ANY OF THESE ARE PRIOR ART OR THAT ANY OF THESE ANTICIPATE THE ASSERTED CLAIMS.

IT IS FOR YOU TO DECIDE WHAT IS OR WHAT IS NOT PRIOR ART.

JURY INSTRUCTION NO. 39

LAWSON CONTENDS A COMBINATION OF TWO OR MORE OF THE FOLLOWING IS PRIOR ART THAT RENDERS OBVIOUS THE ASSERTED CLAIMS:

(1)  THE FISHER RIMS SYSTEM;

(2)  U.S. PATENT NO. 5,712,989;

(3)  THE RIMS BROCHURE;

(4)  THE TV2 GENERAL INFORMATION BROCHURE;

(5)  THE TV2 BROCHURE; AND

(6)  THE TV2 SYSTEM.

EPLUS DISPUTES THAT ANY OF THESE ARE PRIOR ART OR THAT ANY OF THESE RENDER OBVIOUS THE ASSERTED CLAIMS.

IT IS FOR YOU TO DECIDE WHAT IS OR WHAT IS NOT PRIOR ART.