IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

Having considered ePlus, Inc.'s ("ePlus") Motion for Expedited Briefing of its Motion to Strike Portions of Lawson's Expert Report and Exclude from the Contempt Hearing Improper Opinions and Lawson Software, Inc.'s ("Lawson") response thereto, the Court Orders as follows:

1. Lawson shall file its opposition to ePlus's Motion to Strike Portions of Lawson's Expert Report and Exclude from the Contempt Hearing Improper Opinions no later than Wednesday, February 15, 2012;

2. ePlus shall file its reply brief no later than February 17, 2012;

3. Lawson shall file any motions relating to ePlus's experts, Mr. Niemeyer and Dr. Weaver, no later than Wednesday, February 15;

4. ePlus shall file its opposition to any motions relating to Mr. Niemeyer and Dr. Weaver no later than Wednesday, February 22;

5. Lawson shall file its reply briefs on Friday, February 24.

It is SO ORDERED.

Enter: / /

_____
Robert E. Payne
Senior United States District Judge