IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:09CV620 (REP) |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.1(G), the Court hereby GRANTS the motion by defendant Lawson Software, Inc. ("Lawson") for the withdrawal of the *pro hac vice* appearances of Daniel McDonald, Kirstin L. Stoll-DeBell, William D. Schultz, Rachel C. Hughey, Andrew J. Lagatta, Joshua P. Graham and Eric R. Chad of the law firm of Merchant & Gould P.C. as counsel for Lawson in the above-captioned case.

It is further ORDERED that the Clerk of the Court shall strike the above-referenced attorneys' appearance and remove them from the CM/ECF service list in this matter.

It is further ORDERED that parties need not serve the above-referenced attorneys with any pleadings, motions, or other papers in this matter.

Dated:_____     _____
                                Senior United States District Judge