IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:09CV620 (REP) |
| LAWSON SOFTWARE, INC., | ) |
| Defendant. | ) |

## ORDER GRANTING WITHDRAWAL OF APPEARANCE

Pursuant to Local Civil Rule 83.1(G), the Court hereby GRANTS the motion by defendant Lawson Software, Inc. ("Lawson") for the withdrawal of the *pro hac vice* appearances of Daniel McDonald, Kirstin L. Stoll-Debell, William D. Schultz, Rachel C. Hughey, Andrew J. Lagatta, Joshua P. Graham and Eric R. Chad of the law firm of Merchant & Gould P.C. as counsel for Lawson in the above-captioned case.

It is further ORDERED that the Clerk of the Court shall strike the above-referenced attorneys' appearance and remove them from the CM/ECF service list in this matter.

It is further ORDERED that parties need not serve the above-referenced attorneys with any pleadings, motions, or other papers in this matter.

Dated: February 14, 2012

/s/ REP
Senior United States District Judge
Robert E Payne