# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| *e*PLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF *e*PLUS INC.'S EXHIBIT LIST

Pursuant to this Court's Scheduling Order for Contempt Proceedings (Docket No. 849), Plaintiff *e*Plus Inc. ("*e*Plus") hereby submits the attached list of exhibits it intends to admit into evidence either through live witnesses or by deposition at the contempt hearing that is scheduled to begin on February 27, 2012. *e*Plus reserves its right to supplement and amend the list in light of any order regarding the scope of the trial or in light of any information submitted by Defendant Lawson Software, Inc. ("Lawson") as part of its pretrial filings or otherwise. *e*Plus further reserves the right to rely upon any exhibit that was admitted into evidence during trial. *e*Plus also reserves the right to rely upon any exhibit offered at the contempt hearing by Lawson and admitted into evidence.

                    Respectfully submitted,

February 15, 2012                     /s/

                    Scott L. Robertson *(admitted pro hac vice)*
                    Jennifer A. Albert *(admitted pro hac vice)*
                    David M. Young (VSB #35997)
                    **GOODWIN PROCTER LLP**
                    901 New York Avenue, N.W.
                    Washington, DC 20001
                    Telephone:  (202) 346-4000
                    Facsimile:   (202) 346-4444
                    srobertson@goodwinprocter.com
                    jalbert@goodwinprocter.com
                    dyoung@goodwinprocter.com

                    Michael G. Strapp (*admitted pro hac vice*)
                    James D. Clements  (*admitted pro hac vice*)
                    **GOODWIN PROCTER LLP**
                    Exchange Place
                    53 State Street
                    Boston, MA 02109-2881
                    Telephone:  (617) 570-1000
                    Facsimile:   (617) 523-1231
                    mstrapp@goodwinprocter.com
                    jclements@goodwinprocter.com

                    Craig T. Merritt (VSB #20281)
                    Henry I. Willett, III (VSB #44655)
                    **CHRISTIAN & BARTON, LLP**
                    909 East Main Street, Suite 1200
                    Richmond, Virginia 23219-3095
                    Telephone: (804) 697-4100
                    Facsimile: (804) 697-4112
                    cmerritt@cblaw.com
                    hwillett@cblaw.com

                    *Counsel for ePlus, Inc.*

LIBW/1814926.2

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of February, 2012, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC.'S EXHIBIT LIST**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the following:

Josh A. Krevitt, *pro hac vice*
Daniel J. Thomasch, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
jkrevitt@gibsondunn.com
dthomasch@gibsondunn.com

Christopher Dean Dusseault, *pro hac vice*
Jason C. Lo, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel (213) 229-7000
cdusseault@gibsondunn.com
jlo@gibsondunn.com
VAED-620ExternalServiceList@gibsondunn.com

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB#37691
Megan C. Rahman (VSB No. 42678)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point • P.O. Box 1122
Richmond, Virginia 23218-1122
Tel: (804) 697-1200
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
tim.stgeorge@troutmansanders.com
***Counsel for Defendant Lawson Software, Inc.***

                                                    /s/
David M. Young (VSB #35997)
Counsel for Plaintiff *e*Plus, Inc.
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com

3