IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF *e*PLUS INC.'S WITNESS LIST**

Pursuant to the Court's Scheduling Order for Contempt Proceedings (Docket No. 849), Plaintiff *e*Plus Inc. ("*e*Plus") hereby submits the list of witnesses it intends to call in person or by deposition at the contempt hearing that is scheduled to begin on February 27, 2012.

*e*Plus will supplement and amend the list in light of any order regarding the scope of the trial or the waiver of Lawson's attorney-client privilege, or in light of any information submitted by Defendant Lawson Software, Inc. ("Lawson") as part of its pretrial filings or otherwise. *e*Plus will present testimony by any witness identified or called by Lawson, or offer additional testimony from any such witness by deposition if necessary. *e*Plus may call witnesses identified on its witness list or on Lawson's witness list in rebuttal.

In alphabetical order, the names and addresses of the witnesses whom *ePlus* intends to call at trial either in person or by deposition (written transcript and/or videotape) are as follows:

|     | **Name** | **Address** | **Purpose** |
| --- | --- | --- | --- |
| 1. | Dale Christopherson | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 2. | Todd Dooner | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 3. | Dean Hager | Kroll Ontrack<br>9023 Columbine Road<br>Eden Prairie, MN 55347 | Fact |
| 4. | Scott Hanson | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 5. | Elizabeth Homewood | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 6. | Keith Lohkamp | 3045 Totterdell Street<br>Oakland, CA 94611 | Fact |
| 7. | Patrick Niemeyer | 712 Payson Drive<br>St. Louis, MO 63132-3310 | Expert |
| 8. | Kurt Reasoner | Providence Health & Services<br>1801 Lind Avenue SW<br>Renton, WA 98057 | Fact |
| 9. | Kevin Samuelson | Infor<br>641 Avenue of the Americas<br>4th Floor<br>New York, NY 10011 | Fact |
| 10. | Alfred Weaver, Ph.D. | University of Virginia<br>School of Engineering and Applied Sciences<br>151 Engineer's Way<br>P.O. Box 400470<br>Charlottesville, VA 22904 | Expert |
| 11. | Keith Ugone, Ph.D. | Analysis Group<br>2911 Turtle Creek Boulevard<br>Suite 600<br>Dallas, TX 75219 | Expert |

                Respectfully submitted,

February 15, 2012                               /s/

                Scott L. Robertson *(admitted pro hac vice)*
                Jennifer A. Albert *(admitted pro hac vice)*
                David M. Young (VSB #35997)
                **GOODWIN PROCTER LLP**
                901 New York Avenue, N.W.
                Washington, DC 20001
                Telephone:  (202) 346-4000
                Facsimile:   (202) 346-4444
                srobertson@goodwinprocter.com
                jalbert@goodwinprocter.com
                dyoung@goodwinprocter.com

                Michael G. Strapp (*admitted pro hac vice*)
                James D. Clements  (*admitted pro hac vice*)
                **GOODWIN PROCTER LLP**
                Exchange Place
                53 State Street
                Boston, MA 02109-2881
                Telephone:  (617) 570-1000
                Facsimile:   (617) 523-1231
                mstrapp@goodwinprocter.com
                jclements@goodwinprocter.com

                Craig T. Merritt (VSB #20281)
                Henry I. Willett, III (VSB #44655)
                **CHRISTIAN & BARTON, LLP**
                909 East Main Street, Suite 1200
                Richmond, Virginia 23219-3095
                Telephone: (804) 697-4100
                Facsimile: (804) 697-4112
                cmerritt@cblaw.com
                hwillett@cblaw.com


                Counsel for ePlus, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of February, 2012, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC.'S WITNESS LIST**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the following:

Josh A. Krevitt, *pro hac vice*
Daniel J. Thomasch, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
jkrevitt@gibsondunn.com
dthomasch@gibsondunn.com

Christopher Dean Dusseault, *pro hac vice*
Jason C. Lo, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel (213) 229-7000
cdusseault@gibsondunn.com
jlo@gibsondunn.com
VAED-620ExternalServiceList@gibsondunn.com

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB#37691
Megan C. Rahman (VSB No. 42678)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point • P.O. Box 1122
Richmond, Virginia 23218-1122
Tel: (804) 697-1200
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
tim.stgeorge@troutmansanders.com
*Counsel for Defendant Lawson Software, Inc.*

                /s/
David M. Young (VSB #35997)
Counsel for Plaintiff *e*Plus, Inc.
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com

3