Ex. 02 - lawsonL.txt

í;mŒ$Gu5³ß_çû^±O┐ï%┼Ä┼vg÷n}¶-37;s»ßìÇíìZ>[
ôN×Î6×ÓÝ[Ý½w←À„DáS ╪H^!♫? !9Dá[┐# `>' DH,ÀH‰ä?ù◄™ð♂
¡Ô«zÕ]=;3Gx,┼ÕÏ}]U]¯^½¯zïÕ›0¾@†BFÏ¼Á:°fâÈqgÊŒY‡u'Œn¾õ•/yòÛÖS└¤P#f¡ó'ôf@◘)Þ↑äÏq>éRÓoÏ¸
ÕÐ÷fnÐ+◘fv™Õ¦7|v}&<♀#ÚžaÛ3,♀gÚ¾MÝ™GëŽG/{◄;ï4¦¥!…»ÞéÜÝWER¬"I‡ ¤ëÂÿ◄ymCŸ•Ðg
%ôÙ┘ú¬„>Ëög9ôY }õÑš-`±N&BÊ♫\¬Õ¼]?"¤æ‡×Hç/Þ♀ø†/æÞ°Ž↕îö/‹¤P'£j·◄Y4ß©Dë~c´┼¥÷┬É0G‰fiS/
PªàdNø³ì*0°Üľú
±┤Uù:ÌÙá²å{◄©ç‡¼Ù♂¬ðX.µd…NÓ^Ç›é|♫î„┘W¥»Vì┐!Ê¦┼╨◘♫tJ ▯,Çå0/™Ã¶┼R<w°)¥Û↑O|ÂT'¶ÛQ'žàªüxF'7┬
%¾Ï1Û¯yû±ÃhDN×ÁFqH^k¶ÁeÀkqœc†+↑a½ø‡?þåÉÝüÙÝ-↕"1Û(§Á}¦Ð·┘◄W¦ÇÈÍ°è°NŠå+ûä
r†¿]ìàÛPäD.ÅÆ`t↑¨÷¡└Ëef£Ã ÂëYñ^¸◄┬/!<ïÒFÒðÕþÃ←ý‡«ý‡ëý‡7û¤¯÷^K[œþ¤ç¦ O└╨ù'q¾Üeý@→à‡ó‹h-Å
ðÕ9ìk}┴þ5²"ïì¡Ü;ë±♀î«ÏO'ÇûìkÅ@÷º™Y¡f+-jö
ØO^÷ÃO_8õ¡ÓJåÀ'¨þ& #Q®sõ«'a/nïPV'ãHn."rÑ˜`mø
ï5#çÀ‰♫NÈ2Næ€†¬0¤œC÷├@™pòœqË‼XÞ¡ÑÉWMçsp/ÒÅ¶ì°~Ó'•VÍ♀òQP‹,Ý„³{Ñ"Ýœ♂ÈeV$f'á=jÙÀå◄ä2ÚÑ
ln{Žê→¤ã²ö'°¯Ã¥ÒBiþ\D-çJ¥↕ÿ‡?KFÇ â-¢ç┴É
÷h9→QÅŠhËg‡^Ç¤↕¡Ä4ÕÉ;Žëò½e>½├p5- 9F÷æÇ◘ä┘Ñy"0€cBè´u§DÇ┬m•._9³*_ò5¹-Õ$
┤~‡ðuGŠJLÕr-„^
♂
jt6køü9┤›→9aµ…ñ M§m¹aœÜ-.]Ñ¡êâ§µSÈ,g^åÊ4èño"r!ÿô5>ŠŠ,Êr.¿s_ÅÝ¾[P?ãTH├Ÿãp┤rÃ|Ü┼òßuf|v•
FÌ¤|x §W©ï4-w°Ãý"Êør+FÒtÕŠ ┐oç
V%# eM¾B♀K-¢`*~"n-®IrFd`-ô|hF(:ŒÎ 2ÃÛ}ž‰è½Ø-s©£½,žµ„kÐZM‡5x«¡¾áno
:^ÿ;ÅB`p←▯ÛhÜFã÷

