515

```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF VIRGINIA
                   RICHMOND DIVISION
```

- - - - - - - - - - - - - - - :
                              :
ePLUS, INC.,                  :
                              :
          Plaintiff,          :
v.                            :    Civil Action
                              :    No. 3:09CV620
LAWSON SOFTWARE, INC.,        :
                              :    January 6, 2011
          Defendant.          :
- - - - - - - - - - - - - - - :


COMPLETE TRANSCRIPT OF **JURY TRIAL**
BEFORE THE HONORABLE ROBERT E. PAYNE
UNITED STATES DISTRICT JUDGE, AND A JURY


APPEARANCES:

Scott L. Robertson, Esq.
Jennifer A. Albert, Esq.
**Michael T. Strapp, Esq.**
**David M. Young, Esq.**
GOODWIN PROCTOR
901 New York Avenue, NW
Washington, D.C.   20001

Craig T. Merritt, Esq.
CHRISTIAN & BARTON
909 E. Main Street, Suite 1200
Richmond, VA   23219-3095

      Counsel for the plaintiff ePlus


          DIANE J. DAFFRON, RPR
           OFFICIAL COURT REPORTER
         UNITED STATES DISTRICT COURT

EXHIBIT 4

1   program and gives it a search query or initiates a
2   search using a characteristic of a drop down menu.
3   And the search engine then engages and returns items
4   that match the query.
5   Q   Did you examine a Lawson software program that
6   permits a user of a Lawson system to perform that
7   functionality?
8   A   Yes, the requisitioning system does that.
9   Q   You have building a requisition icon here. Do you
10  see that?
11  A   Yes.
12  Q   Please explain what you're intending to illustrate
13  there?
14  A   So in the Lawson system you build a shopping cart,
15  then you add and delete items from it until you're
16  satisfied with it. And then you do a checkout from
17  the Lawson system. And that engages the requisition
18  system and builds the requisition of all the items
19  that you want to order.
20  Q   Are you familiar with the term "a shopping cart"?
21  A   Yes.
22  Q   Is that consistent with your understanding of
23  building a requisition?
24  A   Well, it's not the requisition. It's the data
25  structure that can be modified. You can add and

WEAVER - DIRECT                          569

1  delete to it. So in computer terminology, we call
2  this a cache, a C-A-C-H-E. So it's a data structure
3  that holds data, and then it's going to be transferred
4  to the requisition module, and it's in the requisition
5  module that the requisition is created.
6  Q   All right. Thank you for that correction. So is
7  it consistent with an order list?
8  A   The order list is the shopping cart and that's
9  what becomes the requisition.
10 Q   Did the Court define what an order list is in its
11 glossary of claim terms?
12 A   Yes. A list of desired catalog items.
13 Q   Did you apply that construction in doing your
14 infringement analysis?
15 A   Absolutely.
16 Q   Next you have an icon for generating purchase
17 orders. Do you see that as part of the overview of
18 the Lawson procurement system?
19 A   Yes.
20 Q   Can you explain that process here?
21 A   So we've got our requisition. This is our formal
22 list of the things we want to buy. It might have one
23 item. It might have a hundred items. The items might
24 be from one vendor or they might be from 100 vendors.
25 Whatever that requisition says, the purchase order

WEAVER - DIRECT                                  740

2    (The proceedings were adjourned at 5:15 p.m.)