741

```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                      RICHMOND DIVISION


    ------------------------------------
                                        :
    ePLUS, INC.                         :   Civil Action No.
                                        :   3:09CV620
    vs.                                 :
                                        :
    LAWSON SOFTWARE, INC.               :   January 7, 2011
                                        :
    ------------------------------------


            COMPLETE TRANSCRIPT OF THE JURY TRIAL
            BEFORE THE HONORABLE ROBERT E. PAYNE
          UNITED STATES DISTRICT JUDGE, AND A JURY


    APPEARANCES:

    Scott L. Robertson, Esquire
    Michael G. Strapp, Esquire
    Jennifer A. Albert, Esquire
    David M. Young, Esquire
    Goodwin Procter, LLP
    901 New York Avenue NW
    Suite 900
    Washington, D.C.  20001

    Craig T. Merritt, Esquire
    Christian & Barton, LLP
    909 East Main Street
    Suite 1200
    Richmond, Virginia  23219-3095
    Counsel for the plaintiff


                    Peppy Peterson, RPR
                   Official Court Reporter
                 United States District Court
```



EXHIBIT 5

1        THE COURT: Is that 111 or 11?
2        MR. ROBERTSON: 11, sir. I may have misspoken.
3        THE COURT: No, I didn't write it down.
4   Q    Doctor, I'd like to talk to you a little bit now about
5   what's known as indirect infringement. You are familiar with
6   that concept?
7   A    Yes.
8   Q    You understand that ePlus is also accusing Lawson of
9   inducing infringement of the patent claims in this case by
10  encouraging, aiding, abetting, or assisting its customers to
11  directly infringe the method claims at issue in this case?
12  A    Yes, I understand that.
13  Q    What evidence have you reviewed with respect to whether or
14  not Lawson does, in fact, encourage, assist, urge, aid, or abet
15  its customers to use the Lawson systems in a manner that are
16  covered by ePlus's claims?
17  A    Well, we saw yesterday that there were training courses
18  that were being offered. We looked at one which was the notes
19  for a training session, but there are live training sessions,
20  there are archived on-line training sessions that you can play
21  back. There are live training sessions that are using an
22  interactive tool so that you can watch a training session and
23  participate in it.
24       We know from testimony of both the Lawson witnesses and
25  their customers that Lawson provides consulting services to

Weaver - Direct

773

1 help with things like the data migration that we talked about
2 moments ago. Lawson maintains a help website where customers
3 can go to find documents or to get answers to frequently asked
4 questions.
5     We know that Lawson has partnerships with some companies
6 that provide multiple vendor catalogs. One of those is the
7 Global Health Exchange. So this helps their customers find
8 more items that they might want to purchase, and then as you've
9 seen already, there's voluminous documentation that Lawson
10 provided to its customers about how to use its software
11 products.
12 Q   Will they install, build, configure, maintain, and service
13 those systems?
14 A   They will.
15 Q   Does Lawson provide on-demand online courses?
16 A   Yes, they do.
17 Q   Will they perform product simulation training for you?
18 A   Yes, they will.
19 Q   Do they have interactive webcast training?
20 A   Yes, they do.
21 Q   Do they provide virtual labs where students can interact
22 with a simulation system?
23 A   Yes, they do.
24 Q   Do they offer courses in how to do the electronic
25 procurement?

1  aren't accused.  Isn't that what your objection was?
2          MR. McDONALD:  That's right.
3          THE COURT:  The question was confusing if he
4  is giving opinion that it does infringe.  In addition
5  to that, it is beyond where you are in the discovery
6  process.  And we have to sort that out and then get
7  your question straight, and go forward from there
8  while we're having a recess.
9          Thank you.  Recess for 20 minutes.
10         (Brief recess taken.)
11         THE COURT:  All right.  Have we gotten
12 ourselves ready to go now?
13         MR. ROBERTSON:  Yes, sir.
14         THE COURT:  All right.  Let's go.
15 BY MR. ROBERTSON:
16 Q   Dr. Weaver, we were looking at Claim One, the '172
17 patent.  The fifth element down I'd like you to focus
18 on as.  It's a means for building a requisition that
19 uses data obtained from a database relating to
20 selected matching items on said order list.  Do you
21 see that, the order list?
22 A   Yes.
23 Q   Which Lawson application did we see that had the
24 capability of providing an order list?
25 A   The shopping cart.  So the RSS module.

1  the afternoon on Tuesday, it looks like.  If not, you
2  may be kicking off on Wednesday morning, it depends.
3          My wife criticizes me substantially for
4  checking out the NOAA weather and other weather items
5  like the Weather Channel, and she accuses me of being
6  an old man with nothing to do because I do that, but
7  there are times when it comes into play.  And I saw
8  that there is a very significant snowstorm supposed to
9  hit the Midwest, and I don't want you-all to go home
10 over the weekend and get trapped there.
11         So be advised that being trapped in the snow
12 is not a sufficient excuse not to start the trial.
13 Mr. Carr will be ready to go.
14         And I am not, I want you to know, being paid
15 by any merchant in town to keep you-all here.
16         All right.  Thank you very much.  Have a nice
17 weekend.  Get some rest.
18         (The proceedings were adjourned at 5:17 p.m.)