```
                                                    1

 1            IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF VIRGINIA

 3                     Richmond Division

 4   ------------------------x

 5   ePLUS INC.,              )

 6            Plaintiff,      ) Civil Action No.

 7       v.                   ) 3:09-CV-620 (REP)

 8   LAWSON SOFTWARE, INC.,   )

 9            Defendant.      )

10   ------------------------x

11

12              CONFIDENTIAL - SOURCE CODE

13

14   Videotaped Deposition of PATRICK NIEMEYER

15                   Washington, DC

16            Wednesday, February 8, 2012

17                     9:55 a.m.

18

19

20   Job No.: 17904

21   Pages: 1 - 319

22   Reported by: Lee Bursten, RPR, CRR
```

EXHIBIT 6

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

66

| | | |
|---|---|---|
| 1 | MR. FORMAN: Objection, form. | 11:02:31 |
| 2 | BY MR. LO: | 11:02:35 |
| 3 | Q    Let me rephrase the question. I think | 11:02:35 |
| 4 | we're talking past each other. Assume in RSS that a | 11:02:38 |
| 5 | user has added an item into what is the My Cart on | 11:02:45 |
| 6 | the screen. Do you have that assumption in mind? | 11:02:49 |
| 7 | A    Say that again. | 11:02:52 |
| 8 | Q    Yes. Assume that we're talking about RSS, | 11:02:53 |
| 9 | and that the user has selected an item from the | 11:02:56 |
| 10 | left-hand side of the screen, clicked on the Add Item | 11:02:58 |
| 11 | link, and added that item to the My Cart that shows | 11:03:01 |
| 12 | up on the right-hand side of the user screen. Do you | 11:03:05 |
| 13 | have that in mind? | 11:03:09 |
| 14 | A    Yes. | 11:03:10 |
| 15 | Q    Assuming the user has done nothing else | 11:03:10 |
| 16 | other than add the item into the My Cart, has that | 11:03:13 |
| 17 | item been transferred to the Requisition Database in | 11:03:16 |
| 18 | RSS? | 11:03:18 |
| 19 | A    It has not been placed into the Requisition | 11:03:22 |
| 20 | Database yet, no. | 11:03:25 |
| 21 | Q    And eventually in RSS, it can be placed in | 11:03:27 |
| 22 | the Requisition Database, correct? | 11:03:31 |

CONFIDENTIAL - SOURCE CODE
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

103

| | | |
|---|---|---|
| 1 | Shopping Cart Cookie file; do you recall that? | 12:08:48 |
| 2 | A    Yes, I do. | 12:08:52 |
| 3 | Q    That's a file that's stored on what we | 12:08:53 |
| 4 | referred to as the server side of the software, | 12:08:56 |
| 5 | correct? | 12:08:59 |
| 6 | A    That's correct. | 12:09:00 |
| 7 | Q    And it is a file that is different from | 12:09:00 |
| 8 | what you have been referring to as the Requisition | 12:09:07 |
| 9 | Database, correct? | 12:09:08 |
| 10 | A    Well, I believe we agreed that we were | 12:09:11 |
| 11 | referring to -- what we were referring to as the | 12:09:14 |
| 12 | Requisition Database included the REQ header and | 12:09:16 |
| 13 | REQLINES tables in the database.  And it is not -- | 12:09:18 |
| 14 | the Shopping Cart Cookie file is neither a database | 12:09:21 |
| 15 | table nor one of those tables.  So yes, it is | 12:09:23 |
| 16 | different. | 12:09:26 |
| 17 | Q    And you understand that there was a | 12:09:26 |
| 18 | Shopping Cart Cookie file in RSS, correct? | 12:09:31 |
| 19 | A    Yes. | 12:09:34 |
| 20 | Q    In fact, you describe it at some length in | 12:09:34 |
| 21 | your reports in the contempt proceedings, correct? | 12:09:37 |
| 22 | A    I'm not sure to what length, but -- how you | 12:09:39 |

