1

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE EASTERN DISTRICT OF VIRGINIA
3  Richmond Division
4  ------------------------x
5  ePLUS INC.,              )
6           Plaintiff,      )  Civil Action No.
7     v.                    )  3:09-CV-620 (REP)
8  LAWSON SOFTWARE, INC.,   )
9           Defendant.      )
10 ------------------------x
11
12           CONFIDENTIAL - SOURCE CODE
13
14 Videotaped Deposition of ALFRED C. WEAVER, Ph.D.
15           Washington, DC
16      Thursday, February 9, 2012
17           9:01 a.m.
18
19
20 Job No.: 17905
21 Pages: 1 - 274
22 Reported by: Lee Bursten, RPR, CRR

EXHIBIT 7

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

105

| | | |
|---|---|---|
| 1 | for a legal conclusion. | 11:43:44 |
| 2 | A   Reading the top of column 14, it says, | 11:43:49 |
| 3 | "that the patentee previously contended, and proved, | 11:43:52 |
| 4 | satisfy specific limitations." | 11:43:56 |
| 5 | BY MR. THOMASCH: | 11:43:58 |
| 6 | Q   So it's that which fills both, it was | 11:43:59 |
| 7 | contended by the party, and proven to the jury; is | 11:44:01 |
| 8 | that correct? | 11:44:05 |
| 9 | A   I think so. | 11:44:05 |
| 10 | Q   And in determining what was contended by | 11:44:10 |
| 11 | the party, did you ever inquire about what was said | 11:44:13 |
| 12 | during closing arguments? | 11:44:19 |
| 13 | A   No. | 11:44:21 |
| 14 | Q   Do you know whether ePlus made any | 11:44:26 |
| 15 | contentions to the jury about what was infringing | 11:44:34 |
| 16 | based on ePlus's counsel's cross-examination of | 11:44:42 |
| 17 | Lawson's infringement witness? | 11:44:46 |
| 18 | A   Goodness.  I'm not sure what that means. | 11:44:49 |
| 19 | Q   All right.  Let me rephrase it.  There was | 11:44:51 |
| 20 | at least one other witness at the trial directly | 11:44:57 |
| 21 | related to infringement, correct? | 11:45:00 |
| 22 | A   You're talking about Lawson's witness? | 11:45:02 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

118

| | | |
|---|---|---|
| 1 | MS. ALBERT: I'm entitled to make | 12:03:43 |
| 2 | appropriate objections. And he has answered that | 12:03:45 |
| 3 | question three times now. | 12:03:47 |
| 4 | MR. THOMASCH: Would you read the pending | 12:03:48 |
| 5 | question back, please. | 12:03:50 |
| 6 | (Requested portion of record read.) | 12:03:51 |
| 7 | A    I can form an infringement opinion based | 12:04:02 |
| 8 | upon the data that I see displayed in the Shopping | 12:04:04 |
| 9 | Cart and my knowledge of the data structure | 12:04:10 |
| 10 | underneath it. | 12:04:12 |
| 11 | BY MR. THOMASCH: | 12:04:26 |
| 12 | Q    At the time you testified at the trial of | 12:04:27 |
| 13 | this action, what was your knowledge regarding the | 12:04:28 |
| 14 | data structure underneath the Shopping Cart? | 12:04:32 |
| 15 | MS. ALBERT: Asked and answered. | 12:04:39 |
| 16 | A    That there was a cache that held the data | 12:04:39 |
| 17 | being displayed in the Shopping Cart. | 12:04:44 |
| 18 | BY MR. THOMASCH: | 12:04:45 |
| 19 | Q    And can you be specific as to what you | 12:04:45 |
| 20 | understood the structure to be that you described as | 12:04:47 |
| 21 | a cache? | 12:04:49 |
| 22 | A    I just described it as a cache because I | 12:04:49 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

