**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09CV620 (REP) |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT LAWSON SOFTWARE, INC.'S NOTICE OF DEPOSITION OF
ALFRED C. WEAVER**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT ON February 9, 2012, beginning at 9:00 a.m.,

defendant Lawson Software Inc. ("Lawson"), by and through its attorneys of record, will take the

deposition of ALFRED C. WEAVER.  Said deposition will be taken before a certified shorthand

reporter duly authorized to administer the oath required by law at the offices of Gibson, Dunn &

Crutcher LLP, 1050 Connecticut Avenue, Northwest, Washington, DC, 20036-5306, (202) 955-

8500.  If for any reason the deposition is not completed on the above date, it shall continue from

day-to-day (weekends and holidays excepted) until completed.

PLEASE TAKE FURTHER NOTICE that, under Federal Rule of Civil Procedure 30, the

deposition testimony will be recorded by stenographic means and may also be recorded by

sound-and-visual means, including videotape and potentially interactive real-time (i.e.,

simultaneous display of the transcript on a laptop through LiveNote or similar software).

Lawson reserves the right to use this videotape deposition at the time of any trial or hearing in

this matter.



DATED:  February 6, 2012

Respectfully submitted,

By:  <u>Jason C. Lo</u>
　　　Jason C. Lo

Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
jkrevitt@gibsondunn.com
dthomasch@gibsondunn.com
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 900071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

*Attorneys for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of February 2012, I have served the following:

**Defendant Lawson Software, Inc.'s Notice of Deposition of Alfred C. Weaver**

on the following counsel of record as indicated via electronic mail:

Craig T. Meritt
Henry I. Willet, III
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmeritt@cblaw.com
hwillet@cblaw.com

James D. Clements
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
jclements@goodwinprocter.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Jason C. Lo
_____
Jason C. Lo
jlo@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 900071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520