IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:09CV620 (REP) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT LAWSON SOFTWARE, INC.'S
MOTION TO ALLOW LAWSON'S EXPERT WITNESSES TO HEAR AND OBSERVE
TESTIMONY AT THE HEARING ON THE MOTION FOR CONTEMPT**

Defendant Lawson Software, Inc. ("Lawson"), by counsel, respectfully moves pursuant to Fed. R. Evid. 615(c) to allow Lawson's expert witnesses to attend the hearing on the motion for contempt. The grounds for this motion are more fully set forth in Lawson's Memorandum of Law in Support of its Fed. R. Evid. 615(c) Motion to Allow Lawson's Expert Witnesses to Attend the Hearing on the Motion for Contempt, which is filed concurrently herewith.

**LAWSON SOFTWARE, INC.**

By: _____/s/_____
Of Counsel

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
Timothy J. St. George (VSB No. 77349)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
tim.stgeorge@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339

1

Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

Daniel McDonald (admitted *pro hac vice*)
William D. Schultz (admitted *pro hac vice*)
Rachel C. Hughey (admitted *pro hac vice*)
Andrew J. Lagatta (admitted *pro hac vice*)
Joshua P. Graham (admitted *pro hac vice*)
**MERCHANT & GOULD P.C.**
3200 IDS Center, 80 South Eighth Street,
Minneapolis, MN  55402
Telephone:  (612) 332-5300
Facsimile:  (612) 332-9081

*Counsel for Defendant Lawson Software, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on this 15th day of February, 2012, a true copy of the foregoing was filed on the Court's Electronic Case Filing system, which will send a notice of electronic filing to:

| | |
|---|---|
| Craig T. Merritt | James D. Clements |
| Henry I. Willett, III | Goodwin Procter, LLP |
| Christian & Barton, LLP | Exchange Place |
| 909 East Main Street, Suite 1200 | 53 State Street |
| Richmond, Virginia 23219-3095 | Boston, MA 02109-2881 |
| cmerritt@cblaw.com | jclements@goodwinprocter.com |
| hwillett@cblaw.com | |

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

                                                                             /s/
                                      Dabney J. Carr, IV (VSB No. 28679)
                                      Robert A. Angle (VSB No. 37691)
                                        Megan C. Rahman (VSB No. 42678)
                                        Timothy J. St. George (VSB No. 77349)
                                        dabney.carr@troutmansanders.com
                                        robert.angle@troutmansanders.com
                                        megan.rahman@troutmansanders.com
                                        tim.stgeorge@troutmansanders.com
                                        **TROUTMAN SANDERS LLP**
                                        1001 Haxall Point
                                        Richmond, VA 23219
                                        Telephone: (804) 697-1200
                                        Facsimile: (804) 697-1339

                                        *Counsel for Defendant Lawson Software, Inc.*