258

1          IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
2               RICHMOND DIVISION

3    - - - - - - - - - - - - - - - - -
                                      :
4    ePLUS, INC.,                     :
                                      :
5                    Plaintiff,       :
     v.                               :   Civil Action
6                                     :   No. 3:09CV620
     LAWSON SOFTWARE, INC.,           :
7                                     :   January 5, 2011
                     Defendant.       :
8    - - - - - - - - - - - - - - - - -:

9

10

11         COMPLETE TRANSCRIPT OF **JURY TRIAL**
          BEFORE THE HONORABLE ROBERT E. PAYNE
12     UNITED STATES DISTRICT JUDGE, AND A JURY

13

14

15   APPEARANCES:

16   Scott L. Robertson, Esq.
     Jennifer A. Albert, Esq.
17   **Michael T. Strapp, Esq.**
     **David M. Young, Esq.**
18   GOODWIN PROCTOR
     901 New York Avenue, NW
19   Washington, D.C.   20001

20   Craig T. Merritt, Esq.
     CHRISTIAN & BARTON
21   909 E. Main Street, Suite 1200
     Richmond, VA   23219-3095
22
              Counsel for the plaintiff ePlus
23

24
              DIANE J. DAFFRON, RPR
25         OFFICIAL COURT REPORTER
          UNITED STATES DISTRICT COURT

EXHIBIT
3

1   Q    How about the ability to search multiple vendors at the

2   same time?

3   A    Oh, of course.  Searching multiple catalogs gives you the

4   ability to cross compare, to comparison shop.

5   Q    What about the requisitioning and ordering module that

6   permits you to go -- to do multiple requisitions from items

7   from multiple vendors and then issue multiple purchase orders?

8   Do you see any benefits to that?

9   A    If you go back to the example that I had where I had to

10  get requisitions issued to each vendor and then a purchase

11  order had to go individually to each vendor, that's a lot of

12  time and effort.  So the ability to put everything you want on

13  one purchase requisition electronically and then have the

14  computer system break that requisition up into however many

15  purchase orders are appropriate, typically one purchase order

16  per vendor with however many orders from the requisition,

17  that's a real benefit.

18  Q    The patents also discuss ability to gain approvals for

19  requisitions in order to have the process flow go smoothly and

20  quickly and more efficiently?

21  A    Yes, they do.

22  Q    Are there aspects of the inventions generally that relate

23  to determining whether there's an item available in the

24  vendor's inventory?

25  A    Oh, yes.  We're going to see that in the patent claims.

514

1          (Court adjourned.)
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25