```
 1           IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF VIRGINIA
 3                      RICHMOND DIVISION
 4
 5    ------------------------------------
                                          :
 6    ePLUS, INC.                         :   Civil Action No.
                                          :   3:09CV620
 7    vs.                                 :
                                          :
 8    LAWSON SOFTWARE, INC.               :   January 14, 2011
                                          :
 9    ------------------------------------
10
11           COMPLETE TRANSCRIPT OF THE JURY TRIAL
12         BEFORE THE HONORABLE ROBERT E. PAYNE
13       UNITED STATES DISTRICT JUDGE, AND A JURY
14
      APPEARANCES:
15
      Scott L. Robertson, Esquire
16    Michael G. Strapp, Esquire
      Jennifer A. Albert, Esquire
17    David M. Young, Esquire
      Goodwin Procter, LLP
18    901 New York Avenue NW
      Suite 900
19    Washington, D.C.  20001

20    Craig T. Merritt, Esquire
      Christian & Barton, LLP
21    909 East Main Street
      Suite 1200
22    Richmond, Virginia  23219-3095
      Counsel for the plaintiff
23

24                 Peppy Peterson, RPR
                   Official Court Reporter
25             United States District Court
```



1  not in the Lawson system the use of the UNSPSC codes would
2  satisfy any claim elements of any of the asserted claims in
3  this case relating to generally equivalent items?
4  A    Did I look at that?
5  Q    What was your conclusion about that?
6  A    That it doesn't.
7  Q    Why not?
8  A    So, the UNSPSC code is a generally accepted international
9  coding to categorize products. There's a big difference
10 between desks and chairs, and so if you gave a code to desks,
11 you could immediately tell that something was a desk and it
12 wasn't a chair. And it happens to be hierarchically organized.
13      That is, it has different levels, so you can get to office
14 furniture, and then within office furniture you could have
15 desks, and then within desks you can desks with drawers or
16 without drawers, et cetera.
17      The Lawson software does provide the ability for a
18 customer to enter UNSPSC codes into the item master database if
19 he wants to do that, and sometimes it's useful for people who
20 are ordering things to know what the UNSPSC code is associated
21 with a particular item, but those UNSPSC codes are not used for
22 the purpose of determining whether things are generally
23 equivalent.
24      There's no automatic conversion. I can't go and say, if
25 you're out of stock of this product, please give me another one

Shamos - Direct

1819

```
1    that has the same UNSPSC code.  So there's no converting that's
2    going on.  There's no matching that goes on with respect to
3    UNSPSC codes even though they may be physically present in the
4    database.
5    Q    You have here, and this is another slide we have up on the
6    screen that you prepared; is that right?
7    A    Yes.
8    Q    On the last point there, what's the last bullet point?
9    Can you explain what you meant by that?
10   A    It's only within RSS, not the totality of the systems that
11   are accused.  It's only RSS that allows even searching of the
12   UNSPSC code.
13   Q    Can we turn to the next slide, please, 31.
14   A    Yes.
15   Q    Is this another slide you put together, Dr. Shamos?
16   A    Well, I put it together, but literally it's copied out of
17   a white paper that was published explaining what UNSPSC codes
18   are.  So I didn't write the words that are on the slide except
19   for the title.
20              THE COURT:  In other words, you made the slide.
21              THE WITNESS:  I made the slide.  I had an electronic
22   copy of that white paper.  I had it on the screen.  I used a
23   photo editor, and I did a screen capture and then cropped it
24   down and stuck it on the slide directly out of that UNSPSC
25   white paper.
```

1   THE COURT: Any objections? It's admitted.
2   THE CLERK: What number is that?
3   THE COURT: 401. Defendant's 401.
4   (Defendant's Exhibit 401 is admitted into
5   evidence.)
6   THE COURT: All right. Anything else anybody
7   has so we can get ready to go on Tuesday morning?
8   MR. McDONALD: Nothing else, Your Honor, for
9   the defense.
10  THE COURT: All right.
11  MR. ROBERTSON: Sorry, Your Honor. I didn't
12  hear you.
13  THE COURT: I just want to know if there's
14  anything else so that we can solve it and get going
15  and actively out of the box at nine o'clock Tuesday
16  morning.
17  MR. ROBERTSON: Nothing by the plaintiff.
18  THE COURT: Okay. That sounds good. All
19  right.
20
21  (The proceedings were adjourned at 5:20 p.m.)
22
23
24
25