```
                                                                    1

           IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF VIRGINIA
                    RICHMOND DIVISION

 - - - - - - - - - - - - - - - - -
                                  :
 ePLUS, INC.,                     :
                                  :
              Plaintiff,          :
 v.                               :    Civil Action
                                  :    No. 3:09CV620
 LAWSON SOFTWARE, INC.,           :
                                  :    November 8, 2011
              Defendant.          :
 - - - - - - - - - - - - - - - - -


       COMPLETE TRANSCRIPT OF STATUS CONFERENCE
         BEFORE THE HONORABLE ROBERT E. PAYNE
              UNITED STATES DISTRICT JUDGE




 APPEARANCES:

 Craig T. Merritt, Esq.
 CHRISTIAN & BARTON
 909 E. Main Street, Suite 1200
 Richmond, VA   23219-3095

 Scott L. Robertson, Esq.
 Jennifer A. Albert, Esq.
 GOODWIN PROCTOR
 901 New York Avenue, NW
 Washington, D.C.   20001

       Counsel for the plaintiff ePlus


            DIANE J. DAFFRON, RPR
            OFFICIAL COURT REPORTER
         UNITED STATES DISTRICT COURT
```

EXHIBIT 8

Mr. Thomasch, in the letters that came my way, which I would rather not have even had, but there were a lot of changes. I think in a political campaign, there may have been some pejorative language attached to them.

MR. THOMASCH: Your Honor, we have attempted to eliminate pejorative language, and attempted to try and not have too many letters. And I say that with full recollection that I sent the Court a letter this morning. But I sent the Court a letter to withdraw a motion, a request I previously made. I felt I owed it to the Court to do so.

But at any rate, the three changes are not in dispute. The significance of them and whether or not they take the product out of being infringing, that is in dispute, but we know what they are. If Your Honor wants --

THE COURT: Just a minute. Mr. Robertson, you know that they're saying that the three changes and the only changes they are ever going to contend were made are in that answer to that interrogatory. Are you willing to accept that as the starting point?

MR. ROBERTSON: Yes, Your Honor.

THE COURT: Then you have your people do expert reports after they get the documents and look

124

1  some other company?
2       MR. KREVITT:  I believe that's correct, Your
3  Honor, but it is a separate entity.
4       THE COURT:  And it's the same entity it was
5  when the proceedings began?
6       MR. KREVITT:  Correct, Your Honor.
7       THE COURT:  You'll verify that and let us
8  know?
9       MR. KREVITT:  Correct, Your Honor.
10      THE COURT:  You better tell the federal
11 circuit, too, because somebody is not singing the
12 right song.  It's really confusing when this gets up
13 there.  I have a feeling this will get up there no
14 matter what happens.
15      MR. KREVITT:  We'll see, Your Honor.  Thank
16 you very much for your time.
17      THE COURT:  Thank you.  We'll be in
18 adjournment.
19      I, Diane J. Daffron, certify that the
20 foregoing is a correct transcript from the record of
21 proceedings in the above-entitled matter.
22
                    /s/
23      _____    _____
        DIANE J. DAFFRON, RPR, CCR           DATE
24
25