IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

------------------------x

ePLUS INC.,                    )

        Plaintiff,    ) Civil Action No.

   v.                          ) 3:09-CV-620 (REP)

LAWSON SOFTWARE, INC.,         )

        Defendant.    )

------------------------x

CONFIDENTIAL - SOURCE CODE

Videotaped Deposition of ALFRED C. WEAVER, Ph.D.

Washington, DC

Thursday, February 9, 2012

9:01 a.m.

Job No.: 17905

Pages: 1 - 274

Reported by: Lee Bursten, RPR, CRR



EXHIBIT 10

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

125

| | | |
|---|---|---|
| 1 | factually a difference. | 12:13:42 |
| 2 | A    Factually, it's for an error-free -- for a | 12:13:43 |
| 3 | single error-free item, RSS stores the data in two | 12:13:46 |
| 4 | data structures. RQC stores it in three. But again, | 12:13:50 |
| 5 | it makes no difference. | 12:13:55 |
| 6 | Q    Did you discuss in your testimony at the | 12:13:56 |
| 7 | first trial how errors were processed in RSS? | 12:14:01 |
| 8 | A    No. | 12:14:06 |
| 9 | Q    Did you make any distinction for purposes | 12:14:12 |
| 10 | of your opinions at the first trial that the | 12:14:16 |
| 11 | infringing configurations infringed claim 1 of the | 12:14:24 |
| 12 | '172 patent between the way search items without | 12:14:26 |
| 13 | error and search items with error were processed? | 12:14:35 |
| 14 | A    I think our demonstrations were error-free. | 12:14:39 |
| 15 | Q    So there was no contention that the manner | 12:14:54 |
| 16 | in which RSS functioned in the context of an error | 12:14:56 |
| 17 | was contended to be infringement? | 12:15:05 |
| 18 | MS. ALBERT:  I object to the form. | 12:15:09 |
| 19 | Ambiguous. | 12:15:12 |
| 20 | A    I did not have an example of -- I did not | 12:15:14 |
| 21 | do a demonstration of selecting and adding an item | 12:15:17 |
| 22 | with an error. | 12:15:23 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

126

| | | |
|---|---|---|
| 1 | BY MR. THOMASCH: | 12:15:23 |
| 2 | Q   You went through a number of demonstrations | 12:15:23 |
| 3 | that were intended to show the jury how using the | 12:15:26 |
| 4 | system would read on the claims, claim 1 of the '172 | 12:15:29 |
| 5 | patent and would be infringing, correct? | 12:15:35 |
| 6 | A   Correct. | 12:15:37 |
| 7 | Q   And in those demonstrations, the selected | 12:15:37 |
| 8 | items were error-free, correct? | 12:15:41 |
| 9 | A   They were. | 12:15:42 |
| 10 | Q   And in that error-free context, you said | 12:15:43 |
| 11 | the jury could find everything it needed to find in | 12:15:48 |
| 12 | order to find infringement of claim 1 of the '172 | 12:15:51 |
| 13 | patent, correct? | 12:15:54 |
| 14 | A   Yes. | 12:15:54 |
| 15 | Q   And in doing so, you didn't reference the | 12:15:54 |
| 16 | cookie server file, correct? | 12:15:59 |
| 17 | A   You're talking about the Shopping Cart | 12:16:01 |
| 18 | Cookie file?  The one that's on the server side? | 12:16:06 |
| 19 | Q   Yes. | 12:16:14 |
| 20 | A   Yes. | 12:16:14 |
| 21 | Q   Did you reference that by name? | 12:16:15 |
| 22 | A   Not by name. | 12:16:17 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

127

| | | | |
|---|---|---|---|
| 1 | Q | What you knew was that by your knowledge as | 12:16:24 |
| 2 | | a computer scientist, you knew that if there was | 12:16:28 |
| 3 | | something in the My Cart user interface, there needed | 12:16:31 |
| 4 | | to be a data structure behind it, correct? | 12:16:36 |
| 5 | A | I did know that. | 12:16:38 |
| 6 | Q | But you didn't know how many such | 12:16:39 |
| 7 | | structures or precisely what they were called, | 12:16:42 |
| 8 | | correct? | 12:16:44 |
| 9 | A | Not precisely. I called it a cache, which | 12:16:44 |
| 10 | | is what it is. | 12:16:47 |
| 11 | Q | Would that same description apply to the | 12:16:49 |
| 12 | | other data structures? | 12:16:52 |
| 13 | A | Which description? | 12:16:57 |
| 14 | Q | Cache. Could cache be used for any one of | 12:16:58 |
| 15 | | the data structures you've identified? | 12:17:04 |
| 16 | A | No. | 12:17:06 |
| 17 | Q | Which one would not be considered to be a | 12:17:06 |
| 18 | | cache in your view? | 12:17:09 |
| 19 | A | The database. | 12:17:10 |
| 20 | Q | Would the two data structures that exist | 12:17:11 |
| 21 | | prior to the Save function both be fairly described | 12:17:15 |
| 22 | | as a cache? | 12:17:18 |

