IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF ePLUS INC.'S FIRST SET OF INTERROGATORIES TO DEFENDANT LAWSON SOFTWARE, INC. FOR CONTEMPT PROCEEDINGS

Pursuant to Rules 33 and 65 of the Federal Rules of Civil Procedure, Plaintiff ePlus Inc., ("ePlus"), hereby requests that, no later than October 7, 2011, and in accordance with the following definitions and instructions, Defendant Lawson Software, Inc. ("Lawson") answer separately, in writing, and under oath, by an officer or duly authorized agent of Lawson, the following interrogatories.

The following interrogatories are continuing, and Lawson must promptly supplement its answers in accordance with Federal Rule 26 as additional or corrective information comes to its and/or its attorneys' attention.

### DEFINITIONS AND INSTRUCTIONS

The Definitions and Instructions sections of Plaintiff ePlus Inc.'s First Set of Interrogatories to Defendant Lawson Software, Inc., dated July 24, 2009, shall apply to all



EXHIBIT 11

with customers concerning their decisions regarding whether to uninstall and remove RSS and whether to install and implement RQC.

**Interrogatory No. 4:**

Describe the conception and development of RQC, including the date that the initial discussions took place regarding the development of RQC, the dates of all subsequent meetings regarding the design, development, and/or release of RQC, the dates of release of any alpha or beta or later versions of RQC, and identify all persons involved in the development of RQC and their roles in connection therewith.

**Interrogatory No. 5:**

Identify with specificity any portions of the Core S3 Procurement System source code that were modified during the development and creation of RQC.

**Interrogatory No. 6:**

Describe the process used to install and integrate RQC into the Core S3 Procurement System, including the download of the software from Lawson's website, the installation of the software on the Infringing System, the integration of the software into the Core S3 Procurement System, and any other steps necessary to implement RQC and integrate RQC, and identify the minimum time required to perform each of these steps.

**Interrogatory No. 7:**

Describe how the RSS code is removed from an S3 Procurement system and is replaced with the code for RQC.

**Interrogatory No. 8:**

Identify and describe the steps taken by Lawson to remove RSS from its customers' systems and to replace that application with RQC, and identify all customers for whom Lawson

Respectfully submitted,

September 18, 2011

_____/s/_____
David M. Young (VSB #35997)
Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
Counsel for Plaintiff ePlus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Michael G. Strapp *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com

Attorneys for Plaintiff, *e*Plus Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September 2011, I will serve

**Plaintiff *ePlus* Inc.'s First Set of Interrogatories to Defendant Lawson Software, Inc. for Contempt Proceedings**

on the following counsel of record as indicated via electronic mail:

| | |
|---|---|
| Daniel McDonald, *pro hac vice*<br>Kirsten Stoll-DeBell, *pro hac vice*<br>William D. Schultz, *pro hac vice*<br>Rachel C. Hughey, *pro hac vice*<br>Andrew Lagatta, *pro hac vice*<br>MERCHANT & GOULD<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402<br>Telephone: (612) 332-5300<br>Facsimile: 612) 332-9081<br>lawsonservice@merchantgould.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>(804) 697-1238<br>(804) 698-5119 (Fax)<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com |
| Donald R. Dunner, *pro hac vice*<br>Erika H. Arner, *pro hac vice*<br>FINNEGAN, HENDERSON, FARABOW<br>GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 408-4000<br>(202) 408-4400<br>Don.dunner@finnegan.com<br>Erika.arner@finnegan.com | ***Counsel for Defendant Lawson Software, Inc.*** |

/s/
Michael G. Strapp (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
mstrapp@goodwinprocter.com