IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09CV620 (REP) |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

**DECLARATION OF JASON C. LO IN SUPPORT OF
DEFENDANT LAWSON SOFTWARE, INC.'S MEMORANDUM IN OPPOSITION TO
EPLUS'S MOTION TO EXCLUDE PORTIONS OF LAWSON'S EXPERT TESTIMONY**

I, Jason C. Lo, declare as follows:

1. I am a member of the bar of the State of California and a partner at the law firm of Gibson, Dunn & Crutcher LLP, counsel to Lawson Software, Inc. ("Defendant" or "Lawson") in the above-captioned action. I submit this declaration in support of Defendant's Memorandum in Opposition to ePlus's Motion to Exclude Portions of Lawson's Expert Testimony.

2. Attached at Exhibit 1 is a true and correct copy of Defendant Lawson Software, Inc.'s Responsive Claim Construction Brief.

3. Attached at Exhibit 9 is a true and correct copy of a letter sent from Daniel McDonald of Merchant & Gould to Scott Robertson of Goodwin Procter regarding Lawson's release of RQC.

4. Attached at Exhibit 10 is a true and correct copy of relevant portions of the transcript of Dr. Alfred C. Weaver's February 9, 2012 deposition.

5. Attached at Exhibit 11 is a true and correct copy of Plaintiff ePlus Inc.'s First Set of Interrogatories to Defendant Lawson Software, Inc. for Contempt Proceedings.

1

6. Attached at Exhibit 12 is a true and correct copy of the relevant portions of the transcript of Dr. Benjamin Goldberg's February 2, 2012 deposition.

I hereby declare, under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Dated: February 15, 2012
Los Angeles, CA

_____
Jason C. Lo (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

*Attorney for Defendant*

2