IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

### MOTION TO STRIKE TESTIMONY OF LAWSON ECONOMIC EXPERT JONATHAN D. PUTNAM CONCERNING AWARD OF ROYALTY AND UNOPPOSED REQUEST FOR EXPEDITED BRIEFING

Plaintiff, *e*Plus, Inc. ("*e*Plus"), by counsel, respectfully requests that the Court strike all testimony offered by economist Jonathan D. Putnam ("Dr. Putnam") addressing the award of a reasonable royalty to *e*Plus as a sanction should Lawson be found in contempt of this Court.

This Court has already addressed the issue of awarding a reasonable royalty twice: first, before the trial of the underlying patent infringement action by striking *e*Plus's damages expert and by barring use of alternative proof as a discovery sanction, and second, in connection with the post-verdict injunction proceedings by rejecting Lawson's argument that a compulsory license measured by a Court-imposed royalty was a remedy superior to a permanent injunction. This Court's orders are the law of the case and prevent relitigation of the royalty issue. Moreover, the Court's reasons for rejecting a reasonable royalty apply with even greater force now than they did at the injunction hearing. For these reasons, *e*Plus respectfully requests that

the Court strike all portions of Dr. Putnam's report discussing a reasonable royalty and preclude Dr. Putnam from offering any opinions concerning a reasonable royalty at the contempt hearing.

Counsel for *ePlus* certifies that it has met telephonically with counsel for Lawson and that a good faith effort has been made between counsel to resolve the matters at issue.

*ePlus* also requests that the Court order expedited briefing of this motion. The contempt hearing is scheduled to begin on February 27, less than two weeks from now. Because of the impact this Motion will have on the parties' preparation for the hearing, *ePlus* respectfully requests that the Court resolve this motion as soon as possible. *ePlus* therefore requests that the Court order that Lawson's opposition brief be due on Thursday, February 23, and that *ePlus*'s reply brief be due on Friday, February 24. Lawson has confirmed in writing that they do not oppose this briefing schedule.

February 16, 2012

Respectfully submitted,

*e*PLUS, INC.

By Counsel

_____/s/_____
Paul W. Jacobs, II (VSB # 16815)
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cbblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com

*Counsel for Plaintiff, ePlus, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of February, 2012, I will electronically file the foregoing

**MOTION TO STRIKE TESTIMONY OF LAWSON ECONOMIC EXPERT JONATHAN D. PUTNAM CONCERNING AWARD OF ROYALTY AND UNOPPOSED REQUEST FOR EXPEDITED BRIEFING**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the counsel of record, and serve the via electronic mail on the following counsel:

Josh A. Krevitt, *pro hac vice*
Daniel J. Thomasch, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
jkrevitt@gibsondunn.com
dthomasch@gibsondunn.com

Christopher Dean Dusseault, *pro hac vice*
Jason C. Lo, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel (213) 229-7000
cdusseault@gibsondunn.com
jlo@gibsondunn.com
VAED-620ExternalServiceList@gibsondunn.com

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB#37691
Megan C. Rahman (VSB No. 42678)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point • P.O. Box 1122
Richmond, Virginia 23218-1122
Tel: (804) 697-1200
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*

_____/s/_____
Paul W. Jacobs, II (VSB #16815)
Counsel for Plaintiff *e*Plus, Inc.
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
pjacobs@cblaw.com