IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., ) | |
| ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF *e*PLUS INC.'S SUPPLEMENTAL WITNESS LIST**

Pursuant to (i) the Joint Stipulation regarding the pre-hearing schedule was submitted by the parties on February 17, 2012 and (ii) Paragraph 14 of the Court's Scheduling Order for Contempt Proceedings (Docket No. 849), Plaintiff *e*Plus Inc. ("*e*Plus") hereby identifies those persons whom it has a good faith basis to believe will be called to give testimony at the contempt hearing that is scheduled to begin on February 27, 2012.

*e*Plus will supplement and amend the list in light of any order regarding the scope of the trial or the waiver of Lawson's attorney-client privilege, or in light of any information submitted by Defendant Lawson Software, Inc. ("Lawson") as part of its pretrial filings or otherwise. *e*Plus will present testimony by any witness identified or called by Lawson, or offer additional testimony from any such witness by deposition if necessary. *e*Plus may call witnesses identified on its witness list or on Lawson's witness list in rebuttal.

In alphabetical order, the names and addresses of the witnesses whom *e*Plus has a good faith basis to believe will be called to give testimony at the contempt hearing that is scheduled to begin on February 27, 2012 are as follows:

|    | **Name** | **Address** | **Purpose** |
|----|----------|-------------|-------------|
| 1. | Dale Christopherson | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 2. | Dean Hager | Kroll Ontrack<br>9023 Columbine Road<br>Eden Prairie, MN 55347 | Fact |
| 3. | Scott Hanson | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 4. | Elizabeth Homewood | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 5. | Keith Lohkamp | 3045 Totterdell Street<br>Oakland, CA 94611 | Fact |
| 6. | Patrick Niemeyer | 712 Payson Drive<br>St. Louis, MO 63132-3310 | Expert |
| 7. | Alfred Weaver, Ph.D. | University of Virginia<br>School of Engineering and Applied Sciences<br>151 Engineer's Way<br>P.O. Box 400470<br>Charlottesville, VA 22904 | Expert |
| 8. | Keith Ugone, Ph.D. | Analysis Group<br>2911 Turtle Creek Boulevard<br>Suite 600<br>Dallas, TX 75219 | Expert |

Pursuant to Paragraph 13 of the Court's Scheduling Order for Contempt Proceedings (Docket No. 849), *e*Plus has also exchanged with Lawson and will submit to the Court the deposition transcripts and deposition exhibits of the following witnesses: Dale Christopherson, Todd Dooner, Dean Hager, Scott Hanson, Elizabeth Homewood, Keith Lohkamp, Kurt Reasoner and Kevin Samuelson. Pursuant to the Court's directive at the November 8, 2011 hearing, the

Federal Rules of Evidence and the Federal Rules of Civil Procedure, *e*Plus intends to introduce these deposition transcripts and deposition exhibits into the record in connection with these contempt proceedings.

                                        Respectfully submitted,

February 17, 2012                                  /s/

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

*Counsel for ePlus, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of February, 2012, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC.'S SUPPLEMENTAL WITNESS LIST**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the following:

Josh A. Krevitt, *pro hac vice*
Daniel J. Thomasch, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-4000
jkrevitt@gibsondunn.com
dthomasch@gibsondunn.com

Christopher Dean Dusseault, *pro hac vice*
Jason C. Lo, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel (213) 229-7000
cdusseault@gibsondunn.com
jlo@gibsondunn.com
VAED-620ExternalServiceList@gibsondunn.com

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB#37691
Megan C. Rahman (VSB No. 42678)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point • P.O. Box 1122
Richmond, Virginia 23218-1122
Tel: (804) 697-1200
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
tim.stgeorge@troutmansanders.com
***Counsel for Defendant Lawson Software, Inc.***

                                          /s/
David M. Young (VSB #35997)
Counsel for Plaintiff *e*Plus, Inc.
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com