IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, on February 20, 2012, copies of *e*PLUS INC.'S REPLY BRIEF IN SUPPORT OF MOTION TO STRIKE PORTIONS OF LAWSON'S EXPERT REPORT AND EXCLUDE FROM THE CONTEMPT HEARING IMPROPER OPINIONS AND FOR EXPEDITED BRIEFING and accompanying exhibits were served by email on the counsel of record for Lawson Software, Inc. listed below.  The reply brief and exhibits will be filed under seal with the Court on February 21, 2012.

Christopher Dean Dusseault, *pro hac vice*
Jason Lo, *pro hac vice*
Timothy P. Best, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-6659
CDusseault@gibsondunn.com
JLo@gibsondunn.com
TBest@gibsondunn.com
VAED-
620ExternalServiceList@gibsondunn.com

Donald R. Dunner, *pro hac vice*
Erika H. Arner, *pro hac vice*
FINNEGAN, HENDERSON, FARABOW,
GARRETT
& DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4444
don.dunner@finnegan.com
erika.arner@finnegan.com
EXT-Lawson-
FinneganCorrespondence@finnegan.com

Sarah E. Simmons, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue , #1100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
SSimmons@gibsondunn.com
VAED-
620ExternalServiceList@gibsondunn.com

Robert A. Angle, VSB#37691
Dabney J. Carr, IV, VSB #28679
Megan C. Rahman (VSB No. 42678)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1238
Facsimile: (804) 698-5119
robert.angle@troutmansanders.com
dabney.carr@troutmansanders.com
megan.rahman@troutmansanders.com
tim.stgeorge@troutmansanders.com

Daniel J. Thomasch, *pro hac vice*
Josh A. Krevitt, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-6200
DThomasch@gibsondunn.com
JKrevitt@gibsondunn.com
VAED-
620ExternalServiceList@gibsondunn.com

***Counsel for Defendant Lawson Software, Inc.***

                                  Respectfully Submitted,

February 20, 2012                                   /s/
                                David M. Young (VSB #35997)
                                Scott L. Robertson *(admitted pro hac vice)*
                                Jennifer A. Albert *(admitted pro hac vice)*
                                **GOODWIN PROCTER LLP**
                                901 New York Avenue, N.W.
                                Washington, DC 20001
                                Telephone:  (202) 346-4000
                                Facsimile:   (202) 346-4444
                                dyoung@goodwinprocter.com
                                srobertson@goodwinprocter.com
                                jalbert@goodwinprocter.com

                                Craig T. Merritt (VSB #20281)
                                Paul W. Jacobs, II (VSB #16815)
                                Henry I. Willett, III (VSB #44655)
                                **CHRISTIAN & BARTON, LLP**
                                909 East Main Street, Suite 1200
                                Richmond, Virginia 23219-3095
                                Telephone: (804) 697-4100
                                Facsimile: (804) 697-4112
                                cmerritt@cblaw.com
                                hwillett@cblaw.com

                                Michael G. Strapp (*admitted pro hac vice*)
                                **GOODWIN PROCTER LLP**
                                Exchange Place
                                53 State Street
                                Boston, MA 02109-2881
                                Telephone:  (617) 570-1000
                                Facsimile:   (617) 523-1231
                                mstrapp@goodwinprocter.com

                                Attorneys for Plaintiff, *e*Plus Inc.