# EXHIBIT 18

# '683 Patent – Claim 3

3. An electronic sourcing system comprising:

at least two product catalogs containing data relating to items associated with the respective sources;

means for selecting the product catalogs to search;

means for searching for matching items among the selected product catalogs;

means for building a requisition using data relating to selected matching items and their associated source(s);

means for processing the requisition to generate one or more purchase orders for the selected matching items; and

means for converting data relating to a selected matching item and an associated source to data relating to an item and a different source.

# '683 Patent – Claim 3

**3. An electronic sourcing system comprising:**

maintaining at least two product catalogs



selecting the product catalogs



searching for matching items



building a requisition



generating one or more purchase orders



converting data