# EXHIBIT 22

```
                                                                  1

 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE EASTERN DISTRICT OF VIRGINIA
 2                    RICHMOND DIVISION

 3   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                       :
 4    ePLUS, INC.,                     :
                                       :
 5              Plaintiff,             :
      v.                               :  Civil Action
 6                                     :  No. 3:09CV620
      LAWSON SOFTWARE, INC.,           :
 7                                     :  October 28, 2011
                Defendant.             :
 8   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ :

 9

10

11          COMPLETE TRANSCRIPT OF CONFERENCE CALL
             BEFORE THE HONORABLE ROBERT E. PAYNE
12                UNITED STATES DISTRICT JUDGE

13

14

15    APPEARANCES:

16    Scott L. Robertson, Esq.
      Jennifer A. Albert, Esq.
17    Michael T. Strapp, Esq.
      David M. Young, Esq.
18    GOODWIN PROCTOR
      901 New York Avenue, NW
19    Washington, D.C.   20001

20    Craig T. Merritt, Esq.
      CHRISTIAN & BARTON
21    909 E. Main Street, Suite 1200
      Richmond, VA   23219-3095
22
              Counsel for the plaintiff ePlus
23

24
                   DIANE J. DAFFRON, RPR
25                 OFFICIAL COURT REPORTER
                 UNITED STATES DISTRICT COURT
```

```
 1      APPEARANCES:   (Continuing)

 2      Kirstin L. Stoll-DeBell, Esq.
        William D. Schultz, Esq.
 3      MERCHANT & GOULD
        3200 IDS Center
 4      80 South Eighth Street
        Minneapolis, MN    55402-2215
 5
        Dabney J. Carr, IV, Esq.
 6      TROUTMAN SANDERS
        Troutman Sanders Building
 7      1001 Haxall Point
        P.O. Box 1122
 8      Richmond, VA    23218-1122

 9             Counsel for the defendant Lawson Software.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  like to move this forward as expeditiously as
2  possible.
3         THE COURT: I understand that, but you also
4  apparently have asked for a lot of documents. You've
5  got a lot of documents. I don't want anymore
6  briefing. I want you to conduct whatever discovery is
7  going to be allowed. We are going to have a hearing.
8         Whether or not there's a new expert that can
9  be allowed at this stage of the proceedings, I don't
10 know. I'll let you raise that in due course, and I'll
11 deal with it, but I don't need another round of
12 pretrial briefing.
13        We are not going to retry the case of
14 infringement. We're going to try the very limited
15 issues that I think I've already outlined you're going
16 to be trying.
17        Now, that's the way it's going to be and
18 we'll go from there to set a schedule. In view of
19 that, given that, do you oppose a hearing in January?
20        MR. ROBERTSON: Yes, Your Honor. My client
21 has instructed me to strongly oppose such a delay in
22 the case given what we think is the ongoing contempt
23 of a federal judge's order.
24        Also I'm very concerned as to the
25 disagreement we had in our discussions yesterday as to

1  MR. ROBERTSON: Thank you, Your Honor.
2  THE COURT: Bye-bye.
3
4  (The proceedings were adjourned at 5:50 p.m.)
5
6  I, Diane J. Daffron, certify that the
7  foregoing is a true and accurate transcription of my
8  stenographic notes.
9
10         /s/
   _____   _____
   DIANE J. DAFFRON, RPR, CCR        DATE