IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 3:09CV620 (REP) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT LAWSON SOFTWARE, INC.'S WITNESS LIST

Pursuant to (i) the Joint Stipulation regarding the pre-hearing schedule submitted by the parties on February 17, 2012 and (ii) Paragraph 14 of the Court's Scheduling Order for Contempt Proceedings (Docket No. 849), Defendant Lawson Software, Inc. ("Lawson") hereby identifies those persons whom it has a good faith basis to believe will be called to give testimony at the contempt hearing that is scheduled to begin on February 27, 2012.

Lawson may supplement and amend the list in light of any order regarding the scope of the trial or in light of any information submitted by Plaintiff ePlus Inc. ("ePlus") as part of its pretrial filings or otherwise.  Lawson reserves the right to present testimony by any witness called by ePlus.

Lawson is prepared to make available, at Plaintiff's request and upon reasonable notice, Todd Dooner, Keith Lohkamp, and Kevin Samuelson to testify in person.

In alphabetical order, the names and address of the witnesses whom Lawson intends to call at trial either in person or by deposition (written transcript and/or videotape) are as follows:

|  | **Name** | **Address** | **Purpose** |
|---|---|---|---|
| 1. | Dale Christopherson | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 2. | Benjamin Goldberg, Ph.D. | New York University<br>Department of Computer Science<br>251 Mercer Street, Room 401<br>New York, NY 10012 | Expert |
| 3. | Kenneth Farber | ePlus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171 | Fact |
| 4. | Dean Hager | Kroll Ontrack<br>9023 Columbine Road<br>Eden Prairie, MN 55347 | Fact |
| 5. | Scott Hanson | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 6. | Elizabeth Homewood | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 7. | Jonathan Putnam, Ph.D. | Charles River Associates<br>200 Clarendon Street, T-33<br>Boston, MA 02116 | Expert |

DATED:  February 20, 2012

                                  **LAWSON SOFTWARE, INC.**


                             By: _____/s/_____
                                  Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Timothy J. St. George, VSB #77349
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
tim.stgeorge@troutmansanders.com

Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Counsel for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of February 2012, I will electronically file the foregoing

**DEFENDANT LAWSON SOFTWARE, INC.'S WITNESS LIST**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the following:

Craig T. Meritt
Henry I. Willet, III
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmeritt@cblaw.com
hwillet@cblaw.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

James D. Clements
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
jclements@goodwinprocter.com

 

 

/s/
Dabney J. Carr, IV, VSB #28679
Timothy J. St. George, VSB #77349
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Attorneys for Defendant Lawson Software, Inc.*

4