IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF *e*PLUS INC.'S OBJECTIONS TO DEFENDANT
LAWSON SOFTWARE, INC.'S DISCOVERY DESIGNATIONS AND SUMMARIES
FOR CONTEMPT PROCEEDINGS**

Pursuant to Federal Rules of Civil Procedure 32 and 33(c), Local Rule 30(F) and (G), and the Scheduling Order Concerning Contempt Proceedings (Dkt. No. 849), Plaintiff *e*Plus Inc. ("*e*Plus" or "Plaintiff"), by and through its attorneys, hereby submits the following objections to the affirmative designations, fairness designations, counter designations and designation summaries of Defendant Lawson Software, Inc. ("Defendant" or "Lawson"):

1. Objections to Lawson's fairness deposition designations and summaries for the December 19-20, 2011 deposition of Dale A. Christopherson attached as Appendix 1.

2. Objections to Lawson's fairness deposition designations and summaries for the December 21, 2011 deposition of Todd Dooner attached as Appendix 2.

3. Objections to Lawson's fairness deposition designations and summaries for the January 6, 2012 deposition of Dean J. Hager attached as Appendix 3.

4. Objections to Lawson's fairness deposition designations and summaries for the December 29, 2011 deposition of Scott D. Hanson attached as Appendix 4.

5. Objections to Lawson's fairness deposition designations and summaries for the December 21, 2011 deposition of Elizabeth R. Homewood attached as Appendix 5.

6. Objections to Lawson's fairness deposition designations and summaries for the January 6, 2012 deposition of Keith D. Lohkamp attached as Appendix 6.

7. Objections to Lawson's fairness designations and summaries for the January 9, 2012 deposition of Kurt Reasoner attached as Appendix 7.

8. Objections to Lawson's fairness deposition designations and summaries for the January 5, 2012 deposition of Kevin Samuelson attached as Appendix 8.

9. Objections to Lawson's affirmative designations, counter-designations and summaries for the January 9, 2012 deposition of Kurt Reasoner attached as Appendix 9.

10. Objections to Lawson's affirmative designations, counter-designations and summaries for the December 27, 2011 deposition of Kenneth Farber attached as Appendix 10.

*e*Plus may rely on any testimony, exhibits, or evidence adduced and admitted at trial or the injunction hearing that are relevant to the contempt proceedings.

Respectfully submitted,

February 20, 2012                                     /s/
David M. Young (VSB #35997)
Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

Michael G. Strapp (*admitted pro hac vice*)
James D. Clements  (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff *e*Plus Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of February 2012, I will electronically file the foregoing

**Plaintiff *e*Plus Inc.'s Objections to Defendant Lawson Software, Inc.'s Discovery Designations and Summaries for Contempt Proceedings**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

| | |
|---|---|
| Christopher Dean Dusseault, *pro hac vice* <br> Jason Lo, *pro hac vice* <br> Timothy P. Best, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 333 S. Grand Avenue <br> Los Angeles, CA 90071 <br> Telephone: (213) 229-7000 <br> Facsimile: (213) 229-6659 <br> CDusseault@gibsondunn.com <br> JLo@gibsondunn.com <br> TBest@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com | Robert A. Angle, VSB#37691 <br> Dabney J. Carr, IV, VSB #28679 <br> Megan C. Rahman (VSB No. 42678) <br> Timothy J. St. George (VSB No. 77349) <br> TROUTMAN SANDERS LLP <br> P.O. Box 1122 <br> Richmond, Virginia 23218-1122 <br> Telephone: (804) 697-1238 <br> Facsimile: (804) 698-5119 <br> robert.angle@troutmansanders.com <br> dabney.carr@troutmansanders.com <br> megan.rahman@troutmansanders.com <br> tim.stgeorge@troutmansanders.com |
| Donald R. Dunner, *pro hac vice* <br> Erika H. Arner, *pro hac vice* <br> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. <br> 901 New York Avenue, N.W. <br> Washington, DC 20001 <br> Telephone: (202) 408-4000 <br> Facsimile: (202) 408-4444 <br> don.dunner@finnegan.com <br> erika.arner@finnegan.com <br> EXT-Lawson-FinneganCorrespondence@finnegan.com | Daniel J. Thomasch, *pro hac vice* <br> Josh A. Krevitt, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: (212) 351-4000 <br> Facsimile: (212) 351-6200 <br> DThomasch@gibsondunn.com <br> JKrevitt@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com |
| | Sarah E. Simmons, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 2100 McKinney Avenue , #1100 <br> Dallas, TX 75201 <br> Telephone: (214) 698-3100 <br> Facsimile: (214) 571-2900 <br> SSimmons@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com <br><br> ***Counsel for Defendant Lawson Software, Inc.*** |

2

                    /s/
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com

Counsel for Plaintiff *e*Plus Inc.