# APPENDIX 1

# APPENDIX 1

**DEPOSITION OF DALE A. CHRISTOPHERSON (December 19-20, 2011)**

**December 19, 2011**

| *e*Plus Affirmative Designations | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 9:12 - 9:20 | 14:3-15:3; 16:2-17 (clarification re: depo scope) | LR 30(F) | |
| 10:22 - 14:1 | 31:3 (objection) | LR 30(F) | |
| 17:1 - 17:7 | 31:9-10 (objection) | LR 30(F) | |
| 20:7 - 20:17 | 31:20 (objection) | LR 30(F) | |
| 30:17 - 31:2 | 32:8 (objection) | LR 30(F) | |
| 31:4 | 32:15 (objection) | LR 30(F) | |
| 31:6 - 31:8 | 33:8 (objection) | LR 30(F) | |
| 31:11 - 31:14 | 33:14 (objection) | LR 30(F) | |
| 31:16 - 31:19 | 34:14-35:10 (punchout works differently with RQC than with RSS) | 401/402/403 (confusion of the issues) | Originally designated testimony only directed toward a single Punchout session |
| 32:1 - 32:7 | 35:18-21 (objection) | LR 30(F) | |
| 32:9 | 36:15-37:18 (Lawson does not control searching at punchout sites) | 401/402/403 (relevance) | |
| 32:11 - 32:14 | 38:2 (objection) | LR 30(F) | |
| 32:16 | 38:14 (objection) | LR 30(F) | |
| 32:18 - 33:7 | 39:1 (objection) | LR 30(F) | |
| 33:9 | 39:10-19 (clicking "release" in RQC does not generate a final requisition) | LR 30(F) (to the extent designation includes statements of counsel) | Incomplete summary |
| 33:11 - 33:13 | 40:4 (objection) | LR 30(F) | |
| 33:15 | 44:8-15 (diagram represents punchout process flow) | | |
| 33:17 - 33:22 | 44:19 (objection) | LR 30(F) | |
| 35:11 - 35:17 | 45:10-15; 45:17-20 (diagram showing placing data into shopping cart is incorrect) | | |

**APPENDIX 1**
**Dale Christopherson (Dec. 19-20, 2011)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designations | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 35:22 - 36:1 | 46:14-15; 46:17 (Lawson did not tell its system users that RQC processes data from shopping cart) | 401/402/403 (confusion of the issues) | Incomplete summary; witness clarified immediately afterward that Punchout users, not system users, were indeed so informed |
| 36:3 - 36:14 | 46:21 (objection) | LR 30(F) | |
| 37:20 - 38:1 | 47:15 (objection) | LR 30(F) | |
| 38:4 - 38:13 | 48:12-16 (punchout user guide created around the same time as RQC release) | | |
| 38:15 - 38:16 | 49:2-5 (exhibit 6 identification) | | |
| 38:18 - 38:22 | 51:21 (objection) | LR 30(F) | |
| 39:2 | 56:14-19 (webinar q&a was interactive, and not pre-prepared) | | |
| 39:21 - 40:3 | 57:2-5 (clarification re: depo scope) | LR 30(F) | |
| 40:5 | 58:12-16 (RQ10 is not the program used by the Requisitions module to finalize requisitions) | | |
| 40:7 - 40:22 | 59:22-60:4 (Christopherson not familiar with exhibit 6 but knows generally what it is) | | |
| 41:1 - 41:18 | 61:21-62:1 (objection) | LR 30(F) | |
| 42:1 | 64:20-22 (clarification re: depo scope) | LR 30(F) | |
| 42:3 - 42:19 | 68:13-69:10 (functional and unit testing occurred; unit testing occuring throughout entire development) | | |
| 43:19 - 43:22 | 69:18-22 (functional testing ocurred from the very end of March/April into June) | | |
| 44:5 - 44:7 | 70:7-16 (installation testing occurred on database and OS combinations) | | |
| 44:16 - 44:18 | 71:6-8 (installation testing occurred in May) | | |

