# APPENDIX 2

# APPENDIX 2

### DEPOSITION OF TODD DOONER (December 21, 2011)

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 8:9 - 8:12 | | | |
| 9:20 - 10:7 | | | |
| 10:16 - 11:21 | 11:22-12:17 | LR 30(F) | |
| 19:9 - 20:1 | 12:18-12:22; 13:17-13:20; 14:5-14:8; 16:16-19:8 | LR 30(F) (17:11-18:20; 19:4-8) | |
| 34:7 - 34:11 | | | |
| 34:15 - 34:21 | | | |
| 35:7 - 35:14 | | | |
| 39:17 - 40:1 | | | |
| 40:16 - 41:3 | | | |
| 41:4 - 41:17 | | | |
| 44:4 - 44:19 | | | |
| 45:21 - 46:6 | 46:7 | LR 30(F) | |
| 46:8 | | | |
| 46:11 - 46:14 | 46:15 | LR 30(F) | |
| 46:16 | | | |
| 47:5 - 47:14 | | | |
| 47:15 - 47:19 | | | |
| 48:18 - 48:20 | 48:21 | LR 30(F) | |
| 48:22 - 49:2 | 49:3 | LR 30(F) | |
| 49:4 | | | |
| 51:3 - 51:16 | | | |
| 54:18 - 54:19 | 54:20 | LR 30(F) | |
| 54:21 | | | |
| 55:18 - 55:22 | 56:1-15 | LR 30(F) (56:4-11); FRE 106 (56:14-15) | |
| 56:16 - 58:3 | 58:4-58:15 | | |
| 60:17 - 62:2 | 62:3 | LR 30(F) | |
| 62:4 - 62:9 | 62:10 | LR 30(F) | |
| 62:11 - 62:15 | 62:16-62:17 | LR 30(F) | |
| 62:18 - 62:21 | 62:22-63:1 | LR 30(F) | |

**APPENDIX 2**
Todd Dooner (Dec. 21, 2011)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 63:2 | | | |
| 63:3 - 63:9 | | | |
| 63:19 - 64:5 | 64:6-64:7 | LR 30(F) | |
| 64:8 | | | |
| 65:11 - 65:12 | 65:13-65:14 | LR 30(F) | |
| 65:16 - 65:18 | 65:19-65:20 | LR 30(F) | |
| 65:21 | | | |
| 69:22 - 71:12 | 71:13-71:14 | LR 30(F) | |
| 71:15 - 72:12 | | | |
| 74:4 - 74:8 | 74:9 | LR 30(F) | |
| 74:10 | 74:11-74:18 | LR 30(F) (74:14-15) | |
| 75:20 - 76:7 | 76:8-76:12; 76:15-77:4 | LR 30(F) (77:2-3) | |
| 77:5 - 77:6 | 77:7 | LR 30(F) | |
| 77:8 - 77:10 | 77:11-77:13 | LR 30(F) (77:12) | |
| 79:6 - 79:7 | 79:8-78:9 | LR 30(F) | |
| 79:10 - 79:11 | 79:12; 79:14-79:19; 79:22 | | |
| 81:13 - 82:10 | | | |
| 83:7 - 83:11 | | | |
| 84:2 - 84:5 | 84:6-84:7 | LR 30(F) | |
| 84:8 - 84:15 | 84:16-84:17 | LR 30(F) | |
| 84:18 - 84:22 | 85:1 | LR 30(F) | |
| 85:2 | 85:6-85:9; 85:12-85:13 | | |
| 85:14 - 85:15 | 85:16-85:17 | LR 30(F) | |
| 85:18 - 86:3 | 86:4-86:5 | LR 30(F) | |
| 86:6 - 86:12 | 86:13 | LR 30(F) | |
| 86:14 - 86:19 | 86:20 | LR 30(F) | |
| 86:21 - 87:5 | 87:6 | LR 30(F) | |
| 87:7 - 87:16 | | | |
| 87:20 - 88:6 | 88:7-88:8 | | |
| 88:15 - 89:3 | 89:4-89:6 | | |
| 89:7 - 90:6 | | | |
| 92:11 - 92:13 | 92:14 | LR 30(F) | |
| 92:19 | 92:20 | LR 30(F) | |
| 92:21 - 93:1 | 93:2 | LR 30(F) | |
| 93:3 - 93:4 | | | |

