# APPENDIX 3

# APPENDIX 3

### DEPOSITION OF DEAN J. HAGER (January 6, 2012)

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 9:11 - 9:22 | 11:3-18, 16:18-17:11 (context for whole deposition) | 401/402/403 (confusion of the issues) | Incomplete summary; Mischaracterizes testimony; parts of testimony relate to whether Mr. Hager was being compensated for testimony |
| 12:6 - 12:12 | | | |
| 14:9 - 14:15 | | | |
| 17:21 - 18:8 | | | |
| 20:5 - 20:11 | | | |
| 20:17 - 20:22 | | | |
| 21:3 - 21:7 | | | |
| 22:14 - 22:20 | | | |
| 25:20 - 26:4 | 26:5 (objection) | LR 30(F) | |
| 26:6 - 26:10 | | | |
| 26:22 - 27:3 | 27:4-5 (objection) | LR 30(F) | |
| 27:6 - 27:16 | 27:17-18 (objection) | LR 30(F) | |
| 27:19 - 28:1 | 28:2-5 (objection) | LR 30(F) | |
| 28:14 - 28:16 | 28:17-28:22; 29:2-3 (context for discussion) | 401/402; 403 | Incomplete summary; Witness admits that he was involved in preparation of letter and with drafts of letter |
| 29:19 - 29:22 | 30:1 (objection) | LR 30(F) | |
| 30:3 - 30:17 | 30:18 (objection) | LR 30(F) | |
| 31:1 - 31:9 | 31:10-11; 31:13-14 (context of answer) | | |
| 31:15 - 32:1 | | | |
| 33:12 - 33:18 | | | |
| 34:4 - 34:6 | 34:7 (objection) | LR 30(F) | |
| 34:8 - 34:12 | | | |
| 43:2 - 43:5 | 43:6 (objection) | LR 30(F) | |
| 43:8 - 43:11 | 43:12 (objection) | LR 30(F) | |
| 43:13 - 43:15 | | | |
| 44:4 - 44:11 | 44:12 (objection) | LR 30(F) | |

**APPENDIX 3**
**Dean J. Hager (Jan. 6, 2012)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *ePlus* Affirmative Designation | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 44:13 | 44:21-45:1, 45:3-11, 45:15-16 (context - all conversations with customers were about the process, not functional changes) | | Incomplete summary; Mischaracterizes testimony; witness first gives testimony that "almost all" of conversations with customers were about the process, and later states that he "[does not] recall" having any conversations with customers about the functional changes |
| 45:17 - 45:19 | 45:20 (objection) | LR 30(F) | |
| 46:1 - 46:7 | | | |
| 46:13 - 47:1 | | | |
| 47:11 - 48:1 | 48:2-3 (objection) | LR 30(F) | |
| 48:5 - 48:12 | | | |
| 50:22 - 51:1 | | | |
| 51:5 - 51:11 | | | |
| 52:15 - 52:16 | 52:17 (objection) | LR 30(F) | |
| 52:18 - 53:11 | | | |
| 53:13 - 53:18 | 53:19-54:7 (giving full context) | | |
| 54:19 - 55:15 | 55:16 (objection) | LR 30(F) | |
| 55:17 | | | |
| 55:22 - 56:8 | 56:9 (objection) | LR 30(F) | |
| 56:11 - 56:14 | | | |
| 60:2 - 60:22 | 61:1-2 (objection) | LR 30(F) | |
| 61:3 | | | |
| 61:16 - 64:12 | 67:12-15 (full answer to question); 357:11-362:7, 362:9-363:11, 363:13-18, 363:21-21, 364:8-365:5, 365:7-367:5, 367:19 (necessary context for discussion of exhibit) | 106 (incomplete designations- answer only); 401/402/403; 611 (c) | |
| 67:16 - 68:2 | 68:3-4 (objection) | LR 30(F) | |
| 68:6 - 69:7 | 69:8-9 (objection) | LR 30(F) | |
| 69:11 | | | |
| 71:5 - 71:7 | 71:8-9 (objection) | LR 30(F) | |
| 71:11 - 71:14 | 71:15 (objection) | LR 30(F) | |

