# APPENDIX 4

# APPENDIX 4

### DEPOSITION OF SCOTT D. HANSON (December 29, 2011)

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 9:9 - 9:16 | 16:11 - 16:18 | | |
| 11:21 - 12:3 | 17:7 - 17:10 | 106 (incomplete designation; question only) | |
| 12:15 - 16:10 | 20:5 - 20:6 | | |
| 18:6 - 19:6 | 20:8 - 20:9 | | |
| 21:14 - 21:22 | 30:12 - 30:17 | LR 30(F); 401/402; 403 (exchange between counsel only) | |
| 22:4 - 22:11 | 30:21 - 31:4 | | |
| 24:12 - 24:14 | 32:4 - 32:9 | | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 24:17 - 24:21 | 38:7 - 38:9 | | |
| 25:18 - 27:2 | 38:14 - 38:19 | | |
| 28:9 - 28:11 | 41:12 - 41:21 | | |
| 28:19 - 29:5 | 42:3 - 42:5 | | |
| 30:1 - 30:11 | 42:7 - 42:8 | | |
| 30:18 - 30:19 | 42:11 - 42:13 | | |
| 40:15 - 41:5 | 43:1 - 43:2 | | |
| 45:15 - 45:17 | 43:4 - 43:5 | | |
| 46:19 - 47:7 | 43:7 - 43:8 | | |
| 47:10 | 43:11 | | |
| 47:12 - 47:14 | 53:7 - 53:8 | LR 30(F) | |
| 48:7 - 48:10 | 53:16 - 53:18 | LR 30(F) | |
| 50:14 - 50:18 | 54:8 - 54:12 | | |
| 52:6 - 52:17 | 54:20 - 55:4 | | |
| 52:20 | 55:7 - 55:9 | | |
| 52:22 | 55:11 - 55:14 | | |
| 53:2 - 53:3 | 56:6 - 56:7 | LR 30(F) | |
| 53:5 - 53:6 | 57:10 - 57:12 | 401/402/403 (cumulative) | |

**APPENDIX 4**
**Scott D. Hanson (Dec. 29, 2011)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 53:9 - 53:10 | 57:15 - 57:16 | 401/402/403 (cumulative) | |
| 53:12 - 53:15 | 57:18 - 58:3 | 401/402/403 (cumulative) | |
| 53:19 - 53:20 | 58:6 - 58:7 | 401/402/403 (cumulative) | |
| 54:3 - 54:7 | 58:9 - 58:16 | | |
| 55:18 - 56:5 | 61:8 - 61:11 | | Incomplete summary; witness established in earlier testimony that SWAT Team scope of services was offered to clients and varied by client |
| 56:8 - 56:9 | 61:14 - 61:15 | | |
| 61:17 - 61:21 | 64:11 - 64:12 | LR 30(F) | |
| 63:18 - 64:1 | 64:22 - 65:2 | LR 30(F) | |
| 64:6 - 64:10 | 65:12 - 66:1 | | |
| 64:13 | 66:8 - 66:11 | LR 30(F) | |
| 64:20 - 64:21 | 67:6 - 67:9 | LR 30(F) | |
| 65:3 | 67:14 - 67:15 | LR 30(F) | |
| 65:5 - 65:11 | 69:2 - 69:5 | | |
| 66:2 - 66:7 | 69:22 - 70:1 | LR 30(F) | |
| 66:12 | 71:8 - 71:9 | LR 30(F) | |
| 67:3 - 67:5 | 72:7 - 72:13 | | |
| 67:10 - 67:11 | 73:15 - 73:18 | | |
| 67:13 | 73:21 | | |
| 67:16 | 74:5 - 75:7 | | |
| 67:18 - 68:7 | 75:12 - 75:13 | LR 30(F) | |
| 68:16 - 69:1 | 77:2 - 77:3 | LR 30(F) | |
| 69:6 - 69:21 | 77:15 - 77:19 | | Incomplete summary; witness testified immediately afterward that installation typically takes about one hour |
| 70:2 - 70:5 | 77:22 - 78:1 | | |
| 70:7 - 70:17 | 80:16 - 80:20 | LR 30(F) | |
| 71:5 - 71:7 | 81:4 - 81:5 | LR 30(F) | |
| 71:12 | 81:10 - 81:13 | LR 30(F) | |
| 75:8 - 75:11 | 81:16 - 82:4 | | |
| 75:14 | 82:16 - 82:17 | LR 30(F) | |
| 76:20 - 77:1 | 84:21 - 84:22 | LR 30(F) | |
| 77:4 - 77:7 | 85:9 - 85:11 | LR 30(F) | |

