# APPENDIX 5

# APPENDIX 5

### DEPOSITION OF ELIZABETH R. HOMEWOOD (December 21, 2011)

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 8:11 - 8:13 | 17:5 - 17:6 | LR 30(F) | |
| 11:18 - 11:19 | 18:11 - 18:22 | | |
| 12:9 - 12:17 | 22:21 - 22:22 | LR 30(F) | |
| 16:7 - 16:8 | 23:9 - 24:1 | | |
| 16:13 - 17:2 | 25:4 - 25:10 | | |
| 17:3 - 17:4 | 26:3 - 26:19 | | |
| 17:7 - 17:12 | 28:1 - 28:18 | | |
| 19:8 - 19:18 | 28:20 - 29:16 | LR 30(F) (29:1-16) | |
| 19:21 - 20:5 | 29:18 - 29:22 | | |
| 21:2 - 21:10 | 30:9 - 31:3 | | Mischaracterizes witness's testimony. (30:9-18 Witness did not address whether Lawson stopped supporting M3, only providing maintenance) (30:19-31:3 Testimony was that witness did not remember the specific date.) |
| 22:12 - 22:17 | 31:6 - 31:8 | | |
| 22:18 - 22:20 | 31:10 - 31:20 | | |
| 23:1 - 23:8 | 32:1 - 32:6 | | |
| 33:20 - 34:3 | 32:13 | | |
| 36:2 - 36:8 | 32:15 - 33:13 | FRE 602 (33:11-13) | |
| 36:11 - 36:12 | 34:20 - 35:1 | | |
| 36:14 - 37:4 | 35:12 - 35:13 | FRE 106 | |
| 37:5 - 37:10 | 37:11 - 37:14 | LR 30(F) | |
| 38:22 - 39:3 | 38:1 - 38:7 | LR 30(F) | |
| 39:5 - 39:10 | 38:18 - 38:21 | LR 30(F) | |
| 39:13 | 39:11 - 39:12 | LR 30(F) | |
| 44:6 - 44:19 | 39:15 - 40:19 | FRE 602 (40:16-19) | Mischaracterizes witness's testimony. (Witness did not address whether Lawson stopped supporting M3, only licensing and maintenance) |

APPENDIX 5
Elizabeth R. Homewood (Dec. 21, 2011)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 44:22 | 40:21 - 40:22 | FRE 602 | Mischaracterizes witness's testimony. (Witness did not address whether Lawson stopped supporting M3, only providing maintenance) |
| 46:21 - 47:2 | 42:12 - 42:15 | | |
| 47:21 - 48:2 | 42:18 | | |
| 60:18 - 61:1 | 48:4 - 48:19 | | |
| 61:14 - 61:19 | 48:22 - 49:17 | | |
| 64:3 - 64:9 | 51:4 - 51:19 | LR 30(F) | |
| 68:20 - 69:6 | 51:21 - 52:3 | | |
| 69:9 - 69:13 | 52:5 - 52:11 | FRE 401/402, FRE 403 (52:9-11) | |
| 69:15 - 69:21 | 52:14 - 52:15 | FRE 401/402, FRE 403 | |
| 70:5 - 70:18 | 52:17 - 54:5 | FRE 403 (53:7-20) | |
| 70:19 - 70:22 | 54:8 | | |
| 71:3 | 54:10 - 55:2 | | |
| 71:5 - 71:8 | 55:6 - 55:11 | FRE 403 | |
| 71:11 | 55:13 | FRE 403 | |
| 71:13 - 72:2 | 55:15 - 55:19 | | |
| 72:4 - 72:7 | 55:22 - 56:2 | | |
| 72:9 - 72:10 | 56:4 - 56:15 | FRE 403 (56:13-15) | |
| 72:17 | 56:19 | FRE 403 | |
| 75:4 - 75:10 | 63:1 - 63:18 | FRE 403 | Mischaracterizes witness's testimony. (Witness did not address whether Lawson stopped supporting M3, only providing maintenance) |
| 78:1 - 78:6 | 67:17 - 68:4 | | |
| 78:9 | 72:3 | LR 30(F) | |
| 83:12 - 84:3 | 72:11 - 72:13 | LR 30(F) | |
| 84:9 - 84:12 | 72:19 - 73:5 | | Incomplete summary. (Witness testified she was unaware of support, but Lawson may have provided services.) |
| 84:15 | 77:12 - 77:22 | | |
| 88:14 - 88:16 | 78:7 - 78:8 | LR 30(F) | |
| 88:19 - 88:20 | 78:11 - 78:16 | FRE 403 | |
| 94:18 - 95:1 | 78:20 | FRE 403 | |

