# APPENDIX 6

# APPENDIX 6

### DEPOSITION OF KEITH D. LOHKAMP (January 6, 2012)

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 9:12 - 9:18 | 11:4-8 | | |
| 11:9 - 12:14 | 15:13-16 | | |
| 19:7 - 19:11 | 16:6-10 | | |
| 19:18 - 20:10 | 16:14-16 | LR 30(F) | |
| 21:7 - 21:9 | 20:11-16 | | |
| 21:11 - 21:13 | 21:10 | LR 30(F) | |
| 21:14 - 21:18 | 21:19-22:11 | | |
| 22:12 - 22:21 | 25:19-26:6 | FRE 602, FRE 701 | |
| 25:13 - 25:18 | 26:18-27:4; 27:6-28:2 | | |
| 26:7 - 26:17 | 29:6-17 | FRE 602, FRE 701 | |
| 29:18 - 30:9 | 30:10-13 | | |
| 30:14 - 30:18 | 31:9-33:6 | FRE 401/402/403 | |
| 35:19 - 35:22 | 37:10-11 | LR 30(F) | |
| 36:4 - 36:12 | 39:1-4 | LR 30(F) | |
| 37:5 - 37:9 | 39:9-12 | | |
| 37:12 - 37:17 | 39:16-18 | LR 30(F) | |
| 38:13 - 38:22 | 40:4-5 | LR 30(F) | |
| 39:5 - 39:7 | 40:14 | | |
| 39:13 - 39:15 | 40:18 | LR 30(F) | |
| 39:19 - 39:20 | 41:6 | LR 30(F) | |
| 39:22 - 40:3 | 42:4 | LR 30(F) | |
| 40:6 - 40:12 | 42:14-15 | LR 30(F) | |
| 40:15 - 40:17 | 45:2-5 | | |
| 40:19 - 40:21 | 46:12-13 | LR 30(F) | |
| 41:1 - 41:5 | 47:21 | LR 30(F) | |
| 41:11 - 41:12 | 50:3 | LR 30(F) | |
| 41:14 - 42:3 | 52:10-16 | FRE 602, FRE 701 | |
| 42:5 - 42:6 | 53:3-5 | | |
| 42:8 - 42:13 | 54:1 | LR 30(F) | |
| 42:16 - 42:19 | 59:9 | LR 30(F) | |
| 42:21 - 43:1 | 67:4; 67:9-14 | FRE 701 | |

APPENDIX 6
Keith D. Lohkamp (Jan. 6, 2012)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 43:3 - 43:5 | 67:21-68:1 | LR 30(F) | |
| 43:10 - 44:7 | 68:10-22 | | |
| 44:16 - 45:1 | 69:8-9 | LR 30(F) | |
| 45:6 - 45:8 | 69:20-21 | LR 30(F) | |
| 45:12 - 45:15 | 70:9-10 | LR 30(F) | |
| 46:1 - 46:11 | 70:15-20; 71:6-14 | FRE 602, FRE 701 | |
| 46:14 - 46:17 | 71:20-21 | LR 30(F) | |
| 47:12 - 47:20 | 72:8-9 | LR 30(F) | |
| 47:22 - 48:2 | 73:7-15 | | |
| 48:21 - 50:2 | 73:22 | LR 30(F) | |
| 50:4 - 50:6 | 74:16-17 | LR 30(F) | |
| 50:8 - 52:9 | 75:9-12 | LR 30(F) | |
| 52:17 - 53:2 | 78:15-22 | LR 30(F) | |
| 53:6 - 53:22 | 79:8-11 | | |
| 54:2 - 54:7 | 79:14 | LR 30(F) | |
| 54:9 - 54:18 | 79:17-80:1; 80:6-7 | LR 30(F) | |
| 55:6 - 55:13 | 80:14-17 | | |
| 55:15 - 55:17 | 81:2-3; 81:7-13; 81:16-19 | | |
| 55:22 - 56:8 | 82:21-83:2 | | |
| 57:1 - 58:15 | 86:11-21 | | |
| 59:6 - 59:8 | 87:22-88:13 | | |
| 59:10 - 59:11 | 89:9-14 | FRE 602, FRE 701 | |
| 59:12 - 59:14 | 90:20 | LR 30(F) | |
| 59:19 - 60:1 | 91:15-16 | LR 30(F) | |
| 65:11 - 66:7 | 93:15-19 | LR 30(F) | |
| 67:16 - 67:20 | 96:15-97:4 | | |
| 68:3 - 68:9 | 98:16-17; 98:19-20 | | |
| 69:1 - 69:7 | 99:2 | LR 30(F) | |
| 69:10 - 69:12 | 99:6-11; 99:13-17; 99:19-100:1 | | |
| 69:14 - 69:19 | 101:10-12; 101:14-22: 102:3-10 | | |
| 69:22 | 103:3-4 | LR 30(F) | |
| 70:2 - 70:8 | 103:21-104:1; 104:4-10 | | |
| 70:11 - 70:12 | 105:8-19 | | |
| 71:16 - 71:19 | 106:14 | LR 30(F) | |
| 71:22 - 72:1 | 111:20 | LR 30(F) | |

