# APPENDIX 8

# APPENDIX 8

### DEPOSITION OF KEVIN SAMUELSON (January 5, 2012)

| *ePlus* Affirmative Designation | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 10:12 - 10:14 | | | |
| 12:12 - 12:18 | | | |
| 13:4 - 14:15 | 14:16-14:21 (objection re: deposition topic scope) | LR 30(F) | |
| 14:22 - 15:1 | 15:2-15:7 (clarification of Mr. Samuelson's ability to speak for Lawson); 15:8-15:16 (Mr. Samuelson spoke with counsel regarding due diligence); 15:22-16:3 (Lawson and Infor are separate companies); 231:2-231:7 (Lawson is a separate company and needs their own CFO) | FRE 401/402, FRE 403 (15:22-16:3 & 231:2-7) | |
| 16:19 - 17:3 | | | |
| 19:3 - 20:2 | | | |
| 21:5 - 22:1 | 20:3-20:9 (Mr. Samuelson spoke to in-house counsel, Gibson Dunn, finance employees and other Lawson employees to prepare for Topic 16); 22:2-22:5 (preparation for Topic 17 was the same as for Topic 16) | | |
| 22:12 - 23:12 | 23:13-23:16 (preparation for Topic 18 was the same as for Topics 16 and 17) | | |

**APPENDIX 8**
**Kevin Samuelson (Jan. 5, 2012)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *ePlus* Affirmative Designation | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 25:9 - 26:3 | 24:14-25:3 (context for discussion of exhibit 3); 26:12-26:17 (objection) | LR 30(F) (26:12-17) | |
| 26:21 - 27:5 | | | |
| 28:5 - 28:21 | 28:22-29:8 (objection re: deposition topic) | LR 30(F) | |
| 29:10 - 30:17 | 31:8-31:15 (preparation regarding Topics 1 and 2 of the second 30(b)(6) notice was similar to the other topics) | | |
| 31:7 | | | |
| 37:12 - 37:21 | 37:22-38:7 (source and context of exhibit 4) | | |
| 39:13 - 39:16 | | | |
| 42:10 - 42:11 | 42:12-43:1 (context for discussion of collaboration on exhibits) | | |
| 43:2 - 44:16 | 44:17-45:3 (specific direct costs for license fees includes sales force) | | |
| 45:4 - 45:14 | | | |
| 46:3 - 47:5 | | | |
| 47:12 - 47:15 | 47:17-47:19 (objection) | LR 30(F) | |
| 47:20 - 48:12 | | | |
| 48:15 - 48:22 | 49:1-49:13 (context and introduction for discussion of support for Lawson customers. Support costs are specific to the revenue) | | |

2

**APPENDIX 8**
**Kevin Samuelson (Jan. 5, 2012)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 49:14 - 50:17 | 51:3-51:5; 51:10-51:18 (context for third party costs discussion) | FRE 401/402, FRE 403 | |
| 52:2 - 54:16 | | | |
| 55:4 - 55:21 | 55:22-56:4 (objection and clarification) | LR 30(F) | |
| 56:7 - 59:8 | 59:9-59:12 (cost to maintain software hosting servers is part of costs subscription) | | |
| 59:13 - 60:7 | 60:8-60:12 (allocation of line items made by Mr. Samuelson) | FRE 401/402/403 | |
| 60:22 - 61:8 | | | |
| 62:5 - 63:8 | 63:9-64:1 (context of Mr. Samuelson's unfamiliarity with specific line items) | | |
| 66:15 - 67:10 | 66:3-66:14 (explanation of why disaggregated line items are not delineated) | FRE 401/402/403 | |
| | | LR 30(F) (67:14-15 -- Highlighted in pink on transcript, but not included in spreadsheet) | |
| 67:17 - 68:5 | 68:6-68:14 (other software companies do not build total profits by revenue, but if they did, it would be consistent with Mr. Samuelson's approach) | FRE 602 | Mischaracterizes testimony. (Witness testified that his personal guess was "most folks" would allocate the same way) |
| 69:15 - 69:21 | | | |

