**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09CV620 (REP) |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>DEFENDANT LAWSON SOFTWARE, INC.'S EXHIBIT LIST</u>**

Pursuant to (i) the Joint Stipulation regarding the pre-hearing schedule submitted by the parties on February 17, 2012 and (ii) Paragraph 15 of the Court's Scheduling Order (Docket No. 849),  Defendant Lawson Software, Inc. ("Lawson") hereby submits the attached list of exhibits it intends to admit into evidence either through live witnesses or by deposition at the contempt hearing that is scheduled to begin on February 27, 2012.  Lawson reserves the right to supplement or amend the list in light of any order regarding the scope of the trial or in light of any information submitted by Plaintiff ePlus Inc. ("ePlus") as part of its pretrial filings or otherwise.  Lawson further reserves the right to rely upon any exhibit that was admitted into evidence during trial.  Lawson also reserves the right to rely upon any exhibit offered at the contempt hearing by ePlus and admitted into evidence.

DATED:  February 20, 2012

**LAWSON SOFTWARE, INC.**


By: _____/s/_____
            Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Timothy J. St. George, VSB #77349
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
tim.stgeorge@troutmansanders.com


Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035


*Counsel for Defendant Lawson Software, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of February 2012, I will electronically file the foregoing

**DEFENDANT LAWSON SOFTWARE, INC.'S EXHIBIT LIST**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the following:

Craig T. Meritt                                    James D. Clements
Henry I. Willet, III                               Goodwin Procter, LLP
CHRISTIAN & BARTON, LLP                            Exchange Place
909 East Main Street, Suite 1200                   53 State Street
Richmond, Virginia 23219-3095                      Boston, MA 02109-2881
cmeritt@cblaw.com                                  jclements@goodwinprocter.com
hwillet@cblaw.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com


                                    /s/
_____
Dabney J. Carr, IV, VSB #28679
Timothy J. St. George, VSB #77349
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
tim.stgeorge@troutmansanders.com


*Attorneys for Defendant Lawson Software, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09CV620 (REP) |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT LAWSON SOFTWARE, INC.'S LIST OF AFFIRMATIVE CONTEMPT HEARING EXHIBITS**

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-500 | | | January 27, 2011 | Signed verdict form |
| DX-501 | | | January 4, 2011 | Transcript of merits trial (Opening Statement) (pages 112-196) |
| DX-502 | | | January 4, 2011 | Transcript of merits trial (Testimony of Douglas Momyer) (pages 216-399) |
| DX-503 | | | January 5, 2011 | Transcript of merits trial (Testimony of Jim Johnson) (pages 448-480) |
| DX-504 | | | January 5, 2011 | Transcript of merits trial (Testimony of Alfred Weaver) |

1

| | | | | |
|---|---|---|---|---|
| | | | | (pages 482-510) |
| DX-505 | | | January 6, 2011 | Transcript of merits trial (Testimony of Alfred Weaver) (pages 517-922) |
| DX-506 | | | January 7, 2011 | Transcript of merits trial (Testimony of Hannah Raleigh) (pages 934-976) |
| DX-507 | | | January 11, 2011 | Transcript of merits trial (Testimony of Keith Lohkamp) (pages 993-1152). |
| DX-508 | | | January 11, 2011 | Transcript of merits trial (Testimony of Dale Christopherson) (pages 1154-1636) |
| DX-509 | | | January 12, 2011 | Transcript of merits trial (Testimony of Patrick Niemeyer) (pages 1218-1298) |
| DX-510 | | | January 13, 2011 | Transcript of merits trial (Testimony William Yuhasz) (1677-1711) |
| DX-511 | | | January 13, 2011 | Transcript of merits trial (Testimony of Michael Shamos) (pages 1723-1778) |
| DX-512 | | | January 14, 2011 | Transcript of merits trial (Testimony of Michael Shamos) (pages 1792-1948) |
| DX-513 | | | January 20, 2011 | Transcript of merits trial (Testimony of Brooks Hilliard) (pages 2656-2792) |
| DX-514 | | | January 24, 2011 | Transcript of merits trial (Closing Arguments) (pages 3085-3230) |
| DX-515 | | | January 24, 2011 | Jury instructions (pages 3232-3290) |

