Reset Form   Print Form

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 3:09-CV-620 (REP)   , Case Name ePlus Inc. v. Lawson Software, Inc.
Party Represented by Applicant: Lawson Software, Inc.

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

PERSONAL STATEMENT

FULL NAME (no initials, please) Richard William Mark
Bar Identification Number 1705292          State New York
Firm Name Gibson, Dunn & Crutcher LLP
Firm Phone # (212) 351-4000       Direct Dial # (212) 351-3818       FAX # (212) 351-5338
E-Mail Address rmark@gibsondunn.com
Office Mailing Address 200 Park Avenue, New York, NY 10166-0193

Name(s) of federal court(s) in which I have been admitted Please see attached sheet listing federal court admissions.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____   am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature) Dabney Carr                (Date) 2/21/12
DABNEY CARR
(Typed or Printed Name)                28679
                                       (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ or Exemption Granted _____

The motion for admission is GRANTED _____ or DENIED _____


(Judge's Signature)                              (Date)

| Richard W. Mark Federal Court Admissions |
|---|
| **US District Courts** |
| Colorado |
| E.D.N.Y. |
| N.D.N.Y. |
| S.D.N.Y. |
| W.D.N.Y. |
| W.D. Tenn. |
| E.D. Wisc. |
| Federal Claims |
| **US Courts of Appeal** |
| Second Circuit |
| Third Circuit |
| Fifth Circuit |
| Seventh Circuit |
| Federal Circuit |
| **US Supreme Court** |
| US Supreme Court |