IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



EPLUS INC.,

    Plaintiff,

v.                               Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

## ORDER

For the reasons and to the extent set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the MOTION FOR ENTRY OF ORDER REQUIRING PRODUCTION OF DOCUMENTS AND INFORMATION AS TO WHICH THE ATTORNEY-CLIENT PRIVILEGE HAS BEEN WAIVED AND FOR EXPEDITED BRIEFING (Docket No. 869) is granted in part and denied in part.

It is so ORDERED.

                                          /s/     REP
                                   Robert E. Payne
                                   Senior United States District Judge

Richmond, Virginia
Date: February 24, 2012