IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

### *e*PLUS, INC.'S OBJECTIONS TO DEFENDANT LAWSON SOFTWARE, INC.'S PROPOSED EXHIBIT LIST FOR CONTEMPT PROCEEDINGS

Pursuant to Section 15(c) of the Court's Scheduling Order as amended, Plaintiff *e*Plus, Inc. ("*e*Plus"), through counsel, hereby submits the following general and specific objections to Defendant Lawson Software, Inc. ("Lawson")'s proposed exhibit list for contempt proceedings:

### General Objections

1. <u>Documents potentially excluded pursuant to the Court's rulings on pending motions to strike</u>.  Defendant's Trial Exhibit List includes documents which may be excluded, either explicitly or implicitly based on the Court's anticipated rulings on pending motions to strike.

2. <u>Documents not previously disclosed during discovery or pursuant to Court Order</u>. *e*Plus also objects generally to the introduction of any evidence which, though it may be relevant to Lawson's defenses, was not previously disclosed during discovery or in its responses to *e*Plus's interrogatories.

3. <u>Relevance</u>.  *e*Plus objects generally to Lawson's introduction of any evidence having no tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable and to the introduction of evidence wherein the probative value of that evidence is substantially outweighed by the danger of unfair prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

4. <u>Exhibits not disclosed</u>.  *e*Plus reserves its right to present additional objections to exhibits not yet disclosed to *e*Plus by Lawson, including, but not limited to, Lawson Exhibits DX 516, DX 517 and DX 518.

5. <u>Attorney comment or argument</u>.  *e*Plus objects generally to Lawson's attempt to introduce, as substantive evidence, litigation documents including discovery responses, deposition transcripts, briefs filed with the Court and correspondence amongst the attorneys. These documents are not evidence and should not be presented as such in the contempt hearing.

## KEY FOR EXHIBIT OBJECTIONS

| Reference | Basis for Objection |
|---|---|
| 106 | Fairness requires admission of other evidence contemporaneously. |
| 401/402 | The evidence in the exhibit is not relevant and is not admissible. |
| 403 | Any relevance of the exhibit is substantially outweighed by the danger of unfair prejudice, confusion of the issues, misleading the jury, or considerations of unfair delay, waste or confusion of the issues, misleading the jury, or considerations of unfair delay, waste of time, or needless presentation of cumulative evidence. |
| 801/802/805 | The exhibit contains or is hearsay and no exception applies and/or the exhibit contains or is hearsay within hearsay and no exception applies. |
| 901 | The exhibit lacks authentication. |
| 1006 | The evidence in the exhibit includes improper summary of evidence. |
| FRCP 26 | Not timely disclosed. |
| MIL | Subject of motion *in limine*. |
| NR | Exhibit not received—all objections are reserved. |
| INACC | Inaccurate or incomplete description of exhibit. |

LIBA/2265194.1

**Specific Objections**

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-500 | | | | 27-Jan-11 | Signed verdict form | | X | | | | | | X | | |
| DX-501 | | | | 4-Jan-11 | Transcript of merits trial (Opening Statement) (pages 112-196) | X | X | | X | | | | X | | |
| DX-502 | | | | 4-Jan-11 | Transcript of merits trial (Testimony of Douglas Momyer) (pages 216-399) | X | X | | X | | | | X | | |
| DX-503 | | | | 5-Jan-11 | Transcript of merits trial (Testimony of Jim Johnson) (pages 448-480) | X | X | | X | | | | X | | |
| DX-504 | | | | 5-Jan-11 | Transcript of merits trial (Testimony of Alfred Weaver) (pages 482-510) | X | X | | X | | | | X | | |
| DX-505 | | | | 6-Jan-11 | Transcript of merits trial (Testimony of Alfred Weaver) (pages 517-922) | X | X | | X | | | | X | | |
| DX-506 | | | | 7-Jan-11 | Transcript of merits trial (Testimony of Hannah Raleigh) (pages 934-976) | X | X | | X | | | | X | | |
| DX-507 | | | | 11-Jan-11 | Transcript of merits trial (Testimony of Keith Lohkamp) (pages 993-1152). | X | X | | X | | | | X | | |
| DX-508 | | | | 11-Jan-11 | Transcript of merits trial (Testimony of Dale Christopherson) (pages 1154-1636) | X | X | | X | | | | X | | |
| DX-509 | | | | 12-Jan-11 | Transcript of merits trial (Testimony of Patrick Niemeyer) (pages 1218-1298) | X | X | | X | | | | X | | |
| DX-510 | | | | 13-Jan-11 | Transcript of merits trial (Testimony William Yuhasz) (1677-1711) | X | X | | X | | | | X | | |
| DX-511 | | | | 13-Jan-11 | Transcript of merits trial (Testimony of Michael Shamos) (pages 1723-1778) | X | X | | X | | | | X | | |
| DX-512 | | | | 14-Jan-11 | Transcript of merits trial (Testimony of Michael Shamos) (pages 1792-1948) | X | X | | X | | | | X | | |
| DX-513 | | | | 20-Jan-11 | Transcript of merits trial (Testimony of Brooks Hilliard) (pages 2656-2792) | X | X | | X | | | | X | | |
| DX-514 | | | | 24-Jan-11 | Transcript of merits trial (Closing Arguments) (pages 3085-3230) | X | X | | X | | | | X | | |
| DX-515 | | | | 24-Jan-11 | Jury instructions (pages 3232-3290) | X | X | | | | | | | | |
| DX-516 | | | | | Sample server cookie before release | | | | | | | X | | X | |
| DX-517 | | | | | Sample server cookie after release | | | | | | | X | | X | |
| DX-518 | | | | | Sample server cookie | | | | | | | X | | X | |
| DX-519 | PX-376 | | | 20-Jan-12 | Goldberg Report Ex. 1 – Video – Weaver Merits Trial UNSPSC demonstration | | | | | | | | X | | |

