IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING *e*PLUS INC.'S BRIEF IN OPPOSITION TO LAWSON'S
MOTION TO EXCLUDE OPINIONS AND ARGUMENTS
FROM *e*PLUS'S EXPERTS AT THE CONTEMPT HEARING**

Plaintiff *e*Plus, Inc., by counsel, in accordance with the Amended Protective Order entered in this case on November 16, 2009, hereby gives notice that it has filed the following documents **UNDER SEAL** with the Court:

1. *e*Plus Inc.'s Brief in Opposition to Lawson's Motion to Exclude Opinions and Arguments from *e*Plus's Experts at the Contempt Hearing, and

2. Exhibits 3, 4, 6, 7, 10, 11, 13, 14, 15, and 16 on a disc.

A copy of the above-mentioned documents will be served on counsel for Defendant Lawson Software, Inc. electronically today.

1

February 22, 2012                              Respectfully submitted,

                                                                       *e*PLUS, INC.

                                                                       By Counsel

                                                                           /s/
                                                    Paul W. Jacobs, II (VSB # 16815)
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
pjacobs@cblaw.com
cmerritt@cblaw.com
hwillett@cbblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com

*Counsel for Plaintiff, ePlus, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of February, 2012, I will electronically file the foregoing

**NOTICE OF FILING *e*PLUS INC.'S BRIEF IN OPPOSITION TO LAWSON'S MOTION TO EXCLUDE OPINIONS AND ARGUMENTS FROM *e*PLUS'S EXPERTS AT THE CONTEMPT HEARING**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the following:

| | |
|---|---|
| Christopher Dean Dusseault, *pro hac vice* <br> Jason Lo, *pro hac vice* <br> Timothy P. Best, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 333 S. Grand Avenue <br> Los Angeles, CA 90071 <br> Telephone: (213) 229-7000 <br> Facsimile: (213) 229-6659 <br> CDusseault@gibsondunn.com <br> JLo@gibsondunn.com <br> TBest@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com | Robert A. Angle, VSB#37691 <br> Dabney J. Carr, IV, VSB #28679 <br> Megan C. Rahman (VSB No. 42678) <br> Timothy J. St. George (VSB No. 77349) <br> TROUTMAN SANDERS LLP <br> P.O. Box 1122 <br> Richmond, Virginia 23218-1122 <br> Telephone: (804) 697-1238 <br> Facsimile: (804) 698-5119 <br> robert.angle@troutmansanders.com <br> dabney.carr@troutmansanders.com <br> megan.rahman@troutmansanders.com <br> tim.stgeorge@troutmansanders.com |
| Donald R. Dunner, *pro hac vice* <br> Erika H. Arner, *pro hac vice* <br> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. <br> 901 New York Avenue, N.W. <br> Washington, DC 20001 <br> Telephone: (202) 408-4000 <br> Facsimile: (202) 408-4444 <br> don.dunner@finnegan.com <br> erika.arner@finnegan.com <br> EXT-Lawson-FinneganCorrespondence@finnegan.com | Daniel J. Thomasch, *pro hac vice* <br> Josh A. Krevitt, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: (212) 351-4000 <br> Facsimile: (212) 351-6200 <br> DThomasch@gibsondunn.com <br> JKrevitt@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com |
| | Sarah E. Simmons, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 2100 McKinney Avenue , #1100 <br> Dallas, TX 75201 <br> Telephone: (214) 698-3100 <br> Facsimile: (214) 571-2900 <br> SSimmons@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com <br><br> ***Counsel for Defendant Lawson Software, Inc.*** |

_____/s/_____
Paul W. Jacobs, II (VSB #16815)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
pjacobs@cblaw.com

Counsel for Plaintiff *e*Plus Inc.

1247879