# EXHIBIT 5

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE EASTERN DISTRICT OF VIRGINIA

 3                            RICHMOND DIVISION

 4


 5    ---------------------------------------
                                             :
 6    ePLUS, INC.                            :   Civil Action No.
                                             :   3:09CV620
 7    vs.                                    :
                                             :
 8    LAWSON SOFTWARE, INC.                  :   January 11, 2011
                                             :
 9    ---------------------------------------

10

11              COMPLETE TRANSCRIPT OF THE JURY TRIAL

12              BEFORE THE HONORABLE ROBERT E. PAYNE

13            UNITED STATES DISTRICT JUDGE, AND A JURY

14
      APPEARANCES:
15
      Scott L. Robertson, Esquire
16    Michael G. Strapp, Esquire
      Jennifer A. Albert, Esquire
17    David M. Young, Esquire
      Goodwin Procter, LLP
18    901 New York Avenue NW
      Suite 900
19    Washington, D.C.  20001

20    Craig T. Merritt, Esquire
      Christian & Barton, LLP
21    909 East Main Street
      Suite 1200
22    Richmond, Virginia  23219-3095
      Counsel for the plaintiff
23

24                       Peppy Peterson, RPR
                        Official Court Reporter
25                   United States District Court
```

```
 1   APPEARANCES:  (cont'g)

 2   Dabney J. Carr, IV, Esquire
     Troutman Sanders, LLP
 3   Troutman Sanders Building
     1001 Haxall Point
 4   Richmond, Virginia   23219

 5   Daniel W. McDonald, Esquire
     Kirstin L. Stoll-DeBell, Esquire
 6   William D. Schultz, Esquire
     Merchant & Gould, PC
 7   80 South Eighth Street
     Suite 3200
 8   Minneapolis, Minnesota   55402

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   is where I lost you.  ^ you check out at the customer, not the
 2   customer but the vendor site and then it was at that point
 3   where I got lost.
 4   Q    Let me start over.  Let's hear the whole question.  When
 5   users have filled their shopping carts, virtually speaking, and
 6   checked out from the vendor website using Lawson procurement
 7   punchout, the chosen items and their price are then returned to
 8   the Lawson server, and a requisition is created using the
 9   Lawson requisition self-service application; correct?
10   A    That's correct.
11   Q    Isn't it true that the current version of the Lawson
12   procurement punchout includes the capability to punch out to
13   multi-vendor catalogs?
14   A    That's correct.
15   Q    One of those examples of a site that you can go that is a
16   multi-catalog vendor -- excuse me, multi-vendor catalog, is
17   SciQuest; correct?
18   A    That's correct.
19   Q    Another example of a multi-vendor catalog site that's
20   available for the punchout procurement is an organization known
21   as GHX; correct?
22   A    That is correct.
23   Q    That stands for Global Healthcare Exchange?
24   A    That's correct.
25   Q    And Global Healthcare Exchange that provides this
```

```
 1    multi-vendor catalog capability is a punchout trading partner
 2    of Lawson; correct?
 3    A    That's correct.  They are on the list, yes.
 4    Q    It's an accurate statement to say that if Lawson could not
 5    market a requisition module, it could not effectively compete
 6    in the supply chain management product market?
 7    A    I would say that that would be an accurate statement, yes.
 8    Q    It's also accurate to say if Lawson could not offer a
 9    purchase order module, Lawson could not effectively compete in
10    the supply chain management product market?
11    A    That would also be correct.
12    Q    You've heard a lot of talk about the implementation and
13    installation services that Lawson offers.  I just want to be
14    clear that Lawson will provide implementation services to
15    assist its customers with importing vendor catalog data into
16    the item master.
17    A    I didn't hear a question in that, sir.
18    Q    Let me restate it then.  Perhaps I misspoke.  Is it true
19    that Lawson provides implementation services to assist its
20    customers with importing vendor catalog data into the item
21    master?
22    A    If the customer so chooses and wants that service, yes, we
23    do.
24    Q    So for most situations where a customer licenses the
25    supply chain management suite or the procurement modules we've
```