# EXHIBIT 8

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE EASTERN DISTRICT OF VIRGINIA

 3                    RICHMOND DIVISION

 4

 5   ---------------------------------------
                                           :
 6   ePLUS, INC.                           :   Civil Action No.
                                           :   3:09CV620
 7   vs.                                   :
                                           :
 8   LAWSON SOFTWARE, INC.                 :   January 11, 2011
                                           :
 9   ---------------------------------------

10

11             COMPLETE TRANSCRIPT OF THE JURY TRIAL

12            BEFORE THE HONORABLE ROBERT E. PAYNE

13          UNITED STATES DISTRICT JUDGE, AND A JURY

14

15   APPEARANCES:

     Scott L. Robertson, Esquire
16   Michael G. Strapp, Esquire
     Jennifer A. Albert, Esquire
17   David M. Young, Esquire
     Goodwin Procter, LLP
18   901 New York Avenue NW
     Suite 900
19   Washington, D.C.  20001

20   Craig T. Merritt, Esquire
     Christian & Barton, LLP
21   909 East Main Street
     Suite 1200
22   Richmond, Virginia  23219-3095
     Counsel for the plaintiff
23

24              Peppy Peterson, RPR
                Official Court Reporter
25            United States District Court
```

```
1    APPEARANCES:  (cont'g)

2    Dabney J. Carr, IV, Esquire
     Troutman Sanders, LLP
3    Troutman Sanders Building
     1001 Haxall Point
4    Richmond, Virginia  23219

5    Daniel W. McDonald, Esquire
     Kirstin L. Stoll-DeBell, Esquire
6    William D. Schultz, Esquire
     Merchant & Gould, PC
7    80 South Eighth Street
     Suite 3200
8    Minneapolis, Minnesota  55402

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    that competition is occurring, right?  It doesn't turn

2    on whether you know or not know, right?

3    A   No, it doesn't.

4         MR. ROBERTSON:  Thank you.  I have no further

5    questions.

6

7         CROSS-EXAMINATION

8    BY MS. STOLL-DeBELL:

9    Q   Good morning, Mr. Lohkamp.

10   A   Good moaning.

11   Q   Let's start off first by talking about these

12   competition issues that you just talked about with

13   Mr. Robertson.

14       Can you explain to me who ePlus was competing with

15   for the Cleveland Clinic deal?

16   A   My understanding is they were competing against

17   Sciquest.

18   Q   Why is it your understanding that they were

19   competing against Sciquest?

20   A   Because when I spoke with the solution consultant,

21   Brett Weiss, he mentioned that Cleveland Clinic was

22   trying to decide between two solutions for catalog and

23   content, and they were trying to decide between

24   Sciquest and ePlus.  They were looking to use Lawson

25   Software and Lawson procurement regardless to connect

1  to whichever solution they were going to choose.

2  Q   So Lawson, had they selected ePlus, Lawson would

3  have been in a position that it was working with

4  ePlus?

5            MR. ROBERTSON:  Objection, leading.

6            THE COURT:  Overruled.

7  A   So if they had selected ePlus, we would have --

8  Cleveland Clinic would have been using Lawson, and we

9  would have been open to working with ePlus.

10 Q   And that was to use Lawson's Punchout product to

11 connect to some catalog product provided by ePlus?

12 A   That's what I would have expected was using

13 Punchouts to connect to ePlus.

14 Q   The same is true for Sciquest?  It would be

15 Lawson's Punchout product to connect to some catalogs

16 provided by Sciquest?

17 A   Yes, Punchout is used to connect to Sciquest.

18 Q   So the customer wasn't actually making a decision

19 between whether to purchase something from Lawson

20 versus ePlus?

21 A   That's my understanding.

22 Q   Is that the same situation for Novant as well?

23 A   That would be my understanding.

24 Q   And the Novant situation, did you learn about that

25 as part of this lawsuit?