# EXHIBIT 9

```
 1                  IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE EASTERN DISTRICT OF VIRGINIA

 3                             RICHMOND DIVISION

 4

 5     ----------------------------------------
                                               :
 6      ePLUS, INC.                            :    Civil Action No.
                                               :    3:09CV620
 7      vs.                                    :
                                               :
 8      LAWSON SOFTWARE, INC.                  :    January 13, 2011
                                               :
 9     ----------------------------------------

10

11              COMPLETE TRANSCRIPT OF THE JURY TRIAL

12             BEFORE THE HONORABLE ROBERT E. PAYNE

13          UNITED STATES DISTRICT JUDGE, AND A JURY

14
       APPEARANCES:
15
       Scott L. Robertson, Esquire
16     Michael G. Strapp, Esquire
       Jennifer A. Albert, Esquire
17     David M. Young, Esquire
       Goodwin Procter, LLP
18     901 New York Avenue NW
       Suite 900
19     Washington, D.C.  20001

20     Craig T. Merritt, Esquire
       Christian & Barton, LLP
21     909 East Main Street
       Suite 1200
22     Richmond, Virginia  23219-3095
       Counsel for the plaintiff
23

24                      Peppy Peterson, RPR
                       Official Court Reporter
25                  United States District Court
```

```
 1   APPEARANCES:  (cont'g)

 2   Dabney J. Carr, IV, Esquire
     Troutman Sanders, LLP
 3   Troutman Sanders Building
     1001 Haxall Point
 4   Richmond, Virginia   23219

 5   Daniel W. McDonald, Esquire
     Kirstin L. Stoll-DeBell, Esquire
 6   William D. Schultz, Esquire
     Merchant & Gould, PC
 7   80 South Eighth Street
     Suite 3200
 8   Minneapolis, Minnesota   55402

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   other software options?
 2   A    Yes.
 3   Q    Why did that happen?
 4   A    Again, we have had substantial growth.
 5            THE COURT:  Mr. Schultz, why does the growth of that
 6   company have anything to do with infringement or invalidity?
 7            MR. SCHULTZ:  Not dealing with invalidity, Your
 8   Honor.
 9            THE COURT:  Why does have to do with either one of
10   them?  It's not invalidity.  What about --
11            MR. SCHULTZ:  It deals with infringement.  It's
12   foundational, Your Honor.  I'll get into --
13            THE COURT:  Why don't you ask a question you think
14   makes a difference, because that doesn't.
15            MR. SCHULTZ:  It's foundational, Your Honor.
16            THE COURT:  You don't get questions in under the
17   guise of foundation if they don't really -- if they open up a
18   lot of different areas.  Even if it's marginally relevant, it's
19   prejudicial because it causes delay and confusion.  Go to the
20   question you want to ask him.
21            MR. SCHULTZ:  Bill, could we bring up, and, Mr.
22   Yuhasz, could you look at Exhibit 207.
23            THE COURT:  Plaintiff's or defendant?
24            MR. SCHULTZ:  Defendant's Exhibit 207.
25   Q    If you could focus in on -- well, actually, Mr. Yuhasz,
```

1  what is this document?
2  A    This was an initial document to describe a business need
3  for better supply chain functionality.
4  Q    Why was Novant looking for better supply chain
5  functionality?
6  A    We were -- with our growth and a lot of -- our customers
7  surveys were getting us information, giving us feedback that it
8  was difficult to use the current system, finding the correct
9  product was difficult.
10       Our number of return products was growing because
11  customers were saying they couldn't find the right product,
12  they were ordering the wrong product or ordering it in the
13  wrong amount, and so we felt we needed to explore other options
14  for our ordering process.
15  Q    What did you do as a result of the customer data that you
16  received?
17  A    We did another request for proposal to search for a better
18  option that we felt had product catalogs, had a more robust
19  search capability, you know, that would be more user-friendly,
20  and things of that nature.
21  Q    Were these feature that the Lawson system, as it was
22  installed at Novant, did not provide?
23  A    Yes.
24  Q    What happened as a result of the request for proposal
25  process?

```
 1   A     We had chosen another solution provider to run our
 2   procurement processes.
 3   Q     How many companies responded to the request for proposal?
 4   A     I don't know the actual number that responded to the RFP.
 5   Q     Was ePlus one of the companies that responded to the
 6   request for proposal?
 7   A     Yes.
 8   Q     What was the result for ePlus?
 9   A     They were eliminated in the first round based on vendor
10   scoring that their responses to the essential questions,
11   meaning they had to provide that it was an essential need,
12   business need, and they did not respond adequately enough to
13   those that were deemed essential.
14   Q     Did Lawson bid for the work on the RFP.
15   A     Yes.
16   Q     You mentioned that Lawson did not, as a system currently
17   installed, did not have the functionality that you were looking
18   for.  How did Lawson bid for that work if that was the case?
19   A     They actually partnered with another solution provider to
20   provide the complete solution to meet the RFP requirements.
21   Q     Who was that provider?
22   A     SciQuest.
23   Q     Who is SciQuest?
24   A     It's another solution provider of procurement processes,
25   supply chain processing.
```

