IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS, INC., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:09-cv-620 |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT LAWSON SOFTWARE, INC.'S OBJECTIONS TO PLAINTIFF'S EXHIBITS FOR CONTEMPT PROCEEDINGS**

Pursuant to Section 15(c) of the Court's Scheduling Order Concerning Contempt Proceedings dated November 23, 2011 (Dkt. 849), Defendant Lawson Software Inc. ("Lawson") submits the following general and specific objections to Plaintiff ePlus Inc.'s proposed exhibits for the contempt proceeding:

**General Objections**

1. Lawson objects to admission of documents on ePlus's Exhibit List which may be excluded, either explicitly or implicitly based on the Court's anticipated rulings on pending motions to exclude expert testimony.

2. Lawson objects to admission of documents not previously disclosed during discovery or pursuant to Court Order. Lawson also objects generally to the introduction of any evidence which, though it may be relevant to ePlus's claims, was not previously disclosed during discovery.

3. Lawson objects to the introduction of any exhibit having no tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable and to the introduction of exhibits wherein the probative value of the exhibit is substantially outweighed by the danger of unfair prejudice or confusion of the issues or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

4. Lawson reserves its right to present additional objections to exhibits not yet disclosed by *e*Plus.

5. Lawson will reconsider a stated objection if an email or other document marked as an exhibit is offered at trial through a witness with knowledge of the document. From ePlus's exhibit list, however, Lawson cannot determine which witnesses will actually testify and which emails, if any will actually be offered."

                                         LAWSON SOFTWARE, INC.

                                         By   /s/
                                                 Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Christopher D. Dusseault (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

**CERTIFICATE OF SERVICE**

I certify that on this 22nd day of February, 2012, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig T. Merritt
Henry I. Willett, III
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmerritt@cblaw.com
hwillett@cblaw.com

James D. Clements
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
jclements@goodwinprocter.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

    /s/
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*