**DEFENDANT LAWSON SOFTWARE, INC.'S OBJECTIONS TO PLAINTIFF ePLUS INC.'S LIST OF AFFIRMATIVE CONTEMPT HEARING EXHIBITS**

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1000 | RQC0000001 | RQC0000046 | 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 05 - Lawson Procurement Punchout and PO Dispatcher Installation and Administration Guide for Lawson Application Guide for Lawson Applications 8.1X and 9.X | |
| PX-1001 | RQC0000047 | RQC0000347 | June 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 06 - Inventory Control User Guide Version 9.0.1 | |
| PX-1002 | RQC0000638 | RQC0000655 | June 3, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 07 - Introducing Lawson Requisition Center Webinar | 602; 801/802 |
| PX-1003 | RQC0000691 | RQC0000694 | | 2011.12.19 Deposition of Dale Christopherson - Exhibit 8 & 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 03 Lawson Requisition Center and Procurement Punchout | |
| PX-1004 | RQC0914392 | RQC0914395 | February 7, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 11 - S-3 RSS/Punchout and M3 Battle Plan Against ePlus | 602; 801/802; 901 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1005 | RQC0892758 | RQC0892759 | February 9, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 12 & 2011.12.21 Deposition of Todd Dooner - Exhibit 103 - Email from T. Dooner to D. Christopherson, K. Knuth , T. Dooner et al. RE: Plain English Reading of Claim 1 of the '172 Patent | 401/402; 602; 801/802 |
| PX-1006 | RQC0364605 | RQC0364612 | February 10, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 13 - Email from K. Kunth to D. Christopherson, T. Dooner et al. RE: Analysis of claims from eplus | 401/402; 602; 801/802 |
| PX-1007 | N/A | N/A | | 2011.12.19 Deposition of Dale Christopherson - Exhibit 15 & 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 07 - Weaver Declaration in Support of Motion to Show Cause Exhibit 2 – RQC Interface | 602; 801/802; 901 |
| PX-1008 | N/A | N/A | | 2011.12.19 Deposition of Dale Christopherson - Exhibit 16 & 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 08 - Weaver Declaration in Support of Motion to Show Cause Exhibit 3 – RSS Interface | 602; 801/802; 901 |
| PX-1009 | RQC0868820 | RQC0868820 | | 2011.12.19 Deposition of Dale Christopherson - Exhibit 17 - Email from D. Christopherson to K. Knuth RE: another thought on the '172 patent | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1010 | RQC0000656 | RQC0000690 | June 3, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 18 & 2012.01.06 Deposition of Dean Hager - Exhibit 20 - I - Presentation: Introducing Lawson Requisition Center | |
| PX-1011 | RQC0000695 | RQC0000708 | May 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 19 - Presentation: Lawson Requisition Center Overview | |
| PX-1012 | RQC0000384 | RQC0000433 | May 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 20 - Lawson Requisition Center User Guide Version 9.0.1 | |
| PX-1013 | RQC0377104 | RQC03771105 | February 14, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 21 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 5 - Email from D. Christopherson to K. Lohkamp, K. Knuth , T. Dooner RE: Analysis of claims from ePlus | 401/402; 602; 801/802 |
| PX-1014 | RQC0868679 | RQC0868679 | February 18, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 22 - Email from D. Christopherson to K. Lohkamp and D. DeLancey Re: Initial thoughts on the 683 patent infringement by Punch-out | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1015 | RQC0364468 | RQC0364472 | February 24, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 23 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 6 - Email from D. Christopherson to K. Lohkamp FW: Initial thoughts on the 683 patent infringement by Punch-out / Use of RSS configuration to control vendor access commentary | 401/402; 602; 801/802 |
| PX-1016 | RQC2115799 | RQC2115832 | March 30, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 24 & 2011.12.21 Deposition of Todd Dooner - Exhibit 104 - Presentation: ePlus Risk Mitigation Planning | 401/402; 602; 801/802 |
| PX-1017 | RQC0447918 | RQC0447918 | March 16, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 25 - Email from D. Christopherson to K. Lohkamp, J. Langer, et al. RE: An update on work errands | 401/402; 602; 801/802 |
| PX-1018 | RQC0822226 | RQC0822227 | March 18, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 26 - Email from D. Christopherson to K. Lohkamp RE: GoToMeeting Invitation – SciQuest and Lawson, Healthcare Solutions Demonstrations | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1019 | RQC2291408 | RQC2291410 | April 25, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 27 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 7 - Email from K. Lohkamp to D. Snyder, D. Kemper, J. Langer RE: Please Read: Additional suggested change to the Requisition Center | 401/402; 602; 801/802 |
| PX-1020 | RQC0010154 | | May 5, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 28 - Email from D. Christopherson to J. Mulchrone RE: So the big question is... | 401/402; 602; 801/802 |
| PX-1021 | RQC2273418 | RQC2273419 | June 3, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 29 - Email from D. Hager to K. Lohkamp, J. Langer RE: Need Decision and Input on New Requested Change to RQC Related to Procurement Punchout | 401/402; 602; 801/802 |
| PX-1022 | RQC0007676 | RQC0007681 | June 22, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 30 & 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 11 - Email from D. Christopherson to K. Lohkamp RE: Cleveland Clinic: Questions | 401/402; 602; 801/802 |
