IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



EPLUS INC.,

    Plaintiff,

v.                          Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

### ORDER

Having conferred with the parties in a telephone conference call on Thursday, February 23, 2012 in which the Defendant represented that it intends to file a Petition for a Writ of Mandamus seeking review of the Order entered on February 21, 2012 (Docket No. 914), and the parties being in agreement that the contempt hearing set for Monday, February 27, 2012 should be postponed pending resolution of that Petition, it is hereby ORDERED that the February 27, 2012 hearing shall be continued until further order of the Court. Counsel shall report to the Court immediately after the decision of the United States Court of Appeals for the Federal Circuit on the Petition for a Writ of Mandamus so that the hearing can be rescheduled.

It is so ORDERED.

                                              /s/      REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: February 23, 2012