

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EPLUS INC.,

    Plaintiff,

v.                                 Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

**ORDER**

Having conferred with the parties in a telephone conference call on Thursday, February 23, 2012 in which the Defendant represented that it intends to file a Petition for a Writ of Mandamus seeking review of the Order entered on February 21, 2012 (Docket No. 914), it is hereby ORDERED that, the parties being in agreement, compliance with said Order and Memorandum Opinion be stayed pending resolution of the petition.

As the Defendant represented, it shall continue to ready the documents referred to in the Order and Memorandum Opinion for production so that, in the event that the petition is denied, proceedings can commence without delay. Counsel shall report to the Court immediately after the decision of the United States Court of Appeals for the Federal Circuit on the Petition

for a Writ of Mandamus and, if the petition is denied, thereafter begin production of documents.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: February 23, 2012