IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

FILED

FEB 24 2012

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

## STIPULATED ORDER REGARDING BRIEFING SCHEDULE

Plaintiff ePlus Inc. ("ePlus") and Defendant Lawson Software, Inc. ("Lawson"), by and through their undersigned counsel, do hereby stipulate and agree to the following briefing schedule:

1. ePlus shall file and serve a list of witnesses consistent with Paragraph 14 of the November 23, 2011 Scheduling Order by 12:00 PM Eastern on Friday, February 17, 2012.

2. ePlus filed and served its Motion to Strike Testimony of Lawson Economic Expert Jonathan D. Putnam Concerning Award of Royalty on Thursday, February 16, 2012. Lawson shall file and serve its opposition to this motion by 8:00 PM Eastern on Thursday, February 23, 2012. ePlus shall file and serve its reply by 8:00 PM Eastern on Friday, February 24, 2012.

3. Lawson shall file and serve its exhibit list and a list of witnesses consistent with Paragraph 14 of the November 23, 2011 Scheduling Order by 5:00 PM Eastern on Monday, February 20, 2012.

4. ePlus shall file and serve its reply in support of its Motion to Exclude Portions of Lawson's Expert Report of Dr. Goldberg by 12:00 PM Eastern on Monday, February 20, 2012.

5. Both parties shall file and serve any objection to the introduction of any designation of discovery to be offered at the evidentiary hearing or any summary thereof, as referenced in paragraph 13(b) of the Scheduling Order Concerning Contempt Proceedings, by 5:00 PM Eastern on Monday, February 20, 2012.   The parties shall meet and confer concerning these objections on February 21, 2012, and the parties shall file and serve conformed sets of the designated discovery by 5:00 PM Eastern on Thursday, February 23, 2012.

6. Both parties shall file and serve their objections to exhibits by 5:00 PM Eastern on Wednesday, February 22, 2012.

7. ePlus shall file and serve its oppositions to Lawson's Motion to Exclude Improper Opinions and Arguments from ePlus's Experts Dr. Weaver and Mr. Niemeyer, Motion to Strike the Expert Opinions of Dr. Keith Ugone, and Motion to Allow Lawson's Expert Witnesses to Hear and Observe Testimony at the Hearing on the Motion for Contempt, by 8:00 PM Eastern on Wednesday, February 22, 2012.   Lawson shall file and serve its replies in support of these motions by 8:00 PM Eastern on Friday, February 24, 2012.

8: Both parties shall deliver to the Clerk three sets of pre-marked, indexed exhibits by 5:00 PM Eastern on February 24, 2012.

To the extent any filing must be made under seal, the parties understand and agree that the filing may need to be made earlier than the designated time on the designated due date in order to comply with the Court's requirements for under seal filings.

Any dates contained in the Scheduling Order Concerning Contempt Proceeding that are not modified by this Stipulation remain in effect.

Upon consideration of the stipulation, it is ORDERED that the foregoing schedule shall be implemented by the parties hereto.

It is SO ORDERED this __*23*__ day of February, 2012

Richmond, Virginia

_____/s/_____*REP*_____
Robert E. Payne
Senior United States District Judge

3

**SEEN AND AGREED:**

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Timothy J. St. George, VSB #77349
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Christopher D. Dusseault, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-6855

Daniel J. Thomasch, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
(212) 351-3800

Jason C. Lo, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7153
VAED-620ExternalServiceList@gibsondunn.com


*Counsel for Defendant Lawson Software, Inc.*

4

SEEN AND AGREED:

Craig T. Merritt, VSB #20281
Paul W. Jacobs, II, VSB #16815
Henry I. Willett, III, VSB # 44655
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cblaw.com

Scott L. Robertson (admitted *pro hac vice*)
Jennifer A. Albert (admitted *pro hac vice*)
David M. Young, VSB #35997
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com

*Counsel for Plaintiff ePlus, Inc.*

5