IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



EPLUS INC.,

    Plaintiff,

v.                            Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

### ORDER

Having received ePlus's MOTION TO STRIKE PORTIONS OF LAWSON'S EXPERT REPORT AND EXCLUDE FROM THE CONTEMPT HEARING IMPROPER OPINIONS AND FOR EXPEDITED BRIEFING (Docket No. 882), Lawson's MOTION TO STRIKE EXPERT OPINIONS OF DR. KEITH UGONE (Docket No. 892), Lawson's MOTION TO EXCLUDE IMPROPER OPINIONS AND ARGUMENTS FROM EPLUS'S EXPERTS AT THE CONTEMPT HEARING (Docket No. 896), and ePlus's MOTION TO STRIKE TESTIMONY OF LAWSON ECONOMIC EXPERT JONATHAN D. PUTNAM CONCERNING AWARD OF ROYALTY AND UNOPPOSED REQUEST FOR EXPEDITED BRIEFING (Docket No. 902), the parties are hereby ORDERED to conduct oral argument on the aforementioned motions at the Spottswood W. Robinson III & Robert R. Merhige, Jr. Federal Courthouse at 9:30 a.m. on Wednesday, February 29, 2012.

    It is so ORDERED.

                                          /s/      REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: February 27, 2012