CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET

DATE: February 29, 2012

FILED FEB 29 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>ePlus, Inc.<br><br>v.<br><br>Lawson Software, Inc. | CASE NO: 3:09CV00620<br><br>JUDGE: Payne<br><br>COURT REPORTER: Peppy Peterson, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( X )  MOTION HEARING ( )  OTHER

APPEARANCES: Parties by ( )/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL ( )

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  COURT ( )

OPENING STATEMENTS MADE ( )       OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )  TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS Arguments had by counsel on various Motions to Strike Expert Testimony. All Motions taken under Advisement by the Court

Counsel for Plaintiff(s) Scott L. Robertson, Esp.  Jennifer A. Albert, Esp.
Paul W. Jacobs, IV, Esp. Craig T. Merritt, Esp.   Michael G. Strapp, Esp.

Counsel for Defendant(s) Jason Lo, Esp.    Josh Krevitt, Esp.
Christoph Dessault, Esp.   Daniel Thomasch, Esp.  Dabney J. Carr, IV, Esp.

SET: 9:30 a.m.    BEGAN: 9:45a.  ENDED: 3:55pm  TIME IN COURT: 5 hrs. 70 mins.
RECESSES: