IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



EPLUS INC.,

    Plaintiff,

v.                                        Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

## ORDER

Having considered DEFENDANT LAWSON SOFTWARE, INC.'S MOTION TO ALLOW LAWSON'S EXPERT WITNESSES TO HEAR AND OBSERVE TESTIMONY AT THE HEARING ON THE MOTION FOR CONTEMPT (Docket No. 898), the opposition and the reply thereto, and finding that the defendant has not carried its burden under Fed. R. Evid. 615(c) and further finding that the presence of Lawson's expert witnesses in court is not necessary for counsel effectively to prepare Lawson's case and defense, and further finding that some, if not all of the defendant's expert witnesses have, based on the review of their reports, taken on the role of advocates instead of witnesses, and that their presence in the courtroom would tend to promote, rather than to curtail, the problems created by that circumstance, it is hereby ORDERED that DEFENDANT LAWSON

SOFTWARE, INC.'S MOTION TO ALLOW LAWSON'S EXPERT WITNESSES TO HEAR AND OBSERVE TESTIMONY AT THE HEARING ON THE MOTION FOR CONTEMPT (Docket No. 898) is denied.

It is further ORDERED that the facts and legal contentions are adequately presented in the materials before the Court and oral argument would not aid the decisional process.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 14, 2012