# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## NOTICE OF DOCKETING

### MISC. NO. 118 – IN RE LAWSON SOFTWARE



3:09CV620

Date of docketing: 02/28/2012

A petition for writ of mandamus has been filed.

Name of petitioner(s): Lawson Software, Inc.

Name of respondent(s), if known: ePlus, Inc.

Related action: Eastern District of Virginia 09-CV-620

Critical dates include:
- Entry of appearance. See Fed. Cir. R. 47.3.
- Certificate of interest. See Fed. Cir. R. 47.4.

Attachments:
- Official caption to all.

Counsel may download the Rules of Practice and required forms at www.cafc.uscourts.gov or call 202.275.8000 for a printed copy.

Jan Horbaly
Clerk


cc: Eastern District of Virginia
  Donald R. Dunner
  Scott L. Robertson

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

Miscellaneous Docket No. 118

IN RE LAWSON SOFTWARE, INC.

Petitioners.

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia in case no. 09-CV-620, Senior Judge Robert E. Payne.

Authorized Abbreviated Caption[2]

IN RE LAWSON SOFTWARE, MISC. NO. 118

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).

[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.