UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| *e*PLUS, INC., | ) |
|  Plaintiff, | ) Civil Action No. 3:09-CV-620 (JRS) |
| v. | ) |
| LAWSON SOFTWARE, INC., | ) |
|  Defendant. | ) |

### *e*PLUS, INC.'S MOTION TO WITHDRAW
### JAMES DAVID CLEMENTS AS COUNSEL FOR PLAINTIFF

*e*Plus, Inc., (hereinafter "Plaintiff") by its undersigned attorneys, hereby moves, pursuant to Eastern District of Virginia Local Rule 83.1(G), for an Order granting the withdrawal of James David Clements in this matter and in support thereof state as follows:

1. Goodwin Procter LLP represents the Plaintiff in this case.

2. James David Clements, currently an attorney with Goodwin Procter LLP, appeared on this case on behalf of Plaintiff on July 31, 2009.

3. James David Clements will no longer be an attorney with Goodwin Procter LLP.

4. Goodwin Procter LLP, continues to represent Plaintiff through Goodwin Procter LLP's attorneys David M. Young, Jennifer A. Albert, Lana S. Shiferman, Scott L. Robertson, Srikanth K. Reddy, Daniel M. Forman, Eleanor M. Hynes, and Michael G. Strapp.

5. Local Counsel, Craig Thomas Merritt, Belinda D. Jones, Paul W. Jacobs, II Rowland B. Hill, IV, Samuel P. Coburn, and Henry Irving Willett, III of Christian & Barton LLP will continue to represent Plaintiff.

6.	Permitting James David Clements to withdraw as counsel for Plaintiff will not jeopardize Plaintiff's case or otherwise negatively impact their legal representation in this case, nor will it result in any delay or other circumstances causing prejudice to any other party.

7.	James David Clements seeks to withdraw as attorney of record representing *e*Plus, Inc., in this matter.

8.	A proposed Order is attached hereto.

Dated: April 25, 2012              Respectfully submitted,

                                   _____/s/_____

                                   David M. Young (VSB #35997)
                                   **GOODWIN PROCTER LLP**
                                   901 New York Avenue, N.W.
                                   Washington, DC 20001
                                   Telephone:  (202) 346-4000
                                   Facsimile:   (202) 346-4444
                                   dyoung@goodwinprocter.com

                                   Counsel for Plaintiff *e*Plus Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2012, I will electronically serve the foregoing MOTION TO WITHDRAW JAMES DAVID CLEMENTS AS COUNSEL FOR PLAINTIFF with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

| | |
|---|---|
| Daniel J. Thomasch, *pro hac vice*<br>Josh A. Krevitt, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-6200<br>DThomasch@gibsondunn.com<br>JKrevitt@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>Telephone: (804) 697-1238<br>Facsimile: (804) 698-5119<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com |
| Jason Lo, *pro hac vice*<br>Timothy P. Best, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-6659<br>JLo@gibsondunn.com<br>TBest@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com<br><br>***Counsel for Defendant Lawson Software, Inc*** | Sarah E. Simmons, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue , #1100<br>Dallas, TX 75201<br>Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900<br>SSimmons@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com<br>***Counsel for Defendant Lawson Software, Inc*** |
| Donald R. Dunner, *pro hac vice*<br>Erika H. Arner, *pro hac vice*<br>FINNEGAN, HENDERSON, FARABOW, GARRETT<br>& DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4444<br>EXT-Lawson-FinneganCorrespondence@finnegan.com<br><br>***Counsel for Defendant Lawson Software, Inc*** | |

_____/s/_____
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
dyoung@goodwinprocter.com

Counsel for Plaintiff *e*Plus Inc.