UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| *e*PLUS, INC., | ) | |
| Plaintiff, | ) ) ) | Civil Action No. 3:09-CV-620 (JRS) |
| v. | ) ) ) | |
| LAWSON SOFTWARE, INC., | ) ) | |
| Defendant. | ) ) | |

**ORDER GRANTING *e*PLUS, INC.'S MOTION TO WITHDRAW
JAMES DAVID CLEMENTS AS COUNSEL FOR PLAINTIFF**

Upon review, *e*Plus, Inc.'s Motion to Withdraw James David Clements as Counsel for Plaintiff, this Court finds that said motion should be and is hereby GRANTED.

Accordingly, it is ORDERED that the motion is GRANTED.

Dated: _____, 2012        _____
                                         Robert E. Payne
                                         Senior United States District Judge