

Scott L. Robertson
202.346.4331
SRobertson@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
901 New York Avenue NW
Washington, DC 20001
T: 202.346.4000
F: 202.346.4444

May 21, 2012

**Via Hand Delivery**

The Honorable Robert E. Payne, United States District Judge
United States District Court
  for the Eastern District of Virginia, Richmond Division
Spottswood W. Robinson III and
  Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

    **Re:**    *ePlus, Inc. v. Lawson Software, Inc.*
           **Civil Action No. 3:09cv620 (REP)**

Dear Judge Payne:

ePlus declines to further respond to Mr. Thomach's letter of May 17. The Court has been burdened enough, and more than necessary has already been spoken on the topic of the format for the contempt proceedings.

ePlus will promptly inform the Court as to the outcome of the petition for mandamus to the Federal Circuit as soon as we receive any notice. As you might expect, we are monitoring it on a daily basis.

Respectfully submitted,

Scott L. Robertson

cc:    Counsel of Record