IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS, INC.,

    Plaintiff,

v.

    Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

### ORDER

Having reviewed ePlUS, INC.'S MOTION TO WITHDRAW JAMES DAVID CLEMENTS AS COUNSEL FOR PLAINTIFF (Docket No. 950), and for good cause shown, it is hereby ORDERED that the motion is granted. It is further ORDERED that the Clerk shall remove James David Clements, Esquire as counsel of record for the plaintiff.

    It is so ORDERED.

                                  /s/    REP
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: August 17, 2012