IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ePLUS INC.'S MOTION TO ENFORCE COURT'S ORDER OF FEBRUARY 21, 2012, COMPELLING PRODUCTION OF DOCUMENTS AND FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE, AND FOR SANCTIONS

Pursuant to Fed. R. Civ. P. 37 and this Court's prior Order of February 21, 2012 ("February 21 Order"), Plaintiff ePlus Inc. ("ePlus") respectfully moves that this Court enter an Order enforcing the Court's February 21 Order, and requiring that Defendant Lawson Software, Inc. ("Lawson") produce all documents required by that Order, including all documents identified in the accompanying Appendix A, Tabs (i)-(iii), and all attachments to emails or other communications that Lawson has produced in response to the February 21 Order.

ePlus further requests that the Court call a status conference, at its earliest convenience, to schedule a date for the conduct of the contempt hearing in this matter.

This motion is necessitated because Lawson has, notwithstanding several requests from ePlus and meet and confer discussions between the parties, withheld from production thousands of documents that it was ordered to produce, including: (i) at least 5,000 documents that pertain to the subject matter of Lawson's development of the RQC module; (ii) at least 50 documents that pertain

to communications between non-attorneys reflecting legal advice; and (iii) at least 300 documents that do not contain an author or a recipient. For example, even though this Court specifically held that Lawson had waived privilege for documents pertaining to the development of the "RQC module," Lawson continues to withhold documents where its own descriptions on its privilege log state that they relate to, e.g., the "*redesign of RSS*," "*RQC redesign*," or "*RSS to RQC re-design infringement*." In addition, because Lawson did not produce the metadata with its production, it is impossible for *e*Plus to determine whether Lawson also withheld additional responsive documents. For example, *e*Plus cannot conclusively determine whether Lawson has produced all the attachments to emails it has now produced in response to the Court's Order. The resolution of these issues is critical to creating a full record for this contempt proceeding.

In addition to compelling production of these documents, this Court should also impose sanctions for Lawson's non-compliance with the Court's Order, including, at a minimum, the payment of *e*Plus's costs and reasonable attorney fees incurred in connection with this motion. The Court should also consider any further relief it believes is justified, including any measures necessary to ensure compliance with the Court's Orders. A Brief in support hereof is being filed under seal.

Respectfully Submitted,

September 13, 2012

　　　　　　　　/s/　　　　　　　　
Paul W. Jacobs, II (VSB #16815)
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
*Attorneys for Plaintiff, ePlus Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of September 2012, I will electronically file the foregoing:

### ePLUS INC.'S MOTION TO ENFORCE COURT'S ORDER OF FEBRUARY 21, 2012, COMPELLING PRODUCTION OF DOCUMENTS AND FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE, AND FOR SANCTIONS

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via e-mail to the following:

| | |
|---|---|
| Christopher Dean Dusseault, *pro hac vice*<br>Jason Lo, *pro hac vice*<br>Timothy P. Best, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-6659<br>CDusseault@gibsondunn.com<br>JLo@gibsondunn.com<br>TBest@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>Megan C. Rahman (VSB No. 42678)<br>Timothy J. St. George (VSB No. 77349)<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>Telephone: (804) 697-1238<br>Facsimile: (804) 698-5119<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com<br>megan.rahman@troutmansanders.com<br>tim.stgeorge@troutmansanders.com |
| Donald R. Dunner, *pro hac vice*<br>Erika H. Arner, *pro hac vice*<br>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 408-4000<br>Facsimile: (202) 408-4444<br>don.dunner@finnegan.com<br>erika.arner@finnegan.com<br>EXT-Lawson-FinneganCorrespondence@finnegan.com | Daniel J. Thomasch, *pro hac vice*<br>Josh A. Krevitt, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-6200<br>DThomasch@gibsondunn.com<br>JKrevitt@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com |
| | Sarah E. Simmons, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue , #1100<br>Dallas, TX 75201<br>Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900<br>SSimmons@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com<br><br>***Counsel for Defendant Lawson Software, Inc.*** |

_____/s/_____
Paul W. Jacobs, II (VSB #16815)
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
hwillett@cblaw.com
*Counsel for Plaintiff ePlus Inc.*
