IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS INC.,

    Plaintiff,

v.                        Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

### ORDER

It is hereby ORDERED that, as agreed upon by the parties in a conference call on September 14, 2012, Defendant Lawson Software, Inc. will file its response to Plaintiff ePlus Inc.'s MOTION TO ENFORCE COURT'S ORDER OF FEBRUARY 21, 2012 (Docket No. 959) no later than September 28, 2012. Plaintiff will file its reply no later than October 3, 2012.

    It is so ORDERED.

                                      /s/      /REP/
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: September 14, 2012