IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:09-CV-620 (REP) |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF FILING
*e*PLUS INC.'S REPLY BRIEF IN FURTHER SUPPORT OF MOTION TO ENFORCE COURT'S ORDER OF FEBRUARY 21, 2012, COMPELLING PRODUCTION OF DOCUMENTS AND FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE, AND FOR SANCTIONS AND APPENDIX A

Plaintiff *e*Plus, Inc., by counsel, in accordance with the Amended Protective Order entered in this case on November 16, 2009, hereby gives notice that it has filed the following documents **UNDER SEAL** with the Court:

1. *e*Plus Inc.'s Reply Brief in Further Support of Motion to Enforce Court's Order of February 21, 2012, Compelling Production of Documents and Finding Waiver of Attorney-Client Privilege, and for Sanctions; and

2. Appendix A Lawson Highlighted Privilege Log on a compact disk.

A copy of the above-mentioned documents will be served on counsel for Defendant Lawson Software, Inc. electronically today.

1

October 3, 2012

Respectfully submitted,

ePLUS, INC.

By Counsel

_____/s/_____
Paul W. Jacobs, II (VSB #16815)
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
pjacobs@cblaw.com
cmerritt@cblaw.com
hwillett@cbblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com

*Counsel for Plaintiff, ePlus, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of October, 2012, I will electronically file the foregoing

**NOTICE OF FILING**
**ePlus, Inc.'s Reply Brief in Further Support of Motion to Enforce Court's Order of February 21, 2012, Compelling Production of Documents and Finding Waiver of Attorney-Client Privilege, and for Sanctions**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the following:

| | |
|---|---|
| Christopher Dean Dusseault, *pro hac vice* <br> Jason Lo, *pro hac vice* <br> Timothy P. Best, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 333 S. Grand Avenue <br> Los Angeles, CA 90071 <br> Telephone: (213) 229-7000 <br> Facsimile: (213) 229-6659 <br> CDusseault@gibsondunn.com <br> JLo@gibsondunn.com <br> TBest@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com | Robert A. Angle, VSB#37691 <br> Dabney J. Carr, IV, VSB #28679 <br> Megan C. Rahman (VSB #42678) <br> Timothy J. St. George (VSB #77349) <br> TROUTMAN SANDERS LLP <br> P.O. Box 1122 <br> Richmond, Virginia 23218-1122 <br> Telephone: (804) 697-1238 <br> Facsimile: (804) 698-5119 <br> robert.angle@troutmansanders.com <br> dabney.carr@troutmansanders.com <br> megan.rahman@troutmansanders.com <br> tim.stgeorge@troutmansanders.com |
| | Daniel J. Thomasch, *pro hac vice* <br> Josh A. Krevitt, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: (212) 351-4000 <br> Facsimile: (212) 351-6200 <br> DThomasch@gibsondunn.com <br> JKrevitt@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com |
| | Sarah E. Simmons, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 2100 McKinney Avenue , #1100 <br> Dallas, TX 75201 <br> Telephone: (214) 698-3100 <br> Facsimile: (214) 571-2900 <br> SSimmons@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com <br><br> ***Counsel for Defendant Lawson Software, Inc.*** |

/s/
-----------------------
Paul W. Jacobs, II (VSB #16815)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
pjacobs@cblaw.com

Counsel for Plaintiff ePlus Inc.

4