# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Richmond Division

| | |
|---|---|
| *e*PLUS, INC., | ) |
|       Plaintiff, | ) Civil Action No. 3:09cv-620 (REP) |
|       v. | ) |
| LAWSON SOFTWARE, INC. | ) |
|       Defendants. | ) |

### **NOTICE OF APPEARANCE**

April B. Weisbruch of Goodwin Procter LLP hereby provides Notice of Appearance as counsel for Plaintiff, *e*Plus Inc.

Respectfully submitted,

                        /s/
      April B. Weisbruch (VSB #79191)
      GOODWIN PROCTER LLP
      901 New York Ave. N.W.
      Washington D.C. 20001
      Telephone:  (202) 346-4000
      Facsimile:  (202) 346-4444

aweisbruch@goodwinprocter.com

*Counsel for Plaintiff ePlus Inc.*

Dated:   October 23, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2012, I will electronically file the foregoing

**NOTICE OF APPEARANCE OF APRIL B. WEISBRUCH**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the following:

| | |
|---|---|
| Daniel J. Thomasch, *pro hac vice*<br>Josh A. Krevitt, *proc hac vice*<br>Gibson, Dunn & Crutcher LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>(212) 351-3800<br><br>VAED-620ExternalServiceList@gibsondunn.com | Christopher Dean Dusseault, *pro hac vice*<br>Jason C. Lo, *pro hac vice*<br>Timothy P. Best, *pro hac vice*<br>Gibson, Dunn & Crutcher LLP<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>(213) 229-7153<br>VAED-620ExternalServiceList@gibsondunn.com |
| Donald R. Dunner, *pro hac vice*<br>Erika H. Arner, *pro hac vice*<br>Finnegan, Henderson, Farabow, Garrett & Dunner, LLP<br>901 New York Avenue, NW<br>Washington, DC 20001<br>(202) 408-4000<br>(202) 408-4400<br><br>EXT-Lawson-FinneganCorrespondence@finnegan.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>Megan C. Rahman, VSB # 42678<br>Timothy J. St. George, VSB # 77349<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>(804) 697-1238<br>(804) 698-5119 (Fax)<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com |
| Sarah E. Simmons, *pro hac vice*<br>Gibson, Dunn & Crutcher LLP<br>2100 McKinney Avenue, #1100<br>Dallas, TX 75201<br>Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900<br>VAED-620ExtemalServiceList@gibsondunn.com | ***Counsel for Defendant Lawson Software, Inc.*** |

                                                 */s/*
                                 April B. Weisbruch (VSB #79191)
                                 **GOODWIN PROCTER LLP**
                                 901 New York Ave. N.W
                                 Washington, D.C.
                                 aweisbruch@goodwinprocter.com