CIVIL NON-JURY TRIAL OR MOTION HEARING

MINUTE SHEET    DATE: October 24, 2012

FILED OCT 24 2012 CLERK, U.S. DISTRICT COURT RICHMOND, VA

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>Eplus, Inc.,<br><br>v.<br><br>Lawson Software, Inc., | CASE NO: 3:09CV00620<br><br>JUDGE: Payne<br><br>COURT REPORTER: Peppy Peterson, OCR |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( X ) OTHER

APPEARANCES: Parties by ( )/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL ( )

**TRIAL PROCEEDINGS:**
WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )    DEFENDANT(S) ( )    COURT ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( )    RESTED ( )    MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )    RESTED ( )    MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

FINDINGS OF FACT AND CONCLUSIONS OF LAW STATED FROM THE BENCH ( )

MATTER TAKEN UNDER ADVISEMENT BY THE COURT ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )    MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )    TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS  Arguments had by counsel on Plaintiff's Motion To Enforce Settlement Agreement. **See page 2, attached, for further minute entry.

Counsel for Plaintiff(s) Scott L. Robertson, Esq.  Jennifer A. Albert, Esq.  Michael G. Strapp, Esq.
Paul W. Jacobs, II, Esq.

Counsel for Defendant(s) Daniel Thomasch, Esq.  Josh Krevitt, Esq.  Dabney J. Carr, IV, Esq.
Richad W. Bark,

SET: 10:00 a.m.    BEGAN: 9:75 a.m. ENDED: 2:25 pm TIME IN COURT: 3 hrs. 40 mins.
RECESSES: 20 mins. 1 hr.

Continuation Sheet: Plaintiff's Motion to Seal Portions of the transcript of this hearing granted. The Court directed counsel for the parties to review the transcript of this hearing once it is prepared and to then advise the Court what portions of the transcript are to be placed under seal. Arguments had by counsel on Pleantiff's Motion to Enforce Settlement. Motion not ruled on at this time.