**GOODWIN | PROCTER**

Scott L. Robertson
202.346.4331
SRobertson@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
901 New York Avenue NW
Washington, DC 20001
T: 202.346.4000
F: 202.346.4444

November 5, 2012

**Via Hand Delivery**

The Honorable Robert E. Payne, United States District Judge
United States District Court
  for the Eastern District of Virginia, Richmond Division
Spottswood W. Robinson III and
  Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219



Re:  *ePlus, Inc. v. Lawson Software, Inc.*
     Civil Action No. 3:09cv620 (REP)

Dear Judge Payne:

We are in receipt of Mr. Carr's November 1, 2012 letter to the Court, in which Lawson counsel has voluntarily submitted eighteen documents from Lawson's Privilege Log for the Court's *in camera* review. These eighteen documents consist of ten Privilege Log entries cited by Lawson in its Opposition to ePlus's Motion to Enforce Court's Order of February 21, 2012, and eight Privilege Log entries cited by ePlus in its Reply Brief on the same issue.

ePlus submitted thirty examples of Privilege Log entries in support of its motion that Lawson is in willful violation of this Court's February 21 Order. Lawson, however, has ignored seven of these examples, and simply selected the documents to produce to the Court.

ePlus therefore respectfully requests that Lawson submit the documents relating to the additional seven Privilege Log entries identified to the Court by ePlus during the October 24 Hearing (Privilege Log Entry Nos. 682, 804, 1376, 2440, 3506, 6437 and 8442) for *in camera* review.

Honorable Robert E. Payne
November 5, 2012
Page 2

Respectfully submitted,

Scott L. Robertson

cc:   Counsel of Record