IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:09CV620 (REP) |
| LAWSON SOFTWARE, INC., | ) |
| Defendant. | ) |

### DEFENDANT'S UNOPPOSED MOTION TO SEAL
### PORTIONS OF THE OCTOBER 24, 2012 HEARING TRANSCRIPT

Defendant Lawson Software, Inc. ("Lawson"), by counsel, hereby moves, pursuant to Local Rule 5, to seal from disclosure to the public certain portions of the transcript of the hearing held on October 24, 2012 on Plaintiff ePlus Inc.'s Motion to Enforce Court's Order of February 21, 2012 Compelling Production of Documents and Finding Waiver of Attorney-Client Privilege, and for Sanctions in order to preserve Lawson's claim that certain documents discussed at the hearing are subject to the attorney-client or attorney work product privileges.

In particular, Lawson moves to seal the following pages and lines of the hearing transcript: 23:15-23:23; 23:25-24:3; 24:22-25:9; 69:20-70:2; 107:21-107:23; 108:2-108:6; 108:8-108:18; 117:18-117:21; 117:23-118:1; 126:25-127:1; 127:18-127:20; and 127:22-127:23. Lawson has consulted with counsel for ePlus, and ePlus has no objection to sealing these portions of the transcript. Attached as Exhibit 1 and filed under seal is a copy of the hearing transcript which identifies the portions of the hearing transcript listed above.

In support of this Motion, Lawson submits contemporaneously herewith a Nonconfidential Memorandum in Support of Defendants' Unopposed Motion to Seal Hearing Transcript, along with an appropriate Notice and proposed Order.

LAWSON SOFTWARE, INC.

By: _____/s/_____
Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
Richard W. Mark (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Counsel for Defendant Lawson Software, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on this 9th day of November, 2012, a true copy of the foregoing will be delivered by email to::

Craig T. Merritt
Paul W. Jacobs, II
Henry I. Willett, III
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cblaw.com

Michael G. Strapp
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
mstrapp@goodwinprocter.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

                                          /s/
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*