**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:09CV620 (REP) |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF DEFENDANTS' MOTION TO SEAL HEARING TRANSCRIPT**

This serves as notice to the public that Defendant Lawson Software, Inc. has moved the Court to seal from public disclosure the following pages and lines of the transcript of the hearing before the Court in this matter on October 24, 2012: 23:15-23:23; 23:25-24:3; 24:22-25:9; 69:20-70:2; 107:21-107:23; 108:2-108:6; 108:8-108:18; 117:18-117:21; 117:23-118:1; 126:25-127:1; 127:18-127:20; and 127:22-127:23.

Objections to this motion should be filed in the Civil Section of the Clerk's Office of this Court. This Notice will be posted for a minimum of 48 hours.

____________________________________
Senior United States District Court Judge