IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:09CV620 (REP) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter comes before the Court, pursuant to Local Rule 5, on Defendant Lawson Software, Inc.'s Unopposed Motion to Seal Hearing Transcript:

Before this Court may seal documents, it must: "(1) provide public notice of the request to seal and allow interested parties a reasonable opportunity to object, (2) consider less drastic alternatives to sealing the documents, and (3) provide specific reasons and factual findings supporting its decision to seal the documents and for rejecting the alternatives." *Ashcraft v. Conoco, Inc.*, 218 F.3d 282, 288 (4th Cir. 2000) (internal citations omitted).

In compliance with Local Rule 5 and *Ashcraft*, the Court has provided public notice of this motion by posting an appropriate Notice on the public docket board:

> "This serves as notice to the public that Defendant Lawson Software, Inc. has moved the Court to seal from public disclosure the following pages and lines of the transcript of the hearing before the Court in this matter on October 24, 2012: 23:15-23:23; 23:25-24:3; 24:22-25:9; 69:20-70:2; 107:21-107:23; 108:2-108:6; 108:8-108:18; 117:18-117:21; 117:23-118:1; 126:25-127:1; 127:18-127:20; and 127:22-127:23.
>
> Objections to this motion should be filed in the Civil Section of the Clerk's Office of this Court. This Notice will be posted for a minimum of 48 hours."

Based upon Lawson's filings, the Court FINDS that sealing the portions of the transcript of the hearing held on October 24, 2012 identified in Lawson's filings is necessary to preserve Lawson's claim that the documents discussed at the hearing are subject to the attorney-client or work product privileges and that less drastic alternatives to sealing the hearing transcript are not feasible.

Accordingly, the Court ORDERS that the portions of the October 24, 2012 hearing transcript identified above shall be sealed from public disclosure.

It is so ORDERED.

ENTER November 14, 2012

/s/ REP

Senior United States District Court Judge
Robert E. Payne