IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EPLUS INC.,

    Plaintiff,

v.                              Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

## ORDER

It appearing that the United States Court of Appeals for the Federal Circuit issued its opinion in the appeal of this matter on November 21, 2012, it is hereby ORDERED that:

(1) The plaintiff, ePlus, Inc. ("ePlus"), shall file, by 5:00 p.m., December 10, 2012, its Statement of Position respecting the effect, if any, of the decision of the Court of Appeals on the scope of the injunction previously entered herein; and

(2) By 5:00 p.m., December 27, 2012, the defendant, Lawson Software, Inc. ("Lawson"), shall file its Statement of Position respecting the effect, if any, of the decision of the Court of Appeals on the scope of the injunction previously entered herein;

(3) By 5:00 p.m., January 7, 2013, ePlus shall file any response to the Statement of Position filed by Lawson;

(4) By 5:00 p.m., December 10, 2012, ePlus shall file a separate Statement of Position respecting the effect, if any, of the decision of the Court of Appeals on the pending contempt proceedings;

(5) By 5:00 p.m., December 27, 2012, Lawson shall file its Statement of Position respecting the effect, if any, of the decision of the Court of Appeals on the pending contempt proceedings in response to the Statement of Position filed by ePlus; and

(6) By 5:00 p.m., January 7, 2013 ePlus shall file its reply to the Statement of Position filed by Lawson.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 27, 2012