DABNEY J. CARR IV
804.697.1238 telephone
804.698.5119 facsimile
dabney.carr@troutmansanders.com

**TROUTMAN SANDERS**

TROUTMAN SANDERS LLP
Attorneys at Law
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122 (23218-1122)
Richmond, Virginia 23219
804.697.1200 telephone
troutmansanders.com

November 26, 2012

**BY HAND**

The Honorable Robert E. Payne
United States District Court for the
Eastern District of Virginia
Federal Courthouse - Room 3000
701 East Broad Street
Richmond, Virginia 23219

  Re: **ePlus, Inc. v. Lawson Software, Inc.**
    **Civil Action No. 3:09cv620**

Dear Judge Payne:

  Attached are two copies of a unanimous decision of the United States Court of Appeals for the Federal Circuit, dated November 21, 2012, on Lawson Software, Inc.'s appeal from the judgment and injunction that followed the infringement trial in this matter. The Federal Circuit reversed as a matter of law the determination that the system claims are not indefinite (concerning claim 1 of the '172 patent and claim 3 of the '683 patent), and reversed in part the denial of JMOL resulting in a vacatur of the infringement judgment based on claims 28 and 29 of the '683 patent. The Court affirmed the judgment of infringement of method claim 26 of the '683 patent, denied Lawson's appeal as to the application of the Court's injunction against servicing and maintaining products sold before the injunction, and denied ePlus's cross-appeal regarding damages in its entirety. The Federal Circuit ordered a remand of the case for consideration of "what changes are required to the terms of the injunction" consistent with the opinion.

  We look forward to addressing both the terms of the injunction and the impact of the enclosed opinion on the contempt proceedings following the issuance of the mandate by the Federal Circuit.

  Finally, I note that the enclosed opinion does not moot ePlus's pending appeal to the Federal Circuit of the final decision of the Board of Patent Appeals and Interferences in *Ex Parte ePlus, Inc.*, Appeal No. 2010-007804 (BPAI March 26, 2012)(affirming invalidity of claims 26-45 of U.S. Patent No. 6,023,683). As previously noted, that appeal is in the process of being briefed, and no date has been set for oral argument.

ATLANTA BEIJING CHICAGO HONG KONG NEW YORK NORFOLK ORANGE COUNTY PORTLAND
RALEIGH RICHMOND SAN DIEGO SHANGHAI TYSONS CORNER VIRGINIA BEACH WASHINGTON, DC
20205934V1 11/26/2012

TROUTMAN
SANDERS

The Honorable Robert E. Payne
November 26, 2012
Page 2

With kind regards, I am

Sincerely,

Dabney Carr

Enclosure
cc: Counsel of Record *(by email)*