# VERDICT



We, the jury, find as follows:

## I. INFRINGEMENT

Do you find that ePlus has proven that it is more likely than not that the following accused configurations of the Lawson S3 Procurement System have infringed the listed claims of the ePlus patents, either directly or indirectly? **(As to each claim, a "YES" answer is a finding for ePlus. A "NO" answer is a finding for Lawson.)**

Configuration No. 1: Core S3 Procurement System (Lawson System Foundation ("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules)

'516 Patent, claim 1:   YES _____   NO ✓
'516 Patent, claim 6:   YES _____   NO ✓

Configuration No. 2: Core S3 Procurement System (Lawson System Foundation ("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules) and Requisition Self-Service or "RSS"

'683 Patent, claim 3:    YES _____   NO ✓
'683 Patent, claim 28:   YES _____   NO ✓
'516 Patent, claim 1:    YES _____   NO ✓
'516 Patent, claim 6:    YES _____   NO ✓
'516 Patent, claim 9:    YES _____   NO ✓
'516 Patent, claim 21:   YES _____   NO ✓
'516 Patent, claim 22:   YES _____   NO ✓

-1-

Exhibit 2

'516 Patent, claim 29:  YES _____   NO ✓_____

'172 Patent, claim 1:   YES ✓_____   NO _____

Configuration No. 3: Core S3 Procurement System (Lawson System Foundation ("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules), Requisition Self-Service or "RSS," and Punchout

'683 Patent, claim 3:   YES ✓_____   NO _____

'683 Patent, claim 26:  YES ✓_____   NO _____

'683 Patent, claim 28:  YES ✓_____   NO _____

'683 Patent, claim 29:  YES ✓_____   NO _____

'516 Patent, claim 1:   YES _____   NO ✓_____

'516 Patent, claim 2:   YES _____   NO ✓_____

'516 Patent, claim 6:   YES _____   NO ✓_____

'516 Patent, claim 9:   YES _____   NO ✓_____

'516 Patent, claim 21:  YES _____   NO ✓_____

'516 Patent, claim 22:  YES _____   NO ✓_____

'516 Patent, claim 29:  YES _____   NO ✓_____

'172 Patent, claim 1:   YES ✓_____   NO _____

Configuration No. 4: Core S3 Procurement System (Lawson System Foundation ("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules) and Electronic Data Interchange or "EDI"

'683 Patent, claim 26:   YES _____   NO ✓

'516 Patent, claim 1:    YES _____   NO ✓

'516 Patent, claim 6:    YES _____   NO ✓

Configuration No. 5: Core S3 Procurement System (Lawson System Foundation ("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules), Requisition Self-Service or "RSS", Punchout, and Electronic Data Interchange or "EDI"

'683 Patent, claim 3:    YES ✓   NO _____

'683 Patent, claim 26:   YES ✓   NO _____

'683 Patent, claim 28:   YES ✓   NO _____

'683 Patent, claim 29:   YES ✓   NO _____

'516 Patent, claim 1:    YES _____   NO ✓

'516 Patent, claim 2:    YES _____   NO ✓

'516 Patent, claim 6:    YES _____   NO ✓

'516 Patent, claim 9:    YES _____   NO ✓

'516 Patent, claim 21:   YES _____   NO ✓

'516 Patent, claim 22:   YES _____   NO ✓

'516 Patent, claim 29:   YES _____   NO ✓

'172 Patent, claim 1:    YES ✓   NO _____

Case 3:09-cv-00620-REP Document 985-2 Filed 12/10/12 Page 4 of 8 PageID# 32451
Case 3:09-cv-00620-REP Document 660 Filed 01/27/11 Page 4 of 8

## II. VALIDITY

(As to each claim, a "YES" answer is a finding for Lawson. A "NO" answer is a finding for ePlus.)

A) Do you find that Lawson has proven by clear and convincing evidence that any of the following claims are anticipated by the Fisher RIMS system?

| | | |
|---|---|---|
| '683 Patent, claim 3: | YES _____ | NO ✓ |
| '683 Patent, claim 26: | YES _____ | NO ✓ |
| '683 Patent, claim 28: | YES _____ | NO ✓ |
| '683 Patent, claim 29: | YES _____ | NO ✓ |
| '516 Patent, claim 1: | YES _____ | NO ✓ |
| '516 Patent, claim 2: | YES _____ | NO ✓ |
| '516 Patent, claim 6: | YES _____ | NO ✓ |
| '516 Patent, claim 9: | YES _____ | NO ✓ |
| '516 Patent, claim 21: | YES _____ | NO ✓ |
| '516 Patent, claim 22: | YES _____ | NO ✓ |
| '516 Patent, claim 29: | YES _____ | NO ✓ |
| '172 Patent, claim 1: | YES _____ | NO ✓ |

