# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
|       **Plaintiff,** | )    Civil Action No. 3:09-CV-620 (REP) |
| | ) |
|       v. | ) |
| | ) |
| **LAWSON SOFTWARE, INC.,** | ) |
| | ) |
| | ) |
| | ) |
|       **Defendant.** | ) |

## ORDER

This matter having been brought before the Court by Plaintiff *e*Plus, Inc. ("ePlus") for an Order, and the Court having considered the moving papers, all opposition thereto, and the arguments of counsel, and the Court having found:

   (1) absent an injunction against infringement, ePlus will suffer an irreparable injury;

   (2) remedies available at law, such as monetary damages, are inadequate to compensate for that injury;

   (3) an injunction against the Defendant will not materially harm the Defendant, and in any event, considering the balance of hardships between the Plaintiff and Defendant, the balance tips decidedly in favor of an injunction;

   (4) the public interest will be best served by a permanent injunction; and

   (5) a permanent injunction is appropriate under 35 U.S.C. § 283,

   (6) that a permanent injunction is appropriate,

Exhibit 6

it is hereby ORDERED that the Defendant, Lawson Software, Inc. ("Lawson"), including its officers, directors, agents, servants, employees, subsidiaries, affiliates, successors in interest, and attorneys, and any person in active concert or participation with them, are permanently enjoined from directly or indirectly making, using, offering to sell, or selling within the United States or importing into the United States any of the following product configurations and/or installation, implementation, design, configuration, consulting, upgrade, maintenance and support and training and other related and associated services and any colorable variations thereof (the "Infringing Products and Services"):

(1) ~~Lawson's Core S3 Procurement System (Lawson System Foundation ("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules) and Requisition Self-Service or "RSS;"~~

(1~~2~~) Lawson's Core S3 Procurement System (LSF/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules), RSS, and Punchout;

(2~~3~~) Lawson's Core S3 Procurement System (Lawson System Foundation LSF/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules), RSS, Punchout, and Electronic Data Interchange or "EDI," and

(3~~4~~) Lawson's M3 e-Procurement Software.

In addition, Lawson is enjoined from:

(1) Circulating, publishing or disseminating within the United States any literature or information that encourages the use, sale or importation of any of the Infringing Products and Services; and

    (2) Aiding and abetting, actively inducing, or in any way contributing to the making, use, sale or importation of any of the Infringing Products and Services within the United States.  This injunction extends to the provision of any instruction, encouragement, installation, implementation, maintenance or support for any of the Infringing Products and Services.

  It is further ORDERED that Lawson, including its officers, directors, agents, servants, employees, subsidiaries, affiliates, successors in interest, and attorneys, and any person in active concert or participation with them, are required to notify all customers who have purchased all or any of the Infringing Products and Services of the terms of this Order, and to provide said customers with a copy of this Order.

  It is further ORDERED that this injunction is to remain in effect until the expiration of ~~both~~ the '683 Patent ~~and the '172 Patent~~, ~~the latest of~~ which is to expire on February 8, 2017.

  ~~It is further ORDERED that, with respect to Lawson's installation, implementation, design, configuration, consulting, upgrade, maintenance, support, training, and other related and associated services for the 277 customers who previously purchased the adjudicated infringing systems detailed above before the verdict and who provide only healthcare services, this Order will not take effect until November 23, 2011.~~

  It is so ORDERED.

  .

               _____
               Robert E. Payne
               Senior United States District Judge