IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS INC.,

    Plaintiff,

v.                            Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, plaintiff ePlus, Inc.'s MOTION TO ENFORCE COURT'S ORDER OF FEBRUARY 21, 2012, COMPELLING PRODUCTION OF DOCUMENTS AND FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE, AND FOR SANCTIONS (Docket No. 958) is granted in part and denied in part.

Lawson shall produce those documents specifically identified in the Memorandum Opinion and produce them forthwith. Lawson shall review the contested documents and produce any additional documents that fall within the scope of the Court's February 21, 2012 Order in perspective of the Court's Memorandum Opinion of this date. EPlus' request for Rule 37 sanctions is denied.

It is so ORDERED.

                                              /s/
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: December 14, 2012