

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS INC.,

    Plaintiff,

v.                                        Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

## ORDER

It is hereby ORDERED that defendant Lawson Software, Inc. ("Lawson") shall make arrangements to retrieve the documents submitted to the Court for review in camera.

It is further ORDERED that Lawson shall retain and segregate those documents as they may be necessary in the event of any appeal.

It is so ORDERED.

                                        /s/      *REP*
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: December 14, 2012