Contempt Statement – Exhibit A

| | |
|---|---|
| **From:** | Christopherson, Dale |
| **To:** | Christopherson, Dale; Hager, Dean; McPheeters, Bruce; Lohkamp, Keith; Langer, Jennifer; Stephens, Blaine |
| **CC:** | Cohen, Mike; Mulchrone, John |
| **Sent:** | 6/9/2011 12:09:06 PM |
| **Subject:** | RE: RQC Patch 1 update |

RQC patch 1 is now live for customers.


Dale Christopherson, COP
Lawson Software
380 St. Peter St.
St. Paul, MN 55304

651-767-4027

-----Original Message-----
From: Christopherson, Dale
Sent: Wednesday, June 08, 2011 12:17 PM
To: Christopherson, Dale; Hager, Dean; McPheeters, Bruce; Lohkamp, Keith; Langer, Jennifer; Stephens, Blaine
Cc: Cohen, Mike; Mulchrone, John
Subject: RQC Patch 1 update

It is so very close.
Install testing passed.
Most of the QA is done.
Waiting on a couple of the CTPs, 901 Unix/Windows and 81 iSeries to be made available.
Then we are set. It goes tomorrow.


Dale Christopherson, COP
Lawson Software
380 St. Peter St.
St. Paul, MN 55304

651-767-4027

-----Original Message-----
From: Christopherson, Dale
Sent: Tuesday, June 07, 2011 7:40 AM
To: Christopherson, Dale; Hager, Dean; McPheeters, Bruce; Lohkamp, Keith; Langer, Jennifer
Cc: Cohen, Mike; Mulchrone, John
Subject: RE: Can we have a call with the outside lawyers at 3:30 pm Central today? RE: Need Decision and Input on New Requested Change to RQC Related to Procurement Punchout

Tuesday's Update:

The RQC patch was not made available last night. It did not pass install testing. This is being looked at.
The 4GL CTPs were requested yesterday. 803 and 900 are available for clients. 81 and 901 are going through install testing. iSeries patches will be submitted today for 803, 81 and pre-AMT 900.

Dale Christopherson, COP
Lawson Software
380 St. Peter St.
St. Paul, MN 55304

651-767-4027


CONFIDENTIAL                                                                 RQC0914942

```
-----Original Message-----
From: Christopherson, Dale
Sent: Monday, June 06, 2011 9:49 AM
To: Christopherson, Dale; Hager, Dean; McPheeters, Bruce; Lohkamp, Keith; Langer, Jennifer
Cc: Cohen, Mike; Mulchrone, John
Subject: RE: Can we have a call with the outside lawyers at 3:30 pm Central today? RE: Need
Decision and Input on New Requested Change to RQC Related to Procurement Punchout
```

Today's update.

The changes to RQC are in 9.0.1.0.1 which is the first patch of RQC. The readme file has been updated to reflect the changes to the punchout process. The patch is in QA. There WILL BE 4GL changes so the apps will be affected. There is a required patch for punchout customers that is required so we can track requisitions if they are modified later so we do not inadvertently allow mixing of punchout providers or item master items on a single requisition. The 4Gl changes are being made to Versions 803 and higher including iSeries.


Dale Christopherson, COP
Lawson Software
380 St. Peter St.
St. Paul, MN 55304

651-767-4027


```
-----Original Message-----
From: Christopherson, Dale
Sent: Friday, June 03, 2011 3:43 PM
To: Christopherson, Dale; Hager, Dean; McPheeters, Bruce; Lohkamp, Keith; Langer, Jennifer
Cc: Cohen, Mike
Subject: RE: Can we have a call with the outside lawyers at 3:30 pm Central today? RE: Need
Decision and Input on New Requested Change to RQC Related to Procurement Punchout
```

We solved the design issue in the past few minutes.

Dale Christopherson, COP
Lawson Software
380 St. Peter St.
St. Paul, MN 55304

651-767-4027


```
-----Original Message-----
From: Christopherson, Dale
Sent: Friday, June 03, 2011 2:52 PM
To: Hager, Dean; McPheeters, Bruce; Lohkamp, Keith; Langer, Jennifer
Cc: Cohen, Mike
Subject: RE: Can we have a call with the outside lawyers at 3:30 pm Central today? RE: Need
Decision and Input on New Requested Change to RQC Related to Procurement Punchout
```

So everyone knows, since we are designing this on the fly,....

We did find a small snag in the past hour. We will need to track each Req where it came from, e.g. dell, staples, etc. Today we do not do that. Why would we need to track it? If the Req is not released we cannot allow the user to later open it and then start a punchout with another vendor. We are looking for a way to use the database to store this info. If we do not find something it would require a database change. Now that is BIG. We will try NOT to do that. We will no more in the next few hours.

