# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER INC., PFIZER IRELAND PHARMACEUTICALS, WARNER-LAMBERT COMPANY, WARNER-LAMBERT COMPANY, LLC, and WARNER-LAMBERT EXPORT, LTD., | : : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 03-209-JJF : (Consolidated) |
| RANBAXY LABORATORIES LIMITED and RANBAXY PHARMACEUTICALS, INC., | : : : : |
| Defendants. | : |

## O R D E R

WHEREAS, the Court of Appeals for the Federal Circuit has issued its decision in the above-captioned appeal, affirming-in-part, reversing-in-part, and remanding this matter for modification of the permanent injunction; <u>Pfizer Inc. v. Ranbaxy Laboratories Ltd.</u>, 457 F.3d 1284 (Fed. Cir. 2006);

WHEREAS, specifically, the Federal Circuit concluded that United States Patent No. 5,273,995 (the "'995 patent") was invalid for failure to comply with the requirements of 35 U.S.C. § 112, ¶ 4;

NOW THEREFORE, IT IS HEREBY ORDERED that, consistent with the Federal Circuit's decision, the last paragraph of the Final Judgment Order dated January 3, 2006, and entered by the Court on January 4, 2006, enjoining Defendants and others "from engaging in the manufacture, use, offer to sell, or sale within the United

States, or importation into the United States, of any product comprising atorvastatin calcium covered by, or the use of which is covered by claim 6 of the '995 Patent" is **STRICKEN**.

| | |
|---|---|
| November 7, 2006 | /s/ Joseph J. Farnan Jr. |
| DATE | UNITED STATES DISTRICT JUDGE |

2