# EXHIBIT 4

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**EPLUS, INC.,**
*Plaintiff-Appellee,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant.*

2011-1396

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620, Senior Judge Robert E. Payne.

ON MOTION

Before GAJARSA, MAYER, and PROST, *Circuit Judges.*

PER CURIAM.

ORDER

Upon consideration of Lawson Software, Inc.'s motion for reconsideration of the court's denial of an immediate temporary stay of the district court's injunction pending disposition of its motion for a stay, pending appeal,

IT IS ORDERED THAT:

2

The motion is denied.

FOR THE COURT

JUN 15 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Donald R. Dunner, Esq.
Scott L. Robertson, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 15 2011

JAN HORBALY
CLERK