# EXHIBIT 5

NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**EPLUS, INC.,**
*Plaintiff-Appellee,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant.*

---

2011-1396

---

Appeal from the United States District Court for the
Eastern District of Virginia in case no. 09-CV-0620,
Senior Judge Robert E. Payne.

--------------------------------------------------------------

**EPLUS, INC.,**
*Plaintiff-Appellant,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellee.*

---

2011-1456

---

NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**EPLUS, INC.,**
*Plaintiff-Appellee,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant.*

---

2011-1396

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620, Senior Judge Robert E. Payne.

---

## ON MOTION

---

Before BRYSON, LINN, and PROST, *Circuit Judges.*

PROST, *Circuit Judge.*

### O R D E R

Lawson Software, Inc. submits a motion for a stay, pending appeal, of the permanent injunction entered by the United States District Court for the Eastern District of Virginia on May 23, 2011. ePlus Inc. opposes. Lawson replies.

2

The power to stay an injunction pending appeal is part of a court's "'traditional equipment for the administration of justice.'" *Nken v. Holder*, 129 S.Ct. 1749, 1757 (2009) (citing *Scripps-Howard Radio, Inc. v. FCC*, 316 U.S. 4, 9-10 (1942)). A stay, however, is not a matter of right but instead an exercise of judicial discretion. *Nken*, 129 S.Ct. at 1761. The party requesting a stay bears the burden of showing that the circumstances justify an exercise of that discretion based on consideration of four factors, the first two of which are the most critical: (1) whether the stay applicant has made a strong showing that he is likely to succeed on the merits; (2) whether the applicant will be irreparably injured absent a stay; (3) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (4) where the public interest lies. *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987).

Without prejudicing the ultimate disposition of this case by a merits panel, we conclude based upon the papers submitted that Lawson has not made a sufficient showing to obtain a stay of the district court's injunction pending appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

JUL 1 4 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 1 4 2011

JAN HORBALY
CLERK

3

cc:  Donald R. Dunner, Esq.
     Scott L. Robertson, Esq.

s23