# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

THE JOHNS HOPKINS UNIVERSITY
AND ARROW INTERNATIONAL, INC., *

    Plaintiffs,    *   CIVIL NOS.: WDQ-05-0759
                                                 WDQ-06-2711
v.    *

DATASCOPE CORPORATION,    *

    Defendant.    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

For the reasons discussed in the accompanying Memorandum Opinion, it is, this 9th day of August, 2007, ORDERED that:

1. The Plaintiffs' July 15, 2007 motion for Judgment on Partial Findings BE, and HEREBY IS, GRANTED;

2. The Plaintiffs' motion to alter/amend judgment (Paper No. 126) BE, and HEREBY IS, GRANTED;

3. Datascope IS HEREBY ENJOINED from advertising, manufacturing, selling, and/or distributing the infringing Prolumen device;

4. Datascope's motion for judgment as a matter of law as to invalidity (Paper No. 130) BE, and HEREBY IS, DENIED;

5. Datascope's motion to alter/amend judgment (Paper No. 131) BE, and HEREBY IS, GRANTED;

6. Datascope's motion for judgment as a matter of law as to infringement (Paper No. 132) BE, and HEREBY IS, DENIED;

7. Judgment BE, and HEREBY IS, entered in favor of the

    Plaintiffs against the Defendant on all claims and counterclaims and in the total sum of six hundred ninety thousand eight hundred seventy five dollars ($690,875.00);

8. Any and all prior rulings made by the Court disposing of any claims against any parties are incorporated by reference herein, and this order shall be deemed to be a final Judgment within the meaning of Fed. R. Civ. P. 58; and

9. The Clerk of the Court shall send copies of this Memorandum Opinion and Order to counsel for the parties.

                                                        /s/
                                      William D. Quarles, Jr.
                                      United States District Judge