IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



EPLUS INC.,

    Plaintiff,

v.                                 Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

### ORDER

It is hereby ORDERED that, by 5:00 p.m., January 11, 2013, ePlus, Inc. shall tender the proposed Revised Injunction Order that it considers should be issued in accord with the views set forth in PLAINTIFF ePLUS INC.'S STATEMENT OF POSITION CONCERNING THE EFFECT OF THE FEDERAL CIRCUIT'S DECISION ON THE SCOPE OF THE INJUNCTION (Docket No. 985) as explained in PLAINTIFF ePLUS INC.'S REPLY STATEMENT OF POSITION CONCERNING THE EFFECT OF THE FEDERAL CIRCUIT'S DECISION ON THE INJUNCTION (Docket No. 993).

It is so ORDERED.

                                      /s/    REP
                              Robert E. Payne
                              Senior United States District Judge

Richmond, Virginia
Date: January 8, 2013