

## CHRISTIAN & BARTON, LLP
### ATTORNEYS AT LAW

Paul W. Jacobs, II
Direct Dial: 804.697.4110
Direct Fax: 804.697.6110
E-mail: pjacobs@cblaw.com

January 9, 2013

**BY HAND**

Hon. Robert E. Payne, Judge
United States District Court
Eastern District of Virginia
701 East Broad Street, 7th Floor
Richmond, Virginia 23219

Re:   *ePlus, Inc. v. Lawson Software, Inc.*
       Case No. 3:09-CV-620-REP

Dear Judge Payne:

 Pursuant to the Court's January 8, 2013 Order (Docket No. 995), enclosed please find the proposed revised injunction order that *e*Plus considers should be issued in accord with the views set forth in Plaintiff *e*Plus Inc.'s Statement of Position Concerning The Effect of the Federal Circuit's Decision on the Scope of the Injunction (Docket No. 985), as explained in Plaintiff *e*Plus Inc.'s Reply Statement of Position Concerning the Effect of the Federal Circuit's Decision on the Injunction (Docket No. 993). If you have any questions concerning the foregoing, please let me know.

 With all best wishes, I remain

                                                       Respectfully yours,

                                                       Paul W. Jacobs, II

PWJII/wcy

Enclosure

cc:   All Counsel of Record (*by email*)