IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., <br><br> Plaintiff, <br><br> v. <br><br> LAWSON SOFTWARE, INC., <br><br><br> Defendant. | ) <br> ) <br> ) Civil Action No. 3:09-CV-620 (REP) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

Pursuant to the mandate set forth in the decision issued by the Court of Appeals for the Federal Circuit on November 21, 2012, it is hereby ORDERED that the Order (Dkt. 729) entered in this matter on May 23, 2011 (the "Injunction") shall remain in full force and effect, with the exception that sub-paragraph 1 on page 2 of the Injunction is deleted from the definition of "Infringing Products and Services." Consistent with the Injunction, Defendant Lawson Software, Inc. must provide all customers of the Infringing Products and Services with a copy of this Order.

It is so ORDERED.  _____

Robert E. Payne
Senior United States District Judge