

| | |
|---|---|
| Scott L. Robertson<br>202.346.4331<br>SRobertson@goodwinprocter.com | Goodwin Procter LLP<br>Counsellors at Law<br>901 New York Avenue NW<br>Washington, DC 20001<br>T: 202.346.4000<br>F: 202.346.4444 |

January 14, 2013

**Via Hand Delivery**

The Honorable Robert E. Payne, United States District Judge
United States District Court
 for the Eastern District of Virginia, Richmond Division
Spottswood W. Robinson III and
 Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

Re:   *ePlus, Inc. v. Lawson Software, Inc.*
       **Civil Action No. 3:09cv620 (REP)**

Dear Judge Payne:

Pursuant to the Court's request during the January 11, 2013 telephonic hearing, *e*Plus lists below its preferred dates for a contempt hearing. *e*Plus expects the contempt hearing to last no longer than three days.

1. The week of February 25

2. The week of April 1

3. The week of March 18

4. The week of March 11

*e*Plus's strong preference is for a hearing that begins the week of February 25. *e*Plus respectfully requests that a contempt hearing not be delayed until March or April.

*e*Plus's technical expert, Dr. Alfred Weaver, is unavailable between March 11 and March 18. If the Court schedules a hearing for the week of March 18, *e*Plus respectfully requests that the hearing begin on March 20 in light of Dr. Weaver's schedule.

The week of April 1 poses difficulties because of the Easter and Passover holidays. If the Court schedules the contempt hearing for that week, *e*Plus respectfully requests that the hearing commence on April 3.

The Honorable Robert E. Payne
January 14, 2013
Page 2


Respectfully submitted,

Scott L. Robertson


cc: Counsel of Record


Enclosure