# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Daniel J. Thomasch
Direct: +1 212.351.3800
Fax: +1 212.351.6200
DThomasch@gibsondunn.com

Client: 56736-00004

January 14, 2013

*Via Electronic Mail and Hand Delivery*

The Honorable Robert E. Payne
United States District Judge
Spottswood W. Robinson III and Robert R. Merhige, Jr.,
  Federal Courthouse
701 East Broad Street
Richmond, Virginia  23219

Re:   *ePlus, Inc. v. Lawson Software, Inc.*, Civ. No. 3:09cv620

Dear Judge Payne:

    I write on behalf of Lawson Software, Inc. to respond to the Court's request during the January 11, 2013 telephonic conference that the parties list the four dates proposed by the Court for a contempt hearing in their respective order of preference.  Trial calendar conflicts for Lawson's two expert witnesses and counsel make all four dates inconvenient for Lawson. Nevertheless, to respond directly to the Court's inquiry, Lawson's order of preference is as follows:

    (1)  April 1, 2013

    (2)  March 18, 2013

    (3)  March 11, 2013

    (4)  February 25, 2013

    The proposed trial date of February 25 presents numerous problems for Lawson, including the unavailability of its technical expert witness, Benjamin Goldberg; its damages expert witness, Jon Putnam; and an important company witness, Dale Christopherson, who will testify about the redesigned RQC component and the manner in which that redesign limits customers from performing certain functions that previously were available to customers who licensed Configurations 3 and 5.  Mr. Krevitt is currently scheduled to begin trial on March 4, 2013, making March 11 an equally bad option for Lawson.

    We are aware that if the contempt proceeding is scheduled for the week of April 1, ePlus has requested that it commence on Wednesday, April 3, 2013.  Lawson has no objection to beginning the hearing on April 3rd, 4th or 5th, but would request that the Court permit Dr. Putnam to testify, if necessary, on Monday, April 8, 2013.  Dr. Putnam is

# GIBSON DUNN

The Honorable Robert E. Payne
January 14, 2013
Page 2

scheduled to testify at a trial not involving these parties or counsel during the week of April 1st, both during the case-in-chief and on rebuttal. Because Dr. Putnam (Lawson's last witness) may not need to testify at all in this case (if, for instance, the Court determines that Lawson's RQC redesign renders its product more than colorably different from the enjoined Configurations 3 and 5), Lawson does not believe that Dr. Putnam's availability issues should prevent the contempt proceeding from beginning during the week of April 1, 2013.

As indicated in Lawson's Statements of Position, and during the January 11 telephonic conference, it is Lawson's position that the Court needs to determine "what changes are required to the terms of the injunction" consistent with the Federal Circuit's November 21, 2012 decision, before commencing any contempt proceeding.

Respectfully submitted,

Daniel J. Thomasch

DJT/las

cc: All counsel of Record (*via email*)

101441170.1