

Scott L. Robertson
202.346.4331
SRobertson@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
901 New York Avenue NW
Washington, DC 20001
T: 202.346.4000
F: 202.346.4444

January 30, 2013

**Via Hand Delivery**

The Honorable Robert E. Payne, United States District Judge
United States District Court
  for the Eastern District of Virginia, Richmond Division
Spottswood W. Robinson III and
  Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

    **Re:**    *ePlus, Inc. v. Lawson Software, Inc.*
            **Civil Action No. 3:09cv620 (REP)**

Dear Judge Payne:

We write to inform you that the Federal Circuit Court of Appeals issued an order yesterday denying *e*Plus's Petition for Rehearing and Rehearing En Banc.

Respectfully submitted,

Scott L. Robertson

cc:    Counsel of Record