

| | |
|---|---|
| Michael Strapp<br>617.570.1658<br>mstrapp@<br>goodwinprocter.com | Goodwin Procter LLP<br>Counselors at Law<br>Exchange Place<br>Boston, MA 02109<br>T: 617.570.1000<br>F: 617.523.1231 |

February 11, 2013

**<u>Via Hand Delivery</u>**

The Honorable Robert E. Payne, United States District Judge
United States District Court
  for the Eastern District of Virginia, Richmond Division
Spottswood W. Robinson III and
  Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

> Re:   *ePlus, Inc. v. Lawson Software, Inc.*
>       **Civil Action No. 3:09cv620 (REP)**

Dear Judge Payne:

We write to inform you that the Federal Circuit Court of Appeals has issued as a mandate its judgment reversing-in-part, vacating-in-part, affirming-in-part, and remanding. A copy of the judgment is enclosed.

Respectfully submitted,

*/s/ Michael Strapp*

Michael Strapp


cc:   Counsel of Record

# United States Court of Appeals for the Federal Circuit

2011-1396, -1456, -1554

EPLUS, INC.,

Plaintiff-Cross Appellant,

v.

LAWSON SOFTWARE, INC.,

Defendant-Appellant.

## JUDGMENT

ON APPEAL from the     UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

CASE NO.:     09-CV-0620

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**REVERSED-IN-PART, VACATED-IN-PART, AFFIRMED-IN-PART, AND REMANDED.**

ENTERED BY ORDER OF THE COURT

DATED    NOV 2 1 2012

Jan Horbaly, Clerk

**ISSUED AS A MANDATE:** FEB - 5 2013