# United States Court of Appeals for the Federal Circuit

2011-1396, -1456, -1554

EPLUS, INC.,

Plaintiff-Cross Appellant,

v.

LAWSON SOFTWARE, INC.,

Defendant-Appellant.

**JUDGMENT**

ON APPEAL from the     UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

CASE NO.:     09-CV-0620

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**REVERSED-IN-PART, VACATED-IN-PART, AFFIRMED-IN-PART, AND REMANDED.**

ENTERED BY ORDER OF THE COURT

DATED NOV 2 1 2012

Jan Horbaly, Clerk

ISSUED AS A MANDATE: FEB - 5 2013

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By _____ Date 2/5/13