IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| | ) |
| Defendant. | ) |

NOTICE OF FILING
PLAINTIFF ePLUS INC.'S PRE-HEARING
STATEMENT OF POSITION ON CONTEMPT

Plaintiff ePlus, Inc., by counsel, in accordance with the Amended Protective Order entered in this case on November 16, 2009, hereby gives notice that it has filed the following documents **UNDER SEAL** with the Court:

1. Plaintifs ePlus Inc.'s Pre-Hearing Statement of Position on Contempt

A copy of the above-mentioned document will be served on counsel for Defendant Lawson Software, Inc. electronically today.

February 11, 2013

Respectfully submitted,

ePLUS, INC.

By Counsel

_____/s/_____
Paul W. Jacobs, II (VSB #16815)
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
pjacobs@cblaw.com
cmerritt@cblaw.com
hwillett@cbblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com

*Counsel for Plaintiff, ePlus, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of February, 2013, I will electronically file the foregoing

**NOTICE OF FILING
PLAINTIFF ePLUS INC.'S PRE-HEARING
STATEMENT OF POSITION ON CONTEMPT**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the following:

| | |
|---|---|
| Christopher Dean Dusseault, *pro hac vice* <br> Jason Lo, *pro hac vice* <br> Timothy P. Best, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 333 S. Grand Avenue <br> Los Angeles, CA 90071 <br> Telephone: (213) 229-7000 <br> Facsimile: (213) 229-6659 <br> CDusseault@gibsondunn.com <br> JLo@gibsondunn.com <br> TBest@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com | Robert A. Angle, VSB#37691 <br> Dabney J. Carr, IV, VSB #28679 <br> Megan C. Rahman (VSB #42678) <br> Timothy J. St. George (VSB #77349) <br> TROUTMAN SANDERS LLP <br> P.O. Box 1122 <br> Richmond, Virginia 23218-1122 <br> Telephone: (804) 697-1238 <br> Facsimile: (804) 698-5119 <br> robert.angle@troutmansanders.com <br> dabney.carr@troutmansanders.com <br> megan.rahman@troutmansanders.com <br> tim.stgeorge@troutmansanders.com |
| Daniel J. Thomasch, *pro hac vice* <br> Josh A. Krevitt, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: (212) 351-4000 <br> Facsimile: (212) 351-6200 <br> DThomasch@gibsondunn.com <br> JKrevitt@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com | Sarah E. Simmons, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 2100 McKinney Avenue , #1100 <br> Dallas, TX 75201 <br> Telephone: (214) 698-3100 <br> Facsimile: (214) 571-2900 <br> SSimmons@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com <br><br> ***Counsel for Defendant Lawson Software, Inc.*** |

/s/
_____
Paul W. Jacobs, II (VSB #16815)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
pjacobs@cblaw.com

Counsel for Plaintiff ePlus Inc.