# Exhibit 1

```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF VIRGINIA

 3                       Richmond Division

 4    -----------------------x

 5    ePLUS INC.,               )

 6               Plaintiff,    )  Civil Action No.

 7           v.                 )  3:09-CV-620 (JRS)

 8    LAWSON SOFTWARE, INC.,   )

 9               Defendant.    )

10    -----------------------x

11

12         Videotaped Deposition of DEAN J. HAGER

13                      Washington, DC

14                 Friday, January 6, 2012

15                        9:17 a.m.

16

17

18

19

20    Job No.: 16461

21    Pages: 1 - 388

22    Reported by: Debra A. Whitehead
```

VIDEOTAPED DEPOSITION OF DEAN J. HAGER
CONDUCTED ON FRIDAY, JANUARY 6, 2012

```
                                                           13
 1   formed a company that acquired Lawson.  Is that right?      09:21:58
 2   Not sure of the circumstances?                              09:22:02
 3        A   Actually -- actually, I don't believe              09:22:04
 4   that's right, but I would be the wrong person to            09:22:05
 5   answer the question.                                        09:22:07
 6        Q   Fair enough.                                       09:22:08
 7            And so you say you're currently not                09:22:15
 8   employed by anybody.  Is that right?                        09:22:16
 9        A   Correct.                                           09:22:18
10        Q   Who asked you to appear as a witness then          09:22:18
11   here today?                                                 09:22:25
12        A   Counsel, Dan Thomasch.                             09:22:29
13        Q   Okay.  And you understand that there's             09:22:31
14   going to be a hearing on some proceedings in February       09:22:34
15   and March of this year before Judge Payne?                  09:22:38
16        A   That's my understanding.                           09:22:41
17        Q   Okay.  Will you be available for that              09:22:42
18   hearing, if necessary?                                      09:22:47
19            MR. THOMASCH:  Objection to form.                  09:22:48
20            THE WITNESS:  Do I answer?                         09:22:52
21            MR. THOMASCH:  You answer.                         09:22:53
22            THE WITNESS:  Okay.  Thank you.                    09:22:54
```

VIDEOTAPED DEPOSITION OF DEAN J. HAGER
CONDUCTED ON FRIDAY, JANUARY 6, 2012

```
                                                     14
1        A    My intent is to put that on my calendar       09:22:56
2   and -- and come and help in any way I can.              09:22:59
3        Q    Well, I just want to be sure.  Because, I     09:23:01
4   mean, there are ways perhaps that, you know, we might   09:23:05
5   be able to arrange for your attendance.  But I'm just   09:23:08
6   wondering, your present intent is that you would        09:23:14
7   appear at the hearing if requested.  Is that --         09:23:17
8        A    That's my present intent, yes.                09:23:20
9        Q    When you resigned from Lawson, can you tell   09:23:22
10  me what your last position and title was?               09:23:33
11       A    Executive vice-president of S3 industries.    09:23:38
12       Q    And that was the same position you had in     09:23:42
13  March of 2011 when you testified at the hearing before  09:23:46
14  Judge Payne in Richmond.  Correct?                      09:23:50
15       A    Yes.                                          09:23:52
16       Q    Okay.  As part of your termination, was       09:23:52
17  there any agreement reached between Lawson and          09:24:02
18  yourself with respect to your cooperation in this       09:24:06
19  litigation?                                             09:24:11
20       A    Meaning did I agree to cooperate in           09:24:16
21  return -- I'm -- one more time.                         09:24:19
22       Q    Let me rephrase the question.                 09:24:21
```