# Exhibit 2

1

1        IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF VIRGINIA
2                RICHMOND DIVISION

3     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
                                        :
4     ePLUS, INC.,                      :
                                        :
5                      Plaintiff,       :
      v.                                :   Civil Action
6                                       :   No. 3:09CV620
      LAWSON SOFTWARE, INC.,            :
7                                       :   March 25, 2011
                       Defendant.       :
8     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _:

9

10                       DAILY COPY

11

12      COMPLETE TRANSCRIPT OF **EVIDENTIARY HEARING**
           BEFORE THE HONORABLE ROBERT E. PAYNE
13            UNITED STATES DISTRICT JUDGE

14

15    APPEARANCES:

16    Scott L. Robertson, Esq.
      Jennifer A. Albert, Esq.
17    **Michael T. Strapp, Esq.**
      GOODWIN PROCTOR
18    901 New York Avenue, NW
      Washington, D.C.   20001
19
      Craig T. Merritt, Esq.
20    CHRISTIAN & BARTON
      909 E. Main Street, Suite 1200
21    Richmond, VA   23219-3095

22           Counsel for the plaintiff ePlus

23

24            DIANE J. DAFFRON, RPR
              OFFICIAL COURT REPORTER
              UNITED STATES DISTRICT COURT
25

1    APPEARANCES:   (Continuing)

2    Daniel W. McDonald, Esq.
     **Kirstin L. Stoll-DeBell, Esq.**
3    **William D. Schultz, Esq.**
     MERCHANT & GOULD
4    3200 IDS Center
     80 South Eighth Street
5    Minneapolis, MN   55402-2215

6    Dabney J. Carr, IV, Esq.
     TROUTMAN SANDERS
7    Troutman Sanders Building
     1001 Haxall Point
8    P.O. Box 1122
     Richmond, VA   23218-1122

9
             Counsel for the defendant Lawson.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Hager - Cross                                                          242

1    question.

2              THE COURT:  Mr. McDonald made that decision.

3    Q    You are aware that Lawson has proffered two declarations

4    in this case from workers that would be considered in the

5    health care industry and that manage licensed hospital systems;

6    correct?

7    A    No --

8              THE COURT:  Do you know about that or not?

9              THE WITNESS:  No, I don't.

10             THE COURT:  He doesn't know about it.

11   Q    Well, are you aware that nobody indicated -- let me

12   rephrase it then.

13             THE COURT:  Yes, because Mr. McDonald is about to

14   stand up, I'm sure, and say something, because if he doesn't

15   even know what you're taking about, it's hard for him to answer

16   a question.

17   Q    Well, isn't it true that replacing Lawson RSS software

18   would essentially just cause an increase in the operational

19   expenses for these types of hospitals?

20   A    It would cause at least an increase in operational

21   expenses in these types of hospitals, and more than likely

22   would also cause employee complications within the hospitals,

23   morale issues of potential loss of jobs, and I think a hospital

24   would say that it would interrupt their quality of care.

25             It wouldn't interrupt a surgery because they would

Hager - Cross

1    overstock on goods, but ultimately they buy these goods for a

2    reason, and they don't have unlimited storage.  They have to

3    manage their systems well.

4    Q    So if in these declarations these individuals didn't

5    identify those kinds of criteria as causing them harm --

6    A    I don't know who you are talking about.

7              THE COURT:  Look, that was a question better not

8    asked because you should have known that from his previous

9    answers you were not going to improve on what they said in that

10   affidavit anyway.

11             MR. ROBERTSON:  Understood, sir.

12             THE COURT:  Why don't we go on to something else.

13   Q    Did I understand you to say that Lawson does not sell an

14   S3 procurement package or solution as an -- individually to

15   customers?

16   A    We package separately, but we don't pursue those

17   opportunities.

18   Q    Let me hand you what I think has previously been marked

19   Plaintiff's Exhibit 0500LL2.

20             THE CLERK:  What number is this being used?

21             MR. ROBERTSON:  PX-0500LL2.  By the way, Your Honor,

22   before I forget, I would actually move the admission of

23   Plaintiff's Exhibit 690 that I identified.

24             THE COURT:  Any objection?

25             MR. McDONALD:  No, Your Honor.