# Exhibit 3

```
 1              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE EASTERN DISTRICT OF VIRGINIA
 3                       RICHMOND DIVISION
 4
 5   ----------------------------------------
                                             :
 6    ePLUS, INC.                            :   Civil Action No.
                                             :   3:09CV620
 7    vs.                                    :
                                             :
 8    LAWSON SOFTWARE, INC.                  :   September 15, 2011
                                             :
 9   ----------------------------------------
10
11          COMPLETE TRANSCRIPT OF THE CONFERENCE CALL
12              BEFORE THE HONORABLE ROBERT E. PAYNE
13                   UNITED STATES DISTRICT JUDGE
14
15   APPEARANCES:
16   Scott L. Robertson, Esquire
     Michael G. Strapp, Esquire
17   Goodwin Procter, LLP
     901 New York Avenue NW
18   Suite 900
     Washington, D.C.  20001
19
     Craig T. Merritt, Esquire
20   Christian & Barton, LLP
     909 East Main Street
21   Suite 1200
     Richmond, Virginia  23219-3095
22   Counsel for the plaintiff
23
24                     Peppy Peterson, RPR
                      Official Court Reporter
25                 United States District Court
```

```
 1    APPEARANCES:  (cont'g)

 2    Dabney J. Carr, IV, Esquire
      Troutman Sanders, LLP
 3    Troutman Sanders Building
      1001 Haxall Point
 4    Richmond, Virginia   23219

 5    Daniel W. McDonald, Esquire
      Kirstin L. Stoll-DeBell, Esquire
 6    William D. Schultz, Esquire
      Merchant & Gould, PC
 7    80 South Eighth Street
      Suite 3200
 8    Minneapolis, Minnesota   55402

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1    I've got about two more weeks and then I leave for Christmas
 2    vacation and my visit with my grandchildren.  So I don't have a
 3    lot of time to be spending on this.
 4            I want you to understand something, Mr. Schultz.  I
 5    don't know exactly what the discrepancies are, but I will tell
 6    you when I read what I read that your client had said, I was
 7    mightily distressed about it.
 8            If they were working on something that simple and
 9    that easy when they were telling me how hard it was and the
10    hardship it was going to be on all customers and everything,
11    all of the customer base and what a tragedy it was going to be
12    for the medical industry, and they were working on something
13    that was 20 minutes and easy to do and they didn't disclose
14    that, then I was misled, and I don't think the record in the
15    trial is right, and I'm frustrated about what I'm seeing.
16            Now, it may be that that can be harmonized, but I
17    want ePlus to have a full opportunity to harmonize it, because
18    if it is what I think it is, there are a number of people who
19    are in trouble.
20            MR. SCHULTZ:  Your Honor, we have --
21            THE COURT:  And I'm telling you, I want it dealt with
22    fully so that it can be appropriately dealt with.
23            MR. SCHULTZ:  In fact, what I'm going to agree to do
24    here is I did not realize that ePlus was going to limit their
25    interrogatories and document requests to 15 and 12.  What they
```