IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS INC.,

    Plaintiff,

v.                                  Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

**ORDER**

For the reasons set forth on the record during the telephonic conference on March 11, 2013, it is hereby ORDERED that the plaintiff, ePlus Inc., shall be permitted to take an additional deposition of Mr. Dean Hager. The length of the deposition is not to exceed a period of seven (7) hours absent exceptional circumstances.

    It is so ORDERED.

                                                  /s/         REP
                                       Robert E. Payne
                                       Senior United States District Judge

Richmond, Virginia
Date: March 11, 2013