

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] SCHEDULING ORDER

Pursuant to the parties' agreement, the Court ORDERS that the following deadlines shall apply in connection with the contempt hearing scheduled to commence on April 2, 2013:

1. On March 12, 2013, Plaintiff ePlus Inc. ("ePlus") shall file and serve upon Defendant Lawson Software, Inc. ("Lawson") its proposed exhibit list and witness list.

2. On March 14, 2013, Lawson shall file and serve upon ePlus its proposed exhibit list and witness list.

3. On March 18, 2013, both parties shall file and serve upon one another their respective objections to the adverse party's exhibits.

4. On or before March 19, 2013, the parties shall meet and confer with respect to their objections to exhibits.

5. On March 20, 2013, the parties shall jointly file: (a) a list of witnesses, exhibits, and deposition designations (if any) that are agreed upon; and (b) a list of witnesses, exhibits, and deposition designations (if any) that are subject to objection, with the grounds for the

LIBW/1859569.1

objection indicated. The parties shall also file a pre-marked set of their respective exhibits with the Court.

It is so ORDERED.

Dated: March 12, 2013

/s/ REP
The Honorable Robert E. Payne
United States District Court Judge

**WE ASK FOR THIS:**

Craig T. Merritt (VSB #20281)
Paul W. Jacobs, II (VSB #16815)
Henry I. Willett, III (VSB # 44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cblaw.com

Scott L. Robertson *(admitted pro hac vice)*
Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com
*Attorneys for Plaintiff ePlus Inc.*

2

_/s/ Dabney Carr_
Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB#37691
Megan C. Rahman, VSB No. #42678
Timothy J. St. George, VSB No. #77349
TROUTMAN SANDERS LLP
P.O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1238
Facsimile: (804) 698-5119
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
tim.stgeorge@troutmansanders.com

Daniel J. Thomasch, *pro hac vice*
Josh A. Krevitt, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-4000
Facsimile: (212) 351-6200
DThomasch@gibsondunn.com
JKrevitt@gibsondunn.com

Jason Lo, *pro hac vice*
Timothy P. Best, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Facsimile: (213) 229-6659
JLo@gibsondunn.com
TBest@gibsondunn.com

Sarah E. Simmons, *pro hac vice*
GIBSON, DUNN & CRUTCHER LLP
2100 McKinney Avenue, #1100
Dallas, TX 75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2900
SSimmons@gibsondunn.com

*Counsel for Defendant Lawson Software, Inc.*

3

LIBW/1859569.1