# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| | ) |
| | ) |
| Plaintiff, | )   Civil Action No. 3:09-CV-620 (REP) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF ePLUS INC.'S WITNESS LIST

Plaintiff ePlus Inc. ("ePlus") hereby submits the list of witnesses it intends to call in person or by deposition at the contempt hearing that is scheduled to begin on April 2, 2013.

ePlus will supplement and amend the list in light of any order regarding the scope of the trial or in light of any information submitted by Defendant Lawson Software, Inc. ("Lawson") as part of its pretrial filings or otherwise. ePlus will present testimony by any witness identified or called by Lawson, or offer additional testimony from any such witness by deposition if necessary. ePlus may call witnesses identified on its witness list or on Lawson's witness list in rebuttal.

In alphabetical order, the names and addresses of the witnesses whom *e*Plus intends to call at trial either in person or by deposition (written transcript and/or videotape) are as follows:

|    | **Name**             | **Address**                                                                                                                   | **Purpose** |
|----|----------------------|-------------------------------------------------------------------------------------------------------------------------------|-------------|
| 1. | Dale Christopherson  | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102                                                         | Fact        |
| 2. | Dean Hager           | Kroll Ontrack<br>9023 Columbine Road<br>Eden Prairie, MN 55347                                                                | Fact        |
| 3. | Scott Hanson         | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102                                                         | Fact        |
| 4. | Keith Lohkamp        | 3045 Totterdell Street<br>Oakland, CA 94611                                                                                   | Fact        |
| 5. | Alfred Weaver, Ph.D. | University of Virginia<br>School of Engineering and Applied Sciences<br>151 Engineer's Way<br>P.O. Box 400470<br>Charlottesville, VA 22904 | Expert      |
| 6. | Keith Ugone, Ph.D.   | Analysis Group<br>2911 Turtle Creek Boulevard<br>Suite 600<br>Dallas, TX 75219                                                | Expert      |

                                              Respectfully submitted,

March 12, 2013                                      /s/
                                              Craig T. Merritt (VSB #20281)
                                              Henry I. Willett, III (VSB #44655)
                                              **CHRISTIAN & BARTON, LLP**
                                              909 East Main Street, Suite 1200
                                              Richmond, Virginia 23219-3095
                                              Telephone: (804) 697-4100
                                              Facsimile: (804) 697-4112
                                              cmerritt@cblaw.com
                                              hwillett@cblaw.com

                                              Jennifer A. Albert *(admitted pro hac vice)*
                                              David M. Young (VSB #35997)
                                              **GOODWIN PROCTER LLP**
                                              901 New York Avenue, N.W.
                                              Washington, DC 20001
                                              Telephone:  (202) 346-4000
                                              Facsimile:   (202) 346-4444
                                              jalbert@goodwinprocter.com
                                              dyoung@goodwinprocter.com

                                              Michael G. Strapp (*admitted pro hac vice*)
                                              **GOODWIN PROCTER LLP**
                                              Exchange Place
                                              53 State Street
                                              Boston, MA 02109-2881
                                              Telephone:  (617) 570-1000
                                              Facsimile:   (617) 523-1231
                                              mstrapp@goodwinprocter.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March, 2013, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC.'S WITNESS LIST**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

| | |
|---|---|
| Christopher Dean Dusseault, *pro hac vice* <br> Jason Lo, *pro hac vice* <br> Timothy P. Best, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 333 S. Grand Avenue <br> Los Angeles, CA 90071 <br> Telephone: (213) 229-7000 <br> Facsimile: (213) 229-6659 <br> CDusseault@gibsondunn.com <br> JLo@gibsondunn.com <br> TBest@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com | Robert A. Angle, VSB#37691 <br> Dabney J. Carr, IV, VSB #28679 <br> Megan C. Rahman (VSB No. 42678) <br> Timothy J. St. George (VSB No. 77349) <br> TROUTMAN SANDERS LLP <br> P.O. Box 1122 <br> Richmond, Virginia 23218-1122 <br> Telephone: (804) 697-1238 <br> Facsimile: (804) 698-5119 <br> robert.angle@troutmansanders.com <br> dabney.carr@troutmansanders.com <br> megan.rahman@troutmansanders.com <br> tim.stgeorge@troutmansanders.com |
| Sarah E. Simmons, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 2100 McKinney Avenue , #1100 <br> Dallas, TX 75201 <br> Telephone: (214) 698-3100 <br> Facsimile: (214) 571-2900 <br> SSimmons@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com <br><br> ***Counsel for Defendant Lawson Software, Inc.*** | Daniel J. Thomasch, *pro hac vice* <br> Josh A. Krevitt, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: (212) 351-4000 <br> Facsimile: (212) 351-6200 <br> DThomasch@gibsondunn.com <br> JKrevitt@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com |

                           */s/*
               David M. Young (VSB #35997)
               **GOODWIN PROCTER LLP**
               901 New York Avenue, N.W.
               Washington, DC 20001
               dyoung@goodwinprocter.com