IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| *e*PLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF *e*PLUS INC.'S EXHIBIT LIST**

Pursuant to this Court's Scheduling Order (Docket No. 1020), Plaintiff *e*Plus Inc. ("*e*Plus") hereby submits the attached list of exhibits it intends to admit into evidence either through live witnesses or by deposition at the contempt hearing that is scheduled to begin on April 2, 2013.  *e*Plus may supplement and amend the list in light of any order regarding the scope of the hearing or in light of any information submitted by Defendant Lawson Software, Inc. ("Lawson") as part of its pretrial filings or otherwise.  *e*Plus may further rely upon any exhibit that was admitted into evidence during trial.  *e*Plus also may rely upon any exhibit offered at the contempt hearing by Lawson and admitted into evidence.

LIBA/2383080.1

Respectfully submitted,

March 12, 2013 /s/

Craig T. Merritt (VSB #20281)
Paul W. Jacobs, II (VSB #16815)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cblaw.com
Attorneys for Plaintiff, *e*Plus Inc.

Jennifer A. Albert *(admitted pro hac vice)*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

Michael G. Strapp (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of March, 2013, I will electronically file the foregoing

**PLAINTIFF *e*PLUS INC.'S EXHIBIT LIST**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following*:*

| | |
|---|---|
| Christopher Dean Dusseault, *pro hac vice* <br> Jason Lo, *pro hac vice* <br> Timothy P. Best, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 333 S. Grand Avenue <br> Los Angeles, CA 90071 <br> Telephone: (213) 229-7000 <br> Facsimile: (213) 229-6659 <br> CDusseault@gibsondunn.com <br> JLo@gibsondunn.com <br> TBest@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com | Robert A. Angle, VSB#37691 <br> Dabney J. Carr, IV, VSB #28679 <br> Megan C. Rahman (VSB No. 42678) <br> Timothy J. St. George (VSB No. 77349) <br> TROUTMAN SANDERS LLP <br> P.O. Box 1122 <br> Richmond, Virginia 23218-1122 <br> Telephone: (804) 697-1238 <br> Facsimile: (804) 698-5119 <br> robert.angle@troutmansanders.com <br> dabney.carr@troutmansanders.com <br> megan.rahman@troutmansanders.com <br> tim.stgeorge@troutmansanders.com |
| Sarah E. Simmons, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 2100 McKinney Avenue , #1100 <br> Dallas, TX 75201 <br> Telephone: (214) 698-3100 <br> Facsimile: (214) 571-2900 <br> SSimmons@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com <br><br> ***Counsel for Defendant Lawson Software, Inc.*** | Daniel J. Thomasch, *pro hac vice* <br> Josh A. Krevitt, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: (212) 351-4000 <br> Facsimile: (212) 351-6200 <br> DThomasch@gibsondunn.com <br> JKrevitt@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com |

            */s/*
          David M. Young (VSB #35997)
          **GOODWIN PROCTER LLP**
          901 New York Avenue, N.W.
          Washington, DC 20001
          dyoung@goodwinprocter.com

LIBA/2383080.1