**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| *e*PLUS INC., | ) |
| | ) |
| **Plaintiff,** | )   **Civil Action No. 3:09-CV-620 (REP)** |
| | ) |
| **v.** | ) |
| | ) |
| **LAWSON SOFTWARE, INC.,** | ) |
| | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**PLAINTIFF ePLUS INC.'S LIST OF AFFIRMATIVE CONTEMPT HEARING EXHIBITS**

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1000 | RQC0000001 | RQC0000046 | 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 05 - Lawson Procurement Punchout and PO Dispatcher Installation and Administration Guide for Lawson Application Guide for Lawson Applications 8.1X and 9.X |
| PX-1001 | RQC0000047 | RQC0000347 | June 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 06 - Inventory Control User Guide Version 9.0.1 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1002 | RQC0000638 | RQC0000655 | June 3, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 07 - Introducing Lawson Requisition Center Webinar |
| PX-1003 | RQC0000691 | RQC0000694 | | 2011.12.19 Deposition of Dale Christopherson - Exhibit 8 & 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 03 Lawson Requisition Center and Procurement Punchout |
| PX-1004 | RQC0914392 | RQC0914395 | February 7, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 11 - S-3 RSS/Punchout and M3 Battle Plan Against ePlus |
| PX-1005 | | | | WITHDRAWN |
| PX-1006 | RQC0364605 | RQC0364612 | February 10, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 13 - Email from K. Kunth to D. Christopherson, T. Dooner et al. RE: Analysis of claims from eplus |
| PX-1007 | N/A | N/A | | 2011.12.19 Deposition of Dale Christopherson - Exhibit 15 & 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 07 - Weaver Declaration in Support of Motion to Show Cause Exhibit 2 – RQC Interface |
| PX-1008 | N/A | N/A | | 2011.12.19 Deposition of Dale Christopherson - Exhibit 16 & 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 08 - Weaver Declaration in Support of Motion to Show Cause Exhibit 3 – RSS Interface |
| PX-1009 | | | | WITHDRAWN |
| PX-1010 | RQC0000656 | RQC0000690 | June 3, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 18 & 2012.01.06 Deposition of Dean Hager - Exhibit 20 - I - Presentation: Introducing Lawson Requisition Center |
| PX-1011 | RQC0000695 | RQC0000708 | May 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 19 - Presentation: Lawson Requisition Center Overview |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1012 | RQC0000384 | RQC0000433 | May 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 20 - Lawson Requisition Center User Guide Version 9.0.1 |
| PX-1013 | RQC0377104 | RQC03771105 | February 14, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 21 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 5 - Email from D. Christopherson to K. Lohkamp, K. Knuth , T. Dooner RE: Analysis of claims from ePlus |
| PX-1014 | RQC0868679 | RQC0868679 | February 18, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 22 - Email from D. Christopherson to K. Lohkamp and D. DeLancey  Re: Initial thoughts on the 683 patent infringement by Punch-out |
| PX-1015 | RQC0364468 | RQC0364472 | February 24, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 23 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 6 - Email from D. Christopherson to K. Lohkamp FW: Initial thoughts on the 683 patent infringement by Punch-out / Use of RSS configuration to control vendor access commentary |
| PX-1016 | RQC2115799 | RQC2115832 | March 30, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 24 & 2011.12.21 Deposition of Todd Dooner - Exhibit 104 - Presentation: ePlus Risk Mitigation Planning |
| PX-1017 | | | | WITHDRAWN |
| PX-1018 | RQC0822226 | RQC0822227 | March 18, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 26 - Email from D. Christopherson to K. Lohkamp RE: GoToMeeting Invitation – SciQuest and Lawson, Healthcare Solutions Demonstrations |
| PX-1019 | RQC2291408 | RQC2291410 | April 25, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 27 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 7 - Email from K. Lohkamp to D. Snyder, D. Kemper, J. Langer  RE: Please Read: Additional suggested change to the Requisition Center |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1020 | RQC0010154 | | May 5, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 28 - Email from D. Christopherson to J. Mulchrone RE: So the big question is… |
| PX-1021 | RQC2273418 | RQC2273419 | June 3, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 29 - Email from D. Hager to K. Lohkamp, J. Langer RE: Need Decision and Input on New Requested Change to RQC Related to Procurement Punchout |
| PX-1022 | RQC0007676 | RQC0007681 | June 22, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 30 & 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 11 - Email from D. Christopherson to K. Lohkamp RE: Cleveland Clinic: Questions |
| PX-1023 | RQC0921818 | RQC0921819 | March 30, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 31 - Email from J. Catalino to I. Svensson RE: proposed language for sales on ePlus |
| PX-1024 | RQC0008161 | RQC0008162 | June 1, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 34 - Email from D. Christopherson to K. Lohkamp and I. Svensson RE: Mayo RQC Questions |
| PX-1025 | | | | WITHDRAWN |
| PX-1026 | RQC0008104 | RQC0008104 | June 2, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 36 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 21 - Email from D. Christopherson to K. Lohkamp RE: REQ Center |
| PX-1027 | RQC0239879 | RQC0239880 | August 2, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 37 - Email from M. Klebe to A. Drury RE: Hi Aaron! |
| PX-1028 | | | | WITHDRAWN |
| PX-1029 | RQC0004233 | RQC0004233 | May 25, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 39 - Email from M. Bragstad to N. Anderson et al.  RE: Changes being brought with Req Center |

