**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09CV620 (REP) |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT LAWSON SOFTWARE, INC.'S WITNESS LIST

Pursuant to (i) the Joint Stipulation regarding the pre-hearing schedule submitted by the parties on March 11, 2013 and (ii) Paragraph 2 of the Court's Scheduling Order (Docket No. 1020), Defendant Lawson Software, Inc. ("Lawson") hereby identifies those persons whom it has a good faith basis to believe it will call to give testimony in person or by deposition at the contempt hearing that is scheduled to begin on April 2, 2013.

Lawson reserves the right to supplement or amend the list in light of any order regarding the scope of the trial or in light of any information submitted by Plaintiff ePlus Inc. ("ePlus") as part of its pretrial filings or otherwise. Lawson further reserves the right to present the testimony of any witness identified or called by ePlus.

In alphabetical order, the names and addresses of the witnesses whom Lawson intends to call at trial either in person or by deposition (written transcript and/or videotape) are as follows:

| | Name | Address | Purpose |
|---|---|---|---|
| 1. | Dale Christopherson | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 2. | Benjamin Goldberg, Ph.D. | New York University<br>Department of Computer Science<br>251 Mercer Street, Room 401<br>New York, NY 10012 | Expert |
| 3. | Kenneth Farber<br>(by deposition) | ePlus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171 | Fact |
| 4. | Dean Hager<br>(by deposition) | Kroll Ontrack<br>9023 Columbine Road<br>Eden Prairie, MN 55347 | Fact |
| 5. | Elizabeth Homewood | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 6. | Keith Lohkamp | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 7. | Jonathan Putnam, Ph.D. | Competition Dynamics<br>125 Washington Street #202<br>Salem, MA 01970-3535 | Expert |
| 8. | Kevin Samuelson | Backcountry.Com<br>1678 Redstone Center Drive<br>Park City, Utah 84098-7614 | Fact |

DATED:  March 14, 2013

**LAWSON SOFTWARE, INC.**


By: _____/s/_____
            Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Timothy J. St. George, VSB #77349
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
tim.stgeorge@troutmansanders.com

Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035


*Counsel for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 14th day of March, 2013, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig T. Merritt
Paul W. Jacobs, II
Henry I. Willett, III
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cblaw.com

Michael G. Strapp
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
mstrapp@goodwinprocter.com

Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

                      /s/
_____
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*