**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09CV620 (REP) |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

<u>**DEFENDANT LAWSON SOFTWARE, INC.'S AMENDED AND CORRECTED**</u>
<u>**EXHIBIT LIST**</u>

Pursuant to (i) the Joint Stipulation regarding the pre-hearing schedule submitted by the parties on March 11, 2013 and (ii) Paragraph 2 of the Court's Scheduling Order (Docket No. 1020), Defendant Lawson Software, Inc. ("Lawson") hereby submits the attached amended list of exhibits it intends to admit into evidence either through live witnesses or by deposition at the contempt hearing that is scheduled to begin on April 2, 2013.  Lawson reserves the right to supplement or amend the list in light of any order regarding the scope of the trial or in light of any information submitted by Plaintiff ePlus Inc. ("ePlus") as part of its pretrial filings or otherwise.  Lawson further reserves the right to rely upon any exhibit that was admitted into evidence during trial.  Lawson also reserves the right to rely upon any exhibit offered at the contempt hearing by ePlus and admitted into evidence.

DATED:  March 18, 2013

**LAWSON SOFTWARE, INC.**


By: _____/s/_____
                Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Timothy J. St. George, VSB #77349
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
tim.stgeorge@troutmansanders.com

Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035


*Counsel for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 18th day of March, 2013, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig T. Merritt
Paul W. Jacobs, II
Henry I. Willett, III
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cblaw.com

Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

Michael G. Strapp
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
mstrapp@goodwinprocter.com

_____
                /s/
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09CV620 (REP) |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT LAWSON SOFTWARE, INC.'S AMENDED AND CORRECTED LIST OF AFFIRMATIVE CONTEMPT
HEARING EXHIBITS**

1

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-500 | | | January 27, 2011 | Signed verdict form |
| DX-501 | | | January 4, 2011 | Transcript of merits trial (Opening Statement) (pages 112-196) |
| DX-502 | | | January 4, 2011 | Transcript of merits trial (Testimony of Douglas Momyer) (pages 216-399) |
| DX-503 | | | January 5, 2011 | Transcript of merits trial (Testimony of Jim Johnson) (pages 448-480) |
| DX-504 | | | January 5, 2011 | Transcript of merits trial (Testimony of Alfred Weaver) (pages 482-510) |
| DX-505 | | | January 6, 2011 | Transcript of merits trial (Testimony of Alfred Weaver) (pages 517-922) |
| DX-506 | | | | WITHDRAWN |
| DX-507 | | | | WITHDRAWN |
| DX-508 | | | | WITHDRAWN |
| DX-509 | | | | WITHDRAWN |
| DX-510 | | | | WITHDRAWN |
| DX-511 | | | January 13, 2011 | Transcript of merits trial (Testimony of Michael Shamos) (pages 1723-1778) |
| DX-512 | | | January 14, 2011 | Transcript of merits trial (Testimony of Michael Shamos) (pages 1792-1948) |
| DX-513 | | | January 20, 2011 | Transcript of merits trial (Testimony of Brooks Hilliard) (pages 2656-2792) |
| DX-514 | | | January 24, 2011 | Transcript of merits trial (Closing Arguments) (pages 3085-3230) |

2

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-515 | | | | WITHDRAWN |
| DX-516 | | | | WITHDRAWN |
| DX-517 | | | | WITHDRAWN |
| DX-518 | | | | WITHDRAWN |
| DX-519 | | | | WITHDRAWN |
| DX-520 | | | | WITHDRAWN |
| DX-521 | | | January 20, 2012 | Golberg Report Ex. 3 – Video – Weaver Merits Trial Two Punchout demonstration |
| DX-522 | | | January 20, 2012 | Goldberg Report Ex. 4 – Video – Weaver Merits Trial Item Master / Punchout demonstration |
| DX-523 | | | January 20, 2012 | Goldberg Report Ex. A – Goldberg CV |
| DX-524 | | | | WITHDRAWN |
| DX-525 | RQC0000744 | RQC0000744 | | Source code |
| DX-526 | RQC0000745 | RQC0000745 | | Source code |
| DX-527 | RQC0000746 | RQC0000746 | | Source code differences file |
| DX-528 | RQC0000747 | RQC0000747 | | Source code |
| DX-529 | RQC0000748 | RQC0000748 | | "Lawson 4GL Diff Document" |
| DX-530 | RQC0000749 | RQC0000749 | | Source code differences file |
| DX-531 | RQC0000750 | RQC0000750 | | Source code differences file |
| DX-532 | RQC0000751 | RQC0000751 | | Source code differences files |
| DX-533 | RQC0000730 | RQC0000730 | | "Important Notice: Recommended Patch Available for Procurement Punchout Customers" |

