# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

TRISTRATA TECHNOLOGY, INC.,      :
                                 :
          Plaintiff,             :
                                 :
     v.                          :  Civil Action No. 01-127-JJF
                                 :
MARY KAY, INC.                   :
                                 :
          Defendant.             :

## INJUNCTION ORDER

WHEREAS, Plaintiff Tristrata Technology, Inc.
("Tristrata") has filed a Motion For Permanent Injunction (D.I.
307) pursuant to 35 U.S.C. § 283 and Federal Rule of Civil
Procecdure 65(d);

WHEREAS, Tristrata requests that Defendant Mary Kay,
Inc. ("Mary Kay") be permanently enjoined from further infringing
U.S. Patent Nos. 5,091,171, 5,422,370, and 5,547,988;

WHEREAS, the jury in this case returned a verdict
finding that Mary Kay contributorily and by inducement infringed
claims 9, 10, 22, 26, and 27 of U.S. Patent No. 5,091,171;

WHEREAS, the jury in this case returned a verdict
finding that Mary Kay contributorily and by inducement infringed
claims 1, 8, 9, and 10 of U.S. Patent No. 5,422,370;

WHEREAS, the jury in this case returned a verdict
finding that Mary Kay contributorily and by inducement infringed
claims 1, 4, 7, 10, and 13 of U.S. Patent No. 5,547,988;

WHEREAS, the jury in this case returned a verdict
finding that U.S. Patent Nos. 5,091,171, 5,422,370, and 5,547,988

are not invalid;

WHEREAS Mary Kay has not provided the Court with a
sufficient reason why a permanent injunction is not appropriate
in this case;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Tristrata's Motion For Permanent Injunction (D.I.
307) is **GRANTED**;

2. Mary Kay, its officers, agents, servants,
employees, and attorneys, and those persons in active concert or
participation with them who receive actual notice of this order
by personal service or otherwise, shall be permanently enjoined
from infringing, either directly, contributorily, or by
inducement, U.S. Patent Nos. 5,091,171, 5,422,370, and 5,547,988;

3. Mary Kay, its officers, agents, servants,
employees, and attorneys, and those persons in active concert or
participation with them who receive actual notice of this order
by personal service or otherwise, shall be enjoined from the date
of this order until the expiration of U.S. Patent Nos. 5,091,171,
5,422,370, and 5,547,988 from making, using, advertising,
promoting, selling, or offering to sell the products at issue in
this case that were found to have been used to contributorily
infringe the patents-in-suit (i.e. the Skin Revival products, the
Triple Action products, Visible Action Skin Revealing Lotion, and
Night Solution);

        4.   Mary Kay shall take immediate steps to comply with this Order, and, in any event, shall fully comply within seven (7) days of entry of this Order.

March 31, 2006
DATE

UNITED STATES DISTRICT JUDGE