IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| Plaintiff, | ) Civil Action No. 3:09-CV-620 (REP) |
| v. | ) |
| LAWSON SOFTWARE, INC., | ) |
| Defendant. | ) |

## ePLUS, INC.'S OBJECTIONS TO DEFENDANT LAWSON SOFTWARE, INC.'S PROPOSED EXHIBIT LIST FOR CONTEMPT PROCEEDINGS

Pursuant to Section 15(c) of the Court's Scheduling Order as amended, Plaintiff ePlus, Inc. ("ePlus"), through counsel, hereby submits the following general and specific objections to Defendant Lawson Software, Inc. ("Lawson")'s proposed exhibit list for contempt proceedings:

### General Objections

1. <u>Documents not previously disclosed during discovery or pursuant to Court Order</u>. ePlus objects generally to the introduction of any evidence which, though it may be relevant to Lawson's defenses, was not previously disclosed during discovery or in its responses to ePlus's interrogatories.

2. <u>Relevance</u>. ePlus objects generally to Lawson's introduction of any evidence having no tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable and to the introduction of evidence wherein the probative value of that evidence is substantially outweighed by the danger of unfair prejudice,

confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

    3.    <u>Attorney comment or argument.</u>  *e*Plus objects generally to Lawson's attempt to introduce, as substantive evidence, litigation documents including discovery responses, deposition transcripts, briefs filed with the Court and correspondence amongst the attorneys. These documents are not evidence and should not be presented as such in the contempt hearing.

# KEY FOR EXHIBIT OBJECTIONS

| Reference | Basis for Objection |
|---|---|
| 106 | Fairness requires admission of other evidence contemporaneously. |
| 401/402 | The evidence in the exhibit is not relevant and is not admissible. |
| 403 | Any relevance of the exhibit is substantially outweighed by the danger of unfair prejudice, confusion of the issues, misleading the jury, or considerations of unfair delay, waste or confusion of the issues, misleading the jury, or considerations of unfair delay, waste of time, or needless presentation of cumulative evidence. |
| 801/802/805 | The exhibit contains or is hearsay and no exception applies and/or the exhibit contains or is hearsay within hearsay and no exception applies. |
| 901 | The exhibit lacks authentication. |
| 1003 | Poor duplicate – unfair to admit as duplicate (Best Evidence) |
| 1006 | The evidence in the exhibit includes improper summary of evidence. |
| FRCP 26 | Not timely disclosed. |
| MIL | Subject of motion *in limine*. |
| NR | Exhibit not received—all objections are reserved. |
| INACC | Inaccurate or incomplete description of exhibit. |
| NOT EVIDENCE | Exhibit is not evidence under the Federal Rules of Evidence. |

