**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09CV620 (REP) |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DEFENDANT LAWSON SOFTWARE, INC.'S OBJECTIONS TO PLAINTIFF'S EXHIBITS FOR CONTEMPT PROCEEDINGS

Pursuant to the Court's Scheduling Order entered on March 12, 2013 (D.I. 1020) Defendant Lawson Software, Inc. ("Lawson") hereby submits the following general and specific objections to Plaintiff ePlus Inc.'s ("ePlus") proposed exhibits for the contempt proceeding:

**General Objections**

1.       Lawson objects to the inclusion in the record of any designated exhibit that is offered by ePlus but is not the subject of testimony at the contempt proceeding by a witness having personal knowledge of the document.

2.       Lawson will reconsider specific objections stated below in the event that a document marked as an exhibit is offered at the contempt hearing through a witness with knowledge of the document.  From ePlus's exhibit list, however, Lawson cannot determine which witnesses will actually testify about which documents on ePlus's exhibit list.

3.       Lawson reserves its right to present additional objections to exhibits based on unanticipated uses of such exhibits.

1

4.      Lawson objects to the introduction of any part of any exhibit designated by ePlus relating only or primarily to product configurations, product features, or patent claims not at issue in the contempt proceeding to be heard beginning on April 2, 2013.

5.      The following documents were produced by Lawson pursuant to Court Order and over Lawson's assertion of privilege.  Lawson maintains its objection to any use of these documents by ePlus.

- PX-1092
- PX-1097
- PX-1116
- PX-1218
- PX-1229
- PX-1230
- PX-1231
- PX-1232
- PX-1233
- PX-1234
- PX-1235
- PX-1236
- PX-1237
- PX-1238
- PX-1239
- PX-1240
- PX-1250
- PX-1251
- PX-1252
- PX-1253
- PX-1254
- PX-1255
- PX-1256
- PX-1257
- PX-1258
- PX-1259
- PX-1260
- PX-1261
- PX-1263
- PX-1264
- PX-1265
- PX-1266

**Specific Objections**

In addition to the General Objections set forth above, which are incorporated by reference, Lawson makes the specific objections to ePlus's exhibits as are set forth in Exhibit A.

DATED:  March 18, 2013

**LAWSON SOFTWARE, INC.**

By:  _____/s/  Stanley W. Hammer _____
            Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Timothy J. St. George, VSB #77349
Stanley W. Hammer (VSB No. 82181)
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
tim.stgeorge@troutmansanders.com

Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Counsel for Defendant Lawson Software, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 18th day of March 2013, I will electronically file the foregoing

**DEFENDANT LAWSON SOFTWARE, INC.'S OBJECTIONS TO PLAINTIFF'S EXHIBITS FOR CONTEMPT PROCEEDINGS**

with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) via email to the following:

Craig T. Meritt
Henry I. Willet, III
CHRISTIAN & BARTON, LLP
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmeritt@cblaw.com
hwillet@cblaw.com

Scott L. Robertson
Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
srobertson@goodwinprocter.com
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

James D. Clements
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
jclements@goodwinprocter.com

_____/s/  Stanley W. Hammer _____
Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Timothy J. St. George, VSB #77349
Stanley W. Hammer (VSB No. 82181)
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Attorneys for Defendant Lawson Software, Inc.*

4