**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | | |
|---|---|---|
| *e*PLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:09CV620 (REP) |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT FILING OF LIST OF WITNESSES, EXHIBITS, AND DEPOSITION**
**DESIGNATIONS FOR CONTEMPT PROCEEDINGS**

Pursuant to the Court's Scheduling Order entered on March 12, 2013 (D.I. 1020) Plaintiff

ePlus Inc. ("ePlus") and Defendant Lawson Software, Inc. ("Lawson") hereby jointly submit the

following documents:

    1. Appendix 1 - List of Witnesses that are agreed upon

    2. Appendix 2 - List of Exhibits that are agreed upon

    3. Appendix 3 - List of Exhibits that are subject to objection by ePlus

    4. Appendix 4 - List of Exhibits that are subject to objection by Lawson

    5. Appendix 5 – ePlus's Deposition Designations for Dean J. Hager with Lawson's

       objections and counter-designations

    6. Appendix 6 - ePlus's Deposition Designations for Kenneth Farber

DATED:  March 20, 2013

<div style="margin-left: 40%;">

_____/s/_____
David M. Young (VSB #35997)
Jennifer A. Albert *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com
jalbert@goodwinprocter.com

Craig T. Merritt (VSB #20281)
Henry I. Willett, III (VSB #44655)
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com

Michael G. Strapp (*admitted pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone:  (617) 570-1000
Facsimile:   (617) 523-1231
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Attorneys for Plaintiff *e*Plus Inc.

</div>

DATED:  March 20, 2013                    **LAWSON SOFTWARE, INC.**

                                          By: _____/s/_____

                                                    Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
Timothy J. St. George, VSB #77349
Stanley W. Hammer (VSB No. 82181)
TROUTMAN SANDERS LLP
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
tim.stgeorge@troutmansanders.com


Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035


*Counsel for Defendant Lawson Software, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 20th day of March, 2013, I will electronically file the foregoing

**JOINT FILING OF LIST OF WITNESSES, EXHIBITS, AND DEPOSITION DESIGNATIONS FOR CONTEMPT PROCEEDINGS**

with the Clerk of Court using the CM/ECF system which will then send a notification of such filing (NEF) via email to the following:

| | |
|---|---|
| Christopher Dean Dusseault, *pro hac vice*<br>Jason Lo, *pro hac vice*<br>Timothy P. Best, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>Telephone: (213) 229-7000<br>Facsimile: (213) 229-6659<br>CDusseault@gibsondunn.com<br>JLo@gibsondunn.com<br>TBest@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com | Robert A. Angle, VSB#37691<br>Dabney J. Carr, IV, VSB #28679<br>Megan C. Rahman (VSB No. 42678)<br>Timothy J. St. George (VSB No. 77349)<br>TROUTMAN SANDERS LLP<br>P.O. Box 1122<br>Richmond, Virginia 23218-1122<br>Telephone: (804) 697-1238<br>Facsimile: (804) 698-5119<br>robert.angle@troutmansanders.com<br>dabney.carr@troutmansanders.com<br>megan.rahman@troutmansanders.com<br>tim.stgeorge@troutmansanders.com |
| Sarah E. Simmons, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>2100 McKinney Avenue , #1100<br>Dallas, TX 75201<br>Telephone: (214) 698-3100<br>Facsimile: (214) 571-2900<br>SSimmons@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com<br><br>***Counsel for Defendant Lawson Software, Inc.*** | Daniel J. Thomasch, *pro hac vice*<br>Josh A. Krevitt, *pro hac vice*<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-6200<br>DThomasch@gibsondunn.com<br>JKrevitt@gibsondunn.com<br>VAED-620ExternalServiceList@gibsondunn.com |

_____
                    */s/*
David M. Young (VSB #35997)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
dyoung@goodwinprocter.com

4

# Crrgpf kz 1

## PLAINTIFF ePLUS'S WITNESS LIST

|     | **Name** | **Address** | **Purpose** |
| --- | --- | --- | --- |
| 1. | Dale Christopherson | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 2. | Dean Hager | Kroll Ontrack<br>9023 Columbine Road<br>Eden Prairie, MN 55347 | Fact |
| 3. | Scott Hanson | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 4. | Keith Lohkamp | 3045 Totterdell Street<br>Oakland, CA 94611 | Fact |
| 5. | Alfred Weaver, Ph.D. | University of Virginia<br>School of Engineering and Applied Sciences<br>151 Engineer's Way<br>P.O. Box 400470<br>Charlottesville, VA 22904 | Expert |
| 6. | Keith Ugone, Ph.D. | Analysis Group<br>2911 Turtle Creek Boulevard<br>Suite 600<br>Dallas, TX  75219 | Expert |

## DEFENDANT LAWSON'S WITNESS LIST

|    | Name | Address | Purpose |
|----|------|---------|---------|
| 1. | Dale Christopherson | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 2. | Benjamin Goldberg, Ph.D. | New York University<br>Department of Computer Science<br>251 Mercer Street, Room 401<br>New York, NY 10012 | Expert |
| 3. | Kenneth Farber<br>(by deposition) | ePlus, Inc.<br>13595 Dulles Technology Drive<br>Herndon, VA 20171 | Fact |
| 4. | Dean Hager<br>(by deposition) | Kroll Ontrack<br>9023 Columbine Road<br>Eden Prairie, MN 55347 | Fact |
| 5. | Elizabeth Homewood | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 6. | Keith Lohkamp | Lawson Software, Inc.<br>380 Saint Peter Street<br>St. Paul, MN 55102 | Fact |
| 7. | Jonathan Putnam, Ph.D. | Competition Dynamics<br>125 Washington Street #202<br>Salem, MA 01970-3535 | Expert |
| 8. | Kevin Samuelson | Backcountry.Com<br>1678 Redstone Center Drive<br>Park City, Utah 84098-7614 | Fact |

2

# Crrgpf kz 4

**LIST OF EXHIBITS THAT ARE AGREED UPON**

| Plt. No. | Def. No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|---|
| PX-1 | DX-543 | | | | U.S. Patent No. 6,023,683 |
| PX-109 | DX-683 | | | 7/9/2009 | Lawson Annual 10-K Forms (2009) |
| PX-367 | DX-734 | ePLUS0942359 | ePLUS0942599 | 4/22/2010 | ePlus screenshots of RSS punchout demo |
| PX-379 | DX-735 | ePLUS0948949 | ePLUS0948998 | 5/3/2010 | ePlus screenshots of RSS Item Master/punchout demo |
| PX-440 | DX-684 | | | 7/15/2010 | Lawson Annual 10-K Forms (2010) |
| PX-690 | DX-681 | | | | *The Forrester Wave: eProcurement Solutions*, Q1 2011 |
| PX-1000 | DX-626 | RQC0000001 | RQC0000046 | | Lawson Procurement Punchout and PO Dispatcher Installation and Administration Guide for Lawson Applications 8.1.x and 9.x Version 9.0.1.4<br><br>2011.12.19 Deposition of Dale Christopherson - Exhibit 05 - Lawson Procurement Punchout and PO Dispatcher Installation and Administration Guide for Lawson Application Guide for Lawson Applications 8.1X and 9.X |
| PX-1002 | DX-693 | RQC0000638 | RQC0000655 | 6/3/2011 | "Introducing Lawson Requisition Center Webinar (June 3, 2011) Questions And Answers"<br><br>2011.12.19 Deposition of Dale Christopherson - Exhibit 07 - Introducing Lawson Requisition Center Webinar |
| PX-1003 | | RQC0000691 | RQC0000694 | | 2011.12.19 Deposition of Dale Christopherson - Exhibit 8 & 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 03 Lawson Requisition Center and Procurement Punchout |
| PX-1004 | | RQC0914392 | RQC0914395 | 2/7/2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 11 - S-3 RSS/Punchout and M3 Battle Plan Against ePlus |
| PX-1010 | DX-624 | RQC0000656 | RQC0000690 | 6/3/2011 | Introducing Lawson Requisition Center |
| PX-1011 | DX-625 | RQC0000695 | RQC0000708 | 5/1/2011 | Lawson Requisition Center Overview |

**LIST OF EXHIBITS THAT ARE AGREED UPON**

| Plt. No. | Def. No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|---|
| PX-1012 | DX-594 | RQC0000384 | RQC0000384 | 5/1/2011 | 2011.12.19 Deposition of Dale Christopherson – Exhibit 20 – Lawson Requisition Center User Guide, Version 9.0.1<br><br>2011.12.19 Deposition of Dale Christopherson - Exhibit 20 - Lawson Requisition Center User Guide Version 9.0.1 |
| PX-1013 | | RQC0377104 | RQC03771105 | 2/14/2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 21 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 5 - Email from D. Christopherson to K. Lohkamp, K. Knuth , T. Dooner RE: Analysis of claims from ePlus |
| PX-1014 | | RQC0868679 | RQC0868679 | 2/14/2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 22 - Email from D. Christopherson to K. Lohkamp and D. DeLancey Re: Initial thoughts on the 683 patent infringement by Punch-out |
| PX-1015 | | RQC0364468 | RQC0364472 | 2/24/2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 23 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 6 - Email from D. Christopherson to K. Lohkamp FW: Initial thoughts on the 683 patent infringement by Punch-out / Use of RSS configuration to control vendor access commentary |
| PX-1019 | DX-605 | RQC2291408 | RQC2291410 | 4/25/2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 7 – Email from K. Lohkamp to D. Snyder, D. Kemper, J. Langer RE: Please Read: Additional suggested change to the Requisition Center<br><br>2011.12.20 Deposition of Dale Christopherson - Exhibit 27 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 7 - Email from K. Lohkamp to D. Snyder, D. Kemper, J. Langer RE: Please Read: Additional suggested change to the Requisition Center |

**LIST OF EXHIBITS THAT ARE AGREED UPON**

| Plt. No. | Def. No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|---|
| PX-1020 | | RQC0010154 | | May 5, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 28 - Email from D. Christopherson to J. Mulchrone RE: So the big question is... |
| PX-1021 | | RQC2273418 | RQC2273419 | 6/3/2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 29 - Email from D. Hager to K. Lohkamp, J. Langer RE: Need Decision and Input on New Requested Change to RQC Related to Procurement Punchout |
| PX-1022 | | RQC0007676 | RQC0007681 | 6/22/2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 30 & 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 11 - Email from D. Christopherson to K. Lohkamp RE: Cleveland Clinic: Questions |
| PX-1024 | | RQC0008161 | RQC0008162 | 6/1/2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 34 - Email from D. Christopherson to K. Lohkamp and I. Svensson RE: Mayo RQC Questions |
| PX-1026 | | RQC0008104 | RQC0008104 | 6/2/2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 36 & 2012.01.06 Deposition of Keith Lohkamp - Exhibit 21 - Email from D. Christopherson to K. Lohkamp RE: REQ Center |
| PX-1030 | | RQC0008088-89 | RQC0008089 | 6/2/2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 40 - Email from D.Christopherson to M. Bragstad RE: Changes being brought with Req Center |
| PX-1033 | DX-561 | RQC0109373 | RQC0109373 | 10/5/2011 | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 04 – Spreadsheet – Customer List<br><br>Deposition of Scott Hanson - Exhibit 7 & 2012.01.05 Deposition of Kevin Samuelson - Exhibit 13 - Spreadsheet - Customer List |
| PX-1035 | DX-563 | RQC0561907 | RQC0561909 | | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 06 – "Timeline for ePlus Patent Litigation (ERH)" |
| PX-1037 | DX-557 | RQC0000636 | RQC0000637 | 6/3/2011 | 2011.12.21 Deposition of Elizabeth Homewood – Exhibit 08 – "Decommission Notice – S3 Requisitions Self-Service" |

**LIST OF EXHIBITS THAT ARE AGREED UPON**

| Plt. No. | Def. No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|---|
| PX-1038 | | RQC02657684 | RQC02657687 | 9/6/2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 09 - Email from D. Hager to K. Lohkamp Re: Update on RQC/ePlus Communications |
| PX-1039 | | RQC0801464 | RQC0801466 | 6/16/2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 10 - Email from L. Durham, Priority health to M. Anderson, et al. Re Lawson Global Support – ePlus Patent Litigation |
| PX-1041 | DX-707 | RQC0117312 | RQC0117313 | 6/7/2011 | Calendar Invite from Jennifer Langer Re: RQC Team: Legal requested changes to Punch-out . . .<br><br>2011.12.21 Deposition of Elizabeth Homewood - Exhibit 12 - Q&A Session with Dean Hagar- Introduces Lawson Requisition Center |
| PX-1042 | | RQC0801547 | RQC0801548 | 6/4/2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 13 - Email from D. Diehl to M. Anderson RE: RQC reminder for teams |
| PX-1045 | | N/A | N/A | | 2011.12.21 Deposition of Todd Dooner - Exhibit 101 - RSS/RQC Difference Details |
| PX-1049 | DX-696 | RQC2154688 | RQC2154689 | 4/21/2011 | Email from Dale Christopherson to Keith Lohkamp and Todd Dooner Re: Here is the concept<br><br>2011.12.21 Deposition of Todd Dooner - Exhibit 113 - Email from B. Crawford to B. McPheeters RE: Possible Modification to code per Dale FW: Here is the concept |
| PX-1050 | | RQC0117866 | RQC0117867 | 6/6/2011 | 2011.12.21 Deposition of Todd Dooner - Exhibit 114 - Email from M. Klebe to M. Bragstad RE: Heads up on RQC Change |
| PX-1055 | | RQC0008253 | RQC0008253 | 5/26/2011 | 2011.12.21 Deposition of Todd Dooner - Exhibit 126 - Email from D. Christopherson to T. Dooner and K. Lohkamp RE: RSS to RQD KB article# 5434646 |
| PX-1056 | | RQC0905555 | RQC0905593 | 6/27/2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 04 - Email from K. Ross to M. Tincher RE: Updated Chronology, with attachment: Intro to Requisition Center Webinar 060311 Powerpoint |

