# Exhibit B

IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND, NORTHERN DIVISION

THE JOHNS HOPKINS UNIVERSITY
AND ARROW INTERNATIONAL, INC.,

    Plaintiffs,                    CIVIL NOS.: WDQ-05-0759
                                        WDQ-06-2711

v.

DATASCOPE CORPORATION,

    Defendant.

FILED / LODGED / ENTERED / RECEIVED
JUN 1 5 2007
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

VERDICT FORM

1. Inducing Infringement

   (a)  Do you find, by a preponderance of the evidence, that Datascope has actively induced infringement of the following claim of the '191 Patent?

        Claim 1   YES__X__         NO_____

   (b)  Do you find, by a preponderance of the evidence, that Datascope has actively induced infringement of the following claim for the '551 Patent?

        Claim 16  YES__X__         NO_____

   (c)  If you answered "Yes" above for Question 1(b), then answer the following question:
       Do you find, by a preponderance of the evidence, that Datascope has actively induced infringement of any of the following claims for the '551 Patent?

        Claim 17  YES__X__         NO_____
        Claim 27  YES__X__         NO_____
        Claim 34  YES__X__         NO_____

(d) Do you find, by a preponderance of the evidence, that Datascope has actively induced infringement of the following claim of the '704 Patent?

   Claim 1   YES__X__          NO_____

(e) If you answered "Yes" above for Question 1(d), then answer the following question:
Do you find, by a preponderance of the evidence, that Datascope has actively induced infringement of any of the following claims for the '704 Patent?

   Claim 3    YES__X__    NO_____
   Claim 4    YES__X__    NO_____
   Claim 5    YES__X__    NO_____
   Claim 6    YES__X__    NO_____
   Claim 7    YES__X__    NO_____
   Claim 15   YES__X__    NO_____
   Claim 16   YES__X__    NO_____
   Claim 17   YES__X__    NO_____
   Claim 18   YES__X__    NO_____

2. Contributing to Infringement

(a) Do you find, by a preponderance of the evidence, that Datascope has contributed to the infringement of the following claim of the '191 Patent?

   Claim 1   YES__X__          NO_____

(b) Do you find, by a preponderance of the evidence, that Datascope has contributed to the infringement of the following claim for the '551 Patent?

   Claim 16  YES__X__          NO_____

(c) If you answered "Yes" above for Question 2(b), then answer the following question:
Do you find, by a preponderance of the evidence, that Datascope has contributed to the infringement of any of the following claims for the '551 Patent?

   Claim 17   YES__X__    NO_____
   Claim 27   YES__X__    NO_____
   Claim 34   YES__X__    NO_____

2

(d) Do you find, by a preponderance of the evidence, that Datascope has contributed to the infringement of the following claim of the '704 Patent?

    Claim 1   YES __X__      NO ____

(e) If you answered "Yes" above for Question 2(d), then answer the following question:
Do you find, by a preponderance of the evidence, that Datascope has contributed to the infringement of any of the following claims for the '704 Patent?

    Claim 3   YES __X__      NO ____
    Claim 4   YES __X__      NO ____
    Claim 5   YES __X__      NO ____
    Claim 6   YES __X__      NO ____
    Claim 7   YES __X__      NO ____
    Claim 15  YES __X__      NO ____
    Claim 16  YES __X__      NO ____
    Claim 17  YES __X__      NO ____
    Claim 18  YES __X__      NO ____

3. Invalidity of the Patents

(a) Do you find that Datascope proved, by clear and convincing evidence, that the following claim of the '191 Patent is invalid because of obviousness?

    Claim 1   YES ____      NO __X__

(b) Do you find that Datascope proved, by clear and convincing evidence, that the following claim of the '551 Patent is invalid because of obviousness?

    Claim 16  YES ____      NO __X__

(c) If you answered "Yes" above for Question 3(b), then answer the following question:
Do you find that Datascope proved, by clear and convincing evidence, that the following claims of the '551 Patent are invalid because of obviousness?

    Claim 17  YES ____      NO ____
    Claim 27  YES ____      NO ____
    Claim 34  YES ____      NO ____

(d) Do you find that Datascope proved, by clear and convincing evidence, that the following claim of the '704 Patent is invalid because of obviousness?

    Claim 1   YES_____         NO\_\_X\_\_\_\_\_

(e) If you answered "Yes" above Question 3(d), then answer the following question:
Do you find that Datascope proved, by clear and convincing evidence, that the following claims of the '704 Patent are invalid because of obviousness?

| Claim | | |
|---|---|---|
| Claim 3 | YES_____ | NO_____ |
| Claim 4 | YES_____ | NO_____ |
| Claim 5 | YES_____ | NO_____ |
| Claim 6 | YES_____ | NO_____ |
| Claim 7 | YES_____ | NO_____ |
| Claim 15 | YES_____ | NO_____ |
| Claim 16 | YES_____ | NO_____ |
| Claim 17 | YES_____ | NO_____ |
| Claim 18 | YES_____ | NO_____ |

4. Damages

(a) If you have found that Datascope actively induced or contributed to the infringement of at least one valid claim, what amount of damages, if any, do you find that Arrow has proven by a preponderance of the evidence?

$ _460,583_ .

(b) If you have found that Datascope actively induced or contributed to the infringement of at least one valid claim, what amount of damages, if any, do you find that Johns Hopkins has proven by a preponderance of the evidence?

$ _230,292_ .

_6/15/07_                              _Kelly Hildebrand_
Date                                    Jury Foreperson

4