# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TRISTRATA TECHNOLOGY, INC., | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 01-127-JJF |
| MARY KAY, INC. | : | |
| Defendant. | : | |

## INJUNCTION ORDER

WHEREAS, Plaintiff Tristrata Technology, Inc. ("Tristrata") has filed a Motion For Permanent Injunction (D.I. 307) pursuant to 35 U.S.C. § 283 and Federal Rule of Civil Procecdure 65(d);

WHEREAS, Tristrata requests that Defendant Mary Kay, Inc. ("Mary Kay") be permanently enjoined from further infringing U.S. Patent Nos. 5,091,171, 5,422,370, and 5,547,988;

WHEREAS, the jury in this case returned a verdict finding that Mary Kay contributorily and by inducement infringed claims 9, 10, 22, 26, and 27 of U.S. Patent No. 5,091,171;

WHEREAS, the jury in this case returned a verdict finding that Mary Kay contributorily and by inducement infringed claims 1, 8, 9, and 10 of U.S. Patent No. 5,422,370;

WHEREAS, the jury in this case returned a verdict finding that Mary Kay contributorily and by inducement infringed claims 1, 4, 7, 10, and 13 of U.S. Patent No. 5,547,988;

WHEREAS, the jury in this case returned a verdict finding that U.S. Patent Nos. 5,091,171, 5,422,370, and 5,547,988

are not invalid;

WHEREAS Mary Kay has not provided the Court with a sufficient reason why a permanent injunction is not appropriate in this case;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. Tristrata's Motion For Permanent Injunction (D.I. 307) is **GRANTED**;

2. Mary Kay, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, shall be permanently enjoined from infringing, either directly, contributorily, or by inducement, U.S. Patent Nos. 5,091,171, 5,422,370, and 5,547,988;

3. Mary Kay, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with them who receive actual notice of this order by personal service or otherwise, shall be enjoined from the date of this order until the expiration of U.S. Patent Nos. 5,091,171, 5,422,370, and 5,547,988 from making, using, advertising, promoting, selling, or offering to sell the products at issue in this case that were found to have been used to contributorily infringe the patents-in-suit (i.e. the Skin Revival products, the Triple Action products, Visible Action Skin Revealing Lotion, and Night Solution);

4. Mary Kay shall take immediate steps to comply with this Order, and, in any event, shall fully comply within seven (7) days of entry of this Order.

March 31, 2006
DATE

UNITED STATES DISTRICT JUDGE