# Exhibit D

## UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Patent Under *Ex Parte* Reexamination:
    U.S. Patent No. 6,023,683

Patent Owner: *e*Plus Inc.

Control No. 90/008,104

Request Filed: September 15, 2006

For: ELECTRONIC SOURCING SYSTEM AND METHOD

Examiner: Joseph R. Pokrzywa

Group Art Unit: 3992
Confirmation No.: 2837

Director, United States Patent and Trademark Office
Served on: Office of the General Counsel
10B20, Madison Building East
600 Dulany Street
Alexandria, Virginia

## NOTICE OF APPEAL

Dear Sir:

    Please take notice that under 35 U.S.C. §§ 141 and 142 and 37 C.F.R. §§ 1.301 and 1.302, the Patent Owner *e*Plus Inc. ("*e*Plus" or "Patent Owner") hereby appeals to the United States Court of Appeals for the Federal Circuit from all orders and decisions of the Board of Patent Appeals and Interferences ("BPAI"), and of the Examiners in the above identified *ex parte* reexamination case, including without limitation the BPAI decision on rehearing dated March 26, 2012, the BPAI Panel Decision dated May 18, 2011, and the Examiner's final rejection dated January 8, 2009 (the "Decisions"). Courtesy copies of these three Decisions are attached.

In compliance with 37 C.F.R. § 1.301 and Federal Circuit Rule 15(a), three copies of this Notice of Appeal together with the fee described by Federal Circuit Rule 52 ($450) are being transmitted to the Clerk of the Federal Circuit.

No other fee is believed to be due, but the Commissioner is hereby authorized to charge any fees that may be required by this paper to Deposit Account No. 50-4494.

                                                Respectfully submitted,

May 24, 2012                            By: _____
                                               Thomas J. Scott, Jr.
                                               Registration No.: 27,836
                                               Attorney for Patent Owner/Appellant
                                               Goodwin Procter LLP
                                               901 New York Avenue, N.W.
                                               Washington, D.C. 20001
                                               Telephone: (202)346-4000
                                               Facsimile: (202)346-4444