

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EPLUS INC.,

    Plaintiff,

v.                                                    Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.


**ORDER**

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that DEFENDANT LAWSON SOFTWARE, INC.'S MOTION TO STRIKE THE EXPERT OPINIONS OF DR. KEITH UGONE (Docket No. 892) is denied as to testimony about disgorgement of profits and denied as moot as to testimony about cost savings.

It is so ORDERED.

                                    /s/        _REP_
                                 Robert E. Payne
                                 Senior United States District Judge


Richmond, Virginia
Date:  March 26, 2013