IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

EPLUS INC.,

    Plaintiff,

v.                              Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that DEFENDANT LAWSON SOFTWARE, INC.'S MOTION TO EXCLUDE IMPROPER OPINIONS AND ARGUMENTS FROM EPLUS'S EXPERTS AT THE CONTEMPT HEARING (Docket No. 896) is denied as moot as to Dr. Alfred C. Weaver and denied on its merits as to Mr. Patrick Niemeyer.

It is so ORDERED.

                                    /s/
                            Robert E. Payne
                            Senior United States District Judge

Richmond, Virginia
Date: March 27, 2013