## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | | |
|---|---|---|
| ePLUS INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:09CV620 (REP) |
| | ) | |
| LAWSON SOFTWARE, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT LAWSON SOFTWARE, INC.'S CORRECTED FAIRNESS DESIGNATIONS OF THE DEPOSITION OF DEAN J. HAGER (MARCH 22, 2013)

Lawson Software, Inc. ("Lawson") hereby designates the following portions of the transcript of the deposition of Dean J. Hager taken on March 22, 2013 which should in fairness be presented should the testimony designated by Plaintiff be presented.  Lawson reserves the right to rely upon any designated testimony whether designated by Plaintiff or Lawson and any deposition testimony that in fairness should be presented to clarify or explain testimony admitted at the contempt hearing.[1]

| Plaintiff's Designations | Lawson's Fairness Designations | Plaintiff's Counter Designations |
|---|---|---|
| 8:6 - 9:14 | 8:2-5 (context for discussion) | |
| 9:18 -- 10:19 | 10:25-11:15 (context for discussion) | |
| 11:16 – 11:21 | | |
| 12:16 – 13:6 | | |
| 13:18 – 13:20 | | |
| 13:24 – 16:2 | | |
| 17:4 – 18:16 | | |
| 18:18 – 19:11 | | |
| 21:1 – 21:7 | 21:17-22 (context for discussion) | |

---

[1]  These Corrected Fairness Designations to the Deposition of Dean J. Hager correct typographical errors found in Lawson's Fairness Designations to the Deposition of Dean J. Hager served March 27, 2013.

| Plaintiff's Designations | Lawson's Fairness Designations | Plaintiff's Counter Designations |
|---|---|---|
| 21:23 – 21:25 | | |
| 23:10 – 23:19 | | |
| 24:3 – 24:9 | | |
| 25:18 – 26:7 | 24:13-17 (context for discussion) | |
| 27:1 – 27:13 | | |
| 27:20 – 27:24 | | |
| 28:3 – 28:10 | | |
| 34:7 – 35:3 | 31:2-4, 31:17-32:5, 33:6-13, 33:22-34:4, 35:5-11 (context and objections) | |
| 35:13 – 35:16 | 35:17-18 (objection) | |
| 35:19 – 36:1 | | |
| 36:7: 37:24 | | |
| 38:2 – 38:21 | | |
| 39:13 – 40:5 | 40:6 (objection) | |
| 40:7 – 40:13 | 40:14 (objection) | |
| 40:15 – 40:17 | | |
| 41:3 – 41:10 | | |
| 42:5 – 42:21 | | |
| 42:24 – 43:12 | | |
| 43:14 – 43:21 | 43:22 (objection) | |
| 43:23 – 44:20 | | |
| 45:4 – 45:7 | 44:21-45:3, 45:8-9 (context for discussion and objection) | |
| 45:10 | 45:11-17 (context for discussion) | |
| 45:18 – 45:23 | | |
| 45:25 | | |
| 46:11 – 46:17 | 46:18-19 (objection), 46:22-47:5, 166:22-167:14 (context regarding exhibit) | |
| 46:20 – 46:21 | 166:22-167:14 (context regarding exhibit) | |
| 47:6 – 47:19 | 166:22-167:14 (context regarding exhibit) | |
| 47:21 – 48:16 | 48:17 (objection), 166:22-167:14 (context regarding exhibit) | |
| 48:18 – 48:21 | 49:10-49:13 (context) | |
| 49:14 – 50:8 | 50:9-10 (objections) | |
| 50:11 – 50:16 | | |
| 51:3 – 51:7 | 51:8 (objection) | |
| 51:9 – 51:11 | | |
| 51:23 – 52:10 | 51:12-22 (context) | |
| 52:13 – 52:14 | 52:16-20, 52:22 (context) | |

