IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| ePLUS INC.,         | ) |                          |
|---------------------|---|--------------------------|
|                     | ) |                          |
| Plaintiff,          | ) |                          |
|                     | ) |                          |
| v.                  | ) | Case No. 3:09CV620 (REP) |
|                     | ) |                          |
| LAWSON SOFTWARE, INC., | ) |                       |
|                     | ) |                          |
|                     | ) |                          |
| Defendant.          | ) |                          |

**DEFENDANT LAWSON SOFTWARE, INC.'S OBJECTIONS TO PLAINTIFF'S DESIGNATIONS OF THE DEPOSITION OF DEAN J. HAGER (MARCH 22, 2013)**

Lawson Software, Inc. ("Lawson") hereby objects as follows to the portions of the deposition of Dean J. Hager taken on March 22, 2013 designated by ePlus, Inc.:

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 8:6 – 9:14 | | |
| 9:18 – 10:19 | | |
| 11:16 – 11:21 | | |
| 12:16 – 13:6 | | |
| 13:18 – 13:20 | | |
| 13:24 – 16:2 | | |
| 17:4 – 18:16 | | |
| 18:18 – 19:11 | | |
| 21:1 – 21:7 | | |
| 21:23 – 21:25 | | |
| 23:10 – 23:19 | | |
| 24:3 – 24:9 | | |
| 25:18 – 26:7 | | |
| 27:1 – 27:13 | | |
| 27:20 – 27:24 | | |
| 28:3 – 28:10 | | |
| 34:7 – 35:3 | | |
| 35:13 – 35:16 | | |
| 35:19 – 36:1 | | |
| 36:7: 37:24 | | |

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 38:2 – 38:21 | | |
| 39:13 – 40:5 | | |
| 40:7 – 40:13 | 602, 611. | Objection to 40:3-40:13. Lack of personal knowledge. Improper form. |
| 40:15 – 40:17 | | |
| 41:3 – 41:10 | | |
| 42:5 – 42:21 | 401, 402, 602, 802, 805. | Relevance. Lack of personal knowledge. Hearsay. |
| 42:24 – 43:12 | | |
| 43:14 – 43:21 | | |
| 43:23 – 44:7 | 401, 402, 602, 611. | Objection to 44:8-44:15. Relevance. Improper form. Lack of personal knowledge. |
| 45:4 – 45:7 | | |
| 45:10 | | |
| 45:18 – 45:23 | 401, 402, 602, 611. | Relevance. Lack of personal knowledge. Improper form. |
| 45:25 | | |
| 46:11 – 46:17 | 401, 402, 602, 611. | Relevance. Lack of personal knowledge. Improper form. |
| 46:20 – 46:21 | | |
| 47:6 – 47:19 | | |
| 47:21 – 48:16 | | |
| 48:18 – 48:21 | | |
| 49:14 – 50:8 | | |
| 50:11 – 50:16 | | |
| 51:3 – 51:7 | | |
| 51:9 – 51:11 | | |
| 51:23 – 52:10 | 602, 611. | Objection is to 52:6-52:10. Lack of personal knowledge. Improper form. |
| 52:13 – 52:14 | | |
| 53:21 – 54:5 | 611. | Objection to 54:3-4. Improper form. |
| 54:8 – 54:12 | 611. | Improper form. Argumentative. |
| 54:17 – 54:24 | 611. | Improper form. Argumentative. |
| 55:17 – 56:13 | 611. | Objection to 56:9-56:13. Improper form. Argumentative. |
| 56:16 – 56:25 | | |
| 57:9 – 57:11 | 611. | Improper form. |

2

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| | | Argumentative. |
| 57:14 – 57:16 | 611 | Improper form. Argumentative. |
| 57:18 | | |
| 58:24 – 59:15 | 401, 402, 611. | Relevance. Improper form. |
| 59:17 | 401, 402, 611. | Relevance. Improper form. |
| 59:20 – 60:15 | 401, 402, 611. | Relevance. Improper form. |
| 60:21 – 61:8 | 401, 403, 611. | Relevance. Improper form. |
| 61:10 – 61:21 | 401, 402. | Objection to 61:15-61:21. Relevance. |
| 61:24 – 62:6 | | |
| 62:8 – 62:18 | 401, 402, 602, 611. | Relevance. Improper form. Argumentative. Lack of personal knowledge. |
| 62:20 – 63:1 | 401, 402, 602, 611. | Objection to 62:21-62:23. Relevance. Improper form. Argumentative. Lack of Personal Knowledge. |
| 63:12 – 64:16 | 401, 402, 403, 602, 611, 802, 805. | Relevance. Improper form. Lack of probative value. Lack of personal knowledge. Hearsay. Cumulative. |
| 64:20 – 64:23 | 401, 402, 403, 802, 805. | Relevance. Cumulative. Asked and answered. Hearsay. |
| 65:1 – 65:8 | 401, 402, 403, 602, 611, 802, 805. | Relevance. Improper form. Lack of personal knowledge. Hearsay. |
| 65:11 – 65:15 | 401, 402, 403, 602, 611, 802, 805. | Relevance. Improper form. Lack of personal knowledge. Hearsay. |
| 65:18 – 66:1 | 401, 402, 403, 602, 611. | Objection to 65:25-66:1. Relevance. Improper form. Lack of personal knowledge. |
| 66:4 – 66:8 | 401, 402, 403, 602, 611, 802, 805. | Objection to 66:6-66:8. Relevance. Improper form. Lack of personal knowledge. Hearsay. |
| 66:11 – 66:18 | 401, 402, 403, 602, 611, 802, 805. | Objection to 66:14-66:18. Relevance. Improper form. Argumentative. Lack of personal knowledge. Asked and answered. Hearsay. |
| 66:21 – 67:1 | 401, 402, 403, 602, 611. | Objection to 66:23-67:1. Relevance. Improper form. Argumentative. Lack of |

