IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:09-CV-620 (REP) |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC., ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF ePLUS, INC.'S SUPPLEMENTAL SUMMARY OF
THE DEPOSITION OF DEAN J. HAGER**

Plaintiff ePlus Inc. ("ePlus" or "Plaintiff") hereby submits as Appendix A its supplemental summary of ePlus's designation of the deposition testimony of Dean J. Hager. This summary, which addresses both Mr. Hager's January 26, 2012 ("Hager-I" or "H-I") and March 25, 2013 ("Hager-II or H-II") depositions during the contempt proceedings, supersedes ePlus's prior summary of Mr. Hager's testimony dated February 10, 2012.

DATED:  April 1, 2013

                                                                   /s/
David M. Young (VSB #35997)
Jennifer A. Albert *(admitted pro hac vice)*
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone:  (202) 346-4000
Facsimile:   (202) 346-4444
dyoung@goodwinprocter.com
jalbert@goodwinprocter.com

       Craig T. Merritt (VSB #20281)
       Henry I. Willett, III (VSB #44655)
       **CHRISTIAN & BARTON, LLP**
       909 East Main Street, Suite 1200
       Richmond, Virginia 23219-3095
       Telephone: (804) 697-4100
       Facsimile: (804) 697-4112
       cmerritt@cblaw.com

       Michael G. Strapp (*admitted pro hac vice*)
       **GOODWIN PROCTER LLP**
       Exchange Place
       53 State Street
       Boston, MA 02109-2881
       Telephone:  (617) 570-1000
       Facsimile:   (617) 523-1231
       mstrapp@goodwinprocter.com
       jclements@goodwinprocter.com

       *Counsel for Plaintiff ePlus Inc.*

**CERTIFICATE OF SERVICE**

 I hereby certify that on the 1st day of April, 2013, I served the foregoing via email to the following*:*

| | |
|---|---|
| Christopher Dean Dusseault, *pro hac vice* <br> Jason Lo, *pro hac vice* <br> Timothy P. Best, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 333 S. Grand Avenue <br> Los Angeles, CA 90071 <br> Telephone: (213) 229-7000 <br> Facsimile: (213) 229-6659 <br> CDusseault@gibsondunn.com <br> JLo@gibsondunn.com <br> TBest@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com | Robert A. Angle, VSB#37691 <br> Dabney J. Carr, IV, VSB #28679 <br> Megan C. Rahman (VSB No. 42678) <br> Timothy J. St. George (VSB No. 77349) <br> TROUTMAN SANDERS LLP <br> P.O. Box 1122 <br> Richmond, Virginia 23218-1122 <br> Telephone: (804) 697-1238 <br> Facsimile: (804) 698-5119 <br> robert.angle@troutmansanders.com <br> dabney.carr@troutmansanders.com <br> megan.rahman@troutmansanders.com <br> tim.stgeorge@troutmansanders.com |
| Sarah E. Simmons, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 2100 McKinney Avenue , #1100 <br> Dallas, TX 75201 <br> Telephone: (214) 698-3100 <br> Facsimile: (214) 571-2900 <br> SSimmons@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com <br><br> ***Counsel for Defendant Lawson Software, Inc.*** | Daniel J. Thomasch, *pro hac vice* <br> Josh A. Krevitt, *pro hac vice* <br> GIBSON, DUNN & CRUTCHER LLP <br> 200 Park Avenue <br> New York, NY 10166 <br> Telephone: (212) 351-4000 <br> Facsimile: (212) 351-6200 <br> DThomasch@gibsondunn.com <br> JKrevitt@gibsondunn.com <br> VAED-620ExternalServiceList@gibsondunn.com |

                */s/*
              David M. Young (VSB #35997)
              **GOODWIN PROCTER LLP**
              901 New York Avenue, N.W.
              Washington, DC 20001
              dyoung@goodwinprocter.com