CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                  DATE: April , 2013

| United States District Court | | Eastern District of Virginia - Richmond Division |
|---|---|---|
| CASE TITLE<br>e-Plus, Inc.<br>   v.<br>Lawson Software, Inc. | FILED<br>APR 2<br>CLERK, U.S. DISTRICT COURT<br>RICHMOND, VA | CASE NO.: 3:09CV00620<br>JUDGE: Payne<br>REPORTER: Diane Daffron + Peppy Peterson |

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: Contempt Hearing

APPEARANCES: Parties by (✓) with (✓) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )   DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE (✓)        OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE (✓) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( )   RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )       SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )        ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( ) TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: Defendant's objection to Contempt Proceedings as scheduled; overruled.

---

Counsel for Plaintiff(s) Craig T. Merritt, Esq.   Jennifer A. Albert, Esq.   Michael G. Strapp, Esq.
Paul W. Jacobs, II, Esq.   R. Braxton Hill, Esq.

Counsel for Defendant(s) Jason C. Lo, Esq.   Daniel Thomasch, Esq.   Josh Krevitt, Esq.
Dabney J. Carr, IV, Esq.   Robert A. Angle, Esq.

SET: 9:30 a.m.        BEGAN: 9:45 a.m.   ENDED: 5:35 pm   TIME IN COURT:
RECESSES: 20 mins.   Lunch 1 hr.   20 mins.