**CIVIL NON-JURY TRIAL OR MOTION HEARING**
**MINUTE SHEET**                                    DATE:   April 3 2013

| United States District Court | F I L E *[stamp: APR - 3 20.. CLERK, U.S. DISTRICT COURT RICHMOND, VA]* | Eastern District of Virginia - Richmond Division |
|---|---|---|
| CASE TITLE e-Plus, Inc. v. Lawson Software, Inc. | | CASE NO: 3:09CV00620 JUDGE: Payne COURT REPORTER: *Diane Daffron, OCR + Peppy Peterson* |

MATTER COMES ON FOR:  BENCH TRIAL ( )  MOTION HEARING ( )  OTHER: _____
                                                                                    Contempt Hearing

APPEARANCES:  Parties by ( )/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF:  PLAINTIFF(S) ( )   DEFENDANT(S) ( )  Court ( )

OPENING STATEMENTS MADE ( )      OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ✓) RESTED ( ✓) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ✓) RESTED ( ✓) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )      SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )       ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )  TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: *See page 2 attached for further minute entry.*
_____
_____
_____

Counsel for Plaintiff(s) Craig T. Merritt, Esq.  Jennifer A. Albert, Esq.  Michael G. Strapp, Esq.
                Paul W. Jacobs, II, Esq.  R. Braxton Hill, Esq.

Counsel for Defendant(s) Jason C. Lo, Esq.  Daniel Thomasch, Esq.  Josh Krevitt, Esq. *Christopher Desseault, Esq.*
                Dabney J. Carr, IV, Esq.  Robert A. Angle, Esq.

SET: 9:30 a.m.        BEGAN: *9:35 am.*   ENDED: *5:25 pm* TIME IN COURT: *6 hrs. 10 Mins.*

RECESSES:

Page 2 Minute Sheet:: Plaintiff continued to adduce evidence as to the issue of coloration; rested. Plaintiff's Rule 52C Motion made but not ruled on. Court adjourned at 5:25 p.m. to return tomorrow at 9:30 a.m. for further trial proceedings.