CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET DATE: April 4, 2013

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>e-Plus, Inc.<br>v.<br>Lawson Software, Inc. | CASE NO: 3:09CV00620<br>JUDGE: Payne<br>COURT REPORTER: Diane Daffron + Peppy Peterson |

FILED APR 4 2013 CLERK, U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: ✓ Contempt Hearing

APPEARANCES: Parties by ( )/with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE (✓) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( ) TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: See page 2 for additional minute entry.

Counsel for Plaintiff(s) Craig T. Merritt, Esq.  Jennifer A. Albert, Esq.  Michael G. Strapp, Esq.
    Paul W. Jacobs, II, Esq.  ~~R. Braxton Hill, Esq.~~

Counsel for Defendant(s) Jason C. Lo, Esq.  Daniel Thomasch, Esq.  Josh Krevitt, Esq.
    Dabney J. Carr, IV, Esq.  ~~Robert A. Angle, Esq.~~  Christopher Dessault, Esq.

SET: 9:30 a.m.    BEGAN: 9:45 a.m.  ENDED: 5:05 p.m.  TIME IN COURT: 5 hrs. 45 mins.

RECESSES: 20 mins.  1 hr.  20 min