# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: April 5, 2013

United States District Court — Eastern District of Virginia - Richmond Division

CASE TITLE: e-Plus, Inc. v. Lawson Software, Inc.

CASE NO: 3:09CV00620

JUDGE: Payne

COURT REPORTER: Diane Daffron + Peppy Peterson

FILED APR -5 2013 CLERK, U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: (✓) Contempt Hearing

APPEARANCES: Parties by (✓) with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE (✓) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $ _____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: See page 2 attached for further ~~trial proceedings~~ minute entry.

Counsel for Plaintiff(s) Craig T. Merritt, Esq.  Jennifer A. Albert, Esq.  Michael G. Strapp, Esq.  Paul W. Jacobs, II, Esq.  ~~R. Braxton Hill, Esq.~~

Counsel for Defendant(s) Jason C. Lo, Esq.  Daniel Thomasch, Esq.  Josh Krevitt, Esq.  Dabney J. Carr, IV, Esq.  ~~Robert A. Angle, Esq.~~  Christopher Desseault, Esq.

SET: 9:30 a.m.   BEGAN: 9:35 a.m.   ENDED: 5:05 p.m.   TIME IN COURT: 5 hrs. 55 mins.

RECESSES:

Page 2 Minute Sheet:: Plaintiff continued to adduce evidence as to Infringement; rested. Defendant adduced evidence on Non-Infringement; rest ed. Lunch recess had. Plaintiff adduced evidence on damages; rested. Court adjourned at 5:05 p.m. to resume next Tuesday, April 09, 2013, at 9:30 a.m. for further evidentiary proceedings. .