# CIVIL NON-JURY TRIAL OR MOTION HEARING MINUTE SHEET

DATE: April 9, 2013

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>e-Plus, Inc.<br>v.<br>Lawson Software, Inc. | CASE NO: 3:09CV00620<br>JUDGE: Payne<br>COURT REPORTER: Peggy Peterson & Diane Daffron |

FILED APR - 9 2013 CLERK, U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR: BENCH TRIAL ( ) MOTION HEARING ( ) OTHER: Contempt Hearing

APPEARANCES: Parties by ( )/with ( ) counsel   Pro Se ( )

MOTIONS BEFORE TRIAL: _____

## TRIAL PROCEEDINGS:

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) Court ( )

OPENING STATEMENTS MADE ( )   OPENING WAIVED ( )

PLAINTIFF(S) ADUCED EVIDENCE (✓) RESTED (✓) MOTION ( ) _____

DEFENDANT(S) ADUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )   SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )   ARGUMENTS OF COUNSEL HEARD (✓)

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )   MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )   TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: 1 volume Farber Depositions Designations Admitted into the Record. Motion Hearing set to be held at 10:00 a.m. on April 24, 2013.

---

Counsel for Plaintiff(s) Craig T. Merritt, Esq.  Jennifer A. Albert, Esq.  Michael G. Strapp, Esq.
   ~~Paul W. Jacobs, II~~, Esq.  ~~R. Braxton Hill~~, Esq.

Counsel for Defendant(s) ~~Jason C. Lo~~, Esq.  Daniel Thomasch, Esq.  Josh Krevitt, Esq.
   Dabney J. Carr, IV, Esq.  Robert A. Angle, Esq.

SET: 9:30 a.m.    BEGAN: 9:36 a.m.    ENDED: 5:40 pm   TIME IN COURT: 5 hrs. 45 min.

RECESSES: 20 mins. 21 mins. 1 hr.