# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA-RICHMOND DIVISION

e-Plus, Inc.

V.

Lawson Software, Inc.

**EXHIBIT AND WITNESS LIST**

Case Number: 3:09CV00620

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Payne | See Minute Shteet | See Minute Sheet |
| TRIAL DATE (S) April 2, 2013 | COURT REPORTER Daffron/Strahan | COURTROOM DEPUTY Pizzini/Neal |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 04-02-13 | | | Alfred C. Weaver, Ph.D |
| | | | | | Config. 5 |
| 1 | | | | | '683 Patent Claim 26 |
| 1 | | | | | Conf. 3 + 5 |
| 1003 | | | | ✓ | See List in File |
| 1002 | | | | ✓ | " " " " |
| 1000 | | | | ✓ | " " " " |
| 1155 | | | | ✓ | " " " " |
| 1032 | | | | ✓ | " " " " |
| 1010 | | | | ✓ | " " " " |
| 1026 | | | | ✓ | " " " " |
| 1123 | | | | ✓ | " " " " |
| 1124 | | | | ✓ | " " " " |
| 1100 | | | | ✓ | " " " " |
| 1072 | | | | ✓ | " " " " |
| 1027 | | | | ✓ | " " " " |
| 1066 | | | | ✓ | |
| 1065 | | | | ✓ | " " " " |
| 1269 | | | | ✓ | " " " " |
| 1057 | | | | ✓ | " " " " |
| 1001 | | | | ✓ | " " " " |
| 1110 | | | | ✓ | " " " " |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 6 Pages

AO 187A (Rev. 7/87)        EXHIBIT AND WITNESS LIST – CONTINUATION

| e-Plus, Inc. | Lawson Software, Inc. | CASE NO. 3:09CV00620 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1019 |  | 04-02-13 |  |  | See list in file |
| 1096 |  |  |  | ✓ | Series of e-mails |
| 1057 |  |  |  | ✓ | See list in file |
| 1 |  | 04-03-13 |  |  | Dale Christopherson |
| 1015 |  |  |  | ✓ | See list in file |
| 1259 |  |  |  | ✓ | "   "   "   " |
| 1022 |  |  |  | ✓ | See list in file |
|  |  |  |  | * | Deposition of Dale Christopherson used to impeach |
| 1017 |  |  |  | ✓ | See list in file |
| 1258 |  |  |  | ✓ | See list in file |
| 1006 |  |  |  | ✓ | "   "   "   " |
| 1030 |  |  |  | ✓ | "   "   "   " |
| 1015 |  |  |  |  |  |
| 1022 |  |  |  |  | "   "   "   " |
| 1013 |  |  |  |  | "   "   "   " |
| 1259 |  |  |  |  | "   "   "   " |
| 1256 |  |  |  |  | "   "   "   " |
|  |  |  |  |  |  |
|  | 1 |  |  |  | Dale Christopherson |
|  | 698 |  |  | ✓ | See list in file |
| 1175 | 1125 |  |  | — |  |
| 1018 |  |  |  | — |  |
| 1002 |  |  |  | ✓ |  |
| 1178 |  |  |  |  |  |
| 1002 |  |  |  |  |  |
|  | 2 |  |  |  | Keith Lohkamp |
| 1109 | 1109 |  |  | ✓ | See list in file – email chain |

Page 2 of 6 Pages

AO 187A (Rev. 7/87)          EXHIBIT AND WITNESS LIST – CONTINUATION

| e-Plus, Inc. | | Lawson Software, Inc. | | | CASE NO. 3:09CV00620 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 1049 | | 04-03-13 | | ✓ | See List in File |
| 1019 | | | | ✓ | " " " " |
| | 691 | | | ✓ | email |
| 1049 | | | | ✓ | See List in File |
| 1010 | | | | ✓ | " " " " |
| 1057 | | | | ✓ | " " " " |
| 1124 | | | | ✓ | " " " " |
| 1090 | | | | | Benjamin Goldberg, PhD |
| | | | 204 | | Slide |
| 1010 | | | | | |
| | | 04-04-13 | | | Alfred C. Weaver, Ph.D. |
| 1135 | | | | | See List in File |
| | 2 | | | | Keith Lohkamp |
| 1113 | | | | ✓ | See List in File |
| 1105 | | | | ✓ | email |
| 602 | | | | ✓ | See List in File |
| | 3 | | | | Scott Hanson |
| | | | | | Deposition of Scott Hanson used to impeach |
| 1056 | | | | ✓ | See List in File |
| 1057 | | | | ✓ | " " " " |
| 1067 | | | | ✓ | " " " " |
| 1269 | | | | ✓ | " " " " |
| 1058 | | | | ✓ | " " " " |
| 1002 | | | | ✓ | " " " " |
| 587 | | | | ✓ | " " " " |
| 588 | | | | | " " " " |
| | 4 | | | | Kevin Samuelson |

