

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS INC.,

    Plaintiff,

v.                          Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

## ORDER

For the reasons set forth on the record during the telephonic conference on April 16, 2013, it is hereby ORDERED that defendant Lawson Software, Inc.'s ("Lawson") MOTION TO EXPUNGE EPLUS'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW (Docket No. 1062) is denied.

Lawson shall file its proposed findings of fact and conclusions of law no later than April 22, 2013. ePlus shall not file a reply to Lawson's proposed findings of fact and conclusions of law.

All other post-hearing briefing in this matter shall continue to proceed as provided in the Court's Order dated January 24, 2013 (Docket No. 1002), which shall supplant all previous orders pertaining to post-hearing briefing.

It is so ORDERED.

                              /s/      REP
                        Robert E. Payne

Richmond, Virginia       Senior United States District Judge
Date: April 16, 2013