

DABNEY J. CARR IV
804.697.1238 telephone
804.698.5119 facsimile
dabney.carr@troutmansanders.com

# TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122 (23218-1122)
Richmond, Virginia  23219
804.697.1200 telephone
troutmansanders.com

April 18, 2013

**BY HAND**

The Honorable Robert E. Payne
United States District Court for the
Eastern District of Virginia
Federal Courthouse - Room 3000
701 East Broad Street
Richmond, Virginia  23219

Re:   **ePlus, Inc. v. Lawson Software, Inc.**
        **Civil Action No. 3:09cv620**

Dear Judge Payne:

        In response to the Court's request during its conference call with the parties on April 16, the parties plan to meet to discuss settlement the week of April 29.  At this time, the parties do not wish to involve Magistrate Judge Dohnal in the discussions.

        With kind regards, I am

                Sincerely,

                Dabney Carr

cc:    Counsel of Record  (by email)