# Exhibit A

|  | **Through Nov. 30, 2012** | *Daily Rate* | **Through Apr. 9, 2013** |
|---|---|---|---|
| **Compensatory Remedy** | *$0* | *$0* | *$0* |
| **Configuration Nos. 3 and 5 (Net Profit)** | *$3.7M* | *$8,329* | *$4.8M* |
| **Incremental Value of Infringing Feature (Net Profit)** | *$1.2M* | *$2,695* | *$1.6M* |
| **Punchout Only (Net Profit)** | *$1.0M* | *$2,172* | *$1.3M* |

*See* DPFF ¶¶ _____.