# Exhibit A

|  | **Through Nov. 30, 2012** | *Daily Rate* | **Through Apr. 9, 2013** |
|---|---|---|---|
| **Compensatory Remedy** | $0 | *$0* | $0 |
| **Configuration Nos. 3 and 5 (Net Profit)** | $3.7M | *$8,329* | $4.8M |
| **Incremental Value of Infringing Feature (Net Profit)** | $1.2M | *$2,695* | $1.6M |
| **Punchout Only (Net Profit)** | $1.0M | *$2,172* | $1.3M |

*See* DPFF ¶ 496.