# EXHIBIT B

APPEAL,PATENT

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05−cv−12424−WGY

Proveris Scientific Corporation v. Innovasystems, Inc.
Assigned to: Judge William G. Young
Case in other court:  Federal Circuit, 07−01428
                               Federal Circuit, 11−01043
                               Federal Circuit, 13−01166
Cause: 35:145 Patent Infringement

Date Filed: 12/02/2005
Jury Demand: Both
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2012 | 266 | ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young: Bench Trial Day Two held on 9/5/2012. P−3 resumes the stand and is questioned by the Court. The plaintiff rests. The defendant moves orally for partial judgment − denied. Motion for Summary Judgment is denied as untimely. The defendant's evidence commences with D−1, David Kenealy, D−2, John Waters. Both parties rest. Oral Motion to strike is allowed. Closing arguments are made. The Court makes Findings and Rules the violation was willful and a disgorgement of profits is a proper measure of the damage. The Court excludes the post−bankruptcy sales and pre−bankruptcy sales over seas − these rulings are not preclusive to Proveris from seeking disgorgement of these profits through a jury trial. Gross profits are appropriate and the Court makes a finding of $878,205.00 to Proveris. Proveris is entitled to reasonable costs and attorney's fees. Motions to be filed by 10/5/2012. Agreed upon modification − further sales of offending product or any change must be pre−cleared by the Court in a motion with service made on the other side. The Court does not adopt the plaintiff's request to appoint a receiver. (Court Reporter: Donald Womack at womack@megatran.com.)(Attorneys present: Farina and Polk for the pltf., Posillico, Horne and Carroll for the deft.) (Gaudet, Jennifer) (Entered: 10/03/2012) |