# EXHIBIT C

| Lawson's Gains | Amount Of Gain During Injunction Period (*i.e.*, through Nov. 30, 2012)[*] | Daily Rate[**] |
|---|---|---|
| Revenues | $29,403,076 | $62,362 |
| Gross Profits | $18,091,683 | $38,928 |
| Incremental Profits | $14,966,166 | $31,742 |

[*] Reflects apportionment for Large Suite SKUs. With apportionments for both Large Suite SKUs and LSF and Process Flow, revenues are $23,045,333; gross profits are $14,159,905; and incremental profits are $11,730,074.

[**] Reflects apportionment for Large Suite SKUs. With apportionments for both Large Suite SKUs and LSF and Process Flow, daily revenues are $48,821; daily gross profits are $30,497; and daily incremental profits are $24,850.