CIVIL NON-JURY TRIAL OR MOTION HEARING
MINUTE SHEET                                          DATE: _____

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br>ePlus Inc.<br>v.<br>Lawson Software, Inc. | CASE NO: 3:09CV00620<br>JUDGE: Payne<br>COURT REPORTER: Peppy Peterson, OCR |

FILED APR 26 2013 CLERK, U.S. DISTRICT COURT RICHMOND, VA

MATTER COMES ON FOR: BENCH TRIAL (X) MOTION HEARING (✓) OTHER: _Oral Arguments_

APPEARANCES: Parties by ( ✓ ) with ( ) counsel    Pro Se ( )

MOTIONS BEFORE TRIAL: _____

**TRIAL PROCEEDINGS:**

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( )  DEFENDANT(S) ( )  Court ( )

OPENING STATEMENTS MADE ( )    OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ) _____

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

COURT FOUND IN FAVOR OF PLAINTIFF(S) ( )  MONETARY AWARD $_____

COURT FOUND IN FAVOR OF DEFENDANT(S) ( ) _____

CLERK TO ENTER JUDGMENT ON DECISION ( )  TRIAL EXHIBITS RETURNED TO COUNSEL ( )

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

ADDITIONAL NOTATIONS: _Oral Arguments had by counsel in accordance with the order entered by the Court on April 24, 2013, Document No. 1076 in the case file. See transcript of this hearing for details._

Counsel for Plaintiff(s) ~~Scott L. Robertson, Esq.~~  Craig T. Merritt, Esq.  Jennifer A. Albert, Esq.  ~~Henry I. Willett, III, Esq.~~  Michael G. Strapp, Esq.  ~~Paul W. Jacobs, II, Esq.~~  ~~David M. Young, Esq.~~  ~~R. Braxton Hill, IV, Esq.~~

Counsel for Defendant(s) Jason C. Lo, Esq.  Daniel Thomasch, Esq.  Dabney J. Carr, IV, Esq.  Richard W. Mark, Esq.  Christopher D. Dusseault, Esq.  ~~Robert A. Angle, Esq.~~  ~~Megan C. Rahman, Esq.~~  ~~Timothy St. George, Esq.~~

SET: 10:00 a.m.  BEGAN: 10:05 a.m.    ENDED: 4:30 pm  TIME IN COURT: 5 hrs. 10 mins.

RECESSES: