# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Christopher D. Dusseault
Direct: +1 213.229.7855
Fax: +1 213.229.6855
CDusseault@gibsondunn.com

Client: 56736-00004

May 6, 2013

VIA HAND DELIVERY

The Honorable Robert E. Payne, United States District Judge
United States District Court
    for the Eastern District of Virginia, Richmond Division
Spottswood W. Robinson III and
    Robert R. Merhige, Jr., Federal Courthouse
701 East Broad Street
Richmond, VA 23219

Re:   *ePlus, Inc. v. Lawson Software, Inc.*, Civil Action No. 3:09cv620

Dear Judge Payne:

During post-hearing arguments on April 26, 2013, Your Honor asked Mr. Thomasch whether the contempt hearing record included evidence showing which software configuration particular Lawson Software, Inc. ("Lawson") customers had, and Mr. Thomasch stated that he believed that there was such information in the record, having come in through the remedies case. 4/26/13 Tr. at 29-30. Lawson submits this letter to summarize for the Court's convenience the information in the record on the configurations of particular Lawson customers.

The contempt hearing record contains evidence showing the Lawson customers that had Configuration No. 3 or Configuration No. 5 during the time period from the date of the injunction through November 30, 2012. While the record does not contain a summary list of those customer names, such a summary list can be prepared from the records that are in evidence, and was prepared and agreed to by the parties' respective economic experts. Attached as Exhibit A is a list of 146 customers by name (and with identification numbers and configuration designations) who possess either Configuration No. 3 or Configuration No. 5. This list comprises the customers that each party's economic expert identified using information in Lawson's records. It is our understanding that there is no substantive dispute between the parties as to the identities of the customers who had Configuration No. 3 or Configuration No. 5 as summarized on the attached list.

On Friday, May 3, 2013, Lawson proposed to ePlus that the parties jointly submit this list to your Honor, and further stated that Lawson would submit the list on its own if ePlus did not wish to join. Lawson agreed to wait to send the list to Your Honor until today, to give ePlus

# GIBSON DUNN

The Honorable Robert E. Payne, United
States District Judge
May 6, 2013
Page 2

time to evaluate whether to join in the submission. On Monday, May 6, 2013, ePlus confirmed that it would not join in the submission of this list even though it simply identifies the same customers included on a summary document that ePlus had proposed to submit to the Court during the hearing,[1] reflects the same customer names as determined by each of the parties' experts, and is information already in evidence but presented in a form more convenient for the Court's use. When the undersigned provided a copy of the list to counsel for ePlus, ePlus's counsel did not express any substantive disagreement with the identification of the 146 customers with Configuration No. 3 or Configuration No. 5. Lastly, Lawson notes that ePlus bears the burden of proving that any challenged conduct pertains to a customer with Configuration No. 3 or Configuration No. 5.

The list was derived from the following documents that have been admitted into evidence: PX-1080 (License Revenue May 23, 2011 – November 30, 2011); PX-1081 (Maintenance Revenue May 23, 2011 – November 30, 2011); PX-1241 (License Revenue December 1, 2011 – August 31, 2012); PX-1242 (Maintenance Revenue December 1, 2011 – August 31, 2012); PX-1246 (License Revenue September 1, 2012 – November 30, 2012); PX-1247 (Maintenance Revenue September 1, 2012 – November 30, 2012); and PX-1078 (SKU Chart). These documents together comprise the license and maintenance data for all United States Lawson customers, for all SKUs (not limited to those that make up Configuration Nos. 3 and 5), from at least the date of the injunction to November 30, 2012, and a SKU description chart. They were moved into evidence by ePlus.

This list of customer names – previously agreed-to by the parties' respective experts – allows easy identification by name of those customers with Configuration No. 3 or Configuration No. 5. The information on the list can be verified from the documents identified above by using the following steps:

- Filter each financial data sheet to gather all data lines corresponding to the desired customer (filter by customer name ("Customer Name" column) or identification number ("Customer #" column) in each of the above revenue spreadsheets);

- Search all resulting spreadsheet data lines for each of the SKUs identified as corresponding to an "infringing" SKU in PX-1078 (referred to by

---

[1] When ePlus made that proposal during the hearing, Lawson did not agree because the summary document that ePlus proposed to move into evidence contained information about particular customers beyond what is provided on Exhibit A, and Lawson had insufficient time to determine its accuracy.

