IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ePLUS INC.,

    Plaintiff,

v.                                     Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

**ORDER MODIFYING THE ORDER
OF INJUNCTION ENTERED ON MAY 23, 2011**

Pursuant to the mandate of the United States Court of Appeals for the Federal Circuit, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that the injunction in this matter, entered by ORDER dated May 23, 2011 (Docket No. 729), is modified by deleting from its scope the product defined in sub-paragraph 1 on page 2 of the Order, colloquially known as "Configuration 2," and specifically being identified in the Injunction Order as Lawson's Core S3 Procurement System (Lawson System Foundation ("LSF")/Process Flow, in combination with Inventory Control, Requisition, and Purchase Order Modules) and Requisition Self-Service or "RSS." The injunction ORDER, a copy of which is attached hereto, shall remain in effect in all other respects.

Consistent with the provision of the injunction, it is further ordered that Lawson shall provide all customers of the Infringing Products and Services a copy of this Order.

It is so ORDERED.

                                        /s/   REP

Richmond, Virginia            Robert E. Payne
Date: June 11, 2013           Senior United States District Judge