IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS INC.,

    Plaintiff,

v.                                       Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ePlus Inc.'s ("ePlus") MOTION TO SHOW CAUSE WHY LAWSON SOFTWARE, INC. SHOULD NOT BE HELD IN CONTEMPT (Docket No. 798) is granted. The Court finds, by clear and convincing evidence, that Lawson Software, Inc. ("Lawson") is in contempt of the Court's May 23, 2011 injunction.

Judgment is entered in favor of the plaintiff, ePlus Inc., and against the defendant, Lawson Software, Inc., in the sum of EIGHTEEN MILLION, ONE HUNDRED AND SIXTY-SEVEN THOUSAND, NINE HUNDRED AND FIFTY DOLLARS ($18,167,950) with interest thereon at 0.12% annually from the present date until paid in full.

ePlus' request for enhanced damages and attorneys' fees is denied.

To assure future compliance with the Injunction Order as amended (Docket No. 1083), Lawson Software, Inc. shall pay to the Clerk, United States District Court, a fine of $62,362 per day until Lawson establishes that it is in compliance with the

Injunction Order; provided that the payment obligation is suspended until September 20, 2013 and, if by then, Lawson purges the contempt and establishes that it is in compliance with the Injunction Order, no fine shall be payable. If by September 20, 2013, Lawson does not establish that it is in compliance with the Injunction Order, the fine shall be payable from August 16, 2013 until compliance is established.

It is so ORDERED.

                                                /s/        REP
                                    Robert E. Payne
                                    Senior United States District Judge

Richmond, Virginia
Date: August 16, 2013