**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

ePLUS INC.,

                Plaintiff,

     v.

LAWSON SOFTWARE, INC.,

                Defendant.

Civil Action No. 3:09CV620 (REP)

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendant Lawson Software, Inc. appeals to the United States Court of Appeals for the Federal Circuit from the order entered in the above-named case on August 16, 2013 (Dkt. 1088), granting plaintiff's Motion for Order to Show Cause, entering judgment against Lawson in the amount of $18,167,950 with interest thereon at 0.12% annually until paid in full, and ordering a fine of $62,362 per day until Lawson establishes that it is in compliance with the Injunction Order, and the accompanying memorandum opinion (Dkt. 1087).

Dated:  August 23, 2013                 Respectfully submitted,


                                        _____/s/ Robert A. Angle_____
                                        Dabney J. Carr, IV (VSB No. 28679)
                                        Robert A. Angle (VSB No. 37691)
                                        **TROUTMAN SANDERS LLP**
                                        Troutman Sanders Building
                                        1001 Haxall Point
                                        Richmond, VA 23219
                                        Telephone:  (804) 697-1200
                                        Facsimile:  (804) 697-1339
                                        dabney.carr@troutmansanders.com
                                        robert.angle@troutmansanders.com

                                        Daniel J. Thomasch (admitted *pro hac vice*)
                                        Josh A. Krevitt (admitted *pro hac vice*)
                                        Richard W. Mark (admitted *pro hac vice*)
                                        Christopher D. Dusseault (admitted *pro hac vice*)
                                        Jason C. Lo (admitted *pro hac vice*)
                                        dthomasch@gibsondunn.com
                                        jkrevitt@gibsondunn.com
                                        rmark@gibsondunn.com
                                        cdusseault@gibsondunn.com
                                        jlo@gibsondunn.com
                                        **GIBSON, DUNN & CRUTCHER LLP**
                                        200 Park Avenue
                                        New York, NY 10166-0193
                                        Telephone:  (212) 351-4000
                                        Facsimile:  (212) 351-4035

                                        *Counsel for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2013, a true copy of the foregoing Notice of Appeal will be filed electronically with the Clerk of Court for the Eastern District of Virginia using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig T. Merritt
Paul W. Jacobs, II
Henry I. Willett, III
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, VA 23219
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cblaw.com

Michael G. Strapp
**GOODWIN PROCTER, LLP**
Exchange Place
53 State Street
Boston, MA 02109
mstrapp@goodwinprocter.com

Jennifer A. Albert
David M. Young (VSB No. 35997)
**GOODWIN PROCTER, LLP**
901 New York Avenue, N.W.
Washington, D.C. 20001
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Counsel for Plaintiff ePlus Inc.*

_____/s/ Robert A. Angle_____
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
**TROUTMAN SANDERS LLP**
Troutman Sanders Building
1001 Haxall Point
Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

*Counsel for Defendant Lawson Software, Inc.*