# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| | ) Case No. 3:09CV620 (REP) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT LAWSON SOFTWARE, INC.'S BRIEF IN SUPPORT OF MOTION FOR EXPEDITED BRIEFING ON LAWSON'S MOTION FOR A STAY PENDING APPEAL

Defendant Lawson Software, Inc. ("Lawson") hereby moves for an expedited briefing schedule regarding its Motion for a Stay Pending Appeal.

Lawson requests that its Motion for a Stay Pending Appeal be addressed on an expedited schedule given the substantial harm Lawson will otherwise suffer. The Court's August 16, 2013 Order holding Lawson in contempt requires Lawson to cease sales, service, and support of certain products offered by Lawson, as well imposes a coercive fine of $62,362 for each day Lawson is not in compliance with the Court's injunction order. The Court has "suspended," until September 20, 2013, Lawson's obligation to pay the coercive fine to allow time for compliance. On that schedule and absent a further stay, however, the price to Lawson of appellate review involves either irreparable disruption of Lawson's relationship with existing customers, suffering the financial burden of coercive fines (at an annual rate of $23 million) or possibly both.

- 2 -

Lawson's accompanying stay motion shows that novel and substantial issues will be raised on appeal from this Court's August 16, 2013 order.  So that the stay motion can be briefed and decided in an appropriate time frame, Lawson respectfully requests that the Court enter an order giving ePlus until the close of business on Wednesday, August 28, 2013, to respond to Lawson's Motion for a Stay Pending Appeal, and giving Lawson until noon on Friday, August 30, 2013, to file a reply (if any).

Lawson has contacted ePlus's counsel concerning this request to expedite briefing of the stay motion.  Counsel stated that ePlus opposes Lawson's request.

LAWSON SOFTWARE, INC.


By     /s/ Robert A. Angle
            Of Counsel

Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point, Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339

Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Richard W. Mark (admitted *pro hac vice*)
Christopher D. Dusseault (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Counsel for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of August, 2013, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig T. Merritt
Henry I. Willett, III
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmerritt@cblaw.com
hwillett@cblaw.com

James D. Clements
**GOODWIN PROCTER, LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
jclements@goodwinprocter.com

Jennifer A. Albert
David M. Young (VSB No. 35997)
**GOODWIN PROCTER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

        /s/     Robert A. Angle
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*