**Form 7**

FORM 7.  Appeal Information Sheet

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

___  United States District Court for the _____

___  United States Court of International Trade

___  United States Court of Federal Claims

___  United States Court of Appeals for Veterans Claims

Type of case: _____

_____ v. _____

(List all parties.  Use an asterisk to indicate dismissed or withdrawn parties.  Use a separate sheet if needed.  Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. _____      Date of Judgment or Order _____

Cross or related appeal? _____      Date of Notice of Appeal _____

Appellant is:  _____ Plaintiff  _____ Defendant  _____ Other (explain) _____

FEES:  Court of Appeals docket fee paid?      _____ Yes   _____ No

U.S. Appeal?                                   _____ Yes   _____ No

In forma pauperis?                             _____ Yes   _____ No

Is this matter under seal?   _____ Yes   _____ No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party.  Indicate party represented.  Use separate sheet if needed.)

_____   _____

_____   _____

_____   _____

_____   _____

COURT REPORTER: (Name and telephone): _____

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum.  Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC  20439