IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ePLUS INC.,

    Plaintiff,

v.                                     Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

## ORDER

Pursuant to the telephonic conference held with the parties on August 26, 2013, Lawson's MOTION TO EXPEDITE BRIEFING is DENIED. It is hereby ORDERED that ePlus will file its opposition to Lawson's MOTION FOR A STAY PENDING APPEAL no later than September 3, 2013. It is further ORDERED that Lawson will file its reply in support of its motion no later than September 6, 2013. Both parties having expressed a willingness to forgo oral argument, the Court will rule on the motion after receiving the opposition and reply briefs.

    It is so ORDERED.

                                            /s/       REP

Richmond, Virginia           Robert E. Payne
Date: August 27, 2013       Senior United States District Judge