# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Bond No.
Richmond Division

| | |
|---|---|
| ePLUS, INC., ) | |
| ) | |
| ) | Case No. 3:09CV620 (REP) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LAWSON SOFTWARE, INC. ) | |
| ) | |
| ) | |
| Defendant. ) | |

## SUPERSEDEAS BOND

Defendant Lawson Software, Inc., now known as Infor (US), Inc. ("Lawson"), as principal, and Arch Insurance Company, as surety, are held and firmly bound unto Plaintiff in the maximum sum of $18,217,950.00 for the payment of which, well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

Whereas Plaintiff, ePlus, Inc. has in the United States District Court for the Eastern District of Virginia, Richmond Division, in the above-titled action obtained a judgment entered August 16, 2013, against the said Defendant in the amount of $18,167,950 with interest thereon at 0.12% annually from the present date until paid in full (the "Judgment").

Whereas the above-named Defendant, pursuant to Fed. R. App. P. 4(a), filed a Notice of Appeal in order to pursue an appeal to set aside or otherwise obtain relief from the Judgment (the "Appeal").

Now, therefore, the condition of this obligation regarding the Judgment is that if any of the following shall occur:

(i) Defendant shall satisfy the Judgment in full together with any costs, interest and damages for delay awarded by the Court if the Appeal is finally dismissed or the Judgment is finally affirmed; or

(ii) Defendant shall satisfy in full such judgment or modification of the Judgment and such costs, interest and damages as an appellate court may adjudge and award; or

(iii) if the said Judgment is set aside, reversed, or vacated,

then the obligation shall be void; otherwise the obligation shall remain in full force and effect.

This obligation shall continue during any effort by Lawson to seek any form of relief in the United States Supreme Court.

Pursuant to Fed. R. Civ. P. 62(d) and Fed. R. App. P. 8(b), Arch Insurance Company, as surety, hereby submits itself to the jurisdiction of the District Court.

Dated: _____   By: _____
          Lawson Software, Inc., now known as Infor (US), Inc.,
          Principal

Print Name: _____

Print Title: _____

STATE OF _____)

CITY/COUNTY OF _____), To-Wit:

Sworn to and subscribed before me this \_\_\_\_ day of _____ 2013, by _____.

_____
Notary Public

My commission expires:   /   /          Registration No. _____

Dated: _____   By: _____
                            Arch Insurance Company,
                            Surety

                        Print Name: _____

                        Print Title: _____

STATE OF _____ ),

COUNTY OF _____ ), To-Wit:

    Sworn to and subscribed before me this ____ day of _____ 2013, by _____.

                                            _____
                                            Notary Public

My commission expires:                 Registration No.

APPROVED BY UNITED STATES DISTRICT JUDGE

_____

3