```
Court Name: UNITED STATES DISTRICT COURT
Division: 3
Receipt Number: 34683022278
Cashier ID: lbreeden
Transaction Date: 08/30/2013
Payer Name: MATTHEW S. HAYDON
------------------------------------
POWER OF ATTORNEY
 For: MATTHEW S. HAYDON
 Amount:        $46.00
------------------------------------
CHECK
 Check/Money Order Num: 3804
 Amt Tendered: $46.00
------------------------------------
Total Due:     $46.00
Total Tendered: $46.00
Change Amt:     $0.00

Re: ARCH INSURANCE COMPANY
```