

**Arch Insurance Company**
a member of Arch Insurance Group

www.archinsurance.com

3 Parkway        215-606-1600 Main
Suite 1500       866 472 8845 Toll Free
Philadelphia, PA  19102   866 637 5861 Fax

August 29, 2013

Clerk US District Court
701 East Broad Street
Richmond, Virginia 23210
**Attention: Jennifer Thompson**

Enclosed is the following:

1.  Check in the amount of $46.00, fee associated with filing Power Of Attorney with the Court.

2.  One (1) POWER OF ATTORNEY CERTIFICATE #AIC 0000093233 AUTHORIZING:

    **Annette Wisong, Cindy A. Thibodaux, Joseph R. Williams, Steven L. Swords and Tina Kennedy**

To sign as Attorney-In-Fact, for Bonds and Undertakings of behalf of Arch Insurance Company.

Please have this power recorded and acknowledged to the undersigned below in the self-addressed envelope.

Should you have any other questions or need further clarification, please feel free to contact us at (215-606-1605 or email jdickinson@archinsurance.com)

We thank you in advance for your assistance in this matter.

Sincerely,

Joann Dickinson - Director, Financial Services
**ARCH INSURANCE COMPANY**

JD/mc

File or Recorded:  Name _____  Date _____

Book # _____ Page # _____ Instrument # _____