IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



EPLUS INC.,

    Plaintiff,
v.                                    Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

**ORDER**

Having considered the MOTION TO APPROVE LAWSON'S SUPERSEDEAS BOND AND STAY THE ENFORCEMENT OF THE COURT'S ORDER ENTERING JUDGMENT FOR DAMAGES PENDING APPEAL AND TO STAY EXECUTION ON SAID JUDGMENT PENDING DETERMINATION OF THIS MOTION (Docket No. 1098), and finding that the proffered bond is in an amount adequately to secure the money judgment in favor of ePlus Inc. which is a part of the Order entered herein on August 16, 2013 (Docket No. 1088), and also finding that the bond is in proper form, and further finding that no bond is needed to secure the coercive fine provision of the Order entered on August 16, 2013 (Docket No. 1088), it is hereby ORDERED that the the MOTION TO APPROVE LAWSON'S SUPERSEDEAS BOND AND STAY THE ENFORCEMENT OF THE COURT'S ORDER ENTERING JUDGMENT FOR DAMAGES PENDING APPEAL AND TO STAY EXECUTION ON SAID JUDGMENT PENDING DETERMINATION OF THIS MOTION (Docket No. 1098) is granted and the form of bond is approved; and, it is further ORDERED that,

upon filing the same in the Office of the Clerk in the form of a fully executed version of the bond with appropriate power-of-attorney, the enforcement of the judgment for money damages in favor of ePlus Inc. is stayed pending appeal.

It is so ORDERED.

      /s/     REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: September 9, 2013