IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



EPLUS INC.,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Civil Action No. 3:09cv620

LAWSON SOFTWARE, INC.,

    Defendant.

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby ORDERED that DEFENDANT LAWSON SOFTWARE, INC.'S MOTION FOR A STAY PENDING APPEAL (Docket No. 1090) is denied.

It is so ORDERED.

                                                  /s/
                                 Robert E. Payne
                                 Senior United States District Judge

Richmond, Virginia
Date: September 10, 2013