## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

**Bond No. SU1120555**

### Richmond Division

ePLUS, INC.,                              )
                                       )
                                       )
                                       )   Case No. 3:09CV620 (REP)
               Plaintiff,         )
                                       )
            v.                         )
                                       )
LAWSON SOFTWARE, INC.         )
                                       )
                                       )
            Defendant.     )

### <u>SUPERSEDEAS BOND</u>

Defendant Lawson Software, Inc., now known as Infor (US), Inc. ("Lawson"), as principal, and Arch Insurance Company, as surety, are held and firmly bound unto Plaintiff in the maximum sum of $18,217,950.00 for the payment of which, well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

Whereas Plaintiff, ePlus, Inc. has in the United States District Court for the Eastern District of Virginia, Richmond Division, in the above-titled action obtained a judgment entered August 16, 2013, against the said Defendant in the amount of $18,167,950 with interest thereon at 0.12% annually from the present date until paid in full (the "Judgment").

Whereas the above-named Defendant, pursuant to Fed. R. App. P. 4(a), filed a Notice of Appeal in order to pursue an appeal to set aside or otherwise obtain relief from the Judgment (the "Appeal").



CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Now, therefore, the condition of this obligation regarding the Judgment is that if any of the following shall occur:

(i) Defendant shall satisfy the Judgment in full together with any costs, interest and damages for delay awarded by the Court if the Appeal is finally dismissed or the Judgment is finally affirmed; or

(ii) Defendant shall satisfy in full such judgment or modification of the Judgment and such costs, interest and damages as an appellate court may adjudge and award; or

(iii) if the said Judgment is set aside, reversed, or vacated,

then the obligation shall be void; otherwise the obligation shall remain in full force and effect.

This obligation shall continue during any effort by Lawson to seek any form of relief in the United States Supreme Court.

Pursuant to Fed. R. Civ. P. 62(d) and Fed. R. App. P. 8(b), Arch Insurance Company, as surety, hereby submits itself to the jurisdiction of the District Court.

Dated: _10 SEPTEMBER 2013_   By: _____

Lawson Software, Inc., now known as Infor (US), Inc.
Principal

Print Name:   __Gregory M. Giangiordano__
              __SVP & General Counsel__

Print Title:  _____

STATE OF _PENNSYLVANIA_ )

CITY/COUNTY OF _CHESTER_ ), To-Wit:

Sworn to and subscribed before me this _10TH_ day of _SEPTEMBER_ 2013, by

_GREGORY M. GIANGIORDANO_

_____
Notary Public

My commission expires: _08 / 16 / 2014_        Registration No. _1257365_

NOTARIAL SEAL
JOYETTE TENNEH DEAN, NOTARY PUBLIC
MALVERN, CHESTER COUNTY
MY COMMISSION EXPIRES AUG. 16, 201:

2

Dated: <u>September 9, 2013</u>                    By: _____

                                                  Arch Insurance Company,
                                                  Surety

                                                  Print Name:   <u>Cindy A. Thibodaux</u>

                                                  Print Title:   <u>Attorney in Fact</u>

STATE OF GEORGIA),

COUNTY OF FULTON), To-Wit:

Sworn to and subscribed before me this <u>9</u>th day of <u>September,</u> 2013, by

<u>Joseph R. Williams</u>.

**Joseph R. Williams**
**Notary Public**
**Fulton County, Gerogia**
**My Commission Expires March 24, 2015**

                                                  _____
                                                  Notary Public

My commission expires:      3/24/2015                    Registration No. W-0010341

APPROVED BY UNITED STATES DISTRICT JUDGE

_____/s/_____

Robert E. Payne
Senior United States District Judge

September 11, 2013

3