# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO  
CLERK OF COURT

REBECCA BEACH SMITH  
CHIEF JUDGE

September 12, 2013

Dabney Carr, Esquire  
Troutman Sanders  
1001 Haxall Point  
P.O. Box 1122  
Richmond, VA 23219

Re: ePlus, Inc. v. Lawson Software, Inc.  
Civil Action No. 3:09cv620

Dear Mr. Carr:

Enclosed is the original Receipt No. 8314 issued for the filing of the Supersedeas Bond entered on September 11, 2013. The court has guidelines for non-cash collateral. Pursuant to 18:3142, you must retain the original receipt in order for the original bond to be released at a future date. If and when the parties request the bond to be released, you must file a motion to release the bond. Once the motion is filed, the court will enter an order releasing the bond. At that time, the original receipt must be returned to the court, or in the event the original receipt is lost or missing, the court must have a written statement from the payor in order to release the bond.

If you have any questions concerning this matter, please do not hesitate to call me at (804) 916-2225. Thank you.

Very truly yours,

By _____  
Jennifer L. Thompson  
Deputy Clerk

Enclosure