Document 1106-1 Filed 09/12/13

NO. 8314

DATE 9/12/13

RECEIVED FROM Lawson Software, Inc.
ADDRESS c/o Dabney Carr, esq. Troutman Sanders
1001 Haxall Point, P.O. Box 1122, 23219

DOLLARS $ 18,167,950.00

FOR Supersedeas Bond entered 9/11/13
Surety: Arch Insurance Co. 3:09cv620

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | |
| AMT. PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

BY Jennifer B. Thompson

TOPS FORM 46808