# EXHIBIT B

to

# Homewood Declaration

## Lawson US Customers with Configurations 3 and 5 on Active Maintenance as of May 23, 2011:
### Termination of RSS Use and Uninstallation of RSS

| ID | Name | RSS Use Terminated; RQC Installed | RSS Uninstall Status as of September 2013 |
|---|---|---|---|
| 5040 | ADVOCATE HEALTH CARE NETWORK | Verified 2/7/12 | Uninstalled |
| 72087 | Affiliated Computer Services | Not running either RSS or RQC 3/30/12 | Support Cutoff Pending Uninstallation |
| 6206 | ALBERT EINSTEIN HEALTHCARE | Verified 2/8/12 | Uninstalled |
| 3089 | Aqua America, Inc. | Not running either RSS or RQC 2/14/12 | Uninstalled |
| 6183 | ARVEST BANK OPERATIONS INC | Verified 2/7/12 | Uninstalled |
| 306201 | Assurant Solutions | Verified 6/27/12 | Support Cutoff Pending Uninstallation |
| 5575 | BANNER HEALTH | Verified 2/6/12 | Uninstalled |
| 6126 | BARBARA ANN KARMANOS CANCER | Verified 2/7/12 | Uninstalled |
| 4614 | BAYLOR HEALTH CARE SYSTEM | Verified 2/13/12 | Uninstalled |
| 5376 | BETH ABRAHAM HEALTH SERVICES | Verified 2/8/12 | Uninstalled |
| 72938 | BEXAR COUNTY | Verified 2/3/12 | Uninstalled |
| 6184 | BLUE CROSS OF IDAHO | Verified 8/29/12 | Uninstalled |
| 4642 | BOSTON MEDICAL CENTER | Not running either RSS or RQC 2/14/12 | Uninstalled |
| 6863 | Cancer Treatment Centers | Verified 2/6/12 | Uninstalled |
| 562301 | Caretech For Crittenton | Verified 2/8/12 | Uninstalled |
| 5623 | CARETECH SOLUTIONS, INC. | Verified 4/5/12 | Uninstalled |
| 4737 | CARILION HEALTH SYSTEM | Verified 2/21/12 | Uninstalled |
| 6110 | CARPENTERSVILLE CUSD 300 | Verified 2/7/12 | Uninstalled |
| 2791 | CASH AMERICA INTERNATIONAL | Not running either RSS or RQC 2/6/12 | Uninstalled |
| 5996 | CATHOLIC HEALTH INIT - FIN/LBI | Verified 2/3/12 | Uninstalled |
| 5727 | CENTER FOR THE DISABLED | Verified 2/7/12 | Uninstalled |
| 4364 | CENTRAL DUPAGE HOSPITAL | Verified 2/7/12 | Uninstalled |
| 4423 | Centura Health | Verified 2/6/12 | Uninstalled |
| 6021 | CHEROKEE NATION | Verified 3/9/12 | Uninstalled |
| 6142 | CHICAGO HOUSING AUTHORITY | Verified 4/11/12 | Uninstalled |
| 4923 | CHILDREN'S HOSPITAL OF | Verified 2/6/12 | Uninstalled |
| 6102 | CHILDREN'S MEDICAL CENTER | Verified 2/6/12 | Uninstalled |
| 6525 | CHRIST HOSPITAL, THE | Verified 2/29/12 | Uninstalled |
| 73602 | CITY OF BOISE | Not running either RSS or RQC 2/14/12 | Uninstalled |
| 73578 | City of Lees Summit | Not running either RSS or RQC 2/14/12 | Uninstalled |
| 6224 | CITY OF LITTLE ROCK, AR | Verified 2/7/12 | Uninstalled |
| 72083 | CITY OF ST PAUL | Verified 2/10/12 | Uninstalled |
| 6509 | CITY OF TOPEKA | Verified 2/6/12 | Uninstalled |
| 5466 | CLACKAMAS EDUCATION | Verified 2/6/12 | Uninstalled |

