- Permits multiple requisitions to be consolidated into a single purchase order, which can reduce the number of POs generated and enhance relations with your vendors

- Offers many timesaving user features, such as reusable templates for repeat orders, and screens that accommodate both routine and nonroutine items

- Automatically charges purchases to an activity, job, or department, improving visibility and control

- Lets you automatically generate requisitions through the replenishment process within Infor Lawson Inventory Control. This helps ensure that essential items are available when needed

- Automatically creates a purchase order when a requisition is released, helping to eliminate manual steps and reduce the potential for errors

- Provides Standard reports that contribute to more effective tracking and, ultimately, improved budget reporting and commitments

## Simplify complex purchase orders

Whether a purchase order is launched automatically via requisition or through your buyers, the Infor Lawson Procurement Purchase Order module can substantially help smooth the process of acquiring goods and services. You get a web browser-based, timesaving tool for effectively establishing pricing agreements and contracts with vendors, maintaining item information, creating and issuing purchase orders, receiving goods, and more. Infor Lawson Procurement Purchase Order delivers:

- Price agreement functionality that helps improve your bargaining leverage with vendors, while simplifying the creation and management of business contracts

- Functionality to add, import, track, and report on multiple types of vendor agreements, including contracts, blanket, catalog or quote, standing, and service

- The ability to automatically pull default pricing from vendor agreements, helping to ensure the right price appears on purchase orders

- Links to attachments, such as bids, terms, descriptions, specifications, and instructions, for easy retrieval and review of important detail

- Price management functionality, with customizable triggers, allowing buyers to take advantage of volume buying discounts

- Procurement card functionality for credit card purchases, permits you to reduce transaction costs, view spend data, and capture rebates

- A single, convenient buyer worksheet screen for reviewing and purchasing items when the vendor has not been identified

- Flexible options for electronically sending out purchase orders, including by fax or EDI

- Support for standards such as GS1 to reduce errors and drive efficiency across the supply chain

- An invoice matching component, which when integrated with Infor Lawson Financials  Accounts Payable, automates the process of matching large volumes of invoices with purchase orders

- Standard reports that improve your ability to view pricing agreements and analyze contract compliance

## Balance inventory to balance costs

The less money you have tied up in inventory, the more money you have for more strategic priorities. The Infor Lawson Procurement Inventory Control module assists you in maintaining inventories at optimal levels, balancing costs with reliable supply distribution and replenishment. Web-accessible and integrated with the Requisitions and Purchase Order modules of Infor Lawson Procurement, Inventory Control provides:

- Automatic updates of receipts from purchases or transfers from other inventories, issuances, returns, transfers, and allocations

- Continual calculation of reorder information, to help you achieve the ideal inventory levels

- Lot and serial number tracking, as well as prompts for Material Safety Data Sheet reporting, supporting compliance with hazardous material tracking regulations

- User-formatted screens and mass maintenance options, which gives greater control over the amount of information needed, from units of measure to item components

- Support for the use of handheld, wireless devices for simplified inventory data gathering

- Customized processes to support a number of initiatives, such as streamlining the flow of goods and improving the quality of information available to your suppliers

- Consignment inventory tracking that makes it easier to know the value and location of goods
- Standard reports that help track inventory usage and optimize inventory levels

# Extend the value of Infor Lawson Procurement

Effective management of your supply chain involves more than just purchasing activities. That's why Infor Lawson offers you the opportunity to build a true end-to-end system of automated processes and shared information. Consider how integrating Infor Lawson Procurement with other Infor Lawson supply chain management applications can benefit your organization:

**Infor Lawson Requisition Center** extends the functionality of Requisitions, enhanced with simplified templates and other intuitive features, for end users across the enterprise.

**Infor Lawson Procurement Punchout** a supplement to Requisition Center, allows users to browse vendor web sites and purchase approved items at negotiated contract prices.

**Infor Lawson Strategic Sourcing** supports you through the full sourcing lifecycle, from requisitions for supplies or services through award of contract or purchase order.

**Infor Lawson Contract Management** simplifies the creation, management and monitoring of contracts.

**Infor Lawson Procurement Card Self-Service** complements procurement card functionality in procurement by providing card holders with an easy way to review, update and approve card statements and charge details.

**Infor Lawson Supplier Order Management** helps your suppliers become self-sufficient, empowering them to access their own account, order, invoice, and payment history.

**Infor Lawson EDI for Supply Chain Management** electronically links you with your trading partners, helping to accelerate the procurement process and limit exceptions.

**Infor Lawson Mobile Supply Chain Management** utilizing wireless handhelds, positions you to enhance receiving, delivery, and inventory management processes by automating data collection where the work is done.

Add even more value to Infor Lawson Procurement by implementing it in tandem with other Infor Lawson applications, such as:

**Infor Lawson Financials Accounts Payable** and other Infor Lawson financial management applications, connecting your supply chain with your finance department, helping to streamline settlement processes and expanding your awareness of how supply chain activities impact your bottom line.

**Infor Process Automation** a powerful tool for creating a virtually unlimited array of automated workflows to match your business needs.

**Infor Lawson BI** provides organization-wide reporting and analysis via role-based dashboards, helping to deliver the right information to the right people at the right time.

**Infor Lawson Supply Chain Analytics** delivers critical supply chain KPIs, measures, and views related to spend, inventory, and buyer/supplier performance to help you run a more efficient and cost-effective procurement operation.



641 Avenue of the Americas
New York, NY 10011
800-260-2640
infor.com

## About Infor.

Infor is the world's third-largest supplier of enterprise applications and services, helping more than 70,000 large and mid-size companies improve operations and drive growth across numerous industry sectors. To learn more about Infor, please visit www.infor.com.

Copyright© 2012 Infor. All rights reserved. The word and design marks set forth herein are trademarks and/or registered trademarks of Infor and/or related affiliates and subsidiaries. All other trademarks listed herein are the property of their respective owners. This document is provided for informational purposes only and does not constitute a commitment to you in any way. The information, products and services described herein are subject to change at any time without notice. www.infor.com. INFI230697-1269396-EN-US-1212-1

# Exhibit A-4



# Infor Lawson Supply Chain Management for Healthcare

## The importance of supply chain management

There was a time when healthcare providers simply ordered supplies whenever one supply room seemed low. An order was created and the vendor was paid. Then the cycle started all over again. Few took the time to look at the big picture of how supplies, consumption, pricing, vendor contracts, operating room needs, receiving, delivery, and accounting were interconnected. Management didn't understand the true costs of managing the supply chain in this fragmented manner.

