# EXHIBIT C

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**EPLUS, INC.,**
*Plaintiff-Appellee,*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant.*

2013-1506, -1587

Appeals from the United States District Court for the Eastern District of Virginia in No. 09-CV-0620, Senior Judge Robert E. Payne.

## ON MOTION

## ORDER

ePlus, Inc. has submitted a motion for reconsideration of this court's September 19, 2013 stay order.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Lawson Software, Inc. is directed to respond to the motion no later than 3:00pm on October 2, 2013.

EPLUS, INC. V. LAWSON SOFTWARE, INC.                                    2

(2) ePlus's reply must be filed no later than 3:00pm on October 7, 2013.

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                            Daniel E. O'Toole
                                            Clerk

s19