IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Bond No. SU1120555

Richmond Division

| | |
|---|---|
| ePLUS, INC., ) | |
| ) | |
| Plaintiff, ) | Case No. 3:09CV620 (REP) |
| ) | |
| v. ) | |
| ) | FILED |
| LAWSON SOFTWARE, INC. ) | SEP 11 |
| ) | |
| Defendant. ) | |

## SUPERSEDEAS BOND

Defendant Lawson Software, Inc., now known as Infor (US), Inc. ("Lawson"), as principal, and Arch Insurance Company, as surety, are held and firmly bound unto Plaintiff in the maximum sum of $18,217,950.00 for the payment of which, well and truly to be made, we bind ourselves, our heirs, executors, administrators, successors and assigns, jointly and severally, firmly by these presents.

Whereas Plaintiff, ePlus, Inc. has in the United States District Court for the Eastern District of Virginia, Richmond Division, in the above-titled action obtained a judgment entered August 16, 2013, against the said Defendant in the amount of $18,167,950 with interest thereon at 0.12% annually from the present date until paid in full (the "Judgment").

Whereas the above-named Defendant, pursuant to Fed. R. App. P. 4(a), filed a Notice of Appeal in order to pursue an appeal to set aside or otherwise obtain relief from the Judgment (the "Appeal").

```
Supersedeas Bond RELEASED per
Stipulation and Order entered on
9/9/14 by Judge Robert E. Payne.
                JLT
```



RECEIVED

12

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Now, therefore, the condition of this obligation regarding the Judgment is that if any of the following shall occur:

(i) Defendant shall satisfy the Judgment in full together with any costs, interest and damages for delay awarded by the Court if the Appeal is finally dismissed or the Judgment is finally affirmed; or

(ii) Defendant shall satisfy in full such judgment or modification of the Judgment and such costs, interest and damages as an appellate court may adjudge and award; or

(iii) if the said Judgment is set aside, reversed, or vacated,

then the obligation shall be void; otherwise the obligation shall remain in full force and effect.

This obligation shall continue during any effort by Lawson to seek any form of relief in the United States Supreme Court.

Pursuant to Fed. R. Civ. P. 62(d) and Fed. R. App. P. 8(b), Arch Insurance Company, as surety, hereby submits itself to the jurisdiction of the District Court.

Dated: 10 SEPTEMBER 2013   By: _____
Lawson Software, Inc., now known as Infor (US), Inc.,
Principal

Print Name: Gregory M. Giangiordano
Print Title: SVP & General Counsel

STATE OF PENNSYLVANIA )
CITY/COUNTY OF CHESTER ), To-Wit:

Sworn to and subscribed before me this 10TH day of SEPTEMBER 2013, by GREGORY M. GIANGIORDANO

_____
Notary Public

My commission expires: 08/16/2014          Registration No. 1257365

```
NOTARIAL SEAL
JOYETTE TENNEH DEAN, NOTARY PUBLIC
MALVERN, CHESTER COUNTY
MY COMMISSION EXPIRES AUG. 16, 201-
```

2

Dated: September 9, 2013          By: *[signature]*
                                  Arch Insurance Company,
                                  Surety

                                  Print Name:   Cindy A. Thibodaux

                                  Print Title:  Attorney in Fact

STATE OF GEORGIA),

COUNTY OF FULTON), To-Wit:

Sworn to and subscribed before me this 9th day of September, 2013, by

Joseph R. Williams.

Joseph R. Williams
Notary Public
Fulton County, Gerogia
My Commission Expires March 24, 2015

*[signature]*
Notary Public

My commission expires:    3/24/2015              Registration No. W-0010341


APPROVED BY UNITED STATES DISTRICT JUDGE


_____/s/_____REP_____
Robert E. Payne
Senior United States District Judge

September 11, 2013

3

AIC 0000071974

**THIS POWER OF ATTORNEY IS NOT VALID UNLESS IT IS PRINTED ON BLUE BACKGROUND.**

*This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated. Not valid for Mortgage, Note, Loan, Letter of Credit, Bank Deposit, Currency Rate, Interest Rate or Residential Value Guarantees.*

# POWER OF ATTORNEY

Know All Persons By These Presents:

