

DABNEY J. CARR IV
804.697.1238 telephone
804.698.5119 facsimile
dabney.carr@troutmansanders.com

TROUTMAN SANDERS

TROUTMAN SANDERS LLP
Attorneys at Law
Troutman Sanders Building
1001 Haxall Point
P.O. Box 1122 (23218-1122)
Richmond, Virginia 23219
804.697.1200 telephone
troutmansanders.com

September 10, 2014

BY HAND

Ms. Jennifer Thompson
Clerk's Office
United States District Court for the
    Eastern District of Virginia
Spottswood W. Robinson III and
    Robert R. Merhige, Jr. Federal Courthouse
701 East Broad Street
Richmond, Virginia 23219

Re:   ePlus, Inc. v. Lawson Software, Inc., No. 3:09cv620

Dear Ms. Thompson:

In order to effectuate the Court's Stipulation and Order Exonerating Supersedeas Bond entered September 9, 2014 (ECF No. 1112), enclosed please find the original receipt evidencing Defendant Lawson Software, Inc.'s posting of Supersedeas Bond No. SU1120555 in the above-referenced matter.

Please do not hesitate to contact me if you have any questions.

Sincerely,

Dabney Carr

Enclosure

cc:   Counsel of Record (by email)

ATLANTA   BEIJING   CHARLOTTE   CHICAGO   HONG KONG   NEW YORK   ORANGE COUNTY   PORTLAND
RALEIGH   RICHMOND   SAN DIEGO   SHANGHAI   TYSONS CORNER   VIRGINIA BEACH   WASHINGTON, DC