NO. 8314

RECEIVED FROM Lawson Stryker, Inc
DATE 9/10/13
ADDRESS c/o Dabney Carr, PLC, Maureen Sermos
100 Shockoe Slip, 3rd Floor, Richmond VA 23219
DOLLARS $ 18,167,950.00
FOR Supersedeas Bond entered 9/11/13
Sun American Insurance Co. 3:09cv620

| ACCOUNT | | HOW PAID | |
|---|---|---|---|
| AMT. OF ACCOUNT | | CASH | |
| AMT. PAID | | CHECK | |
| BALANCE DUE | | MONEY ORDER | |

BY Jennings G. Thompson

TOPS FORM 46808