NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**EPLUS, INC.,**
*Plaintiff-Appellee*

v.

**LAWSON SOFTWARE, INC.,**
*Defendant-Appellant*

_____

2013-1506, 2013-1587

_____

Appeals from the United States District Court for the Eastern District of Virginia in No. 09-CV-0620, Senior Judge Robert E. Payne.

_____

**ON PETITION FOR PANEL REHEARING**

_____

Before PROST, *Chief Judge*, DYK and O'MALLEY, *Circuit Judges*.

PER CURIAM.

**O R D E R**

A combined petition for panel rehearing and en banc review was filed by appellee ePlus, Inc., and a response

Case 3:09-cv-00620-REP Document 1145 Filed 06/18/15 Page 2 of 2 PageID# 36886
Case: 13-1506    Document: 75    Page: 2    Filed: 06/18/2015

2 EPLUS, INC. v. LAWSON SOFTWARE, INC.

thereto was invited by the court and filed by appellant Lawson Software, Inc. The petition and response were referred to the panel that heard the appeal.

IT IS ORDERED THAT:

(1) Appellee's petition for rehearing is granted by the panel to clarify the decision.

(2) The previous opinion and dissent in this appeal issued July 25, 2014, and reported at *ePlus, Inc. v. Lawson Software, Inc.*, 760 F.3d 1350 (Fed. Cir. 2014), are withdrawn and replaced with the revised opinion and dissent accompanying this order.

FOR THE COURT

June 18, 2015  
    Date

/s/ Daniel E. O'Toole  
Daniel E. O'Toole  
Clerk of Court