# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

13-1506, 13-1587

**EPLUS, INC.,**

*Plaintiff - Appellee,*

v.

**LAWSON SOFTWARE, INC.,**

*Defendant - Appellant.*

Appeal from the United States District Court for the Eastern District of Virginia in case no. 09-CV-0620 Senior Judge Robert E. Payne

## MANDATE

In accordance with the judgment of this Court, entered June 18, 2015, and pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

/s/ Daniel E. O'Toole

Daniel E. O'Toole
Clerk of Court

cc: Jennifer A. Albert
Erika Arner
Clerk of Court, Eastern District of Virginia (Richmond)
Donald Robert Dunner
Blaine H. Evanson
Josh Krevitt
Richard Mark
Mark Andrew Perry
Michael Gavin Strapp
Daniel J. Thomasch
David M. Young