**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | | |
|---|---|---|
| ePLUS, INC., | ) | |
| | ) | |
| | ) | Case No. 3:09CV620 (REP) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LAWSON SOFTWARE, INC. | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT LAWSON SOFTWARE, INC.'S MOTION TO VACATE INJUNCTION AND CONTEMPT ORDERS, AND TO DISMISS AS REQUIRED BY FEDERAL CIRCUIT MANDATE

In accordance with the instructions of the U.S. Court of Appeals for the Federal Circuit in its June 18, 2005 decision in this matter (D.I. 1115), Defendant Lawson Software, Inc. ("Lawson") hereby moves for an order vacating the injunction (D.I. 1083, 1083-1) and contempt (D.I. 1088) orders previously entered by this Court and dismissing all of plaintiff's claims.  On June 18, the Federal Circuit entered a judgment that vacated the injunction and contempt orders and remanded with the following instruction:

> the district court's injunction and contempt orders are vacated.
> The case is remanded with instructions to dismiss.

D.I. 1115 at 24.   The Federal Circuit's mandate issued on June 25, 2015 (D.I. 1117). Accordingly, Lawson respectfully requests that this Court implement the mandate and enter an order: 1) vacating the injunction and contempt orders; 2) dismissing all of plaintiff's claims in the case; and 3) entering judgment in favor of Lawson.  A proposed order is submitted with this motion.

LAWSON SOFTWARE, INC.


By_____/s/ Dabney J. Carr, IV_____


Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point, Richmond, VA 23219
Telephone:  (804) 697-1200
Facsimile:  (804) 697-1339


Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Richard W. Mark (admitted *pro hac vice*)
Christopher D. Dusseault (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Counsel for Defendant Lawson Software, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 25th day of June, 2015, a true copy of the foregoing will be filed electronically with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Craig T. Merritt
Henry I. Willett, III
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
cmerritt@cblaw.com
hwillett@cblaw.com

Michael G. Strapp
James D. Clements
**GOODWIN PROCTER, LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
mstrapp@goodwinprocter.com
jclements@goodwinprocter.com

Jennifer A. Albert
David M. Young (VSB No. 35997)
**GOODWIN PROCTER, LLP**
901 New York Avenue, N.W.
Washington, DC 20001
jalbert@goodwinprocter.com
dyoung@goodwinprocter.com

*Attorneys for Plaintiff*

      /s/     Dabney J. Carr, IV
Dabney J. Carr, IV (VSB No. 28679)
Robert A. Angle (VSB No. 37691)
Megan C. Rahman (VSB No. 42678)
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com
megan.rahman@troutmansanders.com
**TROUTMAN SANDERS LLP**
1001 Haxall Point
Richmond, VA 23219
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
*Counsel for Defendant Lawson Software, Inc.*