IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS, INC., | ) |
| | ) |
| | ) Case No. 3:09CV620 (REP) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| LAWSON SOFTWARE, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

This matter is before the Court on Defendant's Motion for Entry of an Order of Dismissal. On June 25, 2015 the United States Court of Appeals for the Federal Circuit issued its mandate to this Court. In accordance with that mandate, this injunction (D.I. 1083, 1083-1) and contempt (D.I. 1088) orders previously entered by this Court are hereby VACATED, all of plaintiff's claims are hereby DISMISSED and Judgment is hereby ENTERED in favor of Defendant Lawson Software, Inc.

It is SO ORDERED.

_____
SENIOR UNITED STATES DISTRICT JUDGE