IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| ePLUS INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:09CV620 |
| LAWSON SOFTWARE, INC., | ) ) ) |
| Defendant. | ) ) |

### CONSENT ORDER REGARDING PLAINTIFF EPLUS INC.'S NON-OPPOSITION TO DEFENDANT LAWSON SOFTWARE, INC.'S MOTION TO VACATE INJUNCTION AND CONTEMPT ORDERS, AND TO DISMISS AS REQUIRED BY FEDERAL CIRCUIT MANDATE (D.I. 1118), AND TO ENTRY OF $150,000 TAXABLE COST AWARD

Plaintiff ePlus Inc. ("ePlus") and Defendant Lawson Software, Inc. ("Lawson"), by and through their undersigned counsel, do hereby stipulate and agree to the following:

WHEREAS, on June 18, 2015, the Federal Circuit entered a judgment that vacated the injunction and contempt orders in this action and remanded with the following instruction:

> the district court's injunction and contempt orders are vacated. The case is remanded with instructions to dismiss.

D.I. 1115 at 24.

WHEREAS, the Federal Circuit's mandate issued on June 25, 2015. D.I. 1117.

WHEREAS, on June 25, 2015, Lawson respectfully moved this Court to implement the Federal Circuit's mandate and enter an order: 1) vacating the injunction and contempt orders; 2) dismissing all of ePlus's claims in the case; and 3) entering judgment in favor of Lawson. D.I. 1118.

WHEREAS, ePlus has not opposed Lawson's June 25, 2015 motion to implement the Federal Circuit's mandate (D.I. 1118) and the time for filing a response to that motion has expired.

WHEREAS, the parties have met and conferred pursuant to Local Rule 7(E) with respect to Lawson's taxable costs and have agreed to a compromise of Lawson's claim through the entry of an order awarding taxable costs in Lawson's favor in the amount of $150,000, payable by ePlus.

WHEREAS, this Consent Order is without prejudice to ePlus's right to seek appellate review of the judgment on which Lawson's entitlement to costs is premised.

NOW, THEREFORE, it is ORDERED, on consent, that:

(1) The injunction orders (D.I. 1083, 1083-1) and contempt order (D.I. 1088) are VACATED;

(2) All of ePlus's claims in this case are DISMISSED;

(3) Judgment is ENTERED in favor of Lawson;

(4) Taxable costs are AWARDED to Lawson, payable by ePlus, in the compromise amount, agreed to by the parties, of $150,000.

It is SO ORDERED this 8th day of September, 2015

/s/ REP
Senior United Stated District Judge
Robert E. Payne

2

**SEEN AND AGREED:**

By: *[signature: Dabney Carr]*
Of Counsel

Dabney J. Carr, IV, VSB #28679
Robert A. Angle, VSB #37691
**TROUTMAN SANDERS LLP**
P. O. Box 1122
Richmond, Virginia  23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
dabney.carr@troutmansanders.com
robert.angle@troutmansanders.com

Josh A. Krevitt (admitted *pro hac vice*)
Daniel J. Thomasch (admitted *pro hac vice*)
Christopher D. Dusseault (admitted *pro hac vice*)
Jason C. Lo (admitted *pro hac vice*)
Richard W. Mark (admitted *pro hac vice*)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendant Lawson Software, Inc.*

**SEEN AND AGREED:**

By: *[signature: Craig Merritt]*
Of Counsel

Craig T. Merritt, IV, VSB #20281
Paul W. Jacobs, II, VSB #16815
Henry I. Willett, III, VSB #44655
**CHRISTIAN & BARTON, LLP**
909 East Main Street, Suite 1200
Richmond, Virginia 23219-3095
Telephone: (804) 697-4100
Facsimile: (804) 697-4112
cmerritt@cblaw.com
pjacobs@cblaw.com
hwillett@cblaw.com

Jennifer A. Albert (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Avenue, N.W.
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444
jalbert@goodwinprocter.com

Michael G. Strapp (admitted *pro hac vice*)
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109-2881
Telephone: (617) 570-1000
Facsimile: (617) 523-1231
mstrapp@goodwinprocter.com

*Attorneys for ePlus Inc.*