ÓCZKx -ýT'Ü
‡´w°©Ü€:9ÁýAî┬6âH┬aï„0çÔÖº-!'etö ╪H
'¶Ô\‼'♀Üâ'±Õ7Î}$Ú^¬(♫\ùz2}Q;"Œ\ù«8Y¤b¨K-Â◄ufÚf©˜♀◘'2Ú•1l± ^¤ùL§©"d$Ì²•›[iJa2B÷nÙµZI³¼J
Ì˜Npè└ ¹â‡jÁ?Ðû-èžuàø♀ÇFãì·'ãîßÄ>¦9
|¿íõUŒª§âÀæ›H^lCÛÖ! ãâ┼rÑ ÎÚ>^"íîØÍð õlŸEäþüë?"¦.,§42'┼á œ•ŠœßLF£-¿GÄ¼¿Ž[;aÓ°Éœ
\)Åy-kû¸÷♂o¤s¾,"®Z|}-♂ÖDÿ├y◄
ý˜SÕrmóÛôÛöR-¼6½²^ÞâÕ2åëQiÑxsaþÞ…ó┤Ró┤'Ñ5ß♂#¿yÝ(LU├)ð×ÝÒñm¤•Ó6
ê"-ã→O‹(
3♂H¨ .Þ◄¹×H´…(♀KQàøÏ‡¨}] -rm"£|Š←"-¶#Š-Ë◄├Cé‼«¾6ÿ '1V^À?t£ÿÀ5→-JÆyä¡,┴o♫l7x|56_*I\¸NTå
£÷Ê└Ð$ìCËØ}C$ÊRStÁ
1&├┬3œœ←▯Åÿúõ‼┤fÞÿ-•ø*◘¦|#ÃšQÅ→¾é•ó¯¢[8Üú³½↑ÃW\óSSÄ┤¼{AiÒp¥ï┬É(w•š*ì↕q♀ç:6ï◘b¯¹çÇQe¯¥FC
a"º£ÒÀÖ" OÈVÝo&]SI┤┘¤Ðy…û-²3é¹├t8`©/Åi=6-þÌ¿¯Ïµ◄'"KÌ·!Ç4½b1F£ÈLa2┤BH-O┤É¶ßÛN|H™Qp
fB┼"+R²
ò€•t¾¸q¡®s@Ù-¯|Š]æ·"g\Nçsø" ®žd┤
ny-5 àxàosÇ¨jq)2ñ
7ÕÕtð
└Æ¤ûT,ïdt?æºBíª$Ë!ÿÐ,³└╨ù
§◄¢ãµR*\6q├;Ápà└'uÓè4Ú²n┐ï#?aôk♀€ø)›Or7Š•=Ë=♀PŠfÅÀæv
á€0é€Ñ¬šQ'T(◄jä[Å├Êm-┤YÍ◘íŠ:Rñ◘á6a¢²ÇœpZÌTö¤0g¶Šiš‡8¼YTcR¥j~Š)SóëQ àGùÁO ö-kÿ-Ž¬án «
J)"}úd {NžW"Çpâéùž¥/©Çx¨M™kyvØëë¹R©^
±ù^"çÓÉg*{Žk3ê½"œ~È¤└'âÞti♂é ‼«-ÇÿkQ{ºb1ªÜ™ü'¢ÙP""·)i┴▯ y…û¦aÈUÆ6
O→
˜º^,nÌc‼7B.·←ûÂQ‡EÑ- ù~V üwÊò›ô,Ë
ü¯§WZFE•J S$C}=§Ô±┤7♂h›î┼ŽÓ:Û`þã53ÕÊ¸;ƒ«åÚZ""À(-Â•▯{¨h›?-K¤NÜÆG…HN$ç1˜/└ !K!O3)Á-;ÔµC# A
Â" $ÃòëÝ†‼nöc¸Ùd`♫(ùB¦KDÓ/^%ó‡÷ xz‹┼ÙA[¿¤←-©↑Žw┴┬ô♫‼EÑ‰„«~\Þa-éÈœ'[L_ÌB└ê¶:úÎ‰>A±•ò‡?