CONFIDENTIAL - SOURCE CODE
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

105

| # | | Time |
|---|---|---|
| 1 | respect to what? It serves the same role in the | 12:10:41 |
| 2 | system. I can describe it. It's a file that holds | 12:10:43 |
| 3 | the list of items the user has selected prior to | 12:10:44 |
| 4 | requisition creation. | 12:10:48 |
| 5 |     Q    Well, my original question to you was | 12:10:58 |
| 6 | whether the functions of the Shopping Cart Cookie | 12:11:01 |
| 7 | file changed from RSS to RQC. And your response was | 12:11:04 |
| 8 | they are substantially identical. And I just want to | 12:11:07 |
| 9 | figure out why you qualified it by saying | 12:11:09 |
| 10 | substantially. | 12:11:11 |
| 11 |     A    Let me put it this way. The role of the | 12:11:12 |
| 12 | Shopping Cart Cookie file is identical in RSS and | 12:11:15 |
| 13 | RQC. | 12:11:17 |
| 14 |     Q    Okay. | 12:11:17 |
| 15 |     A    It is a file. It doesn't really have | 12:11:18 |
| 16 | functionality per se. | 12:11:20 |
| 17 |     Q    Are the source code calls to the Shopping | 12:11:21 |
| 18 | Cart Cookie file identical in RSS and RQC? | 12:11:32 |
| 19 |         MR. FORMAN: Objection, form. | 12:11:34 |
| 20 |     A    There are no -- I don't mean to be picky, | 12:11:36 |
| 21 | but there are no calls to the cookie file. It's a | 12:11:40 |
| 22 | file. It's produced, read. | 12:11:42 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

111

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 12:17:35 |
| 2 | Q | And in RSS, that portion of the code is | 12:17:35 |
| 3 | triggered by the user adding an item to the cart, | | 12:17:38 |
| 4 | correct, the My Cart? | | 12:17:43 |
| 5 | A | Yes. When the user selects an item to be | 12:17:45 |
| 6 | added to the cart, it is triggered. | | 12:17:47 |
| 7 | Q | And in your view, in RQC, when a user | 12:17:49 |
| 8 | selects an item to be added now into the Requisition | | 12:17:53 |
| 9 | Line, the same piece of code is executed, correct? | | 12:17:56 |
| 10 | A | Yes, I believe that's correct. | 12:18:00 |
| 11 | Q | And so in your view, that portion of the | 12:18:01 |
| 12 | code has not changed from RSS to RQC, correct? | | 12:18:05 |
| 13 | A | Yes, I believe that's correct. | 12:18:08 |
| 14 | Q | Were you aware of this piece of code that | 12:18:12 |
| 15 | you cite in paragraph 57 in the underlying | | 12:18:17 |
| 16 | proceedings when you reviewed the Lawson software? | | 12:18:22 |
| 17 | A | At the time of the trial or at the time of | 12:18:25 |
| 18 | the initial expert report? | | 12:18:27 |
| 19 | Q | At the time of trial. | 12:18:31 |
| 20 | A | Yes, I'm sure I was. | 12:18:32 |
| 21 | Q | You would agree there's no mention of the | 12:18:33 |
| 22 | Shopping Cart Cookie file in the expert report that | | 12:18:36 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

112

| | | |
|---|---|---|
| 1 | you prepared in the underlying trial, correct? | 12:18:38 |
| 2 | A    That's correct.  I included things that I | 12:18:40 |
| 3 | thought were important to support the report and | 12:18:42 |
| 4 | excluded things I did not think were salient. | 12:18:46 |
| 5 | Q    Okay.  And so you thought that the Shopping | 12:18:48 |
| 6 | Cart Cookie file was not salient, and therefore, it | 12:18:53 |
| 7 | was excluded from your expert report in the | 12:18:55 |
| 8 | underlying trial, correct? | 12:18:57 |
| 9 | A    It was elided from my description because I | 12:18:57 |
| 10 | don't describe every single step required to get from | 12:19:01 |
| 11 | point A to point B in every single system. | 12:19:03 |
| 12 | Q    But you attempted to describe the steps | 12:19:08 |
| 13 | that you deemed to be relevant to what the judge and | 12:19:11 |
| 14 | the jury had to consider in the underlying trial, | 12:19:12 |
| 15 | correct? | 12:19:16 |
| 16 | A    In my initial expert report, I described | 12:19:16 |
| 17 | the steps required to place an item into the Shopping | 12:19:19 |
| 18 | Cart and to subsequently create a requisition and | 12:19:25 |
| 19 | generate one or more purchase order items from that. | 12:19:27 |
| 20 | I don't believe any of that has changed.  I'm not | 12:19:31 |
| 21 | sure exactly what you're asking me. | 12:19:33 |
| 22 | Q    Well, I'm asking you why there was no | 12:19:34 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