119

| | | |
|---|---|---|
| 1 | knew it had to be there. | 12:04:53 |
| 2 | Q    I understand.  I'm not asking you how you | 12:04:54 |
| 3 | described it.  I'm asking you about your knowledge of | 12:04:55 |
| 4 | it. | 12:04:57 |
| 5 | A    My knowledge was that it had to be there. | 12:04:58 |
| 6 | Q    Did you know what it was called? | 12:05:01 |
| 7 | A    I did not know at that time the name | 12:05:04 |
| 8 | Shopping Cart Cookie file. | 12:05:12 |
| 9 | Q    Had you ever heard that phrase? | 12:05:12 |
| 10 | A    Not at the time of trial. | 12:05:13 |
| 11 | Q    Was the data reflected on the right side of | 12:05:30 |
| 12 | the screen, as you testified to the jury about the | 12:05:34 |
| 13 | Shopping Cart feature, was that maintained in more | 12:05:41 |
| 14 | than one place behind the user interface? | 12:05:46 |
| 15 | A    Well, it could have been, depending upon | 12:05:54 |
| 16 | what actions the user took. | 12:06:06 |
| 17 | Q    If the user operated a search and made a | 12:06:09 |
| 18 | selection from the search, would that item show up in | 12:06:16 |
| 19 | the My Cart feature on the right side of the screen? | 12:06:25 |
| 20 | A    Yes. | 12:06:27 |
| 21 | Q    When it did, would it be also held in any | 12:06:29 |
| 22 | data structure behind the screen? | 12:06:36 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

125

| | | |
|---|---|---|
| 1 | factually a difference. | 12:13:42 |
| 2 | A      Factually, it's for an error-free -- for a | 12:13:43 |
| 3 | single error-free item, RSS stores the data in two | 12:13:46 |
| 4 | data structures. RQC stores it in three. But again, | 12:13:50 |
| 5 | it makes no difference. | 12:13:55 |
| 6 | Q      Did you discuss in your testimony at the | 12:13:56 |
| 7 | first trial how errors were processed in RSS? | 12:14:01 |
| 8 | A      No. | 12:14:06 |
| 9 | Q      Did you make any distinction for purposes | 12:14:12 |
| 10 | of your opinions at the first trial that the | 12:14:16 |
| 11 | infringing configurations infringed claim 1 of the | 12:14:24 |
| 12 | '172 patent between the way search items without | 12:14:26 |
| 13 | error and search items with error were processed? | 12:14:35 |
| 14 | A      I think our demonstrations were error-free. | 12:14:39 |
| 15 | Q      So there was no contention that the manner | 12:14:54 |
| 16 | in which RSS functioned in the context of an error | 12:14:56 |
| 17 | was contended to be infringement? | 12:15:05 |
| 18 | MS. ALBERT:  I object to the form. | 12:15:09 |
| 19 | Ambiguous. | 12:15:12 |
| 20 | A      I did not have an example of -- I did not | 12:15:14 |
| 21 | do a demonstration of selecting and adding an item | 12:15:17 |
| 22 | with an error. | 12:15:23 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

126

| | | |
|---|---|---|
| 1 | BY MR. THOMASCH: | 12:15:23 |
| 2 | Q   You went through a number of demonstrations | 12:15:23 |
| 3 | that were intended to show the jury how using the | 12:15:26 |
| 4 | system would read on the claims, claim 1 of the '172 | 12:15:29 |
| 5 | patent and would be infringing, correct? | 12:15:35 |
| 6 | A   Correct. | 12:15:37 |
| 7 | Q   And in those demonstrations, the selected | 12:15:37 |
| 8 | items were error-free, correct? | 12:15:41 |
| 9 | A   They were. | 12:15:42 |
| 10 | Q   And in that error-free context, you said | 12:15:43 |
| 11 | the jury could find everything it needed to find in | 12:15:48 |
| 12 | order to find infringement of claim 1 of the '172 | 12:15:51 |
| 13 | patent, correct? | 12:15:54 |
| 14 | A   Yes. | 12:15:54 |
| 15 | Q   And in doing so, you didn't reference the | 12:15:54 |
| 16 | cookie server file, correct? | 12:15:59 |
| 17 | A   You're talking about the Shopping Cart | 12:16:01 |
| 18 | Cookie file?  The one that's on the server side? | 12:16:06 |
| 19 | Q   Yes. | 12:16:14 |
| 20 | A   Yes. | 12:16:14 |
| 21 | Q   Did you reference that by name? | 12:16:15 |
| 22 | A   Not by name. | 12:16:17 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