CONFIDENTIAL - SOURCE CODE
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

163

| | | | |
|---|---|---|---|
| 1 | Q | And is it fair to say that you don't know | 14:00:19 |
| 2 | | whether they were rendering that based on their | 14:00:24 |
| 3 | | finding that Item Master had been proven to infringe, | 14:00:30 |
| 4 | | Punchout had been proven to infringe, or both? | 14:00:36 |
| 5 | A | I don't know what they were thinking. | 14:00:39 |
| 6 | Q | They found one of those three, correct? | 14:00:41 |
| 7 | A | I guess. | 14:00:44 |
| 8 | Q | Assuming that they had a basis for their | 14:00:45 |
| 9 | | verdict. Wouldn't that be right? | 14:00:51 |
| 10 | A | Let's give them some credit, right? | 14:00:52 |
| 11 | Q | I'm always prepared to credit a jury. So | 14:00:55 |
| 12 | | they could have found Item Master did it consistent | 14:00:57 |
| 13 | | with your testimony, correct? | 14:00:59 |
| 14 | A | Yes. | 14:01:00 |
| 15 | Q | And they could have found that Punchout | 14:01:00 |
| 16 | | fulfilled the maintaining at least two product | 14:01:03 |
| 17 | | catalogs element of claim 28 in rendering their | 14:01:08 |
| 18 | | verdict on configuration number 3, correct? | 14:01:12 |
| 19 | A | Correct. | 14:01:15 |
| 20 | Q | And they could have found that both did, | 14:01:15 |
| 21 | | correct? | 14:01:17 |
| 22 | A | Yes. | 14:01:18 |

CONFIDENTIAL - SOURCE CODE
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

170

| | | |
|---|---|---|
| 1 | Master or found Punchout to infringe, you only know | 14:09:36 |
| 2 | they found at least one of them; is that correct? | 14:09:40 |
| 3 | A    For claim 3? | 14:09:42 |
| 4 | Q    For claim 3. | 14:09:43 |
| 5 | A    So you switched claims. | 14:09:46 |
| 6 | Q    I'm sorry.  I'm sorry.  That is my fault. | 14:09:48 |
| 7 | The '683 patent, claim 28. | 14:09:51 |
| 8 | A    Right.  Again -- | 14:09:55 |
| 9 | Q    In that regard, I think you've established | 14:09:57 |
| 10 | that you don't know what they found to find | 14:09:59 |
| 11 | configuration 3 infringing of the element of claim 28 | 14:10:04 |
| 12 | that relates to catalogs, correct? | 14:10:09 |
| 13 | A    Correct. | 14:10:12 |
| 14 | Q    Now, do you understand that in doing the | 14:10:21 |
| 15 | Tivo analysis, the Federal Circuit requires one to | 14:10:25 |
| 16 | identify the modified features and focus the analysis | 14:10:31 |
| 17 | on the modified features? | 14:10:35 |
| 18 | MS. ALBERT:  Asked and answered four times. | 14:10:36 |
| 19 | A    Yes. | 14:10:40 |
| 20 | BY MR. THOMASCH: | 14:10:44 |
| 21 | Q    And then the first thing that's done is | 14:10:44 |
| 22 | determine whether they were changed, correct? | 14:10:48 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

236

| # | | | Time |
|---|---|---|---|
| 1 | | fourth level of the UNSPSC codes; is that right? | 16:15:07 |
| 2 | A | No. | 16:15:11 |
| 3 | Q | Which one did you not? | 16:15:11 |
| 4 | A | There were several demonstrations that had | 16:15:13 |
| 5 | | nothing to do with UNSPSC codes. | 16:15:17 |
| 6 | Q | Okay. Then let me rephrase my question. | 16:15:19 |
| 7 | A | Sure. | 16:15:23 |
| 8 | Q | You conducted multiple demonstrations for | 16:15:24 |
| 9 | | the purpose of showing the jury why you thought that | 16:15:27 |
| 10 | | the infringing configurations were infringing, and | 16:15:37 |
| 11 | | with respect to the UNSPSC codes, in every one of | 16:15:44 |
| 12 | | those where the focus was on that capacity, you | 16:15:48 |
| 13 | | drilled down to the fourth level, correct? | 16:15:53 |
| 14 | A | I did, because this was RSS. | 16:15:55 |
| 15 | Q | RSS, you could choose to drill down only to | 16:15:59 |
| 16 | | the third level, correct? | 16:16:04 |
| 17 | A | You could. | 16:16:05 |
| 18 | Q | Now, you indicated at trial when doing the | 16:16:12 |
| 19 | | demonstration that your goal was "to illustrate the | 16:16:15 |
| 20 | | category search in which we can find generally | 16:16:19 |
| 21 | | equivalent items and then we can find other items and | 16:16:21 |
| 22 | | build a requisition and then we can build one or more | 16:16:24 |