2

**APPENDIX 1**
**Dale Christopherson (Dec. 19-20, 2011)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *ePlus* Affirmative Designations | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 44:20 | 77:14-16 (designation of question for which ePlus designated the answer) | | |
| 45:22 - 46:13 | 80:10-12 (instruction re: privilege) | LR 30(F) | |
| 46:19 - 46:20 | 80:17-18 (instruction re: privilege) | LR 30(F) | |
| 46:22 - 47:1 | 86:18-87:7 (clarification re: definition of change) | LR 30(F); 401/402/403 (relevance) | |
| 47:3 - 47:14 | 89:6-9 (objection) | LR 30(F); 401/402/403 (relevance) | |
| 47:16 | 89:14-15 | 401/402; 403 | |
| 47:18 - 48:3 | 90:6-8 (objection) | LR 30(F) | |
| 48:17 - 48:21 | 90:20 (objection) | LR 30(F) | |
| 50:6 - 51:20 | 91:10 (objection) | LR 30(F) | |
| 51:22 | 92:1-7 (incorrect that a user can select any of multiple product catalogs with which to punch out) | | Incomplete summary |
| 52:2 - 54:5 | 92:10 (objection) | LR 30(F) | |
| 55:5 - 55:9 | 92:12 (objection) | LR 30(F) | |
| 55:14 - 56:13 | 92:20-21 (objection) | LR 30(F) | |
| 56:20 - 57:1 | 93:3-11 (selecting a punchout icon gets you to the respective vendor's site) | LR 30(F) (to the extent designation includes statements of counsel) | |
| 58:2 - 58:11 | 93:16 (objection) | LR 30(F) | |
| 58:18 - 59:12 | 94:2-3 (objection) | LR 30(F) | |
| 59:14 - 59:17 | 94:10-11 (objection) | LR 30(F) | |
| 60:5 - 60:8 | 94:18 (objection) | LR 30(F) | |
| 60:12 - 60:19 | 95:22-96:1; 96:3 (Christopherson initially came up with the UNSPSC change idea) | | |
| 62:7 - 62:22 | 97:21-98:4 (addition of beginning of ePlus question for completeness) | | |
| 63:1 - 63:19 | 99:8-13 (limiting requisitions to a single punchout provider available on June 9) | | |

3

**APPENDIX 1**
**Dale Christopherson (Dec. 19-20, 2011)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *ePlus* Affirmative Designations | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 69:11 - 69:14 | 100:22-101:15 (four change categories at a high level but include many changes within some of the categories) | LR 30(F) (to the extent designation includes statements of counsel) | |
| 77:9 - 77:10 | 107:13-108:12 (Lawson focused its redesign efforts on RSS based on the fact that configurations without RSS did not infringe and those with RSS did infringe) | 106 (incomplete designation- omits witness's testimony that infringing configurations included more than just RSS); LR 30(F) (to the extent designation includes statements of counsel) | |
| 77:12 | 108:17-109:2 (Lawson presented proposed functional changes to RSS to its CEO) | | |
| 77:17 - 77:21 | 109:20-110:13 (presentation on changes 1 and 3 -- requisition lines and UNSPSC -- to Lawson CEO in mid-March and April) | LR 30(F) (to the extent designation includes statements of counsel) | |
| 78:1 - 78:2 | 111:6-20 (in mid-March, changes 1 and 3 in the middle of construction; by April CEO meeting, change 4 had not been conceived of) | | |
| 79:8 - 79:17 | 124:1-5 (exhibit 10 identification) | | |
| 80:6 - 80:7 | 126:19-127:5 (Christopherson sent a Feb 8 email to Mr. Dooner, Mr. Knuth and Mr. Lohkamp stating that they needed to come up with some ideas of how to design around the '172 patent) | | |
| 80:13 | 127:19-128:14 (Christopherson asked Dooner to start thinking about some ideas for RSS redesign) | | |
| 80:15 - 80:16 | 129:1-16 (Christopherson and Dooner met on nearly a daily basis from Feb 9 to Mar 30 to configure and design RQC) | | |