**APPENDIX 2**
**Todd Dooner (Dec. 21, 2011)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 93:5 - 93:8 | 93:9-93:10 | LR 30(F) | |
| 93:11 - 93:19 | | | |
| 95:7 - 97:1 | | | |
| 110:1 - 110:3 | 110:4-110:5 | LR 30(F) | |
| 110:6 - 110:11 | 110:12-110:13 | LR 30(F) | |
| 110:15 - 110:17 | 110:18 | LR 30(F) | |
| 110:19 - 111:4 | 111:5-111:6 | LR 30(F) | |
| 111:7 - 111:10 | | | |
| 126:22 - 127:13 | | | |
| 128:13 - 128:21 | 128:22-129:6 | LR 30(F) (128:22; 129:5-6) | |
| 129:7 - 129:11 | | | |
| 131:3 - 131:22 | 132:1 | LR 30(F) | |
| 132:2 - 132:5 | | | |
| 143:17 - 144:13 | | | |
| 165:16 - 166:6 | 166:7 | LR 30(F) | |
| 166:9 - 166:14 | | | |
| 170:15 - 172:21 | | | |
| 172:22 - 173:9 | | | |
| 173:10 - 174:15 | | | |
| 174:16 - 175:14 | 175:15-175:16 | LR 30(F) | |
| 175:17 - 176:22 | | | |
| 177:1 - 177:14 | | | |
| 177:15 - 177:17 | 177:18 | LR 30(F) | |
| 177:19 - 178:8 | 178:9-178:12; 178:14-181:19 | | |
| 181:20 - 183:11 | | | |
| 183:12 - 184:19 | | | |
| 185:8 - 186:6 | 186:7 | | |
| 186:8 - 186:19 | 186:20 | | |
| 186:21 - 187:4 | 187:5-187:10; 187:12-187:14 | LR 30(F) (187:13-14) | |
| 187:16 - 188:11 | 188:12-188:20 | | |
| 192:11 - 193:1 | 191:9-192:10 | | |
| 194:2 - 194:15 | 194:16-195:13 | LR 30(F) (194:16-195:1; 195:3-5) | |
| 197:6 - 197:16 | 197:17-197:18 | LR 30(F) | |
| 197:19 - 198:8 | | | |
| 198:20 - 198:21 | 198:22-199:1 | LR 30(F) (198:22) | |

3

**APPENDIX 2**
Todd Dooner (Dec. 21, 2011)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 199:2 - 199:14 | 199:15 | LR 30(F) | |
| 199:16 - 200:5 | 200:6 | LR 30(F) | |
| 200:7 - 200:10 | 200:11-200:12 | LR 30(F) | |
| 200:13 - 201:1 | 201:2-201:4 | LR 30(F) | |
| 201:5 - 201:14 | 201:15 | LR 30(F) | |
| 201:16 - 201:18 | 201:19 | LR 30(F) | |
| 201:20 - 201:21 | | | |
| 202:6 - 202:21 | | | |
| 202:22 - 205:9 | | | |
| 205:14 - 207:3 | | | |
| 208:4 - 209:18 | 209:19 | LR 30(F) | |
| 209:20 | | | |
| 209:21 - 211:17 | 211:18 | LR 30(F) | |
| 211:19 | | | |
| 211:20 - 213:14 | 213:15 | LR 30(F) | |
| 213:16 - 213:19 | | | |
| 213:20 - 214:6 | 214:7 | LR 30(F) | |
| 214:8 - 214:11 | 214:12 | LR 30(F) | |
| 214:13 - 216:6 | 216:7 | LR 30(F) | |
| 216:8 - 216:10 | | | |
| 216:12 - 217:20 | | | |
| 220:13 - 221:4 | | | |
| 226:3 - 226:13 | | | |
| 226:21 - 227:7 | 227:8-227:9 | 611(b) (no question was pending) | |
| 236:5 - 236:9 | 236:10-236:11 | LR 30(F) | |
| 236:13 - 237:9 | | | |
| 242:17 - 245:14 | 245:15 | LR 30(F) | |
| 245:17 - 246:3 | 246:4 | LR 30(F) | |
| 246:5 - 246:7 | | | |
| 246:8 - 248:13 | 248:14 | LR 30(F) | |
| 248:15 - 248:17 | | | |
| 248:22 - 249:11 | 249:12 | LR 30(F) | |
| 249:13 - 249:16 | | | |
| 251:4 - 251:5 | 251:6-251:7 | LR 30(F) | |
| 251:8 | 251:9-251:12 | LR 30(F) (251:10-11); FRE 602 | |

4

**APPENDIX 2**
**Todd Dooner (Dec. 21, 2011)**
*e***Plus Objections to Lawson Fairness Designations and Summaries**

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| | | (251:9, 251:12) | |
| 251:13 - 251:21 | 251:22 | LR 30(F) | |
| 252:1 - 252:9 | 252:10 | LR 30(F) | |
| 252:11 - 252:21 | 252:22 | LR 30(F) | |
| 253:1 - 253:3 | 253:4-253:5 | LR 30(F) | |
| 253:6 | | | |