2

APPENDIX 3
Dean J. Hager (Jan. 6, 2012)
*ePlus* Objections to Lawson Fairness Designations and Summaries

| *ePlus* Affirmative Designation | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 71:16 - 71:17 | 71:18-22, 72:3-6 (full answer to question) | | Incomplete summary; Mischaracterizes testimony; designation relates to an entirely new question and answer, does not provide a "full answer to question" |
| 73:15 - 74:2 | 74:3 (objection) | LR 30(F) | |
| 74:4 - 74:15 | 74:16-20 (context for answer) | | Mischaracterizes testimony; testimony is a separate question and answer, not context for answer |
| 74:21 - 75:1 | | | |
| 75:4 - 75:6 | | | |
| 75:8 - 75:12 | 75:13-76:1 (fuller context of exhibit being discussed) | | |
| 76:2 - 76:7 | | | |
| 77:13 - 78:5 | | | |
| 78:17 - 79:6 | | | |
| 79:20 - 79:21 | | | |
| 80:2 - 80:12 | | | |
| 80:16 - 81:1 | 81:2 (objection) | LR 30(F) | |
| 81:3 - 81:9 | 81:10-15 (full context to discussion and objection); 353:5-354:3 (context for discussion of exhibit) | LR 30(F); 401/402/403; 611 (c) | |
| 81:16 - 81:20 | 81:21 (objection) | LR 30(F) | |
| 81:22 | | | |
| 82:21 - 83:6 | | | |
| 84:20 - 85:3 | 83:21-84:14, 84:16-19, 85:4-6 (full context to discussion and objection) | LR 30(F); 401/402/403 (confusion of the issues) | Incomplete summary; Mischaracterizes testimony; affirmatively designated testimony clearly establishes witness had no reason to doubt that he had a staff meeting concerning mitigation strategies on or about March 30 |
| 85:9 - 86:12 | 86:16 (objection) | LR 30(F) | |
| 86:15 - 86:20 | | | |
| 91:3 - 91:10 | 88:12-89:22, 89:2-7, 91:13-15 (full context of question) | 106 (incomplete designation-question only); 401/402/403 (confusion of the issues) | Incomplete summary; Mischaracterizes testimony; question assumes third-party alternate solution |

3

APPENDIX 3
Dean J. Hager (Jan. 6, 2012)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 91:12 | 91:11 (objection) | LR 30(F) | |
| 92:10 - 92:15 | 92:16-17 (objection) | LR 30(F) | |
| 92:18 - 93:1 | 93:2 (objection) | LR 30(F) | |
| 93:3 - 93:4 | | | |
| 93:6 - 93:9 | 93:11-15 (objection) | LR 30(F) | |
| 93:16 - 94:3 | | | |
| 97:17 - 97:21 | 98:9-11 (complete answer to question) | | Incomplete summary; Mischaracterizes testimony; fairness designation is a completely new question and answer, not needed to provide a "complete answer to question" |
| 98:19 - 99:15 | 99:16 (objection) | LR 30(F) | |
| 99:18 - 99:21 | | | |
| 104:3 - 104:8 | 103:15-104:2 (context for question) | | |
| 104:12 - 104:19 | 104:9-10 (objection); 368:7-20, 369:6-17, 369:19-4, 370:10-12 (necessary context for discussion) | LR 30(F); 611 (c) | Incomplete summary; Mischaracterizes testimony; witness discussing different exhibits |
| 105:5 - 105:8 | 104:20-105:4 (objection) | LR 30(F) | |
| 105:11 - 105:18 | 105:9-10 (objection) | LR 30(F) | |
| 105:20 - 106:1 | 105:19 (objection) | LR 30(F) | |
| 106:6 - 106:19 | | | |
| 110:22 - 111:1 | | | |
| 111:4 - 111:7 | | | |
| 111:11 - 111:18 | | | |
| 112:1 - 112:5 | | | |
| 112:12 - 112:14 | | | |
| 113:14 - 114:19 | | | |
| 115:4 - 115:9 | | | |
| 115:21 - 116:17 | 116:18 (objection) | LR 30(F) | |
| 116:21 - 117:5 | | | |
| 117:15 - 117:17 | | | |
| 117:19 - 118:22 | | | |
| 119:3 - 119:8 | 119:1-2 (objection) | LR 30(F) | |
| 119:12 - 120:5 | 119:9-10 (objection) | LR 30(F) | |
| 120:7 - 120:9 | 120:6 (objection) | LR 30(F) | |