2

**APPENDIX 4**
**Scott D. Hanson (Dec. 29, 2011)**
*ePlus Objections to Lawson Fairness Designations and Summaries*

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 77:9 - 77:14 | 86:9 - 86:10 | LR 30(F) | |
| 78:3 - 78:6 | 86:13 - 86:15 | 401/402; 403 (confusion of the issues) | |
| 80:13 - 80:15 | 87:14 - 87:15 | LR 30(F) | |
| 80:21 - 80:22 | 88:15 - 88:16 | LR 30(F) | |
| 81:2 - 81:3 | 89:19 - 89:21 | LR 30(F) | |
| 81:6 - 81:7 | 90:6 - 90:10 | 401/402/403 (cumulative) | |
| 81:9 | 91:11 - 91:15 | LR 30(F) | |
| 81:14 | 91:21 - 92:1 | LR 30(F) | |
| 82:13 - 82:15 | 93:12 - 93:20 | | |
| 82:18 | 95:9 - 95:12 | | |
| 84:18 - 84:20 | 95:15 - 95:17 | | |
| 85:1 | 95:19 - 96:6 | | Incomplete summary; witness testified that phone conversations with clients not accounted for in these documents |
| 85:3 - 85:8 | 98:3 - 98:11 | | |
| 85:12 | 98:15 - 98:16 | | |
| 86:6 - 86:8 | 98:18 - 98:19 | | |
| 86:11 | 98:22 | | |
| 86:16 - 86:19 | 99:2 - 99:3 | | |
| 87:12 - 87:13 | 99:5 - 99:8 | 401/402/403 (cumulative) | |
| 87:16 - 87:17 | 101:14 - 101:22 | LR 30(F); 403 (waste of time; exhibit is established afterwards) | |
| 88:10 - 88:14 | 102:5 - 102:6 | LR 30(F) | |
| 88:17 | 105:1 - 105:2 | LR 30(F) | |
| 89:16 - 89:18 | 107:15 - 107:17 | LR 30(F) | |
| 89:22 - 90:4 | 111:16 - 111:19 | 401/402/403 (confusion of the issues; witness subsequently testified that he was unaware of which clients continued running RSS) | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |

**APPENDIX 4**
**Scott D. Hanson (Dec. 29, 2011)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *ePlus* Affirmative Designation | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 91:4 - 91:10 | 111:21 - 112:3 | 401/402/403 (confusion of the issues; witness subsequently testified that he was unaware of which clients continued running RSS) | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 91:16 | 114:5 - 114:6 | LR 30(F) | |
| 91:18 - 91:20 | 115:16 - 115:18 | LR 30(F) | |
| 92:2 | 122:19 - 122:20 | | |
| 101:8 - 101:10 | 123:2 | | |
| 102:2 - 102:4 | 124:12 - 124:13 | LR 30(F) | |
| 102:7 | 126:17 - 126:19 | 401/402/403 (confusion of the issues; witness previously testified that only one Lawson client used the full eight hours of consulting time) | Incomplete summary; 240 customers took advantage of some free consulting time, not neccesarily the full eight hours |
| 102:9 - 102:11 | 126:22 | 401/402/403 (confusion of the issues; witness previously testified that only one Lawson client used the full eight hours of consulting time) | Incomplete summary; 240 customers took advantage of some free consulting time, not neccesarily the full eight hours |
| 102:18 - 103:2 | 127:18 - 127:20 | LR 30(F) | |
| 103:10 - 103:12 | 128:19 - 128:20 | LR 30(F) | |
| 104:3 - 104:22 | 130:3 | LR 30(F) | |
| 105:5 - 105:8 | 130:11 | LR 30(F) | |
| 105:10 - 105:18 | 130:14 - 130:17 | 106 | Incomplete summary; witness subsequently testified that Lawson is able to access client systems, while providing services |
| 106:4 - 106:10 | 133:15 - 133:16 | | Incomplete summary; witness testified that customers were told they had to transition to RQC when clients "brought it up" |
| 106:13 | 133:19 - 133:22 | | Incomplete summary; witness testified that customers were told they had to transition to RQC when clients "brought it up" |