2

**APPENDIX 5**
**Elizabeth R. Homewood (Dec. 21, 2011)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 95:3 - 95:6 | 80:4 - 81:1 | | |
| 101:13 - 102:2 | 81:5 - 81:17 | | |
| 102:15 - 102:20 | 81:20 - 81:21 | | |
| 103:2 | 82:1 - 83:11 | FRE 401/402, FRE 403 (82:1-15) | |
| 103:4 - 103:20 | 85:15 - 86:2 | FRE 403, FRE 106 | |
| 104:4 - 104:5 | 88:22 - 89:11 | FRE 106 | |
| 104:7 - 104:9 | 91:1 - 91:10 | LR 30(F), FRE 106 | Mischaracterizes witness's testimony (Witness testified that she did not recall if the description was accurate). Fails to summarize witness's testiomny. (Summarized passage was attorney reading exhibit, not witness testimony.) |
| 105:20 - 105:22 | 92:14 - 92:16 | FRE 401/402, FRE 403 | |
| 106:3 | 92:22 - 93:1 | FRE 401/402, FRE 403 | |
| 106:5 - 106:7 | 93:3 - 93:7 | FRE 401/402, FRE 403 | |
| 106:9 | 93:11 | FRE 401/402, FRE 403 | |
| 107:2 - 107:4 | 93:13 - 93:17 | FRE 401/402, FRE 403 | |
| 107:19 - 107:22 | 93:22 | FRE 401/402, FRE 403 | |
| 108:3 - 108:4 | 94:2 - 94:6 | FRE 401/402, FRE 403 | |
| 108:6 - 109:9 | 94:11 | FRE 401/402, FRE 403 | |
| 109:18 - 109:21 | 95:2 | LR 30(F) | |
| 110:4 - 110:12 | 98:12 - 98:17 | | |
| 114:22 - 115:2 | 98:20 - 99:19 | | |
| 115:6 | 100:17 - 101:2 | FRE 401/402, FRE 403 | |
| 115:10 | 101:8 | FRE 401/402, FRE 403 | |
| 115:15 - 116:7 | 102:3 - 102:14 | | |
| 118:20 - 119:6 | 102:21 - 103:1 | LR 30(F) | |
| 120:7 - 120:13 | 104:15 - 105:4 | FRE 401/402, FRE 403, FRE 602 (104:15-22) | |
| 120:16 - 120:19 | 106:1 - 106:2 | LR 30(F) | |
| 132:12 - 132:15 | 106:8 | LR 30(F) | |
| 132:21 - 133:1 | 109:10 - 109:16 | LR 30(F) | |
| 134:3 - 134:7 | 115:3 - 115:4 | LR 30(F) | |
| 134:11 | 115:7 - 115:9 | LR 30(F) | |
| 135:18 - 135:20 | 116:8 - 116:16 | | |

3

APPENDIX 5
Elizabeth R. Homewood (Dec. 21, 2011)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 136:5 - 136:6 | 116:20 - 116:21 | | |
| 155:16 - 156:11 | 117:1 - 117:12 | | |
| 156:15 | 120:14 - 120:15 | LR 30(F) | |
| 156:17 - 157:7 | 124:18 - 125:18 | FRE 403, FRE 801/802 | Mischaracterizes witness's testimony. (Witness only testified that she did not come across such customers in her conversations with Ms. Anderson.) |
| 158:19 - 159:1 | 134:8 - 134:10 | LR 30(F) | |
| 159:7 - 159:10 | 134:13 - 134:18 | FRE 401/402, FRE 403 | |
| 169:5 - 170:4 | 134:21 - 135:4 | FRE 401/402, FRE 403 | |
| 178:15 - 178:17 | 136:3 - 136:4 | LR 30(F) | |
| 178:20 | 138:10 - 138:16 | FRE 403 | |
| | 139:6 - 139:13 | | |
| | 139:19 | | |
| | 141:13 - 142:7 | | |
| | 142:19 - 142:22 | | |
| | 143:13 - 143:15 | | |
| | 143:18 | | |
| | 143:20 - 144:2 | | |
| | 144:5 - 144:7 | | |
| | 146:4 - 146:18 | FRE 401/402, FRE 403 | |
| | 146:21 - 147:15 | FRE 403 | |
| | 147:17 - 147:18 | FRE 403 | |
| | 150:11 - 150:16 | | |
| | 150:18 - 151:6 | | Incomplete summary. (Witness also testified that if the issue still applied in another part of the product, a ticket was opened or changed). |
| | 156:12 - 156:14 | LR 30(F) | |
| | 157:20 - 158:8 | FRE 602 | |
| | 158:11 - 158:18 | FRE 602 | |
| | 159:2 - 159:3 | LR 30(F) | |
| | 173:10 - 173:15 | FRE 401/402, FRE 403 | |

4

**APPENDIX 5**
**Elizabeth R. Homewood (Dec. 21, 2011)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| | 175:8 - 176:17 | FRE 611(c) (175:15-176:5); FRE 403 (176:6-17) | Mischaracterizes witness's testimony. (Witness only testified that she was not aware of any healthcare provider who received fix before June 3 and was not on the list) |
| | 176:22 | FRE 403 | Mischaracterizes witness's testimony. (Witness only testified that she was not aware of any healthcare provider who received fix before June 3 and was not on the list) |
| | 177:2 - 177:5 | FRE 403 | Incomplete summary. (Witness also testified that downloading RQC did permit the customer to obtain service on Core 3.) |
| | 177:11 - 178:6 | FRE 403, FRE 106 (177:11-15); FRE 401/402, FRE 403 (177:20-178:6) | Incomplete summary. (Witness also testified that downloading RQC did permit the customer to obtain service on Core 3.) |
| | 178:11 - 178:14 | | |
| | 178:18 | LR 30(F) | |

5