2

APPENDIX 6
Keith D. Lohkamp (Jan. 6, 2012)
*ePlus* Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 72:3 - 72:7 | 112:3-4; 112:6-8 | | |
| 72:10 - 72:11 | 113:1-2 | LR 30(F) | |
| 72:13 - 73:6 | 113:10 | LR 30(F) | |
| 73:16 - 73:21 | 113:14-17: 113:20-114:6; 114:8-10 | | |
| 74:1 - 74:3 | 115:8-13; 115:16-116:7; 116:10-117:12 | | |
| 74:5 - 74:15 | 121:19-21; 122:2 | | |
| 74:18 - 74:22 | 122:8 | LR 30(F) | |
| 75:2 - 75:8 | 122:18 | LR 30(F) | |
| 75:13 - 75:18 | 123:10-16 | | |
| 77:22 - 78:14 | 125:9-18 | | |
| 79:2 - 79:7 | 126:13-127:12; 127:14-19 | | |
| 79:12 - 79:13 | 128:6-9; 128-12-130:1 | | |
| 79:15 | 130:18-20; 131:1-3 | | |
| 80:18 - 80:22 | 131:8 | LR 30(F) | |
| 82:7 - 82:9 | 136:5-8 | LR 30(F) | |
| 82:14 - 82:20 | 136:18-21; 137:1-6 | | |
| 84:17 - 85:15 | 138:14-17; 138:20-139:4 | | |
| 88:14 - 89:8 | 139:17-140:6 | | |
| 90:15 - 90:19 | 140:13-141:10 | | |
| 90:21 - 91:1 | 144:7-13 | | |
| 91:3 - 91:14 | 145:6-9 | | |
| 91:17 - 92:1 | 151:21-22 | | |
| 92:2 - 92:4 | 152:19-153:5 | | |
| 92:9 - 93:14 | 154:5-7 | | |
| 93:20 - 93:21 | 154:17-155:16; 155:18-20 | | |
| 94:1 - 94:6 | 156:18 | LR 30(F) | |
| 94:17 - 95:1 | 157:4 | LR 30(F) | |
| 95:6 - 95:7 | 157:19-158:3 | | |
| 95:9 - 95:22 | 159:18-161:13 | | |
| 97:5 - 98:15 | 161:18-162:2; 162:5-6 | FRE 602 | |
| 98:22 - 99:1 | 165:9-12 | | |
| 99:3 - 99:4 | 166:2-18: 166:21-167:21; 168:1-3 | | |
| 100:7 - 100:13 | 169:2-170:1 | | |
| 100:18 - 100:20 | 172:8-14 | | |

**APPENDIX 6**
Keith D. Lohkamp (Jan. 6, 2012)
*ePlus* Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 100:22 - 101:9 | 173:4-5 | LR 30(F) | |
| 102:12 - 103:2 | 173:19-175:10 | | |
| 103:5 - 103:7 | 176:20-21 | LR 30(F) | |
| 103:9 - 103:20 | 177:11 | LR 30(F) | |
| 104:10 - 104:12 | 179:18-19 | LR 30(F) | |
| 104:17 - 105:1 | 180:10-11 | LR 30(F) | |
| 105:20 - 106:13 | 181:12-14; 181:17-182:1 | | |
| 106:15 - 106:17 | 182:17-20; 183:4-10 | LR 30(F) | |
| 106:19 - 111:19 | 185:1-6 | | |
| 111:21 - 112:1 | 186:17-22 | | |
| 112:10 - 112:22 | 191:1-7 | | |
| 113:3 - 113:4 | 194:1-2 | LR 30(F) | |
| 113:6 - 113:9 | 194:10-11 | LR 30(F) | |
| 113:11 - 113:12 | 194:20-21 | | |
| 114:12 - 115:7 | 196:16-17 | LR 30(F) | |
| 117:18 - 118:1 | 200:4-5 | LR 30(F) | |
| 118:6 - 119:1 | 200:11-12; 200:14-201:2; 201:5-9 | | |
| 119:18 - 120:12 | 208:2-10; 208:13-209:6; 209:9-10 | | |
| 120:19 - 121:2 | 210:6 | LR 30(F) | |
| 121:6 - 121:18 | 213:16-17 | LR 30(F) | |
| 122:4 - 122:7 | 214:3-4 | LR 30(F) | |
| 122:9 - 122:12 | 215:16-17 | LR 30(F) | |
| 122:14 - 122:17 | 216:4-5 | LR 30(F) | |
| 122:19 - 122:22 | 216:9-10; 216:13 | | |
| 130:2 - 130:6 | 218:4-6 | | |
| 130:13 - 130:16 | 221:2-4 | | |
| 131:5 - 131:7 | 221:21-22 | LR 30(F) | |
| 131:9 - 131:10 | 222:4-7 | | |
| 131:16 - 131:20 | 223:6-11 | | |
| 132:12 - 132:17 | 224:21-225:3 | | |
| 132:22 - 133:13 | 225:8-13 | | |
| 134:20 - 136:4 | 226:4-8 | | |
| 136:9 - 136:10 | 226:19-20 | | |
| 137:8 - 137:16 | 227:1-5; 227:8-17 | | |
| 139:6 - 139:16 | 232:8-11; 232:14-233:10 | FRE 602 | |