3

**APPENDIX 8**
**Kevin Samuelson (Jan. 5, 2012)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 70:16 - 71:17 | 71:18-71:20 (product management costs are separate from marketing costs) | | |
| 71:21 - 72:17 | 72:18-72:21 (more explanation of allocation: sales representatives' commission is 100% associated with license revenue) | | |
| 72:22 - 73:9 | | | |
| 73:22 - 75:17 | | | |
| 77:6 - 78:16 | 76:5-77:4 (context for discussion of exhibits provided by Mr. Samuelson) | LR 30(F) (76:14-77:2) | |
| 78:18 - 79:3 | 79:15-79:21 (summaries provided addressed recent questions in letters from ePlus) | FRE 401/402, FRE 403 | |
| 79:22 - 80:6 | 80:7-80:9 (many others were involved) | | |
| 81:1 - 81:13 | | | |
| 82:5 - 82:7 | 82:8-82:15 (clarification of Jury to Injunction column) | FRE 106 | |
| 83:2 - 85:2 | 85:3-85:5 (objection) | LR 30(F) | |
| 85:6 - 85:18 | 85:19-86:20 (objection. Also, revenue stops at May 23rd because RSS was no longer sold) | LR 30(F) (85:19-21); FRE 403 (86:1-20) | |
| 86:21 - 88:19 | | | |
| 89:12 - 89:15 | 89:16-89:19 (objection) | LR 30(F) | |
| 89:20 - 89:22 | | | |

4

**APPENDIX 8**
**Kevin Samuelson (Jan. 5, 2012)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 90:9 - 92:10 | 92:11-92:12 (objection) | LR 30(F) | |
| 92:13 - 92:19 | | | |
| 92:20 - 93:17 | 93:18-94:6; 95:16-96:16; 96:20-97:4; 97:8-97:17; 97:20-99:7 (explanation of general ledger and context for calculations in summary sheets; product development costs and other items not allocable among products) | | Incomplete summary. (Witness also testified that it is impossible to allocate marketing costs, product management costs, or sales costs to the infringing products.) |
| 100:4 - 100:13 | 100:14-102:9 (Overall profit margins are applicable to the combinations in question, including services) | | |
| 102:10 - 102:14 | 104:14-104:22 (Mr. Samuelson could not think of specific general and administrative costs that could be specifically allocated to the infringing products and services, except for litigation costs) | FRE 602 | |
| 105:8 - 106:1 | 106:2-106:6 (further clarification that variable and fixed costs are included) | | |

APPENDIX 8
Kevin Samuelson (Jan. 5, 2012)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 106:15 - 107:7 | 106:7-106:14; 108:11-108:14; 108:16-109:5 (Additional revenue on one additional infringing system and product sold would not definitively have no impact on the fixed costs for Lawson) | FRE 602 | Mischaracterizes testimony. (Witness testified that he could not answer definitively.) |
| 110:4 - 111:15 | 111:16 (objection) | LR 30(F) | |
| 111:17 - 112:8 | | | |
| 115:4 - 115:20 | 115:21-117:2; 117:7-117:20 (Mr. Samuelson is not entirely familiar with all specific SKUs, nor can anyone be. They attempted to identify SKUs associated with the relevant functionality. | FRE 602 (15:21-117:2) | Incomplete summary. (Witness also testified that PROC had some functionality related to purchase orders, some related to requisition, and some related to inventory control.) |
| 120:1 - 120:4 | | | |
| 121:4 - 121:17 | 121:18-122:6 (No RSS revenue would be included after date of the injunction) | | |
| 123:2 - 123:22 | | | |
| 126:22 - 127:7 | | | |
| 127:9 - 128:9 | 128:15-128:17 (objection) | LR 30(F) | |
| 128:20 - 129:13 | 129:14-129:16 (objection) | LR 30(F) | |
| 129:17 - 130:17 | 130:18-130:20 (objection) | LR 30(F) | |
| 130:21 - 131:2 | | | |
| 131:16 - 132:3 | | | |
| 133:4 - 133:21 | 133:22 (objection) | LR 30(F) | |
| 134:1 - 134:4 | | | |
| 137:7 - 137:19 | | | |

**APPENDIX 8**
**Kevin Samuelson (Jan. 5, 2012)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 138:6 - 138:14 | 138:15-139:1 (running objection re: configurations) | LR 30(F) | |
| 139:3 - 141:12 | | | |
| 143:7 - 143:22 | 142:16-142:20; 144:1-144:13 (Mr. Samuelson's familiarity with the pricing configurator is limited) | LR 30(F) (144:4-6) | |
| 144:19 - 146:6 | 146:7-146:11 (objection) | LR 30(F) (146:8-9) | |
| 146:12 - 147:2 | 147:3-147:4 (context for his statement; namely, he is relying on the document to answer) | | |
| 147:5 - 147:18 | | | |
| 152:20 - 153:12 | 152:8-152:19 (Mr. Samuelson is also not familiar with every SKU); 153:13-153:14 (objection) | LR 30(F) (153:13-14) | |
| 153:15 - 153:16 | 155:19; 155:6-155:8 (objection and objection reference) | LR 30(F) | |
| 154:11 - 154:21 | | | |
| 155:12 - 155:18 | | | |
| 155:20 - 156:2 | | | |
| 157:4 - 158:1 | | | |
| 161:4 - 162:13 | 167:21-168:2 (objection) | LR 30(F) | |
| 166:22 - 167:17 | | | |