| DX-516 | | | | Sample server cookie before release |
|---|---|---|---|---|
| DX-517 | | | | Sample server cookie after release |
| DX-518 | | | | Sample server cookie |
| DX-519 | | | January 20, 2012 | Goldberg Report Ex. 1 – Video – Weaver Merits Trial UNSPSC demonstration |
| DX-520 | | | January 20, 2012 | Goldberg Report Ex. 2 – Video – Weaver Contempt Report UNSPSC demonstration |
| DX-521 | | | January 20, 2012 | Golberg Report Ex. 3 – Video – Weaver Merits Trial Two Punchout demonstration |
| DX-522 | | | January 20, 2012 | Goldberg Report Ex. 4 – Video – Weaver Merits Trial Item Master / Punchout demonstration |
| DX-523 | | | January 20, 2012 | Goldberg Report Ex. A – Goldberg CV |
| DX-524 | | | January 20, 2012 | Goldberg Report Ex. F – UNSPSC white paper |
| DX-525 | RQC0000744 | RQC0000744 | | Source code |
| DX-526 | RQC0000745 | RQC0000745 | | Source code |
| DX-527 | RQC0000746 | RQC0000746 | | Source code differences file |
| DX-528 | RQC0000747 | RQC0000747 | | Source code |
| DX-529 | RQC0000748 | RQC0000748 | | "Lawson 4GL Diff Document" |
| DX-530 | RQC0000749 | RQC0000749 | | Source code differences file |

3

| DX-531 | RQC0000750 | RQC0000750 | | Source code differences file |
|---|---|---|---|---|
| DX-532 | RQC0000751 | RQC0000751 | | Source code differences files |
| DX-533 | RQC0000730 | RQC0000730 | | "Important Notice: Recommended Patch Available for Procurement Punchout Customers" |
| DX-534 | RQC0000731 | RQC0000731 | | "Patch for Requisition Center 9.0.1 Now Available" |
| DX-535 | | | May 6, 2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus, Inc. v. Lawson Software, Inc. |
| DX-536 | | | May 18, 2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus, Inc. v. Lawson Software, Inc. |
| DX-537 | | | June 16, 2011 | Letter from Scott Robertson to Daniel McDonald re: ePlus, inc. v. Lawson Software, Inc. |
| DX-538 | | | June 24, 2011 | Letter from Scott Robertson to Daniel McDonald re: ePlus inc. v. Lawson Software, Inc. |
| DX-539 | | | June 28, 2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus Inc. v. Lawson Software, Inc. |
| DX-540 | | | July 1, 2011 | Letter from Scott Robertson to Daniel McDonald re: ePlus, inc. v. Lawson Software, Inc. |
| DX-541 | | | July 6, 2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus Inc. v. Lawson Software, Inc. |
| DX-542 | | | July 13, 2011 | Letter from William Schulz to Scott Robertson re: ePlus, inc. v. Lawson Software, Inc. |
| DX-543 | | | | U.S. Patent No. 6,023,683 |