**Specific Objections**

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-520 | PX-1135 | | | 20-Jan-12 | Goldberg Report Ex. 2 – Video – Weaver Contempt Report UNSPSC demonstration | Stipulated Exhibit | | | | | | | | | |
| DX-521 | PX-368 | | | 20-Jan-12 | Golberg Report Ex. 3 – Video – Weaver Merits Trial Two Punchout demonstration | | | | | | | | X | | |
| DX-522 | PX-380 | | | 20-Jan-12 | Goldberg Report Ex. 4 – Video – Weaver Merits Trial Item Master / Punchout demonstration | | | | | | | | X | | |
| DX-523 | | | | 20-Jan-12 | Goldberg Report Ex. A – Goldberg CV | | | | | X | | | | | |
| DX-524 | PX-11 | | | 20-Jan-12 | Goldberg Report Ex. F – UNSPSC white paper | Stipulated Exhibit | | | | | | | | | |
| DX-525 | PX-1166 | RQC0000744 | RQC0000744 | | Source code | X | X | X | | | | | X | | X |
| DX-526 | PX-1167 | RQC0000745 | RQC0000745 | | Source code | X | X | X | | | | | X | | X |
| DX-527 | PX-1172 | RQC0000746 | RQC0000746 | | Source code differences file | X | X | X | | | | | X | | X |
| DX-528 | PX-1168 | RQC0000747 | RQC0000747 | | Source code | X | X | X | | | | | X | | X |
| DX-529 | PX-1169 | RQC0000748 | RQC0000748 | | "Lawson 4GL Diff Document" | X | X | X | | | | | X | | X |
| DX-530 | PX-1173 | RQC0000749 | RQC0000749 | | Source code differences file | X | X | X | | | | | X | | X |
| DX-531 | PX-1170 | RQC0000750 | RQC0000750 | | Source code differences file | X | X | X | | | | | X | | X |
| DX-532 | PX-1171 | RQC0000751 | RQC0000751 | | Source code differences files | X | X | X | | | | | X | | X |
| DX-533 | PX-1159 | RQC0000730 | RQC0000730 | | "Important Notice: Recommended Patch Available for Procurement Punchout Customers" | Stipulated Exhibit | | | | | | | | | |
| DX-534 | PX-1160 | RQC0000731 | RQC0000731 | | "Patch for Requisition Center 9.0.1 Now Available" | Stipulated Exhibit | | | | | | | | | |
| DX-535 | | | | 6-May-11 | Letter from Daniel McDonald to Scott Robertson re: ePlus, Inc. v. Lawson Software, Inc. | | X | X | X | X | | | | | |
| DX-536 | | | | 18-May-11 | Letter from Daniel McDonald to Scott Robertson re: ePlus, Inc. v. Lawson Software, Inc. | | X | X | X | X | | | | | |
| DX-537 | | | | 16-Jun-11 | Letter from Scott Robertson to Daniel McDonald re: ePlus, inc. v. Lawson Software, Inc. | | X | X | X | X | | | | | |
| DX-538 | | | | 24-Jun-11 | Letter from Scott Robertson to Daniel McDonald re: ePlus inc. v. Lawson Software, Inc. | | X | X | X | X | | | | | |
| DX-539 | | | | 28-Jun-11 | Letter from Daniel McDonald to Scott Robertson re: ePlus Inc. v. Lawson Software, Inc. | | X | X | X | X | | | | | |
| DX-540 | | | | 1-Jul-11 | Letter from Scott Robertson to Daniel McDonald re: ePlus, inc. v. Lawson Software, Inc. | | X | X | X | X | | | | | |
| DX-541 | | | | 6-Jul-11 | Letter from Daniel McDonald to Scott Robertson re: ePlus Inc. v. Lawson Software, Inc. | | X | X | X | X | | | | | |
| DX-542 | | | | 13-Jul-11 | Letter from William Schulz to Scott Robertson re: ePlus, inc. v. Lawson Software, Inc. | | X | X | X | X | | | | | |