Yuhasz - Direct                                                  1694

1   Q    Does SciQuest have catalogs?
2   A    Yes.
3   Q    I'd like you to refer to Plaintiff's Exhibit 337, please,
4   which has the Bates number on the bottom right-hand corner LE
5   03394967.  Do you recognize this document, Mr. Yuhasz?
6   A    Yes.  This is a document provided in an RFP response.
7   Q    Let's turn to page three of the document.
8               MR. SCHULTZ:  Bill, if you could turn to page three
9   and blow up the lower portion of the document.
10  Q    Does the diagram detail who is responsible for the
11  different areas of the procurement?
12  A    Yes.
13  Q    And how do I tell, how do we tell who is responsible for
14  the different portions of the procurement process?
15  A    The legend in the bottom right corner would describe
16  either an independent solution provider by either Lawson or
17  SciQuest or combined, and that correlates to how they
18  color-coded the particular modules that were to provide the
19  functionality.
20  Q    So in the bottom right-hand corner, there's a green box,
21  and then there's Lawson product behind that.  What does that
22  indicate?
23  A    That indicates that a functionality that's all in green is
24  solely provided by the Lawson product.
25  Q    And then in the legend at the bottom right-hand corner of

```
 1   the document, it shows a white box followed by SciQuest
 2   product.  What does that mean?
 3   A    That similarly means the white colored functional modules
 4   are solely provided by SciQuest.
 5   Q    And then there's a box that is part white and part green.
 6   What does that mean?
 7   A    That means that both Lawson and SciQuest are going -- some
 8   modules of theirs are going to be provided for that solution to
 9   work.
10   Q    Let's start at the top left of that document then.  You
11   see the item master.  Who is in control of the item master?
12   A    That would be Lawson since it's green.
13   Q    Then there's the next section, the supplier punchout
14   sites.  Who is in charge of that?
15   A    That is -- the arrow is pointing to content, and then
16   content is sitting over spin director, and spin director is a
17   SciQuest product.
18   Q    So it's SciQuest's responsibility with respect to supplier
19   punchout sites?
20   A    Correct.
21   Q    Then the next product over is the supplier-hosted
22   catalogs.  Who was responsible with respect to the
23   supplier-hosted catalogs?
24   A    SciQuest.
25   Q    So that was a SciQuest product?
```

Yuhasz - Direct

1696

```
 1   A    Yes.
 2   Q    That was not a Lawson product?
 3   A    Correct.
 4   Q    Did Lawson's system, as it was installed at that time,
 5   have the capability to provide Novant supplier-hosted catalogs?
 6   A    No.
 7   Q    At the time of the RFP process, has the Lawson system, as
 8   it's installed at Novant, changed?
 9   A    No.
10   Q    So you still have the same product as was available with
11   this RFP process?
12             THE COURT:  Whoa.  He hasn't established that they
13   actually got the bid.
14             MR. SCHULTZ:  No.  Let me ask a better question.
15             THE COURT:  That answer doesn't make any sense.  The
16   question doesn't make any sense unless they got the bid.
17   Q    As currently installed, the Lawson system -- you are still
18   operating the Lawson system; correct?
19   A    Yes.
20   Q    So it's currently installed.  Does the Lawson system
21   that's installed at Novant have the capability to provide a
22   Novant supplier-hosted catalogs?
23             MR. STRAPP:  Objection, Your Honor.  There's been no
24   foundation laid that the witness actually has personal
25   familiarity with what capabilities and what Lawson system is
```