| PX-1023 | RQC0921818 | RQC0921819 | March 30, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 31 - Email from J. Catalino to I. Svensson RE: proposed language for sales on ePlus | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1024 | RQC0008161 | RQC0008162 | June 1, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 34 - Email from D. Christopherson to K. Lohkamp and I. Svensson RE: Mayo RQC Questions | 401/402; 602; 801/802 |
| PX-1025 | RQC0892762 | RQC0892763 | February 2, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 35 - Email from T. Dooner to D. Chistopherson RE: RSS and Mobile Requisitions | 401/402; 602; 801/802 |
| PX-1026 | RQC0008104 | RQC0008104 | June 2, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 36 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 21 - Email from D. Christopherson to K. Lohkamp RE: REQ Center | 401/402; 602; 801/802 |
| PX-1027 | RQC0239879 | RQC0239880 | August 2, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 37 - Email from M. Klebe to A. Drury RE: Hi Aaron! | 401/402; 602; 801/802 |
| PX-1028 | RQC0004231 | RQC0004232 | May 25, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 38 - Email from J. Langer to C. Balmforth, J. Hogan, and N. Anderson RE: Changes being brought with Req Center | 401/402; 602; 801/802 |
| PX-1029 | RQC0004233 | RQC0004233 | May 25, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 39 - Email from M. Bragstad to N. Anderson et al. RE: Changes being brought with Req Center | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1030 | RQC0008088-89 | RQC0008089 | June 02, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 40 - Email from D.Christopherson to M. Bragstad RE: Changes being brought with Req Center | 401/402; 602; 801/802 |
| PX-1031 | RQC0008371 | RQC0008371 | May 25, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 41 - Email from D. Christopherson to M. Bragstad et al. RE: Changes being brought with Req Center | 401/402; 602; 801/802 |
| PX-1032 | RQC0122080 | RQC0122080 | June 02, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 42 - Email from M. Bragstad to E. Homewood RE: Changes being brought with Req Center | 401/402; 602; 801/802 |
| PX-1033 | RQC0109373 | RQC0109373 | | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 04, 2011.12.29 Deposition of Scott Hanson - Exhibit 7 & 2012.01.05 Deposition of Kevin Samuelson - Exhibit 13 - Spreadsheet - Customer List | |
| PX-1034 | RQC0369859 | RQC0369860 | June 8, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 05 & 2011.12.29 Deposition of Scott Hanson - Exhibit 12 - Email from G. Benton to D. Davidson Re RQC | 401/402; 602; 801/802 |
| PX-1035 | RQC0561907 | RQC0561909 | | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 06 - Timeline for ePlus Patent Litigation (ERH) | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1036 | RQC2130743_00001 | RQC2130743_00001 | | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 07 - Timeline for ePlus Patent Litigation | 401/402; 602; 801/802 |
| PX-1037 | RQC0000636 | RQC0000637 | June 3, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 08 - Lawson Decommission Notice – S3 Requisitions Self-Service | |
| PX-1038 | RQC02657684 | RQC02657687 | September 6, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 09 - Email from D. Hager to K. Lohkamp Re: Update on RQC/ePlus Communications | 401/402; 602; 801/802 |
| PX-1039 | RQC0801464 | RQC0801466 | June 16, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 10 - Email from L. Durham, Priority health to M. Anderson, et al. Re Lawson Global Support – ePlus Patent Litigation | 401/402; 602; 801/802 |
| PX-1040 | RQC0764098 | RQC0764098 | June 29, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 11 - Email from D. Orndorff to R. Ainsbury, RE: ePlus - updated Master list of customers | 401/402; 602; 801/802 |
| PX-1041 | RQC0117312 | RQC0117313 | June 3, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 12 - Q&A Session with Dean Hagar- Introduces Lawson Requisition Center | |
| PX-1042 | RQC0801547 | RQC0801548 | June 14, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 13 - Email from D. Diehl to M. Anderson RE: RQC reminder for teams | 801/802; 602; 901 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1043 | RQC0804527 | RQC0804529 | June 3, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 16 - Email from M. Anderson to E. Homewood RE: Jira Summary Search results | 401/402; 602; 801/802 |
| PX-1044 | RQC0538393 | RQC0538394 | June 23, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 17 - Email from M. Bragstad to E. Homewood RE: Conversation with Matthew Bragstad | 401/402; 602; 801/802 |
| PX-1045 | N/A | N/A | | 2011.12.21 Deposition of Todd Dooner - Exhibit 101 - RSS/RQC Difference Details | |
| PX-1046 | RQC0365676 | RQC0365679 | February 3, 2011 | 2011.12.21 Deposition of Todd Dooner - Exhibit 102 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 4 - Email from K. Lohkamp to K. Knuth and D. Snyder Re: ePlus discussions | 401/402; 602; 801/802 |
| PX-1047 | RQC0038288 | RQC0038288 | September 14, 2011 | 2011.12.21 Deposition of Todd Dooner - Exhibit 105 - Email from TOOL, JIRA to T. Doooner re [JIRA] Updated: (RSS-899) RSS - ePlus changes | 401/402; 602; 801/802 |
| PX-1048 | RQC0379808 | RQC0379843 | | 2011.12.21 Deposition of Todd Dooner - Exhibit 106 - Presentation: Proposed changes to RSS for '172 patent | 602; 901 |
| PX-1049 | RQC2154688 | RQC2154689 | April 21, 2011 | 2011.12.21 Deposition of Todd Dooner - Exhibit 113 - Email from B. Crawford to B. McPheeters RE: Possible Modification to code per Dale FW: Here is the concept | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1050 | RQC0117866 | RQC0117867 | June 6, 2011 | 2011.12.21 Deposition of Todd Dooner - Exhibit 114 - Email from M. Klebe to M. Bragstad RE: Heads up on RQC Change | 401/402; 602; 801/802 |