B) Do you find that Lawson has proven by clear and convincing evidence that any of the following claims are anticipated by U.S. Patent No. 5,712,989?

| | | |
|---|---|---|
| '683 Patent, claim 3: | YES _____ | NO ✓ |
| '683 Patent, claim 26: | YES _____ | NO ✓ |
| '683 Patent, claim 28: | YES _____ | NO ✓ |
| '683 Patent, claim 29: | YES _____ | NO ✓ |
| '516 Patent, claim 1: | YES _____ | NO ✓ |

'516 Patent, claim 2:     YES _____     NO __✓__

'516 Patent, claim 6:     YES _____     NO __✓__

'516 Patent, claim 9:     YES _____     NO __✓__

'516 Patent, claim 21:    YES _____     NO __✓__

'516 Patent, claim 22:    YES _____     NO __✓__

'516 Patent, claim 29:    YES _____     NO __✓__

'172 Patent, claim 1:     YES _____     NO __✓__

C)  Do you find that Lawson has proven by clear and convincing evidence that any of the following claims are obvious in light of the combination of (1) either the RIMS System, the RIMS brochure, and/or U.S. Patent No. 5,712,989 and (2) either the TV/2 System, the TV/2 brochure, and/or the TV/2 general information manual?

1)   '683 Patent, claim 3:    YES _____     NO __✓__

If you answered YES, list the combination of the alleged prior art references that you have found render the claim obvious. If you answered NO, you do not need to list any references:

_____

2)   '683 Patent, claim 26:   YES _____     NO __✓__

If you answered YES, list the combination of the alleged prior art references that you have found render the claim obvious. If you answered NO, you do not need to list any references:

_____

3)   '683 Patent, claim 28:   YES _____     NO __✓__

If you answered YES, list the combination of the alleged prior art references that you have found render the claim obvious. If you answered NO, you do not need to list any references:

_____

4) '683 Patent, claim 29:   YES _____   NO ___✓___

If you answered YES, list the combination of the alleged prior art references that you have found render the claim obvious. If you answered NO, you do not need to list any references:

_____

5) '516 Patent, claim 1:   YES _____   NO ___✓___

If you answered YES, list the combination of the alleged prior art references that you have found render the claim obvious. If you answered NO, you do not need to list any references:

_____

6) '516 Patent, claim 2:   YES _____   NO ___✓___

If you answered YES, list the combination of the alleged prior art references that you have found render the claim obvious. If you answered NO, you do not need to list any references:

_____

7) '516 Patent, claim 6:   YES _____   NO ___✓___

If you answered YES, list the combination of the alleged prior art references that you have found render the claim obvious. If you answered NO, you do not need to list any references:

_____

8) '516 Patent, claim 9:   YES _____   NO ___✓___

If you answered YES, list the combination of the alleged prior art references that you have found render the claim obvious. If you answered NO, you do not need to list any references:

_____

9) '516 Patent, claim 21:   YES _____   NO ___✓___

If you answered YES, list the combination of the alleged prior art references that you have found render the claim obvious. If you answered NO, you do not need to list any references:

_____

10)     '516 Patent, claim 22:    YES _____    NO  ✓\_\_\_\_\_

If you answered YES, list the combination of the alleged prior art references that you have found render the claim obvious. If you answered NO, you do not need to list any references:

_____

11)     '516 Patent, claim 29:    YES _____    NO  ✓\_\_\_\_\_

If you answered YES, list the combination of the alleged prior art references that you have found render the claim obvious. If you answered NO, you do not need to list any references:

_____

12)     '172 Patent, claim 1:    YES _____    NO  ✓\_\_\_\_\_

If you answered YES, list the combination of the alleged prior art references that you have found render the claim obvious. If you answered NO, you do not need to list any references:

_____

**INSTRUCTION: CONTINUE AND SIGN VERDICT FORM ON NEXT PAGE**

You each must sign this Verdict Form.

Dated: _Jan. 27, 2011_       _Leanne W. Wight_
                                                            FOREPERSON

_Carl Crusan_               _Kristin Caufield_

_Richard Compton_        _Amy A Kelly_

_Jon_                                 _Michelle Lassey_

                                                       _Betty Raymond_