Dale Christopherson, COP
Lawson Software
380 St. Peter St.
St. Paul, MN 55304

CONFIDENTIAL

RQC0914943

651-767-4027

-----Original Message-----
From: Hager, Dean
Sent: Friday, June 03, 2011 2:35 PM
To: McPheeters, Bruce; Lohkamp, Keith; Langer, Jennifer
Cc: Cohen, Mike; Christopherson, Dale
Subject: RE: Can we have a call with the outside lawyers at 3:30 pm Central today? RE: Need Decision and Input on New Requested Change to RQC Related to Procurement Punchout

I will be in the car with my family... very difficult environment to talk. Ultimately, this is a legal decision. Throughout this process, we have been depending on legal opinion to formulate our plans. We need to do what we need to do... and if we feel there is substantial risk to the current path, then we must make the change. Jennifer & Bruce... I will leave it to the two of you to make a recommendation.

Dean

From: McPheeters, Bruce
Sent: Friday, June 03, 2011 2:28 PM
To: Hager, Dean; Lohkamp, Keith; Langer, Jennifer
Cc: Cohen, Mike; Christopherson, Dale
Subject: Can we have a call with the outside lawyers at 3:30 pm Central today? RE: Need Decision and Input on New Requested Change to RQC Related to Procurement Punchout

Privileged and Confidential
Dean, could we have a call with the outside patent lawyers at 3:30 pm Central today? I know the timing of making another punchout change is terrible and if we could re-wind the clock back a couple of weeks we would. I will circulate an invite and dial in. Thanks, --Bruce

From: Hager, Dean
Sent: Friday, June 03, 2011 1:47 PM
To: Lohkamp, Keith; Langer, Jennifer
Cc: McPheeters, Bruce; Cohen, Mike; Christopherson, Dale
Subject: RE: Need Decision and Input on New Requested Change to RQC Related to Procurement Punchout

Sorry, with the information we have, I'd have to say "no". I need to understand why this legal requirement has come up at this hour. We are in a state of ridiculous churn and any further change will be viewed as being out of control. Happy to discuss further to understand risk.

Dean

From: Lohkamp, Keith
Sent: Friday, June 03, 2011 1:18 PM
To: Hager, Dean; Langer, Jennifer
Cc: McPheeters, Bruce; Cohen, Mike; Christopherson, Dale
Subject: RE: Need Decision and Input on New Requested Change to RQC Related to Procurement Punchout

We have around 110 Procurement Punchout customers. A large majority of them would have more than one punchout vendor setup, so they could potentially be allowing two or more punchout vendors on a single requisition.

So, I would estimate that most of the 110 punchout customers would be impacted, but the impact would be on a small percentage of their requisitions.

The bigger impact on punchout processes was the change we already made and discussed today.

Keith Lohkamp
Lawson Software
Office: 510-698-4415
Cell: 510-206-6533

From: Hager, Dean
Sent: Friday, June 03, 2011 11:10 AM
To: Lohkamp, Keith; Langer, Jennifer

CONFIDENTIAL                                                                                          RQC0914944

```
Cc: McPheeters, Bruce; Cohen, Mike; Christopherson, Dale
Subject: RE: Need Decision and Input on New Requested Change to RQC Related to Procurement
Punchout

Any estimate of how many of our customers use this functionality?

From: Lohkamp, Keith
Sent: Friday, June 03, 2011 12:47 PM
To: Langer, Jennifer; Hager, Dean
Cc: McPheeters, Bruce; Cohen, Mike; Christopherson, Dale
Subject: Need Decision and Input on New Requested Change to RQC Related to Procurement
Punchout
Importance: High

Privileged and Confidential

Hi Dean -

Our legal counsel recommended that we make one additional change to Requisition Center that
impacts Procurement Punchout to help address concerns about being able to add items from two
vendor catalogs. We wanted to escalate to you provide input and help make the decision to make
this change. Legal is requesting this decision today if possible so development could begin.

Requested Change: Require one requisition per punchout vendor. In other words, you could not
put items from two punchout vendor sites on a single requisition.
Development Impact: Dale estimates 2-3 days of development and his team is ready to go
immediately if we give the go ahead.
Impact: This will have a negative impact on our customers who use punchout and this is on top
of the change we made to require different requisitions for punchout vs. non-punchout items.
Concerns:

- This will be a step backwards for customers and we've been talking about RQC as a superior
product. Cleveland Clinic, for example, specifically asked during the webinar Q&A, about
whether they could put two punchout vendors on a single requisition.

- We will be posting a new version of RQC which will cause additional concern in our customer
base.

- What about customers who have already downloaded RQC? Do they need to download again if they
have punchout?

-
Mitigating factors: End user impact could be limited because not every employee will have
access to more than one vendor and, in the requisition process, users don't often order from
more than one punchout vendor.

Please let us know if you need more info or want to have a call to discuss.

Thanks!
Keith

Keith Lohkamp
Lawson Software
Office: 510-698-4415
Cell: 510-206-6533
```

CONFIDENTIAL

RQC0914945