LIBW/1814874.3

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1030 | RQC0008088 | RQC0008089 | June 02, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 40 - Email from D.Christopherson to M. Bragstad RE: Changes being brought with Req Center |
| PX-1031 | RQC0008371 | RQC0008371 | May 25, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 41 - Email from D. Christopherson to M. Bragstad et al. RE: Changes being brought with Req Center |
| PX-1032 | RQC0122080 | RQC0122080 | June 02, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 42 - Email from M. Bragstad to E. Homewood RE: Changes being brought with Req Center |
| PX-1033 | RQC0109373 | RQC0109373 | | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 04, 2011.12.29 Deposition of Scott Hanson - Exhibit 7 & 2012.01.05 Deposition of Kevin Samuelson - Exhibit 13 - Spreadsheet - Customer List |
| PX-1034 | RQC0369859 | RQC0369860 | June 8, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 05 & 2011.12.29 Deposition of Scott Hanson - Exhibit 12 - Email from G. Benton to D. Davidson Re RQC |
| PX-1035 | | | | WITHDRAWN |
| PX-1036 | | | | WITHDRAWN |
| PX-1037 | | | | WITHDRAWN |
| PX-1038 | RQC02657684 | RQC02657686 | September 6, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 09 - Email from D. Hager to K. Lohkamp Re: Update on RQC/ePlus Communications |
| PX-1039 | RQC0801464 | RQC0801466 | June 16, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 10 - Email from L. Durham, Priority health to M. Anderson, et al.  Re Lawson Global Support – ePlus Patent Litigation |
| PX-1040 | RQC0764098 | RQC0764098 | June 29, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 11 - Email from D. Orndorff to R. Ainsbury, RE: ePlus - updated Master list of customers |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1041 | RQC0117312 | RQC0117313 | June 3, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 12 - Q&A Session with Dean Hagar- Introduces Lawson Requisition Center |
| PX-1042 | RQC0801547 | RQC0801548 | June 14, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 13 - Email from D. Diehl to M. Anderson RE: RQC reminder for teams |
| PX-1043 | | | | WITHDRAWN |
| PX-1044 | RQC0538393 | RQC0538394 | June 23, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 17 - Email from M. Bragstad to E. Homewood  RE: Conversation with Matthew Bragstad |
| PX-1045 | N/A | N/A | | 2011.12.21 Deposition of Todd Dooner - Exhibit 101 - RSS/RQC Difference Details |
| PX-1046 | | | | WITHDRAWN |
| PX-1047 | | | | WITHDRAWN |
| PX-1048 | | | | WITHDRAWN |
| PX-1049 | RQC2154688 | RQC2154689 | April 21, 2011 | 2011.12.21 Deposition of Todd Dooner - Exhibit 113 - Email from B. Crawford to B. McPheeters RE: Possible Modification to code per Dale FW: Here is the concept |
| PX-1050 | RQC0117866 | RQC0117867 | June 6, 2011 | 2011.12.21 Deposition of Todd Dooner - Exhibit 114 - Email from M. Klebe to M. Bragstad RE: Heads up on RQC Change |
| PX-1051 | | | | WITHDRAWN |
| PX-1052 | | | | WITHDRAWN |
| PX-1053 | | | | WITHDRAWN |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1054 | | | | WITHDRAWN |
| PX-1055 | RQC0008253 | RQC0008253 | May 26, 2011 | 2011.12.21 Deposition of Todd Dooner - Exhibit 126 - Email from D. Christopherson to T. Dooner and K. Lohkamp RE: RSS to RQD KB article# 5434646 |
| PX-1056 | RQC0905555 | RQC0905593 | June 27, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 04 - Email from K. Ross to M. Tincher RE: Updated Chronology, with attachment: Intro to Requisition Center Webinar 060311 Powerpoint |
| PX-1057 | RQC2609830 | RQC2609832 | | 2011.12.29 Deposition of Scott Hanson - Exhibit 05 - Email from D. Christopherson to L. Gregg and P. Wright FWD: Q&A from Friday Webinar - Current Version, with attached spreadsheet |
| PX-1058 | RQC0114812 RQC0115250 RQC0113787 RQC0113785 RQC0113842 RQC0114257 | RQC0114819; RQC0115259; RQC0113794; RQC0113786; RQC0113846; RQC0114259 | | 2011.12.29 Deposition of Scott Hanson - Exhibit 08 - Excerpts from Support Ticket Files |
| PX-1059 | | | | WITHDRAWN |
| PX-1060 | RQC0109375 | RQC0109375 | | 2011.12.29 Deposition of Scott Hanson - Exhibit 10 - Spreadsheet - Export from RQC SWAT Cases |
| PX-1061 | RQC0109374 | RQC0109374 | | 2011.12.29 Deposition of Scott Hanson - Exhibit 11 - Spreadsheet |
| PX-1062 | RQC0021754 | RQC0021756 | June 24, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 13 - Email from S. Hanson to J. Catalino, M. Jokinen and R. Graham RE: RSS to RQC Services Reserve Calculation |
| PX-1063 | RQC0635983 | RQC0635984 | June 24, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 14 - Email from R. Graham to S. Hanson RE: RSS to RQC Services Reserve Calculation |