3

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-534 | RQC0000731 | RQC0000731 | | "Patch for Requisition Center 9.0.1 Now Available" |
| DX-535 | | | May 6, 2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus, Inc. v. Lawson Software, Inc. |
| DX-536 | | | May 18, 2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus, Inc. v. Lawson Software, Inc. |
| DX-537 | | | June 16, 2011 | Letter from Scott Robertson to Daniel McDonald re: ePlus, inc. v. Lawson Software, Inc. |
| DX-538 | | | June 24, 2011 | Letter from Scott Robertson to Daniel McDonald re: ePlus inc. v. Lawson Software, Inc. |
| DX-539 | | | June 28, 2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus Inc. v. Lawson Software, Inc. |
| DX-540 | | | July 1, 2011 | Letter from Scott Robertson to Daniel McDonald re: ePlus, inc. v. Lawson Software, Inc. |
| DX-541 | | | July 6, 2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus Inc. v. Lawson Software, Inc. |
| DX-542 | | | | WITHDRAWN |
| DX-543 | | | | U.S. Patent No. 6,023,683 |
| DX-544 | | | | WITHDRAWN |
| DX-545 | | | January 4, 2011 | Weaver Trial Demonstratives |
| DX-546 | | | March 30, 2011 | Lawson Opposition to Motion for Permanent Injunction |
| DX-547 | | | April 1, 2011 | ePlus Reply to Motion for Permanent Injunction |
| DX-548 | | | April 4, 2011 | Transcript of April 4, 2011 injunction hearing |

4

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-549 | RQC2282399 | RQC2282402 | March 7, 2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 4 – Email from Mike Cohen to Bruce McPheeters FWD: CUE Demo Plans, need help |
| DX-550 | RQC0026599 | RQC0026602 | March 25, 2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 6 & 2012.01.06 Deposition of Keith Lohkamp – Exhibit 9 – Email from K. Lohkamp to D. Hager RE: Questions |
| DX-551 | RQC0054042 | RQC0054042 | May 10, 2011 | Email from Jim Catalino to Dean Hager RE: Anything on e-Plus? I have staff meeting and wanted to provide update - thx |
| DX-552 | RQC2091954 | RQC2091959 | May 26, 2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 28 – Email from Jennifer Langer to Guy Leduc et al. FW: Supporting Materials for Mtg 2:00 – RE: project team for ePlus (and attachment) |
| DX-553 | RQC2125837 | RQC2125837 | April 13, 2011 | Email from Brad Nauman to Jeff Hvass et al. FW: ePlus |
| DX-554 | RQC0922446 | RQC0922446 | April 25, 2011 | Email from Dean Hager to Darci Snyder Re: Clarity on mobile reqs |
| DX-555 | RQC0870441 | RQC0870443 | May 9, 2011 | Email from Jennifer Langer to Michael Poling et al. URGENT: Your Action Required for Q4 Opportunities and Beyond (S3 Requisitions Self Service) |
| DX-556 | RQC0914942 | RQC0914945 | June 9, 2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 12 & 2012.01.06 Deposition of Keith Lohkamp – Exhibit 8 – Email from D. Christopherson to D. Hager, B. McPheeters et al. RE: RQC Patch 1 updated |
| DX-557 | RQC0000636 | RQC0000637 | June 3, 2011 | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 08 – "Decommission Notice – S3 Requisitions Self-Service" |