Specific Objections

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-500 | | | | 1/27/2011 | Signed verdict form | | x | | | | | | x | | | |
| DX-501 | | | | 1/4/2011 | Transcript of merits trial (Opening Statement) (pages 112-196) | x | x | | x | | | | x | | | |
| DX-502 | | | | 1/4/2011 | Transcript of merits trial (Testimony of Douglas Momyer) (pages 216-399) | x | x | | x | | | | x | | | |
| DX-503 | | | | 1/5/2011 | Transcript of merits trial (Testimony of Jim Johnson) (pages 448-480) | x | x | | x | | | | x | | | |
| DX-504 | | | | 1/5/2011 | Transcript of merits trial (Testimony of Alfred Weaver) (pages 482-510) | x | x | | x | | | | x | | | |
| DX-505 | | | | 1/6/2011 | Transcript of merits trial (Testimony of Alfred Weaver) (pages 517-922) | x | x | | x | | | | x | | | |
| DX-506 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-507 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-508 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-509 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-510 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-511 | | | | 1/13/2011 | Transcript of merits trial (Testimony of Michael Shamos) (pages 1723-1778) | x | x | | x | | | | x | | | |
| DX-512 | | | | 1/14/2011 | Transcript of merits trial (Testimony of Michael Shamos) (pages 1792-1948) | x | x | | x | | | | x | | | |
| DX-513 | | | | 1/20/2011 | Transcript of merits trial (Testimony of Brooks Hilliard) (pages 2656-2792) | x | x | | x | | | | x | | | |
| DX-514 | | | | 1/24/2011 | Transcript of merits trial (Closing Arguments) (pages 3085-3230) | x | x | | x | | | | x | | | |
| DX-515 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-516 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-517 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-518 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-519 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-520 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-521 | PX-368 | | | 1/20/2012 | Golberg Report Ex. 3 – Video – Weaver Merits Trial Two Punchout demonstration | | | | | | | | x | | | |
| DX-522 | PX-380 | | | 1/20/2012 | Goldberg Report Ex. 4 – Video – Weaver Merits Trial Item Master / Punchout demonstration | | | | | | | | x | | | |
| DX-523 | | | | 1/20/2012 | Goldberg Report Ex. A – Goldberg CV | | | | x | | | | | | | |
| DX-524 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-525 | PX-1166 | RQC0000744 | RQC0000744 | | Source code | x | x | x | | | | | x | | x | |
| DX-526 | PX-1167 | RQC0000745 | RQC0000745 | | Source code | x | x | x | | | | | x | | x | |
| DX-527 | PX-1172 | RQC0000746 | RQC0000746 | | Source code differences file | x | x | x | | | | | x | | x | |
| DX-528 | PX-1168 | RQC0000747 | RQC0000747 | | Source code | x | x | x | | | | | x | | x | |
| DX-529 | PX-1169 | RQC0000748 | RQC0000748 | | "Lawson 4GL Diff Document" | x | x | x | | | | | x | | x | |
| DX-530 | PX-1173 | RQC0000749 | RQC0000749 | | Source code differences file | x | x | x | | | | | x | | x | |
| DX-531 | PX-1170 | RQC0000750 | RQC0000750 | | Source code differences file | x | x | x | | | | | x | | x | |
| DX-532 | PX-1171 | RQC0000751 | RQC0000751 | | Source code differences files | x | x | x | | | | | x | | x | |
| DX-533 | PX-1159 | RQC0000730 | RQC0000730 | | "Important Notice: Recommended Patch Available for Procurement Punchout Customers" | | | | | | Stipulated Exhibit | | | | | |
| DX-534 | PX-1160 | RQC0000731 | RQC0000731 | | "Patch for Requisition Center 9.0.1 Now Available" | | | | | | Stipulated Exhibit | | | | | |
| DX-535 | | | | 5/6/2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus, Inc. v. Lawson Software, Inc. | | x | x | x | x | | | | | | |
| DX-536 | | | | 5/18/2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus, Inc. v. Lawson Software, Inc. | | x | x | x | x | | | | | | |
| DX-537 | | | | 6/16/2011 | Letter from Scott Robertson to Daniel McDonald re: ePlus, inc. v. Lawson Software, Inc. | | x | x | x | x | | | | | | |
| DX-538 | | | | 6/24/2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus inc. v. Lawson Software, Inc. | | x | x | x | x | | | | | | |
| DX-539 | | | | 6/28/2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus Inc. v. Lawson Software, Inc. | | x | x | x | x | | | | | | |
| DX-540 | | | | 7/1/2011 | Letter from Scott Robertson to Daniel McDonald re: ePlus, inc. v. Lawson Software, Inc. | | x | x | x | x | | | | | | |