**LIST OF EXHIBITS THAT ARE AGREED UPON**

| Plt. No. | Def. No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|---|
| PX-1057 | | RQC2609830 | RQC2609832 | | 2011.12.29 Deposition of Scott Hanson - Exhibit 05 - Email from D. Christopherson to L. Gregg and P. Wright FWD: Q&A from Friday Webinar - Current Version, with attached spreadsheet |
| PX-1058 | | RQC0114812-19 RQC0115250-59 RQC0113787-94 RQC0113785-86 RQC0113842-46 RQC0114257-59 | RQC0114812-19 RQC0115250-59 RQC0113787-94 RQC0113785-86 RQC0113842-46 RQC0114257-59 | | 2011.12.29 Deposition of Scott Hanson - Exhibit 08 - Excerpts from Support Ticket Files |
| PX-1059 | DX-591 | RQC0000364 | RQC0000379 | 6/1/2011 | 2011.12.29 Deposition of Scott Hanson – Exhibit 08 – Lawson Requisition Center Installation Guide, Version 9.0.1 (Unix/Windows) |
| PX-1060 | DX-585 | RQC0109375 | RQC0109375 | | 2011.12.29 Deposition of Scott Hanson – Exhibit 10 – "RQC SWAT Cases" spreadsheet |
| PX-1061 | DX-593 | RQC0109374 | RQC0109374 | | 2011.12.29 Deposition of Scott Hanson – Exhibit 11 – "RQC SWAT Activities" spreadsheet |
| PX-1062 | | RQC0021754 | RQC0021756 | 6/24/2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 13 - Email from S. Hanson to J. Catalino, M. Jokinen and R. Graham RE: RSS to RQC Services Reserve Calculation |
| PX-1065 | | RQC00019999 | RQC00020001 | 9/1/2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 16 - Email from S. Hanson to W. Schulte RE: Kennedy Health (4788) – RQC Consulting Time |
| PX-1066 | | RQC0013417 | RQC0013417 | 6/30/2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 17 - Email from J. Healey to S. Hanson RE: Question Heartland |
| PX-1068 | DX-623 | RQC0870774 | RQC0870777 | 6/2/2011 | Email from K. Lohkamp to D. Davidson Re: RSS to Req Center Upgrade<br><br>2011.12.29 Deposition of Scott Hanson - Exhibit 19 - Email from K. Lohkamp to D. Davidson Re: RSS to Req Center Upgrade |

**LIST OF EXHIBITS THAT ARE AGREED UPON**

| Plt. No. | Def. No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|---|
| PX-1069 | | RQC0920551 | RQC0920556 | 6/3/2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 20 - Email from S. Hanson to D. Davidson RE: Action item: need immediate letter to Partners |
| PX-1070 | | RQC0019869 | RQC0019870 | 9/21/2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 21 - Email from S. Hanson to C. Miliner RE: RSS/RQC differences documentation |
| PX-1072 | | RQC0014103 | RQC0014104 | 6/8/2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 25 - Email from C. Walters to S. Hanson RE: RSS – RQC Customer testing |
| PX-1073 | | RQC0055932 | RQC0055933 | 5/26/2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 26 - Email from J. Langer to H. Debes RE: more customer feedback on Requisition Center...reinforces Harry's message |
| PX-1074 | | RQC2741646 | RQC2741646 | 7/3/1905 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 04 - Spreadsheet – P & L, FY 2011 |
| PX-1077 | DX-643 | N/A | N/A | 5/31/2011 | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 7: Lawson US FY11 (May 31, 2011) Actual P&L Profit by Revenue Type |
| PX-1078 | DX-644 | | | | 2012.01.05 Deposition of Kevin Samuelson – Exhibit 8: Product SKUs |
| PX-1079 | | RQC0838864 | RQC0838864 | | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 09 - Spreadsheet – S3HCM |
| PX-1080 | | RQC2741643 | RQC2741643 | 7/3/1905 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 10 - License Revenue Spreadsheet |
| PX-1081 | | RQC2741644 | RQC2741644 | 7/3/1905 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 12 - Maintenance Revenue Spreadsheet |
| PX-1082 | | RQC2741645 | RQC2741645 | 7/3/1905 | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 15 - Service Revenue Spreadsheet |
| PX-1088 | DX-549 | RQC2282399 | RQC2282402 | 3/7/2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 4 – Email from Mike Cohen to Bruce McPheeters FWD: CUE Demo Plans, need help |

**LIST OF EXHIBITS THAT ARE AGREED UPON**

| Plt. No. | Def. No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|---|
| PX-1090 | DX-550 | RQC0026599 | RQC0026602 | 3/25/2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 6 & 2012.01.06 Deposition of Keith Lohkamp – Exhibit 9 – Email from K. Lohkamp to D. Hager RE: Questions |
| PX-1091 | | RQC0328897 | RQC0328898 | 3/30/2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 07 - Email from P. Miele to J. Millar RE: ePlus Litigation – URGENT ACTION for you |
| PX-1096 | DX-556 | RQC0914942 | RQC0914945 | 6/9/2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 12 & 2012.01.06 Deposition of Keith Lohkamp – Exhibit 8 – Email from D. Christopherson to D. Hager, B. McPheeters et al. RE: RQC Patch 1 updated |
| PX-1098 | | RQC0813754 | RQC0813755 | 5/26/2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 14 - Email from D. Hager to H. Debes RE: Another Customer Letter |
| PX-1100 | | RQC0848776 | RQC0848779 | 5/26/2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 16 - Email from M. Poling to D. Hager RE: Update on Requisition Center and Punchout – Sutter |
| PX-1101 | | RQC2076740 | RQC2076743 | 6/1/2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 17 - Email from M. Tincher RE: Moving Up to RQC – large project team w/ Attachment RSS Injunction Battle Plan Spreadsheet |
| PX-1102 | | RQC0907446 | RQC0907460 | June 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 18 - RQC Presentation – Webinar re: court order requiring immediate replacement of RQSS w/RQ Center |
| PX-1104 | DX-558 | RQC0000732 | RQC0000738 | 5/27/2011 | "Immediate replacement of Requisitions Self Service software products required." 2012.01.06 Deposition of Dean Hager - Exhibit 21 & 2012.01.09 Deposition of Kurt Reasoner - Exhibit 2 - H. Debes letter RE: Immediate replacement of RSS software products required |
| PX-1105 | DX-607 | RQC0869062 | RQC0869093 | 6/3/2011 | Deposition of Keith Lohkamp – Exhibit 11 – Email from J. Langer to N. Anderson FW: LRC webinar follow-up: questions and recordings w/ attachment LRC Question and Answers.txt |

**LIST OF EXHIBITS THAT ARE AGREED UPON**

| Plt. No. | Def. No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|---|
| Px-1111 | DX-552 | RQC2091954 | RQC2091959 | 5/26/2011 | 2012.01.06 Deposition of Dean Hager – Exhibit 28 – Email from Jennifer Langer to Guy Leduc et al. FW: Supporting Materials for Mtg 2:00 – RE: project team for ePlus (and attachment) |
| PX-1112 | | RQC0612952 | RQC0612952 | 5/26/2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 29 - Email from D. Hager to T. Blake - Content for Prospect Letter |
| PX-1113 | DX-606 | RQC0883191 | RQC0883229 | 6/3/2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 10 – Presentation: Introducing Lawson Requisition Center |
| PX-1115 | DX-609 | RQC0590893 | RQC0590903 | 5/2/2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 13 – Email and attachment, Lawson Requisition Center, How To Sell |
| PX-1116 | DX-610 | RQC2300171 | RQC2300173 | 5/18/2011 | 2012.01.06 Deposition of Keith Lohkamp – Exhibit 14 – Email from D. Christopherson to D. Kempker, J. Langer et al. RE: Recommendation on next steps for RSS and RQC |
| PX-1117 | | RQC2256291 | RQC2256305 | 6/7/2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 15 - Email from D. Christopherson to J. Mulchrone and T. Dooner FW: Updated FAQs for Legal Review and Posting on Globe |
| PX-1152 | DX-590 | RQC0000348 | RQC0000363 | 5/1/2011 | Lawson Requisition Center Installation Guide, Version 9.0.1 (IBM) |
| PX-1153 | | RQC0000380 | RQC0000383 | May 2011 | Requisition Center Release Notes |
| PX-1154 | | RQC0000434 | RQC0000635 | June 2011 | Requisitions User Guide |
| PX-1155 | DX-695 | RQC0000709 | RQC0000721 | 6/9/2011 | "Lawson Requisition Center What's New and Different" |
| PX-1156 | DX-568 | RQC0000722 | RQC0000722 | 5/18/2011 | "Lawson S3 Requisition Center is generally available today – May 18th, 2011." |
| PX-1157 | | RQC0000723 | RQC0000723 | 7/3/1905 | Lawson Requisition Center: Courses from Lawson Learning |
| PX-1159 | DX-533 | RQC0000730 | RQC0000730 | June 2011 | "Important Notice: Recommended Patch Available for Procurement Punchout Customers" |
| PX-1160 | DX-534 | RQC0000731 | RQC0000731 | June 2011 | "Patch for Requisition Center 9.0.1 Now Available" |
| PX-1161 | | RQC0000739 | RQC0000739 | 7/12/2011 | Lawson Website Requisition Center Screenshot |
| PX-1162 | | RQC0000740 | RQC0000740 | May 2011 | Lawson Requisition Center Overview Video |
| PX-1163 | | RQC0000741 | RQC0000741 | 6/3/2011 | Requisition Center Training Course |

**LIST OF EXHIBITS THAT ARE AGREED UPON**

| Plt. No. | Def. No. | Begin Bates | End Bates | Date | Exhibit Description |
|----------|----------|-------------|-----------|------|---------------------|
| PX-1164 | | RQC0000742 | RQC0000742 | | Video Message From Dean Hager on "Requisition Center" |
| PX-1165 | | RQC0000743 | RQC0000743 | 6/3/2011 | Lawson WebEx With Customers Concerning RQC |
| PX-1178 | DX-710 | RQC0010354 | RQC0010357 | 4/26/2011 | Email from Dale Christopherson FW: How did testing go? |
| PX-1191 | | RQC0109447 | RQC0109447 | | Lawson Customer List |
| PX-1195 | DX-586 | RQC0111357 | RQC0111366 | 8/22/2011 | "Lawson Consulting Services – RQC SWAT Team Financial Update" |
| PX-1201 | | RQC0653558 | RQC0653559 | 6/7/2011 | Email from J. Langer to J. Langer, S. Merten et al. RE: RQC Team: Legal requested changes to Punch-out will be included in forthcoming RQC patch |
| PX-1203 | | RQC0823069 | RQC0823069 | | Spreadsheet of Customers" Status |
| PX-1205 | | RQC0836445 | RQC0836451 | 6/2/2011 | Email from S. Hanson to D. Smith RE: Lawson / e-Plus litigation update |
| PX-1206 | | RQC0843442 | RQC0843447 | 6/1/2011 | Email from M. Vance to I. Svensson RE: A message from Dean Hager - RQC now available free of charge to replace RSS |
| PX-1234 | | RQC1003017 | RQC1003019 | 9/19/2011 | Email from D. Christopherson to W. Schultz and T. Dooner re Information Request |
| PX-1235 | DX-737 | RQC1003184 | RQC1003185 | 6/7/2011 | Email string from J. Langer to B. McPheeters, K. Lohkamp and M. Cohen re: Need Guidance on Patch |
| PX-1241 | | RQC2741737 | RQC2741737 | 8/31/2012 | Lawson License Revenue - 8-31-12 |
| PX-1242 | | RQC2741738 | RQC2741738 | 8/31/2012 | Lawson Maintenance Revenue - 8-31-12 |
| PX-1243 | | RQC2741739 | RQC2741739 | 8/31/2012 | Lawson Services Revenue - 8-31-12 |
| PX-1244 | DX-711 | RQC2741740 | | 10/31/2012 | USA PL FY12 10-31-12 – 2012 P&L Statement |
| PX-1245 | DX-712 | RQC2741741 | | 12/1/11 - 8/31/12 | Lawson Revenue SKU Report ALL Data – 8-31-12 |
| PX-1246 | | RQC2741742 | RQC2741742 | 11/30/2012 | Lawson License Revenue - 11-30-12 |
| PX-1247 | | RQC2741743 | RQC2741743 | 11/30/2012 | Lawson Maintenance Revenue - 11-30-12 |
| PX-1248 | | RQC2741744 | RQC2741744 | 11/30/2012 | Lawson Service Revenue - 11-30-12 |
| PX-1249 | DX-713 | RQC2741745 | | 11/30/2012 | Lawson Revenue SKU Report All Data - 11-30-12 |
| PX-1250 | DX-736 | RQC3000243 | RQC3000244 | 6/3/2011 | Email string from D. Christopherson to J. Mulchrone and B. Crawford FW: Changes RSS to RQC |

**LIST OF EXHIBITS THAT ARE AGREED UPON**

| Plt. No. | Def. No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|---|
| PX-1254 | | RQC3002676 | RQC3002677(with attach) | 6/9/2011 | Email from J. Ekelin to D. Christopherson, E. Homewood, M. Cohen, S. Merten, K. Lohkamp, and J. Langer re Q&A from Friday Webinar - Latest Version |
| PX-1255 | | RQC3002775 | RQC3002778 | 6/7/2011 | Email from D. Christopherson to D. Hager, B. McPheeters, K. Lohkamp, J. Langer, M. Cohen and J. Mulchrone re Need Decision and Input on New Requested Change to RQC Related to Procurement Punchout |
| PX-1267 | | RQC0893666 | RQC0893666 | 5/26/2011 | Letter from D. Hager to Summa Health System - Attachment to RQC0893665_00001 |
| PX-1269 | | N/A | N/A | 10/7/2011 | 2011.12.29 Deposition of Scott Hanson – Exhibit 06 – Defendant Lawson Software, Inc.'s Answers to Plaintiff ePlus Inc.'s First Set of Interrogatories for Contempt Proceedings |
| PX-1270 | | N/A | N/A | 10/24/2011 | 2011.10.24 Defendant Lawson Software, Inc.'s Supplemental Responses to Plaintiff ePlus Inc.'s First Set of Interrogatories for Contempt Proceedings (Interrogatory No. 5) |
| | DX-559 | RQC0762337 | RQC0762343 | 6/1/2011 | "Immediate replacement of Requisitions Self Service software products required." |
| | DX-608 | RQC0117217 | RQC0117227 | 4/8/2011 | Requisition Center Launch Project Charter |
| | DX-628 | RQC2270553 | RQC2270554 | 6/10/2011 | Email from D. Christopherson re Q&A and Patch 1 |
| | DX-631 | RQC0118131 | | | Lawson Requisition Center User Guide |
| | DX-690 | RQC1000122 | RQC1000123 | 6/3/2011 | Email from Dale Christopherson to Todd Dooner Fwd: Updated on Requested Change to Requisition Center related to punchout |
| | DX-691 | RQC1000157 | | 6/1/2011 | Email from Dale Christopherson to John Mulchrone FW: Change to Punchout |
| | DX-694 | RQC2270553 | RQC2270574 | 6/10/2011 | Email from Dale Christopherson FW: For Legal Review – Q&A from Friday Webinar + Attachment |
| | DX-698 | RQC1000847 | RQC1000848 | 2/1/2011 | Calendar Invite from Bruce McPheeters Re: Important ePlus patent suit Planning meeting – Please Attend |