| Plaintiff's Designations | Lawson's Fairness Designations | Plaintiff's Counter Designations |
|---|---|---|
| 53:21 – 54:5 | 53:5-20 (context for discussion), 54:6-7 (objection) | |
| 54:8 – 54:12 | 54:15-16 (objection) | |
| 54:17 – 54:24 | 55:8-16 (context for discussion) | |
| 55:17 – 56:13 | 56:14-15 (objection) | |
| 56:16 – 56:25 | | |
| 57:9 – 57:11 | 57:4-8 (context for discussion), 57:12-13 (objection) | |
| 57:14 – 57:16 | 57:17 (objection), 57:19-58:13 (context for discussion) | |
| 57:18 | 57:19-23, 58:1-8 (context for discussion) | |
| 58:24 – 59:15 | 59:16 (objection) | |
| 59:17 | 59:18-19 (objection) | |
| 59:20 – 60:15 | | |
| 60:21 – 61:8 | 61:9 (objection) | |
| 61:10 – 61:21 | 61:22-23 (objection) | |
| 61:24 – 62:6 | 62:7 (objection) | |
| 62:8 – 62:18 | 62:19 (objection), 168:19-169:6, 169:17-22, 171:2-25 (context regarding exhibit) | |
| 62:20 – 63:1 | 168:19-169:6, 169:17-22, 171:2-25 (context regarding exhibit) | |
| 63:12 – 64:16 | 64:17-19 (objection), 168:19-169:6, 169:17-22, 171:2-25 (context regarding exhibit) | |
| 64:20 – 64:23 | 64:24-25 (objections), 168:19-169:6, 169:17-22, 171:2-25 (context regarding exhibit) | |
| 65:1 – 65:8 | 65:9-10 (objections), 168:19-169:6, 169:17-22, 171:2-25 (context regarding exhibit) | |
| 65:11 – 65:15 | 65:16-17 (objections), 168:19-169:6, 169:17-22, 171:2-25 (context regarding exhibit) | |
| 65:18 – 66:1 | 66:2-3 (objections), 168:19-169:6, 169:17-22, 171:2-25 (context regarding exhibit) | |
| 66:4 – 66:8 | 66:9-10 (objections), 168:19-169:6, 169:17-22, 171:2-25 (context regarding exhibit) | |
| 66:11 – 66:18 | 66:19-20 (objections), 168:19-169:6, 169:17-22, 171:2-25 (context | |

| Plaintiff's Designations | Lawson's Fairness Designations | Plaintiff's Counter Designations |
|---|---|---|
| | regarding exhibit) | |
| 66:21 – 67:1 | 67:2 (objection), 168:19-169:6, 169:17-22, 171:2-25 (context regarding exhibit) | |
| 67:3 – 67:6 | 67:7-8 (objection), 168:19-169:6, 169:17-22, 171:2-25 (context regarding exhibit) | |
| 67:9 – 67:10 | 168:19-169:6, 169:17-22, 171:2-25 (context regarding exhibit) | |
| 70:22 – 71:14 | 68:7-69:7 (context) | |
| 71:17 – 71:19 | 71:20-22 (objections) | |
| 71:23 – 72:1 | 72:2 (objection) | |
| 72:3 – 72:19 | 72:20 (objection) | |
| 72:21 – 73:8 | 73:9 (objection) | |
| 73:10 – 74:19 | | |
| 75:22 – 76:17 | 76:18-19 (clarification), | |
| 77:2 – 77:17 | | |
| 79:17 – 79:25 | 79:11-16 (context for discussion), 80:1-3 (objection) | |
| 80:4 – 80:16 | 80:17-18 (objections) | |
| 80:19 – 81:11 | 81:12-14 (objection) | |
| 81:15 – 82:6 | | |
| 82:12 – 82:18 | 172:1, 172:24-173:7 (context regarding exhibit) | |
| 82:24 – 83:1 | 82:19-23 (context), 172:1, 172:24-173:7 (context regarding exhibit) | |
| 83:8 – 83:10 | 83:11-12 (objections), 172:1, 172:24-173:7 (context regarding exhibit) | |
| 83:13 – 83:23 | 172:1, 172:24-173:7 (context regarding exhibit) | |
| 86:9 – 86:15 | 86:16 (objection), 172:1, 172:24-173:7 (context regarding exhibit) | |
| 86:17 – 87:12 | 172:1, 172:24-173:7 (context regarding exhibit) | |
| 87:18 – 88:10 | 172:1, 172:24-173:7 (context regarding exhibit) | |
| 88:14 – 89:7 | 89:8-9 (objection), 172:1, 172:24-173:7 (context regarding exhibit), 173:15-176:12 (context regarding exhibit) | |
| 89:10 – 90:12 | 172:1, 172:24-173:7 (context regarding exhibit), 173:15-176:12 | |