3

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
|  |  | personal knowledge. |
| 67:3 – 67:6 | 401, 402, 403, 602, 611. | Objection to 67:4-67:6. Relevance. Improper form. Argumentative. Lack of personal knowledge. |
| 67:9 – 67:10 |  |  |
| 70:22 – 71:14 | 401, 402, 602, 611, 802, 805. | Relevance. Improper form. Lack of personal knowledge. Hearsay. |
| 71:17 – 71:19 |  |  |
| 71:23 – 72:1 |  |  |
| 72:3 – 72:19 |  |  |
| 72:21 – 73:8 |  |  |
| 73:10 – 74:19 | 401, 402, 802, 805. | Objection to 74:1-74:9. Relevance. Hearsay. |
| 75:22 – 76:17 |  |  |
| 77:2 – 77:17 | 401, 402. | Relevance. |
| 79:17 – 79:25 |  |  |
| 80:4 – 80:16 | 401, 402, 602, 611, 802, 805. | Objection to 80:13-16. Relevance. Improper form. Hearsay. |
| 80:19 – 81:11 |  |  |
| 81:15 – 82:6 |  |  |
| 82:12 – 82:18 |  |  |
| 82:24 – 83:1 |  |  |
| 83:8 – 83:10 | 401, 402, 602, 611. | Relevance. Improper form. Lack of personal knowledge. |
| 83:13 – 83:23 | 602. | Lack of personal knowledge. |
| 86:9 – 86:15 | 401, 402 611, 802. | Relevance. Improper form. Hearsay. |
| 86:17 – 87:12 | 401, 402 611, 802. | Relevance. Improper form. Hearsay. |
| 87:18 – 88:10 | 401, 402, 802, 805. | Relevance. Hearsay. |
| 88:14 – 89:7 | 401, 402, 602, 611, 802, 805. | Relevance. Improper form. Lack of personal knowledge. Hearsay. |
| 89:10 – 90:12 | 401, 402, 602, 611, 802, 805. | Objection to 89:17-90:5. Relevance. Improper form. Lack of personal knowledge. Hearsay. |
| 90:14 – 91:21 | 401, 402, 602, 611. | Relevance. Improper form. Lack of personal knowledge. |
| 91:23 – 92:2 | 401, 402, 611. | Relevance. Improper form. |
| 92:4 – 92:21 |  |  |

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 93:1 – 93:8 | | |
| 94:15 – 95:1 | 401, 402, 602, 611. | Relevance. Improper form. Argumentative. Lack of personal knowledge. |
| 95:4 – 95:19 | | |
| 95:22 | | |
| 98:12 – 99:11 | 401, 402, 602, 611, 802, 805.. | Objection to 99:8-11. Relevance. Improper form. Lack of personal knowledge. Hearsay. |
| 99:13 – 99:19 | | |
| 99:21 – 99:24 | | |
| 100:7 – 100:10 | 401, 402, 602, 611. | Relevance. Improper form. Lack of personal knowledge. Asked and answered. |
| 100:13 – 100:15 | | |
| 100:23 – 101:21 | | |
| 102:24 – 103:2 | 401, 402, 602, 611. | Relevance. Improper form. Lack of personal knowledge. |
| 103:4 – 103:9 | | |
| 103:16 – 104:20 | | |
| 105:10 – 105:19 | 401, 402, 602, 611. | Objection to 105:17-19. Relevance. Improper form. Lack of personal knowledge. Misstates document. |
| 105:21 – 105:22 | | |
| 106:4 – 106:6 | | |
| 106:8 – 108:7 | 401, 402, 602. | Objection to 107:15-19. Relevance. Lack of personal knowledge. |
| 113:14 – 114:20 | | |
| 115:12 – 115:24 | | |
| 116:16 – 117:13 | 401, 402, 602, 611, 802, 805. | Objection to 117:10-13. Relevance. Improper form. Lack of personal knowledge. Hearsay. |
| 117:16 – 118:5 | 401, 402, 602, 611. | Relevance. Improper form. Lack of personal knowledge. |
| 118:8 – 120:7 | 401, 402, 602, 611. | Relevance. Improper form. Lack of personal knowledge. Misstates the testimony. |
| 120:11 – 120:18 | 401, 402, 403, 602, 611. | Objection to 120:14-18. Relevance. Improper form. Lack of personal knowledge. |