Page 3 of 6 Pages

AO 187A (Rev. 7/87)   **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 4-4-13 | | | |
| 1074 | | | | ✓ | See list in File |
| | 711 | | | ✓ | " " " " |
| ~~~~ | | | | ✗ | Deposition of ~~Stroot~~ Kevin Samuelson used to impeach |
| 1074 | | | | | |
| 1269 | | | | ✓ | See list in File |
| Recalled | | | | | Alfred C. Weaver, Ph.D |
| 1135 | | | ✗ | ✓ | See list in File |
| 1135 A | | | ✗ | ✓ | " " " " |
| 1134 | | | | ✓ | " " " " |
| 1134 A | | | | ✓ | " " " " |
| 1022 | | | | | " " " " |
| | | 04-5-13 | | Cross | Alfred C. Weaver, Ph.D. |
| 1135 | | | | ✓ | See list in File |
| 1134 A | | | | ✓ | See list in File |
| 1134 | | | | ✓ | " " " " |
| Claim 26 | | | | | |
| 1 | | | | | Elizabeth Homewood |
| 563 | | | | ✓ | See list in File |
| 1101 | | | | ✓ | See list in File |
| 1058 | | | | ✓ | " " " " |
| | 557 | | | ✓ | " " " " |
| | 562 A | | | | In record Not Admitted |
| | | | | ✗ | Deposition of Elizabeth Homewood used to impeach |
| 1034 | | | | ✓ | See list in File |
| 1041 | | | | | " " " " |

Page 4 of 6 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| e-Plus, Inc. | Lawson Software, Inc. | CASE NO. 3:09CV00620 |
|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1044 | | 4-5-13 | | ✓ | See list |
| 1269 | | | | ✓ | " " |
| | 563 | | | ✓ | " " |
| | | | | | |
| 1038 | | | | ✓ | " " |
| | — | | | | Keith Yugone |
| 1080 | | | | — | See list in file |
| 1081 | | | | ✓ | " " " " |
| 1082 | | | | ✓ | " " " " |
| 1241 | | | | ✓ | " " " " |
| 1242 | | | | — | " " " " |
| 1243 | | | | — | " " " " |
| 1246 | | | | — | " " " " |
| 1247 | | | | — | " " " " |
| 1248 | | | | ✓ | " " " " |
| 1074 | | | | — | " " " " |
| 1244 | | | | ✓ | |
| | | | | — | Deposition of Keith Yugone used to impeach |
| Slide | | 1111 | | | |
| 1 | | | | | Jonathan D. Putnam, Ph.D. |
| 702 | 702 | | | | Demonstrative exhibit |
| 703 | 703 | | | | " " |
| 704 | 704 | | | | " " |
| 705 | 705 | | | | " " |
| 706 | 706 | | | | " " |
| 707 | 707 | | | | " " |
| 708 | 708 | | | | " " |

Page 5 of 6 Pages

AO 187A (Rev. 7/87)    **EXHIBIT AND WITNESS LIST – CONTINUATION**

| e-Plus, Inc. | | Lawson Software, Inc. | | CASE NO. 3:09CV00620 |
|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ~~709~~ | 709 | 4-9-13 | | | Demonstration Exhibit |
| ~~717~~ | 717 | | | | " " |
| ~~710~~ | 710 | | | | " " |
| ~~711~~ | 711 | | | | " " |
| ~~712~~ | 712 | | | | " " |
| ~~715~~ | 715 | | | | " " |
| ~~717~~ | 917 | | | | " " |
| ~~759~~ | 759 | | | ✓ | Daily Rate Measures etc. |
| ~~714~~ | 714 | | | | " " |
| | | | | ✶ | Deposition of Jonathan Putnam used to impeach See list in file |
| ~~673~~ | 673 | | | | |
| ✓ | 659 | | | | |
| | 656 | | | | |
| | 725 | | | | |
| | 728 | | | | |
| | 705 | | | | |
| | 707 | | | | |

Page 6 of 6 Pages