# GIBSON DUNN

The Honorable Robert E. Payne, United
States District Judge
May 6, 2013
Page 3

> Dr. Ugone as the "Rosetta Stone," Tr. 882:22-883:9). These SKUs are located in the "SKU" column;
>
> - Determine which modules the customer has based on which SKUs from the PX-1078 chart appear in the data for that customer's name/number.

As an example, to determine whether the "City of Boise" has a configuration at issue, for each spreadsheet, the "Customer Name" column should be filtered for "City of Boise." The SKU column in the resulting lines should then be searched for each of the SKUs identified in PX-1078. If this is performed in all of the spreadsheets, it can be seen that the customer has the following SKUs from PX-1078: LSF (Lawson System Foundation), PFX (Process Flow), FINPRO (Inventory Control/Purchase Order/Requisition + other modules not at issue), RQC (Requisition Center), SIPP (Requisition Center), and EPP (Punchout), but certainly does *not* have EDI, TCS or HBP (which are all SKUs for Electronic Data Interchange – EDI). Thus, the record evidence indicates that City of Boise is a Configuration No. 3 customer. In contrast, a similar search for Western Lake Superior Sanitary (mentioned at Tr. 24:2-21, 545:4-546:6, 587:6-589:12, and 603:19-605:9) reflects that it has the following SKUs from PX-1078: LSF, PROC (Inventory Control/Purchase Order/Requisition), SIPP, and RQC, but does *not* have EPP, EPPH (Punchout), EDI, TCS, or HBP meaning that Western Lake Superior Sanitary is neither a Configuration No. 3 nor a Configuration No. 5 customer. Similarly, a search of the referenced exhibits for Art Crandall & Associates, another company mentioned at trial (at Tr. 16:16-18), would yield no results in any of the referenced exhibits, indicating that it was not a Lawson customer at all during this time period.

Performing such an analysis of the evidence for each customer listed in any of the license or maintenance data spreadsheets would generate a list of 72 Configuration No. 3 customers, and 74 Configuration No. 5 customers.[2] For Your Honor's convenience, and so the Court does not need to go through these steps where there is no dispute between the parties as to

---

[2] Both experts made certain assumptions that impact the categorization of particular customers. For example, both experts assumed that a customer on the original list of 864 RSS/RQC customers from the underlying trial had not only RSS/RQC, but also Inventory Control, Requisition Center, and Purchase Order, regardless of whether revenue for each of those modules was recognized in the data spreadsheets during the relevant time period. The data spreadsheets provided substantially all of the information needed to determine which customers had which configurations; however, in some cases, Lawson provided additional information that was relied upon by both experts without dispute, and the resulting list in Exhibit A is based upon that information. These assumptions serve to increase, rather than decrease, the number of customers deemed to have Configuration No. 3 or Configuration No. 5. Both experts adopted the list of customers in Exhibit A.

# GIBSON DUNN

The Honorable Robert E. Payne, United
States District Judge
May 6, 2013
Page 4

the identity of customers with Configuration No. 3 or Configuration No. 5, Exhibit A summarizes the results of the described process, identifying the set of customers having Configuration Nos. 3 or 5 during the May 23, 2011 – November 30, 2012 period.[3] Without reference to Exhibit A, however, the information about Configuration Nos. 3 and 5 customers may be derived through evidence in the record, as shown above.

Respectfully submitted,

*/s/ Christopher D. Dusseault*

Christopher D. Dusseault

Attachment

cc:   Counsel of Record (Via E-mail)

CDD/lsj

---

[3] It should be noted that the parties' experts used a difference process than the one described here, utilizing sophisticated, computerized data analysis tools. However, the steps described here will yield the same list as produced by the experts' methods.