Lawson US Customers with Configurations 3 and 5 on Active Maintenance as of May 23, 2011:

Termination of RSS Use and Uninstallation of RSS

| | | | |
|---:|---|---|---|
| 73598 | CLARK MEMORIAL HOSPITAL | Not running either RSS or RQC 2/14/12 | Uninstalled |
| 4881 | CLEVELAND CLINIC FOUNDATION | Verified 2/8/12 | Uninstalled |
| 6570 | COMMUNITY MEDICAL CENTERS | Verified 2/7/12 | Uninstalled |
| 72116 | COOK CHILDREN'S HEALTH CARE | Verified 2/8/12 | Uninstalled |
| 5815 | COOPER HEALTH SYSTEM | Not running either RSS or RQC 2/8/12 | Uninstalled |
| 73607 | COVENANT HEALTHCARE MICHIGAN | Verified 2/7/12 | Uninstalled |
| 1778 | DALLAS AREA RAPID TRANSIT | Verified2/10/12 | Support Cutoff Pending Uninstallation |
| 6233 | DAMERON HOSPITAL | Verified 2/7/12 | Uninstalled |
| 4757 | DEACONESS HEALTH SYSTEM - IN | Verified 2/15/12 | Uninstalled |
| 4499 | DEVRY | Verified 2/6/12 | Uninstalled |
| 5048 | EINSTEIN AND NOAH RESTAURANT | Verified 2/10/12 | Uninstalled |
| 6136 | FBL FINANCIAL GROUP INC | Verified 3/26/12 | Uninstalled |
| 6237 | FORT BEND COUNTY | Verified 2/6/12 | Uninstalled |
| 4644 | GARDEN CITY HOSPITAL | Not running either RSS or RQC 2/14/12 | Uninstalled |
| 5118 | GEISINGER SYSTEM SERVICES | Verified 2/6/12 | Uninstalled |
| 4431 | GOOD SAMARITAN HOSPITAL-IN | Verified 2/16/12 | Uninstalled |
| 4944 | GRANT THORNTON,LLP - CHICAGO | Verified 3/9/12 | Uninstalled |
| 888090 | GREENVILLE HOSPITAL SYSTEM | Not running either RSS or RQC 2/6/12 | Uninstalled |
| 6219 | GUILFORD COUNTY, NC | Verified 6/27/12 | Uninstalled |
| 5458 | H. LEE MOFFITT CANCER CENTER | Verified 2/6/12 | Uninstalled |
| 5411 | HCA - IT & Services | Not running either RSS or RQC 2/6/12 | Uninstalled |
| 6496 | Heartland Regional Medical Center | Verified 2/6/12 | Uninstalled |
| 4887 | INDIANA UNIVERSITY HEALTH, INC | Verified 2/6/12 | Uninstalled |
| 5564 | INTER-AMERICAN DEVELOPMENT | Verified 2/6/12 | Uninstalled |
| 6854 | JACKSON HEALTH SYSTEM | Verified 1/19/12 | Uninstalled |
| 4843 | JACKSON LABORATORY THE | Verified 2/6/12 | Uninstalled |
| 4085 | JACKSON NATIONAL LIFE | Verified 2/8/12 | Uninstalled |
| 5747 | JM FAMILY ENTERPRISES, INC. | Not running either RSS or RQC 4/18/13 | Uninstalled |
| 5354 | Kinder Morgan Inc. | Verified 2/8/12 | Uninstalled |
| 5863 | Legacy Health | Verified 2/6/12 | Uninstalled |
| 72115 | LHC Group, Inc. | Verified 4/25/12 | Uninstalled |
| 5388 | LOYOLA UNIVERSITY MEDICAL CTR | Verified 2/24/12 | Uninstalled |
| 6045 | MADISON METROPOLITAN SCHOOL | Maintenance Ceased 5/31/11 | Maintenance Ceased 5/31/11 |
| 5543 | MAGELLAN HEALTH SERVICES, INC. | Verified 3/2/12 | Uninstalled |
| 4769 | MAINE MEDICAL CENTER | Not running either RSS or RQC 2/8/12 | Uninstalled |