Today, healthcare leaders need to have a better understanding of these costs. Astute managers need to know how much they can save by integrating and automating their supply chains. Industry experts agree that healthcare supply chain costs will continue to increase. At the same time, payers will continue to scrutinize costs and payment levels are uncertain. With the increase in internal and external demand for accountability, the metrics you use to measure your supply chain costs need to be more strategic than ever.

With the right supply chain management solution in place, you'll eliminate much of your staff's mundane paperwork, follow-up, and administrative duties. You'll free your procurement staff to spend more time on strategic activities, such as inventory optimization, value analysis, vendor and service contract administration, and investigating the feasibility of putting more areas of spend under management.

## Enhance your team's value

Infor™ serves thousands of healthcare providers globally. Used by some of the largest and most prestigious integrated-delivery networks and other providers of patient care, Infor solutions help healthcare organizations like yours institutionalize consistency and best practices while promoting agility and cost savings.

Infor Lawson Supply Chain Management for Healthcare supports GS1 System standards, allowing standardized location and item identification for optimal speed and accuracy in your supply chain. With Infor Lawson Supply Chain Management for Healthcare, you can store, utilize, transact, and report using GS1 System data identifiers, such as the Global Trade Item Number (GTIN) and Global Location Number (GLN). By utilizing these standards, you and your suppliers can reduce errors and save costs, replace custom locations or account identifiers, simplify maintenance, and improve accuracy.

With Infor Lawson Supply Chain Management for Healthcare, your team can focus on more valuable tasks, enhancing their value to the organization and increasing job satisfaction—all while helping to improve quality of care.

# Improve patient care while managing costs

As healthcare supply costs continue to rise and payments decline, your ability to understand and manage costs becomes even more critical. Infor Lawson Supply Chain Management for Healthcare, you'll have the right supplies in place, close to the patients. Your staff will spend less time on purchasing administration and be able to spend more time with patients. You'll also benefit from fewer stockouts, while eliminating the need to search for missing supplies. In the operating room, surgical trays will be complete and ready—as they should be. You'll be better positioned to support your mission to deliver quality patient care with less cost.

As the cost of goods and services climb, so do the "hidden" costs embedded in purchasing processes. With Infor Lawson Supply Chain Management for Healthcare, you'll make the right contracting decisions, take control of prices paid to vendors, and be sure that patient care products are available when needed. You'll achieve these objectives while eliminating costs that result from manual paper-based and disconnected processes. You can also slash duplication of effort and off-contract buying.

Take advantage of powerful, proven procurement processes and healthcare-specific functions, such as contract management, surgical instrument management, point of use, par counting, and recall management. Additionally, Infor Lawson Supply Chain Management for Healthcare helps you:

- Streamline workflow.
- Facilitate tighter inventory management.
- Improve the charge-capture process, reducing claim denials and the risk of audits.
- Have an enterprise-wide view of your total supply spend.
- Improve collaboration between your finance and materials management departments.
- Optimize vendor discounts and rebates.
- Improve vendor management.

- Reduce supply-chain costs and labor, while empowering procurement staff to be more strategic.
- Simplify product recall management.
- Improve all facets of procurement, including sourcing, pricing, contract management, stocking, inventory, delivery, and documentation.

## Infor Lawson Supply Chain Management for Healthcare

Infor Lawson Supply Chain Management for Healthcare suite includes these applications:

- Infor Lawson Strategic Sourcing
- Infor Lawson Contract Management
- Infor Lawson Procurement
- Infor Lawson Requisition Center
- Infor Lawson Procurement Punchout
- Infor Lawson Procurement Card Self-Service
- Infor Lawson Supplier Order Management
- Infor Lawson Electronic Data Interchange (EDI) for Supply Chain Management
- Infor Lawson Mobile Supply Chain Management
- Infor Lawson Surgical Instrument Management
- Infor Lawson Point of Use
- Infor Lawson Recall Management
- Infor Lawson Business Intelligence
- Infor Lawson Healthcare Supply Chain Analytics

## Infor Lawson Strategic Sourcing

**Manage the entire buy:** Source goods and services with an ideal balance of quality, cost, and service. Not only can you obtain the highest possible quality at the lowest possible price, the full sourcing lifecycle is supported—from creation of an electronic request for proposal, through supplier bid response, award, and ongoing supplier support.

Utilize a completely automated bid creation process that is powered by standard processes and templates. This fast and cost-effective electronic bidding process accelerates online communication with suppliers and streamlines their integration with Infor Lawson Procurement.

2

You'll have the tools to make your sourcing processes fair, open, and efficient, with ready access to the detailed history of the interaction between buyers and suppliers. With sourcing history at your fingertips, it's easy to measure supplier performance and evaluate bids. Greater supplier participation is encouraged through electronic notification and public posting on a supplier portal to achieve, track, and report on your diversity and supplier participation objectives.

## Infor Lawson Contract Management

**Streamline the contract process:** Simplify the creation, management, and monitoring of contracts. Benefit from secure, centralized access to—and auditability of—all procurement and non-procurement contracts in your organization. Clear visibility into price and compliance information allows your materials team to negotiate more effectively, standardize purchasing practices, and save your organization money.

You can evaluate contract compliance, monitor spend by commodity, and track and evaluate other key metrics to drive savings with built-in analysis capabilities. Take advantage of advanced functionality for supply chain contracts, including support for manufacturer, distributor, and group purchasing organization (GPO) agreements, tier management, and rebate tracking. Gain greater control of legal and contract administration over contract terms, clauses, and conditions.

Simplify and accelerate the contract-creation process with additional timesaving features, such as reusable contract templates and language. Automate the complete "source to settle" process by integrating Infor Lawson Contract Management with other Infor Lawson applications.