That the Arch Insurance Company, a corporation organized and existing under the laws of the State of Missouri, having its principal administrative office in Jersey City, New Jersey (hereinafter referred to as the "Company") does hereby appoint:

Annette Wisong, Cindy A. Thibodaux, Joseph R. Williams, Steven L. Swords and Tina Kennedy of Atlanta, GA (EACH)

its true and lawful Attorney(s)-in-Fact, to make, execute, seal, and deliver from the date of issuance of this power for and on its behalf as surety, and as its act and deed:

Any and all bonds, undertakings, recognizances and other surety obligations, in the penal sum not exceeding
Ninety Million Dollars ($90,000,000.00).

This authority does not permit the same obligation to be split into two or more bonds in order to bring each such bond within the dollar limit of authority as set forth herein.

The execution of such bonds, undertakings, recognizances and other surety obligations in pursuance of these presents shall be as binding upon the said Company as fully and amply to all intents and purposes, as if the same had been duly executed and acknowledged by its regularly elected officers at its principal administrative office in Jersey City, New Jersey.

This Power of Attorney is executed by authority of resolutions adopted by unanimous consent of the Board of Directors of the Company on September 15, 2011, true and accurate copies of which are hereinafter set forth and are hereby certified to by the undersigned Secretary as being in full force and effect:

"VOTED, That the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, or the Secretary shall have the power and authority to appoint agents and attorneys-in-fact, and to authorize them subject to the limitations set forth in their respective powers of attorney, to execute on behalf of the Company, and attach the seal of the Company thereto, bonds, undertakings, recognizances and other surety obligations obligatory in the nature thereof, and any such officers of the Company may appoint agents for acceptance of process."

This Power of Attorney is signed, sealed and certified by facsimile under and by authority of the following resolution adopted by the unanimous consent of the Board of Directors of the Company on September 15, 2011:

VOTED, That the signature of the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, and the signature of the Secretary, the seal of the Company, and certifications by the Secretary, may be affixed by facsimile on any power of attorney or bond executed pursuant to the resolution adopted by the Board of Directors on September 15, 2011, and any such power so executed, sealed and certified with respect to any bond or undertaking to which it is attached, shall continue to be valid and binding upon the Company.

AIC 0000071974

In Testimony Whereof, the Company has caused this instrument to be signed and its corporate seal to be affixed by their authorized officers, this 8th day of February, 2013.

Attested and Certified

Patrick K. Nails, Secretary

Arch Insurance Company

David M. Finkelstein, Executive Vice President

STATE OF PENNSYLVANIA SS

COUNTY OF PHILADELPHIA SS

I, Kathleen Marcinkus, a Notary Public, do hereby certify that Patrick K. Nails and David M. Finkelstein personally known to me to be the same persons whose names are respectively as Secretary and Executive Vice President of the Arch Insurance Company, a Corporation organized and existing under the laws of the State of Missouri, subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that they being thereunto duly authorized signed, sealed with the corporate seal and delivered the said instrument as the free and voluntary act of said corporation and as their own free and voluntary acts for the uses and purposes therein set forth.

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KATHLEEN MARCINKUS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 14, 2014

Kathleen Marcinkus, Notary Public
My commission expires 03/14/2014

CERTIFICATION

I, Patrick K. Nails, Secretary of the Arch Insurance Company, do hereby certify that the attached Power of Attorney dated February 8, 2013 on behalf of the person(s) as listed above is a true and correct copy and that the same has been in full force and effect since the date thereof and is in full force and effect on the date of this certificate; and I do further certify that the said David M. Finkelstein, who executed the Power of Attorney as Executive Vice President, was on the date of execution of the attached Power of Attorney the duly elected Executive Vice President of the Arch Insurance Company.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed the corporate seal of the Arch Insurance Company on this 7th day of September, 20 13.

Patrick K. Nails, Secretary

This Power of Attorney limits the acts of those named therein to the bonds and undertakings specifically named therein and they have no authority to bind the Company except in the manner and to the extent herein stated.

PLEASE SEND ALL CLAIM INQUIRIES RELATING TO THIS BOND TO THE FOLLOWING ADDRESS:

Arch Insurance – Surety Division
3 Parkway, Suite 1500
Philadelphia, PA 19102