nàß┘‹ôúš±X}¢ëJ$-\áb÷┬¤"┬▯ÊJY*-AS§»†H~R 9¾ë¸î:»ÂŸ*┼R-
┬~…²Ð¸Ç┬
~÷ªåxÕ° ÷+8€éz
I`Ÿ?ÑÀÝCD÷«B(ºÛ£◄î}Z;nâ!rD!FDÈiÄÚÄµD4¾-¹W┬§ßñ¤®²'Äéþ)b÷¯┐»IÝS5²\:xÓ┐T-¢÷/ÂÉœ
i♂'ËK.$á"rÉÀÑlh ¤·yÉÂÛI@¹4ðôå³K'žS.'┬#äO†dJ&qçŸ)'┤C F‹Q
KnÒ]•ThòÖÙuRM♂‡&wºà°lªìð¶¶6úv¶|cª‰-0?♫'¹~↑-ëyÓÓiOGVùD:"C%f+„J-Ä""ÐðcÖLr
+MFù◄²±®P<bt&ZÕ£ÌI↕+0©ÅVM\ñ↑8J+8├ðq¼0 M 'áZB«ñ┘=--Ø€lQÍKc<>£myñ.§tÌd:Úè@Z|
˜Õiâ†Å¢š-RýÁºÎã€Ñ]Ê↑µµÌ•Lh-Ç'ñ˜→‡Œ┘æ¹'ž)®→Î=+¤┴x
Í*€7t◘@N¶¬´ÇæU-íqg◘rÃ¤§Ë•B+DÅ-"Ä`ä$éî1¸◄
µë%Ì»I^↑ ñH2]E«xîŠìä¥ìU↕←')┼øi…jš>6ÊÐe••▯Å_◘39'ê&¸³FÑ¸┐
MäfF y┐c«ò‹W=úÌ³Oj-r¤nqZl¬«Äîà2Wii7óÇ&Je'
ß‼•~-k£)0♀^ÅBw:┐┴ôWŽpTs£"7'ß├HÔ┤Qü[â¨í8!â÷0ÞKãû¤®åz>'qO2/)~┐éÀô◘Êè,"û áï
µ-7øfyßU¯ %¤mÇ3| 3┤
Sfb}ÜÏ•»].˜•+
œ┼ì‡{Í¤¦f♫a ^úfÒz#ª"€õ¨2¿o¦Ã@ô¾(R ",™Sa'Ö7ß¥ï\-¾ó]ú┬T^%,œ^♀•Ý`ÏJ¢žãu◘}AÍ├ª…!yL¸-ž
©┴*vµB-G¿Î1¿ªQ¿%ÁÅ?+~5eE'ÕÜ└·q{³ŽËOí€zg+)&Àð4ââ♂™Z:®$\jÙ[Nâ··↕·æå└îÖZ;Ž

EXHIBIT
2

Ex. 02 - lawsonL.txt

+*Xª–®{'¶ñƒ9è\÷²<Ûì•séüE¬$†‹^£"‹F|äÃû„nŒxv‼¨mTP²V-ÀÜE¨œ¹←ƒi\ÙV`âÀ›í
…Íhxó↕Ž–½½±6€Îp@=?¤D99‹$Ìe#˜pLK°'èÈÅ¿x«(Œ2Õkbê¢,¾PÉ–"¼³┘„x=%♫–½º#"J5Ù8Š
.ð¹å#¿™µP-p- Î±V~┤QÉ←.öMé"¶w[←Ì·«ÜF«┼ëÖë+$òÿ┐¨‹€">ß>.>
©¥üï´ª^Ò3,└Ûë«]P K)ª?†T)P~k©Y^\òË¿õ%Ó_Gã'_*'IøQŽcÛÔ«'q♫♫ŽÓµV##®|ƒRýV¸→¶ŒT¿,¦ÂU5²z¾e2
`~"»÷zßOÛwìåŠÊd^V→½ÃènftW←
i↑Š_ðùxäh–Ñnº†ŒÀ
¢ŠÇÄ┐Éý
ùÞÉÏ·ÇÈ┼eŒû>d┼¤V#Ãí°%É¶ëÚü|1├isô¬┬íÀ┐♫Üxí-:b˜┐gôøK_ùjvÕ©¾ú•/┴ç2¶–E{X"ºPEñ"x½câу*†ç·┘~#♂
owáÏS♂Ï‹•þ<µð<♫¦#jøjÿáþÃÕþÃõþÃ›ý‡xû¤¯¥-ñÍ=âùG,
³┘~Á¤ozEx¯_–ÁèÅôg]Ð\ÒÞ»Öƒç»^oüú?uÑw™Ô¬é\êh÷ªYÇa?u)žùb!O¸Æm4n£ñû††²Og*çÁ6ËþÏ"¤↑ýtyy³V
)¯Mo\[Y½&ªÑSÐP‰~ ian®"b§W¢Ã7_Î-CxWÓ*mhf+vµbjèþNZõ,ðK«ž¡©ªž/,t«zV½)Âÿ.Î˜ÿ$·*┬†ÞÇº–õÂÐ
ÿtp(C'.µ°G™Òµ┬┬–þW< ®>êQ•o¿┼{ù%¹]Evü*2É•Â‹MÈÂËRh/┤Ï{ŽJÈ-Ê‡pú¬xž‼Ï…¾õ)Ðñ€x^ÔÕ¸W+[ «-§¯·
Â¸_=┘,XU‼;k┴`pëøT~\<ÿ↑4 `IC%7ik:x÷Ê♂†{^yÁ8‼Àc
¼ç…┼|óF .è\Y£pJ˜?Í↕¦ó-$±¡ê–┘šï↕Ï÷ªæûÕË•Äóƒ'¹¿¥¼3à,ygh=-IEº© L‼"Ðüœx>#ž_éØÿx:Ú_ïh?ÛÅ¨┬
¾ÕÑ™Ž|'←uCxwv}Ÿày&¢°Â ¨f&¸KÃ"lp•½?†ÇszXWxþæÿ└–RôwéM