124

| | | |
|---|---|---|
| 1 | these contempt proceedings? | 12:30:23 |
| 2 | A    I did, in my -- in response to Lawson's | 12:30:24 |
| 3 | arguments related to the Shopping Cart Cookie file, I | 12:30:29 |
| 4 | was asked to respond to arguments that they made, and | 12:30:36 |
| 5 | I did. | 12:30:41 |
| 6 | Q    What arguments in particular are you | 12:30:41 |
| 7 | referring to? | 12:30:43 |
| 8 | A    I'm sure there were several that touched on | 12:30:44 |
| 9 | it, but the one that comes to mind is the contention | 12:30:47 |
| 10 | that Lawson removed the order list by virtue of | 12:30:49 |
| 11 | having removed the Shopping Cart. That required a | 12:30:53 |
| 12 | response discussing what if anything was removed in | 12:30:58 |
| 13 | some detail from the Shopping Cart data structures. | 12:31:06 |
| 14 | And I subsequently documented those data structures | 12:31:09 |
| 15 | and how -- what if anything changed. | 12:31:13 |
| 16 | Q    In your contempt proceedings reports, there | 12:31:28 |
| 17 | were references to what is called a Cart Object. Are | 12:31:31 |
| 18 | you aware of that? | 12:31:36 |
| 19 | A    Yes, I am. | 12:31:36 |
| 20 | Q    Can you describe generally what the Cart | 12:31:37 |
| 21 | Object is that you're describing in your reports? | 12:31:39 |
| 22 | A    It's a client side JavaScript object used | 12:31:40 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

125

| | | |
|---|---|---|
| 1 | in the Shopping Cart functionality. | 12:31:45 |
| 2 | Q    Can you be more specific about how it is | 12:31:53 |
| 3 | used in what you call the Shopping Cart | 12:31:55 |
| 4 | functionality? | 12:31:57 |
| 5 | A    To be precise, I would characterize it as a | 12:31:57 |
| 6 | view-related object.  It's a buffer or a cache of | 12:32:01 |
| 7 | information about items to be displayed on the | 12:32:07 |
| 8 | screen. | 12:32:11 |
| 9 | Q    Right.  And to be more precise, in RSS, as | 12:32:11 |
| 10 | we talked about earlier, there is a section of the | 12:32:15 |
| 11 | screen called the My Cart, correct? | 12:32:19 |
| 12 |         MR. FORMAN:  Objection to form. | 12:32:20 |
| 13 | A    There's a label on the screen that says "My | 12:32:21 |
| 14 | Cart." | 12:32:23 |
| 15 | BY MR. LO: | 12:32:23 |
| 16 | Q    Right.  And the items that are displayed | 12:32:23 |
| 17 | under the My Cart in RSS are -- the information for | 12:32:25 |
| 18 | those items are stored in the Cart Object, correct? | 12:32:29 |
| 19 | A    It depends on how technical you want to be. | 12:32:34 |
| 20 | It's an HTML, it's a web application, so technically, | 12:32:36 |
| 21 | there are any number of levels at which that | 12:32:41 |
| 22 | information is stored, ranging from a document object | 12:32:46 |

CONFIDENTIAL - SOURCE CODE
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

136

| | | | |
|---|---|---|---|
| 1 | A | Yes. | 13:33:43 |
| 2 | Q | And for the Shopping Cart Cookie file, I | 13:33:43 |
| 3 | | already asked you, you were certainly aware of the | 13:33:46 |
| 4 | | existence of the Shopping Cart Cookie file by the | 13:33:50 |
| 5 | | time of trial in the underlying proceedings basically | 13:33:53 |
| 6 | | in January of 2011, correct? | 13:33:56 |
| 7 | A | Yes. | 13:33:58 |
| 8 | Q | At the time you prepared your expert report | 13:33:59 |
| 9 | | in May 2010, were you aware of the Shopping Cart | 13:33:59 |
| 10 | | Cookie file which is described in your contempt | 13:34:02 |
| 11 | | report? | 13:34:05 |
| 12 | A | At the time I prepared my initial expert | 13:34:06 |
| 13 | | report, yes. | 13:34:08 |
| 14 | Q | Same question for the Cart Object. I think | 13:34:10 |
| 15 | | we've already discussed that. Certainly at the time | 13:34:13 |
| 16 | | of trial, in January 2011, you were aware of the | 13:34:15 |
| 17 | | function of the Cart Object in the Lawson software, | 13:34:19 |
| 18 | | correct? | 13:34:22 |
| 19 | A | I'm sure I had reviewed it, yes. | 13:34:22 |
| 20 | Q | And at the time that you prepared your | 13:34:24 |
| 21 | | initial expert report in the May 2010 time frame, | 13:34:26 |
| 22 | | were you also already aware of the Cart Object? | 13:34:30 |