127

| | | |
|---|---|---|
| 1 | Q    What you knew was that by your knowledge as | 12:16:24 |
| 2 | a computer scientist, you knew that if there was | 12:16:28 |
| 3 | something in the My Cart user interface, there needed | 12:16:31 |
| 4 | to be a data structure behind it, correct? | 12:16:36 |
| 5 | A    I did know that. | 12:16:38 |
| 6 | Q    But you didn't know how many such | 12:16:39 |
| 7 | structures or precisely what they were called, | 12:16:42 |
| 8 | correct? | 12:16:44 |
| 9 | A    Not precisely.  I called it a cache, which | 12:16:44 |
| 10 | is what it is. | 12:16:47 |
| 11 | Q    Would that same description apply to the | 12:16:49 |
| 12 | other data structures? | 12:16:52 |
| 13 | A    Which description? | 12:16:57 |
| 14 | Q    Cache.  Could cache be used for any one of | 12:16:58 |
| 15 | the data structures you've identified? | 12:17:04 |
| 16 | A    No. | 12:17:06 |
| 17 | Q    Which one would not be considered to be a | 12:17:06 |
| 18 | cache in your view? | 12:17:09 |
| 19 | A    The database. | 12:17:10 |
| 20 | Q    Would the two data structures that exist | 12:17:11 |
| 21 | prior to the Save function both be fairly described | 12:17:15 |
| 22 | as a cache? | 12:17:18 |

CONFIDENTIAL - SOURCE CODE
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

136

| | | | |
|---|---|---|---|
| 1 | Q | How would you explain it? | 12:33:50 |
| 2 | A | So in RSS, when the user clicked "Save," | 12:33:52 |
| 3 | | the contents of the cookie file as reflected also in | 12:34:01 |
| 4 | | the Cart Object would be written down into the | 12:34:08 |
| 5 | | Requisition Database. In RQC, there is no "Save" | 12:34:11 |
| 6 | | button. | 12:34:19 |
| 7 | Q | In RQC, when do selected items make their | 12:34:26 |
| 8 | | way into the Requisition Database? | 12:34:41 |
| 9 | A | Selected item, as in an Add, goes first to | 12:34:45 |
| 10 | | the Shopping Cart Cookie file. If it is error-free, | 12:34:52 |
| 11 | | it's written into the Requisitions Database, marked | 12:34:58 |
| 12 | | as an unreleased state, and as a server-client | 12:35:03 |
| 13 | | interaction, the Load function causes the Cart Object | 12:35:09 |
| 14 | | in JavaScript to be loaded from the Shopping Cart | 12:35:15 |
| 15 | | Cookie file and displayed on the right-hand side of | 12:35:20 |
| 16 | | the screen. | 12:35:22 |
| 17 | | How about a break? | 12:35:34 |
| 18 | Q | Sure. | 12:35:35 |
| 19 | A | Thank you. | 12:35:38 |
| 20 | | THE VIDEOGRAPHER: Going off the record at | 12:35:38 |
| 21 | | 12:35 p.m. | 12:35:40 |
| 22 | | (Whereupon, at 12:35 p.m., a lunch recess | 12:35:49 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

163

| | | | |
|---|---|---|---|
| 1 | Q | And is it fair to say that you don't know | 14:00:19 |
| 2 | whether they were rendering that based on their | | 14:00:24 |
| 3 | finding that Item Master had been proven to infringe, | | 14:00:30 |
| 4 | Punchout had been proven to infringe, or both? | | 14:00:36 |
| 5 | A | I don't know what they were thinking. | 14:00:39 |
| 6 | Q | They found one of those three, correct? | 14:00:41 |
| 7 | A | I guess. | 14:00:44 |
| 8 | Q | Assuming that they had a basis for their | 14:00:45 |
| 9 | verdict. Wouldn't that be right? | | 14:00:51 |
| 10 | A | Let's give them some credit, right? | 14:00:52 |
| 11 | Q | I'm always prepared to credit a jury. So | 14:00:55 |
| 12 | they could have found Item Master did it consistent | | 14:00:57 |
| 13 | with your testimony, correct? | | 14:00:59 |
| 14 | A | Yes. | 14:01:00 |
| 15 | Q | And they could have found that Punchout | 14:01:00 |
| 16 | fulfilled the maintaining at least two product | | 14:01:03 |
| 17 | catalogs element of claim 28 in rendering their | | 14:01:08 |
| 18 | verdict on configuration number 3, correct? | | 14:01:12 |
| 19 | A | Correct. | 14:01:15 |
| 20 | Q | And they could have found that both did, | 14:01:15 |
| 21 | correct? | | 14:01:17 |
| 22 | A | Yes. | 14:01:18 |