CONFIDENTIAL - SOURCE CODE
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

240

1  So the UNSPSC code would qualify as a  16:25:26
2  non-catalog database identifying cross-referenced  16:25:32
3  items.  16:25:35
4  Q  And it actually says, "identifying  16:25:36
5  cross-referenced items, identical items, or generally  16:25:39
6  equivalent items;". Is that right?  16:25:43
7  A  Right. And notice those are connected with  16:25:46
8  an "or."  16:25:49
9  Q  I do. I just want for the sake of  16:25:50
10  completeness, your point, if I understand it, is that  16:25:52
11  drilling down to the third level in the category  16:25:56
12  search in RQC satisfies this claim element because  16:26:02
13  the product of the search at that level will identify  16:26:11
14  cross-referenced items, correct?  16:26:16
15  A  Correct.  16:26:18
16  Q  You are not saying that they identify  16:26:20
17  identical items, correct?  16:26:23
18  A  I am not saying that.  16:26:25
19  Q  And you're not stating that the product  16:26:26
20  will be all generally equivalent items?  16:26:28
21  A  I am not stating that.  16:26:29
22  Q  But they are cross-referenced, in your  16:26:31

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

254

| | | |
|---|---|---|
| 1 | Q    If the items are error-free, will you be -- | 17:00:36 |
| 2 | can you be building an order list without also being | 17:00:42 |
| 3 | building a requisition? | 17:00:50 |
| 4 | A    If they are error-free.  No, they're built | 17:00:52 |
| 5 | simultaneously. | 17:00:56 |
| 6 | Q    Can you explain how you build a requisition | 17:01:04 |
| 7 | before the order list is complete in RQC? | 17:01:11 |
| 8 | A    I said you couldn't.  I said you can build | 17:01:14 |
| 9 | them simultaneously.  And when you hit "Release" in | 17:01:22 |
| 10 | RQC, that says that the -- that's what changes the | 17:01:31 |
| 11 | status of the Requisition Database, Requisition Line | 17:01:43 |
| 12 | items from unreleased to released. | 17:01:46 |
| 13 | Q    Is there a requisition in RQC before you | 17:01:48 |
| 14 | hit "Release"? | 17:01:58 |
| 15 | A    Only a requisition in progress.  No. | 17:01:59 |
| 16 | There's not a requisition. | 17:02:01 |
| 17 | Q    And who coined the term "requisition in | 17:02:02 |
| 18 | progress"? | 17:02:07 |
| 19 | A    I thought it was you, but you gave me | 17:02:07 |
| 20 | credit. | 17:02:11 |
| 21 | Q    I did give you credit, because it comes | 17:02:11 |
| 22 | from your report.  What I was wondering is whether it | 17:02:13 |

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

270

| | | |
|---|---|---|
| 1 | MS. ALBERT: Thank you. Nothing further. | 17:24:34 |
| 2 | FURTHER EXAMINATION BY COUNSEL FOR DEFENDANT | 17:24:36 |
| 3 | BY MR. THOMASCH: | 17:24:36 |
| 4 | Q   And does your report discuss the webinar as | 17:24:37 |
| 5 | it relates to any assertion of direct infringement? | 17:24:41 |
| 6 | A   Without rereading the whole thing, I can't | 17:24:43 |
| 7 | be sure. But I don't recall writing that. | 17:24:45 |
| 8 | MR. THOMASCH: Thank you. | 17:24:49 |
| 9 | MS. ALBERT: Nothing further. | 17:24:53 |
| 10 | THE VIDEOGRAPHER: Going off the record at | 17:24:54 |
| 11 | 5:24 p.m. | 17:24:55 |
| 12 | (Signature having not been waived, the | |
| 13 | videotaped deposition of ALFRED C. WEAVER, Ph.D. was | |
| 14 | concluded at 5:24 p.m.) | |

CONFIDENTIAL - SOURCE CODE
PLANET DEPOS | 888.433.3767 | WWW.PLANETDEPOS.COM

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

```
                                                           271
 1                  ACKNOWLEDGMENT OF DEPONENT

 2        I, ALFRED C. WEAVER, Ph.D., do hereby

 3   acknowledge that I have read and examined the

 4   foregoing testimony, and the same is a true, correct

 5   and complete transcription of the testimony given by

 6   me and any corrections appear on the attached Errata

 7   sheet signed by me.

 8

 9

10   _____        _____

11       (DATE)                    (SIGNATURE)

12

13

14

15

16

17

18

19

20

21

22
```

CONFIDENTIAL VIDEOTAPED DEPOSITION OF ALFRED C. WEAVER, PH.D.
CONDUCTED ON THURSDAY, FEBRUARY 9, 2012

272

CERTIFICATE OF SHORTHAND REPORTER-NOTARY PUBLIC

I, Lee Bursten, the officer before whom the foregoing deposition was taken, do hereby certify that the foregoing transcript is a true and correct record of the testimony given; that said testimony was taken by me stenographically and thereafter reduced to typewriting under my direction; and that I am neither counsel for, related to, nor employed by any of the parties to this case and have no interest, financial or otherwise, in its outcome.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my notarial seal this 13th day of February, 2012.

My commission expires June 30, 2014.

NOTARY PUBLIC IN AND FOR

THE DISTRICT OF COLUMBIA