4

APPENDIX 1
Dale Christopherson (Dec. 19-20, 2011)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designations | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 80:19 | 129:22-130:15 (Christopherson and Dooner reviewed their designs ideas with counsel) | LR 30(F) (to the extent designation includes statements of counsel) | |
| 81:17 - 82:6 | 132:1-133:5 (At the end of Feburary, Christopherson and Dooner reviewed change 1 with counsel; a few weeks later, they reviewed changes 1 and 3 with counsel) | LR 30(F) (to the extent designation includes statements of counsel) | |
| 86:15 - 86:17 | 133:8-11; 133:16-22 (transitioning between unit testing and functional testing of changes 1 and 3 around March 30) | LR 30(F) (to the extent designation includes statements of counsel) | |
| 87:8 - 87:13 | 136:10-19 (RQC functional testing for changes 1 and 3 started at the very end of March and continued into May) | 401/402/403 (to the extent cumulative over Lawson's designation of 69:18-22) | |
| 87:15 - 87:16 | 137:3-10 (unit testing for changes 1 and 3 complete by March 30, but design never finalized) | | |
| 87:19 - 87:20 | 140:20-141:9 (at RQC launch startup meeting, Lohkamp explained what RQC was supposed to be without any demo) | | |
| 87:22 - 88:8 | 143:3-16 (at March 30 launch startup meeting, RQC given target date for second half of May 2011) | LR 30(F) (to the extent designation includes statements of counsel) | |
| 89:16 - 89:21 | 143:17-144:17 (unit testing done on a module by module basis and ensures that the modules are communicating correctly with each other) | | |

5

APPENDIX 1
Dale Christopherson (Dec. 19-20, 2011)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designations | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 90:9 - 90:12 | 145:6-12; 145:14-146:5 (unit testing never finished, like design, so continued into June; shopping cart change and UNSPSC change initial unit testing complete by March 30, but there was additional unit testing when there were additional code changes brought about by issues in functional testing) | 401/402; 403 (to the extent cumulative over Lawson's designation of 69:6-10) | |
| 90:14 - 90:19 | 147:8-16 (functional testing shoed issues such as screen label alignment, incorrect refreshes, etc.) | | |
| 90:21 | 148:3-8; 149:13-149:15; 149:17-150:6 (formal QA testing began in April for changes 1 and 3 and included functional testing to make sure that RQC operated as it was suppoed to based on its design) | 106 (incomplete designation- omitting witness's answer completely) | |
| 91:1 - 91:9 | 148:9-149:8 | | No summary |
| 91:11 - 91:13 | 150:18-151:9; 151:12-16: 151:19-22 (Christopherson saw issues prior to functional testing where RQC did not perform as it was supposed to, including program crashing based on shopping chart change) | 106 (incomplete designation- omits any context to questions regarding formal QA testing) | |
| 91:15 - 91:22 | 152:7-155:2; 155:4-11; 155:14-17; 155:19-156:1 (correction that March 30 meeting was a small launch meeting, whereas full launch meeting was April 1; at full launch meeting, RQC described along with tasks for RQC launch; two tasks, support and sales training, occurred in May) | | |

6

**APPENDIX 1**
**Dale Christopherson (Dec. 19-20, 2011)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designations | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 92:8 - 92:9 | 156:6-158:12 (Lawson held April 18 meeting to discuss changes to the core system; these changes included label changes and change 2, which required an instantiation in the database and a categorized requisition rather than just a requisition as in RSS) | 106 | Incomplete summary |
| 92:11 | 158:13-159:6 (Lawson held a checkpoint meeting on May 5 to make sure everyone was on track to complete their RQC-related tasks) | | Mischaracterizes testimony; cited testimony speaks of multiple checkpoint meetings beginning on May 5 |
| 92:14 - 92:19 | 160:13-161:8 (Lawson held final release assessment meeting on May 16 to make sure everyone was on task for release) | | |
| 92:22 - 93:1 | 162:4-16 (Lawson held final launch meeting on May 17 to make sure the entire organization was ready for RQC release) | | |
| 93:13 - 93:15 | 164:17 (objection) | LR 30(F) | |
| 93:17 | 164:22-165:4 (Lawson released RQC patch 2 on June 29) | 401/402/403 (relevance) | |
| 93:19 - 93:22 | 165:16-165:22; 166:2-167:18 (Lawson released patches when clients have a major business issue where there is no valid workaround) | 401/402/403 (relevance) | Mischaracterizes testimony; witness says release of patch depends on priority of issue |
| 94:4 - 94:5 | 168:10-14 (Lawson released RQC patch 3 on July 15) | 401/402/403 (relevance) | |
| 94:7 - 94:9 | 168:19-168:22;169:2 (Lawson released patch 4 on July 21) | 401/402/403 (relevance) | |
| 94:12 | 169:20-170:7 (Lawson released patch 5 on August 1, patch 6 on August 8 and patch 7 on August 16) | 106 (incomplete designation) | Mischaracterizes testimony; cited testimony does not specifically speak to Patch 5, 6 or 7 |