4

**APPENDIX 3**
**Dean J. Hager (Jan. 6, 2012)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 120:11 - 120:14 | 120:10 (objection) | LR 30(F) | |
| 120:16 - 121:3 | 120:15 (objection) | LR 30(F) | |
| 121:5 | 121:4 (objection) | LR 30(F) | |
| 125:7 - 126:2 | 121:6-8, 121:11 (complete answer and objection) | LR 30(F) | |
| 126:8 - 126:13 | | | |
| 127:9 - 127:11 | | | |
| 128:3 - 128:10 | | | |
| 128:21 - 129:1 | | | |
| 129:5 | | | |
| 129:8 - 129:20 | 129:21-130:6 (complete context of discussion) | | |
| 130:7 - 131:5 | | | |
| 131:9 - 131:19 | 131:7 (objection) | LR 30(F) | |
| 131:21 - 132:8 | 131:20 (objection) | LR 30(F) | |
| 132:13 - 132:17 | 132:9-12 (objection) | LR 30(F) | |
| 133:3 - 133:4 | 133:5 (objection) | LR 30(F) | |
| 133:6 - 134:4 | 134:5-6 (objection) | LR 30(F) | |
| 134:7 - 134:11 | 134:12-16 (complete answer) | 401/402; 403 (waste of time) | Incomplete summary; Mischaracterizes testimony; fairness designation is an additional question and answer, not needed to provide a "complete answer" |
| 138:21 - 139:1 | | | |
| 139:4 - 139:6 | | | |
| 139:8 - 139:17 | 139:18-140:12 (context for exhibit being discussed) | | |
| 143:10 - 143:13 | 143:2-9 (context for question); 143:14 (objection) | LR 30(F) | Incomplete summary; designation does not provide context for following question |
| 143:15 - 144:2 | 144:3 (objection) | LR 30(F) | |
| 144:5 | 144:6, 144:8-9 (context for question) | | |
| 144:10 - 144:20 | | | |
| 145:21 - 146:5 | 145:8-11, 145:18-20 (context for question and answer) | | |
| 146:11 - 146:13 | 146:14-16 (objection) | LR 30(F) | |

5

APPENDIX 3
Dean J. Hager (Jan. 6, 2012)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 146:17 | 146:18-19 (objection) | LR 30(F) | |
| 146:20 - 147:5 | 147:6-11 (full context of discussion) | | |
| 147:12 - 147:13 | 147:14-17 (instruction to witness not to disclose conversations with counsel) | LR 30(F) | |
| 147:18 - 148:2 | 148:3 (objection) | LR 30(F) | |
| 148:4 - 148:5 | | | |
| 148:8 - 148:17 | | | |
| 149:7 - 149:11 | | | |
| 149:18 - 149:19 | | | |
| 149:22 - 150:3 | | | |
| 150:5 - 150:6 | 150:7 (objection) | LR 30(F) | |
| 150:8 - 150:9 | 150:10-13 (fuller context of exhibit being discussed) | | |
| 150:14 - 150:18 | | | |
| 150:21 - 151:6 | | | |
| 155:10 - 155:14 | 155:15 (objection) | LR 30(F) | |
| 155:17 - 156:15 | 157:3-6, 157:8-16 (context for exhibit and answers relating thereto) | | Incomplete summary; designates further question and answers, but not for context of referenced exhibit and discussion |
| 158:11 - 158:22 | | | |
| 159:7 - 159:13 | 159:14-15 (context for discussion) | | |
| 159:16 - 160:11 | 160:12-21 (context for discussion) | | |
| 160:22 - 161:4 | 162:15-163:4 (context for discussion) | | |
| 161:12 - 161:21 | 164:2-3, 164:7 (complete answer to question) | | Incomplete summary; Mischaracterizes testimony; fairness designation is an additional question and answer, not a "complete answer to question" |
| 162:2 - 162:14 | | | |
| 163:10 - 164:1 | | | |
| 164:8 - 164:20 | | | |
| 165:7 - 165:15 | | | |