4

**APPENDIX 4**
**Scott D. Hanson (Dec. 29, 2011)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *ePlus* Affirmative Designation | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 106:19 - 107:14 | 134:2 - 134:6 | | Incomplete summary; witness testified that customers were told they had to transition to RQC when clients "brought it up" |
| 107:18 | 136:10 - 136:22 | | |
| 110:22 - 111:15 | 137:9 - 137:10 | LR 30(F) | |
| 113:3 - 114:4 | 137:16 - 137:17 | LR 30(F) | |
| 114:16 - 114:19 | 138:1 - 138:5 | | |
| 115:7 - 115:15 | 138:8 - 138:15 | | |
| 115:19 - 115:20 | 138:17 - 139:6 | | |
| 122:1 - 122:13 | 139:9 - 140:1 | | |
| 123:18 - 124:11 | 140:13 - 140:16 | 802 (response is hearsay when proffered by Lawson) | Incomplete summary; witness was unaware of whether anyone on RQC SWAT team made such a representation |
| 124:16 - 124:17 | 142:17 | LR 30(F) | |
| 127:16 - 127:17 | 143:5 - 143:9 | LR 30(F) | |
| 127:21 | 143:18 - 143:19 | LR 30(F) | |
| 128:10 - 128:18 | 144:7 - 144:9 | | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 128:21 - 128:22 | 144:17 - 144:21 | | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 129:17 - 130:2 | 145:1 - 145:3 | 401/402/403 (cumulative) | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |

5

**APPENDIX 4**
**Scott D. Hanson (Dec. 29, 2011)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 130:4 | 145:6 - 145:7 | 401/402/403 (cumulative) | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 130:7 - 130:10 | 145:9 - 145:11 | 401/402/403 (confusion of the issues; witness subsequently testified that he was unaware of which clients continued running RSS) | |
| 130:12 | 145:17 | 401/402/403 (confusion of the issues; witness subsequently testified that he was unaware of which clients continued running RSS) | |
| 133:10 - 133:14 | 148:1 - 148:2 | LR 30(F) | |
| 134:7 - 135:13 | 148:7 - 148:8 | LR 30(F) | |
| 135:16 - 135:17 | 150:16 - 150:17 | LR 30(F) | |
| 135:19 - 136:9 | 153:11 - 153:13 | | Mischaracterizes testimony; witness does not say that a consultant would typically both download and install the product, testimony relates to communications on this subject |
| 137:4 - 137:8 | 153:16 - 154:4 | | Mischaracterizes testimony; witness does not say that a consultant would typically both download and install the product, testimony relates to communications on this subject |
| 137:4 - 137:8 | 154:6 - 154:8 | | |
| 137:11 - 137:12 | 154:6 - 154:8 | | |
| 137:14 - 137:15 | 154:11 - 154:12 | | |
| 137:18 | 154:20 - 155:11 | | |
| 141:13 - 142:7 | 155:14 - 155:19 | | |
| 142:13 - 142:16 | 155:21 - 156:2 | | |
| 142:18 | 156:5 - 156:8 | | |