4

**APPENDIX 6**
**Keith D. Lohkamp (Jan. 6, 2012)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *ePlus* Affirmative Designation | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 140:7 - 140:12 | | | |
| 143:6 - 143:7 | | | |
| 143:11 - 143:16 | | | |
| 143:18 - 144:6 | | | |
| 144:14 - 145:5 | | | |
| 145:10 - 145:19 | | | |
| 155:22 - 156:17 | | | |
| 156:19 - 156:21 | | | |
| 157:1 - 157:3 | | | |
| 157:5 - 157:6 | | | |
| 157:8 - 157:18 | | | |
| 162:7 - 162:15 | | | |
| 162:20 - 163:4 | | | |
| 163:12 - 165:8 | | | |
| 165:13 - 165:15 | | | |
| 165:20 - 166:1 | | | |
| 168:5 - 168:8 | | | |
| 170:22 - 171:6 | | | |
| 171:11 - 172:7 | | | |
| 172:15 - 173:3 | | | |
| 173:6 - 173:17 | | | |
| 175:22 - 176:19 | | | |
| 176:22 - 177:5 | | | |
| 177:7 - 177:10 | | | |
| 177:12 - 177:15 | | | |
| 179:6 - 179:17 | | | |
| 179:20 - 180:5 | | | |
| 180:7 - 180:9 | | | |
| 180:13 - 180:20 | | | |
| 181:7 - 181:11 | | | |
| 182:11 - 182:13 | | | |
| 183:22 - 184:8 | | | |
| 184:12 - 184:14 | | | |
| 184:16 - 184:22 | | | |
| 187:5 - 187:11 | | | |

**APPENDIX 6**
**Keith D. Lohkamp (Jan. 6, 2012)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 187:16 - 188:5 | | | |
| 189:8 - 189:19 | | | |
| 193:15 - 193:22 | | | |
| 194:3 | | | |
| 194:5 - 194:9 | | | |
| 194:12 - 194:15 | | | |
| 194:17 - 194:19 | | | |
| 194:22 - 195:4 | | | |
| 196:11 - 196:15 | | | |
| 196:18 - 197:1 | | | |
| 199:18 - 200:3 | | | |
| 200:6 - 200:9 | | | |
| 201:11 - 201:15 | | | |
| 205:17 - 206:1 | | | |
| 206:6 - 206:18 | | | |
| 207:13 - 207:16 | | | |
| 207:21 - 208:1 | | | |
| 209:11 - 209:14 | | | |
| 209:19 - 210:5 | | | |
| 210:7 - 210:8 | | | |
| 212:19 - 213:15 | | | |
| 213:18 - 213:20 | | | |
| 213:22 - 214:2 | | | |
| 214:5 - 214:15 | | | |
| 214:20 - 215:15 | | | |
| 215:18 - 215:19 | | | |
| 215:21 - 216:1 | | | |
| 216:2 - 216:3 | | | |
| 216:6 - 216:7 | | | |
| 216:14 - 216:16 | | | |
| 216:21 - 218:3 | | | |
| 218:20 - 218:22 | | | |
| 219:5 - 220:8 | | | |
| 220:9 - 220:12 | | | |
| 220:17 - 221:1 | | | |

**APPENDIX 6**
**Keith D. Lohkamp (Jan. 6, 2012)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 221:5 - 221:6 | | | |
| 221:9 - 221:16 | | | |
| 221:19 - 221:20 | | | |
| 222:1 - 222:2 | | | |
| 222:8 - 223:5 | | | |
| 223:12 - 223:20 | | | |
| 224:5 - 224:16 | | | |
| 225:6 - 225:7 | | | |
| 225:14 - 226:3 | | | |
| 228:17 - 228:21 | | | |
| 233:14 - 233:19 | | | |