APPENDIX 8
Kevin Samuelson (Jan. 5, 2012)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 168:10 - 169:8 | 171:10-171:19 (Mr. Samuelson will come back after the break with information on what license revenue would be included; his former testimony may have been incorrect) | FRE 401/402/403 | |
| 169:20 - 171:9 | | | |
| 172:1 - 172:5 | | | |
| 173:4 - 173:13 | 173:14-173:16 (Further context that they will return to the question of what customers are included) | FRE 401/402/403 | |
| 179:15 - 180:2 | 180:3-180:4 (objection) | LR 30(F) | |
| 180:5 - 181:14 | 181:15-181:19 (objection) | LR 30(F) (181:15 & 181:19) | |
| 181:20 - 181:22 | 182:21-183:6 (Lawson recognizes revenue pursuant to GAAP standards); 184:19-184:20 (objection) | LR 30(F) (184:19-20) | |
| 183:7 - 184:18 | 190:17-190:20 (objection) | LR 30(F) | |
| 184:21 - 184:22 | 191:7 (objection) | LR 30(F) | |
| 186:14 - 190:16 | | | |
| 190:22 - 191:6 | | | |
| 191:8 - 192:3 | | | |
| 193:16 - 195:2 | 195:3-195:12 (running objection re: scope of designation) | LR 30(F) | |
| 195:17 - 199:13 | 199:14-199:15 (objection) | LR 30(F) | |
| 199:16 - 199:21 | | | |
| 200:15 - 201:15 | | | |

8

**APPENDIX 8**
**Kevin Samuelson (Jan. 5, 2012)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *ePlus* Affirmative Designation | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 207:10 - 208:7 | 207:1-207:8 (context of discussion of methodology, and scope of knowledge of the witness) | | |
| 208:18 - 210:5 | 208:8-208:17 (objection and clarification re: source of data); 210:6-210:22 (objection, clarification. Mr. Samuelson states he is not aware of whether the SKU referred to is included or not) | LR 30(F) (208:8-10 & 210:11-16) | |
| 213:22 - 214:9 | | | |
| 215:22 | 215:3-215:21; 216:1-216:10 (context for answer that he does not see the letters TCS) | LR 30(F) (215:3-21) | |
| 222:1 - 223:4 | 223:6 (clarification and context for witness's next statement) | LR 30(F) | |
| 223:7 | | | |
| 223:9 - 224:11 | 224:12-224:18 (clarification re: summaries responding to question posed by ePlus) | LR 30(F) | |
| 230:6 - 230:13 | 230:14-230:20; 231:3-231:7; 232:1-232:14 (Lawson needs its own CFO. Mr. Samuelson used to be CFO for Lawson.) | FRE 401/402, FRE 403 (231:2-7) | |
| 233:21 - 234:22 | | | |
| 235:2 - 238:4 | 235:1 (objection); 238:5-238:8 (objection) | LR 30(F) | |

9

**APPENDIX 8**
**Kevin Samuelson (Jan. 5, 2012)**
*ePlus* **Objections to Lawson Fairness Designations and Summaries**

| *ePlus* Affirmative Designation | Lawson Fairness Designations/ Summaries | *ePlus* Objections to Lawson Fairness Designations | *ePlus* Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 238:10 - 239:6 | 239:7-239:10 (further clarification of prior answer) | | |
| 240:10 - 240:18 | | | |
| 242:10 - 242:13 | 242:13-243:10 (provides context regarding service revenue and ability to apportion) | | |
| 243:11 - 243:20 | 243:21-244:3 (objection) | LR 30(F) | |
| 244:13 - 245:2 | | | |
| 247:8 - 248:17 | 248:18-249:4 (objection) | LR 30(F) | |
| 249:5 - 250:17 | | | |
| 253:18 - 253:21 | | | |
| 255:6 - 255:13 | 255:14; 154:21 (objection and reference to prior objection) | LR 30(F) (255:14 & 254:20-21) | |
| 255:15 - 255:18 | 256:2-256:6 (clarification that if customer risk not paying maintenance, they would not receive support or have anything to do with Lawson) | | Mischaracterizes testimony. (Witness testified that if customer did not pay maintenance for a component, Lawson would not deal with them *with respect to that component*.) |
| 259:1 - 259:15 | | | |
| 259:19 - 263:5 | | | |
| 263:9 - 265:9 | 263:6-263:7 (objection) | LR 30(F) | |
| 265:14 - 266:13 | 265:10-265:13 (objection); 266:14-266:22 (clarification re: inclusion of information in supplemental response) | LR 30(F) | |