4

| DX-544 | | | | U.S. Patent No. 6,505,172 |
|---|---|---|---|---|
| DX-545 | | | January 4, 2011 | Weaver Trial Demonstratives |
| DX-546 | | | March 30, 2011 | Lawson Opposition to Motion for Permanent Injunction |
| DX-547 | | | April 1, 2011 | ePlus Reply to Motion for Permanent Injunction |
| DX-548 | | | April 4, 2011 | Transcript of April 4, 2011 injunction hearing |
| DX-549 | RQC2282399 | RQC2282402 | March 7, 2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 4 – Email from Mike Cohen to Bruce McPheeters FWD: CUE Demo Plans, need help |
| DX-550 | RQC0026599 | RQC0026602 | March 25, 2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 6 & 2012.01.06 Deposition of Keith Lohkamp – Exhibit 9 – Email from K. Lohkamp to D. Hager RE: Questions |
| DX-551 | RQC0054042 | RQC0054042 | May 10, 2011 | Email from Jim Catalino to Dean Hager RE: Anything on e-Plus? I have staff meeting and wanted to provide update - thx |
| DX-552 | RQC2091954 | RQC2091959 | May 26, 2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 28 – Email from Jennifer Langer to Guy Leduc et al. FW: Supporting Materials for Mtg 2:00 – RE: project team for ePlus (and attachment) |
| DX-553 | RQC2125837 | RQC2125837 | April 13, 2011 | Email from Brad Nauman to Jeff Hvass et al. FW: ePlus |
| DX-554 | RQC0922446 | RQC0922446 | April 25, 2011 | Email from Dean Hager to Darci Snyder Re: Clarity on mobile reqs |
| DX-555 | RQC0870441 | RQC0870443 | May 9, 2011 | Email from Jennifer Langer to Michael Poling et al. URGENT: Your Action Required for Q4 Opportunities and |

| | | | | Beyond (S3 Requisitions Self Service) |
|---|---|---|---|---|
| DX-556 | RQC0914942 | RQC0914945 | June 9, 2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 12 & 2012.01.06 Deposition of Keith Lohkamp – Exhibit 8 – Email from D. Christopherson to D. Hager, B. McPheeters et al. RE: RQC Patch 1 updated |
| DX-557 | RQC0000636 | RQC0000637 | June 3, 2011 | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 08 – "Decommission Notice – S3 Requisitions Self-Service" |
| DX-558 | RQC0000732 | RQC0000738 | May 27, 2011 | "Immediate replacement of Requisitions Self Service software products required." |
| DX-559 | RQC0762337 | RQC0762343 | June 1, 2011 | "Immediate replacement of Requisitions Self Service software products required." |
| DX-560 | RQC0000724 | RQC0000725 | May 27, 2011 | "Immediate Support Stop for M3 e-Procurement solution required." |
| DX-561 | RQC0109373 | RQC0109373 | October 5, 2011 | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 04 – Spreadsheet – Customer List |
| DX-562 | | | December 19, 2011 | Spreadsheet – Customer List (update of October 5, 2011 version) |
| DX-563 | RQC0561907 | RQC0561909 | | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 06 – "Timeline for ePlus Patent Litigation (ERH)" |
| DX-564 | RQC2091962 | RQC2091963 | May 24, 2011 | Email from J. Langer to A. Gerum and A. Pettersson FW: update on PM tasks re: RSS |
| DX-565 | RQC2076749 | RQC2076750 | May 29, 2011 | Email from N. Anderson to R. Umali et al. re: PLEASE READ – Important Content |

6

| DX-566 | RQC0915427 | RQC0915428 | June 1, 2011 | Email from E. Homewood to N. Anderson RE: ePlus – Status Update |
|---|---|---|---|---|
| DX-567 | RQC0004126 | RQC0004126 | June 2, 2011 | Email from E. Homewood to ORG-All Support & Delivery re: IMPORTANT – PLEASE READ: Knowledge Base unavailable externally |
| DX-568 | RQC0000722 | RQC0000722 | May 18, 2011 | "Lawson S3 Requisition Center is generally available today – May 18th, 2011." |
| DX-569 | RQC0915431 | RQC0915432 | | "External Communications" |
| DX-570 | RQC0113758 | RQC0113759 | | Excerpt from "Cases with RSS Dialogue" |
| DX-571 | RQC0113765 | RQC0113775 | | Excerpt from "Cases with RSS Dialogue" |
| DX-572 | RQC0113784 | RQC0113785 | | Excerpt from "Cases with RSS Dialogue" |
| DX-573 | RQC0113807 | RQC0113814 | | Excerpt from "Cases with RSS Dialogue" |
| DX-574 | RQC0113826 | RQC0113829 | | Excerpt from "Cases with RSS Dialogue" |
| DX-575 | RQC0113855 | RQC0113856 | | Excerpt from "Cases with RSS Dialogue" |
| DX-576 | RQC0113869 | RQC0113870 | | Excerpt from "Cases with RSS Dialogue" |
| DX-577 | RQC0113907 | RQC0113908 | | Excerpt from "Cases with RSS Dialogue" |
| DX-578 | RQC0113998 | RQC0114035 | | Excerpt from "Cases with RSS Dialogue" |
| DX-579 | RQC0114052 | RQC0114053 | | Excerpt from "Cases with RSS Dialogue" |
| DX-580 | RQC0114340 | RQC0114346 | | Excerpt from "Cases with RSS Dialogue" |