**Specific Objections**

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-543 | PX-1 | | | | U.S. Patent No. 6,023,683 | | | | Stipulated Exhibit | | | | | | |
| DX-544 | PX-3 | | | | U.S. Patent No. 6,505,172 | | | | Stipulated Exhibit | | | | | | |
| DX-545 | | | | 4-Jan-11 | Weaver Trial Demonstratives | X | X | X | | | | | X | | |
| DX-546 | | | | 30-Mar-11 | Lawson Opposition to Motion for Permanent Injunction | | X | X | X | X | | | | | |
| DX-547 | | | | 1-Apr-11 | ePlus Reply to Motion for Permanent Injunction | | X | X | X | | | | | | |
| DX-548 | | | | 4-Apr-11 | Transcript of April 4, 2011 injunction hearing | X | X | X | X | | | | | | |
| DX-549 | PX-1088 | RQC2282399 | RQC2282402 | 7-Mar-11 | 2012.01.06 Deposition of Dean Hager – Exhibit 4 – Email from Mike Cohen to Bruce McPheeters FWD: CUE Demo Plans, need help | | | | Stipulated Exhibit | | | | | | |
| DX-550 | PX-1090 | RQC0026599 | RQC0026602 | 25-Mar-11 | 2012.01.06 Deposition of Dean Hager – Exhibit 6 & 2012.01.06 Deposition of Keith Lohkamp – Exhibit 9 – Email from K. Lohkamp to D. Hager RE: Questions | | | | Stipulated Exhibit | | | | | | |
| DX-551 | | RQC0054042 | RQC0054042 | 10-May-11 | Email from Jim Catalino to Dean Hager RE: Anything on e-Plus? I have staff meeting and wanted to provide update thx | | X | X | X | | | | | | |
| DX-552 | Px-1111 | RQC2091954 | RQC2091959 | 26-May-11 | 2012.01.06 Deposition of Dean Hager – Exhibit 28 – Email from Jennifer Langer to Guy Leduc et al. FW: Supporting Materials for Mtg 2:00 – RE: project team for ePlus (and | | | | Stipulated Exhibit | | | | | | |
| DX-553 | | RQC2125837 | RQC2125837 | 13-Apr-11 | Email from Brad Nauman to Jeff Hvass et al. FW: ePlus | | X | X | X | X | | | | | |
| DX-554 | | RQC0922446 | RQC0922446 | 25-Apr-11 | Email from Dean Hager to Darci Snyder Re: Clarity on mobile reqs | | X | X | X | | | | | | |
| DX-555 | | RQC0870441 | RQC0870443 | 9-May-11 | Email from Jennifer Langer to Michael Poling et al. URGENT: Your Action Required for Q4 Opportunities and Beyond (S3 Requisitions Self Service) | | | | X | | | | | | |
| DX-556 | PX-1096 | RQC0914942 | RQC0914945 | 9-Jun-11 | 2012.01.06 Deposition of Dean Hager – Exhibit 12 & 2012.01.06 Deposition of Keith Lohkamp – Exhibit 8 – Email from D. Christopherson to D. Hager, B. McPheeters et al. RE: RQC Patch 1 updated | | | | Stipulated Exhibit | | | | | | |
| DX-557 | PX-1037 | RQC0000636 | RQC0000637 | 3-Jun-11 | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 08 – "Decommission Notice – S3 Requisitions Self-Service" | | | | Stipulated Exhibit | | | | | | |
| DX-558 | PX-1104 | RQC0000732 | RQC0000738 | 27-May-11 | "Immediate replacement of Requisitions Self Service software products required." | | | | Stipulated Exhibit | | | | | | |
| DX-559 | | RQC0762337 | RQC0762343 | 1-Jun-11 | "Immediate replacement of Requisitions Self Service software products required." | | | | No Objections | | | | | | |
| DX-560 | | RQC0000724 | RQC0000725 | 27-May-11 | "Immediate Support Stop for M3 e-Procurement solution required." | | X | | X | | | | | | |