| PX-1051 | RQC0000749 | RQC0000749 | August 16, 2011 | 2011.12.21 Deposition of Todd Dooner - Exhibit 117 - Cart.js file from RQC0000749 | |
| PX-1052 | RQC0860636 | RQC0860639 | July 26, 2011 | 2011.12.21 Deposition of Todd Dooner - Exhibit 122 - [RQC-162] RQC Performance degradation as number of requisition lines increases | |
| PX-1053 | RQC0000746 | RQC0000746 | August 12, 2011 | 2011.12.21 Deposition of Todd Dooner - Exhibit 124 - LineItem.js file from RQC0000746 | |
| PX-1054 | N/A | N/A | | 2011.12.21 Deposition of Todd Dooner - Exhibit 125 - Screenshots - RQC and Requisition [RQ10.1] | 602; 801/802; 901 |
| PX-1055 | RQC0008253 | RQC0008253 | May 26, 2011 | 2011.12.21 Deposition of Todd Dooner - Exhibit 126 - Email from D. Christopherson to T. Dooner and K. Lohkamp RE: RSS to RQD KB article# 5434646 | 401/402; 602; 801/802 |
| PX-1056 | RQC0905555 | RQC0905593 | June 27, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 04 - Email from K. Ross to M. Tincher RE: Updated Chronology, with attachment: Intro to Requisition Center Webinar 060311 Powerpoint | 801/802; 602; 901 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1057 | RQC2609830 | RQC2609832 | | 2011.12.29 Deposition of Scott Hanson - Exhibit 05 - Email from D. Christopherson to L. Gregg and P. Wright FWD: Q&A from Friday Webinar - Current Version, with attached spreadsheet | 401/402; 602; 801/802 |
| PX-1058 | RQC0114812-19 RQC0115250-59 RQC0113787-94 RQC0113785-86 RQC0113842-46 RQC0114257-59 | RQC0114812-19 RQC0115250-59 RQC0113787-94 RQC0113785-86 RQC0113842-46 RQC0114257-59 | | 2011.12.29 Deposition of Scott Hanson - Exhibit 08 - Excerpts from Support Ticket Files | 401/402; 801/802; 106; 602; 901; 1002 |
| PX-1059 | RQC0000364 | RQC0000379 | June 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 09 - Lawson Requisition Center Installation Guide, Version 9.0.1 | |
| PX-1060 | RQC0109375 | RQC0109375 | | 2011.12.29 Deposition of Scott Hanson - Exhibit 10 - Spreadsheet - Export from RQC SWAT Cases | |
| PX-1061 | RQC0109374 | RQC0109374 | | 2011.12.29 Deposition of Scott Hanson - Exhibit 11 - Spreadsheet | |
| PX-1062 | RQC0021754 | RQC0021756 | June 24, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 13 - Email from S. Hanson to J. Catalino, M. Jokinen and R. Graham RE: RSS to RQC Services Reserve Calculation | 401/402; 602; 801/802 |
| PX-1063 | RQC0635983 | RQC0635984 | June 24, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 14 - Email from R. Graham to S. Hanson RE: RSS to RQC Services Reserve Calculation | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1064 | RQC0022539 | RQC0022539 | June 1, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 15 - Email from S. Hanson to S. Abrams, S. Irani and G. Cardwell RE: RQC | 401/402; 602; 801/802 |
| PX-1065 | RQC00019999 | RQC00020001 | September 1, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 16 - Email from S. Hanson to W. Schulte RE: Kennedy Health (4788) – RQC Consulting Time | 401/402; 602; 801/802 |
| PX-1066 | RQC0013417 | RQC0013417 | June 30, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 17 - Email from J. Healey to S. Hanson RE: Question Heartland | 401/402; 602; 801/802 |
| PX-1067 | RQC0019874 | RQC0019877 | September 15, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 18 - Email from S. Hanson to D. Utteridge RE: RQC at Nuffield | 401/402; 602; 801/802 |
| PX-1068 | RQC0870774 | RQC0870777 | June 2, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 19 - Email from K. Lohkamp to D. Davidson Re: RSS to Req Center Upgrade | 401/402; 602; 801/802 |
| PX-1069 | RQC0920551 | RQC0920556 | June 3, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 20 - Email from S. Hanson to D. Davidson RE: Action item: need immediate letter to Partners | 401/402; 602; 801/802 |
| PX-1070 | RQC0019869 | RQC0019870 | September 21, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 21 - Email from S. Hanson to C. Miliner RE: RSS/RQC differences documentation | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1071 | RQC2115683 | RQC2115686 | June 2, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 22 - Email from M. Salovich to P. Schultz and G. Barchan FW: RQC Training: is is "required" for "existing" customers? | 401/402; 602; 801/802 |
| PX-1072 | RQC0014103 | RQC0014104 | June 8, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 25 - Email from C. Walters to S. Hanson RE: RSS – RQC Customer testing | 401/402; 602; 801/802 |
| PX-1073 | RQC0055932 | RQC0055933 | May 26, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 26 - Email from J. Langer to H. Debes RE: more customer feedback on Requisition Center...reinforces Harry's message | 401/402; 602; 801/802 |
| PX-1074 | RQC2741646 | RQC2741646 | 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 04 - Spreadsheet – P & L, FY 2011 | |
| PX-1075 | N/A | N/A | | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 05 - Lawson License Revenues, January 2011-November 2011 | |
| PX-1076 | N/A | N/A | | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 06 - Lawson Maintenance Revenues, January 24, 2011 - November 30, 2011 | |
| PX-1077 | N/A | N/A | May 31, 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 07 - Lawson US FY11 Actual P&L Profit by Revenue Type | |
| PX-1078 | N/A | N/A | | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 08 - SKU Chart | |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1079 | RQC0838864 | RQC0838864 | | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 09 - Spreadsheet – S3HCM | |
| PX-1080 | RQC2741643 | RQC2741643 | 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 10 - License Revenue Spreadsheet | |