LIBW/1814874.3

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1064 | RQC0022539 | RQC0022539 | June 1, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 15 - Email from S. Hanson to S. Abrams, S. Irani and G. Cardwell RE: RQC |
| PX-1065 | RQC00019999 | RQC00020001 | September 1, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 16 - Email from S. Hanson to W. Schulte RE: Kennedy Health (4788) – RQC Consulting Time |
| PX-1066 | RQC0013417 | RQC0013417 | June 30, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 17 - Email from J. Healey to S. Hanson RE: Question Heartland |
| PX-1067 | RQC0019874 | RQC0019877 | September 15, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 18 - Email from S. Hanson to D. Utteridge RE: RQC at Nuffield |
| PX-1068 | RQC0870774 | RQC0870777 | June 2, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 19 - Email from K. Lohkamp to D. Davidson Re: RSS to Req Center Upgrade |
| PX-1069 | RQC0920551 | RQC0920556 | June 3, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 20 - Email from S. Hanson to D. Davidson RE: Action item: need immediate letter to Partners |
| PX-1070 | RQC0019869 | RQC0019870 | September 21, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 21 - Email from S. Hanson to C. Miliner RE: RSS/RQC  differences documentation |
| PX-1071 | RQC2115683 | RQC2115686 | June 2, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 22 - Email from M. Salovich to P. Schultz and G. Barchan FW: RQC Training: is is "required" for "existing" customers? |
| PX-1072 | RQC0014103 | RQC0014104 | June 8, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 25 - Email from C. Walters to S. Hanson RE: RSS – RQC Customer testing |
| PX-1073 | RQC0055932 | RQC0055933 | May 26, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 26 - Email from J. Langer to H. Debes RE: more customer feedback on Requisition Center…reinforces Harry's message |
| PX-1074 | RQC2741646 | RQC2741646 | 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 04 - Spreadsheet – P & L, FY 2011 |
| PX-1075 | N/A | N/A | | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 05 - Lawson License Revenues, January 2011- November 2011 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1076 | N/A | N/A | | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 06 - Lawson Maintenance Revenues, January 24, 2011 - November 30, 2011 |
| PX-1077 | N/A | N/A | May 31, 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 07 - Lawson US FY11 Actual P&L Profit by Revenue Type |
| PX-1078 | N/A | N/A | | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 08 - SKU Chart |
| PX-1079 | RQC0838864 | RQC0838864 | | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 09 - Spreadsheet – S3HCM |
| PX-1080 | RQC2741643 | RQC2741643 | 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 10 - License Revenue Spreadsheet |
| PX-1081 | RQC2741644 | RQC2741644 | 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 12 - Maintenance Revenue Spreadsheet |
| PX-1082 | RQC2741645 | RQC2741645 | 2011 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 15 - Service Revenue Spreadsheet |
| PX-1083 | | | | WITHDRAWN |
| PX-1084 | | | | WITHDRAWN |
| PX-1085 | | | | WITHDRAWN |
| PX-1086 | | | | WITHDRAWN |
| PX-1087 | | | | WITHDRAWN |
| PX-1088 | RQC2282399 | RQC2282402 | March 7, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 04 - Email from M. Cohen to B. McPheeters  FW: CUE Demo Plans, need help |

LIBW/1814874.3

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1089 | RQC2631716 | RQC2631750 | April 12, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 05 - Email from M. Braun to P. Schultz and G. Barchan Re Requisition Center Launch – Difference ppt Attachment: ePlus: Risk Mitigation Planning Presentation, dated March 30, 2011 |
| PX-1090 | RQC0026599 | RQC0026602 | March 25, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 06 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 9 - Email from K. Lohkamp to D. Hager RE: Questions |
| PX-1091 | RQC0328897 | RQC0328898 | March 30, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 07 - Email from P. Miele to J. Millar RE: ePlus Litigation – URGENT ACTION for you |
| PX-1092 | RQC2300898 | RQC2300900 | March 30, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 08 - Email from K. Madson to J. Ekelin RE: proposed language for sales plus |
| PX-1093 | RQC0883671 | RQC0883673 | April 26, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 09 - Email from D. Christopherson to T. Dooner  and D. Hicarte FW: Scenario Grid |
| PX-1094 | RQC2631677 | RQC2631679 | May 4, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 10 - Email from M. Braun to D. Hager and J. Langer RE: DEAN – can you review and approve for RSS next steps? |
| PX-1095 | RQC0917250 | RQC0917256 | May 10, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 11 - Email from K. Lohkamp to K. Madson. J. Langer and M. Braun RE: rev rec comments |
| PX-1096 | RQC0914942 | RQC0914945 | June 9, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 12 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 8 - Email from D. Christopherson to D. Hager, B. McPheeters et al. RE: RQC Patch 1 updated |
| PX-1097 | RQC2714497 | RQC2714501 | May 27, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 13 - Email from I. Svensson to C. Gustafson RE: ACTION the 277 – next step |
| PX-1098 | RQC0813754 | RQC0813755 | May 26, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 14 - Email from D. Hager to H. Debes RE:  Another Customer Letter |