5

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-558 | RQC0000732 | RQC0000738 | May 27, 2011 | "Immediate replacement of Requisitions Self Service software products required." |
| DX-559 | RQC0762337 | RQC0762343 | June 1, 2011 | "Immediate replacement of Requisitions Self Service software products required." |
| DX-560 | RQC0000724 | RQC0000725 | May 27, 2011 | "Immediate Support Stop for M3 e-Procurement solution required." |
| DX-561 | RQC0109373 | RQC0109373 | October 5, 2011 | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 04 – Spreadsheet – Customer List |
| DX-562 | | | December 19, 2011 | Spreadsheet – Customer List (update of October 5, 2011 version) |
| DX-562A | | | March 15, 2013 | Summary Chart of Lawson US Customers with Configuration 3 and 5 on Active Maintenance as of May 23, 2011 |
| DX-563 | RQC0561907 | RQC0561909 | | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 06 – "Timeline for ePlus Patent Litigation (ERH)" |
| DX-564 | | | | WITHDRAWN |
| DX-565 | RQC2076749 | RQC2076750 | May 29, 2011 | Email from N. Anderson to R. Umali et al. re: PLEASE READ – Important Content |
| DX-566 | RQC0915427 | RQC0915428 | June 1, 2011 | Email from E. Homewood to N. Anderson RE: ePlus – Status Update |
| DX-567 | RQC0004126 | RQC0004126 | June 2, 2011 | Email from E. Homewood to ORG-All Support & Delivery re: IMPORTANT – PLEASE READ: Knowledge Base unavailable externally |
| DX-568 | RQC0000722 | RQC0000722 | May 18, 2011 | "Lawson S3 Requisition Center is generally available today – May 18th, 2011." |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-569 | RQC0915431 | RQC0915432 | | "External Communications" |
| DX-570 | | | | WITHDRAWN |
| DX-571 | RQC0113765 | RQC0113775 | | Excerpt from "Cases with RSS Dialogue" |
| DX-572 | | | | WITHDRAWN |
| DX-573 | | | | WITHDRAWN |
| DX-574 | RQC0113826 | RQC0113829 | | Excerpt from "Cases with RSS Dialogue" |
| DX-575 | | | | WITHDRAWN |
| DX-576 | RQC0113869 | RQC0113870 | | Excerpt from "Cases with RSS Dialogue" |
| DX-577 | RQC0113907 | RQC0113908 | | Excerpt from "Cases with RSS Dialogue" |
| DX-578 | RQC0113998 | RQC0114035 | | Excerpt from "Cases with RSS Dialogue" |
| DX-579 | | | | WITHDRAWN |
| DX-580 | | | | WITHDRAWN |
| DX-581 | | | | WITHDRAWN |
| DX-582 | RQC0114771 | RQC0114772 | | Excerpt from "Cases with RSS Dialogue" |
| DX-583 | RQC0115382 | RQC0115382 | | Excerpt from "Cases with RSS Dialogue" |
| DX-584 | RQC0116773 | RQC0116774 | | Excerpt from "Cases with RSS Dialogue" |
| DX-585 | RQC0109375 | RQC0109375 | | 2011.12.29 Deposition of Scott Hanson – Exhibit 10 – "RQC SWAT Cases" spreadsheet |