Specific Objections

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-541 | | | | 7/6/2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus Inc. v. Lawson Software, Inc. | | x | x | x | x | | | | | | |
| DX-542 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-543 | PX-1 | | | | U.S. Patent No. 6,023,683 | | | | | | Stipulated Exhibit | | | | | |
| DX-544 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-545 | | | | 1/4/2011 | Weaver Trial Demonstratives | x | x | x | x | | | | x | | | |
| DX-546 | | | | 3/30/2011 | Lawson Opposition to Motion for Permanent Injunction | | x | x | x | x | | | | | | |
| DX-547 | | | | 4/1/2011 | ePlus Reply to Motion for Permanent Injunction | | x | x | x | | | | | | | |
| DX-548 | | | | 4/4/2011 | Transcript of April 4, 2011 injunction hearing | x | x | x | x | | | | | | | |
| DX-549 | PX-1088 | RQC2282399 | RQC2282402 | 3/7/2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 4 – Email from Mike Cohen to Bruce McPheeters FWD: CUE Demo Plans, need help | | | | | | Stipulated Exhibit | | | | | |
| DX-550 | PX-1090 | RQC0026599 | RQC0026602 | 3/25/2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 6 & 2012.01.06 Deposition of Keith Lohkamp – Exhibit 9 – Email from K. Lohkamp to D. Hager RE: Questions | | | | | | Stipulated Exhibit | | | | | |
| DX-551 | | RQC0054042 | RQC0054042 | 5/10/2011 | Email from Jim Catalino to Dean Hager RE: Anything on e-Plus? I have staff meeting and wanted to provide update thx | | x | x | x | | | | | | | |
| DX-552 | Px-1111 | RQC2091954 | RQC2091959 | 5/26/2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 28 – Email from Jennifer Langer to Guy Leduc et al. FW: Supporting Materials for Mtg 2:00 – RE: project team for ePlus (and attachment) | | | | | | Stipulated Exhibit | | | | | |
| DX-553 | | RQC2125837 | RQC2125837 | 4/13/2011 | Email from Brad Nauman to Jeff Hvass et al. FW: ePlus | | x | x | x | x | | | | | | |
| DX-554 | | RQC0922446 | RQC0922446 | 4/25/2011 | Email from Dean Hager to Darci Snyder Re: Clarity on mobile reqs | | x | x | x | | | | | | | |
| DX-555 | | RQC0870441 | RQC0870443 | 5/9/2011 | Email from Jennifer Langer to Michael Poling et al. URGENT: Your Action Required for Q4 Opportunities and Beyond (S3 Requisitions Self Service) | | x | | x | | | | | | | |
| DX-556 | PX-1096 | RQC0914942 | RQC0914945 | 6/9/2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 12 & 2012.01.06 Deposition of Keith Lohkamp – Exhibit 8 – Email from D. Christopherson to D. Hager, B. McPheeters et al. RE: RQC Patch 1 updated | | | | | | Stipulated Exhibit | | | | | |
| DX-557 | PX-1037 | RQC0000636 | RQC0000637 | 6/3/2011 | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 08 – "Decommission Notice – S3 Requisitions Self-Service" | | | | | | Stipulated Exhibit | | | | | |
| DX-558 | PX-1104 | RQC0000732 | RQC0000738 | 5/27/2011 | "Immediate replacement of Requisitions Self Service software products required." | | | | | | Stipulated Exhibit | | | | | |
| DX-559 | | RQC0762337 | RQC0762343 | 6/1/2011 | "Immediate replacement of Requisitions Self Service software products required." | | | | | | No Objections | | | | | |
| DX-560 | | RQC0000724 | RQC0000725 | 5/27/2011 | "Immediate Support Stop for M3 e-Procurement solution required." | | x | | x | | | | | | | |
| DX-561 | PX-1033 | RQC0109373 | RQC0109373 | 10/5/2011 | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 04 – Spreadsheet – Customer List | | | | | | Stipulated Exhibit | | | | | |
| DX-562 | | | | 12/19/2011 | Spreadsheet – Customer List (update of October 5, 2011 version) | | x | | | x | x | x | | x | | |
| DX-562A | | | | 3/15/2013 | Summary Chart of Lawson US Customers with Configuration 3 and 5 on Active Maintenance as of May 23, 2011 | | x | | | x | x | x | | x | | |
| DX-563 | PX-1035 | RQC0561907 | RQC0561909 | | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 06 – "Timeline for ePlus Patent Litigation (ERH)" | | | | | | Stipulated Exhibit | | | | | |
| DX-564 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-565 | | RQC2076749 | RQC2076750 | 5/29/2011 | Email from N. Anderson to R. Umali et al. re: PLEASE READ – Important Content | | x | x | x | | | | | | | |
| DX-566 | | RQC0915427 | RQC0915428 | 6/1/2011 | Email from E. Homewood to N. Anderson RE: ePlus – Status Update | | x | x | x | | | | | | | |
| DX-567 | | RQC0004126 | RQC0004126 | 6/2/2011 | Email from E. Homewood to ORG-All Support & Delivery re: IMPORTANT – PLEASE READ: Knowledge Base unavailable externally | | x | x | x | | | | | | | |
| DX-568 | PX-1156 | RQC0000722 | RQC0000722 | 5/18/2011 | "Lawson S3 Requisition Center is generally available today – May 18th, 2011." | | | | | | Stipulated Exhibit | | | | | |