**LIST OF EXHIBITS THAT ARE AGREED UPON**

| Plt. No. | Def. No. | Begin Bates | End Bates | Date | Exhibit Description |
|---|---|---|---|---|---|
|  | DX-701 | RQC1000376 |  | 3/31/2011 | Email from Dale Christopherson to Guenther Tolkmit RE: do you want to be updated on the RSS replacement project |

# Crrgpflz 5

**PLAINTIFF ePLUS INC.'S SPECIFIC OBJECTIONS TO DEFENDANT LAWSON SOFTWARE, INC.'S LIST OF AFFIRMATIVE CONTEMPT HEARING EXHIBITS**

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-500 | | | | 1/27/2011 | Signed verdict form | | X | | | | | | X | | | |
| DX-501 | | | | 1/4/2011 | Transcript of merits trial (Opening Statement) (pages 112-196) | X | X | | X | | | | X | | | |
| DX-502 | | | | 1/4/2011 | Transcript of merits trial (Testimony of Douglas Momyer) (pages 216-399) | X | X | | X | | | | X | | | |
| DX-503 | | | | 1/5/2011 | Transcript of merits trial (Testimony of Jim Johnson) (pages 448-480) | X | X | | X | | | | X | | | |
| DX-504 | | | | 1/5/2011 | Transcript of merits trial (Testimony of Alfred Weaver) (pages 482-510) | X | X | | X | | | | X | | | |
| DX-505 | | | | 1/6/2011 | Transcript of merits trial (Testimony of Alfred Weaver) (pages 517-922) | X | X | | X | | | | X | | | |
| DX-506 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-507 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-508 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-509 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-510 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-511 | | | | 1/13/2011 | Transcript of merits trial (Testimony of Michael Shamos) (pages 1723-1778) | X | X | | X | | | | X | | | |
| DX-512 | | | | 1/14/2011 | Transcript of merits trial (Testimony of Michael Shamos) (pages 1792-1948) | X | X | | X | | | | X | | | |
| DX-513 | | | | 1/20/2011 | Transcript of merits trial (Testimony of Brooks Hilliard) (pages 2656-2792) | X | X | | X | | | | X | | | |
| DX-514 | | | | 1/24/2011 | Transcript of merits trial (Closing Arguments) (pages 3085-3230) | X | X | | X | | | | X | | | |
| DX-515 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-516 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-517 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-518 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-519 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-520 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-521 | PX-368 | | | 1/20/2012 | Golberg Report Ex. 3 – Video – Weaver Merits Trial Two Punchout demonstration | | | | | | | | X | | | |
| DX-522 | PX-380 | | | 1/20/2012 | Goldberg Report Ex. 4 – Video – Weaver Merits Trial Item Master / Punchout demonstration | | | | | | | | X | | | |
| DX-523 | | | | 1/20/2012 | Goldberg Report Ex. A – Goldberg CV | | | | X | | | | | | | |
| DX-524 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-525 | PX-1166 | RQC0000744 | RQC0000744 | | Source code | X | X | X | | | | | X | | X | |
| DX-526 | PX-1167 | RQC0000745 | RQC0000745 | | Source code | X | X | X | | | | | X | | X | |
| DX-527 | PX-1172 | RQC0000746 | RQC0000746 | | Source code differences file | X | X | X | | | | | X | | X | |
| DX-528 | PX-1168 | RQC0000747 | RQC0000747 | | Source code | X | X | X | | | | | X | | X | |
| DX-529 | PX-1169 | RQC0000748 | RQC0000748 | | "Lawson 4GL Diff Document" | X | X | X | | | | | X | | X | |
| DX-530 | PX-1173 | RQC0000749 | RQC0000749 | | Source code differences file | X | X | X | | | | | X | | X | |
| DX-531 | PX-1170 | RQC0000750 | RQC0000750 | | Source code differences file | X | X | X | | | | | X | | X | |
| DX-532 | PX-1171 | RQC0000751 | RQC0000751 | | Source code differences files | X | X | X | | | | | X | | X | |
| DX-535 | | | | 5/6/2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus, Inc. v. Lawson Software, Inc. | | X | X | X | | | | | | | X |
| DX-536 | | | | 5/18/2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus, Inc. v. Lawson Software, Inc. | | X | X | X | | | | | | | X |
| DX-537 | | | | 6/16/2011 | Letter from Scott Robertson to Daniel McDonald re: ePlus, inc. v. Lawson Software, Inc. | | X | X | X | | | | | | | X |
| DX-538 | | | | 6/24/2011 | Letter from Scott Robertson to Daniel McDonald re: ePlus inc. v. Lawson Software, Inc. | | X | X | X | | | | | | | X |
| DX-539 | | | | 6/28/2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus Inc. v. Lawson Software, Inc. | | X | X | X | | | | | | | X |

PLAINTIFF ePLUS INC.'S SPECIFIC OBJECTIONS TO DEFENDANT LAWSON SOFTWARE, INC.'S LIST OF AFFIRMATIVE CONTEMPT HEARING EXHIBITS

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-540 | | | | 7/1/2011 | Letter from Scott Robertson to Daniel McDonald re: ePlus, inc. v. Lawson Software, Inc. | | X | X | X | | | | | | | X |
| DX-541 | | | | 7/6/2011 | Letter from Daniel McDonald to Scott Robertson re: ePlus, inc. v. Lawson Software, Inc. | | X | X | X | | | | | | | X |
| DX-542 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-544 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-545 | | | | 1/4/2011 | Weaver Trial Demonstratives | X | X | X | | | | | | X | | |
| DX-546 | | | | 3/30/2011 | Lawson Opposition to Motion for Permanent Injunction | | X | X | X | X | | | | | | |
| DX-547 | | | | 4/1/2011 | ePlus Reply to Motion for Permanent Injunction | | X | X | X | | | | | | | |
| DX-548 | | | | 4/4/2011 | Transcript of April 4, 2011 injunction hearing | X | X | X | X | | | | | | | |
| DX-551 | RQC0054042 | RQC0054042 | 5/10/2011 | Email from Jim Catalino to Dean Hager RE: Anything on e-Plus? I have staff meeting and wanted to provide update thx | | X | X | X | | | | | | | |
| DX-553 | RQC2125837 | RQC2125837 | 4/13/2011 | Email from Brad Nauman to Jeff Hvass et al. FW: ePlus | | X | X | X | | | | | | | |
| DX-554 | RQC0922446 | RQC0922446 | 4/25/2011 | Email from Dean Hager to Darci Snyder Re: Clarity on mobile reqs | | X | X | X | | | | | | | |
| DX-555 | RQC0870441 | RQC0870443 | 5/9/2011 | Email from Jennifer Langer to Michael Poling et al. URGENT: Your Action Required for Q4 Opportunities and Beyond (S3 Requisitions Self Service) | | X | | X | | | | | | | |
| DX-560 | RQC0000724 | RQC0000725 | 5/27/2011 | "Immediate Support Stop for M3 e-Procurement solution required." | | X | | X | | | | | | | |
| DX-562 | | | 12/19/2011 | Spreadsheet – Customer List (update of October 5, 2011 version) | | X | | | X | X | X | | X | | |
| DX-562A | | | 3/15/2013 | Summary Chart of Lawson US Customers with Configuration 3 and 5 on Active Maintenance as of May 23, 2011 | | X | | | X | X | X | | X | | |
| DX-564 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-565 | RQC2076749 | RQC2076750 | 5/29/2011 | Email from N. Anderson to R. Umali et al. re: PLEASE READ – Important Content | | X | X | X | | | | | | | |
| DX-566 | RQC0915427 | RQC0915428 | 6/1/2011 | Email from E. Homewood to N. Anderson RE: ePlus – Status Update | | X | X | X | | | | | | | |
| DX-567 | RQC0004126 | RQC0004126 | 6/2/2011 | Email from E. Homewood to ORG-All Support & Delivery re: IMPORTANT – PLEASE READ: Knowledge Base unavailable externally | | X | X | X | | | | | | | |
| DX-569 | RQC0915431 | RQC0915432 | | "External Communications" | | X | X | X | X | | | | | | |
| DX-570 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-571 | RQC0113765 | RQC0113775 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | X | | | | | | |
| DX-572 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-573 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-574 | RQC0113826 | RQC0113829 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | X | | | | | | |
| DX-575 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-576 | RQC0113869 | RQC0113870 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | X | | | | | | |
| DX-577 | RQC0113907 | RQC0113908 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | X | | | | | | |
| DX-578 | RQC0113998 | RQC0114035 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | X | | | | | | |
| DX-579 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-580 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-581 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-582 | RQC0114771 | RQC0114772 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | X | | | | | | |
| DX-583 | RQC0115382 | RQC0115382 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | X | | | | | | |
| DX-584 | RQC0116773 | RQC0116774 | | Excerpt from "Cases with RSS Dialogue" | X | X | X | X | X | | | | | | |
| DX-587 | RQC0355362 | RQC0355362 | 5/27/2011 | Email from S. Hanson to TEAM-Scott Hanson, TEAM-Mark Deustch, and TEAM-Joey Alcazar re: Installation/patching of RSS | | X | X | X | | | | | | | |
| DX-588 | RQC0017353 | RQC0017354 | 5/27/2011 | Email from B. Offenbacher to S. Hanson and M. Roisum RE: Greenville RSS Install | | X | X | X | | | | | | | |

PLAINTIFF ePLUS INC.'S SPECIFIC OBJECTIONS TO DEFENDANT LAWSON SOFTWARE, INC.'S LIST OF AFFIRMATIVE CONTEMPT HEARING EXHIBITS

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-589 | | RQC2296568 | RQC2296570 | 5/28/2011 | Email from C. Bennett to S. Merten re: Team call notes and CRITICAL UPDATE – PLEASE REVIEW ASAP | | | | X | | | | | | | |
| DX-592 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-595 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-596 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-597 | | RQC2656377 | RQC2656380 | 6/22/2011 | Email from T. Olson-Stepp to D. Hager FW: RQC SWAT status – June 20 2011 | | X | X | X | | | | | | | |
| DX-598 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-599 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-600 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-601 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-602 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-603 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-604 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-611 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-612 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-613 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-614 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-615 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-616 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-617 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-618 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-619 | | RQC2076803 | RQC2076803 | Undated | "RSS Injunction Plan" Excel spreadsheet | | X | X | X | X | | | | | | |
| DX-620 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-621 | | RQC2253556 | RQC2253557 | 6/6/2011 | Email from K. Lohkamp to G. Benton RE: Call notes – Version Dependencies for RQC | | X | X | X | | | | | | | |
| DX-622 | | RQC2120905_1 | RQC2120905_33 | 6/7/2011 | "Lawson Requisition Center Field Enablement" presentation | | X | X | X | | | | | | | |
| DX-625 | PX-1011 | RQC0000695 | RQC0000708 | 5/1/2011 | Lawson Requisition Center Overview | | | | Stipulated Exhibit | | | | | | | |
| DX-627 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-629 | | RQC0860711 | | | Spreadsheet detailing hours spent on RQC | | X | | X | X | X | X | | | | |
| DX-630 | | RQC0849279 | | | Spreadsheet detailing hours spent on RQC | | | | X | | X | X | | | | |
| DX-632 | | EPLUSPT000315 | EPLUSPT000316 | 6/1/2011 | Email from Kley Parkhurst to Ken Farber et al. FW: Lawson Injunction…… | | X | X | X | | | | | | | |
| DX-633 | | EPLUSPT000319 | EPLUSPT000320 | 6/3/2011 | Email from Ken Farber to raosu@trinity-health.org. FW: Lawson Injunction…… | | X | X | X | | | | | | | |
| DX-634 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-635 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-636 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-637 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-638 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-639 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-640 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-641 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-642 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-645 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-646 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-647 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-648 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 4: Effects of isolated corrections to Dr. Ugone's calculations | | X | | X | | X | | | | | X |
| DX-649 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-650 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-651 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-652 | | | | | WITHDRAWN | | | | | | | | | | | |

PLAINTIFF ePLUS INC.'S SPECIFIC OBJECTIONS TO DEFENDANT LAWSON SOFTWARE, INC.'S LIST OF AFFIRMATIVE CONTEMPT HEARING EXHIBITS

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/ 805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-653 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-654 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-655 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 7: ePlus income statement (FY Q3:2011 – Q2:2012) | | X | | X | | X | | | | | X |
| DX-656 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8: Lawson income statement: Americas region (FY 2011) | | X | | X | | X | | | | | X |
| DX-657 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule A: Lawson income statement: Americas region (FY 2011): profit margins for license, maintenance, and service revenues | | X | | X | | X | | | | | X |
| DX-658 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule B: Regression results to determine Lawson's incremental margin | | X | | X | | X | | | | | X |
| DX-659 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8, Schedule C: Lawson incremental profit | | X | | X | | X | | | | | X |
| DX-660 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-661 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-662 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-663 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-664 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-665 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-666 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-667 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 12: Summary of RSS/RQC customers | | X | | X | | X | | | | | X |
| DX-668 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 12, Schedule A: List of customers in prohibited configurations | | X | | X | | X | | | | | X |
| DX-669 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-670 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-671 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-672 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-673 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 5: Lawson quarterly sales and marketing expenses vs. revenues vs (2000-2011) | | X | | X | | X | | | | | X |
| DX-674 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Figure 6: Quarterly % changes in Lawson revenues vs. sales & marketing expenses 2000 -2011 | | X | | X | | X | | | | | X |
| DX-675 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-676 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-677 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-678 | | | | | Lawson Software Customer Agreement with Heartland Regional Medical Center | X | X | | X | | | | | | | |
| DX-679 | L0305236 | L0305319 | 8/21/2007 | | Income Statement – ePlus Systems | | X | X | | | | | | | | |
| DX-680 | ePLUS0949075 | ePLUS0949075 | 4/26/2010 | | ePlus 10-K Forms (2009-2011) | | X | X | | | | | X | | | |
| DX-682 | | | | | ePlus, Inc. Statement of Profit and Loss Fiscal Years ending March 31 | | X | X | | | | | X | | | |
| DX-685 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-686 | | | | | Lawson Financial Data 2000-2011 downloaded from Thomson Financial | | X | | X | | | X | | X | | |
| DX-687 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-688 | RQC1002864 | RQC1002866 | 9/1/2011 | | Draft email from Keith Lohkamp to Will Schultz RE: URGENT ePlus – Declarations from customers | | X | | X | | | | | | | |