| Plaintiff's Designations | Lawson's Fairness Designations | Plaintiff's Counter Designations |
|---|---|---|
| | (context regarding exhibit) | |
| 90:14 – 91:21 | 91:22 (objection), 172:1, 172:24-173:7 (context regarding exhibit), 173:15-176:12 (context regarding exhibit) | |
| 91:23 – 92:2 | 92:3 (objection), 172:1, 172:24-173:7 (context regarding exhibit), 173:15-176:12 (context regarding exhibit) | |
| 92:4 – 92:21 | 172:1, 172:24-173:7 (context regarding exhibit), 173:15-176:12 (context regarding exhibit) | |
| 93:1 – 93:8 | 172:1, 172:24-173:7 (context regarding exhibit) | |
| 94:15 – 95:1 | 93:9-94:6 (context for discussion and exhibit), 95:2-3 (objections), 172:1, 172:24-173:7 (context regarding exhibit) | |
| 95:4 – 95:19 | 95:20-21 (objections), 136:17-137:19 (context), 172:1, 172:24-173:7 (context regarding exhibit) | |
| 95:22 | 95:23-97:10 (context for exhibit) | |
| 98:12 – 99:11 | 99:12 (objection), 176:13-179:4 (context for exhibit), 179:25-180:7 (context for exhibit), 188:11-19, 188:21-190:5 (context) | |
| 99:13 – 99:19 | 99:20 (objection), 176:13-179:4 (context for exhibit), 179:25-180:7 (context for exhibit), 188:11-19, 188:21-190:5 (context) | |
| 99:21 – 99:24 | 99:25-100:6, 102:8-23 (context), 176:13-179:4 (context for exhibit), 179:25-180:7 (context for exhibit) | |
| 100:7 – 100:10 | 100:11-12 (objections), 176:13-179:4 (context for exhibit), 179:25-180:7 (context for exhibit), 188:11-19, 188:21-190:5 (context) | |
| 100:13 – 100:15 | 176:13-179:4 (context for exhibit), 179:25-180:7 (context for exhibit), 188:11-19, 188:21-190:5 (context) | |
| 100:23 – 101:21 | 176:13-179:4 (context for exhibit), 179:25-180:7 (context for exhibit) | |
| 102:24 – 103:2 | 103:3 (objection), 176:13-179:4 (context for exhibit), 179:25-180:7 | |

| Plaintiff's Designations | Lawson's Fairness Designations | Plaintiff's Counter Designations |
|---|---|---|
| | (context for exhibit) | |
| 103:4 – 103:9 | 176:13-179:4 (context for exhibit), 179:25-180:7 (context for exhibit) | |
| 103:16 – 104:20 | | |
| 105:10 – 105:19 | 105:20 (objection) | |
| 105:21 – 105:22 | | |
| 106:4 – 106:6 | 105:23-106:3 (context), 106:7 (objection), 190:6-22 (context) | |
| 106:8 – 108:7 | 108:8-109:1, 110:20-111:11 (context), 190:6-22 (context) | |
| 113:14 – 114:20 | | |
| 115:12 – 115:24 | | |
| 116:16 – 117:13 | 117:14-15 (objections) | |
| 117:16 – 118:5 | 118:6-7 (objections) | |
| 118:8 – 120:7 | 120:8-10 (objections) | |
| 120:11 – 120:18 | 120:19 (objection) | |
| 120:20 – 121:1 | | |
| 121:9 – 121:13 | | |
| 121:19 – 123:11 | 123:12 (objection) | |
| 123:13 – 124:9 | 124:10-11 (objection) | |
| 124:12 – 124:21 | | |
| 125:2 – 127:11 | | |
| 128:7 – 128:21 | | |
| 129:18 – 130:15 | 130:16-17 (objection), 185:23-187:10 (context relating to exhibit) | |
| 130:18 – 131:25 | 185:23-187:10 (context relating to exhibit) | |
| 132:12 – 132:20 | 132:1-11, 132:25-133:9 (context), 185:23-187:10 (context relating to exhibit) | |
| 139:16 – 140:8 | 140:9-11 (objections), 185:23-187:10 (context relating to exhibit) | |
| 140:12 – 140:23 | 140:24-141:3 (context), 185:23-187:10 (context relating to exhibit) | |
| 141:4 – 141:22 | 160:5-161:17 (context regarding exhibit), 185:23-187:10 (context relating to exhibit) | |
| 141:25 – 142:23 | 160:5-161:17 (context regarding exhibit), 185:23-187:10 (context relating to exhibit) | |
| 143:1 – 143:23 | 160:5-161:17 (context regarding exhibit) | |
| 144:1 – 144:10 | 144:11-16 (clarification), 160:5- | |