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| | | Argumentative. Cumulative. Asked and answered. |
| 120:20 – 121:1 | | |
| 121:9 – 121:13 | | |
| 121:19 – 123:11 | 401, 402, 602, 611, 802, 805. | Relevance. Improper form. Lack of personal knowledge. Hearsay. |
| 123:13 – 124:9 | 401, 402, 602, 611, 802, 805. | Relevance. Improper form. Lack of personal knowledge. Hearsay. |
| 124:12 – 124:21 | 401, 402, 602, 611. | Relevance. Improper form. Lack of personal knowledge. |
| 125:2 – 127:11 | 401, 402, 602, 611, 802, 805. | Objection to 125:8-126:11. Relevance. Improper form. Lack of personal knowledge. Hearsay. |
| 128:7 – 128:21 | | |
| 129:18 – 130:15 | 401, 402, 602, 611. | Objection to 130:9-15. Relevance. Improper form. Lack of personal knowledge. |
| 130:18 – 131:25 | | |
| 132:12 – 132:20 | | |
| 139:16 – 140:8 | 401, 402, 403. | Objection to 140:8. Relevance. Asked and answered. |
| 140:12 – 140:23 | | |
| 141:4 – 141:22 | | |
| 141:25 – 142:23 | | |
| 143:1 – 143:23 | | |
| 144:1 – 144:10 | | |
| 144:17 – 144:22 | | |
| 145:4 – 147:1 | | |
| 147:4 – 148:9 | 401, 402, 403, 611. | Objection to 147:6-148:9. Relevance. Improper form. Argumentative. Cumulative. |
| 148:11 – 148:22 | 401, 402, 602, 611. | Objection to 148:21-23. Relevance. Improper form. Argumentative. |
| 148:25 | | |
| 151:5 – 152:14 | 401, 402, 602, 611, 802, 805. | Objection to 151:25-152:14. Relevance. Improper form. Lack of personal knowledge. Hearsay. |
| 152:16 – 152:20 | | |

6

| Plaintiff's Designations | Lawson's Objections | Lawson's Summary |
|---|---|---|
| 153:2 – 153:18 | 401, 402, 602, 611. | Relevance. Improper form. Lack of personal knowledge. |
| 153:24 – 154:11 | 401, 402, 602, 611. | Relevance. Improper form. Lack of personal knowledge. Lack of foundation. |
| 154:14 – 154:21 | | |
| 154:25 – 155:22 | 401, 402, 602, 611. | Relevance. Improper form. Lack of personal knowledge. Lack of foundation. |
| 155:24 – 157:9 | 401, 402, 602, 611, 802, 805. | Relevance. Improper form. Lack of personal knowledge. Hearsay. |
| 157:11 – 157:14 | | |
| 158:4 – 158:13 (direct) | | |
| 162:19 – 163:6 (direct) | | |
| 164:15 – 166:4 (direct) | | |
| 170:4 – 171:1 (direct) | | |
| 173:8 – 173:14 (direct) | | |
| 179:5 – 179:24 (direct) | | |
| 180:8 – 181:5 (direct) | | |
| 181:20 – 182:15 (direct) | | |
| 193:1 – 194:7 (recross) | 401, 402, 602, 611. | Relevance. Improper form. Lack of personal knowledge. |
| 195:15 – 195:18 (recross) | | |
| 196:3 – 196:6 (recross) | | |
| 198:15 – 198:25 (recross) | 401, 402, 611. | Relevance. Improper form. |
| 199:3 – 199:5 (recross) | | |
| 199:22 – 200:12 (recross) | | |
| 200:16 – 200:20 (recross) | 401, 402. | Relevance. |

Dated: March 27, 2013

                                      LAWSON SOFTWARE, INC.

                                      By: _____/s/_____

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Christopher D. Dusseault (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
Richard W. Mark (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 1st day of April, 2013, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig T. Merritt
Paul W. Jacobs, II
Henry I. Willett, III
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cblaw.com

Michael G. Strapp
Goodwin Procter, LLP
Exchange Place
53 State Street
Boston, MA 02109-2881
mstrapp@goodwinprocter.com

Jennifer A. Albert
David M. Young (VSB No. 35997)
Goodwin Procter, LLP
901 New York Avenue, N.W.
Washington, DC 20001
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

                                                                  /s/
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*