# EXHIBIT A

## Summary of Lawson Customers with Configuration Nos. 3 or 5

| | Name | Customer ID # | Configuration[1] |
|---|---|---|---|
| [1] | ADVOCATE HEALTH CARE NETWORK | 5040 | 3 |
| [2] | Affiliated Computer Services | 72087 | 5 |
| [3] | ALBERT EINSTEIN HEALTHCARE | 6206 | 5 |
| [4] | AQUA - PHILADELPHIA SUBURBAN W | 3089 | 3 |
| [5] | ARVEST BANK OPERATIONS INC | 6183 | 3 |
| [6] | Assurant Solutions | 306201 | 3 |
| [7] | Athens Regional Health Systems, Inc. | 100011223 | 5 |
| [8] | BANNER HEALTH | 5575 | 5 |
| [9] | BARBARA ANN KARMANOS CANCER | 6126 | 5 |
| [10] | BAYLOR HEALTH CARE SYSTEM | 4614 | 3 |
| [11] | Bermuda Hospitals Board | 100008689 | 5 |
| [12] | BEXAR COUNTY | 72938 | 3 |
| [13] | Billings Clinic Foundation | 72855 | 5 |
| [14] | BLUE CROSS OF IDAHO | 6184 | 3 |
| [15] | BOSTON MEDICAL CENTER | 4642 | 3 |
| [16] | Cancer Treatment Centers | 6863 | 5 |
| [17] | CARETECH SOLUTIONS, INC. | 5623 | 3 |
| [18] | Carilion Services, Inc. | 4737 | 3 |
| [19] | CARPENTERSVILLE CUSD 300 | 6110 | 3 |
| [20] | CASH AMERICA INTERNATIONAL | 2791 | 5 |
| [21] | CATHOLIC HEALTH INIT - FIN/LBI | 5996 | 5 |
| [22] | CENTER FOR THE DISABLED | 5727 | 5 |
| [23] | CenterLight Health System | 5376 | 5 |
| [24] | CENTRAL DUPAGE HOSPITAL | 4364 | 5 |
| [25] | Central Maine Healthcare | 100006281 | 5 |
| [26] | CENTURA HEALTH | 4423 | 3 |
| [27] | CHEROKEE NATION | 6021 | 3 |
| [28] | CHICAGO HOUSING AUTHORITY | 6142 | 3 |
| [29] | CHILDREN'S HOSPITAL OF | 4923 | 3 |
| [30] | CHILDREN'S MEDICAL CENTER | 6102 | 5 |
| [31] | CHILDREN'S MERCY HOSPITAL | 73647 | 5 |
| [32] | CHRIST HOSPITAL, THE | 6525 | 5 |
| [33] | City Of Boise | 73602 | 3 |
| [34] | City of Lees Summit | 73578 | 3 |
| [35] | CITY OF LITTLE ROCK, AR | 6224 | 3 |
| [36] | CITY OF TOPEKA | 6509 | 3 |
| [37] | CLACKAMAS EDUCATION | 5466 | 3 |
| [38] | CLARK MEMORIAL HOSPITAL | 73598 | 5 |
| [39] | CLEVELAND CLINIC FOUNDATION | 4881 | 3 |
| [40] | COMMUNITY MEDICAL CENTERS | 6570 | 5 |
| [41] | Consulate Management Company | 6211 | 5 |
| [42] | COOK CHILDREN'S HEALTH CARE | 72116 | 5 |
| [43] | Cooper Health System | 5815 | 5 |
| [44] | County of DuPage | 100011670 | 3 |