**Lawson US Customers with Configurations 3 and 5 on Active Maintenance as of May 23, 2011:**
**Termination of RSS Use and Uninstallation of RSS**

| | | | |
|---|---|---|---|
| 73583 | MARTIN MEMORIAL MEDICAL CENTER | Not running either RSS or RQC 2/14/12 | Uninstalled |
| 4787 | MAYO FOUNDATION FOR MEDICAL | Verified 2/6/12 | Uninstalled |
| 6053 | MEMORIAL HEALTH SYSTEM - IS | Verified 2/6/12 | Uninstalled |
| 4374 | MEMORIAL HEALTHCARE SYSTEM | Verified 2/16/12 | Uninstalled |
| 4761 | MEMORIAL HERMANN HEALTHCARE | Verified 2/6/12 | Uninstalled |
| 6188 | MERITER HOSPITAL INC | Verified 2/7/12 | Uninstalled |
| 888070 | METHODIST HOSPITALS, THE | Verified 4/16/12 | Support Cutoff Pending Uninstallation |
| 4766 | MOSES H CONE MEMORIAL HOSPITAL | Not running either RSS or RQC 3/14/12 | Uninstalled |
| 6081 | MUNROE REGIONAL HEALTH SYSTEM | Verified 3/30/12 | Support Cutoff Pending Uninstallation |
| 6678 | Nationwide Children's Hospital | Verified 2/7/12 | Uninstalled |
| 6194 | NEW BREED INC | Not running either RSS or RQC 2/6/12 | Uninstalled |
| 4763 | NEW YORK & PRESBYTERIAN HOSP | Verified 2/6/12 | Uninstalled |
| 6134 | NORTH CENTRAL TEXAS COUNCIL OF | Verified 2/24/12 | Uninstalled |
| 73001 | North East Independent School | Not running either RSS or RQC 2/14/12 | Uninstalled |
| 888085 | North Kansas City Hospital | Verified 2/24/12 | Uninstalled |
| 71947 | NORTHERN COLORADO WATER CONS. | Verified 2/7/12 | Uninstalled |
| 5588 | ORLANDO HEALTH INC | Not running either RSS or RQC 2/7/12 | Uninstalled |
| 6131 | PASADENA INDEPENDENT SCHOOL DI | Verified 2/7/12 | Uninstalled |
| 6681 | PEACEHEALTH OREGON REGION | Verified 2/6/12 | Uninstalled |
| 6594 | PREMIER HEALTH PARTNERS | Verified 2/7/12 | Uninstalled |
| 6198 | PRESBYTERIAN HEALTHCARE SERVIC | Verified 2/7/12 | Uninstalled |
| 4957 | PRINCETON HEALTHCARE SYSTEM | Verified 2/7/12 | Uninstalled |
| 5844 | QUEENS-LONG ISLAND MEDICAL GRP | Maintenance Ceased 5/31/11 | Maintenance Ceased 5/31/11 |
| 617801 | Racine United School District. | Maintenance Ceased 5/31/11 | Maintenance Ceased 5/31/11 |
| 4886 | RENT-A-CENTER, INC. | Not running either RSS or RQC 2/6/12 | Uninstalled |
| 4905 | RIVERSIDE HEALTHCARE SYSTEM | Verified 2/15/12 | Uninstalled |
| 888012 | ROSWELL PARK CANCER INSTITUTE | Verified 2/6/12 | Uninstalled |
| 6236 | SAN ANTONIO WATER SYSTEM | Verified 2/6/12 | Uninstalled |
| 6744 | SCHOOL DISTRICT GREENVILLE CTY | Verified 2/7/12 | Uninstalled |
| 5633 | SCHOOL DISTRICT OF HILLSBOROUG | Not running either RSS or RQC 2/13/12 | Uninstalled |
| 5132 | SCRIPPS HEALTH | Verified 2/6/12 | Support Cutoff Pending Uninstallation |
| 6080 | SEATTLE CHILDREN'S HOSPITAL | Verified 2/14/12 | Uninstalled |
| 5260 | SHARP HEALTHCARE | Verified 2/9/12 | Uninstalled |
| 5944 | SHORE HEALTH SYSTEM | Not running either RSS or RQC 4/5/12 | Support Cutoff Pending Uninstallation |
| 6352 | SHRINERS HOSPITALS FOR CHILDRE | Verified 2/7/12 | Uninstalled |