## Infor Lawson Procurement

**Lower costs throughout the entire purchasing cycle:** Foster a partnership between your purchasing team, employees, and vendors—which will give your buyers time to concentrate on activities such as strategic sourcing, negotiating vendor agreements, and procuring special items. You'll have the information you need to be sure you are improving patient care while controlling costs. You'll be able to remove the burden and uncertainty of manual approval processes with Infor Lawson Procurement's built-in, web-based workflows.

**Create more strategic collaboration, planning, execution, and coordination of the entire supply chain with Infor Lawson Supply Chain Management for Healthcare—allowing you to adapt your supply chain processes to a constantly changing environment.**

You can electronically review and approve requisitions according to your established workflows. This not only helps to save money, it gives you peace of mind knowing that purchases are being made within spending parameters.

You'll improve the accuracy of your purchase orders and other business transactions with trading partners by implementing GS1 Standards, such as GTIN and GLN.

In addition to being able to automate the purchasing processes from requisition to vendor payment, you'll be able to manage inventory at optimal levels through automatic replenishment and par location management. You can bring simplicity, consistency, and cost savings to your everyday purchasing processes.

## Infor Lawson Requisition Center

**Allow employees to help themselves:** Allow your employee requesters to create requisitions online—either by searching the item master or selecting from items on a template. Requesters can choose from a selection of items determined and approved by your organization—many at pre-negotiated prices. Special requests can also be submitted online—eliminating paper requisitions. Requisitions can be electronically routed to the proper approvers without manual administration. Streamline the entire purchasing process and eliminate volumes of paperwork with multiple products and services consolidated into a single requisition.

Accelerate order cycle times, increase standardization, improve leverage, and lower your total supply spend with Infor Lawson Requisition Center's easy-to-use user interface.

> Take advantage of powerful, proven procurement processes and healthcare-specific functions, such as contract management, surgical instrument management, point of use, par counting, and recall management.

# Infor Lawson Procurement Punchout

**Reduce spending:** Eliminate error-prone, paper-laden methods of traditional purchasing functions by connecting online requesters to multiple vendor-managed catalogs with Infor Lawson Procurement Punchout, which complements Infor Lawson Requisition Center. By sending buyers directly to your approved vendor web sites, you'll be assured that items will have the correct part numbers and prices. Because this information is on your vendors' sites, there is no upkeep or maintenance for your staff. You'll reduce maverick spending, unauthorized orders, and inefficient approval processes—letting you bring more areas of spending under control.

# Infor Lawson Procurement Card Self-Service

**Simplify getting the job done:** Having all the right equipment and supplies available and in working order is critical in a healthcare environment. Maintenance, nursing, and support staff can use a procurement card (P-Card) to obtain new parts, supplies, and services—without the relatively high cost of getting the paperwork approved for low-cost purchases. You can set P-Card limits for all variables. By matching P-Card use to your purchasing strategies, your staff will get jobs done quicker without wasting resources.

# Infor Lawson Supplier Order Management

**Save time and improve service:** Save your organization time by decreasing—and even eliminating—routine inquiries to purchasing and accounts payable staff. Suppliers can manage their own accounts with Infor Lawson Supplier Order Management's user friendly web interface to provide financial and supply chain information, and proactively make appropriate updates when necessary. Your suppliers can even "flip" a purchase order to submit an invoice online.

Staff can also provide performance evaluations so suppliers can monitor how their metrics meet your organization's benchmarks. You'll benefit from an increase in staff productivity along with more effective communication, collaboration, and effectiveness with your suppliers.

# Infor Lawson EDI for Supply Chain Management

**Provide pre-built connections to your trading partners:** With Infor Lawson EDI for Supply Chain Management, you can connect to and transact with more than 100 healthcare trading partners through Global Healthcare Exchange (GHX) or direct links. Using electronic transactions with your trading partners and industry marketplaces accelerates the ordering process while limiting exceptions. Vendors typically benefit as well, by reducing order and billing administration costs and receiving payments faster.

# Infor Lawson Mobile Supply Chain Management

**Automate data collection:** Improve receiving, delivery, and inventory management processes by automating data collection where the work is done with Infor Lawson Mobile Supply Chain Management's mobile and web browser technologies. Hold down costs associated with staff searches, unnecessary reorders, and excessive inventory levels. Infor Lawson Mobile Supply Chain Management includes Infor Lawson Par & Cycle Counting and Infor Lawson Receiving & Delivery.

Infor Lawson Par & Cycle Counting

**Simplify replenishment and improve service:** With Infor Lawson Par & Cycle Counting, you can use advanced barcode scanning and mobile technologies to simplify the process of counting and maintaining inventory in locations that depend on frequent replenishment, such as carts, closets, shelves, and storerooms. In addition, you can perform cycle and physical counting at any inventory location.

You can be confident patient care products are close to the patient when they are needed. Staff will spend less time counting supplies and more time with other activities, including patient care.

Infor Lawson Receiving & Delivery

**Manage and track deliveries with speed, efficiency, and certainty:** You can't take chances with critical deliveries such as organ transplants, implants, and surgical equipment. With Infor Lawson Receiving & Delivery, your materials management team will be equipped with the latest tools to manage receipts and deliveries, while requesters can track deliveries directly from their computers. By capturing signatures and recipient information on mobile devices, you'll achieve accountability throughout the entire receiving and delivery process.

Fulfill and track stock orders, as well, with support for your picking processes. And from the moment a parcel or package is wheeled through your doors, you'll be able to track and accelerate deliveries to their final destinations.

# Infor Lawson Surgical Instrument Management

**Reduce operating room costs:** Easily pinpoint the status and location of trays or individual instruments to significantly reduce the need for urgent searches. Manage tray assembly, countsheet management, tray and instrument tracking, sterilization, case picking, reporting, and more. You can safeguard against instrument damage by automatically alerting staff to incorrect sterilization procedures. You'll also decrease instrument repair and replacement costs. By consistently providing accurate instrument sets, you can reduce operating room costs and increase surgeon and nurse satisfaction through on-time delivery of the correct instruments to the operating room.