CONFIDENTIAL - SOURCE CODE
PLANET DEPOS I 888.433.3767 I WWW.PLANETDEPOS.COM

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

137

| | | |
|---|---|---|
| 1 | A    I'm sorry, I'm missing the sequence here. | 13:34:35 |
| 2 | Could you repeat the question? | 13:34:37 |
| 3 | Q    Sure.  At the time that you prepared your | 13:34:38 |
| 4 | initial expert report in the underlying proceedings, | 13:34:40 |
| 5 | and I believe that's in the May 2010 time frame, were | 13:34:44 |
| 6 | you already aware of the Cart Object that is now | 13:34:46 |
| 7 | described in the contempt report? | 13:34:49 |
| 8 | A    I'm sure I was. | 13:34:50 |
| 9 | Q    And you mentioned before the lunch break | 13:34:56 |
| 10 | that in this proceeding, it was your decision and not | 13:34:58 |
| 11 | the lawyers' decision to raise the existence of the | 13:35:03 |
| 12 | Shopping Cart Cookie file, correct? | 13:35:06 |
| 13 | MR. FORMAN:  Objection to form. | 13:35:07 |
| 14 | A    The decision about what was necessary to | 13:35:11 |
| 15 | answer arguments or to document functionality was | 13:35:18 |
| 16 | mine.  I'm sure I took guidance on what to include in | 13:35:20 |
| 17 | the report and what not to include. | 13:35:24 |
| 18 | BY MR. LO: | 13:35:25 |
| 19 | Q    Fair enough.  Do you recall when you made | 13:35:25 |
| 20 | that decision to discuss the Shopping Cart Cookie | 13:35:27 |
| 21 | file? | 13:35:30 |
| 22 | A    Other than approximately the time frame | 13:35:30 |

CONFIDENTIAL - SOURCE CODE
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

```
                                                              169
1    in the deposition of Patrick Niemeyer.  Going off the        14:10:35
2    record at 14:10.                                             14:10:38
3            (Discussion off the record.)                         14:12:44
4            THE VIDEOGRAPHER:  Here begins tape 3 in             14:13:51
5    the deposition of Patrick Niemeyer.  We are back on          14:14:02
6    the record at 14:14.                                         14:14:05
7    BY MR. LO:                                                   14:14:25
8       Q    Before we took the break, I was talking to           14:14:25
9    you about your testimony at trial relating to the            14:14:29
10   Shopping Cart and the REQLINE table.  Do you recall          14:14:32
11   that, sir?                                                   14:14:35
12      A    Yes, I do.                                           14:14:35
13      Q    And you gave me your understanding that the          14:14:36
14   assumption you had was that the reason that the              14:14:44
15   REQLINE table -- let me rephrase the question.  It           14:14:47
16   was your assumption in providing this testimony at           14:14:53
17   trial that the Shopping Cart items ended up in the           14:14:56
18   REQLINE table as a result of a checkout by the user;         14:15:00
19   is that correct?                                             14:15:07
20           MR. FORMAN:  Objection to form.                      14:15:07
21      A    I don't think it's appropriate to                    14:15:08
22   characterize it as an assumption.  I think I'm               14:15:12
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

```
                                                            170
 1   simply -- it was simply documenting a simple case and    14:15:15
 2   did not offer alternatives to that case.  Again,         14:15:20
 3   there are any number of things the user could have       14:15:24
 4   done in that intervening -- you know, during that        14:15:26
 5   process that I didn't document.                          14:15:29
 6   BY MR. LO:                                               14:15:31
 7        Q    Sure.  Let me rephrase my question, then,      14:15:32
 8   to make sure I don't mischaracterize you.  When you      14:15:34
 9   were testifying at trial about the Shopping Cart and     14:15:38
10   the REQLINE, what you were documenting was an            14:15:39
11   instance in which the user hit the "Checkout" button     14:15:48
12   which resulted in the items in the Shopping Cart         14:15:50
13   going into the Requisition Database, correct?            14:15:54
14             MR. FORMAN:  Objection to form.                14:15:57
15        A    I was simply trying to describe the process    14:15:59
16   by which the user added items to the Shopping Cart       14:16:03
17   and subsequently generated a requisition.  The steps     14:16:06
18   were designed -- the steps that I discussed were         14:16:09
19   designed to bolster the jury's understanding of the      14:16:12
20   process.  They were not exclusive of other things        14:16:15
21   that happened in the system; as I've said, there's a     14:16:19
22   limit to the level of detail that one can go into in     14:16:21
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