CONFIDENTIAL - SOURCE CODE
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

170

| | | |
|---|---|---|
| 1 | Master or found Punchout to infringe, you only know | 14:09:36 |
| 2 | they found at least one of them; is that correct? | 14:09:40 |
| 3 | A   For claim 3? | 14:09:42 |
| 4 | Q   For claim 3. | 14:09:43 |
| 5 | A   So you switched claims. | 14:09:46 |
| 6 | Q   I'm sorry. I'm sorry. That is my fault. | 14:09:48 |
| 7 | The '683 patent, claim 28. | 14:09:51 |
| 8 | A   Right. Again -- | 14:09:55 |
| 9 | Q   In that regard, I think you've established | 14:09:57 |
| 10 | that you don't know what they found to find | 14:09:59 |
| 11 | configuration 3 infringing of the element of claim 28 | 14:10:04 |
| 12 | that relates to catalogs, correct? | 14:10:09 |
| 13 | A   Correct. | 14:10:12 |
| 14 | Q   Now, do you understand that in doing the | 14:10:21 |
| 15 | Tivo analysis, the Federal Circuit requires one to | 14:10:25 |
| 16 | identify the modified features and focus the analysis | 14:10:31 |
| 17 | on the modified features? | 14:10:35 |
| 18 | MS. ALBERT:   Asked and answered four times. | 14:10:36 |
| 19 | A   Yes. | 14:10:40 |
| 20 | BY MR. THOMASCH: | 14:10:44 |
| 21 | Q   And then the first thing that's done is | 14:10:44 |
| 22 | determine whether they were changed, correct? | 14:10:48 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

240

| | | |
|---|---|---|
| 1 | So the UNSPSC code would qualify as a | 16:25:26 |
| 2 | non-catalog database identifying cross-referenced | 16:25:32 |
| 3 | items. | 16:25:35 |
| 4 | Q    And it actually says, "identifying | 16:25:36 |
| 5 | cross-referenced items, identical items, or generally | 16:25:39 |
| 6 | equivalent items;". Is that right? | 16:25:43 |
| 7 | A    Right. And notice those are connected with | 16:25:46 |
| 8 | an "or." | 16:25:49 |
| 9 | Q    I do. I just want for the sake of | 16:25:50 |
| 10 | completeness, your point, if I understand it, is that | 16:25:52 |
| 11 | drilling down to the third level in the category | 16:25:56 |
| 12 | search in RQC satisfies this claim element because | 16:26:02 |
| 13 | the product of the search at that level will identify | 16:26:11 |
| 14 | cross-referenced items, correct? | 16:26:16 |
| 15 | A    Correct. | 16:26:18 |
| 16 | Q    You are not saying that they identify | 16:26:20 |
| 17 | identical items, correct? | 16:26:23 |
| 18 | A    I am not saying that. | 16:26:25 |
| 19 | Q    And you're not stating that the product | 16:26:26 |
| 20 | will be all generally equivalent items? | 16:26:28 |
| 21 | A    I am not stating that. | 16:26:29 |
| 22 | Q    But they are cross-referenced, in your | 16:26:31 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

241

| | | |
|---|---|---|
| 1 | mind? | 16:26:33 |
| 2 | A    Yes.  And these are two more examples in | 16:26:33 |
| 3 | this same paragraph. | 16:26:39 |
| 4 | Q    But is it the cross-referencing capability | 16:26:41 |
| 5 | in each case that -- | 16:26:44 |
| 6 | A    It is. | 16:26:45 |
| 7 | Q    -- you're using to satisfy the converting | 16:26:46 |
| 8 | step? | 16:26:48 |
| 9 | A    Yes, it is. | 16:26:48 |
| 10 | Q    That's all I need.  To what extent did you | 16:26:49 |
| 11 | review the source code relating to the Punchout | 16:27:06 |
| 12 | application? | 16:27:11 |
| 13 | A    Insofar as it was described in | 16:27:13 |
| 14 | Mr. Niemeyer's report. | 16:27:17 |
| 15 | Q    Is it your recollection that his report | 16:27:27 |
| 16 | actually displayed some of the source code and you | 16:27:29 |
| 17 | reviewed that source code display? | 16:27:32 |
| 18 | A    Was it source code, or was it his | 16:27:36 |
| 19 | description of the source code? | 16:27:38 |
| 20 | Q    That is actually what I'm asking you. | 16:27:42 |
| 21 | A    Yes.  Hmm.  I think it was his description | 16:27:43 |
| 22 | of the source code. | 16:27:49 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

256

| | | |
|---|---|---|
| 1 | the '172 patent, claim 1; is that correct? | 17:04:07 |
| 2 | A    Correct. | 17:04:11 |
| 3 | Q    And did both of them serve as a potential | 17:04:13 |
| 4 | basis for arguing infringement under '172 patent, | 17:04:26 |
| 5 | claim 1, of RSS? | 17:04:32 |
| 6 | A    Yes. | 17:04:35 |
| 7 | Q    Did the Cart Object, as used in RSS, change | 17:04:38 |
| 8 | in RQC? | 17:04:46 |
| 9 | A    No. | 17:04:47 |
| 10 | Q    Did the Shopping Cart Cookie file in RSS | 17:04:48 |
| 11 | change in RQC? | 17:04:55 |
| 12 | A    The file didn't change.  But the operation | 17:04:56 |
| 13 | occurs in -- let me think about that.  No.  The | 17:05:01 |
| 14 | Shopping Cart server -- I can say this, I know I can. | 17:05:29 |
| 15 | The Shopping Cart server -- maybe I can't.  Shopping | 17:05:34 |
| 16 | Cart Cookie file is performing the same task in RSS | 17:05:40 |
| 17 | and RQC.  It is the server side copy of what's going | 17:05:44 |
| 18 | to be displayed to the user. | 17:05:55 |
| 19 | Q    So it's the same data structure and it | 17:05:56 |
| 20 | performs the same task of being the server side | 17:05:58 |
| 21 | display of what's in the Cart Object on the client | 17:06:02 |
| 22 | side; is that correct? | 17:06:06 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

270

| | | |
|---|---|---|
| 1 | MS. ALBERT: Thank you. Nothing further. | 17:24:34 |
| 2 | FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT | 17:24:36 |
| 3 | BY MR. THOMASCH: | 17:24:36 |
| 4 | Q And does your report discuss the webinar as | 17:24:37 |
| 5 | it relates to any assertion of direct infringement? | 17:24:41 |
| 6 | A Without rereading the whole thing, I can't | 17:24:43 |
| 7 | be sure. But I don't recall writing that. | 17:24:45 |
| 8 | MR. THOMASCH: Thank you. | 17:24:49 |
| 9 | MS. ALBERT: Nothing further. | 17:24:53 |
| 10 | THE VIDEOGRAPHER: Going off the record at | 17:24:54 |
| 11 | 5:24 p.m. | 17:24:55 |
| 12 | (Signature having not been waived, the | |
| 13 | videotaped deposition of ALFRED C. WEAVER, Ph.D. was | |
| 14 | concluded at 5:24 p.m.) | |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

271

1  ACKNOWLEDGMENT OF DEPONENT

2  I, ALFRED C. WEAVER, Ph.D., do hereby

3  acknowledge that I have read and examined the

4  foregoing testimony, and the same is a true, correct

5  and complete transcription of the testimony given by

6  me and any corrections appear on the attached Errata

7  sheet signed by me.

10  _____   _____

11       (DATE)                (SIGNATURE)

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

272

1  CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

2  I, Lee Bursten, the officer before whom the

3  foregoing deposition was taken, do hereby certify

4  that the foregoing transcript is a true and correct

5  record of the testimony given; that said testimony

6  was taken by me stenographically and thereafter

7  reduced to typewriting under my direction; and that I

8  am neither counsel for, related to, nor employed by

9  any of the parties to this case and have no interest,

10  financial or otherwise, in its outcome.

11  IN WITNESS WHEREOF, I have hereunto set my

12  hand and affixed my notarial seal this 13th day of

13  February, 2012.

14

15  My commission expires June 30, 2014.

16

17

18

19

20  _____

21  NOTARY PUBLIC IN AND FOR

22  THE DISTRICT OF COLUMBIA