7

APPENDIX 1
Dale Christopherson (Dec. 19-20, 2011)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designations | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 94:14 - 94:17 | 170:12-170:22; 171:4-171:13; 171:21-22 (Lohkamp identified negative business impacts from all changes to RSS) | 802 (statements about Mr. Lohkamp are hearsay when proffered by Mr. Christopherson) | |
| 94:19 | 172:6-8; 172:10-20 (UNSPSC change had a negative business impact in that it removed functionality) | 802 (statements about Mr. Lohkamp are hearsay when proffered by Mr. Christopherson) | |
| 95:12 - 95:21 | 173:8-11; 173:13-174:3 (negative business impacts from inability to combine punchout and item master on a single requisition including having to create multiple requisitions and increasing the number of requisitions maintained by the system) | 802 (statements about Mr. Lohkamp are hearsay when proffered by Mr. Christopherson) | |
| 98:5 - 98:14 | 174:14-175:5 (Lawson had someone review software builds to take an independent view of Dooner's work) | | |
| 98:16 - 98:21 | 177:13-18 (clarification re: privilege) | | |
| 99:1 - 99:7 | 179:4-19: 179:20-180:1; 180-5-15 (Christopherson and Lohkamp were assigned the task of identifying and eliminating an infringing element from the patents by March 31; they eliminated claim 3 of the '683 patent and a claim of the '172 patent) | 106; LR 30(F) | Incomplete summary of exhibit and testimony; mischaracterizes testimony; testimony relates to elements, not claims |
| 100:16 - 100:21 | 183:22-184:12; 184:22-185:3; 185:5-20; 186:11-13; 186:15-16 (Christopherson and Lohcamp were assigned to eliminate an infringing element from punchout; they moved the resolution into RQC) | 106; LR 30(F) | Incomplete summary; omits the witness's testimony that there were no changes to Punchout itself |

8

APPENDIX 1
Dale Christopherson (Dec. 19-20, 2011)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designations | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 130:22 - 131:22 | 186:17-187:1;187:3 (Lawson completed the change limiting mixing punchout and item master items in May) | 106 | Incomplete summary; omits the witness's testimony that task was not implemented by March 31 |
| 133:6 - 133:7 | 187:4-19 (in Feb and March, Lawson was exploring not using punchout and RSS, bu tinstead building interfaces over to a potential partner product) | LR 30(F) | |
| 133:13 - 133:15 | 190:16-191:1; 191:21-192:3; 192:6-10; 193:17-194:5 (Lawson explored the option of crippling punchout so it could only pounch out to licensed vendor sites) | | |
| 136:20 - 137:2 | 208:3-12 (Christopherson believed that by relabeling the "checkout" button to "submit," Lawson would achieve a functional change because the save button would also disappear) | | Incomplete summary; testimony establishes that these were witness's thoughts only after brainstorming session; Mischaracterizes testimony; witness states that, at the time, he was not implying that the "Save" button would disappear |
| 137:12 - 137:13 | 208:13-209:1; 209:3-5 (the RSS "checkout" button did not just release the requisition, but also wrote the requisition back into the database; for RQC, you write the requisition by selecting an item) | | |
| 137:15 - 137:17 | 209:13-15; 209:20-210:2 (Lawson relabeled certain items in RQC to alight the language between requisition, RQ and RQC) | | |
| 137:19 - 137:22 | 210:9 (objection) | LR 30(F) | |
| 138:17 - 138:22 | 210:16 (objection) | LR 30(F) | |
| 139:1 - 139:16 | 214:19-215:1 (clarification re: privilege) | | |

9

**APPENDIX 1**
**Dale Christopherson (Dec. 19-20, 2011)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designations | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 140:7 - 140:19 | 219:7-10; 219:12-14 (Christopherson does not recall discussions that certain RSS functionalities could not be modified) | | Mischaracterizes testimony; witness does not imply that such discussions never happened |
| 144:18 - 144:22 | 221:15-17 (objection) | LR 30(F) | |
| 145:1 - 145:2 | 223:2-3 (objection) | LR 30(F) | |
| 163:5 - 163:14 | 224:14-15 (objection) | LR 30(F) | |
| 163:22 - 164:16 | 224:21-22 (objection) | LR 30(F) | |
| 164:18 - 164:20 | 226:2 (objection) | LR 30(F) | |
| 176:9 - 176:12 | 226:8 (objection) | LR 30(F) | |
| 176:17 - 177:5 | 227:6 (objection) | LR 30(F) | |
| 196:10 - 196:21 | 227:12 (objection) | LR 30(F) | |
| 197:1 | 228:16-229:12 (Christopherson did not discuss with Knuth how to skip the shopping cart step of the work flow of RSS) | | |
| 209:7 - 209:12 | 231:11-12 (objection) | LR 30(F) | |
| 210:4 - 210:8 | 234:7-12 (Christopherson is not aware of where the item on the right side of the screen in exhibit 15 is derived from) | | Incomplete summary; witness is not aware of whether the item on the right-hand side of the screen in Exhibit 15 was selected from a search result |
| 210:10 | 235:19 (objection) | LR 30(F) | |
| 210:12 - 210:15 | 236:4 (objection) | LR 30(F) | |
| 210:17 | 236:15 (objection) | LR 30(F) | |
| 210:19 - 210:20 | 236:16 (designation of an answer for which ePlus designated the question) | | |
| 212:22 | 237:5 (objection) | LR 30(F) | |
| 213:1 - 213:4 | 238:11 (objection) | LR 30(F) | |
| 213:7 | 238:17 (objection) | LR 30(F) | |
| 213:9 - 213:22 | 239:1 (objection) | LR 30(F) | |

**APPENDIX 1**
**Dale Christopherson (Dec. 19-20, 2011)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *ePlus* Affirmative Designations | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 214:1 | 239:4-20 (Lawson changed the "my cart" label to "requisition lines" to align the language with RQ10 and also because in RQC, this information is the requisition line, unlike in RSS where the information had not yet been written to the requisition; in RQC, you can see the information in RQ10 because it is in the requisition) | | |
| 214:13 - 214:15 | 240:4-6; 240:8-20 ("release" for RQC puts the requisition into a release, but not a final state; release means the requestor is done and the requisiton goes into the approval process) | 106; 401/402/403 | Incomplete summary; witness testified immediately afterward that "Release" appears in RSS user documentation and source code |
| 215:7 - 216:12 | 241:10 (objection) | LR 30(F) | |
| 220:19 - 221:14 | 242:11-13 (clarification re: position referenced in document) | | |
| 221:18 - 221:20 | 243:4-6 (clarification re: counsel misstatement) | | |
| 222:21 - 223:1 | 243:22 (objection) | LR 30(F) | |
| 223:4 | 244:9 (objection) | LR 30(F) | |
| 223:6 - 223:10 | 248:16-19 (Lawson's webinar presentation indicates that Lawson is ordered to no longer provide support to RSS) | | |
| 223:19 - 224:13 | 249:9-10 | LR 30(F) | |
| 224:16 | 249:18-19 | LR 30(F) | |
| 224:18 - 224:20 | 250:4-5 | LR 30(F) | |
| 225:1 | 250:10 | LR 30(F) | |
| 225:3 - 226:1 | 250:17-18 | LR 30(F) | |
| 226:3 | 251:10-252:6 | | |
| 226:5 - 226:7 | 252:13-253:10; 253:13-19 | | |
| 226:9 | 263:19-264:4; 264:7 | | |

APPENDIX 1
Dale Christopherson (Dec. 19-20, 2011)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designations | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 226:11 - 227:5 | 265:11-15; 265:17-266:4; 266:6-8 | | |
| 227:7 | 267:6-15 | 602; 802 | |
| 227:9 - 227:11 | 269:4 | LR 30(F) | |
| 227:13 | 269:16-21; 270:7-271:16 | | |
| 229:20 - 230:1 | 272:7-19:272:22-273:21 | | |
| 230:6 - 230:22 | 274:7-11 | | |
| 231:1 - 231:10 | 276:10-11 | LR 30(F) | |
| 231:13 | 277:3 | LR 30(F) | |
| 231:22 - 232:4 | 277:21-278:7; 278:9-18 | | |
| 232:19 - 232:20 | 279:3-4 | LR 30(F) | |
| 233:3 - 234:6 | 279:10-11 | LR 30(F) | |
| 234:13 - 235:7 | 279:19 | LR 30(F) | |
| 235:12 - 235:18 | 280:8-9 | LR 30(F) | |
| 235:20 | 282:10-283:10 | LR 30(F) | |
| 235:22 - 236:3 | 286:2-287:3 | | |
| 236:5 | 293:1 | LR 30(F) | |
| 236:7 - 236:14 | 295:16 | LR 30(F) | |
| 236:18 - 236:22 | 298:10 | LR 30(F) | |
| 237:1 - 237:4 | 298:12 | LR 30(F) | |
| 237:6 | 299:2 | LR 30(F) | |
| 237:8 - 238:10 | 299:21-300:12 | | |
| 238:12 | 300:21 | LR 30(F) | |
| 238:14 - 238:16 | 301:10-22 | | |
| 238:18 | 305:11-12 | LR 30(F) | |
| 238:20 - 238:22 | 301:17 | LR 30(F) | |
| 239:2 | 306:11 | LR 30(F) | |
| 239:21 - 240:3 | 307:6 | LR 30(F) | |
| 241:7 - 241:9 | 308:16-17 | LR 30(F) | |
| 241:11 | 314:5-9 | | |
| 241:15 - 241:18 | 315:19 | LR 30(F) | |
| 242:1 - 242:10 | 316:5-12 | | |
| 242:14 - 243:3 | 318:9-10 | LR 30(F) | |
| 243:7 - 243:11 | 318:20-22 | LR 30(F) | |
| 243:13 - 243:21 | 319:6-7 | LR 30(F) | |
| 244:1 - 244:2 | 319:14-15 | LR 30(F) | |

**APPENDIX 1**
**Dale Christopherson (Dec. 19-20, 2011)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designations | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 244:3 - 244:8 | 320:3-5 | LR 30(F) | |
| 244:10 | 320:8-14 | | |
| 246:21 - 247:3 | 320:20-21 | LR 30(F) | |
| 247:8 - 247:14 | 322:3-4 | LR 30(F) | |
| 249:14 - 249:17 | 322:6 | LR 30(F) | |
| 249:20 | 323:12-15 | LR 30(F) | |
| 249:22 - 250:3 | 332:14-16; 332:18-333:1; 331:3-6 | | |
| 250:6 | 333:21-334:1; 334:3-7; 334: 9-10 | | |
| 250:8 - 250:9 | 335:11 | LR 30(F) | |
| 250:11 - 250:12 | 336:5 | LR 30(F) | |
| 250:14 - 250:16 | | | |
| 250:19 | | | |
| 252:7 - 252:12 | | | |
| 260:16 - 261:12 | | | |
| 267:16 - 269:3 | | | |
| 269:5 | | | |
| 269:7 - 269:15 | | | |
| 274:12 - 274:17 | | | |
| 275:5 - 276:9 | | | |
| 276:12 - 276:17 | | | |
| 276:19 - 277:2 | | | |
| 277:4 | | | |
| 277:6 - 277:12 | | | |
| 278:20 - 279:2 | | | |
| 279:5 | | | |
| 279:7 - 279:9 | | | |
| 279:12 - 279:14 | | | |
| 279:16 - 279:18 | | | |
| 279:21 - 280:7 | | | |
| 280:14 | | | |
| 281:12 - 281:21 | | | |
| 282:1 - 282:4 | | | |
| 282:6 - 282:9 | | | |
| 285:5 - 285:8 | | | |
| 285:17 - 286:1 | | | |

APPENDIX 1
Dale Christopherson (Dec. 19-20, 2011)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designations | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 287:4 - 287:8 | | | |
| 291:13 - 291:16 | | | |
| 291:22 - 292:22 | | | |
| 293:2 | | | |
| 293:4 - 293:14 | | | |
| 294:2 - 295:15 | | | |
| 295:17 | | | |
| 295:19 - 297:1 | | | |
| 297:2 - 298:9 | | | |
| 298:11 | | | |
| 298:14 - 299:1 | | | |
| 299:3 | | | |
| 299:5 - 299:20 | | | |
| 300:13 - 300:20 | | | |
| 300:22 | | | |
| 301:2 - 301:9 | | | |
| 302:1 - 302:9 | | | |
| 302:17 - 302:19 | | | |
| 303:2 - 303:10 | | | |
| 304:11 - 305:10 | | | |
| 305:13 - 305:16 | | | |
| 305:19 - 306:10 | | | |
| 306:12 - 306:13 | | | |
| 306:15 - 306:22 | | | |
| 307:1 - 307:5 | | | |
| 307:7 | | | |
| 307:9 - 307:22 | | | |
| 308:1 - 308:15 | | | |
| 308:18 | | | |
| 308:20 - 308:22 | | | |
| 313:11 - 313:13 | | | |
| 313:19 - 314:4 | | | |
| 315:8 - 315:18 | | | |
| 315:20 - 316:3 | | | |
| 317:16 - 318:8 | | | |

APPENDIX 1
Dale Christopherson (Dec. 19-20, 2011)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designations | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 318:11 - 318:15 | | | |
| 318:17 - 318:19 | | | |
| 319:1 | | | |
| 319:3 - 319:5 | | | |
| 319:8 | | | |
| 319:10 - 319:13 | | | |
| 319:16 - 319:17 | | | |
| 319:19 - 320:2 | | | |
| 320:6 | | | |
| 320:16 - 320:19 | | | |
| 320:22 | | | |
| 321:15 - 322:2 | | | |
| 322:5 | | | |
| 322:7 - 322:10 | | | |
| 323:3 - 323:11 | | | |
| 326:5 - 326:9 | | | |
| 326:16 - 326:22 | | | |
| 327:1 - 327:15 | | | |
| 329:22 - 330:7 | | | |
| 334:12 - 335:10 | | | |
| 335:12 - 335:15 | | | |
| 335:17 - 336:4 | | | |
| 336:6 | | | |

### December 20, 2011

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 354:16 - 355:6 | 355:7 | LR 30(F) | |
| 355:8 - 355:20 | 355:22-356:2; 356:5-9 | | |
| 366:17 - 366:20 | 380:21-381:2 | | |
| 367:3 - 367:4 | 381:16-18 | LR 30(F) | |
| 367:6 - 367:14 | 382:6-8 | LR 30(F) | |

15

**APPENDIX 1**
**Dale Christopherson (Dec. 19-20, 2011)**
*ePlus* Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 380:1 - 380:3 | 382:18-19 | LR 30(F) | |
| 380:8 - 380:20 | 382:22-282:9; 383:11-384:17 | | |
| 381:6 | 389:19-21 | | |
| 381:8 - 381:15 | 390:5-6 | LR 30(F) | |
| 381:19 - 382:1 | 390:12-13 | LR 30(F) | |
| 382:3 - 382:5 | 390:19-20 | LR 30(F) | |
| 382:10 - 382:17 | 391:3-4 | LR 30(F) | |
| 382:20 | 391:10-11 | LR 30(F) | |
| 384:18 - 385:4 | 391:14-15; 391:19 | | |
| 386:15 - 386:17 | 392:2-3 | LR 30(F) | |
| 387:19 - 387:22 | 394:12 | LR 30(F) | |
| 388:19 - 389:6 | 394:19-395:2; 395:6-8 | | |
| 389:14 - 389:18 | 395:14-16 | LR 30(F) | |
| 389:22 | 396:16-17 | LR 30(F) | |
| 390:2 - 390:4 | 397:9-11 | LR 30(F) | |
| 390:7 | 397:15-398:3 | LR 30(F) | |
| 390:9 - 390:11 | 398:7-11 | LR 30(F) | |
| 390:14 | 398:22-399:1 | | |
| 390:16 - 390:18 | 399:4-8; 399:10-11 | 802 | |
| 390:21 | 399:15-17 | LR 30(F) | |
| 391:1 - 391:2 | 401:6 | LR 30(F) | |
| 391:6 - 391:9 | 401:19-21 | LR 30(F) | |
| 391:12 | 403:19-404:8 | LR 30(F) | |
| 391:21 - 392:1 | 404:18-19 | LR 30(F) | |
| 392:4 - 392:5 | 406:9-10; 406:13; 406:16-407:2; 407:4-5 | | |
| 392:10 - 392:16 | 407:20-408:1 | LR 30(F) | |
| 393:5 - 393:7 | 408:18-409:2 | LR 30(F) | |
| 393:12 - 394:11 | 410:10-12 | | |
| 394:13 - 394:14 | 412:1-13 | | |
| 394:16 - 394:18 | 413:6-21 | | |
| 395:3 - 395:5 | 414:10-13 | | |
| 395:10 - 395:13 | 414:22-415:2; 415:4-416:5 | | |
| 395:17 - 395:18 | 416:12-16 | | |
| 396:2 - 396:15 | 417:3-4 | LR 30(F) | |

**APPENDIX 1**
**Dale Christopherson (Dec. 19-20, 2011)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 396:18 - 396:19 | 417:10 | | |
| 396:21 - 397:8 | 412:11-13 | | |
| 397:12 - 397:13 | 421:17-422:1 | LR 30(F) | |
| 398:5 - 398:6 | 423:12-424:1 | 802 | |
| 398:12 - 398:13 | 426:1-4 | | |
| 399:13 - 399:14 | 426:18-20; 427:1-5 | | |
| 399:18 - 399:19 | 435:15 | LR 30(F) | |
| 399:21 - 401:5 | 436:6-8; 436:10 | | |
| 401:7 - 401:10 | 436:14 | LR 30(F) | |
| 401:12 - 401:18 | 436:18 | LR 30(F) | |
| 401:22 | 438:17-18 | LR 30(F) | |
| 402:3 - 402:5 | 439:1-2 | LR 30(F) | |
| 402:10 - 403:18 | 448:20-449:2; 449:4-6 | | |
| 404:10 - 404:17 | 449:10 | LR 30(F) | |
| 404:20 - 404:21 | 453:17-19 | 401/402; 403 (waste of time); LR 30(F) | |
| 405:2 - 405:4 | 454:14-18 | | |
| 405:9 - 406:8 | 458:5; 458:7 | LR 30(F) | |
| 407:7 - 407:19 | 459:5-461:20 | 106; 401/402/403; 611 (c) | |
| 408:2 | 462:6-463:8 | 106; 401/402/403; 611 (c) | |
| 408:4 - 408:13 | 465:4-10; 465:13-466:7; 466:11-15; 466:18 | 611 (c) | |
| 409:18 - 409:21 | 467:1-13 | | |
| 410:3 | 467:17-22 | | |
| 416:22 - 417:2 | 468:1-22 | | |
| 417:5 | 470:4-19 | LR 30(F) | |
| 417:7 - 417:9 | | | |
| 417:11 - 417:15 | | | |
| 422:9 - 422:19 | | | |
| 423:7 - 423:11 | | | |
| 425:15 - 425:22 | | | |
| 426:5 - 426:17 | | | |
| 427:22 - 428:6 | | | |
| 428:16 - 428:18 | | | |
| 434:11 - 434:13 | | | |

17

**APPENDIX 1**
**Dale Christopherson (Dec. 19-20, 2011)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *ePlus* Affirmative Designation | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 434:18 - 434:22 | | | |
| 435:5 - 435:14 | | | |
| 435:16 - 435:21 | | | |
| 436:1 - 436:5 | | | |
| 436:12 - 436:13 | | | |
| 436:15 | | | |
| 436:17 | | | |
| 436:19 - 436:22 | | | |
| 437:5 - 437:9 | | | |
| 438:2 - 438:16 | | | |
| 438:19 | | | |
| 438:21 - 438:22 | | | |
| 439:3 - 439:5 | | | |
| 449:8 - 449:9 | | | |
| 449:11 - 449:16 | | | |
| 449:18 - 450:13 | | | |
| 450:18 - 451:2 | | | |
| 453:3 - 453:16 | | | |
| 453:20 | | | |
| 454:6 - 454:13 | | | |
| 454:19 - 455:17 | | | |
| 455:22 - 456:4 | | | |
| 456:9 - 456:10 | | | |
| 456:15 - 457:1 | | | |
| 457:6 - 457:19 | | | |
| 458:2 - 458:4 | | | |
| 458:6 | | | |