6

**APPENDIX 3**
**Dean J. Hager (Jan. 6, 2012)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 169:19 - 170:5 | 166:12-20, 167:22-167:22, 168:2-7 (context for exhibit and discussion); 351:11-352:19 (context for discussion of exhibit) | LR 30(F); 401/402/403 (cumulative); 611(c) | |
| 170:8 - 170:10 | 170:6 (objection) | LR 30(F) | |
| 170:19 - 171:1 | 170:11-13, 170:17-18 (complete context of discussion) | 401/402/403 (cumulative) | |
| 171:10 - 172:4 | | | |
| 172:6 - 172:7 | | | |
| 172:10 - 172:12 | | | |
| 172:20 - 173:7 | | | |
| 173:22 - 175:3 | 173:13-15 (context for exhibit and discussion) | | |
| 175:11 - 175:14 | | | |
| 175:16 - 175:17 | | | |
| 176:5 - 176:22 | 177:1 (objection) | LR 30(F) | |
| 177:10 - 177:11 | | | |
| 178:22 - 180:5 | | | |
| 182:9 - 182:15 | 182:16-20 (context for discussion of this exhibit) | | |
| 183:4 - 184:9 | | | |
| 184:13 - 185:7 | 185:8 (objection) | LR 30(F) | |
| 185:10 - 185:21 | 185:22 (objection) | LR 30(F) | |
| 186:1 | 186:2-8 (necessary completion for context of exhibit); 346:17-18, 347:1-349:18; 349:22-351:10 (context for discussion of exhibit) | 401/402/403; 116(c) | Incomplete summary; Mischaracterizes testimony; fairness designation is an additional question and answer, not "necessary completion for context of exhibit" |
| 188:3 - 188:4 | | | |
| 188:7 - 188:9 | 188:10-16 (context for discussion of exhibit) | | |
| 188:17 - 190:11 | 190:12-13 (objection) | LR 30(F) | |
| 190:14 - 190:15 | 191:1-12 | 401/402/403; LR 30(F) | |

7

**APPENDIX 3**
**Dean J. Hager (Jan. 6, 2012)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *ePlus* Affirmative Designation | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 191:21 - 192:11 | 192:12, 192:14-15 (necessary completion to discussion of exhibit) | | Incomplete summary; Mischaracterizes testimony; fairness designation is an additional question and answer, not "necessary completion to discussion of exhibit" |
| 193:7 - 193:20 | 193:21-22 (objection) | LR 30(F) | |
| 194:1 - 194:11 | 194:12-13 (objection) | LR 30(F) | |
| 194:14 - 194:18 | 194:19-20 (objection) | LR 30(F) | |
| 194:22 - 195:2 | 196:2, 196:4-7 (context for discussion) | | |
| 196:8 - 196:22 | | | |
| 197:4 - 197:10 | 198:3-11 (fuller answer and context for question) | | |
| 199:18 - 199:20 | | | |
| 200:1 - 200:4 | | | |
| 200:8 - 201:14 | | | |
| 201:19 - 203:1 | 203:2 (objection) | LR 30(F) | |
| 203:5 - 203:17 | 203:18-21 instruction to witness not to discuss substance of conversations with counsel) | LR 30(F) | |
| 206:12 - 206:16 | 206:17 (objection) | LR 30(F) | |
| 206:18 - 206:21 | 206:22-207:1 (objection) | LR 30(F) | |
| 207:3 - 207:11 | 207:12-14 (more complete answer to question and context) | 401/402/403 | |
| 207:22 - 208:1 | | | |
| 208:4 - 208:9 | 208:10-11 (objection) | LR 30(F) | |
| 208:13 - 208:14 | 208:15-17, 208:19 (context for answer) | | |
| 208:20 - 209:1 | 209:2-3 (context for answer) | | |
| 209:20 - 210:6 | | | |
| 210:12 - 210:20 | | | |
| 211:3 - 211:6 | | | |

8

**APPENDIX 3**
**Dean J. Hager (Jan. 6, 2012)**
*ePlus* Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 211:10 - 211:12 | 211:13-212:1, 212:4-8 (context for exhibit and discussion; objection), 343:9, 343:21-345:16, 346:1-16 (context for discussion of exhibit) | 401/402/403; 116(c) | |
| 212:9 - 212:13 | 213:7-15 (objection to presentation of whole exhibit) | LR 30(F) | |
| 213:19 - 214:6 | 214:7-15 (objection) | LR 30(F) | |
| 214:18 - 214:22 | 215:1 (objection) | LR 30(F) | |
| 215:2 | | | |
| 216:5 - 216:8 | 18:9-20:4, 215:19-216:4 (context for whole discussion of exhibit) | | |
| 216:11 - 216:15 | | | |
| 217:4 - 217:10 | | | |
| 217:20 - 218:9 | 217:11-19 (context for exhibit) | | |
| 218:14 - 219:5 | 219:6 (objection) | LR 30(F) | |
| 219:8 - 219:9 | 219:10-13 (context for discussion) | | |
| 219:14 - 219:19 | 219:20 (objection) | LR 30(F) | |
| 219:21 - 220:3 | 220:4 (objection) | LR 30(F) | |
| 220:5 - 220:8 | 220:11-15, 220:17-20 (context for discussion) | | |
| 220:21 - 221:6 | 221:7-12 (context for discussion) | | |
| 229:8 - 230:1 | 230:2-231:4, 231:6-11 (context for exhibit) | 401/402; 403 (waste of time) | |
| 231:12 - 232:9 | 235:4-11 (context for discussion) | | |
| 233:10 - 233:14 | | | |
| 238:18 - 238:21 | | | |
| 244:22 - 245:8 | | | |
| 245:12 - 245:18 | 245:19-246:3, 246:5-6 (context for answers and for exhibit discussion) | 401/402/403 (cumulative) | |
| 246:11 - 246:13 | 246:14 (objection) | LR 30(F) | |
| 246:15 - 247:7 | | | |
| 250:16 - 251:8 | 251:9 (objection) | LR 30(F) | |
| 251:10 - 252:2 | 252:3 (objection) | LR 30(F) | |
| 252:4 - 252:9 | 252:10 (objection) | LR 30(F) | |
| 252:11 - 252:14 | | | |

**APPENDIX 3**
**Dean J. Hager (Jan. 6, 2012)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 253:5 - 253:12 | | | |
| 253:21 - 254:4 | 254:5 (objection) | LR 30(F) | |
| 254:6 - 254:7 | | | |
| 254:10 - 254:11 | | | |
| 254:14 - 254:16 | 254:18-21 (context for discussion of exhibit) | 401/402/403 | Incomplete summary; Witness testified immediately afterward that he is copied on the email chain |
| 254:22 - 255:1 | 255:2-5 (objection) | LR 30(F) | |
| 255:6 - 255:22 | 256:18-20 (objection) | LR 30(F) | |
| 256:11 - 256:17 | | | |
| 257:1 - 257:10 | 257:11-12 (objection) | LR 30(F) | |
| 257:13 - 257:18 | 257:19-21, 258:4-8 (context for answers as to exhibit) | 401/402/403 (cumulative) | |
| 259:2 - 259:8 | 259:13-20 (context for discussion of exhibit) | | |
| 259:21 - 260:15 | 260:16-20 (context for discussion) | LR 30(F) | |
| 260:21 - 261:9 | 261:10-12 (context for discussion of exhibit) | | |
| 261:13 - 262:13 | | | |
| 263:9 - 263:12 | | | |
| 265:9 - 265:15 | | | |
| 267:7 - 267:9 | | | |
| 267:17 - 267:22 | 268:1-11 (context for discussion of exhibit) | 401/402/403 | |
| 268:12 - 269:4 | 269:5-7, 269:10-13 (context for discussion) | | |
| 269:14 - 269:16 | 269:18-19 (objection) | LR 30(F) | |
| 269:22 - 270:1 | | | |
| 271:13 - 272:10 | 272:11-12 (objection) | LR 30(F) | |
| 272:14 - 272:22 | 273:1-12 (context for discussion of exhibit) | | |
| 273:13 - 273:16 | 274:20-275:8 (context for discussion) | | |
| 275:9 - 276:6 | 276:7-12 (context for discussion) | | |
| 278:17 - 279:9 | | | |

APPENDIX 3
Dean J. Hager (Jan. 6, 2012)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 282:11 - 282:17 | | | |
| 285:22 - 286:7 | 286:8 (objection) | LR 30(F) | |
| 286:9 - 286:10 | 282:18-285:21 (context for discussion; objections) | LR 30(F); 401/402; 403 | Mischaracterizes testimony; designations refer to discussion conducted completely between counsel, not context for discussion about communication from Mr. Debes |
| 286:12 - 286:14 | | | |
| 287:2 - 287:14 | | | |
| 288:6 - 288:14 | 288:15-17, 289:19-22, 290:16-291:7 (context for discussion of exhibit) | 401/402/403 (cumulative) | |
| 288:22 - 289:14 | 289:15 (objection) | LR 30(F) | |
| 289:17 - 289:18 | | | |
| 290:1 - 290:4 | 290:5 (objection) | LR 30(F) | |
| 290:6 - 290:15 | | | |
| 291:8 - 292:2 | | | |
| 292:9 - 292:15 | 292:16-19, 292:21-22 (full context of answer) | | |
| 293:1 - 294:5 | | | |
| 300:5 - 300:21 | 300:22-301:5 (context for discussion of exhibit) | | |
| 303:20 - 304:1 | | | |
| 313:1 - 313:3 | 313:4 (clarification by counsel) | LR 30(F) | |
| 313:5 - 313:6 | 313:19-21, 314:3-7, 314:19-19 (context for discussion) | | |
| 316:1 - 316:17 | 314:21-315:22 (context for ensuing discussion) | | |
| 317:2 - 317:5 | 317:6 (objection) | LR 30(F) | |
| 317:7 - 317:8 | | | |
| 317:13 - 317:15 | | | |
| 318:2 - 319:8 | | | |
| 319:17 - 320:9 | 320:10-321:1 (context for answer) | | |
| 321:14 - 321:21 | | | |
| 322:8 - 322:14 | 322:5-7 (context for answer as to meaning of POF); 322:5 (objection) | LR 30(F) | |

11

APPENDIX 3
Dean J. Hager (Jan. 6, 2012)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 322:16 - 323:5 | | | |
| 323:12 - 324:11 | 324:12-13 (objection) | LR 30(F) | |
| 324:15 - 324:16 | 324:17-325:2 (context for discussion and exhibit); 354:4, 354:7-356:1, 356:6-19, 356:21-357:1 (context for discussion of exhibit) | 401/402/403; 116(c) | |
| 325:22 - 326:5 | | | |
| 326:7 - 326:9 | | | |
| 327:19 - 327:20 | | | |
| 328:3 - 328:6 | | | |
| 328:10 - 329:13 | 329:14 (objection) | LR 30(F) | |
| 329:15 - 330:1 | | | |
| 330:8 - 330:10 | 330:6-7, 330:16-331:6 (context for discussion and exhibit); 330:11,13 (objection) | 401/402, 403 (cumulative); LR 30(F) | Witness clearly testified that the e-mail was sent to Jennifer Langer, not Lawson customer |
| 330:12 | | | |
| 331:14 - 331:16 | 331:17 (objection) | LR 30(F) | |
| 331:18 - 331:20 | | | |
| 332:8 - 332:20 | | | |
| 333:2 - 333:4 | | | |
| 333:14 - 333:16 | | | |
| 333:20 | 333:21 (objection); 334:8-12, 334:22-335:4, 337:11-18 (context for discussion of exhibit) | 401/402, 403 (waste of time); LR 30(F) | Witness clearly testified that he is referenced in the e-mail and understood the e-mail |
| 333:22 - 334:3 | | | |
| 335:19 - 336:10 | 336:11-20 (context of discussion of exhibit) | LR 30(F) | Incomplete summary |
| 336:21 - 337:6 | | | |
| 338:12 - 339:7 | 337:19-338:1 (context for discussion of exhibit) | 401/402/403 (cumulative) | |
| 339:21 - 340:11 | | | |
| 340:21 - 341:1 | 341:2 (objection) | LR 30(F) | |
| 341:3 - 341:21 | 341:22-342:2 (objection); 342:17-19, 343:1-8 (context for discussion of exhibit) | LR 30(F); 401/402/403; 611 (c) | |

12

**APPENDIX 3**
**Dean J. Hager (Jan. 6, 2012)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 342:5 - 342:10 | | | |
| 371:22 - 372:6 | | | |
| 373:7 - 373:21 | 372:22-373:6, 374:20-22 (context for question and answer); 373:22 (objection) | 401/402/403 (cumulative) | |
| 374:8 - 374:13 | 374:14-15 (objection) | LR 30(F) | |
| 374:16 - 374:19 | | | |
| 375:17 - 376:4 | 376:5-6 (objection) | LR 30(F) | |
| 376:8 - 376:20 | 376:21-22 (objection) | LR 30(F) | |
| 377:5 - 377:17 | | | |
| 380:22 - 381:2 | 381:3 (objection) | LR 30(F) | |
| 381:4 - 381:5 | | | |