6

**APPENDIX 4**
**Scott D. Hanson (Dec. 29, 2011)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *ePlus* Affirmative Designation | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 142:20 - 142:22 | 156:18 - 157:14 | | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 143:13 - 143:14 | 157:16 - 158:1 | 401/402/403 (cumulative) | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 143:16 - 143:17 | 158:21 - 159:1 | LR 30(F) | |
| 143:20 | 160:13 - 160:17 | | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 147:6 - 147:22 | 160:22 - 161:5 | | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 148:3 | 161:17 | LR 30(F) | |
| 148:5 - 148:6 | 162:22 - 163:1 | LR 30(F) | |
| 148:9 | 163:12 - 163:17 | 401/402/403 (confusion of the issues; witness testified immediately before and after that he was unable to tell whether clients requesting service had RSS | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 148:11 - 148:14 | 163:21 - 163:22 | LR 30(F) | |
| 150:13 - 150:15 | 164:4 - 164:5 | LR 30(F) | |
| 150:18 | 164:12 - 164:15 | LR 30(F) | |
| 150:20 - 150:21 | 165:2 - 165:15 | | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |

7

**APPENDIX 4**
**Scott D. Hanson (Dec. 29, 2011)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 156:10 - 156:13 | 165:22 - 166:2 | 401/402/403 (confusion of the issues; witness testified immediately before and after that he was unable to tell whether clients requesting service had RSS | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 156:16 | 166:5 - 166:6 | | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 158:18 - 158:20 | 169:17 - 169:18 | LR 30(F) | |
| 159:2 | 170:8 - 170:9 | LR 30(F) | |
| 159:4 - 159:14 | 170:16 | | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 161:13 - 161:16 | 170:19 - 170:22 | | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 161:18 - 161:21 | 171:2 | | |
| 162:1 - 162:3 | 171:4 | | |
| 162:5 - 162:7 | 173:4 - 173:5 | LR 30(F) | |
| 162:17 - 162:21 | 173:10 - 173:11 | LR 30(F) | |
| 163:2 - 163:6 | 173:18 - 173:19 | LR 30(F) | |
| 163:8 - 163:11 | 174:1 - 174:4 | | Incomplete summary; witness subsequently testified that Lawson is able to access client systems, while providing services |
| 163:18 - 163:20 | 175:18 - 175:20 | LR 30(F) | |
| 164:1 | 176:5 | LR 30(F) | |
| 164:3 | 176:7 - 176:8 | LR 30(F) | |
| 164:6 - 164:7 | 176:15 | LR 30(F) | |

8

**APPENDIX 4**
**Scott D. Hanson (Dec. 29, 2011)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 164:9 - 164:11 | 177:16 - 177:19 | 401/402/403 (cumulative) | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 164:16 | 178:1 | 401/402/403 (cumulative) | Incomplete summary; Mischaracterizes testimony; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 169:13 - 169:16 | 179:4 - 179:11 | LR 30(F) | Incomplete summary; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 169:19 - 169:20 | 180:10 - 180:12 | | Incomplete summary; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 170:4 - 170:7 | 180:18 - 181:3 | | Incomplete summary; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 170:10 | 181:8 - 181:9 | LR 30(F) | |
| 170:12 - 170:15 | 186:11 - 188:3 | LR 30(F); 401/402; 403 (waste of time; exchange between counsel only) | |
| 172:12 - 173:3 | 193:4 - 193:15 | | Incomplete summary; witness testified repeatedly that he was unaware of how clients were conducting procurement activities after the injunction |
| 173:6 | 194:12 - 195:21 | LR 30(F); 401/402; 403 (waste of time; exchange between counsel only) | |
| 173:8 - 173:9 | 196:6 - 196:8 | LR 30(F) | |
| 173:12 - 173:14 | 197:7 - 197:9 | LR 30(F) | |
| 173:16 - 173:17 | 200:15 - 200:18 | LR 30(F) | |

9

**APPENDIX 4**
**Scott D. Hanson (Dec. 29, 2011)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 173:20 - 173:21 | 201:3 - 201:5 | LR 30(F) | |
| 175:4 - 175:7 | 202:10 - 202:14 | LR 30(F) | |
| 175:10 - 175:17 | 203:22 - 204:3 | LR 30(F) | |
| 175:21 | 205:2 - 205:9 | LR 30(F) | |
| 176:1 - 176:4 | 205:16 - 205:18 | LR 30(F) | |
| 176:6 | 206:4 | LR 30(F) | |
| 176:11 - 176:14 | 206:7 - 206:9 | LR 30(F) | |
| 176:16 - 176:18 | 208:1 - 208:3 | LR 30(F) | |
| 179:20 - 179:22 | 208:8 - 208:10 | LR 30(F) | |
| 180:3 - 180:8 | 208:19 - 208:21 | LR 30(F) | |
| 181:5 - 181:7 | 209:22 - 210:5 | LR 30(F) | |
| 181:10 | 210:20 - 210:22 | | |
| 184:2 - 184:6 | 211:9 - 211:20 | | |
| 184:11 - 185:18 | 212:15 - 212:16 | LR 30(F) | |
| 186:1 - 186:10 | 213:22 - 214:1 | LR 30(F) | |
| 188:6 - 188:9 | 218:12 | LR 30(F) | |
| 188:11 - 188:18 | 218:15 | LR 30(F) | |
| 193:16 - 194:8 | 219:3 - 219:5 | LR 30(F) | |
| 196:1 - 196:4 | 219:9 | LR 30(F) | |
| 196:15 - 196:16 | 221:1 | LR 30(F) | |
| 196:21 - 197:6 | 221:7 | LR 30(F) | |
| 197:10 - 197:11 | 221:19 | LR 30(F) | |
| 197:13 - 198:2 | 222:18 - 222:22 | 401/402/403 (cumulative) | |
| 198:12 - 198:13 | 223:3 - 223:7 | 401/402/403 (cumulative) | |
| 198:15 | 223:22 - 224:5 | | |
| 198:17 - 199:9 | 224:15 - 224:16 | LR 30(F) | |
| 200:13 - 200:14 | 225:12 - 225:17 | | |
| 200:19 - 200:20 | 226:19 - 227:19 | | Incomplete summary; witness testified on basis of lapse of time on spreadsheet, repeatedly testified that testing outside the scope of RQC SWAT team services |
| 200:22 - 201:2 | 227:22 - 228:4 | | |
| 201:14 - 201:17 | 228:6 - 228:12 | | |

10

**APPENDIX 4**
**Scott D. Hanson (Dec. 29, 2011)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 201:19 - 202:9 | 229:1 - 229:3 | 401/402/403 (waste of time; witness proffered incomplete response to question) | |
| 202:15 - 202:16 | 229:6 - 229:9 | 401/402/403 (waste of time; witness proffered incomplete response to question) | |
| 202:18 - 203:1 | 229:11 - 229:12 | 401/402/403 (waste of time; witness proffered incomplete response to question) | |
| 203:11 - 203:21 | 229:19 - 230:2 | 401/402/403 (waste of time; witness proffered incomplete response to question) | Incomplete summary; witness testimony related to security |
| 204:6 - 204:8 | 231:20 - 232:6 | | |
| 204:10 - 205:1 | 232:14 - 232:21 | | |
| 205:14 - 205:15 | 240:16 - 241:7 | | |
| 205:19 - 205:22 | 248:1 - 248:13 | 401/402/403 (cumulative; witness testified earlier that he was aware that clients had installed RQC on a production server) | |
| 206:2 - 206:3 | 253:10 - 253:15 | LR 30(F); 106 (incomplete designation) | |
| 206:6 | 254:4 - 254:9 | LR 30(F) | |
| 206:10 - 206:11 | 254:18 - 255:2 | LR 30(F) | |
| 206:13 - 207:22 | 255:8 - 255:9 | LR 30(F) | |
| 208:4 - 208:5 | 266:18 - 266:19 | | Mischaracterizes testimony; witness specifically refused to attest to PacSun's nervous state |
| 208:7 | 266:21 - 266:22 | | Mischaracterizes testimony; witness specifically refused to attest to PacSun's nervous state |
| 208:11 | 267:15 - 267:22 | | Mischaracterizes testimony; witness does not state that installation for RQC is not necessarily extremely easy "for anyone" |
| 208:13 - 208:18 | 268:3 - 268:5 | | |

11

**APPENDIX 4**
**Scott D. Hanson (Dec. 29, 2011)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 208:22 | 270:12 - 270:13 | LR 30(F) | |
| 209:2 - 209:21 | 270:1 - 270:2 | LR 30(F) | |
| 210:6 - 210:12 | 272:15 - 273:3 | | |
| 211:22 - 212:4 | 275:8 - 275:10 | 106 (incomplete designation) | Incomplete summary; witness gave conflicting testimony on whether conversion was needed as between RSS and RQC |
| 212:12 - 212:14 | 275:13 - 275:15 | 106 (incomplete designation) | |
| 212:17 | 276:2 - 276:4 | | |
| 213:17 - 213:21 | 276:12 - 276:15 | | |
| 214:2 | 276:17 | | |
| 218:2 - 218:4 | 277:1 - 277:7 | | |
| 218:6 - 218:11 | 280:22 | LR 30(F) | |
| 218:18 - 218:20 | 281:7 - 281:13 | LR 30(F) | |
| 218:22 - 219:2 | 283:21 - 284:2 | LR 30(F) | |
| 219:7 - 219:8 | 284:16 - 284:17 | | |
| 219:10 - 219:11 | 284:20 - 285:1 | | |
| 219:13 - 220:13 | 285:3 - 285:8 | | Mischaracterizes testimony; witness only states that client was outside of the US, not from the U.K. |
| 220:15 - 220:22 | 285:11 - 285:16 | | |
| 221:2 - 221:3 | 287:18 - 287:20 | LR 30(F) | |
| 221:5 - 221:6 | 291:16 - 291:17 | LR 30(F) | |
| 221:8 | 292:20 - 292:22 | 401/402/403 (cumulative) | |
| 221:10 - 221:18 | 293:3 | 401/402/403 (cumulative) | |
| 221:20 - 222:4 | 293:5 - 293:12 | 401/402/403 (cumulative) | |
| 222:6 - 222:17 | 293:20 - 294:3 | LR 30(F) | |
| 223:9 - 223:21 | 299:19 - 299:22 | 401/402/403 (cumulative; witness testified immediately afterward that Lawson is aware that both RQC and RSS are available on the client server) | |

**APPENDIX 4**
**Scott D. Hanson (Dec. 29, 2011)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 224:6 - 224:14 | 300:4 - 300:7 | 401/402/403 (cumulative; witness testified immediately afterward that Lawson is aware that both RQC and RSS are available on the client server) | |
| 224:17 - 224:18 | 300:9 - 300:16 | 401/402/403 (cumulative; witness testified immediately afterward that Lawson is aware that both RQC and RSS are available on the client server) | |
| 224:20 - 225:11 | 303:4 - 303:5 | | |
| 225:18 - 226:18 | 303:8 | | |
| 228:16 - 228:22 | 303:10 - 303:13 | | Incomplete summary; witness stated in document that training, if needed at all, would be minimal |
| 230:14 - 230:17 | 303:16 - 303:18 | | |
| 230:22 - 231:19 | 303:20 - 304:7 | | |
| 233:15 - 234:10 | 304:10 - 304:11 | | |
| 234:15 - 234:17 | 321:18 - 321:19 | | Incomplete summary; witness unable to name a single client that experienced such morale issues |
| 234:22 - 235:7 | 321:22 - 322:2 | | Incomplete summary; witness unable to name a single client that experienced such morale issues |
| 235:14 - 235:19 | 322:4 - 322:8 | 802 (testimony is hearsay when proffered by Lawson) | |
| 235:22 - 236:1 | 329:16 - 330:2 | 802 (testimony is hearsay when proffered by Lawson) | |
| 238:4 - 238:7 | 330:15 - 331:12 | | |
| 241:8 - 242:7 | 332:13 - 332:18 | 802 (testimony is hearsay when proffered by Lawson) | |
| 244:3 - 244:22 | 334:5 - 334:6 | LR 30(F) | |
| 245:5 - 246:5 | 334:10 | | |
| 252:16 - 252:18 | 334:12 - 334:16 | | |
| 253:1 - 253:9 | 338:14 - 338:16 | LR 30(F) | |

13

APPENDIX 4
**Scott D. Hanson (Dec. 29, 2011)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 253:17 | | | |
| 253:19 - 254:3 | | | |
| 254:10 | | | |
| 254:12 - 254:17 | | | |
| 255:3 | | | |
| 255:5 - 255:7 | | | |
| 255:10 - 255:13 | | | |
| 255:18 - 256:2 | | | |
| 258:22 - 259:13 | | | |
| 261:16 - 261:18 | | | |
| 262:1 - 262:6 | | | |
| 262:14 - 262:15 | | | |
| 262:18 | | | |
| 262:20 - 263:2 | | | |
| 263:4 - 263:5 | | | |
| 265:14 - 265:16 | | | |
| 265:21 - 266:17 | | | |
| 267:2 - 267:14 | | | |
| 269:5 - 269:7 | | | |
| 269:12 - 270:11 | | | |
| 270:14 - 270:16 | | | |
| 270:18 - 271:22 | | | |
| 272:3 - 272:5 | | | |
| 274:6 - 275:7 | | | |
| 278:9 - 279:2 | | | |
| 279:4 - 279:6 | | | |
| 279:11 - 280:2 | | | |
| 280:6 - 280:21 | | | |
| 281:1 - 281:2 | | | |
| 281:4 - 281:6 | | | |
| 281:14 - 281:15 | | | |
| 281:18 - 281:20 | | | |
| 282:3 - 282:11 | | | |
| 282:22 - 283:20 | | | |
| 284:3 - 284:7 | | | |

**APPENDIX 4**
**Scott D. Hanson (Dec. 29, 2011)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 284:9 - 284:15 | | | |
| 285:18 - 285:19 | | | |
| 285:21 - 285:22 | | | |
| 286:2 - 286:7 | | | |
| 286:10 - 286:11 | | | |
| 287:4 - 287:17 | | | |
| 287:21 - 288:1 | | | |
| 290:18 - 290:20 | | | |
| 291:3 - 291:15 | | | |
| 291:18 - 291:19 | | | |
| 291:21 - 292:3 | | | |
| 292:10 - 292:19 | | | |
| 293:13 - 293:19 | | | |
| 294:20 - 295:8 | | | |
| 296:5 - 296:7 | | | |
| 296:12 - 296:17 | | | |
| 298:9 - 298:22 | | | |
| 299:4 - 299:7 | | | |
| 299:9 - 299:18 | | | |
| 300:17 - 300:19 | | | |
| 300:22 | | | |
| 301:3 - 301:5 | | | |
| 301:10 - 301:14 | | | |
| 302:8 - 303:3 | | | |
| 307:1 - 307:3 | | | |
| 307:8 - 308:5 | | | |
| 308:8 | | | |
| 308:17 - 308:22 | | | |
| 309:5 - 309:6 | | | |
| 311:19 - 312:2 | | | |
| 312:9 - 313:13 | | | |
| 313:16 - 313:17 | | | |
| 321:3 - 321:17 | | | |
| 322:9 - 322:10 | | | |
| 322:13 | | | |

**APPENDIX 4**
**Scott D. Hanson (Dec. 29, 2011)**
*e***Plus Objections to Lawson Fairness Designations and Summaries**

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 326:15 - 326:18 | | | |
| 329:12 - 329:15 | | | |
| 331:13 - 331:15 | | | |
| 331:20 - 332:12 | | | |
| 333:6 - 334:4 | | | |
| 334:7 - 334:8 | | | |
| 336:11 - 337:7 | | | |
| 337:9 - 337:11 | | | |
| 337:16 - 338:13 | | | |
| 338:18 - 339:13 | | | |
| 340:9 - 340:14 | | | |