10

APPENDIX 8
Kevin Samuelson (Jan. 5, 2012)
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 272:8 - 272:11 | 268:16-268:22-269:1-269:6 (Mr. Samuelson was Senior vice president of mergers and acquisition at the time of the take private of Lawson and had responsibility in the take private); 272:12-272:15 (clarification for witness on privilege). | LR 30(F) (272:12-15) | |
| 272:16 - 273:3 | | | |
| 276:19 - 278:10 | 278:11-278:13 (clarification of year) | | |
| 282:19 - 283:6 | | | |
| 283:11 - 283:15 | 283:7-283:10 (instruction on privilege) | LR 30(F) | |
| 290:16 - 291:13 | | | |
| 299:1 - 299:11 | | | |
| 299:22 - 300:21 | | | |
| 302:22 - 303:7 | 303:8-303:9 (objection) | LR 30(F) | |
| 303:10 - 303:19 | | | |
| 304:6 - 304:13 | | | |
| 305:3 - 306:13 | | | |
| 306:20 - 307:15 | 307:16-307:17 (objection) | LR 30(F) | |
| 307:18 - 307:20 | 307:21-308:2 (clarification of exhibit reference) | LR 30(F) | |

11

**APPENDIX 8**
**Kevin Samuelson (Jan. 5, 2012)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 308:21 - 309:3 | 309:4-309:7; 309:11-309:15 (context for future discussion of email contents); 309:16-19; 309:22-310:17; 310:20-311:20; (discussions with lenders and work-around due diligence, regarding replacement product); 312:8-313:1 (there challenges and differences with replacement product) | FRE 801/802/803 (310:6-13 & 312:8-313:1); FRE 602 (312:8-313:1) | |
| 313:2 - 313:13 | 313:14-313:15 (objection) | LR 30(F) | |
| 313:17 - 315:4 | 316:19-317:3 (further clarification that Mr. Samuelson did not know the names of the companies) | | |
| 316:9 | | | |
| 316:13 - 316:18 | | | |
| 317:4 - 317:6 | | | |
| 318:17 - 320:7 | 320:8-320:19 (Some costs can be either fixed or variable, as this is a gray area). | FRE 701 | |
| 320:20 - 321:6 | 321:7-321:9 (clarifying that the example given could be variable also) | | |
| 321:10 - 321:12 | 323:14-325:16 (elongated discussion re: topic designation; context for discussion of interrogatory) | LR 30(F) (324:16-325:16) | |
| 325:19 - 326:10 | | | |
| 329:9 - 329:17 | | | |

12

**APPENDIX 8**
**Kevin Samuelson (Jan. 5, 2012)**
*ePlus Objections to Lawson Fairness Designations and Summaries*

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 332:16 - 333:14 | | | |
| 334:1 - 334:9 | 334:10; 334:12-334:15 (objection) | LR 30(F) | |
| 334:11 | | | |
| 334:16 - 335:11 | | | |
| 338:14 - 338:18 | | | |
| 343:9 - 344:4 | 343:3-343:9 (objection and clarification) | | |
| 347:15 - 348:6 | | | |
| 350:2 - 350:21 | | | |
| 352:20 - 354:2 | 355:4-355:16; 356:7-356:19 (further context and explanation that Lawson recognizes revenue pursuant to GAAP standards) | | |
| 357:21 - 358:1 | | | |
| 358:8 - 358:14 | | | |
| 361:10 - 362:5 | 362:6-362:17 (further clarification of profit margin explanation; also, objection) | | |
| 362:21 - 363:7 | 363:8-363:10 (objection) | LR 30(F) | |
| 363:11 - 363:21 | | | |
| 364:4 - 364:7 | 364:20-365:1 (context that Mr. Samuelson did not remember receiving the email) | | |
| 365:2 - 365:19 | | | |
| 366:1 - 367:6 | 367:7-367:8 (clarification re: revenue association) | LR 30(F) | |
| 367:9 | | | |

13

**APPENDIX 8**
**Kevin Samuelson (Jan. 5, 2012)**
*e*Plus Objections to Lawson Fairness Designations and Summaries

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 367:13 - 367:17 | 367:18-368:1 (clarification that Mr. Samuelson's understanding was based solely on the email text) | | |
| 368:2 - 368:8 | | | |
| 372:10 - 372:22 | | | |
| 378:3 - 379:3 | | | |
| 381:15 - 382:19 | 380:7-380:16; 380:21-380:22; 381:2-381:14 (It is impossible to be precise in apportioning service revenue that a particular customer paid to a particular product that customer has). | | Mischaracterizes testimony. (Witness testified that it was "difficult" to be precise.) |

14