| DX-581 | RQC0114433 | RQC0114434 | | Excerpt from "Cases with RSS Dialogue" |
|--------|------------|------------|--|----------------------------------------|
| DX-582 | RQC0114771 | RQC0114772 | | Excerpt from "Cases with RSS Dialogue" |
| DX-583 | RQC0115382 | RQC0115382 | | Excerpt from "Cases with RSS Dialogue" |
| DX-584 | RQC0116773 | RQC0116774 | | Excerpt from "Cases with RSS Dialogue" |
| DX-585 | RQC0109375 | RQC0109375 | | 2011.12.29 Deposition of Scott Hanson – Exhibit 10 – "RQC SWAT Cases" spreadsheet |
| DX-586 | RQC0111357 | RQC0111366 | August 22, 2011 | "Lawson Consulting Services – RQC SWAT Team Financial Update" |
| DX-587 | RQC0355362 | RQC0355362 | May 27, 2011 | Email from S. Hanson to TEAM-Scott Hanson, TEAM-Mark Deustch, and TEAM-Joey Alcazar re: Installation/patching of RSS |
| DX-588 | RQC0017353 | RQC0017354 | May 27, 2011 | Email from B. Offenbacher to S. Hanson and M. Roisum RE: Greenville RSS Install |
| DX-589 | RQC2296568 | RQC2296570 | May 28, 2011 | Email from C. Bennett to S. Merten re: Team call notes and CRITICAL UPDATE – PLEASE REVIEW ASAP |
| DX-590 | RQC0000348 | RQC0000363 | May 2011 | Lawson Requisition Center Installation Guide, Version 9.0.1 (IBM) |
| DX-591 | RQC0000364 | RQC0000379 | June 2011 | 2011.12.29 Deposition of Scott Hanson – Exhibit 08 – Lawson Requisition Center Installation Guide, Version 9.0.1 (Unix/Windows) |
| DX-592 | RQC2588002 | RQC2588003 | May 26, 2011 | Email from J. Langer to K. Ross et al. re: Key Message Update…effort will take on average 8 hours per customer to implement RQC |

8

| DX-593 | RQC0109374 | RQC0109374 | | 2011.12.29 Deposition of Scott Hanson – Exhibit 11 – "RQC SWAT Activities" spreadsheet |
|---|---|---|---|---|
| DX-594 | RQC0000384 | RQC0000384 | May 2011 | 2011.12.19 Deposition of Dale Christopherson – Exhibit 20 – Lawson Requisition Center User Guide, Version 9.0.1 |
| DX-595 | RQC0000723 | RQC0000723 | | "Requisition Center: Courses from Lawson Learning" |
| DX-596 | RQC0000741 | RQC0000741 | June 3, 2011 | "Requisition Center" Training Course Video |
| DX-597 | RQC2656377 | RQC2656380 | June 22, 2011 | Email from T. Olson-Stepp to D. Hager FW: RQC SWAT status – June 20 2011 |
| DX-598 | RQC0920557 | RQC0920558 | June 1, 2011 | Email from S. Hanson to T. Olson-Stepp re: RQC Disgruntled Client |
| DX-599 | RQC0921185 | RQC0921188 | Sept. 7, 2011 | Email from E. Homewood to I. Svensson RE: Urgent: Please Read and take action ASAP (RSS) (Confidential) |
| DX-600 | RQC2348838 | RQC2348840 | Sept. 27, 2011 | Email from H. Raleigh to J. Bennet et al. re: RQC Migration Status Update |
| DX-601 | RQC0922088 | RQC0922093 | June 1, 2011 | Email from I. Svensson to M. Vince et al. RE: A message from Dean Hager – RQC now available free of charge to replace RSS |
| DX-602 | RQC2235393 | RQC2235394 | May 25, 2011 | Email from J. Langer to M. McIntyre et al. FW: RSS Lawsuit – Effects on Cobb Energy |
| DX-603 | RQC0000638 | RQC0000655 | June 3, 2011 | 2011.12.19 Deposition of Dale Christopherson – Exhibit 07 – "Introducing Lawson Requisition Center Webinar" |
| DX-604 | RQC0365676 | RQC0365679 | February 3, 2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 4 – Email from K. Lohkamp to K. Knuth and D. Snyder Re: |

| | | | | ePlus discussions |
|---|---|---|---|---|
| DX-605 | RQC2291408 | RQC2291410 | April 25, 2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 7 – Email from K. Lohkamp to D. Snyder, D. Kemper, J. Langer RE: Please Read: Additional suggested change to the Requisition Center |
| DX-606 | RQC0883191 | RQC0883229 | June 3, 2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 10 – Presentation: Introducing Lawson Requisition Center |
| DX-607 | RQC0869062 | RQC0869093 | June 3, 2011 | Deposition of Keith Lohkamp – Exhibit 11 – Email from J. Langer to N. Anderson FW: LRC webinar follow-up: questions and recordings w/ attachment LRC Question and Answers.txt |
| DX-608 | RQC0117217 | RQC0117227 | April 8, 2011 | Requisition Center Launch Project Charter |
| DX-609 | RQC0590893 | RQC0590903 | May 2, 2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 13 – Email and attachment, Lawson Requisition Center, How To Sell |
| DX-610 | RQC2300171 | RQC2300173 | May 18, 2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 14 – Email from D. Christopherson to D. Kempker, J. Langer et al. RE: Recommendation on next steps for RSS and RQC |
| DX-611 | RQC2256291 | RQC2256305 | June 7, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 15 - Email from D. Christopherson to J. Mulchrone and T. Dooner FW: Updated FAQs for Legal Review and Posting on Globe |
| DX-612 | | | September 19, 2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 17 – Declaration of Kurt Reasoner |
| DX-613 | RQC0023552 | RQC0023554 | September 15, | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 18 – |

10

| | | | | |
|---|---|---|---|---|
| | | | 2011 | Email from Kurt Reasoner to Keith Lohkamp FW: Estimated RQC Implementation Costs dated September 15, 2011 and undated attachment, RQC Implementation |
| DX-614 | RQC0023547 | RQC0023548 | September 16, 2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 19 – Email from Dan Azevedo to Kurt Reasoner and Keith Lohkamp RE: RSS Replacement Cost Estimate, dated September 16, 2011 |
| DX-615 | RQC2131310 | RQC2131312 | September 16, 2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 20 – Email from Keith Lohkamp to Jordan Ekelin FW: RSS Replacement Cost Estimate dated September 16, 2011 and undated attachment, RSS Replacement Application Implementation |
| DX-616 | RQC0822274 | RQC0822274 | February 8, 2011 | Email from Dale Christopherson to Keith Lohkamp Urgent: Your help needed with battle plan against ePlus |
| DX-617 | RQC0868679 | RQC0868679 | February 18, 2011 | Email from D. Christopherson to K. Lohkamp Re: Initial thoughts on the 683 patent infringement by Punch-out |
| DX-618 | RQC2273418 | RQC2273419 | June 3, 2011 | Email from D. Hager to K. Lohkamp RE: Need Decision and Input on New Requested Change to RQC Related to Procurement Punchout |
| DX-619 | RQC2076803 | RQC2076803 | Undated | "RSS Injunction Plan" Excel spreadsheet |
| DX-620 | RQC0822226 | RQC0822227 | March 18, 2011 | Email from D. Christopherson to K. Lohkamp RE: GoToMeeting Invitation – SciQuest and Lawson, Healthcare Solutions Demonstrations |
| DX-621 | RQC2253556 | RQC2253557 | June 6, 2011 | Email from K. Lohkamp to G. Benton RE: Call notes – Version Dependencies for RQC |

11

| DX-622 | RQC2120905_1 | RQC2120905_33 | June 7, 2011 | "Lawson Requisition Center Field Enablement" presentation |
|---|---|---|---|---|
| DX-623 | RQC0870774 | RQC0870777 | June 2, 2011 | Email from K. Lohkamp to D. Davidson Re: RSS to Req Center Upgrade |
| DX-624 | RQC0000656 | RQC0000690 | June 3, 2011 | Introducing Lawson Requisition Center |
| DX-625 | RQC0000695 | RQC0000708 | May 2011 | Lawson Requisition Center Overview |
| DX-626 | RQC0000001 | RQC0000046 | | Lawson Procurement Punchout and PO Dispatcher Installation and Administration Guide for Lawson Applications 8.1.x and 9.x Version 9.0.1.4 |
| DX-627 | RQC2736391 | RQC2736394 | | RQC Service Ticket 162 re: RQC Performance degredation as number of requisition lines increases |
| DX-628 | RQC2270553 | RQC2270554 | June 10, 2011 | Email from D. Christopherson re Q&A and Patch 1 |
| DX-629 | RQC0860711 | | | Spreadsheet detailing hours spent on RQC |
| DX-630 | RQC0849279 | | | Spreadsheet detailing hours spent on RQC |
| DX-631 | RQC0118131 | | | Lawson Requisition Center User Guide |
| DX-632 | EPLUSPT000315 | EPLUSPT000316 | June 1, 2011 | Email from Kley Parkhurst to Ken Farber et al. FW: Lawson Injunction…… |
| DX-633 | EPLUSPT000319 | EPLUSPT000320 | June 3, 2011 | Email from Ken Farber to raosu@trinity-health.org. FW: Lawson Injunction…… |
| DX-634 | RQC2741643 | RQC2741643 | 2011 | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 10 – License Revenue Spreadsheet; PDF and Excel versions |

| DX-635 | RQC2741644 | RQC2741644 | 2011 | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 12 – Maintenance Revenue Spreadsheet; PDF and Excel versions |
|--------|------------|------------|------|---|
| DX-636 | RQC2741645 | RQC2741645 | 2011 | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 15 – Service Revenue Spreadsheet; PDF and Excel versions |
| DX-637 | RQC2741646 | RQC2741646 | 2011 | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 4 – Profit-and-Loss Statement Spreadsheet; PDF and Excel versions |
| DX-638 | | | December 22, 2011 | Defendant Lawson Software, Inc.'s Supplemental Reponses to Plaintiff ePlus Inc.'s First Set of Interrogatories for Contempt Proceedings – Supplemental responses to interrogatories 11 and 12 |
| DX-639 | | | February 20, 2011 | Defendant Lawson Software, Inc.'s Supplemental Reponses to Plaintiff ePlus Inc.'s First Set of Interrogatories for Contempt Proceedings – Supplemental responses to interrogatories 11 and 12 |
| DX-640 | | | | Designated portions of the 2012.01.05 Deposition Transcript of Kevin Samuelson |
| DX-641 | | | | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 5: Lawson License Revenues (January 2011-November 2011) |
| DX-642 | | | | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 6: Lawson Maintenance Revenues (January 2011-November 2011) |
| DX-643 | | | | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 7: Lawson US FY11 (May 31, 2011) Actual P&L Profit by |

13

| | | | | Revenue Type |
|---|---|---|---|---|
| DX-644 | | | | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 8: Product SKUs |
| DX-645 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 3, Schedule A: Calculation of Lawson incremental profits on accused sales |
| DX-646 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 3, Schedule B: Calculation of Lawson net profits on accused sales |
| DX-647 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 3, Schedule C: Calculation of ePlus gross profits on accused sales |
| DX-648 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 4: Effects of isolated corrections to Dr. Ugone's calculations |
| DX-659 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 5: Summary of Lawson accused sales |
| DX-650 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 5, Schedule A: Summary of Lawson accused sales: license and maintenance revenues |
| DX-651 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 5, Schedule B: Summary of Lawson accused sales: service revenues |
| DX-652 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 6: Summary of Lawson license and maintenance |

14

| | | | | |
|---|---|---|---|---|
| | | | | revenues to prohibited customers (May 23 – Nov. 30) |
| DX-653 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 6, Schedule A: Summary of Lawson license and maintenance revenues to prohibited non-healthcare customers (May 23 – Nov. 30) |
| DX-654 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 6, Schedule B: Summary of Lawson license and maintenance revenues to prohibited healthcare customers (May 23 – Nov. 30) |
| DX-655 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 7: ePlus income statement (FY Q3:2011 – Q2:2012) |
| DX-656 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8: Lawson income statement: Americas region (FY 2011) |
| DX-657 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule A: Lawson income statement: Americas region (FY 2011): profit margins for license, maintenance, and service revenues |
| DX-658 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule B: Regression results to determine Lawson's incremental margin |
| DX-659 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule C: Lawson incremental profit |
| DX-660 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 9: Computation of an upper bound on ePlus's |

| | | | | |
|---|---|---|---|---|
| | | | | portfolio royalty rate |
| DX-661 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 9, Schedule A: ePlus' projected licensed sales |
| DX-662 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 9, Schedule B: Summary of ePlus patent licenses/settlements |
| DX-663 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 10: eProcurement market shares |
| DX-664 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 10, Schedule A: eProcurement market presence |
| DX-665 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 11: Compensatory Damages |
| DX-666 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 11, Schedule A: Revenue and compensatory damages from disputed exempt sales |
| DX-667 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 12: Summary of RSS/RQC customers |
| DX-668 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 12, Schedule A: List of customers in prohibited configurations |
| DX-669 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 1: ePlus damages demands and Lawson's accused revenue |
| DX-670 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – |

| | | | | Figure 2: Product mapping of Lawson software |
|---|---|---|---|---|
| DX-671 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 3: Breakdown of Lawson revenues: accused and non-accused |
| DX-672 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 4: ePlus's implied one-way royalty rate from SAP and Ariba agreements |
| DX-673 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 5: Lawson quarterly sales and marketing expenses vs. revenues vs (2000-2011) |
| DX-674 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 6: Quarterly % changes in Lawson revenues vs. sales & marketing expenses 2000 - 2011 |
| DX-675 | RQC2164103 | RQC2164106 | May 30, 2001 | Lawson Software End User Agreement Master Terms and Conditions with Detroit Medical Center |
| DX-676 | L0161206 | L0161229 | September 18, 2001 | Lawson Software Product License Agreement with National Freight, Inc. |
| DX-677 | L0228075 | L0228078 | August 31, 2004 | Lawson Software End User Agreement Master Terms and Conditions with Pomona Valley Hospital Medical Center |
| DX-678 | L0305236 | L0305319 | August 21, 2007 | Lawson Software Customer Agreement with Heartland Regional Medical Center |
| DX-679 | ePLUS0949075 | ePLUS0949075 | April 26, 2010 | Income Statement – ePlus Systems |
| DX-680 | | | | ePlus 10-K Forms (2009-2011) |

17

| DX-681 | | | | *The Forrester Wave: eProcurement Solutions*, Q1 2011 |
|--------|---|---|---|---|
| DX-682 | | | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ending March 31 |
| DX-683 | | | 2009 | Lawson Annual 10-K Forms (2009) |
| DX-684 | | | 2010 | Lawson Annual 10-K Forms (2010) |
| DX-685 | | | 2011 | Lawson Annual 10-K Forms (2011) |
| DX-686 | | | | Lawson Financial Data 2000-2011 downloaded from Thomson Financial |
| DX-687 | RQC2357668 | RQC2357671 | June 9, 2011 | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 25 – Email from Christy Gustafson to Bruce McPheeters RE: ePlus – follow up re customer counts |

18