**Specific Objections**

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-561 | PX-1033 | RQC0109373 | RQC0109373 | 5-Oct-11 | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 04 – Spreadsheet – Customer List | Stipulated Exhibit |||||||||
| DX-562 | | | | 19-Dec-11 | Spreadsheet – Customer List (update of October 5, 2011 version) | | | | | X | X | X | | X | |
| DX-563 | PX-1035 | RQC0561907 | RQC0561909 | | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 06 – "Timeline for ePlus Patent Litigation (ERH)" | Stipulated Exhibit |||||||||
| DX-564 | | RQC2091962 | RQC2091963 | 24-May-11 | Email from J. Langer to A. Gerum and A. Pettersson FW: update on PM tasks re: RSS | | X | X | X | | | | | | |
| DX-565 | | RQC2076749 | RQC2076750 | 29-May-11 | Email from N. Anderson to R. Umali et al. re: PLEASE READ – Important Content | | X | X | X | | | | | | |
| DX-566 | | RQC0915427 | RQC0915428 | 1-Jun-11 | Email from E. Homewood to N. Anderson RE: ePlus – Status Update | | X | X | X | | | | | | |
| DX-567 | | RQC0004126 | RQC0004126 | 2-Jun-11 | Email from E. Homewood to ORG-All Support & Delivery re: IMPORTANT – PLEASE READ: Knowledge Base unavailable externally | | X | X | X | | | | | | |
| DX-568 | PX-1156 | RQC0000722 | RQC0000722 | 18-May-11 | "Lawson S3 Requisition Center is generally available today – May 18th, 2011." | Stipulated Exhibit |||||||||
| DX-569 | | RQC0915431 | RQC0915432 | | "External Communications" | | X | X | X | X | | | | | |
| DX-570 | | RQC0113758 | RQC0113759 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-571 | | RQC0113765 | RQC0113775 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-572 | | RQC0113784 | RQC0113785 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-573 | | RQC0113807 | RQC0113814 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-574 | | RQC0113826 | RQC0113829 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-575 | | RQC0113855 | RQC0113856 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-576 | | RQC0113869 | RQC0113870 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-577 | | RQC0113907 | RQC0113908 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-578 | | RQC0113998 | RQC0114035 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-579 | | RQC0114052 | RQC0114053 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-580 | | RQC0114340 | RQC0114346 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-581 | | RQC0114433 | RQC0114434 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-582 | | RQC0114771 | RQC0114772 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-583 | | RQC0115382 | RQC0115382 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-584 | | RQC0116773 | RQC0116774 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | | | | | | |
| DX-585 | PX-1060 | RQC0109375 | RQC0109375 | | 2011.12.29 Deposition of Scott Hanson – Exhibit 10 – "RQC SWAT Cases" spreadsheet | Stipulated Exhibit |||||||||

**Specific Objections**

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-586 | PX-1195 | RQC0111357 | RQC0111366 | 22-Aug-11 | "Lawson Consulting Services – RQC SWAT Team Financial Update" | Stipulated Exhibit |
| DX-587 | | RQC0355362 | RQC0355362 | 27-May-11 | Email from S. Hanson to TEAM-Scott Hanson, TEAM-Mark Deustch, and TEAM-Joey Alcazar re: Installation/patching of RSS | | X | X | X | | | | | | |
| DX-588 | | RQC0017353 | RQC0017354 | 27-May-11 | Email from B. Offenbacher to S. Hanson and M. Roisum RE: Greenville RSS Install | | X | X | X | | | | | | |
| DX-589 | | RQC2296568 | RQC2296570 | 28-May-11 | Email from C. Bennett to S. Merten re: Team call notes and CRITICAL UPDATE – PLEASE REVIEW ASAP | | | | X | | | | | | |
| DX-590 | PX-1152 | RQC0000348 | RQC0000363 | May-11 | Lawson Requisition Center Installation Guide, Version 9.0.1 (IBM) | Stipulated Exhibit |
| DX-591 | PX-1059 | RQC0000364 | RQC0000379 | Jun-11 | 2011.12.29 Deposition of Scott Hanson – Exhibit 08 – Lawson Requisition Center Installation Guide, Version 9.0.1 (Unix/Windows) | Stipulated Exhibit |
| DX-592 | | RQC2588002 | RQC2588003 | 26-May-11 | Email from J. Langer to K. Ross et al. re: Key Message Update…effort will take on average 8 hours per customer to implement RQC | | | | X | | | | | | |
| DX-593 | PX-1061 | RQC0109374 | RQC0109374 | | 2011.12.29 Deposition of Scott Hanson – Exhibit 11 – "RQC SWAT Activities" spreadsheet | Stipulated Exhibit |
| DX-594 | PX-1012 | RQC0000384 | RQC0000384 | May-11 | 2011.12.19 Deposition of Dale Christopherson – Exhibit 20 – Lawson Requisition Center User Guide, Version 9.0.1 | Stipulated Exhibit |
| DX-595 | PX-1157 | RQC0000723 | RQC0000723 | | "Requisition Center: Courses from Lawson Learning" | Stipulated Exhibit |
| DX-596 | PX-1163 | RQC0000741 | RQC0000741 | 3-Jun-11 | "Requisition Center" Training Course Video | Stipulated Exhibit |
| DX-597 | | RQC2656377 | RQC2656380 | 22-Jun-11 | Email from T. Olson-Stepp to D. Hager FW: RQC SWAT status – June 20 2011 | | X | X | X | | | | | | |
| DX-598 | | RQC0920557 | RQC0920558 | 1-Jun-11 | Email from S. Hanson to T. Olson-Stepp re: RQC Disgruntled Client | | X | X | X | | | | | | |
| DX-599 | | RQC0921185 | RQC0921188 | Sept. 7, 2011 | Email from E. Homewood to I. Svensson RE: Urgent: Please Read and take action ASAP (RSS) (Confidential) | | X | X | X | | | | | | |
| DX-600 | | RQC2348838 | RQC2348840 | Sept. 27, 2011 | Email from H. Raleigh to J. Bennet et al. re: RQC Migration Status Update | | X | X | X | X | | | | | |
| DX-601 | | RQC0922088 | RQC0922093 | 1-Jun-11 | Email from I. Svensson to M. Vince et al. RE: A message from Dean Hager – RQC now available free of charge to replace | | | | X | X | | | | | |
| DX-602 | | RQC2235393 | RQC2235394 | 25-May-11 | Email from J. Langer to M. McIntyre et al. FW: RSS Lawsuit – Effects on Cobb Energy | | | | X | X | | | | | |

**Specific Objections**

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/ 805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-603 | PX-1002 | RQC0000638 | RQC0000655 | 3-Jun-11 | 2011.12.19 Deposition of Dale Christopherson – Exhibit 07 – "Introducing Lawson Requisition Center Webinar" | Stipulated Exhibit |||||||||| 
| DX-604 | PX-1046 | RQC0365676 | RQC0365679 | 3-Feb-11 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 4 – Email from K. Lohkamp to K. Knuth and D. Snyder Re:ePlus discussions | Stipulated Exhibit |||||||||| 
| DX-605 | PX-1019 | RQC2291408 | RQC2291410 | 25-Apr-11 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 7 – Email from K. Lohkamp to D. Snyder, D. Kemper, J. Langer RE: Please Read: Additional suggested change to the Requisition Center | Stipulated Exhibit |||||||||| 
| DX-606 | PX-1113 | RQC0883191 | RQC0883229 | 3-Jun-11 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 10 – Presentation: Introducing Lawson Requisition Center | Stipulated Exhibit |||||||||| 
| DX-607 | PX-1105 | RQC0869062 | RQC0869093 | 3-Jun-11 | Deposition of Keith Lohkamp – Exhibit 11 – Email from J. Langer to N. Anderson FW: LRC webinar follow-up: questions and recordings w/ attachment LRC Question and Answers.txt | Stipulated Exhibit |||||||||| 
| DX-608 | | RQC0117217 | RQC0117227 | 8-Apr-11 | Requisition Center Launch Project Charter | No Objections |||||||||| 
| DX-609 | PX-1115 | RQC0590893 | RQC0590903 | 2-May-11 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 13 – Email and attachment, Lawson Requisition Center, How To Sell | Stipulated Exhibit |||||||||| 
| DX-610 | PX-1116 | RQC2300171 | RQC2300173 | 18-May-11 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 14 – Email from D. Christopherson to D. Kempker, J. Langer et al. RE: Recommendation on next steps for RSS and RQC | Stipulated Exhibit |||||||||| 
| DX-611 | | RQC2256291 | RQC2256305 | 7-Jun-11 | 2012.01.06 Deposition of Keith Lohkamp -Exhibit 15 -Email from D. Christopherson to J. Mulchrone and T. Dooner FW: Updated FAQs for Legal Review and Posting on Globe | No Objections |||||||||| 
| DX-612 | | | | 19-Sep-11 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 17 – Declaration of Kurt Reasoner | | | | X | | | | | | |
| DX-613 | PX-1120 | RQC0023552 | RQC0023554 | September 15,2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 18 –Email from Kurt Reasoner to Keith Lohkamp FW: Estimated RQC Implementation Costs dated September 15, 2011 and undated attachment, RQC Implementation | Stipulated Exhibit |||||||||| 
| DX-614 | PX-1121 | RQC0023547 | RQC0023548 | 16-Sep-11 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 19 – Email from Dan Azevedo to Kurt Reasoner and Keith Lohkamp RE: RSS Replacement Cost Estimate, dated September 16, 2011 | Stipulated Exhibit ||||||||||

**Specific Objections**

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-615 | PX-1122 | RQC2131310 | RQC2131312 | 16-Sep-11 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 20 – Email from Keith Lohkamp to Jordan Ekelin FW: RSS Replacement Cost Estimate dated September 16, 2011 and undated attachment, RSS Replacement Application Implementation | Stipulated Exhibit ||||||||||
| DX-616 | | RQC0822274 | RQC0822274 | 8-Feb-11 | Email from Dale Christopherson to Keith Lohkamp Urgent: Your help needed with battle plan against ePlus | | X | X | X | X | | | | | |
| DX-617 | PX-1014 | RQC0868679 | RQC0868679 | 18-Feb-11 | Email from D. Christopherson to K. Lohkamp Re: Initial thoughts on the 683 patent infringement by Punch-out | Stipulated Exhibit |||||||||||
| DX-618 | PX-1021 | RQC2273418 | RQC2273419 | 3-Jun-11 | Email from D. Hager to K. Lohkamp RE: Need Decision and Input on New Requested Change to RQC Related to Procurement Punchout | Stipulated Exhibit |||||||||||
| DX-619 | | RQC2076803 | RQC2076803 | Undated | "RSS Injunction Plan" Excel spreadsheet | | X | X | X | X | | | | | |
| DX-620 | PX-1018 | RQC0822226 | RQC0822227 | 18-Mar-11 | Email from D. Christopherson to K. Lohkamp RE: GoToMeeting Invitation – SciQuest and Lawson, Healthcare Solutions Demonstrations | Stipulated Exhibit |||||||||||
| DX-621 | | RQC2253556 | RQC2253557 | 6-Jun-11 | Email from K. Lohkamp to G. Benton RE: Call notes – Version Dependencies for RQC | | X | X | X | X | | | | | |
| DX-622 | | RQC2120905_1 | RQC2120905_33 | 7-Jun-11 | "Lawson Requisition Center Field Enablement" presentation | | | X | X | X | | | | | |
| DX-623 | PX-1068 | RQC0870774 | RQC0870777 | 2-Jun-11 | Email from K. Lohkamp to D. Davidson Re: RSS to Req Center Upgrade | Stipulated Exhibit |||||||||||
| DX-624 | PX-1010 | RQC0000656 | RQC0000690 | 3-Jun-11 | Introducing Lawson Requisition Center | Stipulated Exhibit |||||||||||
| DX-625 | PX-1011 | RQC0000695 | RQC0000708 | May-11 | Lawson Requisition Center Overview | Stipulated Exhibit |||||||||||
| DX-626 | PX-1000 | RQC0000001 | RQC0000046 | | Lawson Procurement Punchout and PO Dispatcher Installation and Administration Guide for Lawson Applications 8.1.x and 9.x Version 9.0.1.4 | Stipulated Exhibit |||||||||||
| DX-627 | | RQC2736391 | RQC2736394 | | RQC Service Ticket 162 re: RQC Performance degredation as number of requisition lines increases | No Objections |||||||||||
| DX-628 | | RQC2270553 | RQC2270554 | 10-Jun-11 | Email from D. Christopherson re Q&A and Patch 1 | No Objections |||||||||||
| DX-629 | | RQC0860711 | | | Spreadsheet detailing hours spent on RQC | No Objections |||||||||||
| DX-630 | | RQC0849279 | | | Spreadsheet detailing hours spent on RQC | | | | X | X | X | X | | | |
| DX-631 | | RQC0118131 | | | Lawson Requisition Center User Guide | No Objections |||||||||||
| DX-632 | | EPLUSPT000315 | EPLUSPT000316 | 1-Jun-11 | Email from Kley Parkhurst to Ken Farber et al. FW: Lawson Injunction…… | | X | X | X | X | | | | | |
| DX-633 | | EPLUSPT000319 | EPLUSPT000320 | 3-Jun-11 | Email from Ken Farber to raosu@trinity-health.org. FW: Lawson Injunction…… | | X | X | X | X | | | | | |

**Specific Objections**

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-634 | PX-1080 | RQC2741643 | RQC2741643 | 2011 | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 10 – License Revenue Spreadsheet; PDF and Excel versions | Stipulated Exhibit ||||||||||
| DX-635 | PX-1081 | RQC2741644 | RQC2741644 | 2011 | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 12 – Maintenance Revenue Spreadsheet; PDF and Excel versions | Stipulated Exhibit ||||||||||
| DX-636 | PX-1082 | RQC2741645 | RQC2741645 | 2011 | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 15 – Service Revenue Spreadsheet; PDF and Excel versions | Stipulated Exhibit ||||||||||
| DX-637 | PX-1074 | RQC2741646 | RQC2741646 | 2011 | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 4 – Profit-and-Loss Statement Spreadsheet; PDF and Excel versions | Stipulated Exhibit ||||||||||
| DX-638 | | | | 22-Dec-11 | Defendant Lawson Software, Inc.'s Supplemental Reponses to Plaintiff ePlus Inc.'s First Set of Interrogatories for Contempt Proceedings – Supplemental responses to interrogatories 11 and 12 | No Objections ||||||||||
| DX-639 | | | | 20-Feb-11 | Defendant Lawson Software, Inc.'s Supplemental Reponses to Plaintiff ePlus Inc.'s First Set of Interrogatories for Contempt Proceedings – Supplemental responses to interrogatories 11 and 12 | | | | X | | X | | X | | |
| DX-640 | | | | | Designated portions of the 2012.01.05 Deposition Transcript of Kevin Samuelson | | X | | X | | | | | | |
| DX-641 | PX-1075 | | | | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 5: Lawson License Revenues (January 2011-November 2011) | Stipulated Exhibit ||||||||||
| DX-642 | PX-1076 | | | | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 6: Lawson Maintenance Revenues (January 2011-November | Stipulated Exhibit ||||||||||
| DX-643 | PX-1077 | | | | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 7: Lawson US FY11 (May 31, 2011) Actual P&L Profit by | Stipulated Exhibit ||||||||||
| DX-644 | PX-1078 | | | | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 8: Product SKUs | Stipulated Exhibit ||||||||||
| DX-645 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 3, Schedule A: Calculation of Lawson incremental profits on accused sales | | | | X | X | X | | | | |
| DX-646 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 3, Schedule B: Calculation of Lawson net profits on accused sales | | | | X | X | X | | | | |
| DX-647 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 3, Schedule C: Calculation of ePlus gross profits on accused sales | | | | X | X | X | | | | |

**Specific Objections**

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-648 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 4: Effects of isolated corrections to Dr. Ugone's calculations | | | | X | X | X | | | | |
| DX-659 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 5: Summary of Lawson accused sales | | | | X | X | X | | | | |
| DX-650 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 5, Schedule A: Summary of Lawson accused sales: license and maintenance revenues | | | | X | X | X | | | | |
| DX-651 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 5, Schedule B: Summary of Lawson accused sales: service revenues | | | | X | X | X | | | | |
| DX-652 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 6: Summary of Lawson license and maintenance revenues to prohibited customers (May 23 – Nov. 30) | | | | X | X | X | | | | |
| DX-653 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 6, Schedule A: Summary of Lawson license and maintenance revenues to prohibited non-healthcare customers (May 23 – Nov. 30) | | | | X | X | X | | | | |
| DX-654 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 6, Schedule B: Summary of Lawson license and maintenance revenues to prohibited healthcare customers (May 23 – Nov. 30) | | | | X | X | X | | | | |
| DX-655 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 7: ePlus income statement (FY Q3:2011 – Q2:2012) | | | | X | X | X | | | | |
| DX-656 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8: Lawson income statement: Americas region (FY 2011) | | | | X | X | X | | | | |
| DX-657 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule A: Lawson income statement: Americas region (FY 2011): profit margins for license, maintenance, and service revenues | | | | X | X | X | | | | |
| DX-658 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule B: Regression results to determine Lawson's incremental margin | | | | X | X | X | | | | |

**Specific Objections**

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-659 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule C: Lawson incremental profit | | | | X | X | X | | | | |
| DX-660 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 9: Computation of an upper bound on ePlus's portfolio royalty rate | | | | X | X | X | | | | |
| DX-661 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 9, Schedule A: ePlus' projected licensed sales | | | | X | X | X | | | | |
| DX-662 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 9, Schedule B: Summary of ePlus patent licenses/settlements | | | | X | X | X | | | | |
| DX-663 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 10: eProcurement market shares | | | | X | X | X | | | | |
| DX-664 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 10, Schedule A: eProcurement market presence | | | | X | X | X | | | | |
| DX-665 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 11: Compensatory Damages | | | | X | X | X | | X | | |
| DX-666 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 11, Schedule A: Revenue and compensatory damages from disputed exempt sales | | | | X | X | X | | X | | |
| DX-667 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 12: Summary of RSS/RQC customers | | | | X | X | X | | | | |
| DX-668 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 12, Schedule A: List of customers in prohibited configurations | | | | X | X | X | | | | |
| DX-669 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 1: ePlus damages demands and Lawson's accused revenue | | | | X | X | X | | X | | |
| DX-670 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 2: Product mapping of Lawson software | | | | X | X | X | | | | |
| DX-671 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 3: Breakdown of Lawson revenues: accused and non-accused | | | | X | X | X | | | | |
| DX-672 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 4: ePlus's implied one-way royalty rate from SAP and Ariba agreements | | | | X | X | X | | X | | |

**Specific Objections**

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-673 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 5: Lawson quarterly sales and marketing expenses vs. revenues vs (2000-2011) | | | | X | X | X | | | | |
| DX-674 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 6: Quarterly % changes in Lawson revenues vs. sales & marketing expenses 2000 -2011 | | | | X | X | X | | | | |
| DX-675 | | RQC2164103 | RQC2164106 | 30-May-01 | Lawson Software End User Agreement Master Terms and Conditions with Detroit Medical Center | X | | | X | | | | | | |
| DX-676 | | L0161206 | L0161229 | 18-Sep-01 | Lawson Software Product License Agreement with National Freight, Inc. | X | | | X | | | | | | |
| DX-677 | | L0228075 | L0228078 | 31-Aug-04 | Lawson Software End User Agreement Master Terms and Conditions with Pomona Valley Hospital Medical Center | X | | | X | | | | | | |
| DX-678 | | L0305236 | L0305319 | 21-Aug-07 | Lawson Software Customer Agreement with Heartland Regional Medical Center | X | | | X | | | | | | |
| DX-679 | | ePLUS0949075 | ePLUS0949075 | 26-Apr-10 | Income Statement – ePlus Systems | | X | X | | | | | | | |
| DX-680 | | | | | ePlus 10-K Forms (2009-2011) | | X | X | | | | | X | | |
| DX-681 | PX-690 | | | | *The Forrester Wave: eProcurement Solutions*, Q1 2011 | Stipulated Exhibit ||||||||||
| DX-682 | | | | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ending March 31 | | X | X | | | | | X | | |
| DX-683 | PX-109 | | | 2009 | Lawson Annual 10-K Forms (2009) | Stipulated Exhibit ||||||||||
| DX-684 | Px-440 | | | 2010 | Lawson Annual 10-K Forms (2010) | Stipulated Exhibit ||||||||||
| DX-685 | | | | 2011 | Lawson Annual 10-K Forms (2011) | | | | | | | X | | X | |
| DX-686 | | | | | Lawson Financial Data 2000-2011 downloaded from Thomson Financial | | | | | X | | | X | | X |
| DX-687 | PX-1087 | RQC2357668 | RQC2357671 | 9-Jun-11 | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 25 – Email from Christy Gustafson to Bruce McPheeters RE: ePlus – follow up re customer counts | Stipulated Exhibit ||||||||||

|  |  |
|---|---|
|  | Respectfully Submitted, |
| February 22, 2012 | _____/s/_____ <br> David M. Young (VSB #35997) <br> Scott L. Robertson *(admitted pro hac vice)* <br> Jennifer A. Albert *(admitted pro hac vice)* <br> **GOODWIN PROCTER LLP** <br> 901 New York Avenue, N.W. <br> Washington, DC 20001 <br> Telephone:  (202) 346-4000 <br> Facsimile:   (202) 346-4444 <br> dyoung@goodwinprocter.com <br> srobertson@goodwinprocter.com <br> jalbert@goodwinprocter.com <br><br> Craig T. Merritt (VSB #20281) <br> Paul W. Jacobs, II (VSB #16815) <br> Henry I. Willett, III (VSB #44655) <br> **CHRISTIAN & BARTON, LLP** <br> 909 East Main Street, Suite 1200 <br> Richmond, Virginia 23219-3095 <br> Telephone: (804) 697-4100 <br> Facsimile: (804) 697-4112 <br> cmerritt@cblaw.com <br> hwillett@cblaw.com <br><br> Michael G. Strapp (*admitted pro hac vice*) <br> **GOODWIN PROCTER LLP** <br> Exchange Place <br> 53 State Street <br> Boston, MA 02109-2881 <br> Telephone:  (617) 570-1000 <br> Facsimile:   (617) 523-1231 <br> mstrapp@goodwinprocter.com <br><br> Attorneys for Plaintiff, *e*Plus Inc |

4

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2012, I will electronically file the foregoing

***e*PLUS, INC.'S OBJECTIONS TO DEFENDANT LAWSON SOFTWARE, INC.'S PROPOSED EXHIBIT LIST FOR CONTEMPT PROCEEDINGS**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

| | |
|---|---|
| Christopher Dean Dusseault, *pro hac vice*<br>Jason Lo, *pro hac vice*<br>Timothy P. Best, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-6659<br>CDusseault@gibsondunn.com<br>JLo@gibsondunn.com<br>TBest@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>Megan C. Rahman (VSB No. 42678)<br>Timothy J. St. George (VSB No. 77349)<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>Telephone: (804) 697-1238<br>Facsimile: (804) 698-5119<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com<br>megan.rahman@troutmansanders.com<br>tim.stgeorge@troutmansanders.com |
| Donald R. Dunner, *pro hac vice*<br>Erika H. Arner, *pro hac vice*<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4444<br>don.dunner@finnegan.com<br>erika.arner@finnegan.com<br>EXT-Lawson-FinneganCorrespondence@finnegan.com | Daniel J. Thomasch, *pro hac vice*<br>Josh A. Krevitt, *pro hac vice*<br>Richard William Mark<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-6200<br>DThomasch@gibsondunn.com<br>JKrevitt@gibsondunn.com<br>RMark@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com |
| | Sarah E. Simmons, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue , #1100<br>Dallas, TX 75201<br>Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900<br>SSimmons@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com<br><br>***Counsel for Defendant Lawson Software, Inc*** |

                                                                          */s/*

David M. Young (VSB #35997)
Counsel for Plaintiff *e*Plus Inc.
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com

6