| PX-1081 | RQC2741644 | RQC2741644 | 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 12 - Maintenance Revenue Spreadsheet | |
| PX-1082 | RQC2741645 | RQC2741645 | 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 15 - Service Revenue Spreadsheet | |
| PX-1083 | RQC2008419 | RQC2008419 | April 18, 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 16 - Email from Kevin Samuelson to Charles Phillips RE: eplus issue | 401/402; 602; 801/802 |
| PX-1084 | RQC2008420 | RQC2008420 | April 18, 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 17 - Email from Kevin Samuelson to Charles Phillips RE: eplus issue | 401/402; 602; 801/802 |
| PX-1085 | RQC2008440 | RQC2008440 | April 14, 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 18 - Email from Kevin Samuelson to Charles Phillips RE: Luge- Schedules Update | 401/402; 602; 801/802 |
| PX-1086 | RQC2474608 | RQC2474609 | April 13, 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 19 - Email from Kevin Samuelson to Chris Lawler RE: Follow Up RE: ePlus | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1087 | RQC2357668 | RQC2357671 | June 14, 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 25 - Email from Christy Gustafson to Jennifer Langer RE: ePlus – Follow Up RE: Customer Counts | 401/402; 602; 801/802 |
| PX-1088 | RQC2282399 | RQC2282402 | March 7, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 04 - Email from M. Cohen to B. McPheeters FW: CUE Demo Plans, need help | 401/402; 602; 801/802 |
| PX-1089 | RQC2631716 | RQC2631750 | April 12, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 05 - Email from M. Braun to P. Schultz and G. Barchan Re Requisition Center Launch – Difference ppt Attachment: ePlus: Risk Mitigation Planning Presentation, dated March 30, 2011 | 401/402; 602; 801/802 |
| PX-1090 | RQC0026599 | RQC0026602 | March 25, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 06 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 9 - Email from K. Lohkamp to D. Hager RE: Questions | 401/402; 602; 801/802 |
| PX-1091 | RQC0328897 | RQC0328898 | March 30, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 07 - Email from P. Miele to J. Millar RE: ePlus Litigation – URGENT ACTION for you | 401/402; 602; 801/802 |
| PX-1092 | RQC2300898 | RQC2300890 | March 30, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 08 - Email from K. Madson to J. Ekelin RE: proposed language for sales plus | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1093 | RQC0883671 | RQC0883673 | April 26, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 09 - Email from D. Christopherson to T. Dooner and D. Hicarte FW: Scenario Grid | 401/402; 602; 801/802 |
| PX-1094 | RQC2631677 | RQC2631679 | May 4, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 10 - Email from M. Braun to D. Hager and J. Langer RE: DEAN – can you review and approve for RSS next steps? | 401/402; 602; 801/802 |
| PX-1095 | RQC0917250 | RQC0917256 | May 10, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 11 - Email from K. Lohkamp to K. Madson. J. Langer and M. Braun RE: rev rec comments | 401/402; 602; 801/802 |
| PX-1096 | RQC0914942 | RQC0914945 | June 9, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 12 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 8 - Email from D. Christopherson to D. Hager, B. McPheeters et al. RE: RQC Patch 1 updated | 401/402; 602; 801/802 |
| PX-1097 | RQC2714497 | RQC2714501 | May 27, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 13 - Email from I. Svensson to C. Gustafson RE: ACTION the 277 – next step | 401/402; 602; 801/802 |
| PX-1098 | RQC0813754 | RQC0813755 | May 26, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 14 - Email from D. Hager to H. Debes RE: Another Customer Letter | 401/402; 602; 801/802 |
| PX-1099 | RQC0764901 | RQC0764903 | May 24, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 15 - Email from T. Blake to J. Langer RE: e-plus litigation | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1100 | RQC0848776 | RQC0848779 | May 26, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 16 - Email from M. Poling to D. Hager RE: Update on Requisition Center and Punchout – Sutter | 401/402; 602; 801/802 |
| PX-1101 | RQC2076740 | RQC2076743 | June 1, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 17 - Email from M. Tincher RE: Moving Up to RQC – large project team w/ Attachment RSS Injunction Battle Plan Spreadsheet | 401/402; 602; 801/802 |
| PX-1102 | RQC0907446 | RQC0907460 | June 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 18 - RQC Presentation – Webinar re: court order requiring immediate replacement of RQSS w/RQ Center | 801/802; 602; 901 |
| PX-1103 | RQC0869344 | RQC0869345 | May 26, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 19 - Email from S. Melsa to N. Anderson FW: draft customer letter regarding e-plus | 401/402; 602; 801/802 |
| PX-1104 | RQC0000732 | RQC0000738 | May 27, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 21 & 2012.01.09 Deposition of Kurt Reasoner - Exhibit 2 - H. Debes letter RE: Immediate replacement of RSS software products required | 602; 801/802 |
| PX-1105 | RQC0869062; RQC0869064 | RQC0869093 | June 3, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 22 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 11 - Email from J. Langer to N. Anderson FW: LRC webinar follow-up: questions and recordings w/ attachment LRC Question and Answers.txt | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1106 | RQC0186340 | RQC0186343 | June 7, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 23 - Email from D. Christopherson to K. Lohkamp, S. Hanson and N. Anderson RE: RQC bug count | 401/402; 602; 801/802 |
| PX-1107 | RQC0055076 | RQC0055076 | May 25, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 24 - Email from J. Hogan to D. Hager and C. Balmforth FW: Changes being brought with Req Center | 401/402; 602; 801/802 |
| PX-1108 | RQC0612505 | RQC0612507 | July 13, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 25 - Email from D. Hager to K. Samuelson Word Doc; Attachment ATT00001.c; Blank 6.doc | 401/402; 602; 801/802 |
| PX-1109 | RQC0839509 | RQC0839510 | March 30, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 26 - Email from J. Langer to J. Millar RE: ePlus Litigation – URGENT ACTION for you | 401/402; 602; 801/802 |
| PX-1110 | RQC0922437 | RQC0922440 | May 4, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 27 - Email from D. Hager to J. Langer RE: YOUR COMMENTS REQUESTED: Preview of AE and RSM email on Requisitions Self-Service | 401/402; 602; 801/802 |
| PX-1111 | RQC2091954 | RQC2091959 | May 26, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 28 - Email from J. Langer to G. Leduc et al., FW: Supporting Materials for Mtg 2:00 – RE: project team for ePlus and Attachment: Moving up to RQC | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1112 | RQC0612952 | RQC0612952 | May 26, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 29 - Email from D. Hager to T. Blake - Content for Prospect Letter | 401/402; 602; 801/802 |
| PX-1113 | RQC0883191 | RQC0883229 | June 3, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 10 - Presentation: Introducing Lawson Requisition Center | 602; 801/802 |
| PX-1114 | RQC0592967 | RQC0592977 | April 4, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 12 - Email from Matthew Braun to Keith Lohkamp and Dale Christopherson RE: Requisition Center Launch Charter v2 and attachment, Requisition Center Launch Project Charter v2 | 401/402; 602; 801/802 |
| PX-1115 | RQC0590893 | RQC0590903 | May 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 13 - Email and attachment, Lawson Requisition Center, How To Sell | 401/402; 602; 801/802 |
| PX-1116 | RQC2300171 | | May 18, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 14 - Email from D. Christopherson to D. Kempker, J. Langer et al. RE: Recommendation on next steps for RSS and RQC | 401/402; 602; 801/802 |
| PX-1117 | RQC2256291 | RQC2256305 | June 7, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 15 - Email from D. Christopherson to J. Mulchrone and T. Dooner FW: Updated FAQs for Legal Review and Posting on Globe | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1118 | RQC2657684 | RQC2657686 | September 19, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 16 - Email from Dean Hager to Keith Lohkamp, RE: update on RQC/ePlus Communications | 401/402; 602; 801/802 |
| PX-1119 | | | | WITHDRAWN | |
| PX-1120 | RQC0023552 | RQC0023554 | September 15, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 18 - Email from Kurt Reasoner to Keith Lohkamp FW: Estimated RQC Implementation Costs dated September 15, 2011 and undated attachment, RQC Implementation | |
| PX-1121 | RQC0023547 | RQC0023548 | September 16, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 19 - Email from Dan Azevedo to Kurt Reasoner and Keith Lohkamp RE: RSS Replacement Cost Estimate, dated September 16, 2011 | |
| PX-1122 | RQC2131310 | RQC2131312 | September 16, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 20 - E-mail from Keith Lohkamp to Joran Ekelin FW: RSS Replacement Cost Estimate dated September 16, 2011 and undated attachment, RSS Replacement Application Implementation | 401/402; 602; 801/802 |
| PX-1123 | RQC0026129 | RQC0026129 | June 2, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 22 - Email from K. Lohkamp to B. Ciacrochi RE: REQ Center | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1124 | RQC2214590 | RQC2214591 | May 31, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 23 - E-mail from Mindy Klebe to Mary Finckler RE: RQC-BETA Customers/ Live Customers? | 401/402; 602; 801/802 |
| PX-1125 | RQC0838864.0001 | RQC0838864.0002 | | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 24 - Spreadsheet – S3HCM (Excerpt) | 106; 602; 801/802; 901 |
| PX-1126 | N/A | N/A | January 31, 2012 | 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 10 - Webpage: Supplier Resource Library, accessed 1/31/12 <https://sciquest.com/SupplierResourceLibrary/?page_id=1104> | 602; 901 |
| PX-1127 | N/A | N/A | September 19, 2011 | 20120.01.09 Deposition of Kurt Reasoner - Exhibit 04 - Declaration of Kurt Reasoner - Exhibit A - RSS Replacement Application Implementation | |
| PX-1128 | N/A | N/A | September 19, 2011 | 20120.01.09 Deposition of Kurt Reasoner - Exhibit 05 - Declaration of Kurt Reasoner - Exhibit B - RQC Implementation | |
| PX-1129 | PROV004 | PROV007 | September 15, 2011 | 20120.01.09 Deposition of Kurt Reasoner - Exhibit 06 - Email from K. Reasoner to K. Lohkamp RE: RSS Replacement Implementation.xlsx | |
| PX-1130 | PROV008 | PROV009 | September 16, 2011 | 20120.01.09 Deposition of Kurt Reasoner - Exhibit 07 - Email from D. Azevedo to K. Reasoner RE: RSS Replacement Cost Estimate | |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1131 | PROV043 | PROV045 | May 27, 2011 | 20120.01.09 Deposition of Kurt Reasoner - Exhibit 09 - Email from K. Reasoner to J. Thornton re CHI and Providence Health (for customer review) | |
| PX-1132 | EPLUSPT000393 | EPLUSPT000393 | January 12, 2012 | 2012.01.13 Initial Expert Report of Alfred C. Weaver, Ph.D. Concerning Defendant's Contempt of the Court's Permanent Injunction - Exhibit 04 - RQC and RSS Demonstration - Order List Functionality | 401/402; 601; 801/802; 901 (no objection if used as a demonstrative exhibit). |
| PX-1133 | EPLUSPT000394 | EPLUSPT000394 | August 22, 2011 | 2012.01.13 Initial Expert Report of Alfred C. Weaver, Ph.D. Concerning Defendant's Contempt of the Court's Permanent Injunction - Exhibit 05 - RQC Demonstration - RQC Advanced Search, Claim 1 of '172 Patent | 401/402; 601; 801/802; 901 (no objection if used as a demonstrative exhibit). |
| PX-1134 | EPLUSPT000395 | EPLUSPT000395 | December 5, 2011 | 2012.01.13 Initial Expert Report of Alfred C. Weaver, Ph.D. Concerning Defendant's Contempt of the Court's Permanent Injunction - Exhibit 06 - RQC Demonstration - RQC Punchout, Claim 26 of '683 Patent | 401/402; 601; 801/802; 901 (no objection if used as a demonstrative exhibit). |
| PX-1135 | EPLUSPT000396 | EPLUSPT000396 | November 15, 2011 | 2012.01.13 Initial Expert Report of Alfred C. Weaver, Ph.D. Concerning Defendant's Contempt of the Court's Permanent Injunction - Exhibit 07 - RQC Demonstration - RQC Categories, Claim 28 of '683 Patent | 401/402; 601; 801/802; 901 (no objection if used as a demonstrative exhibit). |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1136 | N/A | N/A | | 2012.01.24 Expert Report of Keith R. Ugone, Ph.D. - Exhibit 17 - Lawson's License Revenues Associated With Infringing SKUs All RSS/RQC Customers With Configurations 1, 2, and 3, January 2011 - November 2011 | 401/402; 601; 801/802; 901 (no objection if used as a demonstrative exhibit). |
| PX-1137 | N/A | N/A | | 2012.01.24 Expert Report of Keith R. Ugone, Ph.D. - Exhibit 22 - Lawson's Maintenance Revenues Associated With Infringing SKUs All RSS/RQC Customers With Configurations 1, 2, and 3, January 27, 2011 - November 30, 2011 | 401/402; 601; 801/802; 901 (no objection if used as a demonstrative exhibit). |
| PX-1138 | N/A | N/A | | 2012.01.24 Expert Report of Keith R. Ugone, Ph.D. - Exhibit 27 - Summary Of Infringing SKU-Related Service Revenues Associated With Lawson's RSS/RQC Customers, January 27, 2011 - November 30, 2011 | 401/402; 403; 601; 801/802; 901, 1006 (no objection if used as a demonstrative exhibit). |
| PX-1139 | N/A | N/A | | 2012.01.24 Expert Report of Keith R. Ugone, Ph.D. - Exhibit 28 - Lawson's Service Revenues Associated With All RSS/RQC Customers (With Apportionment Of Large Suite SKUs), January 27, 2011 - November 30, 2011 | 401/402; 403; 601; 801/802; 901, 1006 (no objection if used as a demonstrative exhibit). |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1140 | N/A | N/A | | 2012.01.24 Expert Report of Keith R. Ugone, Ph.D. - Exhibit 32 - Lawson's Revenues Associated With Infringing System Configurations (With Apportionments Of Large Suite SKUs And LSF/Process Flow), January 27, 2011 - November 30, 2011 | 401/402; 403; 601; 801/802; 901, 1006 (no objection if used as a demonstrative exhibit). |
| PX-1141 | N/A | N/A | | 2012.01.24 Expert Report of Keith R. Ugone, Ph.D. - Exhibit 33 - Lawson's Revenues And Gross Profits Associated With Infringing System Configurations (With Apportionments Of Large Suite SKUs And LSF/Process Flow) Contempt Period (Injunction to November 30, 2011) | 401/402; 403; 601; 801/802; 901, 1006 (no objection if used as a demonstrative exhibit). |
| PX-1142 | N/A | N/A | | 2012.01.24 Expert Report of Keith R. Ugone, Ph.D. - Exhibit 34 - Lawson's License Revenues Associated With Infringing SKUs (With Apportionments Of Large Suite SKUs And LSF/Process Flow) All RSS/RQC Customers, January 2011 - November 2011 | 401/402; 403; 601; 801/802; 901, 1006 (no objection if used as a demonstrative exhibit). |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1143 | N/A | N/A | | 2012.01.24 Expert Report of Keith R. Ugone, Ph.D. - Exhibit 35 - Lawson's Maintenance Revenues Associated With Infringing SKUs (With Apportionment Of Large Suite SKUs And LSF/Process Flow) All RSS/RQC Customers, January 27, 2011 - November 30, 2011 | 401/402; 403; 601; 801/802; 901, 1006 (no objection if used as a demonstrative exhibit). |
| PX-1144 | N/A | N/A | | 2012.01.24 Expert Report of Keith R. Ugone, Ph.d. - Exhibit 37 - Lawson's Service Revenues Associated With All RSS/RQC Customers (With Apportionment Of Large Suite SKUs And LSF/Process Flow), January 27, 2011 - November 30, 2011 | 401/402; 403; 601; 801/802; 901, 1006 (no objection if used as a demonstrative exhibit). |
| PX-1145 | N/A | N/A | | 2012.01.24 Expert Report of Keith R. Ugone, Ph.d. - Exhibit 40 - Summary Of The Indemnity Provision In Lawson's Customer Contracts | 401/402; 403; 601; 801/802; 901, 1006 (no objection if used as a demonstrative exhibit). |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1146 | N/A | N/A | | 2012.01.24 Expert Report of Keith R. Ugone, Ph.D. - Exhibit 41 - Summary of Lawson's Cost Avoidance Gains (Fulfillment of Indemnity Obligations Based Upon A Sample of Contracts | 401/402; 403; 601; 801/802; 901, 1006 (no objection if used as a demonstrative exhibit). |
| PX-1147 | N/A | N/A | | 2012.01.24 Expert Report of Keith R. Ugone, Ph.D. - Exhibit 42 - Summary Of Lawson's Cost Avoidance Gains (Replacement Of Designated Healthcare Customers' Systems And Refunds For Other Customers) | 401/402; 403; 601; 801/802; 901, 1006 (no objection if used as a demonstrative exhibit). |
| PX-1148 | EPLUSPT000397 | EPLUSPT000405 | January 27, 2011 | 2012.01.27 Reply Expert Report of Alfred C. Weaver, Ph.D. Concerning Defendant's Contempt of the Court's Permanent Injunction - Exhibit 01 - RSS Screenshots, Requisition Header | 401/402; 601; 801/802; 901 (no objection if used as a demonstrative exhibit). |
| PX-1149 | EPLUSPT000406 | EPLUSPT000410 | January 27, 2011 | 2012.01.27 Reply Expert Report of Alfred C. Weaver, Ph.D. Concerning Defendant's Contempt of the Court's Permanent Injunction - Exhibit 02 - RSS Screenshots, No Modifications After Release | 401/402; 601; 801/802; 901 (no objection if used as a demonstrative exhibit). |
| PX-1150 | EPLUSPT000411 | EPLUSPT000420 | January 27, 2011 | 2012.01.27 Reply Expert Report of Alfred C. Weaver, Ph.D. Concerning Defendant's Contempt of the Court's Permanent Injunction - Exhibit 03 - RSS and RQC Screenshots, Templates | 401/402; 601; 801/802; 901 (no objection if used as a demonstrative exhibit). |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1151 | N/A | N/A | January 27, 2011 | 2012.01.27 Reply Expert Report of Patrick Niemeyer Concerning Defendant's Contempt of the Court's Permanent Injunction - Exhibit A - RQC Source Code Changes | 401/402; 601; 801/802; 901 (no objection if used as a demonstrative exhibit). |
| PX-1152 | RQC0000348 | RQC0000363 | May 2011 | Lawson Requisition Center Installation Guide | |
| PX-1153 | RQC0000380 | RQC0000383 | May 2011 | Requisition Center Release Notes | |
| PX-1154 | RQC0000434 | RQC0000635 | June 2011 | Requisitions User Guide | |
| PX-1155 | RQC0000709 | RQC0000721 | June 2011 | Lawson Requisition Center What's New and Different | |
| PX-1156 | RQC0000722 | RQC0000722 | May 18, 2011 | Lawson S3 Requisition Center is generally available today - May 18th, 2011 | |
| PX-1157 | RQC0000723 | RQC0000723 | 2011 | Lawson Requisition Center: Courses from Lawson Learning | |
| PX-1158 | | | | WITHDRAWN | |
| PX-1159 | RQC0000730 | RQC0000730 | June 2011 | Important Notice: Recommended Patch Available for Procurement Punchout Customers | |
| PX-1160 | RQC0000731 | RQC0000731 | June 2011 | Patch for Requisition Center 9.0.1 Now Available | |
| PX-1161 | RQC0000739 | RQC0000739 | July 12, 2011 | Lawson Website Requisition Center Screenshot | |
| PX-1162 | RQC0000740 | RQC0000740 | May 2011 | Lawson Requisition Center Overview Video | |
| PX-1163 | RQC0000741 | RQC0000741 | June 3, 2011 | Requisition Center Training Course | |
| PX-1164 | RQC0000742 | RQC0000742 | | Video Message From Dean Hager on "Requisition Center" | |
| PX-1165 | RQC0000743 | RQC0000743 | June 3, 2011 | Lawson WebEx With Customers Concerning RQC | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1166 | RQC0000744 | RQC0000744 | | Patch disc created June 26, 2011 | |
| PX-1167 | RQC0000745 | RQC0000745 | | Disc containing source code for RQC as-of August 12, 2011 | |
| PX-1168 | RQC0000747 | RQC0000747 | | Disc containing source code for RQC as-of August 12, 2011 | |
| PX-1169 | RQC0000748 | RQC0000748 | | Disc containing source code DIFF file showing differences between backend Lawson 4GL coding used with RSS and RQC | |
| PX-1170 | RQC0000750 | RQC0000750 | | Disc containing source code DIFF files showing differences between RSS and RQC as-of June 9, 2011 Patch | |
| PX-1171 | RQC0000751 | RQC0000751 | | Disc containing Lawson source code repository | |
| PX-1172 | RQC0000746 | RQC0000746 | | Disc containing source code DIFF files showing differences between RSS and RQC as-of August 12, 2011 | |
| PX-1173 | RQC0000749 | RQC0000749 | | Disc containing source code DIFF files showing differences between RSS and RQC as-of May 18, 2011 | |
| PX-1174 | RQC0000749 | RQC0000749 | | 2011.12.21 Deposition of Todd Dooner - Exhibit 118 - rss.js file from RQC0000749 | |
| PX-1175 | RQC0000749 | RQC0000749 | | 2011.12.21 Deposition of Todd Dooner - Exhibit 119 - LineItem.js file from RQC0000749 | |
| PX-1176 | RQC0000749 | RQC0000749 | | 2011.12.21 Deposition of Todd Dooner - Exhibit 121 - Requisition.js file from RQC0000749 | |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1177 | RQC0007264 | RQC0007264 | July 8, 2011 | Email from D. Christopherson to T. Dooner and A. Perez RE: RQC162 - my testing results | 401/402; 602; 801/802 |
| PX-1178 | RQC0010354 | RQC0010357 | April 26, 2011 | Email from D. Christopherson to P. Langer FW: How did testing go? | 401/402; 602; 801/802 |
| PX-1179 | RQC0010819 | RQC0010820 | March 18, 2011 | Email from D. Christopherson to D. DeLancey and D. Christianson FW: GoToMeeting Invitation - SciQuest and Lawson. Healthcare Solution Demonstrations | 401/402; 602; 801/802 |
| PX-1180 | RQC0017025 | RQC0017025 | June 8, 2011 | Email from C. Walters to S. Hanson RE: RSS – RQC Customer testing | 401/402; 602; 801/802 |
| PX-1181 | RQC0019999 | RQC0020001 | September 1, 2011 | Email from S. Hanson to W. Schulte RE: Kennedy Health (4788) – RQC consulting time | 401/402; 602; 801/802 |
| PX-1182 | RQC0021435 | RQC0021438 | July 7, 2011 | Email from S. Hanson to S. Varma RE: Question about existing Reqs in RSS *Created CASE #136641 by AD, | 401/402; 602; 801/802 |
| PX-1183 | RQC0024830 | RQC0024831 | September 16, 2011 | Email from Keith Lohkamp to Dan Azevedo and Kurt Reasoner RE: RSS Replacement Cost Estimate | 401/402; 602; 801/802 |
| PX-1184 | RQC0026150 | RQC0026151 | June 1, 2011 | Email from K. Lohkamp to B. Sauer et al. RE: RQC - Which versions? | 401/402; 602; 801/802 |
| PX-1185 | RQC0028390 | RQC0028392 | August 5, 2011 | Email from T. Dooner to N. Lagmay et al. RE: JT-285900 | 401/402; 602; 801/802 |
| PX-1186 | RQC0040853 | RQC0040889 | September 30, 2011 | RQC Testing- Changes Tested in the Requisition Center (RQC) | 801/802; 602; 901 |
| PX-1187 | RQC0055895 | RQC0055895 | June 24, 2011 | Email from Steven Merten to Terri Olson- Stepp and Scott Hanson RE: RSS to RQC Services Reserve Calculation | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1188 | RQC0055924 | RQC0055925 | May 27, 2011 | Email from C. Bennett to D. King & B. Stephens RE: RC upgrade | 401/402; 602; 801/802 |
| PX-1189 | RQC0056483 | RQC0056483 | | Spreadsheet of Source Code Changes | |
| PX-1190 | RQC0109446 | RQC0109446 | July 7, 2011 | Letter from Charles R. Enicks , CIO, University of Mississippi Medical Center to Lawson General Counsel RE: Injunction | |
| PX-1191 | RQC0109447 | RQC0109447 | | Lawson Customer List | 401/402; 801/802; 602; 901 |
| PX-1192 | RQC0109448 | RQC0109477 | June 3, 2011 | Q&A Session for Dean Hager Introduces Lawson Requisition Center | 401/402; 801/802; 602; 901 |
| PX-1193 | RQC0109478 | RQC0109766 | February 22, 2011 | Lawson Response to Request for Proposal (RFP) # 00000154 City of Alexandria, VA for Enterprise Resource Planning (ERP) Software and Implementation Services | 401/402; 801/802; 602; 901 |
| PX-1194 | RQC0111339 | RQC111356 | | Lawson Customer List | 401/402; 602; 901 |
| PX-1195 | RQC0111357 | RQC0111366 | August 22, 2011 | Lawson Presentation: RQC SWAT Team Financial Update | 401/402; 602 |
| PX-1196 | RQC0116791 | RQC0116791 | | Spreadsheet of files modified for RQC | 801/802; 602; 901 |
| PX-1197 | RQC0136039 | RQC0136039 | May 26, 2011 | Email from R. Gelschus to L. Corbin-Studt RE: Question | 401/402; 602; 801/802; 901 |
| PX-1198 | RQC0239226 | RQC0239227 | April 14, 2011 | Email from J. Richardson to M. Klebe RE: FW: Important: CUE 2011 Say/Don't Say Guidance attached | 401/402; 801/802; 602; 901 |
| PX-1199 | RQC0251549 | RQC0251550 | May 25, 2011 | Email from M. Klebe to D. O'Connor RE: Help View Case 112425 | 41/402; 801/802; 602; 901 |
| PX-1200 | RQC0618957 | RQC0618958 | May 10, 2011 | Email from S. Pandey to M. Campbell RE: Re: S3 Requisition Self Service - Sales Readiness | 401/402; 801/802; 602; 901 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1201 | RQC0653558 | RQC0653559 | June 7, 2011 | Email from J. Langer to J. Langer, S. Merten et al. RE: RQC Team: Legal requested changes to Punch-out will be included in forthcoming RQC patch | 401/402; 602; 801/802 |
| PX-1202 | RQC0804015 | RQC0804018. | | RQC Source Code Development | 602; 901 |
| PX-1203 | RQC0823069 | RQC0823069 | | Spreadsheet of Customers' Status | 401/402; 602; 801/802 |
| PX-1204 | RQC0824948 | RQC0824951 | June 8, 2011 | Email from J. Goldman to K. Lohkamp RE: NEW INFORMATION: Lawson Requisition Center | 401/402; 602; 801/802 |
| PX-1205 | RQC0836445 | RQC0836451 | June 2, 2011 | Email from S. Hanson to D. Smith RE: Lawson / e-Plus litigation update | 401/402; 602; 801/802 |
| PX-1206 | RQC0843442 | RQC0843447 | June 1, 2011 | Email from M. Vance to I. Svensson RE: A message from Dean Hager - RQC now available free of charge to replace RSS | 401/402; 602; 801/802 |
| PX-1207 | RQC0843490 | RQC0843497 | June 1, 2011 | Email from M. Vance to I. Svensson RE: A message from Dean Hager - RQC now available free of charge to replace RSS | 401/402; 602; 801/802 |
| PX-1208 | RQC0860627 | RQC0860635 | June 23 - 28, 2011 | Lawson Case Summary Re: RQC is very slow | 401/402; 602; 801/802 |
| PX-1209 | RQC0906720 | RQC0906720 | May 31, 2011 | Email from I. Svensson to R. Ainsbury RE: FW: Newsletter copy | 401/402; 602; 801/802 |
| PX-1210 | RQC0917634 | RQC0917636 | February 2, 2011 | Email from B.McPheeters to D. Hager et al RE: ePlus verdict summary and next steps | 401/402; 602; 801/802 |
| PX-1211 | RQC0920379 | RQC0920379 | | Spreadsheet of Q's and A's from RQC Webinar | 401/402; 602; 801/802; 901 |
| PX-1212 | RQC0920407 | RQC0920411 | June 2, 2011 | Email from D. Davidson to M.J. Tincher and J. Langer RE: Action Item: need immediate letter to Partners | 401/402; 602; 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1213 | RQC2035292 | RQC2035293 | | Investor Talking Points re: ePlus Matter | 401/402; 602; 801/802; 901 |
| PX-1214 | RQC2115683 | RQC2115686 | June 2, 2011 | Email from M. Salovich to P. Schultz and G. Barcham RE: FW: RQC Training: is it "required" for "existing" customers? | 401/402; 403; 801/802; 602; 901 |
| PX-1215 | RQC2130743_000 01 | RQC2130743_000 01 | | Timeline for ePlus Patent Litigation | 401/402; 403; 602; 801/802 |
| PX-1216 | RQC2153557 | RQC2153559 | September 20, 2011 | Email from M. Anderson to S. Rauf and B. Buckhalton RE: Client ID - 5321, Case ID 154096 | 401/42; 602; 801/802; 901 |
| PX-1217 | RQC2273796 | RQC2273796 | May 26, 2011 | Email from B. Fridell to T. Taman, B. McPheeters et al. RE: Lawson's response to Summa's concerns | 401/402; 602; 801/802 |
| PX-1218 | RQC2297215 | RQC2297217 | April 26, 2011 | Email from G. Leduc to A. Price, D. Davidson, and C. Bennett RE: Requisition Center ePlus | 401/402; 602; 801/802; 901 |
| PX-1219 | RQC2306580 | RQC2306581 | May 26, 2011 | Email from B. Fridell to N. Martin RE: Fw: Review of your redlines | 401/402; 602; 801/802; 901 |
| PX-1220 | RQC2348362 | RQC2348363 | May 26, 2011 | Email from B. Slaney to M. Evans, J. Goldman et al. RE: FW: RQC Customer Objections to Address | 401/402; 602; 801/802; 901 |
| PX-1221 | RQC2355920 | RQC2355922 | May 26, 2011 | Email from T. Blake to B. Doyle and H. Pribyl RE: Reminder: Draft Proxy Mailing Press Release - For Review and Comment | 401/402; 602; 801/802; 901 |
| PX-1222 | RQC2466739 | RQC2466739 | May 30, 2011 | Email from I. Kim to S. Tolchin, R. Innocentin et al. RE: ePlus Talking Points | 401/402; 602; 801/802; 901 |
| PX-1223 | RQC2466740 | RQC2466740 | May 30, 2011 | Investor Talking Points re: ePlus Matter | 401/402; 602; 801/802; 901 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1224 | RQC2476690 | RQC2476690 | April 18, 2011 | Email from C. Phillips to Golden Gate Capital and Infor FW: ePlus explanation enclosing ePlus Jury Verdict and Proposed Injunction Order | 401/402; 602; 801/802; 901 |
| PX-1225 | RQC2578709 | RQC2578712 | June 2, 2011 | Email from V. Borowik to C. Bennett RE: ** Please review this final ** - Lawson Learning RQC Course Options | 401/402; 602; 801/802; 901 |
| PX-1226 | RQC2676828 | RQC2676830 | June 6, 2011 | Email from L. Iozzo to M. Pebesma RE: RSS Options | 401/402; 602; 801/802 |
| PX-1227 | RQC2741647 | RQC2741735 | April 2011 | RSS and RQC QA Test Results | 602; 801/802; 901 |