LIBW/1814874.3

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1099 | RQC0764901 | RQC0764903 | May 24, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 15 - Email from T. Blake to J. Langer RE: e-plus litigation |
| PX-1100 | RQC0848776 | RQC0848779 | May 26, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 16 - Email from M. Poling to D. Hager RE: Update on Requisition Center and Punchout – Sutter |
| PX-1101 | RQC2076740 | RQC2076742 | June 1, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 17 - Email from M. Tincher  RE: Moving Up to RQC – large project team w/ Attachment RSS Injunction Battle Plan Spreadsheet |
| PX-1102 | RQC0907446 | RQC0907460 | June 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 18 - RQC Presentation – Webinar re: court order requiring immediate replacement of RQSS w/RQ Center |
| PX-1103 | RQC0869344 | RQC0869345 | May 26, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 19 - Email from S. Melsa to N. Anderson FW: draft customer letter regarding e-plus |
| PX-1104 | RQC0000732 | RQC0000738 | May 27, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 21 & 2012.01.09 Deposition of Kurt Reasoner - Exhibit 2 - H. Debes letter RE: Immediate replacement of RSS software products required |
| PX-1105 | RQC0869062 | RQC0869093 | June 3, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 22 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 11 - Email from J. Langer to N. Anderson FW: LRC webinar follow-up: questions and recordings w/ attachment LRC Question and Answers.txt |
| PX-1106 | RQC0186340 | RQC0186343 | June 7, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 23 - Email from D. Christopherson to K. Lohkamp, S. Hanson and N. Anderson RE: RQC bug count |
| PX-1107 | RQC0055076 | RQC0055076 | May 25, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 24 - Email from J. Hogan to D. Hager and C. Balmforth FW: Changes being brought with Req Center |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1108 | | | | WITHDRAWN |
| PX-1109 | RQC0839509 | RQC0839510 | March 29, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 26 - Email from J. Langer to D. Snyder RE: ePlus Litigation – URGENT ACTION for you |
| PX-1110 | RQC0922437 | RQC0922440 | May 5, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 27 - Email from D. Hager to J. Langer RE: YOUR COMMENTS REQUESTED: Preview of AE and RSM email on Requisitions Self-Service |
| PX-1111 | RQC2091954 | RQC2091959 | May 26, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 28 - Email from J. Langer to G. Leduc et al., FW: Supporting Materials for Mtg 2:00 – RE: project team for ePlus and Attachment: Moving up to RQC |
| PX-1112 | RQC0612952 | RQC0612952 | May 26, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 29 - Email from D. Hager to T. Blake -  Content for Prospect Letter |
| PX-1113 | RQC0883191 | RQC0883229 | June 3, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 10 - Presentation: Introducing Lawson Requisition Center |
| PX-1114 | | | | WITHDRAWN |
| PX-1115 | RQC0590893 | RQC0590903 | May 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 13 - Email and attachment, Lawson Requisition Center, How To Sell |
| PX-1116 | RQC2300171 | RQC2300173 | May 18, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 14 - Email from D. Christopherson to D. Kempker, J. Langer et al. RE: Recommendation on next steps for RSS and RQC |
| PX-1117 | RQC2256291 | RQC2256305 | June 7, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 15 - Email from D. Christopherson to J. Mulchrone and T. Dooner FW: Updated FAQs for Legal Review and Posting on Globe |

LIBW/1814874.3

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1118 | RQC2657684 | RQC2657686 | September 6, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 16 - Email from D. Hager to K. Lohkamp, RE: update on RQC/ePlus Communications |
| PX-1119 | | | | WITHDRAWN |
| PX-1120 | RQC0023552 | RQC0023554 | September 15, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 18 - Email from K. Reasoner to K. Lohkamp FW: Estimated RQC Implementation Costs dated September 15, 2011 and undated attachment, RQC Implementation |
| PX-1121 | RQC0023547 | RQC0023548 | September 16, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 19 - Email from Dan Azevedo to Kurt Reasoner and Keith Lohkamp RE: RSS Replacement Cost Estimate, dated September 16, 2011 |
| PX-1122 | RQC2131310 | RQC2131312 | September 16, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 20 - E-mail from K. Lohkamp to J. Ekelin FW: RSS Replacement Cost Estimate dated September 16, 2011 and undated attachment, RSS Replacement Application Implementation |
| PX-1123 | RQC0026129 | RQC0026129 | June 2, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 22 - Email from K. Lohkamp to B. Ciacrochi RE: REQ Center |
| PX-1124 | RQC2214590 | RQC2214591 | May 31, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 23 - E-mail from M. Klebe to M. Finckler RE: RQC-BETA Customers/ Live Customers? |
| PX-1125 | RQC0838864.0001 | RQC0838864.0002 | | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 24 - Spreadsheet – S3HCM (Excerpt) |
| PX-1126 | N/A | N/A | January 31, 2012 | 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 10 - Webpage: Supplier Resource Library, accessed 1/31/12 <https://sciquest.com/SupplierResourceLibrary/?page_id=1104> |
| PX-1127 | | | | WITHDRAWN |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1128 | | | | WITHDRAWN |
| PX-1129 | | | | WITHDRAWN |
| PX-1130 | | | | WITHDRAWN |
| PX-1131 | | | | WITHDRAWN |
| PX-1132 | | | | WITHDRAWN |
| PX-1133 | | | | WITHDRAWN |
| PX-1134 | EPLUSPT000395 | EPLUSPT000395 | December 5,  2011 | 2012.01.13 Initial Expert Report of Alfred C. Weaver, Ph.D. Concerning Defendant's Contempt of the Court's Permanent Injunction - Exhibit 06 - RQC Demonstration - RQC Punchout, Claim 26 of '683 Patent |
| PX-1135 | EPLUSPT000396 | EPLUSPT000396 | November 15, 2011 | 2012.01.13 Initial Expert Report of Alfred C. Weaver, Ph.D. Concerning Defendant's Contempt of the Court's Permanent Injunction - Exhibit 07 - RQC Demonstration - RQC Categories, Claim 28 of '683 Patent |
| PX-1136 | | | | WITHDRAWN |
| PX-1137 | | | | WITHDRAWN |
| PX-1138 | | | | WITHDRAWN |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1139 | | | | WITHDRAWN |
| PX-1140 | | | | WITHDRAWN |
| PX-1141 | | | | WITHDRAWN |
| PX-1142 | | | | WITHDRAWN |
| PX-1143 | | | | WITHDRAWN |
| PX-1144 | | | | WITHDRAWN |
| PX-1145 | | | | WITHDRAWN |
| PX-1146 | | | | WITHDRAWN |
| PX-1147 | | | | WITHDRAWN |
| PX-1148 | | | | WITHDRAWN |
| PX-1149 | | | | WITHDRAWN |
| PX-1150 | | | | WITHDRAWN |

LIBW/1814874.3

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1151 | N/A | N/A | January 27, 2011 | 2012.01.27 Reply Expert Report of Patrick Niemeyer Concerning Defendant's Contempt of the Court's Permanent Injunction - Exhibit A - RQC Source Code Changes |
| PX-1152 | RQC0000348 | RQC0000363 | May 2011 | Lawson Requisition Center Installation Guide |
| PX-1153 | RQC0000380 | RQC0000383 | May 2011 | Requisition Center Release Notes |
| PX-1154 | RQC0000434 | RQC0000635 | June 2011 | Requisitions User Guide |
| PX-1155 | RQC0000709 | RQC0000721 | June 2011 | Lawson Requisition Center What's New and Different |
| PX-1156 | RQC0000722 | RQC0000722 | May 18, 2011 | Lawson S3 Requisition Center is generally available today - May 18th, 2011 |
| PX-1157 | RQC0000723 | RQC0000723 | 2011 | Lawson Requisition Center: Courses from Lawson Learning |
| PX-1158 | | | | WITHDRAWN |
| PX-1159 | RQC0000730 | RQC0000730 | June 2011 | Important Notice: Recommended Patch Available for Procurement Punchout Customers |
| PX-1160 | RQC0000731 | RQC0000731 | June 2011 | Patch for Requisition Center 9.0.1 Now Available |
| PX-1161 | RQC0000739 | RQC0000739 | July 12, 2011 | Lawson Website Requisition Center Screenshot |

LIBW/1814874.3

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1162 | RQC0000740 | RQC0000740 | May 2011 | Lawson Requisition Center Overview Video |
| PX-1163 | RQC0000741 | RQC0000741 | June 3, 2011 | Requisition Center Training Course |
| PX-1164 | RQC0000742 | RQC0000742 | | Video Message From Dean Hager on "Requisition Center" |
| PX-1165 | RQC0000743 | RQC0000743 | June 3, 2011 | Lawson WebEx With Customers Concerning RQC |
| PX-1166 | RQC0000744 | RQC0000744 | | Patch disc created June 26, 2011 |
| PX-1167 | RQC0000745 | RQC0000745 | | Disc containing source code for RQC as-of August 12, 2011 |
| PX-1168 | RQC0000747 | RQC0000747 | | Disc containing source code for RQC as-of August 12, 2011 |
| PX-1169 | RQC0000748 | RQC0000748 | | Disc containing source code DIFF file showing differences between backend Lawson 4GL coding used with RSS and RQC |
| PX-1170 | RQC0000750 | RQC0000750 | | Disc containing source code DIFF files showing differences between RSS and RQC as-of June 9, 2011 Patch |
| PX-1171 | RQC0000751 | RQC0000751 | | Disc containing Lawson source code repository |
| PX-1172 | RQC0000746 | RQC0000746 | | Disc containing source code DIFF files showing differences between RSS and RQC as-of August 12, 2011 |
| PX-1173 | RQC0000749 | RQC0000749 | | Disc containing source code DIFF files showing differences between RSS and RQC as-of May 18, 2011 |
| PX-1174 | | | | WITHDRAWN |

LIBW/1814874.3

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1175 | | | | WITHDRAWN |
| PX-1176 | RQC0000749 | RQC0000749 | | 2011.12.21 Deposition of Todd Dooner - Exhibit 121 - Requisition.js file from RQC0000749 |
| PX-1177 | | | | WITHDRAWN |
| PX-1178 | RQC0010354 | RQC0010357 | April 26, 2011 | Email from D. Christopherson to P. Langer FW: How did testing go? |
| PX-1179 | RQC0010819 | RQC0010820 | March 18, 2011 | Email from D. Christopherson to D. DeLancey and D. Christianson FW: GoToMeeting Invitation - SciQuest and Lawson. Healthcare Solution Demonstrations |
| PX-1180 | | | | WITHDRAWN |
| PX-1181 | | | | WITHDRAWN |
| PX-1182 | RQC0021435 | RQC0021438 | July 7, 2011 | Email from S. Hanson to S. Varma RE: Question about existing Reqs in RSS *Created CASE #136641 by AD, |
| PX-1183 | | | | WITHDRAWN |
| PX-1184 | | | | WITHDRAWN |
| PX-1185 | | | | WITHDRAWN |
| PX-1186 | | | | WITHDRAWN |
| PX-1187 | RQC0055895 | RQC0055895 | June 24, 2011 | Email from S. Merten to T. Olson-Stepp and S. Hanson RE: RSS to RQC Services Reserve Calculation |
| PX-1188 | | | | WITHDRAWN |
| PX-1189 | RQC0056483 | RQC0056483 | | Spreadsheet of Source Code Changes |

LIBW/1814874.3

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1190 | | | | WITHDRAWN |
| PX-1191 | RQC0109447 | RQC0109447 | | Lawson Customer List |
| PX-1192 | | | | WITHDRAWN |
| PX-1193 | RQC0109478 | RQC0109766 | February 22, 2011 | Lawson Response to Request for Proposal (RFP) # 00000154 City of Alexandria, VA for Enterprise Resource Planning (ERP) Software and Implementation Services |
| PX-1194 | RQC0111339 | RQC111356 | | Lawson Customer List |
| PX-1195 | RQC0111357 | RQC0111366 | August 22, 2011 | Lawson Presentation: RQC SWAT Team Financial Update |
| PX-1196 | | | | WITHDRAWN |
| PX-1197 | | | | WITHDRAWN |
| PX-1198 | | | | WITHDRAWN |
| PX-1199 | RQC0251549 | RQC0251550 | May 25, 2011 | Email from M. Klebe to D. O'Connor RE: Help View Case 112425 |
| PX-1200 | | | | WITHDRAWN |
| PX-1201 | RQC0653558 | RQC0653559 | June 7, 2011 | Email from J. Langer to J. Langer, S. Merten et al. RE: RQC Team: Legal requested changes to Punch-out will be included in forthcoming RQC patch |
| PX-1202 | RQC0804015 | RQC0804018. | | RQC Source Code Development |
| PX-1203 | RQC0823069.001 | RQC0823069.007 | | Spreadsheet of Customers' Status |
| PX-1204 | RQC0824948 | RQC0824951 | June 8, 2011 | Email from J. Goldman to K. Lohkamp RE: NEW INFORMATION: Lawson Requisition Center |
| PX-1205 | RQC0836445 | RQC0836451 | June 2, 2011 | Email from S. Hanson to D. Smith RE: Lawson / e-Plus litigation update |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1206 | RQC0843442 | RQC0843447 | June 1, 2011 | Email from M. Vance to I. Svensson RE: A message from Dean Hager - RQC now available free of charge to replace RSS |
| PX-1207 | | | | WITHDRAWN |
| PX-1208 | | | | WITHDRAWN |
| PX-1209 | | | | WITHDRAWN |
| PX-1210 | | | | WITHDRAWN |
| PX-1211 | RQC0920379.001 | RQC0920379.069 | | Spreadsheet of Q's and A's from RQC Webinar |
| PX-1212 | | | | WITHDRAWN |
| PX-1213 | RQC2035292 | RQC2035293 | | Investor Talking Points re: ePlus Matter |
| PX-1214 | RQC2115683 | RQC2115686 | June 2, 2011 | Email from M. Salovich to P. Schultz and G. Barcham RE: FW: RQC Training: is it "required" for "existing" customers? |
| PX-1215 | | | | WITHDRAWN |
| PX-1216 | | | | WITHDRAWN |
| PX-1217 | RQC2273796 | RQC2273796 | May 26, 2011 | Email from B. Fridell to D. Hager et al. RE: Lawson's response to Summa's concerns |
| PX-1218 | RQC2297215 | RQC2297217 | April 26, 2011 | Email from G. Leduc to A. Price, D. Davidson, and C. Bennett RE: Requisition Center ePlus |
| PX-1219 | | | | WITHDRAWN |
| PX-1220 | RQC2348362 | RQC2348363 | May 26, 2011 | Email from B. Slaney to M. Evans, J. Goldman et al. RE: FW: RQC Customer Objections to Address |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1221 | | | | WITHDRAWN |
| PX-1222 | RQC2466739 | RQC2466739 | May 30, 2011 | Email from I. Kim to S. Tolchin, R. Innocentin et al. RE: ePlus Talking Points |
| PX-1223 | RQC2466740 | RQC2466740 | May 30, 2011 | Investor Talking Points re: ePlus Matter |
| PX-1224 | | | | WITHDRAWN |
| PX-1225 | RQC2578709 | RQC2578712 | June 2, 2011 | Email from V. Borowik to C. Bennett RE: ** Please review this final ** - Lawson Learning RQC Course Options |
| PX-1226 | RQC2676828 | RQC2676830 | June 6, 2011 | Email from L. Iozzo to M. Pebesma RE: RSS Options |
| PX-1227 | | | | WITHDRAWN |
| PX-1228 | N/A | N/A | August 22, 2011 | Demonstration of RQC |
| PX-1229 | RQC0922314 | RQC0922318 | May 27, 2011 | Email from D. Hager to J. Catlino and B. McPheeters re Action: the 277 - Next Step |
| PX-1230 | RQC0922460_00001 | RQC0922460_00001 | March 25, 2011 | Email from D. Hager to H. Debes re ePlus Notes |
| PX-1231 | RQC1000192 | RQC1000195 | May 26, 2011 | Email from D. Christopherson to M. Cohen re Punchout |
| PX-1232 | RQC1001919 | RQC1001924 | July 20, 2011 | Email from E. Homewood to S. Connors, M. Anderson, and H. Raleigh re Client 6552 - (American Hosptial Dubai) Mohamed & Obaid Almulla LLC - No Access to RSS Download |
| PX-1233 | RQC1002444 | RQC1002450 | April 3, 2011 | Email from J. Langer to B. Murphy, J. Catalino, and D. Siebert re ePlus - CUE Messaging and Scenarios for Executive Management |
| PX-1234 | RQC1003017 | RQC1003019 | September 19, 2011 | Email from D. Christopherson to W. Schultz and T. Dooner re Information Request |
| PX-1235 | RQC1003184 | RQC1003185 | June 7, 2011 | Email from J. Langer to B. McPheeters, K. Lohkamp and M. Cohen re Need Guidance on Patch |

LIBW/1814874.3

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1236 | RQC1003200 | RQC1003202 | May 18, 2011 | Email from J. Ekelin to D. Christopherson, D. Kempker, J. Langer, D. Snyder, K. Lohkamp, and M. Braun re Reccomendation on Next Steps for RSS and RQC |
| PX-1237 | RQC2297222 | RQC2297226 | May 6, 2011 | Email from G. Leduc to J. Schulman re Requisition Center ePlus |
| PX-1238 | RQC2304315 | RQC2304316 | June 16, 2011 | Email from N. Anderson to M. Tincher, K. Lohkamp, and D. Kempker re Decommission Notice |
| PX-1239 | RQC2714578 | RQC2714581 | September 23, 2011 | Email from M. Anderson to S. Rauf re Client ID - 5321, Case ID 154096 |
| PX-1240 | RQC2716217 | RQC2716219 | April 15, 2011 | Email from M. Packer to B. McPheeters re Updated Commitment Papers |
| PX-1241 | RQC2741737 | RQC2741737 | August 31, 2012 | Lawson License Revenue - 8-31-12 |
| PX-1242 | RQC2741738 | RQC2741738 | August 31, 2012 | Lawson Maintenance Revenue - 8-31-12 |
| PX-1243 | RQC2741739 | RQC2741739 | August 31, 2012 | Lawson Services Revenue - 8-31-12 |
| PX-1244 | RQC2741740 | RQC2741740 | October 31, 2012 | USA PL FY12 10-31-12 |
| PX-1245 | RQC2741741 | RQC2741741 | August 31, 2012 | Lawson Revenue SKU Report All Data - 8-31-12 |
| PX-1246 | RQC2741742 | RQC2741742 | November 30, 2012 | Lawson License Revenue - 11-30-12 |
| PX-1247 | RQC2741743 | RQC2741743 | November 30, 2012 | Lawson Maintenance Revenue - 11-30-12 |
| PX-1248 | RQC2741744 | RQC2741744 | November 30, 2012 | Lawson Service Revenue - 11-30-12 |
| PX-1249 | RQC2741745 | RQC2741745 | November 30, 2012 | Lawson Revenue SKU Report All Data - 11-30-12 |
| PX-1250 | RQC3000243 | RQC3000244 | June 3, 2011 | Email from D. Christopherson to J. Mulchrone and B. Crawford re Changes RSS to RQC |
| PX-1251 | RQC3000370 | RQC3000370 | April 22, 2011 | Email from M. Cohen to D. Hager and B. McPheeters re Requisition Center |
| PX-1252 | RQC3000374 | RQC3000374 | April 13, 2011 | Email from M. Cohen to B. McPheeters and J. Ekelin re ePlus |
| PX-1253 | RQC3002497 | RQC3002498 and RQC1002446 - 50 (attach) | April 1, 2011 | Email from J. Ekelin to J. Langer, B. McPheeters, T. Blake, M. Cohen, D. Hager, and J. Comport re ePlus - CUE Messaging and Scenarios for Executive Management |
| PX-1254 | RQC3002676 | RQC3002677 (with attach) | June 9, 2011 | Email from J. Ekelin to D. Christopherson, E. Homewood, M. Cohen, S. Merten, K. Lohkamp, and J. Langer re Q&A from Friday Webinar - Latest Version |

LIBW/1814874.3

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1255 | RQC3002775 | RQC3002778 | June 7, 2011 | Email from D. Christopherson to D. Hager, B. McPheeters, K. Lohkamp, J. Langer, M. Cohen and J. Mulchrone re Need Decision and Input on New Requested Change to RQC Related to Procurement Punchout |
| PX-1256 | RQC3002882 | RQC3002884 | May 26, 2011 | Email from D. Christopherson to M. Cohen Re Punchout |
| PX-1257 | RQC3002990 | RQC3002990 | April 5, 2011 | Email from D. Christopherson to M. Cohen re ePlus |
| PX-1258 | RQC3003518 | RQC3003520 | March 11, 2011 | Email from D. McDonald to B. McPheeters re ePlus Case Update |
| PX-1259 | RQC3003530 | RQC3003530 | March 7, 2011 | Email from D. Christopherson to B. McPheeters re Response to your Voice Mail |
| PX-1260 | RQC3004306 | RQC3004310 | April 1, 2011 | Memo from Lawson Legal Department to Executive Management re CUE Messaging for ePlus Patent Infringement Case |
| PX-1261 | RQC3005817 | RQC3005820 | April 13, 2011 | Email from B. McPheeters to M. Cohen re Lawson Healthcare Weekly Pulse: Week Ending April 8, 2011 |
| PX-1262 | N/A | N/A | 1/27/2011 - 11/30/2012 | Federal Rule of Evidence 1006 summaries of Lawson financial information |
| PX-1263 | RQC3004438 | RQC3004439 | April 11, 2011 | Email from B. McPheeters to J. Langer, K. Lohkamp, M. Braun, J. Mulchrone, D. Christopherson, K. White, B. Doyle, H. Pribyl, G. Tolkmit, S. Schulz, and B. Loch Re: confidential discussion draft of press release re ePlus injunction |
| PX-1264 | RQC2714421 | RQC2714421 | March 31, 2011 | Email from J. Langer to T. Blake Re: ePlus messaging |
| PX-1265 | RQC1001739 | RQC1001745 | June 20, 2011 | Email from J. Langer to D. Snyder Re: ePlus - follow up re customer counts and maintenance revenues at risk |
| PX-1266 | RQC0893665_00001 | RQC0893665_00002 | May 27, 2011 | Email from D. Hager to K. White Re: Lawson's response to Summa's concerns |
| PX-1267 | RQC0893666 | RQC0893666 | May 26, 2011 | Letter from D. Hager to Summa Health System - Attachment to RQC0893665_00001 |
| PX-1268 | RQC0922457 | RQC09224578 | March 25, 2011 | "ePlus by the Numbers" - Attachment to RQC0922460_00001 |
| PX-1269 | N/A | N/A | October 7, 2011 | 2011.12.29 Deposition of Scott Hanson – Exhibit 06 – Defendant Lawson Software, Inc.'s Answers to Plaintiff *e*Plus Inc.'s First Set of Interrogatories for Contempt Proceedings |

LIBW/1814874.3

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| PX-1270 | N/A | N/A | October 24, 2011 | 2011.10.24 Defendant Lawson Software, Inc.'s Supplemental Responses to Plaintiff ePlus Inc.'s First Set of Interrogatories for Contempt Proceedings (Interrogatory No. 5) |
| PX-1271 | N/A | N/A | December 22, 2011 | 2011.12.22 Defendant Lawson Software, Inc.'s Supplemental Responses to Plaintiff ePlus Inc.'s First Set of Interrogatories for Contempt Proceedings (Interrogatories 11-12) |

LIBW/1814874.3