| DX-586 | RQC0111357 | RQC0111366 | August 22, 2011 | "Lawson Consulting Services – RQC SWAT Team Financial Update" |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-587 | RQC0355362 | RQC0355362 | May 27, 2011 | Email from S. Hanson to TEAM-Scott Hanson, TEAM-Mark Deustch, and TEAM-Joey Alcazar re: Installation/patching of RSS |
| DX-588 | RQC0017353 | RQC0017354 | May 27, 2011 | Email from B. Offenbacher to S. Hanson and M. Roisum RE: Greenville RSS Install |
| DX-589 | RQC2296568 | RQC2296570 | May 28, 2011 | Email from C. Bennett to S. Merten re: Team call notes and CRITICAL UPDATE – PLEASE REVIEW ASAP |
| DX-590 | RQC0000348 | RQC0000363 | May 2011 | Lawson Requisition Center Installation Guide, Version 9.0.1 (IBM) |
| DX-591 | RQC0000364 | RQC0000379 | June 2011 | 2011.12.29 Deposition of Scott Hanson – Exhibit 08 – Lawson Requisition Center Installation Guide, Version 9.0.1 (Unix/Windows) |
| DX-592 | | | | WITHDRAWN |
| DX-593 | RQC0109374 | RQC0109374 | | 2011.12.29 Deposition of Scott Hanson – Exhibit 11 – "RQC SWAT Activities" spreadsheet |
| DX-594 | RQC0000384 | RQC0000384 | May 2011 | 2011.12.19 Deposition of Dale Christopherson – Exhibit 20 – Lawson Requisition Center User Guide, Version 9.0.1 |
| DX-595 | | | | WITHDRAWN |
| DX-596 | | | | WITHDRAWN |
| DX-597 | RQC2656377 | RQC2656380 | June 22, 2011 | Email from T. Olson-Stepp to D. Hager FW: RQC SWAT status – June 20 2011 |
| DX-598 | | | | WITHDRAWN |
| DX-599 | | | | WITHDRAWN |
| DX-600 | | | | WITHDRAWN |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-601 | | | | WITHDRAWN |
| DX-602 | | | | WITHDRAWN |
| DX-603 | | | | WITHDRAWN |
| DX-604 | | | | WITHDRAWN |
| DX-605 | RQC2291408 | RQC2291410 | April 25, 2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 7 – Email from K. Lohkamp to D. Snyder, D. Kemper, J. Langer RE: Please Read: Additional suggested change to the Requisition Center |
| DX-606 | RQC0883191 | RQC0883229 | June 3, 2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 10 – Presentation: Introducing Lawson Requisition Center |
| DX-607 | RQC0869062 | RQC0869093 | June 3, 2011 | Deposition of Keith Lohkamp – Exhibit 11 – Email from J. Langer to N. Anderson FW: LRC webinar follow-up: questions and recordings w/ attachment LRC Question and Answers.txt |
| DX-608 | RQC0117217 | RQC0117227 | April 8, 2011 | Requisition Center Launch Project Charter |
| DX-609 | RQC0590893 | RQC0590903 | May 2, 2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 13 – Email and attachment, Lawson Requisition Center, How To Sell |
| DX-610 | RQC2300171 | RQC2300173 | May 18, 2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 14 – Email from D. Christopherson to D. Kempker, J. Langer et al. RE: Recommendation on next steps for RSS and RQC |
| DX-611 | | | | WITHDRAWN |
| DX-612 | | | | WITHDRAWN |
| DX-613 | | | | WITHDRAWN |

9

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-614 | | | | WITHDRAWN |
| DX-615 | | | | WITHDRAWN |
| DX-616 | | | | WITHDRAWN |
| DX-617 | | | | WITHDRAWN |
| DX-618 | | | | WITHDRAWN |
| DX-619 | RQC2076803 | RQC2076803 | Undated | "RSS Injunction Plan" Excel spreadsheet |
| DX-621 | RQC2253556 | RQC2253557 | June 6, 2011 | Email from K. Lohkamp to G. Benton RE: Call notes – Version Dependencies for RQC |
| DX-622 | RQC2120905_1 | RQC2120905_33 | June 7, 2011 | "Lawson Requisition Center Field Enablement" presentation |
| DX-623 | RQC0870774 | RQC0870777 | June 2, 2011 | Email from K. Lohkamp to D. Davidson Re: RSS to Req Center Upgrade |
| DX-624 | RQC0000656 | RQC0000690 | June 3, 2011 | Introducing Lawson Requisition Center |
| DX-625 | RQC0000695 | RQC0000708 | May 2011 | Lawson Requisition Center Overview |
| DX-626 | RQC0000001 | RQC0000046 | | Lawson Procurement Punchout and PO Dispatcher Installation and Administration Guide for Lawson Applications 8.1.x and 9.x Version 9.0.1.4 |
| DX-627 | | | | WITHDRAWN |
| DX-628 | RQC2270553 | RQC2270554 | June 10, 2011 | Email from D. Christopherson re Q&A and Patch 1 |
| DX-629 | RQC0860711 | | | Spreadsheet detailing hours spent on RQC |
| DX-630 | RQC0849279 | | | Spreadsheet detailing hours spent on RQC |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-631 | RQC0118131 | | | Lawson Requisition Center User Guide |
| DX-632 | EPLUSPT000315 | EPLUSPT000316 | June 1, 2011 | Email from Kley Parkhurst to Ken Farber et al. FW: Lawson Injunction…… |
| DX-633 | EPLUSPT000319 | EPLUSPT000320 | June 3, 2011 | Email from Ken Farber to raosu@trinity-health.org. FW: Lawson Injunction…… |
| DX-634 | | | | WITHDRAWN |
| DX-635 | | | | WITHDRAWN |
| DX-636 | | | | WITHDRAWN |
| DX-637 | | | | WITHDRAWN |
| DX-638 | | | | WITHDRAWN |
| DX-639 | | | | WITHDRAWN |
| DX-640 | | | | WITHDRAWN |
| DX-641 | | | | WITHDRAWN |
| DX-642 | | | | WITHDRAWN |
| DX-643 | | | | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 7: Lawson US FY11 (May 31, 2011) Actual P&L Profit by Revenue Type |
| DX-644 | | | | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 8: Product SKUs |
| DX-645 | | | | WITHDRAWN |
| DX-646 | | | | WITHDRAWN |
| DX-647 | | | | WITHDRAWN |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-648 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 4: Effects of isolated corrections to Dr. Ugone's calculations |
| DX-649 | | | | WITHDRAWN |
| DX-650 | | | | WITHDRAWN |
| DX-651 | | | | WITHDRAWN |
| DX-652 | | | | WITHDRAWN |
| DX-653 | | | | WITHDRAWN |
| DX-654 | | | | WITHDRAWN |
| DX-655 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 7: ePlus income statement (FY Q3:2011 – Q2:2012) |
| DX-656 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8: Lawson income statement: Americas region (FY 2011) |
| DX-657 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule A: Lawson income statement: Americas region (FY 2011): profit margins for license, maintenance, and service revenues |
| DX-658 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule B: Regression results to determine Lawson's incremental margin |
| DX-659 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule C: Lawson incremental profit |
| DX-660 | | | | WITHDRAWN |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-661 | | | | WITHDRAWN |
| DX-662 | | | | WITHDRAWN |
| DX-663 | | | | WITHDRAWN |
| DX-664 | | | | WITHDRAWN |
| DX-665 | | | | WITHDRAWN |
| DX-666 | | | | WITHDRAWN |
| DX-667 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 12: Summary of RSS/RQC customers |
| DX-668 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 12, Schedule A: List of customers in prohibited configurations. |
| DX-669 | | | | WITHDRAWN |
| DX-670 | | | | WITHDRAWN |
| DX-671 | | | | WITHDRAWN |
| DX-672 | | | | WITHDRAWN |
| DX-673 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 5: Lawson quarterly sales and marketing expenses vs. revenues vs (2000-2011) |
| DX-674 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 6: Quarterly % changes in Lawson revenues vs. sales & marketing expenses 2000 - 2011 |
| DX-675 | | | | WITHDRAWN |
| DX-676 | | | | WITHDRAWN |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-677 | | | | WITHDRAWN |
| DX-678 | L0305236 | L0305319 | August 21, 2007 | Lawson Software Customer Agreement with Heartland Regional Medical Center |
| DX-679 | ePLUS0949075 | ePLUS0949075 | April 26, 2010 | Income Statement – ePLUS Systems |
| DX-680 | | | | ePlus 10-K Forms (2009-2011) |
| DX-681 | | | | *The Forrester Wave: eProcurement Solutions*, Q1 2011 |
| DX-682 | | | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ending March 31 |
| DX-683 | | | 2009 | Lawson Annual 10-K Forms (2009) |
| DX-684 | | | 2010 | Lawson Annual 10-K Forms (2010) |
| DX-685 | | | | WITHDRAWN |
| DX-686 | | | | Lawson Financial Data 2000-2011 downloaded from Thomson Financial |
| DX-687 | | | | WITHDRAWN |
| DX-688 | RQC1002864 | RQC1002866 | September, 2011 | Draft email from Keith Lohkamp to Will Schultz RE: URGENT ePlus – Declarations from customers |
| DX-689 | RQC1003054 | RQC1003055 | June 27, 2011 | Email from Dale Christopherson to Will Schultz RE: # of total hours to transition to RQC |
| DX-690 | RQC1000122 | RQC1000123 | June 3, 2011 | Email from Dale Christopherson to Todd Dooner Fwd: Updated on Requested Change to Requisition Center related to punchout |
| DX-691 | RQC1000157 | | June 1, 2011 | Email from Dale Christopherson to John Mulchrone FW: Change to Punchout |

14

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-692 | RQC0859381 | | June 3, 2011 | Meeting request from Bruce McPheeters Re: Urgent call at 4 pm Central today to decide about additional punchout change |
| DX-693 | RQC0000638 | RQC0000655 | June 3, 2011 | "Introducing Lawson Requisition Center Webinar (June 3, 2011) Questions And Answers" |
| DX-694 | RQC2270553 | RQC2270574 | June 10, 2011 | Email from Dale Christopherson FW: For Legal Review – Q&A from Friday Webinar + Attachment |
| DX-695 | RQC0000709 | RQC0000721 | June 9, 2011 | "Lawson Requisition Center What's New and Different" |
| DX-696 | RQC2154688 | RQC2154689 | April 21, 2011 | Email from Dale Christopherson to Keith Lohkamp and Todd Dooner Re: Here is the concept |
| DX-697 | RQC2139806 | RQC2139821 | June 10, 2011 | Letter from Dan McDonald to Scott Robertson Re: ePlus Inc. v. Lawson Software, Inc. |
| DX-698 | RQC1000847 | RQC1000848 | February 1, 2011 | Calendar Invite from Bruce McPheeters Re: Important ePlus patent suit Planning meeting – Please Attend |
| DX-699 | RQC1001536 | | February 17, 2011 | Email from Dan McDonald RE: Urgent: Your help needed with battle plan against ePlus |
| DX-700 | RQC0919780_0 0001 | | March 11, 2011 | Email from John Mulchrone Re: ePlus- Quick Update |
| DX-701 | RQC1000376 | | March 31, 2011 | Email from Dale Christopherson to Guenther Tolkmit RE: do you want to be updated on the RSS replacement project |
| DX-702 | RQC0915215_0 0001 | RQC0915215_00 002 | April 12, 2011 | Email from Dale Christopherson to John Mulchrone FW: ePlus – proposed behavior for RSS and Punchout |
| DX-703 | | | | WITHDRAWN |
| DX-704 | RQC0868692_0 0001 | RQC0868692_00 002 | February 9, 2011 | Meeting Invite Re: Canceled: Urgent: Your help needed with battle plan against ePlus |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-705 | RQC0868732_00001 | RQC0868732_00004 | February 9, 2011 | Attachment to DC-710 "S-3 RSS/Punchout and M3 Battle Plan Against ePlus |
| DX-706 | RQC0915301 | RQC0915301_00010 | March 14, 2011 | Email from Dale Christopherson attaching "2011 03 11 Mitigation Strategiesv2 (2).pptx" |
| DX-707 | RQC0117312 | RQC0117313 | June 7, 2011 | Calendar Invite from Jennifer Langer Re: RQC Team: Legal requested changes to Punch-out . . . |
| DX-708 | RQC3005746 | RQC3005747 | June 7, 2011 | Email from Bruce McPheeters to Keith Lohkamp RE: Need Guidance on Patch |
| DX-709 | RQC0860636 | RQC0860639 | June 28, 2011 | Jira ticket Case 132676 Summary |
| DX-710 | RQC0010354 | RQC0010357 | April 26, 2011 | Email from Dale Christopherson FW: How did testing go? |
| DX-711 | RQC2741740 | | October 31, 2012 | USA PL FY12 10-31-12 – 2012 P&L Statement (PX-1244) |
| DX-712 | RQC2741741 | | December 1, 2011 – August 31, 2012 | Lawson Revenue SKU Report ALL Data – 8-31-12 (PX-1245) |
| DX-713 | RQC2741745 | | November 30, 2012 | Lawson Revenue SKU Report All Data - 11-30-12 (PX-1249) |
| DX-714 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 1: Curriculum Vitae of Jonathan D. Putnam, PhD. |
| DX-715 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 2: List of Documents Considered |
| DX-716 | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 2: List of Documents Considered |
| DX-717 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 3: Comparison of Damages Calculation. |
| DX-718 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 4: Apportionment of Lawson accused revenues |

16

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-719 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 5: Summary of Lawson Accused Revenues |
| DX-720 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 6: Summary of Lawson Accused License and Maintenance Revenues |
| DX-721 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 7: Calculation of Accused Service Revenues |
| DX-722 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 7H: Calculation of Accused License/Maintenance for Healthcare Customers |
| DX-723 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 6H: Calculation of Accused Service Revenues for Healthcare Customers |
| DX-724 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8: Calculation of Apportionment Factors |
| DX-725 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 9: Lawson Income Statement |
| DX-726 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 10: Lawson Income Statement: Americas Region, Profit Margins |
| DX-727 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 11: Regression Results to Determine Lawson's Incremental Margin |
| DX-728 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 12: Calculation of Lawson's Incremental Profit |
| DX-729 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 13: Summary of Lawson Customers with Prohibited Configurations |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-730 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 14: Customers Without All Infringing SKUs |
| DX-731 | L0165553 | L0165579 | May 26, 1993 | Lawson Software Customer Agreement with Cash America International, Inc. |
| DX-732 | L0217627 | L0217630 | May 30, 2002 | Lawson Software Customer Agreement with Legacy Health System |
| DX-733 | LE00206653 | LE00206992 | March 22, 2005 | Presbyterian Healthcare Services ERP System Request for Proposal (PX-0280) |
| DX-734 | ePLUS0942359 | ePLUS0942599 | April 22, 2010 | (PX-0367) ePlus screenshots of RSS punchout demo |
| DX-735 | ePLUS0948949 | ePLUS0948998 | May 3, 2010 | (PX-0379) ePlus screenshots of RSS Item Master/punchout demo |
| DX-736 | RQC3000243 | RQC3000244 | June 3, 2011 | (PX-1250) Email string from D. Christopherson to J. Mulchrone and B. Crawford FW:  Changes RSS to RQC |
| DX-737 | RQC1003184 | RQC1003185 | June 7, 2011 | (PX-1235) Email string from J. Langer to B. McPheeters, K. Lohkamp and M. Cohen re:  Need Guidance on Patch |
| DX-738 | RQC1003001 | RQC1003001 | May 23, 2011 | (Und. Direct Ex. 1) Email from D. Hager to J. Catalino, B. Murphy and D. Siebert re RSS deals this quarter |
| DX-739 | ePLUS0229503 | ePLUS0229572 | May 26, 2004 | ePlus v. Ariba Complaint dated May 26, 2004 |
| DX-740 | ePLUS0232981 | ePLUS0233069 | April 18, 2005 | ePlus v. SAP Complaint dated April 18, 2005 |
| DX-741 | ePLUS0430972 | ePLUS0431032 | June 17, 2002 | Master Software License Agreement between ePlus and Gannett |
| DX-742 | | | May 18, 2010 | Plaintiff's Second Supplemental Answers to Lawson's Second Set of Interrogatories dated 05/18/10 |

18

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-743 | | | May 18, 2010 | Plaintiff's Second Supplemental Answers to Lawson's Fourth Set of Interrogatories dated 05/18/10 |
| DX-744 | | | February 7, 2011 | ePlus's Rule 26 Supplemental Disclosure Concerning Injunctive Relief |
| DX-745 | | | February 10, 2011 | Office Action mailed February 10, 2011 in U.S. Application No. 90/011,066 ('683 Patent, claims 1-25) |
| DX-746 | | | | ePlus Rebuttal Disclosure Concerning Injunctive Relief |
| DX-747 | | | | WITHDRAWN |
| DX-748 | ePLUS0524597 | ePLUS0524622 | February 12, 2005 | Settlement & License Agreement between Ariba, Inc. and ePLUS, Inc., dated February 12, 2005 |
| DX-749 | ePLUS0940765 | ePLUS0940776 | August 28, 2009 | Settlement and License Agreement between ePLUS inc. and Perfect Commerce, LLC and Exhibits A and B |
| DX-750 | ePLUS0940777 | ePLUS0940801 | December 11, 2006 | Patent License and Settlement Agreement among SAP America, Inc., SAP AG and ePLUS inc. |
| DX-751 | ePLUS0940802 | ePLUS0940814 | August 19, 2009 | Settlement and License Agreement between ePLUS, Inc. and SciQuest, Inc. and Exhibits A and B |
| DX-752 | ePLUS0940815 | ePLUS0940835 | July 7, 2009 | Settlement and License Agreement between ePLUS inc. and Verian Technologies, Inc. and Exhibits A and B |
| DX-753 | | | March 25, 2011 | Transcript of Evidentiary Hearing regarding Motion for Permanent Injunction |
| DX-754 | | | May 18, 2011 | Decision of the Board of Patent Appeals and Interferences |
| DX-755 | | | March 23, 2012 | Decision of the Board of Patent Appeals and Interferences |
| DX-756 | | | 1998 | 2013.02.20 Deposition of K. Ugone – Exhibit 3—"Ugone et al., Preparing the Financial Expert or Economist" article |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|
| DX-757 | | | | 2013.02.20 Deposition of K. Ugone – Exhibit 4— "Accounting for Damages in Intellectual Property Litigation" |
| DX-758 | | | September 4, 2009 | 2013.02.20 Deposition of K. Ugone – Exhibit 5—Order, Tivo Inc. v. Dish Network Corp et al., C.A. 2:04-cv-01 (DF) |