Specific Objections

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-569 | | RQC0915431 | RQC0915432 | | "External Communications" | | x | x | | x | | | | | | |
| DX-570 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-571 | | RQC0113765 | RQC0113775 | | Excerpt from "Cases with RSS Dialogue" | x | x | x | x | x | | | | | | |
| DX-572 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-573 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-574 | | RQC0113826 | RQC0113829 | | Excerpt from "Cases with RSS Dialogue" | x | x | x | x | x | | | | | | |
| DX-575 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-576 | | RQC0113869 | RQC0113870 | | Excerpt from "Cases with RSS Dialogue" | x | x | x | x | x | | | | | | |
| DX-577 | | RQC0113907 | RQC0113908 | | Excerpt from "Cases with RSS Dialogue" | x | x | x | x | x | | | | | | |
| DX-578 | | RQC0113998 | RQC0114035 | | Excerpt from "Cases with RSS Dialogue" | x | x | x | x | x | | | | | | |
| DX-579 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-580 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-581 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-582 | | RQC0114771 | RQC0114772 | | Excerpt from "Cases with RSS Dialogue" | x | x | x | x | x | | | | | | |
| DX-583 | | RQC0115382 | RQC0115382 | | Excerpt from "Cases with RSS Dialogue" | x | x | x | x | x | | | | | | |
| DX-584 | | RQC0116773 | RQC0116774 | | Excerpt from "Cases with RSS Dialogue" | x | x | x | x | x | | | | | | |
| DX-585 | PX-1060 | RQC0109375 | RQC0109375 | | 2011.12.29 Deposition of Scott Hanson – Exhibit 10 – "RQC SWAT Cases" spreadsheet | | | | | | Stipulated Exhibit | | | | | |
| DX-586 | PX-1195 | RQC0111357 | RQC0111366 | 8/22/2011 | "Lawson Consulting Services – RQC SWAT Team Financial Update" | | | | | | Stipulated Exhibit | | | | | |
| DX-587 | | RQC0355362 | RQC0355362 | 5/27/2011 | Email from S. Hanson to TEAM-Scott Hanson, TEAM-Mark Deustch, and TEAM-Joey Alcazar re: Installation/patching of RSS | | x | x | x | | | | | | | |
| DX-588 | | RQC0017353 | RQC0017354 | 5/27/2011 | Email from B. Offenbacher to S. Hanson and M. Roisum RE: Greenville RSS Install | | x | x | x | | | | | | | |
| DX-589 | | RQC2296568 | RQC2296570 | 5/28/2011 | Email from C. Bennett to S. Merten re: Team call notes and CRITICAL UPDATE – PLEASE REVIEW ASAP | | | | x | | | | | | | |
| DX-590 | PX-1152 | RQC0000348 | RQC0000363 | 5/1/2011 | Lawson Requisition Center Installation Guide, Version 9.0.1 (IBM) | | | | | | Stipulated Exhibit | | | | | |
| DX-591 | PX-1059 | RQC0000364 | RQC0000379 | 6/1/2011 | 2011.12.29 Deposition of Scott Hanson – Exhibit 08 – Lawson Requisition Center Installation Guide, Version 9.0.1 (Unix/Windows) | | | | | | Stipulated Exhibit | | | | | |
| DX-592 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-593 | PX-1061 | RQC0109374 | RQC0109374 | | 2011.12.29 Deposition of Scott Hanson – Exhibit 11 – "RQC SWAT Activities" spreadsheet | | | | | | Stipulated Exhibit | | | | | |
| DX-594 | PX-1012 | RQC0000384 | RQC0000384 | 5/1/2011 | 2011.12.19 Deposition of Dale Christopherson – Exhibit 20 – Lawson Requisition Center User Guide, Version 9.0.1 | | | | | | Stipulated Exhibit | | | | | |
| DX-595 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-596 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-597 | | RQC2656377 | RQC2656380 | 6/22/2011 | Email from T. Olson-Stepp to D. Hager FW: RQC SWAT status – June 20 2011 | | x | x | x | | | | | | | |
| DX-598 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-599 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-600 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-601 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-602 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-603 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-604 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-605 | PX-1019 | RQC2291408 | RQC2291410 | 4/25/2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 7 – Email from K. Lohkamp to D. Snyder, D. Kemper, J. Langer RE: Please Read: Additional suggested change to the Requisition Center | | | | | | Stipulated Exhibit | | | | | |
| DX-606 | PX-1113 | RQC0883191 | RQC0883229 | 6/3/2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 10 – Presentation: Introducing Lawson Requisition Center | | | | | | Stipulated Exhibit | | | | | |
| DX-607 | PX-1105 | RQC0869062 | RQC0869093 | 6/3/2011 | Deposition of Keith Lohkamp – Exhibit 11 – Email from J. Langer to N. Anderson FW: LRC webinar follow-up: questions and recordings w/ attachment LRC Question and Answers.txt | | | | | | Stipulated Exhibit | | | | | |
| DX-608 | | RQC0117217 | RQC0117227 | 4/8/2011 | Requisition Center Launch Project Charter | | | | | | No Objections | | | | | |

Specific Objections

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-609 | | | | | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 13 – Email and attachment, Lawson Requisition Center, How To Sell | | | | | | Stipulated Exhibit | | | | | |
| DX-610 | PX-1115 | RQC0590893 | RQC0590903 | 5/2/2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 14 – Email from D. Christopherson to D. Kempker, J. Langer et al. RE: Recommendation on next steps for RSS and RQC | | | | | | Stipulated Exhibit | | | | | |
| DX-611 | PX-1116 | RQC2300171 | RQC2300173 | 5/18/2011 | WITHDRAWN | | | | | | | | | | | |
| DX-612 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-613 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-614 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-615 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-616 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-617 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-618 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-619 | | RQC2076803 | RQC2076803 | Undated | "RSS Injunction Plan" Excel spreadsheet | | x | x | x | x | | | | | | |
| DX-620 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-621 | | RQC2253556 | RQC2253557 | 6/6/2011 | Email from K. Lohkamp to G. Benton RE: Call notes – Version Dependencies for RQC | | x | x | x | x | | | | | | |
| DX-622 | | RQC2120905_1 | RQC2120905_33 | 6/7/2011 | "Lawson Requisition Center Field Enablement" presentation | | x | x | x | x | | | | | | |
| DX-623 | PX-1068 | RQC0870774 | RQC0870777 | 6/2/2011 | Email from K. Lohkamp to D. Davidson Re: RSS to Req Center Upgrade | | | | | | Stipulated Exhibit | | | | | |
| DX-624 | PX-1010 | RQC0000656 | RQC0000690 | 6/3/2011 | Introducing Lawson Requisition Center | | | | | | Stipulated Exhibit | | | | | |
| DX-625 | PX-1011 | RQC0000695 | RQC0000708 | 5/1/2011 | Lawson Requisition Center Overview | | | | | | Stipulated Exhibit | | | | | |
| DX-626 | PX-1000 | RQC0000001 | RQC0000046 | | Lawson Procurement Punchout and PO Dispatcher Installation and Administration Guide for Lawson Applications 8.1.x and 9.x Version 9.0.1.4 | | | | | | Stipulated Exhibit | | | | | |
| DX-627 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-628 | | RQC2270553 | RQC2270554 | 6/10/2011 | Email from D. Christopherson re Q&A and Patch 1 | | | | | | No Objections | | | | | |
| DX-629 | | RQC0860711 | | | Spreadsheet detailing hours spent on RQC | | | | | | No Objections | | | | | |
| DX-630 | | RQC0849279 | | | Spreadsheet detailing hours spent on RQC | | | | x | x | x | x | | | | |
| DX-631 | | RQC0118131 | | | Lawson Requisition Center User Guide | | | | | | No Objections | | | | | |
| DX-632 | | EPLUSPT000315 | EPLUSPT000316 | 6/1/2011 | Email from Kley Parkhurst to Ken Farber et al. FW: Lawson Injunction…… | | x | x | x | x | | | | | | |
| DX-633 | | EPLUSPT000319 | EPLUSPT000320 | 6/3/2011 | Email from Ken Farber to raosu@trinity-health.org. FW: Lawson Injunction…… | | x | x | x | x | | | | | | |
| DX-634 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-635 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-636 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-637 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-638 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-639 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-640 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-641 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-642 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-643 | PX-1077 | | | | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 7: Lawson US FY11 (May 31, 2011) Actual P&L Profit by Revenue Type | | | | | | Stipulated Exhibit | | | | | |
| DX-644 | PX-1078 | | | | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 8: Product SKUs | | | | | | Stipulated Exhibit | | | | | |
| DX-645 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-646 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-647 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-648 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 4: Effects of isolated corrections to Dr. Ugone's calculations | | x | | x | x | x | | | | | x |
| DX-649 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-650 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-651 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-652 | | | | | WITHDRAWN | | | | | | | | | | | |

Specific Objections

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | N.R. | INACC. | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-653 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-654 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-655 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 7: ePlus Income statement (FY Q3:2011 – Q2:2012) | | x | | x | x | x | | | | | x |
| DX-656 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8: Lawson income statement: Americas region (FY 2011) | | x | | x | x | x | | | | | x |
| DX-657 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule A: Lawson income statement: Americas region (FY 2011): profit margins for license, maintenance, and service revenues | | x | | x | x | x | | | | | x |
| DX-658 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule B: Regression results to determine Lawson's incremental margin | | x | | x | x | x | | | | | x |
| DX-659 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule C: Lawson incremental profit | | x | | x | x | x | | | | | x |
| DX-660 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-661 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-662 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-663 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-664 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-665 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-666 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-667 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 12: Summary of RSS/RQC customers | | x | | x | x | x | | | | | x |
| DX-668 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 12, Schedule A: List of customers in prohibited configurations | | x | | x | x | x | | | | | x |
| DX-669 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-670 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-671 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-672 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-673 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 5: Lawson quarterly sales and marketing expenses vs. revenues vs (2000-2011) | | x | | x | x | x | | | | | x |
| DX-674 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 6: Quarterly % changes in Lawson revenues vs. sales & marketing expenses 2000 -2011 | | x | | x | x | x | | | | | x |
| DX-675 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-676 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-677 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-678 | | L0305236 | L0305319 | 8/21/2007 | Lawson Software Customer Agreement with Heartland Regional Medical Center | x | x | | x | | | | | | | |
| DX-679 | | ePLUS0949075 | ePLUS0949075 | 4/26/2010 | Income Statement – ePlus Systems | | x | x | | | | | | | | |
| DX-680 | | | | | ePlus 10-K Forms (2009-2011) | | x | x | | | | | x | | | |
| DX-681 | PX-690 | | | | The Forrester Wave: eProcurement Solutions, Q1 2011 | | | | | | | Stipulated Exhibit | | | | |
| DX-682 | | | | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ending March 31 | | x | x | | | | | x | | | |
| DX-683 | PX-109 | | | 7/1/1905 | Lawson Annual 10-K Forms (2009) | | | | | | | Stipulated Exhibit | | | | |
| DX-684 | Px-440 | | | 7/2/1905 | Lawson Annual 10-K Forms (2010) | | | | | | | Stipulated Exhibit | | | | |
| DX-685 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-686 | | | | | Lawson Financial Data 2000-2011 downloaded from Thomson Financial | | x | | x | | | x | | x | | |
| DX-687 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-688 | | RQC1002864 | RQC1002866 | 9/1/2011 | Draft email from Keith Lohkamp to Will Schultz RE: URGENT ePlus – Declarations from customers | | x | | x | | | | | | | |
| DX-689 | | RQC1003054 | RQC1003055 | 6/27/2011 | Email from Dale Christopherson to Will Schultz RE: # of total hours to transition to RQC | | x | | | | | | | | | |

**Specific Objections**

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-690 | | RQC1000122 | RQC1000123 | 6/3/2011 | Email from Dale Christopherson to Todd Dooner Fwd: Updated on Requested Change to Requisition Center related to punchout | | | | | | No Objections | | | | | |
| DX-691 | | RQC1000157 | | 6/1/2011 | Email from Dale Christopherson to John Mulchrone FW: Change to Punchout | | | | | | No Objections | | | | | |
| DX-692 | | RQC0859381 | | 6/3/2011 | Meeting request from Bruce McPheeters Re: Urgent call at 4 pm Central today to decide about additional punchout change "Introducing Lawson Requisition Center Webinar (June 3, 2011) Questions And Answers" | | x | | x | x | No Objections | | | | | |
| DX-693 | PX-1002 | RQC0000638 | RQC0000655 | 6/3/2011 | Email from Dale Christopherson FW: For Legal Review – Q&A from Friday Webinar + Attachment | | | | | | No Objections | | | | | |
| DX-694 | | RQC2270553 | RQC2270574 | 6/10/2011 | "Lawson Requisition Center What's New and Different" | | | | | | No Objections | | | | | |
| DX-695 | PX-1155 | RQC0000709 | RQC0000721 | 6/9/2011 | Email from Dale Christopherson to Keith Lohkamp and Todd Dooner Re: Here is the concept | | | | | | No Objections | | | | | |
| DX-696 | PX-1049 | RQC2154688 | RQC2154689 | 4/21/2011 | Letter from Dan McDonald to Scott Robertson Re: ePlus Inc. v. Lawson Software, Inc. | | x | | x | x | | | | | | x |
| DX-697 | | RQC2139806 | RQC2139821 | 6/10/2011 | Calendar invite from Bruce McPheeters Re: Important ePlus patent suit Planning meeting – Please Attend | | | | | | No Objections | | | | | |
| DX-698 | | RQC1000847 | RQC1000848 | 2/1/2011 | Email from Dan McDonald RE: Urgent: Your help needed with battle plan against ePlus | x | | | x | x | | | | | | |
| DX-699 | | RQC1001536 | | 2/17/2011 | Email from John Mulchrone Re: ePlus- Quick Update | | | | x | x | | | | | | |
| DX-700 | | RQC0919780_00001 | | 3/11/2011 | Email from Dale Christopherson to Guenther Tolkmit RE: do you want to be updated on the RSS replacement project | | | | | | No Objections | | | | | |
| DX-701 | | RQC1000376 | | 3/31/2011 | Email from Dale Christopherson to John Mulchrone FW: ePlus – proposed behavior for RSS and Punchout | | x | | x | x | | | | | | |
| DX-702 | | RQC0915215_00001 | RQC0915215_00002 | 4/12/2011 | WITHDRAWN | | | | | | | | | | | |
| DX-703 | | | | | Meeting Invite Re: Canceled: Urgent: Your help needed with battle plan against ePlus | x | x | | x | x | | | | | | |
| DX-704 | | RQC0868692_00001 | RQC0868692_00002 | 2/9/2011 | Attachment to DC-710 "S-3 RSS/Punchout and M3 Battle Plan Against ePlus | | | | x | x | | | | | | |
| DX-705 | | RQC0868732_00001 | RQC0868732_00004 | 2/9/2011 | Email from Dale Christopherson attaching "2011 03 11 Mitigation Strategiesv2 (2).pptx" | | | | x | x | | | | | | |
| DX-706 | | RQC0915301 | RQC0915301_00010 | 3/14/2011 | Calendar Invite from Jennifer Langer Re: RQC Team: Legal requested changes to Punch-out . . . | | | | | | No Objections | | | | | |
| DX-707 | PX-1041 | RQC0117312 | RQC0117313 | 6/7/2011 | Email from Bruce McPheeters to Keith Lohkamp RE: Need Guidance on Patch | | | | | | Duplicate of DX-737 | | | | | |
| DX-708 | | RQC3005746 | RQC3005747 | 6/7/2011 | Jira ticket Case 132676 Summary | | | | | | No Objections | | | | | |
| DX-709 | | RQC0860636 | RQC0860639 | 6/28/2011 | Email from Dale Christopherson FW: How did testing go? | | | | | | No Objections | | | | | |
| DX-710 | PX-1178 | RQC0010354 | RQC0010357 | 4/26/2011 | USA PL FY12 10-31-12 – 2012 P&L Statement | | | | | | No Objections | | | | | |
| DX-711 | PX-1244 | RQC2741740 | | 10/31/2012 | Lawson Revenue SKU Report ALL Data – 8-31-12 | | | | | | No Objections | | | | | |
| DX-712 | PX-1245 | RQC2741741 | | 12/1/11 – 8/31/12 | Lawson Revenue SKU Report All Data – 11-30-12 | | | | | | No Objections | | | | | |
| DX-713 | PX-1249 | RQC2741745 | | 11/30/2012 | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 1: Curriculum Vitae of Jonathan D. Putnam, PhD. | | x | | | | | | | | | |
| DX-714 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 2: List of Documents Considered | | | | | | | | | | | x |
| DX-715 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 2: List of Documents Considered | | x | | | | | | | | | x |
| DX-716 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 3: Comparison of Damages Calculation | | x | | | | | | | | | x |
| DX-717 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 4: Apportionment of Lawson accused revenues | | x | | | | | | | | | x |
| DX-718 | | | | | | | | | | | | | | | | x |
| DX-719 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 5: Summary of Lawson Accused Revenues | | x | | | | | | | | | x |

Specific Objections

| Def. No. | Plt. No. | Begin Bates | End Bates | Exhibit Description | Date | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-720 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 6: Summary of Lawson Accused License and Maintenance Revenues | | | x | | | | | | | | | x |
| DX-721 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 7: Calculation of Accused Service Revenues | | | x | | | | | | | | | x |
| DX-722 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 7H: Calculation of Accused License/Maintenance for Healthcare Customers | | | x | | | | | | | | | x |
| DX-723 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 6H: Calculation of Accused Service Revenues for Healthcare Customers | | | x | | | | | | | | | x |
| DX-724 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8: Calculation of Apportionment Factors | | | x | | | | | | | | | x |
| DX-725 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 9: Lawson Income Statement | | | x | | | | | | | | | x |
| DX-726 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 10: Lawson Income Statement: Americas Region, Profit Margins | | | x | | | | | | | | | x |
| DX-727 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 11: Regression Results to Determine Lawson's Incremental Margin | | | x | | | | | | | | | x |
| DX-728 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 12: Calculation of Lawson's Incremental Profit | | | x | | | | | | | | | x |
| DX-729 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 13: Summary of Lawson Customers with Prohibited Configurations | | | x | | | | | | | | | x |
| DX-730 | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 14: Customers Without All Infringing SKUs | | | x | | | | | | | | | x |
| DX-731 | | L0165553 | L0165579 | Lawson Software Customer Agreement with Cash America International, Inc. | 5/26/1993 | | x | | x | x | | | | | | |
| DX-732 | | L0217627 | L0217630 | Lawson Software Customer Agreement with Legacy Health System | 5/30/2002 | | x | | x | x | | | | | | |
| DX-733 | PX-0280 | LE00206653 | LE00206992 | Presbyterian Healthcare Services ERP System Request for Proposal | 3/22/2005 | | x | | x | x | | | | | | |
| DX-734 | PX-0367 | ePLUS0942359 | ePLUS0942599 | ePlus screenshots of RSS punchout demo | 4/22/2010 | x | | x | | x | | | | | x | |
| DX-735 | PX-0379 | ePLUS0948949 | ePLUS0948998 | ePlus screenshots of RSS Item Master/punchout demo | 5/3/2010 | x | | x | | x | | | | | x | |
| DX-736 | PX-1250 | RQC3000243 | RQC3000244 | Email string from D. Christopherson to J. Mulchrone and B. Crawford FW: Changes RSS to RQC | 6/3/2011 | | | | | | No Objections | | | | | |
| DX-737 | PX-1235 | RQC1003184 | RQC1003185 | Email string from J. Langer to B. McPheeters, K. Lohkamp and M. Cohen re: Need Guidance on Patch | 6/7/2011 | | | | | | No Objections | | | | | |
| DX-738 | | RQC1003001 | RQC1003001 | (Und. Direct Ex. 1) Email from D. Hager to J. Catalino, B. Murphy and D. Siebert re RSS deals this quarter | 5/23/2011 | | | | x | | | | | | | |
| DX-739 | | ePLUS0229503 | ePLUS0229572 | ePlus v. Ariba Complaint dated May 26, 2004 | 5/26/2004 | | x | x | x | x | | | | | | x |
| DX-740 | | ePLUS0232981 | ePLUS0233069 | ePlus v. SAP Complaint dated April 18, 2005 | 4/18/2005 | | x | x | x | x | | | | | | x |
| DX-741 | | ePLUS0430972 | ePLUS0431032 | Master Software License Agreement between ePlus and Gannett | 6/17/2002 | x | x | x | | x | | | | | | |
| DX-742 | | | | Plaintiff's Second Supplemental Answers to Lawson's Second Set of Interrogatories dated 05/18/10 | 5/18/2010 | x | x | | | | | | | | | |
| DX-743 | | | | Plaintiff's Second Supplemental Answers to Lawson's Fourth Set of Interrogatories dated 05/18/10 | 5/18/2010 | x | x | | | | | | | | | |
| DX-744 | | | | ePlus's Rule 26 Supplemental Disclosure Concerning Injunctive Relief | 2/7/2011 | x | x | | | | | | | | | |
| DX-745 | | | | Office Action mailed February 10, 2011 in U.S. Application No. 90/011,066 ('683 Patent, claims 1-25) | 2/10/2011 | x | x | x | | | | | x | | | |
| DX-746 | | | | ePlus Rebuttal Disclosure Concerning Injunctive Relief | | x | x | | | | | | | | | x |
| DX-747 | | | | WITHDRAWN | | | | | | | | | | | | |

**Specific Objections**

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-748 | PX-0043 | ePLUS0524597 | ePLUS0524622 | 2/12/2005 | Settlement & License Agreement between Ariba, Inc. and ePLUS, Inc., dated February 12, 2005 | | x | x | | | | | x | | | |
| DX-749 | PX-0317 | ePLUS0940765 | ePLUS0940776 | 8/28/2009 | Settlement and License Agreement between ePLUS inc. and Perfect Commerce, LLC and Exhibits A and B | | x | x | | | | | x | | | |
| DX-750 | PX-0318 | ePLUS0940777 | ePLUS0940801 | 12/11/2006 | Patent License and Settlement Agreement among SAP America, Inc., SAP AG and ePLUS inc. | | x | x | | | | | x | | | |
| DX-751 | PX-0319 | ePLUS0940802 | ePLUS0940814 | 8/19/2009 | Settlement and License Agreement between ePLUS, Inc. and SciQuest, Inc. and Exhibits A and B | | x | x | | | | | x | | | |
| DX-752 | PX-0320 | ePLUS0940815 | ePLUS0940835 | 7/7/2009 | Settlement and License Agreement between ePLUS inc. and Verian Technologies, Inc. and Exhibits A and B | | x | x | | | | | x | | | |
| DX-753 | | | | 3/25/2011 | Transcript of Evidentiary Hearing regarding Motion for Permanent Injunction | x | x | x | x | | | | | | | x |
| DX-754 | | | | 5/18/2011 | Decision of the Board of Patent Appeals and Interferences | x | x | x | | | | | x | | | |
| DX-755 | | | | 3/23/2012 | Decision of the Board of Patent Appeals and Interferences | x | x | x | | | | | x | | | |
| DX-756 | | | | 6/20/1905 | 2013.02.20 Deposition of K. Ugone – Exhibit 3 – "Ugone et al., Preparing the Financial Expert or Economist" article | | x | | | | | | | | | |
| DX-757 | | | | | 2013.02.20 Deposition of K. Ugone – Exhibit 4 – "Accounting for Damages in Intellectual Property Litigation" | | x | | | | | | | | | |
| DX-758 | | | | 9/4/2009 | 2013.02.20 Deposition of K. Ugone – Exhibit 5 – Order, Tivo Inc. v. Dish Network Corp et al., C.A. 2:04-cv-01 (DF) | | x | | | | | | | | | x |

                        Respectfully Submitted,

March 18, 2013                         _____/s/_____
                                         Paul W. Jacobs, II (VSB #16815)
                                         Craig T. Merritt (VSB #20281)
                                         Henry I. Willett, III (VSB #44655)
                                         **CHRISTIAN & BARTON, LLP**
                                         909 East Main Street, Suite 1200
                                         Richmond, Virginia 23219-3095
                                         Telephone: (804) 697-4100
                                         Facsimile: (804) 697-4112
                                         pjacobs@cblaw.com
                                         cmerritt@cblaw.com
                                         hwillett@cblaw.com

                                         David M. Young (VSB #35997)
                                         Jennifer A. Albert *(admitted pro hac vice)*
                                         **GOODWIN PROCTER LLP**
                                         901 New York Avenue, N.W.
                                         Washington, DC 20001
                                         Telephone: (202) 346-4000
                                         Facsimile: (202) 346-4444
                                         dyoung@goodwinprocter.com
                                         srobertson@goodwinprocter.com
                                         jalbert@goodwinprocter.com

                                         Michael G. Strapp (*admitted pro hac vice*)
                                         **GOODWIN PROCTER LLP**
                                         Exchange Place
                                         53 State Street
                                         Boston, MA 02109-2881
                                         Telephone: (617) 570-1000
                                         Facsimile: (617) 523-1231
                                         mstrapp@goodwinprocter.com

                                         Attorneys for Plaintiff, *e*Plus Inc

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2013, I will electronically file the foregoing

**ePLUS, INC.'S OBJECTIONS TO DEFENDANT LAWSON SOFTWARE, INC.'S PROPOSED EXHIBIT LIST FOR CONTEMPT PROCEEDINGS**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

| | |
|---|---|
| Christopher Dean Dusseault, *pro hac vice*<br>Jason Lo, *pro hac vice*<br>Timothy P. Best, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-6659<br>CDusseault@gibsondunn.com<br>JLo@gibsondunn.com<br>TBest@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>Megan C. Rahman (VSB No. 42678)<br>Timothy J. St. George (VSB No. 77349)<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>Telephone: (804) 697-1238<br>Facsimile: (804) 698-5119<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com<br>megan.rahman@troutmansanders.com<br>tim.stgeorge@troutmansanders.com |
| Daniel J. Thomasch, *pro hac vice*<br>Josh A. Krevitt, *pro hac vice*<br>Richard William Mark<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-6200<br>DThomasch@gibsondunn.com<br>JKrevitt@gibsondunn.com<br>RMark@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com | Sarah E. Simmons, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue , #1100<br>Dallas, TX 75201<br>Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900<br>SSimmons@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com<br>***Counsel for Defendant Lawson Software, Inc*** |

                              /s/
Paul W. Jacobs, II (VSDB #16815)
Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
pjacobs@cblaw.com
cmerritt@cblaw.com
hwillett@cblaw.com