PLAINTIFF ePLUS INC.'S SPECIFIC OBJECTIONS TO DEFENDANT LAWSON SOFTWARE, INC.'S LIST OF AFFIRMATIVE CONTEMPT HEARING EXHIBITS

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-689 | | RQC1003054 | RQC1003055 | 6/27/2011 | Email from Dale Christopherson to Will Schultz RE: # of total hours to transition to RQC | | X | | | | | | | | | |
| DX-692 | | RQC0859381 | | 6/3/2011 | Meeting request from Bruce McPheeters Re: Urgent call at 4 pm Central today to decide about additional punchout change | | X | | X | | | | | | | |
| DX-697 | | RQC2139806 | RQC2139821 | 6/10/2011 | Letter from Dan McDonald to Scott Robertson Re: ePlus Inc. v. Lawson Software, Inc. | | X | | X | | | | | | | X |
| DX-699 | | RQC1001536 | | 2/17/2011 | Email from Dan McDonald RE: Urgent: Your help needed with battle plan against ePlus | X | | | X | | | | | | | |
| DX-700 | | RQC0919780_00001 | | 3/11/2011 | Email from John Mulchrone Re: ePlus- Quick Update | | | | X | | | | | | | |
| DX-702 | | RQC0915215_00001 | RQC0915215_00002 | 4/12/2011 | Email from Dale Christopherson to John Mulchrone FW: ePlus – proposed behavior for RSS and Punchout | | X | | X | | | | | | | |
| DX-703 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-704 | | RQC0868692_00001 | RQC0868692_00002 | 2/9/2011 | Meeting Invite Re: Canceled: Urgent: Your help needed with battle plan against ePlus | X | X | | X | | | | | | | |
| DX-705 | | RQC0868732_00001 | RQC0868732_00004 | 2/9/2011 | Attachment to DC-710 "S-3 RSS/Punchout and M3 Battle Plan Against ePlus | | | | X | | | | | | | |
| DX-706 | | RQC0915301 | RQC0915301_00010 | 3/14/2011 | Email from Dale Christopherson attaching "2011 03 11 Mitigation Strategiesv2 (2).pptx" | | | | X | | | | | | | |
| DX-708 | | RQC3005746 | RQC3005747 | 6/7/2011 | Email from Bruce McPheeters to Keith Lohkamp RE: Need Guidance on Patch | Duplicate of DX-737 | | | | | | | | | | |
| DX-709 | | RQC0860636 | RQC0860639 | 6/28/2011 | Jira ticket Case 132676 Summary | | X | | | | | | | | | |
| DX-714 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 1: Curriculum Vitae of Jonathan D. Putnam, PhD. | | X | | | | | | | | | X |
| DX-715 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 2: List of Documents Considered | | X | | | | | | | | | X |
| DX-716 | | | | | 2012.02.06 Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 2: List of Documents Considered | | X | | | | | | | | | X |
| DX-717 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 3: Comparison of Damages Calculation. | | X | | | | | | | | | X |
| DX-718 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 4: Apportionment of Lawson accused revenues | | X | | | | | | | | | X |
| DX-719 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 5: Summary of Lawson Accused Revenues | | X | | | | | | | | | X |
| DX-720 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 6: Summary of Lawson Accused License and Maintenance Revenues | | X | | | | | | | | | X |
| DX-721 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 7: Calculation of Accused Service Revenues | | X | | | | | | | | | X |
| DX-722 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 7H: Calculation of Accused License/Maintenance for Healthcare Customers | | X | | | | | | | | | X |
| DX-723 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 6H: Calculation of Accused Service Revenues for Healthcare Customers | | X | | | | | | | | | X |
| DX-724 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 8: Calculation of Apportionment Factors | | X | | | | | | | | | X |
| DX-725 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 9: Lawson Income Statement | | X | | | | | | | | | X |

PLAINTIFF ePLUS INC.'S SPECIFIC OBJECTIONS TO DEFENDANT LAWSON SOFTWARE, INC.'S LIST OF AFFIRMATIVE CONTEMPT HEARING EXHIBITS

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-726 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 10: Lawson Income Statement: Americas Region, Profit Margins | | X | | | | | | | | | X |
| DX-727 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 11: Regression Results to Determine Lawson's Incremental Margin | | X | | | | | | | | | X |
| DX-728 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 12: Calculation of Lawson's Incremental Profit | | X | | | | | | | | | X |
| DX-729 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 13: Summary of Lawson Customers with Prohibited Configurations | | X | | | | | | | | | X |
| DX-730 | | | | | 2013.03.08 Supplemental Expert Report of Jonathan D. Putnam, Ph.D. – Exhibit 14: Customers Without All Infringing SKUs | | X | | | | | | | | | X |
| DX-731 | | L0165553 | L0165579 | 5/26/1993 | Lawson Software Customer Agreement with Cash America International, Inc. | | X | | X | | | | | | | |
| DX-732 | | L0217627 | L0217630 | 5/30/2002 | Lawson Software Customer Agreement with Legacy Health System | | X | | X | | | | | | | |
| DX-733 | PX-0280 | LE00206653 | LE00206992 | 3/22/2005 | Presbyterian Healthcare Services ERP System Request for Proposal | | X | | X | | | | | | | |
| DX-736 | PX-1250 | RQC3000243 | RQC3000244 | 6/3/2011 | Email string from D. Christopherson to J. Mulchrone and B. Crawford FW: Changes RSS to RQC | | | | | | | | | | | |
| DX-738 | | RQC1003001 | RQC1003001 | 5/23/2011 | (Und. Direct Ex. 1) Email from D. Hager to J. Catalino, B. Murphy and D. Siebert re RSS deals this quarter | | | | X | | | | | | | |
| DX-739 | | ePLUS0229503 | ePLUS0229572 | 5/26/2004 | ePlus v. Ariba Complaint dated May 26, 2004 | | X | X | X | | | | | | | X |
| DX-740 | | ePLUS0232981 | ePLUS0233069 | 4/18/2005 | ePlus v. SAP Complaint dated April 18, 2005 | | X | X | X | | | | | | | X |
| DX-741 | | ePLUS0430972 | ePLUS0431032 | 6/17/2002 | Master Software License Agreement between ePlus and Gannett | X | X | X | | | | | | | | |
| DX-742 | | | | 5/18/2010 | Plaintiff's Second Supplemental Answers to Lawson's Second Set of Interrogatories dated 05/18/10 | X | X | | | | | | | | | |
| DX-743 | | | | 5/18/2010 | Plaintiff's Second Supplemental Answers to Lawson's Fourth Set of Interrogatories dated 05/18/10 | X | X | | | | | | | | | |
| DX-744 | | | | 2/7/2011 | ePlus's Rule 26 Supplemental Disclosure Concerning Injunctive Relief | X | X | | | | | | | | | |
| DX-745 | | | | 2/10/2011 | Office Action mailed February 10, 2011 in U.S. Application No. 90/011,066 ('683 Patent, claims 1-25) | X | X | X | | | | | X | | | |
| DX-746 | | | | | ePlus Rebuttal Disclosure Concerning Injunctive Relief | X | X | | | | | | | | | X |
| DX-747 | | | | | WITHDRAWN | | | | | | | | | | | |
| DX-748 | PX-0043 | ePLUS0524597 | ePLUS0524622 | 2/12/2005 | Settlement & License Agreement between Ariba, Inc. and ePLUS, Inc., dated February 12, 2005 | | X | X | | | | | X | | | |
| DX-749 | PX-0317 | ePLUS0940765 | ePLUS0940776 | 8/28/2009 | Settlement and License Agreement between ePLUS inc. and Perfect Commerce, LLC and Exhibits A and B | | X | X | | | | | X | | | |
| DX-750 | PX-0318 | ePLUS0940777 | ePLUS0940801 | 12/11/2006 | Patent License and Settlement Agreement among SAP America, Inc., SAP AG and ePLUS inc. | | X | X | | | | | X | | | |
| DX-751 | PX-0319 | ePLUS0940802 | ePLUS0940814 | 8/19/2009 | Settlement and License Agreement between ePLUS, Inc. and SciQuest, Inc. and Exhibits A and B | | X | X | | | | | X | | | |
| DX-752 | PX-0320 | ePLUS0940815 | ePLUS0940835 | 7/7/2009 | Settlement and License Agreement between ePLUS, Inc. and Verian Technologies, Inc. and Exhibits A and B | | X | X | | | | | X | | | |
| DX-753 | | | | 3/25/2011 | Transcript of Evidentiary Hearing regarding Motion for Permanent Injunction | X | X | X | X | | | | | | | X |
| DX-754 | | | | 5/18/2011 | Decision of the Board of Patent Appeals and Interferences | X | X | X | | | | | X | | | |
| DX-755 | | | | 3/23/2012 | Decision of the Board of Patent Appeals and Interferences | X | X | X | | | | | X | | | |
| DX-756 | | | | 6/20/1905 | 2013.02.20 Deposition of K. Ugone – Exhibit 3—"Ugone et al., Preparing the Financial Expert or Economist" article | | X | | | | | | | | | |

PLAINTIFF ePLUS INC.'S SPECIFIC OBJECTIONS TO DEFENDANT LAWSON SOFTWARE, INC.'S LIST OF AFFIRMATIVE CONTEMPT HEARING EXHIBITS

| Def. No. | Plt. No. | Begin Bates | End Bates | Date | Exhibit Description | 106 | 401/402 | 403 | 801/802/ 805 | 901 | 1006 | FRCP 26 | MIL | NR | INACC | NOT EVIDENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DX-757 | | | | | 2013.02.20 Deposition of K. Ugone – Exhibit 4—"Accounting for Damages in Intellectual Property Litigation" | | x | | | | | | | | | |
| DX-758 | | | | 9/4/2009 | 2013.02.20 Deposition of K. Ugone – Exhibit 5—Order, Tivo Inc. v. Dish Network Corp et al., C.A. 2:04-cv-01 (DF) | | x | | | | | | | | | x |

# Crrgpf kz 6

**DEFENDANT LAWSON SOFTWARE, INC.'S OBJECTIONS TO PLAINTIFF ePLUS INC.'S LIST OF AFFIRMATIVE CONTEMPT HEARING EXHIBITS**

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1001 | RQC0000047 | RQC0000347 | June 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 06 - Inventory Control User Guide Version 9.0.1 | 401/402 |
| PX-1006 | RQC0364605 | RQC0364612 | February 10, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 13 - Email from K. Kunth to D. Christopherson, T. Dooner et al. RE: Analysis of claims from eplus | 401/402; 701; 801/802 |
| PX-1007 | N/A | N/A | | 2011.12.19 Deposition of Dale Christopherson - Exhibit 15 & 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 07 - Weaver Declaration in Support of Motion to Show Cause Exhibit 2 – RQC Interface | 401/402 |
| PX-1008 | N/A | N/A | | 2011.12.19 Deposition of Dale Christopherson - Exhibit 16 & 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 08 - Weaver Declaration in Support of Motion to Show Cause Exhibit 3 – RSS Interface | 401/402 |
| PX-1010 | RQC0000656 | RQC0000690 | June 3, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 18 & 2012.01.06 Deposition of Dean Hager - Exhibit 20 - I - Presentation: Introducing Lawson Requisition Center | 403 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1016 | RQC2115799 | RQC2115832 | March 30, 2011 | 2011.12.19 Deposition of Dale Christopherson - Exhibit 24 & 2011.12.21 Deposition of Todd Dooner - Exhibit 104 - Presentation: ePlus Risk Mitigation Planning | 401/402 |
| PX-1018 | RQC0822226 | RQC0822227 | March 18, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 26 - Email from D. Christopherson to K. Lohkamp RE: GoToMeeting Invitation – SciQuest and Lawson, Healthcare Solutions Demonstrations | 401/402 |
| PX-1023 | RQC0921818 | RQC0921819 | March 30, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 31 - Email from J. Catalino to I. Svensson RE: proposed language for sales on ePlus | 801/802 |
| PX-1027 | RQC0239879 | RQC0239880 | August 2, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 37 - Email from M. Klebe to A. Drury RE: Hi Aaron! | 401/402; 801/802 |
| PX-1029 | RQC0004233 | RQC0004233 | May 25, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 39 - Email from M. Bragstad to N. Anderson et al.  RE: Changes being brought with Req Center | 403 |
| PX-1031 | RQC0008371 | RQC0008371 | May 25, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 41 - Email from D. Christopherson to M. Bragstad et al. RE: Changes being brought with Req Center | 403 |
| PX-1032 | RQC0122080 | RQC0122080 | June 02, 2011 | 2011.12.20 Deposition of Dale Christopherson - Exhibit 42 - Email from M. Bragstad to E. Homewood RE: Changes being brought with Req Center | 403 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1034 | RQC0369859 | RQC0369860 | June 8, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 05 & 2011.12.29 Deposition of Scott Hanson - Exhibit 12 - Email from G. Benton to D. Davidson Re RQC | 801/802 |
| PX-1040 | RQC0764098 | RQC0764098 | June 29, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 11 - Email from D. Orndorff to R. Ainsbury, RE: ePlus - updated Master list of customers | 801/802 |
| PX-1044 | RQC0538393 | RQC0538394 | June 23, 2011 | 2011.12.21 Deposition of Elizabeth Homewood - Exhibit 17 - Email from M. Bragstad to E. Homewood  RE: Conversation with Matthew Bragstad | 801/802 |
| PX-1063 | RQC0635983 | RQC0635984 | June 24, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 14 - Email from R. Graham to S. Hanson RE: RSS to RQC Services Reserve Calculation | 401/402 |
| PX-1064 | RQC0022539 | RQC0022539 | June 1, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 15 - Email from S. Hanson to S. Abrams, S. Irani and G. Cardwell RE: RQC | 401/402 |
| PX-1067 | RQC0019874 | RQC0019877 | September 15, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 18 - Email from S. Hanson to D. Utteridge RE: RQC at Nuffield | 401/402 |
| PX-1071 | RQC2115683 | RQC2115686 | June 2, 2011 | 2011.12.29 Deposition of Scott Hanson - Exhibit 22 - Email from M. Salovich to P. Schultz and G. Barchan FW: RQC Training: is is "required" for "existing" customers? | 401/402; 801/802 |
| PX-1075 | N/A | N/A |  | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 05 - Lawson License Revenues, January 2011- November 2011 | 401/402 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1076 | N/A | N/A | | 2012.01.05 Deposition of Kevin Samuelson - Exhibit 06 - Lawson Maintenance Revenues, January 24, 2011 - November 30, 2011 | 401/402 |
| PX-1089 | RQC2631716 | RQC2631750 | April 12, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 05 - Email from M. Braun to P. Schultz and G. Barchan Re Requisition Center Launch – Difference ppt Attachment: ePlus: Risk Mitigation Planning Presentation, dated March 30, 2011 | 401/402; 403 |
| PX-1092 | RQC2300898 | RQC2300900 | March 30, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 08 - Email from K. Madson to J. Ekelin RE: proposed language for sales plus | 401/402; 801/802 * |
| PX-1093 | RQC0883671 | RQC0883673 | April 26, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 09 - Email from D. Christopherson to T. Dooner  and D. Hicarte FW: Scenario Grid | 401/402 |
| PX-1094 | RQC2631677 | RQC2631679 | May 4, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 10 - Email from M. Braun to D. Hager and J. Langer RE: DEAN – can you review and approve for RSS next steps? | 401/402; 801/802 |
| PX-1095 | RQC0917250 | RQC0917256 | May 10, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 11 - Email from K. Lohkamp to K. Madson. J. Langer and M. Braun RE: rev rec comments | 401/402 |
| PX-1097 | RQC2714497 | RQC2714501 | May 27, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 13 - Email from I. Svensson to C. Gustafson RE: ACTION the 277 – next step | 401/402; 801/802/805 * |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1099 | RQC0764901 | RQC0764903 | May 24, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 15 - Email from T. Blake to J. Langer RE: e-plus litigation | 401/402; 801/802 |
| PX-1103 | RQC0869344 | RQC0869345 | May 26, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 19 - Email from S. Melsa to N. Anderson FW: draft customer letter regarding e-plus | 401/402; 801/802 |
| PX-1106 | RQC0186340 | RQC0186343 | June 7, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 23 - Email from D. Christopherson to K. Lohkamp, S. Hanson and N. Anderson RE: RQC bug count | 401/402; 801/802/805 |
| PX-1107 | RQC0055076 | RQC0055076 | May 25, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 24 - Email from J. Hogan to D. Hager and C. Balmforth FW: Changes being brought with Req Center | 403 |
| PX-1109 | RQC0839509 | RQC0839510 | March 29, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 26 - Email from J. Langer to D. Snyder RE: ePlus Litigation – URGENT ACTION for you | 401/402 |
| PX-1110 | RQC0922437 | RQC0922440 | May 5, 2011 | 2012.01.06 Deposition of Dean Hager - Exhibit 27 - Email from D. Hager to J. Langer RE: YOUR COMMENTS REQUESTED: Preview of AE and RSM email on Requisitions Self-Service | 401/402 |
| PX-1116 | RQC2300171 |  | May 18, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 14 - Email from D. Christopherson to D. Kempker, J. Langer et al. RE: Recommendation on next steps for RSS and RQC | * |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1118 | RQC2657684 | RQC2657686 | September 6, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 16 - Email from D. Hager to K. Lohkamp, RE: update on RQC/ePlus Communications | 403 |
| PX-1120 | RQC0023552 | RQC0023554 | September 15, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 18 - Email from K. Reasoner to K. Lohkamp FW: Estimated RQC Implementation Costs dated September 15, 2011 and undated attachment, RQC Implementation | 401/402 |
| PX-1121 | RQC0023547 | RQC0023548 | September 16, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 19 - Email from Dan Azevedo to Kurt Reasoner and Keith Lohkamp RE: RSS Replacement Cost Estimate, dated September 16, 2011 | 401/402 |
| PX-1122 | RQC2131310 | RQC2131312 | September 16, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 20 - E-mail from K. Lohkamp to J. Ekelin FW: RSS Replacement Cost Estimate dated September 16, 2011 and undated attachment, RSS Replacement Application Implementation | 401/402 |
| PX-1123 | RQC0026129 | RQC0026129 | June 2, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 22 - Email from K. Lohkamp to B. Ciacrochi RE: REQ Center | 401/402 |
| PX-1124 | RQC2214590 | RQC2214591 | May 31, 2011 | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 23 - E-mail from M. Klebe to M. Finckler RE: RQC-BETA Customers/ Live Customers? | 401/402; 801/802 |
| PX-1125 | RQC0838864.0001 | RQC0838864.0002 | | 2012.01.06 Deposition of Keith Lohkamp - Exhibit 24 - Spreadsheet – S3HCM (Excerpt) | 801/802 |

6

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1126 | N/A | N/A | January 31, 2012 | 2012.02.02 Deposition of Benjamin Goldberg - Exhibit 10 - Webpage: Supplier Resource Library, accessed 1/31/12 <https://sciquest.com/SupplierResourceLibrary/?page_id=1104> | 401/402; 801/802 |
| PX-1134 | EPLUSPT000395 | EPLUSPT000395 | December 5, 2011 | 2012.01.13 Initial Expert Report of Alfred C. Weaver, Ph.D. Concerning Defendant's Contempt of the Court's Permanent Injunction - Exhibit 06 - RQC Demonstration - RQC Punchout, Claim 26 of '683 Patent | 401/402; 601; 801/802 (no objection if used as a demonstrative exhibit). |
| PX-1135 | EPLUSPT000396 | EPLUSPT000396 | November 15, 2011 | RQC demonstration re Item Master requisitioning | 401/402 |
| PX-1179 | RQC0010819 | RQC0010820 | March 18, 2011 | Email from D. Christopherson to D. DeLancey and D. Christianson FW: GoToMeeting Invitation - SciQuest and Lawson. Healthcare Solution Demonstrations | 401/402 |
| PX-1182 | RQC0021435 | RQC0021438 | July 7, 2011 | Email from S. Hanson to S. Varma RE: Question about existing Reqs in RSS *Created CASE #136641 by AD, | 401/402 |
| PX-1187 | RQC0055895 | RQC0055895 | June 24, 2011 | Email from S. Merten to T. Olson-Stepp and S. Hanson RE: RSS to RQC Services Reserve Calculation | 401/402/403 |
| PX-1193 | RQC0109478 | RQC0109766 | February 22, 2011 | Lawson Response to Request for Proposal (RFP) # 00000154 City of Alexandria, VA for Enterprise Resource Planning (ERP) Software and Implementation Services | 401/402 |
| PX-1194 | RQC0111339 | RQC111356 | | Lawson Customer List | 401/402 |
| PX-1199 | RQC0251549 | RQC0251550 | May 25, 2011 | Email from M. Klebe to D. O'Connor RE: Help View Case 112425 | 801/802 |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1204 | RQC0824948 | RQC0824951 | June 8, 2011 | Email from J. Goldman to K. Lohkamp RE: NEW INFORMATION: Lawson Requisition Center | 401/402; 801/802/805 |
| PX-1211 | RQC0920379.001 | RQC0920379.069 | | Spreadsheet of Q's and A's from RQC Webinar | 401/402 |
| PX-1213 | RQC2035292 | RQC2035293 | | Investor Talking Points re: ePlus Matter | 401/402; 801/802 |
| PX-1214 | RQC2115683 | RQC2115686 | June 2, 2011 | Email from M. Salovich to P. Schultz and G. Barcham RE: FW: RQC Training: is it "required" for "existing" customers? | 401/402; 403; 801/802 |
| PX-1217 | RQC2273796 | RQC2273796 | May 26, 2011 | Email from B. Fridell to D. Hager et al. RE: Lawson's response to Summa's concerns | 401/402 |
| PX-1218 | RQC2297215 | RQC2297217 | April 26, 2011 | Email from G. Leduc to A. Price, D. Davidson, and C. Bennett RE: Requisition Center ePlus | 401/402* |
| PX-1220 | RQC2348362 | RQC2348363 | May 26, 2011 | Email from B. Slaney to M. Evans, J. Goldman et al. RE: FW: RQC Customer Objections to Address | 401/402; 801/802 |
| PX-1222 | RQC2466739 | RQC2466739 | May 30, 2011 | Email from I. Kim to S. Tolchin, R. Innocentin et al. RE: ePlus Talking Points | 401/402; 801/802 |
| PX-1223 | RQC2466740 | RQC2466740 | May 30, 2011 | Investor Talking Points re: ePlus Matter | 401/402; 801/802 |
| PX-1225 | RQC2578709 | RQC2578712 | June 2, 2011 | Email from V. Borowik to C. Bennett RE: ** Please review this final ** - Lawson Learning RQC Course Options | 401/402; 801/802 |
| PX-1226 | RQC2676828 | RQC2676830 | June 6, 2011 | Email from L. Iozzo to M. Pebesma RE: RSS Options | 401/402; 801/802 |
| PX-1227 | RQC2741647 | RQC2741735 | April 2011 | RSS and RQC QA Test Results | 801/802 |
| PX-1228 | N/A | N/A | August 22, 2011 | Demonstration of RQC | 401/402; 801/802; 602 (no objection to use as demonstrative exhibit). |
| PX-1229 | RQC0922314 | RQC0922318 | May 27, 2011 | Email from D. Hager to J. Catlino and B. McPheeters re Action: the 277 - Next Step | 401/402; 801/802* |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1230 | RQC0922460_00001 | RQC0922460_00001 | March 25, 2011 | Email from D. Hager to H. Debes re ePlus Notes with attachment "ePlus by the Numbers" | 401/402/403* |
| PX-1231 | RQC1000192 | RQC1000195 | May 26, 2011 | Email from D. Christopherson to M. Cohen re Punchout | 401/402* |
| PX-1232 | RQC1001919 | RQC1001924 | July 20, 2011 | Email from E. Homewood to S. Connors, M. Anderson, and H. Raleigh re Client 6552 - (American Hosptial Dubai) Mohamed & Obaid Almulla LLC - No Access to RSS Download | 401/402* |
| PX-1233 | RQC1002444 | RQC1002450 | April 3, 2011 | Email from J. Langer to B. Murphy, J. Catalino, and D. Siebert re ePlus - CUE Messaging and Scenarios for Executive Management | 401/402; 801/802* |
| PX-1234 | RQC1003017 | RQC1003019 | September 19, 2011 | Email from D. Christopherson to W. Schultz and T. Dooner re Information Request | * |
| PX-1235 | RQC1003184 | RQC1003185 | June 7, 2011 | Email from J. Langer to B. McPheeters, K. Lohkamp and M. Cohen re Need Guidance on Patch | * |
| PX-1236 | RQC1003200 | RQC1003202 | May 18, 2011 | Email from J. Ekelin to D. Christopherson, D. Kempker, J. Langer, D. Snyder, K. Lohkamp, and M. Braun re Reccomendation on Next Steps for RSS and RQC | 401/402/403* |
| PX-1237 | RQC2297222 | RQC2297226 | May 6, 2011 | Email from G. Leduc to J. Schulman re Requisition Center ePlus | 401/402; 801/802* |
| PX-1238 | RQC2304315 | RQC2304316 | June 16, 2011 | Email from N. Anderson to M. Tincher, K. Lohkamp, and D. Kempker re Decommission Notice | 401/402* |

9

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1239 | RQC2714578 | RQC2714581 | September 23, 2011 | Email from M. Anderson to S. Rauf re Client ID - 5321, Case ID 154096 | 401/402; 801/802* |
| PX-1240 | RQC2716217 | RQC2716219 | April 15, 2011 | Email from M. Packer to B. McPheeters re Updated Commitment Papers | 401/402; 801/802* |
| PX-1250 | RQC3000243 | RQC3000244 | June 3, 2011 | Email from D. Christopherson to J. Mulchrone and B. Crawford re Changes RSS to RQC | * |
| PX-1251 | RQC3000370 | RQC3000370 | April 22, 2011 | Email from M. Cohen to D. Hager and B. McPheeters re Requisition Center | 401/402/403* |
| PX-1252 | RQC3000374 | RQC3000374 | April 13, 2011 | Email from M. Cohen to B. McPheeters and J. Ekelin re ePlus | 401/402/403* |
| PX-1253 | RQC3002497 | RQC3002498 and RQC1002446 - 50 (attach) | April 1, 2011 | Email from J. Ekelin to J. Langer, B. McPheeters, T. Blake, M. Cohen, D. Hager, and J. Comport re ePlus - CUE Messaging and Scenarios for Executive Management | 401/402/403* |
| PX-1254 | RQC3002676 | RQC3002677 (with attach) | June 9, 2011 | Email from J. Ekelin to D. Christopherson, E. Homewood, M. Cohen, S. Merten, K. Lohkamp, and J. Langer re Q&A from Friday Webinar - Latest Version | * |
| PX-1255 | RQC3002775 | RQC3002778 | June 7, 2011 | Email from D. Christopherson to D. Hager, B. McPheeters, K. Lohkamp, J. Langer, M. Cohen and J. Mulchrone re Need Decision and Input on New Requested Change to RQC Related to Procurement Punchout | * |
| PX-1256 | RQC3002882 | RQC3002884 | May 26, 2011 | Email from D. Christopherson to M. Cohen Re Punchout | 401/402* |
| PX-1257 | RQC3002990 | RQC3002990 | April 5, 2011 | Email from D. Christopherson to M. Cohen re ePlus | 401/402* |
| PX-1258 | RQC3003518 | RQC3003520 | March 11, 2011 | Email from D. McDonald to B. McPheeters re ePlus Case Update | 401/402; 801/802* |

| Exhibit No. | Begin Bates | End Bates | Date | Exhibit Description | Lawson's Objections |
|---|---|---|---|---|---|
| PX-1259 | RQC3003530 | RQC3003530 | March 7, 2011 | Email from D. Christopherson to B. McPheeters re Response to your Voice Mail | 401/402* |
| PX-1260 | RQC3004306 | RQC3004310 | April 1, 2011 | Memo from Lawson Legal Department to Executive Management re CUE Messaging for ePlus Patent Infringement Case | 401/402; 801/802* |
| PX-1261 | RQC3005817 | RQC3005820 | April 13, 2011 | Email from B. McPheeters to M. Cohen re Lawson Healthcare Weekly Pulse: Week Ending April 8, 2011 | 401/402; 801/802* |
| PX-1262 | N/A | N/A | 1/27/2011 - 11/30/2012 | Federal Rule of Evidence 1006 summaries of Lawson financial information | 401/402; 801/802; 602; 901; 106; 1002 |
| PX-1263 | RQC3004438 | RQC3004439 | April 11, 2011 | Email from B. McPheeters to J. Langer, K. Lohkamp, M. Braun, J. Mulchrone, D. Christopherson, K. White, B. Doyle, H. Pribyl, G. Tolkmit, S. Schulz, and B. Loch Re: confidential discussion draft of press release re ePlus injunction | 401/402* |
| PX-1264 | RQC2714421 | RQC2714421 | March 31, 2011 | Email from J. Langer to T. Blake Re: ePlus messaging | 401/402* |
| PX-1265 | RQC1001739 | RQC1001745 | June 20, 2011 | Email from J. Langer to D. Snyder Re: ePlus - follow up re customer counts and maintenance revenues at risk | 401/402* |
| PX-1266 | RQC0893665_00001 | RQC0893665_00002 | May 27, 2011 | Email from D. Hager to K. White Re: Lawson's response to Summa's concerns | 401/402; 801/802; 602* |
| PX-1271 | N/A | N/A | December 22, 2011 | 2011.12.22 Defendant Lawson Software, Inc.'s Supplemental Responses to Plaintiff ePlus Inc.'s First Set of Interrogatories for Contempt Proceedings (Interrogatories 11-12) | 401/402 |

\* = Lawson maintains its privilege objection to the indicated document which was produced by Lawson pursuant to Court Order and over Lawson's assertion of privilege.

# Crr gpf kz 7

Please note that pursuant to the Court's order on March 12, 2013 (Docket No. 1018), ePlus is taking testimony of Mr. Dean J. Hager on March 20, 2013.  As a result, the following deposition designations for Mr. Hager may be supplemented.

### DEPOSITION OF DEAN J. HAGER (January 6, 2012)

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 9:11 - 9:22 | 11:3-18, 16:18-17:11 (context for whole deposition) | 401/402/403 (confusion of the issues) | Incomplete summary; Mischaracterizes testimony; parts of testimony relate to whether Mr. Hager was being compensated for testimony |
| 12:6 - 12:12 | | | |
| 14:9 - 14:15 | | | |
| 17:21 - 18:8 | | | |
| 20:5 - 20:11 | | | |
| 20:17 - 20:22 | | | |
| 21:3 - 21:7 | | | |
| 22:14 - 22:20 | | | |
| 25:20 - 26:4 | 26:5 (objection) | LR 30(F) | |
| 26:6 - 26:10 | | | |
| 26:22 - 27:3 | 27:4-5 (objection) | LR 30(F) | |
| 27:6 - 27:16 | 27:17-18 (objection) | LR 30(F) | |
| 27:19 - 28:1 | 28:2-5 (objection) | LR 30(F) | |
| 28:14 - 28:16 | 28:17-28:22; 29:2-3 (context for discussion) | 401/402; 403 | Incomplete summary; Witness admits that he was involved in preparation of letter and with drafts of letter |
| 29:19 - 29:22 | 30:1 (objection) | LR 30(F) | |
| 30:3 - 30:17 | 30:18 (objection) | LR 30(F) | |
| 31:1 - 31:9 | 31:10-11; 31:13-14 (context of answer) | | |
| 31:15 - 32:1 | | | |
| 33:12 - 33:18 | | | |
| 34:4 - 34:6 | 34:7 (objection) | LR 30(F) | |
| 34:8 - 34:12 | | | |
| 43:2 - 43:5 | 43:6 (objection) | LR 30(F) | |
| 43:8 - 43:11 | 43:12 (objection) | LR 30(F) | |
| 43:13 - 43:15 | | | |
| 44:4 - 44:11 | 44:12 (objection) | LR 30(F) | |
| 44:13 | 44:21-45:1, 45:3-11, 45:15-16 (context - all conversations with customers were about the process, not functional changes) | | Incomplete summary; Mischaracterizes testimony; witness first gives testimony that "almost all" of conversations with customers were about the process, and later states that he "[does not] recall" having any conversations with customers about the functional changes |
| 45:17 - 45:19 | 45:20 (objection) | LR 30(F) | |
| 46:1 - 46:7 | | | |
| 46:13 - 47:1 | | | |

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 47:11 - 48:1 | 48:2-3 (objection) | LR 30(F) | |
| 48:5 - 48:12 | | | |
| 50:22 - 51:1 | | | |
| 51:5 - 51:11 | | | |
| 52:15 - 52:16 | 52:17 (objection) | LR 30(F) | |
| 52:18 - 53:11 | | | |
| 53:13 - 53:18 | 53:19-54:7 (giving full context) | | |
| 54:19 - 55:15 | 55:16 (objection) | LR 30(F) | |
| 55:17 | | | |
| 55:22 - 56:8 | 56:9 (objection) | LR 30(F) | |
| 56:11 - 56:14 | | | |
| 60:2 - 60:22 | 61:1-2 (objection) | LR 30(F) | |
| 61:3 | | | |
| 61:16 - 64:12 | 67:12-15 (full answer to question); 357:11-362:7, 362:9-363:11, 363:13-18, 363:21-21, 364:8-365:5, 365:7-367:5, 367:19 (necessary context for discussion of exhibit) | 106 (incomplete designations- answer only); 401/402/403; 611 (c) | |
| 67:16 - 68:2 | 68:3-4 (objection) | LR 30(F) | |
| 68:6 - 69:7 | 69:8-9 (objection) | LR 30(F) | |
| 69:11 | | | |
| 71:5 - 71:7 | 71:8-9 (objection) | LR 30(F) | |
| 71:11 - 71:14 | 71:15 (objection) | LR 30(F) | |
| 71:16 - 71:17 | 71:18-22, 72:3-6 (full answer to question) | | Incomplete summary; Mischaracterizes testimony; designation relates to an entirely new question and answer, does not provide a "full answer to question" |
| 73:15 - 74:2 | 74:3 (objection) | LR 30(F) | |
| 74:4 - 74:15 | 74:16-20 (context for answer) | | Mischaracterizes testimony; testimony is a separate question and answer, not context for answer |
| 74:21 - 75:1 | | | |
| 75:4 - 75:6 | | | |
| 75:8 - 75:12 | 75:13-76:1 (fuller context of exhibit being discussed) | | |
| 76:2 - 76:7 | | | |
| 77:13 - 78:5 | | | |
| 78:17 - 79:6 | | | |
| 79:20 - 79:21 | | | |
| 80:2 - 80:12 | | | |
| 80:16 - 81:1 | 81:2 (objection) | LR 30(F) | |
| 81:3 - 81:9 | 81:10-15 (full context to discussion and objection); 353:5-354:3 (context for discussion of exhibit) | LR 30(F); 401/402/403; 611 (c) | |
| 81:16 - 81:20 | 81:21 (objection) | LR 30(F) | |
| 81:22 | | | |
| 82:21 - 83:6 | | | |

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 84:20 - 85:3 | 83:21-84:14, 84:16-19, 85:4-6 (full context to discussion and objection) | LR 30(F); 401/402/403 (confusion of the issues) | Incomplete summary; Mischaracterizes testimony; affirmatively designated testimony clearly establishes witness had no reason to doubt that he had a staff meeting concerning mitigation strategies on or about March 30 |
| 85:9 - 86:12 | 86:16 (objection) | LR 30(F) | |
| 86:15 - 86:20 | | | |
| 91:3 - 91:10 | 88:12-89:22, 89:2-7, 91:13-15 (full context of question) | 106 (incomplete designation-question only); 401/402/403 (confusion of the issues) | Incomplete summary; Mischaracterizes testimony; question assumes third-party alternate solution |
| 91:12 | 91:11 (objection) | LR 30(F) | |
| 92:10 - 92:15 | 92:16-17 (objection) | LR 30(F) | |
| 92:18 - 93:1 | 93:2 (objection) | LR 30(F) | |
| 93:3 - 93:4 | | | |
| 93:6 - 93:9 | 93:11-15 (objection) | LR 30(F) | |
| 93:16 - 94:3 | | | |
| 97:17 - 97:21 | 98:9-11 (complete answer to question) | | Incomplete summary; Mischaracterizes testimony; fairness designation is a completely new question and answer, not needed to provide a "complete answer to question" |
| 98:19 - 99:15 | 99:16 (objection) | LR 30(F) | |
| 99:18 - 99:21 | | | |
| 104:3 - 104:8 | 103:15-104:2 (context for question) | | |
| 104:12 - 104:19 | 104:9-10 (objection); 368:7-20, 369:6-17, 369:19-4, 370:10-12 (necessary context for discussion) | LR 30(F); 611 (c) | Incomplete summary; Mischaracterizes testimony; witness discussing different exhibits |
| 105:5 - 105:8 | 104:20-105:4 (objection) | LR 30(F) | |
| 105:11 - 105:18 | 105:9-10 (objection) | LR 30(F) | |
| 105:20 - 106:1 | 105:19 (objection) | LR 30(F) | |
| 106:6 - 106:19 | | | |
| 110:22 - 111:1 | | | |
| 111:4 - 111:7 | | | |
| 111:11 - 111:18 | | | |
| 112:1 - 112:5 | | | |
| 112:12 - 112:14 | | | |
| 113:14 - 114:19 | | | |
| 115:4 - 115:9 | | | |
| 115:21 - 116:17 | 116:18 (objection) | LR 30(F) | |
| 116:21 - 117:5 | | | |
| 117:15 - 117:17 | | | |
| 117:19 - 118:22 | | | |
| 119:3 - 119:8 | 119:1-2 (objection) | LR 30(F) | |
| 119:12 - 120:5 | 119:9-10 (objection) | LR 30(F) | |

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 120:7 - 120:9 | 120:6 (objection) | LR 30(F) | |
| 120:11 - 120:14 | 120:10 (objection) | LR 30(F) | |
| 120:16 - 121:3 | 120:15 (objection) | LR 30(F) | |
| 121:5 | 121:4 (objection) | LR 30(F) | |
| 125:7 - 126:2 | 121:6-8, 121:11 (complete answer and objection) | LR 30(F) | |
| 126:8 - 126:13 | | | |
| 127:9 - 127:11 | | | |
| 128:3 - 128:10 | | | |
| 128:21 - 129:1 | | | |
| 129:5 | | | |
| 129:8 - 129:20 | 129:21-130:6 (complete context of discussion) | | |
| 130:7 - 131:5 | | | |
| 131:9 - 131:19 | 131:7 (objection) | LR 30(F) | |
| 131:21 - 132:8 | 131:20 (objection) | LR 30(F) | |
| 132:13 - 132:17 | 132:9-12 (objection) | LR 30(F) | |
| 133:3 - 133:4 | 133:5 (objection) | LR 30(F) | |
| 133:6 - 134:4 | 134:5-6 (objection) | LR 30(F) | |
| 134:7 - 134:11 | 134:12-16 (complete answer) | 401/402; 403 (waste of time) | Incomplete summary; Mischaracterizes testimony; fairness designation is an additional question and answer, not needed to provide a "complete answer" |
| 138:21 - 139:1 | | | |
| 139:4 - 139:6 | | | |
| 139:8 - 139:17 | 139:18-140:12 (context for exhibit being discussed) | | |
| 143:10 - 143:13 | 143:2-9 (context for question); 143:14 (objection) | LR 30(F) | Incomplete summary; designation does not provide context for following question |
| 143:15 - 144:2 | 144:3 (objection) | LR 30(F) | |
| 144:5 | 144:6, 144:8-9 (context for question) | | |
| 144:10 - 144:20 | | | |
| 145:21 - 146:5 | 145:8-11, 145:18-20 (context for question and answer) | | |
| 146:11 - 146:13 | 146:14-16 (objection) | LR 30(F) | |
| 146:17 | 146:18-19 (objection) | LR 30(F) | |
| 146:20 - 147:5 | 147:6-11 (full context of discussion) | | |
| 147:12 - 147:13 | 147:14-17 (instruction to witness not to disclose conversations with counsel) | LR 30(F) | |
| 147:18 - 148:2 | 148:3 (objection) | LR 30(F) | |
| 148:4 - 148:5 | | | |
| 148:8 - 148:17 | | | |
| 149:7 - 149:11 | | | |
| 149:18 - 149:19 | | | |
| 149:22 - 150:3 | | | |
| 150:5 - 150:6 | 150:7 (objection) | LR 30(F) | |

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 150:8 - 150:9 | 150:10-13 (fuller context of exhibit being discussed) | | |
| 150:14 - 150:18 | | | |
| 150:21 - 151:6 | | | |
| 155:10 - 155:14 | 155:15 (objection) | LR 30(F) | |
| 155:17 - 156:15 | 157:3-6, 157:8-16 (context for exhibit and answers relating thereto) | | Incomplete summary; designates further question and answers, but not for context of referenced exhibit and discussion |
| 158:11 - 158:22 | | | |
| 159:7 - 159:13 | 159:14-15 (context for discussion) | | |
| 159:16 - 160:11 | 160:12-21 (context for discussion) | | |
| 160:22 - 161:4 | 162:15-163:4 (context for discussion) | | |
| 161:12 - 161:21 | 164:2-3, 164:7 (complete answer to question) | | Incomplete summary; Mischaracterizes testimony; fairness designation is an additional question and answer, not a "complete answer to question" |
| 162:2 - 162:14 | | | |
| 163:10 - 164:1 | | | |
| 164:8 - 164:20 | | | |
| 165:7 - 165:15 | | | |
| 169:19 - 170:5 | 166:12-20, 167:22-167:22, 168:2-7 (context for exhibit and discussion); 351:11-352:19 (context for discussion of exhibit) | LR 30(F); 401/402/403 (cumulative); 611(c) | |
| 170:8 - 170:10 | 170:6 (objection) | LR 30(F) | |
| 170:19 - 171:1 | 170:11-13, 170:17-18 (complete context of discussion) | 401/402/403 (cumulative) | |
| 171:10 - 172:4 | | | |
| 172:6 - 172:7 | | | |
| 172:10 - 172:12 | | | |
| 172:20 - 173:7 | | | |
| 173:22 - 175:3 | 173:13-15 (context for exhibit and discussion) | | |
| 175:11 - 175:14 | | | |
| 175:16 - 175:17 | | | |
| 176:5 - 176:22 | 177:1 (objection) | LR 30(F) | |
| 177:10 - 177:11 | | | |
| 178:22 - 180:5 | | | |
| 182:9 - 182:15 | 182:16-20 (context for discussion of this exhibit) | | |
| 183:4 - 184:9 | | | |
| 184:13 - 185:7 | 185:8 (objection) | LR 30(F) | |
| 185:10 - 185:21 | 185:22 (objection) | LR 30(F) | |

5

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 186:1 | 186:2-8 (necessary completion for context of exhibit); 346:17-18, 347:1-349:18; 349:22-351:10 (context for discussion of exhibit) | 401/402/403; 116(c) | Incomplete summary; Mischaracterizes testimony; fairness designation is an additional question and answer, not "necessary completion for context of exhibit" |
| 188:3 - 188:4 | | | |
| 188:7 - 188:9 | 188:10-16 (context for discussion of exhibit) | | |
| 188:17 - 190:11 | 190:12-13 (objection) | LR 30(F) | |
| 190:14 - 190:15 | 191:1-12 | 401/402/403; LR 30(F) | |
| 191:21 - 192:11 | 192:12, 192:14-15 (necessary completion to discussion of exhibit) | | Incomplete summary; Mischaracterizes testimony; fairness designation is an additional question and answer, not "necessary completion to discussion of exhibit" |
| 193:7 - 193:20 | 193:21-22 (objection) | LR 30(F) | |
| 194:1 - 194:11 | 194:12-13 (objection) | LR 30(F) | |
| 194:14 - 194:18 | 194:19-20 (objection) | LR 30(F) | |
| 194:22 - 195:2 | 196:2, 196:4-7 (context for discussion) | | |
| 196:8 - 196:22 | | | |
| 197:4 - 197:10 | 198:3-11 (fuller answer and context for question) | | |
| 199:18 - 199:20 | | | |
| 200:1 - 200:4 | | | |
| 200:8 - 201:14 | | | |
| 201:19 - 203:1 | 203:2 (objection) | LR 30(F) | |
| 203:5 - 203:17 | 203:18-21 instruction to witness not to discuss substance of conversations with counsel) | LR 30(F) | |
| 206:12 - 206:16 | 206:17 (objection) | LR 30(F) | |
| 206:18 - 206:21 | 206:22-207:1 (objection) | LR 30(F) | |
| 207:3 - 207:11 | 207:12-14 (more complete answer to question and context) | 401/402/403 | |
| 207:22 - 208:1 | | | |
| 208:4 - 208:9 | 208:10-11 (objection) | LR 30(F) | |
| 208:13 - 208:14 | 208:15-17, 208:19 (context for answer) | | |
| 208:20 - 209:1 | 209:2-3 (context for answer) | | |
| 209:20 - 210:6 | | | |
| 210:12 - 210:20 | | | |
| 211:3 - 211:6 | | | |
| 211:10 - 211:12 | 211:13-212:1, 212:4-8 (context for exhibit and discussion; objection), 343:9, 343:21-345:16, 346:1-16 (context for discussion of exhibit) | 401/402/403; 116(c) | |

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 212:9 - 212:13 | 213:7-15 (objection to presentation of whole exhibit) | LR 30(F) | |
| 213:19 - 214:6 | 214:7-15 (objection) | LR 30(F) | |
| 214:18 - 214:22 | 215:1 (objection) | LR 30(F) | |
| 215:2 | | | |
| 216:5 - 216:8 | 18:9-20:4, 215:19-216:4 (context for whole discussion of exhibit) | | |
| 216:11 - 216:15 | | | |
| 217:4 - 217:10 | | | |
| 217:20 - 218:9 | 217:11-19 (context for exhibit) | | |
| 218:14 - 219:5 | 219:6 (objection) | LR 30(F) | |
| 219:8 - 219:9 | 219:10-13 (context for discussion) | | |
| 219:14 - 219:19 | 219:20 (objection) | LR 30(F) | |
| 219:21 - 220:3 | 220:4 (objection) | LR 30(F) | |
| 220:5 - 220:8 | 220:11-15, 220:17-20 (context for discussion) | | |
| 220:21 - 221:6 | 221:7-12 (context for discussion) | | |
| 229:8 - 230:1 | 230:2-231:4, 231:6-11 (context for exhibit) | 401/402; 403 (waste of time) | |
| 231:12 - 232:9 | 235:4-11 (context for discussion) | | |
| 233:10 - 233:14 | | | |
| 238:18 - 238:21 | | | |
| 244:22 - 245:8 | | | |
| 245:12 - 245:18 | 245:19-246:3, 246:5-6 (context for answers and for exhibit discussion) | 401/402/403 (cumulative) | |
| 246:11 - 246:13 | 246:14 (objection) | LR 30(F) | |
| 246:15 - 247:7 | | | |
| 250:16 - 251:8 | 251:9 (objection) | LR 30(F) | |
| 251:10 - 252:2 | 252:3 (objection) | LR 30(F) | |
| 252:4 - 252:9 | 252:10 (objection) | LR 30(F) | |
| 252:11 - 252:14 | | | |
| 253:5 - 253:12 | | | |
| 253:21 - 254:4 | 254:5 (objection) | LR 30(F) | |
| 254:6 - 254:7 | | | |
| 254:10 - 254:11 | | | |
| 254:14 - 254:16 | 254:18-21 (context for discussion of exhibit) | 401/402/403 | Incomplete summary; Witness testified immediately afterward that he is copied on the email chain |
| 254:22 - 255:1 | 255:2-5 (objection) | LR 30(F) | |
| 255:6 - 255:22 | 256:18-20 (objection) | LR 30(F) | |
| 256:11 - 256:17 | | | |
| 257:1 - 257:10 | 257:11-12 (objection) | LR 30(F) | |
| 257:13 - 257:18 | 257:19-21, 258:4-8 (context for answers as to exhibit) | 401/402/403 (cumulative) | |

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 259:2 - 259:8 | 259:13-20 (context for discussion of exhibit) | | |
| 259:21 - 260:15 | 260:16-20 (context for discussion) | LR 30(F) | |
| 260:21 - 261:9 | 261:10-12 (context for discussion of exhibit) | | |
| 261:13 - 262:13 | | | |
| 263:9 - 263:12 | | | |
| 265:9 - 265:15 | | | |
| 267:7 - 267:9 | | | |
| 267:17 - 267:22 | 268:1-11 (context for discussion of exhibit) | 401/402/403 | |
| 268:12 - 269:4 | 269:5-7, 269:10-13 (context for discussion) | | |
| 269:14 - 269:16 | 269:18-19 (objection) | LR 30(F) | |
| 269:22 - 270:1 | | | |
| 271:13 - 272:10 | 272:11-12 (objection) | LR 30(F) | |
| 272:14 - 272:22 | 273:1-12 (context for discussion of exhibit) | | |
| 273:13 - 273:16 | 274:20-275:8 (context for discussion) | | |
| 275:9 - 276:6 | 276:7-12 (context for discussion) | | |
| 278:17 - 279:9 | | | |
| 282:11 - 282:17 | | | |
| 285:22 - 286:7 | 286:8 (objection) | LR 30(F) | |
| 286:9 - 286:10 | 282:18-285:21 (context for discussion; objections) | LR 30(F); 401/402; 403 | Mischaracterizes testimony; designations refer to discussion conducted completely between counsel, not context for discussion about communication from Mr. Debes |
| 286:12 - 286:14 | | | |
| 287:2 - 287:14 | | | |
| 288:6 - 288:14 | 288:15-17, 289:19-22, 290:16-291:7 (context for discussion of exhibit) | 401/402/403 (cumulative) | |
| 288:22 - 289:14 | 289:15 (objection) | LR 30(F) | |
| 289:17 - 289:18 | | | |
| 290:1 - 290:4 | 290:5 (objection) | LR 30(F) | |
| 290:6 - 290:15 | | | |
| 291:8 - 292:2 | | | |
| 292:9 - 292:15 | 292:16-19, 292:21-22 (full context of answer) | | |
| 293:1 - 294:5 | | | |
| 300:5 - 300:21 | 300:22-301:5 (context for discussion of exhibit) | | |
| 303:20 - 304:1 | | | |
| 313:1 - 313:3 | 313:4 (clarification by counsel) | LR 30(F) | |
| 313:5 - 313:6 | 313:19-21, 314:3-7, 314:19-19 (context for discussion) | | |

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 316:1 - 316:17 | 314:21-315:22 (context for ensuing discussion) | | |
| 317:2 - 317:5 | 317:6 (objection) | LR 30(F) | |
| 317:7 - 317:8 | | | |
| 317:13 - 317:15 | | | |
| 318:2 - 319:8 | | | |
| 319:17 - 320:9 | 320:10-321:1 (context for answer) | | |
| 321:14 - 321:21 | | | |
| 322:8 - 322:14 | 322:5-7 (context for answer as to meaning of POF); 322:5 (objection) | LR 30(F) | |
| 322:16 - 323:5 | | | |
| 323:12 - 324:11 | 324:12-13 (objection) | LR 30(F) | |
| 324:15 - 324:16 | 324:17-325:2 (context for discussion and exhibit); 354:4, 354:7-356:1, 356:6-19, 356:21-357:1 (context for discussion of exhibit) | 401/402/403; 116(c) | |
| 325:22 - 326:5 | | | |
| 326:7 - 326:9 | | | |
| 327:19 - 327:20 | | | |
| 328:3 - 328:6 | | | |
| 328:10 - 329:13 | 329:14 (objection) | LR 30(F) | |
| 329:15 - 330:1 | | | |
| 330:8 - 330:10 | 330:6-7, 330:16-331:6 (context for discussion and exhibit); 330:11,13 (objection) | 401/402, 403 (cumulative); LR 30(F) | Witness clearly testified that the e-mail was sent to Jennifer Langer, not Lawson customer |
| 330:12 | | | |
| 331:14 - 331:16 | 331:17 (objection) | LR 30(F) | |
| 331:18 - 331:20 | | | |
| 332:8 - 332:20 | | | |
| 333:2 - 333:4 | | | |
| 333:14 - 333:16 | | | |
| 333:20 | 333:21 (objection); 334:8-12, 334:22-335:4, 337:11-18 (context for discussion of exhibit) | 401/402, 403 (waste of time); LR 30(F) | Witness clearly testified that he is referenced in the e-mail and understood the e-mail |
| 333:22 - 334:3 | | | |
| 335:19 - 336:10 | 336:11-20 (context of discussion of exhibit) | LR 30(F) | Incomplete summary |
| 336:21 - 337:6 | | | |
| 338:12 - 339:7 | 337:19-338:1 (context for discussion of exhibit) | 401/402/403 (cumulative) | |
| 339:21 - 340:11 | | | |
| 340:21 - 341:1 | 341:2 (objection) | LR 30(F) | |
| 341:3 - 341:21 | 341:22-342:2 (objection); 342:17-19, 343:1-8 (context for discussion of exhibit) | LR 30(F); 401/402/403; 611 (c) | |
| 342:5 - 342:10 | | | |
| 371:22 - 372:6 | | | |

| *e*Plus Affirmative Designation | Lawson Fairness Designations/ Summaries | *e*Plus Objections to Lawson Fairness Designations | *e*Plus Objections to Lawson Fairness Summaries |
|---|---|---|---|
| 373:7 - 373:21 | 372:22-373:6, 374:20-22 (context for question and answer); 373:22 (objection) | 401/402/403 (cumulative) | |
| 374:8 - 374:13 | 374:14-15 (objection) | LR 30(F) | |
| 374:16 - 374:19 | | | |
| 375:17 - 376:4 | 376:5-6 (objection) | LR 30(F) | |
| 376:8 - 376:20 | 376:21-22 (objection) | LR 30(F) | |
| 377:5 - 377:17 | | | |
| 380:22 - 381:2 | 381:3 (objection) | LR 30(F) | |
| 381:4 - 381:5 | | | |

**Lawson's Objections to Designations in January 6, 2012 Deposition of
Dean Hager**

| Plaintiff's Designated Testimony | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 27:2 – 27:6 | 403, 611. | Asked and answered. |
| 27:7 – 27:16; 27:19 – 28:5 | 401, 402, 602, 612. | Relevance; Foundation; Improper attempt to refresh recollection. |
| 30:14 - 30:17 | 401, 402. | Vague and ambiguous as to "involved in the transition." Argumentative. |
| 34:4 - 34:6 | 401, 402, 1002. | Witness's recollection of statement is irrelevant; Video, which was produced, is itself the best evidence. |
| 44:9 - 44:11 | 401, 402, 602. | Vague and ambiguous as to "functional changes." Information is outside witness's personal knowledge. |
| 55:6 - 55:15; 55:17, 55:22 -56:8, 56:11 - 14 | 401, 402, 611, 613. | Relevance; Vague and ambiguous as to "right"; Badgering; Improper use of prior statement. |
| 60:2 – 22; 61:3; 61:16 – 64:12 | 401, 402, 612. | Relevance; Improper refreshment of recollection. |
| 68:2; 68:6 - 69:7; 69:11; 71:5 - 71:7; 71:12 - 71:13 | 401, 402, 403, 611. | Argumentative; Asked and answered; relevance. |
| 77:13-22 | 401, 402, 801, 802. | Relevance; Hearsay. |
| 78:17-20 | 611, 801, 802. | Foundation; Hearsay. |
| 79:20 - 79:21; 80:2 - 80:12; 80:16 - 81:1; 81:3 - 81:9; 81:16 - 81:20; 81:22; 82:21 - 83:6; 84:20 - 85:3; 85:9 - 86:6 | 602, 611, 801, 802, 901. | Witness has no recollection of these documents and is not a recipient or author; Lack of foundation. |
| 91:6 - 91:10 | 611. | Misstates the testimony as to replacement cost and time; Argumentative. |
| 92:10 - 92:15 | 611. | Misstates the testimony as to context of statements made at injunction hearing; Argumentative. |
| 92:21 - 93:1 | 401, 402, 611. | Argumentative; Vague and ambiguous as to "that testimony." |
| 93:6 - 93:9 | 401, 402, 611. | Argumentative; Vague and ambiguous as to "the answer that you provided to the Court that day." |
| 98:19 – 99:15 | 602, 801, 802. | Foundation; Hearsay. |

| | | |
|---|---|---|
| 99:13 - 99:15 | 611. | Argumentative; Vague and ambiguous as to "by May 31, 2011"; Misstates the document as to what the document "contemplat[ed]." |
| 104:3 - 104:8; 104:14-104:19; 105:7 - 105:8 | 401, 402, 403, 611. | Entire line of questioning as to whether the witness informed the court of redesign after the injunction hearing is irrelevant as to whether the products are more than colorably different or whether there is continuing infringement; Argumentative; Asked and answered. |
| 105:13 - 105:18 | 401, 402, 611. | Entire line of questioning as to whether the witness informed the court of redesign after the injunction hearing is irrelevant as to whether the products are more than colorably different or whether there is continuing infringement; Argumentativ;. Vague and ambiguous as to "any efforts." |
| 106:13 – 106:19 | 401, 402. | Relevance |
| 116:13 - 116:17 | 401, 402. | Misstates the testimony as to the extent the witness relied on communication with Lohkamp; Vague and ambiguous as to "that." |
| 118:12-19 | 801, 802. | Hearsay |
| 118:20 - 118:22 | 401, 402, 403, 611. | Misstates the testimony as to extent the witness relied on communication with Lohkamp. Vague and ambiguous as to "your testimony"; Asked and answered. |
| 120:3 - 120:5 | 611. | Improper form; Misstates the document as to whether Lohkamp was "asked . . . to make a guess." |
| 120:9 | 403, 611. | Improper form; Misstates the document as to whether the question was "I know it's a guess"; The question preceded the statement; Argumentative; Asked and answered. |
| 120:12 - 120:14 | 403, 611. | Misstates the testimony as to the extent the witness relied on communication with Lohkamp; Misstates the document as to whether a guess was requested; Vague and ambiguous as to "your testimony"; Argumentative; Asked and answered. |
| 120:22 - 121:3 | 403, 611. | Improper form; Misstates the document as to what was asked of Lohkamp; Argumentative; Asked and answered. |
| 130:20 – 131:5 | 611. | Improper form; Argumentative. |
| 131:12-19 | 403, 611. | Improper form; Argumentative; Asked and answered. |

| | | |
|---|---|---|
| 132:3-8 | 403, 611. | Improper form; Argumentative; Asked and answered. |
| 133:3 - 133:4 | 401, 402, 403, 611. | Entire line of questioning as to whether the witness informed the court of redesign after the injunction hearing is irrelevant as to whether the products are more than colorably different or whether there is continuing infringement. Argumentative; Asked and answered. |
| 134:1 - 134:4 | 611. | Improper form; Argumentative. |
| 146:11 – 13, 17, 22 | 403, 611. | Asked and answered. |
| 147:21 - 148:2 | 403, 611. | Improper form; Misstates the testimony as to what was communicated to customers; Asked and answered. |
| 170:4 - 170:5 | 401, 402, 611. | Improper form; Argumentative; Relevance. |
| 185:6 - 185:7 | 401, 402, 611. | Improper form; Argumentative; Relevance. |
| 185:20 - 185:21 | 401, 402, 611. | Argumentative; Relevance. |
| 188:3 - 188:4; 188:7 - 188:9 | 602, 901. | Witness has no recollection of this document and is not a recipient or author; Lack of foundation. |
| 188:17 - 190:11 | 602, 901, 801. | Witness has no recollection of this document and is not a recipient or author; Lack of foundation; Hearsay as to whether "Dean's testimony was based on . . . . " Misstates evidence as to where Keith Lohkamp gave a "guess." |
| 191:21 - 192:12 | 602, 611, 901. | Witness has no recollection of this document and is not a recipient or author; Lack of foundation. |
| 193:17-20 | 602, 611. | Foundation; Improper form; Argumentative. |
| 194:15 - 194:18 | 602, 611. | Foundation; Improper form; Argumentative. |
| 206:12 - 206:16 | 611. | Improper form; Argumentative; Misstates the document as referencing RQ instead of RQC. |
| 208:7 - 208:9 | 611. | Improper form; Argumentative. |
| 212:9 - 212:13 | 602, 901. | Counsel identifies an email on which witness is a recipient and proceeds to ask only about emails on which he is not a recipient without so clarifying; Lack of foundation. |
| 213:19 - 214:6; 214:18 - 214:22; 216:5-6 | 602, 801, 802, 901. | Witness has no knowledge of emails inquired about, of which he is neither an author nor recipient; Lacks foundation; hearsay; Vague and ambiguous as to product being discussed. |
| 219:3-5 | 611. | Improper form; Argumentative. |
| 245:5-7 | 611. | Argumentative. |
| 250:16 - 251:8; 251:10 - 252:2; 252:4 - 252:9 | 401, 402. | Relevance. |
| 260:21 - 261:9 | 502, 602. | This portion of the email has been clawed back for redaction as privileged pursuant to the Protective Order. |

| | | |
|---|---|---|
| 278:17 – 279:9 | 401, 402, 611. | Relevance; Argumentative. |
| 282:11-16 | 602, 611. | Foundation; Argumentative. |
| 286:4 - 286:7 | 401, 402, 602, 611. | Calls for a legal conclusion; Foundation; Argumentative. |
| 291:8 - 292:2; 292:9 - 292:15; 293:1 - 294:5 | 602, 901. | Witness has no knowledge of these statements/this document and was neither an author nor a recipient. Lacks foundation. |
| 322:14 | 602. | Foundation; for speculation as to why J. Langer was making a certain recommendation. |
| 323:12-14; 323:18-21 | 602. | Foundation |
| 324:7 - 324:11 | 401, 402, 403, 611. | Entire line of questioning as to statements at the injunction hearing is irrelevant as to whether the products are more than colorably different or whether there is continuing infringement; Argumentative; Asked and answered; Misstates the evidence as to what "your support team was telling you" regarding availability to be shipped. |
| 329:10 - 329:13 | 401, 402, 611. | Improper form; Argumentatative; Misstates the evidence as to whether witness "suggest[ed]" anything; Relevance. |
| 330:8 - 330:10 | 611. | Argumentative; Misstates the evidence as to "suggesting." |
| 331:14-16 | 611. | Improper form; Argumentative |
| 333:20 | 401, 402. | Vague and ambiguous as to which email is being referenced. Misstates the evidence as to several emails on the chain. |

| | | |
|---|---|---|
| 340:21 - 341:1 | 401, 402, 611. | Improper form; Argumentative; Vague and ambiguous as to product and as to functionality; Relevance. |
| 341:18 - 341:21 | 401, 402, 611. | Improper form; Argumentative; Relevance. |
| 373:19 - 373:21 | 401, 402, 611. | Vague and ambiguous as to "your counsel's questions." |
| 374:8 - 374:13 | 401, 402, 611. | Improper form; Argumentative; Misstates the evidence as to why witness was chosen to testify and about what; Relevance. |
| 375:21 - 376:4 | 602, 611. | Foundation; Misstates evidence as to what witness did to educate himself and as to product; Argumentative. |
| 376:16 - 376:20 | 403, 602, 611. | Improper form; Argumentative; Misstates the evidence as to knowledge of when product would be "available"; Asked and answered. |

# Crrgpf kz 8

**DEPOSITION OF KENNETH FARBER (December 27, 2011)**

| Lawson Affirmative Designation | *e*Plus Objection to Affirmative Designations | Lawson Summary | *e*Plus Objections to Summary | *e*Plus Fairness Designations | Lawson Counter-Designations | *e*Plus Objections to Counter-Designations |
|---|---|---|---|---|---|---|
| 7:4-17 | | Farber's role as President of ePlus Systems, Inc. has not changed since trial, and he oversees development, sales, and support of intellectual property. | | | | |
| 9:6-13; 9:25-10:5 | LR 30(F) | Farber acknowledges being designated to serve as ePlus's Rule 30(b)(6) witness on the six topics listed on Lawson's Notice of Taking Deposition of ePlus Pursuant to Federal Rule of Civil Procedure 30(b)(6). | | | | |
| 10:8-11:23; 50:7-51:6 | | Farber did nothing to prepare and educate himself for his 30(b)(6) testimony beyond speaking with outside counsel for forty minutes. He did not investigate any facts. | | | | |
| 14:13-16:14 | LR 30(F); 401/403; 106 | Farber did not view the jury verdict as a sales opportunity, and nobody at ePlus contacted any Lawson customers in any way in regard to the jury verdict. | | | 16:25-17:5 | |
| 22:15-24:5 | LR 30(F); 401/403 | ePlus provides maintenance, support, and/or service with respect to software sold to customers by third parties; ePlus hires or trains employees to do so. | | | | |

| Lawson Affirmative Designation | *e*Plus Objection to Affirmative Designations | Lawson Summary | *e*Plus Objections to Summary | *e*Plus Fairness Designations | Lawson Counter-Designations | *e*Plus Objections to Counter-Designations |
|---|---|---|---|---|---|---|
| 28:20-30:10 | LR 30(F); 401/403 | ePlus did not view the injunction order as a sales or marketing opportunity and never formed a strategy to try to take advantage of the injunction from a business perspective. | | 28:12-19; 30:11; 30:20-31:10 | 35:14-37:1 | |
| 40:8-41:5 | LR 30(F); 401/403 | ePlus has no plan or strategy to take advantage in the marketplace of any "final" decree in this matter. | | | | |
| 51:7-52:11; 53:11-19; 53:25-15; 55:4-8; 55:22-56:24; 57:18-58:17; 60:7-14 | 401/403 | Farber assumes that Trinity Health was a Lawson customer for the S3 suite of products. Farber assumes that the Trinity Health customer contacting ePlus was a Lawson pawn, and Farber never spoke to him or discussed him internally. | | 56:25-57:8 | 57:9-15 | |
| 60:18-61:20 | 106; 401/403 | Except for with Trinity, ePlus had no specific contacts with Lawson customers; although Farber did not ask other employees whether they had such contacts. | Mr. Farber understood that if other employees had contacted Lawson customers, this would have been reflected in the information ePlus collected and produced in discovery | | | |
| 62:18-64:23 | 401/403 | Farber describes the sales force at ePlus for Procure+ and Content+ and the materials available to them when contacting potential customers. | | | | |

| Lawson Affirmative Designation | *e*Plus Objection to Affirmative Designations | Lawson Summary | *e*Plus Objections to Summary | *e*Plus Fairness Designations | Lawson Counter-Designations | *e*Plus Objections to Counter-Designations |
|---|---|---|---|---|---|---|
| 65:16-66:24 | 401/403 | ePlus's sales team's marketing materials make no reference to the injunction against Lawson. | | | 73:4-6 | LR 30(F) |
| 74:25-76:18 | LR 30(F); 401/403 | Farber confirms that ePlus could replace RSS with Procure+, which would still run on Lawson's core S3 system. | | | | |
| 78:5-18 | 401/403; 106 | ePlus never considered attempting to make direct appeals to Lawson customers to replace RSS after the injunction issued. | | | | |
| 79:14-16 | 106; 401/403 | ePlus is aware of some of Lawson's customers. | | | | |
| 81:18-85:7; 114:24-122:9 | LR 30(F); 401/403 | Discussing various customers and whether ePlus had any contact with them after the injunction issued. | The summary mischaracterizes the designated testimony. The designated testimony discusses competition between ePlus and Lawson taking place after the injunction issued. | | | |
| 89:13-18; 90:6-13 | 401/403 | ePlus's only awareness of the differences between RSS and RQC stems from Farber looking at Lawson's website, at which time ePlus asked counsel and experts to further evaluate. | | | | |

| Lawson Affirmative Designation | *e*Plus Objection to Affirmative Designations | Lawson Summary | *e*Plus Objections to Summary | *e*Plus Fairness Designations | Lawson Counter-Designations | *e*Plus Objections to Counter-Designations |
|---|---|---|---|---|---|---|
| 93:13-95:18 | LR 30(F); 401/403 | Farber does not know how Punchout worked in conjunction with the catalog or purchase orders, and there was no digging into its functionality by ePlus. | | | | |
| 99:2-17 | 401/403 | Nobody at ePlus knows whether there is a difference in the ability to search for multiple vendors and create a single requisition between the RSS product and the RQC product. Only counsel or experts have knowledge. | | | | |
| 101:16-104:3 | LR 30(F); 401/403 | Nobody at ePlus is aware of whether the RSS product or the RQC product have an order list that was separate from a requisition. | | | | |
| 106:5-107:12 | 401/403 | ePlus did not attempt any point to determine what the factual differences are between RSS and RQC other than by looking at Lawson's website. | | 107:13-19; 107:21-24 | | |
| 111:14-113:5 | 401/403 | Farber is unaware of how many levels of search could be performed pursuant to the UNSPSC codes in either RSS or RQC or whether it has changed from RSS to RQC. | | | | |

| Lawson Affirmative Designation | *e*Plus Objection to Affirmative Designations | Lawson Summary | *e*Plus Objections to Summary | *e*Plus Fairness Designations | Lawson Counter-Designations | *e*Plus Objections to Counter-Designations |
|---|---|---|---|---|---|---|
| 124:17-131:7 | LR 30(F); 401/403 | Farber did not review the Lawson Requisition Center What's New and Different document. ePlus's interrogatory responses regarding UNSPSC code functionality and whether RQC creates an order list separate from the requisition used to generate a purchase order did not originate from a fact witness at ePlus. Nobody at ePlus did any claim analysis between Lawson's products whatsoever. | | | | |
| 131:21-132:5 | 401/403 | ePlus's counsel chose and retained ePlus's experts to analyze Lawson's products. | | | | |
| 132:18-134:5 | LR 30(F); 401/403 | No analysis was conducted by anyone at ePlus with regard to paragraphs 3 or 4 on the exhibit list to Lawson's Notice of Taking Deposition of ePlus Pursuant to Federal Rule of Civil procedure 30(b)(6). | | | | |
| 136:12-15 | 106; 401/403 | ePlus's counsel states for the record that ePlus will not be seeking lost profits in this contempt proceeding. | | 154:12-22 | | |
| 138:6-25 | 401/403 | ePlus's procurement software operated at a loss. | | | | |
| 139:7-17; 140:2-142:6 | 401/403 | ePlus does not track profitability separately by licensing, service, and maintenance. | | | | |
| 144:9-145:17 | 401/403 | ePlus does not track profitability of its procurement products by individual product. | | | 154:23-155:12 | LR 30(F) |