| Plaintiff's Designations | Lawson's Fairness Designations | Plaintiff's Counter Designations |
|---|---|---|
| | 161:17 (context regarding exhibit) | |
| 144:17 – 144:22 | 160:5-161:17 (context regarding exhibit) | |
| 145:4 – 147:1 | 147:2-3 (objection), 161:18-162:18 (context regarding exhibit) | |
| 147:4 – 148:9 | 148:10  (objection), 161:18-162:18 (context regarding exhibit) | |
| 148:11 – 148:22 | 148:23-24 (objection), 161:18-162:18 (context regarding exhibit) | |
| 148:25 | | |
| 151:5 – 152:14 | 152:15 (objection) | |
| 152:16 – 152:20 | 190:6-15, 190:17-192:18 (context) | |
| 153:2 – 153:18 | 153:19-23, 158:24-159:21, 163:13-164:12 (objections and context), 190:6-15, 190:17-192:18 (context) | |
| 153:24 – 154:11 | 154:12-13 (objections), 158:24-159:21, 163:13-164:12  (context), 190:6-15, 190:17-192:18 (context) | |
| 154:14 – 154:21 | 154:22-24 (objection), 158:24-159:21, 163:13-164:12  (context), 190:6-15, 190:17-192:18 (context) | |
| 154:25 – 155:22 | 155:23 (objection), 158:24-159:21, 163:13-164:12 (context), 190:6-15, 190:17-192:18 (context) | |
| 155:24 – 157:9 | 157:10 (objection), 158:24-159:21, 163:13-164:12  (context), 190:6-15, 190:17-192:18 (context) | |
| 157:11 – 157:14 | 190:6-15, 190:17-192:18 (context) | |
| 158:4 – 158:13 (direct) | 158:24-159:21 (context) | |
| 162:19 – 163:6 (direct) | 161:18-162:18 (context regarding exhibit) | |
| 164:15 – 166:4 (direct) | 166:22-167:14 (context regarding exhibit) | |
| 170:4 – 171:1 (direct) | 168:19-169:6, 169:17-22, 171:2-25 (context regarding exhibit) | |
| 173:8 – 173:14 (direct) | 172:24-173:7, 173:15-176:12 | |
| 179:5 – 179:24 (direct) | 176:13-179:4 (context for exhibit), 179:25-180:7 (context for exhibit) | |
| 180:8 – 181:5 (direct) | | |
| 181:20 – 182:15 (direct) | 181:6-13, 181:15-19 (context for discussion and exhibit) | |
| 193:1 – 194:7 (recross) | 194:8-14 (context) | |
| 195:15 – 195:18 (recross) | 194:20-195:14 (context), 195:19- | |

| Plaintiff's Designations | Lawson's Fairness Designations | Plaintiff's Counter Designations |
|---|---|---|
| | 196:2 (context) | |
| 196:3 – 196:6 (recross) | 194:20-195:14 (context), 195:19-196:2 (context), 196:7-18 (clarification) | |
| 198:15 – 198:25 (recross) | 199:1-2 (objections) | |
| 199:3 – 199:5 (recross) | | |
| 199:22 – 200:12 (recross) | | |
| 200:16 – 200:20 (recross) | 200:21-201:20 (context), 201:24-202:16 (context) | |

Dated: March 28, 2013

LAWSON SOFTWARE, INC.


By: _____/s/_____
            Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Christopher D. Dusseault (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
Richard W. Mark (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of April, 2013, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig T. Merritt
Paul W. Jacobs, II
Henry I. Willett, III
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cblaw.com

Michael G. Strapp
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
mstrapp@goodwinprocter.com

Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

                         /s/
                   Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*