## Summary of Lawson Customers with Configuration Nos. 3 or 5

| | Name | Customer ID # | Configuration[1] |
|---|---|---|---|
| [45] | COVENANT HEALTHCARE MICHIGAN | 73607 | 5 |
| [46] | DALLAS AREA RAPID TRANSIT-DART | 1778 | 3 |
| [47] | Dameron Hospital | 6233 | 5 |
| [48] | DEACONESS HEALTH SYSTEM - IN | 4757 | 5 |
| [49] | DENVER PUBLIC SCHOOLS-KEY GOVE | 3096 | 3 |
| [50] | DEVRY | 4499 | 3 |
| [51] | EDWARD HEALTH SERVICES CORP | 6351 | 5 |
| [52] | EINSTEIN AND NOAH RESTAURANT | 5048 | 3 |
| [53] | FLB FINANCIAL GROUP INC | 6136 | 3 |
| [54] | FORT BEND COUNTY | 6237 | 3 |
| [55] | Garden City Hospital | 4644 | 5 |
| [56] | Geisinger System Services | 5118 | 3 |
| [57] | GOOD SAMARITAN HOSPITAL IN | 4431 | 3 |
| [58] | GRANT THORNTON - CHICAGO | 4944 | 3 |
| [59] | GREENVILLE HOSPITAL SYSTEM | 888090 | 5 |
| [60] | GUILFORD COUNTY, NC | 6219 | 3 |
| [61] | H. LEE MOFFITT CANCER CENTER | 5458 | 5 |
| [62] | HCA INFO - COLUMBIA INFORMATIO | 5411 | 5 |
| [63] | HEARTLAND REGIONAL MEDICAL | 6496 | 5 |
| [64] | Hurley Medical Center, Inc. | 4375 | 5 |
| [65] | INDIANA UNIVERSITY HEALTH, INC | 4887 | 5 |
| [66] | INTER-AMERICAN DEVELOPMENT | 5564 | 3 |
| [67] | ITK Technologies Llc | 73865 | 5 |
| [68] | JACKSON HEALTH SYSTEM | 6854 | 5 |
| [69] | JACKSON LABORATORY | 4843 | 3 |
| [70] | JACKSON NATIONAL LIFE | 4085 | 3 |
| [71] | Kennedy Krieger Institute | 6667 | 3 |
| [72] | Kinder Morgan Inc. | 5354 | 3 |
| [73] | LEGACY HEALTH | 5863 | 5 |
| [74] | LHC Group, Inc. | 72115 | 5 |
| [75] | LOYOLA UNIVERSITY MEDICAL | 5388 | 3 |
| [76] | Madison Metropolitan School | 6045 | 3 |
| [77] | MAGELLAN HEALTH SERVICES, INC. | 5543 | 3 |
| [78] | MAINE MEDICAL CENTER | 4769 | 5 |
| [79] | MARSHFIELD CLINIC | 2088 | 5 |
| [80] | MARTIN MEMORIAL MEDICAL CENTER | 73583 | 5 |
| [81] | MAYO FOUNDATION FOR MEDICAL | 4787 | 3 |
| [82] | Memorial Health System - Is | 6053 | 5 |
| [83] | MEMORIAL HEALTHCARE SYSTEM | 4374 | 3 |
| [84] | MEMORIAL HERMANN HEALTHCARE | 4761 | 3 |
| [85] | MERITER HOSPITAL INC | 6188 | 5 |
| [86] | METHODIST HOSPITALS | 888070 | 5 |
| [87] | METRO HEALTH SYSTEM THE | 4231 | 3 |
| [88] | MOSES H CONE MEMORIAL HOSPITAL | 4766 | 5 |
| [89] | MUNROE REGIONAL HEALTH SYSTEM | 6081 | 5 |

## Summary of Lawson Customers with Configuration Nos. 3 or 5

| | Name | Customer ID # | Configuration[1] |
|---|---|---|---|
| [90] | Nationwide Children's Hospital | 6678 | 5 |
| [91] | NEW BREED INC | 6194 | 3 |
| [92] | NEW YORK & PRESBYTERIAN HOSPIT | 4763 | 3 |
| [93] | No Description | 5747 | 3 |
| [94] | No Description | 562301 | 5 |
| [95] | NORTH CENTRAL TEXAS COUNCIL OF | 6134 | 3 |
| [96] | North East Independent School District | 73001 | 3 |
| [97] | North Kansas City Hospital | 888085 | 5 |
| [98] | Northbay Healthcare | 2851 | 5 |
| [99] | NORTHERN COLORADO WATER CONS. | 71947 | 3 |
| [100] | ORLANDO HEALTH INC | 5588 | 5 |
| [101] | Pasadena Independent School District | 6131 | 3 |
| [102] | PEACEHEALTH OREGON REGION | 6681 | 5 |
| [103] | Pharmaceutical Product Develop | 2879 | 3 |
| [104] | PREMIER HEALTH PARTNERS | 6594 | 5 |
| [105] | PRESBYTERIAN HEALTHCARE SERVIC | 6198 | 5 |
| [106] | PRINCETON HEALTHCARE SYSTEM | 4957 | 5 |
| [107] | Racine United School District | 617801 | 3 |
| [108] | Rent-A-Center, Inc. | 4886 | 3 |
| [109] | RIVERSIDE HEALTHCARE SYSTEM | 4906 | 3 |
| [110] | ROSEWELL PARK CANCER INSTITUTE | 888012 | 3 |
| [111] | SAN ANTONIO WATER SYSTEM | 6236 | 3 |
| [112] | School District of Greenville County | 6744 | 3 |
| [113] | SCHOOL DISTRICT OF HILLSBOROUG | 5633 | 5 |
| [114] | SCRIPPS CLINIC | 5132 | 3 |
| [115] | Seattle Children's Hospital Medical Ctr. | 6080 | 5 |
| [116] | SHARP HEALTHCARE - SAN DIEGO H | 5260 | 3 |
| [117] | SHORE HEALTH SYSTEM | 5944 | 5 |
| [118] | SHRINERS HOSPITAL FOR THE CHIL | 6352 | 5 |
| [119] | SISTERS OF MERCY HEALTH SYSTEM | 6073 | 5 |
| [120] | SOUTHWEST GENERAL HEALTH CENTE | 6119 | 5 |
| [121] | SPECTRUM HEALTH SYSTEM | 4988 | 3 |
| [122] | ST. JUDE CHILDREN'S RESEARCH | 5984 | 5 |
| [123] | STANFORD UNIVERSITY HOSPITAL | 888089 | 5 |
| [124] | STATE OF NEW HAMPSHIRE | 6232 | 5 |
| [125] | Stewart Information Service Co | 71967 | 3 |
| [126] | STONY BROOK UNIV. HOSPITAL | 4734 | 3 |
| [127] | SUTTER HEALTH | 4468 | 3 |
| [128] | TACOMA SCHOOL DISTRICT NO.10 | 6444 | 3 |
| [129] | Taylor Corporation | 2245 | 3 |
| [130] | TRINITY INFORMATION SERVICES | 5999 | 5 |
| [131] | TUCSON UNIFIED SCHOOL DISTRICT | 72149 | 3 |
| [132] | U.S. HEALTHWORKS, INC. | 73547 | 5 |
| [133] | United Supermarkets, Llc.-Tx | 2267 | 3 |
| [134] | UNIVERSITY OF COLORADO | 6082 | 5 |

## Summary of Lawson Customers with Configuration Nos. 3 or 5

| | Name | Customer ID # | Configuration[1] |
|---|---|---|---|
| [135] | University Of Mississippi | 888095 | 5 |
| [136] | University of Tennessee Medical Center | 4922 | 5 |
| [137] | UNIVERSITY OF TEXAS M.D.-UT MD | 5424 | 3 |
| [138] | University Of Toledo, The | 4902 | 5 |
| [139] | UNIVERSITY PHYSICIANS HOSPTAL | 6371 | 5 |
| [140] | USC CARE MEDICAL GROUP | 6749 | 5 |
| [141] | VANGUARD HEALTH SYSTEMS | 73648 | 3 |
| [142] | VIRGINIA COMMONWEALTH - VCU | 6246 | 5 |
| [143] | VIRGINIA HOUSING DEVELOPMENT | 72138 | 3 |
| [144] | VOLUME SERVICES | 4307 | 5 |
| [145] | WI Schools Consortium | 6178 | 3 |
| [146] | Yale New Haven Health System | 5073 | 5 |

Notes and sources:
[1] Indicates the customer's configuration
[2] Note: not all customers listed had Configuration Nos. 3 or 5 for the entire data period