**Lawson US Customers with Configurations 3 and 5 on Active Maintenance as of May 23, 2011:**
**Termination of RSS Use and Uninstallation of RSS**

| | | | |
|---:|---|---|---|
| 9126 | SIEMENS HEALTH SERVICES | Not running either RSS or RQC 4/3 | Support Cutoff Pending Uninstallation |
| 6073 | SISTERS OF MERCY HEALTH SYSTEM | Verified 2/6/12 | Uninstalled |
| 6119 | Southwest General Health Cente | Verified 2/14/12 | Uninstalled |
| 4988 | SPECTRUM HEALTH SYSTEM | Verified 2/20/12 | Uninstalled |
| 5984 | ST. JUDE CHILDREN'S RESEARCH | Verified 2/7/12 | Uninstalled |
| 888089 | STANFORD UNIVERSITY HOSPITAL | Not running either RSS or RQC 2/6/12 | Uninstalled |
| 6232 | STATE OF NEW HAMPSHIRE | Not running either RSS or RQC 2/7/12 | Uninstalled |
| 71967 | Stewart Information Service Co | Not running either RSS or RQC 2/8/12 | Uninstalled |
| 4734 | STONY BROOK UNIV. HOSPITAL | Verified 2/22/12 | Uninstalled |
| 4468 | SUTTER HEALTH | Verified 2/6/12 | Uninstalled |
| 6444 | TACOMA SCHOOL DISTRICT NO.10 | Verified 2/6/12 | Uninstalled |
| 6147 | Tarrant County Hospital District | Verified 2/8/12 | Uninstalled |
| 73647 | THE CHILDRENS MERCY HOSPITAL | Verified 2/8/12 | Uninstalled |
| 5999 | TRINITY INFORMATION SERVICES | Verified 4/2/12 | Uninstalled |
| 72149 | TUCSON UNIFIED SCHOOL DISTRICT | Verified 2/3/12 | Uninstalled |
| 73547 | U.S. HEALTHWORKS, INC. | Not running either RSS or RQC 2/14/12 | Uninstalled |
| 6371 | UA HEALTHCARE, INC. | Verified 2/10/12 | Uninstalled |
| 2267 | United Supermarkets, Llc-Tx | Verified 2/6/12 | Uninstalled |
| 5424 | UNIV.TX -MD ANDERSON CANCER | Not running either RSS or RQC 3/11/13 | Uninstalled |
| 6082 | UNIVERSITY OF COLORADO | Verified 2/8/12 | Uninstalled |
| 888095 | UNIVERSITY OF MISSISSIPPI | Verified 2/6/12 | Uninstalled |
| 4922 | University of Tennessee Medical Center | Verified 2/21/12 | Uninstalled |
| 4902 | UNIVERSITY OF TOLEDO, THE | Verified 8/2/12 | Uninstalled |
| 6749 | USC CARE MEDICAL GROUP | Verified 3/5/12 | Uninstalled |
| 73648 | VANGUARD HEALTH SYSTEMS | Verified 2/13/12 | Uninstalled |
| 6246 | VIRGINIA COMMONWEALTH | Verified 2/6/12 | Uninstalled |
| 72138 | VIRGINIA HOUSING DEVELOPMENT | Verified 2/7/12 | Uninstalled |
| 4307 | VOLUME SERVICES | Verified 2/7/12 | Uninstalled |
| 6178 | WI SCHOOLS CONSORTIUM | Verified 2/8/12 | Uninstalled |
| 5073 | Yale New Haven Health System | Verified 2/6/12 | Uninstalled |