> **With over $500 million in documented savings, Infor Lawson Supply Chain Management for Healthcare has helped hundreds of healthcare organizations improve clinical outcomes, patient satisfaction, and financial performance.**

# Infor Lawson Point of Use

**Record patient charges and reorder supplies:** Accurately and efficiently record patient charges and reorder supplies with the user-friendly Infor Lawson Point of Use. Leverage touch screen, scanner, handheld, and desktop models, to access patient records in stockrooms, supply carts, and clinical departments.

Your organization can capture supply usage at the time items are pulled, record inventory reductions as they happen, and accurately record all chargeable and non-chargeable scanned items. For patient procedures, you can track and document which items were used in a particular case. You can also send patient charge information into the billing system automatically and record after-the-fact patient charges.

Eliminate redundant business processes by completing several steps in one. Boost patient billing revenue and avoid potential billing complications with a user-friendly, accurate method to record supply usage that documents utilization.

# Infor Lawson Recall Management

**Reduce risk and liability:** Locate and remove unsafe products, pharmaceuticals, equipment, and other items quickly and efficiently in response to mandatory and voluntary recalls, or other corrective actions. Because Infor Lawson Recall Management integrates with other Infor Lawson applications, you'll be able to solve the crucial need to quickly and easily identify, recover, and properly dispose of recalled items—or provide essential retraining—to help minimize patient impact and reduce risk and liability for the organization.

Simplify recalls and manage and view recall and safety notifications with Infor Lawson Recall Management's centralized point of access. Consolidate recall information for both your risk management and supply chain teams, and notify key personnel in your organization who have responsibility for corrective actions, including whether to destroy, return, or re-train.

## Infor Lawson Business Intelligence

Tie cost, revenue, and patient value together: With Business Intelligence's fast, easy access to meaningful business metrics, you'll have a simple approach to enhancing operation performance management. You can take prompt, appropriate action to mitigate risk. You also benefit from sophisticated reporting capabilities that you can leverage to support decision-making and process improvements.

## Infor Lawson Healthcare Supply Chain Analytics

Gain visibility into supply chains, achieve cost savings, and improve patient care: Capture supply chain data to help measure activity, monitor trends, and evaluate processes. Have rapid access to many pre-delivered, critical supply chain key performance indicators (KPIs), measures, and views related to spend, inventory, and buyer/supplier performance that help you run a more effective and less costly supply chain operation. Deliver relevant supply data into the hands of people and teams who are best able to apply the information for the organization's benefit.

## Deliver return on your investment

High-quality patient care depends upon standardized, automated processes. Spending needs to be tightly managed using automated tools. Supplier relationships have to be managed more effectively. Every step within the supply chain must flow unimpeded into the next. You can attain these objectives with Infor Lawson Supply Chain Management for Healthcare, which gives you the power to:

- Easily manage a wide range of essential activities.
- Simplify tasks.
- Control supply chain costs.
- Automate materials-management processes.
- Optimize inventory management.
- Focus on more strategic activities.

You can implement Infor Lawson Supply Chain Management for Healthcare quickly with smooth integrations and conversions. With over $500 million in documented savings, Supply Chain Management has helped hundreds of healthcare organizations improve clinical outcomes, patient satisfaction, and financial performance.

Infor Lawson Supply Chain Management for Healthcare



641 Avenue of the Americas
New York, NY 10011
800-260-2640
infor.com

## About Infor.

Infor is the world's third-largest supplier of enterprise applications and services, helping more than 70,000 large and mid-size companies improve operations and drive growth across numerous industry sectors. To learn more about Infor, please visit www.infor.com.

Copyright© 2012 Infor. All rights reserved. The word and design marks set forth herein are trademarks and/or registered trademarks of Infor and/or related affiliates and subsidiaries. All other trademarks listed herein are the property of their respective owners. This document is provided for informational purposes only and does not constitute a commitment to you in any way. The information, products and services described herein are subject to change at any time without notice. www.infor.com.
INF1230739-1253887-EN-US-1012-1

# Exhibit A-5



Chat | 1-800-260-2640 | EN ‹

Products   Industries   Customers   News   Events   Partners   Company

# Infor Lawson Supply Chain Management

Share this page
Print this page

Home › Product Summary › SCM › Infor Lawson Supply Chain Management

  Overview    Features    Resources

Transform the role of the procurement or supply chain professional from simply managing orders to more strategic responsibilities by providing greater control of the supply chain. Organizations with automated supply chain processes have a lower cost per purchase order, less cost per receipt, and faster processing of requisitions and purchase orders.

Infor Lawson Supply Chain Management can standardize and automate processes, monitor and control spending, manage supplier relationships, and ensure every step within the supply chain flows unimpeded into the next.

## Supply Chain Analytics

See how Analytics can help you run a more efficient and cost-effective supply chain operation.

Read the brochure ›



## Reduce both payment time and costs/invoice

Memorial Hermann boosts working capital with Infor Lawson Supply Chain Management, SCM Mobile, and Infor Lawson Financials.

Read the customer profile ›



 What it is

Infor Lawson Supply Chain Management is an integrated procurement and distribution solution for companies who seek reduced costs through enhanced supply chain processes and more effective supply management.

The Infor Lawson SCM suite has been in use at service-oriented companies for over 25 years. Focused on the actual needs of your business and its supply chain, the suite lets you:

- Take control of purchasing expenses and processes
- Optimize the entire vendor relationship
- Transform the ways you receive, deliver and replenish
- Extend the value of your supply chain
- Bring more spend under management

The Infor Lawson Supply Chain Management suite is specialized for these industries:

- Infor Lawson Supply Chain Management for Healthcare
- Infor Lawson Supply Chain Management for Public Sector

Infor Lawson Supply Chain Management is one component of a unified solution for financial management, human capital management, supply chain, and expense management. Learn more about the Infor Lawson Enterprise Suite ›

 What it does

Realize your vision for end-to-end process efficiency, cost savings, and service excellence throughout your enterprise. Infor Lawson Supply Chain Management applications include:

**Procurement**: seamlessly connects finance and purchasing to support efficient procurement processes.
**Requisition Center**: web-based requisitioning that automates, expedites, and tracks the requisitioning process, increasing compliance with contracts and

company.

**Procurement Punchout**: allows end users to browse vendor web sites and order from an approved, vendor maintained list of products at your prices.

**Mobile Requisitions**: extends Requisition Center to a mobile device.

**Mobile Inventory**: quickly look-up and update inventory information through mobile devices.

**Procurement Card Self-Service**: review, edit, and approve procurement card charges. Captures detailed information — accounts, activities, commodities, etc. — for card transactions.

**EDI for Supply Chain Management**: send electronic transactions such as purchase orders, price/catalogs and invoices to your trading partners.

**Strategic Sourcing**: supports the acquisition of goods and services through comprehensive request for bid ("RFx") capabilities, bid analysis, bid award and bid tracking capabilities.

**Contract Management**: manage the creation and management of contracts, following approved, standardized guidelines.

**Supplier Order Management**: provides self-service visibility into supplier invoice and payment history to your diverse supplier base.

**Mobile Supply Chain Management**: leverages mobile handhelds, automated data collection, and wireless technology to simplify receiving, delivery and inventory processes.

**Point of Use**: records supply utilization at the "point of use," and manages replenishment while sending patient charges to your billing system.

**Surgical Instrument Management**: pinpoints the status and location of any trays or individual instruments via barcoding, wireless, and Internet technologies.

**Recall Management**: helps healthcare providers identify, locate, and remove unsafe products, food, pharmaceuticals, and equipment quickly and efficiently in response to mandatory or voluntary recalls or other corrective actions.

**Distribution Management**: manages order entry, contracts, and pricing, production scheduling through production orders, inventory, picking, fulfillment, and customer billing.

**Supply Chain Analytics**: pre-delivered measures and KPI's that helps you understand spending and performance trends across your supply chain to drive better decision-making.

As part of a comprehensive solution, Infor Lawson Supply Chain Management integrates with other Infor solutions, including Infor Lawson Enterprise Financial Management to enable a connected, efficient supply chain.

Infor Lawson applications run on Lawson Technology, which insulates the business applications from the operating systems and databases, while also providing strong components to strengthen the user experience. Learn more about Lawson Technology ›



## What it means

You'll have the power to:

- Find the product or service you need to order, at the right price from the right vendor, with web based requisitioning

- Determine what products you have with automated inventory management, mobile inventory, and mobile supply chain management

- See and track what you're spending and with whom using analytics, online inquiries, and standard reports

- Avoid ordering too much or too little (and speeding up the process) by leveraging automated replenishment) and mobile capabilities for par and cycle counting

- Stick to your budget by using encumbrances and budget checks, analytics, and reports

- Quickly setup, search through and look-up contracts, helping to make sure the right price defaults for each product

- Streamline contract negotiations by leveraging electronic RFPs/bids, contract authoring and monitoring, supplier onboarding and self-service, and workflow approval processes

- Because Infor Lawson Supply Chain Management is integrated with Infor Lawson Enterprise Financial Management, you can connect your Accounts Payable and Purchasing teams with AP/PO integration, matching, cost messaging, receiving, reports (RNI, INR), and Business Intelligence, ultimately leading to better coordination of a complete procure to pay process



## The Infor Lawson Supply Chain Management difference

Unlike other solutions, Infor Lawson Supply Chain Management uniquely offers:

A fully integrated source to settle solution that delivers proven savings.

Robust mobile solutions that support more efficient inventory management, receiving and delivery processes.

Pre-delivered analytics to support spend management and internal efficiency initiatives.

Industry specific content, functionality and applications that complete the application.

Contact us to find out more about Infor Lawson Supply Chain Management.

---

## Customer profile                                    More ›

**Bexar County**

Read the customer profile ›

## Customer profile                                    More ›

**Bon Secours**

Read the customer profile ›

## Brochure                                            More ›

**Infor Lawson Mobile Supply Chain Management**

Read the brochure ›

## Brochure                                            More ›

**Infor Lawson procurement card**

Read the brochure ›

## Brochure                                            More ›

**Infor Lawson Requisition Center**

Read the brochure ›

## Brochure                                            More ›

**Infor Lawson Contract Management**

Read the brochure ›

Privacy   Legal   Site map     © Copyright 2013, Infor. All rights reserved.

*Specialized by industry.*
*Engineered for speed.*

9:38:19 AM 9/25/2013

# Exhibit A-6

infor     Chat | 1-800-260-2640 | EN ‹

Products   Industries   Customers   News   Events   Partners   Company

# Infor Lawson Supply Chain Management for Healthcare

Home › Product Summary › SCM › Infor Lawson Supply Management for Healthcare

Overview     Features     Resources

Today's healthcare leaders need to have a better understanding of supply chain costs. Astute managers need to know how much they can save by integrating and automating their supply chains. With the increase in internal and external demand for accountability, the metrics you use to measure your supply chain costs need to be more strategic than ever.

Infor Lawson Supply Chain Management for Healthcare can help you eliminate much of your staff's mundane paperwork, follow-up, and administrative duties. You'll free your supply chain staff to spend more time on strategic activities, such as inventory optimization, value analysis, vendor and service contract administration, and investigating the feasibility of putting more areas of spend under management.

### Analytics for Healthcare

See how Analytics for Healthcare can help you measure, improve, and monitor your processes including workforce management, finance, and supply chain.

Read the brochure ›



### Mobile Supply Chain at Indiana

Read how Indiana University Health brought transparency and accountability to their supply chain operations while lowering costs.

Read the profile ›



 ## What it is

Infor Lawson Supply Chain Management for Healthcare is an integrated supply chain solution focused on meeting the unique needs of healthcare organizations. The suite helps you:

- Streamline workflow.
- Facilitate tighter inventory management.
- Improve the charge-capture process, reducing claim denials and the risk of audits.
- Have an enterprise-wide view of your total supply spend.
- Improve collaboration between your finance and materials management departments.
- Optimize vendor discounts and rebates.
- Improve vendor management.
- Reduce supply-chain costs and labor, while empowering procurement staff to be more strategic.
- Simplify product recall management.
- Improve all facets of procurement, including sourcing, pricing, contract management, stocking, inventory, delivery, and documentation.

Infor Lawson Supply Chain Management for Healthcare supports GS1 standards, allowing standardized location and item identification for optimal speed and accuracy in your supply chain. With Infor Lawson Supply Chain Management for Healthcare, you can store, utilize, transact, and report using GS1 identifiers, such as the Global Trade Item Number (GTIN) and Global Location Number (GLN). By utilizing these standards, you and your suppliers can reduce errors and save costs, replace custom locations or account identifiers, simplify maintenance, leverage automated data capture, and improve accuracy.

As part of a comprehensive solution for healthcare providers, Infor Lawson Supply Chain Management for Healthcare integrates with other Infor solutions, like Infor Lawson Enterprise Financial Management, Infor Supply Chain Execution, Infor Enterprise Asset Management, and Infor Lawson Clinical Bridge to enable a connected, efficient supply chain.

Used by some of the largest and most prestigious integrated-delivery networks and other providers of patient care, Infor solutions help healthcare organizations like yours institutionalize consistency and best practices while promoting agility and cost savings.

Infor Lawson Supply Chain Management for Healthcare is one component of a unified solution for financial management, human capital management, supply chain, and expense management. Learn more about the Infor Lawson Enterprise Suite ›

 ## What it does

Infor Lawson Supply Chain Management for Healthcare suite eliminates much of your staff's mundane paperwork, follow-up, and administrative duties. The suite includes:

**Procurement:** an integrated application that seamlessly connects finance and purchasing to drive best practices in procurement operations.
**Requisition Center:** is an easy-to-use, web-based requisitioning solution that provides a streamlined way to automate, expedite, track and simplify the requisitioning process, while increasing compliance with contracts and company standards to help drive savings.
**Procurement Punchout:** allows end users to browse vendor web sites and then order from an approved, vendor maintained list of products at your prices.
**Mobile Requisitions:** extends Requisition Center allowing users to access and create requisitions with their mobile device.
**Mobile Inventory:** helps your materials, logistics and other staff quickly look-up and update inventory information through their Apple or Android devices, freeing them from their desks and making them more productive.
**Procurement Card Self-Service:** designed for use by the card holder for reviewing, editing, and approving procurement card charges. This application helps capture detailed information – such as accounts, activities, commodities, etc. – for card transactions.
**EDI for Supply Chain Management:** helps link your enterprise to its trading partners to electronically send transactions such as purchase orders, price/catalogs and invoices electronically.
**Strategic Sourcing:** through comprehensive request for bid ("RFx") capabilities, bid analysis, bid award and bid tracking capabilities, Strategic Sourcing supports the acquisition of goods and services with an optimal balance of cost, quality and service.
**Contract Management:** provides an enterprise contract management system that can be used by organizations to manage the creation of contracts by areas outside of legal, following approved, standardized guidelines.
**Supplier Order Management:** helps provide visibility into supplier invoice and payment history for your diverse supplier base. Visibility allows everyone, from buyer to supplier to accounts payable manager, to take corrective action and mitigate risk.
**Mobile Supply Chain Management:** leverages mobile handhelds, automated data collection, and wireless technology to simplify receiving, delivery and inventory processes.
**Point of Use:** designed to eliminate redundant processes and increase charge capture. By recording supply utilization at the "point of use," Point of Use generates replenishment events while sending patient charges to your billing system.
**Surgical Instrument Management:** helps hospitals gain greater visibility and control of surgical instruments, enabling hospitals to reduce costs through optimized instrument inventory levels, improved instrument utilization rates and increased productivity of staff assembling surgical trays.
**Recall Management:** helps healthcare providers identify, locate, and remove unsafe products, food, pharmaceuticals, equipment, and other items quickly and efficiently in response to mandatory or voluntary recalls or other corrective actions.
**Distribution Management:** helps to efficiently fulfill customer demand by managing order entry, contracts, and pricing, production scheduling through production orders, inventory, picking, fulfillment, and customer billing.
**Supply Chain Analytics:** provides a simple way to connect supply chain, staffing and financial information by extracting data from Infor Lawson applications (including supply chain, staffing and financials), as well as data from non-Infor systems.

Infor Lawson Supply Chain Management for Healthcare delivers applications to empower end-users, provides instant access to information and drives efficiency and simplicity for healthcare organizations. Specifically, these applications provide:

Strategic applications designed to manage sourcing processes and supplier relationships

• Robust management of contracts and pricing to ensure right price

• Automated or self-service replenishment to ensure right product at the right time

• Mobile applications for simplified inventory (including PARs), patient charging, and surgical instrument management

• Pre-built connections to your Healthcare trading partners and your clinical systems

• Comprehensive, integrated spend analysis

Infor Lawson applications run on Lawson Technology, which insulates the business applications from the operating systems and databases, while also providing strong components to strengthen the user experience. Learn more about Lawson Technology ›

 ## What it means

You'll have the power to:

- Align suppliers with your organization's processes and systems to source, contract, and manage for best value.

- Build a smarter supply chain with improved visibility to inventory levels, warehouse management, transportation, labor management, and third-party logistics—all in a single view.

- Use available resources to eliminate errors and maximize the use of technology to reduce waste in your supply chain.

- Integrate supply chain, billing, and clinical systems to support your organization's clinical and safety initiatives.

- Gain clear visibility into your supply chain data to reduce costs, improve margins, and improve patient outcomes.

 ## The Infor Lawson Supply Chain Management for Healthcare difference

Unlike other solutions, Infor Lawson SCM for Healthcare uniquely offers:

- A fully integrated source to settle solution that delivers proven savings

- Robust mobile solutions that support more efficient inventory management, receiving and delivery processes

- Pre-delivered analytics to support spend management and internal efficiency initiatives

With over $500 million in documented savings, Infor Lawson Supply Chain Management for Healthcare has helped hundreds of healthcare organizations improve clinical outcomes, patient satisfaction, and financial performance.

Contact us to find out more about Infor Lawson Supply Chain Management for Healthcare.



Brochure                                         More ›

**Infor Lawson Supply Chain Management for Healthcare**

Read the brochure ›

Brochure                                         More ›

**Infor Lawson Mobile Supply Chain Management Receiving and Delivery**

Read the brochure ›

Brochure                                         More ›

**Infor Lawson Recall Management**

Read the brochure ›

Brochure                                         More ›

**Infor Lawson Requisition Center**

Read the brochure ›

Brochure                                         More ›

**Infor Lawson Contract Management**

Read the brochure ›

Brochure                                         More ›

**Infor Lawson Mobile Supply Chain Management Par and Cycle Counting**

Read the brochure ›

Quick links:  About Intec  |  Services  |  Support  |  Investors  |  Partners  |  Careers  |  Contact us

Privacy    Legal    Site map    © Copyright 2013 Intec. All rights reserved.

Specialized by industry.
Engineered for speed.

9:40:22 AM 9/25/2013

# Exhibit A-7

🖨 Print this page      ⦿ ShareThis

Home › Company › News › Press Room › US - United States

# Leading Healthcare Organizations Transform into Centralized, Collaborative Shared Service Operations with Infor Healthcare



f Facebook
in LinkedIn
🐦 Twitter @infor
▶ YouTube

Infor Lawson Supply Chain Management for Healthcare Delivers Optimal Savings and Financial Performance

NEW YORK - Jul 29, 2013

Infor, a leading provider of business application software serving more than 70,000 customers, today announced at the 2013 AHRMM Annual Conference, strong momentum for Infor Lawson Supply Chain Management, part of the Infor Lawson suite of solutions tailored to the Healthcare industry.  Among many of the leading organizations that have selected Infor Healthcare to achieve and maintain more accurate visibility and control over its supply chain are MLK Community Hospital (Los Angeles, Calif.), Huntington Hospital (Pasadena, Calif.), Prime Healthcare (Ontario, Calif.), WellStar Health System (Marietta, Ga.), University Health System (San Antonio, Texas) and Greenville Health System (Greenville, S.C.).

As part of a comprehensive solution for healthcare providers, Infor Lawson Supply Chain Management for Healthcare integrates with other Infor solutions, such as Infor Lawson Enterprise Financial Management, Infor Supply Chain Execution, Infor Enterprise Asset Management, and Infor Lawson Clinical Bridge to enable a comprehensive, connected, and more efficient supply chain.

"With Infor, we've built a more collaborative, smarter supply chain, that's helped us improve our bottom line," said John Mateka, executive director, Greenville Health System. "In fact, we were just named the 2013 Supply Chain Management Department of the Year by Healthcare Purchasing News due to our strong leadership, vision and execution of a transformational plan."

Infor Lawson Supply Chain Management for Healthcare delivers tools that help staff to focus on more critical tasks, enhancing their value to the organization and increasing job satisfaction-all while helping to improve quality of patient outcomes.

"Huntington Hospital prides itself on delivering exceptional care and service to the community, and partnering with an organization that truly understands the needs of the healthcare industry is critical to our continued success," said Debbie Tafoya, chief information officer, Huntington Hospital. "It is clear to us that Infor understands our goals and is focused on helping us achieve our objectives. Because Infor's applications are specialized for Healthcare, they have been a strong strategic partner for us and we are looking forward to the continued benefits we are already experiencing through their products and service."

In addition, Infor Lawson Supply Chain Management for Healthcare supports GS1 standards, allowing standardized location and item identification for optimal speed and accuracy in the supply chain. With this solution, organizations can store, utilize, transact, and report using GS1 identifiers, such as the Global Trade Item Number (GTIN) and Global Location Number (GLN).

"Since partnering with Infor, we hope to better manage the procurement process by simplifying the creation, management, and monitoring of contracts," said Kourtney Mosby, team leader, University Health System. "Now, our organization has clear visibility into price and compliance information, which gives us the tools to negotiate more effectively, standardize purchasing practices, and improve our bottom line."

The full suite of Infor Lawson Supply Chain Management for Healthcare has several modules which include Procurement, Requisition Center, Mobile Requisitions, Mobile Inventory, Procurement Card Self-Service, Strategic Sourcing,

## Press contacts

### Media contacts - Americas

**Dan Barnhardt**
U.S.A. and Canada
Phone:+1 646 336 1731
Email:dan.barnhardt@infor.com

**Claudia Vazquez**
Latin America
Phone:+54 11 4010 8079
Email:claudia.vazquez@infor.com

### Media contacts - Europe, Middle East and Africa

**Richard Moore**
United Kingdom, Southern Europe, Middle East and Africa
Phone:+44 121 615 8189
Email:richard.moore@infor.com

**Tanja Hossfeld**
Central, Northern and Eastern Europe
Phone:+49 172 7481 111
Email:tanja.hossfeld@infor.com

### Media contacts - Asia

**Dan Barnhardt**
Phone:+1 646 336 1731
Email:dan.barnhardt@infor.com

### Industry analyst contact

**Sharon Sulc**
Phone:+1 614 537 6634
Email:sharon.sulc@infor.com

Download the Infor logo ›

Contract Management, Supplier Order Management, Mobile Supply Chain Management, Point of Use, Surgical Instrument Management, Recall Management, Distribution Management and Supply Chain Analytics.

Healthcare providers face increasing pressure to reduce costs in order to deliver financially sustainable patient care. It's critical that leaders have real-time visibility of the entire supply chain to identify opportunities to reduce costs and optimize assets, ultimately in support of improved patient outcomes," said Steve Fanning, vice president, Healthcare, Infor. "By connecting and automating the end-to-end supply chain with industry-specific solutions designed for Healthcare, organizations can improve alignment across clinical and supply chain operations and quickly adapt as needed with confidence in their decision-making information."

Infor Healthcare is an innovative, industry-leading suite of solutions designed specifically for healthcare. Infor solutions transform how people and systems work better together by improving the integration, planning, tracking, and management of a healthcare organization's most vital resources - people, supplies, clinical data, and financial assets. Infor Health 3.0, Infor's approach to responding to healthcare's most critical priorities, provides organizations with more effective solutions to enable collaborative care delivery and financial and environmental sustainability, to help organizations enhance the quality of clinical outcomes and the viability of business operations. For more information please visit www.infor.com/healthcare.

**About Infor**

Infor is fundamentally changing the way information is published and consumed in the enterprise, helping 70,000 customers in 194 countries improve operations, drive growth, and quickly adapt to changes in business demands. Infor offers deep industry-specific applications and suites, engineered for speed, and with an innovative user experience design that is simple, transparent, and elegant. Infor provides flexible deployment options that give customers a choice to run their businesses in the cloud, on-premises, or both. To learn more about Infor, please visit www.infor.com.

Infor customers include:

- 19 of the top 20 aerospace companies
- 12 of the top 13 high tech companies
- 10 of the top 10 pharmaceutical companies
- 84 of the top 100 automotive suppliers
- 23 of the top 50 largest US public hospitals
- 31 of the top 50 industrial distributors
- 26 of the top 35 global retailers
- 5 of the top 9 brewers

ShareThis

# Exhibit A-8



infor

Products   Industries   Customers   News   Events   Partners   Company

Chat: | 1-800-260-2640 | EN ▼

# Search

lawson+procurement

Solution ▼        Industry ▼        select a document type ▼

3 Results

| Relevance | Title |
|---|---|
| 30% | **Infor Lawson Procurement Card Self-Service** |
| | Add freedom and flexibility to your procurement process. |
| 27% | **Infor Lawson Procurement** |
| | Infor Lawson Procurement drives inefficiencies and hidden costs out of your purchasing processes. In addition, Infor Lawson Procurement can help support your goal of consistently obtaining the right products and services at the best possible price and help bring accuracy, reliability, and timeliness to your order fulfillment. |
| 10% | **Infor Lawson Requisition Center and Procurement Punchout** |
| | Infor Lawson Requisition Center works with Infor Lawson Procurement to help streamline purchasing processes, eliminate volumes of paperwork, accelerate order cycle times, increase standardization, improve your negotiating leverage and, ultimately, and lower your total supply spend. |

*Specialized by industry.*
*Engineered for speed.*

**Quick Info:** About Infor | Services | Support | Investors | Partners | Careers | Contact us

Privacy   Legal   Site map   © Copyright 2013, Infor. All rights reserved.

# Exhibit A-9

**infor**

Chat | 1-800-260-2640 | EN ‹

Products    Industries    Customers    News    Events    Partners    Company

# Search

EDI

| Solution ‹ | | Industry ‹ | | select a document type ‹ |

☼ Recommended Links                                                    **15 Results**

Infor M3 Technology

Metal Fabrication

Plastic Fabrication

Accessories

Infor Supplier Exchange

| Relevance | Title |
|---|---|
| **17%** | Infor Adds Cloud-Based Integration With Trubiquity Partnership |
| | Infor ION Integration Provides Customers with BOD Standards and Compliance |
| **17%** | Infor EAM Enterprise Edition Mobile |
| | Infor EAM Enterprise Edition Mobile extends the value of Infor EAM Enterprise Edition for field service workers as well as the managers, clerks, and schedulers who are connected directly to the solution. For technicians working remotely, the solution delivers the functions they need to access, capture, and manage information directly from the job site.... |
| **16%** | Infor Lawson EDI for Supply Chain Management |
| | Improve vendor relations, speed processing, reduce errors and exceptions with Infor Lawson EDI for Supply Chain Management. |
| **15%** | Infor CRM AutoEX |
| | EDI AutoEx helps automotive companies generate a fast return on investment through reduced VAN costs; easy compliance with the way your customers do business; and increased profitability |
| **11%** | Brochure - Infor CRM AutoRelease |
| | Infor CRM AutoRelease provides a fully integrated EDI, release accounting, shipping control and invoicing system that supports over 250 trading partners with the latest EDI transaction sets as mandated by your automotive customers. |
| **5%** | MaxCapture for Infor10 Distribution |
| | If you are ready to automate A/P processes with fast, secure data capture and EDI-like transaction processing technology, you're ready for MaxCapture.... |
| **5%** | American Refrigeration Supplies |
| | A wholesale distributor with 33 locations in six states responded to demands from customers and vendors to use electronic data interchange (EDI) for sending invoices by implementing Infor's Commerce Connect. After using Infor Distributor SX.... |
| **4%** | Infor Delivers Automotive Innovation Throughout The Value Chain |
| | Automotive Enhancements Deliver Significant Connectivity and User Experience |
| **4%** | Infor Drives Profitability for Automotive Suppliers |
| | Infor, the leading provider of business applications to mid-sized companies, today announced Infor AutoConnect, a demand management solution for suppliers in the automotive industry. Built upon Infor's automotive domain expertise, AutoConnect provides a single view into planning, production and shipping across the industry's complex supply chains.... |
| **2%** | Automotive Supplier Kauth Relies on Solution by Infor |
| | Infor LN Automotive Supports Rapid Implementation by Ready-made Templates - Combination with Infor Middleware Facilitates Integration |
| **2%** | Infor Lawson Supply Chain Management |

Transform the role of the procurement or supply chain professional from simply managing orders to more strategic responsibilities by providing greater control of the supply chain. Organizations with automated supply chain processes have a lower cost per purchase order, less cost per receipt, and faster processing of requisitions and purchase orders....

2%   Puerto Rico Supplies Group Boosts Efficiency and Productivity with Infor
Food Wholesaler Boosts Gross Revenues by 10% and Improves On-Time Deliveries by 23%

2%   Truck-Lite Europe Switches on Success with Infor
Infor ERP and SCM Applications Set to Reduce Complexity, Accelerate Responsiveness and Boost Production

2%   Infor M3
Infor M3 is a comprehensive ERP solution designed for companies that make, move, or maintain products. With the full system, you can monitor transactions throughout your organization (national or global), including manufacturing operations, supply chain activities, customer and supplier relationships, warehouse and distribution processes and, of course, financial management....

2%   Infor Lawson Supply Chain Management for Healthcare
Today's healthcare leaders need to have a better understanding of supply chain costs. Astute managers need to know how much they can save by integrating and automating their supply chains. With the increase in internal and external demand for accountability, the metrics you use to measure your supply chain costs need to be more strategic than ever....

Quick links:  About Infor  |  Services  |  Support  |  Investors  |  Partners  |  Careers  |  Contact us

Privacy    Legal    Site map    © Copyright 2013. Infor. All rights reserved.

Specialized by industry.
Engineered for speed.

9:37:55 AM 9/25/2013