176

| | | |
|---|---|---|
| 1 | it is in RQC; is that correct? | 14:24:45 |
| 2 | A    With the -- notwithstanding the removal of | 14:24:47 |
| 3 | the "Save" button and the automation of that trigger, | 14:24:50 |
| 4 | I believe the Save operation is identical.  In fact, | 14:24:53 |
| 5 | notwithstanding that, I believe everything we've | 14:24:57 |
| 6 | discussed today is identical.  We haven't really | 14:24:59 |
| 7 | gotten to anything that's changed yet. | 14:25:02 |
| 8 | Q    Is the treatment of errors the same, in | 14:25:03 |
| 9 | your view, in RSS and RQC? | 14:25:05 |
| 10 | MR. FORMAN:  Objection to form. | 14:25:07 |
| 11 | A    With respect to everything I testified | 14:25:13 |
| 12 | about at trial, everything I understand to be at | 14:25:15 |
| 13 | issue, it is identical.  There were some minor | 14:25:16 |
| 14 | changes to the behavior on the client's side with | 14:25:18 |
| 15 | respect to errors. | 14:25:20 |
| 16 | BY MR. LO: | 14:25:21 |
| 17 | Q    Well, let me stop you there.  In the expert | 14:25:21 |
| 18 | report you prepared in the underlying case, do you | 14:25:28 |
| 19 | recall any discussion of errors entering -- | 14:25:32 |
| 20 | A    No, I did not document the error handling | 14:25:36 |
| 21 | case. | 14:25:40 |
| 22 | Q    In the underlying trial, in your testimony | 14:25:40 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

```
                                                          177
 1   to the judge and jury, did you have any testimony          14:25:44
 2   regarding the error handling case?                         14:25:47
 3        A    No, I don't believe I did.                       14:25:54
 4        Q    I take it in preparing the report in the         14:25:57
 5   May 2010 time frame, you were aware of the error           14:25:58
 6   handling case in RSS, correct?                             14:26:03
 7        A    Certainly to some extent, yes.  I probably       14:26:04
 8   had not studied it as much as currently because it         14:26:07
 9   was not something I testified about.                       14:26:09
10        Q    Okay.  And certainly we were talking about      14:26:10
11   the requisition.js file, which invokes the                14:26:15
12   Commit/Save, which then leads to the error checking.      14:26:19
13   The requisition.js file was a file you looked at in       14:26:22
14   preparing your expert report in May of 2010, correct?    14:26:25
15        A    Yes, it was.                                    14:26:28
16        Q    And of course, in your -- strike that           14:26:28
17   question.                                                 14:26:40
18        A    My discussion of the error handling in my       14:27:04
19   contempt expert report and rebuttal, to the extent        14:27:09
20   that it's discussed there, derived from responding to     14:27:11
21   Lawson's arguments with respect to the removal of the     14:27:16
22   Shopping Cart file.  That is why I am rebutting the       14:27:18
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

315

| # | | Time |
|---|---|---|
| 1 | MR. LO: No further questions. | 18:02:48 |
| 2 | MR. FORMAN: No further questions. | 18:02:49 |
| 3 | THE VIDEOGRAPHER: This ends the deposition | 18:02:51 |
| 4 | of Patrick Niemeyer. We are off the record at 18:02. | 18:02:53 |
| 5 | (Signature having not been waived, the | |
| 6 | deposition of PATRICK NIEMEYER was concluded at | |
| 7 | 6:02 p.m.) | |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

316

ACKNOWLEDGMENT OF DEPONENT

I, PATRICK NIEMEYER, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

_____       _____

(DATE)                (SIGNATURE)

CONFIDENTIAL VIDEOTAPED DEPOSITION OF PATRICK NIEMEYER
CONDUCTED ON WEDNESDAY, FEBRUARY 8, 2012

317

1  CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2  I, Lee Bursten, the officer before whom the

3  foregoing deposition was taken, do hereby certify

4  that the foregoing transcript is a true and correct

5  record of the testimony given; that said testimony

6  was taken by me stenographically and thereafter

7  reduced to typewriting under my direction; and that I

8  am neither counsel for, related to, nor employed by

9  any of the parties to this case and have no interest,

10 financial or otherwise, in its outcome.

11  IN WITNESS WHEREOF, I have hereunto set my

12 hand and affixed my notarial seal this 10th day of

13 February, 2012.

14

15 My commission expires June 30, 2014.

16

17

18

19

20

21 NOTARY PUBLIC IN AND FOR

22 THE DISTRICT OF COLUMBIA

CONFIDENTIAL - SOURCE CODE
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM